CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

SANDRIDGE

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of Feb, 2013.

LABORERS PENSION TRUST FUND
FOR NORTHERN NEVADA

By: *John W. Madole Jr.*
       Co Chair

Its: *Richard Daly*
        Chair

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/28/2011 | 11,960 | $10.79 |
| 03/03/2011 | 4,324 | $10.65 |
| 08/04/2011 | 4,241 | $10.38 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Computer Sciences Corp. Sec. Litig.*, No. 1:11-cv-610 (E.D. Va.)
*In re Groupon, Inc. Sec. Litig.*, No. 12-C-2450 (N.D. Ill.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

SANDRIDGE

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of January, 2013.

                              CONSTRUCTION LABORERS PENSION
                              TRUST OF GREATER ST. LOUIS

                    By: _____
                              Kevin J. Schell, Administrative
                              Manager

# SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 07/13/2011 | 27,000 | $10.33 |
| 08/08/2012 | 30,000 | $6.65 |
| 08/13/2012 | 14,000 | $6.56 |
| 08/15/2012 | 15,000 | $6.44 |
| 08/16/2012 | 7,500 | $6.52 |
| 08/17/2012 | 7,500 | $6.49 |

### Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 03/29/2011 | 25,000 | $12.06 |
| 12/22/2011 | 10,000 | $8.22 |

*Opening position of 188,000 shares.

# CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

VLADIMIR AND ANGELICA GALKIN ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

See attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4 day of February, 2013.

_____
VLADIMIR GALKIN

_____
ANGELIA GALKIN

SANDRIDGE

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 06/30/2011 | 1,804 | $10.57 |
| 06/30/2011 | 100,000 | $10.70 |
| 07/01/2011 | 15,000 | $10.49 |
| 07/20/2011 | 9,393 | $11.33 |
| 07/21/2011 | 10,000 | $11.10 |
| 08/05/2011 | 100 | $6.95 |
| 08/05/2011 | 250 | $7.28 |
| 08/05/2011 | 2,600 | $7.15 |
| 08/05/2011 | 4,100 | $7.13 |
| 08/05/2011 | 5,000 | $7.30 |
| 08/05/2011 | 5,100 | $7.49 |
| 08/05/2011 | 5,200 | $7.76 |
| 08/05/2011 | 6,800 | $7.14 |
| 08/05/2011 | 10,000 | $7.25 |
| 08/05/2011 | 14,800 | $7.77 |
| 08/05/2011 | 19,800 | $7.66 |
| 08/05/2011 | 24,650 | $7.28 |
| 08/05/2011 | 31,400 | $7.16 |
| 10/20/2011 | 475 | $6.56 |
| 10/28/2011 | 10,000 | $8.18 |
| 12/06/2011 | 3,335 | $7.75 |
| 12/06/2011 | 7,000 | $7.79 |
| 12/07/2011 | 10,000 | $7.63 |
| 01/20/2012 | 1,000 | $7.54 |
| 01/20/2012 | 5,000 | $7.53 |
| 01/20/2012 | 5,000 | $7.54 |
| 01/20/2012 | 9,000 | $7.54 |
| 01/20/2012 | 10,000 | $7.54 |
| 02/02/2012 | 15 | $6.82 |
| 02/02/2012 | 100 | $6.83 |
| 02/02/2012 | 100 | $6.83 |
| 02/02/2012 | 100 | $6.83 |
| 02/02/2012 | 100 | $6.83 |
| 02/02/2012 | 200 | $6.82 |
| 02/02/2012 | 200 | $6.83 |
| 02/02/2012 | 300 | $6.83 |
| 02/02/2012 | 500 | $6.83 |
| 02/02/2012 | 500 | $6.83 |
| 02/02/2012 | 1,600 | $6.89 |
| 02/02/2012 | 7,331 | $6.88 |
| 02/02/2012 | 12,885 | $6.83 |
| 02/02/2012 | 15,000 | $6.81 |
| 02/02/2012 | 17,669 | $6.88 |

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/02/2012 | 18,400 | $6.87 |
| 02/02/2012 | 20,000 | $6.79 |
| 02/21/2012 | 5,000 | $8.19 |
| 02/27/2012 | 5,000 | $8.74 |
| 02/28/2012 | 5,000 | $8.75 |
| 02/29/2012 | 3,000 | $8.62 |
| 02/29/2012 | 5,000 | $8.75 |
| 03/01/2012 | 3,500 | $8.52 |
| 03/01/2012 | 13,500 | $8.52 |
| 03/02/2012 | 2,000 | $8.05 |
| 03/02/2012 | 5,000 | $8.30 |
| 03/05/2012 | 400 | $7.86 |
| 03/05/2012 | 600 | $7.86 |
| 03/05/2012 | 800 | $7.86 |
| 03/05/2012 | 5,000 | $7.84 |
| 03/05/2012 | 6,200 | $7.86 |
| 03/05/2012 | 7,777 | $7.86 |
| 03/12/2012 | 2,223 | $7.95 |
| 03/28/2012 | 3,333 | $7.77 |
| 03/28/2012 | 5,000 | $7.77 |
| 04/13/2012 | 2,222 | $7.37 |
| 04/19/2012 | 7,777 | $7.19 |
| 04/25/2012 | 1,128 | $7.23 |
| 04/25/2012 | 3,333 | $7.41 |
| 04/25/2012 | 3,333 | $7.25 |
| 04/25/2012 | 5,000 | $7.23 |
| 04/25/2012 | 6,616 | $7.18 |
| 04/25/2012 | 7,223 | $7.28 |
| 04/25/2012 | 10,000 | $7.25 |
| 04/25/2012 | 42,256 | $7.23 |
| 05/01/2012 | 3,333 | $8.10 |
| 05/01/2012 | 3,333 | $7.95 |
| 05/01/2012 | 3,334 | $7.97 |
| 05/03/2012 | 200 | $7.31 |
| 05/03/2012 | 3,300 | $7.31 |
| 05/03/2012 | 4,100 | $7.36 |
| 05/03/2012 | 5,000 | $6.90 |
| 05/03/2012 | 8,000 | $6.94 |
| 05/03/2012 | 12,000 | $6.94 |
| 05/03/2012 | 20,000 | $7.25 |
| 05/03/2012 | 25,000 | $7.34 |
| 05/03/2012 | 25,734 | $7.36 |
| 05/04/2012 | 200 | $7.06 |
| 05/04/2012 | 200 | $6.97 |
| 05/04/2012 | 500 | $6.97 |
| 05/04/2012 | 4,115 | $7.16 |
| 05/04/2012 | 11,985 | $6.97 |
| 05/04/2012 | 14,595 | $7.06 |
| 05/04/2012 | 33,200 | $7.16 |

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 05/04/2012 | 50,417 | $7.13 |
| 05/17/2012 | 6,205 | $6.10 |
| 06/19/2012 | 15,000 | $6.68 |
| 07/02/2012 | 11,112 | $6.42 |
| 07/18/2012 | 4,000 | $6.70 |
| 09/07/2012 | 18,404 | $6.99 |
| 09/12/2012 | 6,404 | $7.18 |
| 09/12/2012 | 10,000 | $7.16 |
| 10/02/2012 | 30,822 | $7.00 |
| 10/17/2012 | 5,050 | $7.45 |
| 10/18/2012 | 10,000 | $7.26 |
| 10/18/2012 | 20,000 | $7.35 |
| 10/19/2012 | 15,000 | $7.29 |

Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 07/15/2011 | 16,804 | $11.12 |
| 07/18/2011 | 19,393 | $11.22 |
| 08/02/2011 | 1,900 | $11.63 |
| 08/02/2011 | 2,900 | $11.63 |
| 08/02/2011 | 25,000 | $11.63 |
| 08/11/2011 | 200 | $7.56 |
| 08/11/2011 | 21,100 | $7.55 |
| 08/19/2011 | 3,000 | $6.71 |
| 08/19/2011 | 5,700 | $6.72 |
| 08/19/2011 | 15,600 | $6.73 |
| 08/19/2011 | 21,200 | $6.70 |
| 09/16/2011 | 300 | $7.49 |
| 09/26/2011 | 10,727 | $6.11 |
| 10/12/2011 | 648 | $6.69 |
| 11/17/2011 | 2,335 | $7.16 |
| 12/16/2011 | 315 | $6.70 |
| 12/16/2011 | 14,600 | $6.70 |
| 12/30/2011 | 100 | $8.28 |
| 12/30/2011 | 4,300 | $8.30 |
| 12/30/2011 | 5,085 | $8.31 |
| 12/30/2011 | 25,600 | $8.27 |
| 02/01/2012 | 5,000 | $7.86 |
| 03/23/2012 | 10,000 | $8.13 |
| 04/05/2012 | 8,333 | $7.97 |
| 04/19/2012 | 82,222 | $7.25 |
| 05/04/2012 | 417 | $7.03 |
| 05/16/2012 | 100 | $6.32 |
| 05/16/2012 | 800 | $6.31 |
| 05/16/2012 | 5,800 | $6.32 |

| Date Sold | Type/Amount of Securities Sold | Price |
| --- | --- | --- |
| 05/16/2012 | 31,700 | $6.30 |
| 05/16/2012 | 47,600 | $6.28 |
| 06/27/2012 | 11,112 | $6.24 |
| 07/13/2012 | 4,000 | $6.34 |
| 07/26/2012 | 5,598 | $6.49 |
| 08/06/2012 | 6,031 | $6.65 |
| 08/22/2012 | 4,668 | $6.56 |
| 08/31/2012 | 2,107 | $6.56 |
| 09/11/2012 | 1,200 | $7.19 |
| 09/11/2012 | 25,204 | $7.18 |
| 09/19/2012 | 100 | $7.31 |
| 09/19/2012 | 5,335 | $7.29 |
| 09/19/2012 | 11,936 | $7.30 |
| 09/27/2012 | 3,501 | $6.96 |
| 11/06/2012 | 23,231 | $6.24 |
| 11/06/2012 | 25,305 | $6.25 |