**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JAMES GLITZ and RODGER A. THORNBERRY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, and MATTHEW K. GRUBB<br><br>        Defendants.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  CIV-12-1341-W |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT AND SCHEDULING ORDER**

Whereas Plaintiffs James Glitz and Rodger Thornberry (the "Glitz Plaintiffs")
filed their complaint in Case No. CIV-12-1341-W in this Court on December 5, 2012
alleging certain violations of the federal securities laws against SandRidge Energy, Inc.,
Tom L. Ward, James D. Bennett, and Matthew K. Grubb (collectively "Defendants");

Whereas Plaintiff Louis Carbone ("Carbone") filed his complaint in Case No.
CIV-13-0019-W in this Court on January 4, 2013 against the same Defendants alleging
similar violations of the federal securities laws.  An identical version of this motion has
been filed simultaneously in the Carbone case;

Whereas the Private Securities Litigation Reform Act (15 USC § 78u-4) provides
for the appointment of a lead plaintiff in putative securities class actions including the
Glitz and Carbone actions;

Whereas on February 4, 2013, several members of the putative class filed motions seeking their appointment as lead plaintiff and approval of their selection of lead counsel over both the Glitz and Carbone actions and a motion to consolidate the Glitz and Carbone actions;

Whereas the Court-appointed lead plaintiff intends to file a consolidated amended complaint following such appointment; and

Whereas the Glitz and Carbone Plaintiffs and the Defendants (collectively, the "Parties") have agreed to extend the Defendants' time to answer or otherwise respond in each case until after a lead plaintiff is appointed and a consolidated amended complaint is filed;

Now, therefore, the Parties jointly move the Court to stay Defendants obligation to respond to the existing complaints and to set the following schedule for the filing of a consolidated amended complaint and pleadings or motions responsive thereto:

1.      Within 45 days of entry of the Order appointing lead plaintiff, the lead plaintiff will file a consolidated amended complaint.

2.      Defendants will have 45 days after the filing of the consolidated amended complaint to file a motion to dismiss or other responsive pleading.

3.      Plaintiffs will have 45 days after the filing of the motion to dismiss, if one is filed, in which to file their opposition.

4.      Defendants will have 30 days after the filing of the opposition papers in which to file their reply, if any.

5.     In light of the anticipated filing of a consolidated amended complaint, Defendants shall have no obligation to answer or move in response to the existing complaints filed in the Glitz and Carbone actions.

6.     This represents the first request for an extension of time for any of the Defendants to respond to the complaint in either captioned case.  This request will not impact the trial date or any other deadline in this case as no other deadlines have been set.

7.     A proposed order is filed concurrently herewith.

WHEREFORE, the Parties respectfully request that the Court enter an order setting the above briefing schedule governing both of the above captioned cases.

Respectfully submitted,

*s/Thomas B. Snyder*
Thomas B. Snyder, CA #211230
CROWE & DUNLEVY
A Professional Corporation
20 North BroadwaySuite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
thomas.snyder@crowedunlevy.com

ATTORNEYS FOR DEFENDANT SANDRIDGE
ENERGY, INC., TOM L. WARD, JAMES D.
BENNETT, AND MATTHEW K. GRUBB

*s/Darren B. Derryberry*

*(affixed by defendants' counsel with permission of plaintiff's counsel)*

Darren B. Derryberry

DERRYBERRY & NAIFEH, LLP

4800 North Lincoln Blvd.

Oklahoma City, Oklahoma 73105

405-708-6784

405-528-6462 (Facsimile)

David Rosenfeld (*admitted pro hac vice*)

Mario Alba (*admitted prod hac vice*)

Samuel H. Rudman

Mary K. Blasy

(pending Pro Hac Vice)

ROBBINS GELLER RUDMAN & DOWD, LLP

58 South Service Road, Suite 200

Melville, NY 11747

631-367-7100

631-367-1173 (Facsimile)

Alfred G. Yates

(pending Pro Hac Vice)

LAW OFFICE OF ALFRED G. YATES, J.R., P.C.

519 Allegheny Building, 429 Forbes Avenue

Pittsburgh, Pennsylvania 15219

412-391-5164

412-471-1033 (Facsimile)

ATTORNEYS FOR PLAINTIFF LOUIS CARBONE

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Darren Derryberry
dderryberry@derryberrylaw.com

ATTORNEY FOR GLITZ PLAINTIFFS
AND MOVANT LABORERS PENSION
TRUST FUND FOR NORTHER
NEVADA, MOVANT CONSTRUCTION
LABORERS PENSION TRUST OF
GREATER ST. LOUIS, MOVANT
VLADIMIR GALKIN AND ANGELICA
GALKIN

David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road, Ste. 200
Melville, NY 11747
drosenfeld@rgrdlaw.com

ATTORNEY FOR GLITZ PLAINTIFFS

Mario Alba
Robbins Geller Rudman & Dowd LLP
58 S. Service Road, Ste. 200
Melville, NY 11747
malba@rgrdlaw.com

ATTORNEY FOR GLITZ PLAINTIFFS

Scott A. Graham
Seymour & Graham, LLP
100 W. 5th Street, Ste. 550
Tulsa, OK 74103

ATTORNEY FOR GLITZ PLAINTIFFS
AND MOVANT JEFF NANCE

Darren Derryberry
dderryberry@derryberrylaw.com

ATTORNEY FOR CARBONE
PLAINTIFF

Alfred G. Yates
(pending Pro Hac Vice)
LAW OFFICE OF ALFRED G. YATES,
J.R., P.C.
519 Allegheny Building, 429 Forbes
Avenue
Pittsburgh, Pennsylvania 15219

ATTORNEY FOR CARBONE
PLAINTIFF

John E. Barbush
John E. Barbush PC
400 N. Walker, Ste. 130
Oklahoma City, OK  73102
j.barbush@coxinet.net

ATTORNEY FOR MOVANT HENRY
JOVANELLY

*s/Thomas B. Snyder*
Thomas B. Snyder