**FILED**

APR 1 0 2013

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

IN RE SANDRIDGE ENERGY, INC.        )
SECURITIES LITIGATION                )     No. CIV-12-1341-W

## ORDER RELATING TO ALL ACTIONS

Upon review of the record, the Court

(1) GRANTS the Motion for Extension of Time to File Plaintiffs' Consolidated Amended Complaint [Doc. 63] filed on April 10, 2013, by plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, Vladimir Galkin and Angelica Galkin; and

(2) ESTABLISHES the following deadlines in this matter

(a) the plaintiffs shall file the consolidated amended complaint on or before July 23, 2013;

(b) defendants SandRidge Energy, Inc., Tom L. Ward, Matthew K. Grubb and James D. Bennett shall answer or otherwise respond to the consolidated amended complaint forty-five (45) days after the amended pleading is filed;

(c) in the event the defendants challenge the allegations in the consolidated amended complaint and move to dismiss the same, the plaintiffs shall file their response, if any, to such challenge forty-five (45) days after the defendants' motion is filed; and

(d) the defendants shall file their reply, if any, to the plaintiffs' response within thirty (30) days after such response, if any, is filed.

ENTERED this __10th__ day of April, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE