**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) ) ) ) ) | No. 5:12-CV-01341-W |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) | |

**DECLARATION OF JOHN J. CLARKE, JR.**

Pursuant to 28 U.S.C. § 1746, JOHN J. CLARKE, JR. declares:

1. I am a member of the Bar of the State of New York and of DLA Piper LLP (US), counsel for the underwriter defendants in this action. I have been admitted *pro hac vice* by order of this Court. I make this declaration to place before the Court certain materials that may be considered in connection with the underwriter defendants' motion to dismiss the amended complaint. The statements herein are based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a final prospectus dated April 6, 2011 for an offering of 15,000,000 shares of common units of SandRidge Mississippian Trust I in the form in which it was retrieved from the website maintained by the Securities and Exchange Commission ("SEC").

3. Attached hereto as Exhibit 2 is a true and correct copy of a final prospectus dated April 17, 2012 for an offering of 26,000,000 shares of common units of SandRidge

Mississippian Trust II in the form in which it was retrieved from the website maintained by the SEC.

4. Attached hereto as Exhibit 3 is a true and correct copy of plaintiffs' original complaint filed in this action on December 5, 2012 in the form in which it was retrieved from the Court's ECF filing system.

5. Attached hereto as Exhibit 4 is a true and correct copy of the complaint filed in the action styled *Carbone v. SandRidge Energy, Inc.*, No. CIV-13-19-W, on January 4, 2013 in the form in which it was retrieved from the Court's ECF filing system.

6. Attached hereto as Exhibit 5 is a true and correct copy of plaintiffs' notice of pendency of class action, which was attached as an exhibit to the declaration of Darren Derryberry filed in this action on February 4, 2013 (the "Derryberry Declaration"), in the form in which it was retrieved from the Court's ECF filing system.

7. Attached hereto as Exhibit 6 is a true and correct copy of the certification of Jeff Nance, which was attached as an exhibit to the declaration of Nicholas I. Puritt filed in this action on February 4, 2013, in the form in which it was retrieved from the Court's ECF filing system.

8. Attached hereto as Exhibit 7 are true and correct copies of the certifications of the Laborers Pension Trust Fund of Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis and Vladimir and Angelica Galkin, which were attached as exhibits to the Derryberry Declaration, in the form in which they were retrieved from the Court's ECF filing system.

9. Attached hereto as Exhibit 8 is a true and correct copy of the certification of Henry Jovanelly, which was attached as an exhibit to the declaration of John E. Barbush filed in this action on February 4, 2013, in the form in which it was retrieved from the Court's ECF filing system.

10. Attached hereto as Exhibit 9 is a true and correct copy of the certification of Louis Carbone, which was filed in *Carbone v. SandRidge Energy, Inc.*, No. CIV-13-19-W on February 19, 2013, in the form in which it was retrieved from the Court's ECF filing system.

11. Attached hereto as Exhibit 10 are true and correct copies of the certifications of Judith Greenberg, Ted Odell and Charles R. Blackburn, which were attached to the amended complaint filed in this action on July 23, 2013, in the form in which they were retrieved from the Court's ECF filing system.

12. Attached hereto as Exhibit 11 is a true and correct copy of a slip opinion in the matter *NECA-IBEW Pension Tr. Fund v. Bank of Amer. Corp.*, No. 1:10-cv-0440-LAK (S.D.N.Y. Mar. 16, 2012) [Doc. No. 65], in the form it was retrieved from the ECF filing system maintained by the United States District Court for the Southern District of New York.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Court's slip opinion in the matter *In re SandRidge Energy, Inc. Shareholder Deriv. Litig.*, No. 5:13-cv-00102-W (W.D. Okla. Sept. 11, 2013) [Doc. No. 134], in the form in which it was retrieved from the Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information. Executed in New York, New York on this 7th day of October 2013.

/s/ John J. Clarke, Jr.
John J. Clarke, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF system, which will electronically serve the following counsel of record:

Darren B Derryberry (dderryberry@derryberrylaw.com)
David A Rosenfeld (drosenfeld@rgrdlaw.com)
Evan J Kaufman (ekaufman@rgrdlaw.com)
Mario Alba (malba@rgrdlaw.com)
Scott A Graham Ssgraham@seymourgraham.com)
Sean T Masson (smasson@rgrdlaw.com)
Brian B Alexander (balexander@cov.com)
C Williams Phillips (cphillips@cov.com)
Mark P Gimbel (mgimbel@cov.com)
Thomas B Snyder (thomas.snyder@crowedunlevy.com)
Everett C Johnson, Jr (everett.johnson@lw.com)
George S Corbyn, Jr (gcorbyn@corbynhampton.com)
James C Word (christian.word@lw.com)
Joe M Hampton (jhampton@corbynhampton.com)
Margaret A. Tough (margaret.tough@lw.com)
Steven M. Bauer (steven.bauer@lw.com)
Drew Neville, Jr (dneville@hartzoglaw.com)
Ryan S Wilson (RWilson@hartzoglaw.com)
William Stephen Benesh (sbenesh@bracepatt.com)
Curt R. Hineline (curt.hineline@bgllp.com)
Patrick A. Caballero (patrick.caballero@bgllp.com)
Michael C Turpen (mturpen@riggsabney.com)
Robert A Nance (rnance@riggsabney.com)
John E Barbush (j.barbush@coxinet.net)
Richard W Gonnello (rgonnello@faruqilaw.com)

/s/ Michael C. Turpen
Michael C. Turpen OBA # 9139