**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) | No. 5:12-CV-01341-W |
| This Document Relates To: ALL ACTIONS. | ) | **DECLARATION OF W. STEPHEN BENESH** |

My name is Stephen Benesh. I am a partner with the law firm of Bracewell & Giuliani LLP, and am an attorney of record for Defendants SandRidge Mississippian Trust I ("Trust I") and SandRidge Mississippian Trust II ("Trust II"). I have personal knowledge of the facts in this Declaration, and am competent to testify thereto.

1. Attached as **Exhibit 1** is a true and correct copy of an excerpt from Trust I's Form S-1 Registration Statement, pp. 1-2.

2. Attached as **Exhibit 2** is a true and correct copy of Trust I's Form 10-K for the fiscal year ending December 31, 2011.

3. Attached as **Exhibit 3** is a true and correct copy of Trust I's Form 10-K for the fiscal year ending December 31, 2012.

4. Attached as **Exhibit 4** is a true and correct copy of Trust I's Form 10-Q for the quarterly period ending March 31, 2011.

5. Attached as **Exhibit 5** is a true and correct copy of Trust I's Form 10-Q for the quarterly period ending June 30, 2011.

6. Attached as **Exhibit 6** is a true and correct copy of Trust I's Form 10-Q for the quarterly period ending September 30, 2011.

7. Attached as **Exhibit 7** is a true and correct copy of Trust I's Form 10-Q for the quarterly period ending March 31, 2012.

8. Attached as **Exhibit 8** is a true and correct copy of Trust I's Form 10-Q for the quarterly period ending June 30, 2012.

9. Attached as **Exhibit 9** is a true and correct copy of Trust I's Form 10-Q for the quarterly period ending September 30, 2012.

10. Attached as **Exhibit 10** is a true and correct copy of an excerpt from Trust II's Form S-1 Registration Statement, pp. 1-2.

11. Attached as **Exhibit 11** is a true and correct copy of Trust II's Form 10-K for the fiscal year ending December 31, 2012.

12. Attached as **Exhibit 12** is a true and correct copy of Trust II's Form 10-Q for the quarterly period ending March 31, 2012.

13. Attached as **Exhibit 13** is a true and correct copy of Trust II's Form 10-Q for the quarterly period ending June 30, 2012.

14. Attached as **Exhibit 14** is a true and correct copy of Trust II's Form 10-Q for the quarterly period ending September 30, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of October, 2013.

*s/W. Stephen Benesh*
W. Stephen Benesh
*(Admitted pro hac vice)*

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of October, 2013, I electronically transmitted the *Declaration of Steve Benesh* to the Clerk of the Court using the ECF System which will send notification of such filing to all counsel registered for ECF.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: *s/W. Stephen Benesh*
W. Stephen Benesh