# EXHIBIT 1

S-1 1 ds1.htm FORM S-1

Table of Contents

Index to Financial Statements

**As filed with the Securities and Exchange Commission on January 5, 2011**

**Registration No. 333-**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# REGISTRATION STATEMENT

***UNDER***
***THE SECURITIES ACT OF 1933***

## FORM S-1
## SandRidge Mississippian Trust I

*(Exact name of co-registrant as specified in its charter)*
**Delaware**
*(State or other jurisdiction of incorporation or organization)*
**1311**
*(Primary Standard Industrial Classification Code Number)*
**27-6990649**
*(I.R.S. Employer Identification No.)*
**919 Congress Avenue, Suite 500**
**Austin, Texas 78701**
**(512) 236-6599**
*(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)*

**Michael J. Ulrich**
**The Bank of New York Mellon Trust Company, N.A.**
**919 Congress Avenue, Suite 500**
**Austin, Texas 78701**
**(512) 236-6599**
*(Name, address, including zip code, and telephone number, including area code, of agent for service)*

## FORM S-3
## SandRidge Energy, Inc.

*(Exact name of co-registrant as specified in its charter)*
**Delaware**
*(State or other jurisdiction of incorporation or organization)*
**1311**
*(Primary Standard Industrial Classification Code Number)*
**20-8084793**
*(I.R.S. Employer Identification No.)*
**123 Robert S. Kerr Avenue**
**Oklahoma City, Oklahoma 73102**
**(405) 429-5500**
*(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)*
**Tom L. Ward**
**Chairman, Chief Executive Officer and President**
**SandRidge Energy, Inc.**
**123 Robert S. Kerr Avenue**
**Oklahoma City, Oklahoma 73102**
**(405) 429-5500**
*(Name, address, including zip code, and telephone number, including area code, of agent for service)*

***Copies to:***

Philip T. Warman, Esq.
SandRidge Energy, Inc.
123 Robert S. Kerr Avenue
Oklahoma City, Oklahoma 73102
(405) 429-5500

David H. Engvall, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

David P. Oelman, Esq.
Matthew R. Pacey, Esq.
Vinson & Elkins L.L.P.
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
(713) 758-2222

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box: ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

**SandRidge Mississippian Trust I**

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

**SandRidge Energy, Inc.**

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

**Calculation of Registration Fee**

| Title of Each Class of | Proposed Maximum Aggregate | Amount of |
|---|---|---|

| Securities to be Registered | Offering Price (1)(2) | Registration Fee |
|---|---|---|
| Common Units of Beneficial Interest in SandRidge Mississippian Trust I | $287,500,000 | $33,379 |

(1) Includes trust units issuable upon exercise of the underwriters' over-allotment option.
(2) Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(o).

**The Registrants hereby amend this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrants shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**