# Exhibit 19

Exhibit 19

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

SDT - Q4 2011 SandRidge Mississippian Trust I Earnings Conference Call

EVENT DATE/TIME: FEBRUARY 17, 2012 / 2:00PM GMT



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**James Bennett** *Sandridge Energy - CFO*

**Tom Ward** *Sandridge Energy - Chairman, CEO*

**Matt Grubb** *Sandridge Energy - President, COO*

## CONFERENCE CALL PARTICIPANTS

**Kevin Smith** *Raymond James & Associates - Analyst*

**Ethan Bellamy** *Robert W. Baird & Co. - Analyst*

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the Fourth Quarter 2011Sandridge Mississippian Trust 1 Earnings conference call. My name is Carissa and I will be operator for today. At this time, all participants are in a listen only mode. Later, we will conduct a question and session.

(Operator Instructions)

As a reminder this conference is being recorded for replay purposes. I would now turn the conference over to your host for today's call, Mr. James Bennett, Chief Financial Officer. Please proceed.

---

**James Bennett** - *Sandridge Energy - CFO*

Thank you, Carissa. Welcome, everyone and thank you for joining us on the Sandridge Mississippian Trust 1 conference call. Joining me today are Sandridge Energy officers Tom Ward, Chairman and CEO, Matt Grubb, President and COO. This call's intended to cover Sandridge Mississippian Trust 1 and not Sandridge Energy or our other trust. And except as otherwise noted, this call will address the trust results for the three month period September through November 2011.

Recall that the trust has no employees or officers. And Sandridge Energy has sponsored the trust, is responsible for operating the trust properties. Please note that today's call will contain forward looking statements and assumptions, which are subject to inherent risks and uncertainties. And actual results may differ materially from those projected in these forward looking statements.

Additional information about risk factors and other factors that could potentially affect the trust and its financial results are included in the trust press release issued February 2nd, 2012 and in the trust filing with the SEC.

As outlined in the trust press release, the third quarter distribution of approximately 79 cents per unit would be paid on or about February 29th to holders of record as of the close of business on February 14th. Payments due to holders will generally be made 60 days following the end of each calendar quarter. And the next distribution, covering the period from December 2011 through February 2012 will be paid on or about May 30th of this year.

Additionally, the trust intends to furnish each trust unit holder within 90 days after the close of each calendar year, specific tax information. Including a schedule K-1, which ascribed the unit holders share of the trust income, gain, loss, and deduction for the trust proceeding taxable year.

Finally, I would like to point the trust will file its annual report on Form 10-K on or around March 26. Now let me turn the call over to our Chairman and CEO, Tom Ward.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Tom Ward** - *Sandridge Energy - Chairman, CEO*

Thank you, James. And welcome to the Sandridge Mississippian Trust Number 1 conference call. SDT's third period results once again surpassed the projections. And in addition to beating the target distribution, we exceeded the (inaudible) threshold for the period. The successful performance of -- for the period resulted in a distribution slightly over 79 cents per unit, which is approximately 25 percent higher than the 63 cents per unit target distribution.

We continue to be very pleased with the trust performance and the performance of the Mississippian [Play], which is the premiere shallow oil project in the United States. Now I'll turn the call over to Matt Grubb for a review of SDT's production and drilling results during the period.

**Matt Grubb** - *Sandridge Energy - President, COO*

Thank you, Tom, and welcome everyone. As Tom mentioned, SDT's performance exceeded projections for the third reporting period. Production attributable to the trust was 446,000 barrels of oil equivalent, which is about 148,000 barrels of oil equivalent more or 50% higher than the target projection of 298,000 barrels of oil equivalent.

This marks the third consecutive period that the production has come in higher than what was projected. Though the first three – through the first distributions period, the actual production attributable to the trust has exceeded the target production levels in that S-1 by 28%. Approximately half of the production [beat] was generated by better than expected well performance. The remaining beat was due to an accelerated drilling pace and having drill wells with higher net revenue interest than projected.

The production split for this period was 185,000 barrels of oil and 1.57 BCF of natural gas. Oil production exceeded projections by roughly 26%, and natural gas production exceeded projections by approximately 72%.

During the period, Sandridge brought on 11 new gross wells or 6.8 new net wells on production. This puts the drilling program since inception 12.3 net wells ahead of the drilling schedule through the end of the third reporting period.

The hire net well count is a combined result of having higher than projected net revenue and interest in the wells and utilizing four drilling rigs early in the program instead of the planned three rig schedule. Today, we are drilling three rigs on the trust acreage.

In addition to 11 gross new wells brought online, there were also three gross new wells undergoing completions at the end of the period, which started producing in December and January. Oil prices for the period were lower than projections, however, these lower prices were partly mitigated by the trust oil hedges.

For the period, the trust was hedged on approximately 65% of its actual oil production at a price of $103.60 per barrel. These hedges allow the trust to realize a price of $93.71 per barrel, which is about 11% higher than the oil -- than the well head price and roughly 5% lower than the projected real life price of $98.60 per barrel for the period.

Similarly, gas prices for the period were lower than projections. But for the lower pricing, it was mostly offset by the trust gas hedges. This trust was hedged on about 66 percent of the natural gas production during that period at a price of $4.61 per MMBtu. The trust realized a price of $4.07 per MMBtu, which was approximately 17% higher than the well head price and four percent lower than the projected realized price of $4.24 per MMBtu.

All together, the settle hedges contributed roughly $2.6 million and made up around 11% of the total revenues for the period. Oil sales excluding realized hedges made up about 66% of the total revenues while natural gas sales contributed to about approximately 23%.

I will now turn the call over for questions and answers.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions). And your first question comes from the line of Kevin Smith. Please proceed.

**Kevin Smith** - *Raymond James & Associates - Analyst*

Hi, good morning, gentlemen.

**James Bennett** - *Sandridge Energy - CFO*

Good morning.

**Kevin Smith** - *Raymond James & Associates - Analyst*

Question on your rig count. You said you slowed down from four to three. Is there where you plan on doing it or are you planning to pick up to four?

**Tom Ward** - *Sandridge Energy - Chairman, CEO*

Yes, I'll take that one. Yes, you know, the -- in the S-1, really, the plan was to drill with three rigs. Initially, we -- they start with four rigs back in -- really starting back in December of 2010. And we kept four rigs through March. And we've been drilling rigs since April. And you know, with the wells performed where they are with us drilling a higher net revenue interest wells and plan, I think three rigs is sufficient to do what we need to do in the trust.

**Kevin Smith** - *Raymond James & Associates - Analyst*

Okay, great. And the other thing, it seems like your recent wells have had a higher gas waiting than I think 55% is what you're kind of forecast. Are you -- do you agree with that? Is that what you're seeing? Or are you just then maybe drilling in a gassier weighted part of the field? Or how should I think about that?

**Tom Ward** - *Sandridge Energy - Chairman, CEO*

No, you know, we do agree with that. I think the wells overall in the play appears to be gassier than what we initially projected. The important thing is to know that that's not the -- at the expense of oil. The oil is coming in on target. And they're just making more gas.

**Kevin Smith** - *Raymond James & Associates - Analyst*

Okay, all right, thank you, gentlemen.

**James Bennett** - *Sandridge Energy - CFO*

Thank you.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Operator**

(Operator Instructions). And you have a question from the line of Kate Morris. Please proceed.

**Ethan Bellamy** - *Robert W. Baird & Co. - Analyst*

Hi, guys, it's Ethan Bellamy at Baird. With respect to some of the [Debin] results that came in, they came out with some oily wells and looked like the IP rates were better than what you guys were showing. Where are they in relation to where you're drilling?

**James Bennett** - *Sandridge Energy - CFO*

Oh, you know, I don't know where they are. I take that -- I don't believe they've publicly said where they're -- that goes a one well test that they had in -- that they talked about having a 30 day IP. And so, but I don't know exactly the location of that.

**Ethan Bellamy** - *Robert W. Baird & Co. - Analyst*

Okay, thanks.

**James Bennett** - *Sandridge Energy - CFO*

Thank you.

**Operator**

(Operator Instructions). And there are no further questions at the moment. I'd like to turn the call back over to Tom Ward for closing remarks.

**James Bennett** - *Sandridge Energy - CFO*

Well, we'd like to thank everyone for listening to the call this morning. And we look forward to speaking with you again on the next quarterly call. Thank you.

**Operator**

Ladies and gentlemen, that concludes today's conference. Thank you for your participation. You may disconnect. Have a great day.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.