# Exhibit 22

Exhibit 22

FACTSET: callstreet
corrected transcript



## MANAGEMENT DISCUSSION SECTION

**Kevin R. White, Senior Vice President, Business Development**

We'll go ahead and get started on time here, and I'd like to welcome everybody to SandRidge's Analyst Day and just lay out a little bit of the format for the day. We'd welcome you to ask questions during the course of the presentation, so if you'll just raise your hand, we'll try to have the speakers pay attention and catch your questions as we go. Or, at the very end, we will open it up for questions at that point in time.

I want to introduce some of the SandRidge guests and directors. Kind of back in this general area we've got our board of directors back there. We've got Everett Dobson is back there, Bill Gilliland. Dan Jordan is right back there, as well. Roy Oliver and Jeff Serota, I think I saw back over here, and our new board member that we announced this morning, that's Jim J. Brewer.

Then as far as SandRidge folks who are here today, obviously Tom will be up here in a second speaking, our CEO; Matt Grubb, our President and Chief Operating Officer; James Bennett, our new CFO, glad to have him here. We've got Rodney Johnson, EVP of Reservoir, and Todd Tipton, our EVP of Geology. Then other SandRidge folks who are here, we've got Randy Cooley, who's our SVP and Chief Accounting Officer. Phil Warman, our SVP and General Counsel, is here. Kerry Mitchell, who I forgot to announce last year, so she does a lot of work with some of the folks in the audience. She's here. Greg Dewey is with us, and Trent Ward back in the back, as well.

And I want to thank Leslie Weiher. She and Grayson, her soon-to-be son, put on this show for us, and out front we had Janay Panther and Jill Perkison, and [inaudible] is here as well, and helping us out on the technical aspects. So, I think, unless I forgot somebody, we'll just go ahead and get started and introduce Tom Ward.

**Tom L. Ward, Chairman and Chief Executive Officer**

Thank you, Kevin. Welcome to our Analyst Day. My presentation is very short, as the day is really meant to let you see the deeper bench that we have, the deeper staff that we have with Matt, who you see quite often, and Rodney and Todd, and then with James Bennett to talk about financials.

I will go through just an update on the company, that we have and continue to focus on oil over the last couple of years. I'll go into that in just a little bit of detail, but we've changed the company from an 80% gas company two years ago in late 2008 into this year we'll have 80% of our revenue in oil. And as the company – today we produce almost 63,000 barrels equivalent of oil, and as oil continues to be at 22 to 1 or more, it just shows that we made the correct decision.

And what we did, really starting two years ago at this meeting – we always have a board meeting after this – we went to the board in March of 2009, and we came up with a plan. And at that time, oil was $39.96 and gas was $4.28 an Mcf, and so we had already hedged our gas through 2010 at over $8 an Mcf, and we almost had 100% of our gas hedged for that two-year period, and we started to look at oil properties. But we didn't look at the areas that other companies are looking at today or were looking at then that were easy to get to.

So there were a couple of things going on in 2009, if you might remember. It was the first time that the acquisition market was reset, so if you take yourself all the way back to 1998, that was the time whenever my previous company, Chesapeake, really started to go into long gas. And from '98 to 2000, we bought a lot of gas assets, and you had private equity coming in, you always had XTO around, and from '98 until really 2006 or even later than that, you were paying for up acquisitions. So, by the time you get to 2000, 2001, we were paying for PUD. By the time you get to 2005 or 2006, we were paying for probables.

 Copyright © 2001-2011 CallStreet 

FACTSET: callstreet

corrected transcript



2008 reset the market, and what we were able to do in 2009 was look for reserves at PDP only. And so the Forest acquisition for us was a dramatic change in not only buying oil where we wanted to buy oil, but buying oil at a price that we hadn't seen before in 10 years. And so that's why I've always said, if you think back a couple of years ago, that the Forest acquisition was our best acquisition – not that it wasn't a good time for Forest to sell those assets and not that they didn't do a very good job with the money they raised from those assets, but it was that we focused on shallow low-cost conventional oil, and it came out to be the only time that you could move in and buy, on the Central Basin Platform, the best source rock in the United States.

So in some aspects, the recession actually helped our company, as we moved forward and made a transformation into oil. So, we bought a 7,600 barrels a day in December of 2009 from Forest. We started working on that project and another project we didn't get accomplished in early 2009, was the Crusader acquisition. We got outbid, but then we moved in. At the same time, we're working on Forest – and Matt will go over this – but the two – really, if you look from Goldsmith, the Goldsmith Adobe unit at the south end of the Central Basin Platform, all the way through Robertson, which is part of the Forest properties, it's one giant field. And I'll talk about this in just a second, but the Permian Basin has produced – just in the Central Basin Platform, out of two formations, 6 billion barrels of oil.

So what we did is we looked for oil where oil had already been found. So, the best place in the United States onshore U.S. for source rock is the Central Basin Platform or the Permian Basin. And so whenever we talk about shallow, this is 6,000 feet or less. In fact, the San Andres is around 4,045 feet deep, and the Arena properties fit in perfect with the Goldsmith unit that we had, and the Forest assets that we'd just acquired. So, Arena became a key target for us in late 2009, early 2010, and we closed that in July of 2010 with 8,200 barrels a day equivalent.

That gave us 185,000 acres of land on the Central Basin Platform. We have 16 rigs running there, by far the most active operator – the next operator has three rigs running – and we'll drill over 800 wells, so completing more than two wells, a day in the Central Basin Platform. So, logistically, that's about as much as we can do. We could maybe get to 18 or 20 rigs running in the platform, but we have moved that to about the scope that we can use logistically, even if we add more people.

So while we continue to look at the platform as a place that we like and want to add acreage, it's not really in the scale that we've already talked about. So, the Central Basin Platform will be – the majority of our CapEx will be spent there this year, and Todd will go through and talk really about the geology of that as the day goes on.

The next play that we were developing at the same time, that we started buying acreage in 2009, was in the Mississippian play, and this also fit the category of shallow low-cost conventional. So, the depth is around 5,500 to 6,000 feet TVD. We'll drill a 4,000-foot lateral, and again, it's in a carbonate. So, most of my life I've spent chasing carbonates around the U.S. and in Canada. And the reason I like carbonates, and the reason our team likes a carbonate is it's a real reservoir that has – even if you look at this, and we cringe sometimes when we talk about permeability in the plays that we drill because, in the whole sense of the industry for the last 20 years or so or longer, this wouldn't be considered a high-perm reservoir.

But today, compared to all the different types of reservoirs that are being drilled in shales, this is extremely high-perm, and so we get to use different equipment than what most of the industry is using today. So, one of the key points about the company is that we focus on cost. So, whenever we talk about shallow low-cost conventional, it all ties together. You don't spend as much money when you drill a shallow well. You look for areas that have tremendous source rock, so if you have oil at a $100, you want to be drilling where oil has been found. And then you drill a type of reservoir that doesn't require to have high-pressure treatment or high-pressure drilling with rigs.

And so, with all of that, if you think about our industry over the last 100 years, it's been built around these types of reservoirs. So, what has happened is you have service companies across the United States that now have excess equipment because the industry has moved to deeper, higher-pressure, tighter reservoirs that you can't use the same equipment that the industry's been built on. So, where do they go to work? They come to work for us. And our costs have not moved up appreciably since early 2009. I think we are the only company that will be able to stand up in front of you and say we don't have higher costs, and it's a critical part of the equation to find rates of return, and I don't think enough people talk about that.

So as we move into the Mississippian play, we can also use these low-cost equipment providers to drill these wells. And now, today, we're up to 830,000 acres, on our way to between 900,000 and 1 million acres. It's a huge area. And what Rodney will go through in the Mississippian play is that we're seeing the same statistical outcomes all the way across the play. So, there are excellent wells drilled on our – the wells that we've drilled, we've drilled some excellent wells. We've drilled some poor wells in other parts of the play. Chesapeake's drilled some excellent wells. There's been some poor wells drilled there. Eagle has drilled very good wells. Range has drilled good wells. You can move about 100 miles, and we're not seeing differentiation in the reservoir.

Now, that doesn't mean you won't have good wells and poor wells. So, what we always look at is a range, and we want to find about 240 barrels a day equivalent to meet our type curve. We also say that Netherland Sewell has given us a type curve of 409,000 barrels per well, but our type curve is really a range, over the 6.5 million acres, we think we'll find somewhere between 300,000 to 500,000 barrels a well. I think it's a little bit early to go and try to say we're going to find 409,000 barrels of oil on every well that we drill across this 6.5 million acres.

So we know – we've also said very publicly that, if we get to 1 million acres, we can hold about half of that with our current rig program. And so we'll look to monetize some of the other acreage as we go forward. We currently have 12 rigs working in the play. The two areas that we're the most active in are in the Mid-Continent, and the Permian Basin. We do continue to have all of our gas assets in the West Texas Overthrust and East Texas and some in the Gulf Coast in the Gulf of Mexico. And we've been fortunate that, as we moved in and made the company into an oil company, we haven't had to sell gas assets in a low-price environment.

I continue to believe that gas prices will move up, and I think it's all around the Haynesville Shale. So, as soon as rigs start to move out, 35 to 50 more rigs out of the Haynesville, I do believe we'll have a drop in supply that associated gas won't be able to keep up with, and there will be a time that we can either look to monetize or drill in the gas projects. However, if we believe what we – if we we're right in what we believe, we have enough drilling at oil projects that I don't think gas will get back to a point where it can compete with us to take capital, so we will have to look to monetize some gas over time. However, the last point on that is our gas assets are HBP, so they're not going anywhere.

So the Pinon field – what we will lose, we'll lose acreage across the West Texas Overthrust. In fact, we'll lose about 100,000 acres this year. But I can't imagine why you'd want to go spend money, that you could be spending drilling oil wells, to hold acreage that can hold for gas whenever you can release it at a later date if you wanted to.

The Permian Basin, as I mentioned, is the third largest petroleum-producing area in the U.S., the largest onshore after Prudhoe Bay in the Gulf of Mexico. So, 29 billion barrels of oil have been produced out of the Permian Basin, of which 13 billion have been produced out of the Central Basin Platform. So, if you're going to look for shallow oil in the United States, the place to look for it is the Central Basin Platform in the Permian Basin. So, the San Andres, and the Clear Fork are two main providers of oil in our project to have made 6 billion barrels of oil. So, if you think of this, the very best source rocks in the United States, oil prices moving up, even if you just eke out 60 barrels a day, you can have fantastic rates of return, and that's what we do. So, we don't look for our wells to

make 1,000 barrels a day, but we also don't spend $5 million to $8 million a well. We'll spend $750,000 to find basically 75,000 Mboe per well.

So the high-perm area of the Mississippian, we call the "high-perm play." Again, that should be in quotes because it's really, traditionally, a fairly low-perm reservoir, but very high-perm, compared to other reservoirs that are being drilled today, as I mentioned, a very shallow oil target, a very large area, and the key to both of our plays – and we only focus on two plays today, so we'll spend lots of time digging in the Permian Basin, and the Mississippian – the key to both of these is there's a tremendous amount of vertical production.

So as we look at the targets that we drill for, we have decades' worth of history, and I think that part of the risk in the industry today is that we don't know what new reservoirs – what they'll look like in two, three, four, five years. We know that in June of 2008, it was thought that there'd never need to be another reservoir other than the Haynesville, and what's happened in that reservoir is it tended to decline at a higher rate than was anticipated. Any time you're dealing with ultra-tight rocks, there's always that risk. You don't know whether the wells will go exponential or hyperbolic.

We know, in the reservoirs that we drill, that they'll have a hyperbolic curve, and we can document it by the vertical wells that have been drilled over the last 100 years, especially in the Permian Basin. In the Mississippian, we have over 30 years of production to look at, and Rodney will spend quite a bit of time going through how safe these two reservoirs are, and I think that's another key differentiation in the companies as you think about SandRidge.

We do have and have completed a large part of our planned asset monetization this year. We have a clear path to $700 million really by sometime in April or May, and we have other assets for monetization this year. We are very comfortable we're going to be at least to our $900 million target, if not more, and, keeping in mind that this only includes one asset monetization in the Mississippian. I think you'll see more of those this year, and James will spend a good amount of time today talking about it.

The other thing that we do that is a little bit different than the rest of the companies in the industry is we tend to hedge. So, we're very comfortable that, if you don't have higher costs – so the only reason that you wouldn't hedge and try to lock in 100% rates of return is if you're afraid your costs are going to move up and you'll lose those returns out in the future. But if you really believe that your costs aren't going to move up, then you should be willing to hedge in 100% rates of return.

The way I look at is I don't know what can happen out a couple of years, but I know that, if we lock in today's price – and what we're hedging today, we're up to about 8 million barrels in cal '13 – if we can hedge in $100 dollars per barrel, we should do that. And so that's what we've been focusing on is going ahead and hedging in oil. Even though we're bullish over a long term, we do want to capture these rates of return. So, I think that's one thing, is I doubt that many other companies are as hedged on oil as we are moving out into the future.

I've already talked about our gas upside, but just to mention is that we have over 8,000 locations left to drill. All of these are held by production, and we just see these as assets. Rodney will spend a lot of time going on about how we were the only company to write reserves off our books last year, so any gas reserve due to pricing that didn't have a PV-10, we chose to write them off last year. We brought them back on this year. The reserves didn't go anywhere. They just came on with price. So, we'll spend quite a bit of time talking about that as we discuss our reserves.

With that, I'll turn it over to Matt Grubb.

FACTSET: callstreet

corrected transcript



**Matthew K. Grubb, President and Chief Operating Officer**

Thanks, Tom, and good morning. I just have some high level slides also before we get into the technical part of the presentation. This map shows all the different areas that we operate – East Texas, the Texas Gulf Coast, Gulf of Mexico, the West Texas Overthrust, which is a Pinon field, Permian Basin in the Mid-Continent – but we're really only focused and active in two areas, and that's developing the oil properties in the Mid-Continent, and the Permian Basin. We plan to run 28 rigs the remainder of the year, of which 12 will be in the Mid-Continent developing the horizontal mist, and 16 in Permian Basin, drilling primarily Clear Fork and San Andres wells. So, our plan is to drill 950 wells – 138 in the Mid-Continent and over 800 wells in the Permian.

For the month of January, we averaged just a little bit over 62,000 barrels of oil equivalent per day and about 30,000 barrels of oil per day during that month, of which about two-thirds of that came from the Permian Basin and about 12% from the Mid-Continent on the oil production. Our guidance for 2011 is 23.3 million barrels of oil equivalent. This is a 16% increase over 2010 production. Our proved reserves at the year-end of 2009 was 219 million barrels of oil equivalent. At year-end 2010, it's 546 million barrels of oil equivalent, so it's more than double. And our PV has nearly tripled, from about $1.5 billion to $4.5 billion at the year-end 2010. And 88% of that PV value is from the oil properties primarily in the Permian. We plan to spend about $1 billion this year on the E&P, which is primarily drilling, with a little bit of workovers and recompletions in that budget.

We have over 15,000 resource locations, of which over 11,000 of those locations are oil properties, and 3,700 PUDS. Acreage and locations, we have a little bit over 1.6 million net acres. About half of that is in the Mid-Continent in the Mississippian horizontal play. We currently have about 800,000 acres under lease today, and we have wound down our leasing efforts, but we should end up with probably 900,000 to 1 million acres when it's all said and done.

We also have 200,000 acres in the Permian. While that doesn't sound like a lot, the good thing about the Permian is we can drill those wells down to such tight spacing, down to 5-acre spacing, that it does provide for a lot of locations. And if we're looking at the rate we're drilling today, about 800 wells per year, we have about 10 years worth of inventory to drill, and then the WTO where we have about 0.5 million acres. The locations, I mentioned we have over 19,000 locations, almost 8,000 in the Permian, WTO 5,500, and then the Mid-Continent makes up the bulk of the remainder.

The Permian Basin – as Tom mentioned earlier, the beauty of the Permian Basin where we operate, particularly on the platform, the Central Basin Platform, three main things is that it's shallow, so it's very inexpensive drilling and development. Our wells range from about – for the most part, range from about 4,500 feet deep to 7,500 feet deep, all vertical wells. The average cost we're looking at this year is about $760,000 per well, very high rates of return at current commodity prices. We have nearly 8,000 locations there.

As Tom mentioned, the Central Basin Platform is roughly about 3 million acres, and it's produced 13 billion barrels of oil, so it's packed with a lot of oil and multiple reservoirs, so there's very low-risk development in this area. The Clear Fork, and the San Andres, the two primary reservoirs that we focus on, have produced about 6 billion barrels. The horizontal mist, a little bit over three-quarters of a million acres and 3,400 drilling locations, that's an area that we're really just getting started on right now, and a tremendous amount of value to be realized in years to come.

The Central Basin Platform is highlighted by the shaded area on that map, and like I said, it's about 3 million acres, but we control basically all the major fields on the platform. Our legacy assets was Brooklaw, which is at the southern part of the map in the Goldsmith area, and this is back in 2009. When we bought Forest at the end of 2009 in December, we bought into the Fullerton, Robertson and Tex-Mex fields, and then in July of 2010 we bought Arena, which is the Fuhrman-Mascho field, so everything fits real well together logistically. It was a great set of acquisitions, and the integration was seamless. These are very high rate of return wells. On average, we're looking at 83,000

barrels of oil equivalent per well and nearly a 90% rate of return on the current strip, very low drilling cost and predictable production profiles, decades of production history here. And we're the most active driller on the platform, with 16 rigs – and I think Tom mentioned the next guy there has maybe three or four rigs – and nearly 8,000 locations.

This is our performance in the Permian to-date. Back in 2009, before we bought Forest, we were running about 4,000 barrels equivalent per day. We closed Forest in December of 2009, and we moved up to roughly 12,000, 13,000 barrels net per day. You can see we started ramping up the drilling and moved that up to about 15,000 barrels per day. In July of 2010, we bought Arena. That moved us up to about 24,000 barrels of equivalent per day, and then the ramp-up in drilling, we bumped 30,000 barrels of oil equivalent per day there. And then when we sold off our Wolfberry asset, that's a little tick down we saw of about 16,000 barrels per day. We also recently announced another sale in the Permian of some non-core waterflood assets, and that should close in April, and that will be a down-tick of about 1,500 barrels per day. And the orange bar, as you can see, is the rig ramp-up over time.

This is a good slide showing how we have increased value in the Permian. We spent $800 million for the Forest assets, which, as it turned out, is basically buying PDP value. The Arena acquisition was 1.4 billion. We've reinvested $436 million in drilling. We've cash-flowed nearly $300 million and will have sold off over $460 million in properties. This includes the Wolfberry, the New Mexico assets, and the non-producing Bone Springs acreage. So, the net investment over this time period was about $1.9 billion. Today, our Permian assets on the strip is worth $3.8 billion, so we've enhanced value of almost $2 billion in a very short period of time.

Horizontal Miss oil play, this is a very exciting play for us. It has a tremendous amount of scale. This map is a 160 miles east/west by 100 miles north and south. The dash blue line represents about 6.5 million acres, and we have nearly 1 million acres in this area. The Netherland Sewell type curve for the wells we've drilled to-date is 409,000 barrels of oil equivalent. I think there's still a lot of variability. We're still saying internally 300,000 to 500,000 barrels, but nevertheless, it's a very good project, on the type curve with the current commodity price is 120% rate of return, low drilling cost. I think this may be the lowest drilling cost of all the horizontal plays going on in the U.S. So, when you compare it to the Haynesfield, the Eagle Ford, the Bakken, the Bone Spring, this is maybe a third of the cost.

Acreage costs, all-in, we'll probably would have to spend less than $200 an acre out here, and really was a very unique time for us, as everybody was spending resources in the shale plays. We had an opportunity to pick up a lot of acreage here at a very low cost, which I don't think we can do today, had we not taken that step in 2010. We're the most active driller in the play. Right currently, we have 8 rigs, going to 12 rigs, and 3,400 potential locations. And I think the important thing is – the important question is do we think this play's going to work throughout this entire acreage area. And I think Tom addressed it earlier, but there's about six or seven operators out here drilling across this entire 160-mile range across this map here.

This is our oil production growth since drilling the Miss play. As you can see, in 2009, we were producing about – and this just shows oil, not oil equivalent, but just oil – we started out at about 500 barrels of oil per day in mid-2009. As we started ramping up rigs, we bumped that up. We doubled that pretty quickly to 1,000 barrels per day. As we ramp a few more rigs, we'd bump it up to about 3,000, 3,500 barrels per day. And this year we have 12 rigs running, starting in April, so it's a tremendous program for us.

And with that, I'll turn it over to Rodney Johnson for a more technical discussion.

**Rodney E. Johnson, Executive Vice President, Reservoir Engineering**

Thanks, Matt. We're going to start and get through quite a bit of detail on our reserves. I think you're going to see that we have come a long way since last year. I hope it's a more comfortable story this year than we talked about last year. What you're looking at here is we went from 219 million barrels equivalent to 546 million barrels equivalent, and our PV-10 value went up from $1.561 billion to $4.509 billion. A lot of that, quite a bit of value increase, of course, came from both the reserve adds that we're going to talk about and also, a movement up in pricing using the SEC pricing from $57.65 to $75.96. Gas prices moved slightly. We talked a lot about this last year, what this meant to gas reserves, and we'll go through that in quite a bit of detail, as well.

When you look at it, though, the real transformation of the company is just not adding reserves, it's the fact that we moved from 2008, where we – sorry, I don't have those number up here, but we were primarily driven by gas properties. In 2009, we have transformed where 88% of our value is now coming from oil properties. That's a fairly dramatic change, from a gas company driven by gas prices to an oil company with primarily oil reserves, in a little over two years. That's a radical change in the overall profile of this company.

When you look at this, we also had a 521% ROP, and we left out the changes due to pricing because those mainly came from our gas reserves coming back on the books. So, the 521% is exclusive of those gas reserves coming back on the books, with a finding cost of $9.04, and we're going into quite a bit detail on finding cost. There's about 20 different ways to calculate finding cost, and we're going to give you a lot of detail on finding cost. The other key thing is our value now is $8.26, we keep moving up on value per BOE.

When you look at it, go through the quality and talk a little bit about our reserve process just to give you an idea, right now, approximately 96% of our reverses are independently engineered, the difference being those reverse aren't audited as part of our books. Those are independently engineered, with about 72% of that engineered by Netherland Sewell. Netherland Sewell currently is engineering all of the Arena properties, all of the legacy NEG properties that we acquired, and also, the Mississippi horizontal

And the Lee Keeling is engineering, about 20%, and that's our legacy Forest acquisition properties – the reason, we were transitioning at the time to go more to Netherland Sewell, but with the Arena acquisition, they were pretty full up engineering both Arena and Mississippi horizontal. So, we put most of their efforts into doing those two plays, and we'll talk quite a bit about that here in a minute. And then DeGolyer and MacNaughton continues to do our tertiary recovery process. The other thing we do is we independently engineer all our reserves, and then compare our numbers to the consultants as we get done with the year-end process, and we're on very close tolerances between how we look at things, and how they look at them at the end of the year.

Talk a little bit – I know we spent some time last year talking about the major differences in the SEC rules and regulations. I think some of these points are key to understanding different companies, and how they compare. And one of the reasons we're going to talk quite about this is simply the fact of last year-end, what really happened with the new changes in the SEC rules, and a couple key ones. One was the ability to book a lot more PUDs, okay? And the second one had to do with this whole question we had last year-end of companies choosing to book negative PV-10 value to keep their gas reserves on the books. We spent a lot of time last year talking about we chose not to do that, and we saw in the numbers that were publically displayed by other companies that, apparently, a lot of other companies chose to do that.

Even if a reserve had a positive cash flow of $1,000, you can physically leave those reserves on the books as long as you take the negative PV value that's associated with it. We saw a lot of companies that had a lot of reserves and no value associated. We chose not to do that, and I'm going to talk you through a little bit of the benefits associated with that this year.

One of the things, these are public comments after year-end that the SEC commented on several companies – quite a few companies throughout the industry. One of them, quite frankly, is associated with the PUD vintage. You're hearing a lot of issues around PUD vintage. And essentially what the SEC, in my opinion, has done is they're looking at the PUD vintage as kind of controlling the overall scope how many PUDs are on the books, okay? They've opened up the technical issue of how many PUDs away from a location you can book, and now they're using – the five years seems to be a limiting factor on what they're commenting on of whether it's a PUD or not.

With that in mind, we're going to go through quite a bit of issues associated with our reserves and talk to you about – one of the things they're asking for is more disclosure around these issues, and we're going to fully disclose the PUD vintage for our wells, when they were booked, so you have an idea of how long they've been on the books, et cetera. And one of the things with taking the gas revision last year is all those gas reserves coming back on the books this year essentially starts the five-year clock over for us, okay?

What that allows us to do is schedule our gas reserves at the end of our oil reserves, which gives us a few years for gas prices to recover and have economic outcome to actually go drill those in a profitable market instead of effectively either being forced to drill them in an uneconomical market and/or writing those reserves off because you're hitting the five-year PUD limit rule.

Another issue that came up associated with – was this concept of how the new reserves rules affected the bookings, and they were pushing back on a lot of companies to actually disclose how that affected their reserve bookings. Are you booking more than one direct offset? How much of your reserves are affected by that? We're going to go through some detail on our reserves and actually disclose that to you. Another issue we had last year – this was a little bit unique to us – was extensions versus revisions. I think we went through a long discussion over the industry had been gradually moving to literally counting almost every extension – any new add to the reserve books as extensions.

After conversations with several of you and looking at what the industry is really doing, people have really converted to counting all the new adds to extensions, and we have done so as well this year, with revisions being purely – making it easier for everybody to analyze that the revision bucket is literally anything that was on the reserves last year, and what effect might have happened to those reserves. So, it's easy to calculate now in our reserves as to what are true revisions, and what are adds to the reserve books.

Another one that was really interesting to us, this one – as part of our S-1 filing with the recent deal that we just announced, we got a comment back that kind of took me by surprise, which was they actually questioned why we used a 6:1 in our equivalence calculation on reserves, noting that value was quite a bit different than the energy component, which surprised us. After a long history of everyone using a 6:1, they actually asked a question, why weren't we disclosing more around the fact that 6:1 wasn't a proper way to look at value as much as it was a way to look at energy component.

This took us a little bit by surprise, but we're all for it because we've been – I think you'll remember we spent a lot of time last year on talking about how a 6:1 doesn't accurately describe our reserves. And then there was also a lot of feedback, technical feedback on letters and qualifications pushing to have more disclosure on. And I think you'll see that, on our 10-K, that we've given a lot of disclosure on the qualifications of the engineers that worked on our reserve report.

With that in mind, we put together a chart – we've been showing this for quite a few years – our overall reserve growth through history from '04 all the way through '10, the exception being we did try to indentify this year the 219 was our year-end reserves. This is the pricing revision we took. We talked about this, about 1.2 Tcf of reserves we wrote off the books, and we brought on a little over

FACTSET: callstreet

corrected transcript



80% of those back onto the books, and the total was 546, and we're using an R/P of 521, which of course, excludes the pricing revisions.

When you start to talk about our reserve picture, here's a picture of our waterfall, and effectively what you're looking at is the 157 is the 950 Bcf of gas reserves that came back on the books. But you'll also note we had 105 million barrels of extensions, and primarily those were associated – there's about 26% of those that were developed. In other words, those are wells that we drilled during the year that are now producing that weren't on the books last year-end. Of the remaining 74%, there's about 34 million barrels of that that was associated with the Mississippi horizontal play, and the remaining piece is associated with the Permian oil.

So essentially all of the extensions you see in this bucket are associated with our oil property development. Then you're looking at another 85 million barrels. That's the Arena acquisition. And as I said, this component is really the gas reserves coming back on the books, note 323 million barrels of undeveloped reserves, with the remaining piece being developed.

This is our disclosure of our PUD vintage, okay? This is the year booked of the year the reserves were actually first put onto the books, so you can see – now, you won't find this – if anybody kept all their gas reserves on the books last year-end, you're not going to find a chart like this in the rest of the industry – a lot of the other companies.

Effectively what we're left with is we have very few reserves that have been on the books for more than three – well, actually more than two years. So, when you're looking at our company and looking at PUD vintage, there's only about 27 million barrels that's been on the books for more than three years, and 21 million of that is associated with our tertiary project, and effectively, that's in a an ongoing development phase. It's just that, as the $CO_2$ moves down in the flood, those get moved into the PDP category. So, those really aren't even in the same category that the SEC is really looking for.

And then if you look at capital spending projected over four years, we expect to fully develop all the PUDs that are listed up there. Keep in mind, again, our gas reserves are pushed to the end of that development cycle, which allows us to see a possible rebound in gas prices before we have to go develop those reserves.

Another key thing that we talked about in the SEC component is what effect did the new reserve bookings have on your books. Only about 6% of our reserves are more than one direct step-out away from a known producer, and keep in mind that's a very lower percent. In other words, we haven't gone out to a resource play and booked a whole region of PUDs without direct offsets. Very few of our PUDs are actually more than one direct step-out away from a known producer. And even in that case, those 6% are really interior to known producers. If you have two producers and two PUDs, we may have a third PUD in between those, but they're not exterior to field boundaries or known producing intervals.

So, really, we're a very low percent of – and that also goes to the fact that we have also got, call it a higher growth potential in the fact that we have the ability to continue to grow our reserves versus the concept of booking a resource play or a large area of reserves, and then effectively you're just not developing them. So, that gives you a little bit of flavor on the overall reserve profile.

When it comes to value, PV-10 value changed. It's a little bit different than the reserve change. Because of the movement up in price, most of this $1.3 billion that moved up in price really was associated with that movement in oil price. Okay? You had a $20-some movement in oil price – or almost a $20 movement in oil price and only $0.40 or so a movement in gas price. A lot of this was really associated with that movement in oil price. Then you also look at – if you start with a $1.5 billion reserve value, we went up almost $1 billion in extensions. Keep in mind, that is only with new reserve adds to the books, so you almost – almost – doubled the size of value of the company just

in the extensions. And then $1.1 billion in the Arena acquisition, and of course, the $1.3 billion, which gets us to $4.5 billion – a fairly dramatic movement in overall value of our company.

Also note, when you look at true value, 52% of our value is really in the development. Only 48% of the value of this company is in the undeveloped category.

All right. We'll get into a little bit of finding cost. We've given you quite a bit of detail here. One of the things we gave you a lot of detail, if you read through our earnings release, you're going to find all of these numbers documented. There is one exception – this $1.25 million you have to find down in a sub note, the acquisition stock that we issued as a part of Arena. Other than that, all of these numbers are readily available in our earnings release.

As I noted, if we counted the revisions due to gas pricing with our gas reserves, we would really be at a $3.61 finding cost, kind of, call it, the normal way that a lot of companies are looked at on finding cost. If we exclude that 157 million barrels, we were at 904 million without those pricing revisions to gas reserves. Then if you drop down and look at all-in, you add in the acquisition cost, $138 million of capital, $1.25 billion of stock, all-in at $2.4 billion, we are at $12.86 without the pricing revisions.

Now, one of the things we've seen, particularly with the issue of last year-end, with all of the movement and ability to book a lot of PUDs and actually increase that PUD value, this becomes difficult to really judge the value of movement in a company. One of the things that the industry we've seen a lot of movement around is, call it the proved developed finding cost. What this is, is the movement in developed reserves, not discounting or removing the movement in PUD reserves, and this is more reflective of, call it your true finding costs that you spent capital on to actually develop.

It doesn't give you an indication of what PUDs you might have booked with that drilling program, but it does give you kind of an indication of what you're really finding as far as reserves with the drill bit, what are you able to produce out of the ground with that drilling capital. And when you look at this, even if you do this, our movement in – and we've tried to give you a lot of detail around this, so you can calculate it – our movement in proved development was up 78 million barrels PDP behind pipe and nonproducing or shut-in waiting on pipeline. When you look at that, that's a $12.06 finding cost. That's still a very good finding cost when you're drilling for oil.

With land and seismic all-in – there's a lot of pressure in the industry also to include land and seismic. In other words, if you spend land and seismic dollars every year, how do you discount the fact that you've got that in your budget. We have actually – Matt and Tom talked a little bit about the fact that we're winding up our land program, but even if you include that, we're only at $13.37. This – we just tried to give you a slide to give you all the detail of how you can go ahead and calculate that, so you can actually get to the total numbers that we show on that slide.

Okay, go through a little pricing sensitivity, when we look – of course, the new year-end rules are the first day of the month for the last 12 months average. So, it's really not even the – it's not the average of 2010 prices you received. It's actually the first day of the month that equates to this 2010 SEC pricing. What we did – a couple unique things that also happened to us is, as we note, we have announced both the Wolfberry sale, a New Mexico sale, and a royalty trust pending deal. We wanted to give you a flavor for what our value in reserves would look like with those taken out of the equation.

The New Mexico deal hasn't closed, but has been announced. We have signed a letter. The Wolfberry deal is closed. That was closed in January. And the royalty trust deal is also pending.

With that in mind, if you take all of those out of the equation, and run a current strip with our hedging position for the next three years, you would end up with 504 million barrels, and $6.187

billion. That's just using a current strip to get the kind of pricing outlook for the value of the company. The difference in these, in the 545 million and 504 million is we're moving those reserves that we sold as part of these – or pending sale as part of this. And then we gave you a $6 and a $100 as a pricing reference, but really the NYMEX strip isn't that much different than – I mean, the $6 and $100 is not that much different than the strip run that we ran.

Overall – from this point forward, I'll go through a little bit of analysis – to make it simple from this point forward, we're going to talk about our reverses, our value, our NAV value, as if those properties are already removed from our database so that everybody understands there's a difference between the SEC run 12/31, we've now removed all of those values from our analysis from this point forward.

When you look at this, one of the things you note is a large percent of our value – $3.8 billion of our value is really associated in the Permian. This is Permian oil. It's a huge transformation, as I said, from where we were two years ago. We've now – bulk of our value is associated with our Permian assets. And then you can see Mid-Continent over here, which is primarily our Mississippi horizontal program, is now at 660 million, which is a pretty big movement up from where it was two years ago.

The thing I will note is, while you look at this graph, one of the things you'll start to see in the next couple years is our gas reserves will start to diminish as part of this graph. These are our areas of growth. We still have a tremendous area of growth in the Permian. We're going to give you a flavor for that today, and we're also going to give you a good-sized flavor of our potential growth in the Mid-Continent. So, in the years to come, expect the Permian and the Mid-Continent to become much more dominant, even more so than it is in this slide.

Identified locations, and this is one of the reasons, when you start to look at identified locations, bulk of the identified locations are Permian and Mid-Continent. Matt's already covered 3,400 potential locations in our acreage position in the Mid-Continent, and that's really using 200 acres. We'll go through that in a little bit of detail of what spacing might be – you might be able to achieve in the Mississippi horizontal. And then, as noted, we still have quite a few gas reserve locations in WTO and East Texas, and those are the gas reserves that either gas price makes a dramatic improvement, or we look at some way – we still believe all of this potential that exists out here with the pricing environment we see in the near future will far outweigh our ability to spend capital needs, and these are the areas that we'll be looking to possibly monetize if prices don't rebound.

This is a chart distribution looking at the distribution of oil versus gas, and then where the locations, et cetera, are. When you look at our PUD locations, again, 80% of our PUD value is associated with proven values associated with oil locations, okay, again, very dramatic transformation from two years ago where this chart would have been completely reversed. Now, you're looking at also PUD and resource locations, 84% of our PUD and resource locations are associated with oil locations, with the bulk of that being Permian and Mid-Continent. WTO is still a large percent of the resource piece.

This is an NAV slide that we've run every year to look at proven plus resource potential. When you look at – you pull all of that together and you run it on a strip, it shows a potential value of $21 billion, with a substantial amount of locations. The thing I'll kind of draw your eye to is that most of that value is in the Permian and Mid-Continent potential, so again, focused on oil, focused on shallow carbonates.

And with that in mind, Todd and I are going kind of trade off. He's going to go through a little bit of the geology technical review for each of these areas, and then we'll follow up with some engineering on each of the areas.

FACTSET: callstreet



**Todd N. Tipton, Executive Vice President, Exploration**

Good morning. It's awfully hard to follow those kind of numbers, so it's always hard to follow Rodney, when you have great reserves like that. But somewhere we have to keep in mind that all those reserves come from the rocks I'm going to talk about it, okay? So you've got to start with geology in mind.

Tom had talked about this a little bit, but I think it's very important to reemphasize or elaborate a bit on the Permian Basin in West Texas as I move over in front of the mic here. If you look at 80 years of history in the Permian Basin, you're talking 29 billion barrels of oil produced from the Permian Basin. That amount of oil produced is larger than many countries around the world.

If you look at 13 billion barrels produced from the Central Basin Platform, nearly half of that production is from the Central Basin Platform, which is the area that we concentrate at SandRidge, and we concentrate primarily on the San Andres, and the Clear Fork formations, which total 6 billion barrels produced over that 80-year period. And again, that's nearly half of what's been produced from the Central Basin Platform.

One thing we also need to note is, even though it's nearly 30 billion barrels produced, the Bureau of Economic Geology in Texas looks at the possibility of an additional 30 billion barrels of oil still to be produced in the Permian Basin. So, one of the best places – and Tom mentioned it earlier, one of the best places to find oil is where a lot of oil has already been found.

If you think of the rocks in the Permian Basin, we think of the rocks in the Central Basin Platform – many of you have been out to Midland, you've been out to West Texas, Midland West Texas, pretty much as flat as the stage I'm standing on. But to a geologist, it's a wonderful place. So, once you get below that flat surface and start to look at the structure beneath it, you have multiple zones that we produce from on the Central Basin Platform. Pretty dramatic as this illustration shows, but in the subsurface, this is what we see. We have not only the Yates shallower formation and our Grayburg in San Andres, which we concentrate on, but the Clear Fork formation.

These are all carbonates. You're going to hear that theme over and over – shallow low-cost carbonate reservoirs. And that's what we see on the Central Basin Platform. Not only the San Andres and Clear Fork, but upside potential on the properties that we have, but other areas on the Central Basin Platform are deeper formations that have produced over the years. The Wichita-Albany, we get down to – this is the Woodford Shale and it's a tremendous source rock, and those few other companies are looking at that as a reservoir to produce from, but this is a tremendous source, produces most of the oil on the Central Basin Platform.

We also have deeper formations that have been produced from the platform in the Ellenberg, Fusselman, Devonian, and we get to shallower depths than what we see in the basins on either side. So, Central Basin Platform, we have the Delaware Basin – yes, the Bone Spring over here, but we're talking well depths at least – we're talking San Andres, we're at 4,500; Clear Fork, 6,500, Wichita-Albany, 7,500 feet. If you look at the Bone Spring, and the Wolfcamp, and the Delaware Basin, you're talking 10,000 to 11,000 feet, and these are primarily classics. These are your sandstones. They're the sandstone equivalent of what we have on the platform in our carbonate section.

Midland Basin, a lot of the activity, especially in the Wolfberry that we see on this side of the Midland Basin. Yes, the Wolfberry, again a classic reservoir, most primarily sandstones and shales in that reservoir, but again, much deeper wells than what we're seeing in our carbonate section up on the Central Basin Platform. We like the Central Basin Platform. If you think of this slide, Matt and Tom both showed this slide, but I wanted to emphasize, the fields illustrated here are showing the production from just the Clear Fork, so 2 billion barrels produced from the Clear Fork. If we overlay the producing San Andres fields, they fill in most of this area in between, and then oftentimes,

corrected transcript

they're coincident. You can produce San Andres and Clear Fork in those same fields. So, we look at that whole area, really, as almost one continuous field across the entire northern portion of the Central Basin Platform.

Recent studies showed the top 100 oilfields in the U.S., and yes, you'd expect a lot in the Gulf Coast offshore, you'd expect a lot in Alaska. 22 of those 100 top oilfields in the U.S. produce in the Permian Basin, and half of those are on the Central Basin Platform, and six of those are fields that we operate in.

So we are extending the fields already discovered and infilling those fields, as well. So, Tex-Mex, Robertson, Fullerton, Fuhrman-Mascho, and Goldsmith, along with Brooklaw, are six of those top 100 oilfields in the U.S. Again, a very high rate of return oil wells, low cost, predictable profiles, certainty of economic return, a lot a locations remaining on the Central Basin Platform for us to expand. And again, those are potential locations to develop the San Andres and Clear Fork. We do see other potential in the other zones, deeper and shallower, in the fields that we are extending and expanding. So, again, that same theme – low-cost carbonate reservoirs, that shallow predictable and really reducing the risk of what we're trying to do, especially in the Permian Basin.

Just to – this has been around a while. This is a classic 1984, this cross section, really what we've built our illustration on in the two slides before, but it shows all those carbonate reservoirs, multiple carbonate reservoirs on the platform, and the dramatic – how high that platform is in the subsurface, as compared to the Midland, and the Delaware Basin, and the corresponding classic sections in both those basins.

This little outline right here shows that southern extent on the Central Basin Platform. This is our Goldsmith Adobe unit and Parker Minerals. This is where we first initially developed our understanding of the Clear Fork formation. And to also elaborate a bit on the technology, it's nothing – this is, again, low-cost vertical wells that we're drilling, but we have been able to enhance that production with some of the work we're doing in the logging we're doing.

We're seeing new tech and being able to high-grade those perfs and those zones that we will perf, staying away from water and being very selective. In the past, industry would perf and try to produce from that entire section all of those zones, open them all at once and bring in a lot of water. We are being much more selective and utilizing that technology to really enhance the completions on those wells.

**Rodney E. Johnson, Executive Vice President, Reservoir Engineering**

We really view – when you have a play like the Mississippian horizontal, it's like everybody expects you to get to it real quick. We do want to spend a little bit of time talking about the reserve potential of the Permian, and that's a lot of what Todd was trying to get across to you. A lot of growth potential still exists in the Permian. We are looking to drill 800 wells in this environment for 2011. And a lot of value growth potential that still exists in this Permian, why does it exist? It's because there's a tremendous amount of pay section that Todd talked about, a tremendous amount of oil in place, and a lot of bypassed oil that's occurred over the years.

One of the things we'll talk a little bit about is, as we got into this play in the Parker Minerals GAU area, really we have spent the last three or four years mainly just drilling off the end of a known field and expanding a field by several miles. When you look at the existing production, we just extended off at the end of that. Today's prices allow us to drill all across the Permian Basin and find those kind of areas where they didn't find the high flush rate wells back in the '80s and '70s, but these wells are very economic. And we don't want to just rush by the Permian Basin because, if you look at this from a high level, you're looking at a tremendous amount of locations – 7,700 locations, and

we still haven't counted all of the type infill locations that we can drill here – you're looking at $6.4 billion of potential value here and relatively inexpensive finding cost.

The reason Todd was spending the time talking about the Central Basin Platform, it's shallow. We can't emphasize that enough. A lot of the plays in the U.S. continue to go deeper and deeper. Costs go up. When we're looking at the Permian Basin, we're looking at shallow depths, very inexpensive drilling cost, and even though we're finding, say, they're not the flashy reserves, but we're going to show a type curve of 83,000 barrels, those aren't the kind of large-scale flashy reserves you see published in a lot of other plays. But they're repeatable. They've got a lot of history, and they're very high rates of return with current oil price expectations. So, when you look at this overall, we're looking at an $8.60 finding cost to develop 394 million barrels in our reserve plus resource potential.

And one of the things when we looked at the – we wanted to walk you through a little bit of the Arena acquisition. Again, when we looked at Arena, we studied the San Andres Grayburg formation across the region, and we looked at quite a bit of the potential value. What we saw was a reservoir at shallow depths, very shallow depths, that we felt could be infill, that we felt there was a lot of potential to actually infill drilling without ever implementing secondary or tertiary projects, such as waterflood or CO2.

When we originally acquired it, $1.388 billion acquisition cost. As Matt showed in the one slide, we spent $114 million in capital expenditures in 2010, we cash-flowed $90 million. That's net of expenses, not net of CapEx, of course, but net of expenses. And then $130 million in divestment, that's the pending New Mexico share of the Arena assets. And then, effectively, at strip prices, we'd be at $1.914 billion. That's a $632 million increase over the overall investment, growth of investments, and a current reserve booking of 87 million barrels. When you look at that from a high level, we really have just scratched the surface so far on looking at the increased density potential of the reservoir, and still that yields a $14.74 per Boe in net investment cost.

This is an area that – like I said, when we looked at it, there's an area of production, when we set out to study this area, InterGen had developed on five acres down here to the south of our main block. We saw the potential to increase density. This is one of the reasons we were encouraged by the acquisition and ran our analysis and actually acquired this acreage. When we went back and studied this and looked at what was drilled in 2010, what's identified in orange are all of the wells, 222 – not 5, not 10, but 222 wells that were drilled within five acres of known production. The known production are the gray dots on this map. And what that allowed us to do is an extensive study of infill drilling on data that already existed.

We didn't have to project the possibility of increased density. We were able to actually study over – that's almost 400 wells there that we were able to look at the effects of infill drilling down to five-acre, as well as the knowledge that when we studied this InterGen project, these wells came in significantly better than the original ten-acre wells that were drilled. When we – Netherland Sewell, a key that you're studying when you study the five-acre new wells versus the old wells is the effect of interference. What you're looking for is a did the new wells come in as good as the old wells, b did they have any impact on the old wells when they started producing because what you're really trying to do is get unique reserves out the ground, not share them.

And so when we studied this, we saw no observed interference between this group of wells. Now, one of the things Netherland Sewell always will do is they'll go out and go, well, the possibility exists 10 years from now, maybe there will be some interference. So, effectively, what they did is assigned an 8% final exponential decline to those infill wells. That cut off about 10% of the ultimate recovery of those, but of course, it's never been observed yet. We really don't have any observation of that. It's a conservative approach to make sure that we've covered the bases in case somewhere out there in a later time of life, maybe they'd have some impact.

But really when you look at it – and I'm going to show you some curves here in a minute – it had very little to no impact on the economics. The economics of this play are really driven by the first 10 years, and we've got really good data to observe that there's no interference when you look at that.

This is the area that we have booked five-acre infill on so far. We have also got observations of five-acre infill tests all around here, with a great deal of expansion area to look at five-acre infill. So, when you look at overall, we haven't booked a very large area of our potential lease acreage position on five-acre infills. Over here on the right side of the screen, this is the observed observation of the 222 new wells that were drilled five acres away from old wells.

This performance data really shows that those wells came in substantially better than the original wells that they were drilled to offset. The purple or blue line is the original 158 wells. They actually performed substantially better than their counterparties. One of the issues you always run into, and that Todd alluded to it, which is when you start to look at that section of San Andres, it's how you complete it, and how effective you are in fracing that reservoir. What we believe is we're doing a much better job of identifying the zone of interest, perforating in the high-quality rock, and fracing that rock. We believe that we have actually improved the overall recovery instead of showing any sign of possible interference.

Now, interestingly enough, the black bar represents the type curve developed from the hundreds of ten-acre wells. These are the test sample of wells we offset, but some of those are vintage beyond the last couple years, so the black actually represents the curve developed from hundreds of ten-acre wells, and is our official type curve for both the five-acre and ten-acre wells, with the exception of way out here someplace on final decline. But, effectively, what we've found is the ability to drill hundreds more wells within our acreage position and develop a lot more reserves at very attractive economic conditions.

This represents – now we're going to shift gears a tad bit from the San Andres Grayburg formation to all of Permian. So, keep in mind, as Todd said, we have not only drilled at San Andres Grayburg, but we also drilled at Clear Fork all the way down to the Wichita-Albany, and sometimes Fusselman and Ellenberger, but it's not a very large – it's a very small percentage of our overall program. And what this represents it really represents the last half of 2010 since the time we acquired Arena, and it pretty well – when we looked at the last half, the mix of properties between the Wichita-Albany Clear Fork, and the San Andres Grayburg were about the same as our projected go-forward program.

So this is a weighted average blend of all the wells we've drilled in the last half of the year, and the type curve average that we would blend together, and this is the type curve we're presenting to the analysts and to the financial community. As we said, we've tried to simplify the Permian type curve down to one type curve instead of giving out 10 type curves with different projections on where we'll be drilling and those kind of things. And this is the simplified type curve, weighted-averaged on the program we did in the last half of the year, projected forward for the next year or two. You can note it's over 400 wells in this type curve. It's not a small data sampling. The reason this drops off, of course, is the history of how long they've been producing.

That's just the well count as we look at type curves normalized back to time zero. You can see we've got a very good performance match of actual performance in green versus the orange performance, which is our type curve. And then these give you not only a perspective on the actual – again, back to that original 6:1 concept, we're not only giving you the performance data on a Mboe basis, but also on a projected cash flow basis. We're cumulative ahead of what our type curve would say over that timeframe.

With that in mind, this is that orange type curve, represented the economics for it for a potential of significant amount of locations across the Permian, 83 Mboe, for a drill cost of $760,000. It's a weighted average blend of both the San Andres shallow, and the deeper Clear Fork. And what you

FACTSET: callstreet



see, really, as you move along this curve is a very high rate of return – and we went down all the way to $60 oil to give you an idea – still positive PV-20, even in the $60 oil environment. To us, this makes total sense in the fact that really this is the kind of oil price environment that we would expect for the type of reserves we're going for. The reserves that were developed that could survive $30 oil price environment are the high-flow potential that was developed early in the Permian Basin, but this is a significant amount of area and reserves we can produce anywhere within this range of oil prices. Okay?

With that, we'll go on to the Horizontal Miss.

**Todd N. Tipton, Executive Vice President, Exploration**

And again, it's all about the rocks, okay? We looked at this high-perm carbonate oil play shallow oil target – I think Tom had mentioned 5,500 to 6000 feet. We begin our lateral at that point, and then our lateral is anywhere from 4,000 to 4,500 feet. And our drilling costs are low. Our completion costs are below industry average. The other point that we've made a few times on the Permian, as we will in the Mississippian, is extensive history, reservoir control, 17,000 wells that you'll see on the map sheet coming up that kind of encompasses the play area that we're talking about, 6.5 million acres. A lot of vertical control over the past 30 to 40 years, again, de-risking this play that we do know what that reservoir is going to look like, and we do understand where that production is coming from. So, again, conventional, high-perm carbonate reservoir.

Tom had mentioned this. We looked at overall a type curve where these wells should be anywhere from 300 million to 500 million, and a very important point is crude. We're talking crude oil, not just liquids. Well costs are much lower than many of the plays you'll see in the industry today. We have been able to drive those costs down since we started a little over a year ago, and we feel that this is a very good number going forward, again, because we do have a majority of our rigs drilling in this play, and so we keep a very close eye on our costs, both drilling and completion costs.

This is a tad dated. We have 37 that have been drilled and completed. We actually have 44 that have been drilled to-date, SandRidge-operated. And the industry is a tad higher, as well, 66 drilled and completed at year-end, and that number is approaching 75. That's in addition to what SandRidge is currently drilling.

Rigs, services, infrastructure, Oklahoma oil and gas have been produced in that part of Oklahoma 70, 80 years. We're talking an area, northern Oklahoma. This is the Kansas-Oklahoma border. We're looking at a play area that is this area of the map, so northern Oklahoma, southern part of Kansas. Geologic features here, we're looking at some ridges, structural ridges. This is an area to the north that would be on this part of that cross section where the Mississippian has eroded. Why this shows something of this kind of scale, grand scale if you will, is the Mississippian in here is blue. We've talked about the Anadarko basin, which in Oklahoma is in this area of the map. The Anadarko basin has been a prolific-producing basin in Oklahoma for many years. But if we look at that Anadarko Basin, the Mississippian, the Chester and other zones that have produced oil and gas, we look at the Mississippian moving up on to the Anadarko shelf, and this is the area we're talking here.

We get – the Mississippian is shallower. We look at, instead of 1,000 to 1,500 feet thick, we're looking at anywhere from 250 to 500 feet thick across the entire Anadarko shelf, and this is – again, ties back to the rocks – this is the carbonates that we're looking at, in this particular case, not only limestones, but dolomites. We see some what they call chat, which is – but very high-permeability reservoir we're looking at, all within the Mississippian. So, it's all the same formation, but we're looking at subcrops – sorry, a little geologic term there – we're looking at unperformings and subcrops, where the porosity is enhanced on each one of those benches across that entire Mississippian section.

corrected transcript

So to give you an idea of roughly how big the area is, when we talk about how we drill those wells, we look at the total Mississippian. This is anywhere from 300 to 500 feet thick. We concentrate our laterals in the upper 50 to 100 feet of that formation. This is where the porosity is enhanced. It's enhanced not only the limestones and dolomites, so primary porosity, but secondary porosity dolomitization within that formation. And we drill our well – we begin our lateral at the top of that formation. We set casing, and then we drill our lateral within that zone. We stay within that zone. So, if you think of 4,000 foot lateral, a typical vertical well in here would open up only 400 feet of section. We're getting 10 times the exposure to that reservoir in a horizontal well.

But we do know that the Mississippian beneath here, this massive Mississippian section, the oil that's entrapped in that section contributes to the oil that we find in the upper portion. Again, the Woodford Shale, great source rock for us here, and that is the source for all the oil in the Mississippian.

One thing that we do encounter in this, and why this play has been available for a number of years is because of the higher water content that we see in the wells that we're drilling in the Mississippian. The entire map sheet that I'll show you, that 6.5 million acres, it's very fortuitous that the Arbuckle formation is equivalent to the Ellenberger out in the Permian. It's an Ordovician reservoir. It's, again, a carbonate, primarily limestones and dolomites. That will take all the water that you can put into that formation. So, here we can drill our wells within the Mississippian, and then we can dispose that water into the Arbuckle. So, you have to drill your salt water disposal wells, but you don't have a lot of trucking costs, and you don't have the water-handling issues that a lot of plays are experiencing today.

The only log I show in my entire presentation – this is a little different than what we have shown in the past. Important to note this line of section, A/A prime, so we'll go from the south to the north, this is about 30 miles, this map you'll see – you saw earlier, but you'll see in more detail in a few moments – you're looking at, within that blue line, 6.5 million acres. Those green dots are vertical Mississippian wells. Rodney will discuss that in more detail. But on that map sheet alone is 17,000 vertical wells. This is that history we've talked about that sets up the play. We wanted to show with this line of section the continuity of that upper Mississippian.

Not only do you see it here, but I could – because it's exciting to be able to talk about that, we see that across the entire play is that upper section – 300 to 500-foot section – again, it's back to the rocks, the reservoir, the porosity development and permeability that we see, and we see that in this line of section. From the south, where we're about 600 feet thick, this is the Mississippian section that we're looking at, as you go from the south to the north, this portion has eroded off, but this is the primary zone that we're looking at, anywhere from 50 to 100 feet thick. But all of this Mississippian does contribute to the oil that we're seeing. So, when we look at the total column of oil that we project in all of our projections for reserves, this contributes to that. As we move – again, moving 30 miles from the south to the north, we come up-structure, we're seeing that same – now, we've gone from 500 to 600, we're in the 400 to 500 feet thick, but again, that upper portion, that 50 to 100 feet thick section at the top of the Mississippian is what we're targeting.

And then, right on up to the Kansas border, we're seeing that same upper portion. We're seeing that same 50 to 100 feet thick, excellent porosity, permeability at the top of that section. But again, you still have 200 feet Mississippian below you that will contribute to that section. That consistency that you see across 30 miles north/south, and as this map – as we see from this area all the way across nearly 160 miles from west to east, we're seeing that same consistency in reservoir. Now, remember, a little bit thicker as we move to the south, thinner as we come to the north, but still maintaining that 50 to 100-feet-thick section at the top, all the way up into portions of Kansas.

And with that, Rodney will begin at this map.

FACTSET: callstreet

corrected transcript



**Rodney E. Johnson, Executive Vice President, Reservoir Engineering**

Actually, the team wants to keep you on the edge of your seat for just a little more, and we're going to take 10-minute break, and we'll come back for the reserve section, which I know you're excited about.

[Break]

All right. We're going to cover a little bit of the history, a little bit of the activity, go through the reserves, and talk a little bit more about the overall detail of the horizontal play. When you look at this curve, what you're seeing all in the green dots Todd kind of alluded to, 17,000 penetrations and producing commercial or once-producing commercial Mississippi wells. We actually hone down to an area – and we're going to go into a lot of detail. For our original study area, we actually started with Woods, Alfalfa, and Grant Counties, which are really north of the center trend, and more in the regime that we saw with the – when you look down into the center trend, you actually have a Chester component that yielded the higher economics that allowed them to drill this on higher density down in this area.

Up here in this region, you run out of the Chester, and all of these wells were drilled solely for the Mississippian. And those are the statistics that we started looking at for the development of the horizontal play and economics within that region. One of the things I will say, as Todd was talking about horizontal plays, one of the keys to horizontal plays is not only having the reserves in place – when we're looking at this, we have a carbonate reservoir with a significant amount of reserves in place – but you also need a dependable target.

And that's what Todd was spending quite a bit of time talking about was the consistency, not only when you look at it across this region, but the vertical control, and the reservoir itself, the lack of movement or lack of structure involved in the Mississippi play yields a very consistent target. You really don't want to start down into a horizontal target, and constantly be trying to adjust and manage that the reservoir isn't there for a part of the segment. This gives a very, very predictable target.

The other thing we wanted to look at was, quite frankly, there's a lot of plays in the U.S. that have very little vertical history associated with them. What we like to see – and we're going to talk a lot about that in the next few minutes – is really going into the reasons behind reservoir performance, and why it's important to have historical perspective on reservoir performance. You can drill into a lot of reservoirs today and get flush production rates. It's that predictability of long-term producibility that yields the overall reserves and economics of a play. And what we were looking for was a play that demonstrated all of those components.

This is – now we're going to hone down to that Woods, Alfalfa, and Grant County area. And when you look at it, there's 1,200 wells – kind of a busy type curve, if you can imagine. There's 1,200 wells that have produced in the Mississippi formation in those three county areas. The green actually represents the average of all 1,200 of those, normalized. The black is the type curve developed from that overall performance. When we set out to look at what horizontal drilling is in a carbonate reservoir, we're not out trying to create a fracture network that didn't exist or a proxy or perm network that didn't exist with the original reservoir rock.

We're trying to connect up as much of that original reservoir rock into a horizontal wellbore. When you look at this curve and you think about 1,200 wells, the average expected outcome of those 1,200 wells is 40 Mboe of oil. Just to go through rough statistics on this, when we're drilling, we're drilling approximately 4,000 feet of lateral. We're effectively contacting 4,000 feet of lateral. In the vertical sense, we've got a maximum of 300 to 400 feet of contact reservoir rock. When you think about it, the Mississippian play, part of making it successful is to stay in the upper part and to actually minimize or contact as little of that water overall production as you can by staying in the

upper segment of it, which is what they were doing in the vertical wells in this region. They would drill down and perforate the upper 50 to 100 feet and frac into that region.

When you think about that, even if you just count the entire interval, you're about a 10 to 1 ratio on contacting reservoir rock with the wellbore itself. When you think about frac stages, when you're fracing in a vertical sense, you're fracing one stage perhaps. When you're doing it horizontally, we're lining up 10 potential frac stages along that lateral section. That's, again, approximately a 10 to 1 ratio. When you look at overall acreage position, a lot of these Mississippi wells have been drilled on 20 to 40-acre spacing. Even using the maximum of 40-acre spacing, if you take our expected outcome on a horizontal well, we're looking at a 200-acre spacing unit.

Some people are talking 160s, four wells per section. We're looking at – generally, right now we're talking – the 3,400, we're talking about three wells per section. Part of that – we also get a lot of questions about lateral link. Really, in Oklahoma right now, you can force to get any well drilled through forced pooling, different than a lot of other states. So, even if you only have 30% of the well, you can force the well to be drilled through forced pooling.

The other issue is, generally speaking, the units are designed around sections. So, generally speaking, it's difficult to drill longer than 4,000 feet. We're not saying that's the optimum lateral length, but it's generally designed around the land regulation unit more so than the potential reservoir. So, generally speaking, you're looking at 200 acres to 40 acres is generally a 5:1. When we're looking at reservoir performance, our expected outcome right now is 200 Mboe of oil. This is just the oil curve that we developed so we were making sure we were looking at oil, so basically a 5:1, so we're kind of using the low end of the scale of all of those ratios, and that's what's matching our type curve when we look at it.

The other thing, when you think about reservoirs, a lot of consternation in the industry right now over B factors, okay? Well, the consternation over B factors is the simple fact that a lot of people have taken B factors with very little data and applied that over large areas of unknown reservoir performance, and have projected ultimate recoveries based on that. When you look at this area, the B factor of 2.5, this is 30 years of history that the vertical wells have performed at. When you look at that overall, we've got a long amount of history to say that the 2.5, at least in a vertical performance sense, is a very reasonable outcome for this reservoir.

Now, if you think about it going horizontally, there's nothing different going horizontally except for we're actually optimizing the wellbore by staying in the upper segment and hopefully maximizing that oil to water ratio. So, really, when you look at it, a 2.5 B factor could be thought of as reasonable for this reservoir. Right now, we're only using a 1.5. In contrast to the other reservoirs in the U.S. that a lot of people are talking about, there's very little vertical performance beyond – on any performance beyond a year or two, and knowing this outcome is very difficult if you don't have long-term historical performance.

One of the biggest advantages we have in the Mississippi horizontal is a historical perspective from the vertical wells that were drilled, and not five wells, not 10 wells, but 1,200 wells drilled across this three-county area. We also get a lot of questions on consistency, and we'll go through that here in a little bit.

One of the other big issues, I will say, a lot of press involved around oil molecules' and gas molecules' ability to flow through tight reservoir rock or in shale. A lot of publications recently about the overall permeability, for instance, in the Eagle Ford, its ability to flow oil to the reservoir, and what that means in overall performance. Well, one of the things that I haven't seen publicly considered in a lot of those debates is yes, you can create artificial permeability to the reservoir rock and you can get a lot of flush performance data. One of the things that is noted through historical perspective, if you go back through a lot of the tight reservoir rock – and again, I have to train my mind to talk different about tight and not so tight. When we used to talk about high-perm

rock, we were talking about Gulf Coast rock, okay, Gulf Coast sands that historically flowed thousands and thousands of barrels. We have completely converted the industry to where we're talking about shale as if it has perm. Okay?

When we're talking about this reservoir rock – for instance, I'll give you a contrast – we're about 200 times more permeable than the Eagle Ford Shale. And you ask yourself, well, why does that matter, okay? Well, in the tighter reservoir rocks in the U.S., it's been documented that when you try to flow oil out of tight reservoir rocks, a lot of what can happen – and you think about this, initially, the oil molecules near the wellbore can flow easily to the wellbore.

You put a frac on it, they can flow down the natural fracture network, and they can get to that wellbore real easily. And to kind of simplify the overall diagram – so please don't get too carried away with my simplification – the further you move that pressure wave back into the reservoir, the more the reservoir has to be the dominating factor of how that oil and gas migrates to that wellbore. The further you move away from that fracture network you've created, artificially created, the more the reservoir permeability dominates that flow regime.

What's been documented many times in the industry is what can happen is the gas molecules – it's not that oil can't flow through that tight reservoir rock. It's what happens over time is the gas molecules can run faster than the oil molecules through that reservoir rock, and what happens is the gas effectively outruns the oil. The oil completely shuts off, and you end up with a gas well, okay, and you leave a lot of oil behind in total recovery.

One of the things we wanted to look at, particularly in this reservoir – and the only way you can do that, quite frankly, is to have history. And with 30 years of history, we went back and plotted each of the counties and looked at the overall GOR, gas oil ratio, over time to see if in this region of producibility, if there was any risk of gas migrating faster to the wellbore and shutting off the overall oil performance.

When you look at this curve, it's a little busy curve, but this is – and the reason this is 130 wells, as you go back into [inaudible] history, we wanted to make sure we had a reasonable timeframe, where 1980 to 1990 drilling era wells, you know you've got really good gas data and you've got really good oil data. You go back very far, and you start to run into questions as to whether the gas was recorded, et cetera. So, we went back and found wells drilled between 1980 and 1990, and there's about 130 wells in Alfalfa County, and effectively gas is in red, oil is in green, and the gas oil ratio is in purple. What we studied was there was no – while there was a slight rise in overall gas, you have 30 years of history where the oil continued to produce and you did not see this effect of tight reservoir rock shutting off the oil production. And that's a key thing to understand in tighter reservoir rocks when you start talking about depletion drives.

The other thing we wanted to look at over history was is there a dominating region of the Mississippi. We get a lot of questions, and we're going to go through a little bit more of the Mississippian as far as changing in reservoir qualities, and what we have observed. There's a lot of question, well, sure, it's working here, How far will it work? Will it work over here, and how much change in the overall reservoir performance do you see?

One of the things we wanted to study was to make sure there wasn't an anomaly in the data; in other words, there wasn't a high structure, there wasn't a high-perm area, high-porosity area where we produced millions of barrels, and it was overall dominating the type curve. And effectively what this distribution shows is a fairly normal distribution. There were a few wells in that vertical distribution had higher perm, but nothing that dominated the overall type curve. There's not a region of that three-county area that was substantially better than the rest of the area that dominated the overall type curve. And that's also key to understand when we start talking about why we have confidence in expanding the overall performance area from just what we have drilled to-date.

FACTSET: callstreet

corrected transcript



We'll try and give you a whole bunch of data from this one slide. When you look at this one slide, there's a lot of information on this. The green dots obviously represent all of the vertical performance data all around the region. We'll talk a little bit about – I think we gave you a little background on this area last year, but this area was kind of, call it the kickoff area. There was a small company that had drilled some vertical wells out in this area and had drilled one horizontal well. They then sold out. We took a piece of it. Chesapeake took a piece of it, and they kicked off a few horizontal wells in this area. And really what you're seeing on this map there, all the blue wells are non-op wells and all the red wells are operated wells.

So the area of first interest really kicked off was over here in Woods County. Kind of gained momentum, we actually stepped out and tried a well over here in Alfalfa County, and the unique part of that well in Alfalfa County is it didn't have vertical control. We also get a lot of questions about, well, do you to have to drill around the existing vertical control? What Todd was trying to express to you is as you draw cross sections, all across this region, we don't see substantial differences in any of the known reservoir qualities across that region.

We will talk a little bit about performance qualities here in a minute, but overall, we saw similar performance characteristics up here in this area, but we didn't have vertical confirmation to drill. In other words, we didn't have 30,000 to 40,000 barrel-a-day vertical about – 40 EUR vertical wells to actually confirm stepping out in this area. But as you can tell by the population of wells up here, it's been very successful for us. A large part of our successful wells are right up here in this region. Also successful wells down in here.

Then we also get a lot of questions – I think we even had one on the conference call about, well, are you the only player in the area? Well, Chesapeake has actually published on this in their December Analyst Day presentation. You also have Eagle, who's put out a lot of data on the play and has actually got a package for sale right now, with a lot of data involved with their performance data down here in this region. Range is drilling over here in this region. And then there's, I would say, three or four other small private companies that you won't find public data on. But that gives you at least some ideas on places to go research. And Ross Engineering has also published some data on this overall play performance.

A couple other issues we hear quite a bit is water is bad. Okay? Well, in essence, why people stayed away from this area primarily wasn't because of oil in place, but it was because of water performance. Really what yields a successful well today is the horizontal drilling gets the volume up, you can actually drill the Arbuckle well and dispose of water very efficiently. And what you end up with is, by using those higher-volume wells, and the combination disposal, you can make a very economic play. We don't consider water as bad. We try and stay in the top section of the play and actually produce it, and we're seeing very good wells by doing that.

Talked about vertical, I think that's the bulk of it. We try – the other thing we try to do is give you as much information as we possibly can on the overall performance. We're about – you can tell we're about out of room on our slide. We're getting to that point where the volume of data is getting to where we probably won't be publishing individual data anymore. But this gives you a – we'll probably be doing averages, et cetera, for you from this point forward.

But when you really look at this, the original group of wells, and you kind of get an idea that the original group of wells Boe per day was lower than the current, and the drilling cost was higher than the last group of wells. Another thing we see in the industry a lot is this concept that horizontal drilling will infinitely get better over time. We generally see and believe that most of your learning – your learning curve has been accelerated. Horizontal drilling has been going on for years now. That's not saying we won't learn new things, but generally speaking, we see kind of step changes in the first six months to a year. We don't see that horizontal drilling is going to where you can predict continued performance increases over five years from horizontal drilling.

Most of the advances that we see take place – and I'm going to talk about a couple of specific issues along this region. One of the things, we did change up our frac design from here to here, so we're seeing much better performance in that last group of wells. And you get an idea, 307 Boe per day, when you look at that overall, 272 is the average for the whole group. And, by the way, we're giving you the first 30 days, not an instantaneous IP, not a high rate, some of the things that are being published in the industry anymore. We're also giving you the peak 30 days. If you'll notice, some of these wells actually increase over time. We've seen this in several of these early wells, but actually the first 30 days is not really an indication of the highest rate those wells will make. They actually continue to improve over time.

So we're seeing some wells go from 334 to 441. You're seeing a well 127 up to 303. We've seen quite a few of these wells that come on, because of getting that water off initially and getting the efficiency or the pump system working, we've actually seen peak rates come beyond the first 30 days. But when you compare that, even the total group of 272 versus the Netherland Sewell type curve of 244, we're clearly above that overall average, and the last group of wells is 307, substantially above that 244. And we'll talk a little bit more about cost.

The other thing in the industry that seems to have been borne with resource plays is a concept that you're going to get the exact same well every time. I kind of had a tendency, having worked the Barnett Shale and studied thousands of wells in the Barnett Shale. There's a distribution around every play in the U.S. I guarantee it. Okay? Whatever you're being given for type curve is an average expected outcome. We classically see distributions in every reservoir in the U.S. This is a plot of our distribution of our wells, and really the outcome of this is 470 – Netherland Sewell actually has 470 Mboe curve for the average for all of our PDP wells. And when you look at it, there are exceptional wells. There are wells at the other end of the curve, but it's a very normal distribution along the curve. And that's exactly what Tom was alluding to.

When we start talking about step-out locations, people want to know the last well that you drilled, and they want it to be here or they want it to be here. Really, we expect a statistical variation in the play, and that's we're giving ranges. We're trying to give everybody ranges as we talk about this. When you look at that, though, that's a PDP outcome of 470 versus a booked outcome of 409 for our PUDs.

Okay, this is a little bit of a complicated model, and the reason we – let me just start out and give you the punchline so that if I totally confuse you as we go through it, the punch line is this, is we're giving the vertical performance shows a B factor of 2.5. The horizontal performance we don't have enough data to confirm the 2.5 yet, but we're using a 1.5 to get our overall averages for our performance curve. And what this does is attempt to show you that comparison of that data. This is that 30 years of vertical performance that we showed you earlier with the 2.5 B factor. Then, what you see is there's our PUD type curve, with a 1.5 B factor, going through the historical performance data.

When you step through in time and you compare that, all we did is ratio down all the data to compare that 1.5 B factor curve with the exact same starting point as the vertical performance. You can see it dropped well below the expected outcome of the vertical wells, even though it starts at the same place. And when you go back and apply that to the performance data, you can see you could fit a 2.5 through that exact same data that we fit a 1.5 through. It's not that our data confirms that our wells won't ever make that. It's just that right now it's difficult to tell the difference between those two curves. And if you do that, you actually end up showing a significant increase in overall performance expectation, to 300 instead of the 200 we have in our type curve. So, the gist of that entire discussion is we still see plenty of upside in the overall ultimate cume of our wells versus what we're seeing initially, but at this point in time, we're going to stay with the lower numbers.

This is the same curve we showed you for the Permian, and effectively what this does is walk you through, that's the performance data, that's our type curve, that's our well count, again same type

 Copyright © 2001-2011 CallStreet 

curve demonstration that we showed you earlier. And this gives you the same relative cume data that shows, if you compared the expected cumulative revenue from the green bar to the orange bar, not only are we above in performance expectations, but we're significantly above in the real dollars that we would expect that performance curve to kick off.

This slide gives you the same comparison as the Permian slide. Again, as you walk down this curve, you get down to a $60 oil price still generates a plus 40% rate of return. Your overall curve economics, as we said earlier, is 120% rate of return using a strip. And one of the questions we – we want to – one of the reasons I've said the growth potential of this play is right now we've got approximately 40, let's say 40 producing developed wells and roughly 160 PUDs on the books. So, you've got about 200 total developed kind of reserves in our profile versus a potential of another 3,200, and that 3,200 is only calculated on 200-acre spacing. You can imagine three wells per section versus four wells per section could significantly improve that overall recovery. So, when we say looking towards the future, there's a tremendous amount of growth potential as we drill with 12 rigs through this year. There is a tremendous amount of reserve growth potential and overall economic growth as we drill into the Mississippi horizontal play.

One of the things we were talking about earlier was that movement down, and what really matters in horizontal plays, how do you get that technology advancement. One of the things we saw in the early days of our drilling versus the current drilling, you can see that's a significant improvement in overall drilling days. That was really a step change, and what I mean, is something you can put your finger on and say we did something differently. It wasn't just incremental changes in everything. It was the fact that our drilling department came and said, hey, if we set another piece of pipe through the intermediate section, we can drill out, we can have less uphole problems and we can drill out the lateral section with water and increase our overall penetration rates through the lateral section by drilling with just water.

And, effectively, it's kind of counterintuitive because it requires cost up front to set that piece of pipe that normally you wouldn't intuitively go for, but overall it significantly improved our overall drill days, and it's lowered our overall cost during that exact timeframe. So, there was a physical step change in horizontal drilling here that occurred, not really in incremental small learning that took place over time.

Another question, comparing us to other plays, it's hard to do. We're Oklahoma, significant amount of infrastructure and, as Tom pointed out, really we're looking at a different cost structure regime. We're looking at 1,000 horsepower rigs versus the high-demand 1,500 or 2,000 horsepower rigs. These are not the high-demand rigs. A lot of these rigs exist, and there's still a fleet of these rigs to look at and to optimize in this play. We're only at shallow depths. We don't need the high horsepower. And then when you step down to completion, another huge advantage is it's low-pressure pumping equipment. We're not using the high-pressure pumping equipment. We don't have to use the big 2 or big 3 pumping services. We can use smaller shops with lower-pressure pump equipment. So, we're not, call it in the same demand market as some of the other plays in the U.S.

And then also when you look at proppant, we're not using bauxite. We're not competing for the same proppant that a lot of the other plays are using, and we're using water. And we're in a region of the U.S. that we're not having issues with infrastructure or policies or government control issues that you'd see in some of the other issues in the U.S. and when you also look at infrastructure – we've mentioned this, but this gives you an idea – this is a pipeline map across the region. There's an extensive pipeline infrastructure that exists across this region. It's not a function of starting over and building a complete new infrastructure. It's really a function of installing some compression and some upgrades, et cetera, to move our gas and oil product out of this region.

So, overall, what we have is – and then the other issue is the saltwater disposal. We're drilling – as Todd said, the Arbuckle takes in a very large quantity of overall water. The issue really becomes

friction, and the size of the pipe to get it there, to inject it down a hole. And, overall, when you look at this infrastructure issue, we end up with an extensive amount of ability to expand and produce this curve.

One of the other questions I know Kevin wanted me to cover, one of the issues we always get is, from the analyst perspective, we give out some members. One of the issues is, if you look at our overall type curve, I think our average dollar per Boe expense over life is like $8.25, maybe even a little bit more than $8.25. Keep in mind, when you look at that expense profile, one of the things that happens over time is your production drops off. While that is an indication of the total life expenses, when you really look at it, our current expenses – expected expenses per month is only about $7,500. That covers our compression. We are also gas-lifting these wells, which is very efficient, so we inject gas, cycle gas to inject and lift these wells.

So, basically, we need a compressor on site. We need electricity to run and pump the saltwater to the saltwater disposal well. And some of those will actually decline over time, but if you use $8.25 or $8.50 per barrel, you're going to get a very obnoxious early time cost that doesn't come close to matching that $7,300 initial operating cost, and the reason being is, as that production drops out over time, some of those are fixed costs in our system, and the overall works out to be that way, But if you're modeling it, try and just keep that in mind, that the initial cost is only really about $7,500 a month, so as you look at modeling some of these things.

With that said, I think – oops, we've got one more slide. The other thing we've really done, we have tried to go out and compare ourselves to – we do this internally all the time. We're looking at the other plays, obviously, in the U.S. There's a reason we chose this PUD. We've given you some comparison analysis to the Bakken, the Eagle Ford oil window, and the condensate window. We took these – we continually update these curves, but generally speaking, we believe our play competes equally well with any of the other oil plays that are being talked about on a large scale in the U.S. today.

And we've given you just some raw numbers to kind of look at those. One of the key numbers to look at, quite frankly, is the finding and development cost, okay? The 2.7, when you look at on a drilling complete cost, is hard to compete with. It's always hard to compete with shallow, cheap oil to get out of the ground.

With that, I think we'll go to – we'll introduce James Bennett, our CFO.

**James D. Bennett, Executive Vice President and Chief Financial Officer**

Hello. I'm James Bennett, the Chief Financial Officer. I'll start here. We've already published a lot of our Q4 data, and Kevin will go through the forward-looking section, so, I'll try to give you an idea of kind of how we're thinking about the capital structure and funding the company. Here, just a snapshot where we're today to the market cap, I think if you look at it today, is about $4.4 billion. [inaudible] the 406 million shares outstanding. That doesn't include the roughly 90 million upon conversion of the preferreds. Bonds, at a little over $2.5 billion. As of February 22nd, we had $382 million drawn under our bank revolver, which was up from $340 million at year-end. Here's our $765 million in preferreds that I mentioned.

Just in terms of just overall of the highlights, the groups talked about it. We've completed the transition oil that Tom, and the crew started a little over two years ago. 100% of our drilling this year will be on oil, so we'll have a $1.1 billion E&P budget and a $1.3 billion total budget. 100% of that will be on oil. And what allows us to spend that level of capital are a couple of things. If you look at our – and we'll go through this in detail – if we'll look at our cash flow from operations, call it roughly $450 million, we have a rather sizeable gap to fill. And through asset sales that we've already closed to asset sales that are announced, through other monetizations of the Mississippian, we feel

Copyright © 2001-2011 CallStreet 

very confident that we can get to the $900 million. In fact, we see a very clear path to already $700 million of proceeds. So, again, roughly $450 million of free cash flow before CapEx, a $1.3 billion budget, so we need to raise $900 million this year of non-debt proceeds, and we feel good about that.

Couple other things that give us comfort with that, we have a strong base of oil growth in our production, so feel good about the cash flows this year; and in terms of hedges, 78% of production hedged for next year. And we'll go through the hedge in detail, but we have over 40 million barrels hedged out for three years. Liquidity, we're in good shape liquidity-wise. Our $850 million credit facility's up for redetermination in April.

The PV improvement this year, you'll see $1.7 billion. That should say PDP PV-9. We've got the details in the presentation here. If you were to add in the value of our hedges, that PV-9 is $2.3 billion. If you add in 25% of our PUDs, that value is $3.3 billion on a bank base price deck, so plenty of room under our credit facility and plenty of liquidity; no bond maturities until 2014.

And so summarizing here, after two years of a lot of investment in Forest and Arena, almost a million acres in the Miss, now it's really in the period where we harvest some of that and get some cash flow out of that from asset sales and monetizations, and then also invest to develop these assets.

Financial goals, you'll see us to continue to hedge. We think hedging is prudent, given our capital structure and also, where we can lock in returns. We've announced one big monetization of the Mississippian, and we'll continue to do that. We think, as Matt and others have pointed out, we can effectively manage about half a million acres here, so with 900,000, we have plenty of additional assets to monetize here.

And then the bank facility, you may have seen this in our 10-K, but we got some covenant flexibility for this year, not that we projected getting tight on covenants, but given the lumpiness of some of our capital raises, we wanted the flexibility to go out and execute this plan and not worry about an offering or sale rolling from one quarter to the next.

You'll see our maturities, we've got some maturities coming up in '14, '15, and '16. Just from a liquidity standpoint, at some point, we'll look to address those, term those out, push them out further if we can. And the way we see our capital raising lining up, we can actually start to address any 2012 funding gap this year. So, I think you'll see us get to that $900 million goal and start to set ourselves up to fund any gap we have in 2012.

The 2010 results, this was in the earnings release so I won't spend a lot of time on that, just you can see the production where we ended the year, 62,400 barrel a day equivalent for the fourth quarter.

Page 73, again, just this in our earnings release, but our Q4 in 2010 adjusted EBITDA results, $130 million for the quarter and $645 million adjusted EBITDA for the year.

So this is the funding overview that we like to go through. So, at our guidance, EBITDA, given strip prices, roughly $750 million of EBITDA, less interest, preferred dividends, a little change in working capital, you could call it $450, $475 million of cash flow before CapEx. And so to get to this $1.3 billion, we've closed $265 million of asset sales. We've announced another $200 million sale. The reason it's $199 million is just less fees. We've announced the $200 million. That will close in April. We've announced our first Mississippian monetization here. That should also close in April. And then that leaves a very small gap to get to the $1.3 billion, to get to our $900 million of proceeds. So, we say that we see a clear path to $700 million and easily get to $900 million of proceeds this year to fully fund that capital plan, again, all with non-debt proceeds.



www.CallStreet.com • 1-877-FACTSET • Copyright © 2001-2011 CallStreet 

FACTSET: callstreet
corrected transcript



Commodity hedges, Tom touched on it also, we will continue to actively hedge. We think it's the right risk management tool, given our balance sheet and also, the fact that we can lock in and get 80% to 120% returns at these commodity prices. We continue to add hedges right here in '13, at over $100, and we'll continue to do that.

And our counterparty risk, we publish this annually, so you guys can see where we are in terms of hedges. We do try to spread out our hedging exposure among the banks. We do pay close attention to the CDS market, and where these guys at – are and keep an eye on our larger counterparties, and as we execute the trades, make sure we know where everyone's CDS is trading in, how their credit stats look.

We won't talk specifically about the offering we have under registration and with the SEC for a comment period, but it seems a lot of people have asked questions, why do you like a royalty trust structure, and I think a couple of things. There's a lot of ways to think about the royalty trust, but for us, it's a great acceleration of NPV. It's very NPV-positive to be able to take PUDs from our Mississippian program, get paid up front for them, develop those over the next four to five years, and take that cash we receive up front and reinvest in our business.

So it's very NVP-positive, no matter which case you look at or how you look at it. Also, it's not an opportunity cost. Again, with 900,000 acres, and we can roughly execute half a million of that, we're not feeling like we are giving anything up by contributing this to the royalty trust. And we do continue to operate it, so it's a way for us to take these properties and put them into a yield-based instrument at a much lower yield than our cost of capital.

Our bank facility, $1.750 billion with a $850 million borrowing base, again, redetermined this April. We feel very confident about the redetermination. We did amend the covenants, as I mentioned, so what we effectively did is there was a 2 times secured debt to EBITDA, and 4.5 times total. We basically got it relaxed for a year, so for a year, we just have a 1.5 times secured debt to EBITDA covenant. And here you see the lenders down here, again in compliance with all covenants, don't see any liquidity issues coming up.

Capitalization and credit stats, so this was at year-end. Again, this revolver, $382 million at February 22nd. For bank covenant purposes, we're at 3.7 times debt to EBITDA, and this 4 times is pro forma for the Arena acquisition. Difference between the two, we're going to be out-of-period hedge monetizations that we get credit for the banks; and B+, B2, S&P and Moody's ratings, respectively.

Just our senior note maturities as they stack up. Again, here's our nearest maturity in '14. We'll look to address these as opportunities present themselves. Right now, we have a weighted average maturity of 6.8 years.

On our credit facility, just to give you the rundown on the details, we do this every year, so we have a base case and a sensitivity case to show you what kind of room we think we have. Here are the cases, the bank's running for crude and gas on the bottom right, and the sensitivity case, so here's the $1.7 billion I mentioned of PDP PV-9, with the value of the hedges, gets you to $2.2 billion – and again, this is as of April – and with a 50% risking on the non-PDP gets you to $3.3 billion.

Again, ample coverage, over an $850 million borrowing base, and here's the sensitivity case right here. So, even taking the most conservative case, which is just PV-9 to PDP on the hedges, still well over two times coverage on our borrowing base.

And that is it for my section. I will turn it over to Kevin.

FACTSET: callstreet
corrected transcript



**Kevin R. White, Senior Vice President, Business Development**

Thanks, James. We've just got a few slides here to help those of you who want to build models to hopefully dial in a little more accurately. On this particular slide, this is actually off of our guidance that we issued in conjunction with the earnings release last week. Really, on this slide, the only thing I kind of want to point to is at our basis differentials. That's the differential guidance for well head differentials. So, our $11 includes the impact of the NGLs that we have in our liquids stream. Our oil price versus NYMEX is probably more in that $2 to $4 discount, but once you throw in the discounted value of the NGLs, it gets to the $11. And I believe, in building our model, we've used somewhere around 42% or 43% of WTI for our liquids stream.

On this particular slide, again, really I think I want to just point you to a couple of items that seem to be overlooked by a few people when they build their models. But if we look down at the impact of hedges, if you look at the gas column and back to the slides we've shown earlier about what our hedge book looks like, if you look at the gas column, you can see the total impact of the financial contracts we in place have a negative $4 million impact to our realized gas prices from the well head. And we've actually got true gas swaps that are in the money to the tune of roughly $30 million, but we've got some basis swaps that we entered into back in 2007 and '08 that are actually out-of-the-money, and the table shows you those basis swaps, so you'd need to model those separately. They're made up for calendar '11 about 40% of NYMEX to Houston Ship Channel swaps and about 40% Waha to NYMEX swaps. So, that's one thing that I think a few people miss in their modeling.

And really on this particular slide a change from earlier years, if you look down at oilfield services, EBITDA of $38 million, that's up a bit because – a couple of reasons. We're drilling in some areas where we have more third-party working interest owners, and then we also have several rigs working strictly for third parties. So, that segment of our business is going to be throwing off more EBITDA than it has in previous years.

And then our midstream EBITDA is basically going to zero, and that's in conjunction with the Century Plant coming on-line. A lot of our midstream EBITDA was earned previously because we were processing third-party gas through the legacy plants that we owned. So, that's a couple of changes from last year. And just progressing, the company's EBITDA down to kind of the net funding shortfall that James just addressed. It's in that $800 million to $900 million range.

And then this is just a detail for you to refer back to you, some of the detail on a regional basis on our CapEx guidance for cal '011. And then this particular slide just shows our – we're a pretty fully hedged company, so you can have decent moves in oil and gas prices, and our EBITDA really doesn't change by much more than about 5%.

And then this last slide, we just took some of the numbers that Rodney talked about in his resource calculation, so kind of a strip valuation of our future resources backed off of the company's debt and spread that NAV over our fully diluted shares outstanding, so this is a pretty simple pass at an NAV number, but something for you guys to look at.

And then these are just conferences that we'll be at this year. We'll have an active year, obviously, marketing again.

And with that, we will open the floor up to questions. We've got a lot of time for questions. We kind of went through our presentation quickly this year.

## QUESTION AND ANSWER SECTION

**<A – Tom L. Ward>:** Matt and James, you might come on up, and that way, if anybody wants to ask a question, I can obviously move out of the way and let somebody else answer if I can't answer it. One back here. Hold on just a second. And also, there are people listening in, if you want to – do we just ask them to – Leslie, we're going to ask them to e-mail in a question? Okay, so then we can also take questions from the computer on e-mail if anybody wants one. Okay, I see Neal.

**<Q – Neal Dingmann>:** Couple questions, Tom. First on takeaway as far as the infrastructure, number one, and then we've heard a lot about the Cushing hub, if you could talk about that maybe, as well as run the Perm and Mid-Cont, and where you're going to be takeaway.

**<A – Tom L. Ward>:** Sure. On midstream takeaway, you obviously know that the two areas that we're working in the Permian, and the Mid-Continent don't have natural gas issue takeaways or actually oil takeaway problems. The problem is a backup at Cushing as far as just having ramp go up from where West Texas Intermediate used to be, above Brent now, but where Brent has a premium, and that really has to do with supply. And so as the Permian continues to have more oil coming on and going to Cushing, you have other areas of the country that continue to be drilled going into Cushing, it's even backing up – I believe the Bakken is now about 20% below West Texas Intermediate, where it used to be more in the10% range.

So this is having an effect of new supply coming into Cushing that I don't see an answer to in the near term. We are having some storage will be added that can have some temporary relief, but as the country, and the industry continues to drill more oil wells, Cushing will continue be the takeaway issue until the pipeline going to Houston, once that TransCanada line that ultimately gets built to Houston – they're now moving that back, and I think there could be continued delays any time you try to build pipelines from Cushing to Houston.

So, for us, what we're looking at in our Permian is to maybe – we're in discussions with Magellan on whether we should move oil from the Permian, and if they reverse that line, I think we'll be interested in moving some of our crude on that line out of the Permian. The Mississippian will continue to go to Cushing, and I think we'll just continue to have the backup in West Texas Intermediate from that.

**<Q – Neal Dingmann>:** Okay. And then on the Horizontal Mississippi, I think the chart – or the slide showed about the potential of the Arbuckle in the deep, and then the Woodford Shale. Just your thoughts on going deeper – is it an expense issue, or just the pay that you're seeing now at the current zone?

**<A – Tom L. Ward>:** We'll stay in the current zone. The Arbuckle is a fantastic rock, but it's full of water, and so it's just you can pump a lot more water. In fact, more than we'll ever produce out of the Mississippian can be pumped into the Arbuckle, but it won't be – there's not enough structure there to ever have oil generated to produce there. The Woodford is a source rock, and so I know we're going back in time, but there was a time when source rocks moved oil up to more permeable reservoirs and you produced oil out of the permeable reservoirs, and that's the reason it cost less. So, why we focus on the Mississippian is the oil moved out of the Woodford into the Mississippian, and we can bring it out of the Mississippian for less than if we drilled into the source rock itself.

Scott?

**<Q – Scott Hanold>:** [inaudible] Roughly, where is that going to be dispersed across that acreage position?

**<A – Tom L. Ward>:** Yes, if I can get to 58. Was it five-eight?

FACTSET:callstreet
corrected transcript



**<Q – Scott Hanold>:** Yes, 58.

**<A – Tom L. Ward>:** Okay, perfect. And I'll ask the question again. It's just as easy to do that. So, I think we'll get there in just a second here... There. Okay. So – is this the pointer? Ah. Okay. So, these are the – in red – oh, and the question is, we show on slide 58 where our acreage is, and then, Scott, if I heard this right, are you wanting to know where our 2011 drilling is going to be? Mostly – okay, let's go back and say that, first of all, we've drilled 14 disposal wells. We have four drilling. And the play is – what you'll continue to hear from us over and over again, is we want to watch cost. So, the best way to watch your cost is to be able to put in a disposal system. And so if you think you have a statistical play – which I think we do because we've already talked about the wells here being the equivalent as ours over here in Woods County and down into Noble and Kay over into Grant across Alfalfa into Woods. We think they're all statistically basically the same, so what you should do is you should develop a disposal system and not be trucking water. Right?

And so our disposal system is being developed right across this area, and what we plan to do is to have all those disposal wells hooked up together. So, you have a system in place much like a pipeline system for either crude oil or natural gas, except for you have water that is produced into the system. That way, if you have a disposal well go down, you don't truck water. So, the trucking costs are moving up to basically $2 and change per barrel to get rid of water, and you can pay back a disposal well very quickly if you have wells that average, say, 2,500 barrels a day when they first come on.

Now, the other question we get about water is, well, will that water-out the well? And Rodney, I think, hit on this, but it's important that it's a depletion drive reservoir. So, the more water you make, the more oil you make. And so that's good. We love water. We want to have – our best wells make 5,000 or 6,000 barrels a day initially. So, what we see is, is that as the water goes down, oil goes down, and gas go down together. And so it's just a depletion drive. You don't have wells water-out, like you would in a Gulf Coast reservoir. But our main focus for drilling is where we have disposal wells. Matt, do you want to hit more on that?

**<A – Matthew Grubb>:** Yeah, I think we'll have three rigs basically running in the royalty trust, and the bulk of that drilling will be in Alfalfa County because that's where – the royalty trust is really based on the development of the PDP well. So, those three will be primarily for Alfalfa, but the other nine rigs we will be spreading all across this play to prove it up. And part of that would be to manage the acreage position. The ones with the first expirations will be drilled first, et cetera. Like Tom said, it's statistical, so we really look forward to spreading our play out and getting a better understanding of this in the coming year.

**<A – Tom L. Ward>:** [inaudible]

**<Q – Scott Hanold>:** [Laughter] So if I'm understanding it right, if I look at that, there's a big swath of yellow up there in Comanche County and obviously, not a whole lot of activity, but you will be testing that part of the acreage and obviously, dealing with the water on a one-off basis, then?

**<A – Tom L. Ward>:** Yeah, the question is, will we see a lot of acreage up. For example, in Comanche County, Kansas, will we be testing that acreage in the near future. The answer is yes. So, to expand on that just a bit, we have – let's say we'll have 1 million acres, and we're not there yet, so 830,000 acres today, we think we'll be at 1 million acres – between 900,000 and 1 million acres by the end of this month, and we've basically stopped buying. So, whenever we go out and look for – or let's just make an assumption that we keep 12 rigs running, and that we have a lot of different options for how we can monetize some of the Mississippian.

Well, let's just assume that we want to find a partner. At our 12-rig schedule, in the five-year timeframe, we'll be able to hold about half of this acreage. So, there's a couple of things we can do. We can decide that there are some areas that might be better than others, and keep it all and test

it. We can sell off a portion to another operator, or we can look for a joint venture, or we can continue to look for ways to monetize like the royalty trust.

My belief is that the way we're looking to monetize currently is the most effective way to bring NPV forward, but we're open to other ideas because that's a difficult way to monetize, let's say, 250,000 to 500,000 acres. So, one of the key things will be to go out and test other areas to see and to make sure that it's like the Alfalfa/Woods/Grant, but keep in mind, it isn't too much of a leap of faith, because all these wells are producing from the Mississippian.

Now, I don't know the number across this county, or in Woods up to Comanche, or over through Harper and Sumner and Cowley, but there are thousands of wells that have produced from the Mississippian, which is no different than the Alfalfa County area. In fact, what Rodney said is true, is that we didn't have well control when we moved into the Alfalfa County area.

So, we do hedge our bets here. It isn't like stepping out into an unknown area. It's that there's already vertical wells, and I'm going to just hit on this one more time. There's nothing magical we're doing. We're connecting up vertical wells that average 40,000 barrels each well, and are trying to get 10 of them in a wellbore. And what makes the play work – high oil prices. It's as simple as that.

**<Q>:** Tom -

**<A – Tom L. Ward>:** Yes?

**<Q>:** Given the variability that you're seeing in this Mississippian play, are you going to have the opportunity to high-grade or optimize some of your future locations, or do you believe that it's going to remain largely a statistical play?

**<A – Tom L. Ward>:** I believe it will be a largely statistical play, just like every play I've ever been involved with. So, as you look at any reservoir and you try to cover 6.5 million acres, if you looked at any of the reservoirs that have been drilled, from the Barnett to the Haynesville to conventional reservoirs, all are somewhat statistical.

Now this, as you see, a carbonate reservoir that has 300 to 500 feet of thickness, you can – in more conventional reservoirs like a sandstone, you can get tight, like following a river channel or something like that. You can stay in an area and high-grade where that goes. But in a statistical, the – most of the plays that are being drilled today in the United States are statistical. So, yes, we think there will be more random outcomes just like we've seen in the first 40 wells.

Yes?

**<Q>:** Can you talk about how much the disposal wells are going to cost? In addition to the actual wells, I think $2.7 million is the number you guys are using. Does that include the cost of the disposal wells or not?

**<A – Tom L. Ward>:** Yes. And to be clear, on that issue, our average so far on a horizontal completed well is just around $2.6 million. We do think we're going to squeeze that down to $2.5 million. So, we're projecting $2.5 million for the horizontal well, and then we average about $200,000 per well of disposal into the wells, and some of that will be upfront because you have 10 producing wells per disposal well, so about $2 million on a disposal well.

The great thing about our disposal is that we're drilling into a great rock that can take a lot of water, tens of thousands of barrels a day, and it doesn't cost much to get there, because it's only about – what, Todd, 7,500 feet deep? So it's – and we drill vertical wells. And so that also includes all of the pipeline cost to hook up the producing wells and right-of-ways, compression, and the disposal well itself.

FACTSET:callstreet
corrected transcript



**<Q>:** Great. And the other question I had, Neal's question before, how much additional cost do you think it would to move the Permian oil away from Cushing, if you end up doing that?

**<A – Tom L. Ward>:** Oh, I think it'll save us money. So, if we move away from moving – the oil's picked up in the Permian basin, so we're not building pipeline. It's just that you have a different location, and I think that – my belief is, is that if you put oil into an existing line that has just moved – that's already built instead of getting into Cushing, and then trying to get into a line that goes to Houston, it will have less of a transportation fee. Do you want to hit anything on it?

**<A – Todd N. Tipton>:** Yeah, thanks. I think the project we're looking at there and talking to Magellan about, and they made it public, so they're looking at reversing our product line from Crane County to the Gulf Coast. And so, really, the line's already in place, and the investment they have to make is pump stations. And then, really, for us to do a deal like that, we're probably looking somewhere in the $5.00 to $7.00 range, so it's quite a bit less than trucking from Cushing or railway. So, it's a very good project. The problem with all these projects is timing. Even if they're looking at reversing that line in place, we're still probably looking 18 months out, but it's something we are very interested in doing.

**<A – Tom L. Ward>:** Paul.

**<Q>:** Yeah, two more on the Horizontal Miss. First is one of the reasons that most of the drilling, including yours, have been in Oklahoma because of the forced pooling feature that you can use to your advantage, or are there other reasons?

**<A – Tom L. Ward>:** No, it's not really set up around forced pooling because keep in mind that we own – to date, we own about 85% of all the wells that we've drilled. And I think, even going forward, we're in the over 70%. So, the timing is more around the original wells were drilled in this area in Woods, and then we stepped out, and the reason that most of these wells were drilled here is disposal.

And this area is because other wells were drilled nearby. And some of these were the early leases taken in this area, and there was also, early on, some 2007 leases that were going to run out in 2010, and why we moved out to test the Alfalfa acreage. So, it was more lease expiration-driven. These areas here are all new leases, and the majority are at a five-year term.

**<Q>:** Okay. And second, how does the Eagle acreage compare with SandRidge in terms of quality, would you say?

**<A – Tom L. Ward>:** I think it's the same. I don't think ours is any better, and I don't think theirs is any better. I don't think that Chesapeake's wells here are any better or worse than ours. I think this whole play statistically is basically the same.

**<Q>:** Okay, thank you.

**<A – Tom L. Ward>:** Here.

**<Q>:** Can you give us some indication of what 2012 might look like, CapEx, number of wells drilled?

**<A – Tom L. Ward>:** I don't think we're giving guidance on – sorry, no, we can't give guidance on CapEx or number of wells in 2012. We're going to stick to 2011.

**<Q>:** When do you think you might be forthcoming about that?

**<A – Tom L. Ward>:** When did we come out with 2011? Fourth quarter? [Laughter]

**<A – James D. Bennett>:** November?

**<Q>:** A couple more on the Horizontal Miss. Deep history of vertical down-spacing, can you talk a little bit about when you're going to test down-spacing on a horizontal aspect?

**<A – Tom L. Ward>:** Well, we already have. We have wells that are at least 200 acres – as narrow as 200 acres apart, right? Ah, here's Rodney.

**<A – Rodney E. Johnson>:** Yeah, the question is, it hasn't purposely been tested, but what you've seen across the region is there's two or three examples where wells have been drilled on opposite sides of lease lines, and they're actually within a 160-acre spacing unit. And we see no current interference in those two wells – I think there's two or three examples of that. So, really, it's not being tested per se by drilling in the same section, but because of drilling next to lease lines and cuddling up to the lease lines per se, it is being tested in that fashion, and we haven't seen any interference indications from those wells at all.

**<A – Tom L. Ward>:** So one of my concerns early in the play was, being a guy who's drilled a lot of fractured carbonates in my career, is you don't want to get wells too close together. So, Austin Chalk, Sholem Alechem, Golden Trend in Oklahoma and Texas, those wells you could chase fractures for miles, and it created great wells because it gave you permeability and you didn't have to drill. So, one of the misconceptions in the industry today is that tighter spacing isn't necessarily good. If we could get out all of the oil and drill one well, it would be better than drilling thousands of wells. So, whenever I look at tighter spacing, that's really showing that the rock doesn't have as good a permeability as maybe other, more conventional reservoirs have in the past, so you do have to spend more.

But what we've seen is, is that if you're drilling a under-balanced horizontal well, and you're in a carbonate and it's fractured, you'll see connection in between wells if it's a highly fractured area. We aren't seeing any connection. Especially if you go in and frac a well, and if it were highly fractured, we would be seeing communication, and we're not seeing that. So, we feel comfortable that we can go down to 200 acres. What I'd prefer is that you get 800,000 barrels a well and only drill one, but I think it's about 400,000 for what we're looking at.

**<Q>:** If -

**<A – Tom L. Ward>:** Wait for a minute. Here comes Matt.

**<A – Matthew K. Grubb>:** I'd like to also add that I think there are a couple of other operators now already developing down to 160, and I think Eagle's looking at that, as well as Range out there. So, it is being done. With our acreage position, we're not doing that yet because it doesn't optimize the ability to hold acreage because we can hold a 640-acre section with one well. But, like Rodney said, we have drilled wells in parallel, offsetting the section lines at a close spacing, and there's no interference.

**<A – Todd N. Tipton>:** Thank you. In our drilling program, we are spacing our wells so that we could put the fourth well in that section. So, even though it is 200 acres currently, our program gives us that ability in the future if we wanted to go ahead and add that fourth well.

**<Q>:** Could that also apply to the trust acreage – or I guess not acreage, but the well designs in the trust in terms of how they are split apart, and whether or not you can drill in between?

**<A – Todd N. Tipton>:** Right. We'll set up our program that same way. Right.

FACTSET:callstreet
corrected transcript



**<Q>:** Okay. And then with the 780,000 acres right now, and the target of 1 million, is the CapEx associated with that outstanding offers on the 900,000 to 1 million incorporated in the '11 budget?

**<A – Tom L. Ward>:** Yes, and we're up to 830,000 as of this morning, so I did update that. The leasehold is incorporated in our 2011 guidance, and some of that's front-end loaded in the first quarter of the year, as we acquire more acreage.

Yes. If you want to go ahead and ask, I'll repeat it.

**<Q>:** [inaudible] Century plant penalties and credits and all that going forward?

**<A – Tom L. Ward>:** Sure. The question was – the first part of the question was that we're not drilling any wells in the Pinon Field, so how do we look at the Century plant tax credits and under-delivery going forward? And it's just that, is that we believe that, through efficiencies, tax credits, and under-delivery payments, it's just not a meaningful material amount to the company. So, we don't view it as important.

**<Q>:** How many years' production are you using in your EURs for Permian and Mississippian?

**<A – Tom L. Ward>:** How many number of years -

**<Q>:** Years.

**<A – Tom L. Ward>:** Years as far as the new wells we're drilling, or how many years of history before -

**<Q>:** New wells.

**<A – Tom L. Ward>:** Rodney, what type of year history – how long will your wells last on the new wells?

**<A – Rodney E. Johnson>:** Yeah, I don't have a specific number on each of the – we cut all of our wells off at 50 years. They are definitely less than 50 years, and generally, your bulk of your reserves are in the first 30, anyway. All your value, and the bulk of the reserves are in the first 30.

**<A – Tom L. Ward>:** But most of the wells will actually last more than 50 years. There is no pending value... Oh, okay.

**<Q>:** What led you to increase your Permian type curve this morning? Seems like it went up about 11%.

**<A – Tom L. Ward>:** I'll let Rodney answer that, too, but it's really that the type curve is better than what we were seeing with Arena. So, when we went in and bought the Arena assets, the San Andres, they did have a higher type curve than what we'd bought it off of. We went in with a more conservative type curve, and then made the wells perform over time to a point that we raised the type curve. Rodney, I'll let you have your – you're the guy that did it, so.

**<A – Rodney E. Johnson>:** [Laughter] Yeah. Really, a lot of it – it's not all that much of an increase. A lot of it came from primarily the mix of properties, and also, there's a component of that that's NGL. We did see an increase in NGL recovery over time. And when we went back and analyzed the mix of properties, and the total NGL recovery for the region, we actually bumped that up slightly, and I believe we actually signed an increased contract with DCP to actually – we should see even slightly improved NGL recoveries because we have signed a new contract that actually allows us to receive more NGL recovery through time, as well.

<A – Tom L. Ward>: Is that in your type curve today, the DCP?

<A – Rodney E. Johnson>: No. The increase from the DCP contract is not in the type curve yet, so -

<A – Tom L. Ward>: I love asking questions I know the answer to. [Laughter]

<Q>: Sorry, just a follow-up – one, how much more do you think that increased the type curve, and then secondly, on the Mississippian, it seems like it's thick enough; some of the private guys I've talked to think there could be two lobes or maybe three lobes in some of the acreage for people to target later on. What are you guys seeing on that front?

<A – Tom L. Ward>: Oh, on the horizontal? Matt, I'll let you hit that.

<A – Matthew K. Grubb>: On the first question, I think the first question was how much more we might increase the type curve due to our new processing contracts. I can't talk about the contract specifically because it is confidential, but I can tell that we upgraded our net-backs, both on the residue gas, and the NGL, by about 25%. So, it was a nice contract that we were able to renegotiate with DCP in the Permian.

And I think the second question has to do with the different lobes in the Permian. I'll tell you, the way we look at the Permian – I'm sorry, in the horizontal Miss, right? The way we look at the Miss is a massive carbonate structure that really stretches all the way across this 160-mile area. And while, if you look at cross sections on the logs from west to east, you do see some erosional features that will erode away some of the top parts of the Miss, but nevertheless, the thickness is still there, and the reservoirs are still there. So, we really don't target different lobes of the Miss per se in this 300 to 500-feet-thick structure. What we do is, because we do have 17,000 vertical wells, we go in and stay those wells and see where they're perforating, where the oil's coming from, and that's how we determine how to place our laterals across the feature.

<A – Tom L. Ward>: Are there any online?

<Q – Kevin R. White>: Yes. Would we drill out of the same wellbore bilaterals in the Horizontal Miss?

<A – Tom L. Ward>: No, not planning to drill bilateral wells, mainly because of spacing. It does cost more, anytime you build a curve, it's slower than just drilling a vertical well, and it's more complicated on completing. So, right now, we are spacing 640 acres in Oklahoma, and we can cover that with one lateral going one way. Now, the other alternative at some point would be to drill dual laterals, but we don't actually see that either, so it's really just setting up each well for one lateral.

<Q – Kevin R. White>: And multi-wells off the same pad?

<A – Tom L. Ward>: No, you can't have multi-wells off the same pad because the spacing is too far apart, so that's a good thing, as I keep thinking people believe that the tighter you space wells, it's better. It's actually – it's better to have wells spaced out more getting more oil and gas. So, no, we do not plan to have multi-wells per pad.

<Q – Kevin R. White>: When completing the Mississippi wells, do we have cemented liners or isolation packers?

<A – Tom L. Ward>: Well, I'll turn that over to operations.

FACTSET: callstreet
corrected transcript



**<A – Matthew K. Grubb>:** Right now, in the foreseeable future, we're running cemented liners, and we're perforating and setting plugs.

**<Q – Kevin R. White>:** Okay. And then the Mississippian subcrop differs widely on your acreage. Do you see a difference in production capability for different subcrops?

**<A – Matthew K. Grubb>:** We have not seen that from our drilling or the results of other operators drilling across this area. Their production appears very similar.

**<Q – Kevin R. White>:** That slide that we have up there, the horizontal wells look like they hit a brick wall at the county line of Grant and Kay County. Is there a reason for that?

**<A – Matthew K. Grubb>:** No, the horizontal well didn't hit a brick wall there. We stopped leasing at that point. We believe we have enough acreage, and so we didn't – when we shut down our acreage, we were just at the end of the Grant County line. Nothing magical about that. In fact, there are wells being drilled in Kay County that are doing very well.

**<Q – Kevin R. White>:** And is there a specific plan for when we would move into Kansas?

**<A – Matthew K. Grubb>:** We're looking at spudding a well up in Comanche County, I think, later this spring, probably April. We have already drilled one well in Kansas early in the year that's doing very well.

**<Q – Kevin R. White>:** And is there any additional detail on timing of trying to joint venture the acreage in the Mississippian?

**<A – Tom L. Ward>:** No detail, because we're really not in any hurry. I think this can lead into James and talk about funding, but if you see a clear path to getting to at least $900 million this year of funding, that gives us a lot of time to look at options. Before our announcement that we were going to monetize the Mississippian, it was only thought there was one way to do a project, and that was a joint venture. We've shown that there are many ways. In fact, we've sold acreage in the Cana. We sold acreage in the Haynesville. We sold acreage in the Wolfberry and – but strictly acreage in the Bone Springs. So, we've looked at different ways to fund other than a joint venture.

Now, that's not to say that we're opposed to joint ventures, or that we're opposed to selling acreage outright. I think what we do have is maximum flexibility as the play develops. And now there are over 100 wells have been drilled in the play, I think we are proven that it's a viable place to drill wells. So, I'd say that, for me, there's no real hurry to move forward to monetize the Mississippi. That's not to say we won't if we get the opportunity.

Anything else here?

**<Q – Kevin R. White>:** Is the Woodford – have we determined that the Woodford is the source for the Mississippian?

**<A – Tom L. Ward>:** Yes. Yes, the Woodford Shale is the source for the Mississippian. I won't say that again, but it's a source going to the reservoir. That's two words you don't hear very much anymore, source and reservoir. I have also said that if I was forced to, I'd drink our frac flood. It's dirty water.

**<Q>:** Hi. I know you don't want to give out guidance for 2012, but just on the cash flow front, you're outstanding cash flow by quite a bit this year and you're using asset sales to fund that -

**<A – Tom L. Ward>:** Finally. Finally.

**<Q>:** Directionally, what can we expect in 2012, and when can we expect you guys to be close to the breakeven?

**<A – James D. Bennett>:** Sure. I think if you see where we are this year and keep a spending pattern that's similar, maybe a little bit less, we see a path to – we kind of use this magical number that we like, $1 billion of EBITDA, does a lot of things for us. It gets our leverage in check and allows us to almost fully fund a drilling program with the debt level we have. So, we see that. If you look out, we would have a goal of being there by 2013, being able to fund it internally. So, you could probably extrapolate between the two points.

**<Q>:** Great. Thank you.

**<A – James D. Bennett>:** You're welcome.

**Tom L. Ward, Chairman and Chief Executive Officer**

No other financial questions? How about anything online, Kev? Okay. Going once.

Thank you so much for joining us again this year. We'd look forward to having a conversation at any time with – contact Kevin White, or we'll make ourselves available for a phone call or we'll see you here again next year. Thank you very much.

**Disclaimer**
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2011. CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*

March 1, 2011



# 2011 Investor / Analyst Meeting

New York, NY

SandRidge

energy to go further

# Disclaimer

Safe Harbor Language on Forward Looking Statements:

This presentation includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These statements express a belief, expectation or intention and are generally accompanied by words that convey projected future events or outcomes. The forward-looking statements include statements about SandRidge Energy, Inc.‟s future operations, rig and well counts, drilling and resource locations, anticipated exploration and production strategies, including our increased focus on oil production, estimates of oil and natural gas production, reserve volumes and reserve values, projected expenses, revenue, earnings, cash flow, capital expenditures and other costs, capital raising activities, including potential asset divestitures, and hedge transactions. We have based these forward-looking statements on our current expectations and assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions and expected future developments, as well as other factors we believe are appropriate under the circumstances. However, whether actual results and developments will conform with our expectations and predictions is subject to a number of risks and uncertainties, including the volatility of oil and natural gas prices, our success in discovering, estimating, and developing oil and natural gas reserves, the availability and terms of capital, our timely execution of hedge transactions, credit conditions of global capital markets, changes in economic conditions, regulatory changes, including those related to carbon dioxide and greenhouse gas emissions, and other factors, many of which are beyond our control. We refer you to the discussion of risk factors in Part I, Item 1A - “Risk Factors” of our Annual Report on Form 10-K for the year ended December 31, 2010 and in comparable “risk factors” sections of our Quarterly Reports on Form 10-Q filed after the date of this presentation. All of the forward-looking statements made in this presentation are qualified by these cautionary statements. The actual results or developments anticipated may not be realized or, even if substantially realized, they may not have the expected consequences to or effects on our company or our business or operations. Such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. We undertake no obligation to update or revise any forward-looking statements.

The SEC permits oil and natural gas companies, in their filings with the SEC, to disclose only proved, probable and possible reserves, as each is defined by the SEC. At times we use the term "EUR" (estimated ultimate recovery) and "resources" and "resource locations and potential" to provide estimates that the SEC‟s guidelines prohibit us from including in filings with the SEC. These estimates are by their nature more speculative than estimates of proved, probable or possible reserves and, accordingly, are subject to substantially greater risk of being actually realized by the company. For a discussion of the company‟s proved reserves, as calculated under current SEC rules, we refer you to the company‟s Annual Report on Form 10-K referenced above, which is available on our website at www.sandridgeenergy.com and at the SEC„s website at www.sec.gov.

SandRidge

# Welcome and Introduction of SD Representatives



## Kevin R. White,
## SVP – Business Development

SandRidge
energy to go further

# Strategic Overview



## Tom L. Ward
## Chairman and CEO

SandRidge
energy to go further

# SandRidge – Continued Focus on Oil




| | |
|---|---|
| Production | ≈ 62,400 Boepd (29,200 Bopd)[a] |
| Oil Revenue[b] | 80% |
| Oil to Gas Price Ratio[c] | 22:1 |
| Drilling Locations[d] | > 19,000 Locations (≈ 11,000 Oil Locations) |
| Drilling Dedicated to Oil[e] | 100% |

(a) Includes crude oil and NGLs; January 2011 average
(b) Estimate for 2011, including the effect of hedges
(c) Projected realized price with hedges for 2011
(d) After giving effect to completed and planned Permian divestitures
(e) Projected beginning February 2011

SandRidge

# Oil Strategy – Shallow, Low Cost, Conventional

Acquisition of Permian Central Basin Platform “CBP” properties

- 7,600 Boepd in December 2009 (FST)
- 8,200 Boepd in July 2010 (ARD)
- Current ≈ 185,000 acres

Central Basin Platform Oil Drilling

- 2011 rig count ≈ 16

Net acreage in Horizontal Mississippian Play

- Current ≈ 780,000 acres
- Average acquisition cost < $200 per acre

Mississippian Oil drilling

- Planned 2011 rig count ≈ 12 rigs

SandRidge

# SandRidge Operating Areas




SandRidge

# Permian Basin – Central Basin Platform

## Shallow, Carbonate Oil Play

- Has produced oil for over 80 years
- Is the 3rd largest petroleum producing area in the U.S. after the Gulf of Mexico and Alaska
- 29 billion barrels produced from the Permian Basin
- 13 billion barrels have been produced from the Central Basin Platform carbonates (45% of Permian total)
  - San Andres > 4 billion barrels
  - Clear Fork > 2 billion barrels





SandRidge

# Mid-Continent Horizontal Mississippian Oil

## High Perm, Carbonate Oil Play



- Shallow oil target (< 6,000" TVD)
- Attractive drilling and completion costs
- Extensive reservoir control from thousands of vertical wells
- Thick overall carbonate section
- Horizontal drilling effectively connects vertical wellbores
- Rigs, services and infrastructure readily available

SandRidge

# Completed / Planned Asset Monetization

**Estimated Proceeds of > $900 Million**

| | |
|---|---|
| • Bone Spring / Avalon | CLOSED |
| • Wolfberry | CLOSED |
| • Announced Mississippian monetization | Pending |
| • New Mexico | Pending |
| **Total Estimated Proceeds** | **> $700 Million** |
| • Other acreage monetization | ???????? |

SandRidge

# Hedging

Contracts in Place as of February 18, 2011

| | Year Ending | | |
|---|---|---|---|
| | 12/31/2011 | 12/31/2012 | 12/31/2013 |
| **Oil Swaps:** | | | |
| Volume (MMBbls) | 8.29 | 9.55 | 7.94 |
| Swap | $86.08 | $87.10 | $92.21 |
| **Natural Gas Swaps:** [(a)] | | | |
| Volume (Bcf) | 59.57 | 26.85 | 0.00 |
| Swap | $4.69 | $5.15 | NM |
| **Natural Gas Basis Swaps:** [(b)] | | | |
| Volume (Bcf) | 104.03 | 113.46 | 14.60 |
| Swap | $0.47 | $0.55 | $0.46 |

(a) In addition to price swaps, SD has 3.2Bcf of natural gas collars in place for 2H 2012 through 2015, with a floor of $4.00/Mcf and an average cap of $7.66/Mcf

(b) Includes WAHA and HSC basis swaps in 2011 and 2012 Natural gas swaps assume a ratio of 1:1 for Mcf to MMBtu

SandRidge

# Significant Gas Upside




| POTENTIAL GAS RESOURCE LOCATIONS[(a)] | |
|---|---|
| WTO / Pinon | 5,528 |
| SAHARA OKLAHOMA | 994 |
| EAST TEXAS | 1,465 |
| OTHER | 51 |
| **SD TOTAL** | **8,038** |

(a) Potential gas resource locations as of 12/31/10

SandRidge

# Operations Overview



## Matthew K. Grubb, President and COO

SandRidge

energy to go further

# SandRidge Operating Areas – 2011 Drilling Forecast

**2011: 138 Wells**
**RIGS: 12**

Midcontinent

**2011: 811 Wells**
**RIGS: 16**

Permian Basin

West Texas Overthrust

**2011: 1 Wells**
**RIGS: 0**




East Texas

Texas Gulf Coast & GOM

2011 Drilling Forecast

| | TOTAL |
|---|---|
| MIDCONTINENT | 138 (Oil) |
| PERMIAN BASIN | 811 (Oil) |
| WTO | 1 (Gas) |
| SD TOTAL | 950 |
| RIGS : | 28 Oil Rigs |

Note: Data is as of guidance issued 02/24/11



SandRidge

# SandRidge Corporate Metrics

- Daily production ≈ 62,400 Boepd[(a)]
- 2011 Production Guidance ≈ 23.3 Mmboe
- Proved reserves ≈ 546 Mmboe[(b)]; ≈ $4,509 MM PV-10[(b)]
- % of value from oil properties ≈ 88%[(b)]
- Estimated 2011 E&P budget ≈ $1,027 MM[(c)]
- Proved and resource locations ≈ 3,700 PUDS; ≈ 15,550 Resources (≈ 11,200 Oil PUD and Resource Locations)

(a) January 2011 average
(b) YE 2010 SEC Pricing
(c) Does not include capitalized G&A

SandRidge

# Acreage and Locations

**Net Acreage**
**1,655,187**




**Identified Drilling Locations**
**19,226**




Note: Mississippian acreage/locations as of February 2011; All other acreage/locations as of 12/31/10
(Permian acreage/locations exclude Wolfberry & pending New Mexico divestitures)

SandRidge

# SandRidge Core Oil Operating Areas

- **Permian Basin – Oil**
  - ≈ 210,000 net acres
  - ≈ 7,700 drilling locations
  - Primary Reservoirs
    - Clear Fork (CBP)
    - San Andres (CBP)
- **Horizontal Mississippian**
  - ≈ 780,000 net acres
  - ≈ 3,400 drilling locations

SandRidge

# Central Basin Platform – Overview




- High Rate of Return Oil Drilling
  - 88% ROR[a], 83 Mboe type curve
- Low Drilling Costs ($760M/well)
- Predictable Production Profiles
- Low Acreage Costs (≈ 185,000 Net Acres)
- Certainty of Economic Return
- SD is most active driller with 16 of 42 rigs running
- ≈ 7,700 potential locations

[a] NYMEX Strip as of 02/14/11

SandRidge

# Permian Production Growth




SandRidge

# Permian Asset Value Growth (YE'09 through YE'10)

NET INVESTMENT




PV10 VALUE




RESERVES




PV-10 Value Growth = $3,249 MM

Net Investment = $1,871 MM

Growth of Investment = $1,378 MM

Reserve Growth = 162 Mmboe

Net Investment Cost = $11.55/Boe

(a) YE 2009 NYMEX Strip; Prior to Forest acquisition
(b) Feb. 7, 2011 NYMEX Strip with hedging adjustments

SandRidge

# Horizontal Mississippian Oil Play – Overview




- High Rate of Return Oil Drilling
  - 120% ROR[(a)], 409 Mboe type curve
- Low Drilling Costs (≈ $2.7MM/well)
- Low Acreage Costs (≈ 780,000 Net Acres)
- Certainty of Economic Return
- SD is most active driller with 8 of 19 horizontal rigs
- ≈ 3,400 potential locations

(a) NYMEX Strip as of 02/14/11

SandRidge

# Horizontal Mississippian Oil Growth




SandRidge

# Reserves Overview



## Rodney E. Johnson,
## EVP – Reservoir Engineering

SandRidge
energy to go further

# Reserve Summary

| | 2010 MMboe | 2010 PV-10 (millions) | 2009 MMboe | 2009 PV-10 (millions) |
|---|---|---|---|---|
| **Beginning balance, Jan. 1** | **219** | **$ 1,561** | **360** | **$ 2,259** |
| Revisions | 158 | 1,366 | (199) | (990) |
| Acquisitions | 84 | 1,133 | 74 | 565 |
| Divestitures | - | - | (0) | - |
| Extensions and discoveries | 105 | 957 | 1 | 9 |
| Production | (20) | (508) | (17) | (281) |
| **Ending balance, Dec. 31** | **546** | **$ 4,509** | **219** | **$ 1,561** |
| **SEC Pricing** | | | | |
| Natural gas price ($/mcf) | $ 4.38 | | $ 3.87 | |
| Oil price ($/bbl) | $ 75.96 | | $ 57.65 | |
| **PV-10 (millions)** | | | | |
| Oil properties | $ 3,961 | | $ 1,076 | |
| Gas properties | 548 | | 485 | |
| **Total** | **$ 4,509** | | **$ 1,561** | |
| **% Oil properties to total** | **88%** | | **69%** | |
| Reserve replacement ratio | 521% | | --------- | |
| Drilling finding costs ($/boe) | $ 9.04 | | --------- | |
| **Value of proved reserves ($/boe)** | **$ 8.26** | | **$ 7.14** | |

SandRidge

# Summary by Consultant Coverage

## SEC Pricing

| | Year-End 2010 ($75.96 / $4.376) | | | Year-End 2009 ($57.65 / $3.866) | | | Change | |
|---|---|---|---|---|---|---|---|---|
| | MMBOE | | PV-10 ($MM) | MMBOE | | PV-10 ($MM) | MMBOE | PV-10 ($MM) |
| NSAI | 392.3 | 71.9% | $ 3,049.5 | 113.1 | 51.7% | $ 810.9 | 279.2 | $ 2,238.6 |
| LKA | 110.8 | 20.3% | 1,131.4 | 73.7 | 33.7% | 565.5 | 37.1 | 565.9 |
| D&M | 23.4 | 4.3% | 226.6 | 20.9 | 9.6% | 105.1 | 2.5 | 121.5 |
| **Total 3rd-party consultant reviewed** | **526.5** | **96.4%** | **4,407.5** | **207.8** | **95.0%** | **1,481.5** | **318.8** | **2,926.0** |
| SD internal | 19.4 | 3.6% | 101.7 | 10.9 | 5.0% | 79.5 | 8.5 | 22.2 |
| **Total SD Proven** | **545.9** | **100.0%** | **$ 4,509.2** | **218.7** | **100.0%** | **$ 1,561.0** | **327.2** | **$ 2,948.2** |

| | Liquids | Gas | MMBOE | % Liquids |
|---|---|---|---|---|
| *NSAI* | *123.2* | *1,389.7* | *354.9* | *34.7%* |
| *Miss Horiz RT* | *18.5* | *113.5* | *37.4* | *49.5%* |
| Total NSAI | 141.8 | 1,503.2 | 392.3 | 36.1% |
| LKA | 83.5 | 163.8 | 110.8 | 75.4% |
| D&M | 22.9 | 2.9 | 23.4 | 97.9% |
| SD internal | 3.9 | 92.8 | 19.4 | 20.3% |
| **Total SD Proven** | **252.1** | **1,762.7** | **545.9** | **46.2%** |

**Final variance to Consultant systems -**
**0.1% on Reserves**
**0.2% on PV-10**

| Consultant | % of Net Reserves Prepared | Geographic Locations - by Area by State |
|---|---|---|
| Netherland, Sewell & Associates | 72% | Permian Basin - KS, OK, TX<br>Mid-Continent - KS, OK<br>WTO - TX<br>East Texas<br>Gulf Coast - LA, TX<br>Gulf of Mexico<br>Other - AL, MS, ND |
| Lee Keeling and Associates, Inc | 20% | Permian Basin - NM, TX |
| DeGolyer and MacNaughton | 4% | Tertiary recovery - TX |

SandRidge

# Industry SEC Comments in 2010

- Desire more detail reporting around PUD"s
  - Including a request for a complete waterfall
  - PUD vintage (still an issue)
  - 5 year development rule
- Interest around how the new reserve rules affect corporate PUD bookings
- Extensions vs. Revisions
- Gas / Oil ratio of 6:1 – wanted explanation of value vs. energy
- Feedback regarding consultant letters and qualifications

SandRidge

# SandRidge Reserve Growth




Note: SEC Pricing

SandRidge

# Reserve Movement

| MMboe by Category | | |
|---|---|---|
| Category | Mmboe | % |
| PDP - Producing | 193 | 35% |
| PBP - Behind Pipe | 22 | 4% |
| PNP - Not Producing | 8 | 1% |
| PUD - UnDeveloped | 323 | 59% |
| TOTAL | 546 | |

Pricing Related




$3.87/Mcf
$57.65/Bbl

$4.38/Mcf
$75.96/Bbl

Note: SEC Pricing

# PUD Vintage




Capital spending projected for 4 years develops all SandRidge PUD‟s

Note: YE 2010 SEC Pricing

SandRidge

# PV10 Movement

Pricing Related

| PV10 by Category | | |
|---|---|---|
| Category | PV10$(MM) | % |
| PDP - Producing | 2,077 | 46% |
| PBP - Behind Pipe | 133 | 3% |
| PNP - Not Producing | 133 | 3% |
| PUD - UnDeveloped | 2,166 | 48% |
| TOTAL | 4,509 | |




Note: SEC Pricing

$3.87/Mcf
$57.65/Bbl

$4.38/Mcf
$75.96/Bbl

SandRidge

# Finding Costs

## Proved Finding Costs

| Ext | | Ext + Rev | | |
|---|---|---|---|---|
| | 104,704 | | 104,704 | Extension |
| | | | 157,660 | Revisions |
| | 104,704 | | 262,364 | Total |
| $ | 946,792 | $ | 946,792 | Drilling and Production Capital |
| $ | 9.04 | $ | 3.61 | Drill bit (normal way) |
| | 189,668 | | 347,328 | $ 1,049,857 E&P wo PIPE |
| | | | | $ 138,428 ACQ Capital |
| | | | | $ 1,250,000 Stock ACQ |
| | | | | $ 2,438,285 ALL IN |
| $ | 12.86 | $ | 7.02 | All in (normal way) |

## Proved Developed Finding Costs

| Drilling Costs Only | | | With Land & Seismic | | |
|---|---|---|---|---|---|
| | 78,530 | MBOE | | 78,530 | MBOE |
| $ | 946,792 | $M | $ | 1,049,857 | $M |
| $ | 12.06 | $/boe | $ | 13.37 | $/boe |
| $ | 2.01 | $/mcfe | $ | 2.23 | $/mcfe |

Note: YE 2010 SEC Pricing

SandRidge

# Reserve Related Metrics

| Reserves Related Metrics and Ratios | | 2010 |
|---|---|---|
| Current Period Proved Developed Reserves | | 222.7 |
| - Prior Period | | (137.1) |
| + Production | | 20.1 |
| | | 105.7 |
| Acquisitions - Developed | | (27.1) |
| Sales - Developed | | - |
| **Organic PD Reserve Additions (mmboe)** | | **78.6** |
| **Costs (millions)** | | |
| Drilling costs | $ | 946.8 |
| Land & seismic | | 103.1 |
| **Total Organic Capital** | **$** | **1,049.9** |
| **Proved Developed Finding Costs ($/boe)** | | |
| Drilling only | **$** | **12.06** |
| With Land & Seismic | | **13.37** |
| **Unleveraged cash margin per boe produced -** | | |
| Revenue - O&G | $ | 38.56 |
| LOE | | (11.84) |
| Production taxes | | (1.45) |
| G&A excl. stock-based comp. | | (5.87) |
| **For O&G activities** | **$** | **19.40** |
| **Unleveraged Full-Cycle Ratio** | | **1.5x** |

Note: YE 2010 SEC Pricing

SandRidge

# Proven Price Sensitivity

**Total SD Proven Pricing Sensitivity**

| | Net Mboe | PV-10 (MM) |
|---|---|---|
| YE2010 SEC | 545,892 | $ 4,509 |
| Strip (adj. for Hedges)[a] [b] | 504,535 | 6,187 |
| $6 and $100[a] | 501,561 | 6,915 |

*Strip and $6 / $100 figures are adjusted for planned asset sales*




Estimated Net Cash Proceeds >$700 MM (not included in PV-10)

- Bone Springs (acreage only)
- Wolfberry
- Royalty Trust
- New Mexico

Note: As of December 31, 2010
(a) Adjusted for asset divestitures and Royalty Trust
(b) Feb. 7, 2011 NYMEX Strip with Hedging adjustments



SandRidge

# Proven Reserves and PV-10







Notes:
As of December 31, 2010
Feb. 7, 2011 NYMEX Strip with Hedging adjustments
Adjusted for asset divestitures and Royalty Trust

# Acreage and Locations

**Net Acreage**
**1,698,187**




**Identified Drilling Locations**
**19,226**




Note: Mississippian acreage/locations as of February 2011; All other acreage/locations as of 12/31/10
(Permian acreage/locations exclude Wolfberry & pending New Mexico divestitures)

SandRidge

# Location Distribution

**PUD Locations by Area (3,677)**




**PUD + Resource Locations by Area (19,226)**




**PUD Locations by Producing Type**




79% Oil/Gas PV-10

**PUD + Resource Locations by Producing Type**




84% Oil/Gas PV-10

Notes:
Feb. 7, 2011 NYMEX Strip with Hedging adjustments
Adjusted for asset divestitures and Royalty Trust

SandRidge

# Reserves + Resource Valuation

| SandRidge – Reserves / Resources | Locations<br>Resv + Resources | Locations<br>Drilling | Mmboe<br>Resv + Resources | PV-10 ($MM)<br>Resv + Resources |
|---|---|---|---|---|
| Permian (incl. Tertiary) | 10,633 | 7,762 | 480 | $6,494 |
| Mid-Continent | 5,142 | 4,420 | 992 | 11,343 |
| WTO | 6,525 | 5,528 | 1,080 | 2,240 |
| East Texas | 1,764 | 1,465 | 271 | 854 |
| Other | 298 | 51 | 17 | 255 |
| **Total** | **24,362** | **19,226** | **2,841** | **$21,185** |

Notes:
Feb. 7, 2011 NYMEX Strip with Hedging adjustments
Adjusted for asset divestitures and Royalty Trust

SandRidge

# Technical Review: Central Basin Platform & Horizontal Mississippian



Todd N. Tipton,
EVP – Exploration

Rodney E. Johnson,
EVP – Reservoir Engineering

SandRidge
energy to go further

# The Permian Basin – West Texas & S.E. New Mexico

- Has produced oil for over 80 years.
- Is the 3rd largest petroleum producing area in the U.S. after the Gulf of Mexico and Alaska.
- **29 billion barrels** produced from the Permian Basin.
- **13 billion barrels** has been produced from the Central Basin Platform (45% of Permian total).
  - San Andres **> 4 billion barrels**
  - Clear Fork **> 2 billion barrels**
- (46% of CBP total)
- This region has the greatest potential for production growth in the country, containing 29% of estimated future oil growth.
- An estimated 30 billion barrels of recoverable oil remains.(1)



(1) AAPG Bulletin, v. 89, no.5 (May 2005), pg. 554 – Play Analysis and leading-edge oil-reservoir development methods in the Permian basin: Increased recovery through advanced technologies. / Shirley P. Dutton, et.al.

SandRidge

# Permian Basin – Central Basin Platform




Note: Diagram is not to scale and is for illustration purposes only

# Central Basin Platform – Overview




- Central Basin Platform Focus
- High Rate of Return Oil Drilling
- Low Drilling Costs
- Predictable Production Profiles
- Low Acreage Costs (≈ 185,000 Net Acres)
- Certainty of Economic Return
- SD is most active driller with 16 of 42 rigs running
- ≈ 7,700 potential locations[(a)]

(a) After giving effect to completed and pending Permian divestitures

SandRidge

# Central Basin Platform: E – W Cross Section



# Permian Reserves + Resource Valuation

| Permian – Reserves / Resources | | | | |
|---|---|---|---|---|
| | Locations | Locations | Mmboe | PV-10 ($MM) |
| | Resv + Resources | Drilling | Resv + Resources | Resv + Resources |
| San Andres / Clear Fork | 10,199 | 7,553 | 398 | $5,560 |
| Delaware Group | 300 | 125 | 29 | 301 |
| Tertiary | 134 | 84 | 53 | 633 |
| **Total** | **10,633** | **7,762** | **480** | **$6,494** |

Undeveloped potential of 394 MMboe
Finding costs $8.60/Boe
$4,478 MM PV-10

Notes:
Feb. 7, 2011 NYMEX Strip with Hedging adjustments
Adjusted for asset divestitures and Royalty Trust

SandRidge

# Arena Acquisition




PV-10 Value = $1,914 MM [a]

Net Investment = $1,282 MM

Growth of Investment = $ 632 MM

Current Reserves = 87 MMboe

Net Investment Cost = $14.74/Boe

(a) Feb. 7, 2011 NYMEX Strip with Hedging adjustments
(b) Estimated value of Arena portion of the pending New Mexico divestiture

SandRidge

# Fuhrman Mascho 5 Acre In-fill Performance




## Recent 5 acre In-fill Activity

- **222 5 acre in-fill wells**
  - Q1 2009 – Q3 2010 Drilled Wells
  - Drilled within 5 acre spacing of an existing well (orange)
  - NSAI assigned same initial production decline for 5 acre and 10 acre spaced PUDs
- **158 Existing Wells**
  - Offset within 5 acre spacing (gray)
  - NSAI did not observe interference, but increased final decline for 5 acre PUDs to 8 from 6
    - (10% reduction in ultimate recovery for 5 acre PUDS)

SandRidge

# New 5 Acre In-fill vs. Performance of Existing Wells

5 Acre PUD Area






222 5 Acre Wells

Type Curve 5 & 10 Acre

Original 158 Wells

Additional 5 Acre Test Area

SandRidge

# Total Permian Performance










SandRidge

# Central Basin Platform – Average Permian Curve

## >7,700 Potential Locations[a]

**All Permian Type Curve**

- 75 Mbbl (79% Crude)
- 47 Mmcf, dry
- 83 Total Mboe
- $760M/well
- 65 Boepd 30 day IP
- ≈ 88% ROR[b]




(a) After giving effect to completed and pending Permian divestitures
(b) NYMEX Strip as of 02/14/11

SandRidge

# Horizontal Mississippian



SandRidge
energy to go further

# Mid-Continent Horizontal Mississippian Oil – Overview



- 300-500 Mboe/well (52% Crude Oil)
- $2.7MM/well[a]
- SD Operated wells
  - 37 Drilled
- Other Industry wells
  - 66 Drilled

## High Perm, Carbonate Oil Play

- Shallow oil target (< 6,000‟ TVD)
- Attractive drilling and completion costs
- Extensive reservoir control from thousands of vertical wells
- Conventional, high perm, carbonate reservoir
- Depletion drive with 30 years of history
- Thick overall carbonate section
- Horizontal drilling effectively connects vertical wellbores
- Rigs, services and infrastructure readily available
- ≈ 780,000 net acres

[a] Includes capex allocation for water disposal facilities

SandRidge

# Regional Mississippian Cross Section









SandRidge

# Mid-Continent Horizontal Mississippian Oil




**Note: Diagram is not to scale and is for illustration purposes only**

# Horizontal Mississippian Cross Section




SandRidge

# Horizontal Mississippian Oil Play




6.5 Million Acres – SandRidge Focus Area

≈ 17,000 (≈ 7,000 within ) Vertical Mississippian producing wells

SandRidge

# Good Vertical Production History (>1,200 wells)

## VERTICAL MISS OIL

Alignment Type: High Point Alignment

| Qi (Daily) | b | Dinitial | Dmin | Qab (Daily) | Scale (# of Months) | y Axis Minimum | Axis Maximum |
|---|---|---|---|---|---|---|---|
| 40 | 2.5 | 78.00% | 5.00% | 1 | 200 | 1 | 1,000 |




>30 Years of Performance Data

Average EUR ≈ 40 MBO Oil

B Factor of 2.5

Final Decline < 5%

3 County Area (Woods, Alfalfa, Grant)

SandRidge

# Alfalfa Historical Gas/Oil Ratio

Alfalfa Vertical 1980 – 1990 (30 Years)
(130 wells)
GOR (15,000 – 18,000)




SandRidge

# Technical Theory for Horizontal Drilling in Mississippian

## Wide Distribution of Vertical Mississippian

- Heterogeneity of carbonate reservoirs – major factor in distribution range
- Horizontal wells will tighten distribution in a carbonate reservoir and move upward based on connectivity of high perm streaks
- Economics enhanced through capital reduction of overall frac stage average costs with horizontal drilling
  - Multiple of vertical well performance based on increased frac stages




SandRidge

# Horizontal Mississippian Oil Play – Acreage




- 6.5 Million Acres – SandRidge Focus Area
- ≈ 17,000 (≈ 7,000 within ) Vertical Mississippian producing wells
- SandRidge currently owns ≈ 780,000 Net Acres
- 37 SandRidge Horizontal Wells
- 66 Industry Horizontal Wells

SandRidge

# Horizontal Mississippian Oil – Well Performance

**NSAI Average 1st Month**

**244 Boepd**

**Total Average 1st 30 Days Actual**

**272 Boepd**

**Recent Average 1st 30 Day Actual**

**307 Boepd**

***11 Wells in completion cycle***

***5 Wells Drilling***

| Well | First Sales | 1st 30 days BOEPD | Peak 30 days BOEPD | Last 30 days BOEPD | Comment |
|---|---|---|---|---|---|
| 1 | 2/10/2010 | 401 | 417 | 115 | |
| 2 | 3/10/2010 | 73 | 197 | 171 | |
| | 3/30/2010 | 126 | 165 | 147 | |
| | 4/21/2010 | 192 | 295 | 162 | |
| | 5/5/2010 | 52 | 294 | 214 | |
| | 5/6/2010 | 52 | 137 | 106 | |
| | 6/7/2010 | 47 | 85 | 35 | |
| | 6/29/2010 | | | | Waiting for SWD |
| | 6/30/2010 | 127 | 303 | 191 | |
| | 7/30/2010 | | | | Waiting for SWD |
| | 7/30/2010 | 158 | 163 | 41 | |
| | 8/9/2010 | 127 | 131 | 81 | |
| | 8/9/2010 | 334 | 441 | 370 | |
| | 8/27/2010 | 201 | 295 | 277 | |
| | 8/30/2010 | 856 | 892 | 369 | |
| | 9/2/2010 | 167 | 272 | 135 | |
| | 9/4/2010 | 246 | 263 | 117 | |
| | 9/14/2010 | 218 | 394 | 202 | |
| | 9/24/2010 | 112 | 117 | 94 | |
| | 10/16/2010 | 198 | 239 | 122 | |
| | 10/18/2010 | 320 | 328 | 158 | |
| | 11/3/2010 | 394 | 400 | 272 | |
| | 11/4/2010 | 648 | 648 | 447 | |
| 24 | 11/9/2010 | 411 | 419 | 201 | |
| 25 | 11/24/2010 | 85 | 89 | 58 | |
| 29 | 11/30/2010 | 125 | 136 | 79 | |
| 31 | 12/2/2010 | 104 | 126 | 103 | |
| 30 | 12/9/2010 | 104 | 128 | 120 | |
| 33 | 12/13/2010 | 473 | 473 | 281 | |
| 32 | 12/21/2010 | 187 | 193 | 162 | |
| 26 | 1/3/2011 | 207 | 210 | 197 | |
| 36 | 1/7/2011 | 307 | 327 | 291 | |
| 35 | 1/14/2011 | 750 | 750 | 711 | |
| 34 | 1/16/2011 | 371 | 371 | 371 | online 29 days |
| 39 | 1/23/2011 | 63 | 63 | 63 | online 22 days |
| 42 | 2/1/2011 | 671 | 671 | 671 | online 13 days |
| 37 | 2/5/2011 | 315 | 315 | 315 | online 9 days |
| **Total** | | **9,220** | **10,747** | **NM** | |
| **Average** | | **272** | **307** | **NM** | |

136 Boepd (Avg) $3,040M (Avg)

307 Boepd (Avg) $2,679M (Avg)

Note: Production data as of 2/14/2011

SandRidge

# Horizontal Mississippian Distribution




NSAI YE 2010 PDP
470 Mboe/well

NSAI YE 2010 PUD
409 Mboe/location

SandRidge

# Horizontal Mississippian Oil – Decline Model




(a) Netherland Sewell Associates, Inc., YE 2010

SandRidge

# Horizontal Mississippian Performance Above Type Curve










SandRidge

# Horizontal Mississippian Oil – High Rate of Return

## > 3,400 Potential Locations

**Horizontal Mississippian Type Curve**

- 211 Mbbl (100% Crude)
- 1,186 Mmcf
- 409 Total Mboe
- $2.7MM/well[(a)]
- 244 Boepd 30 day IP
- ≈ 120% ROR[(b)]
- ≈ 780,000 Net Acres




(a) Includes capex allocation for water disposal facilities
(b) NYMEX Strip as of 02/14/11

SandRidge

# Drill Times Trending Lower






SandRidge

# Horizontal Mississippian Implementation



100 Miles to Cushing

## Drilling Program

- Conventional 1,000 hp rigs
- Currently contracting 6 third party rigs
- 6 SandRidge rigs running – SD owns 31 rigs

## Completion Program

- Frac Crews
  - Low pressure equipment readily available
- Proppant
  - Low strength Ottawa Sand --- 40/70 --- readily available
  - Water supply readily available – water wells, creeks, shallow aquifers



SandRidge

# Extensive Infrastructure




Map courtesy of Atlas Pipeline Partners, L.P.

SandRidge

# Single Well Comparison – Oil/Liquid Plays

| | Missisipian Horizontal | Bakken[3] Oil Shale | Eagle Ford[3] Oil Window | Eagle Ford [3] Condensate Window |
|---|---|---|---|---|
| **Economics** | | | | |
| **IRR[1]** | **120%** | **92%** | **72%** | **83%** |
| NPV per Well ($MM) [1] | $5.95 | $12.37 | $5.21 | $11.00 |
| F&D ($/Boe) | $8.25 | $12.93 | $21.37 | $10.74 |
| **Type Curve** | | | | |
| **EUR (Mboe/well)** | **409** [2] | **677** | **293** | **908** |
| IP Rate (Boe/d)[4] | 263 | 791 | 588 | 1,637 |
| Initial Decline | 56% | 76% | 82% | 83% |
| b Factor | 1.5 | 1.8 | 1.3 | 1.6 |
| Liquids Content | 52% | 85% | 88% | 56% |
| **Costs** | | | | |
| **Drill & Complete ($MM)** | **$2.70** | **$7.00** | **$5.00** | **$7.80** |
| LOE ($/Boe) | $8.32 | $5.00 | $5.25 | $5.80 |

(1) NPV and IRR based on Strip Prices at 02/14/2011
(2) Netherland Sewell YE2010 type curve
(3) Eagle Ford and Bakken metrics compiled from industry sources
(4) 1st month average production

SandRidge

# Finance Overview



## James D. Bennett,
## EVP and Chief Financial Officer

SandRidge
energy to go further

# SandRidge Snapshot (NYSE: SD)

| **Financial Overview** *($ in millions, YE 2010 Balances)* | |
|---|---|
| Market Capitalization [(a)] | $3,678 |
| Basic Shares Outstanding (million) | 406.4 |
| Cash | $6 |
| Total Debt | 2,909 |
| Preferred Stock | 765 |
| Enterprise Value | $7,346 |

| **Reserves & Production** *(in MMBoe, YE 2010 Balances)* | |
|---|---|
| PDP Reserves | 222.7 |
| PUD Reserves | 323.2 |
| **Total Proved Reserves** | **545.9** |
| 2010 Production | 20.1 |
| R/P Life (years) | 27.2 |

| **Bonds and Preferred Stock** *($ in millions)* | |
|---|---|
| Senior Notes | |
| Sr. Floating Rate Notes due 2014 | $350 |
| 8.625% Sr Notes due 2015 | 650 |
| 9.875% Sr Notes due 2016 | 352 |
| 8.0% Sr Notes due 2018 | 750 |
| 8.75% Sr Notes due 2020 | 443 |
| **Total** | **$2,545** |
| Preferred Stock | |
| 8.5% Convertible Perpetual Preferred [(c)] | $265 |
| 6.0% Convertible Perpetual Preferred [(d)] | 200 |
| 7.0% Convertible Perpetual Preferred [(e)] | 300 |
| **Total** | **$765** |

(a) Based on share price as of 02/23/2010
(b) Convertible at holder"s option at $8.0125 per common share; convertible by SD after February 20, 2014
(c) Convertible at holder"s option at $10.856 per common share; automatic conversion December 21, 2014
(d) Convertible at holder"s option at $7.7645 per common share; convertible by SD after November 20, 2015

SandRidge

# Financial Highlights

- Completed our transition to oil
- Supported growth by monetization of assets, increased contribution from higher margin oil and a strong hedging program
  - Asset sales and monetizations ahead of schedule
  - Oil represents 80% of 2011E revenue
  - ≈ 78% hedged for 2011 forecasted production
- Strong liquidity to start 2011
  - $433 million in availability on February 22nd under the $850 million credit facility
  - Credit facility is significantly over collateralized with a $850 million borrow base vs. $1.7 billion of bank pricing risked PV-9 value
  - No looming bond maturities
- After a period of intensive investment in 2009 and 2010, 2011 marks a period of executing our large asset base and growing production and cash flow



SandRidge

# 2011 Financial Goals

- Protect cash flow and returns via hedging
- Further monetization of Mississippian acreage, non-core assets and execute our Royalty Trust strategy
- Amend bank credit facility
- Opportunistically address intermediate-term debt maturities
- Begin to address 2012 funding gap



SandRidge

# 2010 Results

| | 4Q10 | 2010 |
|---|---|---|
| **Production** | | |
| Oil (MBbl)[a] | 2,612 | 7,386 |
| Natural gas (MMcf) | 18,753 | 76,226 |
| Total (MBoe) | 5,738 | 20,090 |
| *Daily production (MBoed)* | *62.4* | *55.0* |
| **Average price per unit** | | |
| Realized oil ($/Bbl)[a] | $71.84 | $66.89 |
| Realized impact of derivatives ($/Bbl)[a] | (3.69) | 1.26 |
| Net realized price ($/Bbl)[a] | $68.15 | $68.15 |
| Realized natural gas ($/Mcf) | $3.07 | $3.68 |
| Realized impact of derivatives ($/Mcf) | (0.43) | 2.52 |
| Net realized ($/Mcf) | $2.64 | $6.20 |
| **Realized price as reported ($/Boe)** | **$42.73** | **$38.56** |
| **Net Realized price adjusted for derivatives ($/Boe)** | **$39.64** | **$48.58** |
| **Average cost per Boe** | | |
| Lease operating | $11.42 | $11.84 |
| Production taxes | 1.75 | 1.45 |
| G&A - Cash | 6.73 | 7.06 |
| G&A - Stock | 2.35 | 1.88 |
| Depletion | 13.51 | 13.70 |
| **Earnings per share** | | |
| Adjusted net (loss) income per share | | |
| Basic | ($0.12) | $0.02 |
| Diluted | (0.07) | 0.11 |
| Weighted common shares outstanding (in thousands) | | |
| Basic | 395,255 | 291,869 |
| Diluted[b] | 491,329 | 381,059 |

(a) Includes NGLs
(b) Includes shares considered anti-dilutive for calculating EPS in accordance with GAAP for certain periods presented
- Excludes out of period derivative settlements
- Excludes certain non-recurring items

SandRidge

# 2010 Results (cont'd)

| *($ in Millions)* | 4Q10 | 2010 |
|---|---|---|
| **Net income (loss)** | **($196.5)** | **$190.6** |
| Adjusted for | | |
| Income tax expense benefit | 10.4 | (446.7) |
| Interest expense | 60.9 | 239.3 |
| DD&A - other | 14.2 | 50.8 |
| DD&A – oil and natural gas | 77.5 | 275.3 |
| **EBITDA** | **($33.5)** | **$309.3** |
| Asset impairment | 0.0 | 0.0 |
| Provision for doubtful accounts | 0.0 | 0.1 |
| Inventory obsolescence | (0.2) | 0.0 |
| Income from equity investments | 0.0 | 0.0 |
| Interest income | (0.1) | (0.3) |
| Stock-based compensation | 13.5 | 37.7 |
| Unrealized losses on derivative contracts | 148.2 | 283.6 |
| Realized gains on out-of-period derivative sttlement | (3.8) | (23.2) |
| Other non-cash expense | (0.2) | (0.4) |
| (Gain) loss on sale of assets | 2.4 | 2.4 |
| Acquisition costs | 1.9 | 17.4 |
| Settlement for prior claims | 2.2 | 18.2 |
| **Adjusted EBITDA** | **$130.5** | **$644.9** |

SandRidge

# 2011 Funding Overview




(a) Based on the 2/24/2011 Guidance Model
(b) $98MM of the proceeds from closed sales was received in Dec. 2010
• All sales/monetizations are net of banking fees

SandRidge

# Commodity Hedges

## Oil Hedges




## Gas Hedges




- 2011 Basis Swaps (WAHA and HSC): 104.03 Bcf at $0.47
- 2012 Basis Swaps (WAHA and HSC): 113.46 Bcf at $0.55
- 2013 Basis Swaps (WAHA and HSC): 14.6 Bcf at $0.46
- SD also has 3.2 Bcf of natural gas collars in place for the second half of „12 through „15, with a floor of $4.00 per Mcf and an average cap of $7.66 per Mcf

# Commodity Hedge Counterparty Risk

| ($ in millions) | 2011 | | 2012 | | 2013 | | Total | |
|---|---|---|---|---|---|---|---|---|
| Bank 1 | ($6.1) | 12% | ($7.5) | 6% | $0.5 | -1% | ($13.1) | 6% |
| Bank 2 | (36.1) | 70% | (38.2) | 31% | 0.0 | 0% | (74.3) | 33% |
| Bank 3 | 2.6 | -5% | (8.1) | 7% | (1.8) | 4% | (7.3) | 3% |
| Bank 4 | (8.9) | 17% | 0.0 | 0% | 0.0 | 0% | (8.9) | 4% |
| Bank 5 | 0.0 | 0% | 0.0 | 0% | 0.0 | 0% | 0.0 | 0% |
| Bank 6 | 0.0 | 0% | 0.0 | 0% | 0.0 | 0% | 0.0 | 0% |
| Bank 7 | (6.9) | 13% | (1.1) | 1% | (7.3) | 14% | (15.4) | 7% |
| Bank 8 | (2.7) | 5% | (17.8) | 14% | 0.0 | 0% | (20.5) | 9% |
| Bank 9 | 3.8 | -7% | (7.8) | 6% | (12.7) | 24% | (16.7) | 7% |
| Bank 10 | 0.4 | -1% | (4.5) | 4% | (0.1) | 0% | (4.2) | 2% |
| Bank 11 | (9.2) | 18% | (40.5) | 33% | (6.8) | 13% | (56.4) | 25% |
| Bank 12 | 0.0 | 0% | 0.0 | 0% | 0.0 | 0% | 0.0 | 0% |
| Bank 13 | (1.2) | 2% | 0.0 | 0% | 0.0 | 0% | (1.2) | 1% |
| Bank 14 | 0.7 | -1% | (1.4) | 1% | 0.0 | 0% | (0.7) | 0% |
| Bank 15 | 5.8 | -11% | 2.2 | -2% | (11.1) | 21% | (3.2) | 1% |
| Bank 16 | 0.0 | 0% | 0.0 | 0% | 0.0 | 0% | 0.0 | 0% |
| Bank 17 | 6.5 | -13% | 1.2 | -1% | (3.4) | 7% | 4.3 | -2% |
| Bank 18 | 0.0 | 0% | 0.0 | 0% | (1.8) | 3% | (1.8) | 1% |
| Bank 19 | 0.0 | 0% | 0.0 | 0% | (7.7) | 15% | (7.7) | 3% |
| | ($51.4) | 100% | ($123.5) | 100% | ($52.3) | 100% | ($227.3) | 100% |

* Monetary exposure based on 02/17/11 strip pricing

SandRidge

# Benefits of a Royalty Trust Structure

- Allows for accelerated development of large acreage positions
  - Collects cash upfront to fund the future development of PUDs
  - No opportunity cost to development via the Trust given sizable acreage positions
- Monetizes acreage at an attractive valuation
  - Results in a higher NPV than stand-alone development
  - Compelling implied per acre valuation after deducting the present value of Capex and Opex obligations
  - Creates an income oriented investment vehicle in a yield starved market
- Sponsor retains full operational control

We may monetize additional assets via this structure

SandRidge

# Bank Facility

| | |
|---|---|
| **Borrower** | SandRidge Energy, Inc |
| **Facility Size / Borrowing Base** | $1,750 million / $850 million |
| **Maturity** | April 15, 2014 |
| **Redetermination** | April and September 2011 |
| **Security** | Senior Secured |
| **Pricing** | L + 200 – 300 bps (borrowing base grid) |
| **Undrawn Margin** | 50 bps |
| **Financial Covenants** | - Conditional Total Leverage Test (2011)<br>**If** Senior Leverage (outstanding facility balance) / EBITDA is less than1.5x<br>**Then** 4.5x Total Leverage / EBITDA test is negated<br>- Net Debt Total Leverage Calculation (2011)<br>- Defines Royalty Trust as a non-subsidiary<br>- 2012+ covenant adjustments – Total Funded Debt / EBITDA of 4.50x, Secured Debt / EBITDA of 2.00x |
| **Lenders** | - Lead Banks: Bank of America (agent), Barclays, Royal Bank of Scotland, Royal Bank of Canada, Union Bank, Wells Fargo<br>- Top 10 banks comprise 51.3% of facility<br>- No bank holds over 6.0% |

In compliance with all covenants

SandRidge

# Capitalization & Credit Statistics

| **Financial Metrics** *($ in millions, YE 2010 Balances)* | | |
|---|---|---|
| Cash & Cash Equivalents | | $6 |
| **Debt** | | |
| Current Maturities of LT Debt | | $7 |
| Senior Credit Facility | | 340 |
| Senior Notes | | 2,546 |
| Other | | 16 |
| **Total** | | **$2,909** |
| **Equity** | | **$1,536** |
| **Total Book Capitalization** | | **$4,457** |
| **Credit Statistics** | | |
| Net Debt / Covenant EBITDA | | 3.7x |
| Net Debt / P.F.EBITDA [(a)] | | 4.0x |
| P.F. EBITDA / Interest | | 3.1x |
| Net Debt / Proved Reserves ($/Bbl) | | $5.32 |
| Net Debt / Proved Producing Reserves ($/Bbl) | | $13.04 |
| Net Debt / Total Capitalization | | 65% |
| **Credit Ratings** | **S&P** | **Moody's** |
| Corporate Rating | B+ | B2 |
| Outlook | Negative | Stable |

(a) Pro Forma for the Arena acquisition

SandRidge

# Senior Note Maturity Schedule

- No maturities until 2014
- Staggered maturity horizon
- Weighted average maturity: 6.8 years
- Opportunistically address 2014-2016 maturities




SandRidge

# Credit Facility Asset Coverage

*($ in millions)*

| | BASE Case | | | Sensitivity Case | | |
|---|---|---|---|---|---|---|
| | As-of Date | | | As-of Date | | |
| | YE 2010 | Apr-11 | Oct-11 | YE 2010 | Apr-11 | Oct-11 |
| **PV-9 of PDP Properties** | **$1,745** | **$1,670** | **$1,563** | **$1,082** | **$1,030** | **$957** |
| PV-9 of Hedges | 547 | 509 | 423 | 919 | 851 | 700 |
| **Estimated Bank PV-9 -- PDPs Only** | **$2,292** | **$2,179** | **$1,986** | **$2,001** | **$1,881** | **$1,658** |
| **Reserve Coverage - PDP Only** | **2.70x** | **2.56x** | **2.34x** | **2.35x** | **2.21x** | **1.95x** |
| **PV-9 PDP Properties** | **$1,745** | **$1,670** | **$1,563** | **$1,082** | **$1,030** | **$957** |
| Non-Producing PV-9 **Risked at 50%** | 1,056 | 1,150 | 1,303 | 458 | 532 | 659 |
| | 2,801 | 2,820 | 2,866 | 1,540 | 1,562 | 1,616 |
| PV-9 of Hedges | 547 | 509 | 423 | 919 | 851 | 700 |
| **Estimated Bank PV-9** | **$3,348** | **$3,329** | **$3,290** | **$2,460** | **$2,413** | **$2,317** |
| **Reserve Coverage with Non-Producing Risked at 50%** | **3.94x** | **3.92x** | **3.87x** | **2.89x** | **2.84x** | **2.73x** |

**Bank Price Deck**

| | Base Case | | Sensitivity Case | |
|---|---|---|---|---|
| | Natural Gas | Crude Oil | Natural Gas | Crude Oil |
| **2011** | $3.75 | $67.50 | $3.00 | $54.00 |
| **2012** | $4.25 | $67.50 | $3.40 | $54.00 |
| **2013** | $4.50 | $67.50 | $3.60 | $54.00 |
| **2014** | $4.75 | $70.00 | $3.80 | $56.00 |
| **2015** | $5.00 | $70.00 | $4.00 | $56.00 |
| **2016** | $5.25 | $70.00 | $4.20 | $56.00 |
| **2017 +** | $5.75 | $70.00 | $4.60 | $56.00 |

SandRidge

# Modeling and Guidance



Kevin R. White,
SVP – Business Development
and Investor Relations

SandRidge
energy to go further

# 2011 Operational Guidance

| | |
|---|---|
| **Production** | |
| Oil (MMBo) [(a)] | 12.3 |
| Natural Gas (Bcf) | 66.5 |
| Total (MMBoe) | 23.3 |
| **Differentials** | |
| Oil [(a)] | $11.00 |
| Natural Gas | 0.75 |
| **Costs per Boe** | |
| Lifting | $11.80 - $13.10 |
| Production Taxes | 2.05 - 2.30 |
| DD&A - oil & gas | 12.80 - 14.20 |
| DD&A - other | 2.40 - 2.65 |
| Total DD&A | $15.20 - $16.85 |
| G&A - cash | 4.25 - 4.75 |
| G&A - stock | 1.55 - 1.75 |
| Total G&A | $5.80 - $6.50 |
| Interest Expense | $10.20 - $11.30 |
| Corporate Tax Rate | 0% |
| Deferral Rate | 0% |
| **Shares Outstanding at End of Period (in millions)** | |
| Common Stock | 415.6 |
| Preferred Stock (as converted) | 90.1 |
| Fully Diluted | 505.7 |
| **Capital Expenditures ($ in millions)** | |
| Exploration and Production | $1,065 |
| Land and Seismic | 105 |
| Total Exploration and Production | $1,170 |
| Oil Field Services | 25 |
| Midstream and Other | 105 |
| Total Capital Expenditures | $1,300 |

(a) Includes NGLs

SandRidge

# 2011 SandRidge Model Estimates – Production Revenue

| *($ in millions, except per unit amounts)* | **Gas** | **Oil** [(a)] | **Total** |
|---|---|---|---|
| Production (Bcf, MMBbls, MMBoe) | 66.5 | 12.3 | 23.3 |
| Price Assumptions: | | | |
| NYMEX | $4.17 | $92.43 | |
| Differential | $0.75 | $11.00 | |
| Projected Price (excl. effect of hedges) | $3.42 | $81.43 | |
| Wellhead Revenue | $227 | $998 | $1,225 |
| Impact of Hedges [(b)] | ($4) | ($67) | ($71) |
| **Production Revenue (incl. effect of hedges)** | **$224** | **$931** | **$1,155** |

(a) Includes NGLs
(b) Includes ($13.1) MM fair value adjustment from crude hedges acquired from Arena



SandRidge

# 2011 SandRidge Model Estimates - EBITDA

| *($ in millions, except per unit amounts)* | |
|---|---|
| E&P EBITDA: | |
| Production Revenue | $1,155 |
| Lifting, Tax, and G&A Costs [(a)] | 485 |
| E&P EBITDA | $670 |
| Oilfield Services and Other EBITDA | $38 |
| Midstream EBITDA | 0 |
| Non-Cash Stock Compensation | 38 |
| **SD Model EBITDA** | **$746** |

(a) Assuming midpoint of guidance table for lifting, production tax, and total company G&A expenses

SandRidge

# 2011 Estimated Sources and Uses

| *($ in millions)* | |
|---|---|
| **EBITDA** | $746 |
| Less: Cash taxes | $1 |
| Less: Net interest expense [(a)] | 242 |
| Add: Other activity | 9 |
| **Discretionary Cash Flow** | $512 |
| Add: Changes in working capital | 13 |
| **Cash Flow from Operations** | $525 |
| Less: E&P capital budget (incl L&S) | 1,170 |
| Less: Other capital budget | 130 |
| Less: Preferred Distributions | 55 |
| **Excess (shortfall)** | ($830) |

[(a)] Interest expense is shown net of non-cash amortization of fees

# Capital Expenditures

| ($ in millions) | 2009A | 2010A | 2011E |
| --- | --- | --- | --- |
| E&P | $449 | $924 | $1,065 |
| Land & Seismic | 28 | 103 | 105 |
| Oilfield Services | 4 | 32 | 25 |
| Midstream & Other | 164 | 71 | 105 |
| **TOTAL** | **$645** | **$1,130** | **$1,300** |

**2011E E&P Capital Expenditure Detail**
*($ in millions)*

| | Well Count | | Total |
| --- | --- | --- | --- |
| | Gross | Net | Capex |
| Mid-Continent | 138 | 102 | $248 |
| Mid-Continent - SWD | 24 | 24 | 45 |
| Permian | 811 | 786 | 582 |
| All Other Areas | 1 | 1 | 28 |
| Sub-total | 974 | 913 | $903 |
| Workovers, Non-Op, 2010 Carryover | | | 125 |
| Capitalized G&A | | | 37 |
| **E&P Capital Expenditures** | | | **$1,065** |

SandRidge

# 2011 Projections at Varying NYMEX Prices

Production: 23.3 MMBoe

| **NYMEX Natural Gas**<br>**NYMEX Crude Oil** | **$3.00**<br>**$70.00** | **$4.00**<br>**$80.00** | **$5.00**<br>**$90.00** | **$6.00**<br>**$100.00** | **$7.00**<br>**$110.00** |
|---|---|---|---|---|---|
| E&P Revenue | $891.0 | $1,070.0 | $1,249.0 | $1,427.9 | $1,606.9 |
| Realized Hedge Revenue | 160.0 | 33.9 | (92.2) | (218.4) | (344.5) |
| Total Revenue | $1,189.7 | $1,242.6 | $1,295.4 | $1,348.2 | $1,401.1 |
| Total Expense | $945.3 | $952.7 | $960.2 | $975.3 | $990.4 |
| Operating Income | $244.5 | $289.9 | $335.2 | $373.0 | $410.7 |
| Net Income | ($65.3) | ($18.7) | $27.9 | $66.6 | $105.3 |
| **EBITDA** | **$656.3** | **$701.7** | **$747.1** | **$784.8** | **$822.5** |

Note: $1.00 increase in Crude Oil price creates additional EBITDA of $3.1MM; $0.10 increase in Natural Gas price creates additional EBITDA of $13MM

# Net Asset Value – 2010 Year End

| *(in millions)* | **2010A** |
|---|---|
| PV-10 | $6,187 |
| Resources | $14,998 |
| Projected Asset Value [a] | $21,185 |
| Less: Debt | $2,909 |
| **Net Asset Value** | **$18,276** |
| Fully-Diluted Shares Outstanding | 497.0 |
| **Net Asset Value per Share** | **$36.78** |

[a] February 7, 2011 NYMEX strip with hedging adjustments



SandRidge

# Upcoming Events

## Conference Participation:

SandRidge Energy, Inc. will participate in the following upcoming events:

- March 01, 2011 – SandRidge Energy, Inc. 4th Annual Investor/Analyst Meeting; New York, NY
- March 04, 2011 – Simmons & Company International 11th Annual Energy Conference; Las Vegas, NV
- March 07, 2011 – Raymond James & Assoc. 32nd Annual Institutional Investors Conference; Orlando, FL
- March 25, 2011 – Barclays Capital 2011 High Yield Bond and Syndicated Loan Conference; Orlando, FL
- March 29, 2011 – Howard Weil 39th Annual Energy Conference; New Orleans, LA
- April 06, 2011 – UBS 2011 Energy Mini-Conference; New York, NY
- April 12, 2011 – IPAA 2011 OGIS; New York, NY

## First Quarter 2011 Earnings Release and Conference Call:

- May 5, 2011 (Thursday) – Earnings press release and filing of 10-Q after market close
- May 6, 2011 (Friday) – Earnings conference call at 9:00 am EST

Note: Participation dates are subject to change

SandRidge

# Questions?



SandRidge
energy to go further



Contact:

Kevin R. White

SVP – Business Development and IR

123 Robert S. Kerr Avenue

Oklahoma City, OK 73102

405-429-5515

kwhite@SandRidgeEnergy.com

www.SandRidgeEnergy.com

SandRidge

energy to go further