# Exhibit 25

Exhibit 25

## MANAGEMENT DISCUSSION SECTION

**Analyst, Barclays Capital**

Okay, why don't we get started? Our next presentation is SandRidge and from SandRidge we have James Bennett, Chief Financial Officer.

**James D. Bennett, Executive Vice President and Chief Financial Officer**

Thank you. Good morning. Some of you know SandRidge. For a recap, those of you who don't, E&P company about $5.5 billion market cap and $8.5 million enterprise value. Operations focused in Mid-Continent and in the Permian Basin for our two primary oil plays and some gas assets, East Texas, Gulf Coast, and in West Texas Overthrust. Year-end reserves 546 million barrel equivalent, PV-10 of 4.5 billion at SEC pricing and on an oil basis, we are 88% value in terms of PV-10. Capital structure, we'll go through in detail, but here is our bonds with about 2.7 billion – 2.8 billion of bonds outstanding.

In terms of credit highlights and how we think about the business from a credit standpoint, we are an oil-focused company, 100% of our drilling this year will be on oil and we think with gas to oil ratio of about 25 to 1 we don't see that changing anytime soon and we will go through the structural shift that the company made from being a gas company to an oil company. Started that a couple of years ago. But we are 100% oil directed drilling, 80% of our revenues this year will come from oil.

We have two large oil assets that we will talk about, the Permian Basin and the Mid-Continent. We think that's large inventory of decades of low-risk drilling, and these are all in areas you will hear us talk about that are shallow, low cost, proven areas with decades of vertical production history.

Cost is something we focus on quite a bit. These wells are carbonate reservoirs. They're shallow, they are low pressure, doesn't take a lot of high horsepower equipment to drill them or frac them. So, we like to have areas where they are big, where we have scale, which will be the Permian Basin and Mid-Continent where we can control our own costs.

In terms of capital funding, we believe we have a clear path to funding our 2011 CapEx plan. We have a shortfall between our EBITDA which at guidance is roughly $750 million and a $1.3 billion capital plan, and we'll walk you through how we've already addressed how we are going to fund that shortfall, and we are already looking to address any 2012 financial fall.

We do hedge. We hedge maybe more than some of the industry. We are 80% hedged for guidance production for '11; we are continuing to add hedges. And since our last presentation, we've added $2.5 million of – 2.5 million barrels of hedges [ph] in Cal 13 at over $100 a barrel. So very happy to hedge at this price and think it's a very prudent risk management tool.

And we do have – we'll talk about our gas properties a little bit, we do believe we have a very inexpensive or almost free call on gas when that market should return. We are not spending any money drilling, most of our acreage is HBP, and so while we are not drilling gas wells now, we have a call option should that market come back.

In terms of the shift from gas to oil, so back in 2008 the company looked up and said, look, we think there is a structural change going on between gas and oil, a lot of people have been talking about this, but SandRidge really did something about it a couple of years ago. At the fourth quarter 2008, production was about 325 million a day, 90% gas. And what the company did in 2008 is, okay, let's hedge forward our gas for two years at 8.50, so that was in mid '08. Let's make a switch to oil and

FACTSET:callstreet corrected transcript



so in 2009 identified and went after – Crusader Energy was a stalking horse bid there and that didn't close.

But then in late 2009 closed the Forest acquisition and then in mid 2010 closed Arena. So started acquiring conventional oil properties back a year and half ago when it was – when you could do that. You could buy properties for PDP, which you really can't now. So now we're at a period where the oil to gas ratio is at 25-ish to 1. We don't see that changing anytime soon and so we're in a period now where we are executing our shift to oil.

In terms of our strategy, you'll hear us hit on it, shallow, low-cost, conventional carbonates. We're in places in the country where oil has been producing for decades. Here is where we established our position in the Central Basin Platform. We had a small position with the NEG acquisition and then acquired, again, Forest in 2009 and then Arena. We've got about 210,000 acres in the Permian Basin, but really focused on the Central Basin Platform where we have 16 rigs running.

The Mississippian play is an organic play that we developed, starting building our position there in 2010. We've got about 880,000 acres in the Miss right now, at an average cost of $100 to $200 an acre. And we've said that when we – when we're said and done leasing there we'll be between 900,000 to 1 million acres and our rig count right now is 11, but it will be 12 for – roughly 12 for the balance of the year.

Talking about the Permian Basin, two-thirds of our capital this year will be on the Permian Basin. We'll drill 800 wells there. These are shallow wells that take four days to drill. And why we like the Basin? It's been producing oil for over 80 years. It's one of the third – the third most prolific oil-producing basin in the United States.

And on the platform where we are producing, which I'll – let me go to the next page. Here is the platform right here and that platform has produced 13 billion barrels of oil, 6 billion from the Clear Fork and San Andres right here. So that is what we are targeting from 4,500 to about 7,500 feet. This is a stacked reservoir. It's shallow and to the West and East, you have the Delaware and the Midland Basin. So, it gets deeper on structure. And you have the Bone Springs and the Wolfberry, which you will hear something about, good reservoirs, but still just deeper and higher pressure and tighter. So, we're focused right here on the platform.

And other players on the platform you'll see, we are the most active driller there, but others, Apache, Devon, OXY, Whiting all very active here. We have 16 rigs running in the platform, 14 of those are SandRidge-owned rigs. And so in terms of the platform, here it is right here, we started with the Brooklaw and Goldsmith Fields from the NEG acquisition. That was our base in 2007, and in doing research on the play really said, look, we like this, this is – it's just what we want to do, it's shallow, it's a carbonate, there is known production history there.

We bought the Forest assets, Tex-Mex, Fullerton and Robertson in 2009. And soon thereafter, Fuhrman-Mascho was Arena. So, we've established this position here in the Basin with 185,000 acres on the platform, 210,000 and we think we've got about 10 years of drilling inventory here. So, again shallow, low cost, low horsepower rigs.

In terms of the economics, at the current strip, we are about 90% return. So, again this play will get two-thirds of our capital, we'll drill 800 wells this year, wells take four days to drill. We're down spacing it to five acres. There is thousands of wells here that have been producing for over 80 years. So, it's an area of known production. We know the rock, we know it's there and it's a matter of us executing this plan. So, we think this is a great base, low risk part of our plan and these aren't exciting wells as you might think about it. We ask – they'll come on at 65 barrels a day for a 30 day IP and produce 83,000 barrels over the life. So not exciting by some standards, but still a very repeatable and low risk play.

FACTSET: callstreet
corrected transcript



And what – in wrapping up just the Central Basin Platform, what we think makes it really a great play is these characteristics, scale, knowledge of the reservoir and ability to control cost. So we've got a sizable position there. Again, 185,000 acres may not sound a lot, but on 5 acre spacing you've got almost 8,000 locations to drill. We know the reservoir, we know it's there, there is 80 years of production history, it's a carbonate, it's stacked pays. So we know the reserves are there and with 5 acre spacing, we haven't seen any interference, so very comfortable down spacing, and our ability to control cost, again, shallow, low pressure, low-pressure requirements. We're not competing with some of the harder plays for equipment. This is a part of the country where there is existing infrastructure being one of the kind of birthplaces of oil.

Switching to the Mississippian, Northwest Oklahoma and Southern Kansas. This is kind of an emerging play that we hope to develop. Again, it's shallow, it's a carbonate, it's – we're targeting about 300 foot to 500-foot section of the Mississippian. We target specifically the top 50 feet and we are drilling horizontally here. So we'll go down vertically to about 6,000 feet, 4,000-foot lateral, about an 8-stage frac, about 2.5 – $2.7 million to drill and complete. And right now, we have – we've drilled over 50 wells in the Miss.

In terms of the aerial extent, this you've got north-south 100 miles, about 160 east-west, so a very large area. Here is the Kansas-Oklahoma border here. What we started doing is in 2007 drilled a vertical well here and saw the Miss again and said, look, this is an interesting area, let's really study it. So in this entire area, there is 17,000 vertical wells, with decades of production history. In the area we're focused on right here, there is 7,500 and then we further focus down here and we looked at about 1,200 vertical wells, okay, where do we want to be and started building a land position here. In 2010, drilled our first horizontal well and since then have built the position of 880,000 acres.

And in terms of the other operators, this is a new slide we put together, industry data in terms of who is in this play right now. So, here we are, Chesapeake is right next to us, you've got Range Resources here, Eagle which is a private company, but it's publicly known that it's for sale right now and there's a data room going on, and then a few other private operators here. So from the Northwest to the Southeast of the play, over 100 miles you can see the EUR data there, very similar results. We think it's a statistical play, there has been 140 horizontal wells drilled over the basin. And while we think the results will vary, we've got Netherland, Sewell type curve of 409,000 barrel equivalent. Most of our focus today has been in Woods and Alfalfa and Grant County, with Range down here and again Eagle. So across this area, we're seeing very similar well results in the kind of 300,000 to 500,000 or 600,000 barrel equivalent.

In terms of well performance, here is our type curve, Netherland, Sewell 409,000 barrel equivalent. For the PUDs, our PDPs are averaging about 470,000 barrels right now, and this well count here is about 45 and we're down about 5 wells here, so you can see we're above our statistical type curve.

In terms of economics, again one-third of our CapEx will go here this year. We'll drill about 140 wells. It takes 21 days to drill, cost $2.5 million to $2.7 million, so at the strip we are over 100% return. So we're excited about this play. Again, we stopped leasing, but again getting to the same page on why we like the play, very good economics and that's driven by several lease factors here, but it's a big play, we got 880,000 acres. We were the first mover in it. We've acquired that acreage at less than $200 an acre.

It's a known reservoir. We've got decades of vertical production. Again, 17,000 wells across the play, 7,500 in the area we are focused on and 1,200 in our original core, over 140 industry wells drilled. And with that production history, we've got a lot of data on the B factor and the decline, so we feel very good about the decline curve we are using here. And I think we feel we're conservative on our B factor. Again, cost $2.5 million – $2.7 million to drill and complete. That does actually

FACTSET: callstreet

corrected transcript



include an allocation for salt-water disposal wells. And one of the things about having size and scale in this play is it allows us to drill salt water disposal wells and dispose of water that way. We think it's much more efficient than hauling water. We can drill that disposal well for a couple of million dollars versus hauling water for $200, $250 a barrel. So the scale allows us to keep our cost down here.

Drilling forecast, so in 2011, we'll drill 950 wells. Again, the Mid-Continent roughly 140 with 12 rigs and Permian Basin over 800 wells, with 16 rigs running. No drilling in our gas areas of East Texas and West Texas and the Gulf of Mexico. And getting to the gas page, speaking that, we do – we still have 8,000 – over 8,000 gas locations. Given where gas and oil is trading right now, the gas assets, all our assets are good, can't compete further returns for capital. So with our $1.3 billion budget, we are allocating very little of that to gas, just a few workovers and recompletions. But with 90% to over 100% returns in oil projects, we think it will be sometime before gas prices will have to recover for us to pick back up these projects. Again, it's all HBP, we will lose about 100,000 acres in West Texas this year, which will expire, which we are not going to renew, we'll find that expiring.

In terms of hedges, we are an active hedger. We hedge maybe, as I said, a little more than most. We think it's a prudent risk management tool and one of the reasons we feel comfortable with that is we can control our costs. So where I think you get in a little trouble hedging is locking in your revenue and you have 20%, 30% cost creep a year and your returns are compressed. Here we – we think we know our costs; we have a lot of – we have some of our own equipment, we are operating in places and with equipment that's not in high demand. We are not seeing material cost inflation, and so we feel comfortable hedging out. Like I said, we are adding – we've added 2.5 million barrels in [ph] Cal 13 at over $100 a barrel, we're 80% hedged this year.

In terms of our funding, guidance EBITDA is roughly $750 million. This is kind of a waterfall in how we get to fund our cash flow shortfall. So interest expense, less before dividend, so we've got operating cash flow of call it $450 million. We've already closed these asset sales here for $265 million of proceeds. New Mexico has been announced. We announced it earlier this month, which we'll close in April of $200 million.

We are under registration statement with the SEC for SDT, our royalty trust, which we filed a registration Amendment No. 3 on Tuesday. That should happen in this quarter – sorry, in the next quarter and leaves a small funding gap, $130 million to fully fund our drilling plan this year. And so we will look to fill that gap with non-debt sources, further monetization of our Mississippian acreage. We have said publicly, we want to try another royalty trust or acreage sale. So we feel very comfortable about funding this gap, fully funding our 2011 drilling program and are already looking to fund a similar shortfall in '12.

Capitalization, as you might know, we did a bond offering earlier this month, $950 million, 7.5 notes, 10-year notes that we tendered for are $650 million. And so with that we've got $2.7 – I'm sorry, $2.8 billion of bonds outstanding right now and about $130 million drawn on our credit facility. LTM EBITDA for covenant purposes $775 million and just on a pro forma basis $735 million. So 4 times debt to EBITDA and I'll go through some of these ratios in a little more detail on the next page.

So in terms of our reserves, 546 million barrel equivalent production. At guidance this year, we're at about 64,000 a day. Right now we're at 63,000 a day equivalent, but that doesn't take into account the New Mexico sale, which will close in April and about 1,500 barrels a day will roll off of that.

Finding costs is something that – I think we are proud of the job we did last year. With the transition to oil, we've got a $9 finding cost and that does not include the positive pricing revisions we had. So you can look at finding costs in many different ways and I encourage you to – and I think for 2010 we stack up very well on all those measures.

FACTSET: callstreet

corrected transcript



EBITDA, $735 million, that's pro forma 2010. And while we recognize we're a bit levered on a cash flow basis and we realize that, we think that on an asset basis, we're a little more in line. In terms of reserves to EBITDA and proved developed reserves to EBITDA, $5.30 per barrel and a little over $13 per barrel. So, it's the size and scale of our asset base that gives us a little more comfort around our level of leverage. But we said publicly we recognize that being 4 times levered single B E&P company, we do need to reduce our cash flow leverage a bit. I think we'll do that by growing into our debt load as opposed to absolute reduction of debt.

Our credit facility matures in '14. We've got a redetermination coming up in April, feel very good about the redetermination. Our availability right now is – our borrowing base is $790 million. And in terms of redetermination, just to give you a few data points, our PV-9 of our PDP only at a bank price deck is $1.5 billion. The PV-9 of our hedges at a bank price deck is $600 million. So, we have $2.1 billion of PV-9 reserve value for a bank borrowing base of $790 million. So I don't think this will be an issue in our redetermination coming up in April. We did relax our covenants a bit this year, as we make this transition from gas to oil, so you can look in our disclosure, but we've got a covenant relief period in 2011 and 27 banks in the bank group.

In terms of our note maturities, this is – you see the $900 million notes we did in early March, refi-ing to 2015. So average maturity is 7.5 years. We did upsize that from $700 million to $900 million given the favorable execution we got in the market. So, we're really happy with that deal and able to push out our maturities. And so we've got a bank facility coming due here, and then these bonds. Other than that, not much in terms of maturities coming up in the near term.

A lot of people have asked about the royalty trust we are doing, and while we are under registration can't speak specifically to SDT. Just in terms of our royalty trust in general because it's a bit of a, I don't want to call it a new structure, but this is a new wave of royalty trust that has come around. We like this from an asset monetization standpoint. We are able to develop our PUDs using a public cost of capital on a retail vehicle and it differs from an MLP. An MLP or an [ph] MLEP LLC will continue really into perpetuity. I mean, this trust has a finite life. So we have a set of assets, 42,600 acres and set of reserves we put to it, it's roughly a third proved developed producing, rest is PUDs. So we are able to monetize our PUDs, get that money upfront and use that to further prove out the Miss. So we think it's a very effective way to monetize acreage. It's higher PV; even NPV than keeping the assets on your own and it's a very compelling valuation.

We do continue to operate; we continue to have the upside. We have exposure to PUDs of 75% still because we own half the units. So we like the structure and you might see us use it more in the future.

That was it for the presentation, and I have time to take a few questions if there are any. Yes, [ph] Gary?

FACTSET:callstreet



## QUESTION AND ANSWER SECTION

**<Q>:** What's your longer-term strategy with regard to the gas assets, Pinon, Gulf Coast? I mean, what you guys are thinking? Would you [ph] hit a bid if a bid is available, would you hold it for optionality?

**<A – James D. Bennett>:** Sure. So the question was, what are we going to do with our gas assets longer term, would we sell them? I think we're forced in this market; we are not forced to sell them, which we're very happy with. We don't want to be selling gas assets in a $4 gas environment and we've been disciplined on our capital not to have to do that. So everything is always for sale, but I think you'll see us hold those. They are HBP. We don't have to spend a lot of money to keep them. We'll hold those until the gas market returns and we'll either execute them and drill them ourselves or look to sell them and monetize to further fund our oil explorations. So I don't think we – Gary we have a set plan right now, but we're not looking to get rid of those right now. Any other questions?

**<Q>:** Just another question, on the floaters, when do you start thinking about that in terms of refinancing?

**<A – James D. Bennett>:** Good question. They are at about 6.75%, so a good cost of debt for us. They are callable in a week actually, but no rush to do anything with those. We've got nothing drawn under our credit facility. They're callable at 101 in April and then they are callable in par a year from now. So I think between then and now, you'll see us address those and it also – it's going to get back to how lumpy our capital raise is. We've got New Mexico closing, we've got royalty trust. We'll look to do another monetization of the Mississippian. So should we be in a position where we are undrawn on our revolver and sitting on cash, we might look to do something with those.

Any other questions?

**James D. Bennett, Executive Vice President and Chief Financial Officer**

Thank you.

**Disclaimer**
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2011. CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*



corrected transcript