# Exhibit 27

Exhibit 27

FACTSET:callstreet corrected transcript

| SandRidge Energy, Inc. | SD | Independent Petroleum Association of America (IPAA) Oil & Gas Investment Symposium | Apr. 12, 2011 |
|---|---|---|---|
| *Company▲* | *Ticker▲* | *Event Type▲* | *Date▲* |

## MANAGEMENT DISCUSSION SECTION

**Unverified Participant**

Okay. I think we're going to get started with the next presentation if everyone can take a seat. Okay, next, I'm going to welcome Tom Ward, CEO and Chairman of SandRidge Energy to the podium.

**Tom L. Ward, Chairman and Chief Executive Officer**

Thank you [ph] all (0:22). I'll start by giving just a quick overview of the company. SandRidge, as you might know, has changed in the last couple of years. Now, a company that is 80% oil versus at the end of 2008, a company that was 80% natural gas. So starting in 2006, had a public offering in 2007 on the back of a gas field in West Texas. We made some changes in 2008. I'll discuss that more in just a second. And now, a company with just over $9 billion of enterprise value and reserves 546 million barrels equivalent.

Working in two areas in the Mid-Continent, in Oklahoma and Kansas for the Mississippian horizontal project and then in the Permian Basin, in the Central Basin Platform of the Permian Basin on 3 million acres total that we have 185,000 acres in. We have about 10 years' worth of drilling just in the two oil projects that we have and then tremendous upside left in our gas assets, one of the key things of the company as we haven't had to sell gas in a down gas environment.

As you see, we did make some changes. In late 2008, as I mentioned, the company was 80% natural gas and we had made a decision to hedge our gas for two years. So we hedged basically 100% of our natural gas production at just over $8 – around $8.50 an Mcf for 2009 and 2010. And we moved forward then with a strategy to change the company into an oil company. So as we looked forward and saw the amount of drilling that was going on, the tighter reservoirs, the amount of capital that had moved into the country, we made a decision to move to product that was harder to find in the U.S. which is oil and then also to one that we felt like over time would add more value than natural gas. And looking back on that now, that was a good time to make that decision. As we did do that, we hedged first in 2008, as I mentioned, then we started looking for where we could acquire oil. So if you look back or think back in time, in 2009, it was really the first time since 1998 that there was not a large competition for buying reserves.

So we had really the whole U.S. to look at for oil production and decided we'd focus on the Permian Basin for acquisition strategy and not only – why do we pick the Permian Basin was because it is the largest source of oil in the U.S. onshore. So if you look at behind the Gulf of Mexico and Prudhoe Bay, so the Permian Basin has produced 29 billion barrels of oil and inside the Permian Basin. So if you think of that, that is more oil than Canada, the U.K., Norway, the – so the amount of oil that's been produced there is tremendous. But inside of that area, the Permian Basin, we decided to focus even on a – the best area, the Permian Basin which is a Central Basin Platform. The reason that that is so is that the Central Basin Platform has only three million acres in size, but has produced 12 billion barrels of oil since 1910.

So the best source rocks in the U.S. are sitting in the Central Basin Platform at very shallow depths. So at 5,000 to 7,000 feet, there is an enormous amount of oil left to be found. So we did – we focused there, we bought $2 billion worth of assets in 2009 and 2010 and now the rest of the story is, is that as we changed our company, oil prices have moved from the time that we went to the Board and talked about this transaction or transformation of the company, oil prices have moved up

to over $100 a barrel from $39.96 and gas was $4.28 at the time we went to our Board meeting and today is still around that same price.

So what was the right move for the company and what did we focus on? We focused our oil strategy on shallow low-cost conventional assets. So one thing that you will hear about us and as I continue to talk about SandRidge is we focus on cost. The continual theme is that our service costs have not moved up since mid-2009 and how can that be is that we drill wells that require low horsepower rigs and low horsepower fracture treatment, and really no major service companies do we have to employ. And the reason that is, is because the whole backbone of the U.S. was founded on drilling 7,000 and 8,000 foot vertical wells that very few companies drill anymore. So as we continued to drill these vertical wells in the Permian Basin, our costs continued to be flat, in fact, our costs have not risen since mid-2009 at the depths of the recession. And that is the same way in our Mississippian play.

So we will be the one company to really focus on costs. We like conventional reservoirs; we like carbonates. And in both plays, the Mississippi and then Oklahoma and Kansas and in the Central Basin Platform are all carbonate reservoirs. So, a traditional reservoir that has a tremendous amount of history. And that is the last leg to the stool: We want to have history. We want to be able to see a well that's been producing for multiple decades and determine what our outcome will be once we drill a well.

We are one of the leaders in dedicated oil drilling. So there are four companies that basically have 100% of their CapEx devoted to drilling oil wells that are in the top 20 drillers. And we are one of those four. We're the most active, or the third most active in just number of wells being drilled for oil. So in both categories, we continue – you can see how we're maximizing the strategy to recover oil.

Here's just a side that talks about the low-cost nature of our business. You see a graph in line in red and green. Those are the types of rigs we use. And basically if you look in the Permian Basin and you use a 750-horsepower rig or less, it's about 50% utilized. In Oklahoma, we use nothing more than a 1,000-horsepower rig. So there is adequate equipment. In fact, we plan on doubling the rig count in our Oklahoma properties. And I'll discuss that in just a second.

In the Permian Basin – I've already mentioned this – it's a shallow carbonate oil. And as I went through, the reason we like this play is that we can drill very inexpensive wells that only are required to produce about 67 barrels of oil a day in order to meet a type curve that gives you close to 100% rate of return. That's not because our wells are producing the most oil, it's because we're spending the least amount of money to produce that oil.

Here's just a graphic to show that on each side of the Central Basin Platform, the small area that's been producing for decades are two different basins, the Midland Basin to the east, the Delaware Basin to the west. The Midland Basin is the Wolfberry play, and the Delaware Basin is the Bone Spring. We chose to sell out both of those two assets that we had in the Wolfberry and the Bone Spring to concentrate all of our drilling on the Central Basin Platform.

We have 16 rigs that are working on the Central Basin Platform. Those rigs will be able to drill 815 wells this year. So we are by far the most active operator on the platform. In fact, we have our 16 rigs running. The next largest peer has three rigs running.

Here's just the map showing the acquisition strategy we had. We already had the legacy Goldsmith Adobe Unit at the south end of the field. And then we added through the Forest acquisition, the Tex-Mex and Robertson and Fullerton acreage, and then lastly the Fuhrman-Mascho acquisition through Arena. So all of that fit together.

And here's just the slide showing the potential locations. So we basically have 10 years' worth of drilling. The 75,000 barrels of crude that we find with 47 million cubic feet of gas, and spending $760,000 per well. So, again, the key here is that you can make high rates of return and – only spending 760,000 barrels per well, but you have to do it a lot of times to make a difference. That's why we continue to frac basically two wells per day throughout the year.

Here's just a slide that we talk about to explain the Permian asset value growth during the last year. So this is year-end 2009 to year-end 2010. We spent basically $1.8 billion, including cash flow and our sale of acquisitions and developed a PV-10, where our net investment was – again, $1.8 billion. Our PV-10 value growth was $3.2 billion. So we had a growth of investment in one year of $1.3 billion on that $1.8 billion acquisition amount that we spent throughout the year 2009 and into 2010. So reserve growth of 162 million barrels in the Permian Basin.

What makes the Central Basin Platform a fantastic place to drill wells? It's really scale. We were able to put together at a very rare time, an asset base that would be impossible to put together today. Rates of return, again, close to 97%, not because we're finding a tremendous amount of oil per well, but because we're spending very little per well, and that our service costs don't continue to move up.

Reservoir knowledge in this play and the Mississippian, but especially in the Central Basin Platform, we have a reservoir that's been producing for nearly a century. And so we know when we drill a well, what that ultimate reservoir will decline, what rate of decline the reservoir will have. It's also in a carbonate, and so we know that we can treat that with low-pressure, low-cost rigs, and that is the ability to control costs. So 4,000 to 8,000 feet vertical wells, doing it time after time after time. That is the story of the Central Basin Platform.

As we move next to the second area of the two areas that we focus on now in the Mid-Continent Horizontal Mississippian play. At the same time we made a choice to move forward and buy oil in the Permian Basin, we decided also to move forward and start buying leases in the Mid-Continent. So this is a reservoir that's been producing for 30 years to 40 years. We know what the type curve is for production; there's been thousands of wells that have been drilled. In fact, we looked at over 7,500 wells that have been drilled in that three to four decades to determine what type of a decline that this Mississippian formation will have. It's shallow, less than 6,000 feet, the same less horsepower and low horsepower fracture treatment as in the Permian Basin. So our costs are continuing to stay flat. And we use horizontal drilling here to more efficiently drill these wells versus – because we're only drilling one formation in comparison to the Central Basin Platform, where we drill through multiple formations vertically and produce those together. So the reason we drill horizontally here, it's a carbonate. It's statistically the same across the very large area, has oil in place, and we can continue to keep our cost control there.

We currently have 880,000 net acres, and we have 12 rigs that are operating in the field. Here's a map that just shows the acreage position in yellow that we have. We've focused on the western portion of the play, and inside of the buy area or the potential area in purple, that's 6.5 million acres.

So as I told you about the Central Basin Platform being 3 million acres, this is twice the size of the Central Basin Platform. There have been 7,500 wells drilled vertically inside the play. And we are – the red is SandRidge-operated wells. We've already operated 52, the industry has drilled another 88 wells. So those are all horizontal wells inside of the play. And the green are the vertical wells that have been drilled. So on the map, 17,000 wells. Inside of the dashed area 7,500 vertical wells.

The reason we like the western side is just statistically from a vertical well that is the better side to produce from vertical wells. We assume it will be also statistically from the horizontal wells. You can

see it from Comanche County over 200 Mboe to Grant County, 177 Mboe per well. Their value of those two counties are about the same as you produce a little bit more gas as you go to the west.

The statistical nature of the play – and this, again, is 100 miles north-south by 160 miles east-west. You can see all the way from Pawnee County with wells starting out in first 30 days production, 657 barrels a day out to western Woods County at 700 barrels a day, and many wells in between are like that. So those are the better wells that have been drilled.

The average in the play is closer to 300 barrels per day, first 30-day IP. So like Tom before me at Cimarex, I like to talk about 30-day IPs instead of one-day IPs or one-minute IPs. And these – so everything that we talked about tend to be giving ourselves the benefit of knowing what the production is over a longer period of time. The key to the slide is to show that statistically over this very large area, the same types of wells are being drilled, whether they're SandRidge or others.

We do have over 3,400 potential locations. I've made the statement that we have currently – we'll end buying here at about 1 million acres of land, and we currently are under $1.3 billion CapEx program that we have, spending about $300 million per year in the Mississippian. We'll only be able to capture about half of that. So we're looking for ways to be able to fund drilling – increasing our drilling by double, say, 20 to 25 rigs next year, up from 12 rigs currently.

I know of three ways that we can do that, is that, that we can either sell more royalty trusts, like the SandRidge trust that we just did. That can only be done in fairly small increments of land. We can do a joint venture, and we'll look into possibilities of that. Or we can raise the CapEx ourself. But in one of those three ways, or in all three of those ways, we're going to look to capture as much of this acreage as we can. Because of the rates of return, the 152% rate of return on the wells that we're currently drilling we believe is best in class in the U.S.

Again, the type curve is on a 244 barrel a day equivalent, first 30-day production and a 1.5 B factor, you can see in green is what's actually happening, the wells are coming in closer to 300 barrels a day. They're declining closer to what the vertical wells did, which was a 2.5 B factor. So it appears we're on course to make more than the 409,000 barrels projected. In fact, our first wells on the PDP side have been 470. We're thinking more that this could be closer to 500,000 barrels per well, even though all of our rates of return are projected on the 409 Mboe.

Here are just the other operators in the play. You see Chesapeake to the west, Eagle Energy, a Riverstone-backed company, to the south in Alfalfa and Woods. We're across Grant, Alfalfa, Woods, and then you have Range in Kay, and Pablo is a private company over in Pawnee with Calyx and Plymouth, I believe Kayne Anderson backed companies in across Payne and Noble counties. So there is a number of different operators that are drilling in the area. I think you will see a number of different sales in the coming year with Eagle being the most active today in a sales process.

We also are comparing our EURs with others; they're basically in line with Chesapeake, Eagle, Range, Ross Smith, an independent reservoir engineer out of the Calgary and our own internal or – excuse me, our own outside engineering report through Netherland, Sewell.

What makes the horizontal Mississippian a great play is basically the same, as I mentioned earlier, you have scale, reservoir knowledge and the ability to control costs. So why do we like the Permian Basin? Why do we like the Mississippian? You start with cost. So we don't have price pressure increase from the service side. We have low-pressure fracking. We use fresh water here. We have 7,500 horsepower fracs. So there is the ability to increase the rig count here without increasing costs.

FACTSET:callstreet

corrected transcript



The reservoir knowledge is very well known, because of all the vertical wells that have been drilled and the amount of control that we have across the play. There have been, as I mentioned, 7,500 wells that are drilled in the play, 52% crude oil. So that again, meets the criteria. It does produce crude oil, it's not liquids production with gas, it's – we sell our crude to Cushing. And then just the scale with the best rates of return in the U.S. at 150%.

Here are the operating areas. Again, 12 rigs in the Mid-Continent, 16 rigs in the Permian, and those are the two oil plays we have. We do have upside in gas, and I'll talk more about that. We have hedging. As long as you have the ability to make 100% rates of return and you don't see any pressure in service cost, we think it is – we believe the proper thing to do is to hedge that in. So we have moved out through 2013. We've hedged over 25 million barrels. Today, we're happy to hedge more, and we're happy to hedge further out. And so as long as we can control our costs and know that we're going to be able to effectively lock in 100% rates of return, we'll continue to do that.

We do have a lot of gas. We've been fortunate not to have to sell our gas in a down market. That doesn't mean that we'll move forward and drill gas in the future. I think that we have optionality on our gas assets, remembering that we were 80% gas in 2008 and haven't had to sell that. We have over 8,000 locations left that are held by production on the gas side of our business.

Our conclusion is that we've completed our transition to oil. We have defined our strategy of developing shallow, low-cost, conventional, low-risk carbonate reservoirs. So that's our goal as a company. We're executing on two different plays, the Mississippian in Oklahoma and Kansas and in the Permian Basin and the Central Basin Platform and we're expecting overall production growth this year of about 66% in our oil production. So we'll continue exit rate – the exit rate to look at 30% growth and we think we can continue that in the future. And we've addressed the CapEx funding gap for this year and already starting to work on 2012.

And I think there will be a breakout for questions, right? Thank you very much.

**Disclaimer**
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2011. CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*