# Exhibit 28

Exhibit 28

FACTSET:callstreet

corrected transcript

| SandRidge Energy, Inc. | SD | Q1 2011 Earnings Call | May 6, 2011 |
| --- | --- | --- | --- |
| *Company▲* | *Ticker▲* | *Event Type▲* | *Date▲* |

## PARTICIPANTS

### Corporate Participants

**James D. Bennett** – Chief Financial Officer & Executive Vice President
**Tom L. Ward** – Chairman, President & Chief Executive Officer
**Matthew K. Grubb** – Chief Operating Officer

### Other Participants

**Neal Dingmann** – Managing Director, SunTrust Robinson Humphrey
**Scott Hanold** – Vice President, RBC Capital Markets Equity Research
**David M. Heikkinen** – Managing Director, Tudor Pickering Holt & Co. Securities, Inc.
**William B. D. Butler** – Research Analyst, Stephens, Inc.
**David W. Kistler** – Director, Simmons & Co. International
**Amir Arif** – Managing Director, Stifel, Nicolaus & Co., Inc.
**Joseph Stewart** – Research Associate, KeyCorp Investment Banking
**Duane Grubert** – Senior Analyst, Susquehanna Financial Group LLP
**Phil L. Dodge** – Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.
**Dan J. Morrison** – Managing Director & Senior Analyst, Global Hunter Securities LLC
**Noel A. Parks** – Research Analyst, Ladenburg Thalmann Securities

## MANAGEMENT DISCUSSION SECTION

Operator: Good day, ladies and gentlemen, and welcome to the First Quarter 2011 SandRidge Energy, Incorporated Earnings Conference Call. My name is Keyanna and I'll be your operator for today. At this time, all participants are in listen-only mode, and later we will conduct a question-and-answer session. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

And I would now like to turn the conference over to Mr. James Bennett, Chief Financial Officer. Please proceed.

### James D. Bennett, Chief Financial Officer & Executive Vice President

Thank you, Keyanna. Welcome, everyone, and thank you for joining us on our first quarter 2011 earnings call. This is James Bennett, Chief Financial Officer. With us today we have Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Please note on today's call will continue forward-looking statements and assumptions, which are subject to inherent risks and uncertainties. The actual results may differ materially from those projected in these forward-looking statements.

Additionally, we'll make reference to adjusted net income, adjusted EBITDA and other non-GAAP financial measures. A reconciliation of any non-GAAP numbers that we discuss can be found on our earnings release and on our Web site.

Now let me turn the call over to Tom Ward.

FACTSET: callstreet
corrected transcript



**Tom L. Ward, Chairman, President & Chief Executive Officer**

Thank you, James, and welcome to our first quarter financial and operations update. I'll lead with a few opening remarks and turn over to Matt and James.

For the last two years we've had a very simple and focused strategy of acquiring and drilling for shallow convention oil in carbonate reservoirs. We initiated our acquisition of oil by focusing on the Permian Basin because of the tremendous source rocks and production that have been developed over the last 80 years.

The Permian Basin is the largest oil producing basin in the Continental U.S. with over 29 billion barrels of oil produced. After focusing on the Permian, we decided to further focus on the Central Basin Platform as our core area of interest. The CBP has produced over 12 billion barrels of oil from only 3 million acres, defining the best oil-producing area within the best oil-producing basin.

We made two acquisitions with a net investment of $1.8 billion that's now worth over $3.2 billion, showing a growth of investment of nearly $1.4 billion in less than a year. Not only have we made tremendous value growth, we now have nearly 10 years worth of drilling, even though we drill over 800 wells per year and own over 185,000 acres of prime land, plus we did not have to spend capital on expensive non-EBITDA producing acreage.

At the same time as we are acquiring on the Central Basin platform, we targeted another shallow, carbonate oil play in the Mid-Continent. The horizontal Mississippian play is now recognized as one of the premier shallow oil projects in the U.S.

SandRidge started to work this area in 2007 by drilling less than a dozen vertical wells. However, as we developed the idea that there were tremendous amounts of oil in place over a very large area, we stepped out and drilled horizontally nearly 30 miles away and found the same great reservoir.

This gave us confidence to buy one of the industry's leading acreage positions at a very low cost. We now have 12 rigs drilling, and are projecting to double our rig count in 2012.

We have said that we can only hold approximately half of our projected 1 million acres over the next five years if we keep our CapEx flat at its current level. Therefore, we're now reviewing three ways to fund the doubling of our rig count next year.

We can either sell a portion of our acreage or joint venture with another entity, form additional royalty trust or raise CapEx within SandRidge. We've not decided which way or ways that we will fund the drilling, but we are now planning for increased Mississippian rig count in 2012. We currently are spending approximately $300 million per year drilling in the Miss in our $1.3 billion budget.

The Mississippian continues to gain traction as nine operators are now active in the play with 24 total rigs running. SandRidge has drilled 72 horizontal wells to date, and our average 30 day IPs have increased to 270 barrels a day versus the 244 barrel a day equivalent type curve that produces 409,000 barrels equivalent reserves.

It is also important to note that our drilling now spans across an area greater than 100 miles east to west, and industry drilling has proven out the play beyond that distance. Vertical well performance suggests the western portion of the play to be statistically better, but we don't have enough horizontal well information to verify at this time

FACTSET:callstreet

corrected transcript



This is important as most of our acreage is in Grant County, Oklahoma and West. We also believe reservoir thickness is good, and we have kept our acreage acquisition in the region of the play with anticipated gross thickness of 200 to 800 feet of Mississippian reservoir.

Both of these areas we drill in have tremendous rates of return because we drill for oil, and because the costs are low due to the shallow reservoir depths. We continue to see very little pressure on overall costs in these plays due to the current availability of equipment in both drilling and stimulation services. We believe this is one of the distinguishing factors of our company.

Even though we do not see the potential for material increases in costs today, we believe there will be competition for drilling services in the next year as we anticipate a continued ramp-up of industry activity in the Mississippian play due to robust economics and strong oil prices. Therefore, we are moving ahead aggressively to lock in rigs for our 24 rig program next year. Perhaps even more important than any slight increases in cost is that we want the assurance that we can accelerate drilling for each type curve well as a PV-10 of nearly $7 million at the current oil and gas strip.

The other distinguishing factor is the development of our business units that have size and scale along with the shallow carbonate oil, and in the case of the Central Basin platform, no ability to duplicate the assets that we have assembled. We have successfully integrated our company into a business with high rates of return with very little pressure of cost inflation and very little reservoir risk.

We believe we are singular in our ability to make this claim. We also believe that if a company has this ability we should hedge to lock in rates of return and drill as aggressively as possible. So you've seen us hedge nearly 25 million barrels through 2013, and we're now starting to hedge even further out and move forward with our plan to raise capital to meet the growing drilling schedule.

The focus for SandRidge during the rest of 2011 is to fully fund our 2012 drilling plans and ensure we can capitalize on the tremendous rates of return we realize in both the Central Basin platform and the Mississippian play.

I'll now turn the call over to Matt for an operational update.

**Matthew K. Grubb, Chief Operating Officer**

Thanks, Tom, and good morning to everybody. I will elaborate more about our production and drilling performance, CapEx and LOE.

First I will walk through a reconciliation of our Q1 production. If we can start by going back to Q4 of 2010, we produced 28,400 barrels of oil per day, and 204 million cubic feet of gas per day for a total of 62,400 barrels of oil equivalent per day in Q4.

In Q1 of 2011, we produced 28,700 barrels of oil per day, and 192 million cubic feet of gas per day for a total of 60,700 barrels of oil equivalent per day.

Q1 2011 production was slightly lower than Q4 of 2010 production due to the sell of the Wolfberry assets, and the severe freezing weather that SandRidge and other operators experienced in West Texas. In the month of February, we had below freezing temperatures for about two weeks, and single digit temperatures and rolling blackouts for several days during that period. We believe these extreme conditions were 30-year, if not 50-year weather events in the Permian Basin.

The sell of the Wolfberry assets account for about 1,600 barrels of oil equivalent per day, and the weather related downtime amount to another 1,900 barrels of oil equivalent per day for a total impact of about 3,500 barrels of oil equivalent per day in Q1. If we add this back into our Q1

FACTSET:callstreet
corrected transcript



production, we would have produced 64,200 barrels of oil equivalent per day, and would have seen a 2.9% production gain quarter-over-quarter instead of a 2.7% production loss. As a result, there was nearly a 6% production swing due to the sell and the weather.

In regard to oil production, we produced 28,400 barrels of oil in Q4 of 2010 and – I'm sorry, we produced 28,400 barrels of oil in Q4 2010 and 28,700 barrels of oil in Q1 of 2011. Despite the Wolfberry sell and the ice storm, we were still able to increase oil production quarter-over-quarter. The impact on oil production due to the sell and the weather was about 2,900 barrels of oil per day. If we add this back in we would have produced 31,600 barrels of oil per day in Q1 of 2011 or about an 11% growth in oil production quarter-over-quarter.

I would also like at this time to comment a little bit about Q2 production. As you are aware, we closed on the sale of our New Mexico assets April 1st of 2011. As you're also aware, West Texas was plagued with wildfires in early April. We estimate the net impact on Q2 production from these events to be about 1,770 barrels of oil equivalent per day, of which about 1,500 barrels of oil equivalent per day is from the asset sell. At this time all the fires are out, and production has been restored to normal on the Central Basin platform.

I'm pleased to say that within only about a month of selling our New Mexico assets we have already made up the 1,500 barrels of oil equivalent per day of production that was associated with that sell through our drilling success on the Central Basin platform. The average production for the first four days of May or our current production is running 62,400 barrels of oil equivalent per day, which matches our Q4 2010 production.

Not only are we on track with our 2011 production plan, but we have also already made up the 3,100 barrels of oil equivalent per day that we sold in Q1 and early Q2 of this year. With that said, at this time, despite the setbacks due to the bad weather and the fires, we are reaffirming our 2011 production guidance of 23.3 million barrels of oil equivalent, of which 12.3 million barrels is oil.

The strong growth in oil production is a result of our continued commitment, focus and execution on our two core oil plays in the Central Basin platform in West Texas, and the Mississippian horizontal play in the Mid-Continent. We drilled 199 wells on the Central Basin platform with 16 rigs in the first quarter. Q1 capital spending in the Permian Basin was about $173 million, of which $33 million was carried over from prior year spending.

Netting out the carried over capital, we spent about $700,000 per well. This is in line with our expectations to spend $760,000 per well on the Central Basin platform.

The cost number may move from quarter to quarter on a per well basis as our drilling mix of wells may change from quarter to quarter. However, at a cost of $760,000 per well and a tight curve EUR of 83,000 barrels of oil equivalent per well, the rate of return is about 100% at current commodity prices. We plan to continue with 16 rigs and project to drill 811 oil wells on the platform this year.

In the Mississippian play, we drilled 23 horizontal producers and 14 saltwater disposal wells in the first quarter of 2011. We plan to drill 138 horizontal producers and 24 saltwater disposal wells for the year. In the first quarter we had eight rigs running drilling horizontal wells, and four rigs drilling vertical wells. Currently we have 11 rigs drilling horizontal producers, and one rig drilling saltwater disposal wells.

We plan to add one more rig at the end of the month to drill the horizontal wells, bringing the total to 12 rigs drilling producers. This in line with our Mississippian drilling plan that we set forth at the beginning of this year.

Excluding land, we spent $102 million in the Mississippian play in the first quarter of 2011. Approximately $26 million was spent on saltwater disposal wells and associated facilities. As you

can see, we have very much front loaded the CapEx in this play with aggressive drilling of the saltwater disposal wells to facilitate implementation of our development plan, and minimize LOE going forward.

Of the remaining $76 million, approximately $18 million can be attributed to prior year carry over and non-op capital. This leaves us spending $58 million drilling and completing 23 gross wells or 20 net wells. That's an average of $2.9 million per well.

We began the Miss program in early 2010 drilling the horizontal wells in about 30 days, and was consistently spending $3 million to $3.5 million per well. We made significant strides in 2010 bringing the average down to about 22 days, and drilled a number of wells under 20 days and hit a record of 14 days on one well from spud to rig release.

During this time our costs began trending down to about the $2.7 million range. I believe had we kept a constant rig count we could have brought our costs even lower. However, as we started ramping up our Miss drilling program going into 2011, our well costs crept back up. We believe that in time we can again lower the well costs in the Miss play, but today we still have inefficiencies associated with bringing on new rigs and new crews into the play.

To date we have not seen material increases in service costs in the Miss play. This is due to the fact that activity in the Miss is driven by smaller rigs, lower horsepower requirements for stimulation and simple fluid and prop systems in the fracs.

However, due to the robust economics in the Miss play, the scale of the play and increased interest from other industry participants, we do expect increasing rig count and some cost pressure going forward, but not to the extent that our industry has experienced in other horizontal plays around the country. However, in anticipation of this we are proactively locking in rig rates, frac rate and putting a plan together to move in more company-owned rigs to hedge against potential inflation and service costs as we begin to plan for 2012.

We have shown in our presentations that at $2.7 million CapEx, which includes saltwater disposal facilities, the rate of return is about 150%. Even at $3.1 million, which is $2.9 million to drill and $200,000 for saltwater disposal facilities, the rate of return is very robust: 115%. The economics here are very good, and we don't see a service cost scenario that would have us altering our business plan in the Mississippian play.

We are still using the Netherland, Sewell type curve with an EUR of 409,000 barrels of oil equivalent and a 30 day IP of 244 barrels oil equivalent per day. We have drilled 72 horizontal Miss wells to date and the average 30 day IP of the last 50 wells is about 250,000 barrels of oil equivalent per day. That's slightly higher than the 30 day IP of the type curve.

It should also be noted that we have expanded our program east into Grant County. While the data set is still limited as we only have 13 wells on line, it appears that these wells are statistically as good as the ones we drilled in Alfalfa and Woods counties.

Lastly, LOE for the quarter, excluding production taxes, was $13.55 per barrel of oil equivalent. This exceeded the high range of our LOE guidance of $13.10 per barrel of oil equivalent.

We discussed earlier about production downtime due to the severe cold weather in the Permian Basin. The production loss due to the winter storm was 174,000 barrels of oil equivalent in Q1. The associated LOE to restore production was about $300,000. Notwithstanding this loss and the associated one-time expenses to restore production, our LOE would have been $13.08 per BOE and within our guidance range.

At this time I will turn the call over to James for financials.

**James D. Bennett, Chief Financial Officer & Executive Vice President**

Thank you, Matt. I don't plan to recite every number in our release, but I'll touch on a few of the items warranting further discussion.

For the first quarter, adjusted net loss was $10.1 million or $0.02 per diluted share. Adjusted EBITDA was $146 million, and operating cash flow was $100 million. EBITDA is up 12% versus the fourth quarter 2010, and 4% versus the comparable period in 2010 as a result of higher oil production and higher realized oil prices, somewhat offset by declining gas production and lower realized gas prices.

On the expense side, total lease operating expense increased approximately $24 million over the first quarter 2010 as a result of the Arena acquisition, which closed in July of last year, as well as an increase in total production and a higher percentage contribution from oil.

Oil production in the first quarter of 2010 was 47% of the total versus 28% in the first quarter 2010. On a per unit basis, lease operating expense of $13.55 per barrel oil equivalent was approximately $2 per barrel higher than the 2010 comparable period, and slightly above our guidance of $13.10 per barrel.

As Matt discussed, the primary reason for this higher per unit LOE in the first quarter was an interruption in production and an increase to one-time costs due to the severe weather and associated freeze in the Permian Basin. Excluding the weather-related impacts, LOE would be right at the high end of our guidance.

All other expense items were in line with the guidance range, and we are reaffirming our full year guidance. Our earnings release includes an updated guidance table. The only two changes to note in the guidance are slightly higher oil differentials due to a higher production contribution from NGLs and the impact of SandRidge, Mississippian Trust I, which I will review later in the call.

Matt addressed the Q1 production details, so I won't spend any more time on that, except to reiterate that we remain comfortable with our full year guidance of 23.3 million barrel oil equivalent.

Let me touch on first quarter CapEx, which totaled $420 million. When we gave our 2011 guidance we noted that CapEx would be front-end weighted with a disproportionate amount of the spend in the first quarter. This was due to carryover CapEx from 2010, the fact that we were drilling a disproportionate number of our Mississippian saltwater disposal wells earlier in the year and our acreage leasing program in the Mississippian.

In the first quarter, we had $52 million of drilling CapEx carryover from 2010, mostly in the Permian and Mid-Continent. We also had $26 million related to the drilling of 14 saltwater disposal wells.

Our guidance assumes 24 saltwater disposal wells will be drilled in all of 2011, so you can see that this was heavily weighted towards Q1 as we operationally wanted to get the saltwater disposal infrastructure in place prior to re-drilling a majority of the producing wells.

On leasehold, we did spend just over $100 million, which is essentially our full year guidance. 95% of this spend was in the Mississippian play where we continue to see opportunities to pick up good acreage and acreage offsetting our existing production. We have slowed the pace of our land purchases, but do expect to spend some additional dollars on acreage and we will revisit land CapEx guidance around the time of our midyear earnings call.

We remain very active in terms of our capital raising program. Recall that our 2011 guidance called for CapEx of $1.3 billion on cash flows from operations of approximately $470 million. Our intent remains to fully fund any shortfall with non-debt sources of capital and the IPO of our first royalty trust. Our capital raising efforts are ahead of schedule, as we have raised approximately $800 million year-to-date.

To review the royalty trust, in April we closed the IPO of a 62% interest in SandRidge Mississippian Trust I, which trades under the ticker SDT. The IPO was upsized 20% and priced at $21 per unit, the high end of the range, netting proceeds to SandRidge of $334 million after fees.

Having almost fully funded our 2011 CapEx plan, we'll continue our capital raising efforts, and are now focused on funding our 2012 program, which we will also accomplish through additional asset monetizations.

Turning now to our liquidity and balance sheet. At March 31st [audio gap] (22:03) a total of $3.2 billion of debt outstanding, consisting of $2.8 billion of senior notes, $324 million outstanding under our senior credit facility and $17 million of other debt.

As I discussed earlier, in April we raised $534 million in proceeds from asset sales and the SDT IPO. Proceeds from these transactions were used to repay revolver borrowings, and have put us in an excellent liquidity position. As of May 3rd, we had $62 million of cash on the balance sheet, and zero outstandings under our $790 million credit facility, giving us total liquidity of $828 million.

This $534 million debt pay down in April also reduced our quarter end leverage by 3/4 of a turn of EBITDA. While we still have some improvement to make in terms of our financial leverage, we're now moving in the right direction and we'll continue to address this. As we have noted, we're outspending our cash flow this year, but are doing so from 100% non-debt sources, and don't look to increase our aggregate debt levels in 2011.

Two other items to note in terms of our liabilities. Our senior credit facility borrowing base was reaffirmed in April at $790 million, and our next re-determination will be later this fall. Also in March we refinanced our $650 million 8.625 senior notes with a new 10 year $900 million issue of 7.5% senior notes.

This transaction enabled us to extend our weighted average maturity of our bonds to 7.5 years from 5.8 years, and also reduced our weighted average cost of debt. We now have a staggered maturity schedule with only $350 million in bonds maturing in the 2014, 2015 timeframe.

We continue to actively hedge our out years oil production. To summarize our updated hedge position, which is outlined in our earnings release, since our Q4 earnings call we have added oil hedges in the form of swaps for 4.5 million barrels at an average price of $102 per barrel.

In March and April we also monetized approximately 42 Bcf of our 2011 and 2012 gas hedges as we entered a trough in the natural gas market. For the remaining three quarters of the year we have approximately 80% of our guidance liquids production hedged at just under $87 a barrel, and 39% of our gas production guidance hedged at $4.62 for a total of 55% of our remaining total expected production hedged.

A couple of notes regarding SandRidge Mississippian Trust I. In terms of accounting for the trust, beginning in April 2011 the activities of the trust will be consolidated into SandRidge's financial statements. The public's interest in the net assets of the trust, which consist of 17.25 million units or about 62% of the total units, will be reflected in the non-controlling interest line item of the balance sheet.

And the public's interest in the earnings of the trust will be reflected as net income attributable to non-controlling interest in the income statement. As outlined in our updated guidance table, we estimate this net income attributable to non-controlling interest to be approximately $26 million in 2011.

There's an additional disclosure regarding the accounting for the trust in the SandRidge 10-Q, which will be released on Monday, May 9th. Later this month we'll be filing a first quarter 10-Q for SandRidge Mississippian trust. And beginning with the second quarter we will release earnings for SDT and will be hosting a separate SDT quarterly conference call.

This concludes management's prepared remarks. I would like to ask the operator to open the line for questions.

corrected transcript

FACTSET: callstreet
corrected transcript



## QUESTION AND ANSWER SECTION

Operator: [Operator Instructions] And our first question comes from the line of Neal Dingmann with SunTrust. Please proceed.

**<Q – Neal Dingmann – SunTrust Robinson Humphrey>:** Morning, guys. Question, Tom. You mentioned about going to Grant Woods obviously besides Alfalfa County in the horizontal in Mississippian. I'm just wondering kind of, I know it's early but, how you're seeing that? Maybe if you could give a little more color as far as how you're seeing that play out as far as thickness, liquidity, et cetera on that?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Sure. We target between 200 to 800 feet of total thickness in the Miss. Grant, as we've talked about, has a little bit vertically from vertical wells has a little bit higher oil ratio than further west. However, the estimated ultimate recoveries are somewhat better vertically to the west, but the value between oil and gas on the vertical wells is about the same.

So we've always looked at Grant, Alfalfa and Woods, and even clear out to Comanche in Kansas as being basically the same type of reservoir to drill for. And so far in the wells we're drilling statistically it looks just like the other areas we're drilling in. It is early, but we've now drilled over a dozen wells or producing over a dozen wells and it appears that they're type curve type wells.

**<Q – Neal Dingmann – SunTrust Robinson Humphrey>:** Well, great to hear. And then, Tom, at one point I think maybe at the Analyst Day you'd talked about given what's going on in Cushing and about trying to divert some of your takeaway. Just wondering about sort of takeaway pipelines sort of if you could comment there?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Sure. The only place we look to divert away from Cushing is out of the Permian Basin, and that is still ongoing with discussions. And, Matt, you want to address that?

**<A – Matthew Grubb – Chief Operating Officer>:** Yeah. Neal, unfortunately there's not any short term solutions. What's going on in Cushing right now is, as you know, there's about 50 million barrels of oil storage capacity, and just in the last three years we've gone from about 17 million to about 40 million barrels inventory, so storage filling up. But by the end of this year there are four companies that's adding storage, so we should see about that 50 million going to about 65 million of storage capacity. That will give us some relief.

However, as far as pipe coming out of Cushing, I know Enbridge looking at projects as well as TransCanada and some other parties, but we're probably realistic two years out from being able to haul more oil out of Cushing into the Gulf Coast via pipeline. We are looking at a project that Magellan is looking at potentially reversing what they call their longhorn line from Crane County back to the Gulf Coast, and that may – I think there's a lot of interest in that. We're certainly interested in doing that, just to get a little bit of oil away from Cushing, but still that's probably 18 months out.

**<Q – Neal Dingmann – SunTrust Robinson Humphrey>:** Got it. Got it. And then the last question maybe back for you, Tom, is just on or maybe for Matt, just on service costs in general. Obviously, yours are much lower than a lot of the other regions out there, but are you doing anything to lock in longer term contracts like a lot of others out there or just on completions in general if you could comment?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Well, we are effectively hedged on the drilling side with the rigs that we own, and we look at the areas a little bit differently. In the Central Basin platform we use even less horsepower on our fracs than even in the

FACTSET:callstreet
corrected transcript



Mississippian, but both of them are low horsepower fracs. The Central Basin platform has really very little service cost creep, except especially the very shallow vertical wells we drill. As you get into horizontal wells and move up from the 500 to 750 horsepower rigs up into the 1,000 horsepower rigs, we think there could be, as we look out into the future, some future cost creep in that area and that's what we're going to try to keep away from.

Think about this: we're planning to go from 12 rigs to at least 24 rigs next year. We know that other people in the play have bought very large amounts of acreage, and we assume that they'll be moving up rig counts either through private equity or public companies as they start to develop the play. All of the Mississippian isn't that much different in this respect in that you only have a certain time period to get wells drilled. Now for us, fortunately, we were there early and have three years with two year options on very inexpensive leases, but lately companies are having to take shorter and shorter term in order to get ahold of leases. And that will require more rigs to come into the area. So we anticipate that the Mississippian will have some kind of a pressure going forward in service costs, but not from high pressure equipment that's being pressured around the United States in a lot of different areas. So it's different, but still we'll have some. The Central Basin platform we just don't see anything other than labor and fuel as being an issue.

**<Q – Neal Dingmann – SunTrust Robinson Humphrey>:** Got it. Thank you. Great. Good answers.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: And our next question comes from Scott Hanold with RBC Capital Markets. Please proceed.

**<Q – Scott Hanold – RBC Capital Markets Equity Research>:** Morning.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Good morning.

**<Q – Scott Hanold – RBC Capital Markets Equity Research>:** Hey, Tom, you all talked about three options obviously to fund much – get a much higher level of activity in the Mississippian next year. When you look at those options can you just broadly give us a description of how you think of each one of those and maybe your preference at this point?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Sure. The royalty trust structure we like a lot. We continue – if you have rates of return in excess of 100% and you have willing buyers at 10% rates of return and you if you can do that in more scale, that would be our preference across the whole play. The problem is, as you know, we only had 42,000 acres in our AMI on the royalty trust that we just did. We will continue to look at that as an alternative moving forward and along with that we're interested in talking to potential partners for a joint venture.

We don't know in what size that would be, but that's something that we'll evaluate and then the third option is, is that we just – we keep more our self. So everything we're doing is with the idea that we like the play more than we did last quarter, and we want to own more of this ourselves. So that is what we're trying to move towards.

**<Q – Scott Hanold – RBC Capital Markets Equity Research>:** When do you feel you all need to make a decision on which way you go? I mean, should we expect some time in the early second half of the year? Is this something closer to the end of the year? I mean, when do you want to have financing taken care of?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** We want to have financing taken care of for 2012 before the end of 2011. So I think you'll start to see us be active throughout

the rest of the year just like we were the beginning of this year or the last of last year. So I mean what I focus on the most is making sure that we fund next year's drilling program.

**<Q – Scott Hanold – RBC Capital Markets Equity Research>:** Okay. Great answer. And I think you mentioned you're going to move some more company-owned rigs into the Mississippian, and would those be coming from the Permian because, correct me if I'm wrong, but you're operating all your owned rigs right now, is that correct?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** We have some that are working for other parties right now. We have 10 rigs that are working outside.

**<Q – Scott Hanold – RBC Capital Markets Equity Research>:** Okay. So you'll be able to take those back, is that right?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** We can do that or we can also – you have the same effective hedge as if you hire somebody else and leave your rigs in the Permian. But we are planning to move some rigs up.

**<Q – Scott Hanold – RBC Capital Markets Equity Research>:** Okay. And one last question, if I could. When do you plan to start stepping out to the northwest like in Comanche? When is that first well going to be drilled?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Now.

**<Q – Scott Hanold – RBC Capital Markets Equity Research>:** Now. Okay.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Yes. We have one well drilling in Comanche County we're completing.

**<Q – Scott Hanold – RBC Capital Markets Equity Research>:** Okay. Great. Thanks, guys.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: Our next question comes from David Heikkinen with Tudor, Pickering, Holt. Please proceed.

**<Q – David Heikkinen – Tudor Pickering Holt & Co. Securities, Inc.>:** Tom, just on the rig commitment and services side. Can you talk about the duration or type of commitments you're doing as you go to 12 rigs? And then I think kind of last question was getting into the vertical integration and desire to really vertically integrate the Mississippian as well? Just kind of general thoughts.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Sure. I'll take the vertical integration. When we came into the company we already had a number of rigs. We still have 31 rigs today that have been very efficient for us to have our own people working in the same area for long periods of time in the Permian Basin.

We've bought some of those rigs up. Six of our 12 rigs working are Lariat rigs, which are company-owned, and we've been happy with that model of owning some of our own rigs. However, at the same time we have other rig companies that are working for us that as they move into the play and work for a while, they're also very efficient. And I'll let Matt address how we're planning to move forward with the rig count.

**<A – Matthew Grubb – Chief Operating Officer>:** Yeah. Right now we have about half the rigs drilling in the Miss play we do own. So we have about six rigs out there that are third party, and

they're on various contracts. We have some that are six month contracts to a year contract and we're continuing to renegotiate or negotiate those for 2012 already.

We also have some 24 month contracts that we're working on for the 2012 program. So they're different contracts, but I'll tell you the rates are still very good. And they haven't materially increased very much.

**<Q – David Heikkinen – Tudor Pickering Holt & Co. Securities, Inc.>:** So just have a ladder of kind of six, 12, 24 month rolling contracts on the next 12 rigs?

**<A – Matthew Grubb – Chief Operating Officer>:** Yeah. It is a ladder, and when we're trying to source rigs today for our '12 program, those are the ones that are coming in at 24 months. Because what they're having to do is take them off whatever program they're on now and commit them to us starting say in January, first quarter 2012.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** And then, Dave, think of this too is that we use a range of 750 horsepower to 1,000 horsepower rigs. So our preference is not to have to bring out rigs that are stacked and put them to work. We have done that, but our preference is to keep rigs that have been working in other places and bring them into the play so that our efficiencies are good. I don't think we'll have an issue getting rigs unless other companies move up to 25 or 30 rigs.

And that's where we worry. Today there's not an issue with getting rigs. It's just that we know that there's a lot of acreage being bought by several different companies, and we just assume that rig count will be going up. So if you look at the market of 750 horsepower rigs, heavy 800s, to 1,000 horsepower rigs, today there's ample rig capacity. So all we're doing is looking out to 2012 making an assumption that the Mississippian grows rather than stagnates.

**<Q – David Heikkinen – Tudor Pickering Holt & Co. Securities, Inc.>:** And then on the water disposal side, these water disposal wells take a lot of fluids. As you double your activity level, how much capital would you have to put into water disposal next year? Can you talk about that?

**<A – Matthew Grubb – Chief Operating Officer>:** Yeah. I'll address that a little bit. It depends a lot on where we drill because right now even with one or two wells we're drilling disposal for it. So we minimize LOE and we'll grow into the disposal plan. I'll tell you right now we have 24 disposal wells in operations. By the end of this year we should have around 30, and currently our current disposal volume is about 150,000 barrels of water per day.

The disposal capacity we have is over 400,000 barrels per day. So the main reason we upfront loaded our disposal well is so we can continue to develop these wells, and not be behind in disposal wells. So I think by the end of this year we should be pretty good for 2012.

**<Q – David Heikkinen – Tudor Pickering Holt & Co. Securities, Inc.>:** Okay.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** And I think too we drilled new areas. That requires a new disposal system. So we will continue to have some upfront costs as we continue to look into new areas. So as you think of Alfalfa to Grant, those are all in one disposal system that the pipeline system can be connected in between disposal wells. So it really depends how successful we are in all the other areas.

We assume we're going to have success, so maybe I could even say it depends on how quickly we decide to step out into different areas and test new areas. Even though there's vertical well production there we probably will move around and drill horizontal wells in different areas. So it's not set in stone as to how many disposals we'll have because it depends where the horizontal well program goes.

FACTSET: callstreet
corrected transcript



**<Q – David Heikkinen – Tudor Pickering Holt & Co. Securities, Inc.>:** Okay. So thinking about that 24 rig program, how much would be step outs? Is it a third? A quarter? I'm just trying to get an idea of how I should allocate capital?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** No. It's hard for me to say.

**<Q – David Heikkinen – Tudor Pickering Holt & Co. Securities, Inc.>:** Yeah.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** At one time the Grant County wells were considered step outs and now they're not.

**<Q – David Heikkinen – Tudor Pickering Holt & Co. Securities, Inc.>:** Okay.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** So that when we drill the disposal system in Grant county it was considered a step out. And now it's just basically hooking into the Alfalfa County system.

**<Q – David Heikkinen – Tudor Pickering Holt & Co. Securities, Inc.>:** Okay. Thanks.

Operator: And our next question comes from William Butler with Stephens. Please proceed.

**<Q – William Butler – Stephens, Inc.>:** Good morning. I was wondering if you could provide some more detail on percentage of liquids production that's NGLs?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Sure. I'll let Matt take that.

**<A – Matthew Grubb – Chief Operating Officer>:** Yeah. In Q1 we ran about 18% NGL. We had actually modeled a little bit lower than that around 14% NGL. And the reason the NGL was higher was that it was not at the expense of oil production, but we did renegotiate some contracts in our favor with the processors in West Texas, which boosted our NGL netbacks at the tailgate of the plans.

**<Q – William Butler – Stephens, Inc.>:** So just to clarify. The 18% is as a percent of total production? Or of liquids production? Sorry.

**<A – Matthew Grubb – Chief Operating Officer>:** Liquids.

**<Q – William Butler – Stephens, Inc.>:** Okay. And then on the royalty trust distributions. Given sort of the ramp in the current distribution, what's that going to show up in terms of for the year what do you think the total distributions on the trust will be on SandRidge's cash flow statement?

**<A – James Bennett – Chief Financial Officer & Executive Vice President>:** Sure. And I'll point you to the S-1 for SandRidge Mississippian Trust. And in there it outlines the distribution schedule by quarter, so that's a really good place to start in terms of what the projected distributions are by year. So you can really pull that right out of the S-1.

**<Q – William Butler – Stephens, Inc.>:** Okay. And then I'll add the percent to the public I'm guessing back into that. On your rigs they're running at 100% utilization now, the owned rigs?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Yes. That's correct.

**<Q – William Butler – Stephens, Inc.>:** Has it gotten to a point on the demand or do you see it getting to the point where you all might actually look to use that as a source of funds, Lariat?

FACTSET:callstreet
corrected transcript



**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Not necessarily. The rigs – when everybody wants a rig you want them yourself, and when nobody wants them you can't get rid of them. So I guess that right now we enjoy having our own rigs working for us.

**<Q – William Butler – Stephens, Inc.>:** Okay. And given what's going on out in West Texas with the fires and dry weather, do you see any issues for water for availability for fracing?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** No, we haven't had any issues.

**<Q – William Butler – Stephens, Inc.>:** Okay. And then last question. In terms of competition for leasing in the Mississippian Line, what is sort of the current going rate now for acreage?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Well, it's higher. I think what we have done, and you can look on our presentations. We have a geological model that we have stayed within. And we only are buying within the areas that we've outlined in that presentation. That doesn't mean that there isn't Mississippian outside of that, and so you can have large amounts of Mississippian acreage being bought that might be every bit as good or better than what we have. It just doesn't necessarily fit the geological model that we put together.

So I think that just because that people have bigger and bigger acreage positions doesn't necessarily mean that we're competing on that acreage. What we have done is now basically slowed down our acreage acquisitions into the areas that are close to our existing production or inside of that geological model we presented. So I think we can say that acreage prices are going up, but that our spending is decreasing fairly dramatically.

**<Q – William Butler – Stephens, Inc.>:** Okay. And you still anticipate getting up to roughly a million acres?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Yes.

**<Q – William Butler – Stephens, Inc.>:** Okay. Great. That's it for me. Thanks.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: And our next question comes from Dave Kistler with Simmons & Company. Please proceed.

**<Q – David Kistler – Simmons & Co. International>:** Good morning, guys.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Good morning.

**<Q – David Kistler – Simmons & Co. International>:** Real quickly just looking at you've drilled 72 wells in Miss. 37 of those are in the royalty trust. Of the balance between that and the 72, how many of those were dedicated to the royalty trust? And when will you have a level sufficient to thinking about doing another royalty trust?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Do you have the numbers off the top of your head how many is in the royalty trust? We're going to talk about those.

**<A – James Bennett – Chief Financial Officer & Executive Vice President>:** We're not.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** We're not going to talk about the trust number of wells on this call. Well, I can tell you this. What's public is that we have dedicated three to four rigs to drill royalty trust wells.

FACTSET:callstreet

corrected transcript



**<Q – David Kistler – Simmons & Co. International>:** Okay. So we...

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** We talked about that when we did the royalty trust, and we have 12 rigs running. And so I think that you do have to have proven reserves to put into another trust, and that's what we're building on.

**<Q – David Kistler – Simmons & Co. International>:** Okay. So just thinking about it from a run rate then. If nine rigs are allocated, probably by mid-summer based on the number of wells that are being drilled you'd probably have a sufficient number to be able to start having a reserve evaluation and potentially move forward with another trust?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** That's fair, as long as the market is still there.

**<Q – David Kistler – Simmons & Co. International>:** Yeah. And really I'm just trying to lock down thinking about the capital side of it. And as long as we're on that...

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** I've said publicly that I wouldn't mind looking at $1 billion of royalty trust net to SandRidge this year.

**<Q – David Kistler – Simmons & Co. International>:** Perfect. Perfect. Then looking at the revolver. It came down a little bit with the issuance of senior notes, which is to be expected, but there'll be a re-determination in the fall, I imagine, obviously tied very closely to reserves. Too early to say, but maybe looking back at the re-determination you just had, possibility for that to be expanded? Any color you can give us on that would be great as kind of a vehicle too to think about 2012 funding?

**<A – James Bennett – Chief Financial Officer & Executive Vice President>:** Sure, Dave. We did just go through our re-determination. We decided to keep it. We had the revolver at 8.50 with the upsizing of the IPO, I'm sorry, the high yield offering, that took it down to 7.90. We decided to leave it there at the re-determination date. I think we had ample room to push it up, but given our sources of capital this year, we really don't anticipate being in the revolver all that much. So we didn't need, say, a $1 billion revolver. We'll revisit it again in the fall, but I think this level, $790 million, is ample liquidity for the near-term.

**<Q – David Kistler – Simmons & Co. International>:** Great. Appreciate that. And then a little bit out of the bailiwick, don't know if you guys can comment on it, but I'm guessing you've been watching it. Any kind of update you can give us on the Eagle sale and what the status is of that?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Well, I actually talked to Steve Antry this week, anticipating that we might get a question and ask him what he might like to say if he had a chance to say it on a call. And what he told me that he would say is that they had decided after their well performance and watching our performance and the performance of the royalty trust to delay their proposed sale and leave their options open and drill some more wells for the next six to 12 months.

**<Q – David Kistler – Simmons & Co. International>:** Great. Appreciate the color. One last just clean up question for modeling. Natural gas production down 6%. No rigs directed towards drilling that. Is that the decline we should be working in or when will that abate a little bit in terms of as we model things forward?

**<A – Matthew Grubb – Chief Operating Officer>:** Yeah. I think we produced, and this is off the top of my head, Dave, I think 76 Bs of natural gas last year and we were thinking we'd produce

FACTSET: callstreet

corrected transcript



about 66 Bs this year. And so our natural gas in Q1 I think was actually a little bit ahead of what we had projected for Q1, so I think we're still right on track to do that.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** And that's what I would say too so that actually, yeah. But we think we're fine on our gas production to date.

**<Q – David Kistler – Simmons & Co. International>:** Okay. Great. I appreciate it, guys. Thanks so much.

Operator: Our next question comes from Amir Arif with Stifel, Nicolaus. Please proceed.

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** Thanks. Good morning, guys.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Good morning.

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** Just a couple quick questions. You mentioned you've got the disposal facilities in place for at least as your volume ramps up, but as you double your rig count is there any other constraints in terms of fracing or anything else you see as you head into '12? Pipeline takeaways?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** That's everything we're working on today is preparing for that higher rig count in 2012. So we think that we'll have ample availability of services.

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** Okay. And then I think you mentioned that you'll only be able to hold about half your acreage. Is that based on the current rate of 12 rigs? Or is that even after you double up to 24 rigs?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** No, that was the current rate of 12 rigs. That's why we're moving forward with a plan to capture more than that.

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** Okay. And the 5,300 barrels a day number that you mentioned. Is that the exit rate for Q1?

**<A – Matthew Grubb – Chief Operating Officer>:** I'm sorry, what?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** The 5,300 barrels a day...

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** For the Mississippian?

**<A – Matthew Grubb – Chief Operating Officer>:** The net?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** No, exit rate for Q1? That is, isn't it? The 5,300 barrels? No?

**<A – Matthew Grubb – Chief Operating Officer>:** No, that's...

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** >: I'm sorry. That's correct.

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** That's the current rate. Okay. And do you have or can you give us a breakout of how much of that was for the trust versus...

**<A – James Bennett – Chief Financial Officer & Executive Vice President>:** I'm sorry, how much of that was what?

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** Was for the Trust versus for SandRidge?

**<A – Matthew Grubb – Chief Operating Officer>:** Yeah. Hang on just a minute. The trust, yeah it looks like the trust projection was right around 3,300 barrels. So it looks like about 60% of that was trust. Keep in mind that when we did the trust we had 37 PDP wells and they all went into the trust. And so we just started over on the drilling.

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** Okay. And then as you ramp up to 130 wells for the year, do you have a rough estimate of where you think your exit rate could be for the year on the Mississippian?

**<A – Matthew Grubb – Chief Operating Officer>:** No, we just talk about exit rate company wide. We don't want to give it out play by play.

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** Play by play. Okay. Well for the full year oil guidance can you give us a sense of how much of that is Mississippian, just not exit rate, just for the full year guidance that you put out?

**<A – Matthew Grubb – Chief Operating Officer>:** No. Again, we're not going to talk into details about play by play. We still look to produce 12.3 million barrels liquids equivalent this year, and the only two areas we're drilling is in the Permian and the Miss, so that's where your contributions are.

**<Q – Amir Arif – Stifel, Nicolaus & Co., Inc.>:** Okay. Perfect. Thanks, guys.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: Our next question comes from Joseph Stewart with KeyBanc Capital Markets. Please proceed.

**<Q – Joseph Stewart – KeyCorp Investment Banking>:** Good morning, everyone.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Good morning.

**<Q – Joseph Stewart – KeyCorp Investment Banking>:** Hey, Tom, just one question for me. Could you talk about your thoughts on timing for the potential JV given Chesapeake's announcement this week, just considering their expertise in the JV arena, do you think it might be better to wait for their potential deal to set a floor on future bids?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Well, that would assume that we're preparing to do a JV. We are just looking right now at potential partners, and we've had some conversations with right now. We don't know which way we'll go. So I think that in the next few weeks you'll be able to see which way or ways that we're looking at it.

So I guess the easy answer is to say that I'm not sure that we would want to time our proposal around a JV to wait on someone else assuming that they will get theirs done at a time that fits us. Because we want to fully fund our 2012 budget this year, and I'm just not sure that that's their plan. So, no, I don't think we would wait.

**<Q – Joseph Stewart – KeyCorp Investment Banking>:** Okay, great. Thanks, guys.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: And our next question comes from Duane Grubert with Susquehanna Financial. Please proceed.

**<Q – Duane Grubert – Susquehanna Financial Group LLP>:** Yeah, Tom, in terms of the rig count you're already at an aggressive activity level and you benefit from having your own rigs. Can you talk to us about how you think through whether you should actually purchase more physical rigs?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Well, we haven't purchased any rigs over the last few years because of the number we had. That doesn't mean that we wouldn't look to purchase rigs in the future if they were the kind of rigs that we needed to have to sustain a play. So the only way I would look at it is to say that for us to purchase rigs would mean that if that were the way for us to guarantee that we could move forward with our plan to drill, then that'd be something we looked at. But if there's ample rigs to lease and we don't think that there's going to be a call on those rigs, then no, we wouldn't necessarily look to that to be our favorite way to drill. So I think we would leave it open.

**<Q – Duane Grubert – Susquehanna Financial Group LLP>:** Okay. And a related question. With some operators also vertically integrating all the way through frac equipment, have you thought about building up frac fleets, given the multi-year run likely of a frac program in Oklahoma?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** No. We're still not seeing any issue with low pressure fracing. Just remember that we are different in that the backbone of the U.S. gas industry over the last four or five decades has been on drilling 8,000 foot to 10,000 foot vertical wells using small equipment, and that equipment is still available, just not all of it in use.

We've prepared a slide actually that shows how limited the rig usage is in small rigs. And that's still the way it is today, but we just assume that there's going to be activity on the rig side that might take away some of the higher end of the 1,000 horsepower rigs out of the small market. And so that's the one thing we're most concerned about, not about the frac fleets.

**<Q – Duane Grubert – Susquehanna Financial Group LLP>:** And then on road and pipeline type infrastructure. Do you have any cycle time differences from one area to the other in that some of your stuff is at a leasehold that seems to be fairly remote?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** In the Mid-Continent?

**<Q – Duane Grubert – Susquehanna Financial Group LLP>:** Yeah. In the Mississippian specifically?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** No. Actually not in either one. Our lead times for getting wells on have been very quick just because there's ample systems in place throughout the play. Now we might have one well stranded out that takes a few weeks, but all-in-all we bring on wells within 21 days after we're through drilling.

**<Q – Duane Grubert – Susquehanna Financial Group LLP>:** And finally on the intent to double your rig count. Does that require changing your personnel quite a bit? Or what's the capacity to execute relative to that plan that you have installed right now?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** No. We have enough people to be able to execute the play.

**<Q – Duane Grubert – Susquehanna Financial Group LLP>:** Very good. Thank you.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you. That doesn't mean we don't continue to hire, but we can do that here.

FACTSET: callstreet

corrected transcript



Operator: And our next question comes from Philip Dodge with Tuohy Brothers Investments. Please proceed.

**<Q – Phil Dodge – Tuohy Brothers Investment Research, Inc.>:** Yeah. Good morning. Could you talk about the ramp up in the Miss rig count to 24 in terms of what it might average for 2012?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** That's what we believe we will average in 2012.

**<Q – Phil Dodge – Tuohy Brothers Investment Research, Inc.>:** Average 24 in 2012. Okay. And then what effect do you see that having, Tom, on the production incline when you get to 24?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** We don't give guidance out that far, but it's basically doubling what our production incline is today.

**<Q – Phil Dodge – Tuohy Brothers Investment Research, Inc.>:** Okay. So yeah. That's – thanks very much. Appreciate the comments.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: Our next question comes from Dan Morrison with KKR (sic) [Global Hunter Securities (56:48). Please proceed.

**<Q – Dan Morrison – Global Hunter Securities LLC>:** It's actually Global Hunter Securities. Not KKR. How do you look at allocating capital between the Mississippian and Permian? Is there – I mean obviously one source of this capital is to dial back in the Permian a little bit so you can ramp up in the Mississippian.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** They're both about the same. If you look at our rates of return, both of the plays are extraordinary. In the Permian it's just we have HBP acreage, but up until if you're looking out to 2012, we're more like 50-50 on allocating resources and this year we've been more allocated towards the Permian. And I think that's – we want to continue with both plays.

My thought is, is that as our company wants to drill more and lock in very high rates of return, so we want to be able to drill, maximize as much as we can. In the Permian at 16 rigs and drilling 811 wells, it's hard for us to ramp that number up logistically. We might be able to a little bit, but in the Mid-Continent it's much easier where you have a larger area to deal with, and you do have a leasehold that you have to cover.

**<Q – Dan Morrison – Global Hunter Securities LLC>:** Okay. Thanks.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: And our next question comes from [ph] Stefan Kavin (58:25), a private investor. Please proceed. Stefan (58:32), you may need to un-mute your line.

**<Q>:** Yes. I was wondering what caused the EPS miss this quarter?

**<A – James Bennett – Chief Financial Officer & Executive Vice President>:** If you're talking about our $0.02 loss versus the Street, I would say two things, that I think people were projecting production probably to flat line throughout the year instead of ramping like we had had.

FACTSET:callstreet

corrected transcript



We ended the year at fourth quarter with production of 62,400 barrel oil equivalent, and we sold about 3,000, over 3,000 barrel oil equivalent a day and then we're ramping from there. So I attribute it solely to people projecting the production flat rather than ramping throughout the year.

**<Q>:** Okay. So you would say that this is temporary?

**<A – James Bennett – Chief Financial Officer & Executive Vice President>:** I'm not sure what you mean by temporary. I'll say it this way. We thought this was a good quarter. We don't really consider it at a miss. The fact that people were guiding a little bit higher. We're actually right on track with our plan for this year.

**<Q>:** Okay. Thank you very much.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: And our next question comes from Noel Parks with Ladenburg Thalmann. Please proceed.

**<Q – Noel Parks – Ladenburg Thalmann Securities>:** Good morning.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Good morning.

**<Q – Noel Parks – Ladenburg Thalmann Securities>:** Just a couple questions, and sorry if this was mentioned earlier and I happened to miss it. In the Central Basin platform, especially thinking about the former Arena properties at Fuhrman Mascho, can you just talk a little bit about how down spacing has been going out there?

**<A – Matthew Grubb – Chief Operating Officer>:** Yeah. Down spacing, when we talk about down spacing, we're talking about five acre spacing. In fact, it's going very well. We've drilled 199 wells in the first quarter in the Permian Basin, and roughly 125 of those wells were in Fuhrman Mascho, of which about 80 of them were five acre wells. And they're coming in right at our type curve projection. So the down spacing is working well, and we have plenty more of those locations to drill.

**<Q – Noel Parks – Ladenburg Thalmann Securities>:** Great. And going back into last year, one of the things that had been difficult about those properties out there were some various infrastructure issues, thinking about electricity and so forth. Have those been totally resolved at this point? Or I was wondering with the weather and wild fires out there if there are any new challenges that had come up on those?

**<A – Matthew Grubb – Chief Operating Officer>:** Yeah. I don't know if they're totally resolved, but I would say they're substantially resolved. We have not had the downtime this year, even with the severe freezing and the wild fires that Arena had experienced a year before just due to infrastructure.

I think we've built a couple of our own sub stations, and that has given us the ability to restore electricity very quickly any time we have a power outage and we've worked with our processors very well out there. We've had very little plant downtime, compression downtimes. I think things are going very well and the steps that we've taken operationally to improve the run time has worked out well for us.

**<Q – Noel Parks – Ladenburg Thalmann Securities>:** Great. And one question on the Mississippian. You talked about the economics in general and just thinking that we now have the luxury of oil prices in and around $100 for a few weeks to months now. When you think about the tail of the production curve when you make these ROR calculations, can you just give us a sense as to the – for the reserve life kind of how to think of the reserve life at sort of a more modest

FACTSET:callstreet

corrected transcript



commodity price environment? Like say we're back looking at the $0.70, $1.00 range for long term prices?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Sure. We show a slide in our presentation that I believe it's at $60 oil we still have a 40% rate of return in the Mississippian play. It's really all about costs. As you can control costs and be able to produce oil and lock in that oil at high prices, we're locking in oil between $90 and $105, there really shouldn't be any issue with the company going forward.

So it's a very simple strategy is if you believe that service costs aren't going to go up and you believe that you're finding your type curve on your production you should hedge it and have some of the highest rates of return I've ever seen in my career.

**<Q – Noel Parks – Ladenburg Thalmann Securities>:** Okay. Great. Thanks.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: And our next question comes from [ph] Mike Breard with Hodges (1:02:25). Please proceed.

**<Q>:** Okay. Thank you. It's good news this morning. Just one quick question. Is Occidental putting any pressure on you at all to produce more CO2 for their tertiary recovery?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Well, no there's no pressure for us. I think that Occi and us look at this as a very long term project and I can't speak for them, but today it doesn't make very much sense for us to drill gas wells, so we're looking forward to the time that it does for us or someone else to be able to drill in the Pinon Field.

**<Q>:** Okay. Thanks.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: And our next question comes from [ph] Thomas Piccirillo with Commerce One Financial (1:04:28). Please proceed.

**<Q>:** Yes. My question is for the derivatives contracts. I noticed in your release that the realized impact per barrel had a negative impact of $7.50, and then in the adjusted earnings there was a realized gain from out of period derivative contract settlements. I was just wondering how that was – how you arrived at that with the out of period versus the loss within the period?

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Sure. The out of period is covering some natural gas hedges on I believe it's 42 Bcf of gas during the period, and our belief was is that at $4 gas prompt that that signifies that it maybe not the low, but that the risk reward past that point is negligible. And we decided to take off the gas hedges during the quarter. So that was what the out of contract derivative gain was.

**<Q>:** Okay.

**<A – James Bennett – Chief Financial Officer & Executive Vice President>:** In the period that's simply the difference between our hedges, which were at about $87 a barrel, the strip price, which was closer to $100.

**<Q>:** Okay. Thank you very much.

**<A – Tom Ward – Chairman, President & Chief Executive Officer>:** Thank you.

Operator: And there are no further questions at the time. I'll now turn it to Tom Ward, Chief Executive Officer, for closing.

**Tom L. Ward, Chairman, President & Chief Executive Officer**

Thank you, and thanks, everybody, for joining us. We look forward to seeing you or talking to you in the quarters to come. Thank you very much.

**Disclaimer**
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2011. CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*