# Exhibit 30

Exhibit 30

Corrected Transcript

05-Aug-2011

# SandRidge Energy, Inc. *(SD)*

Q2 2011 Earnings Call


Copyright © 2001-2011 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

**Kevin R. White**
*Senior VP & Director-Investor Relations, SandRidge Energy, Inc.*

# OTHER PARTICIPANTS

**Neal Dingmann**
*Managing Director, SunTrust Robinson Humphrey*

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

**David W. Kistler**
*Director, Simmons & Co. International*

**Mark Hanson**
*Analyst, Morningstar Research*

**Gilbert Yang**
*Analyst, Bank of America Merrill Lynch*

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.*

**Duane Grubert**
*Senior Analyst, Susquehanna Financial Group LLP*

**Peter F.F. Kissel**
*Research Analyst, Howard Weil, Inc.*

**Hsulin Peng**
*Senior Research Analyst, Robert W. Baird & Co. Equity Capital Markets*

**Dan Chandra**
*Principal, DW Investment Partners LLC*

**Dan J. Morrison**
*Managing Director & Senior Analyst, Global Hunter Securities LLC*

**Scott Hanold**
*Vice President, RBC Capital Markets Equity Research*

**R. Chris Pikul**
*First Vice President, Morgan Keegan & Co., Inc.*

**Richard M. Tullis**
*Senior Analyst, Capital One Southcoast, Inc.*

**Noel A. Parks**
*Research Analyst, Ladenburg Thalmann Securities*


Copyright © 2001-2011 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen, and welcome to the Second Quarter 2011 SandRidge Energy Earnings Conference Call. My name is Keisha, and I will be your operator for today. At this time, all participants are in a listen-only mode. Later we will conduct a question and answer session. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the conference over to your host for your today, James D. Bennett, CFO. Please proceed.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Keisha. Welcome, everyone, and thank you for joining us on our second quarter 2011 earnings call. This is James Bennett, Chief Financial Officer. And joining me today are Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Please note that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties, and actual results may differ materially from those projected in these forward-looking statements. Additionally, we may make reference to adjusted net income, adjusted EBITDA, and other non-GAAP financial measures. A reconciliation of any non-GAAP measures we discuss can be found on our earnings release and on our website.

Also note that today's call is intended to address SandRidge Energy and not the royalty trust SandRidge Mississippian Trust I, ticker SDT. SDT will have a separate earnings call at 8 a.m. Central time on Friday, August 12.

Now let me turn the call over to Tom Ward.

## Tom L. Ward

*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Thank you, James. Welcome to our second quarter operational and financial update. As you've read, we have had a busy few weeks. I'll use this small amount of time to update you on our progress from the last quarter and give you a glimpse of our new acreage play in the Miss, plus the development of our three-year growth plan.

Yesterday, we announced the signing of a joint venture with Atinum Partners, a highly respected financial partner and energy investor based in Seoul. The joint venture encompasses the original Mississippian idea that we've been developing over the last few years. SandRidge will receive $500 million in consideration, composed of $250 million in cash at closing and $250 million in a carry structure over a three-year drilling term.

We will deliver 113,000 net acres of our greater than 900,000-acre Mississippian position. With this sale, we will have monetized $580 million of cash and $250 million of additional carried interest on an initial investment of roughly $200 million, and continue to own nearly 90% of our acreage. The transaction further substantiates that the Mississippian carbonate play is considered one of the best areas to drill in the U.S. today.



Copyright © 2001-2011 FactSet CallStreet, LLC

There have now been 92 wells operated by SandRidge with at least 30 days of production history. These wells have a 30-day rate of 297 barrels of oil equivalent per day, compared to the 244 barrel of oil equivalent per day rate used in the Netherlands Sewell type curve that has an EUR of 409,000 MBoe per well.

We have information on a total of 136 total wells with at least 30 days of production, and these wells have a 30-day rate of 284 barrels of oil equivalent per day. We calculate our type curve well to have in excess of 100% rates of return using a $3 million well cost. The play in total now has over 250 horizontal wells that have been drilled. Given the positive performance of our wells, we're now increasing guidance to 24.1 million barrels of oil equivalent in 2011, which is a 20% production increase over 2010, and we're projecting a corresponding 20% production increase in 2012 to 29 million barrels equivalent.

We've also announced our second horizontal Mississippian play, in which we have purchased over 200,000 net acres with a plan to be at a million acres by the end of this year. We do not anticipate spending any more per acre than we did for the original Mississippian acreage buy in Oklahoma and southern Kansas. This new play has all the same characteristics of our original Mississippian play. We are focusing on shallow carbonate, low-cost oil that can be acquired and drilled for approximately the same amount as we have invested in the current Mississippian play.

We also have and focus on thickness of reservoir and have chosen to stay in areas that have at least 250 feet of Mississippian thickness. We like carbonates because of the matrix porosity and permeability. However, maybe the most important factor in describing what we look for in a play is history. We want to understand what the production decline will look like several years into the play. The original Miss play had 7,800 vertical wells drilled within our buy area. The new Miss play has over 8,500 vertical wells drilled with very similar EURs to the current Miss, but even at shallower depths.

We also continue to believe that three wells per section is the appropriate estimate for wells in the Mississippian formation. The storage capacity to find 400 to 500 MBoe per well is found through matrix porosity, fracture porosity, and higher perm rock. Therefore, we are hesitant to drill too close, as we want to spend the least amount of capital to get the most oil and gas from the reservoir.

It is also impossible to predict with any accuracy how a reservoir will decline over a long period of time without some history of production. Within our areas of focus, carbonate wells have been drilled for decades, giving us confidence in that future well performance. We want to manage and minimize risk by investing in plays that will allow us to drill and complete wells with equipment that is plentiful and developing reservoirs that have a proven production history. The abundance of low-horsepower drilling and completion equipment has allowed us to keep our drilling costs relatively flat during the last two years, at a time when the industry's drilling costs have risen quite dramatically.

In summary, our strategy is quite simple. Drill in areas with historically proven production and keep our costs down while taking advantage of high oil prices to create strong rates of return. We then lock in these rates of return by hedging future oil production. We have already hedged over 30 million barrels of oil for the next three years and continue to be willing to hedge more.

Lastly, we're announcing a three-year plan, which by the end of 2014, we would have a self-funding capital program, debt-to-EBITDA ratio of less than 2 times, and maintain double-digit production growth. This plan incorporates bringing NAV forward by narrowing our drilling inventory in the Mississippian to approximately 10 years from the 25-year inventory we had on the first of this year and keeping our Central Basin Platform inventory and drilling schedule as it is today.


Copyright © 2001-2011 FactSet CallStreet, LLC

This goal is achievable with a capital budget of about $1.8 billion to $2 billion per year and would generate EBITDA over $2 billion in 2014. The outcome will be a company that doubles our 2012 production, a continued large inventory of drilling opportunities, and a very strong balance sheet with best-in-class results. Lastly, our 2014 plan does not assume any success we may have with our new Mississippian play.

I'll now turn the call over to Matt to further describe our plans in the quarter.

## Matthew K. Grubb

*President & Chief Operating Officer, SandRidge Energy, Inc.*

Thank you, Tom, and good morning to everybody. I will start with Q2 production, and then go into drilling performance, 2011 CapEx increase, and LOE.

We produced 30,400 barrels of oil per day and 189 million cubic feet of gas per day for an average of 62,000 barrels of oil equivalent per day in Q2, as compared to 28,700 barrels of oil per day and 192 million cubic feet of gas per day or 60,700 barrels equivalent per day in Q1. This is a 2% quarter-over-quarter production growth.

Considering the impact of 1,500 barrels of oil equivalent per day for the New Mexico asset sales in April, our quarter-over-quarter pro forma total production growth is nearly 6% and approximately 10% in oil production growth.

With an announced 2011 CapEx increase, we have also increased our 2011 production guidance from 23.3 million barrels of oil equivalent to 24.1 million barrels of oil equivalent. This is a 3.4% increase to our previous 2011 guidance and a 20% increase to 2010 production. Again, if we look at it on a pro forma basis for the New Mexico asset sales, this is approximately a 5.2% increase to the previous 2011 guidance. And if we add in the impact of Wolfberry sales early this year, our new guidance represents a 25% increase to 2010.

With our rig ramp-up plan in the horizontal Miss, which I will discuss further, we seek to grow total production another 20% in 2012 over 2011, and that represents a 35% increase in oil production over that same period. We anticipate producing about 16.7 million barrels of oil and 75 billion cubic feet of gas for a total of 29.1 million barrels of oil equivalent in 2012.

As mentioned earlier, we averaged 62,000 barrels of oil equivalent per day in the second quarter. With the continued success we are seeing in the horizontal Miss program, steady results of low-risk drilling, and an aggressive workover program on the Central Basin Platform, we have had a great start into the third quarter.

Our total production in July increased to 66,000 barrels of oil equivalent per day, where we averaged nearly 34,000 barrels of oil and 192,000 cubic feet of gas per day. During this period, we also saw a one-day high of 68,000 barrels of oil equivalent.

From a drilling standpoint, we are running 16 rigs in the Permian Basin and plan to maintain that level for the remainder of 2011. We drilled 197 wells in the Permian Basin in second quarter, bringing the total to 399 vertical wells drilled in the Permian Basin in the first half of this year.

With some movements in the drilling mix, we anticipate to drill a few more wells in the second half of the year. Our new projection is 834 wells drilled in the Permian Basin for 2011. This is 23 more wells than we had previously estimated for the year. Our Permian Basin activity is focused on the Central Basin Platform, where we've primarily drilled low-risk vertical San Andres and Clear Fork wells at depths from 4,500 feet to 7,000 feet.


Copyright © 2001-2011 FactSet CallStreet, LLC

In the horizontal Miss play, we currently operate 14 rigs and continuing to ramp up with a goal of exiting 2011 at 18 rigs. We drilled 38 horizontal Miss wells in the quarter, bringing that total to 61 new wells drilled in the first half of this year. With our current rig plan, we now project to drill 171 horizontal Miss wells in the year. That's 33 more that we had initially estimated.

As you have seen, we've increased our 2011 budget by $500 million to $1.8 billion total. The allocation for the increase is as follows: $150 million for drilling more wells in the Permian, and the Miss wells, including saltwater disposal wells. And also, that includes the adjustment of well costs in the Miss from $2.5 million to $3 million. There are also $50 million of non-op drilling in the Mississippian and increased workovers and recompletions in the company. The biggest part of the increase is in land. $275 million in additional land spending for acquisition of new acreage in the Central Basin Platform, and the new Mississippian play. And $25 million for oil field services in Midstream. We also have guided to a $1.8 budget in 2012, where we anticipate drilling about 850 wells in the Permian Basin and about 350 horizontal Miss wells in the Mid-Con next year.

We ended the quarter at $14.51 per Boe on LOE. This is $1.41 per Boe higher than the high end of our guidance of $13.10 per Boe. The higher LOE is due primarily to higher cost associated with the rapid growth of the horizontal Miss play in the Central Basin Platform. Securing right-of-way and equipment have been slower than we anticipated for our electrical infrastructure build-out in the Miss play, and as a result, we have had to rely on excessive use of rental generators and diesel fuel. This increased our LOE in Q2 by about $3 million, or $0.53 per Boe. In the Central Basin Platform where we have added nearly 400 new wells in the first half of this year, we've outpaced our saltwater gathering and disposal capacity and have had to rely more on trucking. This resulted in an LOE increase of about $0.32 per Boe.

During Q2, we also had some unscheduled operated and non-operated maintenance expenses in the Gulf of Mexico in the amount of $2 million, or $0.35 per Boe. But we don't expect this to be a recurring event.

Lastly, we have embarked on an aggressive workover and maintenance initiative in the Central Basin Platform to restore inactive wells, reduce wellhead pressures, and refracking old wells. These are typically quick payout, high-ROR projects that will create long-term value. We increased spending in Q2 by $2.6 million in that area, and that represents a $0.46 per Boe cost increase.

In total, this adds up to $1.66 per Boe. We are working aggressively to get ahead of our saltwater disposal and electrical issues in the Central Basin Platform, and the Miss play. But we anticipate it will take several more quarters to resolve. As a result, we have increased our LOE guidance to a range of $14.10 per Boe on the low side to a high of $15.50 per Boe, with a midpoint of $14.80 per Boe.

At this time, I'll turn the call over to James for financials.

---

## James D. Bennett
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Matt.

Our second quarter was very positive and eventful for SandRidge. Our production was on target. Results in our two oil plays continued to meet or exceed expectations, and our confidence in our asset base continues to grow. We continue to have success in raising capital this year, and announced two very significant transactions this week: the launching of a second royalty trust and a joint venture on our Mississippian play.


Copyright © 2001-2011 FactSet CallStreet, LLC

The combination of our large, high-quality asset base, and the ability to raise funds around these assets allow us to increase our capital program and bring forward the NPV of our drilling inventory, while at the same time, adding another potential oil play. Regarding our balance sheet liquidity, we will continue the monetization of assets and adhere to our goal of funding CapEx with non-debt sources of capital.

Touching on a few of our financial results, for the second quarter, our adjusted net loss was $2 million, or $0.00 per diluted share. Adjusted EBITDA was $156 million, or $182 million, including realized gains on out-of-period hedges, and operating cash flow was $134 million.

Recall that in April, we completed the IPO of SandRidge Mississippian Trust I, which is being consolidated into the financials of SandRidge. So, in the second quarter, you will see net income attributable to noncontrolling interest on the income statement, which reflects the impact of the 62% of the trust owned by the public.

Also, the actual quarterly EBITDA impact from the trust can be found in our reconciliation of adjusted EBITDA tables in our earnings release. SandRidge's second quarter adjusted EBITDA is up 7% over the first quarter 2011, and 18% versus the comparable period in 2010 as a result of higher oil production and higher realized oil prices, somewhat offset by a decline in gas production, and as Matt discussed, an increase in lease operating expenses.

Capital expenditures for the quarter were $454 million and $874 million for the year-to-date period. In terms of leasehold, as Tom mentioned, we launched the new Mississippian play and began acquiring acreage in the play. In the second quarter, we also added to our acreage positions in the original Miss, and the Central Basin Platform in the Permian Basin.

In our earnings release, we have updated full-year guidance and included initial production and CapEx guidance for 2012. In terms of 2011, we're increasing our production guidance by 3% or 800,000 Boe to 24.1 million Boe. We're also increasing 2011 CapEx by $500 million to $1.8 billion, reflecting the increase in the rig count in the Mississippian play, and leasing efforts in our second Mississippian play.

Recall that 100% of our drilling expenditures this year are directed towards oil as returns on our oil projects are superior to those on our gas assets. Other per-unit measures, including LOE, DD&A, and G&A have also been updated. As Matt discussed, we are seeing higher lease operating expenses and have guided that range up to $14.10 to $15.50 per Boe. While we think over time, we can bring these per-unit costs down as we achieve scale in Mississippian play, for now we feel it's prudent guiding at this higher level of LOE.

In terms of our capital raising efforts, this week we issued press releases for two pending and important components of our capital raising program. First on August 1, we launched the IPO of our second royalty trust, which we expect to close in mid-August and net proceeds to SandRidge of approximately $600 million. Second, this week we signed definitive agreements to enter into a joint venture and development agreement in our original Mississippian play. As discussed in more detail in the press release issued yesterday morning, this $500 million joint venture consists of $250 million of cash at closing and $250 million in the form of a drilling carry, which is expected to be utilized over a three-year period.

SandRidge will transfer a 13.2% working interest and approximately 860,000 acres, or approximately 113,000 net acres. Also note that in the JV order, we're not selling production or conveying an interest in any proved assets or HBP acreage. All of this is excluded from the AMI. The JV is expected to close in the fourth quarter.

The pending closing of these two transactions, combined with the $800 million in year-to-date closed asset sales, will fully fund our revised $1.8 billion 2011 capital budget and also, begins to fund our 2012 capital needs. With


Copyright © 2001-2011 FactSet CallStreet, LLC

the continued success of our capital-raising efforts, we feel very comfortable raising our 2011 and 2012 CapEx guidance to $1.8 billion.

Turning to our liquidity and balance sheet, at June 30, we had total debt outstanding of $2.9 billion, consisting of $80 million outstanding under our credit facility and $2.8 billion senior notes. This represents a $280 million reduction in total debt from March 31. As of August 1, we had $195 million outstanding under our $790 million credit facility, and available liquidity of $573 million. Pro forma for the over $800 million in proceeds from our two pending capital raise transactions we'll have approximately $600 million of cash on the balance sheet, no debt outstanding at our credit facility, and will have reduced our leverage by over a turn of EBITDA.

In terms of our hedging position, we continue to hedge our oil production. To summarize, our updated derivative position, which is outlined in earnings release, since our second quarter earnings, we have added oil hedges in the form of swaps for $6.4 million barrels at an average price of approximately $102 per barrel. For the remaining half year, we have approximately 71% of our guidance for liquid production hedged at $88 per barrel. And through 2015, we have 32.5 million barrels of oil hedged at approximately $93.

This concludes management's remarks. Keisha, I'd like to open up the call for questions.

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. [Operator Instructions] And our first question comes from the line of Neal Dingmann with SunTrust. Please proceed.

**Neal Dingmann**
*Managing Director, SunTrust Robinson Humphrey* Q

Good morning, guys.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.* A

Good morning.

**Neal Dingmann**
*Managing Director, SunTrust Robinson Humphrey* Q

Tom, maybe – could you address a little more on the new horizontal Miss play? Obviously, with the amount of money it seems like you've set aside with this new CapEx, is it safe to say that you've already kind of earmarked some acres that are likely be picked up for the remainder of the year? And if so, any color you could give in relation to – I understand it has a horizontal Miss perspective – kind of location versus some of these – the existing play?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.* A

Sure. We won't get into location, because we're still actively leasing. We've said we're at 200,000 acres. We think we can be at a million acres by the end of the year. That is all in our budget, although increasing our budget to $1.8 billion. The key is that it has tremendous history. So, in any play, whether it is sandstone, carbonates, or shale, the key to the play for SandRidge is that you have some kind of a history in place that you can estimate what future


Copyright © 2001-2011 FactSet CallStreet, LLC

production will look like, and then keeping your costs down is the second thing that we look at. So, being shallow and being able to drill in areas that don't have tremendous service cost pressure is the second criteria.

Then you look at shallow – as we talked about, carbonates we like. We know these types of reservoirs, so we're very comfortable with that, and then the other very important part of this is that it's oil. So, for all those criteria, plus having more vertical wells than in our regional play at same type of EURs make us very comfortable just as we were comfortable in doing the step-out program that we did inside our original Mississippian play.

---

**Neal Dingmann**
*Managing Director, SunTrust Robinson Humphrey*

Q

And then, Tom, either for you or Matt, just wondering, you mentioned, I think the CapEx went up a little bit for the new drilling cost. A little bit more – Matt, maybe, could suggest around what you're assuming for well costs. I think he'd addressed that a little bit, but obviously with the slightly higher CapEx, is that safe to say that costs will continue to creep up through the remainder of the year? Or what are you seeing around the horizontal Miss, and the Permian cost?

---

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Keep in mind that our cost inflation has stayed relatively flat, so in service costs, what we did, as we went into drilling in one specific area in Alfalfa County where we already had a saltwater disposal system in place, and we drilled those wells fairly close together and became very efficient at drilling.

And so we had service costs, or well cost – if you might remember, over the last year, started at $3 million and went down to the $2.5 million range, and so we made an estimate that we would be able to drill wells as we became more efficient at $2.5 million per well. What happened, as we moved into different areas with different types of rock, even though it's in the Mississippian, and brought in new rigs, our efficiencies actually went the other way. And so we moved back our cost to $3 million. And we feel like we'll be able to hit that number.

---

**Neal Dingmann**
*Managing Director, SunTrust Robinson Humphrey*

Q

Okay. And then just lastly -

---

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

And then also in the Permian, we aren't really seeing any service cost increase either. It's been relatively flat. So, the way to justify that is to say, look back at our June of 2009, we were locking in rates at what we thought were recession lows on service costs. And we estimated the cost of the San Andres well to be $500,000 per well. And this year – or just now when we launched our Permian Trust, the S-1 has in that $513,000 per well.

---

**Neal Dingmann**
*Managing Director, SunTrust Robinson Humphrey*

Q

So you mean the fracs are staying pretty stable in that, Tom? Frac costs?

---

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Yeah. Basically, all our service costs are relatively stable, compared to the rest of the industry.


Copyright © 2001-2011 FactSet CallStreet, LLC

**Neal Dingmann**
*Managing Director, SunTrust Robinson Humphrey*

Q

Okay. And then last quick question, just on that assumption you have for the 2014 sort of cash flow, what type of oil and gas prices are you assuming in there?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

That was as of the strip.

**Neal Dingmann**
*Managing Director, SunTrust Robinson Humphrey*

Q

Okay. Perfect. Thank you all.

**Operator**: And our next question comes from the line of William Butler, representing Stephens. Please proceed.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Good morning. Can you all talk a little bit about the current production rates on the Mississippian lime right now?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah. As a whole or on a per-well basis?

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

As a whole versus the 8,400 Boe average for the quarter.

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah. Give me just a second here. Right now, the Miss play is producing 15,720 barrels of oil equivalent per day.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Okay, and where was it at the end of the quarter?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

At the end of Q2 in June, we were probably right at just around 13,000 Boe.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Okay. Okay. Thank you. And then your CapEx that you've got outlined for 2012, that is already net of the $250 million, or part of the carry, correct?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Matthew K. Grubb** A
*President & Chief Operating Officer, SandRidge Energy, Inc.*

That's correct.

**William B.D. Butler** Q
*Research Analyst, Stephens, Inc.*

Okay. And what about – just help me on the current production coming out of the Permian Basin, if you would, also.

**Matthew K. Grubb** A
*President & Chief Operating Officer, SandRidge Energy, Inc.*

Yeah. Let me pull that up. The Permian Basin is currently producing – on a Boe basis for July it averaged 29,300.

**William B.D. Butler** Q
*Research Analyst, Stephens, Inc.*

Okay. All right, great. Thank you.

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Thank you.

**Operator**: And our next question comes from the line of Joe Allman representing JPMorgan. Please proceed.

**Joe D. Allman** Q
*Senior Analyst, JPMorgan Securities LLC*

Thank you. Good morning, everybody.

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Good morning.

**Joe D. Allman** Q
*Senior Analyst, JPMorgan Securities LLC*

Hey, Tom, just wondering on the new Mississippian play, why announce it now, and why give the details that you've given, including the formation that you're targeting?

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Because we were, including in our CapEx the spending for acreage.

**Joe D. Allman** Q
*Senior Analyst, JPMorgan Securities LLC*


Copyright © 2001-2011 FactSet CallStreet, LLC

Got you. Okay. All right. Okay, and I guess the reason for not giving more details is just you would think you would invite competition and raise their cost up. Is that right?

---

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

That's right. We wouldn't have announced it at all if we didn't need to disclose we were going to be spending more acreage on land.

---

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Got you. Okay. Okay, and then in terms of your screening process for looking at new plays, so could you just describe that somewhat? And then are you looking at additional plays in addition to this new Mississippian?

---

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

No, we're not looking to add to additional plays, but the screening process is just what I've mentioned. First of all, you need vertical well production. You need it to be shallow, it needs to be oil. And in our case, we like permeability and porosity. But if other plays that didn't even have perm and porosity had good well control and you could make high rates of return, we'd look at those types of rock, too. But in our case, we tend to like carbons because of their permeability and porosity.

---

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay. That's helpful. Thanks. And then with the Permian Trust that you launched, when do you expect to close that?

---

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

This is James.

---

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Hi, James.

---

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

Can't really comment specifically on the Permian Trust. We launched the road show and we would hope that in mid-August that's closed.

---

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay, that's helpful. And then in terms of your guidance that you gave, just to clarify, that already includes the production and CapEx related to the JV?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Yes. Yes, that's correct. That's adjusted for that.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay, thanks. And then lastly, in terms of financing needs, this $500 million is helpful. What do you view as additional financing needs? Do you feel like you need to go out and potentially do another royalty trust, or you need to do something else to help cover any cash flow shortfall?

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

Joe, what we said – we raised $800 million in proceeds this year. The royalty trust is pending, and the joint venture will fully fund all of this revised 2011 $1.8 billion plan and also, carry over into '12. So, we have a deficit in '12 that we'll start to fill, and we've always said we have several ways of doing that.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

And, Joe, keep in mind, we still have 90% of our – basically 90% of our Mississippian – and the original Mississippian that we own. And we like the ways that we've chosen to finance so far.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay. All right, that's very helpful. Thank you, everybody.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: And our next question comes from the line of Dave Kistler representing Simmons & Company. Please proceed.

**David W. Kistler**
*Director, Simmons & Co. International*

Q

Morning, guys.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Good morning.

**David W. Kistler**
*Director, Simmons & Co. International*

Q

Following up on Joe's question there. Looking at the JV you guys announced yesterday, no production was sold into that. How many PDP wells have you guys built up year-to-date, and what does the balance look like for the


Copyright © 2001-2011 FactSet CallStreet, LLC

rest of this year in the Miss lime? The rationale for the question being that certainly would set up to support another royalty trust and could give us an idea of the magnitude of that royalty trust.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Sure. I think – what I had was only numbers with 30-day...

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

We drilled a total of 111 wells, horizontal Miss wells, thus company-operated wells. And so, the first Mississippian Trust, I believe, had 37 PDP wells in it. And so, if you can do the math there and you can see what's available for another trust, if we decide to do so.

**David W. Kistler**
*Director, Simmons & Co. International*

Q

Wouldn't a portion of that, though, have been captured in PUD drilling for the trust as well?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

A portion of it is. Yeah, you're right. And I don't have that number right top of my head, how many wells that is.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

And, Dave, you'd also have to decide how large of a trust that you want to do if you chose to do one.

**David W. Kistler**
*Director, Simmons & Co. International*

Q

Exactly. And that's kind of what I'm getting at. It looks like certainly there'll be enough PDPs not associated with the royalty trust to maybe have a royalty trust 2x the size of the first one. Is that unreasonable?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

We'd have more than enough available today to do one at least as large as the first.

**David W. Kistler**
*Director, Simmons & Co. International*

Q

Okay.

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

I do want to comment. We do have a royalty trust call next Friday that will go into details on exactly how many wells we're drilling in the trust, and so forth.


Copyright © 2001-2011 FactSet CallStreet, LLC

**David W. Kistler**
*Director, Simmons & Co. International*

Q

Okay. That's helpful. And then just on the financing line as well, looking at the revolver right now, I know in the past you've had the opportunity to take it higher. But now with these trust vehicles falling into place, can you guys comment a little bit on how reserves associated with the trust work as far as a credit facility, and whether or not those fall into your reserve-based lending?

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

Yes, Dave, it's James. It's a good question. The reserves associated with both trusts have always been excluded from our credit facility in terms of the borrowing base. So, the borrowing base has an interest in really collateral and all the assets of the company. But the reserves associated with those, we pulled those out before we did any of our redeterminations. So, even the spring redetermination didn't include any of the reserves for the pending royalty trust. So, that will have no impact on our borrowing base. And if you'll recall, in the spring we were almost three times overcollateralized on a PDP PV-9 basis in our revolving credit facility. So, if we wanted to, we feel we could have increased it, but really didn't plan to be in our revolver much this year.

**David W. Kistler**
*Director, Simmons & Co. International*

Q

Okay. And then I guess kind of the last question on financing would be, clearly it looks like a royalty trust is still on the table. JV market, as of yesterday, still seems robust. Where do we stand as far as thinking about equity as well?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Well, as you know, what I've always said is that we – there are basically six types of financing that we could do. We feel like that we have enough debt. So, we want to grow into our debt. That's why we have a debt-to-EBITDA goal of less than 2. We feel like that we have enough preferred out. We'd rather not sell gas assets in a depressed gas market. So, that kind of left us with the three options being joint ventures, and the royalty trusts and equity. Now, I've never said we're going to issue equity. I've just said that they're the last three options that we have.

**David W. Kistler**
*Director, Simmons & Co. International*

Q

Okay, that's helpful. I've monopolized a little time. I'll let somebody else hop on.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: And our next question comes from the line of Mark Hanson representing Morningstar. Please proceed.

**Mark Hanson**
*Analyst, Morningstar Research*

Q


Copyright © 2001-2011 FactSet CallStreet, LLC

Hey, good morning, guys. Say, would you mind talking a little bit about what backlogs look like right now in Central Basin, Permian, and Horizontal Miss? Just wondering – wells waiting on completion, and then waiting on tie-in, and what normalized run rates might look like.

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Backlogs for SandRidge is what – I assume that's what you're asking about?

**Mark Hanson**
*Analyst, Morningstar Research*

Q

Yes.

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah. I mean, in the Permian Basin, we're always running about 30 wells that are rig released, waiting on frac, and that number really hasn't moved much in the last six months. And in the Mississippian, we usually frac these wells within seven to 10 days after we rig release, and there may be five or six wells out there that's waiting on fracs right now.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

So I think maybe your question is, are we being backlogged by infrastructure or services, and no, we're not.

**Mark Hanson**
*Analyst, Morningstar Research*

Q

Okay. And then beyond 2012, do you anticipate holding the rig count in the horizontal Miss at 24?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

No, we anticipate in this growth environment – or growth strategy that we have, we would end 2012 at 30 rigs. Now, keep in mind, if the world were to change, we have an excellent hedge book, and we can always move that back. So, the plan today is to add a rig a month in the Mississippian to be at 30 rigs at the end of 2012.

**Mark Hanson**
*Analyst, Morningstar Research*

Q

Okay, great. And then what is your current working interest -

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Sorry, so that gets us to what we've mentioned is an average of 24 rigs during the year 2012. That's what's in our project.

**Mark Hanson**
*Analyst, Morningstar Research*

Q


Copyright © 2001-2011 FactSet CallStreet, LLC

Okay. And then can you – accounting for the JV here, can you give us what your working interest right now is across all your horizontal Miss position?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, counting the JV, we'll probably be around 70%.

**Mark Hanson**
*Analyst, Morningstar Research*

Q

Okay, great. Thank you, guys.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: And our next question comes from the line of Gil Yang, representing Bank of America Merrill Lynch. Please proceed.

**Gilbert Yang**
*Analyst, Bank of America Merrill Lynch*

Q

Hi, good morning. The workover activity that you talked about is in the Permian, I presume?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yes, that's correct.

**Gilbert Yang**
*Analyst, Bank of America Merrill Lynch*

Q

Okay. The saltwater disposal issues, should we think of that as an ongoing, somewhat perpetual issue, or do you ever catch up in terms of the infrastructure that you can build out? And does that infrastructure peak long before you peak on the well activity?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, I really think we'll catch up. I think part of it was – the part that takes the longest is waiting on a disposal permit from the Railroad Commission in Texas. That's taking some extra time. But from a planning process, we have gone out there and planned ahead going through the end of this year and into 2012. So, to the extent we get those permits in the next few months, we should be able to catch up at least on the 10,000 barrels a day right now that we're having to truck. And I think we'll probably – no one there's taken [indiscernible] (36:29) for permits, we should be able to plan ahead and do a better job going forward.

**Gilbert Yang**
*Analyst, Bank of America Merrill Lynch*

Q

I'm sorry. These disposal wells you said, are in Texas?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

In the Permian Basin. Yeah, the Permian Basin's in West Texas.

**Gilbert Yang**
*Analyst, Bank of America Merrill Lynch*

Q

No, no, no. I thought the saltwater disposal issues were in the Mississippian area.

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

No, no, we don't have any disposal issues in the Mississippian. We're just waiting on some electrical infrastructure to be built there.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

So what is the misnomer is that the Mississippian is the only place in the country that produces water. Today, we produce about 150,000 barrels a day of water in the Central Basin Platform on wells we operate. So, we take care of the vast majority. We've just been drilling at a very fast pace, and have outrun that for the near term. We'll be able to drill disposal wells over time and catch that up.

**Gilbert Yang**
*Analyst, Bank of America Merrill Lynch*

Q

Okay. And in terms of the well costs, you went from $3 million to $2.5 million to $3 million. With the new rigs that are maybe less efficient, and the new areas that you're less experienced in, do you think that you'll go back down to $2.5 million at some point?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

I think that's our goal, but right now, we're just saying that the play is so new that you're going to keep on bringing in new rigs and you're going to keep on drilling new areas – and when I say a new area, that's really township by township. So, across a 6.5 million acre play, there are a lot of townships to drill in. So, for the near future, as we go out through our plan, we don't anticipate cutting that well cost.

**Gilbert Yang**
*Analyst, Bank of America Merrill Lynch*

Q

Fine. Thank you.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: And our next question comes from the line of Craig Shere representing Tuohy Brothers. Please proceed.


Copyright © 2001-2011 FactSet CallStreet, LLC

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Hi, good quarter.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Tom, you rightly mentioned again that you all have no interest in selling the gas properties, and you've recently been commenting about an expectation with – maybe with the Haynesville and Barnett rolling over, that 2012, we might see a nice recovery there, and you might get some good value in a year or two out of that kind of ace up your sleeve, so to speak. But more recently, unfortunately, we're seeing an impact on demand with economic conditions. I just wonder if you could comment about your perspective on the gas market, and the value that's kind of hidden in your portfolio today.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Sure. I can give a perspective. Keep in mind it's just my perspective. But I believe that we are – we do have a lot of supply of natural gas. And that at these prices and bringing on new capacity in the Haynesville, that you'll still see our supply here in the near term. But we believe 2012 will be a better natural gas market than it is today. I don't believe it will compete with oil in the future. And so, we'll continue to concentrate on oil and look for a time to be able to do something with our gas assets. And we think – we don't know when that is. But I don't think it is necessarily out of the question that we couldn't start looking at that in the next year or so.

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.*

Q

And I think you've mentioned before you wouldn't initially jump right into a sale on properties you haven't worked on for a while, so there'd be a little CapEx ahead of a final sale. Is that correct?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Well, we haven't even anticipated it. So, the speculation would be is that you would want to – any field that hadn't had any work in it in some time you'd want to spend some capital with the idea of selling it. So, that could be.

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Sounds great. Thank you.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.


Copyright © 2001-2011 FactSet CallStreet, LLC

**Operator**: And our next question comes from the line of Duane Grubert representing Susquehanna. Please proceed.

**Duane Grubert**
*Senior Analyst, Susquehanna Financial Group LLP*

Q

Yeah, guys. I'm impressed you've got remarkable consistency of production across the Oklahoma and Mississippian wells. What do you guys envision is going to be the driver of efficiency improvements in terms of the wellbore? We always want you to have lower well costs through drilling times and all that, but is there anything about the physical design of the well or the frac that you see as a particular focus area going forward?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, I think as we – our drilling so far from end-to-end is probably something in the order of 130, 140, 150 miles apart. And so, as we know – as we learn more about the geology in each of the different areas a little bit better on a granular basis of exactly what kind of rock we're cutting, we'll do a better job of bit selection in those areas. And I think that could add a day or two there, or save you a trip or two during the process. And as we move up and do more drilling in Kansas in 2012, that is probably – have an opportunity to drill 500 feet to 1,000 feet lower, so that's going to add – take off a couple days also.

And we continue to try different types of completions. We've gone from 14, 15 stages at the beginning of this play in early 2010, then we went to 11 or 12 stages, then we went to eight stages, and we're continuing to break that down. We've pumped probably half a dozen wells with six stages of fracs and have not seen any difference in IPs, so that will cut some costs also. So, yeah, there are things that we're continuing to learn and continuing to do that I think over time will continue to improve on the cost side.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

And, Duane, even as we have – again, this is 150 miles apart of wells – you're going to have some wells that have a higher GOR than others have more oil. And we'll continue to work on our types of lifting, whether it's ESPs or gas lift. The ways that we drill wells in different areas will improve for the production site out into the future. So, we still are very early in the play. But you're right, the consistency across the play has been very good.

**Duane Grubert**
*Senior Analyst, Susquehanna Financial Group LLP*

Q

Okay. And kind of a related question. You're about to spend a lot more money and, granted, a lot of it's for land. What kind of staffing up do you need to do? And how is SandRidge fundamentally changing culturally and technically in terms of its mix with your go-forward plan?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Well, we already had a great staff in place, and we've moved from drilling gas wells into drilling oil wells, and have moved the appropriate people into new areas. So, keep in mind, in 2008, we had 47 rigs running. So, the staffing here has been good. We do continue to hire new people, great people, and so we don't see staffing as an issue.


Copyright © 2001-2011 FactSet CallStreet, LLC

**Duane Grubert**
*Senior Analyst, Susquehanna Financial Group LLP*

Q

Okay. And then sort of related again, in terms of vertical integration with your rig fleet, do you intend to pick up any more rigs, or any other kind of service investment with your increased activity?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

We mentioned in the last call that we anticipate – we haven't seen it yet, but we anticipate – that there would be an increase in drilling in the Mississippian play in Oklahoma and southern Kansas. And with that, we thought there might be a tightening in the 1,000 horsepower rig fleet. But so far, we haven't seen that, and we've been able over the last quarter to go out and make contracts, and so far, haven't had the necessity to be buying equipment. So, if it looks like we can continue to fund – to keep the rigs that we have and not have to increase, that's our goal.

**Duane Grubert**
*Senior Analyst, Susquehanna Financial Group LLP*

Q

Okay. And then one final one, just a real short answer, to definitively on the joint venture you just did. So, I heard you say you sold no wells, no production. Is it also true there's no PUDs on the books that got sold with that transaction?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

No, that's not correct. So, the joint venture would be outside of units that are producing. So, there would be some PUDs that could have been in the joint venture and some PUDs that might not have been.

**Duane Grubert**
*Senior Analyst, Susquehanna Financial Group LLP*

Q

Very good. Thank you.

**Operator**: And our next question comes from the line of Peter Kissel, representing Howard Weil. Please proceed.

**Peter F.F. Kissel**
*Research Analyst, Howard Weil, Inc.*

Q

Hi, good morning, guys. Most of my questions have been answered, but I had a quick question on the natural gas production. Guidance got a nice little bump, and the quarterly production looked a little bit better than what we were looking for. And my question is, is that more due to a shallower decline than expected in the West Texas Overthrust? Or is it more just associated gas in the Permian and Mississippian?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, are you talking about for 2011?

**Peter F.F. Kissel**
*Research Analyst, Howard Weil, Inc.*

Q

Yes, exactly.


Copyright © 2001-2011 FactSet CallStreet, LLC

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.* — A

It's really – our gas decline outside the Permian, and the Mid-Con, and the non-active areas have been fairly consistent with what we predicted earlier in the year. But what we are seeing is more gas in the Mississippi drilling, not the expense of oil, but certainly a higher gas rate than what we have projected on the type curve.

**Peter F.F. Kissel**
*Research Analyst, Howard Weil, Inc.* — Q

Got you. Okay, that's helpful. Thanks, Matt. That's all I've got. Thanks, guys.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.* — A

As you think about that and looking at the 30-day rate, it's above the type curve, and that's mainly with gas.

**Peter F.F. Kissel**
*Research Analyst, Howard Weil, Inc.* — Q

Thank you.

**Operator**: And our next question comes from the line Hsulin Peng, representing Robert W. Baird. Please proceed.

**Hsulin Peng**
*Senior Research Analyst, Robert W. Baird & Co. Equity Capital Markets* — Q

Good morning. This is Hsulin. My question is regarding your three-year strategic plan. Can you talk about the growth rates that you're assuming for production in 2013 and '14? Is it similar to the 20% for '11 and 2012?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.* — A

Well, we just said that we'll be comfortable with double-digit production growth.

**Hsulin Peng**
*Senior Research Analyst, Robert W. Baird & Co. Equity Capital Markets* — Q

Okay. And then in terms of your target debt-to-EBITDA less than 2 times, is that a goal by the end of 2014, or would you like to see that earlier, say, next year or '13?

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.* — A

That's a goal by 2014.

**Hsulin Peng**
*Senior Research Analyst, Robert W. Baird & Co. Equity Capital Markets* — Q

By 2014, okay.


Copyright © 2001-2011 FactSet CallStreet, LLC

**James D. Bennett** — A
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

By the end of 2014.

**Hsulin Peng** — Q
*Senior Research Analyst, Robert W. Baird & Co. Equity Capital Markets*

The end of 2014, got it. Okay, great. Thank you.

**Tom L. Ward** — A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Thank you.

**Operator**: And our next question comes from the line of [ph] Derrick Jumper (47:01) representing DW Investment Management. Please proceed.

**Dan Chandra** — Q
*Principal, DW Investment Partners LLC*

Hi, guys. It's actually Dan Chandra on Derrick's line. Morning. I have a couple of questions. First, you went through – and I've been on and off the call, so I apologize if you've covered this in more detail. In the opening comments you mentioned that your LOE costs went up $1.66, and you gave the different components of it. How many of those are really going to last or going to be recurring for a long period of time? Or are they mostly just one-time things for the next quarter or two?

**Matthew K. Grubb** — A
*President & Chief Operating Officer, SandRidge Energy, Inc.*

Yeah. I think what will be recurring for a long period of time is our workover program, because we're drilling – now you're looking kind of drilling 1,000 wells a year. You'll have continued workovers and just general well work.

What's not going to be recurring, it was the offshore maintenance work to heal the BP tragedy there in Gulf spill. Of course, all the regulatory bodies kind of got everybody to look at their platforms pretty closely. And all that came in Q1, where we did some corrosion mitigation on our platform, as well as our partners in the non-op platform, but I think that's behind us now.

And then the other two LOE items, or two items that increased LOE, it had to do with saltwater disposal and electrical infrastructure in the Mid-Continent, and the saltwater disposal issue in the Central Basin Platform. Those will continue to mitigate over time. We – really just taking us longer on the electrical side to get right-of-way and to get equipment order, and so we had to rent a bunch of generators to keep up with the wells we're drilling in the Mid-Continent. And then in the Permian Basin, we just added so many wells so fast this year that we got behind on the disposal issue. But we'll be, I think, working those off in the next two or three quarters.

**Dan Chandra** — Q
*Principal, DW Investment Partners LLC*

So of the $1.66, only really $0.46 per barrel is what we should expect as long-term increased cost?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah. I'm hoping really by the end of this year to see that $1.66 down to $1, somewhere in that range. And then going forward, from there, to whittle that down further.

**Dan Chandra**
*Principal, DW Investment Partners LLC*

Q

Great. Thanks. Can you give us a sense of what the absolute minimum CapEx you need to do is, in the year, aside from all these obviously very value-added projects? Like what you really need to do per quarter – or per year?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

For 2011?

**Dan Chandra**
*Principal, DW Investment Partners LLC*

Q

2011, 2012.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Sure. Well, in 2011, we're basically on course to do the $1.8 billion because we're buying the acreage for the new play, and are moving up our drilling, as we mentioned. In 2012, you do have a lot of options ahead of you. And so, if things were to deteriorate this fall, and we had a reoccurrence of 2008 – we went from 47 rigs to four rigs in 2008 to 2009. So, we have the ability to change, and as we did in 2008, we had a great hedge book in 2008 that allowed us to go through a time of cutting back rigs. And most of – all of the Permian Basin was HBP. And then in the Mississippian, we could cut back to a very – we could cut back rigs even to – where we were at the first of the year is only a $1.3 billion, including land.

**Dan Chandra**
*Principal, DW Investment Partners LLC*

Q

Great. That was what I was getting at. Thanks very much.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: And our next question comes from the line of Dan Morris (sic) [Morrison] representing Global Hunter. Please proceed.

**Dan J. Morrison**
*Managing Director & Senior Analyst, Global Hunter Securities LLC*

Q

Hi, guys. Thanks. It's Morrison. Most of my questions have been answered, but you such a huge ramp coming in the Miss rig count. Could you sort of -


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward** — A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

I'm sorry, Dan. I'm not catching -

**Dan J. Morrison** — Q
*Managing Director & Senior Analyst, Global Hunter Securities LLC*

Can you hear me now?

**Tom L. Ward** — A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Yes.

**Dan J. Morrison** — Q
*Managing Director & Senior Analyst, Global Hunter Securities LLC*

Sorry about that. You've got such a huge ramp coming in the rig count in Mississippi. Can you kind of walk us through how that's going to scale up?

**Tom L. Ward** — A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Sure. It's really a rig a month.

**Dan J. Morrison** — Q
*Managing Director & Senior Analyst, Global Hunter Securities LLC*

A rig a month. Starting now or -

**Tom L. Ward** — A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Already started, yes.

**Dan J. Morrison** — Q
*Managing Director & Senior Analyst, Global Hunter Securities LLC*

Okay. Great. Thanks.

**Tom L. Ward** — A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Thank you.

**Operator**: And our next question comes from the line Scott Hanold representing RBC. Please proceed.

**Scott Hanold** — Q
*Vice President, RBC Capital Markets Equity Research*

Yeah. Good morning, guys.


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Good morning.

**Scott Hanold** Q
*Vice President, RBC Capital Markets Equity Research*

Looking at your targets for 2014, I mean, how much external capital do you think you need in total? And sort of talk to the timing of when you'd like to see some of this in place to go forward?

**James D. Bennett** A
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Sure. We have two transactions pending, as we said, that'll fund all of '11 and fund into '12. I don't think we're going to project an exact amount of capital that we need to get through '14. You can model it out. And we've said – we continue to say that we don't look to add to our debt load, rather to grow into it. And I think you'll see us use some of the same monetization methods we have this year to fill that funding gap.

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

And you should also think that we have thought about how we're going to fund that, and have plans to move forward into '11 or early part of '12 before it's needed, obviously.

**Scott Hanold** Q
*Vice President, RBC Capital Markets Equity Research*

Okay. That's pretty clear. And in terms of drilling in the old Miss, can you talk about any kind of step-out results that you've had recently? And obviously, you guys were active up in Comanche County, and is your recent activity still pretty much focused in, I guess what I would call sort of the center or the core of they play? Or what do some of the step-outs look like?

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Well, that's in between – we did three step-outs that we gave slides on that were the furthest extent of the play in basically each direction. So, there is nothing further out than that, that we've tested. And so everything by definition is inside of the step-outs that we had that were all above our type curve wells. So, it doesn't mean that everything is – I don't know how you define a core whenever you have really all of these vertical wells across the whole play, and we're seeing very consistent results across four counties. So, yes, it's all within the three step-out wells.

**Scott Hanold** Q
*Vice President, RBC Capital Markets Equity Research*

Okay. Appreciate that. And have you guys, in the new Miss, have you – when is the plan to spud your first well out there?

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*


Copyright © 2001-2011 FactSet CallStreet, LLC

In the -

---

**Matthew K. Grubb** A
*President & Chief Operating Officer, SandRidge Energy, Inc.*

That's the new Miss.

---

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Oh, the new well? Is that what you said?

---

**Matthew K. Grubb** A
*President & Chief Operating Officer, SandRidge Energy, Inc.*

The new Miss play.

---

**Scott Hanold** Q
*Vice President, RBC Capital Markets Equity Research*

No, no, the new Mississippian play at the end of I guess the word is undisclosed. When do you plan on spudding your first well?

---

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Oh, we don't have plans yet.

---

**Scott Hanold** Q
*Vice President, RBC Capital Markets Equity Research*

Okay. But you'll be active there, I would assume, by the early part of 2012. Is that a fair statement?

---

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Well, we'll be acquiring acres this year.

---

**Scott Hanold** Q
*Vice President, RBC Capital Markets Equity Research*

Okay. Thank you.

---

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Thank you.

---

**Operator**: And our next question comes from the line of Chris Pikul representing Morgan Keegan. Please proceed.

---

**R. Chris Pikul** Q
*First Vice President, Morgan Keegan & Co., Inc.*


Copyright © 2001-2011 FactSet CallStreet, LLC

Yeah, thanks. Can I just get a little more strategic color on the JV? Did you have an appetite for a potentially bigger transaction? And then just – are you still, kind of looking to hold of that 500,000 acres net to SandRidge, or are you thinking about that extra acreage for further monetization possibilities?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Well, it's possible, sure. We like smaller partners, financial partners. And so the idea of one very large partner wasn't as appealing to us. The average JV that's been sold is – [ph] James [indiscernible] (54:50) it's approximately 42% so far, and ours is 13%. So, what we're trying to do is keep as much of a great play as we can and still bring NAV forward. So, that's the basic two reasons. And then to just deal with a great partner you're going to have a very long relationship with, and we felt like Atinum was perfect.

**R. Chris Pikul**
*First Vice President, Morgan Keegan & Co., Inc.*

Q

As far as the value of the deal, the implied acreage value – this is kind of a loaded question, but do you feel like this is sort of a first step in establishing a potentially higher value as the play gets further proved up and developed? Or is that part of a smaller -

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

We continue to feel like the play is meeting to beating our expectations as we produce more than our type curve, so I can't answer that we'll be able to have a higher price if we chose to do another one. But we don't think that there's anything deteriorating yet in the play at all.

**R. Chris Pikul**
*First Vice President, Morgan Keegan & Co., Inc.*

Q

Great. Thanks, Tom.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: And we have a follow-up question coming from the line of William Butler representing Stephens. Please proceed.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Hi, there. I just wanted to get a little more color maybe on the Mississippian lime, the ramp that – sort of going from the first quarter through the second quarter. It looked like back in mid-May, you were producing over 1,200 Boe a day. Did something happen in June, in terms of infrastructure or services to sort of slow it down? It seemed like you should have been a little bit north of the 8,400 Boe, I guess, is where I'm getting at.

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, I'm not sure where those numbers are. Let me start with the rig count. In the first quarter of this year, we averaged about eight rigs for that quarter. In the second quarter, we probably averaged 11 rigs. And now we have



Copyright © 2001-2011 FactSet CallStreet, LLC

14 rigs running. And so, in the first quarter in the Miss play – yeah, in the first quarter, our Mid-Continent production, which is primarily Mississippian, was 8,200 – call it 8,300 barrels equivalent per day. In the second quarter, it was 11,100 barrels equivalent per day.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Okay. And of that 8,400 Boe a day, was Mississippian of the 11?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

No, no, no. We're talking about two different timeframes, two different quarters. The first quarter the Mid-Continent was 8,300 Boe. And then in the second quarter, it increased up to 11,100 Boe. And that's all due to the horizontal Mississippian drilling.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Okay.

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

All right?

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Okay. And I guess, one other question is, could you – so, in terms of the JVs, you are – I mean, you wouldn't JV any more – or a higher working interest to a separate party? That sort of funding method is kind of behind us now in terms of on that – the Mississippian lime makers in Oklahoma. Would that be accurate?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

No, that's not accurate.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

You could do more there?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

We still have that option, yes.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Okay. So, you could do that with a different partner, and that would – there's nothing that prohibits you from doing that, I assume?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

No, nothing prohibits us.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Okay.

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Also – and back to your first question about the Mississippian production. We just post a new presentation in our slide book. And I think on Page 16, it shows how that production has ramped up over time.

**William B.D. Butler**
*Research Analyst, Stephens, Inc.*

Q

Okay, wonderful. Thank you, guys.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: Our next question comes from the line of Richard Tullis representing Capital One Southcoast. Please proceed.

**Richard M. Tullis**
*Senior Analyst, Capital One Southcoast, Inc.*

Q

Thank you. Good morning. I think a lot of my question have been touched on. But, Matt, I just wanted to go to the spacing question in the old Mississippian play. I know you guys are using a little wider spacing than what, say, Chesapeake and Range, talked about last week, with a pretty good success. Could you talk about the difference in your methods there?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Well, I think what it tells you is that we have a lot of upside there, if they're correct. Right now, we have approximately 900,000 acres in the old Mississippian play that we're working on. So, there's really no reason for us to go and experiment with increased density drilling on a 640-acre section. And as we know, the tighter the spacing before you get a lot of reservoir knowledge and lot of time on how a horizontal well is going to perform, the tighter the spacing certainly introduces more risk to the reserves. And so, maybe we're conservative; maybe not. But right now we feel the correct spacing is three wells per session.



Copyright © 2001-2011 FactSet CallStreet, LLC

**Richard M. Tullis**
*Senior Analyst, Capital One Southcoast, Inc.*

Q

Okay, and then the last question for me is, have you thought about the low end of your EUR range? Is it still in that 300,000 barrel neighborhood, given the performance you've had, I guess, against your tight curve with your first 100-plus wells?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah. We haven't changed the range. It's still 300,000 to 500,000 barrels of oil equivalent per day. We will revisit the type curve during the year and make a decision at that time whether we want to change the type curve in the range or not. But that's – we're not there yet.

**Richard M. Tullis**
*Senior Analyst, Capital One Southcoast, Inc.*

Q

How many of your first wells would you put, say, in the lower quadrant of that range?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Well, I think the way to – maybe you can explain that or look at it – is in the first trust that we did, there were 37 wells, and one of those we defined as would not pay back.

**Richard M. Tullis**
*Senior Analyst, Capital One Southcoast, Inc.*

Q

Okay. All right. Thanks a bunch. I appreciate it.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: [Operator Instructions] And our next question comes from the line of Noel Parks, representing Ladenburg Thalmann. Please proceed.

**Noel A. Parks**
*Research Analyst, Ladenburg Thalmann Securities*

Q

Good morning.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Good morning.

**Noel A. Parks**
*Research Analyst, Ladenburg Thalmann Securities*

Q


Copyright © 2001-2011 FactSet CallStreet, LLC

Just a quick question. Back in the Permian, any update or thoughts on deeper targets on the Central Basin Platform, or sort of your exploration focused so much on the new plays, Mississippian, et cetera, that that's on the back burner?

---

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

No. We drill deeper targets in the Central Basin Platform. I don't know if you mean Ellenberger is a deep target, and we drilled some Ellenberger wells. We drill Wichita-Albany and Clear Fork and San Andres and Grayburg. So, we do test deeper targets across the Permian.

---

**Noel A. Parks**
*Research Analyst, Ladenburg Thalmann Securities*

Q

Okay. Anything significant as far as representing a new project in your legacy areas there?

---

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

No. We just have one type curve for the entire Central Basin Platform. And we continue to work on that.

---

**Noel A. Parks**
*Research Analyst, Ladenburg Thalmann Securities*

Q

Great. That's it for me.

---

**Operator**: We have a follow-up question coming from the line of Joe Allman, representing JPMorgan. Please proceed.

---

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Yes. Thank you, everybody. I love your comments about the – calling the Mississippian play in Oklahoma and Kansas the "old Miss." So – it's actually not that old, it seems to me. And maybe that's just Scott Hanold who got Matt to call it the old Miss. In terms of the $3 million costs for the old Miss, just to clarify, that does include the saltwater disposal?

---

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

That does not.

---

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, that does not.

---

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay. So, if you were to allocate the cost to the well, would you make it $3.2 million per well?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*
A

That's correct.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*
Q

Okay, that's helpful. And then to the Central Basin Platform, could you just describe the water disposal issues you've had out there, and what's the solution, what's the timetable?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*
A

Really, we just outdrilled our disposal capacity with the nearly 400 wells we put online in the first half of this year. And really the issue only is waiting on a permit, so we convert some more disposal wells.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*
Q

Okay. So, you've got permit applications, and you're waiting for the permits to get approved?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*
A

Yes.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*
Q

Okay. And how many water disposal wells do you need to drill, and what's the cost associated with that?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*
A

I think we may drill one new one, but we're looking at converting four or five oil well bores to disposal wells. So, very quick projects as soon as the permits come in.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*
Q

Okay. So, not a big CapEx expense? And then not a lot of time, and that'll take care of you for what period of time?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*
A

I think it'll take care of us for the rest of this year. And then we'll just have to continue to stay on top of it going forward.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*
Q


Copyright © 2001-2011 FactSet CallStreet, LLC

Okay, that's helpful. And then back to the type curve question – so I think the type curve you're using is 409,000 Boe. How much of that is oil, and how much of that is gas? And then you've talked about wells doing better than type curve and that incremental volume being primarily gas. Could you describe that for us? So above the 409,000 Boe, how much – what's the trend above the 409,000 Boe, or where are those wells trending towards in terms of an EUR? And so how much incremental gas are you actually seeing?

### Matthew K. Grubb
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, starting with the type curve. The type curve that represents 409,000 barrels of oil equivalent is almost 50/50. I think it's actually 48% gas and 52% oil, and I can't remember exactly the number, but on a first 30-day IP base, as you're looking at probably 650 to 700 Mcf a day and probably 120 barrels of oil a day, somewhere in that neighborhood. And so, as we drill out the wells – and Tom mentioned that the 30-day numbers are higher than the 244 barrels of oil equivalent, most of that is really on the gas side. Instead of seeing, on average, of 650, 700 Mcf a day, we're probably over a million a day on average on the gas side. And that's what's driving the initial IPs – the 30-day IPs – higher than the type curve.

### Joe D. Allman
*Senior Analyst, JPMorgan Securities LLC*

Q

Got you. So, I imagine you're seeing some wells below, some wells above, but on average, you're seeing – is that right? Of the wells you've drilled so far, collectively, you're seeing the wells actually doing better than that 409,000 Boe type curve?

### Matthew K. Grubb
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Well, I would say that – I'd be comfortable with saying that on average, we're seeing higher IPs than what represents the 409,000 Boe type curve. But I want to hold off on the EUR until the end of the year when we revisit everything.

### Tom L. Ward
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

And Joe, on that same slide show, Page 16 shows the first 30 days or the 30-day rate.

### Joe D. Allman
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay, got you. All right, that's helpful. Thanks. And then – okay, in terms of the new Miss, Tom, you mentioned no specific plans to drill. And I mean, what's the reason for that? Is that you just don't want to have other folks get data and invite them? 66:02

### Tom L. Ward
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

It's very simple. We know that the oil's in place because we've done 8,500 vertical wells drilled. So, why would you need to go out and pinpoint where you're trying to locate the play or where the play is whenever we already know that the oil's in place?



Copyright © 2001-2011 FactSet CallStreet, LLC

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay, okay, I got it. So, there's a competition aspect to this thing as well.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Sure. I'd rather we were not even talking about it today.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay. Agreed. And then – okay. And then in terms of just – in the past you've talked about selling off half of your old Miss position, and that now you're saying you want to keep as much as possible. And I thought that one reason for selling off half was that you just – you didn't think that you could develop a huge position just optimally within the company. And so now you're talking about developing a big position in the old Miss, and then a big position in the new Miss. So, could you just talk about how SandRidge can efficiently and optimally develop these two big plays in addition to the Central Basin Platform?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc*

A

Sure. The original thought was we would have to sell half of our acreage because we had – we were anticipating getting up to a million acres, and we knew that the play was working, but it was all around financing. Now, we're much more comfortable with financing the play as we move forward. And then the new play only requires a couple hundred million dollars of capital to maybe have something that's worth many billions of dollars ultimately to shareholders.

So, that's – and if you think about this, at the time that we moved into the Permian, no one thought it was a good time to be moving in. At the time we moved into the Miss, everybody questioned why in the world we would be trying to go into a new play. And the answer is if we wouldn't have done it then, it would be gone. And so, whenever you find a play that you really believe in, you have to act. And that's why we chose to move forward. And luckily, now that the play has moved in a direction that's very positive, so we've been able to finance it.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay, that's helpful.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

And so, the more we can finance and do deals like the joint venture or like the royalty trust that allows us to raise capital at a much higher price than we put in to the play. So, it allows us to keep more for our self of working interest.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

So for you, it was never about the ability to optimally develop the play from an operations perspective. It was more about the financial part?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Yes. I mean, we couldn't have gone to the 24-rig average if we wouldn't have been able – well, I'll put it this way. We always assumed we would move up the rig count. The question was how much of it we would own.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay, that's helpful. And then if I could ask a question about the WTO, just – the more that you're focused on oil and natural gas, the more there's a $CO_2$ liability that grows. And so do you have any update on plans to take care of that liability?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Sure. I'll let Kevin handle that.

**Kevin R. White**
*Senior VP & Director-Investor Relations, SandRidge Energy, Inc.*

A

Yeah, Joe. We've actually put a range around what we would think the 2012 liability would be at the current $CO_2$ production coming out of the Piñon, and it would be in the $15 million to $20 million penalty range for next year's settlement with Oxy.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay.

**Kevin R. White**
*Senior VP & Director-Investor Relations, SandRidge Energy, Inc.*

A

Next year being 2012.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

So, Kevin, is that just kind of the nuisance payment or the late fee we talked about?

**Kevin R. White**
*Senior VP & Director-Investor Relations, SandRidge Energy, Inc.*

A

It is, yeah, and it would be due in early '13.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*

Q

Okay. And then – but I guess as time goes on, you actually have a growing – in addition to the late fee, the principal isn't changing, right? So I know you're producing some into the plant, but you're going to be having – as your gas production in the West Texas Overthrust declines, you're going to have a growing liability of $CO_2$ principal, let's call it, that you're going to owe Oxy. And so is there any update in somehow trying to take care of that liability?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Kevin R. White**
*Senior VP & Director-Investor Relations, SandRidge Energy, Inc*
A

As you know, Joe, it's a 30-year contract, and so we're still pretty confident that over the 30 years, that field's going to be drilled, and there's going to be the $CO_2$ delivered to Oxy that's asked for under the contract.

**Joe D. Allman**
*Senior Analyst, JPMorgan Securities LLC*
Q

Okay. All right. Very helpful. Thanks, guys.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*
A

Thank you.

**Operator**: We have a follow-up question from the line of Dave Kistler representing Simmons & Company. Please proceed.

**David W. Kistler**
*Director, Simmons & Co. International*
Q

Guys, one quick one on the new Miss play and kind of building on what Joe was asking as well. Aggregating or looking to aggregate a million acres there, at this point, based on your appetite, is that what SandRidge ultimately wants to hold? Or is it similar to the new Miss where you stepped in to grab a million acres with the anticipation of reducing it over time.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*
A

At this point, that is all we anticipate holding. Keep in mind, in the old Miss, we went in with the idea of getting up to 500,000 acres, and then ultimately grew to a million acres. I think for any company, a million acres is a substantial amount to try to take care of. So, as of today, we're safe to say we've budgeted for a million acres.

**David W. Kistler**
*Director, Simmons & Co. International*
Q

Okay. And then also, clarification on – at what price would you start reducing CapEx? I'm guessing you guys have run some sensitivities as part of this three-year strategic plan that if oil moves to X, we'll start rationing down. What is that specific price?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc*
A

Well, I think it has more to do with the overall world economy. And just if we saw oil go down for a short period of time, but felt like the world wasn't in some kind of turmoil, that makes a lot of difference. Keep in mind that we're hedged for the next three years. I think we've been the most active hedger of oil in the business, and so that is the key. But as – we will look at this. We visit every day about what we think the – how many rigs in our budget, and we meet once a month formally to discuss budget. So, it can be – we can very fluid. And I think maybe that's due to our size. But we can react pretty quickly if we foresee problems. But I can go back easily and say a $1.3 billion budget was something we were very comfortable with at the first of the year. That would not ultimately meet the three-year plan that we have laid out, but it still would be a very attractive company.


Copyright © 2001-2011 FactSet CallStreet, LLC

**David W. Kistler**
*Director, Simmons & Co. International* Q

Okay, that's very helpful. I appreciate it, guys.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.* A

Thank you.

**Operator**: And our next question comes from the line of Craig Shere representing Tuohy Brothers. Please proceed.

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.* Q

Hi, I think on the old Miss, you all had originally said that you did need to double from first quarter levels to maybe 24 rigs to HBP all that property. Can you talk about, or are you willing to discuss, if the new lease terms in the new Miss are similar in terms of HBP obligations to the old?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.* A

Yes, they would be. It's virtually the same type of lease terms. We get five-year leases.

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.* Q

Great, appreciate it.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.* A

Or three-year with two-year options.

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.* Q

Wonderful. So, basically, it's very similar strategy to the original one, because you trued up that acreage before you really started seriously looking at the drilling campaign. And now with similar leasehold obligations, you're just doing the same thing.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.* A

That's correct.

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.* Q

Thanks a lot.


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

And again, the reason you can do that with – is history of the play. So, we didn't mind at all going out with three rigs and drilling at the furthest extent of our original Mississippian play because we were drilling offsetting vertical wells, and it produced oil. So, we know the oil's in place. It's already produced next to us. All's we're doing is drilling more efficiently by putting 10 well bores inside of one.

**Craig K. Shere**
*Senior Energy Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Understood. Thank you.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: With no further questions in the queue, I would now like to turn the call back over to Tom Ward for closing remarks. You may proceed.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Well, as always, we're very thankful to have you on the call, and we look forward to talking to you next quarter. Thank you.

**Operator**: Ladies and gentlemen, that concludes today's conference. Thank you for your participation. You may now disconnect, and have a great day.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2011 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.


Copyright © 2001-2011 FactSet CallStreet, LLC