# Exhibit 31

Exhibit 31

Corrected Transcript

04-Nov-2011

# SandRidge Energy, Inc. *(SD)*

Q3 2011 Earnings Call


Copyright © 2001-2011 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

# OTHER PARTICIPANTS

**Neal Dingmann**
*Analyst, SunTrust Robinson Humphrey*

**William B. D. Butler**
*Analyst, Stephens, Inc.*

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.*

**Pearce W. Hammond**
*Analyst, Simmons & Co. International*

**Hsulin Peng**
*Analyst, Robert W. Baird & Co. Equity Capital Markets*

**Duane Grubert**
*Analyst, Susquehanna Financial Group LLP*

**David A. Deckelbaum**
*Analyst, KeyBanc Capital Markets*

**Mark Hanson**
*Analyst, Morningstar Research*

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

**Dan J. Morrison**
*Analyst, Global Hunter Securities LLC*

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

**Phillip J. Jungwirth**
*Analyst, BMO Capital Markets (United States)*

**Michael Breard**
*Analyst, Hodges Capital Management*


Copyright © 2001-2011 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen, and welcome to the Third Quarter 2011 SandRidge Energy Incorporated Earnings Call. My name is Modesta, and I will be your operator for today. At this time, all participants are in listen-only mode. Later we will conduct a question-and-answer session. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the conference over to your host for your today, James Bennett, Chief Financial Officer. Please proceed, sir.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Modesta. Welcome everyone, and thank you for joining us on our third quarter 2011 earnings call. This is James Bennett, Chief Financial Officer and with us today we have Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Please note that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties and actual results may differ materially from those projected in these forward-looking statements. Additionally, we will make reference to adjusted net income, adjusted EBITDA, and other non-GAAP financial measures. A reconciliation of any non-GAAP measures we discuss can be found in our earnings release and on our website.

Also note that this call is intended to address SandRidge Energy and not our two royalty trusts, SandRidge Mississippian Trust I or SandRidge Permian Trust. The trusts will have separate earnings call at 8 a.m. and 9 a.m. Central time one week from today on Friday, November 11. So please hold any trust-related questions until the calls next week.

Now let me turn the call over to Tom Ward.

## Tom L. Ward

*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

Thank you, James, and welcome to our third quarter operation and financial update. We continue to make great progress executing on our three-plan of tripling EBITDA, doubling oil production and lowering our debt to EBITDA ratio. The plan revolves around our growth engine in the Mississippian formation of Northern Oklahoma and Western Kansas. This area has received a tremendous amount of attention in the last year not only from SandRidge, but from other large industry players. A snapshot of where we were last year to where we are now reveals that we've nearly doubled our acreage position in the original Mississippian play from 400,000 acres to 800,000 acres while generating more than $800 million of capital from our initial investment of less than $200 million in acreage costs.

Our organic production growth has increased by seven-fold from about 150 horizontal Miss wells we've drilled since January 2009. This represents nearly half of all the horizontal wells today in the play. On the first 37 wells drilled at year-end 2010, we averaged a 30-day peak IP of 244 barrels of oil equivalent while the last 119 wells drilled in 2011 have averaged 308 barrels of oil equivalent a day. We currently have 18 rigs drilling horizontal



Copyright © 2001-2011 FactSet CallStreet, LLC

producers, two rigs going drilling saltwater disposal wells, while planning to exit this year with 20 horizontal rigs running.

We've now adjusted our goal for 2012 to average 26 rigs and this is averaging two more rigs than we would have indicated in the past for our 2012 Mississippi drilling plan. However, this will not impact our 2012 capital spending plan as we will offset the increase in the Mississippian activity by reducing our Permian drilling by four rigs to 12 rigs.

We're currently seeing better capital efficiency in the Miss program as we're experiencing some facility constraints in the central basin platform. Matt will go into detail on the production constraints in the Permian, but the quick answer is that we've out-drilled some of our infrastructure and we'll be working to eliminate these bottlenecks over the next couple of quarters. Therefore, our production is increasing in the Permian but not at the rate we projected in our August guidance update.

With that said, we continue to see the Permian wells performing on type curve. At the same time, our Mississippian production has performed above our expectations. The Mississippian oil production is in line with our type curve and our natural gas production is better than we anticipated. A Miss well is now projected 56% natural gas.

We have also tested the idea of drilling four wells per section. In fact, we have drilled 36 wells for 18 lease line offsets and have not experienced any evidence of negative interference between the wells to date. We did not want to visit the idea of four wells per section until we had tested the theory, but so far the indication is positive to increase the amount of wells to be drilled. However, we will not officially change our position on spacing until more time is seen on the producing wells.

We believe the Mississippian is the most capital efficient play in the U.S. and we continue to evaluate our rig allocation and make the best decisions going forward to maximize production and return on invested capital. One of the key reasons the Miss works so well is that it's shallow and it also produces from a permeable rock that completes easily and is the lowest cost play of scale in the U.S.

We raised or announced over $1 billion of capital during the third quarter through the closing of our Permian Royalty Trust, our JV with Atinum Partners, and the pending closing of our East Texas natural gas properties. The royalty trust structure remains a part of our funding plans and we anticipate launching another royalty trust in the near future. Therefore, we cannot discuss particular assets that will be in the trust or details regarding the trust from this point forward.

This year, we've raised over $1.8 billion and will be undrawn on our $790 million revolver plus have a cash surplus moving into 2012. We've previously mentioned that we intend to raise approximately $800 million of non-debt capital and we plan to have that accomplished during the first half of 2012. After this capital raise, we'll be able to fund our three-year plan through cash flow from operations and additional long-term debt as needed in 2013 and 2014.

By the end of 2014, we anticipate being a company that is self-funded with double digit production growth. This plan takes into consideration that we will have fully funded the acquisition of a million acres in our new Mississippian play but does not give us any credit for future EBTIDA growth or cash from a partial sale of acreage.

We will not deviate from our CapEx plan until we sell acreage to prefund the development of the new Mississippian. We've now secured over 700,000 acres on our way to one million acres in the new Mississippian



Copyright © 2001-2011 FactSet CallStreet, LLC

play. We'll be at or near completion of the leasing stage by the end of 2011 and are planning to disclose the location and play details to investors later this year.

In researching and developing our thesis on the play, our technical teams have studied over 7000 vertical wells with the same criteria that we used to develop our original idea. The criteria include proven oil and gas in place, commercial development of thousands of vertical wells, control of reservoir thickness, and shallow depth. We're now preparing to talk to potential partners. The level of interest we've received suggests that we could have a partner selected by mid-year 2012.

When we discuss the area, we believe you'll more fully understand the value implications to this great idea where we'll have nearly two million acres by combining with our original Mississippian acreage. The key to the next million acres is that it has to fund itself for us to meet the three-year plan we've laid to you. Therefore, that is why we will sell or partner on a portion of the play before we commence the drilling program.

We also believe in hedging attractive rates of return; therefore we've – that we have continued to add to our hedge oil book. We've added over 8 million barrels of oil to our hedges since our last quarterly call and now have over $3.5 billion of hedges in place through 2015. The reason we hedge is that we do not see service cost pressure in either of our plays and have very attractive drilling rates of return at the current strip. Therefore, do not be surprised to see us continue this trend.

Our company has developed and dominates two of the most capital efficient projects in the U.S. today. In the Miss, each time we drill a well and spend $3 million we create a net present value of an additional $4.9 million. And in the Central Basin Platform, when we spend $760,000 we create $1 million of net present value. I'm very proud that we have taken the route of high quality reservoirs at shallow depths with scalable plays where costs can be controlled.

I'll now turn the call over to Matt for the operations update.

## Matthew K. Grubb

*President & Chief Operating Officer, SandRidge Energy, Inc.*

Thank you, Tom, and good morning to everybody. We produced 6.2 million barrels of oil equivalent in the third quarter as compared to the 5.6 million barrels of oil equivalent in the second quarter. This is a 10% sequential quarter-over-quarter production growth for the company. Oil production grew by 15% to 3.2 million barrels of oil in the third quarter as compared to the 2.8 million barrels of oil in the second quarter. And natural gas production grew 4% to 17.9 Bcf from 17.2 Bcf in the same period.

Even though we just completed a quarter of record production numbers, we are revising our 2011 full year production guidance down approximately 2% to 23.4 million barrels of oil equivalent from our previous production guidance of 23.9 million barrels of oil equivalent.

The new 2011 guidance consists of 11.8 million barrels of oil and 69.4 Bcf of natural gas. The slight downward revision in the 2011 guidance is primarily due to excessive pressure buildup in our company operated low pressure gathering systems in the Central Basin Platform as a result of tremendous production growth, we have experienced since the beginning of this year.

However, before going into details about the gathering systems in the Permian Basin, I want to point out that since we have already produced 17.3 million barrels of oil equivalent through the first three quarters this year, our new full year guidance of 23.4 million barrels of oil equivalent would suggest that fourth quarter production will


Copyright © 2001-2011 FactSet CallStreet, LLC

be slightly less than our third quarter production. The reason for the apparent fourth quarter production decline is that we are scheduled to close the sale of our East Texas properties the middle of this month and when we do, about 4,000 barrels of oil equivalent will come out of our production base. Otherwise, excluding the impact of East Texas, we will still project to have quarter-over-quarter growth as we end the year.

In regard to the pressure issues in the Permian Basin, due to our own drilling success we have outgrown our low pressure gathering systems in and around the Fuhrman-Mascho field on the Central Basin Platform. As a result, we project to produce about 590 million barrels equivalent less than our full year forecast for the Permian region due to the facility constraints. Just for clarification, we don't expect production to decline, but we expect growth to be moving at a slower rate than we had forecasted for the Permian.

As you may remember, when we acquired these assets in July 2010, we had two primary issues to resolve in order to successfully ramp up our drilling program. They were, one, inadequate electrical infrastructure; and two, poor third-party compressor and plant runtime. We were successful in getting both of those issues resolved and have since added 600 new wells and have grown gross production nearly 50% from about 12,500 barrels equivalent gross, to a current rate of about 18,500 barrels of oil equivalent gross.

However, the rapid production growth has created bottlenecks in the company-operated low pressure systems. This in turn has created excessive back pressure in the field and causing the more mature production to go offline as we bring new higher pressure wells online.

Fuhrman-Mascho productions has had steady growth every month including 11% production growth surge in August, but has remained essentially flat in September and October. Individual tests of new completions continue to show type curve IPs indicating no degradation in new well performance.

In a recent pilot program at one of the tank batteries, we observed a 15% increase in production when we lower the casing pressure at the wells. We have scheduled 26 pressure reduction projects accounting for over 1,500 wells and will impact essentially all of the current production in the field and have begun our pressure reduction work. We expect to finish this work in Q2 of 2012 and expect to gradually restore production along the way as each system is completed. Assuming the similar response to our pilot program, we expect to ultimately see an increase of 2,500 to 3,000 barrels of oil as a result of these projects.

Partially making up for the slower growth rate in the Permian over the last few months is the performance in the Mid-Continent region. Driven by the success of our Mississippian drilling program, we project to exceed our year end production target for the Mid-Continent region by about 260,000 barrels of oil equivalent.

The Mississippian program has performed beyond our expectations and 30-day IPs have come in better than the type curve that was generated at year-end 2010. This type curve had a 30-day IP of 244 barrels of oil equivalent per day and an EUR of 409,000 barrels of oil equivalent. The last 119 wells drilled with at least 30 days production have averaged over 300 barrels of oil equivalent per day.

Outside the Permian Basin and the Mid-Content operations, we project our non-core areas which include East Texas, Gulf Coast, Gulf of Mexico, the West Texas Overthrust and Tertiary to be under forecast by about 145,000 barrels oil equivalent, which is less than a 1% impact to our total production guidance. These are primarily gas producing areas with the exception of one new well completion last January in the Piñon Field. We did not drill any other wells in any one of these areas in 2011 and have no plans to do so in the foreseeable future.

As for 2012, we are maintaining our guidance of 27.7 million barrels of oil equivalent, but given the current constraints on our low pressure gathering systems in the Permian Basin, we have adjusted our oil and gas


Copyright © 2001-2011 FactSet CallStreet, LLC

allocation to 16 million barrels of oil and 70 Bcf of natural gas as compared to our previous 2012 guidance which was 16.5 million barrels of oil in 67.4 Bcf of natural gas.

As we work on our gathering projects in the Permian, we will take out four rigs in the Permian and add two rigs in the Mississippian. That is. at this time we plan to average 12 rigs in the Central Basin Platform in 2012. However, we will continue to evaluate progress on our infrastructure projects and make adjustments as appropriate. In the Miss play, where we had planned on having 24 rigs for 2012 previously, we will now increase that to 26 rigs. We see these changes in rig allocation as essentially CapEx and production neutral at the corporate level for 2012.

I will now turn the call over to James for the financials.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Matt. Turning out to our financial results, for the third quarter adjusted net income was $2.8 million or $0.01 per diluted share. Adjusted EBITDA was $169 million, and operating cash flow was $144 million or $0.29 per diluted share. Adjusted EBITDA and operating cash flow are both up 8% over the second quarter driven by a 15% growth in oil production, slightly higher realized prices, and an improvement in per unit expense measures. This brings our year-to-date adjusted EBITDA to $479 million and year-to-date operating cash flow to $378 million.

On per unit measures for the quarter, LOE of 1,401 for BOE and production taxes of $1.68 per BOE were both below guidance ranges. And all other expense items were within guidance.

Capital expenditures excluding acquisitions were $468 million for the quarter and $1.3 billion for the year-to-date period. For the quarter, drilling and production CapEx was up $62 million due to the increase in the rig count, and drilling activity in the Mississippian as Matt discussed, and leasehold acquisition was down slightly to $75 million compared to last quarter.

Recall that we closed our Mississippian joint venture on September 28th. Therefore, the third quarter drilling and production CapEx does not include the impact of the 3.2% drilling carry on our Mississippian wells.

We remained very active with our capital raising efforts, having raised approximately $1.85 billion of non-debt capital so far this year. Three of these transactions occurred in the third quarter which resulted in over $1 billion in closed or announced proceeds. First, in August we closed the IPO of SandRidge Permian Trust, our second royalty trust, where we raised $581 million with the sale of 66% interest in the trust.

Second, in September we closed the $500 million Mississippian joint venture consisting of $250 million of cash at closing and $250 million of a drilling carry. Third, we signed a PSA for the sale of all of our remaining East Texas natural gas properties for $231 million. We expect the East Texas sale to close later this month. This $1.85 billion of capital raised year-to-date, combined with operating cash flow, full funds our $1.8 billion 2011 capital budget and leaves an expected surplus of approximately $500 million to fund 2012.

Consistent with what we have discussed in the past, we anticipate funding our 2012 $1.8 billion capital budget with a combination of this surplus from 2011, 2012 cash flow from operations, and by utilizing various funding options similar to what we did in 2011; including an additional royalty trust, sales of SDT and PER units held by SandRidge, or additional asset sales. Importantly, we expect to fund these 2011 and 2012 capital programs without adding debt to the capital structure.


Copyright © 2001-2011 FactSet CallStreet, LLC

Regarding our liquidity and balance sheet, at September 30th we had a cash balance of $325 million, $2.8 billion in senior notes and no amounts drawn on our credit facility, giving us a net debt balance of $2.5 billion. At September 30th, our LTM adjusted EBITDA was $675 million, resulting in a net debt to EBITDA ratio of approximately 3.7 times. As a result of our capital raising efforts, we have reduced our net debt by $400 million since the beginning of the year and expect to end 2011 with no borrowings under our $790 million credit facility and cash on our balance sheet. Also, in October we did reaffirm our credit facility, maintaining a borrowing base at $790 million.

Our liquidity position remains excellent. As of October 31st, we had a cash balance of $225 million which does not include the proceeds from the pending East Texas sale and no borrowings under our credit facility, giving us liquidity of $1 billion. As Matt discussed, we've updated our 2011 and 2012 guidance and you will find the details for both periods in our earnings release.

Keeping consistent with our hedging strategy, we continue to use oil swaps to lock in returns on our oil projects and also provide protection from downward fluctuations in commodity prices. We continue to add to our hedge position and since our August earnings call have added 8.8 million barrels of oil swaps through 2015. This puts us at 78% of our guidance oil production hedge for the remainder of the year at approximately $88 per barrel. And for 2012, 74% of our guidance oil production hedged at $89.50 per barrel. In total, we have 39 million barrels of oils swaps through 2015, which lock in $3.6 billion of revenue.

Also, in September we used the proceeds from the monetization of some of our out-year oil contracts to eliminate all of our remaining 2011 and 2012 natural gas basis swaps with only a few basis swaps contracts remaining in the first quarter of '13. The details of commodity hedge positions are outlined in our earning release.

Let me conclude with recapping the accounting for our two public royalty trusts. SandRidge Mississippian Trust I and SandRidge Permian Trust are both treated as variable interest entities under GAAP and their production, reserves and financial results are consolidated into the financial statements of SandRidge. On SandRidge's balance sheet you will see the public's interest in the trust recorded under non-controlling interest. On the income statement, the earnings attributable to the public's interest as shown its net income attributable to non-controlling interest and the actual cash distribution to the public's interest will be in the cash flow statement under financing activities as distribution to royalty trust unit holders.

So keep in mind that we're looking at quarterly and year-to-date non-controlling interests in our financial statements. That number will include any non-cash mark to market gains or losses on the trusts. In our guidance we have start to include adjusted net income attributable to non-controlling interests, which will exclude these mark to market gains and losses on the hedges. Finally, the actual quarterly impact, quarterly and year-to-date EBITDA from the trusts can also be found in the reconciliation of adjusted EBITDA tables in our earnings release.

That concludes management's prepared remarks. I would now like to ask the operator to open the line for questions.


Copyright © 2001-2011 FactSet CallStreet, LLC

# QUESTION AND ANSWER SECTION

**Operator**: [Operator Instructions] Your first question today comes from the line of Neal Dingmann with SunTrust. Please proceed.

---

**Neal Dingmann**
*Analyst, SunTrust Robinson Humphrey*

Q

Hey, Tom; Neal. Say, two questions quick, I understand, Tom, between you and Matt you talked about the gathered facility and the issue that you're going to have coming there. Just trying to get an idea of how much total, I guess, capacity needs to be added or pipe, et cetera versus kind of what's already in place?

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Sure. Matt can take that one.

---

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, hey Neal. Little bit more detail on what that – what those projects are all about. These wells in and around the Furham-Mascho area are very shallow; they're about 4,500 feet deep. So they're very sensitive to pressure and in the past what we've done – and historically is we've either bull plugged off the casing or tie the casing into the tubing and as pressure – and as production increases you start getting a line pack behind your tank batteries back to well heads.

And so what we're doing now, and we've done this on one tank battery and started really getting results, about a 15% increase in production. But we're laying a separate line, and this is a poly-pipe, 2-inch poly-pipe that we can roll out pretty quickly and tie a separate line to the casing back to the battery. So what it does is it reduces the pressure at the well head down to the purse. And, you know, if you get 10, 20, 30, or 40 pounds reduction in pressure you get more fluid entry into the wells.

And where – what has been impacting us the most is on the older wells that was drilled several years ago and as we put our new wells, we've packed the line and new wells can certainly produce, but getting a one-for-one, incremental increase each time you add a barrel on because an old well is getting knocked off line. So we really think we can probably finish – we have 26 projects we're going to roll out and we probably can finish here, possibly late Q1, but I think to be safe we say Q2.

---

**Neal Dingmann**
*Analyst, SunTrust Robinson Humphrey*

Q

Got it. Great answer Matt. And then just lastly, Tom, definitely appears that the original horizontal mix looks to me like the economics continue to improve. Just wondered, given the improving results, any thought that with the type – would you increase the type curves here and then secondly thoughts on how you see, if you're able to comment yet, what your thoughts would be on the new horizontal Miss, how the economics could potentially stack up versus the first?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Sure. We'll be – in fact, we're in the process of doing reserves so we'll look and see what the – our third party engineers are seeing. We – internally, we think that we could possibly be seeing a raise because our IPP grades are higher than they were last year and what's really tells about a field is what happens over time is the ER – are the EURs going up or down over time. And now we have three years worth of projections of which we've gone – or three different end of years that we'll be looking to increase each year. So the Mississippian play continues to be very good.

Now what I don't want to lead you to conclude is that with continually being better 30-day IPs that they'll continue to rise up to some point that is unreasonable. We like the 300 barrel to 310 barrel a day IP on the 30-day and that's a fairly efficient well for us. So we don't anticipate that's going to go to 400 barrels or 500 barrels a day as somehow concluded, but we do – we just make a lot of money drilling these types of wells so – and we see it all across the play so we're not trying to today pick out a core area.

And then – so that leads you to the second question you had is that there was nothing too unique about the idea of where we bought the original Mississippian. It just had – the play had a tremendous amount of vertical production. We knew there was oil in place. We knew it was shallow. We knew we could dispose of water and we knew that we were going to be perforating or fracking the same rock that's been produced vertically.

So the new area, and we'll – obviously we'll talk more about this in the next few months, is the same. So you have maybe a little more shallow production, maybe a little bit more oil and so we like it and there's just a lot of history. So that's the way that we see this as – and the reason we haven't participated in other plays, it doesn't mean that we don't like other plays, it's just we think there's higher risk in areas that don't have a tremendous amount of production history.

**Neal Dingmann**
*Analyst, SunTrust Robinson Humphrey*

Q

Great answer guys. Thanks, Tom.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: Your next question comes from the line of William Butler with Stephens. Please proceed.

**William B. D. Butler**
*Analyst, Stephens, Inc.*

Q

Good morning.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Good morning.


Copyright © 2001-2011 FactSet CallStreet, LLC

**William B. D. Butler**
*Analyst, Stephens, Inc.*

Q

Hey, in terms of the Permian gathering curtailments, when did those begin exactly; during the third quarter or as of now?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Well the – well, I'll just let Matt; Matt take that one.

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah. I think it's hard to pinpoint exactly when they occur. They impact us most in the third quarter. However, I suspect that we start seeing degradation in production as we're adding new barrels on probably early summer. And then as – what happens is initially it's a wedge effect; as you add on a new barrel of oil, you might see nine-tenths, and that increase it got worse and now it may be a tenth or two-tenths but I think that's what's causing the production to remain flat.

So we've gone out and to make sure that our wells are doing all right, we put individual wells on test as we bring on the new completions. And there has not been any degradation in IPs. So it's difficult to pinpoint that down but certainly as you get to a certain point in the pressure and the reservoir just won't give up any fluid entry into your casing there's nothing to pump out. And so it's – I would early summer if I had to put a time on it.

**William B. D. Butler**
*Analyst, Stephens, Inc.*

Q

Okay. And so I guess what I was trying to do is translate that curtailment number you gave to serve on a per day basis and what would you say the best way to think about that is or...?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Well, I think on average we're looking the last 180 to 200 days then you probably get 2500, 2600 barrels a day, 2800 barrels a day, something like that.

**William B. D. Butler**
*Analyst, Stephens, Inc.*

Q

Okay. Thank you. And then are you all seeing saltwater disposal impacting LOE in anyway currently?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

No. I think from that standpoint it's been pretty flat, actually down a little bit. I think last quarter we had about 10,000 barrels of saltwater that we had to truck around our Permian operations there and that's down to probably half of that now. And we still plan out getting that down to basically nothing by the end of the year.

**William B. D. Butler**
*Analyst, Stephens, Inc.*

Q


Copyright © 2001-2011 FactSet CallStreet, LLC

Okay. So, in your 2012 cost guidance, that's – there's not really much in the way on the LOE side in terms of saltwater disposal?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.* A

That's correct.

**William B. D. Butler**
*Analyst, Stephens, Inc.* Q

Okay. And then I guess one last question is if you guys were to sell additional royalty trust units, there would be production associated with that and so is that already reflected in the guidance you all provided or would that be sort of additional production kind of like the East Texas asset sale thing, think about it pro forma that way?

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.* A

Yeah, William, that would be additional like you're thinking about East Texas, so if we did another trust, we would adjust our – we'd have a different net income attributable to minority interest and would be selling some PDP in production.

**William B. D. Butler**
*Analyst, Stephens, Inc.* Q

I guess I was considering if you all were selling existing – units of existing in the open market?

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.* A

It's the same question there, too. If we did sell some existing units in SDT and PER, then the public's interest would be larger and our – the net income attributable to non-controlling interest in the income statement would go up a little bit, yes.

**William B. D. Butler**
*Analyst, Stephens, Inc.* Q

Okay, appreciate that. That's all I've got.

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.* A

Thank you.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.* A

Thank you.

**Operator**: Your next question comes from the line of Craig Shere with Tuohy Brothers. Please proceed.

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.* Q


Copyright © 2001-2011 FactSet CallStreet, LLC

Hi guys, three quick questions. One, I think William touched on some of it with the saltwater disposal; it seems to be getting taken care of. But looks like the LOE falling to 1,401 from 1,451, I think, in the second quarter is making a lot of progress. Can you characterize the progress towards fully reversing costs from the electric and saltwater issues as well as the inefficiencies from the ramp up in the old Miss that was driving, I think, costs? What was it, $3.5 million?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Yeah, the inefficiencies in the old Miss had us move to $3 million per well. We're seeing some service costs move down in the Mississippian play, but at the same time we're bringing on additional rigs, ramping up and moving out into – continue to expand in the play. So we don't anticipate moving down our costs on the new – on the Mississippian play on a cost per well. And then on the LOE, I think for the Permian, as Matt mentioned, is that we anticipate continuing to move towards disposal wells versus trucking any water.

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Right, but the $3 million doesn't include the saltwater disposals; is that correct?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

That's correct; you are correct.

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Okay. And two other quick ones; I see you broke out the EBITDA for Midstream. That $50 million of EBITDA is obviously going to be growing over time. Do you see potential in monetizing that in any way in addition to the royalty trusts and other property sales?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

No, we're not anticipating monetizing any of the service operations yet.

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Okay. And can you comment on per acre average cost so far on the 700,000 of new Miss?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

No, we'll just be in or under our budgeted $200 million.

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Okay, thanks a lot.


Copyright © 2001-2011 FactSet CallStreet, LLC

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: Your next question comes from the line Pearce Hammond with Simmons and Company. Please proceed.

Pearce W. Hammond
*Analyst, Simmons & Co. International*

Q

Good morning. Thanks for taking my call.

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Good morning.

Pearce W. Hammond
*Analyst, Simmons & Co. International*

Q

Tom, if you could talk about – you mentioned you want to secure a partner for the new Miss. Do you want to finish getting all your leasehold in place, getting to the million acres before you start that process? Or you are – or have you already started that process? And how should we think about timing on that?

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

We've said that – I've just said that I think we'll be through, I think we will find a partner before the first half of 2012. That doesn't mean that we wouldn't start to discuss this with potential partners today. What we believe now or we know that we're on the course of winding down our leasehold buying, so we'll – by the end of year, we anticipate being where – at or near where we want to be. So there's not much of a way for us to keep from getting to our goal as it stands today. So that's how come we are prepared to start talking to potential partners now.

Pearce W. Hammond
*Analyst, Simmons & Co. International*

Q

Thank you. And then what is the status right now of your $CO_2$ contract with OXY? You mentioned in the release the Pinon Field; I'm just curious if there's any impact or any possible payments to OXY on that.

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

There is. It's included in our LOE guidance and then the contract with OXY's a 30-year contract to deliver $CO_2$ to them.

Pearce W. Hammond
*Analyst, Simmons & Co. International*

Q

Great. And then finally, how would you describe the service cost environment right now in both the Central Basin Platform as well as in the Miss?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward** A
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

We continue to see service costs fairly flat across both plays. We think that there are some other ways in the Mississippian project in particular that over time we might be able to move down some costs. But today we think that our costs are – we're not seeing a service cost inflation in either of the plays and haven't since we started working there a couple of years ago.

**Pearce W. Hammond** Q
*Analyst, Simmons & Co. International*

And when you say over time move it down, do you think we could start to see the well costs coming down next year in 2012?

**Tom L. Ward** A
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

No, no I think that what we're looking at are different ways to complete wells different; just different as we build up a scale in an area that you do become more efficient as you drill more wells in each of the areas. But as long as you're continuing to add new rigs, that offsets the efficiency gain you have on your old rigs.

**Pearce W. Hammond** Q
*Analyst, Simmons & Co. International*

Thank you very much.

**Tom L. Ward** A
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

Thank you.

**Operator**: Your next question comes from the line of Hsulin Peng with Robert W. Baird. Please proceed.

**Hsulin Peng** Q
*Analyst, Robert W. Baird & Co. Equity Capital Markets*

Good morning, gentlemen. A quick follow-up question to your consideration for monetization of your truck units; I was wondering if there is some minimum threshold of units that you would like to keep internally and also if there is any – what kind of tax implication can we see from such sale?

**James D. Bennett** A
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Sure. We have 3.8 million units of SDT and 4.8 million of common units for PER. The SDT units are past their lock-up period; those are fully salable. The PER units will be through their lock-up in February. Now that doesn't take into account the subordinated units that we have. We still have subordinated units in both trusts and that represents about – exactly 25% of the total units of each trust. So while we haven't targeted an amount we would like to continue to hold, the subordinated units don't convert to common for about four more years and the common units are fully marketable now. In terms of tax implications, no, there are no tax consequences for us selling those units.


Copyright © 2001-2011 FactSet CallStreet, LLC

**Hsulin Peng** Q
*Analyst, Robert W. Baird & Co. Equity Capital Markets*

Okay, so there wouldn't be any tax leakage?

**James D. Bennett** A
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Correct. There would not.

**Hsulin Peng** Q
*Analyst, Robert W. Baird & Co. Equity Capital Markets*

Okay. And it sounds like you would consider keeping the subunits so only the common units would be potentially for sale.

**James D. Bennett** A
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

That's correct.

**Hsulin Peng** Q
*Analyst, Robert W. Baird & Co. Equity Capital Markets*

Okay. And second question is just this interest of – I know you mentioned you'll likely get to the million of acreage for the new Miss play by the end of the year. Is that when you think you can give us more details about the play, like where did it – the location and also the economics at the end of the year?

**Tom L. Ward** A
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

Yes, we're targeting the end of the year. Yes.

**Hsulin Peng** Q
*Analyst, Robert W. Baird & Co. Equity Capital Markets*

Okay. Great. That's my questions. Thank you.

**Tom L. Ward** A
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

Thank you.

**Operator**: Your next question comes from the line of Duane Grubert with Susquehanna Financial. Please proceed.

**Duane Grubert** Q
*Analyst, Susquehanna Financial Group LLP*

Yeah, guys, when you think about the Oklahoma and Mississippian going into full development mode and you're rapidly getting there; you're continuing to experiment at this stage, but if you would conjecture, let's say five years from now, what do you think is going to be the biggest difference? And I'll give you two things I'd like you to comment on. One, do you believe directionally that the down spacing is going to occur? And two, do you think


Copyright © 2001-2011 FactSet CallStreet, LLC

you're ever going to be shooting for higher oil cut? Do you care about how much water you're producing in your long view?

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Last first, no we don't care about the amount of water. Actually, in some of the areas where we have the most water production is where we produce the most oil and as long as you're into depletion drive, both the oil, water, and gas deplete at the same amount so having more water doesn't bother us. The – and in fact, some of the most permeable rock has the highest total fluid cut and so we encourage water production to get the most oil.

What I think happens over time in five years is that this play becomes one of the larger plays onshore U.S. and the rig count moves up dramatically, maybe to a couple hundred rigs, and we'll be a big part of that. So yes, I do believe over time that we'll be drilling wells closer together. I'm not ready to say today that it's exactly four wells per section or not. The worst thing you can do is over drill a play where I would much rather have three wells per section and know that we're spending the least amount of capital to get out the most oil production than to continually try to increase EURs and speculate that things are going to be higher in the future. So we'll just take this pretty slowly, but as you see, we've already tested the idea 18 times, so, 18 pairs. And it is something we think about as far as drilling closer.

---

**Duane Grubert**
*Analyst, Susquehanna Financial Group LLP*

Q

And then the type curve, you guys say you're comfortable with that 300 barrel to 310 barrel per day number and I respect that, but I'm curious if you have any anecdotal evidence of how wide is the range on the upside? What is the biggest well that you or maybe a competitor has had out there with this type of completion?

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Well, I hesitate to say that because that puts us in with every other person who claims very high wells and don't talk about the overall trend of a play. So I'm – in fact I just – I won't. We have as high of producing wells as other large plays, but then we also have a lot of wells that don't produce as much. So I would just encourage you to look at 300 barrels a day as a good well.

---

**Duane Grubert**
*Analyst, Susquehanna Financial Group LLP*

Q

Okay, great. And then just back to the casing pressure thing one more time. Was I correct in understanding, Matt, that the solution to the facility constraint is largely going to be casing pressure reduction rather than building new facilities, at least at first?

---

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc*

A

Yeah. I mean largely, that's correct. We'll lay – what we're doing is we'll lay separate lines for the casing so that in itself will reduce the casing pressure. At the same time, we're anticipating a production increase so we'll have to expand some of our headers that feed into the tank batteries. But yeah, basically you're right on.

---

**Duane Grubert**
*Analyst, Susquehanna Financial Group LLP*

Q


Copyright © 2001-2011 FactSet CallStreet, LLC

All right. Thank you very much.

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: Your next question comes from the line of David Deckelbaum with KeyBanc Capital Markets. Please proceed.

David A. Deckelbaum
*Analyst, KeyBanc Capital Markets*

Q

Good morning, guys.

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Good morning.

David A. Deckelbaum
*Analyst, KeyBanc Capital Markets*

Q

I just wanted a quick question for you; in the Mississippian, did I hear correctly that the gassy composition is now assumed to be 56%?

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Yes, that's our anticipation is – what we're seeing is that our – we were fairly correct on our oil type curve, but as we drill more wells, the composition of gas is increasing so what – we're beating the type curve mainly with gas over oil as we move up from the 244 barrel a day equivalent.

David A. Deckelbaum
*Analyst, KeyBanc Capital Markets*

Q

Okay, great. And in the Permian, specifically in the Fuhrman-Mascho, just curious to know – can you elaborate at all on what sort of EURs you booked your PUDs on and given some of the underperformance there now with some of the back pressure, do you see any risk to any of the PUDs that you've booked at this point heading into year end?

Matthew K. Grubb
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Go ahead.

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Our type curves are still the same, so what we're seeing is it's just a production issue and there's no change in the projected EURs of the wells.


Copyright © 2001-2011 FactSet CallStreet, LLC

**David A. Deckelbaum**
*Analyst, KeyBanc Capital Markets*

Q

Okay, and I guess preliminarily right now at Midstream and some of the other miscellaneous spends up $75 million, does that fully include all of the anticipated spend with getting Fuhrman-Mascho back up to where you'd like it to be?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, a lot of the costs in Fuhrman-Mascho will probably roll into next year, but that's incorporated into our 2012 budget. But in total we're talking a pretty small amount here; we're probably talking something to the tune of about $15 million, $16 million to get all this stuff done.

**David A. Deckelbaum**
*Analyst, KeyBanc Capital Markets*

Q

Okay, great, thank you guys.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: Your next question comes from the line of Mark Hanson with Morningstar. Please proceed.

**Mark Hanson**
*Analyst, Morningstar Research*

Q

Good morning, guys. Say, aside from some of the issues in the Permian, it sounds like things are firing on all cylinders. You've got a good hedge book in place, minimal service cost inflation, several years of inventory. I'm wondering here as you think about the next couple years, what are the biggest areas of concern for you or some of the biggest threats to achieving your three year plan that you laid out?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Well, we try to hedge in the concerns that we have on the three year plan by hedging our oil production. So obviously the biggest issue would be demand for oil in the world and so that's why we hedge so aggressively. And then we also try to not take – we've hedged the other side of this by not taking into account any gain on the sale of the new Mississippian or any EBITDA from drilling in the new Mississippian. So I don't – I think we've laid out a plan that we can hit very easily. So that – for me it's – we've already taken the – we've hedged our risk on the three year plan.

**Mark Hanson**
*Analyst, Morningstar Research*

Q

Okay, thank you. And, then as I look at the horizontal Mississippian, I think I got my numbers right here, you guys exited the second quarter at about 12,700 BOE per day. You hit about close to 16 at the end of July and you averaged 12.8 for the quarter. I'm just wondering some of the variability over time there, did you see a reduction at quarter end that would account for that lower average than I guess the trend would indicate?



Copyright © 2001-2011 FactSet CallStreet, LLC

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*
A

No. I mean we see continued growth quarter-over-quarter for the horizontal Miss. We've grown it tremendously this year. I think we had around 53% growth just Q3 over Q2. And we expect continued growth going forward.

**Mark Hanson**
*Analyst, Morningstar Research*
Q

Okay. And, can you disclose what the current run rate is there?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*
A

As far as just production?

**Mark Hanson**
*Analyst, Morningstar Research*
Q

Yeah, average daily net production?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*
A

Yeah, I think we're at around 18,000.

**Mark Hanson**
*Analyst, Morningstar Research*
Q

Okay, great. And then one more quick question. If you look at the 2012 guidance per unit lifting costs, it seems to be a little bit higher than, I guess, I would have expected given that for the first nine months you had about $14 per BOE. Maybe just some commentary there on potential cost increases?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*
A

Did you ask about the Mid-Con?

**Mark Hanson**
*Analyst, Morningstar Research*
Q

The aggregate lifting costs there for the company; the 2012 guidance?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*
A

Yeah, actually the lifting costs we expected to be about the same '11 – finishing out '11 going into '12, that's going to be pretty flat for lifting costs. We did add some additional dollars per unit just to handle some of the fixed cost contracts that we have out in the Pinon Field, so that increased. But from an operation standpoint, we see it being pretty flat.


Copyright © 2001-2011 FactSet CallStreet, LLC

**Mark Hanson**
*Analyst, Morningstar Research*

Q

Okay, great. Thank you guys.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: [Operator Instructions] Your next question comes from the line of Adam Leight with RBC Capital Markets. Please proceed.

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

Hey, good morning guys. Just a couple of follow-ups. On the Mississippian well results, can you at least sort of address how much variance up or down from that 300 barrel a day well that you're seeing and is it locational or is it more randomly spread through the play?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Adam, I'm sorry, I heard the Mississippian well variances – I couldn't hear your question, I'm sorry.

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

What's been the spread between the poor wells and the better wells versus that 300 barrel a day and is there any dependence – is it locational or is it spread evenly? Is the randomness even throughout the play?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Yeah, I hear you now. Okay, so the play is a very large stratographic play – stratographic trap that has – so it's not like a shale play. It's set up to where there's not really a core area. So within each of the areas we drill there are good and bad wells. And what – the statistic we can use and can prove, I guess, is that in our first 37 wells there was one that we talked about that would not pay back its costs. So on the downside you kind of have a low rate of return and on the upside you have some extraordinary wells. So that's how you continue to have a very high rate of return on – with the overall play. But there is a wide variance in each of the areas, not in one particular area.

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

Okay. And for the rig allocation for the Mississippian, is that all for the original Mississippian or do you account in for some drilling in the new play in 2012?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

No. The only thing we've done in the new play is we account for the acreage money we've spent and we don't account for any sales or any drilling, so all of the drilling is accounted for in the original Mississippian.


Copyright © 2001-2011 FactSet CallStreet, LLC

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

So on the acreage spend in the third quarter for the Mid-Con, was that all or substantially all for the new Mississippian or not?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

I don't know exactly where all the money – but it includes our Mississippian – new acreage bought in the Mississippian, yes.

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

And that was approximately 200,000 acres from the end of last quarter, is that – am I right on that?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

It seems like it's more than that, yeah.

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

Our last call we were at 200,000. And now we're at 7 ...

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Yes. The last announcement I think was 500,000. So we're fast approaching where we need to be.

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

Okay. Just trying to do a little arithmetic there. And then I'll try to ask this question, so you can answer it, James. The expectation on timing given that we are in November already for this next trust, I'm presuming that's a 2012 event?

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

Yeah, we can't comment on specific timing yet, Adam, but just if you take into account normal 30-day SEC review and that process it would be really hard to launch something now and get it done in this calendar year.

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

Okay, great. Thank you. I'm good.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A


Copyright © 2001-2011 FactSet CallStreet, LLC

Thank you.

**Operator**: Your next question comes from the line of Dan Morrison with Global Hunter. Please proceed.

Dan J. Morrison
*Analyst, Global Hunter Securities LLC*

Q

Thanks. Real quick one and kind of following up on Adam's question. You had previously said that you hadn't seen a hot spot develop in the core kind of emerge in the play yet. Does that still hold after the drilling you've done so far?

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Sorry, Dan. Try it again; you're cutting out.

Dan J. Morrison
*Analyst, Global Hunter Securities LLC*

Q

Sorry about that.

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

There you go; that's better.

Dan J. Morrison
*Analyst, Global Hunter Securities LLC*

Q

Following through on Adam's question, the – previously you mentioned that you hadn't really seen a core area evolve or hot spot. Does that still hold after all the drilling you've done so far?

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Yes, we see the same type of variability across the play so far.

Dan J. Morrison
*Analyst, Global Hunter Securities LLC*

Q

So it's consistently inconsistent?

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Excuse me?

Dan J. Morrison
*Analyst, Global Hunter Securities LLC*

Q

So it's consistently inconsistent? Or consistently variable?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Yes, yes, it's consistently variable. Yes.

**Dan J. Morrison**
*Analyst, Global Hunter Securities LLC*

Q

Got you. Thanks.

**Operator**: Your next question comes from the line of Richard Tullis with Capital One Southcoast. Please proceed.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

Q

Thank you. Good morning.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Good morning.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

Q

Going back to the old Miss play, Tom, what's the oil – actual oil number out of the existing type curve? Is it around 200,000 barrels or a little bit better than that?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, it's right in that range. 200,000, 210,000 barrels on the oil type curve.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

Q

So, if you bump up your EURs to match what you are currently seeing, is your expectation that the oil number stays the same and just the gas piece that goes up?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, that's correct. That oil number, I think, will be really close. It may increase slightly, but you should see more of an impact on the gas side.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

Q

So how will that work if the reserve engineers don't give you any or as much of an increase as you're expecting? Do you think that the oil component there, whatever it might be, 200,000 barrels, could decline?



Copyright © 2001-2011 FactSet CallStreet, LLC

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.* A

We don't anticipate a decline based on what we've seen. But you're right; that's up to the third-party engineers.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.* Q

Okay and are you planning to do any drilling in the new Miss play, say in the first half of '12?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.* A

If we find a partner and move forward in the play, but not until we sell some acreage.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.* Q

Okay. That's all from me. Thank you.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.* A

Thank you.

**Operator**: Your next question comes from the line of Phillip Jungwirth with BMO Capital Markets. Please proceed.

**Phillip J. Jungwirth**
*Analyst, BMO Capital Markets (United States)* Q

Hey, good morning guys.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.* A

Good morning.

**Phillip J. Jungwirth**
*Analyst, BMO Capital Markets (United States)* Q

On your 2012 production guidance, which horizontal Miss type curve are you assuming to derive that? The current one or the one that you think – or the increased one that could potentially come by year end?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.* A

That's our current type curve.

**Phillip J. Jungwirth**
*Analyst, BMO Capital Markets (United States)* Q


Copyright © 2001-2011 FactSet CallStreet, LLC

Okay. So, I mean that suggest if you increase the type curve we could probably see an increase in production guidance which I guess would be more weighted towards gas than oil based on what you're saying?

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.* A

Well, that was a tricky question. We like our guidance as we've stated.

---

**Phillip J. Jungwirth**
*Analyst, BMO Capital Markets (United States)* Q

Okay, and then if you're experiencing constraints in the Fuhrman-Mascho, why wouldn't you be able to move rigs to drill the Clear Fork or some of your other fields in the Central Basin Platform?

---

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.* A

Well, we are. We are going to move some of that around but right now the Miss is doing very well and we have 800,000 acres in old Miss, not including anything in the new Miss. But in the Permian we have 200,000 acres. So with this constraint, it makes more sense to go ahead and reallocate some rigs in new Miss and continue to drill that program out and hold our acreage.

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.* A

Keep in mind, we'll drill close to 800 wells; it's not like we're not doing our work in the Permian.

---

**Phillip J. Jungwirth**
*Analyst, BMO Capital Markets (United States)* Q

Right, and in 2012 where – do you still think you can drill 800 wells or what's number of gross wells we should assume for '12 based on the lower rig count?

---

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.* A

Yeah. I got that. In 2012 we're kind of modeling about 760 wells in the Permian and about 380 wells in the Mid-Continent producers.

---

**Phillip J. Jungwirth**
*Analyst, BMO Capital Markets (United States)* Q

Okay, great. Thanks guys.

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.* A

Thank you.

---

**Operator**: Your next question comes from the line of Mike Breard with Hodges Capital. Please proceed.

---

**Michael Breard**
*Analyst, Hodges Capital Management* Q


Copyright © 2001-2011 FactSet CallStreet, LLC

Yes. In your original Mississippian play you ended up buying a lot more acreage than you had originally expected because the lease costs were still low. Are you satisfied to stop at a million in the new Miss or would you raise that considerably if lease costs remain cheap?

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

No. It's – we're satisfied with a million and that comes with anticipating in a five year plan how you can effectively drill out the play.

---

**Michael Breard**
*Analyst, Hodges Capital Management*

Q

Okay. And, then one of other question, are you looking for predominantly an oil company to joint venture with or money manager type or does it make any difference?

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Actually, it doesn't make any difference. We anticipate it will be more of an oil company.

---

**Michael Breard**
*Analyst, Hodges Capital Management*

Q

Okay, thank you.

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

---

**Operator**: Your final question today is a follow-up from the line of Craig Shere with Tuohy Brothers. Please proceed.

---

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Hi, thanks for taking my follow up.

---

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Sure.

---

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Very quick; Matt, I thought I heard you say that the cost for alleviating the pressure issues in the Central Basin Platform were only maybe $15 million, $16 million. But if I'm reading the delta between the third quarter and second quarter releases correctly, total midstream and other CapEx is rising $35 million between the two years. Can you explain where the other $20 million is coming from?


Copyright © 2001-2011 FactSet CallStreet, LLC

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, sure. As we expand our Mississippian drilling next year – this year we'll probably drill somewhere – about 170 to 175 Mississippian wells. Next year we're looking at 380 Mississippian wells so we have more costs going to facilities in the Miss as well, probably primarily into electrical infrastructure.

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Okay, and so things like electrical infrastructure and such, how much of this – if we think a couple of years out, how much of this can really be monetized eventually? Is it just gathering lines or how do you think about midstream as it grows from $50 million EBITDA and maybe doubles over time?

**Matthew K. Grubb**
*President & Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, right, like Tom mentioned earlier at this point in time at least we have no plans to monetize our midstream as sits any infrastructure facilities. It's just too integral to our development plan at this point.

**Craig K. Shere**
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Okay, thanks again.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: Ladies and gentlemen, that does conclude today's Q&A portion of the call. I would now like to turn it back it over to Tom Ward for closing remarks.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

Well, thank you for joining us and we look forward to talking to you in the interim and at the next call.

**Operator**: Ladies and gentlemen, that concludes today's conference. Thank you for your participation. You may now disconnect. Have a great day.


Copyright © 2001-2011 FactSet CallStreet, LLC

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2011 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.