# Exhibit 36

Exhibit 36

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): June 22, 2011**

# ENERJEX RESOURCES, INC.

**(Exact Name of Registrant as specified in its charter)**

**Nevada**
**(State or other jurisdiction of incorporation)**

| | |
|---|---|
| **000-30234**<br>**(Commissioner File Number)** | **88-0422242**<br>**(IRS Employer Identification No.)** |

**1600 NE Loop 410, Suite 104, San Antonio, Texas 78209**
**(Address of principal executive offices)**

**(210) 451-5545**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligations of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act of (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act of (17 CFR 240.13e-4(c))

**Item 7.01 Regulation FD Disclosure**

On June 22, 2011 we announced that the Company's Chief Executive Officer, Robert Watson, Jr., will be providing an updated presentation to the Energy Prospectus Group in Houston, Texas on June 24, 2011 at 12:30 p.m. CST. The presentation will be webcast and available to members of Energy Prospectus Group at www.energyprospectus.com. A copy of the press release is attached as Exhibit 99.1 and is incorporated herein by reference.

The Company presentation that Mr. Watson will utilize at the conference is available on our website at www.enerjexresources.com and is attached as Exhibit 99.2 and is incorporated herein by reference.

Note: The information in this report is furnished pursuant to Item 7.01 and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934 or otherwise subject to the liabilities of that Section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act except as expressly set forth by specific reference to such filing.

**Item 8.01 Other Events**

On June 23, 2011 we issued a press release regarding our current operations and plan for 2011, which is attached as Exhibit 99.3 and is incorporated herein by reference.

**Item 9.01 Financial Statements and Exhibits**

(d) Exhibits.

99.1 Press Release dated June 22, 2011
99.2 Investor Presentation
99.3 Press Release dated June 23, 2011

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**ENERJEX RESOURCES, INC.,**

Date: June 24, 2011

By: /s/ Robert G. Watson
Robert G. Watson, Chief Executive Officer and President

**Exhibit 99.1**

# ENERJEX TO PRESENT TO THE ENERGY PROSPECTUS GROUP

**San Antonio, Texas (June 22, 2011) –** EnerJex Resources, Inc. (OTCMarkets:ENRJ) (“EnerJex” or the “Company”), a domestic onshore oil company, announced today that its Chief Executive Officer Robert Watson, Jr. will provide an updated presentation to the Energy Prospectus Group in Houston, TX on June 24th at 12:30 pm CST. A copy of the presentation will be available on the Company’s website the morning of June 24th. The presentation will be webcast and available to members of the Energy Prospectus Group at www.energyprospectus.com. The webcast can be viewed live and will also be archived for later viewing.

## About EnerJex Resources, Inc.

EnerJex is a domestic onshore oil company with assets located in Eastern Kansas and South Texas. The Company’s primary business is to acquire, develop, explore and produce oil properties onshore in the United States. Additional information is available on the Company’s web site at www.enerjexresources.com.

## Forward-Looking Statements

*This press release and the materials referenced herein include "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements give EnerJex’s current expectations or forecasts of future events. The statements in this press release regarding the acquisition of operating assets and related agreements; any implied or perceived benefits from any current or future transaction, and any other effects resulting from any of the above, are forward-looking statements. Such statements involve risks and uncertainties, including but not limited to: whether acquired properties will produce at levels consistent with management’s expectations; market conditions; the ability of EnerJex to obtain financing for continued drilling; the costs of operations; delays, and any other difficulties related to producing oil; the ability of EnerJex to integrate the newly purchased assets and any newly acquired employees; the price of oil; EnerJex's ability to market and sell produced minerals; the risks and effects of legal and administrative proceedings and governmental regulation; future financial and operational results; competition; general economic conditions; and the ability to manage and continue growth. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual outcomes may vary materially from those indicated. Important factors that could cause actual results to differ materially from the forward-looking statements are set forth in our Form 10-K filed with the United States Securities and Exchange Commission and our Form 10-Q. EnerJex undertakes no obligation to revise or update such statements to reflect current events or circumstances after the date hereof or to reflect the occurrence of unanticipated events. EnerJex’s production forecasts are dependent upon many assumptions, including estimates of production decline rates from existing wells and the outcome of future drilling activity. Although EnerJex believes the expectations and forecasts reflected in these and other forward-looking statements are reasonable, it can give no assurance they will prove to have been correct. They can be affected by inaccurate assumptions or by known or unknown risks and uncertainties.*

## Contact

Brad Holmes, Investor Relations
(713) 654-4009
B_holmes@att.net

Robert Watson, Jr. CEO
(210) 451-5545

# EnerJex Resources

## A Domestic Onshore Oil Company

June 2011

# Forward Looking Statements

**SUMMARY:** The material presented is a presentation of general background information about EnerJex Resources, Inc. ("JEX") as of the date of this document. This information is in summary form and does not purport to be complete. This document (and/or attachments to this document) is not intended to be relied upon as advice to potential investors.

**FORWARD-LOOKING STATEMENTS**: This document (including the financial projections and any subsequent questions and answers) contains statements that are forward-looking within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Such forward-looking statements are only predictions and are not guarantees of future performance. Investors are cautioned that any such forward-looking statements are and will be, as the case may be, subject to many risks, uncertainties, certain assumptions and factors relating to the operations and business environment of JEX that may cause the actual results of the companies to be materially different from any future results expressed or implied in such forward-looking statements.

**RESERVE AND RESOURCE DISCLOSURE**: Securities and Exchange Commission ("SEC") rules prohibit a publicly-reporting oil and gas company from including oil and gas resource estimates in their filings with the SEC, except proved, probable and possible reserves that meet the SEC's definition of such terms. Estimates of proved, probable and possible reserves included herein are not based on SEC definitions and guidelines. Unless otherwise indicated, estimates of non-proved reserves and other hydrocarbons included herein may also not meet specific definitions of reserves or resource categories within the meaning of the SPE/SPEE/WPC Petroleum Resource Management System.

**NO REPRESENTATIONS**: This document (and/or attachments to this document) is as of the date indicated, is not complete nor have the performance projections been audited, and does not contain certain material information about JEX, including important disclosures and risk factors associated with an investment in JEX and is subject to revision at any time and JEX is not obligated to inform you of any changes made.

Although JEX believes that the expectations and assumptions reflected in this document and the forward-looking statements are reasonable based on information currently available to JEX, and their respective principals, employees, agents and authorized representatives, none of JEX, or their respective principals, employees, agents or authorized representatives makes any warranty or representation, whether express or implied, or assumes any legal liability for the accuracy, completeness or usefulness of any information disclosed. JEX nor any of its respective principals, employees, agents or authorized representatives accepts any responsibility or liability whatsoever caused by any action taken in reliance upon this document and/or its attachments.

# Corporate Summary

| | |
|---|---|
| **Stock Symbol:** | ENRJ |
| **Headquarters:** | San Antonio, TX |
| **Share Price:** | $0.75 (As of 6/22/11) |
| **Shares Outstanding:** | 74.1 Million (Diluted) |
| **Market Capitalization:** | $55.6 Million (Diluted) |
| **Cash & Securities:** | $5.5 Million (As of 3/31/11) |
| **Bank Debt:** | $6.1 Million (As of 3/31/11) |



ENERJEX RESOURCES

# Company Overview

- Headquartered in San Antonio, Texas
  - Operations office in Kansas with 20 coworkers
- Balanced asset portfolio
  - 100% domestic onshore oil
  - Eastern Kansas → Low risk, long life, exploit and develop assets
  - South Texas → High-impact, resource play assets
- Proven management with a grassroots presence in both plays
  - Focused on per-share value creation for stockholders
  - Local operational presence ensures asset maximization
  - Significant insider ownership

# Transformation Completed December 31, 2010

- Acquired assets valued at $25 million through the issuance of equity
  - 2 oil resource plays in South Texas
  - Complimentary oil assets in Eastern Kansas
  - Other assets including 15% equity interest in Oakridge Energy, Inc. (OTC: OAKR)
- Converted 100% of senior secured debentures ($2.7 million) into common equity at $0.80 per share
- Raised $5 million through the issuance of common stock
- Completely reconstituted management and board of directors

# Management

| | |
|---|---|
| **Robert Watson, Jr.**<br>*Chief Executive Officer, Director* | • Chief Executive Officer of Black Sable Energy (2008-2010)<br>• Founder and President of Centerra Energy Partners (2005-2008)<br>• Senior Associate at American Capital Strategies (NASDAQ: ACAS) (2000-2005)<br>  • Executed 7 transactions representing more than $150 million of invested capital<br>  • Active participation in daily management of 12 portfolio companies<br>• Energy Investment Banker at CIBC World Markets (1999-2000)<br>• Bachelor of Business Admin. in Finance Degree from Southern Methodist University |
| **John Loeffelbein** | • 14 years of oil and gas experience<br>• Founder and Principal of Coal Creek Energy (2001-Present)<br>  • Acquired and monetized 160,000 mineral acres in Eastern Kansas and Missouri<br>• Founder and Principal of J&J Operating (2007-2010)<br>  • Responsible for operating approximately 500 oil wells in Eastern Kansas<br>• Landman at Orion Oil & Gas (1997-2000)<br>  • Instrumental in acquiring 200,000 mineral acres in NE Alabama |

# Directors

| | |
|---|---|
| **James Miller** | • Executive at Utilicorp United (Subsequently Renamed Aquila) (1989-2002)<br>  ◦ Chief Executive Officer of business unit responsible for electricity generation and electric and natural gas transmission and distribution businesses serving 1.3 million customers<br>  ◦ Company was NYSE listed and merged with Great Plains Energy in 2007 through a series of transactions valued at $2.6 billion<br>• President of Michigan Gas Utilities (1983-1989)<br>  ◦ Acquired by Utilicorp United in 1989 |
| **Lance Helfert** | • President of West Coast Asset Management (2000-Present)<br>  ◦ Registered Investment Advisor with $200 million in assets under management<br>  ◦ Regularly featured on CNBC and Fox Business<br>• Wilshire Associates (1998-2000)<br>  ◦ Oversaw $1 billion portfolio |
| **Atticus Lowe** | • Chief Investment Officer of West Coast Asset Management (2002-Present)<br>  ◦ Invested more than $200 million in the oil and gas industry on behalf of principals and clients during the past 9 years<br>  ◦ Director and Chairman of Audit Committee for privately held oil and gas company with leases covering approximately 180,000 net acres in the DJ Basin |

# Asset Overview







**E. Kansas -** Long Life Oil Production

- Stable base of current oil production
- Proved reserves of 2.5 million barrels
- 100's of development drilling locations
- Multiple bolt-on acquisitions identified
- Deep exploration upside potential
- Minimal competition

**S. Texas -** High Impact Potential

- Core oil resource play with 9 wells completed spanning 8 miles
- Potential for 100's of wells
- Fracture stimulation unlocks resource
- Eagleford Shale exposure
- Austin Chalk exposure



ENERJEX RESOURCES

# 2011 Accomplishments

- Brought operations in-house for majority of Kansas and Texas assets
- Re-established production from more than 50 idle wells in Kansas
- Raised $1.9 million of common equity and sold non-core assets for $1.4 million
- Secured $650,000 of non-recourse project financing to develop non-core assets
- Began active drilling program in Kansas
  - Drilled 66 development wells (in various stages of completion) with a 100% success rate and 3 wildcat exploration wells with a 33% success rate
- Secured rig to drill 3 wells at El Toro Project in Texas beginning in June
  - Offset wells averaged ~25 barrels of oil per day (BOPD) during the first 12 months
- Increased production to ~270 BOPD net to EnerJex's working interest
  - ~20% increase compared to 1Q 2011 with further increases expected throughout 2011
- Acquired Kansas oil property for $245,000
  - Potential for more than 100 oil wells - 9 wells have recently been drilled and cased



EnerJex Resources

# Go Forward Plan

- Aggressively increase oil production and reserves in Eastern Kansas
- Significantly reduce operating expenses and increase cash flow
- Leverage stable cash flow base to further develop high-impact assets
- Make accretive acquisitions in core area of Eastern Kansas
- Advance stock listing to NYSE-AMEX or NASDAQ

**Focus 100% on increasing per-share value for stockholders**

ENERJEX RESOURCES




# Eastern Kansas

# Eastern Kansas Overview

- Low-risk shallow oil production with long reserve life
  - 95%+ historical drilling success rate at depths of 500-2,000 feet
  - Reserve life of up to 40 years or more with low annual production declines
  - Multiple pay zones, with many fields only explored through the shallowest zones
  - Finding and development costs < $10/barrel, operating costs ~$25/barrel
- Major opportunity to rapidly increase oil production and reserves through drilling and acquisitions
  - Hundreds of development drilling locations identified on existing properties
- Acquisition opportunities are abundant and competition is minimal
  - Highly fragmented market - 70% of oil in Kansas is produced by ~2,000 small operators
  - Critical mass provides economies of scale and improves profit margins
  - Bolt-on acquisitions are highly accretive due to economies of scale
  - Most acquisition candidates are poorly maintained, underdeveloped, and underexplored
- Kansas produced approximately 40 million barrels of oil in 2009 and ranks 8th in the U.S. among oil producing states

# Eastern Kansas Proven Oil Reserves

| Reserve Category | Producing | Undeveloped | Total Proven |
|---|---|---|---|
| Net Barrels | 743,140 | 1,726,330 | 2,469,460 |
| Future Revenue | $69,604,460 | $161,428,090 | $231,032,540 |
| Future Investment | $0 | $13,470,180 | $13,470,180 |
| Future Expenses | $30,626,870 | $49,489,070 | $80,115,940 |
| Future Net Cash Flow | $38,977,590 | $98,468,840 | $137,446,420 |
| *PV-10 Value | $19,211,110 | $31,626,810 | $50,837,920 |

*PV-10 value represents the present value of pre-tax future net cash flows generated from the production of proven oil reserves assuming a discount factor of 10% per annum.

Based on EnerJex's 12/31/2010 reserve report completed by Miller & Lents, Ltd. assuming NYMEX strip pricing as of 6/13/2011.

ENERJEX RESOURCES




# South Texas – El Toro Project

# El Toro Project Overview

- Applying modern fracture stimulation technology to extend a large oil field discovered in the 1950's which was not fully developed due to "tight" reservoir quality (low permeability which constrains oil flow) and historically low prices
- Analogue field producing from the same formation (undisclosed) in South Texas achieved 128% improvement in oil production through the application of modern fracture stimulation technology as compared to vintage wells
  - Company was sold for $250 million
- EnerJex believes that approximately 25,000 acres are prospective within the El Toro Project and its existing 7,100 acres consist of large blocks that checkerboard the prospective acreage
- The El Toro Project was developed internally and an interest was sold on a promoted basis to a private oil and gas company prior to drilling the first well
- EnerJex owns an approximate 45% operated working interest

# El Toro Project Map






ENERJEX RESOURCES

# Results Thus Far

- EnerJex's first two wells began producing in September of 2009 and have dramatically outperformed the results of historical wells drilled in the area
  - During the first 13 months of production each well produced ~100% more than a key adjacent well that was drilled and fracture stimulated in 1984 (most wells in the area were drilled in the mid 1950's) and has produced 48,000 barrels of oil to date
- EnerJex completed 7 additional wells in 2010 spanning a distance of 8 miles
  - 3 wells appear to be economic, 1 well appears to be uneconomic, and 3 are yet to be determined
  - A deeper oil zone was discovered in western project area which is currently being tested
  - A water disposal facility was recently brought online in the eastern project area and is expected to result in significant cost savings
- Porosity, permeability, and oil saturations appear consistent across all wells based on sidewall cores and log analysis
  - Further research and development is required to determine reason for varying water cuts
  - New logging and coring methods will be implemented on near term wells to improve understanding
- Numerous development wells have been identified in the eastern project area

ENERJEX RESOURCES




# South Texas – Lonesome Dove Project

# Lonesome Dove Project Overview

- ~2,000 acres leased targeting the Austin Chalk and Taylor Sand formations
- Acreage is adjacent to the prolific Giddings Field which has produced 380 million barrels of oil primarily from the Austin Chalk formation
- Recent success has been established in the Austin Chalk play adjacent to EnerJex's acreage on both sides, with initial well production rates of up to 1,000 barrels of oil per day
- EnerJex sold a 90% interest in its Austin Chalk rights on a promoted basis to a private operator that has drilled successful wells in the area
- EnerJex will be carried at no cost for a 15% interest in the first Austin Chalk well
- Potential exists for 12 Austin Chalk wells and 50 Taylor Sand wells



ENERJEX RESOURCES

# Lonesome Dove Potential

- EnerJex's joint venture partner has drilled multiple Austin Chalk wells in the immediate area
  - Its best wells are within the same geological structure as EnerJex's acreage
- EnerJex's partner's first well has produced ~130,000 barrels of oil equivalent (BOE) during its first 24 months and is currently producing ~65 BOE per day
- EnerJex's partner's second successful well has produced ~29,000 BOE during its first 7 months and is currently producing ~100 BOE per day
- EnerJex's partner recently began producing a new well at ~100 BOE per day
- EnerJex will be able to evaluate the Taylor Sand, in which it owns a 100% interest, for free if its partner drills a deep well on its acreage
  - Potential for 1-2 million barrels of recoverable oil net to EnerJex

# ENERJEX RESOURCES

A Domestic Onshore Oil Company

WWW.ENERJEXRESOURCES.COM

Company Headquarters
1600 NE Loop 410, Suite 104
San Antonio, TX 78209
P: (210) 451-5545
F: (210) 451-5546

Kansas Office
27 Corporate Woods, Suite 350
10975 Grandview Drive
Overland Park, KS 66210
P: (913) 754-7754
F: (913) 754-7755

**Exhibit 99.3**

# ENERJEX PROVIDES OPERATIONS UPDATE AND DEVELOPMENT PLAN FOR 2011

*COMPANY PREPARES TO SPUD FIRST OF THREE NEW WELLS IN SOUTH TEXAS*

**San Antonio, Texas (June 23, 2011) –** EnerJex Resources, Inc. (OTCMarkets:ENRJ) (“EnerJex” or the “Company”), a domestic onshore oil company, provided the following update today on its operations year-to-date and its development plan for 2011.

## Operations Update

EnerJex has drilled 66 development wells with a 100% success rate and 3 wildcat exploration wells with a 33% success rate in Eastern Kansas. These wells are in various stages of completion and include a number of water injection wells which are expected to increase production from surrounding oil wells in the months ahead.

Current production net to the Company’s working interest is approximately 255 barrels of oil per day (BOPD) in Eastern Kansas and 15 BOPD in South Texas. This compares favorably to first quarter production of approximately 210 BOPD and 15 BOPD respectively.

The Company’s lease operating expenses in Kansas during the first quarter included approximately $325,000 of non-recurring deferred maintenance expenses that were primarily related to re-establishing production from idle wells and optimizing production from existing leases. EnerJex’s second quarter results will also include non-recurring expenses, but to a lesser extent, and the Company expects minimal expenses related to deferred maintenance projects thereafter.

## 2011 Development Plan

EnerJex intends to spend at least $4.5 million drilling and completing new wells during 2011. The Company plans to drill at least 3 wells in its El Toro Project in South Texas and at least 75 wells in Eastern Kansas (excluding joint venture projects), including at least 13 wells in its deeper Mississippian play located in Southeast Kansas which are near completion.

*Eastern Kansas:*

EnerJex plans to drill and complete 12 wells associated with its joint venture projects in the near term. Meanwhile, the Company will continue completing recently drilled wells while evaluating the results of its drilling program in order to plan the remainder of its capital expenditures for 2011.

*South Texas:*

EnerJex intends to drill 3 new wells back-to-back this summer in its El Toro project. These wells will offset successful producers which achieved initial production rates of approximately 75 BOPD and averaged approximately 25 BOPD each during the first 12 months of production. Due to service constraints in the area resulting from the booming Eagle Ford Shale play, the Company may elect to initially produce these wells conventionally prior to fracture stimulation. In addition, EnerJex plans to work-over several wells in its El Toro Project and expects this to measurably increase its oil production in Texas. EnerJex owns working interests in this project ranging from 40%-47%.

**Management Comments**

EnerJex's CEO, Robert Watson, Jr., commented, "We spent a significant amount of capital on deferred maintenance work during the first five months of the year, and I expect the Company's operating expenses to decrease significantly going forward. Overall I am pleased with our progress and expect to deliver further production increases and decreased opreating costs throughout the remainder of 2011."

**About EnerJex Resources, Inc.**

EnerJex is a domestic onshore oil company with assets located in Eastern Kansas and South Texas. The Company's primary business is to acquire, develop, explore and produce oil properties onshore in the United States. Additional information is available on the Company's web site at www.enerjexresources.com.

**Forward-Looking Statements**

*This press release and the materials referenced herein include "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements give EnerJex's current expectations or forecasts of future events. The statements in this press release regarding the acquisition of operating assets and related agreements; any implied or perceived benefits from any current or future transaction, and any other effects resulting from any of the above, are forward-looking statements. Such statements involve risks and uncertainties, including but not limited to: whether acquired properties will produce at levels consistent with management's expectations; market conditions; the ability of EnerJex to obtain financing for continued drilling; the costs of operations; delays, and any other difficulties related to producing oil; the ability of EnerJex to integrate the newly purchased assets and any newly acquired employees; the price of oil; EnerJex's ability to market and sell produced minerals; the risks and effects of legal and administrative proceedings and governmental regulation; future financial and operational results; competition; general economic conditions; and the ability to manage and continue growth. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual outcomes may vary materially from those indicated. Important factors that could cause actual results to differ materially from the forward-looking statements are set forth in our Form 10-K filed with the United States Securities and Exchange Commission and our Form 10-Q. EnerJex undertakes no obligation to revise or update such statements to reflect current events or circumstances after the date hereof or to reflect the occurrence of unanticipated events. EnerJex's production forecasts are dependent upon many assumptions, including estimates of production decline rates from existing wells and the outcome of future drilling activity. Although EnerJex believes the expectations and forecasts reflected in these and other forward-looking statements are reasonable, it can give no assurance they will prove to have been correct. They can be affected by inaccurate assumptions or by known or unknown risks and uncertainties.*

**Contact**

Brad Holmes, Investor Relations
(713) 654-4009
B_holmes@att.net

Robert Watson, Jr. CEO
(210) 451-5545