# Exhibit 39

Exhibit 39

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-01341-W<br><br>Relating to All Actions |

## DECLARATION OF MARK P. GIMBEL

I, Mark P. Gimbel, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

1. I am a member of Covington & Burling LLP and have been admitted *pro hac vice* to represent Defendants SandRidge Energy, Inc. ("SandRidge" or "the Company"), James D. Bennett, Matthew K. Grubb, Randall D. Cooley, Jim J. Brewer, Everett R. Dobson, William A. Gilliland, Daniel W. Jordan, Roy T. Oliver, Jr., Jeffrey S. Serota, and D. Dwight Scott (collectively, with SandRidge, the "SandRidge Defendants") in this action.

2. I provide this declaration in support of the SandRidge Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint ("Amended Complaint").

3. Attached as **Exhibit 1** is a true and correct copy of SandRidge's Form 10-K for the year ended December 31, 2010 which was publicly filed with the Securities and Exchange Commission ("SEC") on or about February 28, 2011.

4. Attached as **Exhibit 2** is a true and correct copy of SandRidge's Form 10-K for the year ended December 31, 2011which was publicly filed with the SEC on or about February 27, 2012.

5. Attached as **Exhibit 3** is a true and correct copy of SandRidge's Form 10-Q for the quarter ended March 31, 2011 which was publicly filed with the SEC on or about May 9, 2011.

6. Attached as **Exhibit 4** is a true and correct copy of SandRidge's Form 10-Q for the quarter ended June 30, 2011 which was publicly filed with the SEC on or about August 8, 2011.

7. Attached as **Exhibit 5** is a true and correct copy of SandRidge's Form 10-Q for the quarter ended September 30, 2011 which was publicly filed with the SEC on or about November 7, 2011.

8. Attached as **Exhibit 6** is a true and correct copy of SandRidge's Form 10-Q for the quarter ended March 31, 2012 which was publicly filed with the SEC on or about May 7, 2012.

9. Attached as **Exhibit 7** is a true and correct copy of SandRidge's Form 10-Q for the quarter ended June 30, 2012 which was publicly filed with the SEC on or about August 6, 2012.

10. Attached as **Exhibit 8** is a true and correct copy of SandRidge's Form 8-K dated February 24, 2011 which was publicly filed with the SEC.

11. Attached as **Exhibit 9** is a true and correct copy of SandRidge's Form 10-K for the year ended December 31, 2009 which was publicly filed with the SEC on or about March 1, 2010.

12. Attached as **Exhibit 10** is a true and correct copy of the Final Prospectus of Mississippian Trust I dated April 6, 2011.

13. Attached as **Exhibit 11** is a true and correct copy of the Final Prospectus of Mississippian Trust II dated April 17, 2012.

14. Attached as **Exhibit 12** is a true and correct copy of Mississippian Trust I's Form 10-Q for the quarter ended March 31, 2011 which was publicly filed with the SEC on or about May 20, 2011.

15. Attached as **Exhibit 13** is a true and correct copy of Mississippian Trust I's Form 10-Q for the quarter ended June 30, 2011 which was publicly filed with the SEC on or about August 15, 2011.

16. Attached as **Exhibit 14** is a true and correct copy of Mississippian Trust I's Form 10-Q for the quarter ended September 30, 2011 which was publicly filed with the SEC on or about November 14, 2011.

17. Attached as **Exhibit 15** is a true and correct copy of Mississippian Trust I's Form 10-K for the year ended December 31, 2011 which was publicly filed with the SEC on or about March 26, 2012.

18. Attached as **Exhibit 16** is a true and correct copy of Mississippian Trust I's Form 10-Q for the quarter ended March 31, 2012 which was publicly filed with the SEC on or about May 14, 2012.

19. Attached as **Exhibit 17** is a true and correct copy of Mississippian Trust I's Form 10-Q for the quarter ended June 30, 2012 which was publicly filed with the SEC on or about August 13, 2012.

20. Attached as **Exhibit 18** is a true and correct copy of a transcript of Mississippian Trust I's earnings conference call for the third quarter of 2011 which took place on November 11, 2011. Upon information and belief, this is the earnings call referred to in paragraph 234 of Plaintiffs' Amended Complaint.

21. Attached as **Exhibit 19** is a true and correct copy of a transcript of Mississippian Trust I's earnings conference call for the fourth quarter of 2011 which took place on February 17, 2012. Upon information and belief, this is the earnings call referred to in paragraph 250 of Plaintiffs' Amended Complaint.

22. Attached as **Exhibit 20** is a true and correct copy of a transcript of Mississippian Trust I's earnings conference call for the first quarter of 2012 which took place on May 11, 2012. Upon information and belief, this is the earnings call referred to in paragraph 285 of Plaintiffs' Amended Complaint.

23. Attached as **Exhibit 21** is a true and correct copy of a transcript of Mississippian Trust I's earnings conference call for the second quarter of 2012 which

took place on August 10, 2012. Upon information and belief, this is the earnings call referred to in paragraph 298 of Plaintiffs' Amended Complaint.

24. Attached as **Exhibit 22** are true and correct copies of a transcript of an "Analyst Day" SandRidge held for investors on March 1, 2011 and a presentation that SandRidge's officers gave at the Analyst Day. Upon information and belief, this is the conference referred to in paragraphs 178 and 180 of Plaintiffs' Amended Complaint.

25. Attached as **Exhibit 23** is a true and correct copy of the letter publicly released by TPG-Axon on November 8, 2012. Upon information and belief, this is the letter referred to in paragraph 322 of Plaintiffs' Amended Complaint.

26. Attached as **Exhibit 24** is a true and correct copy the presentation publicly released by TPG-Axon on January 23, 2013 and the January 24, 2013 SandRidge Schedule 14A noting its public release. Upon information and belief, this is the presentation referred to in paragraph 334 of Plaintiffs' Amended Complaint.

27. Attached as **Exhibit 25** is a true and correct copy of a transcript of Defendant Bennett's presentation at the Barclays Capital High Yield Bond & Syndicated Loan Conference that took place on March 25, 2011. Upon information and belief, this is the presentation referred to in paragraph 188 of Plaintiffs' Amended Complaint.

28. Attached as **Exhibit 26** is a true and correct copy of SandRidge's Form 8-K dated August 4, 2011 which was publicly filed with the SEC.

29. Attached as **Exhibit 27** is a true and correct copy of a transcript of Defendant Ward's presentation at the IPAA Oil and Gas Investment Symposium that

took place on April 12, 2011. Upon information and belief, this is presentation referred to in paragraph 194 of Plaintiffs' Amended Complaint.

30. Attached as **Exhibit 28** is a true and correct copy of a transcript of SandRidge's earnings conference call for the first quarter of 2011 which took place on May 6, 2011. Upon information and belief, this is the earnings call referred to in paragraph 202 of Plaintiffs' Amended Complaint.

31. Attached as **Exhibit 29** is a true and correct copy the presentation publicly released by TPG-Axon on February 7, 2013 and the February 8, 2013 SandRidge Schedule 14A noting its public release. Upon information and belief, this is the report referred to in paragraphs 115-118 of Plaintiffs' Amended Complaint.

32. Attached as **Exhibit 30** is a true and correct copy of a transcript of SandRidge's earnings conference call for the second quarter of 2011 which took place on August 5, 2011. Upon information and belief, this is the earnings call referred to in paragraphs 217-18 of Plaintiffs' Amended Complaint.

33. Attached as **Exhibit 31** is a true and correct copy of a transcript of SandRidge's earnings conference call for the third quarter of 2011 which took place on November 4, 2011. Upon information and belief, this is the earnings call referred to in paragraph 229 of Plaintiffs' Amended Complaint.

34. Attached as **Exhibit 32** is a true and correct copy of a transcript of Defendant Bennett's presentation at the Bank of America Merrill Lynch Global Energy

Conference that took place on November 16, 2011. Upon information and belief, this is the conference referred to in paragraph 236 of Plaintiffs' Amended Complaint.

35. Attached as **Exhibit 33** is a true and correct copy of Chesapeake Energy Corporation's Form 8-K dated May 2, 2011 which was publicly filed with the SEC. A press release disclosing Chesapeake's Mississippian drilling program is attached to the 8-K as exhibit 99.1.

36. Attached as **Exhibit 34** is a true and correct copy of Atlas Pipeline Partners, L.P.'s Form 8-K dated May 12, 2011 which was publicly filed with the SEC. A press release disclosing Atlas Pipeline Partners' Mississippian drilling program is attached to the 8-K as exhibit 99.1.

37. Attached as **Exhibit 35** is a true and correct copy of Equal Energy LTD.'s Form 6-K dated May 19, 2011 which was publicly filed with the SEC. A message to shareholders disclosing Equal Energy's Mississippian drilling program is attached to the 6-K as exhibit 99.1.

38. Attached as **Exhibit 36** is a true and correct copy of the Form 8-K of Enerjex Resources Inc. ("Enerjex") dated June 22, 2011 which was publicly filed with the SEC. A press release disclosing Enerjex's Mississippian drilling program is attached to the 8-K as exhibit 99.3.

39. Attached as **Exhibit 37** is a true and correct copy of *NECA-IBEW Pension Tr. Fund v. Bank of Am. Corp.*, No. 1:10-cv-0440-LAK, slip op. at 1 (S.D.N.Y. Mar 16, 2012).

40. Attached as **Exhibit 38** is a true and correct copy of Mississippian Trust II's Form 10-K for the year ended December 31, 2012 which was publicly filed with the SEC on or about March 15, 2013.

DATED: October 7, 2013
New York, New York

MARK P. GIMBEL