**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 5:12-cv-01341-W<br><br>CLASS ACTION |

## DECLARATION OF GEORGE S. CORBYN, JR.

My name is George S. Corbyn, Jr. I am a partner with Corbyn Hampton Law Firm, and am an attorney of record for Defendant Tom L. Ward ("Mr. Ward"). I have personal knowledge of the facts in this Declaration, and am competent to testify thereto.

**1.** Attached as **Exhibit 1** is a true and correct copy of the Form 10K-A of SandRidge Energy, Inc. (the "Company") filed with the Securities and Exchange Commission ("SEC") on April 30, 2013.

**2.** Attached as **Exhibit 2** is a true and correct copy of the Employment Agreement, effective June 8, 2006, between Rita Energy, Inc. and Mr. Ward, attached as Exhibit 10.11 to the Company's Form S-1 filed with the SEC on January 30, 2008.

**3.** Attached as **Exhibit 3** is a true and correct copy of the Employment Agreement, effective December 20, 2011, between the Company and Mr. Ward, attached as Exhibit 10.1 to the Company's Form 8-K filed with the SEC on December 27, 2011.

**4.** Attached as **Exhibit 4** is a true and correct copy of the Form 4 filed by Mr. Ward with the SEC on January 19, 2011.

**5.** Attached as **Exhibit 5** is a true and correct copy of the Form 4 filed by Mr. Ward with the SEC on October 3, 2012.

**6.** Attached as **Exhibit 6** is a true and correct copy of a press release of the Company dated June 19, 2013.

**7.** Attached as **Exhibit 7** is a true and correct copy of the Company's Form 8-K filed with the SEC on October 16, 2008.

**8.** Attached as **Exhibit 8** is a true and correct copy of Order, *In re SandRidge Energy, Inc. S'holder Derivative Litig.*, No. CIV-13-102-W (W.D. Okla. Sept. 11, 2013), ECF No. 133.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of October, 2013.

CORBYN HAMPTON LAW FIRM

s/George S. Corbyn, Jr.
George S. Corbyn, Jr. OBA # 1910
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, OK 73102
Telephone: (405) 239-7055
Facsimile: (405) 702-4348
Email: gcorbyn@corbynhampton.com

*Attorney for Defendant Tom L. Ward*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel registered for ECF.

s/George S. Corbyn, Jr.
George S. Corbyn, Jr.
CORBYN HAMPTON LAW FIRM
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, OK 73102
Telephone: (5405) 239-7055
Facsimile: (405) 702-4348
Email: gcorbyn@corbynhampton.com