UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-LRW |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | DECLARATION OF EVAN J. KAUFMAN IN OPPOSITION TO THE SANDRIDGE DEFENDANTS' MOTION TO DISMISS |

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir and Angelica Galkin, and Plaintiffs Judith Greenberg, Charles Blackburn, and Ted Odell (collectively, "Plaintiffs") in this matter. I respectfully submit this declaration in support of Plaintiffs' Opposition to the SandRidge Defendants' Motion to Dismiss. Except as otherwise indicated, I have personal knowledge of the matters stated herein, and, if called upon, could competently testify hereto.

2. Attached hereto as Exhibit A is a true and correct copy of a March 26, 2012 SandRidge Energy, Inc. ("SandRidge" or the "Company") presentation.

3. Attached hereto as Exhibit B are true and correct copies of Forms 4 filed with the United States Securities and Exchange Commission ("SEC") by SandRidge Mississippian Trust I ("Trust I") on February 21, 2012, June 15, 2012, and October 2, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of a March 5, 2013 SandRidge 2013 Investor/Analyst Meeting presentation (the "3/5/13 Investor/Analyst Presentation").

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt from SandRidge's 2012 Form 10-K/A filed with the SEC on April 30, 2013.

6. Attached hereto as Exhibit E is a true and correct copy of an excerpt from Trust I's Form 8-K filed with the SEC on April 12, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of an excerpt from SandRidge Mississippian Trust II's ("Trust II") Form 8-K filed with the SEC on April 23, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of a chart prepared by Plaintiffs based on information from the 3/5/13 Investor/Analyst Presentation.

9. Attached hereto as Exhibit H is a true and correct copy of the initial complaint in the instant action, captioned *Glitz v. SandRidge Energy, Inc.*, No. 5:12-cv-01341-LRW, filed December 5, 2012.

10. Attached hereto as Exhibit I are true and correct excerpts of maps from the Trust I Prospectus and the Trust II Prospectus.

11. Attached hereto as Exhibit J is a true and correct copy of a *Thompson Street Events* transcript of Trust I's August 12, 2011 second quarter 2011 conference call.

12. Attached hereto as Exhibit K is a true and correct copy of a *Thompson Street Events* transcript of Trust I's November 11, 2011 third quarter 2011 conference call.

13. Attached hereto as Exhibit L is a true and correct copy of the September 11, 2013 slip opinion in the case captioned *In re SandRidge Energy, Inc. Shareholder Derivative Litigation*, No. 5:13-cv-00102-W (W.D. Okla.) (Dkt. No 134).

14. Attached hereto as Exhibit M is a true and correct copy of the September 11, 2013 slip opinion in the case captioned *In re SandRidge Energy, Inc. Shareholder Derivative Litigation*, No. 5:13-cv-00102-W (W.D. Okla.) (Dkt. No 132).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 6th day of December, 2013.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2013.

*/s/ Evan J. Kaufman*