**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-01341-W<br><br>Relating to All Actions |

**DECLARATION OF MARK P. GIMBEL**

I, Mark P. Gimbel, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Covington & Burling LLP and have been admitted *pro hac vice* to represent Defendants James D. Bennett and Matthew K. Grubb (collectively, with SandRidge Energy, Inc., the "SandRidge Defendants") in this action.

2. I provide this declaration in support of the SandRidge Defendants' motion to dismiss Plaintiffs' Second Consolidated Amended Complaint (ECF 188).

3. Attached as **Exhibit 1** is a true and correct copy of a presentation delivered by SandRidge at the March 25, 2011 Barclays Capital High Yield Bond and Syndicated Loan Conference. Upon information and belief, this is the presentation referred to in paragraphs 172 to 174 of Plaintiffs' Second Consolidated Amended Complaint.

3. Attached as **Exhibit 2** is a true and correct copy of a presentation delivered by SandRidge at the April 12, 2011 IPAA 2011 Oil & Gas Investment Symposium in

New York, New York. Upon information and belief, this is the presentation referred to in paragraphs 179 to 182 of Plaintiffs' Second Consolidated Amended Complaint.

4. Attached as **Exhibit 3** is a true and correct copy of the transcript of the earnings conference call held by SandRidge on May 6, 2011 to discuss its earnings during the first quarter of 2011. pon information and belief, this is the earnings call referred to in paragraphs 187 to 188 of Plaintiffs' Second Consolidated Amended Complaint.

5. Attached as **Exhibit 4** is a true and correct copy of a presentation delivered by SandRidge on May 24, 2011 at the UBS Global Oil & Gas Conference in Austin, Texas. Upon information and belief, this is the presentation referred to in paragraphs 194 to 195 of Plaintiffs' Second Consolidated Amended Complaint.

6. Attached as **Exhibit 5** is a true and correct copy of the transcript of the earnings conference call held by SandRidge on August 3, 2012, SandRidge to discuss its earnings for the second quarter of 2012. Upon information and belief, this is the earnings call referred to in paragraphs 273 to 274 of Plaintiffs' Second Consolidated Amended Complaint.

Executed on December 18, 2015 in Oklahoma City, Oklahoma.

Mark P. Gimbel