UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-LRW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | DECLARATION OF EVAN J. KAUFMAN IN OPPOSITION TO THE SANDRIDGE DEFENDANTS' MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT |

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir and Angelica Galkin (collectively, "Plaintiffs") in this matter. I respectfully submit this declaration in support of Plaintiffs' Opposition to the SandRidge Defendants' Motion to Dismiss the Second Consolidated Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of a November 8, 2012 letter sent by TPG-Axon Capital to the Board of Directors of SandRidge Energy, Inc., with the relevant language on page 7 highlighted.

3. Attached hereto as Exhibit B is a March 3, 2016 article entitled *Alleged Co-Conspirator of Indicted Energy Exec Killed in Car Crash Said to Be Ex-Business Partner*, from the website of the Chicago Tribune at http://www.chicagotribune.com/business/ct-sandridge-ceo-ward-alleged-conspiracy-20160303-story.html. The article has been re-formatted to make it easier to read.

4. Attached hereto as Exhibit C is a true and correct copy of the Indictment issued in the criminal action *United States of America vs. Aubrey K. McClendon* in the United States District Court for the Western District of Oklahoma, No. CR 16-043.

5. Attached hereto as Exhibit D is a March 3, 2016 press release entitled *New Civil Antitrust Claims Filed Against Chesapeake, SandRidge Energy*, from the website of PR Newswire at http://www.prnewswire.com/news-releases/new-civil-antitrust-claims-filed-against-chesapeake-sandridge-energy-300230659.html. The article has been re-formatted to make it easier to read.

6. Attached hereto as Exhibit E is a June 21, 2013 article entitled *Sandridge CEO Tom Ward Fired But Gets $90.9 Million? What The...?*, which appears on the website of Forbes Magazine at http://www.forbes.com/sites/richardfinger/2013/06/21/sandridge-ceo-tom-ward-fired-but-gets-90-9-million-what-the/#4466fc9062f3. The article has been re-formatted to make it easier to read.

7. Attached hereto as Exhibit F is a true and correct copy of a disclosure statement filed by 193 Investments, L.L.C. in the derivative action *In re SandRidge Energy, Inc. Shareholder Derivative Litigation* in the United States District Court for the Western District of Oklahoma, No. 5:13-cv-00102-W, ECF No. 87.

8. Attached hereto as Exhibit G is a true and correct copy of a disclosure statement filed by WCT Resources, L.L.C. in the derivative action *In re SandRidge Energy, Inc. Shareholder Derivative Litigation* in the United States District Court for the Western District of Oklahoma, No. 5:13-cv-00102-W, ECF No. 88.

9. Attached hereto as Exhibit H is a true and correct copy of an excerpted transcript of SandRidge's August 5, 2011 earnings conference call, with the relevant language highlighted on the last page of the excerpted document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 11th day of March 2016.

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
CHRISTOPHER M. BARRETT

*s/ Evan J. Kaufman*
EVAN J. KAUFMAN
NY Bar Number: 2753614

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
cbarrett@rgrdlaw.com

*Lead Counsel for Plaintiffs*

DERRYBERRY & NAIFEH, LLP
DARREN B. DERRYBERRY
(OBA No. 14542)
4800 North Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: 405/708-6784
405/528-6462 (fax)
dderryberry@derryberrylaw.com

*Liaison Counsel*

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)
ambere@zhlaw.com

*Additional Plaintiffs' Counsel*

CERTIFICATE OF SERVICE

I, Evan J. Kaufman, certify that on March 11, 2016, I caused a true and correct copy of the foregoing document to be served electronically on all counsel of record registered for electronic service for this case and by first-class mail on all other counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of March 2016 at Melville, New York.

*s/ Evan J. Kaufman*

EVAN J. KAUFMAN
NY Bar Number: 2753614

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
ekaufman@rgrdlaw.com

Lead Counsel