IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE SANDRIDGE ENERGY, INC.  ) <br> SECURITIES LITIGATION            ) | No. CIV-12-1341-W <br> Relating to All Securities Actions |

### ORDER

The parties are DIRECTED to notify the Court in writing within seven (7) days of the effect, if any, on the instant action of the Voluntary Petition for Bankruptcy filed by SandRidge Energy, Inc., on May 16, 2016, in the United States Bankruptcy Court for the Southern District of Texas. In re SandRidge Energy, Inc., No. 16-32488.

ENTERED this 16th day of May, 2016.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE