IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE SANDRIDGE ENERGY, INC. ) <br> SECURITIES LITIGATION ) | No. CIV-12-1341-W <br> Relating to All Securities Actions |

## **ORDER**

Upon review of the parties' papers regarding the effect, if any, on the instant action of the Voluntary Petition for Bankruptcy ("Petition") filed by defendant SandRidge Energy, Inc. ("SandRidge"), on May 16, 2016, in the United States Bankruptcy Court for the Southern District of Texas, see In re SandRidge Energy, Inc., No. 16-32488, the Court

(1) FINDS the filing of SandRidge's Petition has triggered the automatic stay provision of title 11, section 362(a) of the United States Code;

(2) because sufficient identity of interest exists between SandRidge and the individual defendants, James D. Bennett, Matthew K. Grubb and Tom L. Ward, and because one or more of the individual non-debtor defendants may be entitled to indemnity from SandRidge, further FINDS in its discretion that the instant action and Carbone v. SandRidge Energy, Inc., No. CIV-13-19-W, should be and are therefore STAYED in their entirety;

(3) DIRECTS the Clerk of the Court to file a copy of this Order in these two consolidated matters and to administratively terminate these actions in her records until further Order of the Court; and

(4) DIRECTS the parties to advise the Court in writing if and when the stay imposed by section 362(a) is no longer in force and effect or has been lifted as to these actions or the bankruptcy proceeding is concluded so that administrative closure of these

consolidated actions is no longer appropriate and these matters may be reopened.[1]

ENTERED this 24th day of May, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

---

[1] Until such time, the Court will hold in abeyance the Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint [Doc. 189] filed by SandRidge, Bennett and Grubb and the Motion to Dismiss [Doc. 190] filed by Ward.