UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-LRW |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFFS' MOTION TO PARTIALLY LIFT PSLRA DISCOVERY STAY**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir Galkin and Angelica Galkin (collectively, "Plaintiffs") in this matter. I respectfully submit this declaration in support of Plaintiffs' motion for a modification of the stay of discovery imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and the production of documents in the possession of SandRidge Energy, Inc. ("SandRidge" or the "Company").

2. Attached hereto as Exhibit 1 is a true and correct copy of the Form 10-Q filed by SandRidge with the Securities and Exchange Commission (the "SEC") on August 15, 2016.

3. Attached hereto as Exhibit 2 is a true and correct copy of the proof of claim filed by the SEC on June 16, 2016 in the bankruptcy proceeding *In re SandRidge Energy, Inc., et al.*, in the United States Bankruptcy Court for the Southern District of Texas, Lead Case No. 16-32488 (the "SandRidge Bankruptcy Proceeding").

4. Attached hereto as Exhibit 3 is a true and correct copy of the Ad Hoc Committee of Shareholders' Emergency Motion to Extend Deadlines for Expert Report and Objection to Confirmation, filed in the SandRidge Bankruptcy Proceeding on August 19, 2016. [Doc. No. 746.]

5. Attached hereto as Exhibit 4 is a true and correct copy of the Notice of Appeal filed by the Ad Hoc Committee of Shareholders in the SandRidge Bankruptcy Proceeding on September 23, 2016. [Doc. No. 913.]

6. Attached hereto as Exhibit 5 is a true and correct copy of the Amended Joint Chapter 11 Plan of Reorganization of SandRidge Energy, Inc. and Its Debtor Affiliates, filed in the SandRidge Bankruptcy Proceeding on September 2, 2016. [Doc. No. 839.]

7. Attached hereto as Exhibit 6 is a true and correct copy of the Stipulation and Agreed Order Regarding Payment of Insurance Proceeds, filed in the SandRidge Bankruptcy Proceeding on August 18, 2016. [Doc. No. 741.]

8. Attached hereto as Exhibit 7 is a true and correct copy of the Stipulation of Settlement filed on October 8, 2015 in the derivative action *In re SandRidge Energy, Inc. Shareholder Derivative Litigation* in the United States District Court for the Western District of Oklahoma, No. 5:13-cv-00102-W. [Doc. No. 301-1.]

9. Attached hereto as Exhibit 8 is a true and correct copy of the Amended Order Confirming the Amended Joint Chapter 11 Plan of Reorganization of SandRidge Energy, Inc. and Its Debtor Affiliates, entered in the SandRidge Bankruptcy Proceeding on September 20, 2016. [Doc. No. 901.]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 17th day of October, 2016.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN
NY Bar Number: 2753614

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2016.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN