UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) ) ) ) | No. 5:12-cv-01341-LRW |
| | | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) ) ) | |
| ALL ACTIONS. | | |

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir Galkin and Angelica Galkin (collectively, "Plaintiffs") in this matter. I respectfully submit this declaration in support of the Reply in Support of Plaintiffs' Supplemental Motion and Notice of Cease and Desist Order in Support of Plaintiffs' Motion to Partially Lift PSLRA Discovery Stay. I have personal knowledge of the facts in this Declaration, and am competent to testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from the United States Securities and Exchange Commission to Evan J. Kaufman, dated January 11, 2017.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 20th day of January, 2017.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN
NY Bar Number: 2753614

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing.  Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 20, 2017.



*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN