# EXHIBIT 1



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

Office of FOIA Services

January 11, 2017

Mr. Evan J. Kaufman
Robbin Geller Rudman & Dowd LLP
58 South Service Rd
Suite 200
Melville, NY 11747

    Re:   Freedom of Information Act (FOIA), 5 U.S.C. § 552
           Request No. 17-01118-FOIA

Dear Mr. Kaufman:

    This letter is in response to your request, dated and received in this office on December 23, 2016, for the following records: Investigative files resulting in the Administrative Proceeding File No. 3-17739, *In the Matter of SandRidge Energy, Inc.* (17-01118-FOIA); and a copy of all FOIA requests concerning SandRidge Energy, Inc. and any responses thereto (17-01119-FOIA).

    By letter dated December 28, 2016, we responded to 17-01119-FOIA. This letter is in response to 17-01118-FOIA.

    We are withholding records that may be responsive to your request under 5 U.S.C. § 552(b)(7)(A), 17 CFR § 200.80(b)(7)(i). This exemption protects from disclosure records compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement activities. Since Exemption 7(A) protects the records from disclosure, we have not determined if other exemptions apply. Therefore, we reserve the right to assert other exemptions when Exemption 7(A) no longer applies.

    It is the general policy of the Commission to conduct its investigations on a non-public basis. Thus, subject to the provisions of FOIA, the Commission does not disclose the existence or non-existence of an investigation or information gathered unless made a matter of public record in proceedings brought before the Commission or in the courts. Accordingly, the assertion of this exemption should not be construed as an indication by the Commission or its staff that any violations of law have occurred with respect to any person, entity, or security.

Mr. Evan J. Kaufman                                    17-01118-FOIA
January 11, 2017
Page Two


    I am the deciding official with regard to this adverse determination.  You have the right to appeal my decision to the SEC's General Counsel under 5 U.S.C. § 552(a)(6), 17 CFR § 200.80(d)(5)(iv).  The appeal must be received within ninety (90) calendar days of the date of this adverse decision.  Your appeal must be in writing, clearly marked "Freedom of Information Act Appeal," and should identify the requested records.  The appeal may include facts and authorities you consider appropriate.

    You may file your appeal by completing the online Appeal form located at [https://www.sec.gov/forms/request_appeal](https://www.sec.gov/forms/request_appeal), or mail your appeal to the Office of FOIA Services of the Securities and Exchange Commission located at Station Place, 100 F Street NE, Mail Stop 2465, Washington, D.C. 20549, or deliver it to Room 1120 at that address.  Also, send a copy to the SEC Office of the General Counsel, Mail Stop 9612, or deliver it to Room 1120 at the Station Place address.

    You also have the right to seek assistance from me as a FOIA Public Liaison or contact the Office of Government Information Services (OGIS) for dispute resolution services.  OGIS can be reached at 1-877-684-6448 or [https://ogis.archives.gov/?p=/ogis/index.html](https://ogis.archives.gov/?p=/ogis/index.html).

    If you have any questions, please contact Warren Jackson of my staff at [jacksonw@sec.gov](mailto:jacksonw@sec.gov) or (202) 551-8312.  You may also contact me at [foiapa@sec.gov](mailto:foiapa@sec.gov) or (202) 551-7900.


                                          Sincerely,

                                          Jeffery Ovall
                                          FOIA Branch Chief