IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE SANDRIDGE ENERGY, INC. | ) | No. CIV-12-1341-W |
| SECURITIES LITIGATION | ) | Relating to All Securities Actions |

### ORDER

On July 11, 2017, the Court granted the Application for Admission Pro Hac Vice [Doc. 236] filed in support of the Request for Admission Pro Hac Vice [Doc. 236-1] signed by Amber L. Eck, and permitted attorney Eck to appear as co-counsel of record in this matter for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, Vladimir Galkin and Angelica Galkin, subject to payment of the required fee of $50.00, e.g., Rule 83.2(g), Rules of the United States District Court for the Western District of Oklahoma, registration for electronic case filing, e.g., id., and filing an entry of appearance on the form prescribed by the Clerk of the Court, e.g., Rule 83.4, supra, by August 1, 2017.  See Doc. 237.

Eck was advised that her failure to comply with the Court's Order by the designated deadline would result in vacatur of the Court's Order and denial of both the Application for Admission Pro Hac Vice filed on her behalf and her Request for Admission Pro Hac Vice.  See id.

The records of the Clerk of the Court show that Eck paid the required fee.  Eck has not, however, registered for electronic case filing or filed an entry of appearance as directed by the Court.

Accordingly, the Court

(1) VACATES its Order [Doc. 237] issued on July 11, 2017; and

(2) DENIES the Application for Admission Pro Hac Vice [Doc.236] filed on July 11,

2017, and Eck's Request for Admission Pro Hac Vac [Doc. 236-1] dated June 27, 2017.

ENTERED this _2nd_ day of August, 2017.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE