IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE SANDRIDGE ENERGY, INC. | ) | No. CIV-12-1341-W |
| SECURITIES LITIGATION | ) | Relating to All Securities Actions |

## ORDER

The defendants having now answered the allegations in the third consolidated amended complaint, the Court

(1) SETS the matter for status conference on Wednesday, November 1, 2017, at 10:00 a.m.;

(2) DIRECTS the parties to prepare and file on or before October 25, 2017, a Joint Status Report and Discovery Plan, see Appendix II, Rules of the United States District Court for the Western District of Oklahoma, and ADVISES the parties that compliance with Rule 16.1, supra, will be strictly enforced;

(3) further ADVISES that lead trial counsel shall appear at the conference and his or her failure to do so will prevent counsel from participating at trial; and

(4) ADVISES the parties that upon review of the Joint Status Report and Discovery Plan, the Court may determine that a status conference is unnecessary, strike the conference and enter a scheduling or other order based on the information the parties have provided in that report.

ENTERED this 16th day of August, 2017.

LEE R. WEST
UNITED STATES DISTRICT JUDGE