IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION, | ) ) | No. CIV-12-1341-W Relating to All Securities Actions |

## **ORDER**

Upon review of the parties' Joint Status Report and Discovery Plan filed on October 25, 2017, see Doc. 251, and because the parties have already conferred and have proposed certain pretrial deadlines, see id. at 13, the Court FINDS that a status conference is unnecessary. Accordingly, the Court STRIKES the conference now set on November 1, 2017, at 10:00 a.m., see Doc. 245, and ESTABLISHES the following deadlines in this matter:[1]

| Action | Date |
|---|---|
| Parties to exchange initial disclosures pursuant to Rule 26, F.R.Civ.P. | November 15, 2017 |
| Plaintiffs to file motion seeking class certification | February 16, 2018 |
| Defendants to file response to plaintiffs' motion seeking class certification | May 15, 2018 |
| Plaintiffs to file reply, if any, in support of motion seeking class certification | July 15, 2018 |
| Parties to substantially complete document production (with the exception of those documents that relate to class certification, which shall be produced on a schedule to be negotiated by the parties) | May 31, 2018 |
| Parties to join additional parties and amend pleadings; thereafter, leave is required | July 20, 2018 |
| Parties to complete fact discovery | October 11, 2018 |

---

[1] In the Joint Status Report and Discovery Plan, the parties have advised that this matter should be referred to mediation pursuant to Rule 16.3, Rules of the United States District Court for the Western District of Oklahoma. See Doc. 251 at 8, ¶ 12(B). The parties are DIRECTED to confer and to submit within **28 days** a date by which they agree to begin to mediate the claims in this action. Upon receipt of the same, the Court will order mediation in this matter.

| | |
|---|---|
| Plaintiffs to file final list of expert witnesses and to provide expert reports | November 16, 2018 |
| Defendants to file final lists of expert witnesses and to provide expert reports | January 18, 2019 |
| Plaintiffs to file list of rebuttal expert witnesses and to provide rebuttal expert reports | February 19, 2019 |
| Parties to begin expert witness depositions (with the exception of class certification depositions, which shall be conducted earlier on dates to be negotiated by the parties) | February 26, 2019 |
| Parties to complete expert discovery | March 26, 2019 |
| Parties to file dispositive motions and motions to exclude expert testimony under Daubert and/or Rule 702, F.R.E. | May 15, 2019 |
| Parties to file all responses to dispositive motions and motions to exclude expert testimony under Daubert and/or Rule 702, F.R.E. | July 15, 2019 |
| Parties to file replies, if any, in support of dispositive motions and motions to exclude testimony under Daubert and/or Rule 702, F.R.E.[2] | August 15, 2019 |
| Parties to file final lists of witnesses[3] and final lists of exhibits[4] | October 8, 2019 |

The parties are ADVISED that the Court will conduct a pretrial conference on October 15, 2019, during which the Court and the parties will discuss the trial date, the trial schedule and the deadlines for filing (and responding to) all final pretrial papers,

---

[2]If a hearing is necessary to resolve a dispositive motion or a motion to exclude expert testimony under Daubert and/or Rule 702, F.R.E., the parties will be advised of the date and time of that hearing by order.

[3]The parties are REMINDED that pursuant to Rule 26(a)(3)(A)(i), F.R.Civ.P., the final list of witnesses should "separately identify[ ] those [witnesses] the party expects to present and those it may call if the need arises[.]" Absent good cause, no witness shall be permitted to testify in a party's case-in-chief if the witness is not included on that party's final list of witnesses.

[4]The parties are further REMINDED that pursuant to Rule 26(a)(3)(A)(iii), supra, the final list of exhibits shall "separately identify[ ] those [exhibits] . . . the party expects to offer and those it may offer if the need arises." Absent good cause, no exhibit shall be admitted in a party's case-in-chief if the exhibit is not included on that party's final list of exhibits.

including designations of deposition testimony to be used at trial, motions in limine, trial briefs, requested voir dire and proposed jury instructions, and for filing the Final Pretrial Report.[5]

ENTERED this 26th day of October, 2017.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

---

[5] The parties are DIRECTED to file **no later than October 8, 2019,** a joint memorandum that addresses these matters and that proposes trial dates, a trial schedule and deadlines for filing and responding to the parties' final pretrial papers, including deadlines for filing objections to a party's final list of witnesses and final list of exhibits.

The parties are further DIRECTED to confer and to advise the Court in that joint memorandum whether a settlement conference conducted by a United States Magistrate Judge pursuant to Rule 16.2, Rules of the United States District Court for the Western District of Oklahoma, would assist in the resolution of this matter.