UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) No. 5:12-cv-01341-LRW ) ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) |

**APPLICATION FOR ADMISSION *PRO HAC VICE***

COMES NOW the Applicant, Christopher T. Gilroy, of the law firm Robbins Geller Rudman & Dowd LLP, by and through local counsel, and moves the Court pursuant to Local Civil Rule 83.2(g), to admit him to practice before this Court solely for the purpose of appearing as counsel for Plaintiffs in the above-styled case.

The Applicant states, pursuant to Local Civil Rule 83.3, that he has associated with local counsel, Darren B. Derryberry, of the law firm Derryberry & Naifeh, LLP, who is personally appearing in this action, who is a resident of Oklahoma and maintains a law office within the State of Oklahoma, and who has been duly and regularly admitted to practice in this Court.

The undersigned local counsel hereby certifies that Applicant Christopher T. Gilroy is a member of good standing of the Bar of New York and that a completed Request for Admission *Pro Hac Vice* form is attached hereto.

DATED: October 31, 2017             Respectfully submitted,

                                                DERRYBERRY & NAIFEH, LLP
                                                DARREN B. DERRYBERRY, OBA No. 14542

                                                */s/ Darren B. Derryberry*
                                                DARREN B. DERRYBERRY

                                                4800 North Lincoln Blvd.
                                                Oklahoma City, OK  73105
                                                Telephone:  405/528-6569
                                                405/528-6462 (fax)
                                                dderryberry@derryberrylaw.com

                                                *Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2017, I electronically transmitted the Application for Admission *Pro Hac Vice* to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate ECF registrants.

/s/ *Darren B. Derryberry*
DARREN B. DERRYBERRY
DERRYBERRY & NAIFEH, LLP
DARREN B. DERRYBERRY, OBA No. 14542
4800 North Lincoln Blvd.
Oklahoma City, OK  73105
Telephone:  405/528-6569
405/528-6462 (fax)
dderryberry@derryberrylaw.com

*Liaison Counsel*