IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE SANDRIDGE ENERGY, INC. | ) | No. CIV-12-1341-W |
| SECURITIES LITIGATION | ) | Relating to All Securities Actions |

## ORDER

Upon review, the Court

(1) GRANTS the Unopposed Motion to Extend Briefing Schedule [Doc. 266] filed on February 15, 2018, by nominal defendant SandRidge Energy, Inc., and defendants James D. Bennett, Matthew K. Grubb and Tom L. Ward;

(2) DIRECTS all responses to the plaintiffs' Motion for Relief from Orders [Doc. 265] be filed no later than March 14, 2018; and

(3) further DIRECTS all replies, if any, in support of the Motion for Relief from Orders be filed no later than April 4, 2018.

ENTERED this 15th day of February, 2018.

LEE R. WEST
UNITED STATES DISTRICT JUDGE