**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) | No. 5:12-cv-01341-LRW |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir and Angelica Galkin (collectively, "Lead Plaintiffs") in this matter. I respectfully submit this declaration in support of Lead Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of SandRidge Energy, Inc. Form 8-K, dated August 4, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of an analyst report issued by BMO Capital Markets, dated August 5, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of an analyst report issued by Cannaccord Genuity, dated August 4, 2011.

5. Attached hereto as Exhibit 4 is the Expert Report of Bjorn I. Steinholt, CFA.

6. Attached hereto as Exhibit 5 is the Firm Resume of Robbins Geller Rudman & Dowd LLP.

7. Attached hereto as Exhibit 6 is a true and correct copy of ECF No. 29-4, excerpted from the Declaration of Darren Derryberry in Support of the SandRidge Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel, originally filed with the Court on February 4, 2013 (ECF No. 29-2).

8. Attached hereto as Exhibit 7 are true and correct copies of the Declaration of James G. Mace, Fund Manager of Laborers Pension Trust Fund for Northern Nevada; the Declaration of Don Willey, Chairman of the Construction Laborers Pension Trust Fund of Greater St. Louis; and the Declaration of Vladimir and Angelica Galkin, in support of Lead Plaintiffs' Motion for Class Certification.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 16th day of February 2018.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

**CERTIFICATE OF SERVICE**

I, Evan J. Kaufman, certify that on February 16, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of February 2018, at Melville, New York.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN