# EXHIBIT 2

BMO Capital Markets

**August 5, 2011**

# SandRidge Energy

(SD-NYSE)

**Energy: Exploration & Production**

**Phillip Jungwirth, CFA**
BMO Capital Markets Corp.
303-436-1127
phillip.jungwirth@bmo.com

**Stock Rating:** **Market Perform**
**Industry Rating:** **Outperform**

## Paying More for Similar Growth as Costs Escalate

### Event

SandRidge reported 2Q11 EPS/CFPS of $0.00/$0.27 versus our $0.02/$0.24 and consensus $0.03/0.25. Production increased 2.2% q/q, but was below our estimate with an unfavorable gas/oil mix. Permian (up 4% q/q) was a bit lower than we'd forecast, while the Mississippian looked strong, but could be a big driver in the higher LOE (guidance up 20%) due to water disposal costs. Production guidance for 2011 was raised 3%, but primarily due to gas, and capex increased 38% to $1.8bn. Of this increase, 60% was acreage, and SandRidge announced a new Mississippian play (similar to the first) in which it has acquired 200k net acres with a goal of 1mm. The first Miss play has been a home run (no guarantee the new one will be), with SandRidge selling 113,000 net acres to Atinum for $500mm ($250mm carry) or ~$4,400/ac unadjusted (average lease cost ~$200/ac). SandRidge provided an initial 2012 outlook with production guidance of 29.1MMBoe or 21% growth (Miss rig count doubles), which was 4% above (mostly gas) our 27.9MMBoe, but on higher capex of $1.8bn (vs. our $1.4bn).

### Impact

Our take on the release is negative as the 2012 funding gap has grown to $1.2bn (including preferred divs and Trust payouts) following the capex raise, and further transactions/capital are likely needed by mid-2012. SandRidge announced a three-year plan (details on the call?) to achieve 1) self funding capital program (we see little chance, but have been surprised by capital raised to date), 2) double-digit growth (being achieved via CF outspend), 3) and Debt/EBITDA <2x (we show 4.3x now and 4.2x in 4Q12). Given current macro-economic concerns, we think the Street views the increased capital program negatively, and we see too much risk in being long a highly levered oil stock despite SandRidge being well hedged.

### Forecasts

We are lowering our 2012E EPS/CFPS on higher LOE and interest expense.

### Valuation

Our target price of $10 is supported by our NAV estimate. We think proved is worth ~$5/sh and give ~$2/sh for unproved Permian (despite little transparency on locations). Our DCF model (risked 50% on 320's) derives $2k/ac for the Miss or ~$3.50/sh. So we can justify the valuation, but still view SandRidge as expensive and don't like paying one of the highest CF multiples in sector with capex 2.5x.

### Recommendation

We rate SandRidge shares **MARKET PERFORM**.

### Securities Info

| Price (4-Aug) | $9.76 | Target Price | $10 |
|---|---|---|---|
| 52-Wk High/Low | $13/$4 | Dividend | -- |
| Mkt Cap (mm) | $4,002 | Yield | -- |
| Shs O/S (mm, BASIC) | 410.0 | Float O/S (mm) | 363.4 |
| Options O/S (mm) | na | ADVol (30-day, 000s) | 12,931 |

| Selected Bond Iss | Ind Prc | Rat'g Mdys/S&P | YTW | Spread |
|---|---|---|---|---|
| SD 8% '18 | 106 | B3 / B | 6.26% | 573bp |

Bond data from Bloomberg.

### Price Performance




### Valuation/Financial Data

| (FY-Dec.) | 2009A | 2010A | 2011E | 2012E |
|---|---|---|---|---|
| EPS Pro Forma | $0.80 | $0.10 | $0.04↓ | $0.15↓ |
| P/E | | | 244.0x | 65.1x |
| *First Call Cons.* | | | *$0.14* | *$0.50* |
| EPS GAAP | -$10.15 | $0.72 | -$0.06 | $0.15 |
| DCF | $2.39 | $1.27 | $1.10↑ | $1.43↓ |
| P/DCF | | | 8.9x | 6.8x |
| EBITDA ($mm) | $586 | $667 | $751 | $951 |
| EV/EBITDA | | | 9.2x | 7.2x |
| Rev. ($mm) | $591 | $932 | $1,490 | $1,897 |
| EV/Rev | | | 4.6x | 3.6x |
| Production (Bcfe) | 104.5 | 120.5 | 144.2 | 174.6 |

| Quarterly EPS | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| 2010A | $0.01 | $0.22 | -$0.06 | -$0.07 |
| 2011E | -$0.02A | $0.00A | $0.02↓ | $0.04 |

**Balance Sheet Data** (30-Jun)

| | | | |
|---|---|---|---|
| Net Debt ($mm) | $2,888 | TotalDebt/EBITDA | 3.9x |
| Total Debt ($mm) | $2,893 | EBITDA/IntExp | 3.2x |
| Net Debt/Cap. | 61.6% | Price/NAV | 1.0x |

Notes: All values in US$

Source: BMO Capital Markets estimates, Bloomberg, FactSet, Global Insight, Reuters, and Thomson Financial.

**Changes**

| Annual EPS | Annual DCF | Quarterly EPS |
|---|---|---|
| 2011E $0.08 to $0.04 | 2011E $1.04 to $1.10 | Q3/11E $0.05 to $0.02 |
| 2012E $0.32 to $0.15 | 2012E $1.56 to $1.43 | Q4/11E $0.04 to $0.04 |

**Please refer to pages 6 to 8 for Important Disclosures, including the Analyst's Certification.**

## Exhibit 1: SandRidge Energy 2Q11 Earnings Comparison

| | 2011 | | Act. Vs. Est | | 2010 | Y/Y | | 2011 | Seq. | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2QA | 2QE | Chg. | % Chg. | 2QA | Chg. | % Chg. | 1QA | Chg. | % Chg. |
| **Production And Pricing:** | | | | | | | | | | |
| **Average Daily Production Volumes:** | | | | | | | | | | |
| Natural Gas (MMcf) | 189.4 | 185.0 | 4.4 | 2.4% | 212.3 | (22.8) | -10.8% | 191.8 | (2.4) | -1.3% |
| Oil (MBbl) | 30.4 | 31.5 | (1.1) | -3.5% | 14.8 | 15.6 | 105.9% | 28.7 | 1.7 | 6.0% |
| **Total (MBoe)** | 62.0 | 62.3 | (0.4) | -0.6% | 50.1 | 11.8 | 23.6% | 60.7 | 1.3 | 2.2% |
| **Realizations:** | | | | | | | | | | |
| Natural Gas, without hedges (Mcf) | $3.81 | $3.70 | $0.11 | 3.0% | $3.41 | $0.40 | 11.7% | $3.54 | $0.27 | 7.6% |
| Natural Gas, with hedges (Mcf) | $3.31 | $3.47 | -$0.16 | -4.6% | $6.06 | -$2.75 | -45.4% | $3.44 | -$0.13 | -3.8% |
| Oil, without hedges (Bbl) | $89.09 | $89.30 | -$0.21 | -0.2% | $62.56 | $26.53 | 42.4% | $79.76 | $9.33 | 11.7% |
| Oil, with hedges (Bbl) | $76.26 | $78.28 | -$2.02 | -2.6% | $65.86 | $10.40 | 15.8% | $72.26 | $4.00 | 5.5% |
| **Total, without hedges (Boe)** | $55.35 | $56.11 | -$0.76 | -1.3% | $32.86 | $22.49 | 68.5% | $48.91 | $6.44 | 13.2% |
| **Total, with hedges (Boe)** | $47.53 | $49.86 | -$2.33 | -4.7% | $45.05 | $2.48 | 5.5% | $45.05 | $2.48 | 5.5% |
| **Benchmark Price** | | | | | | | | | | |
| Natural Gas - HH (Bid Week) | $4.35 | $4.35 | $0.00 | 0.0% | $4.08 | $0.27 | 6.6% | $4.12 | $0.23 | 5.6% |
| Oil - NYMEX | $102.30 | $102.30 | $0.00 | 0.0% | $77.88 | $24.42 | 31.4% | $94.46 | $7.84 | 8.3% |
| **Differentials** | | | | | | | | | | |
| Natural gas, without hedges (per Mcf) | -$0.54 | -$0.65 | $0.11 | -16.9% | -$0.67 | $0.13 | -19.4% | -$0.58 | $0.04 | -6.9% |
| Crude oil, without hedges (per Bbl) | -$13.21 | -$13.00 | -$0.21 | 1.6% | -$15.32 | $2.11 | -13.8% | -$14.70 | $1.49 | -10.1% |
| **Combined equivalent, without hedges (per Boe)** | -$8.13 | -$8.50 | $0.37 | -4.3% | -$7.35 | -$0.78 | 10.7% | -$8.79 | $0.65 | -7.4% |
| | | | | | | | | | | |
| **Income Statement:** | | | | | | | | | | |
| **Revenues:** | | | | | | | | | | |
| Natural gas and crude oil | 312,111 | 318,268 | (6,157) | -1.9% | 149,995 | 162,116 | 108.1% | 266,942 | 45,169 | 16.9% |
| Drilling and services | 28,537 | 17,000 | 11,537 | 67.9% | 3,901 | 24,636 | 631.5% | 21,034 | 7,503 | 35.7% |
| Midstream and marketing | 16,313 | 24,107 | (7,794) | -32.3% | 22,598 | (6,285) | -27.8% | 22,258 | (5,945) | -26.7% |
| Other | 7,813 | 2,716 | 5,097 | 187.6% | 5,945 | 1,868 | 31.4% | 2,614 | 5,199 | 198.9% |
| **Total revenues** | 364,774 | 362,092 | 2,682 | 0.7% | 182,439 | 182,335 | 99.9% | 312,848 | 51,926 | 16.6% |
| **Expenses:** | | | | | | | | | | |
| Production (LOE) | 81,834 | 74,308 | 7,526 | 10.1% | 56,009 | 25,825 | 46.1% | 73,957 | 7,877 | 10.7% |
| Production taxes | 12,666 | 13,367 | (701) | -5.2% | 5,404 | 7,262 | 134.4% | 10,575 | 2,091 | 19.8% |
| Drilling and services | 18,058 | 12,750 | 5,308 | 41.6% | 1,024 | 17,034 | 1663.5% | 15,041 | 3,017 | 20.1% |
| Midstream and marketing | 15,873 | 22,689 | (6,816) | -30.0% | 19,779 | (3,906) | -19.7% | 22,283 | (6,410) | -28.8% |
| Depreciation, depletion and amortization — natural gas and crude oil | 76,186 | 77,144 | (958) | -1.2% | 54,319 | 21,867 | 40.3% | 73,886 | 2,300 | 3.1% |
| Depreciation, depletion and amortization — other | 13,275 | 13,500 | (225) | -1.7% | 11,820 | 1,455 | 12.3% | 13,093 | 182 | 1.4% |
| Impairment | - | - | - | NM | - | - | NM | - | - | NM |
| General and administrative | 28,183 | 26,660 | 1,523 | 5.7% | 26,529 | 1,654 | 6.2% | 25,608 | 2,575 | 10.1% |
| Stock Based Compensation | 9,495 | 9,359 | 136 | 1.4% | 7,336 | 2,159 | 29.4% | 8,806 | 689 | 7.8% |
| Loss (gain) on derivative contracts | (169,988) | 35,436 | (205,424) | -579.7% | (119,621) | (50,367) | 42.1% | 277,628 | (447,616) | -161.2% |
| Loss (gain) on sale of assets | (524) | - | (524) | NM | 388 | (912) | -235.1% | (201) | (323) | 160.7% |
| **Total expenses** | 85,058 | 285,213 | (200,155) | -70.2% | 62,987 | 22,071 | 35.0% | 520,676 | (435,618) | -83.7% |
| **Loss from operations** | 279,716 | 76,879 | 202,837 | 263.8% | 119,452 | 160,264 | 134.2% | (207,828) | 487,544 | -234.6% |
| **Other income (expense):** | | | | | | | | | | |
| Interest income | 38 | 30 | 8 | 26.7% | 98 | (60) | -61.2% | 5 | 33 | 660.0% |
| Interest expense | (61,725) | (61,374) | (351) | 0.6% | (64,259) | 2,534 | -3.9% | (59,443) | (2,282) | 3.8% |
| Income from equity investments | - | - | - | NM | - | - | NM | - | - | NM |
| Other income, net | (1,913) | 500 | (2,413) | -482.6% | (530) | (1,383) | 260.9% | (34,984) | 33,071 | -94.5% |
| **Total other (expense) income** | (63,600) | (60,844) | (2,756) | 4.5% | (64,691) | 1,091 | -1.7% | (94,422) | 30,822 | -32.6% |
| **Loss before income tax benefit** | 216,116 | 16,034 | 200,082 | 1247.8% | 54,761 | 161,355 | 294.7% | (302,250) | 518,366 | -171.5% |
| Income tax expense (benefit) | (7,054) | - | (7,054) | NM | 150 | (7,204) | -4802.7% | 88 | (7,142) | -8115.9% |
| **Net loss** | 223,170 | 16,034 | 207,136 | 1291.8% | 54,611 | 168,559 | 308.7% | (302,338) | 525,508 | -173.8% |
| Less: net income attributable to noncontrolling interest | 13,154 | 8,000 | 5,154 | 64.4% | 1,096 | 12,058 | 1100.2% | 6 | 13,148 | 219133.3% |
| **Net loss attributable to common stockholders** | 210,016 | 8,034 | 201,982 | 2514.0% | 53,515 | 156,501 | 292.4% | (302,344) | 512,360 | -169.5% |
| Preferred stock dividends and accretion | 13,881 | 12,866 | 1,015 | 7.9% | 8,631 | 5,250 | 60.8% | 13,940 | (59) | -0.4% |
| **Loss applicable to SandRidge common stockholders** | 196,135 | (4,832) | 200,967 | -4159.1% | 44,884 | 151,251 | 337.0% | (316,284) | 512,419 | -162.0% |
| Non-Recurring Items / Preferred Dividends | (198,096) | 12,866 | (210,962) | NM | 11,745 | (209,841) | NM | 306,211 | (504,307) | NM |
| **Adjusted Net Income** | (1,961) | 8,034 | (9,995) | -124.4% | 56,629 | (58,590) | -103.5% | (10,073) | 8,112 | -80.5% |
| Diluted EPS - GAAP | $ 0.49 | $ 0.02 | $0.48 | 2943.8% | $ 0.20 | $0.29 | 140.6% | $ (0.61) | $1.10 | -180.7% |
| Diluted EPS - Adjusted | $ (0.00) | $ 0.02 | -$0.02 | -124.4% | $ 0.22 | -$0.22 | -101.8% | $ (0.02) | $0.02 | -80.5% |
| Discretionary CFPS | $ 0.27 | $ 0.24 | $0.03 | 12.2% | $ 0.52 | -$0.25 | -47.9% | $ 0.20 | $0.07 | 33.8% |
| EBITDAX | 188,331 | 177,382 | 10,949 | 6.2% | 195,520 | (7,189) | -3.7% | 146,172 | 42,159 | 28.8% |
| Basic Shares | 398,435 | 405,000 | (6,565) | -1.6% | 209,161 | 189,274 | 90.5% | 398,251 | 184 | 0.0% |
| Diluted Shares | 495,982 | 496,790 | (808) | -0.2% | 261,605 | 234,377 | 89.6% | 495,579 | 403 | 0.1% |
| | | | | | | | | | | |
| **Per Unit Data (Boe):** | | | | | | | | | | |
| Production (LOE) | $ 14.51 | $ 13.10 | $1.41 | 10.8% | $ 12.27 | $2.24 | 18.2% | $ 13.55 | $0.96 | 7.1% |
| Production taxes | $ 2.25 | $ 2.36 | -$0.11 | -4.7% | $ 1.18 | $1.06 | 89.6% | $ 1.94 | $0.31 | 15.9% |
| Production taxes % of Revs | 4.1% | 4.2% | | -0.1% | 3.6% | | 0.5% | 4.0% | | 0.1% |
| Depreciation, depletion and amortization — natural gas and crude oil | $ 13.51 | $ 13.60 | -$0.09 | -0.7% | $ 11.90 | $1.60 | 13.5% | $ 13.54 | -$0.03 | -0.2% |
| General and administrative | $ 6.68 | $ 6.35 | $0.33 | 5.2% | $ 7.42 | -$0.74 | -10.0% | $ 6.30 | $0.38 | 6.0% |
| Other General and administrative | $5.00 | $4.70 | $0.30 | 6.3% | $5.81 | -$0.82 | -14.0% | $4.69 | $0.31 | 6.5% |
| Stock Based Compensation | $1.68 | $1.65 | $0.03 | 2.0% | $1.61 | $0.08 | 4.7% | $1.61 | $0.07 | 4.4% |
| Midstream and marketing - Revenues | $2.89 | $4.25 | -$1.36 | -31.9% | $4.95 | -$2.06 | -41.6% | $4.08 | -$1.19 | -29.1% |
| Midstream and marketing - Margin | $0.08 | $0.25 | -$0.17 | -68.8% | $0.62 | -$0.54 | -87.4% | $0.00 | $0.08 | -1803.4% |
| Other - Revenues | $1.39 | $0.48 | $0.91 | 189.3% | $1.30 | $0.08 | 6.3% | $0.48 | $0.91 | 189.3% |
| Drilling and Services Margin | 37% | 25% | | 11.7% | 74% | | -37.0% | 28% | | 8.2% |
| Income Tax Rate | -3.3% | 0.0% | | -3.3% | 0.3% | | -3.5% | 0.0% | | -3.2% |
| Deferral Tax Rate | 99.0% | 100.0% | | -1.0% | 0.0% | | 99.0% | 0.0% | | 99.0% |

Source: BMO Capital Markets, Company Reports

## Exhibit 2: SandRidge Energy Net Asset Value Analysis

| | Reserves | | | BMO Forecast | | | NYMEX Strip | | |
|---|---|---|---|---|---|---|---|---|---|
| **Proved Reserves** | **Unrisked** | **Risk** | **Risked** | **$ Millions** | **Per Unit** | **Per Share** | **$ Millions** | **Per Unit** | **Per Share** |
| Proved Developed Reserves | | | | | | | | | |
| Oil (MMbbl) | 85.2 | 100% | 85.2 | 2,209 | $ 25.92 | $ 4.45 | 2,340 | $ 27.46 | $ 4.72 |
| Natural Gas (Bcf) | 756.5 | 100% | 756.5 | 879 | $ 1.16 | $ 1.77 | 979 | $ 1.29 | $ 1.97 |
| Total PDP (Bcfe) | 1,267.8 | 100% | 1,267.8 | 3,088 | $ 2.44 | $ 6.23 | 3,319 | $ 2.62 | $ 6.69 |
| Proved Undeveloped Reserves | | | | | | | | | |
| Oil (MMbbl) | 147.0 | 100% | 147.0 | 2,710 | $ 18.43 | $ 5.46 | 3,011 | $ 20.47 | $ 6.07 |
| Natural Gas (Bcf) | 1,006.1 | 100% | 1,006.1 | - | $ - | $ - | 110 | $ 0.11 | $ 0.22 |
| Total PUD (Bcfe) | 1,888.4 | 100% | 1,888.4 | 2,710 | $ 1.44 | $ 5.46 | 3,121 | $ 1.65 | $ 6.29 |
| **PV-10 Proved Reserves (Bcfe)** | **3,156.2** | **100%** | **3,156.2** | **5,798** | **$ 1.84** | **$ 11.69** | **6,440** | **$ 2.04** | **$ 12.98** |
| **Balance Sheet and Other Items** | | | | | | | | | |
| Cash & equivalents | | | | 5 | $ 0.00 | $ 0.01 | 5 | $ 0.00 | $ 0.01 |
| Current assets and liabilities, net | | | | (266) | $ (0.08) | $ (0.54) | (266) | $ (0.08) | $ (0.54) |
| Other assets and liabilities, net | | | | (5) | $ (0.00) | $ (0.01) | (5) | $ (0.00) | $ (0.01) |
| Total Debt | | | | (2,893) | $ (0.92) | $ (5.83) | (2,893) | $ (0.92) | $ (5.83) |
| Derivatives/Hedges | | | | (33) | $ (0.01) | $ (0.07) | (13) | $ (0.00) | $ (0.03) |
| YTD Capex less EBITDAX | | | | 537 | $ 0.17 | $ 1.08 | 537 | $ 0.17 | $ 1.08 |
| Royalty Trust FMV | | | | 287 | $ 0.09 | $ 0.58 | 287 | $ 0.09 | $ 0.58 |
| G&A | | | | (506) | $ (0.16) | $ (1.02) | (506) | $ (0.16) | $ (1.02) |
| Taxes | | | | (713) | $ (0.23) | $ (1.44) | (955) | $ (0.30) | $ (1.93) |
| **After-Tax NAV of Proved Reserves** | **3,156.2** | **100%** | **3,156.2** | **2,211.7** | **$ 0.70** | **$ 4.46** | **2,631.2** | **$ 0.83** | **$ 5.30** |
| **Unproven Reserves (Bcfe)** | | | | | | | | | |
| West Texas Overthrust | 4,835.8 | 50% | 2,417.9 | - | $ - | $ - | 64 | $ 0.03 | $ 0.13 |
| Central Basin Platform | 853.6 | 50% | 426.8 | 750 | $ 1.76 | $ 1.51 | 810 | $ 1.90 | $ 1.63 |
| Fuhrman-Mascho | 461.5 | 50% | 230.7 | 271 | $ 1.17 | $ 0.55 | 305 | $ 1.32 | $ 0.61 |
| Mississippian Horizontal | 4,277.0 | 50% | 2,138.5 | 1,693 | $ 0.79 | $ 3.41 | 1,936 | $ 0.91 | $ 3.90 |
| Tertiary | 129.9 | 50% | 65.0 | 99 | $ 1.52 | $ 0.20 | 99 | $ 1.52 | $ 0.20 |
| **After-Tax Value of Unproved Reserves** | **10,557.9** | **50%** | **5,278.9** | **2,813** | **$ 0.53** | **$ 5.67** | **3,214** | **$ 0.61** | **$ 6.48** |
| **Total After-Tax NAV** | **13,714.1** | **62%** | **8,435.2** | **5,024** | **$ 0.60** | **$ 10.13** | **5,845** | **$ 0.69** | **$ 11.79** |

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 + |
|---|---|---|---|---|---|
| | **2011E** | **2012E** | **2013E** | **2014E** | **2015E +** |
| **BMO Commodity Price Forecast** | | | | | |
| Crude Oil (WTI; $/Bbl) | $ 96.02 | $ 95.00 | $ 90.00 | $ 90.00 | $ 90.00 |
| Natural Gas (HH; $/MMBtu) | $ 4.37 | $ 4.50 | $ 5.00 | $ 5.00 | $ 5.00 |
| **NYMEX Strip** | | | | | |
| Crude Oil (WTI; $/Bbl) | $ 93.63 | $ 90.74 | $ 93.53 | $ 94.33 | $ 94.23 |
| Natural Gas (HH; $/MMBtu) | $ 4.20 | $ 4.53 | $ 4.99 | $ 5.29 | $ 5.56 |

Source: BMO Capital Markets, Company Reports

## Exhibit 3: SandRidge Energy Credit Analysis

| **Debt Schedule:** | **1Q10** | **2Q10** | **3Q10** | **4Q10** | **1Q11** | **2Q11** | **3Q11E** | **4Q11E** | **1Q12E** | **2Q12E** | **3Q12E** | **4Q12E** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Senior credit facility, due Apr 2014 | 45,214 | 186,000 | 426,500 | 340,000 | 323,500 | 80,000 | - | - | 249,442 | 559,350 | 875,401 | 1,179,090 |
| Other notes payable | 31,433 | 28,373 | 25,657 | 23,322 | 17,033 | 16,790 | 16,527 | 16,327 | 16,127 | 15,927 | 15,727 | 15,527 |
| Senior floating rates notes due 2014 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 |
| 7.5% Senior notes due 2021 | - | - | - | - | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 |
| 8.625% Senior notes due 2015 | 650,000 | 650,000 | 650,000 | 650,000 | 35,776 | - | - | - | - | - | - | - |
| 9.875% Senior notes due 2016 | 365,500 | 365,500 | 365,500 | 365,500 | 365,500 | 365,500 | 365,500 | 365,500 | 365,500 | 365,500 | 365,500 | 365,500 |
| 8.0% Senior notes due 2018 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 |
| 8.75% Senior notes due 2020 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 |
| **Total face value of debt** | **2,642,147** | **2,779,873** | **3,017,657** | **2,928,822** | **3,191,809** | **2,912,290** | **2,832,027** | **2,831,827** | **3,081,069** | **3,390,777** | **3,706,628** | **4,010,117** |
| Debt Premium (Discount) | (21,370) | (20,840) | (20,294) | (19,736) | (19,420) | (18,837) | (18,774) | (18,774) | (18,774) | (18,774) | (18,774) | (18,774) |
| **Total debt** | **2,620,777** | **2,759,033** | **2,997,363** | **2,909,086** | **3,172,389** | **2,893,453** | **2,813,253** | **2,813,053** | **3,062,295** | **3,372,003** | **3,687,854** | **3,991,343** |
| Current portion | 10,367 | 9,610 | 8,617 | 7,293 | 1,004 | 1,019 | 1,019 | 1,019 | 1,019 | 1,019 | 1,019 | 1,019 |
| **Long term debt** | **2,610,410** | **2,749,423** | **2,988,746** | **2,901,793** | **3,171,385** | **2,892,434** | **2,812,234** | **2,812,034** | **3,061,276** | **3,370,984** | **3,686,835** | **3,990,324** |
| | | | | | | | | | | | | |
| **Credit Facility Metrics:** | | | | | | | | | | | | |
| Borrowing Base (Apr & Oct Redeterm) | 850,400 | 850,400 | 850,400 | 850,400 | 790,000 | 790,000 | 790,000 | 790,000 | 790,000 | 790,000 | 790,000 | 790,000 |
| Availability | 779,586 | 639,000 | 398,500 | 485,000 | 441,100 | 684,600 | 764,600 | 764,600 | 515,158 | 205,250 | (110,801) | (414,490) |
| Liquidity | 782,157 | 641,083 | 401,089 | 490,863 | 449,637 | 689,215 | 931,116 | 843,085 | 515,158 | 205,250 | (110,801) | (414,490) |
| | | | | | | | | | | | | |
| Debt to EBITDAX Covenant | 4.50x | 4.50x | 4.50x | 4.50x | 4.50x | 4.50x | 4.50x | 4.50x | 4.50x | 4.50x | 4.50x | 4.50x |
| *BMO Forecast* | *4.23x* | *4.17x* | *3.37x* | *3.61x* | *4.27x* | *4.31x* | *4.29x* | *3.74x* | *3.50x* | *3.68x* | *3.94x* | *4.20x* |
| Secured Debt to EBITDAX Covenant | | | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x |
| *BMO Forecast* | | | *0.48x* | *0.42x* | *0.44x* | *0.12x* | *0.00x* | *0.00x* | *0.29x* | *0.61x* | *0.94x* | *1.24x* |
| EBITDAX to Interest Covenant | 2.50x | 2.50x | 2.50x | 2.50x | 2.50x | 2.50x | 2.50x | 2.50x | 2.50x | 2.50x | 2.50x | 2.50x |
| *BMO Forecast* | *2.99x* | *2.89x* | *3.72x* | *3.25x* | *3.03x* | *2.77x* | *2.78x* | *3.21x* | *3.83x* | *3.98x* | *3.91x* | *3.83x* |
| Current assets to current liabilities | 1.00x | 1.00x | 1.00x | 1.00x | 1.00x | 1.00x | 1.00x | 1.00x | 1.00x | 1.00x | 1.00x | 1.00x |
| *BMO Forecast* | *2.93x* | *2.44x* | *1.27x* | *1.49x* | *1.47x* | *1.78x* | *2.28x* | *2.11x* | *1.44x* | *0.81x* | *0.15x* | *-0.49x* |
| | | | | | | | | | | | | |
| **BMO Forecast:** | | | | | | | | | | | | |
| EBITDA | 146,054 | 195,520 | 197,413 | 128,363 | 146,172 | 188,331 | 193,275 | 223,377 | 221,242 | 236,238 | 241,503 | 251,840 |
| Discretionary cash flow | 86,416 | 135,455 | 116,004 | 72,283 | 99,981 | 133,923 | 140,864 | 172,168 | 169,035 | 180,293 | 180,912 | 186,510 |
| Change in working capital | 61,186 | (24,598) | (35,251) | (21,367) | (20,224) | 47,324 | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) |
| **Cash flow from operations** | **147,602** | **110,857** | **80,753** | **50,916** | **79,757** | **181,247** | **138,364** | **169,668** | **166,535** | **177,793** | **178,412** | **184,010** |
| Capital expenditures | (190,580) | (236,756) | (266,851) | (350,184) | (431,382) | (440,519) | (460,000) | (470,000) | (450,000) | (450,000) | (450,000) | (450,000) |
| Other investment items | 10,701 | 436 | (31,048) | 101,529 | 159,536 | 209,715 | 600,000 | 250,000 | - | - | - | - |
| Change in debt | 41,320 | 137,725 | 237,786 | (88,836) | 262,728 | (279,523) | (80,200) | (200) | 249,242 | 309,707 | 315,851 | 303,490 |
| Change in equity | (11,354) | (1,345) | (19,118) | 290,787 | (18,274) | 324,454 | (36,263) | (37,500) | (44,263) | (37,500) | (44,263) | (37,500) |
| Other financing items | (2,979) | (11,405) | (1,016) | (938) | (49,691) | 704 | - | - | - | - | - | - |
| **Change in cash** | **(5,290)** | **(488)** | **506** | **3,274** | **2,674** | **(3,922)** | **161,901** | **(88,032)** | **(78,485)** | **-** | **-** | **0** |
| **Ending cash** | **2,571** | **2,083** | **2,589** | **5,863** | **8,537** | **4,615** | **166,516** | **78,485** | **-** | **-** | **-** | **-** |

Source: BMO Capital Markets, Company reports

## Exhibit 4: SandRidge Energy Summary Financial Model

| | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 2010 | 1Q11 | 2Q11 | 3Q11E | 4Q11E | 2011E | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **E&P Production and Pricing** | | | | | | | | | | | | | | | |
| **Production Volumes:** | | | | | | | | | | | | | | | |
| Natural gas (Mmcf) | 19,057 | 19,316 | 19,100 | 18,753 | 76,226 | 17,266 | 17,239 | 17,480 | 17,940 | 69,925 | 17,550 | 18,478 | 19,033 | 19,604 | 74,664 |
| Crude oil (MBbls) | 1,211 | 1,344 | 2,219 | 2,612 | 7,386 | 2,581 | 2,767 | 3,266 | 3,772 | 12,386 | 3,856 | 4,099 | 4,263 | 4,434 | 16,653 |
| **Combined equivalent volumes (MBoe)** | **4,387** | **4,563** | **5,402** | **5,738** | **20,090** | **5,459** | **5,640** | **6,179** | **6,762** | **24,040** | **6,781** | **7,179** | **7,435** | **7,701** | **29,097** |
| % Gas | 72% | 71% | 59% | 54% | **63%** | 53% | 51% | 47% | 44% | **48%** | 43% | 43% | 43% | 42% | **43%** |
| **Realizations (After Hedges)** | | | | | | | | | | | | | | | |
| Natural gas (per Mcf) | $6.75 | $6.06 | $5.02 | $2.64 | $5.13 | $3.44 | $3.31 | $3.67 | $3.69 | $3.53 | $3.37 | $3.39 | $3.40 | $3.41 | $3.39 |
| Crude oil (per Bbl) | $69.09 | $65.86 | $64.74 | $68.15 | $66.86 | $72.26 | $76.26 | $75.91 | $77.30 | $75.65 | $77.92 | $78.16 | $78.31 | $78.45 | $78.22 |
| **Combined equivalent (per Boe)** | **$48.39** | **$45.05** | **$44.34** | **$39.65** | **$44.05** | **$45.05** | **$47.53** | **$50.51** | **$52.90** | **$49.24** | **$53.03** | **$53.36** | **$53.60** | **$53.85** | **$53.47** |
| **Benchmark Price** | | | | | | | | | | | | | | | |
| Natural Gas - HH (Bid Week) | $5.30 | $4.08 | $4.44 | $3.72 | $4.39 | $4.12 | $4.35 | $4.50 | $4.52 | $4.37 | $4.50 | $4.50 | $4.50 | $4.50 | $4.50 |
| Oil - NYMEX | $78.88 | $77.88 | $76.09 | $85.16 | $79.50 | $94.46 | $102.30 | $92.50 | $94.80 | $96.02 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 |
| **Income Statement ($ in millions)** | | | | | | | | | | | | | | | |
| E&P revenues | 169.6 | 150.0 | 210.0 | 245.2 | 774.8 | 266.9 | 312.1 | 328.7 | 379.8 | 1,287.5 | 382.9 | 406.4 | 421.9 | 438.1 | 1,649.3 |
| Other revenues | 41.4 | 32.4 | 35.2 | 47.9 | 157.0 | 45.9 | 52.7 | 50.6 | 53.0 | 202.2 | 59.0 | 61.3 | 62.8 | 64.3 | 247.3 |
| **Total revenues** | **211.0** | **182.4** | **245.2** | **293.1** | **931.7** | **312.8** | **364.8** | **379.3** | **432.8** | **1,489.7** | **441.9** | **467.6** | **484.7** | **502.4** | **1,896.6** |
| Production expenses and taxes | 55.1 | 61.4 | 75.0 | 75.5 | 267.0 | 84.5 | 94.5 | 106.2 | 120.4 | 405.6 | 120.8 | 127.9 | 136.3 | 141.2 | 526.2 |
| DD&A | 64.6 | 66.1 | 103.7 | 91.7 | 326.1 | 87.0 | 89.5 | 97.2 | 107.0 | 380.6 | 109.4 | 115.0 | 118.6 | 122.3 | 465.4 |
| General and administrative | 31.7 | 33.9 | 61.9 | 52.1 | 179.6 | 34.4 | 37.7 | 39.2 | 42.3 | 153.6 | 44.1 | 46.7 | 48.3 | 50.1 | 189.1 |
| Other operating costs | 32.4 | 21.2 | 24.9 | 36.4 | 114.9 | 37.1 | 33.4 | 34.4 | 36.0 | 141.0 | 44.5 | 46.2 | 48.3 | 49.5 | 188.6 |
| Loss (gain) on derivative contracts | (62.0) | (119.6) | 67.2 | 165.3 | 50.9 | 277.6 | (170.0) | 16.6 | 22.0 | 146.2 | 23.3 | 23.3 | 23.4 | 23.4 | 93.3 |
| **EBIT** | **89.2** | **119.5** | **(87.4)** | **(128.0)** | **(6.8)** | **(207.8)** | **279.7** | **85.7** | **105.1** | **262.6** | **99.8** | **108.5** | **109.8** | **115.9** | **434.0** |
| Interest expense | (62.1) | (64.3) | (63.6) | (57.7) | (247.7) | (59.4) | (61.7) | (57.0) | (55.8) | (233.9) | (55.8) | (59.5) | (64.1) | (68.9) | (248.3) |
| Other | 1.3 | (0.4) | 1.4 | 0.6 | 2.9 | (35.0) | (1.9) | 0.6 | 0.6 | (35.8) | 0.6 | 0.6 | 0.6 | 0.6 | 2.2 |
| **Pretax income** | **28.4** | **54.8** | **(149.6)** | **(185.2)** | **(251.7)** | **(302.3)** | **216.1** | **29.2** | **49.9** | **(7.0)** | **44.6** | **49.6** | **46.2** | **47.6** | **187.9** |
| Income tax | 0.0 | 0.2 | (457.2) | 10.4 | (446.7) | 0.1 | (7.1) | - | - | (7.0) | - | - | - | - | - |
| *Effective tax rate %* | *0.0%* | *0.3%* | *305.6%* | *-5.6%* | *177.5%* | *0.0%* | *-3.3%* | *0.0%* | *0.0%* | *99.3%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* |
| Minority interest/Preferred dividends | 9.8 | 9.7 | 9.9 | 12.4 | 41.9 | 13.9 | 27.0 | 32.9 | 40.9 | 114.7 | 40.9 | 40.9 | 40.9 | 40.9 | 163.5 |
| **Reported net income** | **18.6** | **44.9** | **297.7** | **(208.0)** | **153.1** | **(316.3)** | **196.1** | **(3.6)** | **9.0** | **(114.8)** | **3.7** | **8.7** | **5.3** | **6.7** | **24.5** |
| Non-recurring items / Preferred dividends | (16.5) | 11.7 | (321.9) | 172.6 | (154.1) | 306.2 | (198.1) | 12.9 | 12.9 | 133.8 | 12.9 | 12.9 | 12.9 | 12.9 | 51.5 |
| **Adjusted net income** | **2.1** | **56.6** | **(24.3)** | **(35.4)** | **(1.0)** | **(10.1)** | **(2.0)** | **9.2** | **21.9** | **19.1** | **16.6** | **21.6** | **18.2** | **19.6** | **75.9** |
| **Diluted EPS - Adjusted** | **$0.01** | **$0.22** | **($0.06)** | **($0.07)** | **$0.10** | **($0.02)** | **($0.00)** | **$0.02** | **$0.04** | **$0.04** | **$0.03** | **$0.04** | **$0.04** | **$0.04** | **$0.15** |
| Diluted shares (In millions) | 209.9 | 261.6 | 419.1 | 491.3 | 345.5 | 495.6 | 496.0 | 496.8 | 501.8 | 497.5 | 501.8 | 501.8 | 501.8 | 501.8 | 501.8 |
| **Per Unit Costs ($Boe):** | | | | | | | | | | | | | | | |
| Production (LOE) | $11.46 | $12.27 | $12.23 | $11.42 | $11.84 | $13.55 | $14.51 | $15.00 | $15.50 | $14.70 | $15.50 | $15.50 | $16.00 | $16.00 | $15.76 |
| Production taxes | $1.10 | $1.18 | $1.65 | $1.75 | $1.45 | $1.94 | $2.25 | $2.18 | $2.30 | $2.18 | $2.32 | $2.32 | $2.33 | $2.33 | $2.32 |
| DD&A | $14.72 | $14.49 | $19.19 | $15.98 | $16.23 | $15.93 | $15.86 | $15.73 | $15.82 | $15.83 | $16.14 | $16.02 | $15.95 | $15.88 | $15.99 |
| G&A | $7.22 | $7.42 | $11.45 | $9.09 | $8.94 | $6.30 | $6.68 | $6.35 | $6.25 | $6.39 | $6.50 | $6.50 | $6.50 | $6.50 | $6.50 |
| **Cash Flow ($ in millions)** | | | | | | | | | | | | | | | |
| Net income (loss) | 28.4 | 54.6 | 307.6 | (195.6) | 195.0 | (302.3) | 223.2 | 29.2 | 49.9 | (0.0) | 44.6 | 49.6 | 46.2 | 47.6 | 187.9 |
| DD&A | 64.6 | 66.1 | 103.7 | 91.7 | 326.1 | 87.0 | 89.5 | 97.2 | 107.0 | 380.6 | 109.4 | 115.0 | 118.6 | 122.3 | 465.4 |
| Other non cash items | (6.5) | 14.7 | (295.3) | 176.1 | (111.0) | 315.3 | (178.7) | 14.4 | 15.3 | 166.3 | 15.0 | 15.7 | 16.1 | 16.6 | 63.5 |
| **Discretionary cash flow** | **86.4** | **135.5** | **116.0** | **72.3** | **410.2** | **100.0** | **133.9** | **140.9** | **172.2** | **546.9** | **169.0** | **180.3** | **180.9** | **186.5** | **716.7** |
| Change in working capital | 61.2 | (24.6) | (35.3) | (21.4) | (20.0) | (20.2) | 47.3 | (2.5) | (2.5) | 22.1 | (2.5) | (2.5) | (2.5) | (2.5) | (10.0) |
| **Cash flow from operations** | **147.6** | **110.9** | **80.8** | **50.9** | **390.1** | **79.8** | **181.2** | **138.4** | **169.7** | **569.0** | **166.5** | **177.8** | **178.4** | **184.0** | **706.7** |
| **Discretionary cash flow per share** | **$0.33** | **$0.52** | **$0.28** | **$0.15** | **$1.27** | **$0.20** | **$0.27** | **$0.28** | **$0.34** | **$1.10** | **$0.34** | **$0.36** | **$0.36** | **$0.37** | **$1.43** |
| Capital expenditures | (190.6) | (236.8) | (266.9) | (350.2) | (1,044.4) | (431.4) | (440.5) | (460.0) | (470.0) | (1,801.9) | (450.0) | (450.0) | (450.0) | (450.0) | (1,800.0) |
| Other investment items | 10.7 | 0.4 | (31.0) | 101.5 | 81.6 | 159.5 | 209.7 | 600.0 | 250.0 | 1,219.3 | - | - | - | - | - |
| Change in debt | 41.3 | 137.7 | 237.8 | (88.8) | 328.0 | 262.7 | (279.5) | (80.2) | (0.2) | (97.2) | 249.2 | 309.7 | 315.9 | 303.5 | 1,178.3 |
| Change in equity | (11.4) | (1.3) | (19.1) | 290.8 | 259.0 | (18.3) | 324.5 | (36.3) | (37.5) | 232.4 | (44.3) | (37.5) | (44.3) | (37.5) | (163.5) |
| Other financing items | (3.0) | (11.4) | (1.0) | (0.9) | (16.3) | (49.7) | 0.7 | - | - | (49.0) | - | - | - | - | - |
| **Change in cash** | **(5.3)** | **(0.5)** | **0.5** | **3.3** | **(2.0)** | **2.7** | **(3.9)** | **161.9** | **(88.0)** | **72.6** | **(78.5)** | **-** | **-** | **-** | **(78.5)** |
| **Ending cash** | **2.6** | **2.1** | **2.6** | **5.9** | **5.9** | **8.5** | **4.6** | **166.5** | **78.5** | **78.5** | **-** | **-** | **-** | **-** | **0.0** |
| **Balance Sheet ($ in millions)** | | | | | | | | | | | | | | | |
| Cash | 2.6 | 2.1 | 2.6 | 5.9 | 5.9 | 8.5 | 4.6 | 166.5 | 78.5 | 78.5 | - | - | - | - | - |
| Current assets | 287.6 | 224.0 | 155.6 | 169.7 | 169.7 | 190.3 | 186.0 | 185.5 | 185.0 | 185.0 | 184.5 | 184.0 | 183.5 | 183.0 | 183.0 |
| PP&E | 2,596.6 | 2,783.8 | 4,607.7 | 4,733.9 | 4,733.9 | 4,911.8 | 5,070.9 | 4,833.6 | 4,946.6 | 4,946.6 | 5,287.2 | 5,622.2 | 5,953.6 | 6,281.3 | 6,281.3 |
| Non current assets | 84.8 | 118.8 | 328.2 | 322.0 | 322.0 | 334.8 | 335.3 | 330.8 | 326.3 | 326.3 | 322.8 | 319.3 | 315.8 | 312.3 | 312.3 |
| **Total assets** | **2,971.7** | **3,128.7** | **5,094.2** | **5,231.4** | **5,231.4** | **5,445.5** | **5,596.7** | **5,516.3** | **5,536.3** | **5,536.3** | **5,794.4** | **6,125.4** | **6,452.8** | **6,776.5** | **6,776.5** |
| Current liabilities (ex. debt) | 313.7 | 325.9 | 453.9 | 537.2 | 537.2 | 667.9 | 639.9 | 636.9 | 633.9 | 633.9 | 630.9 | 627.9 | 624.9 | 621.9 | 621.9 |
| Debt | 2,620.8 | 2,759.0 | 2,997.4 | 2,909.1 | 2,909.1 | 3,172.4 | 2,893.5 | 2,813.3 | 2,813.1 | 2,813.1 | 3,062.3 | 3,372.0 | 3,687.9 | 3,991.3 | 3,991.3 |
| Non current liabilities | 208.5 | 162.2 | 205.5 | 237.7 | 237.7 | 363.9 | 266.6 | 266.6 | 266.6 | 266.6 | 266.6 | 266.6 | 266.6 | 266.6 | 266.6 |
| Equity/Minority interest | (171.3) | (118.5) | 1,437.4 | 1,547.5 | 1,547.5 | 1,241.3 | 1,796.7 | 1,799.6 | 1,822.7 | 1,822.7 | 1,834.6 | 1,858.9 | 1,873.4 | 1,896.6 | 1,896.6 |
| **Total liabilities and equity** | **2,971.7** | **3,128.7** | **5,094.2** | **5,231.4** | **5,231.4** | **5,445.5** | **5,596.7** | **5,516.3** | **5,536.3** | **5,536.3** | **5,794.4** | **6,125.4** | **6,452.8** | **6,776.5** | **6,776.5** |

Source: BMO Capital Markets, Company Reports

# SANDRIDGE ENERGY INC (SD)




SD - Rating as of 11-Aug-08 = NR

| | Date | Rating Change | Share Price |
|---|---|---|---|
| 1 | 15-Jun-10 | NR to Mkt | $6.63 |

Last Daily Data Point: July 22, 2011

## Important Disclosures

**Analyst's Certification**

I, Phillip Jungwirth, CFA, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

**Company Specific Disclosure**

Disclosure 5: BMO Capital Markets or an affiliate received compensation for products or services other than investment banking services within the past 12 months.

Disclosure 6: This issuer is a client (or was a client) of BMO Nesbitt Burns Inc., BMO Capital Markets Corp., BMO CM Ltd. or an affiliate within the past 12 months: Non-Securities Related Services.

**Methodology and Risks to Our Price Target/Valuation**

**Methodology**: Our $10 target price is based on our net asset value (NAV) estimate and P/DCF and EV/EBITDAX valuation multiples.

**Risks**: Risks to our rating and target price include negative changes in overall commodity prices, specifically natural gas and oil prices, weakness in U.S. and global economic activity and demand for natural gas and oil, and elevated natural gas storage levels from increased supply growth.

**Distribution of Ratings (June 30, 2011)**

| Rating Category | BMO Rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | Starmine Universe |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 35.8% | 11.9% | 31.8% | 40.7% | 44.2% | 55.9% |
| Hold | Market Perform | 62.2% | 14.7% | 68.2% | 56.2% | 54.6% | 39.3% |
| Sell | Underperform | 2.0% | 0.0% | 0.0% | 3.0% | 1.3% | 4.8% |

* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.

** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.

*** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.

**** Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.

***** Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

**Ratings and Sector Key**

We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the market;
Mkt = Market Perform - Forecast to perform roughly in line with the market;
Und = Underperform - Forecast to underperform the market;
(S) = speculative investment;
NR = No rating at this time;
R = Restricted – Dissemination of research is currently restricted.

Market performance is measured by a benchmark index such as the S&P/TSX Composite Index, S&P 500, Nasdaq Composite, as appropriate for each company. BMO Capital Markets eight Top 15 lists guide investors to our best ideas according to different objectives (Canadian large, small, growth, value, income, quantitative; and US large, US small) have replaced the Top Pick rating.

**Other Important Disclosures**

For Other Important Disclosures on the stocks discussed in this report, please go to http://researchglobal.bmocapitalmarkets.com/Company_Disclosure_Public.asp or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Prior BMO Capital Markets Ratings Systems**

http://researchglobal.bmocapitalmarkets.com/documents/2009/prior_rating_systems.pdf

**Dissemination of Research**

Our research publications are available via our web site http://bmocapitalmarkets.com/research/. Institutional clients may also receive our research via FIRST CALL, FIRST CALL Research Direct, Reuters, Bloomberg, FactSet, Capital IQ, and TheMarkets.com. All of our research is made widely available at the same time to all BMO Capital Markets client groups entitled to our research. Additional dissemination may occur via email or regular mail. Please contact your investment advisor or institutional salesperson for more information.

**Conflict Statement**
A general description of how BMO Financial Group identifies and manages conflicts of interest is contained in our public facing policy for managing conflicts of interest in connection with investment research which is available at http://researchglobal.bmocapitalmarkets.com/Conflict_Statement_Public.asp.

**General Disclaimer**
"BMO Capital Markets" is a trade name used by the BMO Investment Banking Group, which includes the wholesale arm of Bank of Montreal and its subsidiaries BMO Nesbitt Burns Inc. and BMO Nesbitt Burns Ltée./Ltd., BMO Capital Markets Ltd. in the U.K. and BMO Capital Markets Corp. in the U.S. BMO Nesbitt Burns Inc., BMO Capital Markets Ltd. and BMO Capital Markets Corp are affiliates. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**
To Canadian Residents: BMO Nesbitt Burns Inc. and BMO Nesbitt Burns Ltee/Ltd., affiliates of BMO Capital Markets Corp., furnish this report to Canadian residents and accept responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc. and/or BMO Nesbitt Burns Ltee/Ltd.

To U.S. Residents: BMO Capital Markets Corp. and/or BMO Nesbitt Burns Securities Ltd., affiliates of BMO NB, furnish this report to U.S. residents and accept responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp. and/or BMO Nesbitt Burns Securities Ltd.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Services Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to, retail clients.

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A., Member FDIC. Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A, BMO Ireland Plc, and Bank of Montreal (China) Co. Ltd. and the institutional broker dealer businesses of BMO Capital Markets Corp. (Member SIPC), BMO Nesbitt Burns Trading Corp. S.A., BMO Nesbitt Burns Securities Limited (Member SIPC) and BMO Capital Markets GKST Inc. (Member SIPC) in the U.S., BMO Nesbitt Burns Inc. (Member Canadian Investor Protection Fund) in Canada, Europe and Asia, BMO Nesbitt Burns Ltée/Ltd. (Member Canadian Investor Protection Fund) in Canada, BMO Capital Markets Limited in Europe, Asia and Australia and BMO Advisors Private Limited in India.

"Nesbitt Burns" is a registered trademark of BMO Nesbitt Burns Corporation Limited, used under license. "BMO Capital Markets" is a trademark of Bank of Montreal, used under license. "BMO (M-Bar roundel symbol)" is a registered trademark of Bank of Montreal, used under license.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.
TM Trademark Bank of Montreal

**©COPYRIGHT 2011 BMO CAPITAL MARKETS CORP.**

A member of **BMO Financial Group**