# EXHIBIT 3

CANACCORD Genuity

Daily Letter | 1

4 August 2011

# SandRidge Energy

SD : NYSE : US$9.76

**HOLD**

**Target: US$12.00**

**John Gerdes** 1.713.331.9443
jgerdes@canaccordgenuity.com
**Cameron Horwitz** 1.713.331.9446
chorwitz@canaccordgenuity.com

**COMPANY STATISTICS:**

| | |
|---|---|
| 52-week Range: | US$3.87 - 13.34 |
| Market Cap (M): | US$4,397.9 |
| Forecast Return: | 19% |
| Ent Value (M): | US$7,801.7 |
| Debt/Capitalization: | 59.4% |
| Avg. Daily Vol. (000s): | 11228.8 |

**EARNINGS SUMMARY:**

| FYE Dec | | 2010A | 2011E | 2012E |
|---|---|---|---|---|
| Production (Bcfe): | | 120.5 | 144.5 | 185.8 |
| % Natural Gas: | | 63% | 49% | 42% |
| EBITDA (M): | | 526.3 | 695.7 | 1,050.5 |
| EV/EBITDA: | | 14.8x | 11.2x | 7.4x |
| P/CF: | | 12.6x | 10.9x | 6.4x |
| | | | | |
| **EPS:** | Q1 | 0.07A | (0.01)A | 0.11E |
| | Q2 | 0.01A | 0.03A | 0.12E |
| | Q3 | (0.03)A | 0.07E | 0.13E |
| | Q4 | (0.05)A | 0.11E | 0.14E |
| Total | | (0.05) | 0.19 | 0.51 |
| **CFPS:** | Q1 | 0.28A | 0.14A | 0.34E |
| | Q2 | 0.23A | 0.18A | 0.37E |
| | Q3 | 0.20A | 0.26E | 0.40E |
| | Q4 | 0.12A | 0.31E | 0.42E |
| Total | | 0.77 | 0.89 | 1.54 |

**SHARE PRICE PERFORMANCE:**




**COMPANY DESCRIPTION:**

SandRidge Energy is an E&P company focused on the Permian Basin Clearfork/San Andres/Grayburg Carbonates, Oklahoma Mississippian Carbonate and West Texas Overthrust Chert.

All amounts in US$ unless otherwise noted.

**Energy -- Oil and Gas, Exploration and Production**

# Q2/11 FIRST LOOK: NEUTRAL; HIGHER PRODUCTION OFFSET BY MUCH GREATER CAPEX AND HIGHER OPERATING EXPENSE

### Q2/11 first look

SandRidge reported Q2/11 production of 5.64 Mmboe, 2% below our expectation due to lower liquids output partly offset by higher natural gas production. Recurring Q2/11 EPS of $0.03 were below our $0.05 estimate (in line with consensus) due to lower production and higher production expense.

SD increased ’11 capital spending almost 40% to $1.8 billion to reflect accelerating horizontal Mississippian activity (going from 16 to 24 rigs by early ’12) and acreage adds in both the Perm and Mid-Con. Additionally, the company increased ’11 production guidance ~3% to 24.1 Mmboe. For ’12, SD guided to $1.8 billion of spending and production of 29.1 Mmboe (we were at ~$1.3 billion and 27.8 Mmboe). With the increase in CAPEX, our ’11 production expectation should glide up ~2% toward upwardly revised guidance while our ’12 production estimate should land 6%+ above ’12 guidance.

**From a value perspective, this announcement appears neutral as slightly higher production is largely offset by much greater CAPEX and higher operating expense.**

### Operations highlights

**Permian Basin:** SD is running 16 rigs in the Central Basin Platform drilling San Andreas and Clearfork wells. Permian production averaged 28.1 Mboepd in Q2/11, up 4% q/q. The company plans to drill 800+ wells in the Permian Basin this year.

Canaccord Genuity is the global capital markets group of Canaccord Financial Inc. (CF : TSX | CF. : AIM)

The recommendations and opinions expressed in this Investment Research accurately reflect the Investment Analyst’s personal, independent and objective views about any and all the Designated Investments and Relevant Issuers discussed herein. For important information, please see the Important Disclosures section in the appendix of this document or visit Canaccord Genuity’s Online Disclosure Database.

**Mid-Continent:** The company is running 16 rigs in the horizontal Mississippian play (including two drilling salt water disposal wells) and production averaged 8.4 Mboepd, up 58% q/q. SandRidge anticipates drilling 130+ horizontal Mississippian wells this year. The company plans to ramp drilling activity to 24 rigs by early '12.

Additionally, the company announced 200,000 net acres in a "new" horizontal Mississippian play though exact location wasn't disclosed. The company believes size, characteristics and costs will be similar to its current horizontal Mississippian program.

**Joint venture:** Separately, SandRidge announced a joint venture agreement with a Korean firm on 13% of its 860,000 horizontal Mississippian acres (113,000 net to JV partner) for $250 million cash and $250 million in drilling/completion carry over three years. On an undiscounted basis, the transaction equates to $4,400 per acre, which is in line with market expectations.

### Valuation

Our $12 target price is based on a five-year discounted free cash flow analysis, which applies a 13.75% discount rate and assumes $5/$97.50 long-term natural gas/oil prices.

### Investment risks

Global crude oil prices are affected by overall supply and demand, political developments worldwide, pricing decisions and production quotas of OPEC and the volatile trading patterns in the commodity futures markets. U.S. natural gas prices are affected by overall supply and demand, seasonal weather patterns and the volatile trading patterns in the commodity futures markets. In periods of sharply lower oil and natural gas prices, a company may curtail capital spending projects. Furthermore, changes in oil and natural gas prices can impact a company's determination of proven reserves and a company's calculation of the standardized measure of discounted future net cash flows relating to oil and natural gas reserves.

E&P companies compete with many other participants in the industry for the resources necessary to explore for and develop oil and gas reserves. These resources include everything from attractive leaseholds to drilling rigs to the human capital necessary to operate machinery at the drill site. These competitive pressures can force oilfield service prices upward, and thereby increase the cost of securing them. Consequently, given a high level of industry activity, a company could experience margin contraction.

The stated quantity and value of a company's oil and natural gas reserves is based on numerous estimates, which are subject to uncertainty. Reserve estimates are projections based on engineering data, the projection of future rates of production and the timing of future expenditures. There can be no assurance that the prices used to compile the estimate of a company's reserves will be realized or that the estimated production volumes will be produced during the periods indicated. Actual future production, natural gas and oil prices, revenues, taxes, development expenditures, operating expenses and the quantities of recoverable natural gas and oil reserves will likely vary from original estimates.

In addition to the substantial risk that wells drilled will not be productive, hazards such as unusual or unexpected geologic formations, pressures, mechanical failures, uncontrollable flows of oil and/or natural gas, pollution and other physical and environmental risks are inherent in oil and natural gas exploration and production. These hazards could result in substantial losses to a company due to injury and/or loss of life, severe damage or

destruction of property and equipment and environmental damage. Companies typically carry insurance that they believe is in accordance with customary industry practices. However, as is common in the oil and natural gas industry, a company does not fully insure against all risks associated with its business, either because such insurance is not available, or because it is considered cost prohibitive.

## APPENDIX: IMPORTANT DISCLOSURES

**Analyst Certification:** Each authoring analyst of Canaccord Genuity whose name appears on the front page of this investment research hereby certifies that (i) the recommendations and opinions expressed in this investment research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the investment research.

**Site Visit:** An analyst has visited the issuer's material operations in Oklahoma City, Oklahoma. No payment or reimbursement was received from the issuer for the related travel costs.

**Price Chart:***




| | Date | Analyst | Rating | Target Price | | Date | Analyst | Rating | Target Price |
|---|---|---|---|---|---|---|---|---|---|
| 1) | 01/10/2011 | Gerdes | Hold | 8.00 | 3) | 04/19/2011 | Gerdes | Hold | 13.00 |
| 2) | 02/28/2011 | Gerdes | Hold | 12.00 | 4) | 05/09/2011 | Gerdes | Hold | 12.00 |

*Price charts assume event 1 indicates initiation of coverage or the beginning of the measurement period.

**Distribution of Ratings:**
Global Stock Ratings
(as of 3 August 2011)

| | Coverage Universe | | IB Clients |
|---|---|---|---|
| Rating | # | % | % |
| Buy | 478 | 60% | 38.5% |
| Speculative Buy | 79 | 10% | 65.8% |
| Hold | 222 | 28% | 18.9% |
| Sell | 12 | 2% | 25.0% |
| | 791 | 100% | |

**Canaccord Ratings System:**

**BUY:** The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.
**HOLD:** The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.
**SELL:** The stock is expected to generate negative risk-adjusted returns during the next 12 months.
**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier:** **SPECULATIVE:** Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**Canaccord Research Disclosures as of 4 August 2011**

| Company | Disclosure |
|---|---|
| SandRidge Energy | 7 |

| | |
|---|---|
| 1 | The relevant issuer currently is, or in the past 12 months was, a client of Canaccord Genuity or its affiliated companies. During this period, Canaccord Genuity or its affiliated companies provided the following services to the relevant issuer:<br>A. investment banking services.<br>B. non-investment banking securities-related services.<br>C. non-securities related services. |
| 2 | In the past 12 months, Canaccord Genuity or its affiliated companies have received compensation for Corporate Finance/Investment Banking services from the relevant issuer. |
| 3 | In the past 12 months, Canaccord Genuity or any of its affiliated companies have been lead manager, co-lead manager or co-manager of a public offering of securities of the relevant issuer or any publicly disclosed offer of securities of the relevant issuer or in any related derivatives. |
| 4 | Canaccord Genuity acts as corporate broker for the relevant issuer and/or Canaccord Genuity or any of its affiliated companies may have an agreement with the relevant issuer relating to the provision of Corporate Finance/Investment Banking services. |
| 5 | Canaccord Genuity or any of its affiliated companies is a market maker or liquidity provider in the securities of the relevant issuer or in any related derivatives. |
| 6 | In the past 12 months, Canaccord Genuity, its partners, affiliated companies, officers or directors, or any authoring analyst involved in the preparation of this investment research has provided services to the relevant issuer for remuneration, other than normal course investment advisory or trade execution services. |
| 7 | Canaccord Genuity intends to seek or expects to receive compensation for Corporate Finance/Investment Banking services from the relevant issuer in the next six months. |
| 8 | The authoring analyst, a member of the authoring analyst's household, or any individual directly involved in the preparation of this investment research, has a long position in the shares or derivatives, or has any other financial interest in the relevant issuer, the value of which increases as the value of the underlying equity increases. |
| 9 | The authoring analyst, a member of the authoring analyst's household, or any individual directly involved in the preparation of this investment research, has a short position in the shares or derivatives, or has any other financial interest in the relevant issuer, the value of which increases as the value of the underlying equity decreases. |
| 10 | Those persons identified as the author(s) of this investment research, or any individual involved in the preparation of this investment research, have purchased/received shares in the relevant issuer prior to a public offering of those shares, and such person's name and details are disclosed above. |
| 11 | A partner, director, officer, employee or agent of Canaccord Genuity and its affiliated companies, or a member of his/her household, is an officer, or director, or serves as an advisor or board member of the relevant issuer and/or one of its subsidiaries, and such person's name is disclosed above. |
| 12 | As of the month end immediately preceding the date of publication of this investment research, or the prior month end if publication is within 10 days following a month end, Canaccord Genuity or its affiliate companies, in the aggregate, beneficially owned 1% or more of any class of the total issued share capital or other common equity securities of the relevant issuer or held any other financial interests in the relevant issuer which are significant in relation to the investment research (as disclosed above). |
| 13 | As of the month end immediately preceding the date of publication of this investment research, or the prior month end if publication is within 10 days following a month end, the relevant issuer owned 1% or more of any class of the total issued share capital in Canaccord Genuity or any of its affiliated companies. |
| 14 | Other specific disclosures as described above. |

Canaccord Genuity is the business name used by certain subsidiaries of Canaccord Financial Inc., including Canaccord Genuity Inc., Canaccord Genuity Limited, and Canaccord Genuity Corp.

The authoring analysts who are responsible for the preparation of this investment research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity Inc., a US broker-dealer with principal offices located in Boston, New York, San Francisco and Houston or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London and Edinburgh (UK).

In the event that this is compendium investment research (covering six or more relevant issuers), Canaccord Genuity and its affiliated companies may choose to provide specific disclosures of the subject companies by reference, as well as its policies and procedures regarding the dissemination of investment research. To access this material or for more information, please send a request to Canaccord Genuity Research, Attn:

Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2 or disclosures@canaccordgenuity.com.

The authoring analysts who are responsible for the preparation of this investment research have received (or will receive) compensation based upon (among other factors) the Corporate Finance/Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Corporate Finance/Investment Banking activities, or to recommendations contained in the investment research.

Canaccord Genuity and its affiliated companies may have a Corporate Finance/Investment Banking or other relationship with the company that is the subject of this investment research and may trade in any of the designated investments mentioned herein either for their own account or the accounts of their customers, in good faith or in the normal course of market making. Accordingly, Canaccord Genuity or their affiliated companies, principals or employees (other than the authoring analyst(s) who prepared this investment research) may at any time have a long or short position in any such designated investments, related designated investments or in options, futures or other derivative instruments based thereon.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. This investment research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this investment research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this investment research constitute Canaccord Genuity's judgement as of the date of this investment research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

Canaccord Genuity's salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our proprietary trading desk that reflect opinions that are contrary to the opinions expressed in this investment research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this investment research.

This investment research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this investment research may not be eligible for sale in some jurisdictions. This investment research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this investment research.

**For Canadian Residents:** This Investment Research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this Investment Research and its dissemination in Canada. Canadian clients wishing to effect transactions in any Designated Investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular jurisdiction.

**For United Kingdom Residents:** This investment research is distributed in the United Kingdom, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Services Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom to retail clients, as defined under the rules of the Financial Services Authority.

**For United States Residents:** Canaccord Genuity Inc., a US registered broker-dealer, accepts responsibility for this Investment Research and its dissemination in the United States. This Investment Research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any Designated

Investment discussed should do so through a qualified salesperson of Canaccord Genuity Inc. Analyst(s) preparing this report that are not employed by Canaccord Genuity Inc are resident outside the United States and are not associated persons or employees of any US regulated broker-dealer. Such analyst(s) may not be subject to Rule 2711 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For European Residents:** If this Investment Research is intended for disclosure in any jurisdiction other than the United Kingdom, the US or Canada, then the relevant rules and regulatory requirements of that jurisdiction will apply.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2011. – Member IIROC/Canadian Investor Protection Fund
Copyright © Canaccord Genuity Limited 2011. – Member LSE, authorized and regulated by the Financial Services Authority.
Copyright © Canaccord Genuity Inc. 2011. – Member FINRA/SIPC
All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, and Canaccord Genuity Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.