# EXHIBIT 7

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) ) ) | No. 5:12-cv-01341-LRW<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | |

**DECLARATION OF JAMES G. MACE IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, JAMES G. MACE, declare as follows:

1. I submit this declaration in support of Lead Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Fund Manager of Laborers Pension Trust Fund for Northern Nevada (the "Laborers Pension Trust Fund"). As the Fund Manager of the Laborers Pension Trust Fund, I participate in and oversee decisions regarding the administration of the Laborers Pension Trust Fund. I am authorized to seek the Laborers Pension Trust Fund's appointment as a class representative in this action.

3. The Laborers Pension Trust Fund is a defined benefit retirement plan with headquarters in Reno, Nevada. Laborers Pension Trust Fund is a multi-employer pension fund with more than $100 million in assets.

4. The Laborers Pension Trust Fund purchased shares of SandRidge Energy, Inc. ("SandRidge") common stock during the February 24, 2011 and November 8, 2012 class period. *See* ECF No. 29-4.

5. The Laborers Pension Trust Fund did not acquire SandRidge common stock at the direction of its counsel in this matter, including Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), or in order to participate in this private action or any other litigation under the federal securities laws.

6. Should it be appointed as a class representative, the Laborers Pension Trust Fund is committed to vigorously prosecuting this litigation, as it has since its appointment as co-lead plaintiff in 2013. *See* ECF No. 60. The Laborers Pension Trust Fund intends to

obtain the largest recovery for the class consistent with good faith and sound judgment. To that end, the Laborers Pension Trust Fund is committed to maximizing the recovery for the class by making necessary appearances, sitting for depositions, and overseeing critical junctures of the litigation, as appropriate. Further, the Laborers Pension Trust Fund understands that it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation by, among other things, directing the efforts of Robbins Geller.

7. On behalf of the Laborers Pension Trust Fund, I have reviewed and monitored the progress of this litigation and the active participation of Robbins Geller in its prosecution. For example, I received and reviewed periodic updates and correspondence from counsel regarding important aspects of the case, including the filing of significant pleadings, court orders and the progress of discovery. I have also participated in discussions with counsel regarding significant developments in the case.

8. The Laborers Pension Trust Fund will not accept any payment for serving as class representative beyond the Laborers Pension Trust Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly related to the representation of the class as ordered or approved by the Court.

9. For all these reasons, and for those described in the other documents that are being filed in connection with Lead Plaintiffs' motion for class certification, the Laborers Pension Trust Fund respectfully requests that the Court appoint it as a Class Representative and Robbins Geller as Class Counsel.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 16 day of February, 2018, at Reno NV.

JAMES G. MACE, FUND MANAGER

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-LRW |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

**DECLARATION OF DON WILLEY IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, DON WILLEY, declare as follows:

1. I submit this declaration in support of Lead Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Chairman of Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis (the "Pension Trust"). As the Chairman of the Pension Trust, I participate in and oversee decisions regarding the administration of the Pension Trust. I am authorized to seek the Pension Trust's appointment as a class representative in this action.

3. The Pension Trust is a defined benefit retirement plan with headquarters in Saint Louis, Missouri. The Pension Trust is a multi-employer pension fund with more than $700 million in assets.

4. The Pension Trust purchased shares of SandRidge Energy, Inc. ("SandRidge") common stock during the February 24, 2011 and November 8, 2012 class period. *See* ECF No. 29-4.

5. The Pension Trust did not acquire SandRidge common stock at the direction of its counsel in this matter, including Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), or in order to participate in this private action or any other litigation under the federal securities laws.

6. Should it be appointed as a class representative, the Pension Trust is committed to vigorously prosecuting this litigation, as it has since its appointment as co-lead plaintiff in 2013. *See* ECF No. 60. The Pension Trust intends to obtain the largest

recovery for the class consistent with good faith and sound judgment. To that end, the Pension Trust is committed to maximizing the recovery for the class by making necessary appearances, sitting for depositions, and overseeing critical junctures of the litigation, as appropriate. Further, the Pension Trust understands that it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation by, among other things, directing the efforts of Robbins Geller.

7. On behalf of the Pension Trust, I have reviewed and monitored the progress of this litigation and the active participation of Robbins Geller in its prosecution. For example, I received and reviewed periodic updates and correspondence from counsel regarding important aspects of the case, including the filing of significant pleadings, court orders and the progress of discovery. I have also participated in discussions with counsel regarding significant developments in the case.

8. The Pension Trust will not accept any payment for serving as class representative beyond the Pension Trust's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly related to the representation of the class as ordered or approved by the Court.

9. For all these reasons, and for those described in the other documents that are being filed in connection with Lead Plaintiffs' motion for class certification, the Pension Trust respectfully requests that the Court appoint it as a Class Representative and Robbins Geller as Class Counsel.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 9th day of February, 2018, at St Louis Missouri.

Don Willey

DON WILLEY, CHAIRMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) ) ) | No. 5:12-cv-01341-LRW<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | |

**DECLARATION OF VLADIMIR AND ANGELICA GALKIN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Vladimir and Angelica Galkin declare as follows:

1. I submit this declaration in support of Lead Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am seeking appointment as a class representative in this Action.

3. I invested in SandRidge Energy, Inc. ("SandRidge") common stock between February 24, 2011 and November 8, 2012. *See* ECF No. 29-4.

4. I did not acquire SandRidge common stock at the direction of any counsel in this matter, including Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), or in order to participate in this private action or any other litigation under the federal securities laws.

5. Should I be appointed as a class representative, I am committed to vigorously prosecuting this litigation, as I have since my appointment as co-Lead Plaintiff in 2013. *See* ECF No. 60. I intend to obtain the largest recovery for the class consistent with good faith and sound judgment. To that end, I am committed to maximizing the recovery for the class by making necessary appearances, sitting for depositions, and overseeing critical junctures of the litigation, as appropriate. Further, I understand that I owe a fiduciary duty to all members of the proposed class to provide fair and adequate representation by, among other things, directing the efforts of Robbins Geller. I seek to be appointed as a class representative and will monitor the litigation, including the filing of significant pleadings, court orders and the progress of discovery, through discussion with my counsel at Robbins Geller.

6. I have reviewed and monitored the progress of this litigation and the active participation of Robbins Geller in its prosecution. For example, I received and reviewed periodic updates and correspondence from counsel regarding important aspects of the case, including the filing of significant pleadings, court orders and the progress of discovery. I have also participated in discussions with counsel regarding significant developments in the case.

7. I will not accept any payment for serving as class representative beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly related to the representation of the class as ordered or approved by the Court.

8. For all these reasons, and for those described in the other documents filed in connection with Lead Plaintiffs' motion for class certification, I respectfully request that the Court appoint me as a Class Representative and Robbins Geller as Class Counsel.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 13 day of February, 2018, in Miami, Florida.

VLADIMIR GALKIN

ANGELICA GALKIN