**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-01341-W<br><br>Relating to All Actions |

**DECLARATION OF MARK P. GIMBEL**

I, Mark P. Gimbel, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Covington & Burling LLP, which serves as counsel to defendants James D. Bennett and Matthew K. Grubb, and to the former defendants Randall D. Cooley, Jim J. Brewer, Everett R. Dobson, William A. Gilliland, Daniel W. Jordan, Roy T. Oliver, Jr., Jeffrey S. Serota, and D. Dwight Scott, in this action. I have been admitted pro hac vice in this action.

2. I provide this declaration to submit certain exhibits cited in the Securities Act Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Relief from Dismissal Orders Under Rule 60(b)(6). The Securities Act Defendants include Mssrs. Bennett, Grubb, Cooley, Brewer, Dobson, Gilliland, Jordan, Oliver, Serota, and Scott SandRidge Mississippian Trust I, SandRidge Mississippian Trust II , Tom L. Ward, SandRidge Energy, Inc., and Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, Raymond James & Associates, Inc., and RBC Capital Markets, LLC.

3. Attached as Exhibit 1 is a true and correct copy of the docket report for the matter titled *Duane & Virginia Lanier Trust et al. v. SandRidge Energy Inc.* ("*Lanier Trust*"), No. 15-CV-634-SLP, (W.D. Okla), as it appeared on March 13, 2018.

4. Attached as Exhibit 2 is a true and correct copy of a press release issued by the Lanier Trust plaintiffs on June 9, 2015, announcing the filing of the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 33-4 (W.D. Okla., Aug. 10, 2015)).

5. Attached as Exhibit 3 is a true and correct copy of the SandRidge Trust Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel in the Lanier Trust action. (*Lanier Trust*, No. 15-CV-634, Dkt. 34 (W.D. Okla., Aug. 10, 2015)).

6. Attached as Exhibit 4 is a true and correct copy of the Order Denying the Robbins' Group Motion for Appointment as Lead Plaintiff Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel in the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 64 (W.D. Okla., Mar. 16, 2016)).

7. Attached as Exhibit 5 is a true and correct copy of the Consolidated Amended Complaint for Violations of the Federal Securities Laws filed in the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 78 (W.D. Okla., Nov. 11, 2016)).

8. Attached as Exhibit 6 is a true and correct copy of the Opening Memorandum of Law in Support of All Defendants' Motions to Dismiss Plaintiffs' Securities Act Claims in the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 95 (W.D. Okla., January 13, 2017)).

9. Attached as Exhibit 7 is a true and correct copy of Defendants' Notice of Supplemental Authority in the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 125 (W.D. Okla., Jun. 28, 2017)).

10. Attached as Exhibit 8 is a true and correct copy of Plaintiffs' Notice of Non-Opposition in the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 126 (W.D. Okla., Jul. 28, 2017)).

11. Attached as Exhibit 9 is a true and correct copy of the Order Dismissing the Securities Act claims in the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 129 (W.D. Okla., Aug. 30, 2017)).

12. Attached as Exhibit 10 is a true and correct copy of the Order Granting Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b) on All Claims Under the Securities Action of 1933 in the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 145 (W.D. Okla., Dec. 5, 2017)).

13. Attached as Exhibit 11 is a true and correct copy of the Judgment dismissing the Securities Act Claims in the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 146 (W.D. Okla., Dec. 5, 2017)).

14. Attached as Exhibit 12 is a true and correct copy of a collection of three ECF notifications in the Lanier Trust action.

15. Attached as Exhibit 13 is a true and correct copy of the Reply Memorandum in Further Support of All Defendants' Motions to Dismiss Plaintiffs' Securities Act Claims in the Lanier Trust action (*Lanier Trust*, No. 15-CV-634, Dkt. 116 (W.D. Okla., Apr. 17, 2017)).

Executed on March 14, 2018 in New York, New York.

*<u>/s/ Mark P. Gimbel</u>*
Mark P. Gimbel