**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. 5:12-cv-01341-LRW |
| This Document Relates To: ALL ACTIONS. | |

**NOTICE OF SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, defendants James D. Bennett and Matthew K. Grubb (collectively, "Defendants"), by and through their counsel of record, will serve the subpoenas attached as Exhibits 1 - 5, commanding the production of documents, electronically-stored information and depositions of the following non-parties, as described in the Subpoenas to Testify at a Deposition in a Civil Action, on the dates, times and locations listed below, or on some other date, time or location agreed to by the parties.

| Non-Party | Date and Time | Location |
|---|---|---|
| Baird Equity Asset Management | April 19, 2018 at 10:00 AM | Latham & Watkins, LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611 |
| DL Carlson Investment Group, Inc. | April 16, 2018 at 10:00 AM | Latham & Watkins LLP<br>200 Clarendon Street<br>Boston, MA 02116 |
| Marquette Associates | April 17, 2018 at 10:00 AM | Bryan Cave<br>211 N Broadway, Suite 3600<br>St. Louis, MO 63102 |

| | | |
|---|---|---|
| Sierra Investment Partners, Inc. | April 24, 2018 at 10:00 AM | Covington & Burling LLP<br>One Front Street<br>San Francisco CA, 94111 |
| Riazzi Asset Management | April 18, 2018 at 10:00 AM | Thompson Hine<br>Austin Landing I, 10050<br>Innovation Drive, Suite 400<br>Dayton, OH 45342 |

PLEASE TAKE FURTHER NOTICE that the depositions will be taken before a person authorized by law to administer oaths under Rule 28(a) of the Federal Rules of Civil Procedure and shall continue day-to-day, excluding Sundays and holidays, until completed. The depositions may be transcribed in LiveNote, accessible to counsel who have appropriate computer equipment, and may be videotaped by a professional videographer. The depositions will be taken for the purposes of discovery for use in the present suit and for any other purpose permitted by the Federal Rules of Civil Procedure.

The deponents are asked to produce the documents identified in Attachments A to Exhibits 1 - 5 no later than 10:00 a.m. on April 6, 2018.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45(g) of the Federal Rules of Civil Procedure, the Non-Parties may be held in contempt of Court if they fail, without adequate excuse, to obey the subpoenas served upon them, and that the Non-Parties have certain legal rights in response to the subpoenas served upon them as outlined in Rule 45(c)-(d) of the Federal Rules of Civil Procedure.

Dated: March 16, 2018

Respectfully submitted,

/s/ *Thomas B. Snyder*
Thomas B. Snyder, Esq., OBA #31428
SNYDER LAW, PLLC
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
(405) 234-3800

Mark P. Gimbel (admitted *pro hac vice*)
C. William Phillips (admitted *pro hac vice*)
Swati R. Prakash (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

Joanne Sum-Ping (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1 Front Street
San Francisco, CA 94111
(415) 591-6000

*Counsel for Defendants James D. Bennett and Matthew K. Grubb*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 16, 2018, I electronically transmitted the attached the Notice of Subpoena to Testify at a Deposition in a Civil Action to the Clerk of the Court using the ECF system for filing, which will send notification of such filing to all counsel registered through the ECF System.

*/s/ Thomas B. Snyder*
Thomas B. Snyder