**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. 5:12-cv-01341-LRW |
| This Document Relates To: ALL ACTIONS. | |

**DECLARATION OF MARK P. GIMBEL**

I, Mark P. Gimbel, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Covington & Burling LLP, which serves as counsel to defendants James D. Bennett and Matthew K. Grubb, and to the former defendants Randall D. Cooley, Jim J. Brewer, Everett R. Dobson, William A. Gilliland, Daniel W. Jordan, Roy T. Oliver, Jr., Jeffrey S. Serota, and D. Dwight Scott, in this action. I have been admitted pro hac vice in this action.

2. I provide this declaration to submit certain exhibits cited in the Securities Act Defendants' Memorandum of Law in Opposition to *Lanier* Intervenors' Motion to Intervene. The Securities Act Defendants include Mssrs. Bennett, Grubb, Cooley, Brewer, Dobson, Gilliland, Jordan, Oliver, Serota, and Scott, SandRidge Mississippian Trust I, SandRidge Mississippian Trust II, Tom L. Ward, SandRidge Energy, Inc., and Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith

Incorporated, Morgan Stanley & Co. LLC, Raymond James & Associates, Inc., and RBC Capital Markets, LLC.

3. Attached as Exhibit 1 is a true and correct copy of the Judgment dismissing the Securities Act claims in the matter titled *Duane & Virginia Lanier Trust et al. v. SandRidge Energy Inc.* (the "*Lanier* Action"), No. 15-CV-634-SLP, Dkt. 146 (W.D. Okla., Dec. 5. 2017).

4. Attached as Exhibit 2 is a true and correct copy of the Motion to Substitute Deborah Rath as Lead Plaintiff in the *Lanier* Action. (*Lanier* Action, Dkt. 167).

5. Attached as Exhibit 3 is a true and correct copy of the Romine Motion to Intervene and Supporting Brief in the *Lanier* Action. (*Lanier* Action, Dkt. 166).

6. Attached as Exhibit 4 is a true and correct copy of the initial complaint filed in the *Lanier* Action. (*Lanier* Action, Dkt. 1).

7. Attached as Exhibit 5 is a true and correct copy of the Reply Memorandum in Support of the Romine Motion to Intervene in the *Lanier* Action. (*Lanier* Action, Dkt. 180).

8. Attached as Exhibit 6 is a true and correct copy of the Plaintiffs' Notice of Non-Opposition to the dismissal of the Securities Act claims in the *Lanier* Action. (*Lanier* Action, Dkt. 126).

9. Attached as Exhibit 7 is a true and correct copy of Defendants' Unopposed Motion for Entry of Judgment in the *Lanier* Action. (*Lanier* Action, Dkt. 144).

10. Attached as Exhibit 8 is a true and correct copy of Order Granting Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b) on All Claims Under the Securities Act of 1933 in the *Lanier* Action. (*Lanier* Action, Dkt. 145).

11. Attached as Exhibit 9 is a true and correct copy of a Declaration of Reed Romine that was filed in the *Lanier* Action. (*Lanier* Action, Dkt. 171-6).

Executed on April 4, 2018 in New York, New York.

*/s/ Mark P. Gimbel*
Mark P. Gimbel