IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE SANDRIDGE ENERGY, INC. | ) | No. CIV-12-1341-W |
| SECURITIES LITIGATION | ) | Relating to All Securities Actions |

## ORDER

On April 2, 2018, the Court granted the Applications for Admission Pro Hac Vice [Docs. 280, 281] filed on March 30, 2018, in support of the Requests for Admission Pro Hac Vice [Docs. 280-1, 281-1] signed by Laurence M. Rosen and Jonathan R. Horne, respectively, and permitted attorneys Rosen and Horne to appear as co-counsel of record in this matter for proposed intervenors Ivan Nibur, Jase Luna, Matthew Willenbucher, Duane & Virginia Lanier Trust, Deborah Rath and Reed Romine, subject to the condition[1] that Rosen and Horne file an entry of appearance on the form prescribed by the Clerk of the Court, e.g., Rule 83.4, Rules of the United States District Court for the Western District of Oklahoma, by April 9, 2018. See Doc. 283.

Rosen and Horne were advised that their failure to comply with the Court's Order by the designated deadline would result in vacatur of the Court's Order and denial of both the Application for Admission Pro Hac Vice filed on behalf of the noncompliant attorney and his Request for Admission Pro Hac Vice. See id.

As the record reflects, neither Rosen nor Horne has complied with the Court's Order issued on April 2, 2018, despite being warned of the consequences of the failure to do so.

---

[1] The records of the Clerk of the Court showed that Rosen and Horne were registered to file documents electronically in this judicial district, e.g., Rule 83.2(g), Rules of the United States District Court for the Western District of Oklahoma, and had each paid the required fee of $50.00. See Doc. 282; Rule 83.2(g), supra.

Accordingly, the Court

(1) VACATES its Order [Doc. 283] issued on April 2, 2018;

(2) DENIES the Application for Admission Pro Hac Vice [Doc. 280] filed on March 30, 2018, as well as the Request for Admission Pro Hac Vice [Doc. 280-1] signed by Laurence M. Rosen; and

(3) DENIES the Application for Admission Pro Hac Vice [Doc. 281] filed on March 30, 2018, as well as the Request for Admission Pro Hac Vice [Doc. 280-1] signed by Jonathan R. Horne.

ENTERED this __10th__ day of April, 2018.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE