IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE SANDRIDGE ENERGY, INC. | ) | No. CIV-12-1341-W |
| SECURITIES LITIGATION | ) | Relating to All Securities Actions |

## ORDER

Upon review, the Court

(1) GRANTS the Unopposed Motion to Extend Deadline to File Reply Memorandum [Doc. 293] filed by proposed intervenors Ivan Nibur, Jase Luna, Matthew Willenbucher, Duane & Virginia Lanier Trust, Deborah Rath and Reed Romine on April 6, 2018;

(2) DIRECTS the proposed intervenors to file their reply on or before April 18, 2018;

(3) GRANTS the proposed intervenors' Unopposed Motion for Leave to File Oversized Brief [Doc. 293] also filed on April 6, 2018;

(4) PERMITS the proposed intervenors to file a reply that exceeds the ten (10)-page limit allowed by Rule 7.1(i), Rules of the United States District Court for the Western District of Oklahoma, but ORDERS that the reply shall not exceed fifteen (15) pages in length; and

(5) REMINDS the proposed intervenors that "[e]ach motion filed shall be a separate document . . . ." Rule 7.1(c), supra.

ENTERED this 10th day of April, 2018.

LEE R. WEST
UNITED STATES DISTRICT JUDGE