IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION, | ) ) | No. CIV-12-1341-W Relating to All Securities Actions |

### ORDER

Upon review, the Court

(1) GRANTS the Unopposed Motion to Extend Deadlines Regarding Motion for Class Certification and for Leave to File Oversize Briefs [Doc. 317] filed on April 30, 2018, by defendants SandRidge Energy Inc., James D. Bennett, Matthew K. Grubb and Tom L. Ward;

(2) DIRECTS the defendants to file their response, the length of which shall not exceed thirty-five (35) pages, on or before June 1, 2018, to the Lead Plaintiffs' Motion for Class Certification [Doc. 268]; and

(3) DIRECTS the Lead Plaintiffs to file their reply, the length of which reply, if any, shall not exceed twenty (20) pages, on or before August 1, 2018, in support of their request that the Court should certify this litigation as a class action pursuant to Rules 23(a) and 23(b)(3), F.R.Civ.P., and should appoint Lead Plaintiffs as class representatives and their counsel, the law firm Robbins Geller Rudman & Dowd LLP, as class counsel.

ENTERED this 30th day of April, 2018.

LEE R. WEST
UNITED STATES DISTRICT JUDGE