**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION ) | No. 5:12-cv-01341-LRW |
| ) | CLASS ACTION |
| This Document Relates To: ) | NOTICE OF NON-PARTY SUBPOENAS |
| ALL ACTIONS. ) | |

PLEASE TAKE NOTICE that pursuant to LCvR 45.1(a) and Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir Galkin and Angelica Galkin (collectively, "Plaintiffs"), by their counsel, will serve the subpoenas attached as Exhibits 1 – 14, commanding the production of documents, electronically-stored information and depositions of the following non-parties, as described in the Subpoenas to Testify at a Deposition in a Civil Action, on the dates, times and locations listed below, or on some other date, time or location agreed to by the parties:

| **NON-PARTY** | **DATE/TIME** | **LOCATION** |
|---|---|---|
| Citigroup Global Markets<br>390 Greenwich Street<br>New York, NY 10013 | July 16, 2018 at 10:00 AM | Robbins Geller Rudman &<br>Dowd LLP<br>30 Vesey Street, Suite 200<br>New York, NY 10007 |
| Merrill Lynch, Pierce,<br>Fenner & Smith, Inc.<br>One Bryant Park, 28th Floor<br>New York, NY 10036 | July 17, 2018 at 10:00 AM | Robbins Geller Rudman &<br>Dowd LLP<br>30 Vesey Street, Suite 200<br>New York, NY 10007 |
| Morgan Stanley & Co. LLC<br>1585 Broadway<br>New York, NY 10036 | July 18, 2018 at 10:00 AM | Robbins Geller Rudman &<br>Dowd LLP<br>30 Vesey Street, Suite 200<br>New York, NY 10007 |
| Raymond James &<br>Associates, Inc.<br>880 Carillon Parkway<br>St. Petersburg, FL 33716 | July 19, 2018 at 10:00 AM | Morgan & Morgan<br>201 N. Franklin Street,<br>7th Floor<br>Tampa, FL 33602 |
| BMO Capital Markets<br>3 Times Square, 28th Floor<br>New York, NY 10036 | July 20, 2018 at 10:00AM | Robbins Geller Rudman &<br>Dowd LLP<br>30 Vesey Street, Suite 200<br>New York, NY 10007 |
| Canaccord Genuity<br>1000 Louisiana Street<br>Houston, TX 77002 | July 23, 2018 at 10:00AM | Raizner Slania LLP<br>2402 Dunlavy Street<br>Houston, TX 77006 |

| | | |
|---|---|---|
| Bent Tree Properties, Inc.<br>1721 West 33rd Street #B<br>Edmond, OK 73013 | July 24, 2018 at 10:00 AM | Derryberry & Naifeh, LLP<br>4800 North Lincoln Blvd.<br>Oklahoma City, OK 73105 |
| Continental Land Resources, LLC<br>833 South Kelly Avenue, Suite 110<br>Edmond, OK 73003 | July 25, 2018 at 10:00 AM | Derryberry & Naifeh, LLP<br>4800 North Lincoln Blvd.<br>Oklahoma City, OK 73105 |
| Jackfork Land, Inc.<br>925 Cedar Lake Blvd.<br>Oklahoma City, OK 73114 | July 26, 2018 at 10:00 AM | Derryberry & Naifeh, LLP<br>4800 North Lincoln Blvd.<br>Oklahoma City, OK 73105 |
| Sam B. Rose Oil & Gas<br>101 E. Gray Street #B<br>Norman, OK 73069 | July 27, 2018 at 10:00AM | Derryberry & Naifeh, LLP<br>4800 North Lincoln Blvd.<br>Oklahoma City, OK 73105 |
| PricewaterhouseCoopers LLP<br>211 North Robinson Avenue, Suite 1400<br>Oklahoma City, OK 73102 | July 30, 2018 at 10:00AM | Derryberry & Naifeh, LLP<br>4800 North Lincoln Blvd.<br>Oklahoma City, OK 73105 |
| Netherland Sewell & Associates Inc.<br>2100 Ross Avenue, Suite 2200<br>Dallas, TX 75201 | July 31, 2018 at 10:00AM | Kendall Law Group LLP<br>3232 McKinney, Suite 700<br>Dallas, TX 75204 |
| TPG-Axon Capital<br>888 Seventh Avenue<br>38th Floor<br>New York, NY 10106 | August 1, 2018 at 10:00AM | Robbins Geller Rudman & Dowd LLP<br>30 Vesey Street, Suite 200<br>New York, NY 10007 |
| Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 | August 2, 2018 at 10:00AM | Robbins Geller Rudman & Dowd LLP<br>50 S. Main Street, Suite 260<br>Naperville, IL 6040 |

PLEASE TAKE FURTHER NOTICE that the depositions will be taken before a person authorized by law to administer oaths under Rule 28(a) of the Federal Rules of Civil Procedure and shall continue day-to-day, excluding Sundays and holidays, until completed.

The depositions may be transcribed in LiveNote, accessible to counsel who have appropriate computer equipment, and will be videotaped by a professional videographer. The depositions will be taken for the purposes of discovery for use in the present suit and for any other purpose permitted by the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45(g) of the Federal Rules of Civil Procedure, the Non-Parties may be held in contempt of Court if they fail, without adequate excuse, to obey the subpoenas served upon them, and that the Non-Parties have certain legal rights in response to the subpoenas served upon them as outlined in Rule 45(c)-(d) of the Federal Rules of Civil Procedure.

DATED: June 1, 2018

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
EVAN J. KAUFMAN (admitted *pro hac vice*)
CHRISTOPHER T. GILROY (admitted *pro hac vice*)

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
cgilroy@rgrdlaw.com

*Lead Counsel for Plaintiffs*

DERRYBERRY & NAIFEH, LLP
DARREN B. DERRYBERRY
(OBA No. 14542)
4800 North Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: 405/708-6784
405/528-6462 (fax)
dderryberry@derryberrylaw.com

*Liaison Counsel*

HAEGGQUIST & ECK, LLP
AMBER L. ECK
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)
ambere@haelaw.com

*Additional Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 1, 2018.

*/s/ Evan J. Kaufman*
Evan J. Kaufman