## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION<br><br><br>Relating to All Actions | **CLASS ACTION**<br><br>Case No. 12-CIV-1341-W |

## UNOPPOSED APPLICATION FOR PERMISSION
## TO APPEAR PRO HAC VICE

Nominal Defendant SandRidge Energy, Inc. ("SandRidge") respectfully submits this unopposed application for out-of-state counsel for Defendants Bennett and Grubb (Mark P. Gimbel, C. William Phillips, Joanne Sum-Ping, Swati Prakash, and Christopher Yeung and Elisa Solomon of the firm Covington & Burling LLP ("Covington")) to appear *pro hac vice* as co-counsel for SandRidge. Counsel for SandRidge have conferred with the Court, which requested that SandRidge make this application so that the Court may formally grant permission for out-of-state counsel to appear *pro hac vice* on behalf of SandRidge. SandRidge has also conferred with the other parties in this action, and no party opposes this application.

This case was originally filed on December 5, 2012. Thomas B. Snyder, as local counsel, and Mark P. Gimbel and C. William Phillips, as lead counsel from

1

Covington, entered their appearances on behalf of all Defendants, including

SandRidge, James D. Bennett, Matthew K. Grubb, and Tom L. Ward.  (Doc. Nos.

38, 48, 50)  The Court granted permission for Mr. Gimbel and Mr. Phillips to

appear, *pro hac vice* on behalf of all defendants.  (Doc. No. 47)  As the case

developed, different counsel appeared for Tom L. Ward and SandRidge and

undersigned counsel withdrew from representing those parties.  (Doc. Nos. 161

and 165).

SandRidge has again retained Thomas Snyder of The Christensen Law

Group, as local counsel, and Covington, as lead counsel, to serve as co-counsel

with Conner & Winters in this case and requested that they formally enter their

appearance.  Covington attorneys Mark P. Gimbel and C. William Phillips have

previously been given permission by the Court to appear *pro hac vice* for

SandRidge (Doc. No. 47).  However, additional Covington attorneys, including

Joanne Sum-Ping (Doc. No. 246), Swati Prakash (Doc. No. 247), Christopher

Yeung (Doc. No. 297), and Elisa Solomon (Doc. No. 327) were given permission

to appear in this case, but the relevant orders only specify permission to appear on

behalf of James D. Bennett and Matthew K. Grubb.  (Doc. Nos. 248, 298 and 328)

Attorneys Sum-Ping, Prakash, Yeung, and Solomon have completed all of the

requirements set by the Court's respective orders, including payment of any

required fees and registration for ECF filing.  Undersigned counsel hereby seeks

formal approval for attorneys Sum-Ping, Prakash, Yeung, and Solomon to enter their appearances and to appear as co-counsel for SandRidge in this matter.

Dated:  July 20, 2018

s/Thomas B. Snyder
Thomas B. Snyder, OBA #31428
Christensen Law Group, P.L.L.C.
The Parkway Building
3401 N.W. 63rd Street | Suite 600
Oklahoma City | Oklahoma | 73116
Telephone: 405.232.2020
Facsimile:  405.228.1125
Tom@Christensenlawgroup.com

Of Counsel

COVINGTON & BURLING LLP
Mark P. Gimbel (admitted *pro hac vice*)
C. William Phillips (admitted *pro hac vice*)
Christopher Yeung (admitted *pro hac vice*)
Swati Prakash (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

Joanne Sum-Ping (admitted *pro hac vice*)
One Front St
San Francisco, CA 94111
415-591-7046
Fax: 415-955-6546

*Attorneys for James Bennett and Matthew Grubb, and SandRidge Energy, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on this 20th day of July, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to all counsel registered through the ECF system.

<u>*s/Thomas B. Snyder*</u>