**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) | No. 5:12-cv-01341-LRW |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**REPLY DECLARATION OF EVAN J. KAUFMAN IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada ("Northern Nevada"), Construction Laborers Pension Trust of Greater St. Louis ("Greater St. Louis"), and Vladimir and Angelica Galkin (collectively, "Lead Plaintiffs") in this matter. I respectfully submit this Reply Declaration in further support of Lead Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of Responses and Objections of Nominal Defendant SandRidge Energy, Inc. to Lead Plaintiffs' First Requests for Production of Documents, dated January 19, 2018.

3. Attached hereto as Exhibit 2 are true and correct copies of SD-SECURITIES-0355439; SD-SECURITIES-0277669-70; SD-SECURITIES-0046304-06; SD-SECURITIES-0048100-04; SD-SECURITIES-0224429-33 and SD-SECURITIES-0012848-51.

4. Attached hereto as Exhibit 3 is a true and correct copy of the deposition transcript of Vladimir Galkin.

5. Attached hereto as Exhibit 4 is a true and correct copy of the deposition transcript of Angelica Galkin.

6. Attached hereto as Exhibit 5 is a true and correct copy of the deposition transcript of James Mace, on behalf of Northern Nevada.

7. Attached hereto as Exhibit 6 is a true and correct copy of the deposition transcript of Don Willey, on behalf of Greater St. Louis.

8. Attached hereto as Exhibit 7 is a true and correct copy of the deposition transcript of Bjorn Steinholt.

9. Attached hereto as Exhibit 8 is a true and correct copy of *Smilovits v. First Solar Inc.*, 119 F. Supp. 3d 978, 995 (D. Ariz. 2015) and *Mineworkers' Pension Scheme v. First Solar Inc.*, 881 F.3d 750 (9th Cir. 2018).

10. Attached hereto as Exhibit 9 is a true and correct copy of *Willis v. Big Lots, Inc.*, No. 2:12-cv-604, 2017 WL 1074048 (S.D. Ohio Mar. 17, 2017).

11. Attached hereto as Exhibit 10 is a true and correct copy of the Analyst Report regarding SandRidge Energy, Inc. prepared by BNP Paribas Securities Corp. (US) on May 21, 2012, Bates-stamped SD-SECURITIES-0348666.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 10th day of August 2018.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

**CERTIFICATE OF SERVICE**

I, Evan J. Kaufman, certify that on August 10, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of August 2018, at Melville, New York.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN