# EXHIBIT 10

US OIL AND GAS EXPLORATION AND PRODUCTION
EQUITIES RESEARCH

SANDRIDGE ENERGY INC

# REDUCE

**BNPP RECOMMENDATIONS**

| Company | BBG Code | Rating | Share Price |
|---|---|---|---|
| Sandridge Energy Inc | SD | REDUCE | 6.17 |

# Visiting with SD Management & Updating for 1Q12 Results

## 1Q RESULTS SLIGHTLY AHEAD OF ESTIMATES
### CFPS/EPS $0.30/($0.02) vs. consensus at $0.29/$0.02

Production was oilier, but realized oil and gas prices were weaker than our model. Lower LOE offset higher G&A. Capital expenditures were ~$100MM above the run-rate implied by full year guidance, however SD says higher 1Q spend was due to one-time and front-loaded items such as saltwater disposal facilities and electrical infrastructure.

## CONFERENCE CALL HIGHLIGHTS
### 200K more acres in the Mississippian; monetization likely

SD's recent leasing program in the Mississippian was more successful than the company anticipated, and the company has added 200K acres above its target of 1,500K net acres in the Miss (at an average cost of $350/acre). SD indicated on the call that they likely plan to monetize the excess acreage and that they are more comfortable with 1.5mm acres (as opposed to the 1.7mm they currently have) in the play. Also on its conference call, SD released a 4,000 boepd horizontal and a 2,200 boepd (92% oil) in Alfalfa county. However, the 30-day average rates from the program declined from a prior presentation (to a 310 boepd from 317 boepd). Management indicates the new average does not include the recent 4,000 boepd IP well. SD has 50 wells planned in the New Mississippian this year but does not yet have a horizontal result.

## VALUATION & INVESTMENT THESIS
### SD trading at a premium to our ($0.48) NAV

SD's premium valuation appears to reflect significant value for the Extension or "New" Mississippian, to which SD has become increasingly levered and from which we have little data. Public data on drilling results to date in the Miss appear below the company's type curve and with a gassier production mix (please refer to page 2 for an update on our work). The main thrust of our REDUCE thesis continues to rest on our view that the company's funding gap will persist several years beyond what the market expects because of the burden of SD's overhead and financing costs.

| BNPP SD Estimates | 2012E | 2013E | 2014E |
|---|---|---|---|
| EPS (fully diluted) | 0.26 | 0.19 | 0.26 |
| EBITDA ($mm) | 1,151 | 1,412 | 1,491 |
| EV / EBITDA | 6.3 x | 5.8 x | 6.1 x |
| Disc CF / Sh | 1.58 | 1.91 | 2.20 |
| Curr Mkt Cap ($mm) | 2,976 | | |
| Est. NAV ($ / sh) | $ (0.48) | | |

SD vs. EPX Index (3-mo)




| | | | |
|---|---|---|---|
| Price | 6.2101 | 52w Hi | 12.36 |
| Ytd %Chg | -2.1% | 52w Lo | 4.55 |

Source: Bloomberg, BNP Paribas



Anne Cameron
anne.cameron@us.bnpparibas.com
+1 212 841 2794

Daniel Braziller
daniel.braziller@us.bnpparibas.com
+1 212 841 6375

BNP Paribas research is available on Thomson One, Bloomberg, The Markets.com, and Factset.

For analyst certification and other important disclosures, refer to the Disclaimers and Disclosures Section, beginning on page 9 of this report.

## Visit to Oklahoma City

Prior to 1Q earnings, we visited with Sandridge management in Oklahoma City to discuss the geology of the Mississippian and the company's drilling results in the play.

## Netherland Sewell 465 Mboe Type Curve

SD's YE 2011 465 Mboe Mississippian horizontal type curve is comprised of 145 wells, which include wells with as few as several days of production. *We questioned why the company's type curve did not include the full data set, the > 205 producing wells in which SD had interests at YE 2011.* The statistical nature of the Mississippian play and the relatively wide distribution of results lead us to question whether Netherland Sewell's reserve-booking methodology permitted the inclusion of uneconomic wells.

Management's explanation overall was reassuring:

i) SD books all wells the company drills, even if a well is uneconomic, because at the time of reserve-booking, capital is already sunk. SD has not plugged any horizontal wells the company has drilled in the play.

ii) SD's 2011 type curve was prepared using data collected for the Sandridge Mississippian Trust II (SDR) S-1, a data set that included wells only through September 2011, when fewer had been drilled.

iii) Netherland Sewell "compressed" the data set to exclude outlying area and wells drilled deeper in the section than SD's current, more optimized well design.

SD management indicated that the company has updated the sample set of wells in the type curve to ~270 producing wells the company has interests in as of April 2012, and the type curve appears relatively similar to the 465 Mboe curve with only 145 wells.

One thing to note about SD's curve relative to other operators in the play: SD's rich gas in the Mississippian is processed by Atlas under a keep-whole contract, so the company reports production and reserves from the Mississippian on a 2-stream basis. However, RRC and CHK's type curves are on a three-way stream. This means that on an apples-apples basis, SD's curve is ~20% higher than CHK and RRC.

**EXHIBIT 1: SD Mississippian Type Curve**




Sources: Company Reports, BNP Paribas

## Mississippian well costs

We questioned management on why SD's 2012 capital expenditures guidance implied $3.7MM/well, not $3.2MM/well, which is what most investors are modeling. Management indicates that SD's estimate of $3.2MM per well assumes ten producing wells per saltwater disposal well, whereas SD is currently drilling a ratio of four to one. Management has not given a firm estimate of when the company will reach its targeted well cost. As SD has yet to drill any horizontals in its 1.2MM acres of New Mississippian acreage, we think it could be some time before SD reaches development mode, and well costs reach management's estimate.

## Public well data

SD management had prepared several slides for us to illustrate data integrity problems with volumes reported by the State of Oklahoma. (Please see our Initial Report, *Le Deguisement de Mississippian,* which outlines our analysis of those data.) *However, Sandridge did not provide actual production data for the 48 horizontal wells from which we based our analysis and that were named in our initial report.* The 48-well sample (which is statistically significant) resulted from our attempts to clean production data first cleaned by HPDI and which came prior from the Oklahoma Corporation Commission and Oklahoma Tax Commission.

One of issues we identified in the public data was the persistent pattern across wells of a relatively rapid decline in oil in the production stream (see below). SD maintains that its production will get gassier very slowly over time. However, Range Resources is forecasting a dramatic decline in oil content of its Mississippian horizontals in Kay and Noble counties. Initial production rates from RRC's horizontals are comprised of 60% oil, although the company predicts EURs of only 25% crude.


SD-SECURITIES-0348668

We note the diverging view from RRC regarding oil cut across the play. RRC depicts its acreage in Kay and Noble counties as oilier than areas to the west. As the slide below details, the percentage of "oil wells" decreases to the west, in the direction of SD's acreage. Meanwhile, SD's forecasted EURs contain more oil than RRC's.

## EXHIBIT 2: Range Resources' Map of the of the Mississippian




Sources: Range Resources presentation; industry data using active well counts

## Lease Operating Expenditures (LOE)

Despite several conversations with management on the topic, we do not understand i) why our bottoms-up forecast for corporate LOE is lower than company guidance of $16.70-$17.70/boe for 2012, and ii) how LOE could increase so dramatically from the 1Q reported unit cost of $13.77/boe to reach an FY run-rate implied by guidance.

Regarding our bottoms-up forecast, SD indicates that its Permian production has an LOE of $9/boe, and the Mississippian of $10/boe. SD's earnings releases identify that its onshore (non-tertiary) operations have LOE of $13.19/boe. Given that SD volumes from the West Texas Overthrust (the company's only other onshore play) appear to have had a historical run-rate of <$10/boe, we are unclear on what comprises the difference between the bottoms-up (asset-by-asset) approach and SD guidance. One possible explanation is fixed charges to former midstream partners for non-delivery payments of CO2. However, SD's 2011 10-K filing indicates that payments to Oxy will be between $17-$21MM ($0.53-$0.66/boe) for 2012.

Regarding SD's forecasted increase in LOE throughout this year, management's explanation includes i) payments to former Midstream partners in the West Texas Overthrust, and ii) the Dynamic Offshore assets. However, the Dynamic Offshore S-1 indicates that LOE for the assets averaged $16/boe from the nine months preceding the filing. These assets should therefore only increase LOE by $0.50/boe on a corporate-wide basis once the deal closes.

The difference between our bottoms-up forecast and SD's guidance is material ($100MM this year). We raise three possibilities that could explain the delta:

i) management is being conservative with guidance - *positive implications*

ii) penalties to former midstream partners in the West Texas Overthrust are larger than we think – *implications are neutral*

iii) unit costs in the Missssippian or the Permian are higher than we think – *negative implications*

## Royalty trust model

As stated, our REDUCE thesis rests on the view that the Street underestimates the burden of SD's capital structure on lease-level economics. SD consolidates its three royalty trusts (Sandridge Mississippian Trust 1 (SDT), Sandridge Permian Trust 1 (PER), and Sandridge Mississippian Trust 2 (SDR). SD gives guidance for income attributable to non-controlling interests, eg the income attributable to non SD-owned trust units. We observe that income attributable to non-controlling interests will not equal cash distributions and have adjusted our model accordingly.

Below, we model the expected and minimum cash distributions to non SD-owned trust units for the next several years. We think the market may be underestimating SD's growing financing costs, as the percentage of EBITDA that SD is likely to spend on financing costs (trust distributions, preferred dividends, and interest expense) appears to remain above 45%, despite a growth in corporate EBITDA. If SD continues to sell SD-owned trust units to plug a cash flow shortfall, financing costs will increase.

## EXHIBIT 3: Trust Distributions Model

| in $ (000s) | Q1 | 2Q | 3Q | 4Q | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|
| **Distributions by the trusts** | | | | | | | | | |
| **SandRidge Mississippian Trust I.** | **18,316** | **19,682** | **18,108** | **18,864** | **74,971** | **77,898** | **78,367** | **75,550** | **58,539** |
| *To third party unit holders* | 12,322 | 13,241 | 12,182 | 12,690 | 50,435 | 52,404 | 52,720 | 50,825 | 39,381 |
| *To Sandridge* | 5,994 | 6,441 | 5,926 | 6,174 | 24,536 | 25,494 | 25,647 | 24,726 | 19,158 |
| Average distribution per unit ($) | 0.65 | 0.70 | 0.65 | 0.67 | 2.68 | 2.78 | 2.80 | 2.70 | 2.09 |
| Total units (000s) | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| SandRidge's interest in Mississippian Trust I | 33% | 33% | 33% | 33% | 33% | 33% | 33% | 33% | 33% |
| **SandRidge Permian Trust.** | **30,217** | **31,453** | **34,665** | **34,720** | **131,055** | **195,460** | **164,138** | **141,889** | **118,843** |
| *To third party unit holders* | 21,008 | 21,867 | 24,100 | 24,138 | 91,114 | 127,806 | 114,115 | 98,646 | 82,624 |
| *To SD* | 9,209 | 9,586 | 10,564 | 10,581 | 39,941 | 67,654 | 50,023 | 43,242 | 36,219 |
| Average Distribution per unit ($) | 0.58 | 0.60 | 0.66 | 0.66 | 2.50 | 3.72 | 3.13 | 2.70 | 2.26 |
| Total units (000s) | 52,500 | 52,500 | 52,500 | 52,500 | 52,500 | 52,500 | 52,500 | 52,500 | 52,500 |
| SandRidge's interest in Permian Trust. | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% |
| **Mississippian Trust II** | | **23,047** | **28,027** | **29,595** | **93,834** | **129,794** | **136,292** | **145,367** | **140,316** |
| *To third party unit holders* | | 13,863 | 16,858 | 17,802 | 56,442 | 78,072 | 81,980 | 87,439 | 84,401 |
| *To SD* | | 9,184 | 11,169 | 11,793 | 37,392 | 51,723 | 54,312 | 57,928 | 55,916 |
| Average Distribution per unit ($) | | 0.46 | 0.56 | 0.60 | 1.89 | 2.61 | 2.74 | 2.92 | 2.82 |
| Total units (000s) | | 49,725 | 49,725 | 49,725 | 49,725 | 49,725 | 49,725 | 49,725 | 49,725 |
| SandRidge's interest in Mississippian Trust II | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% |
| Total distribution | 48,533 | 74,182 | 80,800 | 83,179 | 299,860 | 403,152 | 378,797 | 362,806 | 317,698 |
| **Distribution to non SD-holders ($M)** | -32,740 | **48,971** | **53,140** | **54,630** | **197,991** | **258,281** | **248,815** | **236,910** | **206,406** |

Sources: Company Reports, BNP Paribas

## Risks to our REDUCE rating for SD:

**Drilling results in the Mississippian:** Better-than-expected results in the Mississippian could cause shares to outperform.

**Asset Monetizations:** SD stock typically outperforms on improvements to its balance sheet. SD could outperform around on announced JV transactions or royalty trust deals.

## Valuation Methodology:

We base our company analysis on our bottoms-up net asset value (NAV) calculation and our cash flow forecast using NYMEX strip pricing at publication date. We look at forward multiples (usually EV/EBITDA) as well as our NAV to inform our thoughts on valuation. We do not publish price targets for stocks under coverage.

Our NAV analysis starts with a model of the company's proved reserves and adjusts for balance sheet items, cash taxes, G&A, and hedges. We then estimate the value of the company's entire unbooked inventory (probable, possible, prospective, and contingent reserves). In this note, we run our models on the forward strip as of 21 May 2012:

### EXHIBIT 4: BNP Paribas price deck in this report

| Assumptions | | | | |
|---|---|---|---|---|
| **NYMEX Strip** | **2012** | **2013** | **2014** | **2015** |
| **Oil ($/bbl)** | 96.56 | 92.45 | 89.50 | 87.19 |
| **Gas ($/Mcf)** | 2.74 | 3.62 | 3.99 | 4.21 |

Sources: Bloomberg strip prices as of May 21, 2012

## EXHIBIT 5: SD Net Asset Value

NORTH AMERICA OIL & GAS

EQUITIES RESEARCH

**SandRidge Energy Inc**

Net Asset Value Summary

| Asset | Reserves (Bcfe) | NAV $ MM | $/Mcfe | $/Share | $/Acre |
|---|---|---|---|---|---|
| **Proved Reserves** | | | | | |
| US Proved Developed Reserves | 1,383 | 3,143 | 2.27 | 6.42 | |
| Proved Undeveloped | 1,441 | 411 | 0.29 | 0.84 | |
| Dynamic Offshore | 359 | 1,251 | 3.48 | 2.56 | |
| **Total Proved Reserves** | **3,183** | **4,805** | **$ 1.51** | **$ 9.82** | |
| **Allocated Items** | | | | | |
| Hedges | | 544 | | 1.11 | |
| E&P G&A Expenses | | -976 | | -1.99 | |
| E&P Cash Taxes | | -71 | | -0.15 | |
| **Balance Sheet Items through 1Q** | | | | | |
| Add: Net Non-cash Working Capital | | -476 | | -0.97 | |
| Add: Other Assets | | 689 | | 1.41 | |
| (Less): Net Debt (forecasted 2Q 2012) | | -2,981 | | -6.09 | |
| (Less): Other Liabilities | | -14 | | -0.03 | |
| (Less): SDT and PER Trusts | | -1,629 | | -3.33 | |
| (Less) Preferred Stock | | -765 | | -1.56 | |
| **P1 Value** | **3,183** | **-874** | | **-$ 1.79** | |
| **Unbooked Reserves** | | | | | |
| Horizontal Mississippian | 2,681 | 649 | 0.24 | 1.33 | 1.18 |
| Central Basin Platform | 1,219 | 1,283 | 1.05 | 2.62 | 5.63 |
| New Mississippian | 2,430 | 727 | 0.30 | 1.49 | 0.81 |
| **Total US Onshore** | **6,330** | **2,659** | | **$ 5.43** | |
| (Less) Proved Undeveloped Reserves | -1,441 | -411 | -0.29 | -0.84 | |
| **Allocated Items** | | | | | |
| E&P G&A Expenses | | -1,500 | | -3.06 | |
| E&P Cash Taxes | | -110 | | -0.22 | |
| **Unbooked Reserves value** | **4,889** | **639** | | **$ 1.31** | |
| **NET ASSET VALUE** | **8,072** | **-235** | | **$ (0.48)** | |

Sources: Company data; BNP Paribas estimates

## EXHIBIT 6: SD Financial Summary

| E&P Metrics | | | | | | | |
|---|---|---|---|---|---|---|---|
| *$ millions* | Q1E | Q2E | Q3E | Q4E | 2012E | 2013E | 2014E |
| **Production** | | | | | | | |
| Oil (mbd) | 37.7 | 50.1 | 58.8 | 63.5 | 52.6 | 64.3 | 72.5 |
| Gas (mmcf/d) | 173.0 | 195.2 | 216.3 | 259.6 | 211.2 | 338.1 | 376.1 |
| NGLs (mboed) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Production (mboed) | 66.5 | 82.6 | 94.9 | 106.8 | 87.8 | 120.7 | 135.2 |
| Production Growth % (YoY) | 10% | 33% | 41% | 61% | 37% | 37% | 12% |
| % Liquids | 57% | 61% | 62% | 59% | 60% | 53% | 54% |
| **Nymex Strip Pricing** | | | | | | | |
| Oil ($/bbl) | 100.5 | 100.2 | 92.4 | 93.1 | 96.6 | 92.4 | 89.5 |
| Gas ($/Mcf) | 2.7 | 2.3 | 2.8 | 3.1 | 2.7 | 3.6 | 4.0 |
| **Implied Differentials** | | | | | | | |
| Oil- Domestic ($/bbl) | -10.52 | -8.00 | -5.00 | -5.00 | -7.30 | -6.60 | -6.49 |
| Gas ($/Mcf) | -0.64 | -0.50 | -0.50 | -0.50 | -0.45 | -0.14 | -0.14 |
| **Implied Unit Costs ($/Mcfe)** | | | | | | | |
| Lease Operating Expense | 2.29 | 2.50 | 2.85 | 2.85 | 2.66 | 2.90 | 2.79 |
| Transportation Cost | 0.00 | 0.31 | 0.31 | 0.31 | 0.25 | 0.19 | 0.25 |
| General & Administrative | 1.39 | 0.96 | 0.96 | 0.96 | 1.04 | 0.85 | 0.80 |
| Production Tax (%) | 4% | 3% | 3% | 3% | 3% | 3% | 3% |

| Summary Income Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| *$ millions* | Q1E | Q2E | Q3E | Q4E | 2012E | 2013E | 2014E |
| Net Revenues (incl. Hedges) | 341 | 462 | 557 | 613 | 1,974 | 2,521 | 2,724 |
| LOE & Transportation Cost | -83 | -127 | -165 | -186 | -562 | -819 | -902 |
| Production Taxes | -12 | -14 | -16 | -18 | -60 | -65 | -94 |
| General & Administrative | -50 | -43 | -50 | -56 | -200 | -225 | -237 |
| Exploration Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DD&A | -102 | -140 | -163 | -183 | -588 | -819 | -915 |
| Interest Expense | -67 | -70 | -72 | -74 | -283 | -258 | -216 |
| Other | 17 | 11 | 11 | 11 | 50 | 0 | 0 |
| **Pre-tax Recurring Income** | **44** | **79** | **101** | **107** | **331** | **335** | **360** |
| Deferred Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Tax on Recurring Inc. | -36 | 0 | 0 | 0 | -36 | 0 | 0 |
| **Recurring Net Income** | **8** | **79** | **101** | **107** | **295** | **335** | **360** |
| Non Recurring Items (Net) | -225 | 0 | 0 | 0 | -225 | 0 | 0 |
| Pref Div / Minority Interest | -16 | -54 | -54 | -54 | -176 | -243 | -236 |
| **Earnings to CS Holders** | **-232** | **25** | **48** | **53** | **-106** | **92** | **124** |
| EPS - Diluted Cleaned | -0.02 | 0.05 | 0.10 | 0.11 | 0.26 | 0.19 | 0.26 |

| Key Financial Ratios | | | | | | | |
|---|---|---|---|---|---|---|---|
| *$ millions* | Q1E | Q2E | Q3E | Q4E | 2012E | 2013E | 2014E |
| EBITDA | 196 | 278 | 325 | 352 | 1,151 | 1,412 | 1,491 |
| EBITDA Growth (yoy %) | 32% | 55% | 76% | 80% | 62% | 23% | 6% |
| Net Income Margin % | -68% | 5% | 9% | 9% | -5% | 4% | 5% |
| Net Debt / TTM EBITDA | 3.6 x | 3.5 x | 3.3 x | 3.0 x | 3.0 x | 3.1 x | 3.6 x |
| Interest Coverage | 2.9 x | 4.0 x | 4.5 x | 4.8 x | 4.1 x | 5.5 x | 6.9 x |
| Discretionary Cash Flow | 120 | 158 | 208 | 233 | 719 | 906 | 1,044 |
| Discretionary CF per sh | 0.30 | 0.33 | 0.44 | 0.49 | 1.58 | 1.91 | 2.20 |
| Free Cash Flow (DCF - Capex) | -482 | -305 | -264 | -238 | -1,288 | -932 | -894 |

| Summary Cash Flow Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| *$ millions* | Q1E | Q2E | Q3E | Q4E | 2012E | 2013E | 2014E |
| Net Income (Recurring) | -7 | 25 | 48 | 53 | 118 | 92 | 124 |
| Add: DD&A | 102 | 140 | 163 | 183 | 588 | 819 | 915 |
| Add: Deferred Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Less): Capitalized Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Add: Other Non Cash Items | 26 | -8 | -3 | -3 | 12 | -5 | 5 |
| Add: Change in Working Capit | 111 | 0 | 0 | 0 | 111 | 0 | 0 |
| **Cash from Operations** | **231** | **158** | **208** | **233** | **829** | **906** | **1,044** |
| Capital Expenditure | -602 | -463 | -471 | -471 | -2,007 | -1,837 | -1,939 |
| Acquisitions | -11 | -680 | 0 | 0 | -691 | 0 | 0 |
| Divestitures | 269 | 690 | 0 | 0 | 959 | 0 | 0 |
| Other Investing | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash from Investing** | **-343** | **-453** | **-471** | **-471** | **-1,738** | **-1,837** | **-1,939** |
| Dividends | -33 | 0 | 0 | 0 | -33 | 0 | 0 |
| Change in Debt | -7 | 200 | 300 | 200 | 693 | 1,000 | 850 |
| Other Financing | 73 | 0 | 0 | 0 | 73 | 0 | 0 |
| **Cash from Financing** | **33** | **200** | **300** | **200** | **733** | **1,000** | **850** |
| **Total Change In Cash** | **-80** | **-95** | **36** | **-38** | **-176** | **68** | **-44** |
| Beginning Cash Balance | 208 | 128 | 33 | 69 | 208 | 31 | 100 |
| **Ending Cash Balance** | **128** | **33** | **69** | **31** | **31** | **100** | **56** |

| Summary Balance Sheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| *$ millions* | Q1E | Q2E | Q3E | Q4E | 2012E | 2013E | 2014E |
| Cash and Equivalents | 128 | 33 | 69 | 31 | 31 | 100 | 56 |
| Other Current Assets | 292 | 292 | 292 | 292 | 292 | 292 | 292 |
| PP&E - Net | 5,034 | 5,346 | 5,655 | 5,943 | 5,943 | 6,961 | 7,984 |
| Goodwill | 235 | 235 | 235 | 235 | 235 | 235 | 235 |
| Other Assets | 689 | 689 | 689 | 689 | 689 | 689 | 689 |
| **Total Assets** | **6,378** | **6,596** | **6,940** | **7,190** | **7,190** | **8,277** | **9,256** |
| Short Term Debt | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Other Current Liabilities | 766 | 766 | 766 | 766 | 766 | 766 | 766 |
| Long-Term Debt | 2,813 | 3,013 | 3,313 | 3,513 | 3,513 | 4,513 | 5,363 |
| Deferred Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Long Term Liabilities | 406 | 406 | 406 | 406 | 406 | 406 | 406 |
| Preferred Equity | 765 | 765 | 765 | 765 | 765 | 765 | 765 |
| Shareholders Equity | 1,626 | 1,644 | 1,688 | 1,738 | 1,738 | 1,825 | 1,954 |
| **Total Liabilities & Equity** | **6,378** | **6,596** | **6,941** | **7,190** | **7,190** | **8,277** | **9,256** |

Sources: Company data; BNP Paribas estimates



SD-SECURITIES-0348673

## Disclaimers and Disclosures

### ANALYST(S) CERTIFICATION

Anne Cameron, BNP Paribas Securities Corp, (212)841-2794, anne.cameron@us.bnpparibas.com

The analyst(s) named in this report certifies that (i) all views expressed in this report accurately reflect the personal view of the analyst(s) with regard to any and all of the subject securities, companies, or issuers mentioned in this report; (ii) no part of the compensation of the analyst(s) was, is, or will be, directly or indirectly, relate to the specific recommendation or views expressed herein; and (iii) is not aware of any other actual or material conflicts of interest concerning any of the subject securities, companies, or issuers referenced herein as of the time of this certification.

### GENERAL DISCLAIMER

This report was produced by the BNP Paribas entity named above. "BNP Paribas" is the marketing name for the global banking and markets business of BNP Paribas Group. This report is for the use of intended recipients only and may not be reproduced (in whole or in part) or delivered or transmitted to any other person without the prior written consent of BNP Paribas. By accepting this report, the recipient agrees to be bound by the terms and limitations set forth herein.

Additional information is available upon request. Information has been obtained from sources believed to be reliable but BNP Paribas does not warrant its completeness or accuracy except with respect to any Important Disclosures noted below. All pricing is as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information but unless otherwise indicated in this report there is no intention to update this report. BNP Paribas does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that BNP Paribas may have a conflict of interest that could affect the objectivity of its research. Investors should therefore consider this report as only a single factor in making an investment decision. Additionally, the products mentioned in this report may not be available for sale in all jurisdictions.

**Options related research:** Options are complex instruments that are not suitable for every investor, may involve a high degree of risk, and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. Supporting documentation for any claims, comparisons, recommendations, statistics or other technical data will be supplied upon request. Any trade information is preliminary and not intended as an official transaction confirmation. If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your BNP Paribas sales representative or visit the OCC's website at http://www.theocc.com/about/publications/character-risks.jsp

**Australia:** This report is being distributed in Australia by BNP Paribas Sydney Branch, registered in Australia as ABN 23 000 000 117 at 60 Castlereagh Street Sydney NSW 2000. BNP Paribas Sydney Branch is licensed under the Banking Act 1959 and the holder of Australian Financial Services Licence no. 238043 and therefore subject to regulation by the Australian Securities & Investments Commission in relation to delivery of financial services. By accepting this document you agree to be bound by the foregoing limitations, and acknowledge that information and opinions in this document relate to financial products or financial services which are delivered solely to wholesale clients (in terms of the Corporations Act 2001, sections 761G and 761GA; Corporations Regulations 2001, division 2, reg. 7.1.18 & 7.1.19) and/or professional investors (as defined in section 9 of the Corporations Act 2001).

**Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence.

**Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by BNP Paribas Securities (Asia) Limited to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. BNP Paribas Securities (Asia) Limited, a subsidiary of BNP Paribas, is regulated by the Securities and Futures Commission for the conduct of dealing in securities, advising on securities and providing automated trading services.

**India:** In India, research is prepared and distributed by BNP Paribas Securities India Pvt. Ltd. (a member of the BNP Paribas Group), having its registered office at 5th Floor, BNP Paribas House, 1 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400 051. BNP Paribas Securities India Pvt. Ltd. is a joint venture with Geojit Financial Management Services Private Limited and is a Securities and Exchange Board of India ("SEBI") registered sub-broker of Geojit BNP Paribas Financial Services Ltd., which is a stockbroker having membership in the Equities and Futures & Options segments of National Stock Exchange of India Ltd. (INB231337230/INF231337230) and Bombay Stock Exchange Ltd. (INB011337236/INF011337237).

**Japan:** This report is being distributed to Japanese based firms by BNP Paribas Securities (Japan) Limited or by a subsidiary or affiliate of BNP Paribas not registered as a financial instruments firm in Japan, to certain financial institutions defined by article 17-3, item 1 of the Financial Instruments and Exchange Law Enforcement Order. BNP Paribas Securities (Japan) Limited is a financial instruments firm registered according to the Financial Instruments and Exchange Law of Japan and a member of the Japan Securities Dealers Association and the Financial Futures Association of Japan. BNP Paribas Securities (Japan) Limited accepts responsibility for the content of a report prepared by another non-Japan affiliate only when distributed to Japanese based firms by BNP Paribas Securities (Japan) Limited. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan.

**Malaysia:** This report is issued and distributed by BNP Paribas Capital (Malaysia) Sdn Bhd. The views and opinions in this research report are our own as of the date hereof and are subject to change. BNP Paribas Capital (Malaysia) Sdn Bhd has no obligation to update its opinion or the information in this research report. This publication is strictly confidential and is for private circulation only to clients of BNP Paribas Capital (Malaysia) Sdn Bhd. This publication is being provided to you strictly on the basis that it will remain confidential. No part of this material may be (i) copied, photocopied, duplicated, stored or reproduced in any form by any means or (ii) redistributed or passed on, directly or indirectly, to any other person in whole or in part, for any purpose without the prior written consent of BNP Paribas Capital (Malaysia) Sdn Bhd.

**Singapore:** This report is distributed in Singapore by BNP Paribas Securities (Singapore) Limited ("BNPPSSL") and may be distributed in Singapore only to an accredited investor or an expert investor, each as defined under the Financial Advisers Regulations ("FAR") and the Securities and Futures Act (Chapter 289) of Singapore, as amended from time to time. In relation to the distribution to such categories of investors, BNPPSSL and its representatives are exempted under Regulation 35 of the FAR from the requirements in Section 36 of the Financial Advisers Act of Singapore, regarding the disclosure of certain interests in, or certain interests in the acquisition or disposal of, securities referred to in this report.

**South Africa:** In South Africa, BNP Paribas Cadiz Securities (Pty) Ltd and BNP Paribas Cadiz Stock Broking (Pty) Ltd are licensed members of Johannesburg Stock Exchange and are authorised Financial Services Providers and subject to regulation by the Financial Services Board.

**Taiwan:** Information on securities that trade in Taiwan is distributed by BNP Paribas Securities (Taiwan) Co., Ltd. Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decision. **Information on securities that do not trade in Taiwan is for informational purposes only** and is not to be construed as a recommendation or a solicitation to trade in such securities. BNP Paribas Securities (Taiwan) Co., Ltd. may not execute transactions for clients in these securities. **This publication may not be distributed to the public media or quoted or used by the public media without the express written consent of BNP Paribas.**

**Thailand:** Research relating to Thailand and Thailand based issuers are produced pursuant to an arrangement between BNP Paribas Securities (Asia) Ltd and ACL Securities Co. Ltd. ACL Securities Co. Ltd. is otherwise unaffiliated with BNP Paribas. This report is being distributed outside Thailand by members of BNP Paribas.

**Turkey:** This report is being distributed in Turkey by TEB Investment a member company of the BNP Paribas Group. Notice Published in accordance with "Communiqué Regarding the Principles on Investment Consultancy Activities and the Investment Consultancy Institutions" Series: V, No: 55 issued by the Capital Markets Board. The investment related information, commentary and recommendations contained herein do not constitute investment consultancy services. Investment consultancy services are provided in accordance with investment consultancy agreements executed between investors and brokerage companies or portfolio management companies or non-deposit accepting banks. The commentary and recommendations contained herein are based on the personal views of the persons who have made such commentary and recommendations. These views may not conform to your financial standing or to your risk and return preferences. Therefore, investment decisions based solely on the information provided herein may fail to produce results in accordance with your expectations.

**United States:** This report is being distributed by BNP Paribas Securities Corp. to U.S. persons whose accounts qualify as an "institutional account" under FINRA Rule 4512(c) and is not intended for the use of any person or entity whose accounts do not so qualify.

**Certain countries within the European Economic Area:** This report is solely prepared for professional clients. It is not intended for retail clients and should not be passed on to any such persons. This report has been approved for publication in the United Kingdom by BNP Paribas London Branch. BNP Paribas London Branch is authorised and supervised by the Autorité de Contrôle Prudentiel and authorised and subject to limited regulation by the Financial Services Authority. Details of the extent of our authorisation and regulation by the Financial Services Authority are available from us on request. This report has been approved for publication in France by BNP Paribas, a credit institution licensed as an investment services provider by the Autorité de Contrôle Prudentiel whose head office is 16, Boulevard des Italiens 75009 Paris, France. This report is being distributed in Germany either by BNP Paribas London Branch or by BNP Paribas Niederlassung Frankfurt am Main, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

**Other Jurisdictions:** The distribution of this report in other jurisdictions or to residents of other jurisdictions may also be restricted by law, and persons into whose possession this report comes should inform themselves about, and observe, any such restrictions. By accepting this report you agree to be bound by the foregoing instructions. This report is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country, or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation.

BNP Paribas research is available on Thomson One, Bloomberg, The Markets.com, and Factset. For research available on a particular stock, please contact your BNP Paribas sales representative.

BNP Paribas is incorporated in France with limited liability with its registered office is at 16 boulevard des Italiens, 75009 Paris. BNP Paribas Securities Corp. is a subsidiary of BNP Paribas, a U.S. registered broker-dealer and a member of SIPC, FINRA, NFA, NYSE and other principal exchanges. BNP Paribas Securities Corp.'s primary office is located at 787 Seventh Avenue, New York, NY 10019.

Clients should contact and execute transactions through a BNP Paribas entity in their home jurisdiction unless governing law permits otherwise.

## IMPORTANT DISCLOSURES

The disclosure column in the following table lists the important disclosures applicable to each company that has been rated and/or recommended in this report:

| *Company* | *Ticker* | *Disclosure (as applicable)* |
|---|---|---|
| *SandRidge Energy Inc.* | *SD* | *2,3,5* |

**BNP Paribas represents that:**

1. Within the last 12 months, it has managed or co-managed a public offering for this company, for which it received fees.
2. Within the last 12 months, the company was a client of BNP Paribas and it has received compensation for investment banking related services.
3. Within the next 3 months, it expects to receive compensation for investment banking services from this company.
4. Within the last 12 months, the company was a client and it has received compensation for non-investment banking, securities-related services.
5. Within the last 12 months, the company was a client and it has received compensation for non-investment banking, non-securities-related services.
6. It is a market-maker in securities issued by this company or acts as a corporate broker or sponsor to this company.
7. It beneficially owns 1% or more or the market capitalization of this company.
8. The analyst(s) or an individual who assisted in the preparation of this report (or a member of his/her household) has a financial interest position in securities issued by this company or derivatives thereof.
9. The analyst (or a member of his/her household) is an officer, director, or advisory board member of this company or has received compensation from the company.

**Equity Analysts' Compensation**: The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues, which include revenues from, among other business units, Global Equities and Commodity Derivatives and Investment Banking.

## RATINGS AND TARGET PRICE HISTORY

## RECOMMENDATION STRUCTURE

**Stock Ratings**

Stock ratings are based on absolute upside or downside, which we define as (target price* - current price) / current price.

**BUY (B).** The upside is 10% or more.

**HOLD (H).** The upside or downside is less than 10%.

**REDUCE (R)/ SELL (S).** The downside is 10% or more.

**NOT RATED (NR).** The company is not rated.
Unless otherwise specified, these recommendations are set with a 12-month horizon. Thus, it is possible that future price volatility may cause a temporary mismatch between upside/downside for a stock based on market price and the formal recommendation.

*In most cases, the target price will equal the analyst's assessment of the current fair value of the stock. However, if the analyst doesn't think the market will reassess the stock over the specified time horizon due to a lack of events or catalysts, then the target price may differ from fair value. In most cases, therefore, our recommendation is an assessment of the mismatch between current market price and our assessment of current fair value.

**Industry recommendations**

Improving (↑): The analyst expects the fundamental conditions of the sector to be positive over the next 12 months

Neutral (←→): The analyst expects the fundamental conditions of the sector to be maintained over the next 12 months
Deteriorating (↓): The analyst expects the fundamental conditions of the sector to be negative over the next 12 months

## RATING DISTRIBUTION (as at 21 May 2012)

| Total BNP Paribas coverage universe | | Investment Banking Relationship | (%) |
|---|---|---|---|
| Buy | 5 | Buy | 20.0 |
| Hold | 6 | Hold | 83.3 |
| Reduce | 1 | Reduce | 100.0 |

**Should you require additional information concerning this report please contact your BNP Paribas sales representative, the relevant BNP Paribas research team or the author(s) of this report.**

© 2012 BNP Paribas