**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-G |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir and Angelica Galkin (collectively, "Plaintiffs") in this matter. I respectfully submit this Declaration in further support of Plaintiffs' Motion to Modify Scheduling Order.

2. Attached hereto as Exhibit 1 is a true and correct copy of a chart prepared by Plaintiffs listing document productions by Defendants and third parties in this Action.

3. Attached hereto as Exhibit 2 are true and correct copies of SD-SECURITIES-0236742 – 0236917; the native file version of SD-SECURITIES-0032240; SD-SECURITIES-0037331 – 0037333; and SD-SECURITIES-0053827 – 0053829.

4. Attached hereto as Exhibit 3 is a true and correct copy of a September 5, 2018 – September 10, 2018 email thread between Christopher Gilroy, Christopher Yeung and others.

5. Attached hereto as Exhibit 4 are true and correct copies of email threads dated May 22, 2018 – July 10, 2018, and March 28, 2018 between Christopher Gilroy, Evan Kaufman, Christian Word, Norman Anderson and others.

6. Attached hereto as Exhibit 5 is a true and correct copy of a June 8, 2018 email from Christopher Gilroy to counsel for Defendants.

7. Attached hereto as Exhibit 6 are true and correct copies of June 22, 2018 and June 28, 2018 email threads between Christopher Yeung, Evan Kaufman and others.

8. Attached hereto as Exhibit 7 is a true and correct copy of an August 16, 2018 letter from Christopher Gilroy to Will Phillips.

9. Attached hereto as Exhibit 8 is a true and correct copy of a September 7, 2018 letter from Christopher Gilroy to Will Phillips.

10. Attached hereto as Exhibit 9 is a true and correct copy of an August 27, 2018 email from Evan Kaufman to counsel for Defendants.

11. Attached hereto as Exhibit 10 is a true and correct copy of a September 7, 2018 email from Christopher Yeung to Jonathan Horne, Evan Kaufman and others.

12. Attached hereto as Exhibit 11 is a true and correct copy of a September 17, 2018 email from Christopher Yeung to Evan Kaufman and others.

13. Attached hereto as Exhibit 12 is a true and correct copy of a September 18, 2018 email from Evan Kaufman to Christopher Yeung, Jonathan Horne and others.

14. Attached hereto as Exhibit 13 is a true and correct copy of a September 19, 2018 email from Christopher Yeung to Evan Kaufman, Jonathan Horne, and others.

15. Attached hereto as Exhibit 14 is a true and correct copy of a September 19, 2018 email from Christopher Gilroy to Christopher Yeung, Jonathan Horne, Evan Kaufman and others.

16. Attached hereto as Exhibit 15 is a true and correct copy of a September 20, 2018 email from Christopher Yeung to Christopher Gilroy, Evan Kaufman, Jonathan Horne and others.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 21st day of September, 2018.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

**CERTIFICATE OF SERVICE**

I, Evan J. Kaufman, certify that on September 21, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of September, 2018, at Melville, New York.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN