UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE SANDRIDGE ENERGY, INC. )    Case No. CIV-12-1341-G
SECURITIES LITIGATION,       )    Relating to All Securities Actions

## ORDER

This matter comes before the Court on two motions filed by Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, Vladimir Galkin, and Angelica Galkin.  Upon review, the Court

(1) GRANTS IN PART the Motion to Shorten Time on Defendants' Response to Plaintiffs' Motion to Modify Scheduling Order [Doc. 357] filed by Lead Plaintiffs on September 22, 2018;

(2) DIRECTS nominal defendant SandRidge Energy, Inc. and defendants Tom L. Ward, James D. Bennett and Matthew K. Grubb to file their responses on or before 12:00 Noon on Friday, October 5, 2018, to Lead Plaintiffs' Motion to Modify Scheduling Order [Doc. 351];

(3) ADVISES Lead Plaintiffs that no replies to the defendants' responses will be permitted;

(4) SETS Lead Plaintiffs' Motion to Modify Scheduling Order [Doc. 351] filed on September 21, 2018, for hearing in Courtroom No. 103 on Tuesday, October 9, 2018, at 2:00 p.m.; and

(5) ADVISES the parties that any attorney of record who maintains an office outside the Western District of Oklahoma may appear and participate by telephone if counsel

makes arrangements with Jacob Buckle (405-609-5015) at least 24 hours prior to the hearing and local co-counsel for that party attends in person.

IT IS SO ORDERED this 26th day of September, 2018.

CHARLES B. GOODWIN
United States District Judge