# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al.,<br><br>Defendants. | Case No. 15-CV-00634-SLP |
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-1341-G |
| This Document Relates To:<br><br>ALL ACTIONS. | |

## DECLARATION OF CHRISTOPHER Y. L. YEUNG

I, Christopher Y. L. Yeung, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Covington & Burling LLP ("Covington"), which serves as counsel to individual defendants James D. Bennett and Matthew K. Grubb and nominal defendant SandRidge Energy, Inc. ("SandRidge"). I have been admitted pro hac vice in the above-captioned actions. This declaration is based on my personal knowledge and on my examination of documents produced in discovery, pleadings, and testimony.

2. I provide this declaration to submit certain exhibits cited in the memorandum of law submitted by Nominal Defendant SandRidge and Defendants James D. Bennett, Matthew K. Grubb, Tom L. Ward, and SandRidge Mississippian Trust I (collectively, "Defendants") support of their cross-motions to consolidate the remainder of fact discovery in the above-captioned actions.

3. Attached as **Exhibit 1** is a true and correct copy of a chart summarizing Defendants' document productions in the above-captioned actions as of October 5, 2018.

4. Attached as **Exhibit 2** is a true and correct copy of SandRidge Energy Inc.'s Responses and Objections to Plaintiffs' Notice of Deposition of SandRidge, which was served on plaintiffs on June 28, 2018 in *In re SandRidge Energy, Inc. Securities Litigation*, CIV-12-1341-G (W.D. Okla.) ("*Glitz*").

5. Attached as **Exhibit 3** is a true and correct copy of a letter from me to Frank Karam, counsel for plaintiffs in *Glitz*, dated July 20, 2018.

6. Attached as **Exhibit 4** is a true and correct copy of an email from me to Mr. Karam, dated August 14, 2018.

7. Attached as **Exhibit 5** are true and correct copies of Plaintiffs' Interrogatories to Defendants issued in the above-captioned actions as of October 5, 2018.

8. Attached as **Exhibit 6** is a true and correct copy of an email from me to Josh Fruchter, counsel for plaintiffs in *Duane & Virginia Lanier Trust v. SandRidge Energy Inc. et al.*, No. 15-cv-006340-SLP (W.D. Okla.) ("*Lanier Trust*"), dated July 18, 2018.

9. Attached as **Exhibit 7** is a true and correct copy of an email from Jonathan Horne, counsel for the plaintiffs in *Lanier Trust*, to me, dated May 4, 2018.

10. Attached as **Exhibit 8** is a true and correct copy of an email from Evan Kaufman, counsel for plaintiffs in *Glitz* to me, dated August 27, 2018.

11. Attached as **Exhibit 9** is a true and correct copy of an email from Mr. Horne to me, dated August 24, 2018.

12. Attached as **Exhibit 10** is a true and correct copy of an email from Mr. Kaufman to me, dated September 7, 2018.

13. Attached as **Exhibit 11** is a true and correct copy of an email chain among counsel for the parties in the above-captioned actions, dated between September 7 and October 4, 2018.

14. Attached as **Exhibit 12** is a true and correct copy of Lead Plaintiffs' First Request for Production of Documents to All Defendants, dated November 27, 2017, issued in *Glitz*.

15. Attached as **Exhibit 13** is a true and correct copy of Plaintiffs' First Request for Production of Documents to Defendants, dated November 1, 2017, issued in *Lanier Trust*.

16. Attached as **Exhibit 14** is a true and correct copy of an email from me to Christopher Gilroy, counsel for plaintiffs in *Glitz*, dated September 20, 2018.

17. Attached as **Exhibit 15** is a true and correct copy of an email from me to Mr. Kaufman dated September 17, 2018.

18. Attached as **Exhibit 16** is a true and correct copy of a Notice of Depositions, dated September 21, 2018, issued in *Lanier Trust*.

Executed on October 5, 2018 in New York, New York.

/s/ Christopher Y.L. Yeung
Christopher Y.L. Yeung