# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE SANDRIDGE ENERGY, INC.  )    Case No. CIV-12-1341-G
SECURITIES LITIGATION,        )    Relating to All Securities Actions

## AMENDED SCHEDULING ORDER

This matter came on for hearing on the Motion to Modify Scheduling Order [Doc. 351] filed on September 21, 2018, by Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, Vladimir Galkin, and Angelica Galkin (collectively "Lead Plaintiffs").  The Court heard argument from counsel for Lead Plaintiffs and counsel for Defendants SandRidge Energy, Inc. ("SandRidge"), Tom L. Ward, James D. Bennett, and Matthew K. Grubb.  As the parties were advised, the Court GRANTS the motion and ESTABLISHES the following deadlines in this matter:

| | |
|---|---|
| Parties to complete fact discovery | February 28, 2019 |
| Plaintiffs to file final list of expert witnesses and provide expert reports | February 1, 2019 |
| Defendants to file final lists of expert witnesses and provide expert reports | February 21, 2019 |
| Plaintiffs to file list of rebuttal expert witnesses and provide rebuttal expert reports | March 15, 2019 |
| Parties to begin expert witness depositions | April 1, 2019 |
| Parties to complete expert discovery | April 15, 2019 |

As the parties were further advised, the following deadlines REMAIN as set forth in the Court's Order issued on October 26, 2017.  *See* Doc. 252.

| | |
|---|---|
| Parties to file dispositive motions and motions to exclude expert testimony under *Daubert* and/or Federal Rule of Evidence 702 | May 15, 2019 |

| Parties to file all responses to dispositive motions and motions to exclude expert testimony under *Daubert* and/or Federal Rule of Evidence 702 | July 15, 2019 |
|---|---|
| Parties to file replies, if any, in support of dispositive motions and motions to exclude testimony under *Daubert* and/or Federal Rule of Evidence 702[1] | August 15, 2019 |
| Parties to file final lists of witnesses[2] and final lists of exhibits[3] | October 8, 2019 |

As the parties were previously informed, the Court will conduct a pretrial conference on October 15, 2019, during which the Court and the parties will discuss the trial date, the trial schedule, and the deadlines for filing (and responding to) all final pretrial papers, including designations of deposition testimony to be used at trial, motions in limine, trial briefs, requested voir dire, and proposed jury instructions, and for filing the Final Pretrial Report.[4]

---

[1] If a hearing is necessary to resolve a dispositive motion or a motion to exclude expert testimony under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and/or Federal Rule of Evidence 702, the parties will be advised of the date and time of that hearing by separate order.

[2] The parties are REMINDED that pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), the final list of witnesses should "separately identify[ ] those [witnesses] the party expects to present and those it may call if the need arises[.]"  Absent good cause, no witness shall be permitted to testify in a party's case-in-chief if the witness is not included on that party's final list of witnesses.

[3] The parties are further REMINDED that pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii), the final list of exhibits shall "separately identify[ ] those [exhibits] . . . the party expects to offer and those it may offer if the need arises."  Absent good cause, no exhibit shall be admitted in a party's case-in-chief if the exhibit is not included on that party's final list of exhibits.

[4] As the parties were directed in the Court's Order issued on October 26, 2017, *see* Doc. 252, they shall file **no later than October 8, 2019,** a joint memorandum that addresses these matters and that proposes trial dates, a trial schedule, and deadlines for filing and responding to the parties' final pretrial papers, including deadlines for filing objections to a party's final list of witnesses and final list of exhibits.

Also pending before the Court is the defendants' Cross-Motion to Consolidate Discovery [Doc. 362] filed on October 5, 2018.  Under the circumstances, the Court finds an expedited briefing schedule is warranted.  Accordingly, the Court

(1) DIRECTS Lead Plaintiffs to respond to the defendants' Cross-Motion to Consolidate Discovery on or before October 19, 2018; and

(2) DIRECTS the defendants to file their reply, if any, on or before October 26, 2018.

IT IS SO ORDERED this 9th day of October, 2018.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge