UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE SANDRIDGE ENERGY, INC.<br>SECURITIES LITIGATION | Case No. CIV-12-1341-G |

## ORDER

Now before the Court is Defendants' unopposed Motion for Expediting Briefing on their pending Motion to Strike (Doc. No. 415). For good cause shown, Defendants' Motion (Doc. No. 417) is GRANTED. Plaintiffs' response is due no later than May 24, 2019. Following the filing of Plaintiffs' response, the Motion to Strike will be considered fully submitted.

IT IS SO ORDERED this 20th day of May, 2019.

_(signed)_
CHARLES B. GOODWIN
United States District Judge