**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-G |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PORTIONS OF BJORN I. STEINHOLT'S REBUTTAL EXPERT REPORT**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir and Angelica Galkin (collectively, "Plaintiffs") in this matter. I respectfully submit this Declaration in further support of Plaintiffs' Opposition to Defendants' Motion to Strike Portions of Bjorn I. Steinholt's Rebuttal Expert Report.

2. Attached hereto as Exhibit 1 is a true and correct copy of the March 1, 2019, Expert Report of Steven D. Crane with Exhibits 1-60 (voluminous Appendices not included).

3. Attached hereto as Exhibit 2 is a true and correct copy of the March 1, 2019 Expert Report of Bjorn I. Steinholt, CFA.

4. Attached hereto as Exhibit 3 are true and correct copies of Exhibits 4 and 15 to the deposition of Tom Ward taken on March 28-29, 2019.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Deposition Transcript of Matthew Grubb taken on March 21, 2019.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Deposition Transcript of Tom Ward taken on March 28, 2019.

7. Attached hereto as Exhibit 6 are true and correct copies of Exhibits 8 and 9 to the deposition of Matthew Grubb taken on March 21, 2019.

8. Attached hereto as Exhibit 7 are true and correct copies of Exhibits 5, 6 and 9 to the deposition of Tom Ward taken on March 28-29, 2019.

9. Attached hereto as Exhibit 8 is a true and correct copy of the March 29, 2019 email from Stephen Barry of Latham & Watkins to Plaintiffs' counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 24th day of May, 2019.

*/s/ Evan J. Kaufman*

EVAN J. KAUFMAN

## CERTIFICATE OF SERVICE

I, Evan J. Kaufman, certify that on May 24, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of May, 2019, at Melville, New York.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN