**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-G |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

**DECLARATION OF EVAN J. KAUFMAN**
**IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Class Representatives Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Angelica Galkin (collectively, "Lead Plaintiffs") in this matter. I respectfully submit this Declaration in support of Plaintiffs' Motion to Compel.

2. Attached hereto as Exhibit A is a true and correct copy of a chart listing documents produced by Defendant SandRidge during discovery.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' First Set of Requests for Admission to all Defendants dated February 27, 2019.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Second Set of Interrogatories to Defendant SandRidge Energy, Inc. dated February 27, 2019.

5. Attached hereto as Exhibit D is a true and correct copy of the Third Consolidated Amended Complaint for Violations of the Federal Securities Laws dated October 21, 2016.

6. Attached hereto as Exhibit E is a true and correct copy of SD-SECURITIES-0457747.

7. Attached hereto as Exhibit F is a true and correct copy of Defendant Tom L. Ward's Responses and Objections to Lead Plaintiffs' Second Set of Interrogatories to Defendants James D. Bennett, Matthew K. Grubb and Tom L. Ward dated May 6, 2019.

8. Attached hereto as Exhibit G is a true and correct copy of Defendants James D. Bennett's and Matthew K. Grubb's Responses and Objections to Lead Plaintiffs' Second Set of Interrogatories dated May 6, 2019.

9. Attached hereto as Exhibit H is a true and correct copy of Defendant Tom L. Ward's Responses and Objections to Lead Plaintiffs' First Set of Requests for Admission to All Defendants dated May 6, 2019.

10. Attached hereto as Exhibit I is a true and correct copy of Defendants James D. Bennett's and Matthew K. Grubb's Responses and Objections to Lead Plaintiffs' First Set of Requests for Admissions dated May 6, 2019.

11. Attached hereto as Exhibit J is a true and correct copy of Defendant SandRidge Energy, Inc.'s Responses and Objections to Lead Plaintiffs' Second Set of Interrogatories dated May 6, 2019.

12. Attached hereto as Exhibit K is a true and correct copy of Defendant SandRidge Energy, Inc.'s Responses and Objections to Lead Plaintiffs' First Set of Requests for Admissions dated May 6, 2019.

13. Attached hereto as Exhibit L is a true and correct copy of a September 4, 2019 Letter from Frank Karam of Robbins Geller Rudman & Dowd LLP to Christopher Y.L. Yeung of Covington & Burling LLP.

14. Attached hereto as Exhibit M is a true and correct copy of a September 25, 2019 e-mail from Kiran Phansalkar of Conner & Winters, LLP.

15. Attached hereto as Exhibit N is a true and correct copy of an e-mail exchange dated February 12, 2020 and February 28, 2020 between Christopher Gilroy and Herbert Beigel.

16. Attached hereto as Exhibit O is a true and correct copy of Exhibit 1 to the December 12, 2018 deposition of David T. Miller.

17. Attached hereto as Exhibit P is a true and correct copy of Exhibit 1 to the June 4, 2019 deposition of Terry L. Brittenham.

18. Attached hereto as Exhibit Q is a true and correct copy of excerpted pages from the April 12, 2019 deposition of Jeffery Knupp.

19. Attached hereto as Exhibit R is a true and correct copy of SD-SECURITIES-1184192.

20. Attached hereto as Exhibit S is a true and correct copy of SD-SECURITIES-0238208.

21. Attached hereto as Exhibit T is a true and correct copy of excerpted pages from the August 15, 2018 deposition of Lance Galvin.

22. Attached hereto as Exhibit U is a true and correct copy of excerpted pages from the March 28, 2019 deposition of Tom L. Ward.

23. Attached hereto as Exhibit V is a true and correct copy of excerpted pages from the March 21, 2019 deposition of Matthew K. Grubb.

24. Attached hereto as Exhibit W is a true and correct copy of excerpted pages from the Prospectus for the SandRidge Mississippian Trust I offering dated April 6, 2011.

25. Attached hereto as Exhibit X is a true and correct copy of SD-SECURITIES-0443266 and SD-SECURITIES-0443267.

(a) Attached hereto as Exhibit Y is a true and correct copy of Exhibit 26 to the March 28, 2019 deposition of Tom L. Ward.

26. Attached hereto as Exhibit Z is a true and correct copy of Exhibit 27 to the March 28, 2019 deposition of Tom L. Ward.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 27th day of March 2020.

*/s/ Evan J. Kaufman*

EVAN J. KAUFMAN

## CERTIFICATE OF SERVICE

I, Evan J. Kaufman, certify that on March 27, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of March, 2020, at Melville, New York.

/s/ Evan J. Kaufman
EVAN J. KAUFMAN