# EXHIBIT C

Filed under seal pursuant to paragraph 11 of the stipulated protective order issued on May 3, 2018, ECF No. 322