# EXHIBIT V

Filed under seal pursuant to paragraph 11 of the stipulated protective order issued on May 3, 2018, Dkt. 322