# EXHIBIT W

Table of Contents

Index to Financial Statements

**Filed Pursuant to Rule 424(b)(4)**
**Registration Nos. 333-171551 and 333-173341**

**PROSPECTUS**

# SandRidge Mississippian Trust I

## 15,000,000 Common Units

This is an initial public offering of common units representing beneficial interests in SandRidge Mississippian Trust I. The trust is selling all of the units offered hereby. SandRidge Energy, Inc. ( SandRidge ) will convey to the trust certain royalty interests in exchange for common and subordinated units collectively representing a 46.4% beneficial interest in the trust (without giving effect to the exercise of the underwriters over-allotment option), as well as all of the net proceeds of this offering. SandRidge will also enter into an agreement with the trust to provide the trust with the benefit of certain hedging arrangements with respect to a portion of the anticipated oil and natural gas production covered by the royalty interests.

Prior to this offering, there has been no public market for the common units. The common units have been approved for listing on the New York Stock Exchange under the symbol SDT.

**The Trust Units**. Trust units, consisting of the common and subordinated units, are units of beneficial interest in the trust and represent undivided beneficial interests in the property of the trust. They do not represent any interest in SandRidge.

**The Trust**. The trust will own term and perpetual royalty interests in oil and natural gas properties leased by SandRidge in the Mississippian formation in Alfalfa, Garfield, Grant, Major and Woods counties in Oklahoma. These royalty interests will entitle the trust to receive (a) 90% of the proceeds attributable to SandRidge s net revenue interest in the sale of production from 37 horizontal producing wells and (b) 50% of the proceeds attributable to SandRidge s net revenue interest in the sale of production from 123 horizontal development wells to be drilled on drilling locations included within an Area of Mutual Interest consisting of approximately 64,200 gross acres (42,900 net acres) held by SandRidge. The number of wells required to be drilled may increase or decrease in proportion to SandRidge s actual net revenue interest in each well. The trust will be treated as a partnership for U.S. federal income tax purposes.

**The Trust Unitholders**. As a trust unitholder, you will receive quarterly distributions of cash from the proceeds that the trust receives from SandRidge s sale of oil and natural gas subject to the royalty interests held by the trust.

**Ownership of Trust Units by SandRidge**. After the completion of this offering (without giving effect to the exercise of the underwriters over-allotment option), SandRidge will own 6,000,000 common units and 7,000,000 subordinated units, together representing 46.4% of all outstanding trust units. If the underwriters exercise their over-allotment option, SandRidge will own 3,750,000 common units and 7,000,000 subordinated units, together representing 38.4% of trust units.

**Incentive Distributions and Subordinated Units**. SandRidge will be entitled to receive incentive distributions equal to 50% of the amount, if any, by which the cash available for distribution on all of the trust units in any quarter during the subordination period described herein exceeds certain target distribution levels by more than 20%. Trust unitholders, including SandRidge, will be entitled to receive the remaining 50% of such amount on a pro rata basis. A portion of the trust units owned by SandRidge will be subordinated units and will not be entitled to receive distributions to the extent necessary to support specified distribution levels on the common units. The subordinated units will convert into common units following SandRidge s satisfaction of its drilling obligation. Please see Target Distributions and Subordination and Incentive Thresholds.

**Investing in the common units involves a high degree of risk. Before buying any common units, you should read the discussion of material risks of investing in the common units in Risk Factors beginning on page 18 of this prospectus.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

| | Per Common Unit | Total |
|---|---|---|
| Price to the public | $ 21.00 | $ 315,000,000 |
| Underwriting discounts and commissions (1) | $ 1.365 | $ 20,475,000 |
| Proceeds to the trust (before expenses) (1) | $ 19.635 | $ 294,525,000 |

(1) Excludes a structuring fee equal to 0.50% of the gross proceeds of this offering, or approximately $1.6 million, payable to Raymond James & Associates, Inc.

*The underwriters may also purchase up to an additional 2,250,000 common units at the initial public offering price, less underwriting discounts and commissions, to cover over-allotments, if any, within 30 days of the date of this prospectus. If the underwriters exercise this option in full, the total underwriting discounts and commissions will be $23,546,250, and the trust s total proceeds, after deducting underwriting discounts and commissions and before expenses, will be $338,703,750, which proceeds will be paid to SandRidge.*

*The underwriters are offering the common units as set forth under Underwriting. Delivery of the common units will be made on or about April 12, 2011.*

*Joint Book-Runners*

**RAYMOND JAMES** **MORGAN STANLEY**

*Lead Managers*

**WELLS FARGO SECURITIES** **RBC CAPITAL MARKETS**

*Co-Managers*

**OPPENHEIMER & CO.** **BAIRD**

**MADISON WILLIAMS AND COMPANY** **MORGAN KEEGAN** **WUNDERLICH SECURITIES**

**April 6, 2011**

[Table of Contents](#)

[Index to Financial Statements](#)

*Internal Controls*. SandRidge s Executive Vice President Reservoir Engineering is the technical person primarily responsible for overseeing the preparation of the company s reserve estimates, is the primary contact with Netherland Sewell and received the reserve report from Netherland Sewell. He has a Bachelor of Science degree in Mechanical Engineering with 30 years of practical industry experience, including 25 years of estimating and evaluating reserve information. In addition, our Executive Vice President Reservoir Engineering has been a certified professional engineer in the state of Oklahoma since 1988 and a member of the Society of Petroleum Engineers since 1980.

SandRidge s Reservoir Engineering Department continually monitors asset performance and makes reserves estimate adjustments, as necessary, to ensure the most current reservoir information is reflected in reserves estimates. Reserve information includes production histories as well as other geologic, economic, ownership and engineering data. The department currently has a total of 18 full-time employees, comprised of seven degreed engineers and 11 engineering analysts/technicians with a minimum of a four-year degree in mathematics, economics, finance or other business or science field.

SandRidge maintains a continuous education program for engineers and technicians on new technologies and industry advancements and also offers refresher training on basic skill sets.

In order to ensure the reliability of reserves estimates, internal controls observed within the reserve estimation process include:

- No employee s compensation is tied to the amount of reserves booked.
- Reserves estimates are made by experienced reservoir engineers or under their direct supervision.
- The Reservoir Engineering Department reports directly to the President, independently from all of our operating divisions.
- The Reservoir Engineering Department follows comprehensive SEC-compliant internal policies to determine and report proved reserves including:
  - confirming that reserve estimates include all properties owned and are based upon proper working and net revenue interests;
  - reviewing and using in the estimation process data provided by other departments within the Company such as Accounting; and
  - comparing and reconciling internally generated reserve estimates to those prepared by third parties.

Each quarter, the Executive Vice President Reservoir Engineering presents the status of SandRidge s reserves, including the reserves associated with the Underlying Properties, to the Executive Committee, which subsequently approves all changes. In the event the quarterly updated reserves estimates are disclosed, the aforementioned review process is evidenced by signatures from the Executive Vice President Reservoir Engineering and the Chief Financial Officer.

SandRidge s Reservoir Engineering Department works closely with its independent petroleum consultants at each fiscal year end to ensure the integrity, accuracy and timeliness of an annually developed independent reserves estimate. These independently developed reserves estimates are adopted as SandRidge s corporate reserves and are reviewed by the Audit Committee, as well as the Chief Financial Officer, Senior Vice President of Accounting, Vice President of Internal Audit,