# EXHIBIT Z

Filed under seal pursuant to paragraph 11
of the stipulated protective order issued
on May 3, 2018, ECF No. 322