**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-1341-G |
| This Document Relates To: ALL ACTIONS. | |

**DECLARATION OF MARK P. GIMBEL IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF MR. BJORN I. STEINHOLT, CFA**

I, Mark P. Gimbel, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Covington & Burling LLP, which serves as counsel to Defendants James Bennett and Matthew Grubb. I have been admitted pro hac vice in this action.

2. I provide this declaration to submit certain exhibits cited in the Memorandum of Law in Support of Defendants' Motion to Exclude Testimony of Mr. Bjorn L. Steinholt, CFA.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Form 10-K filed with the United States Securities and Exchange Commission by SandRidge for the fiscal year ending on December 31, 2010.

4. Attached as **Exhibit 2** is a true and correct copy of the Expert Report of Steven Grenadier, Ph.D., dated April 4, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Lindsey Walton (née Austin), taken on January 31, 2019.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Steven Crane, taken on May 16, 2019.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Matthew Grubb, taken on March 21 and 22, 2019.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from the SandRidge presentation at the Barclays 2011 CEO Conference, dated September 7, 2011, bates stamped SD-SECURITIES-0000956.

9. Attached as **Exhibit 7** is a true and correct copy of the Expert Report of Bjorn I. Steinholt, dated March 1, 2019.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from the SandRidge 2012 Investor/Analyst Meeting, dated February 28, 2012, bates stamped SD-SECURITIES-0001378.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from the Form 10-K filed with the United States Securities and Exchange Commission by SandRidge for the fiscal year ending December 31, 2011.

12. Attached as **Exhibit 10** is a true and correct copy of excerpts from the SandRidge Q3 2012 earnings call transcript, dated November 9, 2012, bates stamped SD-SECURITIES-0004717.

13. Attached as **Exhibit 11** is a true and correct copy of the Capital One Morning Energy Summary report, dated November 12, 2012, bates stamped SD-SECURITIES-0322389.

14. Attached as **Exhibit 12** is a true and correct copy of the Canaccord Genuity analyst report, dated November 12, 2012, bates stamped SD-SECURITIES-0004080.

15. Attached as **Exhibit 13** is a true and correct copy of excerpts of the Deutsche Bank analyst report, dated November 13, 2012, bates stamped CAL0000385.

16. Attached as **Exhibit 14** is a true and correct copy of the analyst report regarding SandRidge prepared by Deutsche Bank, dated November 8, 2012, bates stamped SD-SECURITIES-0003994.

17. Attached as **Exhibit 15** is a true and correct copy of the analyst report regarding SandRidge prepared by Deutsche Bank, dated November 13, 2012, bates stamped SD-SECURITIES-0004115.

18. Attached as **Exhibit 16** is a true and correct copy of the analyst report regarding SandRidge prepared by Morningstar, dated November 9, 2012, bates stamped SD-SECURITIES-0004053.

19. Attached as **Exhibit 17** is a true and correct copy of excerpts from the SandRidge Q3 2012 earnings conference call edited transcript, dated November 9, 2012, bates stamped CAL0003778.

20. Attached as **Exhibit 18** is a true and correct copy of the deposition of Bjorn I. Steinholt, taken on June 12, 2019.

21. Attached as **Exhibit 19** is a true and correct copy of the Rebuttal Expert Report of Bjorn I. Steinholt, dated April 29, 2019.

22. Attached as **Exhibit 20** is a true and correct copy of a chart that shows spot prices of oil and gas drawn on each date during the class period as well as the ratio of oil prices to gas prices. The chart was created using publicly available data pulled from the United States Energy Information Administration.

23. Attached as **Exhibit 21** is a true and correct copy of the Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information Approved by SPE Board in June 2001, revised on June 25, 2019.

Executed on April 2, 2020 in New York, New York.

*/s/ Mark P. Gimbel*
Mark P. Gimbel