# EXHIBIT 1

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# Form 10-K

**(Mark One)**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2010**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-33784**

# SANDRIDGE ENERGY, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware**<br>**(State or other jurisdiction of incorporation or organization)** | **20-8084793**<br>**(I.R.S. Employer Identification No.)** |
| **123 Robert S. Kerr Avenue**<br>**Oklahoma City, Oklahoma**<br>**(Address of principal executive offices)** | **73102**<br>**(Zip Code)** |

**(405) 429-5500**
**(Registrant's telephone number, including area code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, $0.001 par value** | **New York Stock Exchange** |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | |
|---|---|
| Large accelerated filer ☑ | Accelerated filer ☐ |
| Non-accelerated filer ☐ (Do not check if smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

The aggregate market value of our common stock held by non-affiliates on June 30, 2010 was approximately $1.0 billion based on the closing price as quoted on the New York Stock Exchange. As of February 18, 2011, there were 410,263,660 shares of our common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Company's definitive proxy statement for the 2011 Annual Meeting of Stockholders are incorporated by reference in Part III.

Table of Contents

SANDRIDGE ENERGY, INC.

2010 ANNUAL REPORT ON FORM 10-K

TABLE OF CONTENTS


| Item | | Page |
|---|---|---|
| | **PART I** | |
| 1. | Business | 1 |
| 1A. | Risk Factors | 32 |
| 1B. | Unresolved Staff Comments | 45 |
| 2. | Properties | 45 |
| 3. | Legal Proceedings | 45 |
| 4. | Reserved | 45 |
| | **PART II** | |
| 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 46 |
| 6. | Selected Financial Data | 47 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 48 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 72 |
| 8. | Financial Statements and Supplementary Data | 74 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 74 |
| 9A. | Controls and Procedures | 74 |
| 9B. | Other Information | 74 |
| | **PART III** | |
| 10. | Directors, Executive Officers and Corporate Governance | 75 |
| 11. | Executive Compensation | 75 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 75 |
| 13. | Certain Relationships and Related Transactions and Director Independence | 75 |
| 14. | Principal Accountant Fees and Services | 75 |
| | **PART IV** | |
| 15. | Exhibits and Financial Statement Schedules | 76 |

Table of Contents

This Annual Report on Form 10-K ("Form 10-K") includes certain statements that may be deemed to be "forward-looking" within the meaning of Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). We refer you to "Risk Factors" in Item 1A of Part I and to "Management's Discussion and Analysis of Financial Condition and Results of Operations — Cautionary Statement Concerning Forward-Looking Statements" in Item 7 of Part II of this Form 10-K for a discussion of factors that could cause actual results to differ materially from any such forward-looking statements.

Table of Contents

## PART I

### Item 1. *Business*

### General

SandRidge Energy, Inc., is an independent oil and natural gas company headquartered in Oklahoma City, Oklahoma concentrating on development and production activities related to the exploitation of our significant holdings in West Texas and the Mid-Continent area of Oklahoma and Kansas. Our primary areas of focus in West Texas are the Permian Basin and the West Texas Overthrust (the "WTO"). In the Permian Basin, we control approximately 244,700 net acres in West Texas and New Mexico. Our oil properties in the Permian Basin include properties acquired in December 2009 from Forest Oil Corporation and one of its subsidiaries (collectively, "Forest") in conjunction with our strategic shift in focus to oil development and production, and properties formerly owned by Arena Resources, Inc. ("Arena"), which we acquired in July 2010. The WTO, which includes the Piñon gas field, is a natural gas-prone region in Pecos County and Terrell County, Texas where we have approximately 501,100 net acres under lease. Our primary area of focus in the Mid-Continent area is the Mississippian formation, a carbonate oil-bearing structure where we had approximately 573,800 net acres under lease at December 31, 2010. We also own and operate other interests in the Mid-Continent, Cotton Valley Trend in East Texas, Gulf Coast and Gulf of Mexico.

As of December 31, 2010, our total estimated proved reserves were 545.9 MMBoe or 3,275.3 Bcfe, of which approximately 46% were oil. The reports covering 96.5% of these estimated proved reserves were prepared by third party engineers. As of December 31, 2010, we had a total of 5,323 gross (4,541.3 net) producing wells, substantially all of which we operate, and had approximately 1,982,000 gross (1,492,000 net) total acres under lease. As of December 31, 2010, we had 16 rigs drilling in the Permian Basin, 7 rigs drilling in the Mississippian formation and 1 rig drilling in the WTO.

We also operate businesses that are complementary to our primary development and production activities which provide us with operational flexibility and an advantageous cost structure. We own related gas gathering and treating facilities, a gas marketing business and an oil field services business, including our wholly owned drilling rig business, Lariat Services, Inc. ("Lariat"). As of December 31, 2010, our drilling rig fleet consisted of 31 rigs, all of which were operational. We also capture and transport $CO_2$ to the Permian Basin for use in tertiary recovery projects.

Our principal executive offices are located at 123 Robert S. Kerr Avenue, Oklahoma City, Oklahoma 73102 and our telephone number is (405) 429-5500. We make available free of charge on our website at *http://www.sandridgeenergy.com* our annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and amendments to those reports as soon as reasonably practicable after we electronically file such material with, or furnish it to, the Securities and Exchange Commission ("SEC"). Any materials that we have filed with the SEC may be read and copied at the SEC's Public Reference Room at 100 F Street, N.E., Room 1580, Washington, D.C. 20549 or accessed via the SEC's website address at *http://www.sec.gov*.

References to "SandRidge," "us," "we," "Company" and "our" in this report refer to SandRidge Energy, Inc., together with its subsidiaries. "SandRidge $CO_2$" refers to our wholly owned subsidiary SandRidge $CO_2$, LLC, and "SandRidge Tertiary" refers to our wholly owned subsidiary SandRidge Tertiary, LLC.

### Business Strategy

Our primary objectives are to achieve long-term growth and maximize stockholder value over multiple business cycles by pursuing the following strategies:

- *Concentrate in Core Operating Areas.* Our primary areas of operation are West Texas and the Mid-Continent area of Oklahoma and Kansas, which includes the Mississippian formation.

Table of Contents

Concentrating our drilling and producing activities in these core areas allows us to further build and utilize our technical expertise in order to interpret specific geological and operational trends. Further, by concentrating in these core areas we are able to achieve economies of scale and breadth of operations, both of which help us to control our costs. Operating in multiple core areas allows us to balance our portfolio toward the goal of consistent production and reserve growth.

- *Focus on Conventional Reservoirs.* We focus our development efforts primarily in areas with conventional, shallow, low-cost, permeable carbonate reservoirs with decades of production history. The nature of these reservoirs allows us to execute low-risk, repeatable drilling programs with predictable production profiles and a higher certainty of economic returns. Further, due to these low pressure and shallow characteristics, we are able to mitigate rising service costs.
- *Maintain Flexibility.* We have multi-year inventories of both oil and natural gas drilling locations within our core operating areas. Additionally, we maintain our own fleet of drilling rigs through Lariat. Maintaining inventories of both oil and natural gas drilling locations as well as our own drilling rigs allows us to efficiently direct capital toward projects with the most attractive returns.
- *Mitigate Commodity Price Risk.* We enter into derivative contracts in order to mitigate commodity price volatility inherent in the oil and natural gas industry. By increasing the predictability of cash inflows for a portion of our future production, we are better able to ensure funding for our longer term development plans and rates of return associated with those plans.
- *Monetize Non-Core Assets.* We periodically evaluate our properties to identify opportunities to monetize non-core assets in order to fund or accelerate development within our areas of focus. We sold non-core properties located in the Cana Shale play in Northwest Oklahoma and in the Permian Basin during the third and fourth quarters of 2010, respectively, and also entered into an agreement for another divesture of Permian Basin non-core assets during the fourth quarter of 2010. Proceeds realized from these transactions will be used to pay down amounts outstanding under our senior secured revolving credit facility (the "senior credit facility").

## Recent Developments

### Acquisitions and Divestures

*Arena Acquisition.* On July 16, 2010, we completed our acquisition of all of the outstanding common stock of Arena (the "Arena Acquisition"). In connection with the acquisition, we issued 4.7771 shares of our common stock and paid $4.50 in cash to Arena stockholders for each outstanding share of unrestricted Arena common stock. In addition, outstanding options to purchase Arena common stock that were deemed exercised pursuant to the merger agreement were converted into shares of our common stock pursuant to a formula in the merger agreement, and outstanding shares of Arena restricted common stock were converted into restricted shares of our common stock pursuant to a formula in the merger agreement. The total purchase price was approximately $1.4 billion.

In conjunction with stockholder approval of the issuance of SandRidge common stock in connection with the acquisition of Arena, our stockholders also approved an amendment to our certificate of incorporation to increase the number of authorized shares of common stock from 400.0 million shares to 800.0 million shares.

*Sale of Oklahoma Deep Rights.* On August 26, 2010, we sold certain deep acreage rights in the Cana Shale play in Western Oklahoma for estimated net proceeds of $110.0 million, subject to final post-closing adjustments. We retained the shallow rights associated with this acreage.

*Sale of Avalon Shale and Bone Springs Assets.* On December 10, 2010, we sold approximately 40,000 net acres of non-core assets in the Avalon Shale and Bone Spring reservoirs of the Permian Basin for $110.0 million,

Table of Contents

subject to post-closing adjustments. There was no production or proved reserves associated with these assets and we retained all rights above and below the Avalon Shale and Bone Spring formations.

*Sale of Wolfberry Assets*. On January 6, 2011, we sold our Wolfberry assets in the Permian Basin for approximately $155.0 million, subject to post-closing adjustments. The divested properties included approximately 18,400 net acres with production of approximately 1,600 Boe/d.

*Sale of New Mexico Assets*. On February 24, 2011, we executed a Purchase and Sales Agreement under which we agreed to sell properties in Lea County and Eddy County in New Mexico for $200.0 million. The properties include 23,000 net acres with production of approximately 1,500 Boe/d. We intend to use the cash proceeds to pay down outstanding borrowings under our senior credit facility. We expect the transaction, which is subject to customary closing conditions, to close in April 2011.

**Proposed Royalty Trust Offering**

On January 5, 2011, we and SandRidge Mississippian Trust I (the “Trust”), a newly formed Delaware statutory trust, filed registration statements with the SEC relating to a proposed public offering of up to $250.0 million in common units representing beneficial interests in the Trust. Prior to the closing of this offering, we intend to convey certain royalty interests to the Trust in exchange for units representing approximately 50% of the beneficial interest in the Trust and the net proceeds of the Trust’s public offering. The royalty interests to be conveyed to the Trust would be in certain oil and natural gas properties leased by us in the Mississippian formation in five counties in Northern Oklahoma. There can be no assurance that we will complete this transaction, as it is subject to market conditions and other uncertainties, as well as completion of the SEC review process. If we complete this transaction, we intend to use the net proceeds from the offering to repay borrowings under our senior credit facility and for general corporate purposes.

**Equity Transaction**

On November 15, 2010, we completed a private placement of 3,000,000 shares of 7.0% convertible perpetual preferred stock for net proceeds of approximately $290.7 million, after deducting initial purchasers’ discounts of $9.0 million and other offering expenses.

**2011 Budget**

On February 24, 2011, we updated 2011 production guidance to 23.3 MMBoe based on 2011 capital expenditure guidance of $1.3 billion. See Item 7 “Management’s Discussion and Analysis of Financial Condition and Results of Operations — Liquidity and Capital Resources” for further discussion of our capital expenditures budget.

**Our Business Segments and Primary Operations**

We operate in three business segments: exploration and production, drilling and oil field services and midstream gas services. Financial information regarding each segment is provided in Item 7 “Management’s Discussion and Analysis of Financial Condition and Results of Operations.”

***Exploration and Production***

We explore for, develop and produce oil and natural gas reserves, with a focus on increasing our reserves and production in the Permian Basin, Mid-Continent and WTO. We operate substantially all of our wells in these areas. We also operate leasehold positions in the Cotton Valley Trend in East Texas, Gulf Coast and Gulf of Mexico.

Table of Contents

The following table presents certain information concerning our exploration and production business as of December 31, 2010 unless otherwise noted:

| Area | Estimated Net Proved Reserves (MMBoe) | Estimated Net Proved Reserves (Bcfe) | PV-10 (in millions) (1) | Daily Production (MBoe/d) (2) | Daily Production (MMcfe/d) (2) | Reserves/ Production (Years) | Proved Gross Acreage | Proved Net Acreage |
|---|---|---|---|---|---|---|---|---|
| Permian Basin | 228.3 | 1,369.8 | $ 3,096.9 | 28.3 | 169.4 | 22.1 | 336,634 | 244,671 |
| Mid-Continent | 63.0 | 378.0 | 656.5 | 7.4 | 44.6 | 23.3 | 851,054 | 644,020 |
| WTO | 135.7 | 814.2 | 157.5 | 16.0 | 95.9 | 23.2 | 625,623 | 501,066 |
| East Texas | 80.1 | 480.6 | 210.1 | 5.1 | 30.3 | 43.0 | 32,650 | 26,112 |
| Gulf Coast | 7.8 | 46.8 | 83.4 | 3.6 | 21.6 | 5.9 | 54,426 | 27,750 |
| Gulf of Mexico | 7.5 | 45.0 | 77.3 | 1.9 | 11.4 | 10.8 | 71,990 | 39,427 |
| Tertiary recovery — West Texas | 23.4 | 140.3 | 226.6 | 0.6 | 3.7 | 106.8 | 8,661 | 8,215 |
| Other | 0.1 | 0.6 | 0.9 | — | — | — | 940 | 683 |
| Total | 545.9 | 3,275.3 | $ 4,509.2 | 62.9 | 376.9 | 23.8 | 1,981,978 | 1,491,944 |

(1) PV-10 generally differs from Standardized Measure of Discounted Net Cash Flows ("Standardized Measure") because it does not include the effects of income taxes on future net revenues. For a reconciliation of PV-10 to Standardized Measure, see — "Proved Reserves." Our total Standardized Measure was $3.7 billion at December 31, 2010.

(2) Average daily net production for the month of December 2010.

*Permian Basin*

The Arena Acquisition in July 2010 continued the expansion of our holdings in the Central Basin Platform ("CBP"), a part of the Permian Basin in West Texas, and added significant Permian Basin production from the Midland and Delaware Basins in Texas as well as the Northwest Shelf in New Mexico. Reserves and associated production in this area are predominantly oil.

The primary reservoirs in the CBP are the dolomites and limestones of the San Andres and Clear Fork formations. To date, the San Andres and Clear Fork zones have produced more than 4.0 and 1.8 billion barrels of oil, respectively, with well depths typically ranging from 4,500 to 8,000 feet. Our properties in the CBP are positioned for infill and step-out drilling to target these reservoirs in several of the major CBP fields, such as the Fuhrman Mascho, Goldsmith, Fullerton, Tex-Mex, Martin and Robertson fields.

As of December 31, 2010, our estimated net proved reserves in the Permian Basin were 228.3 MMBoe or 1,369.8 Bcfe, 56% of which were proved undeveloped reserves, based on estimates provided by our independent oil and natural gas consulting firms, Lee Keeling and Associates, Inc. ("Lee Keeling") and Netherland, Sewell & Associates, Inc. ("Netherland Sewell"). Our interests in the Permian Basin as of December 31, 2010 included 3,285 gross (3,128.1 net) producing wells with an average working interest of 94%. Our average daily net production for the month of December 2010 was approximately 28.3 MBoe or 169.4 MMcfe per day. We were operating 16 rigs in the Permian Basin as of December 31, 2010 and drilled 484 wells in this area during 2010.

*Mid-Continent*

We own interests in properties in Oklahoma, Arkansas and Southern Kansas that make up our Mid-Continent area. As of December 31, 2010, we held interests in 851,054 gross (644,020 net) leasehold and option acres in these areas. As of December 31, 2010, our estimated proved reserves in the Mid-Continent area were 63.0 MMBoe or 378.0 Bcfe, 63.8% of which were proved undeveloped reserves, based on estimates