# EXHIBIT 6

September 07, 2011



# Barclays
# 2011 CEO Conference

New York, NY

SandRidge®

# Mississippian – Overview



- 300-500 Mboe/well
  (52% Crude Oil)
- $3.0 MM/well
- SD Operated wells
  - 121 Drilled
- Other Industry wells
  - 165 Drilled

## High Perm, Carbonate Oil Play

- Shallow oil target (≈ 6,000’ average TVD)
- Extensive reservoir control from thousands of vertical wells with 30+ years of history
- Thick overall carbonate section > 250’
- Attractive drilling and completion costs
- Rigs, services and infrastructure readily available
- > 900,000 net acres[a]

(a) Includes royalty trust and JV acreage

SandRidge

# Mississippian Play




- 6.5 Million acres
- ≈ 17,000 (≈ 7,500 within ▩) vertical Mississippian producing wells
- SandRidge acreage
- 121 SandRidge horizontal wells
- 165 Industry horizontal wells

SandRidge

# Mid-Continent Production Growth




SandRidge

# Mississippian IPs Continue to Improve




SandRidge

# Mississippian Oil – Economics

## > 4,000 Potential Locations

- 211 Mbbl (100% Crude)
- 1,186 Mmcf
- 409 Total Mboe
- $3.0 MM/well
- 244 Boepd 30 day IP
- ≈ 79% IRR(b)




(a) NYMEX Strip as of 08/29/11

SandRidge

# What Makes Mississippian a Great Play

| Economics | | Characteristics | |
|---|---|---|---|
| **IRR**[a] | **79%** | **Scale** | > 900,000 acres[d] |
| NPV per Well ($MM)[a] | $4.9 | | Early mover in the play |
| F&D ($/Boe) | $9.74 | | |

| Type Curve | | | |
|---|---|---|---|
| **EUR (Mboe/well)**[b] | **409** | **Reservoir Knowledge** | Carbonate reservoir |
| IP Rate (Boe/d)[c] | 244 | | Three years studying the play |
| Initial Decline | 56% | | Decades of vertical production |
| b Factor | 1.5 | | 7,500 existing vertical wells |
| | | | Conservative b Factor |
| Crude Oil Content | 52% | | Well defined type curve |

| Costs | | | |
|---|---|---|---|
| **Drill & Complete ($MM)** | **$3.0** | **Ability to Control Costs** | Shallow (TVD average < 6,000') |
| LOE ($/Boe) | $9.61 | | low horsepower rigs (< 1,000 hp) |
| | | | low pressure pumping (< 12,500 hp) |
| | | | Abundance of industry equipment available |
| | | | Not competing with shale plays for equipment |
| | | | In the play for ≈ $200 per acre |
| | | | Extensive existing infrastructure |

(a) Based on NYMEX Strip at 08/29/2011
(b) Netherland Sewell YE2010 type curve
(c) 1st month average production
(d) Includes royalty trust and JV acreage

SandRidge

# Value Creation from Mississippian

**Original Mississippian Play**
900,000 net acres

| | $MM |
|---|---|
| Acreage Costs | -$193 |
| Capital to date | -$430 |
| Cash Flow To date | $83 |
| SDT | $334 |
| Joint Venture | $500 |
| **SELF FUNDED** | **$294** |

**$14.4 Billion NAV**

**Equivalent Play Characteristics:**
**Depths, Thickness**
**Production History, and Scale**

**New Mississippian Play**
Goal of 1,000,000 net acres
(Current 400,000 net acres)

| | $MM |
|---|---|
| Acreage Costs | PAID FOR |
| Trust | |
| Joint Venture | |
| **SELF FUNDED** | **Goal** |

**Self Funded NAV Creation**

SandRidge

# Hedging

## Contracts in Place as of August 30, 2011

| | Year Ending | | | | |
|---|---|---|---|---|---|
| | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 | 12/31/2015 |
| **Oil Swaps:** [(a)] | | | | | |
| Volume (MMBbls) | 9.06 | 11.15 | 13.81 | 7.14 | 4.50 |
| Swap | $87.40 | $89.35 | $94.12 | $97.76 | $95.41 |
| **Natural Gas Swaps:** [(a)] | | | | | |
| Volume (Bcf) | 25.71 | 3.64 | 0.00 | 0.00 | 0.00 |
| Swap | $4.63 | $4.90 | NM | NM | NM |
| Collar Volume (Bcf) | 0.00 | 0.40 | 0.86 | 0.94 | 1.01 |
| Collar: High | NM | $6.20 | $7.15 | $7.78 | $8.55 |
| Collar: Low | NM | $4.00 | $4.00 | $4.00 | $4.00 |
| **Natural Gas Basis Swaps:** [(b)] | | | | | |
| Volume (Bcf) | 104.03 | 113.46 | 14.60 | 0.00 | 0.00 |
| Swap | $0.47 | $0.55 | $0.46 | NM | NM |

(a) Includes contracts that have been novated to SandRidge Permian Trust or the benefits of which have been conveyed to SandRidge Mississippian Trust I or SandRidge Permian Trust

(b) Includes WAHA and HSC basis swaps in 2011 and 2012

Natural gas swaps assume a ratio of 1:1 for Mcf to MMBtu