# EXHIBIT 8

# 2012 Investor / Analyst Meeting

New York, NY | February 28, 2012

SANDRIDGE

THE POWER OF US™

# Mid-Continent Summary



Increase in SEC PV-10 Value 381%[(a)] to $2.3 Billion



Increase in Net Resource Value 108%[(a)] to $23.2 Billion



Proved Reserve Replacement 1790%



50% Proved Developed Reserve Value & 73% Oil Revenue



Proved Developed Drilling Finding Costs $14.86/Boe

(a) Adjusted for asset sales and production

SANDRIDGE THE POWER OF US™

# Mid-Continent Proved Reserve & Value Waterfall







**2010 YE SEC Pricing - $75.96 / $4.38**
**2011 YE SEC Pricing - $92.71 / $4.118**

Note: Includes Royalty Trusts



SANDRIDGE THE POWER OF US

# Mississippian Economics




- 204 Mbbl (100% Crude)
- 1,512 MMcf
- 456 Total MBoe
- $3.2 MM/well(a)
- 275 Boe/d 30 day IP
- PV-10 $5,484 M(b)
- ≈ 91% IRR(b)
- Total Resource (net acres)
  - WI 100%, NRI 83%
- 2012 Drilling Program 380 wells
  - WI 62%, NRI 51%

| Type Curve Comparison | 2010 | 2011 |
|---|---|---|
| b Factor | 1.5 | 1.5 |
| Initial Decline % | 56 | 63 |
| 30 Day IP Oil (Bbl/d) | 126 | 147 |
| 30 Day IP Gas (Mcf/d) | 708 | 768 |
| GOR | Constant | Increasing |
| Final Decline % | 5 | 5 |




(a) Includes infrastructure capex
(b) NYMEX Strip as of 01/17/2012

SANDRIDGE THE POWER OF US

# Mississippian EUR Distribution




**Consultant Type Curve**

- 456 MBoe/well
- 204 MBbls
- 1.5 Bcf

**Lognormal Reserves Distribution**

EUR MBOE Mississippian




Consultant 145 Wells EUR

# Horizontal GOR Trend Consistent with Vertical History

Alfalfa Vertical 1980 – 1990 (30 Years)
(130 wells)
GOR (15,000 – 18,000)

- YE 2011 Increasing GOR ≈ 1.5% per year




- YE 2010 constant GOR 30 years
  - Waiting on horizontal confirmation




SANDRIDGE
THE POWER OF US

# Mississippian Performance Comparison – 30 Day Peak Rates






SD-SECURITIES-0001450