# EXHIBIT 13

# Table of Contents


| | | |
|---|---|---|
| Rpt. 21446951<br>12-Feb-2013 | **SANDRIDGE ENERGY INC**<br>CREDIT SUISSE - NORTH AMERICA<br>- JAYARAM, ARUN, ET AL | 6 - 67 |
| Rpt. 21072114<br>10-Feb-2013 | **SANDRIDGE ENERGY INC**<br>ICD RESEARCH - COMPANY SWOT<br>- RESEARCH DEPARTMENT, ET AL | 68 - 100 |
| Rpt. 21433558<br>08-Feb-2013 | **SANDRIDGE ENERGY INC**<br>JPMORGAN<br>- ALLMAN, JOSEPH, ET AL | 101 - 105 |
| Rpt. 21405294<br>05-Feb-2013 | **SANDRIDGE ENERGY INC**<br>JPMORGAN<br>- ALLMAN, JOSEPH, ET AL | 106 - 119 |
| Rpt. 21401003<br>04-Feb-2013 | **SANDRIDGE ENERGY INC**<br>LADENBURG, THALMANN & CO. INC.<br>- SCHMITZ, MICHAEL, ET AL | 120 - 124 |
| Rpt. 21400557<br>04-Feb-2013 | **SANDRIDGE ENERGY INC**<br>SUNTRUST ROBINSON HUMPHREY CAPITAL MARKETS<br>- DINGMANN, NEAL, ET AL | 125 - 133 |
| Rpt. 21335565<br>22-Jan-2013 | **SANDRIDGE ENERGY INC**<br>SUSQUEHANNA FINANCIAL GROUP LLLP<br>- GRUBERT, DUANE | 134 - 143 |
| Rpt. 21239869<br>02-Jan-2013 | **SANDRIDGE ENERGY INC**<br>WUNDERLICH SECURITIES<br>- WANGLER, JASON | 144 - 155 |
| Rpt. 21240104<br>02-Jan-2013 | **SANDRIDGE ENERGY INC**<br>WUNDERLICH SECURITIES<br>- DOBSON, JAMES L | 156 - 160 |
| Rpt. 21216303<br>20-Dec-2012 | **SANDRIDGE ENERGY INC**<br>JPMORGAN<br>- ALLMAN, JOSEPH, ET AL | 161 - 165 |


**These reports were compiled using a product of Thomson Reuters** **www.thomsonreuters.com**

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



| | | | |
|---|---|---|---|
| 30-Apr-12 | OW | 7.54 | 13.00 |
| 09-Nov-12 | OW | 5.51 | 12.00 |

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.morganmarkets.com.

**Coverage Universe: Allman, Joseph D**: Anadarko Petroleum (APC), Apache Corporation (APA), Approach Resources (AREX), Berry Petroleum (BRY), Cabot Oil & Gas (COG), Carrizo Oil & Gas Inc. (CRZO), Chesapeake Energy (CHK), Cimarex Energy Co. (XEC), Cobalt International Energy (CIE), Concho Resources, Inc. (CXO), Continental Resources, Inc. (CLR), Denbury Resources Inc. (DNR), Devon Energy (DVN), EOG Resources, Inc. (EOG), EQT Corporation (EQT), EXCO Resources, Inc. (XCO), Goodrich Petroleum (GDP), Halcón Resources Corporation (HK), Laredo Petroleum (LPI), McMoRan Exploration Company (MMR), Newfield Exploration Company (NFX), Noble Energy (NBL), PDC Energy (PDCE), Penn Virginia Corporation (PVA), PetroQuest Energy, Inc. (PQ), Pioneer Natural Resources (PXD), Plains Exploration & Production (PXP), QEP Resources (QEP), Quicksilver Resources Inc (KWK), Range Resources Corp (RRC), SM Energy (SM), SandRidge Energy Inc. (SD), Southwestern Energy Company (SWN), Swift Energy Company (SFY), Ultra Petroleum Corp (UPL), WPX Energy (WPX), Whiting Petroleum Corporation (WLL)

**J.P. Morgan Equity Research Ratings Distribution, as of September 28, 2012**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 44% | 44% | 12% |
| IB clients* | 52% | 46% | 34% |
| JPMS Equity Research Coverage | 42% | 48% | 10% |
| IB clients* | 69% | 61% | 53% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.morganmarkets.com , contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.:** JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC and is authorized and regulated in the UK by the Financial Services Authority. **U.K.:** J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorized and

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



regulated by the Financial Services Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa:** J.P. Morgan Equities Limited is a member of the Johannesburg Securities Exchange and is regulated by the FSB. **Hong Kong:** J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong. **Korea:** J.P. Morgan Securities (Far East) Ltd, Seoul Branch, is regulated by the Korea Financial Supervisory Service. **Australia:** J.P. Morgan Australia Limited (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (ABN 61 003 245 234/AFS Licence No: 238066) is a Market Participant with the ASX and regulated by ASIC. **Taiwan:** J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited, having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz East, Mumbai - 400098, is a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231) and Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and is regulated by Securities and Exchange Board of India. **Thailand:** JPMorgan Securities (Thailand) Limited is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission. **Indonesia:** PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the BAPEPAM LK. **Philippines:** J.P. Morgan Securities Philippines Inc. is a member of the Philippine Stock Exchange and is regulated by the Securities and Exchange Commission. **Brazil:** Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico:** J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by J.P. Morgan Securities Singapore Private Limited (JPMSS) [MICA (P) 088/04/2012 and Co. Reg. No.: 199405335R] which is a member of the Singapore Exchange Securities Trading Limited and is regulated by the Monetary Authority of Singapore (MAS) and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) which is regulated by the MAS. **Malaysia:** This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan:** J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia:** J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai:** JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. JPMSAL does not issue or distribute this material to "retail clients". The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the terms "wholesale client" and "retail client" have the meanings given to them in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch and J.P.Morgan Chase Bank, N.A., Frankfurt Branch which are regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Japan:** There is a risk that a loss may occur due to a change in the price of the shares in the case of share trading, and that a loss may occur due to the exchange rate in the case of foreign share trading. In the case of share trading, JPMorgan Securities Japan Co., Ltd., will be receiving a brokerage fee and consumption tax (shouhizei) calculated by multiplying the executed price by the commission rate which was individually agreed between JPMorgan Securities Japan Co., Ltd., and the customer in advance. Financial Instruments Firms: JPMorgan Securities Japan Co., Ltd., Kanto Local Finance Bureau (kinsho) No. 82 Participating Association / Japan Securities Dealers Association, The Financial Futures Association of Japan, Type II Financial Instruments Firms Association and Japan Investment Advisers Association. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Ltd, Seoul Branch. **Singapore:** JPMSS and/or its affiliates may have a holding in any of the securities discussed in this report; for securities where the holding is 1% or greater, the specific holding is disclosed in the Important Disclosures section above. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised September 29, 2012.

**Copyright 2012 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Deutsche Bank
Markets Research

Rating
**Hold**

North America
United States

Industrials
Oil & Gas Exploration & Production

Company
# SandRidge Energy

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| SD.N | SD US | NYS | SD |

Date
13 November 2012

Company Update

| | |
|---|---|
| Price at 12 Nov 2012 (USD) | 5.38 |
| Price Target | 5.00 |
| 52-week range | 8.82 - 5.51 |

# Doubling Down in the Miss


Ryan Todd
Research Analyst
(+1) 212 250-8342
ryan.todd@db.com

Stephen Richardson
Research Analyst
(+1) 212 250-8356
stephen.richardson@db.com

Mimi Kong
Research Associate
(+1) 212 250-9331
mimi.kong@db.com


## Missing Barrels: Deteriorating Miss outlook takes a bite out of valuation

Friday's conference call confirmed concerns about deteriorating oil performance in the Mississippian, where a material reduction to the type curve drastically reduces equity value and exacerbates concerns regarding the timing and rationale of the proposed Permian disposition. Despite returns that are still relatively robust in the Miss, we remain unconvinced that the asset will be sufficient to dig out from under the current debt burden. We have reduced our NAV and target price from $9 to $5 and maintain our Hold rating.

## Structural headwinds increasing as oil barrels go Missing

Weaker than expected oil production out of Mississippian wells (gassier wells, faster than expected oil decline) have reduced Miss. type curves by 8% (from 456 Mboe to 420 Mboe) and per well oil reserves by 25% (204 Mbbls to 155 Mbbls), offset partially by successful downspacing to 4 wells per section. The concern is less about the absolute value of the play, where returns are still attractive, but in the trends, where the 2nd reduction to date in the oil content and flat Q4 oil production guidance raise concerns of further deterioration (particularly in the extension) and worrisome capital efficiency. The move also highlights the dangers of leverage, as a ~20% change to EV resulted in a nearly 50% reduction to equity value.

## Headwinds remain, with or without a Permian sale

Despite the attention garnered by the proposed Permian sale, the reality is that given the step down in the Miss, the portfolio is fighting an uphill battle with or without the Permian. We estimate that assuming a sale price of $2.0-$2.5 Bn, the deal would have a generally dilutive impact on metrics (2014 Debt to EBITDA from 5.0x to 5.3x, EV/EBITDA from 6.4x to 9.9x), our estimated funding gap from 2013-2015 changes modestly, from $4 Bn to $4.2 Bn. The underlying problem is sheer size of the funding gap at the core Mississippian asset (~$850m on 2013 estimates) and the insufficiently quick pace at which that gap is closing, given ~$3.6 Bn in current net debt. At the end of the day, the biggest casualty of a Permian sale may be investors' confidence in management, with its second significant strategic change in less than a year.

## Valuation and Risks

Our $5 PT is based on our Net Asset Value (NAV) at $90/$4.50 and a 10% discount rate. Upside risks include a Miss JV and better than expected Miss extension results, while downside risks include capex overruns and further Miss type curve downgrades.

| Key changes | | | |
|---|---|---|---|
| Price Target | 9.00 to 5.00 | ↓ | -44.4% |

Price/price relative




| Performance (%) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | -25.6 | -21.1 | -25.9 |
| S&P 500 INDEX | -3.4 | -1.8 | 9.2 |

Forecasts And Ratios

| Year End Dec 31 | 2011A | 2012E | 2013E |
|---|---|---|---|
| FY EPS (USD) | -0.00 | 0.21 | -0.02 |
| Revenue (USD) | 1,415.2 | 1,963.1 | 2,283.0 |

*Source: Deutsche Bank estimates, company data*

[1] Includes the impact of FAS123R requiring the expensing of stock options.

Deutsche Bank Securities Inc.

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MICA(P) 072/04/2012.

# Permian: To sell or not to sell?

## The challenges remain the same

Despite much of the attention on the recent conference call on the proposed sale of the Permian asset, we find that the sale (or lack thereof), is unlikely to have a significant impact on the overall picture over the coming years. Although we estimate that the deal will likely be dilutive on most metrics, the near-term impact of paying down ~$1.1 Bn of debt and increasing cash on the balance sheet may prove attractive to some investors.

The reality, however, is that either way, the slow task of closing the spending gap and deleveraging just got harder with the reduction in oil volumes in the Mississippian. Although we felt that the Mississippian was gaining momentum earlier this year, our concern with SD has always been the size of the forward funding gap, and the rate of cash flow growth per debt adjusted share (and adjusted for minority interest/preferreds).

The value case has largely rested on discount to NAV, which was amongst the largest discounts in our coverage universe, while EBITDA multiples were less compelling. In the wake of the change to our crude production outlook, however, the discount has essentially evaporated, with a revised NAV of $5.00/sh, and a 2013 EBITDA multiple (adjusted for minority/preferred outflows) of 6.8x, a 50% premium to the peer group.

Below, we look at the potential impact of both the downgrade to the Miss type curve, as well as the potential impact of a sale of the Permian on financial leverage and future funding gaps.

## Debt metrics: Moderately dilutive, but depends on the sale price

Under the Permian sale scenario, we modeled the sale to close in mid 2013 for $2.5 Bn, which is the high end of our estimate. Meanwhile the scenario for maintaining the Permian calls for capex to increase to $2.1 Bn in 2013 from company guidance of $1.75 Bn, funding a 12 rig program. Both scenarios incorporate a downgraded Miss type curve and CFO adjustments for minority interest and preferred dividend payments. The sale of the Permian will be accretive on a consolidated basis, however after adjusting for minority interest and preferred dividends, 2014 debt metrics become dilutive at 5.3x vs. 5.0x. Importantly, the affects of the downgraded Miss type curve results in increasing financial leverage regardless of whether SD sells the Permian or maintains the property, indicating the challenges inherent in growing cash flow in the Mississippian fast enough to delever.

Figure 1: Permian Sale Scenario

| | 2013e | 2014e |
|---|---|---|
| EBITDA | 1,070 | 1,012 |
| EBITDA (minority int / pref adj.) | 844 | 727 |
| CFO | 732 | 590 |
| Minority | (170) | (230) |
| Pref Div | (56) | (56) |
| **CF available to SD** | **507** | **305** |
| Capex | (1,750) | (1,818) |
| **Funding Gap** | **(1,243)** | **(1,514)** |
| BOP Net Debt | (3,627) | (2,370) |
| Permian Sale Proceeds | 2,500 | 0 |
| **EOP Net Debt incl. funding gap** | **(2,370)** | **(3,884)** |
| Net Debt / EBITDA | 2.2x | 3.8x |
| Net Debt/ EBITDA (minority int/ pref adj.) | 2.8x | 5.3x |

*Source: Deutsche Bank*

Figure 2: Maintain Permian Program Scenario

| | 2013e | 2014e |
|---|---|---|
| EBITDA | 1,324 | 1,560 |
| EBITDA (minority int / pref adj.) | 1,099 | 1,275 |
| CFO | 983 | 1,134 |
| Minority | (170) | (230) |
| Pref Div | (56) | (56) |
| **CF available to SD** | **757** | **849** |
| Capex | (2,100) | (2,280) |
| **Funding Gap** | **(1,343)** | **(1,430)** |
| BOP Net Debt | (3,627) | (4,970) |
| Permian Sale Proceeds | 0 | 0 |
| **EOP Net Debt incl. funding gap** | **(4,970)** | **(6,400)** |
| Net Debt / EBITDA | 3.8x | 4.1x |
| Net Debt/ EBITDA (minority int/ pref adj.) | 4.5x | 5.0x |

*Source: Deutsche Bank*

## Funding gap: Three year outlook remains relatively unchanged

As we turn our focus to the funding gap, the three year outlook for the funding gap hovers around $4.1 Bn under either scenario. The reduced capex under the Permian sale scenario is offset by the resulting lower cashflow, whereas the greater cash flow from maintaining the Permian is offset by the increased capex spend. The pace of Mississippian growth continues to be the heart of the issue as we do not see SD reaching a cash flow neutral stance over the next three years.

Figure 3: Permian Sale Scenario




*Note: CF is adjusted for minority interest and preferred dividends*
*Source: Deutsche Bank*

Figure 4: Maintain Permian Program Scenario




*Note: CF is adjusted for minority interest and preferred dividends*
*Source: Deutsche Bank*

## Figure 5: SandRidge Energy Net Asset Valuation

| NET ASSET VALUATION | Risked | DB Price Deck Value | DB Price Deck $/Boe | DB Price Deck $/Share | DB Price Deck $/Acre | NYMEX Strip Value | NYMEX Strip $/Share |
|---|---|---|---|---|---|---|---|
| **Proved Developed Reserves (PV10)** | | | | | | | |
| United States | 183 | $2,711 | $14.79 | $4.78 | NA | $2,458 | $4.34 |
| DOR-Proven Reserves | 62 | $1,838 | $29.64 | $3.24 | NA | $1,604 | $2.83 |
| Total | 245 | $4,549 | $18.55 | $8.03 | NA | $4,062 | $7.17 |
| **North America** | | | | | | | |
| Mississippian | 1,160 | $2,715 | $2.34 | $4.79 | $1,697 | $1,755 | $3.10 |
| Permian | 31 | 140 | 4.50 | 0.25 | 620 | 89 | 0.16 |
| WTO | -- | -- | -- | -- | -- | -- | -- |
| Total | 1,191 | $2,855 | $2.40 | $5.04 | $1,159 | $1,844 | $3.25 |
| **Other Assets / Liabilities** | | | | | | | |
| Cash | | $673 | | $1.19 | | $673 | $1.19 |
| Book Debt, Min Interest, Pref. Stock | | (5,847) | | (10.32) | | (5,847) | (10.32) |
| Value of Midstream and Drilling Services | | 269 | | 0.48 | | 269 | 0.48 |
| PV of Carries | | 872 | | 1.54 | | 872 | 1.54 |
| Mississippian Trust I (25%) | $19.00 | 156 | | 0.28 | | 156 | 0.28 |
| Permian Trust (25%) | $19.40 | 310 | | 0.55 | | 310 | 0.55 |
| Mississippian Trust II (40%) | $19.40 | 385 | | 0.68 | | 385 | 0.68 |
| Total | | ($3,182) | | ($5.62) | | ($3,182) | ($5.62) |
| **Net Equity Value** | 1,436 | $4,222 | | **$7.00** | | $2,724 | **$5.00** |
| **Shares Outstanding (MM)** | | | | *566.6* | | | *566.6* |

**Operational Summary and Assumptions**

| Asset | Net Acres | Risked % | Risked Acres | Spacing | Risked Wells | Well Cost ($M) | Avg. IP | EUR / well | % Oil |
|---|---|---|---|---|---|---|---|---|---|
| Mississipp | 1,600,000 | 40% | 640,000 | 160 | 3746 | $3.5 | 270 | 417,367 | 36.5% |
| Permian | 225,000 | 70% | 157,500 | 20 | 4667 | $0.6 | 53 | 58,031 | 68.0% |
| WTO | 501,100 | 70% | 350,770 | 40 | 8024 | 2.9 | 2,900 | 2,705 | --% |
| Total | 2,326,100 | 49% | 1,148,270 | 73 | 16437 | $2.3 | 1074 | 159,368 | 37.3% |

| Modeled Rig Program - By Play | Current: | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| Mississippian | | 26.0 | 37.0 | 41.0 | 41.0 | 41.0 |
| Permian | | 12.0 | -- | -- | -- | -- |
| WTO | | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| *Total* | | *39.0* | *38.0* | *42.0* | *42.0* | *42.0* |

| Modeled Well Program - By Play | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| Mississippian | 337 | 570 | 644 | 651 | 651 |
| Permian | 762 | -- | -- | -- | -- |
| WTO | -- | -- | -- | -- | -- |
| Other | -- | -- | -- | -- | -- |
| *Total* | *1,098* | *570* | *644* | *651* | *651* |

**ASSUMPTIONS**

| Prices | DB Oil | DB Gas | NYMEX Strip Oil | NYMEX Strip Gas | Other Oil | Other Gas | Choosen Deck | |
|---|---|---|---|---|---|---|---|---|
| **2011** | $95.14 | $4.08 | | | | | DB | 1 |
| **2012** | $97.10 | $2.71 | $95.30 | $2.86 | $95.00 | $4.00 | | |
| **2013** | $104.75 | $3.75 | $94.31 | $4.03 | $95.00 | $4.00 | | |
| **2014** | $100.00 | $4.25 | $92.04 | $4.30 | $95.00 | $4.00 | | |
| **Long-term** | $100.00 | $4.75 | $89.80 | $4.50 | $95.00 | $4.00 | | |

| Inflation Outlook | |
|---|---|
| Production Costs | 0.0% |
| Service/Drilling Costs | 0.0% |
| Commodity Price | 0.0% |

| | |
|---|---|
| **Discount Rate** | 10.0% |
| **Depreciation Rate** | 80.0% |
| **Shares Outstanding (MM)** | 566.6 |

*Source: Deutsche Bank, Company Data*