# EXHIBIT 17

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## SD - Q3 2012 SandRidge Energy Earnings Conference Call

EVENT DATE/TIME: NOVEMBER 09, 2012 / 2:00PM GMT

**OVERVIEW:**

SD reported 3Q12 adjusted net income of $30m or $0.05 per diluted share.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## CORPORATE PARTICIPANTS

**James Bennett** *SandRidge Energy Inc - CFO*

**Tom Ward** *SandRidge Energy Inc - Chairman and CEO*

**Matt Grubb** *SandRidge Energy Inc - President and COO*

**Kevin White** *SandRidge Energy Inc - SVP of Business Development*

## CONFERENCE CALL PARTICIPANTS

**Neal Dingmann** *SunTrust Robinson Humphrey - Analyst*

**Charles Meade** *Johnson Rice & Co. - Analyst*

**Dave Kistler** *Simmons & Company International - Analyst*

**Joe Allman** *JPMorgan Chase & Co. - Analyst*

**Brian Liveley** *Tudor, Pickering, Holt & Co. - Analyst*

**Craig Shere** *Tuohy Brothers - Analyst*

**Brian Singer** *Goldman Sachs - Analyst*

**James Spicer** *Wells Fargo Securities - Analyst*

**David Snow** *Energy Equities Inc. - Analyst*

**Duane Grubert** *Susquehanna Financial Group - Analyst*

**Monroe Helm** *Barrow, Hanley Mewhinney & Strauss - Analyst*

**Jeff Robertson** *Barclays Capital - Analyst*

**Richard Tullis** *Capital One Southcoast, Inc. - Analyst*

**Robert Carlson** *Janney Montgomery Scott - Analyst*

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the third-quarter 2012 SandRidge Energy earnings conference call. My name is Jeff and I'll be your coordinator for today. At this time all participants are in a listen-only mode. Later we will facilitate a question-and-answer session.

(Operator Instructions)

As a reminder, this conference is being recorded for replay purposes. I would now like to turn the conference over to your host for today, Mr. James Bennett, Chief Financial Officer. And you have the floor, sir.

---

**James Bennett** - *SandRidge Energy Inc - CFO*

Thank you, Jeff. Welcome, everyone, and thank you for joining us on our third-quarter 2012 earnings call. This is James Bennett, Chief Financial Officer. And with me today are Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

The valuation is a consideration on how much we would sell the Permian for. It's a valuation of that asset.

**Joe Allman** - *JPMorgan Chase & Co. - Analyst*

Okay, I got it, sure. And then, it's a separate topic, in terms of the Miss extension. How many wells have you drilled in the extension area? I'm sorry, how many have you drilled? How many do you have 30 days on? And then, what do those results look like? I know it may not be a statistically significant sampling. But what do the results look like compared to the core results?

**Matt Grubb** - *SandRidge Energy Inc - President and COO*

They look good, Joe. You know, I think we -- on the sheet I think we have drilled about 18 wells. We have about a dozen wells on production. You know, and look at kind of --Ford County, you're over 300 barrels equivalent. There in Gray County, you know, you're about 200 barrels equivalent there, mostly oil. So, I think the play is working well in the extension.

We just don't have a big statistical database that we want to take and extrapolate that out and do anything with it yet. And that's why we haven't really talked a whole lot about it. But you know, next year we're going to drill probably another 60 to 70 wells in extension Miss. And, you know, kind of 100 -- about 200 wells, 190 to 200 wells total in Kansas. So, we'll have a lot more to talk about here in the near future. But right now, I just don't want to take that data and, you know, just do a whole lot with it.

**Joe Allman** - *JPMorgan Chase & Co. - Analyst*

Sure.

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

And I know that we are the ones that coined the phrase -- the extension Miss. But as you drill across Kansas, there's really nothing that's statistically different as you move around from Comanche up to Ford. And on up into Finney and Gray. So I think in -- as we look at a potential JV partner, for example, we'll be talking more about Kansas and Oklahoma. And even though in those two states, it's very similar. So it's just an easier place to break than trying to take specific counties within Kansas.

**Joe Allman** - *JPMorgan Chase & Co. - Analyst*

Fair enough. That is easier. But in terms of the extensional area, how much of that -- you know, I think you have about 950,000 net acres. How much of it have you delineated successfully at this point?

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Well, we've -- I don't know the exact amount of acres. I know that we have moved an additional 80 miles north. So we haven't done anything more in the quarter, as far as moving further to the northwest. But from Comanche to Finney, that was an additional 80 miles. And we still have three rigs that are working in Finney, Ford and Gray.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Joe Allman** - *JPMorgan Chase & Co. - Analyst*

Okay, got you. And then, asset sales besides the Permian. You're talking about potential JV. But what are you planning to sell pretty certainly, besides the Permian? I mean, I know the Permian is not certain. But what are the ones you're most likely to sell?

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

We don't have anything else on -- planned right now to sell. Outside of the Permian.

---

**Joe Allman** - *JPMorgan Chase & Co. - Analyst*

Okay. And what's the likelihood of a JV? Another JV? Small or --

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

It's, again, tied to the Permian sale. But I don't know -- I'll say in the past, we've been successful.

---

**Joe Allman** - *JPMorgan Chase & Co. - Analyst*

Okay, got it. And then just lastly. Tom, I know -- any words of comfort for shareholders, given that the stock is down big and it hasn't has performed really well recently?

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

No. The Company has continued over the last five quarters to grow and prosper. And we have -- our belief is it's one of the best plays in the US. And so I think as we continue to, quarter after quarter, meet and beat the guidance that we project, that there will be confidence back in what we're doing.

---

**Joe Allman** - *JPMorgan Chase & Co. - Analyst*

Alright, very helpful, thank you.

---

**Operator**

Brian Liveley with Tudor, Pickering, Holt.

---

**Brian Liveley** - *Tudor, Pickering, Holt & Co. - Analyst*

Hi. Could you guys give what the EBITDA impact is for the 24,500 barrels a day of production in the Permian?

---

**James Bennett** - *SandRidge Energy Inc - CFO*

No. Right now we're just disclosing the daily production. And as you saw in the press release, it's split between gas, oil and NGLs. We're really not giving any PV reserves or EBITDA of the asset right now.

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Brian Liveley** - *Tudor, Pickering, Holt & Co. - Analyst*

Okay. I guess, really where I'm going with the question is -- I imagine you guys have a number of options in terms of helping the liquidity. And just -- I'm just kind of curious on what other opportunities you guys looked at. You know, versus doing the Permian sale, given that these are pretty high-margin barrels.

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Sure. The other option is that you just keep the Permian and continue to -- and cut back CapEx, and drill in just the Mississippian, but have the production in the Permian. That's the way we modeled the Company. So that is our other option. Depending on what the sale price comes in on the Permian.

---

**Brian Liveley** - *Tudor, Pickering, Holt & Co. - Analyst*

Tom, I'm just confused on why is the existing plan not the best option?

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Well, because we think the Permian assets will bring a premium and -- in the market. Because of other sales that have happened in the Permian. And if it does, then it would be a better asset in someone else's hands that has maybe a lower cost of capital, or has the ability to focus just on the Permian. Where we have two very large assets to try to grow.

---

**Brian Liveley** - *Tudor, Pickering, Holt & Co. - Analyst*

That's understandable, but it just seems like it's probably some of the higher-margin barrels you have within the organization.

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Well, I don't think you're taking into context how much we might receive from it. So there's nothing that makes us sell the Permian.

---

**Brian Liveley** - *Tudor, Pickering, Holt & Co. - Analyst*

Okay. And then, with the sale, would you expect an adjustment to the borrowing base at all?

---

**James Bennett** - *SandRidge Energy Inc - CFO*

This is James. Right now our borrowing base is $775 million. We've looked at the numbers and, even with the sale, we have two times -- over two times coverage kind of on a bank case of that size. So we think we can leave it about where it is now.

---

**Brian Liveley** - *Tudor, Pickering, Holt & Co. - Analyst*

Okay. And just kind of one last question. Sorry to kind of belabor the point. But just thinking about the Permian in terms of it being the strategic option. I mean, do you guys believe that you can sell it at a higher valuation than where the Corp is currently trading at? From a multiples standpoint?

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

We'll see. The assets are very good. And they were built -- it was built around to build our Company on that. At the time we put together the Permian, we didn't foresee the Mississippian being quite as big or quite as good as it is currently. So I think it's an extraordinary package of assets that will bring a premium in the market.

---

**Brian Liveley** - *Tudor, Pickering, Holt & Co. - Analyst*

Yes, I know, agree with that. Appreciate the commentary.

---

**Operator**

Craig Shere with Tuohy Brothers.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Hi, guys. On Joe's question about reaching full CapEx funding. I think the original plan, if memory serves me, was to reach free cash flow breakeven by end of '14 or end of early '15. Are you backing off that now?

---

**James Bennett** - *SandRidge Energy Inc - CFO*

I think we've seen, Craig, a couple things happen since we came out with that plan. I believe it was July of last year. Oil is off from, you know, $105 then to where it is now. That has a pretty big impact on that. So those are still our objectives and goals, and we're working hard at it. But I don't think at this point we can say it's going to happen at year-end 2014 or early '15 like we had projected in the past.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Okay. And elaborating on Brian's questions about the Permian sale. Can you speak to the logic of the planned Permian CBP sale, including 7,000 drillable well sites, at this time? I mean, putting into perspective, do you anticipate garnering a better price today than perhaps at the time of the Dynamic acquisition? And if so, why?

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Do we anticipate getting a better price today than when, Craig? I'm sorry.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Than, I mean, so -- I don't know. Maybe this is Monday morning quarterbacking. But the question is, is there any reason to think that you can get more value out of that today than when you acquired the Dynamic Gulf of Mexico acquisition to help get that free cash flow to fund the Mississippian?

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Oh, I see. I just think that the Dynamic acquisition is much different than the Permian. You have assets in the Gulf of Mexico that are trading at a steep discount. And you have assets in the Permian Basin that are trading at a premium. And we'll see what they will bring. But I don't believe there's been a package like this in the last decade that has conventional cash flowing, excellent assets that have been put up for sale, that produce 30,000 barrels a day. So we'll soon know the answer to your question.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Okay. There have been other industry peers, one of which, Tom, you've worked at, that have been in a bind and sold Permian assets at a market perception well below their fundamental value. So I take from your statement that you would not do that?

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Yes. Just don't make the assumption we are in a bind, because we're not. So I don't know about other industry partners. But for us -- and also, this set of properties does not take a tremendous amount of capital to make it grow. Where this is not a set of properties that has a -- that you have to go ahead and invest a tremendous amount of money in drilling future unconventional wells to make the package grow and prosper. You already have a company in itself that can do that.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Okay. And, you know, the questioning on the Miss -- because the increase in gas concentration has been more negative. Let me ask a positive one. I think on the second quarter call, the guidance was ending the year at 33 rigs and drilling 380 wells. But now it's one less rig and 10 more wells. So are we seeing some increasing efficiencies there?

---

**Matt Grubb** - *SandRidge Energy Inc - President and COO*

Yes. This is Matt. We are seeing some efficiencies. You know, we're building our curves faster with some new tools. We are moving rigs a little quicker, the way we're, you know, picking locations a little bit closer in. You know, all those things add to a day here and there. And so at the end of the day, we're drilling more wells, the same number of rigs. So, yes, we initially, earlier we projected we'll exit the year at 33, now we exit at 32. So, you know, it's one rig less, but the same -- better efficiencies on drilling, actually.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

And do you see that trend ongoing into next year? Or, you know, can you project that?

---

**Matt Grubb** - *SandRidge Energy Inc - President and COO*

Yes, I think so. I think we'll continue to improve that trend as we continue to look at it. You know, we mentioned about going to four wells per section. And so how much of that we get into next year will impact that trend. So the closer you move in these rigs, obviously, the less time it takes, and the more wells you can get drilled.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Sure. On the next call, it would be great if we got a little more color about moving to four wells per section, HBP issues and JVs. But I understand you've got a lot on your plate.

---

**Matt Grubb** - *SandRidge Energy Inc - President and COO*

Let me go ahead and address some of that right now. I don't think we have to wait until next call. You know, we have drilled about 35 pairs of -- I'm sorry, 75 pairs of wells, 150 wells that are spaced effectively on four wells per section. Okay? Now, they could cross section lines, but the distance between the wells would effectively give you four wells per section.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS