# EXHIBIT 20

**Oil and Gas Prices vs. Inflation Calculated by Steinholt**

| Date | Cushing, OK WTI Spot Price FOB (Dollars per Barrel) [A] | Henry Hub Natural Gas Spot Price (Dollars per Million Btu) [B] | Oil to Gas Price Ratio [C] = [A] / [B] | Steinholt Constant Inflation [D] |
|---|---|---|---|---|
| Feb 25, 2011 | 96.52 | 3.81 | 25.33 | 0.60 |
| Feb 28, 2011 | 97.10 | 3.93 | 24.71 | 0.60 |
| Mar 01, 2011 | 99.63 | 3.93 | 25.35 | 0.60 |
| Mar 02, 2011 | 102.27 | 3.79 | 26.98 | 0.60 |
| Mar 03, 2011 | 101.92 | 3.75 | 27.18 | 0.60 |
| Mar 04, 2011 | 104.34 | 3.70 | 28.20 | 0.60 |
| Mar 07, 2011 | 105.37 | 3.73 | 28.25 | 0.60 |
| Mar 08, 2011 | 105.06 | 3.83 | 27.43 | 0.60 |
| Mar 09, 2011 | 104.39 | 3.81 | 27.40 | 0.60 |
| Mar 10, 2011 | 102.73 | 3.87 | 26.55 | 0.60 |
| Mar 11, 2011 | 101.14 | 3.78 | 26.76 | 0.60 |
| Mar 14, 2011 | 101.20 | 3.90 | 25.95 | 0.60 |
| Mar 15, 2011 | 97.23 | 3.81 | 25.52 | 0.60 |
| Mar 16, 2011 | 97.99 | 3.86 | 25.39 | 0.60 |
| Mar 17, 2011 | 101.47 | 3.85 | 26.36 | 0.60 |
| Mar 18, 2011 | 101.06 | 3.98 | 25.39 | 0.60 |
| Mar 21, 2011 | 102.36 | 3.99 | 25.65 | 0.60 |
| Mar 22, 2011 | 104.53 | 4.05 | 25.81 | 0.60 |
| Mar 23, 2011 | 105.21 | 4.18 | 25.17 | 0.60 |
| Mar 24, 2011 | 105.04 | 4.27 | 24.60 | 0.60 |
| Mar 25, 2011 | 104.89 | 4.13 | 25.40 | 0.60 |
| Mar 28, 2011 | 103.54 | 4.35 | 23.80 | 0.60 |
| Mar 29, 2011 | 104.34 | 4.27 | 24.44 | 0.60 |
| Mar 30, 2011 | 103.80 | 4.25 | 24.42 | 0.60 |
| Mar 31, 2011 | 106.19 | 4.32 | 24.58 | 0.60 |
| Apr 01, 2011 | 107.55 | 4.32 | 24.90 | 0.60 |
| Apr 04, 2011 | 108.14 | 4.21 | 25.69 | 0.60 |
| Apr 05, 2011 | 107.82 | 4.22 | 25.55 | 0.60 |
| Apr 06, 2011 | 108.38 | 4.17 | 25.99 | 0.60 |
| Apr 07, 2011 | 109.82 | 4.12 | 26.66 | 0.60 |
| Apr 08, 2011 | 112.27 | 4.05 | 27.72 | 0.60 |
| Apr 11, 2011 | 109.50 | 4.05 | 27.04 | 0.60 |
| Apr 12, 2011 | 105.75 | 4.08 | 25.92 | 0.60 |
| Apr 13, 2011 | 106.60 | 4.14 | 25.75 | 0.60 |
| Apr 14, 2011 | 107.73 | 4.12 | 26.15 | 0.60 |
| Apr 15, 2011 | 109.17 | 4.21 | 25.93 | 0.60 |
| Apr 18, 2011 | 106.70 | 4.23 | 25.22 | 0.60 |
| Apr 19, 2011 | 107.18 | 4.19 | 25.58 | 0.60 |
| Apr 20, 2011 | 110.84 | 4.33 | 25.60 | 0.60 |
| Apr 21, 2011 | 111.72 | 4.33 | 25.80 | 0.60 |
| Apr 25, 2011 | 111.68 | 4.37 | 25.56 | 0.60 |
| Apr 26, 2011 | 111.72 | 4.32 | 25.86 | 0.60 |
| Apr 27, 2011 | 112.31 | 4.35 | 25.82 | 0.60 |
| Apr 28, 2011 | 112.38 | 4.38 | 25.66 | 0.60 |
| Apr 29, 2011 | 113.39 | 4.51 | 25.14 | 0.60 |
| May 02, 2011 | 113.03 | 4.60 | 24.57 | 0.60 |
| May 03, 2011 | 110.60 | 4.60 | 24.04 | 0.60 |
| May 04, 2011 | 108.79 | 4.59 | 23.70 | 0.60 |
| May 05, 2011 | 99.89 | 4.49 | 22.25 | 0.60 |
| May 06, 2011 | 96.87 | 4.24 | 22.85 | 0.60 |
| May 09, 2011 | 100.32 | 4.28 | 23.44 | 0.60 |
| May 10, 2011 | 103.39 | 4.19 | 24.68 | 0.60 |
| May 11, 2011 | 97.88 | 4.23 | 23.14 | 0.60 |
| May 12, 2011 | 98.53 | 4.10 | 24.03 | 0.60 |
| May 13, 2011 | 99.21 | 4.09 | 24.26 | 0.60 |
| May 16, 2011 | 96.91 | 4.21 | 23.02 | 0.60 |
| May 17, 2011 | 96.40 | 4.25 | 22.68 | 0.60 |
| May 18, 2011 | 99.52 | 4.15 | 23.98 | 0.60 |
| May 19, 2011 | 97.99 | 4.10 | 23.90 | 0.60 |
| May 20, 2011 | 99.15 | 4.05 | 24.48 | 0.60 |
| May 23, 2011 | 97.06 | 4.27 | 22.73 | 0.60 |
| May 24, 2011 | 99.13 | 4.37 | 22.68 | 0.60 |
| May 25, 2011 | 100.78 | 4.36 | 23.11 | 0.60 |
| May 26, 2011 | 100.18 | 4.37 | 22.92 | 0.60 |

**Oil and Gas Prices vs. Inflation Calculated by Steinholt**

| Date | Cushing, OK WTI Spot Price FOB (Dollars per Barrel) [A] | Henry Hub Natural Gas Spot Price (Dollars per Million Btu) [B] | Oil to Gas Price Ratio [C] = [A] / [B] | Steinholt Constant Inflation [D] |
|---|---|---|---|---|
| May 27, 2011 | 100.58 | 4.36 | 23.07 | 0.60 |
| May 31, 2011 | 102.70 | 4.63 | 22.18 | 0.60 |
| Jun 01, 2011 | 100.30 | 4.62 | 21.71 | 0.60 |
| Jun 02, 2011 | 100.41 | 4.64 | 21.64 | 0.60 |
| Jun 03, 2011 | 100.28 | 4.72 | 21.25 | 0.60 |
| Jun 06, 2011 | 99.07 | 4.83 | 20.51 | 0.60 |
| Jun 07, 2011 | 99.18 | 4.83 | 20.53 | 0.60 |
| Jun 08, 2011 | 100.77 | 4.83 | 20.86 | 0.60 |
| Jun 09, 2011 | 101.95 | 4.92 | 20.72 | 0.60 |
| Jun 10, 2011 | 99.30 | 4.72 | 21.04 | 0.60 |
| Jun 13, 2011 | 97.20 | 4.75 | 20.46 | 0.60 |
| Jun 14, 2011 | 99.37 | 4.59 | 21.65 | 0.60 |
| Jun 15, 2011 | 94.83 | 4.53 | 20.93 | 0.60 |
| Jun 16, 2011 | 94.95 | 4.54 | 20.91 | 0.60 |
| Jun 17, 2011 | 93.02 | 4.39 | 21.19 | 0.60 |
| Jun 20, 2011 | 93.23 | 4.33 | 21.53 | 0.60 |
| Jun 21, 2011 | 93.70 | 4.37 | 21.44 | 0.60 |
| Jun 22, 2011 | 94.96 | 4.42 | 21.48 | 0.60 |
| Jun 23, 2011 | 90.70 | 4.31 | 21.04 | 0.60 |
| Jun 24, 2011 | 90.89 | 4.20 | 21.64 | 0.60 |
| Jun 27, 2011 | 90.65 | 4.25 | 21.33 | 0.60 |
| Jun 28, 2011 | 92.90 | 4.34 | 21.41 | 0.60 |
| Jun 29, 2011 | 94.85 | 4.40 | 21.56 | 0.60 |
| Jun 30, 2011 | 95.30 | 4.28 | 22.27 | 0.60 |
| Jul 01, 2011 | 94.81 | 4.33 | 21.90 | 0.60 |
| Jul 05, 2011 | 96.92 | 4.40 | 22.03 | 0.60 |
| Jul 06, 2011 | 96.67 | 4.34 | 22.27 | 0.60 |
| Jul 07, 2011 | 98.70 | 4.25 | 23.22 | 0.60 |
| Jul 08, 2011 | 96.20 | 4.19 | 22.96 | 0.60 |
| Jul 11, 2011 | 95.16 | 4.35 | 21.88 | 0.60 |
| Jul 12, 2011 | 97.41 | 4.38 | 22.24 | 0.60 |
| Jul 13, 2011 | 98.04 | 4.43 | 22.13 | 0.60 |
| Jul 14, 2011 | 95.75 | 4.42 | 21.66 | 0.60 |
| Jul 15, 2011 | 97.24 | 4.49 | 21.66 | 0.60 |
| Jul 18, 2011 | 95.94 | 4.60 | 20.86 | 0.60 |
| Jul 19, 2011 | 97.49 | 4.60 | 21.19 | 0.60 |
| Jul 20, 2011 | 98.11 | 4.64 | 21.14 | 0.60 |
| Jul 21, 2011 | 98.96 | 4.58 | 21.61 | 0.60 |
| Jul 22, 2011 | 99.53 | 4.46 | 22.32 | 0.60 |
| Jul 25, 2011 | 98.97 | 4.45 | 22.24 | 0.60 |
| Jul 26, 2011 | 99.61 | 4.43 | 22.49 | 0.60 |
| Jul 27, 2011 | 97.40 | 4.46 | 21.84 | 0.60 |
| Jul 28, 2011 | 97.48 | 4.41 | 22.10 | 0.60 |
| Jul 29, 2011 | 95.68 | 4.26 | 22.46 | 0.60 |
| Aug 01, 2011 | 94.98 | 4.29 | 22.14 | 0.60 |
| Aug 02, 2011 | 93.78 | 4.30 | 21.81 | 0.60 |
| Aug 03, 2011 | 91.87 | 4.26 | 21.57 | 0.60 |
| Aug 04, 2011 | 86.75 | 4.20 | 20.65 | 0.60 |
| Aug 05, 2011 | 86.89 | 4.00 | 21.72 | 0.60 |
| Aug 08, 2011 | 81.27 | 4.00 | 20.32 | 0.60 |
| Aug 09, 2011 | 79.32 | 4.06 | 19.54 | 0.60 |
| Aug 10, 2011 | 83.05 | 4.09 | 20.31 | 0.60 |
| Aug 11, 2011 | 85.48 | 4.06 | 21.05 | 0.60 |
| Aug 12, 2011 | 85.19 | 4.17 | 20.43 | 0.60 |
| Aug 15, 2011 | 87.88 | 4.05 | 21.70 | 0.60 |
| Aug 16, 2011 | 86.65 | 4.03 | 21.50 | 0.60 |
| Aug 17, 2011 | 87.58 | 3.98 | 22.01 | 0.60 |
| Aug 18, 2011 | 82.38 | 3.98 | 20.70 | 0.60 |
| Aug 19, 2011 | 82.33 | 3.99 | 20.63 | 0.60 |
| Aug 22, 2011 | 84.42 | 3.97 | 21.26 | 0.60 |
| Aug 23, 2011 | 85.35 | 4.01 | 21.28 | 0.60 |
| Aug 24, 2011 | 84.99 | 4.10 | 20.73 | 0.60 |
| Aug 25, 2011 | 85.15 | 4.01 | 21.23 | 0.60 |
| Aug 26, 2011 | 85.37 | 3.96 | 21.56 | 0.60 |

**Oil and Gas Prices vs. Inflation Calculated by Steinholt**

| Date | Cushing, OK WTI Spot Price FOB (Dollars per Barrel) [A] | Henry Hub Natural Gas Spot Price (Dollars per Million Btu) [B] | Oil to Gas Price Ratio [C] = [A] / [B] | Steinholt Constant Inflation [D] |
|---|---|---|---|---|
| Aug 29, 2011 | 87.27 | 3.93 | 22.21 | 0.60 |
| Aug 30, 2011 | 88.90 | 3.85 | 23.09 | 0.60 |
| Aug 31, 2011 | 88.81 | 3.97 | 22.37 | 0.60 |
| Sep 01, 2011 | 88.93 | 4.18 | 21.28 | 0.60 |
| Sep 02, 2011 | 86.45 | 4.12 | 20.98 | 0.60 |
| Sep 06, 2011 | 85.99 | 3.93 | 21.88 | 0.60 |
| Sep 07, 2011 | 89.34 | 3.96 | 22.56 | 0.60 |
| Sep 08, 2011 | 89.05 | 3.99 | 22.32 | 0.60 |
| Sep 09, 2011 | 87.24 | 3.96 | 22.03 | 0.60 |
| Sep 12, 2011 | 88.19 | 3.92 | 22.50 | 0.60 |
| Sep 13, 2011 | 90.21 | 3.96 | 22.78 | 0.60 |
| Sep 14, 2011 | 88.91 | 4.01 | 22.17 | 0.60 |
| Sep 15, 2011 | 89.40 | 4.04 | 22.13 | 0.60 |
| Sep 16, 2011 | 87.96 | 3.84 | 22.91 | 0.60 |
| Sep 19, 2011 | 85.70 | 3.78 | 22.67 | 0.60 |
| Sep 20, 2011 | 86.92 | 3.84 | 22.64 | 0.60 |
| Sep 21, 2011 | 85.77 | 3.78 | 22.69 | 0.60 |
| Sep 22, 2011 | 80.29 | 3.72 | 21.58 | 0.60 |
| Sep 23, 2011 | 79.58 | 3.74 | 21.28 | 0.60 |
| Sep 26, 2011 | 79.97 | 3.80 | 21.04 | 0.60 |
| Sep 27, 2011 | 84.18 | 3.92 | 21.47 | 0.60 |
| Sep 28, 2011 | 80.94 | 3.88 | 20.86 | 0.60 |
| Sep 29, 2011 | 81.87 | 3.77 | 21.72 | 0.60 |
| Sep 30, 2011 | 78.93 | 3.68 | 21.45 | 0.60 |
| Oct 03, 2011 | 77.34 | 3.57 | 21.66 | 0.60 |
| Oct 04, 2011 | 75.40 | 3.56 | 21.18 | 0.60 |
| Oct 05, 2011 | 79.41 | 3.63 | 21.88 | 0.60 |
| Oct 06, 2011 | 82.32 | 3.49 | 23.59 | 0.60 |
| Oct 07, 2011 | 82.70 | 3.40 | 24.32 | 0.60 |
| Oct 10, 2011 | 85.14 | 3.41 | 24.97 | 0.60 |
| Oct 11, 2011 | 85.54 | 3.52 | 24.30 | 0.60 |
| Oct 12, 2011 | 85.30 | 3.54 | 24.10 | 0.60 |
| Oct 13, 2011 | 83.96 | 3.42 | 24.55 | 0.60 |
| Oct 14, 2011 | 86.80 | 3.49 | 24.87 | 0.60 |
| Oct 17, 2011 | 86.38 | 3.72 | 23.22 | 0.60 |
| Oct 18, 2011 | 88.34 | 3.63 | 24.34 | 0.60 |
| Oct 19, 2011 | 86.11 | 3.59 | 23.99 | 0.60 |
| Oct 20, 2011 | 86.07 | 3.61 | 23.84 | 0.60 |
| Oct 21, 2011 | 87.19 | 3.54 | 24.63 | 0.60 |
| Oct 24, 2011 | 91.12 | 3.61 | 25.24 | 0.60 |
| Oct 25, 2011 | 92.98 | 3.62 | 25.69 | 0.60 |
| Oct 26, 2011 | 90.20 | 3.65 | 24.71 | 0.60 |
| Oct 27, 2011 | 93.96 | 3.59 | 26.17 | 0.60 |
| Oct 28, 2011 | 93.32 | 3.63 | 25.71 | 0.60 |
| Oct 31, 2011 | 93.19 | 3.66 | 25.46 | 0.60 |
| Nov 01, 2011 | 92.19 | 3.49 | 26.42 | 0.60 |
| Nov 02, 2011 | 92.51 | 3.39 | 27.29 | 0.60 |
| Nov 03, 2011 | 94.07 | 3.39 | 27.75 | 0.60 |
| Nov 04, 2011 | 94.26 | 3.44 | 27.40 | 0.60 |
| Nov 07, 2011 | 95.52 | 3.35 | 28.51 | 0.60 |
| Nov 08, 2011 | 96.80 | 3.42 | 28.30 | 0.60 |
| Nov 09, 2011 | 95.74 | 3.55 | 26.97 | 0.60 |
| Nov 10, 2011 | 97.78 | 3.48 | 28.10 | 0.60 |
| Nov 11, 2011 | 98.99 | 3.29 | 30.09 | 0.60 |
| Nov 14, 2011 | 98.14 | 3.17 | 30.96 | 0.60 |
| Nov 15, 2011 | 99.37 | 3.12 | 31.85 | 0.60 |
| Nov 16, 2011 | 102.59 | 3.11 | 32.99 | 0.60 |
| Nov 17, 2011 | 98.82 | 3.11 | 31.77 | 0.60 |
| Nov 18, 2011 | 97.67 | 3.01 | 32.45 | 0.60 |
| Nov 21, 2011 | 96.73 | 2.94 | 32.90 | 0.60 |
| Nov 22, 2011 | 97.76 | 3.06 | 31.95 | 0.60 |
| Nov 23, 2011 | 96.16 | 2.84 | 33.86 | 0.60 |
| Nov 25, 2011 | 96.91 | 2.84 | 34.12 | 0.60 |
| Nov 28, 2011 | 98.21 | 3.09 | 31.78 | 0.60 |

**Oil and Gas Prices vs. Inflation Calculated by Steinholt**

| Date | Cushing, OK WTI Spot Price FOB (Dollars per Barrel) [A] | Henry Hub Natural Gas Spot Price (Dollars per Million Btu) [B] | Oil to Gas Price Ratio [C] = [A] / [B] | Steinholt Constant Inflation [D] |
|---|---|---|---|---|
| Nov 29, 2011 | 99.79 | 3.39 | 29.44 | 0.60 |
| Nov 30, 2011 | 100.36 | 3.53 | 28.43 | 0.60 |
| Dec 01, 2011 | 100.20 | 3.49 | 28.71 | 0.60 |
| Dec 02, 2011 | 100.97 | 3.35 | 30.14 | 0.60 |
| Dec 05, 2011 | 100.94 | 3.38 | 29.86 | 0.60 |
| Dec 06, 2011 | 101.25 | 3.43 | 29.52 | 0.60 |
| Dec 07, 2011 | 100.45 | 3.45 | 29.12 | 0.60 |
| Dec 08, 2011 | 98.35 | 3.42 | 28.76 | 0.60 |
| Dec 09, 2011 | 99.40 | 3.29 | 30.21 | 0.60 |
| Dec 12, 2011 | 97.77 | 3.13 | 31.24 | 0.60 |
| Dec 13, 2011 | 100.24 | 3.12 | 32.13 | 0.60 |
| Dec 14, 2011 | 94.92 | 3.08 | 30.82 | 0.60 |
| Dec 15, 2011 | 93.84 | 3.05 | 30.77 | 0.60 |
| Dec 16, 2011 | 93.55 | 3.01 | 31.08 | 0.60 |
| Dec 19, 2011 | 93.86 | 3.03 | 30.98 | 0.60 |
| Dec 20, 2011 | 97.16 | 3.06 | 31.75 | 0.60 |
| Dec 21, 2011 | 98.54 | 3.05 | 32.31 | 0.60 |
| Dec 22, 2011 | 99.42 | 3.08 | 32.28 | 0.60 |
| Dec 23, 2011 | 99.72 | 2.97 | 33.58 | 0.60 |
| Dec 27, 2011 | 101.29 | 3.09 | 32.78 | 0.60 |
| Dec 28, 2011 | 99.44 | 3.07 | 32.39 | 0.60 |
| Dec 29, 2011 | 99.68 | 3.03 | 32.90 | 0.60 |
| Dec 30, 2011 | 98.83 | 2.98 | 33.16 | 0.60 |
| Jan 03, 2012 | 102.96 | 2.97 | 34.67 | 0.60 |
| Jan 04, 2012 | 103.22 | 2.96 | 34.87 | 0.60 |
| Jan 05, 2012 | 101.81 | 2.91 | 34.99 | 0.60 |
| Jan 06, 2012 | 101.56 | 2.85 | 35.64 | 0.60 |
| Jan 09, 2012 | 101.31 | 2.89 | 35.06 | 0.60 |
| Jan 10, 2012 | 102.24 | 2.97 | 34.42 | 0.60 |
| Jan 11, 2012 | 100.89 | 2.81 | 35.90 | 0.60 |
| Jan 12, 2012 | 99.03 | 2.70 | 36.68 | 0.60 |
| Jan 13, 2012 | 98.69 | 2.67 | 36.96 | 0.60 |
| Jan 17, 2012 | 100.70 | 2.51 | 40.12 | 0.60 |
| Jan 18, 2012 | 100.61 | 2.49 | 40.41 | 0.60 |
| Jan 19, 2012 | 100.32 | 2.36 | 42.51 | 0.60 |
| Jan 20, 2012 | 98.15 | 2.23 | 44.01 | 0.60 |
| Jan 23, 2012 | 99.47 | 2.39 | 41.62 | 0.60 |
| Jan 24, 2012 | 98.84 | 2.60 | 38.02 | 0.60 |
| Jan 25, 2012 | 99.23 | 2.61 | 38.02 | 0.60 |
| Jan 26, 2012 | 99.76 | 2.68 | 37.22 | 0.60 |
| Jan 27, 2012 | 99.47 | 2.59 | 38.41 | 0.60 |
| Jan 30, 2012 | 98.75 | 2.71 | 36.44 | 0.60 |
| Jan 31, 2012 | 98.46 | 2.51 | 39.23 | 0.60 |
| Feb 01, 2012 | 97.63 | 2.32 | 42.08 | 0.60 |
| Feb 02, 2012 | 96.36 | 2.30 | 41.90 | 0.60 |
| Feb 03, 2012 | 97.80 | 2.40 | 40.75 | 0.60 |
| Feb 06, 2012 | 96.89 | 2.46 | 39.39 | 0.60 |
| Feb 07, 2012 | 98.55 | 2.60 | 37.90 | 0.60 |
| Feb 08, 2012 | 98.80 | 2.48 | 39.84 | 0.60 |
| Feb 09, 2012 | 99.88 | 2.50 | 39.95 | 0.60 |
| Feb 10, 2012 | 98.68 | 2.51 | 39.31 | 0.60 |
| Feb 13, 2012 | 100.39 | 2.42 | 41.48 | 0.60 |
| Feb 14, 2012 | 100.82 | 2.48 | 40.65 | 0.60 |
| Feb 15, 2012 | 101.82 | 2.54 | 40.09 | 0.60 |
| Feb 16, 2012 | 102.33 | 2.47 | 41.43 | 0.60 |
| Feb 17, 2012 | 103.27 | 2.67 | 38.68 | 0.60 |
| Feb 21, 2012 | 105.88 | 2.63 | 40.26 | 0.60 |
| Feb 22, 2012 | 105.99 | 2.60 | 40.77 | 0.60 |
| Feb 23, 2012 | 107.44 | 2.68 | 40.09 | 0.60 |
| Feb 24, 2012 | 109.39 | 2.60 | 42.07 | 0.60 |
| Feb 27, 2012 | 108.49 | 2.55 | 42.55 | 0.60 |
| Feb 28, 2012 | 106.59 | 2.44 | 43.68 | 0.60 |
| Feb 29, 2012 | 107.08 | 2.44 | 43.89 | 0.60 |
| Mar 01, 2012 | 108.76 | 2.45 | 44.39 | 0.60 |

**Oil and Gas Prices vs. Inflation Calculated by Steinholt**

| Date | Cushing, OK WTI Spot Price FOB (Dollars per Barrel) [A] | Henry Hub Natural Gas Spot Price (Dollars per Million Btu) [B] | Oil to Gas Price Ratio [C] = [A] / [B] | Steinholt Constant Inflation [D] |
|---|---|---|---|---|
| Mar 02, 2012 | 106.68 | 2.38 | 44.82 | 0.60 |
| Mar 05, 2012 | 106.70 | 2.31 | 46.19 | 0.60 |
| Mar 06, 2012 | 104.71 | 2.30 | 45.53 | 0.60 |
| Mar 07, 2012 | 106.16 | 2.24 | 47.39 | 0.60 |
| Mar 08, 2012 | 106.65 | 2.24 | 47.61 | 0.60 |
| Mar 09, 2012 | 107.40 | 2.21 | 48.60 | 0.60 |
| Mar 12, 2012 | 106.34 | 2.17 | 49.00 | 0.60 |
| Mar 13, 2012 | 106.70 | 2.15 | 49.63 | 0.60 |
| Mar 14, 2012 | 105.49 | 2.13 | 49.53 | 0.60 |
| Mar 15, 2012 | 105.19 | 2.07 | 50.82 | 0.60 |
| Mar 16, 2012 | 107.03 | 2.01 | 53.25 | 0.60 |
| Mar 19, 2012 | 108.09 | 2.14 | 50.51 | 0.60 |
| Mar 20, 2012 | 105.68 | 2.19 | 48.26 | 0.60 |
| Mar 21, 2012 | 106.87 | 2.21 | 48.36 | 0.60 |
| Mar 22, 2012 | 104.98 | 2.19 | 47.94 | 0.60 |
| Mar 23, 2012 | 106.43 | 2.07 | 51.42 | 0.60 |
| Mar 26, 2012 | 107.07 | 2.16 | 49.57 | 0.60 |
| Mar 27, 2012 | 107.32 | 2.09 | 51.35 | 0.60 |
| Mar 28, 2012 | 105.40 | 2.05 | 51.41 | 0.60 |
| Mar 29, 2012 | 102.79 | 2.02 | 50.89 | 0.60 |
| Mar 30, 2012 | 103.03 | 2.00 | 51.52 | 0.60 |
| Apr 02, 2012 | 105.25 | 1.88 | 55.98 | 0.60 |
| Apr 03, 2012 | 104.02 | 1.94 | 53.62 | 0.60 |
| Apr 04, 2012 | 101.53 | 2.06 | 49.29 | 0.60 |
| Apr 05, 2012 | 103.29 | 1.98 | 52.17 | 0.60 |
| Apr 09, 2012 | 102.45 | 1.99 | 51.48 | 0.60 |
| Apr 10, 2012 | 101.12 | 1.99 | 50.81 | 0.60 |
| Apr 11, 2012 | 102.66 | 1.91 | 53.75 | 0.60 |
| Apr 12, 2012 | 103.69 | 1.87 | 55.45 | 0.60 |
| Apr 13, 2012 | 102.84 | 1.87 | 54.99 | 0.60 |
| Apr 16, 2012 | 102.92 | 1.88 | 54.74 | 0.60 |
| Apr 17, 2012 | 104.23 | 1.89 | 55.15 | 0.60 |
| Apr 18, 2012 | 102.65 | 1.87 | 54.89 | 0.60 |
| Apr 19, 2012 | 102.38 | 1.85 | 55.34 | 0.60 |
| Apr 20, 2012 | 103.58 | 1.82 | 56.91 | 0.60 |
| Apr 23, 2012 | 102.68 | 1.89 | 54.33 | 0.60 |
| Apr 24, 2012 | 103.10 | 1.97 | 52.34 | 0.60 |
| Apr 25, 2012 | 103.72 | 1.99 | 52.12 | 0.60 |
| Apr 26, 2012 | 104.56 | 2.10 | 49.79 | 0.60 |
| Apr 27, 2012 | 104.86 | 2.05 | 51.15 | 0.60 |
| Apr 30, 2012 | 104.89 | 2.10 | 49.95 | 0.60 |
| May 01, 2012 | 106.17 | 2.29 | 46.36 | 0.60 |
| May 02, 2012 | 105.25 | 2.31 | 45.56 | 0.60 |
| May 03, 2012 | 102.56 | 2.29 | 44.79 | 0.60 |
| May 04, 2012 | 98.49 | 2.30 | 42.82 | 0.60 |
| May 07, 2012 | 97.86 | 2.30 | 42.55 | 0.60 |
| May 08, 2012 | 97.13 | 2.27 | 42.79 | 0.60 |
| May 09, 2012 | 96.80 | 2.36 | 41.02 | 0.60 |
| May 10, 2012 | 97.10 | 2.36 | 41.14 | 0.60 |
| May 11, 2012 | 96.03 | 2.37 | 40.52 | 0.60 |
| May 14, 2012 | 94.75 | 2.41 | 39.32 | 0.60 |
| May 15, 2012 | 93.97 | 2.38 | 39.48 | 0.60 |
| May 16, 2012 | 92.78 | 2.50 | 37.11 | 0.60 |
| May 17, 2012 | 92.53 | 2.60 | 35.59 | 0.60 |
| May 18, 2012 | 91.51 | 2.56 | 35.75 | 0.60 |
| May 21, 2012 | 92.57 | 2.60 | 35.60 | 0.60 |
| May 22, 2012 | 91.44 | 2.55 | 35.86 | 0.60 |
| May 23, 2012 | 89.40 | 2.60 | 34.38 | 0.60 |
| May 24, 2012 | 90.36 | 2.66 | 33.97 | 0.60 |
| May 25, 2012 | 90.64 | 2.56 | 35.41 | 0.60 |
| May 29, 2012 | 90.75 | 2.50 | 36.30 | 0.60 |
| May 30, 2012 | 87.79 | 2.39 | 36.73 | 0.60 |
| May 31, 2012 | 86.52 | 2.34 | 36.97 | 0.60 |
| Jun 01, 2012 | 83.17 | 2.24 | 37.13 | 0.60 |

**Oil and Gas Prices vs. Inflation Calculated by Steinholt**

| Date | Cushing, OK WTI Spot Price FOB (Dollars per Barrel) [A] | Henry Hub Natural Gas Spot Price (Dollars per Million Btu) [B] | Oil to Gas Price Ratio [C] = [A] / [B] | Steinholt Constant Inflation [D] |
|---|---|---|---|---|
| Jun 04, 2012 | 83.95 | 2.32 | 36.19 | 0.60 |
| Jun 05, 2012 | 84.31 | 2.39 | 35.28 | 0.60 |
| Jun 06, 2012 | 85.05 | 2.41 | 35.29 | 0.60 |
| Jun 07, 2012 | 84.78 | 2.33 | 36.39 | 0.60 |
| Jun 08, 2012 | 84.08 | 2.22 | 37.87 | 0.60 |
| Jun 11, 2012 | 82.58 | 2.22 | 37.20 | 0.60 |
| Jun 12, 2012 | 83.35 | 2.17 | 38.41 | 0.60 |
| Jun 13, 2012 | 82.56 | 2.18 | 37.87 | 0.60 |
| Jun 14, 2012 | 83.83 | 2.20 | 38.10 | 0.60 |
| Jun 15, 2012 | 84.03 | 2.44 | 34.44 | 0.60 |
| Jun 18, 2012 | 83.26 | 2.45 | 33.98 | 0.60 |
| Jun 19, 2012 | 83.99 | 2.59 | 32.43 | 0.60 |
| Jun 20, 2012 | 81.06 | 2.60 | 31.18 | 0.60 |
| Jun 21, 2012 | 77.91 | 2.48 | 31.42 | 0.60 |
| Jun 22, 2012 | 79.33 | 2.50 | 31.73 | 0.60 |
| Jun 25, 2012 | 78.76 | 2.70 | 29.17 | 0.60 |
| Jun 26, 2012 | 79.34 | 2.70 | 29.39 | 0.60 |
| Jun 27, 2012 | 80.27 | 2.87 | 27.97 | 0.60 |
| Jun 28, 2012 | 77.72 | 2.81 | 27.66 | 0.60 |
| Jun 29, 2012 | 85.04 | 2.74 | 31.04 | 0.60 |
| Jul 02, 2012 | 83.72 | 2.73 | 30.67 | 0.60 |
| Jul 03, 2012 | 87.74 | 2.78 | 31.56 | 0.60 |
| Jul 05, 2012 | 87.11 | 2.90 | 30.04 | 0.60 |
| Jul 06, 2012 | 84.37 | 2.94 | 28.70 | 0.60 |
| Jul 09, 2012 | 85.93 | 2.79 | 30.80 | 0.60 |
| Jul 10, 2012 | 83.92 | 2.87 | 29.24 | 0.60 |
| Jul 11, 2012 | 85.88 | 2.72 | 31.57 | 0.60 |
| Jul 12, 2012 | 86.02 | 2.83 | 30.40 | 0.60 |
| Jul 13, 2012 | 87.15 | 2.88 | 30.26 | 0.60 |
| Jul 16, 2012 | 88.41 | 2.92 | 30.28 | 0.60 |
| Jul 17, 2012 | 89.07 | 2.83 | 31.47 | 0.60 |
| Jul 18, 2012 | 89.88 | 2.84 | 31.65 | 0.60 |
| Jul 19, 2012 | 92.78 | 2.99 | 31.03 | 0.60 |
| Jul 20, 2012 | 91.56 | 3.03 | 30.22 | 0.60 |
| Jul 23, 2012 | 87.77 | 3.05 | 28.78 | 0.60 |
| Jul 24, 2012 | 88.28 | 3.16 | 27.94 | 0.60 |
| Jul 25, 2012 | 88.80 | 3.19 | 27.84 | 0.60 |
| Jul 26, 2012 | 89.40 | 3.13 | 28.56 | 0.60 |
| Jul 27, 2012 | 90.13 | 3.10 | 29.07 | 0.60 |
| Jul 30, 2012 | 89.80 | 3.14 | 28.60 | 0.60 |
| Jul 31, 2012 | 88.08 | 3.20 | 27.53 | 0.60 |
| Aug 01, 2012 | 88.99 | 3.20 | 27.81 | 0.60 |
| Aug 02, 2012 | 87.22 | 3.16 | 27.60 | 0.60 |
| Aug 03, 2012 | 91.40 | 2.91 | 31.41 | 0.60 |
| Aug 06, 2012 | 92.30 | 2.90 | 31.83 | 0.60 |
| Aug 07, 2012 | 93.68 | 2.99 | 31.33 | 0.60 |
| Aug 08, 2012 | 93.39 | 2.97 | 31.44 | 0.60 |
| Aug 09, 2012 | 93.39 | 2.89 | 32.31 | 0.60 |
| Aug 10, 2012 | 92.94 | 2.84 | 32.73 | 0.60 |
| Aug 13, 2012 | 92.76 | 2.77 | 33.49 | 0.60 |
| Aug 14, 2012 | 93.40 | 2.79 | 33.48 | 0.60 |
| Aug 15, 2012 | 94.35 | 2.82 | 33.46 | 0.60 |
| Aug 16, 2012 | 95.66 | 2.78 | 34.41 | 0.60 |
| Aug 17, 2012 | 96.00 | 2.70 | 35.56 | 0.60 |
| Aug 20, 2012 | 96.03 | 2.75 | 34.92 | 0.60 |
| Aug 21, 2012 | 96.55 | 2.80 | 34.48 | 0.60 |
| Aug 22, 2012 | 96.89 | 2.80 | 34.60 | 0.60 |
| Aug 23, 2012 | 95.87 | 2.81 | 34.12 | 0.60 |
| Aug 24, 2012 | 95.78 | 2.81 | 34.09 | 0.60 |
| Aug 27, 2012 | 95.54 | 2.80 | 34.12 | 0.60 |
| Aug 28, 2012 | 96.30 | 2.71 | 35.54 | 0.60 |
| Aug 29, 2012 | 95.50 | 2.64 | 36.17 | 0.60 |
| Aug 30, 2012 | 94.61 | 2.72 | 34.78 | 0.60 |
| Aug 31, 2012 | 96.47 | 2.72 | 35.47 | 0.60 |

**Oil and Gas Prices vs. Inflation Calculated by Steinholt**

| Date | Cushing, OK WTI Spot Price FOB (Dollars per Barrel) [A] | Henry Hub Natural Gas Spot Price (Dollars per Million Btu) [B] | Oil to Gas Price Ratio [C] = [A] / [B] | Steinholt Constant Inflation [D] |
|---|---|---|---|---|
| Sep 04, 2012 | 95.34 | 2.81 | 33.93 | 0.60 |
| Sep 05, 2012 | 95.37 | 2.87 | 33.23 | 0.60 |
| Sep 06, 2012 | 95.58 | 2.85 | 33.54 | 0.60 |
| Sep 07, 2012 | 96.41 | 2.73 | 35.32 | 0.60 |
| Sep 10, 2012 | 96.52 | 2.66 | 36.29 | 0.60 |
| Sep 11, 2012 | 97.03 | 2.82 | 34.41 | 0.60 |
| Sep 12, 2012 | 97.02 | 2.96 | 32.78 | 0.60 |
| Sep 13, 2012 | 98.30 | 3.01 | 32.66 | 0.60 |
| Sep 14, 2012 | 98.94 | 2.94 | 33.65 | 0.60 |
| Sep 17, 2012 | 96.51 | 2.83 | 34.10 | 0.60 |
| Sep 18, 2012 | 95.25 | 2.74 | 34.76 | 0.60 |
| Sep 19, 2012 | 91.97 | 2.70 | 34.06 | 0.60 |
| Sep 20, 2012 | 92.14 | 2.76 | 33.38 | 0.60 |
| Sep 21, 2012 | 92.64 | 2.76 | 33.57 | 0.60 |
| Sep 24, 2012 | 91.68 | 2.82 | 32.51 | 0.60 |
| Sep 25, 2012 | 91.07 | 2.84 | 32.07 | 0.60 |
| Sep 26, 2012 | 89.92 | 2.92 | 30.79 | 0.60 |
| Sep 27, 2012 | 91.89 | 3.01 | 30.53 | 0.60 |
| Sep 28, 2012 | 92.18 | 3.08 | 29.93 | 0.60 |
| Oct 01, 2012 | 92.44 | 3.19 | 28.98 | 0.60 |
| Oct 02, 2012 | 91.88 | 3.21 | 28.62 | 0.60 |
| Oct 03, 2012 | 88.19 | 3.21 | 27.47 | 0.60 |
| Oct 04, 2012 | 91.69 | 3.23 | 28.39 | 0.60 |
| Oct 05, 2012 | 89.87 | 3.26 | 27.57 | 0.60 |
| Oct 08, 2012 | 89.43 | 3.18 | 28.12 | 0.60 |
| Oct 09, 2012 | 92.42 | 3.18 | 29.06 | 0.60 |
| Oct 10, 2012 | 91.24 | 3.26 | 27.99 | 0.60 |
| Oct 11, 2012 | 92.19 | 3.28 | 28.11 | 0.60 |
| Oct 12, 2012 | 91.83 | 3.38 | 27.17 | 0.60 |
| Oct 15, 2012 | 91.84 | 3.35 | 27.41 | 0.60 |
| Oct 16, 2012 | 92.07 | 3.27 | 28.16 | 0.60 |
| Oct 17, 2012 | 92.04 | 3.24 | 28.41 | 0.60 |
| Oct 18, 2012 | 92.00 | 3.28 | 28.05 | 0.60 |
| Oct 19, 2012 | 90.00 | 3.43 | 26.24 | 0.60 |
| Oct 22, 2012 | 88.30 | 3.49 | 25.30 | 0.60 |
| Oct 23, 2012 | 86.65 | 3.34 | 25.94 | 0.60 |
| Oct 24, 2012 | 85.39 | 3.43 | 24.90 | 0.60 |
| Oct 25, 2012 | 85.59 | 3.39 | 25.25 | 0.60 |
| Oct 26, 2012 | 85.84 | 3.38 | 25.40 | 0.60 |
| Oct 31, 2012 | 86.23 | 3.50 | 24.64 | 0.60 |
| Nov 01, 2012 | 87.05 | 3.50 | 24.87 | 0.60 |
| Nov 02, 2012 | 84.90 | 3.40 | 24.97 | 0.60 |
| Nov 05, 2012 | 85.64 | 3.34 | 25.64 | 0.60 |
| Nov 06, 2012 | 88.62 | 3.41 | 25.99 | 0.60 |
| Nov 07, 2012 | 84.50 | 3.47 | 24.35 | 0.60 |
| Nov 08, 2012 | 85.07 | 3.45 | 24.66 | 0.60 |

**Notes and Sources**

[A] Publicly available data pulled from the U.S. Energy Information Adminisitration: http://tonto.eia.dov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=RVVTC&f=D

[B] Publicly available data pulled from the U.S. Energy Information Adminisitration: http://tonto.eia.cov/dnavind/hist/rndwhhdd.htm

[C] = [A] / [B]

[D] As calculated in Steinholt Expert Report.