# EXHIBIT 21

# Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information

(revised June 2019)

Approved by the SPE Board on 25 June 2019

## Article I—The Basis and Purpose of Developing Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information[1]

### 1.1 The Nature and Purpose of Estimating and Auditing Oil and Gas Reserves Information

Estimates of Reserves information are made by or for entities as a part of their ongoing business practices. Such Reserves information typically may include, but may not be limited to, estimates of the Reserves quantities, the future producing rates from such Reserves, the future net revenue from such Reserves, and the present value of such future net revenue. The exact type and extent of Reserves information must necessarily take into account the purpose for which such Reserves information is being prepared and, correspondingly, statutory and regulatory provisions, if any, that are applicable to the intended use of the Reserves information. Reserves information may be limited to Proved Reserves or may involve other categories of Reserves as appropriate to the estimate.

### 1.2 Estimating and Auditing Reserves Information in Accordance With Generally Accepted Engineering and Evaluation Principles

The estimating and auditing of Reserves information is predicated upon certain historically developed principles of geoscience, petroleum engineering, and evaluation methodologies, which are in turn based on principles of physical science, mathematics, and economics. Although these generally accepted geological, engineering, and evaluation principles are predicated on established scientific concepts, the application of such principles involves extensive judgments by qualified individuals and is subject to changes in existing knowledge and technology; fiscal and economic conditions; applicable contractual, statutory, and regulatory provisions; and the purposes for which the Reserves information is to be used.

### 1.3 The Inherently Imprecise Nature of Reserves Information

The reliability of Reserves information is considerably affected by several factors. Initially, it should be noted that Reserves information is imprecise as a result of the inherent uncertainties in, and the limited nature of, the accumulation and interpretation of data upon which the estimating and auditing of Reserves information is predicated. Moreover, the methods and data used in estimating Reserves information are often necessarily indirect or analogical in character rather than direct or deductive. Furthermore, the persons estimating and auditing Reserves information are required, in applying generally accepted petroleum engineering and evaluation principles, to make numerous unbiased judgments on the basis of their educational background, professional

---

[1] These Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information (the “Standards”) are not intended to bind the members of the Society of Petroleum Engineers (the “Society”) or anyone else, and the Society imposes no sanctions for the nonuse of these Standards. Each person estimating and auditing oil and gas Reserves information is encouraged to exercise his or her own judgment concerning the matters set forth in these Standards. The Society welcomes comments and suggested changes in regard to these Standards.

training, and professional experience. The extent and significance of the judgments to be made are, in themselves, sufficient to render Reserves information inherently imprecise.

### 1.4 The Need for Standards Governing the Estimating and Auditing of Reserves Information

The Society of Petroleum Engineers (the "Society") has determined that the Society should adopt these Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information (the "Standards"). The adoption of these Standards by the Society fulfills at least three useful objectives.

First, although some users of Reserves information are cognizant of the general principles that are applied to databases in the estimation of Reserves information, the judgments required in estimating and auditing Reserves information, and the inherently imprecise nature of Reserves information, many users of Reserves information continue to fail to understand such matters. The adoption, publication, and distribution of these Standards should enable users of Reserves information to understand these matters more fully and therefore place the appropriate level of confidence on Reserves information.

Second, the wider dissemination of Reserves information through public financial reporting, such as that required by various governmental authorities, makes it imperative that the users of Reserves information have a general understanding of the methods of, and limitations on, estimating and auditing Reserves information.

Third, as Reserves information proliferates in terms of the types of information available and the broader dissemination thereof, it becomes increasingly important that Reserves information be estimated and audited on a consistent basis by competent, well-trained professional geoscientists and engineers.

Compliance with these Standards is a method of facilitating evaluation and comparisons of Reserves information by the users thereof. To accomplish the three objectives detailed above, the Society has included in these Standards (i) definitions of selected terms pertaining to the estimation and evaluation of Reserves information, (ii) qualifications for persons estimating and auditing Reserves information, (iii) standards of independence and objectivity for such persons, (iv) standards for estimating Reserves and other Reserves information, and (v) standards for auditing Reserves and other Reserves information. Although these Standards are predicated on generally accepted geoscience, petroleum engineering, and economic evaluation principles, it may in the future become necessary, for the reasons set forth in Section 1.2, to clarify or amend certain of these Standards. Accordingly, the Society, as a part of its governance process, will periodically review these standards and determine whether to amend them or publish clarifying statements.

Note that these Standards apply independently of the classification system and associated guidelines adopted by the entity; the reference system should be clearly identified.