# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-1341-G |
| This Document Relates To: ALL ACTIONS. | |

## DEFENDANTS JAMES BENNETT'S AND MATTHEW GRUBB'S MOTION FOR SUMMARY JUDGMENT

Defendants James Bennett and Matthew Grubb respectfully move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, for summary judgment on all claims asserted against them in this action. Based upon the record and applicable law, there are no material factual disputes, and Defendants are entitled to judgment dismissing all claims against them.

Dated: April 2, 2020

Respectfully submitted,

CROWE & DUNLEVY

*/s/ Evan G.E. Vincent*
Evan G.E. Vincent, OBA #22325
evan.vincent@crowedunlevy.com
324 North Robinson Avenue Suite 100
Oklahoma City, OK 73102
(405) 239-6696

COVINGTON & BURLING LLP
Mark P. Gimbel (admitted *pro hac vice*)
mgimbel@cov.com
C. William Phillips (admitted *pro hac vice*)
cphillips@cov.com
Christopher Y.L. Yeung (admitted *pro hac vice*)
cyeung@cov.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

*Attorneys for Defendants James D. Bennett and Matthew K. Grubb*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2020, I electronically transmitted the attached Defendants' Motion for Summary Judgment to the Clerk of the Court using the ECF system for filing, which will send notification of such filing to all counsel registered through the ECF System.

*/s/ Evan G.E. Vincent*