**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) | No. 5:12-cv-01341-G |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF TERRY L. BRITTENHAM**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Class Representatives Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Angelica Galkin (collectively, "Plaintiffs") in this matter. I respectfully submit this Declaration in support of Plaintiffs' Motion to Exclude the Expert Testimony of Terry L. Brittenham.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Report of Expert Witness Terry L. Brittenham, dated April 4, 2019.

3. Attached hereto as Exhibit 2 is the Expert Report of Steven D. Crane, accompanying Exhibits 1-60, and Appendices I-II, dated March 1, 2019 ("Crane Report").

4. Attached hereto as Exhibit 3 is a true and correct copy of Appendix III of the Crane Report.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Deposition Transcript of Terry L. Brittenham, dated June 4, 2019.

6. Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 6 to the April 12, 2019 deposition of Jeffrey Knupp.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Expert Rebuttal Report of Steven D. Crane, dated April 29, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 2nd day of April 2020.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

## CERTIFICATE OF SERVICE

I, Evan J. Kaufman, certify that on April 2, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of April 2020, at Melville, New York.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN