# Exhibit 17:
# Well: Victor 2-19H Water Decline Graphs




| Well Name | Operator | State | County | Oil EUR @ 2 bopd (bbls of oil) | Gas EUR @ 2 bopd (mscf) | Cum Water @ 2 bopd (bw) | | IP Date | Initial GOR (scf/bo) | Initial Water Cut | MidYear |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VICTOR 2-19H | Sandridge | OK | ALFALFA | 85,453 | 513,988 | 2,201,170 | | 02/23/11 | 4027 | 93.9% | 2011 |
| VICTOR 2-19H | Sandridge | OK | ALFALFA | 80,693 | 488,145 | 2,029,480 | | 02/23/11 | 4027 | 93.9% | 2012 |

CRANE ENERGY LLC

# Exhibit 18
# Well: Tanner 1-21H Summary Plot




| Well Name | Operator | State | County | Oil EUR @ 2 bopd (bbls of oil) | Gas EUR @ 2 bopd (mscf) | Cum Water @ 2 bopd (bw) | | IP Date | Initial GOR (scf/bo) | Initial Water Cut | MidYear |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TANNER 1-21H | Sandridge | OK | ALFALFA | 6,920 | 590,135 | 931,412 | | 05/03/11 | 34429 | 99.2% | 2011 |
| TANNER 1-21H | Sandridge | OK | ALFALFA | 7,815 | 536,804 | 1,431,123 | | 05/03/11 | 34429 | 99.2% | 2012 |

CRANE ENERGY LLC

# Exhibit 19

# Well: Pitcher 1-11H Summary Plot




| Well Name | Operator | State | County | Oil EUR @ 2 bopd (bbls of oil) | Gas EUR @ 2 bopd (mscf) | Cum Water @ 2 bopd (bw) | | IP Date | Initial GOR (scf/bo) | Initial Water Cut | MidYear |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PITCHER 1-11H | Sandridge | OK | WOODS | 331,233 | 2,830,257 | 1,522,595 | | 02/02/10 | 3896 | 92.7% | 2011 |
| PITCHER 1-11H | Sandridge | OK | WOODS | 317,475 | 2,824,960 | 1,674,424 | | 02/02/10 | 3896 | 92.7% | 2012 |

CRANE ENERGY LLC

# Exhibit 20
# Mid 2011 Oil Distribution Trends – By County




EURs by Crane Energy LLC

Crane Energy LLC

# Exhibit 21
# Mid 2011 Oil Distribution Trends – Completion Timing



# Exhibit 22
# 2011 Oil EUR Map - By Quartile



# Exhibit 23
# 2011 Hydrocarbon (BOE) Distribution Trends – By County




Crane Energy LLC

# Exhibit 24
# 2011 Predicted Gas – Oil EURs




CRANE ENERGY LLC

# Exhibit 25
# Mid 2012 Oil Distribution Trends – By County




Crane Energy LLC

# Exhibit 26
# Mid 2012 Oil Distribution Trends – Completion Timing




Crane Energy LLC

# Exhibit 27
# 2012 Oil EUR Map - By Quartile




Crane Energy LLC

# Exhibit 28
# 2012 Hydrocarbon (BOE) Distribution Trends – By County




Crane Energy LLC

# Exhibit 29
# 2012 Hydrocarbon (BOE) EUR Map By Quartile



# Exhibit 30
# 2012 Predicted Gas and Oil EURs




EURs by Crane Energy LLC

Crane Energy LLC

# Exhibit 31
# Sandridge Lease Operating Expenses
# Total For All Operated Assets



# Exhibit 32
# Sandridge Lease Operating Expenses
# Average Per Well For All Operated Assets



# Exhibit 33
# Sandridge Lease Operating Expenses Compared To Crane Energy's LOE Model




CRANE ENERGY LLC

# Exhibit 34
# Impact of Higher Operating Costs












# Exhibit 35
# Survivor Bias Example

Survivor Bias - *declining well count, no individual forecast*




SPEE

Survivor Bias - *constant well count, individual forecasts*




SPEE

Source: **SPEE Monograph 5 Update on Type Well Profiles;**
G. J. Gonzenbach; Society of Petroleum Evaluation Engineers
Denver Chapter Presentation, Oct. 10, 2018

- Upper Slide Shows Type Well Profile Using Blind Averaging
  - All Production Data Averaged As A Function Of Production Time Without Regard For Declining Well Count.
  - Type Well Actually Increases In Rate During Last Three Years
- Lower Slide Shows Type Well Profile Dividing Averaged Production By Well Count
  - Type Well EUR Follows Individual Well EUR Distribution
  - B-Exponent Lowered From 1.3 to 0.75
  - This Technique Requires Longer Term Production From Majority Of Wells
- Survivor Bias Can Occur Using Data:
  - At End Of Field Life OR
  - Using Wells Of Mixed Vintage Early In Field Life
    - Applicable In Horizontal Mississippi Lime Play

# Exhibit 36
# Wells Used For Unit and Average Type Well Development




CRANE ENERGY LLC

# Exhibit 37
# Check Type Well Behavior For Low and High EUR Trending



# Exhibit 38
# Check Average Gas Type Well GOR Behavior As Function Of Cumulative Oil Production




CRANE ENERGY LLC

# Exhibit 39
# Sandridge Energy Internal Type Curve




Source: Internal Sandridge Graph
SD-SECURITIES-0716449

Crane Energy LLC

# Exhibit 40
# Sandridge Decline Curve Work - Mid 2012




Original Source Noted From Graph: ARIES Dataset SR0712

CRANE ENERGY LLC

# Exhibit 41
# Crane Energy – Mid 2012







Matched With Arps B = 1




Note: Comparison to same well on previous slide

CRANE ENERGY LLC

# Exhibit 42
# Illustration Of Ranking – Mid 2012

## Approximates Decline




Assumes Matching Rate-Time Only

## Deficient




## Significantly Deficient




CRANE ENERGY LLC

# Exhibit 43
# Sandridge Analysis Quality - Mid 2012




Meets Industry Practice Ranking
Assumes Matching Rate-Time Only

CRANE ENERGY LLC

# Exhibit 44
# Sandridge Vertical Well Type Curve




Source: Sandridge 2011 Investor / Analyst Meeting Presentation; March 1, 2011; New York, NY

# Exhibit 45
# NSAI – 2011 Vertical Well Type Curve




```
OIL INIT RATE   DECLINE   FINAL RATE   TIME       CUM PROD   N      INIT GOR   FINAL GOR   TIME       CUMS AT  6/39
                                       2001.083   0.                                                  OIL    30427 BBL
650.            85.000    69.          2013.729   19174.     1.50   6000.      20000.      2007.083   GAS   394612 MCF
59.             5.000     25.          2030.077   26960.            20000.     20000.      2030.077
                                                                                                      NET REM: 12-31-11
                                                                                                      OIL     5.2 MBBL
                                                                                                      GAS   103.2 MMCF
                                                                                                      REV   300.6 M$
                                                                                                      PW    201.3 M$
```

CONFIDENTIAL

SD-SECURITIES-0226988

Source: Email: David Miller to Rodney Johnson, Lance Galvin, Lindsey Austin; **MS Vertical Well Type Curves 11.02.2011**; 11/2/2011

CRANE ENERGY LLC

# Exhibit 46
# Crane Energy – Mississippi Vertical Well Decline Curves



# Exhibit 47
# Hybrid Arps Decline Curve Model – Utilized By NSAI and Sandridge



# Exhibit 48
# NSAI Decline Curve Work End of 2011- Example of Off-Trend







Original source: Email; David Miller to Rodney Johnson et. al, PDPs - First Pass, 10.19.2011

Applied Arps B = 1.5 With Trend Obviously Different

CRANE ENERGY LLC

# Exhibit 49
# Crane Energy Decline Curve Work
# Mid-2011 Evaluation




Note: Comparison to same well on previous slide – left side

Crane Energy LLC

# Exhibit 50
# NSAI Year End Reserve Reports Results







Two Key Items:

- Year End 2011 PUDs Distinctly Greater Than Actual PDP Average
- Declining Average Oil EURs From Year End 2010 Through Year End 2012

Crane Energy LLC

# Exhibit 51
# Wrong Zone Exclusion:
# Depth Of Sandridge Horizontal Wells



# Exhibit 52
# Example: Fracture Height Relative To Mississippian Formation




Source: Mississippi Lime: Kinematics of a Play Structure, *Reservoir Characterization and Production Performance of the Horizontal Mississippian Play*; Shane E. Matson; AAPG Playmakers' Forum ,January 24, 2013

# Exhibit 53
# Year End 2011 – Exclusions and Additions




Most Excluded Well Intermixed With Included Wells
Added Wells Appear "Cherry-Picked"

CRANE ENERGY LLC

# Exhibit 54
# No Condemned Acreage By Sandridge

## Corporate Profile

**Market Value** *($ in billions)*

| | | |
|---|---|---|
| Market Cap *(08/30/12)* | $ | 3.2 |
| Net Debt[(a)(b)] | | 3.1 |
| Preferred Stock | | 0.8 |
| Enterprise Value | $ | 7.1 |

**Reserves** *(YE 2011)*

| | |
|---|---|
| Proved Reserves *(MMBoe)*[(c)] | 533 |
| % Oil[(d)] | 91% |
| % Developed | 53% |
| Resource Potential *(MMBoe)*[(e)] | 4,400 |




(a) [illegible] 014 floating rate notes
(b) Non-GAAP financial measure. Refer to slide 2 for additional disclosure
(c) SandRidge consolidated reserves with royalty trusts, Pro Forma Dynamic Offshore
(d) Weighted by PV-10 value
(e) As of YE 2011; Net of JVs & royalty trusts; Based on the 01/17/12 NYMEX strip
(f) Based on 3 wells per section

SANDRIDGE
THE POWER OF US

Sandridge Presentation; Barclays CEO Energy-Power Conference; Sep 5, 2012

CRANE ENERGY LLC

# Exhibit 55
# TPH Analysis – Impacts of Survivor Bias

Yellow Text Boxes and Red Outlines Added By Crane

CONFIDENTIAL

## Type Curve Parameters

Average OIL EUR = 141 kbbls

All 88 wells | 23 wells | 47 wells | 18 wells

| | NSAI | Woods/Alfalfa/Grant | Woods | Alfalfa | Grant | Eastern |
|---|---|---|---|---|---|---|
| **Total Resource** | | | | | | |
| Gross EUR (Mboe) | 410 | 455 | 371 | 265 | 173 | 224 |
| Oil EUR (Mbo) | 212 | 235 | 210 | 126 | 90 | 140 |
| Gas EUR (Bcf) | 1.2 | 1.3 | 1.0 | 0.8 | 0.5 | 0.5 |
| GOR (scf/stb) | 5,600 | 5,600 | 4,600 | 6,600 | 5,600 | 3,600 |
| % Gas | 48% | 48% | 43% | 52% | 48% | 38% |
| % Oil | 52% | 52% | 57% | 48% | 52% | 63% |
| **Type Curve** | | | | | | |
| Oil IP (bbl/d) | 136 | 130 | 140 | 155 | 165 | 275 |
| 1st Yr Decline | 56% | 48% | 45% | 66% | 80% | 84% |
| B Factor | 1.5 | 1.5 | 1.0 | 1.1 | 1.3 | 1.6 |
| Terminal Decline | 5% | 6% | 6% | 6% | 6% | 6% |
| Life (yrs) | 50 | 47 | 42 | 33 | 39 | 37 |
| **Economics** | | | | | | |
| D&C ($MM) | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 |
| LOE ($/boe) | $5.91 | $5.19 | $5.63 | $5.91 | $9.86 | $7.86 |
| **Results** | | | | | | |
| NPV10 ($MM)(1) | $5.0 | $6.2 | $5.9 | $3.3 | $1.0 | $2.6 |
| IRR(1) | 93% | 113% | 133% | 87% | 25% | 58% |
| F & D ($/boe) | $9.14 | $8.25 | $10.10 | $14.14 | $21.63 | $16.78 |

SandRidge

(1) NPV10 & IRR based on $90/bbl & $5/Mcf flat NYMEX price deck.

TUDOR PICKERING HOLT & CO

8

CONFIDENTIAL

SD-SECURITIES-0455575

Source: Email; *Subject: TPH Type Curve Analysis;* from Jeff Knupp (Tudor Pickering Holt & Co) to Rodney Johnson (Sandridge); 6/21/2011

Crane Energy LLC

# Exhibit 56
# Timeline: Expected Ultimate Recovery Estimates




Note: Crane Energy EURs shown are potential dates given data cutoffs: mid 2011 and mid 2012

# Exhibit 57
# Timeline: Oil Percentage Of Hydrocarbon Production



# Exhibit 58

# Timeline: EUR Estimates Compare To External Analysis




Note: Crane Energy EURs shown are potential dates given data cutoffs: mid 2011 and mid 2012

Crane Energy LLC

# Exhibit 59
# Dec 12, 2012 EUR Comparison




| Oil EUR | NSAI | Sandridge | Crane Energy* |
|---|---|---|---|
| Average | 78,276 | 147,698 | 82,466 |
| Median | 44,198 | 97,475 | 51,363 |




CRANE ENERGY LLC

# Exhibit 60
# Oct 2013 Sandridge and CGA PDP EUR Results

MISS HORZ

| | 3Q 2013 | | | | | |
|---|---|---|---|---|---|---|
| | AVG. OIL EUR | AVG. GAS EUR | COUNT | CGA ULT OIL | CGA ULT GAS | AVG. WET EUR (W/O NGL) |

PROFORMA (Multiple Items)
MAJOR (Multiple Items)
3Q2013 Cat (Multiple Items)
CGA ULT OIL (Multiple Items)
RSV_CAT 1PDP

| RT | QTR_DRILLED2 | Values: Average of G_ULT_OIL | Average of G_ULT_GAS | Count of PROPNUM | Average of CGA ULT OIL | Average of CGA ULT GAS | SD | CGA |
|---|---|---|---|---|---|---|---|---|
| | 2013Q1 | 123,293 | 1,420,014 | 107 | 137.7 | 1,555.1 | 360 | 397 |
| | 2013Q2 | 104,922 | 1,436,634 | 101 | 118.3 | 1,632.5 | 344 | 390 |
| | 2013Q3 | 99,128 | 1,045,063 | 19 | 129.2 | 1,259.0 | 273 | 339 |
| | 2012 | 89,602 | 1,132,720 | 333 | 101.6 | 1,297.5 | 278 | 318 |
| | PRE-2011 | 69,403 | 647,808 | 19 | 96.9 | 718.4 | 177 | 217 |
| | 2011 | 52,947 | 530,942 | 71 | 55.9 | 629.4 | 141 | 161 |
| **Total** | | **93,213** | **1,144,767** | **650** | **105.8** | **1,300.9** | **284** | **323** |
| **SDR** | 2013Q1 | 97,850 | 1,219,074 | 22 | 96.4 | 1,443.5 | 301 | 337 |
| | 2011 | 79,996 | 1,264,635 | 63 | 86.7 | 1,316.1 | 291 | 306 |
| | 2012 | 70,841 | 823,297 | 88 | 77.1 | 968.9 | 208 | 239 |
| | 2013Q2 | 70,208 | 730,566 | 21 | 67.3 | 703.3 | 192 | 185 |
| | 2013Q3 | 61,914 | 702,708 | 3 | 61.4 | 792.3 | 179 | 193 |
| | PRE-2011 | 10,116 | 62,253 | 1 | 47.0 | 372.2 | 20 | 109 |
| **SDR Total** | | **76,246** | **992,192** | **198** | **80.9** | **1,098.2** | **242** | **264** |
| **SDT** | PRE-2011 | 110,788 | 1,412,209 | 40 | 116.5 | 1,593.7 | 346 | 382 |
| | 2013Q1 | 98,448 | 1,112,994 | 13 | 114.3 | 1,199.7 | 284 | 314 |
| | 2013Q2 | 78,875 | 1,064,025 | 4 | 101.7 | 1,711.0 | 256 | 387 |
| | 2011 | 78,472 | 1,086,921 | 47 | 80.0 | 1,034.4 | 260 | 252 |
| | 2012 | 61,569 | 1,023,214 | 56 | 65.7 | 1,149.1 | 232 | 257 |
| | 2013Q3 | 50,036 | 526,548 | 1 | 58.4 | 653.1 | 138 | 167 |
| **SDT Total** | | **82,068** | **1,143,635** | **161** | **87.3** | **1,241.0** | **273** | **294** |
| **Grand Total** | | **88,105** | **1,114,646** | **1,009** | **97.9** | **1,251.6** | **274** | **307** |

PROFORMA (Multiple Items)
MAJOR (Multiple Items)
3Q2013 Cat (Multiple Items)
CGA ULT OIL (Multiple Items)
RSV_CAT 1PDP

Source: Internal Email: Danh Nguyen to Lance Galvin;
Subject: RE: removal of trusts; 10/09/2013

# APPENDIX I

**Appendix I**



# *Steven D. Crane*

## SUMMARY

Energy executive with strong commercial and technical skills. An expert in unconventional oil and gas. Unique ability to develop, integrate, and deliver complex projects across the entire energy value chain. Diverse skill set across oil & gas production, transportation, power generation, and refinery processing. Enterprise (business) creation from concept to approved & operating projects in dynamic global environment.

## EXPERIENCE

### Current: Managing Director – Crane Energy LLC

Founder and Managing Director of a strategic advisory firm for the energy sector. Emphasis on unconventional oil and gas, upstream & downstream integration and related business and organizational strategies. Major focus as strategic advisor on:

- Tight resource plays: North Dakota Bakken light tight oil and tight liquid rich gas shales (Eagle Ford, Permian, Stack/Scoop, Niobrara, Montney, etc.).
    - Advised working interest owners and investment banks on various assets and transactions in tight resource plays predominately in the Americas.
    - Upstream expert witness for operating companies with various regulatory agencies and hearings.
    - Industry short courses for senior and mid-management.
    - Correlated formation quality/ thermal maturity / completion techniques to well ultimate recovery for Bakken, Eagle Ford and Niobrara.
    - Developed predictive correlation of oil gravity / GOR / NGL compositional yield versus thermal maturity for the Eagle Ford basin.
    - Conducted and lead integrated tight oil study for OPEC.
- Conventional oil and gas development (U.S and Canada)
    - Exploration and development, including waterfloods and EOR.
- Major capital projects (former part-time Senior Advisor to McKinsey & Company)
    - Conducted post-mortems on capital projects' processes & structures and implemented recommended improvements with clients' executive teams.

### 2006-2009: Venture Director - Grosmont Venture (President - SURE Northern Energy Ltd.) Shell

Head of Grosmont Venture - the largest unconventional oil asset for Royal Dutch Shell (publicly announced over 30 billion barrels). President of SURE Northern Energy Ltd., (Royal Dutch Shell plc subsidiary). Overall responsibility for new unconventional play using a new insitu upgrading technology.

- Developed original play concept and acquired multi-billion barrel bitumen position.
- Created and lead integrated business venture (upstream, downstream, power generation) – Canada.

- Created and implemented concept of "Business Integration" – a holistic structural approach to "soft issues" for stakeholder management, civil/social infrastructure creation, indigenous people engagement/involvement, government/public affairs.

**2001-2005: Vice President – Business Development Heavy Oil, Shell**
Head of resource and business evaluation for the Shell Group's emerging Unconventional Oil business. Worked across Shell USA, SURE (Shell Unconventional Resources Energy), Royal Dutch Shell in areas of increasing responsibility.

- Global responsibility for new heavy oil business development for Royal Dutch Shell, using a portfolio of production technologies: cold production, SAGD, steam flood, mining, in-situ upgrading.
- A key member of SURE (Shell Unconventional Resources Energy) Leadership Team. As such, determined and implemented strategic direction, balancing risk to Royal Dutch Shell while maximizing potential value of unconventional oil, focusing on heavy oils & oil shales.
- Member of core group which developed RDS's Unconventional Oil strategy.

**2000-2001: Business Development Advisor, Pioneer Natural Resources Co.**
Expanded non-U.S. business development effort for large upstream U.S.-focused independent oil and gas company. Identified and captured 1.5 million acres of exploration / production concessions in competitive North Africa play (Tunisia) during first six months of initial effort exposing only $5 million; sold to OMV for $866 million USD in 2011.

**1999-2000: Senior Consultant, Muse Stancil & Co.**
Practice area leader and operating committee member for a downstream energy consulting company. Led cogeneration and gas monetization practices. Advised operating companies and investment banks across energy value chain. Inclusive service from project development, technical and economic evaluation and contract negotiations.

- Performed due diligence and negotiations for Middle Eastern government in a potential acquisition of an € 6.5 billion (euro) integrated oil and gas company (Veba Oel). Direct negotiations with Eon. Transaction completed by BP using deal structure as developed for M.E. government
- Developed new third party gas fired cogeneration facilities for several US refineries.
- Developed and advised on corporate strategies for heavy oil and petcoke projects/markets.

**1994 -1999: Sr. Manager / Manager - Business Development, ARCO**
Developed new business opportunities and projects for ARCO in increasing responsible positions in various ARCO companies during 6-year period. Primary focus on integrated unconventional oil and EOR projects. Developed partnering strategies, initiated relationships and developed joint ventures with international governments and energy companies. Evaluated and negotiated asset swaps, competitive bids and conducted direct negotiations with national governments. Managed assets during acquisitions and new development efforts. Increasing levels of responsibility across several internal divisions (ARCO Latin America, ARCO Global Energy Ventures, ARCO Transportation, ARCO Exploration and Production Technology.)

- Core member of small five person leadership team capturing an new Orinoco Project. Led initial upstream team of integrated upstream/downstream $3.5 billion heavy oil upgrading project. Developed program proving viscous solution gas drive mechanism. Established the technical and economic viability of cold extra-heavy oil (9° API) production. Country entry (Venezuela) for ARCO. Result: Project is one of the four approved Strategic Associations for the Orinoco in Venezuela. Expected recovery approximately two billion barrels.
- Led multi-discipline team from ARCO Coal and ARCO International Oil & Gas evaluating and negotiating with BITOR as a potential partner developing a new power plant fuel, Orimulsion™.
- Led ARCO's integrated heavy oil business development efforts globally, focusing on heavy oil fields in Italy, China, Ecuador, Venezuela and Trinidad. Developed and negotiated integrated technical /commercial proposals with other corporations involving production, refining and power generation.
- Determined commerciality and strategy for ARCO of Fischer-Tropsch Gas-To-Liquids technology. Result – ARCO's successful pilot plant at Cherry Point Refinery.

### 1990 - 1993: Research Supervisor, ARCO

Supervisor for ARCO's Production Enhancement Group. Responsible for formation damage prevention, rock mechanics, polymer and oilfield chemistry in ARCO operating companies worldwide.

- Supervised formation damage, rock mechanics, and production chemistry groups of engineers, geologists, chemists and laboratory technicians. Perfect safety record in both field and laboratory.
- Worked with other major international oil companies (BP, RD Shell, Exxon, AGIP, Statoil) in establishing industry research and development efforts. Extensive work in Europe, South East Asia and Alaska as ARCO consultant. Developed and taught internal technical schools.

### 1987 - 1990: Senior Research Engineer, ARCO

Independent technology contributor on all aspects of miscible gas flooding – ARCO E&P Technology. Included research development and application of reservoir engineering, operations engineering and petrophysics.

- Conducted comprehensive evaluation of WAG EOR pilot flood performance at Prudhoe Bay. Involved extensive compositional reservoir simulation using high resolution modeling.
- Extensive openhole and production log analysis. Developed variable Archie saturation index ["n"] and enhanced neutron log interpretation technology as part of EOR pilot efforts.

**1981 - 1987: Sr. Petroleum / Petroleum Engineer, ARCO**

Petroleum engineer with reservoir engineering, operations engineering and economic analysis responsibilities in ARCO's Alaska and West Texas operating companies.

- Lead engineer for FS2 waterflood / miscible gas flood at Prudhoe Bay, Alaska. Responsible for reservoir management of FS2 flood (350 MBOPD, 700 MBWPD injected). Developed waterflood and miscible flood surveillance programs. Developed / implemented consistent engineering practices and economic evaluation program for all well workovers at Prudhoe Bay. Started up full scale WAG flood (1st commercial Artic miscible gas flood). (1985-1987).
- Petroleum engineer for ~120 MBOPD in the FS2 waterflood. Operations engineer for FS2 waterflood start-up in 1984 (1st Arctic waterflood). Reservoir engineer for Prudhoe Bay FS2 Waterflood. Conducted reservoir engineering studies and economic evaluations for proposed FS2 waterflood. Assisted with Five Year Development Plans (1982-1984)
- Petroleum Engineer. Responsible for operations and reservoir engineering of two ARCO waterfloods in West Texas – Permian Basin.

## EDUCATION

Masters in Business Administration - 1993 (GPA: 3.53 of 4.0)
Southern Methodist University
Dallas, Texas

Bachelor of Science in Petroleum Engineering - 1981 (GPA: 3.48 of 4.0)
New Mexico Institute of Mining and Technology
Socorro, New Mexico

## PROFESSIONAL AFFILIATIONS

Registered Professional Engineer; State of Texas, USA; Reg. # 66607
Association of International Petroleum Negotiators
Society of Petroleum Engineers; Full Member

## CONTACT INFORMATION

2610 Spring Lake Drive
Richardson, Texas 75082 USA
Telephone: 1-469-964-5467
Email: steven.crane@crane-energy.com
Website: crane-energy.com

## PUBLICATIONS

Crane Energy LLC and Associated Companies***; Tight Oil Economic Study*** For **The Organization of the Petroleum Exporting Countries**; July 2014.

Crane Energy LLC; ***North Dakota and Montana Production Forecast (2013-2041****)* for **Enbridge USA**; October 2013.

Crane Energy LLC: ***Tight Unconventional Resource Plays: Creating the Gold Standard****;* Industry Class; 12 classes 2010 - 2013, both industry wide and bespoke.

Crane Energy LLC and Muse Stancil & Company; ***Evolving Light Liquids Markets:*** *The Impact of Shale and Tight Sands Productivity on U.S. Midstream and Downstream Segments and Beyond*; October 2013.

Crane,S.D.; ***Creating Markets For The Bottom Of The Barrel***, Hart's World Refining; April 2000; Phillips Business Information LLC. Presented at the Hart 17th Annual World Fuels Conference, San Antonio, TX, March 2000.

Tubman,K.M. and Crane,S.D.; *Vertical versus Horizontal Well Log Variability and Application to Fractal Reservoir Modeling*, Chapter 13 in **Fractals in Petroleum Geology and Earth Processes**, C.C. Barton and P.R. LaPointe eds., Plenum Publishing, 1995.

Stalkup,F.I. and Crane,S.D.; "***Reservoir Description Detail Required to Predict Solvent and Water Saturations at an Observation Well***"; Published in *SPE Reservoir Engineering*, February 1994; Preprint Presented as SPE 22987; 66th SPE Annual Technical Conference and Exhibition, Dallas, TX., October, 1991.

## CONFERENCE PAPERS

Li, Y-H, Crane,S.D., Scott,E.M., Braden,J.C. and McLelland,W.G.; "Waterflood Geochemical Modeling And A Prudhoe Bay Zone 4 Case Study"; SPE 31136; SPE International Symposium on Formation Damage Control, Lafayette, LA., February, 1996.

Li, Y-H, Crane,S.D. and Coleman,J.R.; "A Novel Approach To Predict The Co-Precipitation Of $BaSO_4$ and $SrSO_4$"; SPE 29489; SPE Production Operations Symposium, Oklahoma City, OK., April, 1995.

Feldman, D.S. and Crane,S.D.; "Identification of Near Wellbore Formation Damage: An Expert System Implementation"; Conference on Artificial Intelligence in Petroleum Exploration & Production, Dallas, TX, May 1993.

Crane,S.D. and Tubman,K.M.; "Reservoir Variability and Modeling With Fractals"; SPE 20606; 65th SPE Annual Technical Conference and Exhibition, New Orleans, LA., September, 1990.

Crane,S.D.; "Impacts of Micro-porosity, Rough Pore Surfaces and Conductive Minerals on Water Saturation Calculations From Electric Logs", Paper AA, 31st SPWLA Annual Logging Symposium, Lafayette, LA., July, 1990.

## U.S. PATENTS

"Thermally Assisted Gravity Drainage (TAGD)"; Gould, B., Atkinson, I., Roberts, B., Beattie, D., Crane, S., Hale, A., Hamida,T., Patel,N.; US Patent #9,051,828 Granted June 9,2015; Canada Patent 2,743,748; Granted September 23, 2014.

"Method of Selecting a Production Well Location in a Hydrocarbon Subsurface Formation"; Vinegar, H.J., Sumnu-Dindoruk, M.D., Wellington, S.L., Maher, K.A., Karanikas, J.M., de Rouffignac, E.P., Messier, M.A., Roberts, B.E., Crane, S.D.; United States Patent Application 2014019069; Filed July 10, 2014.

"In situ Recovery from a Hydrocarbon Containing Formation"; Vinegar, H.J., Sumnu-Dindoruk, M.D., Wellington, S.L., Maher, K.A., Karanikas, J.M., de Rouffignac, E.P., Messier, M.A., Roberts, B.E., Crane, S.D.; United States Patent Application 8627887; Publication January 14, 2014.

"In situ Thermal Processing of a Tar Sands Formation"; Vinegar,H.J., de Rouffignac,E.P., Karanikas,J.M., Maher,K.A., Sumnu-Dindoruk,M.D., Wellington,S.L., Crane,S.D., Messier,M.A., Roberts,B.; Patent #7,066,254; Granted June 27, 2006.

"In situ Thermal Recovery from a Relatively Permeable Formation with Controlled Production Rate"; Messier,M.A., Crane,S.D., de Rouffignac,E.P., Karanikas,J.M., Maher,K.A., Sumnu-Dindoruk,M.D., Roberts,B.E., ; Vinegar,H.J., Wellington,S.L.; Patent #7,055,600; Granted June 6, 2006

"In situ Thermal Recovery from a Relatively Permeable Formation"; Wellington,S.L., Crane,S.D., de Rouffignac, E.P., Karanikas,, J.M., Maher, K.A., Messier, M.A., Roberts,B.E., Sumnu-Dindoruk,M.D., Vinegar,H.J.; Patent #6,981,548; Granted January 3, 2006

"Method For Transporting A Heavy Crude Oil Produced Via A Wellbore From A Subterranean Formation To A Market Location And Converting Into A Distillate Product Stream Using A Solvent Deasphalting Process"; Crane,S.D., Beer,G.L. and Blacker,H.F.; U.S. Patent #6,054,496; Granted April 25, 2000.

"Method For Producing From A Subterranean Formation Via a Wellbore, Transporting and Converting a Heavy Crude Oil Into A Distillate Product Stream"; Crane,S.D., Beer,G.L. and Blacker,H.F.; U.S. Patent #5,935,423; Granted August 10, 1999.

"Method For Producing Heavy Crude Oil Via A Wellbore From A Subterranean Formation and Converting the Heavy Oil Into A Distillate Product Stream"; Crane,S.D. and Beer,G.L.; U.S. Patent #5,929,125; Granted July 27, 1999.

"Method For Sealing Unwanted Fractures In Fluid-Producing Earth Formation"; Coleman,J.R., Crane,S.D. and Lai,Q.J.; U.S. Patent #5,425,421; Granted June 20, 1995.

## INTERNATIONAL PATENTS

"Method for In Situ Recovery from a Tar Sands Formation and a Blending Agent Produced by Such a Method"; Crane,S.D., Sumnu-Dindoruk,M.D., Karanokas,J.M., Maher,K.A., Messier,M.A., de Rouffignac,E., Vinegar,H.J., Wellington,S.L., Zhang, E.; WO/2002/086276; Granted 2002

"In Situ Thermal Processing of a Hydrocarbon Containing Formation"; Wellington,S.L., Vinegar,H.J., de Rouffignac,E., Karanikas,,J.M., Berchenko,I.E., Stegemeier,G.L., Zhang,E., Shahin,G.T.JR., Fowler,T.D., Ryan,R.C., Maher,K.A., Menotti,J.L., Coles,J.M., Keedy,C.R., Madgavkar, A.M., van Hardeveld, R.M., Schoeling, L.G., Ward,J.M., Sumnu-Dindoruk,M.D., Bielamowicz,L.J., Baxley,P.T., Hunsucker,B.G., Carl, F.G.JR., Lepper, G.B., Roberts,B.E., Veenstra,P., Watkins,R.W., Crane, S.D., Messier, M.A., Pratt,C.A., Bass, R.M., Miksu,T., Glandt,C.A., Palfreyman,B.D., Aymond,D.A., Jr., Harris,C.K., Cole A.T., McKinzie,B.J. II, Son, J.S., Demartinid.C., Sandberg,C.L., Bai,T., Stone,F.M.,JR., Ginestra,J-C, Hansen,K.S., Wagner,R.R.; WO/2003/040513; Granted 2003

# APPENDIX II

APPENDIX II

# LIST OF INFORMATION CONSIDERED

## Case Documents

- Third Consolidated Amended Complaint for Violation of the Federal Securities Laws; October 21, 2016
- Order on Ward's Motion to Dismiss; August 1, 2017
- Declaration of Evan J. Kaufman in Support of Lead Plaintiffs' Motion for Class Certification; February 16, 2018
- Lead Plaintiffs' Motion for Class Certification and Opening Brief in Support; February 16, 2018

## Depositions

- Deposition of David Miller; December 12, 2018

## SEC Documents

- Miller Exhibit 39: Prospectus: SandRidge Mississippian Trust I
- Miller Exhibit 44: Prospectus: SandRidge Mississippian Trust II

## Industry Presentations

- **Mississippi Lime Trend**; Presentation by S. Antry - Eagle Energy Production; April 14, 2011
- **Vitruvian Exploration**; Hart DUO Conference, Denver CO; May 24, 2011
- **AusTex Oil Limited**; Investor Presentation; May 2011
- **Reservoir Engineering Aspects of Unconventional Reservoirs**; T. Blasingame; 2011 SPEE 48th Annual Meeting; June 4-7, 2011
- **Data & Drilling Methods from Horizontal Mississippian Reservoirs Across Northern Oklahoma**; C. Vandervoort – Orion Exploration Partners, Tulsa OK, August 2, 2011
- **Subsurface Mapping and Reservoir Characterization of the Mississippian (Kinderhookian to Osagean) Strata Using Recently Acquired FMI and PEX Well Log Data from Horizontal and Vertical Well Bores in Northeast Oklahoma;** S.E.

Matson, C.W. Wickstrom, G. Flournoy, S.W. Tilley; AAPG Mid-Continent Section Meeting, Oklahoma City, OK, October 4, 2011

- **Mississippian Oil Reservoirs in the Southern Midcontinent: New Exploration Concepts for a Mature Reservoir Objective**; S.J. Mazzullo – Wichita State University; October 11, 2011
- **The Anadarko Basin: Oil and Gas Exploration – Past, Present and Future**; J. Mitchell; Presented at OGS, Tulsa OK, March 2012
- **Overview of Oklahoma Shale Resource Plays**; B.J. Cardott-OGS; Oklahoma Shale Gas and Oil Workshop; November 20, 2013
- **Cherokee Platform & Nemaha Fault Zone Oklahoma**; S.M. Rogers, March 7, 2012
- **Assessing How Horizontal Drilling and Completions Techniques Can Be Applied Economically to the Geologically Variable Mississippi Lime Formation**; J. Garvin-Roxanna Oil Co.; Mississippi Lime Congress, Oklahoma City, OK; November 28-29, 2012
- **Tying Petrophysical Properties to Production Results in the Mississippi Lime to Determine how Different Rock Facies Influence Hydrocarbon Recovery**; C. Althoff – Mt. Dora Energy; Mississippi Lime Congress, Oklahoma City, OK; November 26, 2012
- **Sweet Spot Identification - Assessing The Geological Factors That Contribute To Productive Wells In The Mississippi Lime To Maximize The Probability Of A High Rate Well**; B. Silk – New Gulf Resources; Mississippi Lime Congress, Oklahoma City, OK; November 26, 2012
- **The Unconventional Mississippian Play Early Producing and Completion Statistics (& Observations)**; J.P. Dick-Pinnacle Energy; Mississippian and Arbuckle Workshop - Oklahoma Geological Survey, October 31, 2012
- **The Mississippi Lime Land Grab**; by Drilling Info; Infocast Mississippian Formation Summit; November 2012
- **Overview of the Mississippian Formation**; Don Warlick; Infocast Mississippian Formation Summit; November 2012
- **Drilling Evolution in the Mississippian**; T. Whalen-Baker Hughes; Infocast Mississippian Formation Summit; November 2012

- **Mississippian Lime Play: A Case Study, East of the Nemaha Ridge**; C. Wickstrom-Spyglass Energy; Infocast Mississippian Formation Summit; November 2012
- **Mississippi Lime Play: From Outcrop to Subsurface - The Evolution of a Play**; S.E. Matson; AAPG Discovery Thinking Forum; Pittsburgh, PA, May 20, 2013
- **Worldwide Seismic Activity and Recent Oklahoma Earthquakes**; G. Brown, July 23, 2014
- **The Permeability of Overpressure Shale Seals and of Source Rock Reservoirs is the Same**; K.E. Williams; Adapted from poster presentation at AAPG 2012 Annual Convention and Exhibition, Long Beach, California, 22-25 April 2012
- **Death by Bubble Point: Fact or Fantasy?**; J. Lee – Tx A&M, 2018 Ryder Scott Reserves Conference; September 13, 2018
- **SPEE Monograph 5: Update on Type Well Profiles**; G.J. Gonzenbach, Society of Petroleum Evaluation Engineers, Denver Chapter Presentation, Oct 10, 2018

**Industry Publications**

- **Analysis of Decline Curves**; J.J. Arps; SPE-945228-G, Presentation May 1944, Published in Petroleum Technology September 1944, Published in Petroleum Economics 1945.
- **Decline Curve Analysis Using Type Curves**; M.J. Fetkovich, SPE-4629-PA; Journal of Petroleum Technology; June 1980
- **Geochemistry of Oils and Hydrocarbons Source Rocks, Greater Anadarko Basin**: Evidence for Multiple Sources of Oils and Long-Distance Oil Migration; R.C. Burruss, and J.R. Hatch; Oklahoma Geological Survey Circular 90, 1989
- **Characterization of the Mississippian chat in south-central Kansas**; W.L. Watney, W.J. Guy, and A.P. Byrnes; AAPG Bulletin, vol. 85, no. 1 (January 2001), pp. 85–113
- **Oklahoma Oil: Past, Present, and Future;** D.T. Boyd-OGS; Oklahoma Geology Notes, Vol. 62 No. 3, Fall 2002
- **Analysis of Production Decline Curves**; S.W. Poston and B.D. Poe, Jr.; Publisher: Society of Petroleum Engineers, 2008; ISBN 978-1-55563-144-4

- **Oklahoma 2011 Drilling Highlights**; Shale Shaker - THE JOURNAL OF THE OKLAHOMA CITY GEOLOGICAL SOCIETY, Vol. 62 No. 5; March-April 2012
- **OKLAHOMA OIL AND GAS INDUSTRY TAXATION**; RegionTrack, January 2018

**Industry / Government Reports**

- **Guidelines for Application of the Petroleum Resources Management System**; sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG); November 2011.

- Overview, chap. 2, *in* Higley, D.K., compiler, **Petroleum systems and assessment of undiscovered oil and gas in the Anadarko Basin Province**, Colorado, Kansas, Oklahoma, and Texas— USGS Province 58: Higley, D.K., and Gaswirth, S.B., 2014, U.S. Geological Survey Digital Data Series DDS–69–EE, 5 p. *http://dx.doi.org/10.3133/ds69EE*.
- **Petroleum systems and assessment of undiscovered oil and gas in the Anadarko Basin Province, Colorado, Kansas, Oklahoma, and Texas—Mississippian through Permian Assessment Units**, chap. 7, *in* Higley, D.K., compiler, Petroleum systems and assessment of undiscovered oil and gas in the Anadarko Basin Province, Colorado, Kansas, Oklahoma, and Texas—USGS Province 58: Higley, D.K., 2014, U.S. Geological Survey Digital Data Series DDS–69–EE, 60 p., *http://dx.doi.org/10.3133/ds69EE*.
- **Oklahoma Earthquake Summary Report 2014;** A.P. Darold, A.A. Holland, J.K. Morris, A. R. Gibson-Oklahoma Geological Survey; OF1-2015; February 19, 2015
- Map: **Preliminary Oklahoma Optimal Fault Orientations**; A.P. Dorald, A.A. Holland-Oklahoma Geologic Survey; OF4-2015
- **Incorporating induced seismicity in the 2014 United States National Seismic Hazard Model—Results of 2014 workshop and sensitivity studies**: Petersen, M.D., Mueller, C.S., Moschetti, M.P., Hoover, S.M., Rubinstein, J.L., Llenos, A.L., Michael, A.J., Ellsworth, W.L., McGarr, A.F., Holland, A.A., and Anderson, J.G., 2015, U.S. Geological Survey Open-File Report 2015–1070, 69 p., http://dx.doi.org/10.3133/ofr20151070.

**Academic Documents**

- Thesis: **A Geomechanical Approach to Evaluate Brittleness using Well Logs: Mississippian Limestone, Northern Oklahoma**; J. Martin, The University of Texas at Arlington, May 2015
- Thesis: **Mechanical Stratigraphy of the Mississippian in Osage County, Oklahoma**; C.J. Jennings, University of Arkansas, Fayetteville, May 2014

**Company Reserve Reports**

- SD-SECURITIES-0214996; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE ENERGY, INC. INTEREST as of DECEMBER 31, 2010; Netherland Sewell and Associates, Inc.; January 4, 2011
- SD-SECURITIES-0005516; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE ENERGY, INC. INTEREST as of DECEMBER 31, 2010; Netherland Sewell and Associates, Inc.; February 10, 2011
- NSAI_SD_007928; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE MISSIPPIAN TRUST II ROYALTY INTEREST as of DECEMBER 31, 2011; Netherland Sewell and Associates, Inc.; January 2, 2012
- NSAI_SD_177928; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE MISSIPPIAN TRUST I ROYALTY INTEREST as of DECEMBER 31, 2011; Netherland Sewell and Associates, Inc.; February 3, 2012
- SD-SECURITIES-0005586; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE ENERGY, INC. INTEREST as of DECEMBER 31, 2011; Netherland Sewell and Associates, Inc.; February 16, 2012
- NSAI_SD_009253; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE MISSIPPIAN TRUST I ROYALTY INTEREST as of DECEMBER 31, 2012; Netherland Sewell and Associates, Inc.; February 13, 2013
- NSAI_SD_009304; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE MISSIPPIAN TRUST II ROYALTY INTEREST as of DECEMBER 31, 2012; Netherland Sewell and Associates, Inc.; February 13, 2013

- SD-SECURITIES-0005670; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE ENERGY, INC. INTEREST as of DECEMBER 31, 2012; Netherland Sewell and Associates, Inc.; March 4, 2013

**Company Presentations**

- Sandridge Investor / Analyst Meeting; New York, NY; March 1, 2011
- Sandridge Investor Presentation; June 14, 2011
- Sandridge Presentation; Barclays CEO Conference; New York, NY; September 7, 2011
- Sandridge Presentation; Capital One Southcoast – 2011 Energy Conference; New Orleans, LA; December 6, 2011
- Sandridge Presentation, Goldman Sachs Global Energy Conference; January 10, 2012
- Sandridge Presentation; Barclays CEO Conference; New York, NY; September 7, 2011
- Sandridge Presentation; Capital One Southcoast – 2011 Energy Conference; New Orleans, LA; December 6, 2011
- Sandridge Presentation, Goldman

**Company Emails and Attachments**

- SD-SECURITIES-0213063; David Miller to Lindsey Austin; Subject: Mississipian [sic] Formation; 11/9/2010
- SD-SECURITIES-0452992; Lindsey Austin to David Miller; Subject: RE: Mississipian [sic] Formation; 11/24/2010
- NSAI_SD_149054; David Miller to Lindsey Austin; Subject: RE: Mississipian [sic] Formation; 12/7/2010
- SD-SECURITIES-0431024; Tom Ward to Rodney Johnson, Matt Grubb; Subject: Re: RT; 12/8/2010
- SD-SECURITIES-0361121; Rodney Johnson to Tom L. Ward, Matt Grubb; Subject: Status Miss Horizontal; 12/13/2010
- SD-SECURITIES-0213704; David Miller to Lindsey Austin; Subject: Cedardale Mississippian Horizontals – Fourth Pass; 12/15/2010

APPENDIX II

- SD-SECURITIES-0361189; Matt Grubb to Rodney Johnson; Subject: Re: Miss Horizontal Data; 12/15/2010
- SD-SECURITIES-0007106; Leslie Weiher to James Bennett; Subject: RE: Analyst Day Presentation; 2/4/2011
- SD-SECURITIES-0221408; David Miller to Lindsey Austin; Subject: YE10 Mississippian Type Curve: 5/6/2011
- SD-SECURITIES-0362142; Rodney Johnson to Jeff Knupp, Todd Tipton, Matt Grubb; Subject: "RE: ", attaching LOE Information.xlsx; 5/20/2011
- SD-SECURITIES-0222038; Jeff Knupp to Rodney Johnson; Atinum type curve analysis; 6/20/2011
- SD-SECURITIES-0455567; Jeff Knupp to Rodney Johnson; Subject: TPH type curve analysis: 6/20/2011
- SD-SECURITIES-0455568; TPH Presentation: Type Curve Discussion; June 21, 2011
- SD-SECURITIES-0432813; Tom L. Ward to Jeff Knupp, Matt Grubb, James Bennett, Rodney Johnson; Subject: Re: Pinnacle H Miss type curves; 6/24/2011
- SD-SECURITIES-0455826; Lindsey Austin to Lance Galvin; Subject: "AVG EUR w2.0b170 Proforma wells", attaching FINAL LIST PROFORMA & RT2 WELLS.xlsx; 10/3/2011
- SD-SECURITIES-0455830; David Miller to Rodney Johnson, Lindsey Austin; Subject: Relative Performance of PDPs vs YE10 Type-Curve; 10/14/2011
- SD-SECURITIES-0226362; Rodney Johnson to David Miller; Subject: RE: Relative Performance of PDPs vs YE10 Type-Curve; 10/18/2011
- SD-SECURITIES-0456113; David Miller to Rodney Johnson; Subject: PDPs – First Pass 10.19.2011; 10/19/2011
- SD-SECURITIES-0456287; Lindsey Austin to Lance Galvin; Subject: Dave's 1st Pass vs. SD @2b; 10/20/2011
- SD-SECURITIES-0226432; David Miller to Rodney Johnson; Subject: Infilling Interference Analysis 10.21.2011; 10/21/2011
- SD-SECURITIES-0456685; David Miller to Rodney Johnson; Subject: MS Typecurves; 10/28/2011

APPENDIX II

- SD-SECURITIES-0226986; David Miller to Rodney Johnson, Lance Galvin; Subject: MS Vertical Well Type Curves 11.02.2011; 11/2/2011
- SD-SECURITIES-0426082; Lindsey Austin to David Miller; Subject: RE: 2011YE Map on FTP; 11/2/2011
- SD-SECURITIES-0456698; David Miller to Rodney Johnson, Lindsey Austin, Lance Galvin; Subject: PDP Averages by Grouping; 11/3/2011
- SD-SECURITIES-0456728; David Miller to Rodney Johnson, Lindsey Austin, Lance Galvin; Subject: Updated PDP EURs by Group 11.07.2011; 11/7/2011
- NSAI_SD_165951: David Miller to Lindsey Austin; Subject: RE: PUDs offsetting wells which are excluded from the TC; 11/3/2011
- NSAI_SD_166440; David Miller to Lindsey Austin, Lance Galvin; Subject: Draft Type Curve – oil; 11/11/2011
- NSAI_SD_162841; Lindsey Austin to Rodney Johnson, Lance Galvin; Subject: exclusions; 11/10/2011
- SD-SECURITIES-0457226; David Miller to Rodney Johnson; Subject: ERU AVG revised 11.10.2011; 11/10/2011 NSAI_SD_166444; David Miller to Rodney Johnson, Lance Galvin, Lindsey Austin; Subject: MS Type Curve for 145 Well Set – 11.11.2011; 11/11/2011
- SD-SECURITIES-0029516; Justin Lewellen to Lance Galvin; Subject: ESP Mississippi Horizontal Loe Analysis Post YE_2-22-12.xlsx; 2/22/2012
- SD-SECURITIES-0032430; Lindsey Austin to Lance Galvin; Subject: MY 2012 Non Op vs Op.pptx; 7/20/2012
- SD-SECURITIES-0034200; Justin Lewellen to Lance Galvin; Mississippian Loe Model – Static.xlsm; 8/31/2012
- NSAI_SD_075919; David Miller to Danh Nguyen; Subject: Mississippian Run Total Prov/Prob 11.28.2011; 11/28/2011
- SD-SECURITIES-0542770; Lance Galvin to David Miller, Cristie Moss; Subject: Stacked well production graphs; 12/20/2102
- SD-SECURITIES-0542763; Lance Galvin to David Miller: Subject: RE: MS Grouped Wells Normalized – 12.21.2002; 12/21/2012

- SD-SECURITIES-0542483; Lance Galvin to David Miller, Cristie Moss; Subject: RE: MS Infill Well Groupings – TC – 12.21.2012; 12/26/2012
- SD-SECURITIES-0542100; David Miller to Lance Galvin; Subject: MS Decline Trend – Observations re Flattening – 12.28.2012/ 12/28/2012
- SD-SECURITIES-0585764; David Miller to Rodney Johnson; Subject: 198 Pre2012 MS Wells (Compound Declines) – 01.11.2013; 1/11/2013
- SD-SECURITIES-0542242; Matt Grub to 'srees@nsai-petro.com'; Rodney Johnson; Lance Galvin; 'dmiller@nsai-petro.com';Danh Nguyen; Subject: Re: SD Summary match of the 653 wells; 1/26/2013
- SD-SECURITIES-0585562; Rodney Johnson to David Miller: Subject: RE: GOR Increase; 1/20/2013
- NSAI_SD_189142; David Miller to Rodney Johnson, Lance Galvin; Subject: MS 653 PDP – 01.24.2013; 1/24/2013
- NSAI_SD_201438: David Miller to Rodney Johnson, Lance Galvin; Subject: MS Core and NonCore TCs (Revised 2) – 01.25.2013; 1/26/2013
- NSAI_SD_002372: David Miller to Lance Galvin, Rodney Johnson; Subject: RE: Infilling – 01.07.2013; 1/7/2013
- NSAI_SD_223078; David Miller to Lance Galvin; Subject: Re: 637 Miss wells – Updated Projections – 01.10.2013; 1/10/2013
- NSAI_SD_196769; David Miller to Eric Stevens, Scott Rees; Subject: SandRidge MS Gas Type-Curve Analysis – 01.20.2013; 1/20/2013
- NSAI_SD_217424; David Miller to Eric Stevens; Subject: Subject: SandRidge MS Gas Type-Curve Analysis – 01.20.2013; 1/20/2013
- NSAI_SD_108054: Well Location Map – Royalty Trust 2 – 2011
- NSAI_SD_108003: Table of Well Locations
- SD-SECURITIES-0032823: Plots of Sandridge ARIES Output- Database SR0712
- SD-SECURITIES-0073588; TPH Mississippi Lime Overview January 2012 Presentation

**Company Spreadsheets of PDP EUR Values – Sandridge, NSAI & Pinnacle**

- SD-SECURITIES-0351107

- SD-SECURITIES-0455614
- SD-SECURITIES-0455827
- SD-SECURITIES-0456288
- SD-SECURITIES-0456336
- SD-SECURITIES-0551263
- SD-SECURITIES-0589604
- SD-SECURITIES-0589938
- SD-SECURITIES-0589939
- SD-SECURITIES-0589974
- SD-SECURITIES-0603042
- SD-SECURITIES-0686573
- SD-SECURITIES-0727490
- SD-SECURITIES-0732256
- SD-SECURITIES-0733212
- SD-SECURITIES-0742622
- PINN0012958

**Company Spreadsheets Containing Lease Operating Costs**

- SD-SECURITIES-0024786
- SD-SECURITIES-0034201
- SD-SECURITIES-0589574
- SD-SECURITIES-0602058
- SD-SECURITIES-0715863
- SD-SECURITIES-0733063
- PINN0011931

**Partner Reports**

- PINN0013907: Letter: Pinnacle Energy Services, LLC (JP Dick) to Atinum Partners, Atinum Energy Holdings USA, Barclays Capital; Subject: **Re: Updated Evaluation of**

**Mid-Continent Mississippian Formation Development SandRidge Energy, Inc.;** July 12, 2011

**Company Databases Containing Production Data**

- SD-SECURITIES-0005955
- SD-SECURITIES-0005964
- SD-SECURITIES-0005965