# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) | No. 5:12-cv-01341-G |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

EXPERT REBUTTAL REPORT OF STEVEN D. CRANE
CRANE ENERGY LLC

EVALUATION OF SANDRIDGE MISSISSIPPIAN
LIME EXPECTED OIL & GAS RECOVERIES

APRIL 29, 2019

**CONFIDENTIAL**

# TABLE OF CONTENTS

**Page**


I. INTRODUCTION AND SCOPE OF WORK ........ 1

A. Scope of Work ........ 1

B. Introduction ........ 1

II. REBUTTAL ........ 4

A. Confidence in Reserve Estimates ........ 4

B. Arps B-Exponents ........ 6

C. SandRidge Well Profiles – Crane's Analysis ........ 13

D. Fetkovich plots ........ 21

E. TPH Arps B-exponents and Survivor Bias ........ 22

F. PES EURs (July 2011) ........ 25

G. Mr. Rasor's Match of SandRidge's Internal Type Curve ........ 26

H. Mr. Rasor's Incorrect Claim that Crane Is Misleading in Several Areas ........ 27

I. EUR Consistency in SandRidge's Mississippian Wells ........ 29

J. GORs and excess gas ........ 31

K. NSAI's Use Of Modified Hyperbolic ........ 32

L. SandRidge Internal Analysis Was Deficient ........ 33

M. SandRidge 10/13 Lookback Pre-2012 Wells Only ........ 36

N. Excluded and Included PDP Wells For PUD Calculations ........ 38

O. PUD Wells Inclusion – YE 2011 Reserve Report ........ 39

P. Higher Operating Cost Would Cause Lower EURs ........ 42

Q. Support for Lower Rate of Return ........ 44

# I. INTRODUCTION AND SCOPE OF WORK

## A. Scope of Work

1. As stated in more detail in my Opening Report,[1] Plaintiffs' Counsel contracted Crane Energy LLC to: (i) Conduct independent production profile analyses and estimates of Expected Ultimate Recovery (EUR) of SandRidge Energy Inc.'s horizontal Mississippian wells existing prior to mid-2012 in the Mississippian Lime Play of northern Oklahoma and southern Kansas; and (ii) review various documents including communications, involving the development and representation of production profiles made by or on behalf of SandRidge and other parties during the Class Period of Feb 24, 2011 through November 8, 2012, inclusive.

## B. Introduction

2. I submitted my Opening Report on March 1, 2019. This rebuttal responds to the reports submitted on behalf of Defendants by Robert Rasor and Terry L. Brittenham. As discussed below, neither Defendants' report by Mr. Rasor nor Mr. Brittenham offer any substantive challenge to the conclusions reached in my Opening Report. Those conclusions include but are not limited to SandRidge publicly: overstating the average EUR for oil, understating the gas/oil ratios (GOR), understating the operating costs and overstating the expected average rate of return for the Mississippian Lime play.

3. My Opening Report included an in-depth and thorough decline curve analyses of 345 wells. Glaringly, neither of the Defendants' reports make any attempts to

[1] Expert Report of Steven D. Crane, Crane Energy LLC, Evaluation of SandRidge Mississippian Lime Expected Oil & Gas Recoveries dated March 1, 2019 ("Opening Report").

challenge my decline curve analyses which I performed in support of my conclusion that SandRidge overstated its EUR for oil by 237% (211 kbbls versus my 89 kbbls) and the oil content[2] of 52% versus my 39% in the 2011 period and similar values in the 2012 timeframe.

4. The Defendants' reports attempt to challenge my Opening Report's claim of the Arps B-exponent being 1 or less. Mr. Brittenham dismisses the Arps discussion by mistakenly claiming the conclusions of my report are based upon work done by Pinnacle Energy Services (PES) and completely fails to address both the detailed decline analyses and the technical discussion on the different methods and plots to measure the Arps parameters, including the B-exponent. Mr. Rasor selectively quotes from industry documents mischaracterizing the details and intent of those documents which are counter to his rebuttal without any real evaluation of the actual production profiles and my detailed work.

5. Mr. Rasor creates a false issue, based on form over substance, on my generic use of the term reserve auditor even though my initial sentence in the NSAI Analysis section[3] states "NSAI conducted independent reserve analyses for Sandridge during the Year End 2010 through Year End 2012 timeframe for both Sandridge's Oklahoma Mississippian Lime horizontal well assets and its Permian Basin assets." My

[2] Oil content = oil EUR / total hydrocarbon EUR in barrels equivalent.

[3] Ibid, Opening Report; pg 30; NSAI Analyses section VII. C. pg. 30-36.

Opening Report, which also compares NSAI's analyses to Sandridge's analyses,[4] shows that I clearly was referring to NSAI's independent reserve analyses. I did indicate that SandRidge's interaction and influence with NSAI went further than the normal arms-length independent analysis expected during an independent SEC Reserve Estimate.

6. The Defendants' reports, especially Mr. Rasor's, without substantive evaluations, raises meritless challenges to such items as maximum solution gas/oil ratios (GORs), operating cost models which match the actual SandRidge accounting data, inconsistency of NSAI's YE 2011 EURs versus their YE 2012 EURs, third party results which demonstrate survivor bias, industry standards for Proven Reserves and practices for decline curves analysis, and other items rebutted in this report.

7. Mr. Brittenham's geologic discussion is similar to the views expressed in my Opening Report in many areas, albeit in greater detail. However, Mr. Brittenham's report shows a lack of review of my detailed decline curve analyses, mistaken belief that my EUR and decline curve conclusions were based on PES' analyses, and lack of review on the technical processes for decline curve analyses. This lack of review and analysis resulted in erroneous conclusions by Mr. Brittenham. Therefore, Mr. Brittenham's conclusions, with regards to my Opening Report, are without merit and should be rejected.

---

[4] Ibid, Opening Report; SandRidge Analyses section VII. B. pg. 26-30.

8. Mr. Rasor's report selectively quotes, mischaracterizes, and misleads without any substantive analyses or reviews. Mr. Rasor's report is without merit and should be rejected in its entirety.

## II. REBUTTAL

### A. Confidence in Reserve Estimates

9. Robert Rasor, in his expert report, states that "[i]t is recognized that oil and gas reserve estimation is inherently imprecise and uncertain."[5] Mr. Rasor also quotes from the Society of Petroleum Engineers ("SPE"): "Reserves Information is imprecise due to the inherent uncertainties in, and the limited nature of, the accumulation and interpretation of data upon which the estimating and auditing of Reserves Information is predicated."[6] Mr. Rasor seeks to create the impression in his section "Methods for Estimating Oil and Gas Reserves" that oil and gas reserves estimates have great uncertainty. Even though that might be technically true across the broad range of generic oil and gas reserves, Mr. Rasor fails to mention that the same SPE document from which he quotes expressly provides that different levels of confidence are needed in different situations. Mr. Rasor quotes the introduction of that SPE document but ignores that the same document discusses the need for clarity, and then defines standards for the different categories of reserves with very different levels of confidence. In that SPE document it states:

---

[5] Expert Report of Robert Rasor dated April 4, 2019 ("Rasor Report") at p. 6.

[6] *Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information,* Society of Petroleum Engineers (2007).

> The highest category of reserves in many systems is **"Proved Reserves," which require the highest degree of confidence**. Lower categories of unproved reserves, such as "Probable" or "Possible," imply decreasing standards of certainty.[7]

10. Further on in that same document, SPE standards for reserve estimates include the following:

> For proved reserves, the SPE 2007 Definitions specify that there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate if probabilistic methods are used. Similarly, the definitions specify that there should be at least a 50% probability that the quantities actually recovered will equal or exceed the sum of estimated proved plus probable reserves. And finally, there should be at least a 10% probability that the quantities actually recovered will equal or exceed the sum of estimated proved plus probable plus possible reserves.[8]

11. It is telling that Mr. Rasor omits these citations, which are central to the issue, from his report.

12. Within the Proved Reserves category, there are two important subcategories reviewed in my Opening Report: (1) the **Proven Developed Production (PDP)** reserves; and (2) the **Proven Undeveloped (PUD)** reserves. The high level of confidence that these reserve volumes will be produced require a 90% probability on a probabilistic basis, which is very different from the "imprecise" and "uncertain" labels assigned by Mr. Rasor. In NSAI's evaluations and SandRidge's EUR work, the producing wells are in the PDP category. SandRidge's public type well / type curve at each time period reviewed in my Opening Report, as stated, is based upon NSAI's PUD type well from that period's current NSAI reserve report. As discussed in my report, SandRidge's internal PDP well

---

7 Ibid, SPE (2007).

8 Ibid, SPE (2007).

values were greater than NSAI's official reserve report values and provided the basis for SandRidge publicly portraying that future well EURs could be higher than the NSAI-based type well of a "well defined type curve" with a "conservative b factor" of 1.5.[9]

13. Contrary to Mr. Rasor's assertion about the uncertainty of reserves, industry and SEC standards require a high degree of certainty for a statement of Proved Reserves. SandRidge and NSAI are held to that high degree of certainty.

**B. Arps B-Exponents**

14. Mr. Rasor states, "Mr. Crane's EUR analysis is critically flawed because his application of a hyperbolic decline B-exponent of 1.0 is contrary to industry literature and practice for wells like SandRidge's wells in the Mississippian."[10] He suggests that for more than 30 years, the industry has accepted the use of Arp's B-exponents greater than 1.0. The following section will refute that claim.

15. Mr. Rasor does appropriately acknowledge that calculated B-exponents greater than 1 can be caused when analyzed across the transient flow period: "attributed high b exponents to transient flow behavior".[11] Likewise, in my Opening Report, I state that:

16. With the development of the unconventional ultra-low permeability formations, such as the Bakken or Eagle Ford, long timeframe transient flow lasting

---

[9] SD-SECURITIES-0337480, SandRidge Presentation, Goldman Sachs Global Energy Conference (Jan. 10, 2012).

[10] Rasor Report at p. 4.

[11] Rasor Report at pg. 19.; original quote from Long, D.R. & M.J. Davis, "*A New Approach to the Hyperbolic Curve*," SPE 16237 (March 1987), p. 497.

months and years have been observed prior to reaching boundary dominated flow. Attempts in the industry to use the Arps decline curve method across both the transient and boundary dominated flow periods resulted in calculating Arps' B-exponents greater than 1, and typically with values between 1.5 and 2.[12]

17. Concerns over the long transient times in the unconventional geology of shale plays and use and/or misuse of Arps' decline curve methodology over the transient timeframe caused the Society of Petroleum Engineers (SPE) to form a task force by early 2014.[13] This ongoing task force was organized by three members of the SPE RD&D Committee. Two of the three members are distinguished technology leaders of the industry, Dr. John Lee[14] and Dr. Tom Blasingame.[15] Besides their credentials stated in the footnotes, Dr. Blasingame is SPE's nominated President for 2021.

---

[12] Opening Report at p. 12.

[13] *Are Our Proved Shale Reserves Reasonably Certain?*, John Lee, SPEE Houston Chapter (Feb. 5, 2014).

[14] "W. John Lee is known throughout the world as a leader in petroleum reservoir engineering. Author of two textbooks published by SPE, on Well Testing and Gas Reservoir Engineering, Dr. Lee holds the L.F. Peterson Chair in Petroleum Engineering at Texas A&M University, where he has served on the faculty since 1977. After receiving BChE, MS, and PhD degrees from Georgia Tech, Dr. Lee worked for the reservoir studies division of Exxon Production Research Company from 1962 to 1968. Later he joined and eventually headed Exxon Company, US's major fields study group where he supervised integrated field studies of Exxon's largest domestic reservoirs. In 1975-75, he was chief reservoir engineer for Exxon's Houston District. He joined S.A. Holditch & Associates, Inc. in 1980 and retired as a vice president in 1999. Dr. Lee is a past member of the Board of Directors of SPE, has been a Distinguished Lecturer, has received the Distinguished Faculty Achievement Award, and is a Continuing Education Lecturer. He received the John Franklin Carl Award in 1995, the Distinguished Service Award in 1992, and the Reservoir Engineering Award in 1986. He was named a Distinguished Member in 1987. Dr. Lee was also elected to the National Academy of

18. Both Dr. Lee and Dr. Blasingame have raised concerns over the misuse of Arps' decline curves during the transient timeframe. Both Dr. Lee and Dr. Blasingame, as well as many others in industry, recommend the use of diagnostic plots, such as the log rate – log time Fetkovich plot and/or Blasingame's modification using a log rate – log Material Balance time plot, to determine the transient flow period(s) versus the boundary flow period (Arps time period). They recommend first identifying each flow regime segment, and then applying linear and/or bi-linear flow analysis techniques in the

---

Engineering in 1993 and to Georgia Tec's first class of its Academy of Distinguished Engineering Alumni in 1994. His next text, Pressure Transient Testing, is pending for publication by SPE." Source: http://www.aimehq.org/programs/award/bio/w-john-lee-2.

[15] "Tom Blasingame is a professor and holder of the Robert L. Whiting Professorship in the Department of Petroleum Engineering at Texas A&M University. His teaching and research activities focus on petrophysics, reservoir engineering, analysis and interpretation of well performance, exploitation of unconventional reservoirs, and technical mathematics. He also holds a joint appointment in the Department of Geology and Geophysics at the university. As of February 2019, Blasingame has graduated 67 MS (thesis) students, 34 MEng (report, non-thesis) students, and 14 PhD students. He served as assistant department head of graduate programs for the Department of Petroleum Engineering at Texas A&M from 1997 to 2003 and has been recognized with several teaching and service awards. Blasingame was named an SPE Distinguished Member in 2000 and is the recipient of numerous SPE honors and awards, including the Distinguished Service Award in 2005, the Lester C. Uren Technical Excellence Award in 2006, the Anthony F. Lucas Technical Leadership Gold Medal (SPE's pre-eminent technical award) in 2012, the DeGolyer Distinguished Service Medal in 2013, and the Distinguished Achievement Award for Petroleum Engineering Faculty in 2014. He was named an Honorary Member of SPE in 2015. He served as an SPE Distinguished Lecturer in 2005 and 2006 and was the SPE Technical Director for Reservoir Description and Dynamics from 2015 to 2018. He has prepared approximately 160 technical articles and chaired numerous technical committees and technical meetings. Blasingame holds bachelor's and master's degrees and a PhD from Texas A&M, all in petroleum engineering." Source: SPE Journal of Petroleum Technology (April 1, 2019).

transient flow period as appropriate and applying Arps or some variation of a modified Arps in the boundary flow period.[16]

19. In addition to Lee and Blasingame, the recent literature by both academics and industry experts, address the issue of misusing the Arps' decline method in the ultra-low permeability resource plays during the transient flow period prior to the appropriate boundary flow period. The following sources clearly refute Mr. Rasor's claim of industry acceptance of Arps B-exponents greater than 1.

- Paryani et. al (2018) stated: "The use of Arps' equation to analyze production data from shale reservoirs is not recommended because these reservoirs sometimes do not attain boundary dominated flow due to their low permeability. Moreover, the drainage area is not constant because the pressure pulse continues to propagate from the near wellbore/fracture to other areas of the stimulated reservoir volume. Under these conditions, the b-value obtained from regression by minimizing the least square error between the values predicted by the Arps's hyperbolic model and the actual production data will be greater than 1. This in turn leads to erroneous estimates of reserves…. **As stated elsewhere in the technical literature, forecasting transient production using an Arps' hyperbolic equation**

---

[16] *See*: *Reservoir Engineering Aspects of Unconventional Reservoirs*, T. Blasingame, Dallas Petroleum Engineers Club (Dec. 4, 2015); *Are Our Proved Shale Reserves Reasonably Certain?*, J. Lee, SPEE Houston Chapter (Feb. 5, 2014); *Death by Bubble Point: Fact or Fantasy?*, J. Lee, 2018 Ryder Scott Reserves Conference (Sept. 13, 2018); *Recent Decline Models for Resource Plays*, J. Lee, University of Houston (Jan. 25, 2012); *Optimal Decline Curve Analysis (DCA) Models for Liquid Rich Shale (LRS) Gas Condensate Reservoirs*, A. Khanal, M. Khoshghadam, and W. J. Lee, University of Houston, SPE Liquids-Rich Basins Conference - North America, SPE-175530 (Sept. 2-3, 2015); *Forecasting Production of Shale Volatile Oil Reservoirs Using Simple Models*, Ibukun Makinde, and W. John Lee, University of Houston, SPE/IAEE Hydrocarbon Economics and Evaluation Symposium, SPE-179964 (May 17-18, 2016).

**with b>1 can lead to a severe overestimation of EUR, and for that matter, remaining reserves**."[17]

- Van Cauter (2013) stated: "First and foremost, the low-permeability conditions create long-duration transient flow (Lee & Sidle 2010), where the drainage area is expanding and temporarily sustaining high b values (Berman 2011) and therefore causing optimistic Arps forecasts. **Values of b greater than one are often observed, which is physically impossible unless the data is in transient flow** (Fetkovich 1987, 1996). Blasingame & Rushing (2007) and Ilk et al. (2008) found that **the best-fit value of b tends to decrease over time**. Lee & Sidle (2010) show that for **as long as b>1, cumulative production is increasing with no physical limit, which is another indication that any b>1 is transient only**."[18]

- McNeil etal (2009) stated: "Although Arps should be limited to the boundary-dominated flow portion of the production history where operating conditions (back-pressure) are relatively constant, practitioners regularly attempt to utilize Arps in the transient flow region. The transient period for a tight or shale gas well is often much longer than for a typical gas well. Production data may still be in the transition region between transient and boundary dominated flow for a period of months or even years. As a consequence, practitioners are regularly pushing the limitation of 'b' being less than or equal to 1 and use b-values much greater than 1. **These higher 'b' values make better-looking matches of the production history data possible but often produce remaining reserve estimates that are obviously ridiculous.** The bigger problem is that it is very difficult to distinguish between a realistic and a ridiculous remaining reserve projection."[19]

---

[17] *Decline Curve Analysis: A Comparative Study of Proposed Models Using Improved Residual Functions*, Paryani M, Ahmadi M, Awoleke O, Hanks C., J Pet Environ Biotechnol 9: 362 (2018), doi: 10.4172/2157-7463.1000362.

[18] *Predicting Decline in Unconventional Reservoirs Using Analytical and Empirical Methods*, Frederik Van Cauter, MSc Thesis, Imperial College London, Department of Earth Science and Engineering Centre for Petroleum Studies (Sept. 2013).

[19] *Application of the Power Law Loss-Ratio Method of Decline Analysis,* R. McNeil, O. Jeje, A. Renaud, Canadian International Petroleum Conference (CIPC 2009), Calgary, Alberta, Canada, (June 16-18, 2009).

20. Mr. Rasor, as part of his claim that the industry supports the use of Arps' B-exponents greater than one, selectively quoted from Varma et. al. (2018): "In tight formations or in shale reservoirs, b>2 are quite commonly observed."[20] The purpose of that paper, however, is to discuss the problems and a potential workaround in using the Arps decline methods in horizontal wells in ultra-low permeability unconventional geology with long transient flow regimes, including multiple linear flow regimes. Further in Varma et. al.'s introduction, they stated:

**21. "Hyperbolic decline equations are the mainstay of reserves evaluation. They are empirical. They work well for data in boundary-dominated flow (BDF). They do not work well for transient data. The reason is that $b_{transient}$ >1, and whenever b>1 the EUR (Expected Ultimate Recovery) is infinite. Therefore, a simple use of hyperbolic equation when flow history is dominated by transient data, is doomed to fail."[21]**

22. Mr. Rasor quoted only what appeared to support his position but significantly omitted the above language that contradicted his position.

23. Again, the root cause of calculated Arps' B-exponent greater than 1 is misapplying Arps methods during the long transient flow period, lasting months and even years, resulting from the unconventional geology, with ultra-low permeabilities in the

---

[20] Rasor Report at p. 20, n.73.

[21] *Variation of Hyperbolic-B-Parameter for Unconventional Reservoirs, and 3-Segment Hyperbolic Decline*; Varma, S., Tabatabaie, S. H., Ewert, J. & Mattar, L., Unconventional Resources Technology Conference (Aug. 9, 2018), doi:10.15530/URTEC-2018-2892966.

micro-darcy and nano-dacy range. The Mississippian Limestone is **not an unconventional reservoir. It is a conventional geology**[22] with permeabilities down to around 0.1 millidarcy and up to 100 millidarcies, with the highest values typically in the Mississippian Chat.[23] Relative to the ultra-low permeability unconventional geology, these higher permeabilities result in much shorter transient flow periods.

24. The log rate – log time plots (Fektovich plots), also recommended by both Lee and Blasingame in their various papers and presentations as a diagnostic tool to determine transient flow from boundary dominated flow, demonstrate that for the Mississippian Limestone wells analyzed in my report, transient flow ends within the first 90 days of production.[24] During the boundary flow period, it is appropriate to analyze each well's individual production profile using the Arps' decline curve method.[25] Use of Arps's decline model with the lower limit of exponential decline (B-exponent = 0) and

---

[22] SD-SECURITIES-0000654, SandRidge 2011 Investor / Analyst Meeting Presentation (Mar. 1, 2011).

[23] *Characterization of the Mississippian chat in south- central Kansas*, W. Lynn Watney, Willard J. Guy, and Alan P. Byrnes, AAPG Bulletin, v. 85, no. 1 (Jan. 2001), pp. 85-113.

[24] Opening Report, Exhibit 13.

[25] *Overview of SPEE Monograph 4*, Mike Verney, SPE Reservoir Engineering and Production Optimization (Feb. 28, 2017); Ibid, T. Blasingame; Ibid, J. Lee; Ibid, Varma et al.

the upper limit of harmonic decline (B-exponent =1) are valid during boundary dominated flow.[26]

### C. SandRidge Well Profiles – Crane's Analysis

25. Terry L. Brittenham mistakenly states that "Mr. Crane relies extensively upon a July 12, 2011 letter written by Mr. Dick of Pinnacle Energy Services"[27] instead of conducting my own analysis. Mr. Brittenham solely reviews the PES report in his rebuttal of my claims, stating at the end: "An objective reading of Mr. Dick's letter, in my opinion, does not support the opinions Mr. Crane asserts."[28] Mr. Brittenham's view that I relied extensively on the PES is surprising and inconsistent with the facts, as in my Opening Report, the combined TPH and PES discussion [VIII. TPH AND PES EUR ANALYSIS (THIRD PARTY ANALYSIS)] is only one page out of 42 pages, and only 3 out of 60 Exhibits[29] include data from the PES report (presented along with NSAI, SandRidge, TPH and Crane). I presented PES data as confirming my own work. I presented the TPH county level data also as confirming my own decline work in addition to confirming survivor bias using SandRidge's total well averaging approach.

---

[26] *Forecasting Production of Shale Volatile Oil Reservoirs Using Simple Models,* Ibukun Makinde, and W. John Lee, University of Houston, SPE/IAEE Hydrocarbon Economics and Evaluation Symposium, SPE-179964 (May 17-18, 2016).

[27] Report of Expert Witness Terry L. Brittenham dated April 4, 2019 ("Brittenham Report") at pp. 23-25.

[28] *Id.* at 25.

[29] Opening Report, Exhibits 56-58.

26. For my Opening Report, I conducted my own decline curve analysis on each of SandRidge's individual wells though the mid-2012 timeframe. Appendix III of that report[30] contains over 1000 pages with normally 9 graphs per well showing the identification of apparent operational changes and my individual decline analyses for oil, gas and water for each well. Neither of the Defendant's experts did a review or evaluation on the quality of my individual well decline curves analysis in my Opening Report, in Appendix III.

27. Similarly, Mr. Rasor did not actually evaluate any of my Arps' decline curve analyses on individual wells in the exhibits or Appendix III. Rather, Mr. Rasor simply stated: "Mr. Crane purported to conduct his own EUR evaluation of SandRidge wells in the Mississippian at two different timeframes: mid-2011 and mid-2012."[31] Mr. Rasor's one attempt of challenging my Arps decline curves was the group harmonic plot in which he cherry-picked a few wells showing an upward slope change (ignoring the downward slope changing wells) and drawing a single line through a few wells on the group plot versus looking at the individual well graphs.

28. The "upward curvature" is actually production variation from two (or sometimes more) operational changes – SandRidge's efforts at artificial lift optimization sometimes resulted in increased production rates of oil, water and gas. Running a single line through the various segments can either show upward curvature when adding

---

[30] Ibid, Crane.

[31] Rasor Report at p. 17.

artificial lift or downward curvature when a well encounters production issues such as wellbore loading. One needs to look at each individual well and then each individual production segment to differentiate operational changes from reservoir mechanisms.[32] Appendix III of my Opening Report shows my work on production profiles, decline analysis and identifying operational changes on each individual well. Other than the few wells Mr. Rasor selected in the Group Hamonic plot, he does not dispute nor counter by his own work any of my independent decline analysis.

29. Below are three of the four wells Mr. Rasor selected in support of his claim. As can be seen, the production variation including increasing production due to the apparent operational changes causes the slope variation. The Clark Trust 1-11H has at least three operational changes with production increasing, the Howell 1-33H has at least four operational changes with production increasing, and the Kilian 1-7H with at least two operations changes with production increasing. The increases, especially the major ones, create a concave upwards slope and can result in an erroneous interpretation of a higher Arps B-exponent, especially under a casual evaluation. As stated by Poston and Poe, changes in the production system, such as artificial lift changes, can cause a shift in decline and requires the production profile to be analyzed on a segment by segment basis. One has to evaluate each declining segment so not to be fooled by combining the

---

[32] *Analysis of Production Decline Curves*, by Steven W. Poston and Bobby D. Poe, Jr: "Conventional decline-curve analysis assumes a constant BHFP. However, the BHFP often changes because the production system is modified or the reservoir boundary conditions vary. A changing BHFP can cause the production decline to shift. Therefore, an erratic curve should be segmented into a set of smooth curves that represent periods of common characteristics." Note: BHFP means Bottom Hole Flowing Pressure.

increasing segments with the decreasing segments, as did occur with Mr. Rasor's casual review of my group harmonic curve.




***Figure 1***

30. Industry guidelines state: "The choice of the best-estimate case reserves, which represents the 2P reserves estimate, must consider **the quality of the fit**, the uniqueness of the fit, the range of expected exponents, and the reasonableness of the reserves or life."[33] (emphasis by Crane).

31. The fourth well, West 1-18H, does not show any curvature and up to operational issues, after 400 day and 35,000 bbls of production, has straight-line behavior

---

[33] *Guidelines for Application of the Petroleum Resources Management System*, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011).

on a harmonic plot with an $R^2$ of 0.99. Even with the operational problems dropping production at the end, the $R^2$ is still 0.95.




***Figure 2***

32. Mr. Rasor incorrectly states that I artificially limited and applied a B-exponent of 1 to the wells versus performing my own analysis getting the best-fit parameters for each well. He also mischaracterizes that I selected and "applied 'an Arps B-exponent of 1' *because* "[t]he slope of the Fetkovich graph during the boundary dominated flow period for most of the wells is around 1."[34]

33. Following industry guidelines and practices for decline curve analysis,[35] I determined the best-fit values each individual well of the three parameters in the Arps' decline curve equations for the data after the transient flow period. I used regression

[34] Rasor Report at p. 20.

[35] *Modern Decline Analysis (MDA).* Similar to TDA, the objective of MDA is also to determine the best-fit values of constants *n* and *Di* to the observed production rate trend for a well, a number of wells or the entire reservoir." Source: Guidelines for Application of the Petroleum Resources Management System, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011).

techniques in determining the best-fit for the multiple relationships between production rate, cumulative production and time as shown on my multi-plot example. These examples show the different graphs and matches for the three fluids, oil, gas and water.[36] As stated in my Opening Report, the majority but not all of the wells' oil declines followed a harmonic decline with an Arps B-exponent of 1. The harmonic plots, which are a semi-log graph plotting the logarithm of production rate versus cumulative production, should follow straight-line behavior for wells with B-exponents of 1.

34. A method testing the validity of straight-line behavior is a statistic called the coefficient of determination or R-squared ($R^2$). R-squared values can range from a low of 0 to a high of 1. A value of 1 means a perfect correlation in the linear relationship.[37] The following examples show the harmonic plot for individual wells' oil production, a semi-log graph of the logarithm of daily oil production rate versus cumulative oil production. Each graph shows the actual data, my Arps decline prediction with a B-exponent of 1 and the R-squared value. As seen in the eight examples, the R-squared is quite high, approaching a perfect correlation, demonstrating the linear relationship and confirming for these wells that the Arps B-exponent is 1.

[36] Opening Report, Exhibits 15-17, Oil Decline Graphs, Gas Decline Graphs, Water Decline Graphs.

[37] https://www.britannica.com/science/coefficient-of-determination.




*Figure 3*

35. Some of the noisier production data, with greater volatility, do have lower $R^2$ values. The examples below have $R^2$ of 0.90 to 0.94 caused by the volatility in production rate. However, these wells still have best-fit Arps B-exponents of 1.




*Figure 4*

36. On the other hand, some wells had Arps B-exponents lower than 1. The example below on the left, the Ruby Jean 1-33H, shows my multi-plot graphics with my oil Arps decline curve match resulting in an Arps' B-exponent of 0.58. The example below on the right is the Nadola 1-25H well with an oil Arps' B-exponent of 0.0, which is an exponential decline. For exponential declines, there are two straight-line relationships, one is the logarithm of oil rate versus production time, and the other is linear between oil rate versus cumulative oil production. For the exponential example on the right, the two different R-squared value are 0.95 and 0.96, indicating a strong linear

correlation and confirming that particular well has an exponential decline with an Arps B-exponent of 0.

**Hyperbolic: Arps B = 0.58** **Exponential: Arps B =0**




***Figure 5***

37. While I have focused on Arps decline curve analysis for oil, I performed best-fit analyses on each individual wells' gas and water production as well. This is documented in my Opening Report and results are shown graphically in that report's Appendix III.

38. I conducted independent decline curve analysis on SandRidge's Mississippian Lime wells through mid-2012. Following industry guidelines and practices stated above, I determined that all the SandRidge wells' oil production had Arps' B-exponents ranging between 0 and 1 with the majority being about one and some ranging lower, even down to a B-exponent of 0. Contrary to Mr. Rasor's claims, I did not arbitrarily select an Arps' B-exponent of 1 but instead matched my decline predictions to the actual data on a well by well, fluid type by fluid type basis, as shown in my Appendix III in my Opening Report.

**D. Fetkovich plots**

39. Mr. Rasor states: "Mr. Crane also misapplies M.J. Fektovich's type curves to Mississippian Lime decline curves in an attempt to support the application of a B-exponent of 1.0 to Mississippian well analysis."[38] He also claims "Mr. Crane ignores the fact that Fetkovich's type curve analysis utilized a number of modeling assumptions that are not applicable to the horizontal wells that SandRidge drilled in the Mississippian."[39]

40. The following three graphs are Fetkovich style graphs for a *vertical well* in radial flow, an *unfractured horizontal well* in conventional geology going from linear flow in the transient time to boundary dominated flow,[40] and a *multi-fractured horizontal well* in ultra-low permeabilities[41] from a recent (2013) thesis. In all three graphs, during boundary dominated flow (appropriate for using Arps methodology), the slopes of the lines are the same for each of the different Arps B-exponents. On all three graphs, a slope of 1 correlates to an Arps B-exponent of 1. This is due to the mathematics of the Arps equations. Regardless of the various reservoir characteristics, if it is valid to apply the Arps methodology during boundary dominated flow, the Fetkovich style slopes will

[38] Rasor Report at p. 20.

[39] *Id.*

[40] *Decline Curve Analysis For Horizontal Wells*, Min-Yu Shih, M.Sc. Thesis, Texas A&M University (Aug. 1994).

[41] *Study of the Effect of Fracture Completion Variables on Decline Curve Parameters for Long-Term Production Forecast of Shale Liquids*, Eshwar C Yennigalla, M.Sc. Thesis, University of Houston (Dec. 2013).

be equivalent for the different Arp B-exponents, including a slope of 1 correlating to the Arps B-exponent of 1.




Vertical Well Unfractured Horizontal Well Fractured Horizontal Well

***Figure 6***

41. In my own decline curve analyses, I only used the Fetkovich style plots on the individual SandRidge wells to determine when a specific well was in boundary dominated flow, when it is appropriate to apply the Arps methodology. In my Opening Report, I also used the Fetkovich style plot for oil with most wells' slopes of about 1 as supplemental support to the actual Arps harmonic decline plots showing "straight line" behavior demonstrating Arps B-exponents of 1. I did not base any quantitative analysis of EURs or even select the Arps B-exponent from the Fetkovich style plots as Mr. Rasor mistakenly suggested.

**E. TPH Arps B-exponents and Survivor Bias**

42. Mr. Rasor states in his report that I have mischaracterized a June 2011 analysis by Tudor Pickering & Holt (TPH).[42] TPH analyzed SandRidge's wells at that time using two different approaches. The first approach averaged 88 wells together

[42] Rasor Report at p. 16.

(Woods, Alfalfa and Grant Counties) to calculate average EURs, Arps B-exponents (TPH terminology: "B Factor"), and other parameters. This first method is the same as SandRidge's approach in developing an average well type curve. The second approach that TPH used was to break down the 88 wells into each of the three counties and analyze each counties' wells using the same well averaging method. The results of the individual counties were quite different than the total combined county approach, both on an EUR basis and for the Arps B-exponents. Mr. Rasor completely ignores the more accurate county level analysis conducted by TPH.

**1. TPH EURs**

43. As seen in the table below, on an individual county basis, Woods County had the highest EURs of the three counties with a hydrocarbon EUR of 371 kBOE and an oil EUR of 210 kbbls. On the other hand, when using the first approach of all three counties combined into a single analysis, the average EURs for the three combined (Total Well Approach) was much greater than the largest individual county value (Woods County). For oil EURs, the county level values ranged from a high of 210 kbbls to a low of 90 kbbls, as compared to the Total Well Approach average of 235 kbbls for the three counties combined. This demonstrates an obvious issue and, in combination with the graphs in the TPH presentation, a clear example of survivor bias in the Total Well Approach method.

| TPH Analysis | June 21, 2011 | | | | | |
|---|---|---|---|---|---|---|
| County | Woods* | Alfalfa* | Grant* | Wood/Alfalfa/Grant Well Count-Weighted Average ** | | Wood/Alfalfa/Grant Total Well Approach* |
| Well Count | 23 | 47 | 18 | | | 88 |
| Gross EUR (kBOE) | 371 | 265 | 173 | 274 | | 455 |
| Oil EUR (kbbls) | 210 | 126 | 90 | 141 | | 235 |
| B Factor | 1.0 | 1.1 | 1.3 | | | 1.5 |

* Values directly from TPH Presentation (SD-Securities-0455575)
** Well count-weighted average from TPH county-level analysis

44. The Total Well Approach with an oil EUR of 235 kbbls and total hydrocarbon EUR of 455 kBOE reflect the production of only a few longer producing wells in Woods County. The EURs by county are more accurate and represent the full sample of the 88 wells analyzed in those three counties. It is therefore misleading to represent the 235 kbbls and 455 kBOE EURS as the correct EUR values for these 88 wells.

45. Mr. Rasor also contends that my values stated are mischaracterizations from TPH values. I stated in my Opening Report that I was using a "well-count weighted average" using the county level values[43] and showed the same in a table in that report.

## 2. TPH Arps B-exponents

46. The TPH analysis also compares the Arps B-exponent when calculated on the Total Well Approach versus the B-exponents they calculated at the individual county levels, as shown in the table above. Again, the Total Well Approach B-exponent of 1.5 is greater than any of the B-exponents of the three counties individually. TPH calculated Arps B-exponents of 1.0 and 1.1 for the majority of the 88 wells in their county level

[43] Well-Count Weighted Average EUR = Sum of [(Wells per County) * (County level EUR)] / Sum of (Wells per County) for the three counties.

analysis and show the Survivor Bias in the higher Arps B-exponents when using the Total Well approach.

### F. PES EURs (July 2011)

47. Mr. Rasor also states that "Mr. Crane also mischaracterizes the results of the PES analysis."[44] In the July 2011 PES report, PES shows the results on a county level basis for the same three counties (Woods, Alfalfa, and Grant Counties) and the same wells. In my Opening Report, I compared the PES results to the TPH county level results and showed the same well count-average values. The table below showing the comparison is from my Opening Report:

June - July 2011

| County | PES* Oil EUR (kbbls) | PES* Hydrocarbon EUR (kBOE) | | TPH** Oil EUR (kbbls) | TPH** Hydrocarbon EUR (kBOE) | Wells |
|---|---|---|---|---|---|---|
| Woods | 201 | 382 | | 210 | 371 | 23 |
| Alfalfa | 112 | 277 | | 126 | 265 | 47 |
| Grant | 76 | 165 | | 90 | 173 | 18 |
| Average | 128 | 282 | | 141 | 274 | |

*PINN-0013909
**SD-Securities-0455575

48. In addition, the PES report did report an average total hydrocarbon EUR of 301 MBOE (kBOE) for the total 91 horizontal wells they evaluated but did not present any data on the three wells outside of the core area that they analyzed. My report and comparison focused on the three specific counties with 88 wells in the core area in which both TPH and PES presented county-level data.

[44] Rasor Report at p. 15.

### G. Mr. Rasor's Match of SandRidge's Internal Type Curve

49. Mr. Rasor, in his challenge of my claim on Survivor Bias and that higher Arps B-exponents are not correct, presents Figure 3 of his report,[45] showing a match on the first approximately 290 days, with the well count dropping from 141 wells averaged down to 50 wells averaged. This is no surprise as he is misapplying the same Total Well Averaging technique as SandRidge. As shown previously, TPH evaluated the SandRidge Mississippian Lime play on a more granular basis, county by county versus the Total Well Averaging method, resulting in lower Arps B-exponents, mostly around 1.0 and 1.1 for 80% of the wells at that time. Likewise, Rastogi, and Dr. Lee (2015) in their evaluation of the Total Well Averaging method stated: "This methodology is deeply flawed, however, and results in significantly different estimates by different evaluators." and "may lead to either overestimates or underestimates (usually overestimates) of future production from a particular well or reservoir."[46]

50. If one looks at the individual production data, the final approximate 30 months of production time are the oldest wells, all in Woods County, as seen on the graphs by TPH.[47] Woods County has the highest EUR wells as analyzed by TPH, NSAI, Crane and PES. These oldest wells with high EURs are the cause of over-estimated Arps

---

[45] *Id.* at 24-25.

[46] *Methodology for Construction of Type Wells for Production Forecasting in Unconventional Reservoirs,* SPE 178525, Ayush Rastogi, and W. John Lee, University of Houston, Unconventional Resources Technology Conference, San Antonio, Texas (July 20-22, 2015).

[47] Opening Report, Exhibit 55.

B-exponent when averaged in with the lower EUR wells in the other counties with shorter production time, as seen in the TPH analysis. Mr. Rasor's work shown in his Figure 3 results in the overestimated B-exponent as predicted in Rastogi and Lee's comment on the Total Well Averaging method.

### H. Mr. Rasor's Incorrect Claim that Crane Is Misleading in Several Areas

51. Mr. Rasor raised several issues where he claims I am misleading in my Opening Report. These included my representation of NSAI efforts, the nomenclature I used in my Opening Report discussing my labeling and comparing Year End values with SandRidge public type wells, and my timeline comparison of the different evaluations occurring at different times during the class period.

52. In my Opening Report, I used the term "reserve auditor" as a generic term. My Opening Report was very transparent and clearly stated the actions of NSAI and their lead engineer, David Miller. The entire section VII (REVIEW OF SANDRIDGE AND NSAI EUR ANALYSES) discusses first the SandRidge analysis in VII.B and then the NSAI analysis in VII.C. The opening sentence in Section VII. C (NSAI Analyses) of my Opening Report starts with: "**NSAI conducted independent reserve analyses for SandRidge during the Year End 2010 through Year End 2012 timeframe for both SandRidge's Oklahoma Mississippian Lime horizontal well assets and its Permian Basin assets**."[48] I should mention that Mr. Brittenham does not raise this issue in his report. In fact, Mr. Brittenham states: "The reports submitted by Mr. Tomanek, Ms.

[48] Opening Report at p. 30.

Lencioni, and Mr. Crane do not identify any evidence that calls into question NSAI's independence as SandRidge's reserves estimator."[49] Mr. Brittenham does challenge my opinion that SandRidge influenced NSAI in some of NSAI's results without providing any support for his argument.

53. On the combined issue of nomenclature of my labeling and the comparison of the different evaluations at the different timeframes, including my own mid-2011 and mid-2012 timeframes, again I stated clearly in my report the timing of the events and comparisons in the various sections. Section IX (HISTORY OF RESULTING EURS AND TYPE WELLS) with its associated Exhibits 56 – 60 is an effort at clarity in the different events: "The history of NSAI and SandRidge's EUR evaluation is necessary to put all the previous sections into perspective."[50]

54. Likewise, for Proven Reserves with the probability standards of 90% confidence in recovering those volumes, an individual wells' EUR projections should not vary that much, within the couple of years that my report focused on. My report discusses the different vintages of wells, such as the Pre-2011 wells, and shows the similarities and variation as the different periods progress. My individual well analysis for wells producing by mid-2011 show both my values for the mid-2011 analysis and

---

[49] Brittenham Report at p. 16.

[50] Opening Report at p. 38.

then the values with an additional year's production through mid-2012 (Appendix III in my Opening Report).[51]

**I. EUR Consistency in SandRidge's Mississippian Wells**

55. Mr. Rasor incorrectly claims that NSAI maintained consistency in their PDP EURs from year to year. In his example, he states "Specifically, the year-end 2011 average EUR for those 130 wells is 454 MBOE, and the year-end 2012 average EUR for the 130 wells is 432 MBOE."[52] His quoted values and claim of consistency are significantly in error. Mr. Rasor mistakenly double-counted the natural gas liquids (NGLs) in his 2012 EUR values. In the YE 2012 Reserve Report, NSAI reported a Gross Gas EUR of wet gas including NGLs as well as a Gross Liquid EUR, which were the sum of oil/condensate and NGLs.[53] Mr. Rasor added those two values together for his quoted average YE 2012 EUR value, with the NGLs included in both.

56. In fact, comparing only oil without NGLs, NSAI's YE 2012 average oil EUR dramatically dropped to 56% of the YE 2011[54] average oil EUR for those 130 wells,

---

[51] *Id.* at 13.

[52] Rasor Report at p. 17.

[53] SD-Securities-0005670. At the time of NSAI YE 2012 Reserve Report, SandRidge was changing from the selling of wet wellhead gas with a higher BTU content to transporting the wet gas to gas plants to remove certain NGLs and selling the lower BTU content dry gas plus selling the NGLs. This resulted in a change in NSAI's Reserve Report format from YE 2011 to YE 2012. EUR values are based upon wellhead volumes of oil and wet gas while the Net Reserves volumes are adjusted for NGL yields specific to gas composition and gas plant configuration plus shrinkage from wet wellhead gas to dry sales gas volumes.

[54] SD-Securities-0005586.

from 196 kbbls down to ~110 kbbls.[55] The average wet gas reserves increased slightly resulting in the average total hydrocarbon EUR dropping from 454 kBOE down to 392 kBOE. The graph below shows the comparison for those specific 130 wells.




***Figure 9***

57. The YE 2012 average oil EUR of ~110 kbbls is close to NSAI's preliminary December 12, 2012 average oil EUR[56] of 105 kbbls for these 130 wells. This demonstrates the significant change in NSAI's YE 2012 evaluation that I stated in my Opening Report, resulting in a) lower oil EURs and b) a lower percentage of oil EUR relative to the total hydrocarbon EUR as compared to NSAI's YE 2011 values.

---

[55] Average NGL Yield (bbls NGL per MCF wet gas): Miss. Trust I – 0.03164 bbls; Miss. Trust II – 0.03434; Miss. Non-Trust – 0.02168; calculated from NSAI report: SD-Securities-0005670.

[56] SD Securities-0733212.

**J. GORs and excess gas**

58. Mr. Rasor states in his report that "Mr. Crane's Conclusions Concerning Gas-Oil Ratios of Producing Wells Are Unsupported."[57] He then contends that there is nothing to support my claim of solution gas GORs having a maximum of approximately 800 scf per bbl of oil or that I suspect that depletion is the primary cause of the majority of wells having high initial GORs where the median initial GOR is over 4000 scf per bbl of oil.

59. On the other hand, Mr. Brittenham, in his expert report, has a similar, albeit slightly higher, value for the maximum possible amount of solution gas; "For example, at initial reservoir conditions of pressure and temperature, one barrel of medium-gravity crude oil such as that produced by the Mississippian reservoirs in Oklahoma and Kansas, may contain perhaps 1,000 standard cubic feet of natural gas per stock tank barrel of crude oil (scf/stbo)."[58]

60. For the claim of maximum solution GOR in my Opening Report, I used three different industry correlations: (Vasquez-Beggs,[59] Glaso,[60] Standing[61]) to calculate

---

[57] Rasor Report at p. 25.

[58] Brittenham Report at p. 4.

[59] "*Correlations for Fluid Physical Property Prediction*", Vasquez, M., & Beggs, H. D., Society of Petroleum Engineers (June 1, 1980).

[60] "*Generalized Pressure-Volume-Temperature Correlations*", Glaso, O., Society of Petroleum Engineers (May 1, 1980).

[61] "*A Pressure-Volume-Temperature Correlation for Mixtures of California Oil and Gases*", M.B. Standing, Drill. & Prod. Prac., API (1947).

the maximum solution gas oil ratio for the core area in SandRidge's Mississippian Lime play. I assumed a maximum initial reservoir pressure of 2500 psi which approximates a hydrostatic pressure in the deepest part of the Core Area, prior to the historic depletion from the numerous vertical wells in the Core Area. The reservoir pressures encountered during the class period were below hydrostatic pressures, which is to be expected given the historic depletion. I calculated the solution GOR for a typical 40 API oil and 0.8 specific gravity natural gas (selected after reviewing individual well completion records filed with the State of Oklahoma). The specific results are shown in the table below.

| Correlation | Standing | Vasquez-Beggs | Glaso |
|---|---|---|---|
| **Solution GOR (scf/bbl oil)** | 741 | 658 | 628 |

61. Given the range in the correlation results, I rounded up to 800 scf per bbl of oil for my report as a maximum value. It should be noted that the State of Oklahoma,[62] the State of Texas[63] and the State of New Mexico[64] all use the Vasquez-Beggs correlation for flash GOR calculations.

**K. NSAI's Use Of Modified Hyperbolic**

62. Mr. Rasor states that NSAI's use of a modified hyperbolic-exponential approach eliminates Crane's overestimation concern. As seen on Mr. Rasor's own

---

[62] http://www.deq.state.ok.us/AQDnew/resources/VBE_Aug2008.xls.

[63] https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/ei/20090716-ergi-UpstreamOilGasTankEIModels.pdf.

[64] http://www.nmenv.state.nm.us/aqb/Vasquez-Beggs-Flashing-Calculations.xls.

generic graph (Mr. Rasor's Figure 1),[65] there is a significant difference between a constant Arps B-exponent of 1 and a modified hyperbolic with B=1.5 for the majority of the production and converting to an exponential decline at the end. The application of an exponential decline at the end of a predicted well life does not eliminate the overestimation caused by a misapplication of B-exponents of 1.5 or even 2.0, as seen in Mr. Rasor's graph.




*Figure 7*

### L. SandRidge Internal Analysis Was Deficient

63. Mr. Rasor states: "Mr. Crane's Claim that SandRidge's Decline Curve Analysis Was Deficient Compared to Industry Practices Is Unsupported."[66] Mr. Rasor, however, does not challenge that SandRidge only put their own type curve on the existing PDP wells instead of conducting decline curve analysis specific to each well and the appropriate production segments for each well.

---

65 Rasor Report at p. 10.

66 *See, e.g.*, Rasor Report at p. 25.

64. The industry standards that I referenced are:

- "*Modern Decline Analysis (MDA)*. Similar to TDA, the objective of MDA is also to **determine the best-fit values** of constants *n* and *Di* to the observed production rate trend for a well, a number of wells or the entire reservoir."[67] (emphasis by Crane).

- "The choice of the best-estimate case reserves, which represents the 2P reserves estimate, must consider **the quality of the fit**, the uniqueness of the fit, the range of expected exponents, and the reasonableness of the reserves or life."[68] (emphasis by Crane).

65. Given SandRidge's efforts at production optimization and experimentation, there can be various operational changes impacting decline curve analysis. Those changes would have needed to be accounted for in any decline curve analysis, such as I did in my own analysis. Segment analysis due to operational changes is something that SandRidge did not do when applying their internal type curve to their PDP wells. Those standards are:

- "Production performance trends are not only reservoir specific but also depend on the specific reservoir management and production practices. Any significant change in these practices could easily shift and change the previously established decline trends and invalidate their extrapolations."[69]

---

[67] Guidelines for Application of the Petroleum Resources Management System, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011).

[68] Guidelines for Application of the Petroleum Resources Management System, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011). The term "2P" equals the sum of Proved and Probable Reserve estimates.

[69] Guidelines for Application of the Petroleum Resources Management System, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum

- "Conventional decline-curve analysis assumes a constant BHFP. However, the BHFP often changes because the production system is modified or the reservoir boundary conditions vary. A changing BHFP can cause the production decline to shift. Therefore, an erratic curve should be segmented into a set of smooth curves that represent periods of common characteristics."[70]

66. SandRidge did not conduct actual decline curve analysis to develop their internal PDP EUR values, shown in their ARIES SandRidge 0712 database. They merely applied their internal type curve, deficient in my opinion, to the production data of the producing wells. For my Opening Report, I evaluated every PDP EUR curve for the SandRidge wells in the 0712 database to evaluate the "quality of fit" of their applied type curve following the "observed production trend", per industry standards and ranked them per the examples shown on Exhibit 42 of my Opening Report.

67. Below is an example of SandRidge match as compared to my independent decline curve work, comparing the CLO 1-16H well. My Exhibit 40 and 41 in my Opening Report was that comparison. Inadvertently, Exhibit 40 showed SandRidge's work on CLO 2-16H instead of the earlier well at the CLO location, as Mr. Rasor pointed out. The graph to the left is the replacement for my Exhibit 40. As can be seen in SandRidge's work on the left, they made no attempt to fit their EUR prediction to the actual decline and only tied their type curve to the last production rates. This example is what I categorized as "significantly deficient." The graphs on the right are my Exhibit 41

---

Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011).

[70] Analysis of Production Decline Curves, Steven W. Poston and Bobby D. Poe Jr., Society of Petroleum Engineers, ISBN: 978-1-55563-144-4 (2008).

from my Opening Report. As seen in the multi-plot, an Arps B-exponent of 1 follows the decline after the initial transient period of approximately 20 days. The drop in production and downward deviation at the end of the mid-2012 period appears to be operational issues and not a reservoir decline trend.




***Figure 8***

## M. SandRidge 10/13 Lookback Pre-2012 Wells Only

68. Mr. Rasor also challenges my presentation of both SandRidge's and Cawley Gillespie and Associates, Inc. (CGA) EUR analysis in October 2013.[71] By October 2013, SandRidge had significant changes to its executive team and had hired CGA, a new reservoir engineering firm, to do reserve estimates. Exhibit 60 in my Opening Report shows both SandRidge and CGA's separate PDP EUR values for wells owned by SandRidge and the SandRidge Trusts. A table in my report compares my mid-2012 values by completion vintage to SandRidge's EUR values on a well count-averaged EUR basis. Below is a similar table with the addition of CGA's numbers, showing both

---

[71] Rasor Report at p. 16.

SandRidge's and CGA's well count-averaged EURs broken into the different vintages of completion time.

| EUR Analysis Completion Timeframe | Sandridge 10/13 Oil EUR (kbbls) | CGA Oil EUR (kbbls) | Sandridge 10/13 HC EUR (kBOEs) | CGA HC EUR (kBOEs) | Sandridge 10/13 Oil% (%HC) | CGA Oil% (%HC) |
|---|---|---|---|---|---|---|
| Pre-2011 | 96.0 | 109.1 | 287.3 | 325 | 33% | 34% |
| 2011 | 69.0 | 72.9 | 239.8 | 258 | 31% | 31% |
| 2012 | 82.8 | 92.9 | 253.2 | 283 | 32% | 31% |
| Avg Through 2012 | 80.5 | 89.2 | 253.2 | 283 | 32% | 31% |

Well Count Weighted Averages

69. Mr. Rasor contends that the extra 9-10 months of production since the Year End 2012 reserve report was the basis for all these wells to coincidently have a major and unanticipated drop in production and the resulting EURs.[72] He does not challenge that the EURs in my report's Exhibit 60 are incorrect but contends that the added production data caused all the wells EURs to drop.

70. My intent for using this look-back analysis was to reinforce that the EUR values that I calculated using only data from the class period, and the similar county-level TPH values and the county-level PES values from the class period are all in general alignment with each other and with these October 2013 values. This also reflects upon NSAI's YE 2012 Reserve Report values which showed a significant drop in oil EUR and in the oil EUR percentage relative to the total hydrocarbon EUR values as compared to NSAI's YE 2011 values. The look-back analysis demonstrates that the EUR debate is not about whether the higher EURs values that SandRidge used in the public domain during the class period are correct or not. It is clear SandRidge's EURs were too high. Rather, the question is: Could a prudent engineer using best industry practices and methodologies with the data available at that time have predicted accurate and

[72] *Id.*

significantly lower producing well EURs and type curve EURs than SandRidge's public values during the Class Period? The information presented in my Opening Report and in this rebuttal demonstrate that a prudent engineer could calculate accurate EUR values during the class period.

**N. Excluded and Included PDP Wells For PUD Calculations**

71. Mr. Rasor challenges my discussion on exclusions. He does not challenge my discussion on selective inclusion of third-party PDP wells with high EURs. He questions if SandRidge ever gave guidance on the exclusions and relationship to condemned acreage. During the fall of 2011, NSAI and SandRidge had several exchanges on PDP wells to be included and PDP wells to be excluded. SandRidge had future PUD locations dropped due to both remoteness and poor performance of offsetting existing PDP wells. In their exchanges, SandRidge convinced NSAI to drop 46 existing PDP wells from the PUD type well calculation due to "remoteness" of those locations and their lack of plans to drill offsetting PUD locations to those remote wells, with the majority of those 46 excluded PDP wells in the core counties of Woods, Alfalfa and Grant Counties in Oklahoma. The final result on PDP wells' inclusion and exclusion for NSAI's calculations was detailed in an excel spreadsheet.[73] It is a high threshold on future plans for drilling to exclude existing PDP wells from PUD type well calculations, claiming the intent not to drill there in the future.

---

[73] SD-Securities-0228258 (Nov. 11, 2011).

### O. PUD Wells Inclusion – YE 2011 Reserve Report

72. NSAI and SandRidge discussed the impact of the excluded PDP wells on the "few PUDs offsetting wells which are excluded from the type-curve" for the YE 2011 Reserve Report.[74] NSAI stated in that set of emails that some PUD locations should remain as PUDs and some should be reduced to the lower confidence reserve category of Probable Reserves. In the final YE 2011 Reserve Report, the potential PUD locations and suggested Probable Reserve locations were included as PUD wells. Between the November 3rd emails and the final YE 2011 Reserve Report, SandRidge added additional new PUD locations offsetting NSAI's agreed PUD locations in the November 3rd emails.

73. There are three different grouping of wells discussed in the November 3, 2011 emails: a) nearby PUD wells to be completed in the same interval as a new PDP well (Olivia 1-15H), b) PUD locations which had offsetting historical vertical producers, and c) PUD locations offsetting PDP wells with poor EURs.

74. The PUD locations to be completed near the Olivia 1-15H[75] were included by NSAI as SandRidge intended to "**mirror the Oliva**." *which* "**had good results**".[76] NSAI had accepted SandRidge's view that the three excluded PDP wells nearby were completed out-of-zone and/or too deep in the Mississippian Lime. While I disagree with

---

[74] NSAI_SD_165951, three emails between David Miller and Lindsey Austin, "PUDs offsetting wells which are excluded from the TC" (Nov. 3, 2011).

[75] Olivia 1-15H was excluded in the YE 2011 type well calculations (SD-Securities-0228258). Its oil EUR of 168 kbbls, while considered "good results", is lower than the oil EUR of 203.7 kbbls for the type well.

[76] Ibid.

the out-of-zone exclusion,[77] as stated in my Opening Report, I accept the logic of NSAI in including those PUD locations in the YE 2011 Reserve Report, assuming the out-of-zone exclusion was valid.

75. The second grouping of wells, PUD locations offsetting historical vertical producers and nearby an excluded PDP well, requires a subjective interpretation to determine the confidence level in the reserve category. The nearby analog horizontal PDP wells had poor EUR predictions and were excluded, indicating a lower confidence in reaching the type well EUR value. The historic vertical producers demonstrated decent geology for vertical well completions, supporting a geologic analog for the horizontal wells. The subjective decision is: do the vertical well completion analog offset the low EUR horizontal wells enough to have a 90% confidence that the well would recover the type well EUR value. I believe, on a subjective basis, that if NSAI felt that the PDP wells should be excluded from the type wells, then the PUDs should also be excluded. However, NSAI made the subjective decision that those PUD wells should be included.

76. The locations of third group of wells were direct offsets to low EUR PDP wells.[78] Mr. Miller at NSAI stated these locations should be dropped to the Probable Reserve category. I agree with Mr. Miller's initial recommendation. The confidence

---

[77] Opening Report at pp.33-34.

[78] NSAI_SD_165951, "The following PUDS are not direct offsets to good PDPs (ie, they offset poor results)"…"I think they should be PROBS", Email: David Miller to Lindsey Austin (November 3, 2011 at 1:08 pm).

level of a future well recovering the higher PUD type well EUR when directly offsetting a low EUR well that was excluded from the type well calculations does not reach, in my opinion, the high level of confidence needed for Proven Reserves. These 5 locations (Sections 16 Center, 15 West, 14 Center, 13 West, 13 Center in T24N R10W) are in the YE 2011 Reserve Report as PUD locations. The fact that these locations are intermixed with the Olivia 1-15H PUD inclusions complicates the inclusion decision, but I believe Mr. Miller's initial view of being lower confidence Probable Reserve locations is the correct one.

77. The above discussion on the three groups of PUD wells focuses on the technical aspect of using offset wells to determine if a potential well location has a confidence level needed to meet Probable or Proven Reserve standards. The larger issue on these specific PUD locations goes back to the exclusion of the nearby PDP wells from the type curve calculations. Even accepting the "out-of-zone" exclusions, the retention of the other remaining 12 PUDs near the excluded PDP wells in the area[79, 80] has disconnected logic with the PDP exclusions. For the NSAI YE 2011 Reserve Report, 46 PDP wells' EURs were excluded from calculating the PUD type curve EURs. For Sandridge to recommend that these 12 nearby PUDs be retained for the reserve report while previously arguing that these lower EUR PDP wells should be excluded from PUD

---

[79] T23N R7W Sections 1, 12, 30 of 23N-7W, T23N R8W Sections 4, 7, 27, 30, 34, 35 of 23N-8W, T23N R9W Sections 13, 24; SD-Securities-0005586; NSAI YE 2011 Reserve Report.

[80] Ibid. NSAI_SD_165951.

calculations defies logic. NSAI accepted and agreed to both the PDP exclusions and the PUD retentions without any serious challenge. This is an example of the data manipulation and SandRidge influence that I referred to in my Opening Report.

**P. Higher Operating Cost Would Cause Lower EURs**

78. Mr. Rasor challenges my different operating cost model, which demonstrated that the dominant variable cost is associated with water production and disposal.[81] Once again, these wells are essentially water wells with small amounts of oil and gas being co-produced. In his testing of the impact of operating cost, Mr. Rasor states, in his report, that in his sensitivity testing, it required a 33% increase in total operating cost to yield a 9% reduction in oil EUR. SandRidge's operating cost model is based upon a fixed cost per well and a variable cost, based mostly upon oil, and nothing on water. In my EUR analysis using an assumed 2 bopd economic limit, a significant number of wells reached an assumed economic limit of 2 bopd at a water cut of 98% to over 99.55%.

79. In my later analysis of the operating cost, the variable operating cost associated with water is the dominant cost at $1 per barrel of water. At a 98% water cut, 49 barrels of water are produced for every 1 barrel of oil. At a 99% water cut, the water production is essentially doubled to 99 barrels of water production for every 1 barrel of oil. At a variable water cost of $1 per barrel of water, that translates into $99 water operating costs per barrel of oil. At 99.5% water cut, the water production doubles again

---

[81] *See, e.g.*, Rasor Report at pp. 26-28.

to 199 barrels of water per barrel of oil. This dramatic increase in water/oil ratio and water handling costs is the cause for the higher economic limits and the reduction in EURs versus the assumed 2 bbls of oil per day as stated in my Opening Report.

80. SandRidge shared their operating cost model with NSAI, with the YE 2011 lease operating expense (LOE) model being: a) a fixed cost of $8341 per month per well for the first 3 years with no variable costs, transitioning to b) a fixed cost of $2900 per month per well with a variable cost of $3.31 per bbl of oil.[82] During this this same timeframe (July-Dec. 2011), SandRidge's actual lease operating expenses, including water handling, were running between $50,000 and $60,000 per month per well,[83] more than 600% of SandRidge's LOE model of $8431 per month per well. Mr. Rasor's sensitivity of increasing the operating costs by 33% is far short of the 600+% needed to match the actual LOE data.

81. In addition, SandRidge's assigning later variable costs to oil only is incorrect. Even applying the $3.31 per bbl of variable oil cost to handling water would only cover the first 3.3 bbls of water per bbl of oil: while the real amounts of water in the field are initially around 7-9 bbls of water per bbl of oil and climbing in many cases to over 50-100 bbls of water per bbl of oil. This is a major discrepancy and yields Mr.

---

[82] NSAI_SD_075919.

[83] *See* Opening Report-Exhibit 32; operating costs data from: SD-Securities-0024786; SD-Securities-0034201; SD-Securities-0589574; SD-Securities-0602058; SD-Securities-0715863; SD-Securities-0733063.

Rasor's claim that the SandRidge ARIES model's lower abandonment production rate and therefore higher EURs as correct is invalid.

### Q. Support for Lower Rate of Return

82. Mr. Rasor challenges my claim that SandRidge's publicly stated investor rates of return (IRR) were too high. SandRidge stated in March 2011 that the Horizontal Mississippian Oil Play had a "High Rate of Return" of "120% ROR" [84]. By September 2011, SandRidge had lowered their public rate of return to 79% [85]. The graph below from the September 2011 presentation showed a sensitivity of IRR to different oil and gas price scenarios.




Figure 9

---

[84] SandRidge Presentation: 2011 Investor / Analyst Meeting; New York, NY; Mar. 1, 2011.

[85] SandRidge Presentation; Barclays 2011 CEO Conference; New York, NY, Sept. 7, 2011.

83. My own mid-2011 evaluation has the SandRidge wells completed through June 2011. As described in my Opening Report and discussed above in this Rebuttal, my mid-2011 EURs are much lower than SandRidge's public type well, shown in the table below.

| Basis | Oil EUR (kbbls) | Total HC EUR (kBOE) | Oil EUR / Total HC EUR |
|---|---|---|---|
| **Crane mid-2011** | 89 | 231 | 38% |
| **SandRidge Sep 2011** | 211 | 409 | 52% |
| **Crane / SandRidge** | **42%** | **56%** | |

84. In addition, the oil content (oil EUR / total hydrocarbon EUR) is lower, meaning that the wet gas valued at ~25% of oil on a BOE basis during 2011[86], is the larger portion of the total HC EUR.

85. SandRidge's operating cost model is significantly below their actual operating costs which include water handling. In the initial period during 2011, their modeled operation costs are about 15% of their actual lease operating expenses as discussed above. As a result of having lower EURs, more gas than oil and higher operating costs, the rates of return are much lower than SandRidge's publicly stated values. Below is a comparison of SandRidge's September 2011 public economics to values based on my mid-2011 average well production profiles and my operating cost model.

---

[86] U.S. Department of Energy: U.S. Energy Information Administration Independent Statistics and Analysis Database




Figure 10

86. My calculated Before Tax IRR's[87] are much lower at the various price scenarios and going negative below $70 / $4.50 (bbl / MMBTU) NYMEX prices, supporting my claim of much lower rates of return.

DATED: April 29, 2019

Respectfully submitted,

[signature]

STEVEN D. CRANE

[87] IRR calculations assumed: price differentials from NSAI YE 2011 Reserve Report; 80% NRI; Crane's mid-2011 EURs and Crane's operating cost model, $3 million initial capital costs, and 4.353% oil and 4.521% production tax after tax holiday.

APPENDIX I

# LIST OF INFORMATION CONSIDERED

## Case Documents

- Expert Report of Steven D. Crane, Crane Energy LLC, Evaluation of SandRidge Mississippian Lime Expected Oil & Gas Recoveries dated March 1, 2019
- Report of Expert Witness Terry L. Brittenham; April 4, 2019
- Expert Report of Robert Rasor; April 4, 2019

## Industry Presentations

- **Reservoir Engineering Aspects of Unconventional Reservoirs**; T. Blasingame; 2011 SPEE 48th Annual Meeting; June 4-7, 2011
- **Recent Decline Models for Resource Plays;** W. John Lee, University of Houston; Jan. 25, 2012
- **A Global Perspective for IOR and Primary in Unconventional Tight Oil and Gas Reservoirs;** R. Baker; May 2013
- **Perspectives on the Well Performance Analysis and Forecasting in Unconventional Resources;** D. Ilk; SPE PRMS Workshop; Brisbane Australia; 13 November 2013
- **Are Our Proved Shale Reserves Reasonably Certain?**; W. John Lee, SPEE Houston Chapter; Feb. 5, 2014
- **Oil and Gas Reserves Evaluations;** W. John Lee; 37th IAEE International Conference; 17 June 2014
- **Reservoir Engineering Aspects of Unconventional Reservoirs** (updated); T. Blasingame, Dallas Petroleum Engineers Club; Dec. 4, 2015
- **Evaluation of Shale Reserves and Resources in US Acquisitions;** D. Purvis, C. Whitson; SPE Calgary, International Business Development; 28 January 2016
- **Overview of SPEE Monograph 4;** Mike Verney, SPE Reservoir Engineering and Production Optimization; Feb. 28, 2017
- **Type Well Analysis – Complexities and Analytic Techniques;** W. John Lee; Ryder Scott Reserves Conference; 21 September 2017
- **Death by Bubble Point: Fact or Fantasy?**; W. John Lee – Tx A&M, 2018 Ryder Scott Reserves Conference; September 13, 2018

- **SPEE Monograph 5: Update on Type Well Profiles**; G.J. Gonzenbach, Society of Petroleum Evaluation Engineers, Denver Chapter Presentation, Oct 10, 2018
- **Production Analysis Decline Type Curves*;*** T.A. Blasingame; Texas A&M Lecture Presentation; Petroleum Engineering 648 — Pressure Transient Testing

**Industry Publications**

- **A Pressure-Volume-Temperature Correlation for Mixtures of California Oil and Gases**; M.B. Standing, Drill. & Prod. Prac., API (1947)
- **Analysis of Decline Curves**; J.J. Arps; SPE-945228-G, Presentation May 1944, Published in Petroleum Technology September 1944, Published in Petroleum Economics 1945.
- **Generalized Pressure-Volume-Temperature Correlations;** Glaso, O., Society of Petroleum Engineers; May 1, 1980
- **Correlations for Fluid Physical Property Prediction;** Vasquez, M., & Beggs, H. D., Society of Petroleum Engineers; June 1, 1980
- **Decline Curve Analysis Using Type Curves**; M.J. Fetkovich, SPE-4629-PA; Journal of Petroleum Technology; June 1980
- **A New Approach to the Hyperbolic Curve**; Long, D.R. & M.J. Davis; March 1987; SPE 16237
- **Decline Curve Analysis Using Type Curves--Analysis of Oil Well Production Data Using Material Balance Time: Application to Field Cases**; L.E. Doublet, P.K. Pande, T.J. McCollum, T.A. Blasingame; 1994 Petroleum Conference and Exhibition of Mexico; Veracruz, Mexico; 10-13 October 1994; SPE 28688
- **Characterization of the Mississippian chat in south- central Kansas,** W. Lynn Watney, Willard J. Guy, and Alan P. Byrnes, AAPG Bulletin, v. 85, no. 1 (Jan. 2001), pp. 85-113
- **Decline Curve Analysis Using Type Curves — Fractured Wells**; H. Pratikno,, J. A. Rushing, and T.A. Blasingame, ; SPE Annual Technical Conference and Exhibition; Denver, CO., 5-8 October 2003; SPE 84287
- **Analysis of Production Decline Curves**; S.W. Poston and B.D. Poe, Jr.; Publisher: Society of Petroleum Engineers, 2008; ISBN 978-1-55563-144-4

APPENDIX I

- **Application of the Power Law Loss-Ratio Method of Decline Analysis;** R. McNeil, O. Jeje, A. Renaud; Canadian International Petroleum Conference (CIPC) 2009, Calgary, Alberta, Canada, 16-18 June 2009.
- **Methodology for Construction of Type Wells for Production Forecasting in Unconventional Reservoirs;** A. Rastogi, and W. John Lee; Unconventional Resources Technology Conference; San Antonio, Texas, USA, 20–22 July 2015; SPE-178525-MS/URTeC:2152273
- **A Regional Re-Evaluation of the Mississippi Lime Play, South-Central Kansas: The Risks and Rewards of Understanding Complex Geology in a Resource Play;** B. T. Mitchell and K. Simpson; Unconventional Resources Technology Conference; San Antonio, Texas, USA, 20–22 July 2015. SPE-178588-MS/URTeC:2154477
- **Optimal Decline Curve Analysis (DCA) Models for Liquid Rich Shale (LRS) Gas Condensate Reservoirs**; A. Khanal, M. Khoshghadam, and W. J. Lee, University of Houston; SPE Liquids-Rich Basins Conference - North America, SPE-175530; Sept. 2-3, 2015
- **Forecasting Production of Shale Volatile Oil Reservoirs Using Simple Models;** Ibukun Makinde, and W. John Lee, University of Houston, SPE/IAEE Hydrocarbon Economics and Evaluation Symposium, SPE-179964; May 17-18, 2016
- **Variation of Hyperbolic-B-Parameter for Unconventional Reservoirs, and 3-Segment Hyperbolic Decline;** Varma, S., Tabatabaie, S. H., Ewert, J. & Mattar, L., Unconventional Resources Technology Conference (Aug. 9, 2018), doi:10.15530/URTEC-2018-2892966
- **Decline Curve Analysis: A Comparative Study of Proposed Models Using Improved Residual Functions;** Paryani M., Ahmadi M., Awoleke O., Hanks C. (2018); J Pet Environ Biotechnology 9: 362, doi: 10.4172/2157-7463.1000362
- **OKLAHOMA OIL AND GAS INDUSTRY TAXATION**; RegionTrack, January 2018

**Industry / Government Reports, Databases, and Guidelines**

- **Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information**, Society of Petroleum Engineers (2007)

- **Guidelines for Application of the Petroleum Resources Management System**; sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG); November 2011.

- Flash GOR Method: http://www.deq.state.ok.us/AQDnew/resources/VBE_Aug2008.xls; State of Oklahoma

- Flash GOR Method: https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/ei/20090716-ergi-UpstreamOilGasTankEIModels.pdf; State of Texas

- Flash GOR Method: http://www.nmenv.state.nm.us/aqb/Vasquez-Beggs-Flashing-Calculations.xls ; State of New Mexico

- NYMEX Prices: U.S. Department of Energy; U.S. Energy Information Administration Independent Statistics and Analysis Database

**Academic Documents**

- **Decline Curve Analysis For Horizontal Wells**; Min-Yu Shih, M.Sc. Thesis, Texas A&M University; Aug. 1994
- **Assessment of Reserve Estimation Tools for Low Permeability Reservoirs Flowing Under Early Transient Flow Regime**; Taha Murtuza Husain, M. Sc. Thesis, Pennsylvania State University; August 2011
- **Subsurface Stratigraphy and Characterization of Mississippian (Osagean to Meramecian) Carbonate Reservoirs of the Northern Anadarko Shelf, North-Central Oklahoma**; Brett Robert Wittman, M. Sc. Thesis, University of Arkansas; May 2013
- **Predicting Decline in Unconventional Reservoirs Using Analytical and Empirical Methods**, Frederik Van Cauter, M.Sc. Thesis, Imperial College London, Department of Earth Science and Engineering Centre for Petroleum Studies; Sept. 2013
- **Study of the Effect of Fracture Completion Variables on Decline Curve Parameters for Long-Term Production Forecast of Shale Liquids;** Eshwar C Yennigalla, M.Sc. Thesis, University of Houston; Dec. 2013

- **Analysis of production and pressure data to characterize the performance of oil and gas reservoirs**; Elgmati, Abuagila Ramadan, Doctoral Dissertation, Missouri University of Science and Technology; (2015)

**Company Reserve Reports**

- SD-SECURITIES-0214996; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE ENERGY, INC. INTEREST as of DECEMBER 31, 2010; Netherland Sewell and Associates, Inc.; January 4, 2011
- SD-SECURITIES-0005516; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE ENERGY, INC. INTEREST as of DECEMBER 31, 2010; Netherland Sewell and Associates, Inc.; February 10, 2011
- SD-SECURITIES-0005586; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE ENERGY, INC. INTEREST as of DECEMBER 31, 2011; Netherland Sewell and Associates, Inc.; February 16, 2012
- SD-SECURITIES-0005670; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE ENERGY, INC. INTEREST as of DECEMBER 31, 2012; Netherland Sewell and Associates, Inc.; March 4, 2013
- NSAI_SD_007928; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE MISSIPPIAN TRUST II ROYALTY INTEREST as of DECEMBER 31, 2011; Netherland Sewell and Associates, Inc.; January 2, 2012
- NSAI_SD_009253; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE MISSIPPIAN TRUST I ROYALTY INTEREST as of DECEMBER 31, 2012; Netherland Sewell and Associates, Inc.; February 13, 2013
- NSAI_SD_009304; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE MISSIPPIAN TRUST II ROYALTY INTEREST as of DECEMBER 31, 2012; Netherland Sewell and Associates, Inc.; February 13, 2013
- NSAI_SD_177928; ESTIMATES of RESERVES AND FUTURE REVENUE to the SANDRIDGE MISSIPPIAN TRUST I ROYALTY INTEREST as of DECEMBER 31, 2011; Netherland Sewell and Associates, Inc.; February 3, 2012

APPENDIX I

**Company Presentations**

- Sandridge Investor / Analyst Meeting; New York, NY; March 1, 2011
- Sandridge Investor Presentation; June 14, 2011
- Sandridge Presentation; Barclays CEO Conference; New York, NY; September 7, 2011
- Sandridge Presentation; Capital One Southcoast – 2011 Energy Conference; New Orleans, LA; December 6, 2011
- Sandridge Presentation, Goldman Sachs Global Energy Conference; January 10, 2012
- Sandridge Presentation; Barclays CEO Conference; New York, NY; September 7, 2011
- Sandridge Presentation; Capital One Southcoast – 2011 Energy Conference; New Orleans, LA; December 6, 2011

**Company Emails and Attachments**

- SD-SECURITIES-0213063; David Miller to Lindsey Austin; Subject: Mississipian Formation; 11/9/2010
- SD-SECURITIES-0452992; Lindsey Austin to David Miller; Subject: RE: Mississipian Formation; 11/24/2010
- NSAI_SD_149054; David Miller to Lindsey Austin; Subject: RE: Mississipian Formation; 12/7/2010
- SD-SECURITIES-0431024; Tom Ward to Rodney Johnson, Matt Grubb; Subject: Re: RT; 12/8/2010
- SD-SECURITIES-0361121; Rodney Johnson to Tom L. Ward, Matt Grubb; Subject: Status Miss Horizontal; 12/13/2010
- SD-SECURITIES-0213704; David Miller to Lindsey Austin; Subject: Cedardale Mississippian Horizontals – Fourth Pass; 12/15/2010
- SD-SECURITIES-0361189; Matt Grubb to Rodney Johnson; Subject: Re: Miss Horizontal Data; 12/15/2010
- SD-SECURITIES-0221408; David Miller to Lindsey Austin; Subject: YE10 Mississippian Type Curve: 5/6/2011
- SD-SECURITIES-0362142; Rodney Johnson to Jeff Knupp, Todd Tipton, Matt Grubb; Subject: LOE Information.xlsx; 5/20/2011

APPENDIX I

- SD-SECURITIES-0222038; Jeff Knupp to Rodney Johnson; Atinum type curve analysis; 6/20/2011
- SD-SECURITIES-0455567; Jeff Knupp to Rodney Johnson; Subject: TPH type curve analysis: 6/20/2011
- SD-SECURITIES-0455568; TPH Presentation: Type Curve Discussion; June 21, 2011
- SD-SECURITIES-0432813; Tom L. Ward to Jeff Knupp, Matt Grubb, James Bennett, Rodney Johnson; Subject: Re: Pinnacle H Miss type curves; 6/24/2011
- SD-SECURITIES-0455826; Lindsey Austin to Lance Galvin; Subject: FINAL LIST PROFORMA & RT2 WELLS.xlsx; 10/3/2011
- SD-SECURITIES-0226432; David Miller to Rodney Johnson; Subject: Infilling Interference Analysis 10.21.2011; 10/21/2011
- SD-SECURITIES-0456685; David Miller to Rodney Johnson; Subject: MS Typecurves; 10/28/2011
- SD-SECURITIES-0426082; Lindsey Austin to David Miller; Subject: RE: 2011YE Map on FTP; 11/2/2011
- SD-SECURITIES-0456728; David Miller to Rodney Johnson, Lindsey Austin, Lance Galvin; Subject: Updated PDP EURs by Group 11.07.2011; 11/7/2011
- NSAI_SD_165951: David Miller to Lindsey Austin; Subject: RE: PUDs offsetting wells which are excluded from the TC; 11/3/2011
- NSAI_SD_166440; David Miller to Lindsey Austin, Lance Gavlin; Subject: Draft Type Curve – oil; 11/11/2011
- SD-SECURITIES-0457226; Lindsey Austin to Rodney Johnson, Lance Galvin; Subject: exclusions; 11/10/2011
- SD-SECURITIES-0457226; David Miller to Rodney Johnson; Subject: ERU AVG revised 11.10.2011; 11/10/2011 NSAI_SD_166444; David Miller to Rodney Johnson, Lance Galvin, Lindsey Austin; Subject: MS Type Curve for 145 Well Set – 11.11.2011; 11/11/2011
- SD-SECURITIES-0032430; Lindsey Austin to Lance Galvin; Subject: MY 2012 Non Op vs Op.pptx; 7/20/2012
- SD-SECURITIES-0034200; Justin Lewellen to Lance Galvin; Mississippian Loe Model – Static.xlsm; 8/31/2012

APPENDIX I

- NSAI_SD_075919; David Miller to Danh Nguyen; Subject: Mississippian Run Total Prov/Prob 11.28.2011; 11/28/2011
- SD-SECURITIES-0542763; Lance Galvin to David Miller: Subject: RE: MS Grouped Wells Normalized – 12.21.2002; 12/21/2012
- SD-SECURITIES-0542483; Lance Galvin to David Miller, Cristie Moss; Subject: RE: MS Infill Well Groupings – TC – 12.21.2012; 12/26/2012
- SD-SECURITIES-0542242; Matt Grub to 'srees@nsai-petro.com'; Rodney Johnson; Lance Galvin; 'dmiller@nsai-petro.com';Danh Nguyen; Subject: Re: SD Summary match of the 653 wells; 1/26/2013
- SD-SECURITIES-0585562; Rodney Johnson to David Miller: Subject: RE: GOR Increase; 1/20/2013
- NSAI_SD_189142; David Miller to Rodney Johnson, Lance Galvin; Subject: MS 653 PDP – 01.24.2013; 1/24/2013
- NSAI_SD_201438: David Miller to Rodney Johnson, Lance Galvin; Subject:MS Core and NonCore TCs (Revised 2) – 01.25.2013; 1/26/2013
- NSAI_SD_002372: David Miller to Lance Galvin, Rodney Johnson; Subject: RE: Infilling – 01.07.2013; 1/7/2013
- NSAI_SD_223078; David Miller to Lance Galvin; Subject: Re: 637 Miss wells – Updated Projections – 01.10.2013; 1/10/2013
- NSAI_SD_196769; David Miller to Eric Stevens, Scott Rees; Subject: SandRidge MS Gas Type-Curve Analysis – 01.20.2013; 1/20/2013
- NSAI_SD_217424; David Miller to Eric Stevens; Subject: Subject: SandRidge MS Gas Type-Curve Analysis – 01.20.2013; 1/20/2013
- NSAI_SD_108054: Well Location Map – Royalty Trust 2 – 2011
- NSAI_SD_108003: Table of Well Locations
- SD-SECURITIES-0032823: Plots of Sandridge ARIES Output- Database SR0712
- SD-SECURITIES-0073588; TPH Mississippi Lime Overview January 2012 Presentation

APPENDIX I

**Company Spreadsheets of PDP EUR Values – Sandridge, NSAI & Pinnacle**

- SD-SECURITIES-0228258
- SD-SECURITIES-0351107
- SD-SECURITIES-0455614
- SD-SECURITIES-0455827
- SD-SECURITIES-0456288
- SD-SECURITIES-0456336
- SD-SECURITIES-0551263
- SD-SECURITIES-0589604
- SD-SECURITIES-0589938
- SD-SECURITIES-0589939
- SD-SECURITIES-0589974
- SD-SECURITIES-0603042
- SD-SECURITIES-0686573
- SD-SECURITIES-0727490
- SD-SECURITIES-0732256
- SD-SECURITIES-0733212
- SD-SECURITIES-0742622
- PINN0012958

**Company Spreadsheets Containing Lease Operating Costs**

- SD-SECURITIES-0024786
- SD-SECURITIES-0034201
- SD-SECURITIES-0589574
- SD-SECURITIES-0602058
- SD-SECURITIES-0715863
- SD-SECURITIES-0733063
- PINN0011931

**Partner Reports**

- PINN-0013920: Letter: Pinnacle Energy Services, LLC (JP Dick) to Atinum Partners, Atinum Energy Holdings USA, Barclays Capital; Subject: **Re: Updated Evaluation of Mid-Continent Mississippian Formation Development SandRidge Energy, Inc.;** July 12, 2011

**Company Databases Containing Production Data**

- SD-Securities-0005955
- SD-Securities-0005964
- SD-Securities-0005965

**Public Reference Materials**

- Encyclopedia Britannica: https://www.britannica.com/science/coefficient-of-determination