# EXHIBIT 1

FACTSET: callstreet
corrected transcript



## MANAGEMENT DISCUSSION SECTION

**Kevin R. White, Senior Vice President, Business Development**

We'll go ahead and get started on time here, and I'd like to welcome everybody to SandRidge's Analyst Day and just lay out a little bit of the format for the day. We'd welcome you to ask questions during the course of the presentation, so if you'll just raise your hand, we'll try to have the speakers pay attention and catch your questions as we go. Or, at the very end, we will open it up for questions at that point in time.

I want to introduce some of the SandRidge guests and directors. Kind of back in this general area we've got our board of directors back there. We've got Everett Dobson is back there, Bill Gilliland. Dan Jordan is right back there, as well. Roy Oliver and Jeff Serota, I think I saw back over here, and our new board member that we announced this morning, that's Jim J. Brewer.

Then as far as SandRidge folks who are here today, obviously Tom will be up here in a second speaking, our CEO; Matt Grubb, our President and Chief Operating Officer; James Bennett, our new CFO, glad to have him here. We've got Rodney Johnson, EVP of Reservoir, and Todd Tipton, our EVP of Geology. Then other SandRidge folks who are here, we've got Randy Cooley, who's our SVP and Chief Accounting Officer. Phil Warman, our SVP and General Counsel, is here. Kerry Mitchell, who I forgot to announce last year, so she does a lot of work with some of the folks in the audience. She's here. Greg Dewey is with us, and Trent Ward back in the back, as well.

And I want to thank Leslie Weiher. She and Grayson, her soon-to-be son, put on this show for us, and out front we had Janay Panther and Jill Perkison, and [inaudible] is here as well, and helping us out on the technical aspects. So, I think, unless I forgot somebody, we'll just go ahead and get started and introduce Tom Ward.

**Tom L. Ward, Chairman and Chief Executive Officer**

Thank you, Kevin. Welcome to our Analyst Day. My presentation is very short, as the day is really meant to let you see the deeper bench that we have, the deeper staff that we have with Matt, who you see quite often, and Rodney and Todd, and then with James Bennett to talk about financials.

I will go through just an update on the company, that we have and continue to focus on oil over the last couple of years. I'll go into that in just a little bit of detail, but we've changed the company from an 80% gas company two years ago in late 2008 into this year we'll have 80% of our revenue in oil. And as the company – today we produce almost 63,000 barrels equivalent of oil, and as oil continues to be at 22 to 1 or more, it just shows that we made the correct decision.

And what we did, really starting two years ago at this meeting – we always have a board meeting after this – we went to the board in March of 2009, and we came up with a plan. And at that time, oil was $39.96 and gas was $4.28 an Mcf, and so we had already hedged our gas through 2010 at over $8 an Mcf, and we almost had 100% of our gas hedged for that two-year period, and we started to look at oil properties. But we didn't look at the areas that other companies are looking at today or were looking at then that were easy to get to.

So there were a couple of things going on in 2009, if you might remember. It was the first time that the acquisition market was reset, so if you take yourself all the way back to 1998, that was the time whenever my previous company, Chesapeake, really started to go into long gas. And from '98 to 2000, we bought a lot of gas assets, and you had private equity coming in, you always had XTO around, and from '98 until really 2006 or even later than that, you were paying for up acquisitions. So, by the time you get to 2000, 2001, we were paying for PUD. By the time you get to 2005 or 2006, we were paying for probables.

Copyright © 2001-2011 CallStreet

FACTSET:callstreet corrected transcript

2008 reset the market, and what we were able to do in 2009 was look for reserves at PDP only. And so the Forest acquisition for us was a dramatic change in not only buying oil where we wanted to buy oil, but buying oil at a price that we hadn't seen before in 10 years. And so that's why I've always said, if you think back a couple of years ago, that the Forest acquisition was our best acquisition – not that it wasn't a good time for Forest to sell those assets and not that they didn't do a very good job with the money they raised from those assets, but it was that we focused on shallow low-cost conventional oil, and it came out to be the only time that you could move in and buy, on the Central Basin Platform, the best source rock in the United States.

So in some aspects, the recession actually helped our company, as we moved forward and made a transformation into oil. So, we bought a 7,600 barrels a day in December of 2009 from Forest. We started working on that project and another project we didn't get accomplished in early 2009, was the Crusader acquisition. We got outbid, but then we moved in. At the same time, we're working on Forest – and Matt will go over this – but the two – really, if you look from Goldsmith, the Goldsmith Adobe unit at the south end of the Central Basin Platform, all the way through Robertson, which is part of the Forest properties, it's one giant field. And I'll talk about this in just a second, but the Permian Basin has produced – just in the Central Basin Platform, out of two formations, 6 billion barrels of oil.

So what we did is we looked for oil where oil had already been found. So, the best place in the United States onshore U.S. for source rock is the Central Basin Platform or the Permian Basin. And so whenever we talk about shallow, this is 6,000 feet or less. In fact, the San Andres is around 4,045 feet deep, and the Arena properties fit in perfect with the Goldsmith unit that we had, and the Forest assets that we'd just acquired. So, Arena became a key target for us in late 2009, early 2010, and we closed that in July of 2010 with 8,200 barrels a day equivalent.

That gave us 185,000 acres of land on the Central Basin Platform. We have 16 rigs running there, by far the most active operator – the next operator has three rigs running – and we'll drill over 800 wells, so completing more than two wells, a day in the Central Basin Platform. So, logistically, that's about as much as we can do. We could maybe get to 18 or 20 rigs running in the platform, but we have moved that to about the scope that we can use logistically, even if we add more people.

So while we continue to look at the platform as a place that we like and want to add acreage, it's not really in the scale that we've already talked about. So, the Central Basin Platform will be – the majority of our CapEx will be spent there this year, and Todd will go through and talk really about the geology of that as the day goes on.

The next play that we were developing at the same time, that we started buying acreage in 2009, was in the Mississippian play, and this also fit the category of shallow low-cost conventional. So, the depth is around 5,500 to 6,000 feet TVD. We'll drill a 4,000-foot lateral, and again, it's in a carbonate. So, most of my life I've spent chasing carbonates around the U.S. and in Canada. And the reason I like carbonates, and the reason our team likes a carbonate is it's a real reservoir that has – even if you look at this, and we cringe sometimes when we talk about permeability in the plays that we drill because, in the whole sense of the industry for the last 20 years or so or longer, this wouldn't be considered a high-perm reservoir.

But today, compared to all the different types of reservoirs that are being drilled in shales, this is extremely high-perm, and so we get to use different equipment than what most of the industry is using today. So, one of the key points about the company is that we focus on cost. So, whenever we talk about shallow low-cost conventional, it all ties together. You don't spend as much money when you drill a shallow well. You look for areas that have tremendous source rock, so if you have oil at a $100, you want to be drilling where oil has been found. And then you drill a type of reservoir that doesn't require to have high-pressure treatment or high-pressure drilling with rigs.

FACTSET:callstreet
corrected transcript

And so, with all of that, if you think about our industry over the last 100 years, it's been built around these types of reservoirs. So, what has happened is you have service companies across the United States that now have excess equipment because the industry has moved to deeper, higher-pressure, tighter reservoirs that you can't use the same equipment that the industry's been built on. So, where do they go to work? They come to work for us. And our costs have not moved up appreciably since early 2009. I think we are the only company that will be able to stand up in front of you and say we don't have higher costs, and it's a critical part of the equation to find rates of return, and I don't think enough people talk about that.

So as we move into the Mississippian play, we can also use these low-cost equipment providers to drill these wells. And now, today, we're up to 830,000 acres, on our way to between 900,000 and 1 million acres. It's a huge area. And what Rodney will go through in the Mississippian play is that we're seeing the same statistical outcomes all the way across the play. So, there are excellent wells drilled on our – the wells that we've drilled, we've drilled some excellent wells. We've drilled some poor wells in other parts of the play. Chesapeake's drilled some excellent wells. There's been some poor wells drilled there. Eagle has drilled very good wells. Range has drilled good wells. You can move about 100 miles, and we're not seeing differentiation in the reservoir.

Now, that doesn't mean you won't have good wells and poor wells. So, what we always look at is a range, and we want to find about 240 barrels a day equivalent to meet our type curve. We also say that Netherland Sewell has given us a type curve of 409,000 barrels per well, but our type curve is really a range, over the 6.5 million acres, we think we'll find somewhere between 300,000 to 500,000 barrels a well. I think it's a little bit early to go and try to say we're going to find 409,000 barrels of oil on every well that we drill across this 6.5 million acres.

So we know – we've also said very publicly that, if we get to 1 million acres, we can hold about half of that with our current rig program. And so we'll look to monetize some of the other acreage as we go forward. We currently have 12 rigs working in the play. The two areas that we're the most active in are in the Mid-Continent, and the Permian Basin. We do continue to have all of our gas assets in the West Texas Overthrust and East Texas and some in the Gulf Coast in the Gulf of Mexico. And we've been fortunate that, as we moved in and made the company into an oil company, we haven't had to sell gas assets in a low-price environment.

I continue to believe that gas prices will move up, and I think it's all around the Haynesville Shale. So, as soon as rigs start to move out, 35 to 50 more rigs out of the Haynesville, I do believe we'll have a drop in supply that associated gas won't be able to keep up with, and there will be a time that we can either look to monetize or drill in the gas projects. However, if we believe what we – if we we're right in what we believe, we have enough drilling at oil projects that I don't think gas will get back to a point where it can compete with us to take capital, so we will have to look to monetize some gas over time. However, the last point on that is our gas assets are HBP, so they're not going anywhere.

So the Pinon field – what we will lose, we'll lose acreage across the West Texas Overthrust. In fact, we'll lose about 100,000 acres this year. But I can't imagine why you'd want to go spend money, that you could be spending drilling oil wells, to hold acreage that can hold for gas whenever you can release it at a later date if you wanted to.

The Permian Basin, as I mentioned, is the third largest petroleum-producing area in the U.S., the largest onshore after Prudhoe Bay in the Gulf of Mexico. So, 29 billion barrels of oil have been produced out of the Permian Basin, of which 13 billion have been produced out of the Central Basin Platform. So, if you're going to look for shallow oil in the United States, the place to look for it is the Central Basin Platform in the Permian Basin. So, the San Andres, and the Clear Fork are two main providers of oil in our project to have made 6 billion barrels of oil. So, if you think of this, the very best source rocks in the United States, oil prices moving up, even if you just eke out 60 barrels a day, you can have fantastic rates of return, and that's what we do. So, we don't look for our wells to

FACTSET:callstreet
corrected transcript



make 1,000 barrels a day, but we also don't spend $5 million to $8 million a well. We'll spend $750,000 to find basically 75,000 Mboe per well.

So the high-perm area of the Mississippian, we call the "high-perm play." Again, that should be in quotes because it's really, traditionally, a fairly low-perm reservoir, but very high-perm, compared to other reservoirs that are being drilled today, as I mentioned, a very shallow oil target, a very large area, and the key to both of our plays – and we only focus on two plays today, so we'll spend lots of time digging in the Permian Basin, and the Mississippian – the key to both of these is there's a tremendous amount of vertical production.

So as we look at the targets that we drill for, we have decades' worth of history, and I think that part of the risk in the industry today is that we don't know what new reservoirs – what they'll look like in two, three, four, five years. We know that in June of 2008, it was thought that there'd never need to be another reservoir other than the Haynesville, and what's happened in that reservoir is it tended to decline at a higher rate than was anticipated. Any time you're dealing with ultra-tight rocks, there's always that risk. You don't know whether the wells will go exponential or hyperbolic.

We know, in the reservoirs that we drill, that they'll have a hyperbolic curve, and we can document it by the vertical wells that have been drilled over the last 100 years, especially in the Permian Basin. In the Mississippian, we have over 30 years of production to look at, and Rodney will spend quite a bit of time going through how safe these two reservoirs are, and I think that's another key differentiation in the companies as you think about SandRidge.

We do have and have completed a large part of our planned asset monetization this year. We have a clear path to $700 million really by sometime in April or May, and we have other assets for monetization this year. We are very comfortable we're going to be at least to our $900 million target, if not more, and, keeping in mind that this only includes one asset monetization in the Mississippian. I think you'll see more of those this year, and James will spend a good amount of time today talking about it.

The other thing that we do that is a little bit different than the rest of the companies in the industry is we tend to hedge. So, we're very comfortable that, if you don't have higher costs – so the only reason that you wouldn't hedge and try to lock in 100% rates of return is if you're afraid your costs are going to move up and you'll lose those returns out in the future. But if you really believe that your costs aren't going to move up, then you should be willing to hedge in 100% rates of return.

The way I look at is I don't know what can happen out a couple of years, but I know that, if we lock in today's price – and what we're hedging today, we're up to about 8 million barrels in cal '13 – if we can hedge in $100 dollars per barrel, we should do that. And so that's what we've been focusing on is going ahead and hedging in oil. Even though we're bullish over a long term, we do want to capture these rates of return. So, I think that's one thing, is I doubt that many other companies are as hedged on oil as we are moving out into the future.

I've already talked about our gas upside, but just to mention is that we have over 8,000 locations left to drill. All of these are held by production, and we just see these as assets. Rodney will spend a lot of time going on about how we were the only company to write reserves off our books last year, so any gas reserve due to pricing that didn't have a PV-10, we chose to write them off last year. We brought them back on this year. The reserves didn't go anywhere. They just came on with price. So, we'll spend quite a bit of time talking about that as we discuss our reserves.

With that, I'll turn it over to Matt Grubb.

FACTSET: callstreet

corrected transcript



**Matthew K. Grubb, President and Chief Operating Officer**

Thanks, Tom, and good morning. I just have some high level slides also before we get into the technical part of the presentation. This map shows all the different areas that we operate – East Texas, the Texas Gulf Coast, Gulf of Mexico, the West Texas Overthrust, which is a Pinon field, Permian Basin in the Mid-Continent – but we're really only focused and active in two areas, and that's developing the oil properties in the Mid-Continent, and the Permian Basin. We plan to run 28 rigs the remainder of the year, of which 12 will be in the Mid-Continent developing the horizontal mist, and 16 in Permian Basin, drilling primarily Clear Fork and San Andres wells. So, our plan is to drill 950 wells – 138 in the Mid-Continent and over 800 wells in the Permian.

For the month of January, we averaged just a little bit over 62,000 barrels of oil equivalent per day and about 30,000 barrels of oil per day during that month, of which about two-thirds of that came from the Permian Basin and about 12% from the Mid-Continent on the oil production. Our guidance for 2011 is 23.3 million barrels of oil equivalent. This is a 16% increase over 2010 production. Our proved reserves at the year-end of 2009 was 219 million barrels of oil equivalent. At year-end 2010, it's 546 million barrels of oil equivalent, so it's more than double. And our PV has nearly tripled, from about $1.5 billion to $4.5 billion at the year-end 2010. And 88% of that PV value is from the oil properties primarily in the Permian. We plan to spend about $1 billion this year on the E&P, which is primarily drilling, with a little bit of workovers and recompletions in that budget.

We have over 15,000 resource locations, of which over 11,000 of those locations are oil properties, and 3,700 PUDS. Acreage and locations, we have a little bit over 1.6 million net acres. About half of that is in the Mid-Continent in the Mississippian horizontal play. We currently have about 800,000 acres under lease today, and we have wound down our leasing efforts, but we should end up with probably 900,000 to 1 million acres when it's all said and done.

We also have 200,000 acres in the Permian. While that doesn't sound like a lot, the good thing about the Permian is we can drill those wells down to such tight spacing, down to 5-acre spacing, that it does provide for a lot of locations. And if we're looking at the rate we're drilling today, about 800 wells per year, we have about 10 years worth of inventory to drill, and then the WTO where we have about 0.5 million acres. The locations, I mentioned we have over 19,000 locations, almost 8,000 in the Permian, WTO 5,500, and then the Mid-Continent makes up the bulk of the remainder.

The Permian Basin – as Tom mentioned earlier, the beauty of the Permian Basin where we operate, particularly on the platform, the Central Basin Platform, three main things is that it's shallow, so it's very inexpensive drilling and development. Our wells range from about – for the most part, range from about 4,500 feet deep to 7,500 feet deep, all vertical wells. The average cost we're looking at this year is about $760,000 per well, very high rates of return at current commodity prices. We have nearly 8,000 locations there.

As Tom mentioned, the Central Basin Platform is roughly about 3 million acres, and it's produced 13 billion barrels of oil, so it's packed with a lot of oil and multiple reservoirs, so there's very low-risk development in this area. The Clear Fork, and the San Andres, the two primary reservoirs that we focus on, have produced about 6 billion barrels. The horizontal mist, a little bit over three-quarters of a million acres and 3,400 drilling locations, that's an area that we're really just getting started on right now, and a tremendous amount of value to be realized in years to come.

The Central Basin Platform is highlighted by the shaded area on that map, and like I said, it's about 3 million acres, but we control basically all the major fields on the platform. Our legacy assets was Brooklaw, which is at the southern part of the map in the Goldsmith area, and this is back in 2009. When we bought Forest at the end of 2009 in December, we bought into the Fullerton, Robertson and Tex-Mex fields, and then in July of 2010 we bought Arena, which is the Fuhrman-Mascho field, so everything fits real well together logistically. It was a great set of acquisitions, and the integration was seamless. These are very high rate of return wells. On average, we're looking at 83,000

FACTSET:callstreet

corrected transcript



barrels of oil equivalent per well and nearly a 90% rate of return on the current strip, very low drilling cost and predictable production profiles, decades of production history here. And we're the most active driller on the platform, with 16 rigs – and I think Tom mentioned the next guy there has maybe three or four rigs – and nearly 8,000 locations.

This is our performance in the Permian to-date. Back in 2009, before we bought Forest, we were running about 4,000 barrels equivalent per day. We closed Forest in December of 2009, and we moved up to roughly 12,000, 13,000 barrels net per day. You can see we started ramping up the drilling and moved that up to about 15,000 barrels per day. In July of 2010, we bought Arena. That moved us up to about 24,000 barrels of equivalent per day, and then the ramp-up in drilling, we bumped 30,000 barrels of oil equivalent per day there. And then when we sold off our Wolfberry asset, that's a little tick down we saw of about 16,000 barrels per day. We also recently announced another sale in the Permian of some non-core waterflood assets, and that should close in April, and that will be a down-tick of about 1,500 barrels per day. And the orange bar, as you can see, is the rig ramp-up over time.

This is a good slide showing how we have increased value in the Permian. We spent $800 million for the Forest assets, which, as it turned out, is basically buying PDP value. The Arena acquisition was 1.4 billion. We've reinvested $436 million in drilling. We've cash-flowed nearly $300 million and will have sold off over $460 million in properties. This includes the Wolfberry, the New Mexico assets, and the non-producing Bone Springs acreage. So, the net investment over this time period was about $1.9 billion. Today, our Permian assets on the strip is worth $3.8 billion, so we've enhanced value of almost $2 billion in a very short period of time.

Horizontal Miss oil play, this is a very exciting play for us. It has a tremendous amount of scale. This map is a 160 miles east/west by 100 miles north and south. The dash blue line represents about 6.5 million acres, and we have nearly 1 million acres in this area. The Netherland Sewell type curve for the wells we've drilled to-date is 409,000 barrels of oil equivalent. I think there's still a lot of variability. We're still saying internally 300,000 to 500,000 barrels, but nevertheless, it's a very good project, on the type curve with the current commodity price is 120% rate of return, low drilling cost. I think this may be the lowest drilling cost of all the horizontal plays going on in the U.S. So, when you compare it to the Haynesfield, the Eagle Ford, the Bakken, the Bone Spring, this is maybe a third of the cost.

Acreage costs, all-in, we'll probably would have to spend less than $200 an acre out here, and really was a very unique time for us, as everybody was spending resources in the shale plays. We had an opportunity to pick up a lot of acreage here at a very low cost, which I don't think we can do today, had we not taken that step in 2010. We're the most active driller in the play. Right currently, we have 8 rigs, going to 12 rigs, and 3,400 potential locations. And I think the important thing is – the important question is do we think this play's going to work throughout this entire acreage area. And I think Tom addressed it earlier, but there's about six or seven operators out here drilling across this entire 160-mile range across this map here.

This is our oil production growth since drilling the Miss play. As you can see, in 2009, we were producing about – and this just shows oil, not oil equivalent, but just oil – we started out at about 500 barrels of oil per day in mid-2009. As we started ramping up rigs, we bumped that up. We doubled that pretty quickly to 1,000 barrels per day. As we ramp a few more rigs, we'd bump it up to about 3,000, 3,500 barrels per day. And this year we have 12 rigs running, starting in April, so it's a tremendous program for us.

And with that, I'll turn it over to Rodney Johnson for a more technical discussion.

FACTSET: callstreet
corrected transcript

they're coincident. You can produce San Andres and Clear Fork in those same fields. So, we look at that whole area, really, as almost one continuous field across the entire northern portion of the Central Basin Platform.

Recent studies showed the top 100 oilfields in the U.S., and yes, you'd expect a lot in the Gulf Coast offshore, you'd expect a lot in Alaska. 22 of those 100 top oilfields in the U.S. produce in the Permian Basin, and half of those are on the Central Basin Platform, and six of those are fields that we operate in.

So we are extending the fields already discovered and infilling those fields, as well. So, Tex-Mex, Robertson, Fullerton, Fuhrman-Mascho, and Goldsmith, along with Brooklaw, are six of those top 100 oilfields in the U.S. Again, a very high rate of return oil wells, low cost, predictable profiles, certainty of economic return, a lot a locations remaining on the Central Basin Platform for us to expand. And again, those are potential locations to develop the San Andres and Clear Fork. We do see other potential in the other zones, deeper and shallower, in the fields that we are extending and expanding. So, again, that same theme – low-cost carbonate reservoirs, that shallow predictable and really reducing the risk of what we're trying to do, especially in the Permian Basin.

Just to – this has been around a while. This is a classic 1984, this cross section, really what we've built our illustration on in the two slides before, but it shows all those carbonate reservoirs, multiple carbonate reservoirs on the platform, and the dramatic – how high that platform is in the subsurface, as compared to the Midland, and the Delaware Basin, and the corresponding classic sections in both those basins.

This little outline right here shows that southern extent on the Central Basin Platform. This is our Goldsmith Adobe unit and Parker Minerals. This is where we first initially developed our understanding of the Clear Fork formation. And to also elaborate a bit on the technology, it's nothing – this is, again, low-cost vertical wells that we're drilling, but we have been able to enhance that production with some of the work we're doing in the logging we're doing.

We're seeing new tech and being able to high-grade those perfs and those zones that we will perf, staying away from water and being very selective. In the past, industry would perf and try to produce from that entire section all of those zones, open them all at once and bring in a lot of water. We are being much more selective and utilizing that technology to really enhance the completions on those wells.

**Rodney E. Johnson, Executive Vice President, Reservoir Engineering**

We really view – when you have a play like the Mississippian horizontal, it's like everybody expects you to get to it real quick. We do want to spend a little bit of time talking about the reserve potential of the Permian, and that's a lot of what Todd was trying to get across to you. A lot of growth potential still exists in the Permian. We are looking to drill 800 wells in this environment for 2011. And a lot of value growth potential that still exists in this Permian, why does it exist? It's because there's a tremendous amount of pay section that Todd talked about, a tremendous amount of oil in place, and a lot of bypassed oil that's occurred over the years.

One of the things we'll talk a little bit about is, as we got into this play in the Parker Minerals GAU area, really we have spent the last three or four years mainly just drilling off the end of a known field and expanding a field by several miles. When you look at the existing production, we just extended off at the end of that. Today's prices allow us to drill all across the Permian Basin and find those kind of areas where they didn't find the high flush rate wells back in the '80s and '70s, but these wells are very economic. And we don't want to just rush by the Permian Basin because, if you look at this from a high level, you're looking at a tremendous amount of locations – 7,700 locations, and

Copyright © 2001-2011 CallStreet