# EXHIBIT 3

## 2013 Investor/Analyst Meeting

March 5, 2013

SANDRIDGE

THE POWER OF US™

# Mississippian Production Guidance: 72% Growth in 2013

Production Growth




- Production from the Mississippian has increased over 18x since 3Q10
- 131% annual production growth
- Commodity mix steady at ~45% oil[(a)] and ~55% natural gas
- ~80% of Mississippian cash flows come from oil production

| | SD Wells Drilled |
|---|---|
| 2010 | 37 |
| 2011 | 167 |
| 2012 | 396 |
| 2013E | 581 |

a) Includes NGLs