# EXHIBIT 4

SANDRIDGE
THE POWER OF US™

# SandRidge Energy, Inc. Reports Financial and Operational Results for Third Quarter and First Nine Months of 2011

## Average Daily Net Production from Mississippian Horizontal of 12,771 Boe in Third Quarter 2011; 50% Increase from Second Quarter 2011 and 653% Increase from Third Quarter 2010

## Increases Oil Production in Third Quarter 2011 by 15% from Second Quarter 2011 and by 44% from Third Quarter 2010

## Closed or Announced $1 Billion of Capital Raises in Third Quarter 2011

Oklahoma City, Oklahoma, November 3, 2011 – SandRidge Energy, Inc. (NYSE: SD) today announced financial and operational results for the quarter and nine months ended September 30, 2011.

***Key Financial Results***

*Third Quarter*

- Adjusted EBITDA of $169 million ($179 million including realized gains on out-of-period derivative contract settlements) for third quarter 2011 compared to $149 million ($197 million including realized gains on out-of-period derivative contract settlements) in third quarter 2010.
- Operating cash flow of $144 million for third quarter 2011 compared to $116 million in third quarter 2010.
- Net income available to common stockholders of $561 million, or $1.16 per diluted share, for third quarter 2011 compared to net income available to common stockholders of $298 million, or $0.73 per diluted share, in third quarter 2010.
- Adjusted net income of $2.8 million, or $0.01 per diluted share, (adjusted net income of $12.7 million, or $0.03 per diluted share, including realized gains on out-of-period derivative contract settlements) for third quarter 2011 compared to adjusted net loss of $24.3 million, or $0.06 per diluted share, (adjusted net income of $23.7 million, or $0.06 per diluted share, including realized gains on out-of-period derivative contract settlements) in third quarter 2010.

*Nine Months*

- Adjusted EBITDA of $479 million ($519 million including realized gains on out-of-period derivative contract settlements) for the first nine months of 2011 compared to $448 million ($534 million including realized gains on out-of-period derivative contract settlements) in the first nine months of 2010.
- Operating cash flow of $378 million for the first nine months of 2011 compared to $338 million in the first nine months of 2010.
- Net income available to common stockholders of $441 million, or $0.97 per diluted share, for the first nine months of 2011 compared to net income available to common stockholders of $361 million, or $1.24 per diluted share, in the first nine months of 2010.
- Adjusted net loss of $2.0 million, or $0.00 per diluted share, (adjusted net income of $38.8 million, or $0.08 per diluted share, including realized gains on out-of-period derivative contract settlements) for the first nine months of 2011 compared to adjusted net income of $11.3 million, or $0.04 per diluted share, (adjusted net income of $96.5 million, or $0.31 per diluted share, including realized gains on out-of-period derivative contract settlements) in the first nine months of 2010.

Adjusted net income available (loss applicable) to common stockholders, adjusted EBITDA and operating cash flow are non-GAAP financial measures. Each measure is defined and reconciled to the most directly comparable GAAP measure under "Non-GAAP Financial Measures" beginning on page 10.

***Highlights***

- Drilled 255 wells during third quarter 2011 and 716 wells during first nine months of 2011.
- Oil production in third quarter 2011 of 3.19 MMBbls compared to 2.77 MMBbls in second quarter 2011 and 2.22 MMBbls in third quarter 2010.
- Total production in third quarter 2011 of 6.18 MMBoe compared to 5.64 MMBoe in second quarter 2011 and 5.40 MMBoe in third quarter 2010.
- Current daily production of 70 MBoe per day.
- Increased position in new Mississippian play to approximately 700,000 net acres.
- Closed $621 million SandRidge Permian Trust IPO, received approximately $250 million in initial proceeds upon closing of Mississippian joint venture and announced sale of East Texas properties for $231 million.
- Projected funding surplus of approximately $500 million in 2011 with multiple options available to fund 2012 capital budget.
- Cash balance of approximately $225 million and current liquidity of approximately $1 billion.

***Full Year 2011 and 2012 Production Guidance***

The company produced 6.18 MMBoe in the third quarter of 2011, compared to 5.64 MMBoe in the second quarter of 2011 and 5.40 MMBoe in the third quarter of 2010. Production from the Permian Basin grew from approximately 23,600 Boe per day in the third quarter of 2010 to approximately 30,200 Boe per day in the third quarter of 2011. This reflects the previously announced sales of non-core Permian assets producing approximately 3,100 Boe per day. The company grew its Mississippian horizontal production from approximately 1,600 Boe per day in the third quarter of 2010 to over 12,700 Boe per day in the third quarter of 2011.

The company has revised its production guidance for 2011 to 23.4 MMBoe from the previous guidance of 23.9 MMBoe. Although production is projected to exceed expectations in the Mid-Continent region due to the success of the Mississippian horizontal drilling program, the company is projecting an overall shortfall of approximately 500 MBoe in production, as compared to prior guidance, due to facility constraints in the Central Basin Platform and underperformance in the Gulf Coast, Gulf of Mexico and the Piñon Field.

As a result of continued drilling success, production has outgrown the existing company-owned and operated low-pressure gathering systems in the Central Basin Platform, causing excessive backpressure on the wells and negative impact to production. While the company is addressing these issues, it is also planning to reduce the rig count from 16 to 12 in the Central Basin Platform and increase from an average of 24 rigs to 26 rigs in the 2012 Mississippian drilling program.

While 2011 production is expected to be approximately 2% below the company's prior forecast, the expected year-over-year production growth is approximately 16% and, excluding the impact of asset sales, approximately 25%.

Production guidance for 2012 remains unchanged at 27.7 MMBoe. Oil and natural gas production is expected to be 16 MMBbls and 70 Bcf, respectively.

***Drilling Activities***

SandRidge averaged 31 rigs operating during the third quarter of 2011 and drilled 255 wells. The company drilled a total of 716 wells during the first nine months of 2011. A total of 250 gross (241 net) operated wells were completed and brought on production during the third quarter of 2011, bringing the total number of operated wells completed and brought on production during 2011 to 689 gross (665 net). Currently, the company has 34 rigs operating (including 3 drilling saltwater disposal wells), of which 20 are SandRidge-owned Lariat rigs.

*Permian Basin.* The company drilled 208 wells in the Permian Basin during the third quarter of 2011 and 607 wells during the first nine months of 2011 and has identified approximately 7,900 additional drilling locations on its 228,000 net acres there. SandRidge presently operates 14 rigs in the Permian Basin, all of which are operating on the Central Basin Platform drilling primarily Grayburg/San Andres vertical wells

at depths ranging from 4,500 feet to 7,500 feet. The company plans to drill over 800 wells in the Permian Basin in 2011.

*Mississippian Play*. During the third quarter of 2011, SandRidge drilled 47 horizontal wells in the Mississippian play in northern Oklahoma and southern Kansas bringing the total number of operated wells drilled during 2011 in the Mississippian to 108. Industry-wide, approximately 320 horizontal wells have been drilled in the Mississippian across a 150-mile long area with SandRidge having drilled 147 wells. SandRidge has identified over 4,000 drilling locations on over 800,000 net acres it has leased in the play. The company presently has 20 rigs operating in the play, of which 17 are drilling horizontal producer wells with 3 drilling saltwater disposal wells, and plans to increase the Mississippian rig count to average 26 rigs in 2012. SandRidge plans to drill over 170 horizontal wells in the Mississippian play in 2011.

### *New Mississippian Play*

SandRidge has increased its position to 700,000 net acres in the new Mississippian horizontal play that is comparable in size, characteristics and cost to the company's original Mississippian horizontal play. This new play is a shallow hydrocarbon system in a thick, porous, carbonate section with Devonian-aged source rocks analogous to the original Mississippian play. The Mississippian section ranges from 250 feet to 700 feet based on control from over 7,000 existing vertical wells within the play area.

### *Operational and Financial Statistics*

Information regarding the company's production, pricing, costs and earnings is presented below:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2011 | 2010 | 2011 | 2010 |
| **Production** | | | | |
| Oil (MBbl) [1] | 3,192 | 2,219 | 8,540 | 4,774 |
| Natural gas (MMcf) | 17,935 | 19,100 | 52,440 | 57,473 |
| Oil equivalent (MBoe) | 6,181 | 5,402 | 17,280 | 14,353 |
| Daily production (MBoed) [2] | 67.2 | 58.7 | 63.3 | 52.6 |
| **Average price per unit** | | | | |
| Realized oil price per barrel - as reported [1] | $ 79.31 | $ 63.90 | $ 82.61 | $ 64.18 |
| Realized impact of derivatives per barrel [1] | (2.37) | 0.84 | (7.31) | 2.94 |
| Net realized price per barrel [1] | $ 76.94 | $ 64.74 | $ 75.30 | $ 67.12 |
| Realized natural gas price per Mcf - as reported | $ 3.64 | $ 3.57 | $ 3.66 | $ 3.88 |
| Realized impact of derivatives per Mcf | (0.56) | 1.45 | (0.25) | 2.42 |
| Net realized price per Mcf | $ 3.08 | $ 5.02 | $ 3.41 | $ 6.30 |
| Realized price per Boe - as reported | $ 51.52 | $ 38.87 | $ 51.94 | $ 36.90 |
| Net realized price per Boe - including impact of derivatives | $ 48.66 | $ 44.33 | $ 47.56 | $ 47.55 |
| **Average cost per Boe** | | | | |
| Lease operating | $ 14.01 | $ 12.23 | $ 14.03 | $ 12.01 |
| Production taxes | 1.68 | 1.65 | 1.95 | 1.33 |
| General and administrative | | | | |
| General and administrative, excluding stock-based compensation | 4.23 | 9.61 | 4.62 | 7.19 |
| Stock-based compensation | 1.64 | 1.84 | 1.65 | 1.68 |
| Depletion | 14.03 | 16.89 | 13.70 | 13.78 |
| **Lease operating cost per Boe** | | | | |
| Excluding offshore and tertiary recovery | $ 13.06 | $ 11.21 | $ 13.01 | $ 10.79 |
| Offshore operations | 33.57 | 25.19 | 39.63 | 25.80 |
| Tertiary recovery operations | 48.22 | 65.09 | 40.98 | 60.42 |
| **Earnings per share** | | | | |
| Income per share available to common stockholders | | | | |
| Basic | $ 1.41 | $ 0.82 | $ 1.11 | $ 1.41 |
| Diluted | 1.16 | 0.73 | 0.97 | 1.24 |
| Adjusted net (loss) income per share (applicable) available to common stockholders | | | | |
| Basic | $ (0.03) | $ (0.09) | $ (0.11) | $ (0.06) |
| Diluted | 0.01 | (0.06) | (0.00) | 0.04 |
| Weighted average number of common shares outstanding (in thousands) | | | | |
| Basic | 399,270 | 361,687 | 398,656 | 257,028 |
| Diluted | 497,700 | 419,137 | 496,428 | 313,283 |

[1] Includes NGLs.

[2] 2011 production includes impact from 2011 Wolfberry and New Mexico asset sales of approximately 3,100 Boe per day.

For further information, please contact:

Kevin R. White
Senior Vice President
SandRidge Energy, Inc.
123 Robert S. Kerr Avenue
Oklahoma City, OK 73102-6406
(405) 429-5515

*Cautionary Note to Investors - This press release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, but not limited to, the information appearing under the heading "Operational Guidance." These statements express a belief, expectation or intention and are generally accompanied by words that convey projected future events or outcomes. The forward-looking statements include projections and estimates of leverage, net income, drilling rigs operating, drilling locations, funding, oil and natural gas production, derivative transactions, shares outstanding, pricing differentials, operating costs and capital spending, tax rates, and descriptions of our development plans. We have based these forward-looking statements on our current expectations and assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions and expected future developments, as well as other factors we believe are appropriate under the circumstances. However, whether actual results and developments will conform with our expectations and predictions is subject to a number of risks and uncertainties, including the volatility of oil and natural gas prices, our success in discovering, estimating, developing and replacing oil and natural gas reserves, actual decline curves and the actual effect of adding compression to gas wells, the availability and terms of capital, the ability of counterparties to transactions with us to meet their obligations, our timely execution of hedge transactions, credit conditions of global capital markets, changes in economic conditions, the amount and timing of future development costs, the availability and demand for alternative energy sources, regulatory changes, including those related to carbon dioxide and greenhouse gas emissions, and other factors, many of which are beyond our control. We refer you to the discussion of risk factors in Part I, Item 1A - "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2010 and in comparable "risk factors" sections of our Quarterly Reports on Form 10-Q filed after the date of this press release. All of the forward-looking statements made in this press release are qualified by these cautionary statements. The actual results or developments anticipated may not be realized or, even if substantially realized, they may not have the expected consequences to or effects on our company or our business or operations. Such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. We undertake no obligation to update or revise any forward-looking statements.*

*SandRidge Energy, Inc. is an oil and natural gas company headquartered in Oklahoma City, Oklahoma with its principal focus on exploration and production. SandRidge and its subsidiaries also own and operate gas gathering and processing facilities and $CO_2$ treating and transportation facilities and conduct marketing and tertiary oil recovery operations. In addition, Lariat Services, Inc., a wholly-owned subsidiary of SandRidge, owns and operates a drilling rig and related oil field services business. SandRidge focuses its exploration and production activities in the Permian Basin, Mid-Continent, West Texas Overthrust, Gulf Coast and Gulf of Mexico. SandRidge's internet address is www.sandridgeenergy.com.*