# EXHIBIT 6

CRANE - 5/16/19

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

---------------------------

In re: SANDRIDGE ENERGY, No. 5:12-cv-01341-G

INC. SECURITIES LITIGATION

---------------------------

This Document relates to:

ALL ACTIONS.

---------------------------

VIDEOTAPED DEPOSITION OF STEVEN D. CRANE

DALLAS, TEXAS

May 16, 2019

Reported by: Susan S. Klinger, RMR-CRR, CSR

Job No. 160526

MR. KARAM: I'm happy to do that.
MR. PHILLIPS: Thank you.
MR. KARAM: But I don't want you cutting off the witness.
MR. PHILLIPS: I'm not cutting off the witness, sir.
Q. Now, oil and gas reserves estimation involves judgment about how to -- how to interpret available data, doesn't it, sir?
A. Yes.
Q. And that judgment includes what to include and not to include in a type curve analysis, doesn't it, sir?
A. Yes.
Q. Do you agree that two engineers acting in good faith could reach different conclusions about a particular well's EUR?
A. Yes.
Q. And do you agree with my statement that -- strike that.
Do you agree that type curves are predictive statements?
A. Yes.
Q. Now, I would like to go to your