# EXHIBIT 7

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST,)
individually and on behalf of )
all others similarly situated,)
)
Plaintiffs, )
)
vs. ) Case No. CIV-15-634-G
)
SANDRIDGE MISSISSIPPIAN TRUST )
I, et al., )
)
Defendants. )
______________________________)
)
In re: SANDRIDGE ENERGY, ) Case No. CIV-12-1341-G
INC. SECURITIES LITIGATION, )
______________________________)
)
This Document Relates to: )
)
ALL ACTIONS )

VOLUME I

VIDEOTAPED DEPOSITION OF RODNEY JOHNSON
TAKEN ON BEHALF OF THE PLAINTIFFS
IN OKLAHOMA CITY, OKLAHOMA
ON MARCH 14, 2019

REPORTED BY: DAVID BUCK, CSR

A. That's correct. Actually Netherland Sewell to my best knowledge did all of our reserves.
Q. Including the Mississippian?
A. Including the Mississippian. That's correct.
Q. And it says here, NSAI basically signed off on our oil curve yesterday.
Can you tell me what that means?
A. Yes. We had -- we generally provided all the engineering backup data for all of our information to Netherland Sewell. We had an engineering opinion and we had -- usually had discussions back and forth and Netherland Sewell was the final say in all of our engineering. So, at this point it appears they had agreed to a number of 200.
Q. And that that was -- that was consistent with SandRidge's internal number at the time?
A. Yes.
Q. Now, in that first sentence there there's a singular oil curve. Was there any discussion with Netherland Sewell about using two curves as the previous exhibit indicated?
MR. PHILLIPS: Objection to form.
Q. (By Mr. Karam) One for -- one for east geographic and one for west geographic?

(A brief pause.)
A. Okay.
Q. Can you tell me what this e-mail string pertains to?
A. Pertaining to the subject matter, it appears to be an Atinum original Miss type curve.
Q. And you'll see at the bottom is an e-mail from Mr. Knupp, is that correct, the -- which is the first in time?
A. Okay.
Q. Dated Saturday, March 10th.
A. Yes.
Q. And it references a number, it references several counties and what look like MBOE EUR numbers. Is that correct?
A. Yes.
Q. Do you recall having any discussion about this with Mr. Ward or Mr. Knupp?
A. No.
Q. Can you shed any light on -- on what this pertained to in the -- in March of 2012?
A. It appears to pertain to subject matter of Atinum original Miss type curve.
Q. Any -- you have zero memory of -- I'm just curious as to why this is being discussed at this

point when the report that we looked at was probably seven or eight months prior.

A. No.

Q. Okay. All right.

On that e-mail, that set of e-mails is it correct that Mr. Knupp, who is talking about the Atinum type curves, Atinum original Miss type curves, that there appears to be a separate type curve for -- at least for different counties?

A. Yes.

Q. And they're -- they have different values. Is that correct?

A. Yes.

Q. Do you know if SandRidge internally at this time broke down type curves for the Mississippian by county or by other geographic areas?

MR. PHILLIPS: Objection to form, lacks foundation.

THE WITNESS: Your -- I'll attempt to answer your question even though it's not specific enough.

Q. (By Mr. Karam) Okay.

A. The type curves represented by Netherland Sewell's report for our reserve evaluation report, which was a reserve report as defined by the SEC, is not what these are pertaining to. Our reserve report

type curve was a PUD type curve which represented the proven undeveloped reserves on our books. These reports were for different purposes.

MR. PHILLIPS: These reports referring to the ones in Exhibit 6?

THE WITNESS: These reports as referred to in Exhibit 6 and Exhibit 5.

Q. (By Mr. Karam) Did -- did the reports, the J.P. Dick report and the Knupp summary of that report, did they pertain to PDPs?

A. These reports to my best of my knowledge were generated to look at future drilling potential across hundreds of thousands of acres not represented by our PUD type curve.

Q. Exactly what does the PUD type curve, SandRidge's PUD type curve represent?

A. Our --

MR. PHILLIPS: Objection to form.

THE WITNESS: Our PUD type curve represents a type curve for the PUDs that are on the books at the year-end in which they were generated as generated by Netherland Sewell only for those wells represented in the report as PUDs.

MR. KARAM: This is Number 7.

(Deposition Exhibit Number 7 marked for

pass on this because we don't -- for some reason the attachments weren't copied. We'll come back to it later.

MR. KARAM: This is Number 9.

(Deposition Exhibit Number 9 marked for identification purposes and made part of the record.)

(A brief pause.)

Q. (By Mr. Karam) And this is Bates number 0456113.

A. Okay.

Q. Do you recognize this --

A. No, sir.

Q. -- e-mail?

Can -- having read it, can you tell me generally what it pertains to?

MR. PHILLIPS: Objection.

THE WITNESS: Generally it appears to be an intermediate work product before Netherland & Sewell finalized their reserves.

Q. (By Mr. Karam) So, in -- it's an e-mail from Mr. Miller to yourself. Right?

A. Correct.

Q. And Lance Galvin and Lindsey Austin and Andy Wohlgenant are copied?

A. Yes.
Q. Can you tell me what the role of each of those three persons was in helping Netherland -- in the year-end reserve process?
A. Lance was the reservoir manager, Lindsey was the engineer working for SandRidge and Andy, I honestly don't remember what his role was.
Q. So Mr. Miller says in the first line here, here is my first pass at the PDPs.
Can you tell me what he's talking about?
MR. PHILLIPS: Objection.
THE WITNESS: It appears to be he's gone through his first initial evaluation. As I said, this appears to be an intermediate work product to work on the year-end reserves.
Q. (By Mr. Karam) Tell me what your understanding is of exactly what Mr. Miller was doing.
MR. PHILLIPS: Objection.
THE WITNESS: As stated, Mr. Miller got all of our detailed production information on all our wells and he would go through, project all the PDP wells.
Q. (By Mr. Karam) So, is it correct that he would look at each individual well for which SandRidge provided him data?
A. He would look at all our wells, correct.

been working on, et cetera, deals, yeah.
Q. When you say performance, did you provide production data to the top executives to help them prepare for conference calls?
A. I couldn't be specific. I can't remember specifics.
Q. Did you provide reserve data to them for the conference calls?
A. Reserves to my knowledge were discussed typically -- the only official reserve books we had were once a year.
Q. And is it your recollection that reserves were not discussed on conference calls --
A. I don't --
Q. -- quarterly?
A. -- remember.
Q. Or the type curve, do you remember if the type curve was ever discussed?
A. I don't remember.
Q. Okay. Did you have -- now, you have in front of you SandRidge's 2011 10-K.
A. Yes, sir.
Q. Did -- did you or your department provide information for any -- for input into that 10-K?
A. Yes, sir.

Q. Okay. What considerations went into booking a PUD to add to the PUD map?
A. Generally it was performance of the area, SEC guidelines. There's a lot to booking PUDs, so it's not just drawing a stick on a map. And the guidelines were changing fairly substantially during that timeframe, so a lot of it had to do with the technical aspects of how to put and how -- where a PUD would be SEC guideline accept -- acceptable.
Q. Okay.
A. Which led into where the drilling program, future drilling program was anticipated.
Q. Okay.
MR. HORNE: Let's mark this 33.
THE WITNESS: Okay.
(Deposition Exhibit Number 33 marked for identification purposes and made part of the record.)
Q. (By Mr. Horne) And take a moment to review 33 and let me know -- does -- that may have -- the first one usually has my markings on it but I don't have any markings on that one. Take a moment to review 33 and let me know when you're done.
A. Okay. Well, can I -- that was the proven drilling program. There were other parts of the