# EXHIBIT 8

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

SANDRIDGE MISSISSIPPIAN TRUST I, et al.,

Defendants.

Case No. CIV-15-634-G

In re: SANDRIDGE ENERGY, INC. SECURITIES LITIGATION,

Case No. CIV-12-1341-G

This Document Relates to:

ALL ACTIONS

VOLUME I

VIDEOTAPED DEPOSITION OF MATTHEW GRUBB
TAKEN ON BEHALF OF THE PLAINTIFFS
IN OKLAHOMA CITY, OKLAHOMA
ON MARCH 21, 2019

REPORTED BY: DAVID BUCK, CSR

at ConocoPhillips you utilized the result of the decline curve analysis on PDPs?

A. That was part of it.

Q. Right. So my question relate -- relates to that part of it. So, how did you utilize the results of the decline curve analysis on the PDPs in deciding where to drill or not?

A. So, typically the reservoir engineer would do the decline curves on the wells and they'd come up with an ultimate recovery, an EUR, which stands for estimated ultimate recovery. They estimate the reserves from the wells. The geologist would map the area that he wants to drill and then they would try to do volumetrics to see if the decline curves fit with the volumetrics on the well to see and determine if there could be another location to drill in that area.

Q. And was the result of the decline curve analysis, the EUR for the PDPs used to help determine or estimate how much oil would be in the new areas you were drilling?

A. I'm going to rephrase your question to make sure I understand what you're asking me. Is that okay?

Q. Okay, sure.

A. Or do you want to rephrase it?

well.
Q. (By Mr. Kaufman) So, is it correct that 211 Mbbl represents the amount of oil for the average well in the Mississippian?
MR. BAUER: Objection.
THE WITNESS: It would represent -- so the type curve is built based on the PDP production. Okay? And I don't know how many wells we have at this point in time. This is very early in the Mississippian play. But if you have 10 PDP wells or 30 PDP wells or a hundred PDP wells they would build a type curve off of that and the type curve is used to reserves, put reserves on the company for the PUDs that offset the PDP wells.
So, with that in context, ask me your question again.
Q. (By Mr. Kaufman) Okay. I'll ask a slightly different question. So what's -- what's -- what was the relationship between the PDPs and the PUDs with respect to how much oil was to be expected to be drilled from the PUDs?
A. Well, the PDP -- the -- the type curves are built from the PDP wells. That's all you have to work with are the PDP wells. So, the expectation is if you drill a PUD right next to a PDP well on average if you

Rodney Johnson presented this page or Tom Ward presented this page. I can't remember.

Q. (By Mr. Kaufman) Okay. And what is your understanding of what the 120 percent ROR represents?

A. So it has a B notation is the -- my understanding is that if you drill a well for $2.7 million and you find 211,000 barrels of oil and 1.186 bcf of gas in the timeframe that this type curve or this model was developed, then you would generate 120 percent rate of return, well level economics, based on the NYMEX strip of February 14, 2011.

Q. Okay. And is there a particular inference that -- that you wanted people to draw from from this, this slide?

MR. PHILLIPS: Objection to form.

THE WITNESS: Is there a particular in --

Q. (By Mr. Kaufman) Inference that --

A. Give me an example. Like what?

Q. Like if you -- when you were presenting this page or whoever was presenting this page, the people you were presenting it to would expect that the typical or average Mississippian well would yield 211 Mbbl oil and 409 total Mboe?

MR. PHILLIPS: Objection.

THE WITNESS: I don't know what people expect or

recover 204,000 barrels of oil.

Q. Okay. And what about the 456 total Mboe, what does that represent?

A. It represents the equivalent barrels of oil and gas.

Q. And then a few items down it says 93 percent IRR.

Do you see that?

A. Yes.

Q. Okay. What does that represent?

A. It represents a 93 percent rate of return if you drill -- I don't know what the well cost. Okay, if you can drill and complete the well for $3.2 million, get through these reserves and the timeframe you get them, the production rates you get them, then you would -- and the -- and using the NYMEX strip of the April 23rd, 2012, the drilling project would develop a -- would generate a 93 percent rate of return.

Q. And on this slide it uses the letters IRR and the last exhibit it used ROR. Is there a difference between the two or -- or do you view them as the same?

A. I view them as the same.

Q. At any point throughout all 2012 until

Q. Do you remember who, who did that?
A. I don't remember.
Q. Do you recall what group the person was in?
A. It could have been in reservoir under Rodney's group. It could have been under one of the vice-president of operations.
Q. Do you recall reservoir engineers in the -- in the corporate group doing decline curve analysis on PDPs that was used in connection with the selection of wells?
A. I don't recall specifically.
Q. So during 2011 and 2012 SandRidge had both a corporate reservoir engineering group and an operations group. Right?
A. A corporate engineer -- a corporate reserves group, is that what you mean?
Q. Yes.
A. And there was several operations groups.
Q. Okay. What was the purpose for the corporate reservoir engineering group?
A. To work the company's reserves, work -- their -- their purpose, they work with Netherland Sewell to generate the reserves report.
Q. So was it the corporate reserve group that was responsible for the reserves that were disclosed

to the public?
A. I don't know. I can't remember what reserves were disclosed to the public. I remember at year-end we would disclose the Netherland Sewell reserves information where they generate the reserves for the -- for the PUDs.
Q. And do you recall that you also disclosed the year-end Netherland Sewell reserves throughout the year to file the report?
A. I don't --
MR. PHILLIPS: Objection.
THE WITNESS: I don't recall.
Q. (By Mr. Kaufman) We saw a couple presentations earlier, right, which SandRidge represented the Netherland Sewell numbers throughout the respective years. Right?
MR. PHILLIPS: Objection.
THE WITNESS: Can you be more -- can you --
Q. (By Mr. Kaufman) Yeah.
A. -- rephrase that question?
Q. Those two presentations we looked at earlier in the day that have the slides with the -- the type curve EUR figures. Do you remember those?
A. Yes.
Q. Okay. So SandRidge throughout the year was

A. He's the reservoir engineer for Netherland & Sewell.

Q. If you look at the third bullet point in the e-mail it talks about how Mr. Miller got an average EUR of 152 MBO per well and then he wrote, if I throw out the high and low result I get 133 MBO per well.

Do you see that?

A. Yes.

Q. And then the -- after the number, the paragraph that says Number 4, the paragraph right below that he wrote, my understanding is that you have a type you curve which has 203 MBO per well.

Do you see that?

A. I see that.

Q. Okay. Do you recall that when Netherland Sewell was working on the 2010 year-end reserves for the Mississippian that Netherland Sewell's initial review determined that the average EUR was around 152 MBO or 133 MBO versus SandRidge's around 203 MBO?

A. Are you asking if I recall these numbers? I do not recall these numbers.

Q. Do you recall that Netherland Sewell was lower?

A. I don't, I don't recall.

Q. Did Mr. Johnson keep you informed of the

negotiations or dealings with -- with Netherland Sewell in connection with the year-end 2010 type curve for the Mississippian?

A. Keep me informed in which way?

Q. Keep you advised as to how things were going?

A. Rodney would tell me when they're in the office timing, those kind of things, but not day to day or anything like that.

Q. Would he share like figures with you as to whether Netherland Sewell was higher than you wanted them to be or lower than you want -- than you expected?

A. I don't recall.

Q. Did your involute or knowledge in connection with the -- the year-end reserve process differ between 2010 and 2011? Like whatever amount of involvement or -- you had in that process, did it change between 2010 and 2011?

A. I -- I had very little to no involvement in the process with Netherland Sewell.

Q. Well, not necessarily directly with Netherland Sewell but just being advised as to what the status was with respect to the type curve.

A. I don't -- I don't recall anything specific