# EXHIBIT 13

Corrected Transcript

04-May-2012

# SandRidge Energy, Inc. *(SD)*

Q1 2012 Earnings Call


Copyright © 2001-2012 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen, and welcome to the First Quarter 2012 SandRidge Energy Earnings Conference Call. My name is Dominique and I will be your operator for today. At this time, all participants are in a listen-only mode. Later we will conduct a question-and-answer session. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the conference over to Mr. James Bennett, Chief Financial Officer. Please proceed, sir.

## James D. Bennett

*Executive Vice President and Chief Financial Officer, SandRidge Energy, Inc.*

Thank you, Dominique. Welcome, everyone, and thank you for joining us on our first quarter 2012 earnings call. This is James Bennett, Chief Financial Officer, and with us today we have Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Keep in mind that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties, and actual results may differ materially from those projected in these forward-looking statements. Additionally, we will make reference to adjusted net income, adjusted EBITDA and other non-GAAP financial measures. A reconciliation of any non-GAAP measures we discuss can be found in our earnings release and on our website.

Please note that this call is intended to discuss SandRidge Energy and not our public royalty trusts, SandRidge Mississippian Trust I, Mississippian Trust II, or SandRidge Permian Trust. SDT and PER will be addressed on separate calls on May 11. Also, SandRidge will file its 10-Q on Monday, May 7.

Now let me turn the call over to Tom Ward.

## Tom L. Ward

*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Thank you, James. Welcome to our first quarter operational update. We had another great quarter where once again we achieved record oil production which drove our earnings. SandRidge is fully financed for 2012 as we've now closed on our Dynamic acquisition and completed the IPO of our second Mississippian Royalty Trust. We averaged 36 rigs operating during the first quarter and drilled 250 wells. Currently, we have 42 rigs operating, including five rigs drilling disposal wells.

It is quite remarkable the change that has happened at our company over the last four years. In the spring of 2008, there were a few industry people worried about being a natural gas company. However, as large integrated companies began to surface in North America after a 30-year hiatus, our management team did take notice, and by the end of 2008, decided that change needed to take place at our company. And change we did. We first hedged our natural gas through 2010 at above $8 an Mcf, then embarked on finding the very best conventional oil assets in the U.S.

We went to our board of directors in early 2009 when natural gas was $4.13 and oil was $39.96 per barrel with a bold plan to start acquiring the least expensive oil in the most prolific place, the Permian Basin. We not only chose


Copyright © 2001-2012 FactSet CallStreet, LLC

**Brian A. Singer**
*Analyst, Goldman Sachs & Co.*

Q

Thank you.

**Operator**: Your next question comes from the line of Duane Grubert of Susquehanna Financial.

**Duane Grubert**
*Analyst, Susquehanna Financial Group LLP*

Q

Yeah, guys, you're still at a really early stage, clearly a successful stage. I'm wondering if you can talk about what extra science you're doing now that you might not be doing the future? For example, I'll be an offender and focus on these big wells too. I got to think, you're thinking, wow, I wish had a core on those just to see, is it a permeability streak, or is it, I have the most often completion ever, or what is it? So if you guys could just talk about what kind of science might we see you do versus what you're doing now and it might taper off the future?

**Matthew K. Grubb**
*President and Chief Operating Officer, SandRidge Energy, Inc.*

A

Well, the two big wells Tom talked about, we really didn't do anything different than what we've done overall in the play. Obviously we've gotten into some really good – an area of really good rock there and good permeability, good oil cut, et cetera.

Most of our focus in the Miss right now because, I mean, in general we're focused staying at the very top part of the Miss to try and stay away from water, and that's where you get your best porosity and permeability. But most of our focus in this play on the science side is really to reduce cost. We are experimenting a little bit with openhole packer systems, we're experimenting with different types of fracture in there, different types of bits, and that kind of stuff.

But most of our focus really is on cost savings. From a science standpoint, I mean from a performance standpoint, I think Tom alluded to it earlier, but we're very happy with the type curve. We're really very happy with what we said all along was the 300,000 barrels of oil equivalent to 500,000 barrels of oil equivalent per well. But these last two wells that are very good does give you an idea and indication of what this play's capable of doing.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

And, Duane, we're hopeful, we don't know this, but we're hopeful as we move into western Kansas, there's actually a step-change up in porosity and permeability. We don't have any idea if it's any better or worsen than the original play. But scientifically from core data and longs that you would think that there is a chance for that to be better. We're not claiming that it will be, but where we really – in dealing with millidarcy reservoirs, we really should be able to capture most of the oil in plays with traditional fracs that we're using.

So I don't think there is – I mean, maybe in some areas that look a little bit tighter than others, we can go in and try some different work on the fracture treatments. It's probably more enhancing the bottom portion of your reservoir-type wells than it is the top side, because you should be able to – a well that can flow 4,000 barrels a day, you should be able to treat it fairly, with a minimum treatment and bring that type of oil on in a good – with a decent frac.

So we don't know yet in western Kansas but from – let me say this also, is that the well offsetting, this last well we're talking about, it made – vertical well made 9,000 barrels of oil and 18 million cubic feet of gas. So obviously,


Copyright © 2001-2012 FactSet CallStreet, LLC

SD-SECURITIES-0004667