# EXHIBIT 14

## MANAGEMENT DISCUSSION SECTION

Operator: Good day ladies and gentlemen, and welcome to the Fourth Quarter and Year-End 2010 SandRidge Energy Earnings Conference Call. My name is Caris, and I'll be your coordinator for today.

At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session. [Operator Instructions] As a remainder, this call is being recorded for replay purposes.

And I would now like to turn the call over to your host for today, Mr. James Bennett, EVP and Chief Financial Officer. Please proceed, sir.

**James D. Bennett, Executive Vice President and Chief Financial Officer**

Thank you, Caris. Welcome, everyone, and thank you for joining us on our fourth quarter and full-year 2010 earnings call. Please note that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties. And actual results may differ materially from those projected in these forward-looking statements. Additionally, we may make reference to adjusted net income, adjusted EBITDA and other non-GAAP financial measures. A reconciliation of any non-GAAP numbers that we discuss can be found on our earnings release and on our Web site.

Now let me turn the call over to our Chairman and Chief Executive Officer, Tom Ward.

**Tom L. Ward, Chairman, Chief Executive Officer and President**

Thank you, James. And welcome to our fourth quarter financial and operational update. Also present with me are Matt Grubb, President and Chief Operating Officer; as you know, James Bennett, EVP and Chief Financial Officer; Rodney Johnson, EVP, Reservoir Engineering, and Kevin White, Senior VP Business Development and Investor Relations.

As most of you know, we have completed the transition to crude oil that started two years ago. While challenging during the process and viewed by many as a contrarian move, we can now look back and see that we not only made the right call on commodities, but did so in size and scale that transformed our company. Only two years ago, our revenue consisted of over 80% natural gas, and now is more than 80% oil. We remain true to our conviction on developing shallow, low-cost proven carbonate reserves.

First, we expanded our holdings in the Central Basin platform with the acquisition of assets from Forest and Arena, and now we have 780,000 acres in the horizontal Mississippi and carbonate play in Oklahoma and Kansas. These two areas have the important characteristics we require in all of our plays: low cost, low reservoir risk, scalability, and repeatability. Key infrastructure is in place for oil and gas development. Rigs are readily available. Shallow reservoirs mean fewer drilling days, and low horsepower requirements for hydraulic fracturing, all contribute to low costs and very high rates of return.

Furthermore, because we work in areas that have been proven by thousands of vertical wells over decades of drilling, we take on little reservoir risk in generating these high rates of return. We also have the drilling inventory in place to continue this type of drilling success for many years to come.

Another advantage to our Mississippian play is our low entry cost. We've now basically shut down our leasing efforts, but once all the numbers come in, we expect to have spent less in $200 per acre and should have over 900,000 net acres leased. This is in stark contrast to the entry costs of

## QUESTION AND ANSWER SECTION

Operator: Wonderful. [Operator Instructions] And your first question comes from the line of Neal Dingmann with SunTrust. Please proceed.

**<Q – Neal D. Dingmann>:** Morning, guys. Great quarter, great transformation. Say, Tom, just a question first on the Permian, we've obviously – continue to want more chatter on the horizontal wells there. Just wondering, again, if you could comment around prospective acres that are near-Permian, and how soon you'd really start looking at something like this?

**<A – Tom L. Ward>:** Sure, Neal. We have, as you know, a lot of acreage, about 200,000 acres in the Permian. And some of that acreage is now being offset by horizontal wells being drilled. And they're mainly in the San Andreas. And so, we're looking at it, and hopeful that there's a lot of success with the idea. Just like most of the reservoirs that we look at, we tend to wait and make sure that the extra cost that's incurred with drilling horizontal wells meets with the expectations we can have with drilling vertical wells.

The best area for us to look at horizontal wells is where we have more San Andreas-only type reservoirs or where Clear Fork and Wichita Albany, and the Fusselman aren't as prospective, so that you're not giving up deep hole rights to recomplete in whenever we drill a well. Keep in mind, that just because we drill a well and bring on a deeper zone, we do keep very good shallow zones behind pipe so that you can bring those on later with recompletions. And one of the things that Matt, I'm sure, will talk about is that we continue to have excellent results with recompletions in the Permian Basin. But to answer your question, yes, we do keep notice of – and visit about horizontal activity near our acreage.

**<A – James D. Bennett>:** Yeah, Neal. I just wanted to add that we're currently seeing nearly 90% rate of return on our vertical wells on the Central Basin platform. So, certainly, the horizontal well may be a good idea, but only time will tell. And it's not imminent. It's not anything that we need to go out and do right away. But it's like every other program. We'll watch it very carefully. We'll study it. And, if it's the right thing to do, we'll certainly give it a try.

**<Q – Neal D. Dingmann>:** Got it. And then, Tom, looking over at the horizontal Mississippian, with obviously the size of acreage you have there, if you could comment a little bit on, as that play goes from east to west, your thoughts on the prospectivity of that play? I guess not just east to west, but even if you go north to south, et cetera, is – I guess, that Quinn prospect area or the Tacoma? Are all those areas, one going to be as good as the other, just wanted your thoughts?

**<A – Tom L. Ward>:** On the horizontal play?

**<Q – Neal D. Dingmann>:** Yes.

**<A – Tom L. Ward>:** Frankly, the San Andreas produces all across the areas that they're looking at, so -

**<A – Rodney E. Johnson>:** They're on horizontal mix.

**<A – Matthew K. Grubb>:** The horizontal Mississippi, I'm sorry, Tom.

**<A – Tom L. Ward>:** So your question again, is moving from east to west, are we seeing – I thought you are talking about the Permian, the prospectivity of east to west in the Mississippian. So -

**<Q – Neal D. Dingmann>:** Correct.

FACTSET:callstreet



**<A – Tom L. Ward>:** I was off thinking about the wrong thing. Yes, across the play in the Mississippian, and you need to think of this not only in SandRidge's wells, but the other operators that are drilling. We're seeing type curve wells in and around all across our acreage, but not only across our acreage, in other areas as well. So, so far, there's been not a way to choose one place or the other that might be better or worse.

So we continue – we have a lot of acreage over many, many counties. So, I don't know. That's the reason we keep a range of 300 to 500, even though Netherland Sewell has us at 409 per well, is we don't know from one section to the next or one area to the next, which ones might be better or worse. But we're comfortable with the type curve currently. Does that answer -

**<Q – Neal D. Dingmann>:** That does. And then just last question on, I think you said in the past frac or other completion cost. It doesn't seem like you're seeing virtually any uptick like much of the rest of the market there. Does that still continue to be the case and you and Matt and the other guys continue to think that will be the case for the reminder of the year?

**<A – Tom L. Ward>:** Yes. We don't see any appreciable move in service costs, again, like I mentioned. It's because there is an excess amount of frac capacity with low-horsepower frac fleet. So, if the industry continues to do like it appears it's going to, it fits perfectly with us, and what we like is that as other plays have 50% increases in service costs, we don't. And so it just makes us have a better rates of return in our play.

**<Q – Neal D. Dingmann>:** Great color. Thanks, y'all.

**<A – Tom L. Ward>:** Thank you.

Operator: And your next question comes from the line of Pearce Hammond with Simmons & Company. Please proceed.

**<Q – Pearce Hammond>:** Morning.

**<A – Tom L. Ward>:** Good morning.

**<Q – Pearce Hammond>:** On the potential for future Royalty Trust, what's the current appetite for either additional trusts, and what would you think is the limiting factor from SandRidge's perspective?

**<A – Tom L. Ward>:** Unfortunately, I can say that we like Royalty Trust, but we are in registration in one right now, so I'm limited on how much I can talk about Royalty Trust. So, I'll just leave it that we like the idea.

**<Q – Pearce Hammond>:** Understand, understand. And what service cost inflation is baked into your 2011 CapEx guidance, or correspondingly, what sort of efficiency improvements might you think you'd be able to get to offset some service cost inflation?

**<A – Tom L. Ward>:** Sure, I'll pass that to Matt.

**<A – Matthew K. Grubb>:** Yeah. We – actually service costs, like Tom mentioned, that the type of fracs that we comp, that's a big part of your completion costs, drilling completion costs, is a very simple system in the horizontal Miss. It's a freshwater system. And really all we put in it is a pressure reducer and we use a fairly low-strength sand. And so there is an abundance of those type of material that's going to keep service costs in check.

In the Permian, our wells, we continue – the Fuhrman-Masco, we continue to drill those for about $500,000, and Clear Fork in the range of about $800,000.



corrected transcript