# EXHIBIT 15

Corrected Transcript

28-Feb-2012

# SandRidge Energy, Inc. *(SD)*

Analyst Meeting



Copyright © 2001-2012 FactSet CallStreet, LLC

Thomas County, where we see the same oil, Woodford oil, in the Mississippian, about 350 miles north. Same reservoir, same rocks, gets a little bit shallower, a little bit cheaper. In fact, the reservoir, in some of the studies, with the DST work and core work that we have that Rodney will discuss in a few moments, actually the reservoir seems to get better even as we move to the Northwest.

So the real linchpin to moving into that area was our work in Comanche County, the wells we had drilled in Comanche County, which is as I move to the next slide – we come back to this one. We – again, that zooms in to the area that we had developed, shows our acreage position and the 232 SandRidge wells. And up in that northwest portion of that oval, that is – those are the wells that we drilled in Comanche County. So that helped us to step into the Northwest Kansas area. As we move up into that area, we have 7,500 vertical wells drilled in that area helped us to put that historical perspective together as far as production out of that Mississippian zone. And so, our plans then for next year, as we have over 1 million acres gross up in that northwest portion or Extension area, we look at it now as the total Mississippian play and our plans to drill our first well in April and five rigs through the balance of 2012 and we forecast to drill 50 wells in the extension area in 2012.

I'll bring up Rodney to discuss a little bit more of the play and the excitement that we have to move in the Extension area.

## Rodney E. Johnson

*Executive Vice President-Reservoir Engineering, SandRidge Energy, Inc.*

I've tried to joke that I'm a reservoir engineer and you probably wouldn't think it is funny, so I'll just try and stick to the data. The first slide, really, as we look at the Miss as a play for just for SandRidge – tough start. Tom's back there just... really, when we look at the play, there's a lot of excellent oil plays across the U.S. There's a lot of in-place oil still left in the ground and a lot of places that you can go and try and find reserves.

The unique thing about this play in particular is that it's shallow, it's carbonate, and it has a lot of vertical history with it. So the uniqueness of this play is we think it has less risk than some of the other plays in the U.S. And then the second thing, it's even harder to put together an acreage position in some of these plays. A lot of these plays are held by production or they're very expensive for an entrance. And when you think about what we've been able to do in the last two or three years, we've put together a 2 million-acre play with $400 million, and that's amazing for an entrance cost into a resource play that we think you'll hear a lot more about in the future.

One of the things we'd like to spend a little bit of time today, Todd went through a lot of the geological history and talked to you about some of the concepts and what we've studied across the play. I'm going to take a few minutes just to kind of take you through a simplistic model of the play. And forgive me for the simplicity of it.

But if you remember back to that slide Todd showed you, the original part of the play in the Miss was in the Sooner Trend. And that Sooner Trend was, say, 500 to 1,000 feet thick. But as a carbonate reservoir system, it's broken into compartments, as Todd was talking about. And one of the, call it, misnomers about the play is these compartments are isolated cases of oil, gas and water mixtures.

So when you hear people talking about up one structure or not on structure, really what we're talking about – let's see if I can use this simplistic model. Think about a 500 to 1,000 foot thick reservoir and think about 100 storey building, with each 10-foot interval is a compartment. And when you think about that, each of those floors in that 100-storey building can have a different mix of oil, gas and water. And as they started in the Sooner Trend with this nice, thick, robust package of 500 to 1,000 foot thick, what they were able to do is look up and down that interval and cherry pick where they wanted to perforate and produce. So 30, 40 years ago, what they were searching for was 100% oil, and so they've looked up and down that package and with 500 to 1,000 feet of


Copyright © 2001-2012 FactSet CallStreet, LLC

thickness, they were able to isolate the better reservoir qualities and produce that. Now, as they move north out of that and another thing to keep in mind is when you look at that Sooner Trend, you're not going to see isolated cases of drilling, what you're going to see is a bulk of drilling across the entire play.

Back to the original concept, they weren't drilling structures. They drilled that as a bulk play and they were looking for that 1,000 feet and then isolating somewhere up and down that interval, looking for the best oil saturations. As they move north out of the Sooner Trend, the pay thickness got less. So you went from 1,000 feet of thickness to maybe 300 to 400 feet of thickness. So less chance to isolate and cherry pick that interval. And then also, what happened was the oil saturations in general got a little bit less. So what happened is they start to perforate some of those intervals, they get water and then walk away. Then the next logical choice was to move around structures, and we're using structures in a very benign sense.

Really, what we're talking about are 10 feet to 20 feet of relief in a 300-foot interval. So maybe they moved up 10 feet, they get a little bit better oil saturation, and generally, what they did is they perforated that top interval because as Todd talked about, that top interval is where the best reservoir quality rock is. And it has to do with the unconformity, so what they do is they perforate that top interval, looking for the best oil saturation, and in any given compartment across that region, they could get a good result or a not-so-good result. And as we studied the play, what we really saw was it wasn't really related to the structure as it was related to the compartments and the differences in oil and gas and water saturations through these compartments. Long story short, it makes a great horizontal play. If you're able to then go horizontal in that play, what you were doing with 1,000 foot of vertical interval, you're now doing with 4,000 foot of lateral interval. And you're not only doing it with a 4,000-foot lateral, but you're also connecting up all of that different compartmentalization, and what we're seeing is you're getting a varying – we're going to show you some statistics in the after – in the second session on histogram of the statistics, and what we see as variability. But overall, the economics are excellent by being able to go horizontally in that interval.

So it gives you just a little bit of background on the kind of the reservoir model that we're talking about. And then the second thing is you have to be willing to deal with the water, okay. Because of the less oil saturation in that entire interval as we move north, you have to be willing to deal with the water, and what Dave's going to spend a lot of time talking about is how we have built the systems to cheaply dispose of that water and deal with that water system.

So the concept is fairly easy, but we want to distinguish what we're doing from a reservoir modeling perspective from trying to chase structures or do any of that. We are definitely not chasing structures. We are not chasing even good vertical performance, because, classically, what you see in a vertical performance – and we'll show you plenty of examples here in a minute, what you'd classically see on a vertical performance is not indicative of what you'll get from the lateral performance. Because of the compartmentalization and the ability to go horizontally, we're seeing much better performance horizontally. We've offset literally dry holes, dry holes from DSTs, dry holes from production, and found some of the best horizontal wells. And that has to do with the compartmentalization and ability to go horizontal and connect up that reservoir system.

We're going to show you a little bit of data. I think we've shown this one before. This is our original study of the vertical performance, and what we're really using the vertical performance to do is to give us an idea of the produceability of the reservoir. What we've found is the statistics around the vertical performance is indicative, in general, across the region. But, as we said, what Todd's been able to do in his group, is that map this across a very large region, and then we've seen vertical performance across a large region. And I think we showed this to you last time, we're just giving you a refresher course. But generally, when you average out all of this production, particularly across Woods, Alfalfa and Grant, where we've done most of the horizontal drilling, you get about 66,000 barrels equivalent oil production. And we're going to use that as relative reference as we talk about the


Copyright © 2001-2012 FactSet CallStreet, LLC

new area up to the northwest. And then you also have varying degrees of gas performance across the region. And the other thing I will say as we've connected up these compartments horizontally, we're seeing variations in gas/oil ratio from well to well. But generally, it's coming right back to the type curve expected outcome. And that has to do with statistically averaging in a very large data sampling set and then going out and drilling horizontally in that same area. And we'll talk a little bit about that as we go forward.

Now, if you move into the Northwest Kansas part of the region, what you're going to see is the same geological environment, the same structural environment. There are only a couple of key differences we'd like to get across is it's a little bit shallower, okay, so it's about 1,000 feet shallower than what we saw in the original area, and what that translates into is less cost. And I'll hit a couple other economic criteria here. The other economic criteria that you see that dramatically helps this part of the play is because it hasn't been actively explored horizontally, we were able to go out there and across a very large area, we were able to go out there and take leases at 85% net royalty.

So we're up about 5% in royalty across this region, and those two components, about 10% less expected drilling cost and the 85% NRI dramatically helps the economic expected outcome for this area. Besides that, what we saw, and we'll spend a little bit of time for here in a minute, is we're going to show you some information on reservoir quality and also performance, and we believe they go hand in hand. And what you're really looking at here is if you go through all of this data, you're going to see that numbers of Ness, 94,000 barrels; Hodgeman, 102,000 barrels; Gray, 67,000 barrels average. And we're talking hundreds of wells, thousands of wells up here. 87,000 barrels in Finney; Haskell, 59,000 barrels. You go across this whole region, Kiowa, 130,000 barrels even moving as far north up in the Gove County of almost 60,000 barrels for 200 wells.

So when you look at this, what you're seeing is a better overall average vertical performance from the reservoir. And we believe that will translate into better horizontal performance on average as we move into this region. Now, one of the things you are going to notice is as you move out of Ford and Edwards and start to move farther north, you're going to notice that Hodgeman and Ness and some of the counties to the far north aren't reporting gas. And one of the things, one of the unknowns that we spent a lot of time researching is this question about the gas as you move farther north.

What we found, really, talking to operators and researching a little bit and another thing Todd mentioned is the DST information. One of the things about Kansas that they did is small operators is they use DST information as an exploratory tool. So there were literally thousands of DSTs across this whole region, but the interesting thing when you study the DST information I will show you there in a minute, when you study and look at that DST information, you're going to find that there is gas oil reported across this whole region, recoveries of gas.

And so we were left with a question of well, why in the world isn't there reported gas production? And as we researched it, we talked to operators, there is a significant amount. We don't know the quantity of flared and vented gas as you move north. And the other interesting thing is while you have major pipelines across this region, what you don't have is gathering infrastructure. As you move out of the – and I'm a little hamstrung like Todd is without the pointer concept, but as you move out of Stephens and Stewart County to the Southwest, that's where Hugoton is. Significant gas infrastructure exists down in that region, so you move up into Finney, towards Gray, there's remnants of gas infrastructure. But the further you move north, there's literally no gas-gathering infrastructure that exists.

So we don't know, and the other thing you have to keep in mind is Kansas is a different operating environment. It's mom-and-pop operators who literally were out here drilling five wells a year, six wells a year, and were going for high oil saturations. And they would literally when you review the DST's information here in a minute, you're going to find that if they found any hint of water, they did not want to deal with setting up disposal systems,


Copyright © 2001-2012 FactSet CallStreet, LLC

completed or we will complete 20 of 28 projects by the end of Q1. And to date, we've seen about a 500-barrel response from these projects. So if you look at the chart on the lower left, you can see the impact of really how these projects work.

The dash line shows the decline curve of wells that were online before 2011, okay. So this is not the new well program. These wells were operational and active at the start of 2011. And so as we start to put these projects into effect and lower the pressure in the field, what you see then is a dramatic change in their decline portfolio or profile. So what you see at this point, just from these first four projects is you see about a 400 barrel per day production gain versus the expected decline. So we – again, we think this'll be a very profitable project for us and relieve some of the pressure in the field. So these are the kind of things that we're doing each day to stay on top of our business.

It's not a dramatic picture but what you can see here in the lower right, is this is just basically a massive header system. So these types of headers you'll see all over the field and it's hundreds of miles of pipeline collecting the gas off these wellbores, so we can then free flow the oil and bring that oil out with a pump jack. So again, it's a project for us that we think will be very accretive in 2012.

All right, so just to summarize our themes. We still have some critical planning and some front end engineering to do as we look forward into the Northwestern Oklahoma play. But our core assets, so far, is working very well. The company took some early action to set up efficiencies and create value for us going forward. As Tom said, it's kind of the genius of the play and it certainly is. It's working very well. And then we're also going to stay on target and on pace with our infrastructure needs and the systems are in place to do that. And we will also be implementing key technologies like the open hole packer system, like the portable tank systems and in best practices, which as you saw have led to an improved drilling performance. We'll also continue to work with our premium service providers. Due to the scale of the project, it is very, very large and we're working with some of the best companies in the world to help us.

So that finishes up my piece of the development. And at this point, I think we planned on taking a 15-minute break before we started the Reserve Review. So we look forward to seeing you in just a minute.

## Rodney E. Johnson

*Executive Vice President-Reservoir Engineering, SandRidge Energy, Inc.*

All right. I guess we go ahead and get started. I won't go through and read all the metrics increases et cetera for you but you can see we had a very good year. Our replacement ratio, our proved reserve replacement, 303%, increases in SEC value, NAV resource value. And we'll spend – I've had some questions back in the corner on the resource value. We'll spend some time talking about how that's calculated, and we'll go through a little bit of that in detail. And we'll talk just a little bit about where we are in our reserve booking process, what we're seeing in numbers and kind of the look as we looked at it year end.

2011, one of the things that you'll see as we go through the numbers – let me just talk a little bit about Permian. Permian was a year of development. So when you look – when you think about Permian and you think about last year end, primarily what we had at last year end was – I believe we talked to you here last year about booking our five-acre infill drilling in the San Andres. So last year end, we booked a considerable amount of reserves to that San Andres program. And this year, we effectively drilled those proven locations. As we look towards the future, we still have a significant amount of five-acre potential and growth that we can look at in the Permian and we'll be talking about that in a little bit.


Copyright © 2001-2012 FactSet CallStreet, LLC

And then as you think about the Miss, we are just now starting to get that, call it scalability to the Miss program. So this year we didn't book a substantial amount of extensions. Well, we did book some. You can expect to see as we drill out in the Miss program that you'll see movement into the proven category kind of as we move forward. When you think about our booking methodology in the Miss and you think about where the industry is, we're, I would characterize us, as using the more traditional methodology of booking. If you think about our Miss program, classically, we're still using the one direct offset in any given direction for our proven locations. We have not gone to a statistical booking potential on a resource value-based methodology. And in reasonable sense, we're probably and we'll talk about b factors. I know everybody gets excited when we talk about b factors. But we'll talk a little bit about b factors and kind of go through some of that analysis.

But reasonably this year end we were in the Miss at 1.5 b factor. Last year end, we were at a 1.5 but we showed you a lot of data from the vertical information that suggested 2.5 was a real outcome. We actually saw evidence of the two this year. When you think about progression in understanding a play, we're probably another year away from conceptionally proving that concept of a 2 b factor in a proven relationship. And then maybe another year out before you would even think about having enough statistical data to think about a resource kind of PMRS booking potential in the Miss. Until then, we'll continue to use the traditional methodology of one direct offset on the east-west side of a horizontal well. And I know that's different than some of the bookings in some of the other plays.

The other thing, if you noticed, we're showing a proved developed finding cost of $19.66. Here, in a minute, I'm going to show you about six different methodologies to calculate defining cost, and please, feel free to use whichever one you think is more appropriate.

Talk a little bit about our reserve movement through the year. We've given you a waterfall, both on an MMBoe basis and a PV-10 basis. As you can see, generally speaking, we took out the divestitures, so that you have a pro forma starting place, 23 million barrels of production and then 37 million barrels of negative revisions. And we have – we are now using a very strict interpretation of extension versus revision. In other words, we went as far as even behind pipes and existing wells. If they were new to the reserve booking for year end, they go into the extension category. So the revisions are truly revisions to previous estimates or an entity that existed in our reserve reported last year end. But primarily, that was associated with our Pinon gas field. 29 million barrels of that was associated with the Pinon gas field and 22 of it was associated with pricing revisions. This is a lot less painful than two years ago when we stood before you and talked about gas reserves and gas pricing. I believe we told you at $3.87, I think it was $3.87, we actually wrote off our gas reserves. And we told you, they start coming back on in the $4 range. And then at last year end, when we had prices at $4.38, our gas reserves were primarily back on the books, all of them.

Again a little bit of fluctuation, we're still using the PV-10 rule, not the PV-0. So we aren't allowing our gas reserves to stay on the books if they have $1 of positive revenue. We use the PV-10 rule. They have to make that criteria to stay on the books. And in this particular case, 22 million of our reserves, primarily PUDs, failed the criteria at year end at the $4.8 – $4.12 mark. I will say, they will continue to be challenged as we look forward to this year as we see it, natural gas prices of where they are.

Good and bad about the new rules, we got the benefit of the 12-year averaging with the new rules this year end, which is $4.12. If you actually go back and do the math, the 12/31 price was actually $3. So had we had to live with – had the industry had to live with the previous rules, it would've been a very tough year end for a lot of companies.

But when you look at our asset base, the interesting thing when you move to the right column of this is while we wrote off those reserves that had very little impact in value to our company, mainly because they don't have a lot of positive PV value at those price ranges. Our company has now transformed into this oil company, and we're


Copyright © 2001-2012 FactSet CallStreet, LLC

much more driven by oil prices than natural gas prices. And so what you note over on the revision side of the page is while we had 37 million barrels of negative value or negative reserve, we gained $1.9 billion in positive revisions in value. And that's primarily associated with the fact that we went from $75.96 oil prices to $92.71 oil prices. So while you saw this change in reserves, based on the gas reserves in the Pinon Field, they had very little impact on value. And the price movement in oil was the one that gained us all the value on the revision component. Then we had 106 million barrels of extensions, and $1.8 billion movement in adding those reserves to our books over value because they are primarily oil reserves as we look at it.

I will say a couple of points on the rules. We've moved another year forward. The one advantage we have from doing a couple of royalty trusts, and we're now on our third royalty trust, and also just normal bookings is we had an opportunity through comments to kind of get an insight of what the SEC is working on and thinking about. And the interesting thing is while they seem to have opened up the rules for much broader reserve bookings, they are spending a lot of time focused on the five-year rule, both on how vintage your reserves are and how fast you develop them. And I will tell you, since we did, two years ago, have the event with the economics on our gas reserves, we are pretty well vintaged within two years on all of our reserves. So we aren't anywhere near the five-year rule on vintage. And then the second thing is we developed all of our PUD reserves within three years using our current budget models. So under both of those rules, we – our reserves are very clean. The only issue we have, as we look forward to 2012, is just what happens with natural gas prices and what impact it might have on a reserve quantity, not a reserve value component.

If you move to the next slide, we just give you a pie chart showing you the delta – I mean the breakout of where our reserves and value are. And that gives you a little bit of idea that while WTO still has a reserve quantity of 103, its value is relatively small in the context of our $6.9 billion SEC run. Mid-Continent continues to grow and will continue to grow as we develop more reserves and expand out. Permian is still a very big piece. So when you look at those two components, a large percentage of our reserve value is driven by oil properties now. The other thing we identify in that page for you is 96% of our reserves are third-party engineered, 81% of those by Netherland Sewell and 16% by Lee Keeling. And those are engineered, not audited, so all of our reserves are independently engineered as we look ahead.

The next slide shows you a little bit of every breakout you can imagine. 33% of our reserves are Mid-Continent. 57% of our value is Permian. And then another interesting move up is we actually have more of our reserves in the proved developed category this year, 56% of our value and 49% of our reserves.

The next slide shows you our movement historically from oil mix in reserve quantity and revenue. 80% -- and I'll let that sink in a little bit because you won't see these slides a lot in today's marketplace. But 80% -- almost 80% of our revenue in our reserve report comes from oil, okay? And that means we're much heavily – much more heavily weighted towards oil price than natural gas prices as we look forward to the future.

The next slide, we also showed you – broke out by what we call oil properties or gas properties. What that means is a Miss well is an oil property. And when we drill an oil well, that's a – a Mississippian would be considered an oil well, but it still has some gas revenue associated with it. And what it shows is that our drilling and by property type, we're 96% weighted towards oil properties. That's a pretty significant slide when we talk about where we are in transition from three years, four years ago, where we were primarily drilling natural gas wells to where we're primarily drilling oil wells today. Well, a 100% of drilling oil wells.

If you look at the next slide, we gave you all the different types with revisions, excluding revisions. We will say – I will say, the proved developed finding cost methodology of $19.66 and $24.61, we see that as maybe more insight into what you're really finding with the drill bit. The interesting thing about the other finding cost methodologies is depending upon how companies book a wave of PUD reserves into the reserve books, you can get a skewing of


Copyright © 2001-2012 FactSet CallStreet, LLC

what you're really finding with your reserve – with your drill bit. This is really – the proved developed finding cost is really the conversion of reserves into the proved developed category and it gives you an insight into how much money you spend and what you actually got for it.

And interestingly enough, the other comment we've seen recently from the SEC is a tendency to have more disclosure around this specific item, which is how much money did you spend developing proven developed reserves and where are your revisions and how much revision did you see into the proved developed category. So we've given you – really, $19.66 is a very respectable number for drilling oil properties especially.

The next slide, we show – as we mentioned before, when you look at our 10-K, all of our reserves are consolidated and include the trust values. So, we do a consolidated report and report that in our 10-K. You will see a note at the bottom on our 10-K for our reserves that identifies there are trust ownerships in those numbers. What we've broken out here for you is the third-party ownership value of those trusts. So what we don't own of those trusts, third-party ownership is 26 million barrels and $935 million. And this breaks out what that value would be, 444 million barrels and almost $6 billion without that ownership.

Then, if you move to the Mid-Continent slide, obviously we had an incredible proved reserve replacement as we ramp up that program and start to add more proven reserves into the mix. Increase in value is tremendous, increase in net resource value; 50% of our proved developed reserve value and 73% oil revenue, and then a $14.86 finding cost.

When you move to the Miss, I know there's a lot of interest in the community around type curves, what's happening to our reserves. If you look at this slide, what you're going to find is no perceptible notation and revisions on quantity. And then when you look over on the value, we actually saw a bump-up because of that oil price change, and then you saw a significant increase in proven value from the extensions we booked through the drilling process. And again, as I've mentioned, we're drilling more – we're booking more the traditional methodology, so it's one offset away from our proved-producing location.

The next slide, we're going to spend some time on this one. We've given you the old curve, the new curve, and we'll talk a little bit about – primarily, the changes to that curve are – essentially, it's the same oil recovery that we had in our original type curve, and we've gone up on gas.

And let me – the phrase I like to throw out for you is the most significant engineering non-adjustment was to the Miss curve. If you think about where we were last year-end, we had 37 wells in our type curve. This year-end, we had 145 wells in the consultant-type curve. And that move-up in statistics alone, not only was it a move-up in statistical number but it was a move-up in, call it, distribution.

We drilled across a very wide area. I think Todd's quoted some numbers of the distance that we drilled across. And I'll show you a map in a little bit, I think, of how far that distance was from Comanche County, all the way to the far southeast of the play development. And what we're seeing is the curve is holding up extremely well. Considering the statistics that we had at last year-end, I would say the non-movement of this curve was a very remarkable item for this year-end.

Now, the move up from 409 to 456 was primarily gas. And the last year-end, I'm going to – I'll show you the plot we showed you last year-end, which is we did a study on gas-oil ratio across the play and we showed that the vertical wells had a tendency to go from about – a range of 5,000 to 10,000 GOR up to about 17,000 GOR to 20,000 GOR over their life, over a 30-year life.


Copyright © 2001-2012 FactSet CallStreet, LLC

At the time, we didn't have enough history on the horizontal wells to book that inclining GOR ratio. And this year-end, we had enough history. We're effectively the same GOR starting place as we were last year-end. It's just we booked the increasing GOR instead of a constant GOR this year-end. So, the increase in gas-oil ratio is really over the life, not the initial point, and that's the key to understand. And what that means is, really, from an economic perspective, I will tell you, the other remarkable thing is the 409 curve and the 456 curve, because the rest is in natural gas and it's primarily towards the end of the life, had very little impact on rate of return. They're pretty much the exact same economic outcome that we had last year-end when you look at them and compare it to each other.

The other thing you'll note is the b Factor. What we saw, if you'll look in that plot, the black curve is the new consulting curve, and the match is the red dash line through that and the green was last year-end. And the only real perceptible change to that curve is we're seeing a little bit higher IPs and a tiny bit steeper decline. I quote that as tiny because it's 56% versus 63%, and then you can see how they blend back onto the same type curve.

And as I've mentioned before, b Factors, really both us and the consultant, identify the fact that, really, we're starting to see the influence of a higher b Factor in our data. It's just where we are in understanding when we can move that into the proven category. And right now, we would say we're probably another six months to a year out before we discuss whether a two is actually going to be applicable or not. But we do see the character bending more towards a two at least than we saw last year-end.

And keep in mind, the b Factor discussion in the U.S. is always interesting to me. You'll need a couple of years of good, solid statistical data to really define the b Factor. I can fit any b Factor in a range of b Factors through six to 12 months of data. Once you get a number of wells producing out over, say, 24 months of good solid data, you can start to see the true character of that b Factor. But we see the tendency is going up by all accounts as we look at it.

The next slide shows the distribution. The one thing we talked about last year-end was that we do see a statistical range of outcomes. As we – as I talked about earlier, as you drill horizontally and connect that multiple compartments in a varying reservoir, a carbonate reservoir system, you're going to get statistical outcomes different from well to well. But what we're seeing is range-wise across the whole play, we're seeing excellent wells across the whole play and no difference in the statistical outcome from, say, what people would like to try and hone down to, as well do you have a core area.

The answer to that is no. We do not see any identified core area in our data today. What we do see is well-to-well varying performance, and that's reflected in this lognormal distribution. But what we do see is in that statistical outcome is the lognormal distribution fits extremely well, and the statistics are working extremely well for us. If you notice, there's a 144 – last year-end, if I had shown you this, there were 37 wells, the same distribution, same lognormal distribution, which you would have had a lot of gaps in that curve and trying to understand where the actual outcome would be. This year-end, we've got a solid database, and it's looking extremely good.

This is that curve I was talking about on the GOR. The purple line – which I could kind of point to that. But the purple line, squiggling line, at the top of that rising curve is the vertical performance study that we did in the Alfalfa area for all the wells drilled in 1980 to 1990 to study this concept of what happens to the GOR over time. And we saw this trend. You'll find it in last year's presentation. We identify this trend, but our consultants went ahead and put a solid, flat, constant GOR over 30 years. That's the gold line. The blue line is effectively the new projection. It starts at the same point. A lot of concern over our gas-oil ratio, whether we're getting a lot more gas or oil initially. It starts at the exact same gas-oil ratio, but just rises over 30 years to get that extra gas in the numbers. So, it gives you an idea of what's happening there.


Copyright © 2001-2012 FactSet CallStreet, LLC

We've shown this one. While we see this increasing IP over time, we believe we're working on – Dave's group is working on some excellent ideas on improving contact area to the reservoir, how we do our fracs, what's happening. We're just showing you a trend analysis of what's happening from where we were with our original 409 curve. And these are first 30-day averages, okay? So these aren't 24-hour tests. These are the averages of the first 30 days. The 409 curve was 244.

And if you look at all the drilling program to-date, we've seen a steady trend up to 312. And I think we showed you that 2011 was 302. So, we continue to see that rise in our initial IPs as we move forward in time.

When you look at – I won't go through all of these for you, but generally speaking, the Permian had also very good metrics. From a reserve perspective, as I mentioned, we were primarily development drilling in 2011. And I'll talk about some of the reserve upside here in a minute. But primarily, this – you won't see a lot of reserve movement when you're drilling infill wells on five-acre spacing that are already booked. You're not going to be adding a lot of additional PUDs to that concept. But I will talk about some of the additional upside as we move forward into 2012 and 2013 here in a minute.

But generally, very good metrics as we look forward to our reserves in the Permian. A lot of emphasis on our type curve. We published our new type curve prior to the Analyst Day, and it got a lot of emphasis in the press. And I'm going to spend some time walking through the changes of the type curve and exactly what is going on. We don't see a negative impact in any of our numbers, but I'll go through in excruciating detail of Permian type curves, so you'd get a concept of what the changes are.

If you look at besides the Permian gas reserves, we did have a 7 million-barrel revision in the Parker Minerals Clear Fork area, and I'll go through that in detail. But generally, we're not talking about a failure in the Parker Minerals. If you remember, when we were talking about the Parker Minerals area, it's one of our original legacy areas of drilling at Clear Fork. And we took an area where we've drilled four – six sections away from what was originally defined as the core area three years ago. We've expanded that out to the south. And as we have expanded out, we had a 100,000-barrel type curve. And as we infilled down to 10-acre spacing and drilled the exterior of that fill, guess what, it didn't turn out to be 100,000, it looks like it's more like 80,000. Still extremely robust economics, but it ended up with being a negative revision.

Now, on the offset of that, we booked – we are finding in the exact same field, we've been out testing uphole completions in the San Andres and had a very good successful recompletion program that's not on our books. So, offsetting some of that change in the Parker Minerals, you'll see a note up here that the San Andres Parker Minerals, we added 3.2 million barrels to reserve for that uphole zone potential that we're having very good success in.

So, the Permian continues to be an area of multi-pay target reserve potential, and we continued to see those kind of reserved movements because of it. But we're giving you all the detail here, so you can understand that. And then again, what we saw, a slight negative revision on total reserves, we saw a large increase in value and it was primarily from the move in oil prices.

When you look at the Permian, think of it as this multi-target, shallow target with a lot of remaining oil in place, but they are relatively small targets. And when we – we have to drill a lot of wells, and what we showed you last year-end was a type curve representing of 2011 proposed drilling. And that's – and then, we changed that to forecast 2012. And that's where a lot of the concern came from, and we'll talk about that here in a minute.


Copyright © 2001-2012 FactSet CallStreet, LLC