# EXHIBIT 16

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Case No. 15-cv-00634-M

IVAN NIBUR, LAWRENCE ROSS, )
JASE LUNA, MATTHEW )
WILLENBUCHER, and the )
DUANE & VIRGINIA LANIER )
TRUST, Individually and On )
Behalf of All Others )
Similarly Situated,

Plaintiffs,

vs.

SANDRIDGE MISSISSIPPIAN )
TRUST I, SANDRIDGE )
MISSISSIPPIAN TRUST II, )
TOM L. WARD, JAMES D. )
BENNETT, MATTHEW K. GRUBB, )
RANDALL D. COOLEY, JIM J. )
BREWER, EVERETT R. DOBSON, )
WILLIAM A. GILLILAND, )
DANIEL W. JORDAN, ROY T. )
OLIVER, JR., JEFFREY S. )
SEROTA, D. DWIGHT SCOTT, )
RAYMOND JAMES & ASSOCIATES, )
INC., MORGAN STANLEY & CO., )
LLC (f/k/a MORGAN STANLEY & )
CO, INC.), MERRILL LYNCH, )
PIERCE, FENNER & SMITH, )
INC., CITIGROUP GLOBAL )
MARKETS, INC., and RBC )
CAPITAL MARKETS, LLC, )

Defendants,

SANDRIDGE ENERGY, INC.,

Nominal Defendant

---

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

Case No. 5:12-cv-01341-G

---

VIDEO-RECORDED DEPOSITION OF: JEFFREY KNUPP - APRIL 12, 2019

---

IN RE: SANDRIDGE ENERGY, INC., SECURITIES LITIGATION

This Document Relates to:

ALL ACTIONS

---

PURSUANT TO NOTICE AND AGREEMENT, the VIDEO-RECORDED DEPOSITION OF JEFFREY KNUPP was taken on behalf of the Plaintiffs at 1600 Broadway, Suite 470, Denver, Colorado 80202, on April 12, 2019, at 8:37 a.m., before Doreen Girdeen, Certified Realtime Reporter, Registered Merit Reporter, and Notary Public within Colorado.

interested in and calculate EUR for its different plays or sub-portions of plays?

MR. BAUER: Objection.

A. I -- I think if you read the public disclosures of public oil and gas companies, you might find some estimates in them.

Q. (BY MR. HAKLAY) Okay. The bottom of the four on the left of this page -- last question -- says IRR.

Do you see that?

A. I do.

Q. And what does that stand for?

A. I believe in this case it stands for internal rate of return.

Q. Is it a financial metric?

A. Typically speaking, yes.

Q. Okay. And there's a little number 1 in parenthesis, superscript 1, and it says (1) IRR based on $100/bbl oil & $5.50/Mcf gas price deck.

Did I read that correctly?

A. Yes.

Q. Okay. And if you look at that, that's -- the internal rate of return, which is a financial metric, is -- that's related in some way to the -- the barrels of oils equivalent because it's got a different price

economic assessments.

Q. Does Netherland Sewell perform oil and gas reserve estimates for the purposes of reporting to the SEC?

A. That, I believe, is one of their functions, yes.

Q. Do you have a view as to how well they perform that function?

MR. HAKLAY: Objection.

A. You're -- you're asking my opinion. I have a lot of respect for their work.

Q. (BY MR. YEUNG) Why is that?

MR. HAKLAY: Objection.

A. Again, opinion. But they have a -- they've been around for a long time; I believe, over 30 years. They have always, in my experience, had a very strong reputation within the oil and gas industry for being honest, unbiased, and doing high-quality work.

Q. (BY MR. YEUNG) Have you ever had -- and -- let me strike that.

Have you ever -- has there ever been an occasion where you have second-guessed the work that Netherland Sewell has done on oil and gas reserves?

MR. HAKLAY: Objection. Foundation. Relevance.