# EXHIBIT 17

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST,)
individually and on behalf of )
all others similarly situated,)
)
Plaintiffs, )
)
vs. ) Case No. CIV-15-634-G
)
SANDRIDGE MISSISSIPPIAN TRUST )
I, et al., )
)
Defendants. )
_______________________________)
)
In re: SANDRIDGE ENERGY, ) Case No. CIV-12-1341-G
INC. SECURITIES LITIGATION, )
_______________________________)
)
This Document Relates to: )
)
ALL ACTIONS )

VOLUME I

VIDEOTAPED DEPOSITION OF TOM WARD
TAKEN ON BEHALF OF THE PLAINTIFFS
IN OKLAHOMA CITY, OKLAHOMA
ON MARCH 28, 2019

REPORTED BY: DAVID BUCK, CSR

at this, this summit?

A. I -- I don't recall but I did present at different summits.

Q. Okay. If I could direct your attention to slide 11 which at the bottom it's Bates stamped for the record 0324807. At the top it says Horizontal Mississippian Oil - High Rate of Return.

What is your understanding of -- of what this page is -- is showing?

(A brief pause.)

A. It's a -- starting at the top, the headline is Horizontal Mississippian Oil - High Rate of Return. So I think it's -- from that statement we're trying to show that the drilling of a Mississippian oil well in 2011 we considered to have a high rate of return.

The next box says there's approximately 3,400 potential locations with a -- showing under A below 750,000 acres with three wells per section, so just describing how many locations drilled across the Mississippian on our acreage or on SandRidge acreage I believe with drilled at three wells per section.

The box on the left is a description of the horizontal Mississippian type curve at that time, which was 211,000 barrels of oil, 100 percent crude, 1.186 bcf of natural gas, 409,000 MBOE or a thousand

barrels of oil equivalent per well at a cost of $2.7 million per well, which includes the CapEx allocation for saltwater disposal facilities, 244 barrels of oil equivalent on a 30 day IP which would at those prices of NYMEX strip being the price that moved out over the next five to ten years would -- would equal a hundred percent rate of return at that type curve. And then again, 750,000 net acres, I believe that's describing the SandRidge ownership of acreage in the horizontal Mississippian as -- as defined probably in a different subset of this presentation.

Moving to the -- the right the -- the left axis is just the before tax rate of return at -- the right axis being the -- or the bottom being at different prices for oil and natural gas on a -- as of flat pricing. And then the strip was -- was described as being 01/31/2011.

Q. And --

A. So at I believe then if you move forward on the lower right 77 percent -- let me look at that. So, the revenue, percentage of revenue from crude oil at the strip as of 01/31/11 was 77 percent of the -- of the total production from a typical well at that time, the projected typical well.

testimony.

THE WITNESS: So, in --

Q. (By Mr. Kaufman) You can answer.

A. Yes. So, I believe on this slide we're saying that a horizontal Mississippian oil well has a high rate of return and the Mississippian type curve is classified as PUDs, so offsetting existing wells that are producing. And we're claiming that with all the -- the characteristics of that type curve it would have an approximate 100 percent rate of return which I think you could anticipate we -- we thought was a high rate of return.

Q. Okay. Do you recall whether you meant at the time you made the statement in Exhibit 3, if you meant something other than the high rate of return as it was conveyed on Exhibit 1?

A. I don't recall.

Q. Okay. If you'd turn to Page 4.

A. On which?

Q. On Exhibit 3.

MR. BAUER: Here you go.

Q. (By Mr. Kaufman) The third paragraph from the bottom it says, starts with I'm going to hit on the 2011 E & P CapEx guidance.

A. Okay.