# EXHIBIT 18

Corrected Transcript

04-Nov-2011

# SandRidge Energy, Inc. *(SD)*

Q3 2011 Earnings Call


Copyright © 2001-2011 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen, and welcome to the Third Quarter 2011 SandRidge Energy Incorporated Earnings Call. My name is Modesta, and I will be your operator for today. At this time, all participants are in listen-only mode. Later we will conduct a question-and-answer session. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the conference over to your host for your today, James Bennett, Chief Financial Officer. Please proceed, sir.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Modesta. Welcome everyone, and thank you for joining us on our third quarter 2011 earnings call. This is James Bennett, Chief Financial Officer and with us today we have Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Please note that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties and actual results may differ materially from those projected in these forward-looking statements. Additionally, we will make reference to adjusted net income, adjusted EBITDA, and other non-GAAP financial measures. A reconciliation of any non-GAAP measures we discuss can be found in our earnings release and on our website.

Also note that this call is intended to address SandRidge Energy and not our two royalty trusts, SandRidge Mississippian Trust I or SandRidge Permian Trust. The trusts will have separate earnings call at 8 a.m. and 9 a.m. Central time one week from today on Friday, November 11. So please hold any trust-related questions until the calls next week.

Now let me turn the call over to Tom Ward.

## Tom L. Ward

*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

Thank you, James, and welcome to our third quarter operation and financial update. We continue to make great progress executing on our three-plan of tripling EBITDA, doubling oil production and lowering our debt to EBITDA ratio. The plan revolves around our growth engine in the Mississippian formation of Northern Oklahoma and Western Kansas. This area has received a tremendous amount of attention in the last year not only from SandRidge, but from other large industry players. A snapshot of where we were last year to where we are now reveals that we've nearly doubled our acreage position in the original Mississippian play from 400,000 acres to 800,000 acres while generating more than $800 million of capital from our initial investment of less than $200 million in acreage costs.

Our organic production growth has increased by seven-fold from about 150 horizontal Miss wells we've drilled since January 2009. This represents nearly half of all the horizontal wells today in the play. On the first 37 wells drilled at year-end 2010, we averaged a 30-day peak IP of 244 barrels of oil equivalent while the last 119 wells drilled in 2011 have averaged 308 barrels of oil equivalent a day. We currently have 18 rigs drilling horizontal


Copyright © 2001-2011 FactSet CallStreet, LLC

producers, two rigs going drilling saltwater disposal wells, while planning to exit this year with 20 horizontal rigs running.

We've now adjusted our goal for 2012 to average 26 rigs and this is averaging two more rigs than we would have indicated in the past for our 2012 Mississippi drilling plan. However, this will not impact our 2012 capital spending plan as we will offset the increase in the Mississippian activity by reducing our Permian drilling by four rigs to 12 rigs.

We're currently seeing better capital efficiency in the Miss program as we're experiencing some facility constraints in the central basin platform. Matt will go into detail on the production constraints in the Permian, but the quick answer is that we've out-drilled some of our infrastructure and we'll be working to eliminate these bottlenecks over the next couple of quarters. Therefore, our production is increasing in the Permian but not at the rate we projected in our August guidance update.

With that said, we continue to see the Permian wells performing on type curve. At the same time, our Mississippian production has performed above our expectations. The Mississippian oil production is in line with our type curve and our natural gas production is better than we anticipated. A Miss well is now projected 56% natural gas.

We have also tested the idea of drilling four wells per section. In fact, we have drilled 36 wells for 18 lease line offsets and have not experienced any evidence of negative interference between the wells to date. We did not want to visit the idea of four wells per section until we had tested the theory, but so far the indication is positive to increase the amount of wells to be drilled. However, we will not officially change our position on spacing until more time is seen on the producing wells.

We believe the Mississippian is the most capital efficient play in the U.S. and we continue to evaluate our rig allocation and make the best decisions going forward to maximize production and return on invested capital. One of the key reasons the Miss works so well is that it's shallow and it also produces from a permeable rock that completes easily and is the lowest cost play of scale in the U.S.

We raised or announced over $1 billion of capital during the third quarter through the closing of our Permian Royalty Trust, our JV with Atinum Partners, and the pending closing of our East Texas natural gas properties. The royalty trust structure remains a part of our funding plans and we anticipate launching another royalty trust in the near future. Therefore, we cannot discuss particular assets that will be in the trust or details regarding the trust from this point forward.

This year, we've raised over $1.8 billion and will be undrawn on our $790 million revolver plus have a cash surplus moving into 2012. We've previously mentioned that we intend to raise approximately $800 million of non-debt capital and we plan to have that accomplished during the first half of 2012. After this capital raise, we'll be able to fund our three-year plan through cash flow from operations and additional long-term debt as needed in 2013 and 2014.

By the end of 2014, we anticipate being a company that is self-funded with double digit production growth. This plan takes into consideration that we will have fully funded the acquisition of a million acres in our new Mississippian play but does not give us any credit for future EBTIDA growth or cash from a partial sale of acreage.

We will not deviate from our CapEx plan until we sell acreage to prefund the development of the new Mississippian. We've now secured over 700,000 acres on our way to one million acres in the new Mississippian


Copyright © 2001-2011 FactSet CallStreet, LLC

play. We'll be at or near completion of the leasing stage by the end of 2011 and are planning to disclose the location and play details to investors later this year.

In researching and developing our thesis on the play, our technical teams have studied over 7000 vertical wells with the same criteria that we used to develop our original idea. The criteria include proven oil and gas in place, commercial development of thousands of vertical wells, control of reservoir thickness, and shallow depth. We're now preparing to talk to potential partners. The level of interest we've received suggests that we could have a partner selected by mid-year 2012.

When we discuss the area, we believe you'll more fully understand the value implications to this great idea where we'll have nearly two million acres by combining with our original Mississippian acreage. The key to the next million acres is that it has to fund itself for us to meet the three-year plan we've laid to you. Therefore, that is why we will sell or partner on a portion of the play before we commence the drilling program.

We also believe in hedging attractive rates of return; therefore we've – that we have continued to add to our hedge oil book. We've added over 8 million barrels of oil to our hedges since our last quarterly call and now have over $3.5 billion of hedges in place through 2015. The reason we hedge is that we do not see service cost pressure in either of our plays and have very attractive drilling rates of return at the current strip. Therefore, do not be surprised to see us continue this trend.

Our company has developed and dominates two of the most capital efficient projects in the U.S. today. In the Miss, each time we drill a well and spend $3 million we create a net present value of an additional $4.9 million. And in the Central Basin Platform, when we spend $760,000 we create $1 million of net present value. I'm very proud that we have taken the route of high quality reservoirs at shallow depths with scalable plays where costs can be controlled.

I'll now turn the call over to Matt for the operations update.

## Matthew K. Grubb

*President & Chief Operating Officer, SandRidge Energy, Inc.*

Thank you, Tom, and good morning to everybody. We produced 6.2 million barrels of oil equivalent in the third quarter as compared to the 5.6 million barrels of oil equivalent in the second quarter. This is a 10% sequential quarter-over-quarter production growth for the company. Oil production grew by 15% to 3.2 million barrels of oil in the third quarter as compared to the 2.8 million barrels of oil in the second quarter. And natural gas production grew 4% to 17.9 Bcf from 17.2 Bcf in the same period.

Even though we just completed a quarter of record production numbers, we are revising our 2011 full year production guidance down approximately 2% to 23.4 million barrels of oil equivalent from our previous production guidance of 23.9 million barrels of oil equivalent.

The new 2011 guidance consists of 11.8 million barrels of oil and 69.4 Bcf of natural gas. The slight downward revision in the 2011 guidance is primarily due to excessive pressure buildup in our company operated low pressure gathering systems in the Central Basin Platform as a result of tremendous production growth, we have experienced since the beginning of this year.

However, before going into details about the gathering systems in the Permian Basin, I want to point out that since we have already produced 17.3 million barrels of oil equivalent through the first three quarters this year, our new full year guidance of 23.4 million barrels of oil equivalent would suggest that fourth quarter production will


Copyright © 2001-2011 FactSet CallStreet, LLC

SD-SECURITIES-0003198

**Mark Hanson**
*Analyst, Morningstar Research*

Q

Okay, great. Thank you guys.

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: [Operator Instructions] Your next question comes from the line of Adam Leight with RBC Capital Markets. Please proceed.

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

Hey, good morning guys. Just a couple of follow-ups. On the Mississippian well results, can you at least sort of address how much variance up or down from that 300 barrel a day well that you're seeing and is it locational or is it more randomly spread through the play?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Adam, I'm sorry, I heard the Mississippian well variances – I couldn't hear your question, I'm sorry.

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

What's been the spread between the poor wells and the better wells versus that 300 barrel a day and is there any dependence – is it locational or is it spread evenly? Is the randomness even throughout the play?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Yeah, I hear you now. Okay, so the play is a very large stratographic play – stratographic trap that has – so it's not like a shale play. It's set up to where there's not really a core area. So within each of the areas we drill there are good and bad wells. And what – the statistic we can use and can prove, I guess, is that in our first 37 wells there was one that we talked about that would not pay back its costs. So on the downside you kind of have a low rate of return and on the upside you have some extraordinary wells. So that's how you continue to have a very high rate of return on – with the overall play. But there is a wide variance in each of the areas, not in one particular area.

**K. Adam Leight**
*Analyst, RBC Capital Markets Equity Research*

Q

Okay. And for the rig allocation for the Mississippian, is that all for the original Mississippian or do you account in for some drilling in the new play in 2012?

**Tom L. Ward**
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

No. The only thing we've done in the new play is we account for the acreage money we've spent and we don't account for any sales or any drilling, so all of the drilling is accounted for in the original Mississippian.



Copyright © 2001-2011 FactSet CallStreet, LLC

K. Adam Leight
*Analyst, RBC Capital Markets Equity Research*

Q

So on the acreage spend in the third quarter for the Mid-Con, was that all or substantially all for the new Mississippian or not?

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

I don't know exactly where all the money – but it includes our Mississippian – new acreage bought in the Mississippian, yes.

K. Adam Leight
*Analyst, RBC Capital Markets Equity Research*

Q

And that was approximately 200,000 acres from the end of last quarter, is that – am I right on that?

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

It seems like it's more than that, yeah.

James D. Bennett
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

Our last call we were at 200,000. And now we're at 7 ...

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A

Yes. The last announcement I think was 500,000. So we're fast approaching where we need to be.

K. Adam Leight
*Analyst, RBC Capital Markets Equity Research*

Q

Okay. Just trying to do a little arithmetic there. And then I'll try to ask this question, so you can answer it, James. The expectation on timing given that we are in November already for this next trust, I'm presuming that's a 2012 event?

James D. Bennett
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

Yeah, we can't comment on specific timing yet, Adam, but just if you take into account normal 30-day SEC review and that process it would be really hard to launch something now and get it done in this calendar year.

K. Adam Leight
*Analyst, RBC Capital Markets Equity Research*

Q

Okay, great. Thank you. I'm good.

Tom L. Ward
*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

A


Copyright © 2001-2011 FactSet CallStreet, LLC