# EXHIBIT 20

# FINAL TRANSCRIPT

## Thomson StreetEvents℠

# SD - Q1 2011 SandRidge Energy Inc Earnings Conference Call

**Event Date/Time: May. 06. 2011 / 1:00PM GMT**



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

conference over to Mr. James Bennett, Chief Financial Officer.

---

**James Bennett** - *SandRidge Energy, Inc - EVP and CFO*

Welcome, everyone, and thank you for joining us on our first-quarter 2011 earnings call. This is James Bennett, Chief Financial Officer. With us we have Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Please note, today's call will contain forward-looking statements and assumptions which are subject to inherent risks and uncertainties. The actual results may differ materially from those projected in these forward-looking statements. Additionally, we'll make reference to adjusted net income, adjusted EBITDA and other non-GAAP financial measures. A reconciliation of any non-GAAP numbers that we discuss can be found in our earnings release and on our website.

Now let me turn the call over to Tom Ward.

---

**Tom Ward** - *SandRidge Energy Inc - Chairman & CEO*

Thank you, James, and welcome to our first-quarter financial and operations update. I'll lead with a few opening remarks and turn over to Matt and James.

For the last 2 years, we've had a very simple and focused strategy of acquiring and drilling for shallow conventional oil and carbon at reservoirs. We initiated our acquisition of oil by focusing on the Permian Basin because of the tremendous source rocks and production that have been developed over the last 80 years. The Permian Basin is the largest oil-producing basin in the Continental US, with over 29 billion barrels of oil produced.

After focusing on the Permian, we decided to further focus on the Central Basin Platform as our core area of interest. The CBP has produced over 12 billion barrels of oil from only 3 million acres, defining the best oil-producing area within the best oil-producing basin.

We made 2 acquisitions with a net investment of $1.8 billion that's now worth over $3.2 billion, showing a growth of investment of nearly $1.4 billion in less than a year. Not only have we made tremendous value growth, we now have nearly 10 years' worth of drilling, even though we drill over 800 wells per year and own over 185,000 acres of prime land. Plus, we did not have to spend capital on expensive non-EBITDA-producing acreage.

At the same time, as we're acquiring on the Central Basin Platform, we targeted another shallow carbonate oil play in the Mid-Continent. The horizontal Mississippian Play is now recognized as one of the premier shallow oil projects in the US.

SandRidge started to work this area in 2007 by drilling less than a dozen vertical wells. However, as we developed the idea that there were tremendous amounts of oil in place over a very large area, we stepped out and drilled horizontally nearly 30 miles away and found the same great reservoir.

This gave us confidence to buy 1 of the industry's leading acreage positions at a very low cost. We now have 12 rigs drilling and are projecting to double our rig count in 2012.

We have said that we can only hold approximately half of our projected 1 million acres over the next 5 years if we keep our CapEx flat at its current level. Therefore, we're now reviewing 3 ways to fund the doubling of our rig count next year.

We can either sell a portion of our acreage or joint venture with another entity, form additional royalty trusts, or raise CapEx within SandRidge. We've not decided which way or ways that we will fund the drilling, but we are now planning for increased





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Mississippian rig count in 2012. We currently are spending approximately $300 million per year drilling in the Miss in our $1.3 billion budget.

The Mississippian continues to gain traction as 9 operators are now active in the Play with 24 total rigs running. SandRidge has drilled 72 horizontal wells to date and our average 30-day IP has increased versus the 244 barrel a day equivalent type curve that produces 409,000 barrels equivalent of reserves.

It is also important to note that our drilling now spans across an area greater than 100 miles east to west, and industry drilling has proven up the Play beyond that distance. Vertical well performance suggests the western portion of the Play to be statistically better, but we don't have enough horizontal well information to verify at this time. This is important, as most of our acreage is in Grant County, Oklahoma and west.

We also believe reservoir thickness is good, and we have kept our acreage acquisition in the region of the Play with anticipated gross thickness of 200 feet to 800 feet of Mississippian reservoir. Both of these areas we drill in have tremendous rates of return because we drill for oil and because the costs are low due to the shallow reservoir depths.

We continue to see very little pressure on overall costs in these plays due to the current availability of equipment in both drilling and stimulation services. We believe this is one of the distinguishing factors of our company. Even though we do not see the potential for material increases in costs today, we believe there will be competition for drilling services in the next year as we anticipate a continued ramp-up of industry activity in the Mississippian Play due to robust economics and strong oil prices.

Therefore, we are moving ahead aggressively to lock in rigs for our 24-rig program next year. Perhaps even more important than any slight increases in cost is that we want the assurance that we can accelerate drilling for each type curve well as a PV10 of nearly $7 million at the current oil and gas strip.

The other distinguishing factor is the development of our business units that have size and scale, along with shallow carbonate oil and, in the case of the Central Basin Platform, no ability to duplicate the assets that we have assembled. We have successfully integrated our company into a business with high rates of return with very little pressure of cost inflation and very little reservoir risk.

We believe we are singular in our ability to make this claim. We also believe that if a company has this ability, we should hedge to lock in rates of return and drill as aggressively as possible. So you've seen us hedge nearly 25 million barrels through 2013, and we're now starting to hedge even further out and move forward with our plan to raise capital to meet the growing drilling schedule.

The focus for SandRidge during the rest of 2011 is to fully fund our 2012 drilling plans and ensure we can capitalize on their tremendous rates of return we realize in both the Central Basin Platform and the Mississippian Play.

I will now turn the call over to Matt for an operational update.

---

**Matt Grubb** - *SandRidge Energy, Inc - President and COO*

Thanks, Tom, and good morning to everybody.

I will elaborate more about our production and drilling performance, CapEx and LOE. First, I will walk through reconciliation of our Q1 production. If we can start by going back to Q4 of 2010, we produced 28,400 barrels a day and 204 million cubic feet of gas per day for a total of 62,400 barrels of oil equivalent per day in Q4.





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

SD-SECURITIES-0688339