# EXHIBIT 21

05-Aug-2011

# SandRidge Energy, Inc. *(SD)*

Q2 2011 Earnings Call


Copyright © 2001-2011 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen, and welcome to the Second Quarter 2011 SandRidge Energy Earnings Conference Call. My name is Keisha, and I will be your operator for today. At this time, all participants are in a listen-only mode. Later we will conduct a question and answer session. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the conference over to your host for your today, James D. Bennett, CFO. Please proceed.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Keisha. Welcome, everyone, and thank you for joining us on our second quarter 2011 earnings call. This is James Bennett, Chief Financial Officer. And joining me today are Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Please note that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties, and actual results may differ materially from those projected in these forward-looking statements. Additionally, we may make reference to adjusted net income, adjusted EBITDA, and other non-GAAP financial measures. A reconciliation of any non-GAAP measures we discuss can be found on our earnings release and on our website.

Also note that today's call is intended to address SandRidge Energy and not the royalty trust SandRidge Mississippian Trust I, ticker SDT. SDT will have a separate earnings call at 8 a.m. Central time on Friday, August 12.

Now let me turn the call over to Tom Ward.

## Tom L. Ward

*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Thank you, James. Welcome to our second quarter operational and financial update. As you've read, we have had a busy few weeks. I'll use this small amount of time to update you on our progress from the last quarter and give you a glimpse of our new acreage play in the Miss, plus the development of our three-year growth plan.

Yesterday, we announced the signing of a joint venture with Atinum Partners, a highly respected financial partner and energy investor based in Seoul. The joint venture encompasses the original Mississippian idea that we've been developing over the last few years. SandRidge will receive $500 million in consideration, composed of $250 million in cash at closing and $250 million in a carry structure over a three-year drilling term.

We will deliver 113,000 net acres of our greater than 900,000-acre Mississippian position. With this sale, we will have monetized $580 million of cash and $250 million of additional carried interest on an initial investment of roughly $200 million, and continue to own nearly 90% of our acreage. The transaction further substantiates that the Mississippian carbonate play is considered one of the best areas to drill in the U.S. today.


Copyright © 2001-2011 FactSet CallStreet, LLC

SD-SECURITIES-0003157

There have now been 92 wells operated by SandRidge with at least 30 days of production history. These wells have a 30-day rate of 297 barrels of oil equivalent per day, compared to the 244 barrel of oil equivalent per day rate used in the Netherlands Sewell type curve that has an EUR of 409,000 MBoe per well.

We have information on a total of 136 total wells with at least 30 days of production, and these wells have a 30-day rate of 284 barrels of oil equivalent per day. We calculate our type curve well to have in excess of 100% rates of return using a $3 million well cost. The play in total now has over 250 horizontal wells that have been drilled. Given the positive performance of our wells, we're now increasing guidance to 24.1 million barrels of oil equivalent in 2011, which is a 20% production increase over 2010, and we're projecting a corresponding 20% production increase in 2012 to 29 million barrels equivalent.

We've also announced our second horizontal Mississippian play, in which we have purchased over 200,000 net acres with a plan to be at a million acres by the end of this year. We do not anticipate spending any more per acre than we did for the original Mississippian acreage buy in Oklahoma and southern Kansas. This new play has all the same characteristics of our original Mississippian play. We are focusing on shallow carbonate, low-cost oil that can be acquired and drilled for approximately the same amount as we have invested in the current Mississippian play.

We also have and focus on thickness of reservoir and have chosen to stay in areas that have at least 250 feet of Mississippian thickness. We like carbonates because of the matrix porosity and permeability. However, maybe the most important factor in describing what we look for in a play is history. We want to understand what the production decline will look like several years into the play. The original Miss play had 7,800 vertical wells drilled within our buy area. The new Miss play has over 8,500 vertical wells drilled with very similar EURs to the current Miss, but even at shallower depths.

We also continue to believe that three wells per section is the appropriate estimate for wells in the Mississippian formation. The storage capacity to find 400 to 500 MBoe per well is found through matrix porosity, fracture porosity, and higher perm rock. Therefore, we are hesitant to drill too close, as we want to spend the least amount of capital to get the most oil and gas from the reservoir.

It is also impossible to predict with any accuracy how a reservoir will decline over a long period of time without some history of production. Within our areas of focus, carbonate wells have been drilled for decades, giving us confidence in that future well performance. We want to manage and minimize risk by investing in plays that will allow us to drill and complete wells with equipment that is plentiful and developing reservoirs that have a proven production history. The abundance of low-horsepower drilling and completion equipment has allowed us to keep our drilling costs relatively flat during the last two years, at a time when the industry's drilling costs have risen quite dramatically.

In summary, our strategy is quite simple. Drill in areas with historically proven production and keep our costs down while taking advantage of high oil prices to create strong rates of return. We then lock in these rates of return by hedging future oil production. We have already hedged over 30 million barrels of oil for the next three years and continue to be willing to hedge more.

Lastly, we're announcing a three-year plan, which by the end of 2014, we would have a self-funding capital program, debt-to-EBITDA ratio of less than 2 times, and maintain double-digit production growth. This plan incorporates bringing NAV forward by narrowing our drilling inventory in the Mississippian to approximately 10 years from the 25-year inventory we had on the first of this year and keeping our Central Basin Platform inventory and drilling schedule as it is today.


Copyright © 2001-2011 FactSet CallStreet, LLC

This goal is achievable with a capital budget of about $1.8 billion to $2 billion per year and would generate EBITDA over $2 billion in 2014. The outcome will be a company that doubles our 2012 production, a continued large inventory of drilling opportunities, and a very strong balance sheet with best-in-class results. Lastly, our 2014 plan does not assume any success we may have with our new Mississippian play.

I'll now turn the call over to Matt to further describe our plans in the quarter.

## Matthew K. Grubb

*President & Chief Operating Officer, SandRidge Energy, Inc.*

Thank you, Tom, and good morning to everybody. I will start with Q2 production, and then go into drilling performance, 2011 CapEx increase, and LOE.

We produced 30,400 barrels of oil per day and 189 million cubic feet of gas per day for an average of 62,000 barrels of oil equivalent per day in Q2, as compared to 28,700 barrels of oil per day and 192 million cubic feet of gas per day or 60,700 barrels equivalent per day in Q1. This is a 2% quarter-over-quarter production growth.

Considering the impact of 1,500 barrels of oil equivalent per day for the New Mexico asset sales in April, our quarter-over-quarter pro forma total production growth is nearly 6% and approximately 10% in oil production growth.

With an announced 2011 CapEx increase, we have also increased our 2011 production guidance from 23.3 million barrels of oil equivalent to 24.1 million barrels of oil equivalent. This is a 3.4% increase to our previous 2011 guidance and a 20% increase to 2010 production. Again, if we look at it on a pro forma basis for the New Mexico asset sales, this is approximately a 5.2% increase to the previous 2011 guidance. And if we add in the impact of Wolfberry sales early this year, our new guidance represents a 25% increase to 2010.

With our rig ramp-up plan in the horizontal Miss, which I will discuss further, we seek to grow total production another 20% in 2012 over 2011, and that represents a 35% increase in oil production over that same period. We anticipate producing about 16.7 million barrels of oil and 75 billion cubic feet of gas for a total of 29.1 million barrels of oil equivalent in 2012.

As mentioned earlier, we averaged 62,000 barrels of oil equivalent per day in the second quarter. With the continued success we are seeing in the horizontal Miss program, steady results of low-risk drilling, and an aggressive workover program on the Central Basin Platform, we have had a great start into the third quarter.

Our total production in July increased to 66,000 barrels of oil equivalent per day, where we averaged nearly 34,000 barrels of oil and 192,000 cubic feet of gas per day. During this period, we also saw a one-day high of 68,000 barrels of oil equivalent.

From a drilling standpoint, we are running 16 rigs in the Permian Basin and plan to maintain that level for the remainder of 2011. We drilled 197 wells in the Permian Basin in second quarter, bringing the total to 399 vertical wells drilled in the Permian Basin in the first half of this year.

With some movements in the drilling mix, we anticipate to drill a few more wells in the second half of the year. Our new projection is 834 wells drilled in the Permian Basin for 2011. This is 23 more wells than we had previously estimated for the year. Our Permian Basin activity is focused on the Central Basin Platform, where we've primarily drilled low-risk vertical San Andres and Clear Fork wells at depths from 4,500 feet to 7,000 feet.



Copyright © 2001-2011 FactSet CallStreet, LLC