# EXHIBIT 22

24-Feb-2012

# SandRidge Energy, Inc. *(SD)*

Q4 2011 Earnings Call


Copyright © 2001-2012 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen, and welcome to the Fourth Quarter 2011 SandRidge Energy Earnings Conference Call. My name is Gina and I will be your coordinator for today. At this time, all participants are in listen-only mode. We will be facilitating a question-and-answer session towards the end of today's conference. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the presentation over to your host for your today's conference, Mr. James Bennett, Chief Financial Officer. Please go ahead.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Gina. Welcome, everyone, and thank you for joining us on our four quarter and year-end 2011 earnings call. This is James Bennett, Chief Financial Officer, and with us today we have Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Keep in mind that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties, and actual results may differ materially from those projected in these forward-looking statements. Additionally, we will make reference to adjusted net income, adjusted EBITDA and other non-GAAP financial measures. A reconciliation of any non-GAAP measures we discuss can be found in our earnings release and on our website.

Please note that today's call is intended to address SandRidge Energy and not our two royalty trusts, SandRidge Mississippian Trust I or SandRidge Permian Trust. Also, SandRidge will release its 10-K on Monday, February 27.

Now let me turn the call over to Tom Ward.

## Tom L. Ward

*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

Thank you, James, and welcome to our fourth quarter operations call. As you've seen from our press release, we beat our projections for the quarter and capped off a tremendous year for SandRidge. Let's take a minute and go through what transpired during 2011.

We had a CapEx budget of $1.8 billion and cash flow from operations of $535 million. Where did the cash come from to fund our high rate of return drilling program? We raised over $2 billion in seven transactions through joint ventures, royalty trusts and asset sales without increasing debt or issuing equity. As a result, we were able to grow our oil production by 60% and increase our SCC PV-10 reserves to $6.9 billion, which was an increase of 52%. We were also able to increase our net acreage position in the Mississippian to 2 million acres and retain 1.5 million acres even after the joint ventures with Repsol and Atinum, resulting in $2.33 billion in value from cash and drilling carries.

Our results in 2011 come only after the groundwork was laid starting back in 2008. Our move to oil was started by hedging all of our natural gas production in 2008 at over $8 an Mcf. At the time, we were considered too



Copyright © 2001-2012 FactSet CallStreet, LLC

conservative as natural gas prices were surely going to bounce back in 2009. However, then we made the next critical step and bought oil and some of the best fields in the Permian Basin before the run-up in oil prices.

This was met with resistance, because we had to be buying oil in places where nobody else wanted it and it couldn't be a good deal. We moved into 2010 by buying Arena and met more resistance as we were thought to have overpaid for worn-out shallow vertical drilling while everybody else moved to deeper higher pressure horizontal shale reservoirs.

These two acquisitions led the way for our Permian division to grow from $1.5 billion net investment to an SEC PV-10 proved reserves value of $3.3 billion today. The Permian oil acquisitions were the initial stage of a plan to move from a single natural gas asset company to a premier oil company built on shallow, conventional, low-risk, low-cost reservoirs.

I've already described what we did in 2011. However, it would be inappropriate to not give credit to our organization for a historic year. 2011 was the transitional year for SandRidge as we were able to monetize assets to build our position in our ultimate growth vehicle, the massive Mississippian oil play in the midcontinent.

During 2010, it became clear to us that we knew something that no one else had focused on, which is drilling for shallow conventional oil onshore U.S. is very profitable and scalable. The key is to stay away from competition and be a first mover into acreage once you have determined your play. The Mississippian is our play. We not only bought a million acres initially, we dismayed the analytical community as we announced a second million-acre purchase in the third quarter. It was assumed that we could not sell down without drilling multiple wells first. However, the success in the original Miss and the thousands of vertical wells drilled to date gave us the history needed to find a partner without spending the capital to drill new wells.

Repsol is a company focused on carbonate reservoirs around the world who chose to join us in the Mississippian extension acreage. We have stood firm in our resolve as others questioned our reason, timing, and size of our continued investment in the Mississippian.

We are hopeful that the results of now over 225 horizontal tests by SandRidge and nearly 500 horizontal tests in the play with production blossoming to over 65,000 barrels of oil equivalent per day in the last year will speak for themselves that the Mississippian oil play is the best rate of return drilling of any large play in the U.S. today. We will be discussing the play in detail at our Investor Day meeting next Tuesday. We've been consistent with communicating a three-year plan to investors of tripling EBITDA, doubling oil production and continuously improving our debt metrics by drilling and acquiring conventional oil.

We reviewed what we've done to get here; now let's chat about why we bought DOR and what is left to fund our three year plan. Our ongoing journey to identify and secure cheap oil has led us to the Gulf of Mexico. As we tried to sell our own Gulf of Mexico assets in 2007 and again in 2011, we were met with buyers who, in our opinion, were trying to capture too much upside. Not only did they want to purchase for 1.5 to 2.5 times cash flow, they wanted to get our up hole and infill drilling for free.

The crazy thing is that we were almost willing to accept the offers as we, just like others, did not see ourselves as long-term players in the Gulf of Mexico. However, as we reviewed the possible transaction we could see the strategy could actually be the most accretive way to add high return, high cash flow and producing assets that could help fund our three-year plan.

Let's review our alternatives to triple EBITDA, double production and improve our credit metrics. We could have done one or a combination of six things and met one or two of the components but not all three. First, we could


Copyright © 2001-2012 FactSet CallStreet, LLC

have slowed down drilling; that's not a good idea as our growth in oil production is driving EBITDA and delivering robust rates of return in our drilling programs.

We could have issued debt; we were already pretty levered at 4.0 times and did not want to take on more debt without first growing EBITDA and allowing for favorable debt metrics.

We could have issued equity; yes, we could have but this would have not added 25,000 barrels of oil equivalent per day of production and be immediately accretive to cash flow, EBITDA and debt.

We could have issued more royalty trusts; that was another option and while the valuations are attractive, in doing this you're selling EBITDA and selling your most proven reserves.

We could have sold more Miss acreage; that's what most of you want us to do. As an option that's a good option, but it become more dilutive to NAV as our Miss acreage has a NAV of 16,000 per acre. Therefore, our goal is to keep as much as acreage as possible.

Or we could have bought Dynamic, which represents highly accretive transaction on every relevant measure which generates significant EBITDA to help finalize our three-year plan and sets us up with a great team for our Gulf Mexico business where there continues to be dislocation by the market and value for oil produced.

We've come a long way in the last three years and believe the next three years will be the years of harvest as our earnings production and share price all climb together. We have projected one more royalty trust and then we can rely on the combination of cash flow from operations and debt financing while still improving our credit metrics to meet our three-year plan of tripling EBITDA and doubling production.

It's been long journey, but I believe you'll agree that it was a road worth traveling.

I'll now turn the call over to James to go through the quarter financially.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Tom. Before I run through a summary of our financial results, let me comment on our Dynamic acquisition. In term of the fit and the reasoning for the deal, as Tom discussed we were able to acquire Dynamic at a very reasonable price of $50,000 per flowing barrel equivalent per day, 3.4 times EBITDA and 67% of proved PV-10.

While we continue to view the Mississippian and Permian as our core drilling assets, in the case of Dynamic if we can buy offshore cash flow and production for the low multiples that we were seeing, it represents a compelling opportunity for us to add inexpensive production and EBITDA, improve our leverage and de-risk our balance sheet; all of which remain consistent with our three-year plan.

Turning to the fourth quarter, as you can see in our earnings release adjusted net income was $9.1 million or $0.02 per diluted share. Adjusted EBITDA was $175 million and operating cash flow was $153 million or $0.31 per diluted share.

Fourth quarter adjusted EBITDA is up 34% over the comparable 2010 period, driven by a 26% growth in oil production and higher realized oil prices, somewhat offset by a decline in gas production. For the full year 2011, adjusted EBITDA was $654 million and operating cash flow was $535 million or $1.08 per diluted share. Note


Copyright © 2001-2012 FactSet CallStreet, LLC