# EXHIBIT 23

Corrected Transcript

03-Aug-2012

# SandRidge Energy, Inc. *(SD)*

Q2 2012 Earnings Call


Copyright © 2001-2012 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen, and welcome to the Second Quarter 2012 SandRidge Energy Earnings Conference Call. My name is Pam and I will be your operator for today. At this time, all participants are in listen-only mode. Later we will conduct a question-and-answer session. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the conference over to Mr. James Bennett, Chief Financial Officer. Please proceed.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Pamela. Welcome, everyone, and thank you for joining us on our second quarter 2012 earnings call. This is James Bennett, Chief Financial Officer, and with us today we have Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Keep in mind that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties, and actual results may differ materially from those projected in these forward-looking statements. Additionally, we will make reference to adjusted net income, adjusted EBITDA and other non-GAAP financial measures. A reconciliation of any non-GAAP measures we discuss can be found in our earnings release and on our website.

Please note that this call is intended to discuss SandRidge Energy and not our royalty trusts, the trusts will be addressed on separate calls on August 10. Also SandRidge will file its 10-Q on Monday, August 6.

Now let me turn the call over to Tom Ward.

## Tom L. Ward

*Chairman & Chief Executive Officer, SandRidge Energy, Inc.*

Thank you, James. Welcome to our second quarter operational update. As you've read, we announced another very solid performance this quarter, driven by the growth in oil production. The key themes I will discuss this morning that differentiate SandRidge are as follows: Low risk shallow carbonate drilling with low costs, willingness to lock in future profits through hedging and our increasing balance sheet strength.

The SandRidge management team has operated differently that most of our peers over the last few years. We built our foundation on shallow conventional low risk oil assets. The Central Basin Platform in the Permian Basin is a good example. In 2008 we produced 4,000 barrel of oil equivalent per day from this area. And today we produce over 30,000 net barrel of oil equivalent per day from shallow carbonate vertical wells.

The Central Basin Platform continues to provide repeatable, low risk, high rate of return drilling opportunities. Even though the wells only average 53 barrels of oil equivalent per day during their 30-day peak period, the low costs associated with the drilling and completion of these wells make them very attractive investments and an efficient use of capital. By buying in an area with a long history of production, we not only lowered our drilling risk, but also do not have the issues with takeaway capacity as others experience in newer, more crowded areas of


Copyright © 2001-2012 FactSet CallStreet, LLC

the Permian. This last quarter, we drilled 206 Central Basin Platform wells and plan to continue with this program into the future and maintain a 10-year inventory of drilling locations.

The Gulf of Mexico properties we acquired this year have gotten off to a good start. The integration of DOR [Dynamic Offshore Resources] has been smooth and production has been in line with our expectations through the second quarter. We do not plan to risk capital exploring for large new fields, but exploit existing properties and generate high rates of return through recompletions and end field drilling to help us fulfill our three-year goals.

We were able to capitalize on a region of cheap oil with this acquisition, and it gave us a platform with a great operating team to further exploit inexpensive oil at a time of dislocation in the marketplace. Not only did we buy inexpensive oil, we're now able to sell expensive oil. As of August 1, the LOS mark was positive $18.75 per barrel over WTI, plus the acquisition of the Gulf of Mexico properties lowered our debt ratio a full turn and gives us more debt capacity to stay within our goal of approximately 3 times leverage. We continue to feel comfortable we can maintain our 25,000 barrel of oil equivalent per day production rate by spending $200 million of CapEx on drilling and recompletions.

The Mississippian continues to be our growth engine. Last quarter we drilled 91 horizontal wells and our production continues to meet or beat our expectations. This play also is a shallow low risk carbonate reservoir where our production per well on a 30 day rate has continued to improve over time. The value driver of the horizontal Mississippian play is the ability to consistently drill thousands of high rate of return oil wells over hundreds of miles.

It's a story of scale. Our team has assembled 1.7 million net acres with room to drill more than 8,000 horizontal wells, and now nearly 50% of that acreage has been proven by the 872 horizontal wells that have been drilled. Each quarter, we become more convinced in the size and scope of the play. SandRidge has now drilled 382 producing wells across the original acreage we put together from 2007 to 2011. And we are seeing consistent results from Comanche County, Kansas, through Grant County, Oklahoma. This covers an area of more than 150 miles, and an area where we have nearly 850,000 net acres or a 10-year inventory at today's rig count at only three wells per section.

We also have optimism about our Extension acreage in Western Kansas where we control nearly 900,000 net acres and where there have been more than 7,000 vertical Mississippian producers drilled. We are now drilling oil wells in the Extension portion of the play with three rigs, and we'll know more about the results by the end of this year.

The second quarter was very good from a production standpoint. It seems that every operator believes investors only care about the large producers in each field. We do continue to have high initial production wells, but that's not the driver behind our growth. For example, we mentioned in the press release that during the second quarter, we completed five Mississippian wells that produced more than 1,000 barrels of oil equivalent for 30 days. They actually averaged 2,000 barrels a day, however it's more important to note that we completed 90 wells that drove our production increase.

We do not rely on the 1,000 barrel of oil equivalent or greater wells to meet our expectations. We drilled 21 wells during the last quarter that had greater than 1,000 barrels of oil a day equivalent of production for 24 hours, but that really doesn't mean anything. What is important is that we can grow our oil production by more than 50% and our total production by 40% this year and continue to drill low-risk type curve wells for years to come, plus we have the opportunity to realize lower costs going forward as our drilling efficiencies continued to improve, as we've frontloaded our saltwater disposal system and electrical facilities.


Copyright © 2001-2012 FactSet CallStreet, LLC

During the last year in the Mississippian, we drilled only 30% of our locations as spuds. This trend continued through the second quarter. We've invested heavily in the future by building our electrical infrastructure and water disposal systems ahead of our development drilling.

The Mississippian play is built on a firm foundation. I've discussed the low risk nature of our reservoirs, but we've also moved to a strategy of lower balance sheet risk during the last few years. In 2008, we produced 95% by volume natural gas. Today, we produce 56% by volume oil and 91% of our reserve value comes from oil. We also have mitigated balance sheet risk with our oil hedges. We've hedged 15 million barrels of oil in 2012 or about 83% of our projected volumes at just over $100 per barrel. We've also hedged 18.5 million barrels in 2013 at $96.24 per barrel and have started adding to our 2014 hedge book with 13.4 million barrels hedged. We've even hedged 5 million barrels of oil in 2015. It's much more important for us to be in a position to manage any problem that may result from a global recession and continue to generate high rates of return, than hold out for an additional $10 per barrel.

Our business is such that we plan ahead by at least six months, and we should not have the uncertainty of short-term pricing to make our long-term decisions. Although some of the moves we've made over the last few years have surprised some, strategically they've been intentional. First we bought producing oil assets in a geographically concentrated area, generating cash flow with significant further development potential. Next, we began leasing undeveloped oily acreage, and different than most, leasing in only one play, the Mississippian. We did buy a large acreage position, but have already raised nearly $2 billion more than our cost basis from the sale of only a portion of this leasehold.

Even after the sales, we have over a decade of future drilling. Our growth engine continues to be the Mississippian formation in Kansas and in Oklahoma, and we do not anticipate having another large acreage play in our near future. In our two core areas, we are the most active driller and among the largest producers and acreage holders. This concentration is deliberate. It results in SandRidge being the most cost efficient operator in our core areas, which is different than many of our peers, who operate across many different plays.

SandRidge is now looking forward to continuing to build upon the solid foundation that we started establishing several years ago. Changing to an oil company wasn't easy, but by strategically acquiring EBITDA and carefully choosing our acreage play, we've accomplished what we set out to do. We have been consistent with our three-year goal of having EBITDA above $2 billion, drill within cash flow, and improve our credit metrics to below three times. When that is achieved, we will have become a mature company that can slow down our growth targets and look opportunistically for acquisitions using debt and equity. However, in the meantime, we look forward to continued growth as we develop our core low-risk assets.

I'll now turn the call over to James.

---

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Tom. We had a strong second quarter with continued growth in oil production, reduction in our leverage, improvement in liquidity and beating consensus estimates across all categories. For the second quarter, adjusted net income was $37 million or $0.07 per diluted share, adjusted EBITDA was $269 million, and operating cash flow was $222 million, $0.40 per diluted share.

Second quarter adjusted EBITDA is up 72% over the comparable 2011 period, driven by the Dynamic Offshore Resources acquisition and continued organic growth in oil production. Production for the quarter averaged


Copyright © 2001-2012 FactSet CallStreet, LLC