# EXHIBIT 24

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

## CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 3, 2012**

# SANDRIDGE ENERGY, INC.
**(Exact name of registrant as specified in its charter)**

| | | |
|---|---|---|
| **Delaware** | **1-33784** | **20-8084793** |
| (State or Other Jurisdiction of Incorporation or Organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **123 Robert S. Kerr Avenue Oklahoma City, Oklahoma** | **73102** |
| (Address of Principal Executive Offices) | (Zip Code) |

**Registrant's Telephone Number, including Area Code: (405) 429-5500**

**Not Applicable.**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02 — Results of Operations and Financial Condition**

On May 3, 2012, SandRidge Energy, Inc. issued a press release announcing financial and operational results for the quarter ended March 31, 2012. The press release is attached as Exhibit 99.1.

**Item 9.01. Financial Statements and Exhibits**

(d) Exhibits

99.1 Press release issued May 3, 2012 announcing financial and operational results for the quarter ended March 31, 2012

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**SANDRIDGE ENERGY, INC.**
(Registrant)

Date: May 3, 2012

By: /s/ James D. Bennett
*James D. Bennett*
*Executive Vice President and Chief Financial Officer*

EXHIBIT INDEX

| Exhibit Number | Name of Exhibit |
|---|---|
| 99.1 | Press release issued May 3, 2012 announcing financial and operational results for the quarter ended March 31, 2012 |

Exhibit 99.1

**SandRidge Energy, Inc. Reports Financial and Operational Results for First Quarter 2012**

**Grew Daily Average Mississippian Production to 19.3 MBoe per Day in the First Quarter, a 23% Increase from the Previous Quarter**

**Achieved Record Oil Production of 3.4 MMBbls**

**Completed IPO of SandRidge Mississippian Trust II Raising $590 Million in Net Proceeds**

Oklahoma City, Oklahoma, May 3, 2012 – SandRidge Energy, Inc. (NYSE: SD) today announced financial and operational results for the quarter ended March 31, 2012.

***Key Financial Results***

- Adjusted EBITDA of $185 million for first quarter 2012 compared to $149 million in first quarter 2011.
- Operating cash flow of $153 million for first quarter 2012 compared to $102 million in first quarter 2011.
- Net loss applicable to common stockholders of $232 million, or $0.58 per diluted share, for first quarter 2012 compared to net loss applicable to common stockholders of $316 million, or $0.79 per diluted share, in first quarter 2011.
- Adjusted net income of $21.2 million, or $0.04 per diluted share, for first quarter 2012 compared to adjusted net loss of $7.7 million, or $0.02 per diluted share, in first quarter 2011.

Adjusted net income available (loss applicable) to common stockholders, adjusted EBITDA and operating cash flow are non-GAAP financial measures. Each measure is defined and reconciled to the most directly comparable GAAP measure under "Non-GAAP Financial Measures" beginning on page 9.

***Highlights***

- Mississippian daily average production grew by 23% quarter over quarter
- Record oil production in first quarter 2012 of 3.4 MMBbls
- Recent peak production of 99 MBoe per day on April 29, 2012
- Current Mississippian acreage position of approximately 1.7 million net acres
- Raised $590 million in net proceeds from the IPO of SandRidge Mississippian Trust II in April 2012
- Increased senior credit facility borrowing base to $1.0 billion and extended maturity to 2017
- Current liquidity of $1.6 billion, with cash balance of approximately $600 million and no borrowings outstanding under the senior credit facility

***Drilling Activities***

SandRidge averaged 36 rigs operating during the first quarter of 2012 and drilled 250 wells. A total of 240 gross (213 net) operated wells were completed and brought on production during the first quarter of 2012. Currently, the company has 42 rigs operating (including five drilling saltwater disposal wells), of which 20 are SandRidge-owned Lariat rigs.

For further information, please contact:

Kevin R. White
Senior Vice President
SandRidge Energy, Inc.
123 Robert S. Kerr Avenue
Oklahoma City, OK 73102-6406
(405) 429-5515

*Cautionary Note to Investors - This press release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, but not limited to, the information appearing under the heading "Operational Guidance." These statements express a belief, expectation or intention and are generally accompanied by words that convey projected future events or outcomes. The forward-looking statements include projections and estimates of net income, drilling and recompletion plans, drilling locations, oil and natural gas production, derivative transactions, shares outstanding, pricing differentials, operating costs and capital spending, and tax rates and descriptions of our development plans. We have based these forward-looking statements on our current expectations and assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions and expected future developments, as well as other factors we believe are appropriate under the circumstances. However, whether actual results and developments will conform with our expectations and predictions is subject to a number of risks and uncertainties, including the volatility of oil and natural gas prices, our success in discovering, estimating, developing and replacing oil and natural gas reserves, actual decline curves and the actual effect of adding compression to gas wells, the availability and terms of capital, the ability of counterparties to transactions with us to meet their obligations, our timely execution of hedge transactions, credit conditions of global capital markets, changes in economic conditions, the amount and timing of future development costs, the availability and demand for alternative energy sources, regulatory changes, including those related to carbon dioxide and greenhouse gas emissions, and other factors, many of which are beyond our control. We refer you to the discussion of risk factors in (a) Part I, Item 1A - "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2011, and (b) comparable "risk factors" sections of our Quarterly Reports on Form 10-Q filed thereafter. All of the forward-looking statements made in this press release are qualified by these cautionary statements. The actual results or developments anticipated may not be realized or, even if substantially realized, they may not have the expected consequences to or effects on our company or our business or operations. Such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. We undertake no obligation to update or revise any forward-looking statements.*

*SandRidge Energy, Inc. is an oil and natural gas company headquartered in Oklahoma City, Oklahoma with its principal focus on exploration and production. SandRidge and its subsidiaries also own and operate gas gathering and processing facilities and* $CO_2$ *treating and transportation facilities and conduct marketing and tertiary oil recovery operations. In addition, Lariat Services, Inc., a wholly-owned subsidiary of SandRidge, owns and operates a drilling rig and related oil field services business. SandRidge focuses its exploration and production activities in the Mid-Continent, Permian Basin, Gulf of Mexico, West Texas Overthrust and Gulf Coast. SandRidge's internet address is www.sandridgeenergy.com .*