# EXHIBIT 31

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: SANDRIDGE ENERGY, )
INC. SECURITIES LITIGATION, ) Case No. 5:12-cv-01341-G
)

VOLUME II

VIDEOTAPED DEPOSITION OF PAUL STARK

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON FEBRUARY 8, 2019

REPORTED BY: DAVID BUCK, CSR

Q. You don't know what its rationale was for the B factor it adopted. Right?
A. Right.
Q. You don't know what wells Netherland Sewell considered in developing a type curve and what wells it didn't consider?
A. Right.
Q. Right?
But you would agree with me I think that Netherland Sewell is a reputable firm?
A. Yes.
Q. Southwestern, where you worked before SandRidge, used Netherland Sewell to audit its own reserves. Right?
A. Right.
Q. And Southwestern characterized Netherland Sewell as a worldwide leader in its field?
A. Okay, yes.
Q. And your current employer, Marathon Oil, also uses Netherland Sewell. Am I correct about that?
A. I -- I think so, yes.
Q. Okay. And based on your experience at Marathon Oil and Southwestern, you don't have any reason to doubt Netherland Sewell's qualifications, do you?

A. No.

Q. And based on your experience at matter -- Marathon Oil and Southwestern, you don't have any reason to doubt that Netherland Sewell prepares reserve estimates and type curves in good faith?

A. Right, I don't have any reason to not believe that.

MR. GIMBEL: Skip it. Oh, I'm sorry, I stole it. My fault. Forty-seven?

THE REPORTER: Yes, sir.

(Deposition Exhibit Number 47 marked for identification purposes and made part of the record.)

Q. (By Mr. Gimbel) Do you have Exhibit 47 in front of you?

A. I do, yes.

Q. Do you see that Exhibit 47 is a reserve estimate that was prepared relating to SandRidge Energy's interest in certain oil and gas properties in Kansas, Louisiana, Oklahoma, Texas and the Gulf of Mexico as of December 31, 2012?

A. Yes.

Q. And this is an estimate that's prepared by Netherland Sewell. Right?

A. Correct.