# EXHIBIT 32

NSAI




services

# UNCONVENTIONAL OIL AND GAS EVALUATIONS

Unconventional developments have experienced explosive growth in recent years and have become an increasingly important source of oil and natural gas in the United States. Netherland, Sewell & Associates, Inc. (NSAI) has developed its expertise over the past decades by working with numerous clients, from the early exploration phase through the development phase, who are active in all major unconventional plays. We understand the technological and economic drivers behind this growth, the complexities unique to each play, and the uncertainties in estimating producible volumes. Our team can lend its judgment and expertise, based on thousands of hours of relevant experience, to any evaluation.

We have been involved in projects in all major unconventional plays in North America, including the Avalon, Bakken, Barnett, Eagle Ford, Fayetteville, Haynesville, Mancos, Marcellus, Montney, Muskwa, Niobrara, SCOOP, STACK, Utica, Wolfcamp, and Woodford, and in emerging unconventional plays worldwide. Our insights are delivered on the lease, local, and regional levels. NSAI maintains a regional mapping system and a public production database system for several of the major unconventional plays and has developed type curves grouped by area, operator, and completion type.

Our team will work with you to quantify your reserves and resources, optimize your development strategies, and identify your expansion opportunities. And, when it comes to financing or acquisition and divestiture activity, you can trust that an evaluation by NSAI will be highly respected by the industry and financial community.

To talk to one of our Unconventional Resources experts call Randy Green or Bill Knights in our Dallas office at 214-969-5401, or Rick Talley or Connor Riseden in our Houston office at 713-654-4950, or email info@nsai-petro.com for more information.

### Our scope of work generally includes:

- Performance assessments of historical production, including primary completion and refrac evaluations, drainage studies, pipeline volume studies, and estimation of recovery for offset producers
- Comprehensive geological and petrophysical assessment of the rock including identification of competent frac barriers and additional conventional pay zones
- Geologic support for prospect development and mineral acquisition
- Interpretation of seismic data to identify presence of karsting and faulting
- Recommendations for acquiring core data and laboratory testing procedures as well as interpretation of free gas, total organic carbon (TOC), and isotherm data
- Independent reserves and resources assessments, including economics
- Vertical and horizontal well drilling and completion design, including stimulation and flowback procedures
- Design of development programs intended to maximize reserves base and asset value

### Our clients range from small independent operators to major international oil companies, as shown in a partial list below:

### Below is a list of additional unconventional experience:

Caney – Arkoma Basin, Oklahoma

Llandovery – Baltic Basin, Poland

American Energy Partners
Chesapeake Energy Corporation
Consol Energy
Encana Corporation
Exco Resources, Inc.
Felix Energy, LLC
Gulfport Energy Corporation
Hilcorp Energy Company
Noble Energy, Inc.
Petrohawk Energy Corporation
Pioneer Natural Resources
Rice Energy
Shell Oil Company
Southwestern Energy Production Company
Talisman Energy Inc.
The Williams Companies, Inc.

Ohio – Appalachian Basin
Pierre – Raton Basin, Rockies
R.E.M. – Cooper Basin, Australia
Toolebec – Galilee Basin, Australia
Tuscaloosa Marine – Louisiana and Mississippi
Vaca Muerta – Neuquen Basin, Argentina
Valkeri – McArthur Basin, Australia

© 2018 Netherland, Sewell & Associates, Inc. | Worldwide Petroleum Consultants | Designed by EnerCom, Inc.

**Google Chrome**
80.0.3987.149
9:49:39 AM 3/30/2020
Windows 10 Enterprise 64-bit Build 16299
https://netherlandsewell.com/unconventional-oil-gas-evaluations/