# EXHIBIT 33

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: SANDRIDGE ENERGY, )
INC. SECURITIES LITIGATION, ) Case No. 15-cv-00634-SLP
______________________________)

---

VIDEO-RECORDED DEPOSITION OF: KYLE KOONTZ -
MARCH 7, 2019

---

PURSUANT TO NOTICE AND AGREEMENT, the video-recorded deposition of KYLE KOONTZ, was taken on behalf of the Plaintiff at 1600 Broadway, Suite 470, Denver, Colorado 80202, on March 7, 2019, at 10:01 a.m., before Joann M. Hansen, Registered Professional Reporter, Certified Realtime Reporter and Notary Public within Colorado.

A. Because they're two different reference points.

Q. What do you mean? Reference points to what?

A. Well, they're two different bodies of work. The corporate reserves team worked with the third-party engineers to develop the type curve, which was the official booking for the reserve estimates. This was unofficial estimates done from the Business Unit to try to high grade and prioritize drilling investments.

Q. When you worked in the corporate group, did you -- now, you worked in the West Texas Overthrust group, but did you work on type curves during the year, other than the yearly audited type curve by the consulting engineer?

MR. PHILLIPS: Objection to form.

A. Can you restate the question?

Q. (BY MR. KARAM) Sure. Sure. So you -- when you referenced the word "type curve," you talked about the year-end, once a year, independent engineer type curve, right?

A. Yes.

Q. But the corporate reserve group had reservoir engineers working all year, right?

A. Yes.

Q. And they were running curves during the year,

reserves reporting than just the type curves.

Generally speaking, as I stated, we didn't change the type curve in the middle of the year. That was done as part of the third-party review process. Quarterly updates would have been capturing PUD, probable/possible conversions, updating new wells to producing and capturing, you know, the LOE and all the gas marketing, those type of functions. That was the primary function in the midyear update.

I don't recall changing the type curve and rerunning statistics. That wasn't our normal course of business because we had the third-party engineers do that.

Q. Okay. Take a look back at number 3, and the -- the second paragraph of the e-mail is addressed to you; do you see that?

A. Yes.

Q. Where Mr. Craig Johnson says, "Kyle -- it's an interesting stat -- do you mind checking...I doubt it will influence decisions going forward but worth knowing. Your -- your area specific pro-forma curves are much more valuable for managing our drilling program."

Can you explain to me what he's saying to you there?