# EXHIBIT 34

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST, )
individually and on behalf of all )
others similarly situated, )
)
Plaintiffs, ) Case No.
vs. ) CIV-15-634-G
)
SANDRIDGE MISSISSIPPIAN TRUST I, )
et al., )
)
Defendants. )
------------------------------------

)
IN RE: SANDRIDGE ENERGY, INC. )
SECURITIES LITIGATION, ) Case No.
------------------------------------) CIV-12-1341-G
This Document Relates To ALL ACTIONS

VIDEOTAPED DEPOSITION OF KEVIN WHITE

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON FEBRUARY 28, 2019

REPORTED BY: KAREN B. JOHNSON, CSR

Q Do you know what he's referring to there?
A I do not.
Q You can read that entire portion to yourself and see whether in the context you have an understanding of what he meant by that.
A I do not.
Q Do you know how often SandRidge adjusted its type curve?
A I don't have a specific recollection, I believe it was only once a year.
Q And you're referring to the once a year that it discloses to shareholders?
A No, it would have been -- the same number would have been regularly disclosed as part of communication with investors, if it was chosen to be disclosed at some point. I'm talking about the preparation of a new type curve estimate, I believe was in conjunction with year-end reserve reporting and working with Netherland and Sewell.
Q Are you aware of any type curves or built, created type curves at SandRidge, other than the one prepared by Netherland Sewell?
A No.
Q No others?
A I'm not aware of any.