# EXHIBIT 37

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

```
DUANE & VIRGINIA LANIER TRUST,)
individually and on behalf of )
all others similarly situated,)
                              )
            Plaintiffs,       )
                              )
vs.                           ) Case No. CIV-15-634-G
                              )
SANDRIDGE MISSISSIPPIAN TRUST )
I, et al.,                    )
                              )
            Defendants.       )
______________________________)
                              )
In re:  SANDRIDGE ENERGY,     ) Case No. CIV-12-1341-G
INC. SECURITIES LITIGATION,   )
______________________________)
                              )
This Document Relates to:     )
                              )
ALL ACTIONS                   )
```

VIDEOTAPED DEPOSITION OF CRAIG JOHNSON
TAKEN ON BEHALF OF THE PLAINTIFFS
IN OKLAHOMA CITY, OKLAHOMA
ON MARCH 5, 2019

REPORTED BY: DAVID BUCK, CSR

THE WITNESS: To predict the availability?

Q. (By Mr. Horne) To predict the results you would receive?

MR. GIMBEL: Same objection.

MR. BARRY: Join.

THE WITNESS: State it again, please.

Q. (By Mr. Horne) Yeah, sure. Let me -- let me try to state it maybe a little bit more clearly.

A. Okay.

Q. Was it possible to say we've drilled in a couple of areas, we're going to drill a bunch of wells, we can predict that the average production of those wells will be X based on the drilling that we've already done? Was that possible at this time?

MR. BARRY: Objection to form, vague.

THE WITNESS: For a point in time as we drilled more wells and collected more data, that -- that very well could change based on the results of new wells and new data. So it was dynamic.

Q. (By Mr. Horne) Okay. And did you have any expectation that the -- the information you had as of March 25, 2012 would be final information or did you have an expectation that it would change dynamically?

A. Oh yeah.

MR. BARRY: Objection.