# EXHIBIT 38

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: SANDRIDGE ENERGY, )
INC. SECURITIES LITIGATION,) Case No. 5:12-cv-01341-G
_____________________________)

---

VIDEO-RECORDED DEPOSITION OF: DAVID LAWLER - FEBRUARY 21, 2019 AND FEBRUARY 22, 2019

---

PURSUANT TO NOTICE AND AGREEMENT, the video-recorded deposition of DAVID LAWLER was taken on behalf of the Plaintiff at 1600 Broadway, Suite 470, Denver, Colorado 80202, on February 21, 2019, at 10:14 a.m., adjourning on February 21, 2019, at 5:59 p.m., resuming on February 22, 2019, at 8:34 a.m. before Joann M. Hansen, Registered Professional Reporter, Certified Realtime Reporter and Notary Public within Colorado.

counts. There were other companies in there.

Q. They were both extremely important operators in the Mississippian; is that correct?

MR. PHILLIPS: Objection to form.

A. Yeah. It's the "important" word again. I think they were -- they had a number of wells in the area and it was the focus, obviously, for SandRidge.

Q. (BY MR. HORNE) And they both had significant data on the Mississippian based on their wells; is that correct?

A. I think that the data evolved over time. Remember, it was a very early play --

Q. Uh-huh.

A. -- in the U.S. onshore business.

Q. Okay. And because it was a very early play, the data was not necessarily as helpful as it would be later when there's more data?

A. When you get more data, you -- you know more.

Q. Okay. And so estimates necessarily at the beginning stages of when it started were more uncertain than they were later?

A. Depending on what part of the field you were in, yes.

Q. Okay. What about Grant County?

A. Grant County was a new county that we'd