# EXHIBIT 39

09-Nov-2012

# SandRidge Energy, Inc. *(SD)*

Q3 2012 Earnings Call


Copyright © 2001-2012 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen, and welcome to the Third Quarter 2012 SandRidge Energy Earnings Conference Call. My name is Jeff and I'll be your operator for today. At this time, all participants are in listen-only mode. Later, we will facilitate a question-and-answer session. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the conference over to your host for today Mr. James Bennett, Chief Financial Officer. You may go sir.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thank you, Jeff. Welcome, everyone, and thank you for joining us on our third quarter 2012 earnings call. This is James Bennett, Chief Financial Officer, and with me today are Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.

Keep in mind that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties, and actual results may differ materially from those projected in these forward-looking statements. Additionally, we will make reference to adjusted net income, adjusted EBITDA and other non-GAAP financial measures. A reconciliation of any non-GAAP measures we discuss can be found in our earnings release and on our website.

Please note that this call is intended to discuss SandRidge Energy and not our public royalty trusts. Also early this morning we've filed our third quarter 10-Q.

Now let me turn the call over to Tom Ward.

## Tom L. Ward

*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Thank you, James. You've seen our announcement of our intent to sell our Permian assets outside of the Permian Royalty Trust. We intend to use the potential proceeds to strengthen our balance sheet, help us become cash flow positive. improve our leverage ratio and have long-term profitable double-digit production growth by focusing on developing our large Mississippian acreage position.

We've been focused on this for some time and this decision is not a reaction to the public letter we received yesterday from an important shareholder. As we said in our statement yesterday, the board and management of this company value your opinions and we think we've been very open to constructive dialogue. While our perspectives on various points made in letter differ in many instances, we do agree that we have a valuable assets and our performance for shareholders is a focus and a priority.

With respect to the initiative on our Permian assets, the proceeds from the sale of these assets will be used to pay down debt and fund development of our Mississippian play. The transaction will also contribute to narrowing our CapEx to cash flow GAAP, provide consistent growth in the Mississippian and fully fund our CapEx through 2014.


Copyright © 2001-2012 FactSet CallStreet, LLC

The assets we are offering for sale produce approximately 25,000 barrels of oil equivalent per day, of which about 80% is liquids.

We built our Permian assets over the last four years by acquiring and drilling a very specific area of conventional assets on the Central Basin Platform in between the Midland and Delaware basins. This focused approach has allowed us to build one of the best conventional oil assets in the US.

We started drilling in the Permian in 2007, but increased our activity after determining to make a move to oil in 2008. Our Permian assets were producing just 4,000 barrels of oil equivalent per day in early 2009, but we made two major acquisitions in 2009 and 2010, plus moved in up to 13 rigs and drilled nearly 750 wells per year to grow production up to over 30,000 barrels of oil equivalent today.

Our total net investment including the value held by SandRidge of PER is just over $1 billion. We know this is a rare offering of operated concentrated free cash flow in conventional assets. Our 2013 guidance does not reflect to sell the assets. Upon a sale, however, we will update that guidance. Either way we will lower our CapEx in the Permian and we expect corporate CapEx to be at $1.75 billion dollars next year.

Looking at your Mississippian play, it continues to grow as we've now proven commercial horizontal production over more than 200 miles from Noble County, Oklahoma to Finney County, Kansas, with repeatable low-risk attractive returns. SandRidge has drilled nearly half of the more than 1,100 industry wells to-date as the Mississippian continues to expand across Northern Oklahoma and Western Kansas.

However, no other operator has the infrastructure capability we have established to continue to add scale to the play across hundreds of thousands of acres. Now this infrastructure is in place, we can also focus on drilling more wells with ESPs which bring forward returns by moving more fluid than traditional gas lift wells. This – the additional cost of an ESP installation is approximately $200,000. But the payback is quick because we can increase fluid volumes substantially.

We've also been discussing for the last year the testing of wells on tighter spacing pattern than three wells per section. We have now drilled more than 70 pairs of wells and have enough history of production to see the four wells per section is the appropriate development density. Therefore, at four wells per section and more than 1.8 million net acres, we've increased our resource location count to more than 11,000 wells. Developing on four wells per section also allows us to fully take advantage of our existing infrastructure systems and maximize efficiency. This increase in locations more than offsets the value of locations we anticipate selling in the Permian.

As we continue to grow the Mississippian well count across a larger area, we also are seeing an increase in our natural gas production. And this increase has been offset by a lower amount of oil than we anticipated at the beginning of last year. However, we continue to be driven by high rates return and the Mississippian oil production, along with the associated natural gas, continues to provide one of the best places to drill in the U.S.

We do not need to drill the core of a core area, but can focus on one of the largest stratigraphic traps in North America that lies across Northern Oklahoma and Western Kansas. This is a massive area that has so far shown the same statistical potential across the entire area and covers hundreds of miles and thousands of locations. Our Kansas activity continues to expand. We've now drilled 91 wells in Kansas and continue to have similar results as in Oklahoma. We currently have nine of our 31 rigs working in Kansas and plan to drill 191 wells there in 2013.

We've also continued to expand to the northwest and did bring on three more wells in the farthest northwest area of our Kansas drilling that were notable during the third quarter. These three wells came online at an average of 377 barrels oil equivalent per day and were 91% oil, and we're drilled in Gray and Ford counties.



Copyright © 2001-2012 FactSet CallStreet, LLC

As I mentioned, one of the keys to our success has been the development of our disposal infrastructure and electrical systems. We now operate 107 saltwater disposal wells, where we produce over 550,000 barrels of gross water per day and our disposing approximately 99% of our water into a disposal system. We are currently up to five producers to every disposal and plan to increase that number to seven producers to a disposal in 2013. We also plan to drill more wells in our existing system as we add the additional fourth lateral across of each section.

Lastly, our electrical system allows us to save up to $90,000 per well in monthly operating expense and allows us to use ESPs, which require electricity to increase our returns.

In summary, we have not changed our strategy of drilling for oil in high-return areas. The Miss is driven by oil production, but also benefits by the rising natural gas volumes that we're currently seeing. Our long-term goals continue to be the same as we seek to eliminate our cash flow to CapEx gap, while growing an asset that has scale and very high returns. The planned sale of our Permian assets will reduce debt and have the company fully funded through 2014.

I'll now turn the call over to Matt to discuss the operations of the third quarter.

## Matthew K. Grubb

*President and Chief Operating Officer, SandRidge Energy, Inc.*

Thanks, Tom, and good morning to all. Led by the Mississippian drilling program, we had another solid quarter of production of 4.9 million barrels of oil and 27.2 Bcf of natural gas for a total of 9.5 million barrels of oil equivalent. This represents a quarter-over-quarter production growth of 8% in oil, 24% in natural gas, and 15% overall growth in barrels of oil equivalent.

Based on our production performance through Q3, we're revising our 2012 production guidance up by 5% on natural gas to 93 Bcfs and down about 2% on oil to 17.8 million barrels of oil. The overall impact is an upward production guidance revision for 2012 of 300,000 barrels equivalent to 33.3 million barrels equivalent from the previous guidance of 33 million barrels of oil equivalent.

You will notice that the revised 2012 production guidance represents slightly lower oil production in Q4 than in Q3. We averaged 53,700 barrels a day of oil in Q3 and we are estimating about 53,000 barrels per day in Q4. This primarily has to do with the movement of rig count and the number of well completions in the Permian Basin during the year. That is, we ran 13 rigs to 14 rigs in the first seven months and then ramped down to 11 rigs in August and September and then we'll be at 10 rigs for Q4 in the Permian Basin.

So, we completed our 174 wells in Q1 in the Permian Basin, 225 wells in Q2, 205 wells in Q3 and we will probably complete around 150 wells in Q4. All this led to peak production in the Permian Basin in Q3 of about 30,700 barrels per day. We anticipate Permian Q4 production to be about 30,000 barrels per day, due to the ramp down in activity and that's the difference in the Q4 and Q3 oil production.

In the Mississippian, we drilled 68 wells in Q1, 91 wells in Q2, 112 wells in Q3 and projecting 117 wells in Q4. As you can see, the drilling rate has leveled from Q3 to Q4; that is due to only one rig increased quarter-over-quarter, from 30 rigs to 31 rigs from Q3 to Q4. This, coupled with higher oil decline rate than we previously estimated, has us mulling Q4 oil production increasing only slightly in the Mississippian. I will elaborate more on the Mississippian oil performance when I talk about the 2013 oil production.


Copyright © 2001-2012 FactSet CallStreet, LLC

In regard to 2012 CapEx, we should end the year about $2.15 billion. That is about 2% higher than our previous guidance of $2.1 billion. This is a result of drilling 10 more horizontal wells than we previously anticipated and that accounts for about $20 million of the increase, the remaining is spending in Oil Field Services, Midstream and other infrastructure spending.

As for 2013, we are estimating an increase in production of approximately 18% to 39.2 million barrels of oil equivalent. That is 19.5 million barrels of oil and 118.2 Bcf of natural gas. Substantially, all the oil production increase next year will come from increased drilling in the Mississippian play.

I do want to make clear however, that the 2013 production guidance assumes a full-year production in the Permian Basin, without giving effect to any potential sale transaction, but also assumes no capital spending in the Permian Basin outside the Permian Royalty Trust. We expect this CapEx reduction to reduce production from the Permian assets by about 1.2 million barrels in 2013, which is reflected in our guidance numbers and account for about 5% of the oil production. In the event that we do consummate a sales transaction of the Permian assets, we will issue new production guidance at that time.

As for the Mississippian, while the gas performance has been on target, we are seeing a steeper oil decline than we previously anticipated and have made revision to our model accordingly for 2013. We will not have a third-party consultant type curve until year-end, but based on our observations of performance now from over 400 wells and with more history, we are modeling 155,000 barrels of oil and 1.6 Bcf per well. This assumes a 30 day oil IP rate of 160 barrels oil per day, an initial decline in the neighborhood of 50% versus our previous model of 63% and a B factor in the 1.7 to 1.8 range versus the previous B factor of 1.5.

So this steeper oil decline, coupled with spending cuts in the Permian Basin, leads us to flat oil production year-over-year. That is, we estimate about 6.8 million barrels of oil from the Miss in 2013, as compared to 4.4 million barrels of oil this year. While this is a healthy 55% growth in Mississippian oil, it is largely offset by the Permian oil production due to CapEx reduction.

With this said, in regard to the Mississippian performance, we are at about 50% rate of return on our drilling. So as we increase our 2013 production guidance overall by 18% to 39.2 million barrels of oil equivalent, we are at the same time, reducing 2013 capital spending by 19% to $1.5 billion.

The 2013 capital plan is as follows: E&P spending is $1.45 billion, about $1.16 billion or 80% of that spending will be dedicated to drilling – to the drilling of 580 horizontal Mississippian wells, 70 saltwater disposal wells and about 220 wells in the Permian Royalty Trust and about a dozen wells in the Gulf of Mexico. The remaining $290 million is for water gathering infrastructure and facilities, workovers, and non-op drilling activity and capitalized G&A. Leasehold and seismic is expected to be about $100 million/ Midstream and Other, which includes electrical infrastructure, is about $170 million and Oil Field Services at $30 million.

Lastly, we continued to perform – we continued to outperform on LOE. It continued to be at the low end of our guidance range at $14.47 per BOE in the third quarter, but more importantly, we were able to reduce LOE in the Mississippian operations to below $10 per BOE through improved efficiencies in our water handling efforts and electrical systems.

The key elements contributing to LOE reduction in the Miss play relates to saltwater disposal and electrical infrastructure and we are beginning to see the benefits of our capital commitment in both of those areas. At the end of this year, we should have around 109 saltwater disposal wells in operation.



Copyright © 2001-2012 FactSet CallStreet, LLC

For some time now, we have talked about a development ratio of 10 producers to one disposal well as being optimal. Our ratio at year-end 2011 was 3.4 producers to one disposal well. However, as we continue to drill – I'm sorry, our ratio at 2011 was 3.4 producers to one disposal well. However, as we continue to drill producing wells in the play, this ratio has steadily increased. At year-end 2012, we will be at about 5 to 1 producers to injectors and then going to 7 to 1 in 2013.

So, we are moving in the right direction as we execute on our development plan. All this leads to lower LOE as we increase our efficiency in this area and minimize the amount of water that must be trucked to disposal wells or disposed by third parties. We are currently trucking about 1% of all our produced water from our operated wells and 100% of this water is being disposed in company-operated disposal wells.

The other area of LOE management in the Miss is through building and operating our own electrical infrastructure systems. To-date, we have installed about 47 megawatts of electrical power in the play and have 120 wells currently on electrical submersible pumps in operation. This leaves us capacity for about another 36 ESPs at the end – at current, through the end of this year and we are building out additional electrical infrastructure in 2013 to handle another 200 electrical submersible pumps.

We recognize that ESPs are critical to our operation and by servicing our own electrical needs, we have been able to minimize the installation of higher cost generators and using the higher cost of diesel fuel and at the same time increase our ability to install ESPs as we need them and maximize runtime.

Our commitment, expertise and resources dedicated to saltwater disposal and electrical infrastructures give us a competitive edge and uniquely positions us to develop this large play in the most efficient manner.

I will now turn the call over to James.

## James D. Bennett

*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

Thanks, Matt. Before I get into the results of the quarter, let me follow up on Tom's discussion of the potential sale of our Permian Basin assets and reflect on where we've come in the last two years.

In the third quarter of 2010, our LTM adjusted EBITDA was about $690 million. Net debt to LTM EBITDA was over 4 times. Liquidity was $400 million and looking ahead, our 2011 gap between CapEx and cash flow was $1.4 billion. We required half a dozen monetizations, including royalty trust asset sales, JVs, et cetera, in order to close this 2011 funding gap and 2012 painted a similar picture.

Also, the Mississippian was in its infancy. With us owning 400,000 acres, running five rigs and producing just over 1,600 barrels of oil equivalent per day in the quarter. If I contrast all of that to where we are today, our Mississippian production has grown 18 fold to over 30,000 barrels of oil equivalent per day. Net acreage is 1.85 million and we have 32 rigs running in the play. LTM adjusted EBITDA is $1.1 billion. Net debt to EBITDA is down to 3.2 times. Current liquidity is $1.3 billion and, importantly, 2012 and 2013 CapEx programs are fully funded. So I think we've come a long way in the last 24 months. We're in a good spot right now and the Permian has played a major role in getting us here.

Today, as we look forward to and plan for beyond 2013, we believe it's a favorable time to look at monetizing our Permian assets. Mature, cash flowing, conventional oil assets such as these are earning attractive valuations in the market. By monetizing our Permian assets and using the proceeds to reduce debt and improve liquidity, we can



Copyright © 2001-2012 FactSet CallStreet, LLC

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

It's, again, tied to the Permian sale, but I don't know. I'll say that in the past we've been successful.

**Joseph D. Allman** Q
*Analyst, JPMorgan Securities LLC*

Okay. Got it. And then just lastly, Tom, I know – any words of comfort for shareholders, just given that the stock's down big and it hasn't performed really well recently?

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

No. I mean the company has continued over the last five quarters to grow and prosper and we have – our belief is this is the best – one of the best plays in the U.S. So I think as we continue to quarter-after-quarter meet and beat the guidance that we project that there'll be confidence back in what we're doing.

**Joseph D. Allman** Q
*Analyst, JPMorgan Securities LLC*

All right. Very helpful. Thank you.

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Thank you.

**Operator**: Our next question comes from the line of Brian Lively with Tudor Pickering Holt. Please proceed.

**Brian Lively** Q
*Analyst, Tudor Pickering Holt & Co. Securities, Inc.*

Hi. Could you guys give what the EBITDA impact is for the 24,500 barrels a day of production in the Permian?

**James D. Bennett** A
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

No. Right now, we're just disclosing the daily production and as you saw in the press release the split between gas, oil and NGLs. We're really not giving out any PV, reserves or EBITDA of the asset right now.

**Brian Lively** Q
*Analyst, Tudor Pickering Holt & Co. Securities, Inc.*

Okay. I guess really where I'm going with the question is, is I imagine you guys have a number of options in terms of helping the liquidity. And just – I'm just kind of curious on what other opportunities you guys looked at versus doing the Permian sale, given that these are pretty high-margin barrels?

**Tom L. Ward** A
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

Oh, sure. The other option is that you just keep the Permian and continue to – and cut back CapEx and drill in the Mississippian, and grow in just the Mississippian, but have the production in the Permian. That's the way we've modeled the company, so that is our other option, depending on what the sale price comes in the Permian.


Copyright © 2001-2012 FactSet CallStreet, LLC

**Brian Lively**
*Analyst, Tudor Pickering Holt & Co. Securities, Inc.*

Q

Tom, I'm just confused on why is the existing plan not the best option?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Well, because we think the Permian assets will bring a premium and – in the market and because of other sales that have happened in the Permian. And if it does, then it'd be a better asset in someone else's hands that has maybe a lower cost of capital or has the ability to focus just on the Permian, where we have two very large assets to try to grow.

**Brian Lively**
*Analyst, Tudor Pickering Holt & Co. Securities, Inc.*

Q

Yeah. That's understandable, but it just seems like it's probably some of the higher margin barrels you have within the organization.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Well, I don't think you're taking into context how much we might receive from it. So there's nothing that makes us sell the Permian.

**Brian Lively**
*Analyst, Tudor Pickering Holt & Co. Securities, Inc.*

Q

Okay. And then with the sale though would you expect an adjustment to the borrowing base at all?

**James D. Bennett**
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

This is James. Right now, our borrowing base is $775 million. We've looked at the numbers and even with the sale, we'd have two times – over two times coverage kind of on a bank case of that size. So we think we could leave it about where it is now.

**Brian Lively**
*Analyst, Tudor Pickering Holt & Co. Securities, Inc.*

Q

Okay. And just kind of one last question, sorry to kind of belabor the point, but just thinking about the Permian in terms of it being the strategic option, I mean, do you guys believe that you can sell it at a higher valuation than where the corp is currently trading at, from a multiple standpoint?

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

We'll see. I think it's – it is – the assets are very good and they were built – never – it was built around to build our company on that. At the time, we put together the Permian, we didn't perceive the Mississippian being quite as big or quite as good as it is currently. So I think it's an extraordinary package of assets that will bring a premium in the market.

**Brian Lively**
*Analyst, Tudor Pickering Holt & Co. Securities, Inc.*

Q


Copyright © 2001-2012 FactSet CallStreet, LLC

Yeah, I know, agree with that. Appreciate the commentary.

Tom L. Ward
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: Our next question comes from the line of Craig Shere with Tuohy Brothers. Please proceed.

Craig K. Shere
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Hi, guys.

Tom L. Ward
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Good morning.

Craig K. Shere
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

On Joe's question about reaching full CapEx funding, I think the original plan, if memory serves me, was to the reach free cash flow breakeven by end of 2014 or early 2015, are you backing off that now?

James D. Bennett
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

I think we've seen, Craig, a couple things happen since we came out with that plan, I believe it was July of last year. Oil is off from $105 then, to where it is now; that has a pretty big impact on that. So those are still our objectives and goals and we're working hard at it, but I don't think at this point we can say it's going to happen at year-end 2014 or early 2015 like we had projected in the past.

Craig K. Shere
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Okay and elaborating on Brian's questions about the Permian sale, can you speak to the logic of the planned Permian CBP [Central Basin Platform] sale including 7,000 drillable well sites at this time? I mean, putting it into perspective, do you anticipate garnering a price today than perhaps at the time of the Dynamic acquisition? And if so, why?

Tom L. Ward
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Do we anticipate getting a better price today than when, Craig? I'm sorry.

Craig K. Shere
*Analyst, Tuohy Brothers Investment Research, Inc.*

Q

Than, I mean, so the – I don't know maybe it's Monday morning quarterbacking, but the question is, is there any reason to think that you can get more value out of that today than when you acquired the Dynamic Gulf of Mexico acquisition to help get that free cash flow to fund the Mississippian?



Copyright © 2001-2012 FactSet CallStreet, LLC

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

It's 53 MBOE.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

Q

53 [MBOE]. Okay.

**Tom L. Ward**
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Per well.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

Q

And it's still 80-something% oil?

**Matthew K. Grubb**
*President and Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah, total liquids, yeah, mostly oil. You're looking about 80% roughly of oil and NGL, and so – but NGL component is very – very small.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

Q

Okay. In the Miss, what are the saltwater disposal wells and associated infrastructure costing you now?

**Matthew K. Grubb**
*President and Chief Operating Officer, SandRidge Energy, Inc.*

A

As far as on a per well basis?

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

Q

Yeah, I guess you could look at it that way.

**Matthew K. Grubb**
*President and Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah. Well, it depends on how much line that we lay, really. The drilling of wells kind of $1.5 million to $2 million depend on we drill one angle, depend on hole size; that kind of stuff. Of course you know, the bigger the hole, the more capacity you have and then the gathering line associated with it. So, you're probably $1.5 million to $2 million at the drill and then another, say, call it 10% or so in associated gathering pipe.

**Richard M. Tullis**
*Analyst, Capital One Southcoast, Inc.*

Q

Okay. And then the $3.25 million well cost that was referenced earlier for the Miss on next year, does that include an allocation for the saltwater disposal?


Copyright © 2001-2012 FactSet CallStreet, LLC

Tom L. Ward
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

No, we're modeling the $3.25 million for just the cost and then allocation still of $200,000 over the life of the program for a disposal well. And we're still hopeful and believe that we'll be able to move that drilling cost down to $3 million per well and maybe even in 2013. But we're modeling $3.25 million without disposal well.

Richard M. Tullis
*Analyst, Capital One Southcoast, Inc.*

Q

Okay. And then, finally, with the potential sale of the Permian, what was the oil/gas mix look like 2013, including the NGLs and the oil component?

Matthew K. Grubb
*President and Chief Operating Officer, SandRidge Energy, Inc.*

A

Yeah. Well, it would just kind of take the Permian out today, it's not going move very much, but you probably looking at going from kind of 51%, 52% to about 40%.

Richard M. Tullis
*Analyst, Capital One Southcoast, Inc.*

Q

Okay. That's all from me. Thank you.

Tom L. Ward
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Thank you.

**Operator**: Our next question comes from the line of [ph] Robert Carlson (1:14:30) with Janney Montgomery. Please proceed.

Q

Hi, guys, just wondering what percentage of the stock do you own, Tom, and you can include yourself plus directors, what percentage would that be?

Tom L. Ward
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Yeah. Did you catch the question?

James D. Bennett
*Chief Financial Officer & Executive Vice President, SandRidge Energy, Inc.*

A

Yeah. What percent of stock do you have, plus directors?

Tom L. Ward
*Chairman and Chief Executive Officer, SandRidge Energy, Inc.*

A

Percent of stock? Oh, I don't know. Now, I think the – as a percentage...



Copyright © 2001-2012 FactSet CallStreet, LLC