# EXHIBIT 41

Deutsche Bank
Markets Research

Rating
# Hold

North America
United States

Industrials
Oil & Gas Exploration & Production

Company
# SandRidge Energy

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| SD.N | SD US | NYS | SD |

Date
13 November 2012

## Company Update

| | |
|---|---|
| Price at 12 Nov 2012 (USD) | 5.38 |
| Price Target | 5.00 |
| 52-week range | 8.82 - 5.51 |

# Doubling Down in the Miss

Ryan Todd
Research Analyst
(+1) 212 250-8342
ryan.todd@db.com

Stephen Richardson
Research Analyst
(+1) 212 250-8356
stephen.richardson@db.com

Mimi Kong
Research Associate
(+1) 212 250-9331
mimi.kong@db.com

### Missing Barrels: Deteriorating Miss outlook takes a bite out of valuation
Friday's conference call confirmed concerns about deteriorating oil performance in the Mississippian, where a material reduction to the type curve drastically reduces equity value and exacerbates concerns regarding the timing and rationale of the proposed Permian disposition. Despite returns that are still relatively robust in the Miss, we remain unconvinced that the asset will be sufficient to dig out from under the current debt burden. We have reduced our NAV and target price from $9 to $5 and maintain our Hold rating.

### Structural headwinds increasing as oil barrels go Missing
Weaker than expected oil production out of Mississippian wells (gassier wells, faster than expected oil decline) have reduced Miss. type curves by 8% (from 456 Mboe to 420 Mboe) and per well oil reserves by 25% (204 Mbbls to 155 Mbbls), offset partially by successful downspacing to 4 wells per section. The concern is less about the absolute value of the play, where returns are still attractive, but in the trends, where the 2nd reduction to date in the oil content and flat Q4 oil production guidance raise concerns of further deterioration (particularly in the extension) and worrisome capital efficiency. The move also highlights the dangers of leverage, as a ~20% change to EV resulted in a nearly 50% reduction to equity value.

### Headwinds remain, with or without a Permian sale
Despite the attention garnered by the proposed Permian sale, the reality is that given the step down in the Miss, the portfolio is fighting an uphill battle with or without the Permian. We estimate that assuming a sale price of $2.0-$2.5 Bn, the deal would have a generally dilutive impact on metrics (2014 Debt to EBITDA from 5.0x to 5.3x, EV/EBITDA from 6.4x to 9.9x), our estimated funding gap from 2013-2015 changes modestly, from $4 Bn to $4.2 Bn. The underlying problem is sheer size of the funding gap at the core Mississippian asset (~$850m on 2013 estimates) and the insufficiently quick pace at which that gap is closing, given ~$3.6 Bn in current net debt. At the end of the day, the biggest casualty of a Permian sale may be investors' confidence in management, with its second significant strategic change in less than a year.

### Valuation and Risks
Our $5 PT is based on our Net Asset Value (NAV) at $90/$4.50 and a 10% discount rate. Upside risks include a Miss JV and better than expected Miss extension results, while downside risks include capex overruns and further Miss type curve downgrades.

| Key changes | | | |
|---|---|---|---|
| Price Target | 9.00 to 5.00 | ↓ | -44.4% |

Price/price relative




| Performance (%) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | -25.6 | -21.1 | -25.9 |
| S&P 500 INDEX | -3.4 | -1.8 | 9.2 |

Forecasts And Ratios

| Year End Dec 31 | 2011A | 2012E | 2013E |
|---|---|---|---|
| FY EPS (USD) | -0.00 | 0.21 | -0.02 |
| Revenue (USD) | 1,415.2 | 1,963.1 | 2,283.0 |

*Source: Deutsche Bank estimates, company data*

[1] Includes the impact of FAS123R requiring the expensing of stock options.

Deutsche Bank Securities Inc.

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MICA(P) 072/04/2012.

# Permian: To sell or not to sell?

## The challenges remain the same

Despite much of the attention on the recent conference call on the proposed sale of the Permian asset, we find that the sale (or lack thereof), is unlikely to have a significant impact on the overall picture over the coming years. Although we estimate that the deal will likely be dilutive on most metrics, the near-term impact of paying down ~$1.1 Bn of debt and increasing cash on the balance sheet may prove attractive to some investors.

The reality, however, is that either way, the slow task of closing the spending gap and deleveraging just got harder with the reduction in oil volumes in the Mississippian. Although we felt that the Mississippian was gaining momentum earlier this year, our concern with SD has always been the size of the forward funding gap, and the rate of cash flow growth per debt adjusted share (and adjusted for minority interest/preferreds).

The value case has largely rested on discount to NAV, which was amongst the largest discounts in our coverage universe, while EBITDA multiples were less compelling. In the wake of the change to our crude production outlook, however, the discount has essentially evaporated, with a revised NAV of $5.00/sh, and a 2013 EBITDA multiple (adjusted for minority/preferred outflows) of 6.8x, a 50% premium to the peer group.

Below, we look at the potential impact of both the downgrade to the Miss type curve, as well as the potential impact of a sale of the Permian on financial leverage and future funding gaps.

## Debt metrics: Moderately dilutive, but depends on the sale price

Under the Permian sale scenario, we modeled the sale to close in mid 2013 for $2.5 Bn, which is the high end of our estimate. Meanwhile the scenario for maintaining the Permian calls for capex to increase to $2.1 Bn in 2013 from company guidance of $1.75 Bn, funding a 12 rig program. Both scenarios incorporate a downgraded Miss type curve and CFO adjustments for minority interest and preferred dividend payments. The sale of the Permian will be accretive on a consolidated basis, however after adjusting for minority interest and preferred dividends, 2014 debt metrics become dilutive at 5.3x vs. 5.0x. Importantly, the affects of the downgraded Miss type curve results in increasing financial leverage regardless of whether SD sells the Permian or maintains the property, indicating the challenges inherent in growing cash flow in the Mississippian fast enough to delever.



SD-SECURITIES-0004116

Figure 1: Permian Sale Scenario

| | 2013e | 2014e |
|---|---|---|
| EBITDA | 1,070 | 1,012 |
| EBITDA (minority int / pref adj.) | 844 | 727 |
| CFO | 732 | 590 |
| Minority | (170) | (230) |
| Pref Div | (56) | (56) |
| **CF available to SD** | **507** | **305** |
| Capex | (1,750) | (1,818) |
| **Funding Gap** | **(1,243)** | **(1,514)** |
| BOP Net Debt | (3,627) | (2,370) |
| Permian Sale Proceeds | 2,500 | 0 |
| **EOP Net Debt incl. funding gap** | **(2,370)** | **(3,884)** |
| Net Debt / EBITDA | 2.2x | 3.8x |
| Net Debt/ EBITDA (minority int/ pref adj.) | 2.8x | 5.3x |

*Source: Deutsche Bank*

Figure 2: Maintain Permian Program Scenario

| | 2013e | 2014e |
|---|---|---|
| EBITDA | 1,324 | 1,560 |
| EBITDA (minority int / pref adj.) | 1,099 | 1,275 |
| CFO | 983 | 1,134 |
| Minority | (170) | (230) |
| Pref Div | (56) | (56) |
| **CF available to SD** | **757** | **849** |
| Capex | (2,100) | (2,280) |
| **Funding Gap** | **(1,343)** | **(1,430)** |
| BOP Net Debt | (3,627) | (4,970) |
| Permian Sale Proceeds | 0 | 0 |
| **EOP Net Debt incl. funding gap** | **(4,970)** | **(6,400)** |
| Net Debt / EBITDA | 3.8x | 4.1x |
| Net Debt/ EBITDA (minority int/ pref adj.) | 4.5x | 5.0x |

*Source: Deutsche Bank*

## Funding gap: Three year outlook remains relatively unchanged

As we turn our focus to the funding gap, the three year outlook for the funding gap hovers around $4.1 Bn under either scenario. The reduced capex under the Permian sale scenario is offset by the resulting lower cashflow, whereas the greater cash flow from maintaining the Permian is offset by the increased capex spend. The pace of Mississippian growth continues to be the heart of the issue as we do not see SD reaching a cash flow neutral stance over the next three years.

Figure 3: Permian Sale Scenario




*Note: CF is adjusted for minority interest and preferred dividends*
*Source: Deutsche Bank*

Figure 4: Maintain Permian Program Scenario




*Note: CF is adjusted for minority interest and preferred dividends*
*Source: Deutsche Bank*



SD-SECURITIES-0004117

## Figure 5: SandRidge Energy Net Asset Valuation

| NET ASSET VALUATION | Risked | DB Price Deck: Value | DB Price Deck: $/Boe | DB Price Deck: $/Share | DB Price Deck: $/Acre | NYMEX Strip: Value | NYMEX Strip: $/Share |
|---|---|---|---|---|---|---|---|
| **Proved Developed Reserves (PV10)** | | | | | | | |
| United States | 183 | $2,711 | $14.79 | $4.78 | NA | $2,458 | $4.34 |
| DOR-Proven Reserves | 62 | $1,838 | $29.64 | $3.24 | NA | $1,604 | $2.83 |
| Total | 245 | $4,549 | $18.55 | $8.03 | NA | $4,062 | $7.17 |
| **North America** | | | | | | | |
| Mississippian | 1,160 | $2,715 | $2.34 | $4.79 | $1,697 | $1,755 | $3.10 |
| Permian | 31 | 140 | 4.50 | 0.25 | 620 | 89 | 0.16 |
| WTO | -- | -- | -- | -- | -- | -- | -- |
| Total | 1,191 | $2,855 | $2.40 | $5.04 | $1,159 | $1,844 | $3.25 |
| **Other Assets / Liabilities** | | | | | | | |
| Cash | | $673 | | $1.19 | | $673 | $1.19 |
| Book Debt, Min Interest, Pref. Stock | | (5,847) | | (10.32) | | (5,847) | (10.32) |
| Value of Midstream and Drilling Services | | 269 | | 0.48 | | 269 | 0.48 |
| PV of Carries | | 872 | | 1.54 | | 872 | 1.54 |
| Mississippian Trust I (25%) | $19.00 | 156 | | 0.28 | | 156 | 0.28 |
| Permian Trust (25%) | $19.40 | 310 | | 0.55 | | 310 | 0.55 |
| Mississippian Trust II (40%) | $19.40 | 385 | | 0.68 | | 385 | 0.68 |
| Total | | ($3,182) | | ($5.62) | | ($3,182) | ($5.62) |
| **Net Equity Value** | 1,436 | $4,222 | | **$7.00** | | $2,724 | **$5.00** |
| **Shares Outstanding (MM)** | | | | *566.6* | | | *566.6* |

**Operational Summary and Assumptions**

| Asset | Net Acres | Risked % | Risked Acres | Spacing | Risked Wells | Well Cost ($M) | Avg. IP | EUR / well | % Oil |
|---|---|---|---|---|---|---|---|---|---|
| Mississipp | 1,600,000 | 40% | 640,000 | 160 | 3746 | $3.5 | 270 | 417,367 | 36.5% |
| Permian | 225,000 | 70% | 157,500 | 20 | 4667 | $0.6 | 53 | 58,031 | 68.0% |
| WTO | 501,100 | 70% | 350,770 | 40 | 8024 | 2.9 | 2,900 | 2,705 | --% |
| Total | 2,326,100 | 49% | 1,148,270 | 73 | 16437 | $2.3 | 1074 | 159,368 | 37.3% |

| Modeled Rig Program - By Play | Current: | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| Mississippian | | 26.0 | 37.0 | 41.0 | 41.0 | 41.0 |
| Permian | | 12.0 | -- | -- | -- | -- |
| WTO | | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| *Total* | | *39.0* | *38.0* | *42.0* | *42.0* | *42.0* |

| Modeled Well Program - By Play | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| Mississippian | 337 | 570 | 644 | 651 | 651 |
| Permian | 762 | -- | -- | -- | -- |
| WTO | -- | -- | -- | -- | -- |
| Other | -- | -- | -- | -- | -- |
| *Total* | *1,098* | *570* | *644* | *651* | *651* |

**ASSUMPTIONS**

| Prices | DB Oil | DB Gas | NYMEX Strip Oil | NYMEX Strip Gas | Other Oil | Other Gas | Choosen Deck | |
|---|---|---|---|---|---|---|---|---|
| **2011** | $95.14 | $4.08 | | | | | DB | 1 |
| **2012** | $97.10 | $2.71 | $95.30 | $2.86 | $95.00 | $4.00 | | |
| **2013** | $104.75 | $3.75 | $94.31 | $4.03 | $95.00 | $4.00 | | |
| **2014** | $100.00 | $4.25 | $92.04 | $4.30 | $95.00 | $4.00 | | |
| **Long-term** | $100.00 | $4.75 | $89.80 | $4.50 | $95.00 | $4.00 | | |

| **Inflation Outlook** | | **Discount Rate** | 10.0% |
|---|---|---|---|
| Production Costs | 0.0% | **Depreciation Rate** | 80.0% |
| Service/Drilling Costs | 0.0% | | |
| Commodity Price | 0.0% | **Shares Outstanding (MM)** | 566.6 |

*Source: Deutsche Bank, Company Data*

# Appendix 1

## Important Disclosures

Additional information available upon request

Disclosure checklist

| Company | Ticker | Recent price* | Disclosure |
|---|---|---|---|
| SandRidge Energy | SD.N | 5.39 (USD) 12 Nov 12 | 1,7 |

*Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States. See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

## Important Disclosures Required by Non-U.S. Regulators

Please also refer to disclosures in the Important Disclosures Required by US Regulators and the Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/Disclosure.eqsr?ricCode=SD.N

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Ryan Todd

## Historical recommendations and target price: SandRidge Energy (SD.N)

*(as of 11/12/2012)*




| | | | | | |
|---|---|---|---|---|---|
| 1. | 11/17/2009: | Downgrade to Hold, Target Price Change USD13.00 | 6. | 02/08/2012: | Hold, Target Price Change USD9.00 |
| 2. | 12/01/2009: | Hold, Target Price Change USD12.00 | 7. | 04/02/2012: | Hold, Target Price Change USD11.00 |
| 3. | 07/11/2011: | No Recommendation, Target Price Change USD0.00 | 8. | 07/16/2012: | Hold, Target Price Change USD10.00 |
| 4. | 12/09/2011: | Upgrade to Hold, Target Price Change USD9.00 | 9. | 10/15/2012: | Hold, Target Price Change USD9.00 |
| 5. | 01/09/2012: | Hold, Target Price Change USD11.00 | | | |

## Equity rating key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.
Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock
Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.
Notes:

1. Newly issued research recommendations and target prices always supersede previously published research.
2. Ratings definitions prior to 27 January, 2007 were:

   Buy: Expected total return (including dividends) of 10% or more over a 12-month period
   Hold: Expected total return (including dividends) between -10% and 10% over a 12-month period
   Sell: Expected total return (including dividends) of -10% or worse over a 12-month period

## Equity rating dispersion and banking relationships




North American Universe

 

SD-SECURITIES-0004120

# Regulatory Disclosures

## 1. Important Additional Conflict Disclosures

Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

## 2. Short-Term Trade Ideas

Deutsche Bank equity research analysts sometimes have shorter-term trade ideas (known as SOLAR ideas) that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. These trade ideas can be found at the SOLAR link at http://gm.db.com.

## 3. Country-Specific Disclosures

Australia and New Zealand: This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.
Brazil: The views expressed above accurately reflect personal views of the authors about the subject company(ies) and its(their) securities, including in relation to Deutsche Bank. The compensation of the equity research analyst(s) is indirectly affected by revenues deriving from the business and financial transactions of Deutsche Bank. In cases where at least one Brazil based analyst (identified by a phone number starting with +55 country code) has taken part in the preparation of this research report, the Brazil based analyst whose name appears first assumes primary responsibility for its content from a Brazilian regulatory perspective and for its compliance with CVM Instruction # 483.
EU countries: Disclosures relating to our obligations under MiFiD can be found at http://www.globalmarkets.db.com/riskdisclosures.
Japan: Disclosures under the Financial Instruments and Exchange Law: Company name - Deutsche Securities Inc. Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association, The Financial Futures Association of Japan, Japan Investment Advisers Association. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless “Japan” or "Nippon" is specifically designated in the name of the entity.
Russia: This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

## Deutsche Bank Securities Inc.

### North American locations

Deutsche Bank Securities Inc.
60 Wall Street
New York, NY 10005
Tel: (212) 250 2500

Deutsche Bank Securities Inc.
One International Place
12th Floor
Boston, MA 02110
United States of America
Tel: (1) 617 217 6100

Deutsche Bank Securities Inc.
222 South Riverside Plaza
30th Floor
Chicago, IL 60606
Tel: (312) 537-3758

Deutsche Bank Securities Inc.
1735 Market Street
24th Floor
Philadelphia, PA 19103
Tel: (215) 854 1546

Deutsche Bank Securities Inc.
101 California Street
46th Floor
San Francisco, CA 94111
Tel: (415) 617 2800

Deutsche Bank Securities Inc.
700 Louisiana Street
Houston, TX 77002
Tel: (832) 239-4600

### International locations

Deutsche Bank Securities Inc.
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

Deutsche Bank AG London
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

Deutsche Bank AG
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

Deutsche Bank AG
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

Deutsche Bank AG
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

Deutsche Securities Inc.
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

## Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed to be reliable and has been obtained from public sources believed to be reliable. Deutsche Bank makes no representation as to the accuracy or completeness of such information.

Deutsche Bank may engage in securities transactions, on a proprietary basis or otherwise, in a manner inconsistent with the view taken in this research report. In addition, others within Deutsche Bank, including strategists and sales staff, may take a view that is inconsistent with that taken in this research report.

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof in the event that any opinion, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Prices and availability of financial instruments are subject to change without notice. This report is provided for informational purposes only. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst judgement.

As a result of Deutsche Bank's March 2010 acquisition of BHF-Bank AG, a security may be covered by more than one analyst within the Deutsche Bank group. Each of these analysts may use differing methodologies to value the security; as a result, the recommendations may differ and the price targets and estimates of each may vary widely.

In August 2009, Deutsche Bank instituted a new policy whereby analysts may choose not to set or maintain a target price of certain issuers under coverage with a Hold rating. In particular, this will typically occur for "Hold" rated stocks having a market cap smaller than most other companies in its sector or region. We believe that such policy will allow us to make best use of our resources. Please visit our website at http://gm.db.com to determine the target price of any stock.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Stock transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Deutsche Bank may with respect to securities covered by this report, sell to or buy from customers on a principal basis, and consider this report in deciding to trade on a proprietary basis.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany this report is approved and/or communicated by Deutsche Bank AG Frankfurt authorized by the BaFin. In the United Kingdom this report is approved and/or communicated by Deutsche Bank AG London, a member of the London Stock Exchange and regulated by the Financial Services Authority for the conduct of investment business in the UK and authorized by the BaFin. This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. This report is distributed in Singapore by Deutsche Bank AG, Singapore Branch, and recipients in Singapore of this report are to contact Deutsche Bank AG, Singapore Branch in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), Deutsche Bank AG, Singapore Branch accepts legal responsibility to such person for the contents of this report. In Japan this report is approved and/or distributed by Deutsche Securities Inc. The information contained in this report does not constitute the provision of investment advice. In Australia, retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10). Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

Copyright © 2012 Deutsche Bank AG