# EXHIBIT 42

MORNINGSTAR®

# SandRidge Energy Inc SD (NYSE) | ★★★★★

| Last Price | Fair Value | Consider Buy | Consider Sell | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Morningstar Credit Rating | Industry Group |
|---|---|---|---|---|---|---|---|---|---|
| 6.10 USD | 11.00 USD | 6.60 USD | 17.05 USD | High | None | Positive | Poor | — | Oil & Gas - E&P |

## Rollercoaster Ride Continues: SandRidge Looks to Sell Permian, Delivers Underwhelming 2013 Guidance

Mark Hanson, CFA
Senior Equity Analyst
mark.hanson@morningstar.com
+1 (312) 244-7548

The primary analyst covering this company does not own its stock.

Research as of 09 Nov 2012
Estimates as of 04 Sep 2012
Pricing data through 08 Nov 2012
Rating updated as of 08 Nov 2012

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

**Contents**

Analyst Note 1
Morningstar Analyst Forecasts 3

### Analyst Note 09 Nov 2012

SandRidge Energy SD threw investors for another loop with Thursday's quarterly results, in which the company announced its intention to sell its Permian Basin assets in order to pay down debt and fund development of its horizontal Mississippian play. The Permian accounts for one fourth of SandRidge's production volume, and up until Thursday's announcement had been a core element of the company's shallow-depth, oil-focused strategy. SandRidge didn't begin wide-scale drilling here until late 2009, but since then has more than doubled production, most of which is crude oil. So while we understand the need for cash in the face of a leveraged balance sheet and ongoing funding shortfalls, we question the decision to part with a mature asset that contributes a meaningful amount of cash flow to the firm. Based on precedent transactions and our assessment of individual well economics, we estimate SandRidge's Permian assets will generate between $1.5 billion and $2 billion in proceeds.

Permian sale notwithstanding, SandRidge's third-quarter results were solid, with production up 14% sequentially and more than 50% year over year, to 103 Mboe/d. Oil accounted for 52% of quarterly volumes, down from 55% in the second quarter. These figures compare with our forecast of 98 Mboe/d of production and 57% oil by volume. Third-quarter growth was led by the firm's Mississippian acreage, where production was up 20% sequentially and 140% year over year, to 30.2 Mboe/d. The Mississippian now accounts for 30% of companywide volumes, up from less than 20% in the third quarter of 2011. SandRidge continues to expand its drilling activity into the Kansas portion of its Mississippian acreage, where results appear consistent with earlier efforts in Oklahoma. Moreover, based on down-spacing studies, the company believes it can drill at least four horizontal wells per section in this play, up from three. In the Permian, SandRidge produced 31 Mboe/d during the

### Vital Statistics

| | |
|---|---|
| Market Cap (USD Mil) | 2,996 |
| 52-Week High (USD) | 9.04 |
| 52-Week Low (USD) | 5.55 |
| 52-Week Total Return % | -21.3 |
| YTD Total Return % | -25.3 |
| Last Fiscal Year End | 31 Dec 2011 |
| 5-Yr Forward Revenue CAGR % | 26.6 |
| 5-Yr Forward EPS CAGR % | 45.9 |
| Price/Fair Value | 0.55 |

### Valuation Summary and Forecasts

| Fiscal Year: | 2010 | 2011 | 2012(E) | 2013(E) |
|---|---|---|---|---|
| Price/Earnings | 18.8 | 34.0 | *4.5* | *46.9* |
| EV/EBITDA | 15.8 | 7.9 | *5.6* | *4.1* |
| EV/EBIT | 60.6 | 13.9 | *12.9* | *9.5* |
| Free Cash Flow Yield % | -22.1 | -39.6 | *-42.9* | *-27.0* |
| Dividend Yield % | 1.0 | 1.7 | — | — |

### Financial Summary and Forecasts (USD Mil)

| Fiscal Year: | 2010 | 2011 | 2012(E) | 2013(E) |
|---|---|---|---|---|
| Revenue | 932 | 1,415 | *2,036* | *2,734* |
| Revenue YoY % | 57.6 | 51.9 | *43.8* | *34.3* |
| EBIT | 97 | 430 | *477* | *644* |
| EBIT YoY % | 205.1 | 342.0 | *11.0* | *35.0* |
| Net Income, Adjusted | 123 | 101 | *616* | *65* |
| Net Income YoY % | -568.8 | -18.0 | *512.4* | *-89.5* |
| Diluted EPS | 0.39 | 0.24 | *1.37* | *0.13* |
| Diluted EPS YoY % | -360.2 | -37.2 | *462.0* | *-90.3* |
| Free Cash Flow | -659 | -1,332 | *-1,285* | *-809* |
| Free Cash Flow YoY % | 62.3 | 102.2 | *-3.5* | *-37.0* |

Source for forecasts in the data tables above: Morningstar Estimates
Analyst Note: Our forecast could differ with as reported and consensus figures due to unique modeling conventions.

### Profile

Based in Oklahoma City, SandRidge is an independent oil and natural gas company whose operations focus on liquids-rich carbonate plays in the Permian Basin and Mid-Continent region of the central U.S., as well as the Gulf of Mexico. SandRidge also owns an oil field services business, a gas marketing business, and various gas gathering and treating facilities. At year-end 2011, proved reserves were 471 MMboe, with net production of 64 Mboe/d. Oil and natural gas liquids represented 51% of production and 52% of reserves.

© Morningstar 2012. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

# SandRidge Energy Inc SD (NYSE) | ★★★★★

| Last Price | Fair Value | Consider Buy | Consider Sell | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Morningstar Credit Rating | Industry Group |
|---|---|---|---|---|---|---|---|---|---|
| 6.10 USD | 11.00 USD | 6.60 USD | 17.05 USD | High | None | Positive | Poor | — | Oil & Gas - E&P |

third quarter, up from 29 Mboe/d in the same period last year.

Per-unit operating expenses were better than expected, while realized prices were in line with our projections. Lower-than-expected oil volumes led to an operating cash shortfall versus our model, which, alongside higher capital spending, led to an increase in net debt of around $500 million. The firm ended the quarter at 3.2 times debt/EBITDA, compared with 2.9 times at the end of the second quarter. SandRidge updated its 2012 production guidance modestly but increased anticipated capital expenditures--the second time it has done so this year--by $50 million. The company also provided initial guidance for 2013, which calls for 107 Mboe/d of production on total capital outlays of almost $1.9 billion. This compares with our current forecast of 121 Mboe/d and $1.8 billion in capital expenditures. SandRidge projects around 50% of 2013 production will come from oil, versus our forecast of 56%. We will adjust our model to account for management's updated guidance, but at this time we don't expect any meaningful change in our fair value estimate.

© Morningstar 2012. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

# SandRidge Energy Inc SD (NYSE) | ★★★★★

| Last Price | Fair Value | Consider Buy | Consider Sell | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Morningstar Credit Rating | Industry Group |
|---|---|---|---|---|---|---|---|---|---|
| 6.10 USD | 11.00 USD | 6.60 USD | 17.05 USD | High | None | Positive | Poor | — | Oil & Gas - E&P |

## Morningstar Analyst Forecasts

### Financial Summary and Forecasts

| Growth (% YoY) | 3-Year Hist. CAGR | Dec 2009 | Dec 2010 | Dec 2011 | *Forecast* Dec 2012 | *Forecast* Dec 2013 | 5-Year Proj. CAGR |
|---|---|---|---|---|---|---|---|
| Revenue | *6.2* | -50.0 | 57.6 | 51.9 | *43.8* | *34.3* | — |
| EBIT | *4.3* | -91.6 | 205.1 | 342.0 | *11.0* | *35.0* | *27.0* |
| EBITDA | *4.1* | -69.0 | 79.2 | 103.1 | *45.2* | *36.4* | *28.9* |
| Net Income | *-38.3* | -106.1 | -568.8 | -18.0 | *512.4* | *-89.5* | *50.8* |
| Diluted EPS | *-55.4* | -105.4 | -360.2 | -37.2 | *462.0* | *-90.3* | *45.9* |
| Earnings Before Interest, after Tax | *-156.4* | -16.4 | -125.7 | -16.5 | *6.2* | *20.3* | *30.4* |
| Free Cash Flow to the Firm | *-36.8* | -57.8 | -97.6 | NM | *299.6* | *-69.8* | *-156.8* |

| Profitability | 3-Year Hist. Avg | Dec 2009 | Dec 2010 | Dec 2011 | Dec 2012 | Dec 2013 | 5-Year Proj. Avg |
|---|---|---|---|---|---|---|---|
| Operating Margin % | *15.4* | 5.4 | 10.4 | 30.4 | *23.5* | *23.6* | *25.8* |
| EBITDA Margin % | *42.9* | 35.2 | 40.0 | 53.5 | *54.0* | *54.8* | *55.7* |
| Net Margin % | *5.3* | -4.4 | 13.2 | 7.1 | *27.6* | *0.3* | *10.9* |
| Free Cash Flow to the Firm margin % | *-48.1* | NM | -1.7 | -28.6 | *-79.3* | *-17.8* | *-26.3* |
| ROIC with Goodwill % | *-11.8* | -53.0 | 11.1 | 6.4 | *5.4* | *5.4* | *7.1* |
| ROIC w/out Goodwill % | *-11.6* | -53.0 | 11.5 | 6.8 | *5.6* | *5.5* | *7.3* |
| Return on Assets, pretax % | *-15.3* | -53.7 | 1.2 | 6.5 | *6.1* | *6.5* | *7.6* |
| Return on Equity % | *-177.4* | -616.0 | 71.6 | 12.1 | *44.4* | *15.6* | *29.4* |

| Leverage | 3-Year Hist. Avg | Dec 2009 | Dec 2010 | Dec 2011 | Dec 2012 | Dec 2013 | 5-Year Proj. Avg |
|---|---|---|---|---|---|---|---|
| Debt/Capital | *0.76* | 1.09 | 0.66 | 0.53 | *0.59* | *0.63* | *0.65* |
| Total Debt/EBITDA | *8.04* | 12.51 | 7.86 | 3.74 | *3.51* | *3.16* | *3.17* |
| EBITDA/Interest Expense | *1.94* | 1.12 | 1.50 | 3.18 | *3.91* | *4.83* | *5.37* |

### Valuation Summary and Forecasts

| | 2010 | 2011 | 2012(E) | 2013(E) |
|---|---|---|---|---|
| Price/Fair Value | 0.46 | 0.63 | — | — |
| Price/Earnings | 18.8 | 34.0 | *4.5* | *46.9* |
| EV/EBITDA | 15.8 | 7.9 | *5.6* | *4.1* |
| EV/EBIT | 60.6 | 13.9 | *12.9* | *9.5* |
| Free Cash Flow Yield % | -22.1 | -39.6 | *-42.9* | *-27.0* |
| Dividend Yield % | 1.0 | 1.7 | — | — |

### Key Valuation Drivers

| | |
|---|---|
| Cost of Equity % | 12.0 |
| Credit Spread for Debt % | 4.5 |
| Weighted Average Cost of Capital % | 10.0 |
| Long-Run Tax Rate % | -2.9 |
| Stage II EBI Growth Rate % | 10.0 |
| Stage II Investment Rate % | 41.2 |
| Perpetuity Year | 13 |

Additional estimates and scenarios available for download at http://select.morningstar.com.

### Discounted Cash Flow Valuation

| | USD Mil | Firm Value (%) | Per Share Value |
|---|---|---|---|
| Present Value Stage I | -2,716 | -37.3 | -5.59 |
| Present Value Stage II | 10,009 | 137.3 | 20.60 |
| Present Value of the Perpetuity | — | — | — |
| **Total Firm Value** | **7,293** | **100.0** | — |
| Cash and Equivalents | 208 | — | 0.43 |
| Debt | 3,853 | — | -5.83 |
| Net balance sheet impact | -2,624 | — | -5.40 |
| Other Adjustments | -773 | — | -1.59 |
| **Equity Value** | **3,896** | — | **8.67** |
| Projected Diluted Shares | 486 | | |
| **Fair Value per Share** (USD) | — | | |

The data in the table above represent base-case forecasts. When probability-weighted scenario analysis is performed, the sum of per share values may differ from the Fair Value Estimate.

© Morningstar 2012. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

# SandRidge Energy Inc SD (NYSE) | ★★★★★

| Last Price | Fair Value | Consider Buy | Consider Sell | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Morningstar Credit Rating | Industry Group |
|---|---|---|---|---|---|---|---|---|---|
| 6.10 USD | 11.00 USD | 6.60 USD | 17.05 USD | High | None | Positive | Poor | — | Oil & Gas - E&P |

## Morningstar Analyst Forecasts

**Income Statement** (USD Mil)

| | Dec 2009 | Dec 2010 | Dec 2011 | *Forecast* Dec 2012 | *Forecast* Dec 2013 |
|---|---|---|---|---|---|
| **Total Revenue** | **591** | **932** | **1,415** | ***2,036*** | ***2,734*** |
| Cost of Goods Sold | 283 | 380 | 510 | *713* | *983* |
| **Gross Profit** | **308** | **552** | **905** | ***1,322*** | ***1,751*** |
| Selling, General & Administrative Expenses | 100 | 180 | 149 | *224* | *253* |
| Research & Development Expenses | — | — | — | — | — |
| Other Operating Expenses (Income) | 1,758 | 51 | 56 | — | — |
| Restructuring & Other Charges (Gains) | — | — | — | — | — |
| Depreciation Expense (if reported separately) | 176 | 275 | 327 | *621* | *854* |
| Amortization of Other Intangibles (if reported seperately) | — | — | — | — | — |
| Amortization/Impairment of Goodwill | — | — | — | — | — |
| **Total Expenses** | **2,317** | **885** | **1,042** | ***1,558*** | ***2,090*** |
| **Operating Income (EBIT)** | **-1,726** | **47** | **374** | ***477*** | ***644*** |
| Interest Expense | 186 | 248 | 238 | *281* | *310* |
| Interest & Other Income (Expense) | 130 | -50 | 11 | *527* | *-29* |
| **Pre-Tax Income** | **-1,782** | **-252** | **147** | ***723*** | ***305*** |
| Income Tax Expense (Benefit) | -9 | -447 | -6 | *-104* | — |
| **Income After Taxes** | **-1,773** | **195** | **153** | ***827*** | ***305*** |
| Minority Interest & Other After-Tax Operating Additions to (Subtractions from) Earnings Before Interest | -2 | -4 | -54 | *-210* | *-240* |
| (Preferred Dividends) | — | -29 | -57 | *-56* | *-56* |
| After-Tax Non-Operating Income, Extraordinary Items (Losses), Discontinued Operations, Accounting Changes | -2 | -4 | -54 | — | — |
| **Net Income (Loss)** | **-1,778** | **158** | **-12** | ***561*** | ***9*** |
| Net Income (Loss) Excluding Charges | -26 | 123 | 101 | *616* | *65* |
| Diluted Shares Outstanding (Mil) | 175 | 315 | 412 | *449* | *486* |
| Diluted EPS Including Charges | -10.16 | 0.50 | -0.03 | *1.25* | *0.02* |
| Diluted EPS Excluding Charges | -0.15 | 0.39 | 0.24 | *1.37* | *0.13* |
| Dividends Per Common Share | — | 0.09 | 0.14 | — | — |
| **EBITDA** | **208** | **373** | **757** | ***1,099*** | ***1,499*** |
| **EBITDA without restructuring** | **208** | **373** | **757** | ***1,099*** | ***1,499*** |

© Morningstar 2012. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

# SandRidge Energy Inc SD (NYSE) | ★★★★★

| Last Price | Fair Value | Consider Buy | Consider Sell | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Morningstar Credit Rating | Industry Group |
|---|---|---|---|---|---|---|---|---|---|
| 6.10 USD | 11.00 USD | 6.60 USD | 17.05 USD | High | None | Positive | Poor | — | Oil & Gas - E&P |

## Morningstar Analyst Forecasts

**Balance Sheet** (USD Mil)

| | | | | *Forecast* | |
|---|---|---|---|---|---|
| Assets | Dec 2009 | Dec 2010 | Dec 2011 | *Dec 2012* | *Dec 2013* |
| Excess Cash & Investments | — | — | — | *1,153* | *1,100* |
| Operating Cash & Equivalents | 8 | 6 | 208 | *5* | *5* |
| Accounts Receivable | 142 | 165 | 230 | *305* | *410* |
| Inventory | — | — | — | — | — |
| Other Short Term Operating Assets | — | — | — | — | — |
| **Total Current Assets** | **150** | **171** | **438** | ***1,464*** | ***1,515*** |
| | | | | | |
| Property Plant & Equipment, Net | 2,434 | 4,734 | 5,389 | *7,321* | *8,338* |
| Property Plant & Equipment, Gross | 6,657 | 9,218 | 10,474 | *13,028* | *14,898* |
| (Accumulated Depreciation) | -4,223 | -4,484 | -5,085 | *-5,706* | *-6,561* |
| Goodwill, Net | — | 234 | 235 | *235* | *235* |
| Other Intangibles | — | — | — | — | — |
| Other Long-Term Operating Assets | 197 | 93 | 157 | *438* | *438* |
| Deferred Tax Assets | — | — | — | — | — |
| Long-Term Non-Operating Assets, including Pension items | — | — | — | — | — |
| **Total Assets** | **2,780** | **5,231** | **6,220** | ***9,458*** | ***10,526*** |
| | | | | | |
| Liabilities | | | | | |
| Accounts Payable | 204 | 377 | 507 | *606* | *835* |
| Short-Term Debt | — | — | — | — | — |
| Other Current Liabilities | — | 31 | 43 | *50* | *69* |
| **Total Current Liabilities** | **204** | **408** | **550** | ***656*** | ***904*** |
| | | | | | |
| Long-Term Debt | 2,601 | 2,929 | 2,832 | *3,853* | *4,735* |
| Incremental Debt Requirements | — | — | — | — | — |
| **Total Long-Term Debt** | **2,601** | **2,929** | **2,832** | ***3,853*** | ***4,735*** |
| | | | | | |
| Long-Term Operating Liabilities | 193 | 366 | 306 | *538* | *520* |
| Deferred Tax Liabilities | — | — | — | — | — |
| Long-Term Non-Operating Liabilities | — | — | — | — | — |
| **Total Liabilities** | **2,998** | **3,704** | **3,688** | ***5,047*** | ***6,159*** |
| | | | | | |
| **Preferred Stock** | **—** | **765** | **765** | ***765*** | ***765*** |
| **Minority Interest** | **—** | **—** | **—** | ***1,688*** | ***1,635*** |
| | | | | | |
| Shareholders' Equity | | | | | |
| Common Stock | — | — | — | — | — |
| Additional Paid in Capital | 2,962 | 3,764 | 3,804 | *4,340* | *4,340* |
| Retained Earnings (Deficit) | -3,143 | -2,990 | -2,937 | *-2,376* | *-2,367* |
| (Treasury Stock) | -25 | -4 | -6 | *-6* | *-6* |
| Other Equity | -12 | -8 | 906 | — | — |
| **Total Shareholders' Equity** | **-218** | **763** | **1,767** | ***1,958*** | ***1,967*** |
| **Total Liabilities + Shareholders' Equity** | **2,780** | **5,231** | **6,220** | ***9,458*** | ***10,526*** |
| Difference, from analyst adjustments and restatements | — | — | — | — | — |

© Morningstar 2012. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

# SandRidge Energy Inc SD (NYSE) | ★★★★★

| Last Price | Fair Value | Consider Buy | Consider Sell | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Morningstar Credit Rating | Industry Group |
|---|---|---|---|---|---|---|---|---|---|
| 6.10 USD | 11.00 USD | 6.60 USD | 17.05 USD | High | None | Positive | Poor | — | Oil & Gas - E&P |

## Morningstar Analyst Forecasts

**Cash Flow** (USD Mil)

| | | | | Forecast | |
|---|---|---|---|---|---|
| | Dec 2009 | Dec 2010 | Dec 2011 | *Dec 2012* | *Dec 2013* |
| Net Income from Continuing Operations | -1,776 | 191 | 99 | *616* | *65* |
| Depreciation Expense | 1,934 | 326 | 383 | *621* | *854* |
| Amortization of Other Intangibles | — | — | — | — | — |
| Impairment of Goodwill | — | — | — | — | — |
| Other Non-Cash Adjustments to Operating Income | 257 | 337 | -3 | — | — |
| Deferred Income Taxes & Other Adjustments to Net Income | — | -448 | -7 | — | — |
| Changes in Operating Assets and Liabilities | | | | | |
| (Increase) Decrease in Accounts Receivable | — | — | — | *-75* | *-105* |
| (Increase) Decrease in Inventory | — | — | — | — | — |
| (Increase) Decrease in Prepayments, other Current Assets | -106 | -20 | -60 | — | — |
| Increase (Decrease) in Accounts Payable | — | — | — | *99* | *229* |
| Increase (Decrease) in Other Current Liabilities | — | — | — | *7* | *19* |
| **Cash from Operations** | **309** | **386** | **412** | ***1,269*** | ***1,062*** |
| (Capital Expenditures) | -715 | -1,044 | -1,744 | *-2,553* | *-1,871* |
| (Acquisitions) | -532 | 67 | 825 | — | — |
| Asset Sales & Dispositions of Discontinued Operations | — | — | — | — | — |
| Other Investing Cash Flows (Outlays) | — | 15 | — | *-49* | *-18* |
| **Cash from Investing** | **-1,247** | **-963** | **-919** | ***-2,602*** | ***-1,889*** |
| Common Stock (Purchase) or Sale | 319 | -7 | -14 | *536* | — |
| Common Stock (Dividends) | — | -29 | -57 | — | — |
| Preferred Stock Issue/(Purchase)/(Dividends) | — | — | — | *-56* | *-56* |
| Short Term Debt Issuance and (Retirement) | — | — | — | — | — |
| Long Term Debt Issuance and (Retirement) | 203 | 328 | -97 | *1,021* | *882* |
| Minority Interest Addback of Income (Loss) Distribution | — | — | — | *1,688* | *-53* |
| Other Financing Cash Flows (Outlays) | 415 | 278 | 813 | — | — |
| **Cash From Financing** | **937** | **571** | **645** | ***3,190*** | ***773*** |
| Benefit (Loss) from Exchange Rates/Discontinued Operations, etc. | — | — | — | *-906* | — |
| **Net Change in Cash** | **-1** | **-6** | **138** | ***951*** | ***-53*** |
| Change in Cash on Balance Sheet | 7 | -2 | 202 | *951* | *-53* |
| Difference, from analyst adjustments and restatements | -8 | -4 | -64 | — | — |

© Morningstar 2012. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.