# EXHIBIT 43

Message

**From**: Richard Tullis [richard.tullis@capitalonebank.com]
**Sent**: 11/12/2012 7:27:15 AM
**To**: Leslie Weiher [lweiher@sandridgeenergy.com]
**Subject**: COS Energy Summary: OS Focus List, SD Downgrade, FWLT, WG

Capital One Southcoast, Inc.
MEMBER FINRA/SIPC

*November 12, 2012*

# Morning Energy Summary

**Please see important disclosures and analyst certification on the last page(s) of this report.**

## *Today is the Deadline to Register for Conference 1x1s and Dinners*

If you would like to schedule a 1x1 or dinner at Southcoast's energy conference, please contact your salesperson today. Click here for general conference details and registration information.

## *Oilfield Services Focus List & Relative Bias Index*

**This week's Focus List (in alphabetical order):** CAM, ESV, FTI, HERO, NE, OII, OIS, SLB, WFT. **Added to Focus List:** none. **Removed from Focus List:** none. **Other movers up in Relative Bias:** DRQ, HLX, FET. DRQ: 3Q margins were softer than expected and there's still not a lot of upside, but inbound orders were solid and didn't include any PBR wellhead contribution. HLX: Stock has dragged w/ lower est revisions driven by ERT while '13 is now a transition year for Marine waiting on assets. Understand the drift but now more appealing ~$16. FET: St #s for '13 have gotten more realistically calibrated post 3Q, removing an overhang. Still don't find valuation very compelling. **Other movers down in Relative Bias:** GLF, TDW. GLF: N Sea should improve but still has disappointed and even though appealing sub-book, there's comparable/better upside elsewhere without fighting N Sea sentiment. TDW: Tough guidance out of the quarter w/ vessel op margin lift continuing to lag peers w/ fiscal 3Q a hefty downward pause quarter w/ drydocks.(Gibney/Lemoine)

## *SD: Reducing Target to $8 & Downgrading to Neutral*

*$5.51, NEUTRAL, $8.00 Target*

Several negative items were disclosed in SD's 3Q earnings release and associated conference call on Friday, including a lower expected oil component in its Miss Lime wells (now 40% from 45%), zero Permian drilling planned for next year outside its trust, and an increase in Miss Lime well costs ($3.25MM/well from $3.0MM/well). Running these changes through our model lowers our target by $3 to $8. We are also downgrading SD to Neutral from Add, despite the 45% upside to our new target, as we believe the shares will likely remain under pressure near term as investors update their valuations for these changes. SD also plans to evaluate selling its Permian assets in order to accelerate development of its Miss Lime assets due to greater scalability. We estimate that selling the Permian (~80% oil/NGLs) would lower the oil/NGLs percent of total production in 2013 to ~40% from the 53% estimated for 2012. With the planned suspension of Permian drilling in 2013, except for ~$140MM related to the Permian trust, we estimate 2013 EBITDA will decline to $1.29B from $1.55B in our previous estimate. From a valuation standpoint, we estimate that 2013 EV/EBITDA would increase to ~4.5x if the Permian is sold by YE12 at our estimated value of ~$2.5B, compared to our current estimate of 4.0x based on a full year of Permian production next year. Liquidity looks fine for 2013 as we expect the $674MM in cash & ~$750MM available on the borrowing base as of 3Q12 should be adequate to fund the ~$830MM cash deficit that we estimate for next year based on $1.75B in CAPEX. (Tullis)

## *FWLT 3Q Follow-Up*

*$22.85, ADD, $27.00 Target*

FWLT outperformed the broader E&C space by ~150 bps on Friday after putting up one of the strongest 3Q reports among the group this cycle. Given the cautious language we've heard from nearly every E&C at 3Q reporting, one would think FWLT would be especially cautious given its relatively less attractive end-market exposure; however, the bid pipeline remains robust, and mgmt is confident that 4Q orders in E&C can continue at an elevated level (3Q scope new awards of $769MM a record), with the yet-to-be-officially-announced mega award in Kuwait the presumed driver. Margin environment looks flat across both segments into '13, with no material improvement seen in as-sold margins, and uplift realized in 3Q in Power not sustainable (+700 bps from profit enhancements). That said, we model a slight boost in '13 vs '12 on op leverage and higher engineering content as early stage phases of recent major awards flow through. Lag in award flow in early '12 will keep revs a bit suppressed through the end of the year but expect material pull through from huge 2H awards to begin by 2Q13. Model not changing a whole lot ('13/'14 to $1.94/$2.29 from $2.05/$2.43 predominantly on rev burn delay and a slight trim to margin ests), but against the backdrop of an overall weak reporting cycle among the peer group, we view the lack of a material downward est revision as a positive in "E&C land" at the moment. (Bhatia)

## *WG 3Q Follow-Up*

*$4.87, NEUTRAL, $6.00 Target*

Bidding and order environment sound good, but WG continues to struggle with execution across all 3 segments; the wait on more normalized margin scenario extends as our ests get more conservative ('12/'13 to -$0.57/$0.22 from -$0.32/$0.44) w/ operational issues and relative balance sheet weakness persisting. (Bhatia)

## *SDRL Receives 5-Year LOI for Newbuild UDW Semi*

SDRL has received a 5-year LOI for the newbuild *West Mira* (10,000' semi) at a dayrate of ~$630K/d (assuming $30MM of mobe; $647K/d headline rate) w/ Husky for ops in Canada/Greenland. The rig will be delivered in 4Q14 w/ commencement of ops in 2Q15. The LOI easily trumps the previous leading edge in Canada of $530K/d and is in line w/ recent fixtures in W Africa. UDW demand still very robust as '15 deliveries are already being contracted for 5 years. ESV and NE still remain our top two favorite diversified offshore drillers. (Lemoine)

## *Weekly US Land Oil & Gas Rig Count Snapshot*

For the week ended 11/9: BHI +7, SII -16, RigData -24. BHI and SII oil counts were +17 (+17 vertical) and -3 (-2 directional, -8 horz, +7 vertical) w/w, respectively. Gas counts w/w were -10 (-2 directional, -1 horz, -7 directional) for BHI and -13 (+1 directional, -14 vertical) for SII. Per the Smith Bits rig count, w/w changes are as follows: Marcellus Dry -5, Bakken +2, Barnett -1, Cana Woodford -3, Eagle Ford -10, Fayetteville -2, Granite Wash -6, Haynesville -1, Mississippian -5, Niobrara -1, Permian +2, Tuscaloosa -1, Woodford -1. Please see our Weekly Rig Count Snapshot for further details. (Lemoine)

## *US Weekly Permit Recap*

US land permits -69 w/w to 1,234 with CA +38, IL -24, KS -46, LA -93, OK -29, PA +63, TX +84. US land 4-week average -194 y/y to 1,228. US inland water permits -62 w/w to 19 with 4-week average +3 y/y to 27. Deepwater permits +3 w/w to 3 with 4-week average +0 y/y at 4. Shelf permits +6 w/w to 9 with 4-week average +3 y/y to 12. (Lemoine)

## *Interesting Articles*

Natural gas to become largest fuel in US by 2030, IEA says- Bloomberg:
http://www.bloomberg.com/news/2012-11-12/natural-gas-to-become-largest-fuel-in-u-s-by-2030-iea-says.html

Declining optimism stifles M&A activity- RigZone:
http://www.rigzone.com/news/oil_gas/a/121951/Declining_Optimism_Stifles_MA_Activity

**Contacts**

Pierre E. Conner III
**Head of Institutional Sales, Research and Trading**
pierre.conner@capitalone.com
(504) 593-6108

**Oilfield Services**
Luke M. Lemoine, CFA
Luke.Lemoine@capitalone.com
(504) 593-6174

Kelly N. Garis
kelly.garis@capitalone.com
(504) 593-6157

Joseph D. Gibney
joseph.gibney@capitalone.com
(713) 435-5385

**Infrastructure**
Randy Bhatia
randy.bhatia@capitalone.com
(713) 735-4977

**Exploration & Production**
Marshall H. Carver, CFA
marshall.carver@capitalone.com
(504) 593-6163

Brian T. Velie
brian.velie@capitalone.com
(504) 593-6141

Kevin MacCurdy
kevin.maccurdy@capitalone.com
(504) 593-6168

Richard Tullis
richard.tullis@capitalone.com
(504) 593-6118

Eliot C. Javanmardi
eliot.javanmardi@capitalone.com
(504) 593-6164

**Sales:** 1-800-666-9174
**Trading:** 1-800-333-2005

**Disclosures:**

https://capitalonebank2.bluematrix.com/sellside/Disclosures.action

According to Reg AC, I/we, as a research analyst(s) of Capital One Southcoast, Inc, certify that the research opinion expressed in this research comment/report accurately reflect my/our personal view(s) and that no specific payment was received for this particular research product.

**Additional information is available upon request by writing to the Equity Research Department; Capital One Southcoast, Inc; 201 St. Charles Avenue; Suite 1830; New Orleans, LA 70170.**

Powered by BlueMatrix Focused | Comprehensive | Global