# EXHIBIT 44

J.P.Morgan



# SandRidge Energy Inc.

## Less Enthused but Still Think the Stock Is Cheap and Will Outperform

**Overweight**

**SD, SD US**

Price: $5.34

▼ **Price Target: $9.50**
Previous: $12.00

**Oil & Gas Exploration & Production / Natural Gas**

**Joseph Allman, CFA** AC
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

**Jessica Lee**
(1-212) 622-9812
jessica.s.lee@jpmorgan.com

**Jeanine Wai**
(1-212) 622-6489
jeanine.wai@jpmorgan.com

**RJ McCain, CFA**
(1-212) 622-6215
rj.mccain@jpmorgan.com

J.P. Morgan Securities LLC

Price Performance




| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -34.8% | -25.5% | -17.8% | -29.1% |
| Rel | -38.7% | -18.4% | -13.5% | -32.7% |

Last week, SandRidge reported earnings and disclosed new data on its Miss play. It also indicated that it plans to pursue a potential sale of its Permian assets. Some of its biggest shareholders are calling for significant changes in the company. We reduced our valuation on the Miss play and the shares, but we think the stock still is cheap and has catalysts. Thus, we think the stock will outperform.

- **Less enthused on Miss but still good play.** SD downgraded its Miss play on three fronts: it reduced the average per well oil cut, lowered the average per well EUR, and raised the average well cost. Despite the negative impact on rate of return, the Miss still appears to offer an attractive rate of return, using NYMEX futures prices, of around 25% (see Tables 1 and 2). And the scale of the play, with potentially 11,000 wells to drill, provides SD with the opportunity to add significant value.

- **Hit to NAV.** SD reduced its average Miss EUR from 456 MBoe to 422 MBoe and the oil cut per well from 45% to 37%. In our last model, we already had reduced the oil cut to 40%, but our new model reduces the life-of-well oil cut further to 37% and reduces the EUR to 422 MBoe. The higher average well cost mainly comes from the use of electrical submersible pumps (ESPs) to better move liquids and accelerate oil recovery. Current NYMEX NAV now is $8.40/share, down from our prior calculation of $11.22/share.

- **Investors get active.** Two of the biggest shareholders have written letters to the board demanding change including, but not limited to, a new CEO/Chairman; more independent board members with representatives of the top shareholders; and pursuit of strategic alternatives, including reconsideration of the Permian sale, sale of the GOM assets, or sale of the whole company.

- **Decreasing Dec 2013 target to $9.50/share.** Our price target for SD represents 95-100% of NYMEX NAV at YE13, a slight discount to where the group is trading. The E&P stocks are trading at 100-105% of current NYMEX NAV and, since the market seems to lack confidence in the company's financial position and strategy, we think the company will trade at a discount to the group median until that confidence grows.

**SandRidge Energy Inc. (SD;SD US)**

| FYE Dec | 2011A | 2012E *(Prev)* | 2012E *(Curr)* | 2013E *(Prev)* | 2013E *(Curr)* |
|---|---|---|---|---|---|
| CF/Sh ($) | | | | | |
| Q1 (Mar) | 0.20 | 0.31A | 0.31A | 0.31 | 0.31 |
| Q2 (Jun) | 0.27 | 0.40A | 0.40A | 0.31 | 0.32 |
| Q3 (Sep) | 0.29 | 0.50A | 0.50A | 0.32 | 0.32 |
| Q4 (Dec) | 0.32 | 0.33 | 0.32 | 0.31 | 0.31 |
| FY | 1.08 | 1.53 | 1.53 | 1.24 | 1.26 |
| Bloomberg CPS FY ($) | 0.92 | - | 1.47 | - | 1.63 |

Source: Company data and J.P. Morgan estimates.

| Company Data | |
|---|---|
| Price ($) | 5.34 |
| Date Of Price | 16-Nov-12 |
| 52-week Range ($) | 9.04 - 4.81 |
| Mkt Cap ($ mn) | 2,620.91 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 491 |
| Price Target ($) | 9.50 |
| Price Target End Date | 31 Dec 13 |

**See page 15 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

www.morganmarkets.com

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com





# Mississippian

### Miss Metrics

Below we show the Mississippian play new assumptions (Table 1) versus our prior assumptions (Table 2). The biggest changes include decreases in EUR and oil cut and an increase in costs.

**Table 1: Economic of Average Mississippian Hz Well (New Assumptions)**

| Assumptions | | | |
|---|---|---|---|
| Assumed EUR (MBoe) | 422 | LOE ($/Mcfe) | $1.61 |
| Oil % | 37%[1] | Transportation ($/Mcfe) | $0.00 |
| Gas % | 63% | Production tax (%) | 7.5% |
| Assumed 24-hr IP rate (Boepd) | 402 | Royalty (%) | 20.0% |
| Discount rate (%) [3] | 10.0% | Oil differential ($/Mcfe) | $4.00 |
| **Output ($3.45 MM current well cost)** | | **Output ($3.25 MM target well cost)** | |
| IRR | 24.9% | IRR | 27.4% |
| F&D ($/Mcfe) | $1.70 | F&D ($/Mcfe) | $1.60 |
| Break even gas price ($/Mcfe) [2] | $3.07 | Break even gas price ($/Mcfe) [2] | $2.96 |
| Break even crude price ($/Bbl) | $61.50 | Break even crude price ($/Bbl) | $59.38 |
| NPV ($ '000) | $2,445 | NPV ($ '000) | $2,645 |

Source: Company reports and J.P. Morgan estimates. Note: IRR using NYMEX futures as of November 8, 2012 ($86.49/Bbl and $4.54/Mcf long-term). [1] First month: 55% oil, third year: 37% oil, and 10th year: 33% oil. [2] Using Oil/Gas multiple of 18.4x. [3] Use 10% discount rate to calculate NPV.

**Table 2: Economic of Average Mississippian Hz Well (Old Assumptions)**

| Assumptions | | | |
|---|---|---|---|
| Assumed EUR (MBoe) | 456 | LOE ($/Mcfe) | $1.61 |
| Oil % | 45% | Transportation ($/Mcfe) | $0.00 |
| Gas % | 55% | Production tax (%) | 7.5% |
| Assumed 24-hr IP rate (Boepd) | 380 | Royalty (%) | 20.0% |
| Discount rate (%) [2] | 10.0% | Oil differential ($/Mcfe) | $4.00 |
| **Output ($3.45 MM current well cost)** | | **Output ($3.25 MM target well cost)** | |
| IRR | 32.7% | IRR | 35.5% |
| F&D ($/Mcfe) | $1.58 | F&D ($/Mcfe) | $1.48 |
| Break even gas price ($/Mcfe) [1] | $2.58 | Break even gas price ($/Mcfe) [1] | $2.50 |
| Break even crude price ($/Bbl) | $51.82 | Break even crude price ($/Bbl) | $50.11 |
| NPV ($ '000) | $4,126 | NPV ($ '000) | $4,326 |

Source: Company reports and J.P. Morgan estimates. Note: IRR using NYMEX futures as of November 8, 2012 ($86.49/Bbl and $4.54/Mcf long-term). [1] Using Oil/Gas multiple of 18.4x. [2] Use 10% discount rate to calculate NPV.

Management indicated that SD's change in assumptions primarily came from more data. When SD unveiled its 456 MBoe EUR assumption in February 2012, it appears to us that it based its assumptions on around 120 wells with 60 days of production, 70 wells with 180 days of production and 35-40 wells with 365 days of production. Over the course of the past nine months, it now has more wells (at least 160 wells with one year of production) and more production history for a greater number of wells. Also impacting the data is the use of ESPs. The ESPs cause the oil IP rate to be higher but the first year decline rate to be steeper as well (previous first year oil decline rate was 63% but now it is 77%). In 2013, SD estimates that it will use ESPs on around 40% of its wells.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



**Flaws in Public Well Data**

Some investors question the economics of the Miss, partly based on the public data available from the Oklahoma Corporation Commission (OCC) and the Oklahoma Tax Commission (OTC). The public data might be useful, but flaws in the data require analysts to be very careful in working with the data.

Of 30 randomly selected wells from the publicly available database, 28 have flaws in the oil production and one of the remaining two has flaws with the natural gas data. In the 28 oil production data problems, the data have missing oil production during certain months. Graph 1 shows an example of the flawed data. For this example, we use the Greve 1-29H well. The oil curve below shows that, after the initial peak rate, the oil curve drops to zero during seven months, including the last three months. In reality, the production does not drop to zero. It is a data integrity problem. If analysts use this data to calculate an average EUR for SD's wells, the data will suggest a lower EUR than SandRidge's estimate of 422 MBoe per well. For some reason, the problem occurs most often with oil data but it also occurs with gas data.

Figure 1: Greve 1-29H Miss Hz well oil and gas production




Source: HPDI and J.P. Morgan estimates.

Though we are unsure how reliable the data are for the non-zero months, we took the data from a random selection of SD wells and eliminated the zero months. The data confirm SD's estimate of a 77% first-year decline for oil and a 60% first-year decline for gas.

Table 3: Actual First Year Decline Versus Company Guidance

| | Total | Gas | Oil |
|---|---|---|---|
| Actual average first year decline | N/A | 64% | 79% |
| Company guidance first year decline | 69% | 60% | 77% |

Source: Company and J.P. Morgan estimates.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



# Production by Region

**Miss is Growing**

We expect total production (liquids and gas) to increase 6% from 4Q12 to 4Q13 and 18% from FY12 to FY13. The combination of Miss growing and the Permian declining contributes to overall 2% liquids production growth from 4Q12 to 4Q13 and 10% growth from FY12 to FY13.

We model SD's liquids production in the Mid-Continent region (mostly from Miss Hz wells) to increase 41% from 4Q12 to 4Q13 (see Table 4). The company stated that it expects Miss Hz oil production growth to be 55-60% from YE12 to YE13. Due to lower Permian spending, we estimate liquids production in the Permian to decrease 19% from 4Q12 to 4Q13.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



Table 4: Regional Production Assumptions

| | 1Q12 | 2Q12 | 3Q12 | 4Q12 | FY12 | 1Q13 | 2Q13 | 3Q13 | 4Q13 | FY13 | *4Q12-4Q13 Growth* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gas (MMcfpd)** | | | | | | | | | | | |
| Permian | 29.9 | 27.4 | 27.9 | 26.5 | 27.9 | 24.6 | 22.9 | 21.3 | 19.8 | 22.2 | -25% |
| WTO | 59.6 | 55.9 | 50.7 | 45.6 | 52.9 | 41.1 | 37.0 | 33.3 | 29.9 | 35.3 | -34% |
| E. Texas | 0 | 0 | 0 | NA | NA | NA | NA | NA | NA | NA | NA |
| GOM | 2.8 | 62 | 92.9 | 92.9 | 62.8 | 92.9 | 92.9 | 92.9 | 92.9 | 92.9 | 0% |
| Gulf Coast | 7.3 | 7.3 | 10.4 | 10.4 | 8.9 | 9.4 | 8.4 | 7.8 | 7.4 | 8.2 | -29% |
| Mid-Con | 73.4 | 88 | 113.6 | 130.6 | 101.5 | 143.7 | 158.1 | 172.3 | 186.1 | 165.2 | 42% |
| Tertiary | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA |
| **Total gas production** | **173.0** | **240.6** | **295.5** | **306.1** | **254.1** | **311.7** | **319.3** | **327.5** | **336.1** | **323.7** | **10%** |
| **Oil+NGL (Mbblpd)** | | | | | | | | | | | |
| Permian | 25.7 | 24.8 | 26.1 | 25.6 | 25.5 | 24.3 | 23.1 | 21.9 | 20.8 | 22.5 | -19% |
| WTO | 0.2 | 0.3 | 0.2 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0% |
| E. Texas | 0 | 0 | 0 | NA | 0.0 | NA | NA | NA | NA | 0.0 | NA |
| GOM | 0.7 | 10.9 | 13.1 | 13.1 | 9.5 | 13.1 | 13.1 | 13.1 | 13.1 | 13.1 | 0% |
| Gulf Coast | 0.5 | 0.5 | 0.7 | 0.7 | 0.6 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | -4% |
| Mid-Con | 9.8 | 13 | 13.7 | 13.7 | 12.6 | 14.9 | 16.3 | 17.7 | 19.3 | 17.1 | 41% |
| Tertiary | 0.8 | 0.6 | 0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA |
| **Total liquids production** | **37.7** | **50.1** | **53.8** | **53.2** | **48.7** | **53.1** | **53.2** | **53.6** | **54.0** | **53.5** | **2%** |
| **Total (MBoepd)** | | | | | | | | | | | |
| Permian | 30.7 | 29.4 | 30.8 | 30.0 | 30.2 | 28.4 | 26.9 | 25.5 | 24.1 | 26.2 | -20% |
| WTO | 10.1 | 9.6 | 8.7 | 7.7 | 9.0 | 6.9 | 6.3 | 5.6 | 5.1 | 6.0 | -34% |
| E. Texas | 0.0 | 0.0 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| GOM | 1.2 | 21.2 | 28.6 | 28.6 | 19.9 | 28.6 | 28.6 | 28.6 | 28.6 | 28.6 | 0% |
| Gulf Coast | 1.7 | 1.7 | 2.4 | 2.4 | 2.1 | 2.3 | 2.1 | 2.0 | 1.9 | 2.1 | -22% |
| Mid-Con | 22.0 | 27.7 | 32.6 | 35.5 | 29.5 | 38.9 | 42.6 | 46.5 | 50.4 | 44.6 | 42% |
| Tertiary | 0.8 | 0.6 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA |
| **Total production** | **66.5** | **90.2** | **103.1** | **104.2** | **91.1** | **105.1** | **106.5** | **108.1** | **110.1** | **107.4** | **6%** |

Source: Company reports and JPMorgan estimates.

# Permian

Several investors have questioned SD's decision to sell the Permian. On the one hand, selling the Permian, because of its high-margin production, has an outsized impact on EBITDA. On the other hand, it makes sense to sell oil assets when the price of oil is relatively high, and SD needs some funds to cover the capex-minus-operating cash flow deficit.

Investors also are questioning the quality of the Permian, given that SD will have spent $500 MM of capex in 2012 and production from 4Q11 to 4Q12 appears flat. It is true the growth is not stellar, but one has to adjust 4Q12 production for the June 2012 sale of 1,100 Boe/d (non-core West Texas tertiary assets). Thus, 4Q11 to 4Q12 production really is around 3%, adjusted for the asset sale.

We analyzed whether or not SD's $500 MM investment in the Permian to grow 3% appears reasonable. Our conclusion is that SD effectively is spending $59k/Boepd to add the production it will have added between 4Q11 and 4Q12 (assuming a 25% base decline rate). The E&P group is trading at around $66k/Boepd and the oiliest companies are trading over $120k/Boepd. On that measure, SD's Permian seems fine.

At YE11, the PV-10 of SandRidge's Permian was $3.9 Bn (using $92.71 WTI oil and $4.12 Henry Hub). The third-party interest in the Permian royalty trust had a

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



PV-10 of $600 MM. Thus, the proved reserves for potential sale had a YE11 PV-10 of around $3.3 Bn. 58% of SD's YE11 reserves were proved developed and 42% PUDs.

Using NYMEX futures, we value the undrilled locations (PUDs and unbooked locations) at $1 Bn. We value the proved developed reserves at approximate $2.6 Bn. Backing out the value of the royalty trust assets of $436 MM (using NYMEX), values the total package at $3.2 Bn ($1 Bn + $2.6 Bn - $0.4 Bn).

This $3.2 Bn implies a flowing barrel value of around $125k/Boepd, just below the level at which the oiliest E&Ps are trading. Our model assumes that the company would receive $2.6 Bn, a 15-20% discount to where the oiliest companies are trading on a flowing barrel basis. If SD were to sell to an MLP, it is possible that it could receive above this $2.6 Bn value.

## Investors Get Active

Two of SD's biggest holders are making demands of the company. The summary of the recommendations are below. One of the complaints is SD's high G&A compared to that of its peers. The company's FY12 G&A is $1.04/Mcfe versus its mid-cap peers of $0.57/Mcfe and the group median of $0.66/Mcfe.

**Table 5: Summary of Demands by TPG-Axon and Mount Kellett**

| Fund | TPG-Axon | Mount Kellett |
|---|---|---|
| Shares/Ownership | 30.5 MM shares of common stock/6.2% | 22.2 MM shares of common stock/4.5% |
| Letter date | 11/8/2012 | 11/15/2012 |
| Recommendations | 1. Board reconfiguration: Independent directors replacing certain directors and large shareholders should be invited to join. | 1. Tom Ward should be replaced as Chairman and CEO with a seasoned executive who can restore credibility. |
| | 2. Management reconfiguration: Bring in new management - Tom Ward's credibility is too damaged. | 2. Board should be strengthened by adding new, truly independent directors. |
| | 3. Hire an advisor to explore strategic alternatives: Consider sale of company. | 3. No hasty strategic actions, such as quick sale of Permian assets. |
| | | 4. Future direction of SD should be fully evaluated by a reconstituted board and management team; including potential sale of the entire company or a more limited divesture of ill-fitting assets, such as Dynamic Offshore. |
| Value of SD | $12-14/share | >$20/share |

Source: Bloomberg, and J.P. Morgan estimates.

We would expect the company to take some actions in response to these shareholders' demands.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



# SD Liquidity and Balance Sheet

Our model does not include a sale of the Permian or other assets. We generally model asset sales only after a company announces an agreement or completion of such a sale.

Overall, from 4Q12 to YE17, we estimate that SD has a $2.7 Bn funding gap. If we add the 3Q12 ending cash balance of $674 MM, the net funding gap is $2.1 Bn. Over this period, we model the company issuing a net $2 Bn of debt (combination of senior notes and revolver draws) to fund the cash outspend. SD has other options, including sales of non-core assets (including royalty trust units), sale of the Permian, and potential JV of the Kansas Miss Hz acreage, but we have modeled only debt issuances at this time.

**4Q12.** In our model, we assume that SD will be fully funded in 4Q12 with nothing drawn on its $775 MM revolver. SD uses cash on hand to fund its outspend.

**2013**. For 2013, we model SD using cash on hand and drawing $620 MM under its $775 MM revolver to cover its $1 Bn funding gap. Net Debt/EBITDA stays the same at 3.5x at YE13 as at YE12, still higher than the group median of 1.8x.

**2014.** To cover the FY14 $677 MM funding gap, we model SD issuing $1 Bn of senior notes. 2014 Net Debt/EBITDA decreases to 3.3x despite the senior notes issuance, but it still is higher than the group median of 1.3x.

**2015.** In FY15, SD has a funding gap of $522 MM and draws down $200 MM under its revolver. We estimate SD exits YE15 with Net Debt/EBITDA of 3.3x versus the group median of 0.9x.

**2016.** In FY16, SD has a funding gap of $256 MM and draws down $250 MM under its revolver. We estimate SD exits YE16 with Net Debt/EBITDA at 3.3x versus the group median of 0.9x.

**2017.** In FY17, SD becomes cash flow (DCF-capex) positive in 2Q12 and is able to pay down debt starting in 3Q17. We estimate SD exits YE17 with Net Debt/EBITDA of 2.8x versus the group median of 0.9x.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



Table 6: SD Liquidity and Balance Sheet

| ($ MM) Assuming JPM price deck | 4Q2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| **Discretionary Cash Flow** | **190** | **735** | **923** | **1,078** | **1,344** | **1,642** |
| Total E&P Capex | (410) | (1,550) | (1,400) | (1,400) | (1,400) | (1,400) |
| Oilfield Services | (7) | (30) | (30) | (30) | (30) | (30) |
| Midstream and Other | (42) | (170) | (170) | (170) | (170) | (170) |
| Reserve/Acreage/Asset Acquisitions | 5 | 0 | 0 | 0 | 0 | 0 |
| Preferred Stock Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| Common Stock Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash Outspend** | **(264)** | **(1,015)** | **(677)** | **(522)** | **(256)** | **42** |
| Reserve/Acreage/Asset Divestitures | 0 | 0 | 0 | 0 | 0 | 0 |
| Debt Financing/Payment | 0 | 620 [1] | 1,000 [2] | 200 [3] | 250 [4] | (30) [5] |
| Other Financing | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Cash Inflow/(Outflow)** | **(264)** | **(395)** | **323** | **(322)** | **(6)** | **12** |
| Beginning Cash | 674 | 410 | 15 | 338 | 15 | 9 |
| **Ending Cash** | **410** | **15** | **338** | **15** | **9** | **22** |
| Outstanding on Revolver | 0 | 620 | 620 | 820 | 1,070 | 1,040 |
| Corporate Credit Facility | 775 | 775 | 775 | 775 | 775 | 775 |
| **Availability under Revolver** | **775** | **155** | **155** | **(45)** | **(295)** | **(265)** |
| **Net Debt/EBITDA** | **3.5x** | **3.5x** | **3.3x** | **3.3x** | **3.0x** | **2.8x** |
| **Group Median Net Debt/EBITDA** | **2.3x** | **1.8x** | **1.3x** | **0.9x** | **0.9x** | **0.9x** |

Source: Company reports and JPMorgan estimates. Note: [1] Assume $620 MM drawn under the revolver. [2] Assume $1 Bn of senior notes. [3] Assume $200 MM drawn under the revolver. [4] Assume $250 MM drawn under the revolver. [5] Assume pay down of $30 MM under the revolver.

Assuming $2.6 Bn of Permian proceeds in 2Q13 (if SD sells the Permian), we model SD being cash flow positive by YE17, just two quarters earlier than SD would be without the Permian sale. Although Net Debt/EBITDA would go down to 1.4x in 2Q13 with the Permian proceeds, we model SD's leverage ratio going back up to 2.9x by YE17. Permian proceeds would help bridge the company's 4Q12 to YE17 total funding gap of $2.7 Bn. $2.6 Bn of Permian proceeds in combination with $674 MM cash and $775 MM of undrawn revolver ($4 Bn total) is more than enough to cover SD's outspend until the company is cash flow positive in 2017. SD does not have to sell the Permian, in our view. The company's options include debt, another Miss JV, and/or additional trust unit sales.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



# Estimates

Table 7: Estimates

| | 4Q12E | FY12E | FY13E |
|---|---|---|---|
| EPS ($/share) | | | |
| JPM | ($0.02) | $0.14 | ($1.12) |
| Consensus Median | $0.02 | $0.18 | ($1.09) |
| | | | |
| CFPS ($/share) | | | |
| JPM | $0.32 | $1.53 | $1.26 |
| Consensus Median | $0.36 | $1.48 | $1.62 |
| | | | |
| Henry Hub ($/Mcf) | | | |
| JPM U.S. E&P | $3.46 | $2.82 | $4.25 |
| Consensus Median | $3.10 | $2.71 | $3.66 |
| | | | |
| WTI Oil ($/Bbl) | | | |
| JPM U.S. E&P | $90.00 | $94.63 | $100.00 |
| Consensus Median | $93.00 | $95.00 | $100.00 |

Source: Bloomberg, J.P. Morgan estimates. Consensus data is as of November 16, 2012. JPM CFPS estimates might be lower than consensus because we deduct capitalized interest and G&A to calculate discretionary cash flow.

# Investment Thesis

Despite the hit to NAV, SD still appears to be one of the cheapest stocks in our coverage group and one of the few trading around Proved Reserves NAV using NYMEX prices. Overhanging the stock is the possibility of unsuccessful asset sales and/or a liquidity pinch. SD has a ~$2.7 Bn 4Q12-2017 funding gap until it becomes cash flow positive in 2Q17. The company seems to be selling the Permian as a way to fund its Miss Hz growth. SD can sell the Permian, JV its Miss Hz Kansas acreage, issue debt and/or sell its royalty trust units to bridge its funding gap.

As investors feel more comfortable about SD's ability to cover its funding gap, spend within or close to its guidance, hit its production targets, have positive well results in the Kansas Miss, and re-confirm the economic viability of the whole Miss play, the stock likely will move closer to NAV. Positive actions in response to shareholder demands also likely will help the stock outperform. We rate the stock Overweight.

# Valuation

Table 8: Price Targets
$/share

| JPM | Consensus | | |
|---|---|---|---|
| | Median | Low | High |
| $9.50 | $8.25 | $4.00 | $13.00 |

Source: J.P. Morgan estimates. Consensus from November 16, 2012.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



Table 9: Comps

$/share

| Valuation | SD | E&P Group | Mid Caps | Comps |
|---|---|---|---|---|
| P/NYMEX NAV | 63% | 100% | 91% | 101% |
| P/JPM NAV | 35% | 56% | 53% | 63% |
| EV/FY13 EBITDA | 4.8x | 4.8x | 5.3x | 4.4x |
| Implied YE13 EV/FY14 EBITDA | 6.4x [1] | 4.7x | 5.8x | 4.6x |

Source: J.P. Morgan estimates. Note: Comps include XEC, CXO, CLR, PXD, SM, and WLL. [1] Assume $9.50/share YE13 PT.

We base our $9.50/share Dec-13 price target on 95-100% of YE13 NYMEX NAV, which is trading at a slight discount with where the group is trading relative to current NYMEX NAV. The E&P stocks are trading at 100-105% of NYMEX NAV and, since SD has liquidity risk, we think the company will trade at a discount to the group median.

We take our current NYMEX NAV and roll it forward to YE13 using our estimate of the company's WACC. We calculate current NAV using a discounted cash flow (DCF) model.

Our NAV model starts with an estimate of the company's proved reserves and then estimates the value of unbooked reserves (probable, possible and other potential). Therefore, our NAV model includes credit for 3P+ (3P—proved, probable, and possible—plus other potential that is not in the 3P categories). It also adjusts for hedges, other assets, and other balance sheet items.

• WACC: 10.5%

Table 10: JPM and NYMEX Price Decks

| | 2011 | 2012e | 2013e | Beyond |
|---|---|---|---|---|
| **JPM WTI Oil ($/bbl)** | $95.05 | $94.63 | $100.0 | $100.00 |
| **JPM Henry Hub Gas($/Mcf)** | $4.06 | $2.82 | $4.25 | $5.50 |
| | | | | |
| **NYMEX WTI Oil ($/bbl)** | $94.06 | $94.79 | $88.17 | $87.12 |
| **NYMEX Henry Hub Gas($/Mcf)** | $4.04 | $2.79 | $3.90 | $4.50 |

Source: J.P. Morgan.

We base our price target on NYMEX NAV, and that appears to be what the market is using to value the E&Ps. However, we think that, over time, the market will reflect higher commodity prices in the stocks, so we detail the NAV below using our price deck. Please see the NAV model for the JPM and NYMEX NAV details.

**JPM Net Asset Value.** Based on the JPM price deck in Table 10, we calculate an NAV of $15.08/share. In our analysis, we value the proved reserves alone (minus balance sheet, cash taxes and G&A) at $7.33/share. Some of the value of the stock is the significant potential that is unbooked. We risk that potential and value it at $7.75/share after deducting corporate cash charges associated with that production, including cash income taxes and G&A. The main components of SD's (unbooked) potential include:

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



- **Mississippian Horizontal (including Extension Mississippian play).** 80%, or \$15.07/share, of the \$18.73/share gross potential (before deducting cash taxes and G&A) is for the unbooked potential in this area.
- **Permian.** 16%, or \$3.03/share, of the \$18.73/share gross potential (before deducting cash taxes and G&A) is for the unbooked potential in this area.
- **Piñon Field.** 1%, or \$0.20/share, of the \$18.73/share gross potential (before deducting cash taxes and G&A) is associated with the high $CO_2$ wells in the Warwick and Tesnus thrusts of the Piñon Field. SandRidge holds a large acreage position in the West Texas Overthrust, and the Piñon field is the most established field in the area. However, SD currently is drilling no wells in the Piñon field.

## Risks to Rating and Price Target

**Funding gap.** If SD increases spending more than we have modeled and is not able to successfully complete potential monetizations, the stock could underperform.

**Miss well results**. If well results are, on average, below the company's estimates, the stock likely will underperform. The company is assuming a b factor of 1.8 for its oil production and 3 for gas. If these b factors prove to be too high and the average EUR consequently appears too high, the stock could underperform.

**Stock market and the economy.** E&Ps appear to have a strong correlation to the overall stock market and the economy. If the market and the economy perform worse than we expect, the stock could underperform our expectations.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



J.P.Morgan

# SD NAV

## Assumptions

| Commodity Price Options: | J.P. Morgan Gas | J.P. Morgan Oil | NYMEX Futures Gas | NYMEX Futures Oil | Custom Deck Gas | Custom Deck Oil |
|---|---|---|---|---|---|---|
| 2007-A | $6.86 | $72.30 | as of | 11/15/2012 | | |
| 2008-A | $9.05 | $99.68 | | | | |
| 2009-A | $3.99 | $62.22 | | | | |
| 2010-A | $4.39 | $79.50 | $4.39 | $77.33 | $4.39 | $79.50 |
| 2011-A | $4.06 | $95.05 | $4.04 | $94.06 | $3.50 | $80.00 |
| 2012-E | $2.82 | $94.63 | $2.79 | $94.79 | $3.50 | $80.00 |
| 2013-E | $4.25 | $100.00 | $3.90 | $88.17 | $3.50 | $80.00 |
| Beyond | $5.50 | $100.00 | $4.50 | $87.12 | $3.50 | $80.00 |

Commodity Price
- (•) J.P. Morgan Price Deck
- ( ) NYMEX Futures
- ( ) Other Price Deck

Discounting

| | |
|---|---|
| Period Ending | 3Q12 |
| Disc. Rate 1 | 10.5% |
| Disc. Rate 2 | 10.5% |

**Shares Outstanding:**

| | | |
|---|---|---|
| Common Shares Outstanding | 490.8 | as of 3Q12 |
| Potential Dilution incl. Merger | 90.5 | |
| **Total Potential Shares** | **581.3** | |

Escalation Assumptions

| | |
|---|---|
| Commodity Price | 0.0% |
| G&A Costs | 0.0% |
| LOE Costs | 0.0% |
| Service & Drilling Costs | 0.0% |

## Valuation Breakdown

| | | | | J.P. Morgan Prices | | | NYMEX Strip Prices | |
|---|---|---|---|---|---|---|---|---|
| **PROVED RESERVES (at YE11)** | UnRsk Rsrv (Bcfe) | Reserves Risking | Rsk Rsrv (Bcfe) | Discounted Net CF | Value Per Share | Pre-Tax PV-10 | Discounted Net CF | Value Per Share |
| U.S. Proved Developed Reserves | 1,385 | 0.0% | 1,385 | $4,023 | $6.92 | $2.90 | $3,402 | $5.85 |
| U.S. Proved Undeveloped Reserves | 1,439 | 0.0% | 1,439 | $3,381 | $5.82 | $2.35 | $2,441 | $4.20 |
| SDT, PER Proved Reserves (3rd Party Ownership) | (160) | 0.0% | (147) | ($906) | ($1.56) | $6.17 | ($805) | ($1.38) |
| Dynamic Offshore Resources Proved Reserves | 375 | 0.0% | 375 | $2,106 | $3.62 | $5.62 | $1,751 | $3.01 |
| West Texas Proved Reserves | (144) | 0.0% | (144) | ($110) | ($0.19) | $0.77 | ($21) | ($0.04) |
| SDR Proved Reserves (3rd Party Ownership) | (94) | 0.0% | (85) | ($406) | ($0.70) | | ($357) | ($0.61) |
| YTD adjustment (add PUD capex, subtract proved cash flow) | | | | 859 | $1.48 | | $859 | $1.48 |
| **Total Value Of Proved Reserves** | **2,801** | | **2,823** | **$8,946** | **$15.39** | **$3.17** | **$7,271** | **$12.51** |
| **BALANCE SHEET (As of 3Q12):** | | | | Value | Per Share | | Value | Per Share |
| Long-Term Debt | | | | ($4,300) | ($7.40) | | ($4,300) | ($7.40) |
| Other Liabilities (excludes taxes, ARO, & derivative liabilities) | | | | ($70) | (0.12) | | ($70) | (0.12) |
| Net Working Capital (excludes taxes, ARO, and derivative liabilities) | | | | $314 | 0.54 | | $314 | 0.54 |
| Investments & Other Assets (excludes goodwill) | | | | $824 | 1.42 | | $824 | 1.42 |
| **Net Balance Sheet** | | | | **($3,232)** | **($5.56)** | | **($3,232)** | **($5.56)** |
| | | | | Value | Per Share | | Value | Per Share |
| Discounted Future Cash G&A (Proved Reserves) | | | | ($986) | (1.70) | | ($986) | (1.70) |
| Discounted Cash Taxes (Proved Reserves) | 90% | Assumed Tax Shield | | ($400) | (0.69) | | ($390) | (0.67) |
| Present Value Of Hedges | | | | ($69) | (0.12) | | $283 | 0.49 |
| **Other Costs / Revenue** | | | | **($1,456)** | **($2.50)** | | **($1,093)** | **($1.88)** |
| **Value Of Proved Reserves (After Taxes, Balance Sheet, & Hedges)** | | | | **$4,259** | **$7.33** | | **$2,946** | **$5.07** |
| **RISKED POTENTIAL (Everything Unbooked at YE11)** | | | Rsk Rsrv (Bcfe) | Disc Future Net CF | Value Per Share | Pre-Tax PV-10 | Disc Future Net CF | Value Per Share |
| Warwick - Piñon Field | | | 3,290 | 0 | 0.00 | 0.00 | 0 | 0.00 |
| Tesnus - Piñon Field | | | 476 | 0 | 0.00 | 0.00 | 0 | 0.00 |
| Permian | | | 1,362 | 1,761 | 3.03 | 1.29 | 1,085 | 1.87 |
| CO2 Credits | | | 338 | 119 | 0.20 | 0.35 | 119 | 0.20 |
| Adding back PD Tails | | | 130 | 118 | 0.20 | 0.91 | 87 | 0.15 |
| GOM | | | 99 | 67 | 0.12 | 0.68 | 0 | 0.00 |
| Mississippian - Horizontal - Core | | | 6,376 | 7,638 | 13.14 | 1.20 | 5,170 | 8.89 |
| Mississippian - Horizontal - Extension (Kansas) | | | 1,715 | 1,123 | 1.93 | 0.65 | 594 | 1.02 |
| Gulf Coast | | | 17 | 61 | 0.11 | 3.71 | 45 | 0.08 |
| Other Capex and Subtracting PUDs already included | | | (1,295) | (4,626) | (7.96) | 3.57 | (3,686) | (6.34) |
| **Gross Potential NAV** | | | **12,507** | **$6,262** | **$10.77** | 0.50 | **$3,413** | **$5.87** |
| YTD adjustment (add exploration capex, subtract cash flow from potential reserves) | | | | 73 | 0.13 | | 73 | 0.13 |
| Discounted Future Cash G&A (Potential Reserves) | | | | (1,614) | (2.78) | NA | (1,614) | (2.78) |
| Discounted Cash Taxes (Potential Reserves) | | | | (215) | (0.37) | NA | 64 | 0.11 |
| **Other Costs** | | | | **($1,757)** | **($3.02)** | | **($1,478)** | **($2.54)** |
| **Total Potential NAV** | | | | **$4,505** | **$7.75** | | **$1,935** | **$3.33** |
| **Total Current NAV / Share** | | | **15,329** | **$8,764** | **$15.08** | | **$4,881** | **$8.40** |

Source: J.P. Morgan, Company Reports

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



# SD Model

| JPM U.S. E&P COMMODITY PRICE DECK: | 2011 Quarterly Estimates | | | | 2012 Quarterly Estimates | | | | Full Year Results/Estimates | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1-A | Q2-A | Q3-A | Q4-A | Q1-A | Q2-A | Q3-A | Q4-E | 2011-A | 2012-E | 2013-E |
| Natural Gas (Henry Hub Bid Week) | $4.12 | $4.35 | $4.22 | $3.54 | $2.73 | $2.20 | $2.88 | $3.46 | $4.06 | $2.82 | $4.25 |
| Crude Oil (WTI Cushing Spot) | $94.46 | $102.28 | $89.51 | $94.03 | $102.99 | $93.45 | $92.14 | $90.00 | $95.05 | $94.63 | $100.00 |
| **Price Realizations (after hedging)** | | | | | | | | | | | |
| Natural Gas ($/Mcf) | $3.44 | $3.31 | $3.08 | $3.11 | $2.35 | $2.39 | $2.23 | $2.96 | $3.23 | $2.51 | $3.89 |
| Crude Oil ($/bbl) | $72.26 | $76.26 | $76.94 | $79.28 | $86.27 | $89.76 | $91.84 | $92.16 | $76.41 | $90.32 | $88.96 |
| NGLs ($/bbl) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **PRODUCTION VOLUMES:** | | | | | | | | | | | |
| Natural Gas (Bcf) | 17.3 | 17.2 | 17.9 | 16.9 | 15.7 | 21.9 | 27.2 | 28.2 | 69.3 | 93.0 | 118.2 |
| Crude Oil (MMbbl) | 2.6 | 2.8 | 3.2 | 3.3 | 3.4 | 4.6 | 4.9 | 4.9 | 11.8 | 17.8 | 19.5 |
| NGLs (MMbbl) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Production (Bcfe)** | **32.8** | **33.8** | **37.1** | **36.6** | **36.3** | **49.2** | **56.8** | **57.6** | **140.3** | **199.9** | **235.4** |
| % Natural Gas | 53% | 51% | 48% | 46% | 43% | 44% | 48% | 49% | 49% | 47% | 50% |
| **INCOME STATEMENT: ($MM)** | | | | | | | | | | | |
| E&P Revenue | $257 | $294 | $309 | $310 | $215 | $644 | $387 | $534 | $ 1,170 | $ 1,781 | $ 2,198 |
| Operating Costs | (193) | (208) | (220) | (223) | (236) | (342) | (372) | (386) | (844) | (1,336) | (1,587) |
| **Operating Income (EBIT)** | **64** | **86** | **89** | **87** | **(21)** | **302** | **15** | **148** | **326** | **445** | **611** |
| Net Interest Expense | ($59) | ($62) | ($59) | ($57) | ($67) | ($69) | ($82) | ($93) | $ (238) | $ (310) | $ (378) |
| Other | (307) | 192 | 607 | (424) | (128) | 585 | (93) | 4 | 69 | 367 | (20) |
| **Pretax Income** | **($302)** | **$216** | **$637** | **($394)** | **($216)** | **$818** | **($160)** | **$59** | **$157** | **$502** | **$213** |
| Effective Tax Rate | 0% | 0% | 0% | 0% | 0% | -13% | 0% | 0% | -4% | -21% | 0% |
| Preferred Dividends / Minority Interest | (14) | (27) | (75) | 6 | (16) | (113) | (25) | (69) | (110) | (222) | (283) |
| **Reported Net Income** | **($316)** | **$196** | **$561** | **($389)** | **($232)** | **$809** | **($184)** | **($9)** | 52 | 383 | (70) |
| Non-Recurring Items (After tax) | 292 | (212) | (558) | 398 | 253 | (772) | 214 | 0 | (80) | (305) | 0 |
| **Recurring Earnings** | **$ (24)** | **$ (16)** | **$ 3** | **$ 9** | **$ 21** | **$ 37** | **$ 30** | **$ (9)** | **$ (28)** | **$ 78** | **$ (70)** |
| **Recurring EPS (Diluted)** | **($0.02)** | **($0.00)** | **$0.03** | **$0.02** | **$0.04** | **$0.07** | **$0.05** | **($0.02)** | **($0.06)** | **$0.14** | **($0.12)** |
| Basic Shares Outstanding | 398 | 398 | 399 | 399 | 401 | 461 | 476 | 493 | 399 | 458 | 493 |
| Diluted Shares Outstanding | 496 | 496 | 498 | 498 | 500 | 561 | 567 | 583 | 497 | 553 | 583 |
| **DISCRETIONARY CASH FLOW: ($MM)** | | | | | | | | | | | |
| Recurring Net Income | ($24) | ($16) | $3 | $9 | $21 | $37 | $30 | ($9) | ($28) | $78 | ($70) |
| DD&A (E&P and Non E&P) | 87 | 89 | 100 | 104 | 104 | 163 | 192 | 196 | 380 | 655 | 804 |
| Exploration Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Taxes | 0 | 0 | 0 | 0 | 0 | (103) | 0 | (0) | 0 | (103) | (0) |
| Other | 23 | 33 | (34) | 51 | 28 | 126 | 60 | 0 | 73 | 213 | 0 |
| **Discretionary Cash Flow** | **$ 100** | **$ 134** | **$ 144** | **$ 158** | **$ 153** | **$ 222** | **$ 281** | **$ 187** | **$ 535** | **$ 843** | **$ 735** |
| **DCF / Share** | **$0.20** | **$0.27** | **$0.29** | **$0.32** | **$0.31** | **$0.40** | **$0.50** | **$0.32** | **$1.08** | **$1.53** | **$1.26** |
| **Adjusted E&P EBITDAX *** | $138 | $162 | $175 | $177 | $69 | $449 | $191 | $326 | $652 | $1,035 | $1,341 |
| **UNIT COSTS ($/MCFE):** | | | | | | | | | | | |
| Revenue | $7.83 | $8.69 | $8.32 | $8.48 | $5.91 | $13.09 | $6.81 | $9.29 | $8.34 | $8.91 | $9.34 |
| Lease Operating Expense | ($2.26) | ($2.42) | ($2.33) | ($2.20) | ($2.29) | ($2.49) | ($2.41) | ($2.46) | ($2.30) | ($2.42) | ($2.42) |
| Severance and Other Taxes | ($0.32) | ($0.37) | ($0.28) | ($0.34) | ($0.34) | ($0.22) | ($0.23) | ($0.28) | ($0.33) | ($0.26) | ($0.32) |
| DD&A | ($2.26) | ($2.25) | ($2.34) | ($2.45) | ($2.47) | ($2.99) | ($3.08) | ($3.10) | ($2.33) | ($2.95) | ($3.10) |
| G&A | ($1.05) | ($1.11) | ($0.98) | ($1.10) | ($1.39) | ($1.25) | ($0.82) | ($0.87) | ($1.06) | ($1.04) | ($0.90) |
| **Operating Margin** | $1.95 | $2.54 | $2.39 | $2.39 | ($0.58) | $6.13 | $0.27 | $2.57 | $2.32 | $2.22 | $2.60 |
| **Cash Margins** | $4.20 | $4.79 | $4.73 | $4.84 | $1.89 | $9.12 | $3.35 | $5.67 | $4.65 | $5.18 | $5.70 |

**ASSET INTENSITY:**

| | | |
|---|---|---|
| 2011 DCF | $ 535 | MM |
| 2011 Prod | 140 | Bcfe |
| 2011 PD F&D*** | 3.42 | /Mcfe |
| Asset Intensity | 90% | |

**F&D:**

| | | | |
|---|---|---|---|
| CAPEX | $1,744 | $1,998 | $1,550 |
| RESERVES @ YE (Bcfe) | 2,824 | 3,782 | 4,574 |
| RESERVE REPLACEMENT | 302.9% | 579.0% | 436.7% |
| All-in PD F&D ($/Mcfe) | $3.42 | $3.10 | $2.64 |
| Free Cash Flow ($MM)** | $55 | $222 | $114 |
| Ex-Leasehold PD F&D ($/Mcfe) | $3.09 | $2.85 | $2.33 |

*EBITDAX adds back exploration expense
**Free Cash Flow is defined as Discretionary Cash Flow - Reserve Maintenance CAPEX
***Includes estimated capital spent on leasehold/acreage. E&D only PD F&D for 2011 is $3.09/Mcfe.
****Includes estimated capital spent on leasehold/acreage. E&D only RAC for 2011 is $4.21/Mcfe.
Source: J.P. Morgan estimates, company reports

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



J.P.Morgan

# SandRidge Energy Inc.: Summary of Financials

| Income Statement - Annual | FY11A | FY12E | FY13E | FY14E |
|---|---|---|---|---|
| Natural Gas Price (Henry Hub Bid Week) - $/MMBtu | 4.06 | 2.82 | 4.25 | - |
| Crude Oil (WTI Cushing Spot) -$/Bbl | 95.05 | 94.63 | 100.00 | - |
| Average Realized Price ($/Mcfe)-after hedging | 8.0 | 9.2 | 9.3 | - |
| Total Production(Bcfe) | 140 | 200 | 235 | - |
| %Natural Gas | 49.4% | 46.5% | 50.2% | - |
| E&P Revenues (USD MM) | 1,170 | 1,781 | 2,198 | - |
| Operating expenses | 844 | 1,336 | 1,587 | - |
| **EBIT** | **326** | **445** | **611** | - |
| **E&P EBITDAX** | **652.2** | **1035.0** | **1340.9** | - |
| Interest Expense | (238) | (310) | (378) | - |
| Other Expenses | 122 | 432 | 55 | - |
| **Pretax income** | **157** | **502** | **213** | - |
| Tax rate (%) | (3.7%) | (20.6%) | (0.1%) | - |
| Preferred Dividends/Minority Interest | (110) | (222) | (283) | - |
| Reported net income | 52 | 383 | (70) | - |
| Non-recurring items, discont. ops | (80) | (305) | (0) | - |
| **Adjusted net income** | **(28)** | **78** | **(70)** | - |
| Recurring EPS (Diluted) | (0.06) | 0.14 | (0.12) | - |
| Average diluted shares outstanding | 497 | 553 | 583 | - |
| **Discretionary Cash Flow** | **535** | **843** | **735** | - |
| DCF/share | 1.1 | 1.5 | 1.3 | - |
| **Unit Costs (USD Mcfe)** | | | | |
| Lease Operating Expense | 2 | 2 | 2 | - |
| Severance and Other Taxes | 0.3 | 0.3 | 0.3 | - |
| DD&A | 2 | 3 | 3 | - |
| G&A | 1 | 1 | 1 | - |
| **Operating Margin** | **2.02** | **2.53** | **2.60** | - |
| **Cash Margin** | **4.35** | **5.49** | **5.70** | - |

| | 1Q12A | 2Q12A | 3Q12A | 4Q12E |
|---|---|---|---|---|
| Natural Gas Price (Henry Hub Bid Week) - $/MMBtu | 2.73A | 2.20A | 2.88A | 3.46 |
| Crude Oil (WTI Cushing Spot) -$/Bbl | 102.99A | 93.45A | 92.14A | 90.00 |
| Average Realized Price ($/Mcfe)-after hedging | 9.2A | 9.4A | 9.1A | 9.3 |
| Total Production(Bcfe) | 36A | 49A | 57A | 58 |
| %Natural Gas | 43.4%A | 44.5%A | 47.8%A | 49.0% |
| E&P Revenues (USD MM) | 215A | 644A | 387A | 534 |
| Operating expenses | 236A | 342A | 372A | 386 |
| **EBIT** | **(21)A** | **302A** | **15A** | **148** |
| **E&P EBITDAX** | **68.7A** | **449.3A** | **190.6A** | **326.5** |
| Interest Expense | (67)A | (69)A | (82)A | (93) |
| Other Expenses | (114)A | 600A | (77)A | 22 |
| **Pretax income** | **(216)A** | **818A** | **(160)A** | **59** |
| Tax rate (%) | (0.0%)A | (12.7%)A | (0.1%)A | (0.1%) |
| Preferred Dividends/Minority Interest | (16)A | (113)A | (25)A | (69) |
| Reported net income | (232)A | 809A | (184)A | (9) |
| Non-recurring items, discont. ops | 253A | (772)A | 214A | 0 |
| **Adjusted net income** | **21A** | **37A** | **30A** | **(9)** |
| Recurring EPS (Diluted) | 0.04A | 0.07A | 0.05A | (0.02) |
| Average diluted shares outstanding | 500A | 561A | 567A | 583 |
| **Discretionary Cash Flow** | **153A** | **222A** | **281A** | **187** |
| DCF/share | 0.3A | 0.4A | 0.5A | 0.3 |
| **Unit Costs (USD Mcfe)** | | | | |
| Lease Operating Expense | 2A | 2A | 2A | 2 |
| Severance and Other Taxes | 0.3A | 0.2A | 0.2A | 0.3 |
| DD&A | 2A | 3A | 3A | 3 |
| G&A | 1A | 1A | 1A | 1 |
| **Operating Margin** | **2.67A** | **2.41A** | **2.51A** | **2.57** |
| **Cash Margin** | **5.14A** | **5.40A** | **5.59A** | **5.67** |

| Balance Sheet and Cash Flow Data | FY11A | FY12E | FY13E | FY14E |
|---|---|---|---|---|
| Cash and cash equivalents | 208 | 418 | 23 | - |
| Other current assets | 234 | 556 | 556 | - |
| **Total current assets** | **442** | **974** | **578** | - |
| Net PP&E | 4,867 | 7,787 | 8,608 | - |
| Other assets | 911 | 1,074 | 1,199 | - |
| **Total assets** | **6,220** | **9,835** | **10,385** | - |
| **Total debt** | **2,814** | **4,300** | **4,920** | - |
| Total liabilities | 3,671 | 5,639 | 6,259 | - |
| Minority interests/Preferred stock | - | - | - | - |
| **Shareholders' equity** | **2,541** | **4,196** | **4,126** | - |
| | | | | |
| **Discretionary Cash Flow** | **535** | **843** | **735** | - |
| Change in working capital | (60) | (72) | 0 | - |
| **Cash flow from operations** | **475** | **771** | **735** | - |
| Capex | (1,744) | (1,998) | (1,550) | - |
| Dividends | 0 | 0 | 0 | - |
| Share buybacks (net) | 14 | 13 | 0 | - |
| Change in debt | 97 | (1,484) | (620) | - |
| Other uses of cash | 1,581 | (34) | (200) | - |
| **Change in cash** | **202** | **210** | **(395)** | - |
| | | | | |
| Reserves @ YE (Bcfe) | 2,824.0 | 3,781.7 | 4,574.4 | - |
| Reserve Replacement | 413 | 1,158 | 1,028 | - |
| RAC (exc.Revisions)($/Mcfe) | 4.2 | 2.5 | 1.6 | - |
| Free cash flow (USDMM)** | - | - | - | - |
| Drilling Traditional F&D (USD Mcfe) | 3 | 2 | 2 | - |

| Ratio Analysis | FY11A | FY12E | FY13E | FY14E |
|---|---|---|---|---|
| **Valuation** | | | | |
| P/E (adjusted) | (95.0) | 37.6 | (44.6) | - |
| P/DCF | - | - | - | - |
| Enterprise value/EBITDAX | 9.5 | 6.9 | 6.1 | - |
| EV/Mcfe | 2.20 | 1.88 | 1.80 | - |
| RLI (Years) | 20 | 19 | 19 | - |
| **Ratios** | | | | |
| Net debt/equity | 102.6% | 92.5% | 118.7% | - |
| Net debt/book capital | 50.6% | 48.1% | 54.3% | - |
| Net coverage ratio | 3.0 | 3.6 | 3.7 | - |
| ROE | (1.3%) | 2.1% | (1.7%) | - |
| ROCE | **4.4%** | **6.5%** | **3.5%** | - |
| | | | | |
| **Yield and cash returns** | | | | |
| CFPS | 1.08 | 1.53 | 1.26 | - |
| DCF yield | 14.87% | 26.03% | 22.16% | - |
| Total cash returns(%) | - | - | - | - |
| | | | | |
| **PD Asset Intensity** | | | | |
| Production | 140 | 200 | 235 | - |
| PD F&D | **342.4%** | 310.5% | 263.5% | - |
| Asset Intensity | **0.9** | 0.7 | 0.8 | - |
| RODD | - | - | - | - |

| | |
|---|---|
| **Mkt Cap (current) (USD bn)** | |
| **Enterprise Value (current)** | |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Dec

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



**Analyst Certification:** The research analyst(s) denoted by an “AC” on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an “AC” on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report.

## Important Disclosures

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for SandRidge Energy Inc. within the past 12 months.
- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as clients: SandRidge Energy Inc..
- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as investment banking clients: SandRidge Energy Inc..
- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, securities-related: SandRidge Energy Inc..
- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-securities-related: SandRidge Energy Inc..
- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking SandRidge Energy Inc..
- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from SandRidge Energy Inc..
- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from SandRidge Energy Inc..

**Company-Specific Disclosures:** Important disclosures, including price charts, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://mm.jpmorgan.com/disclosures/company, calling 1-800-477-0406, or emailing research.disclosure.inquiries@jpmorgan.com with your request.

SandRidge Energy Inc. (SD, SD US) Price Chart




Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Dec 17, 2007.

| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 17-Dec-07 | N | 35.01 | - |
| 07-Jan-09 | N | 8.44 | 21.00 |
| 05-Mar-09 | N | 6.18 | 18.50 |
| 07-May-09 | N | 9.66 | 15.50 |
| 08-May-09 | N | 11.11 | 15.00 |
| 12-Jun-09 | N | 11.01 | 12.50 |
| 07-Aug-09 | N | 10.87 | 14.50 |
| 15-Oct-09 | N | 13.75 | 16.50 |
| 05-Jan-10 | N | 10.42 | 14.00 |
| 09-Apr-10 | N | 7.64 | 9.00 |
| 07-May-10 | N | 6.78 | 10.00 |
| 12-Jul-10 | N | 6.20 | 8.50 |
| 17-Sep-10 | N | 4.92 | 5.00 |
| 25-Oct-10 | N | 5.77 | 5.50 |
| 05-Nov-10 | N | 5.86 | 5.00 |
| 23-Dec-10 | N | 7.28 | 6.00 |
| 12-Jan-11 | N | 7.83 | 6.50 |
| 03-Feb-11 | N | 7.62 | 8.00 |
| 25-Feb-11 | N | 10.53 | 9.00 |
| 25-Mar-11 | N | 12.13 | 9.50 |
| 18-Aug-11 | N | 6.72 | 14.00 |
| 13-Oct-11 | N | 6.54 | 15.00 |
| 29-Nov-11 | N | 6.91 | 17.00 |
| 19-Dec-11 | N | 6.30 | 9.50 |

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com



| | | | |
|---|---|---|---|
| 30-Apr-12 | OW | 7.54 | 13.00 |
| 09-Nov-12 | OW | 5.51 | 12.00 |

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.morganmarkets.com.

**Coverage Universe: Allman, Joseph D**: Anadarko Petroleum (APC), Apache Corporation (APA), Approach Resources (AREX), Berry Petroleum (BRY), Cabot Oil & Gas (COG), Carrizo Oil & Gas Inc. (CRZO), Chesapeake Energy (CHK), Cimarex Energy Co. (XEC), Cobalt International Energy (CIE), Concho Resources, Inc. (CXO), Continental Resources, Inc. (CLR), Denbury Resources Inc. (DNR), Devon Energy (DVN), EOG Resources, Inc. (EOG), EQT Corporation (EQT), EXCO Resources, Inc. (XCO), Goodrich Petroleum (GDP), Halcón Resources Corporation (HK), Laredo Petroleum (LPI), McMoRan Exploration Company (MMR), Newfield Exploration Company (NFX), Noble Energy (NBL), PDC Energy (PDCE), Penn Virginia Corporation (PVA), PetroQuest Energy, Inc. (PQ), Pioneer Natural Resources (PXD), Plains Exploration & Production (PXP), QEP Resources (QEP), Quicksilver Resources Inc (KWK), Range Resources Corp (RRC), SM Energy (SM), SandRidge Energy Inc. (SD), Southwestern Energy Company (SWN), Swift Energy Company (SFY), Ultra Petroleum Corp (UPL), WPX Energy (WPX), Whiting Petroleum Corporation (WLL)

**J.P. Morgan Equity Research Ratings Distribution, as of September 28, 2012**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 44% | 44% | 12% |
| IB clients* | 52% | 46% | 34% |
| JPMS Equity Research Coverage | 42% | 48% | 10% |
| IB clients* | 69% | 61% | 53% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.morganmarkets.com , contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.:** JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC and is authorized and regulated in the UK by the Financial Services Authority. **U.K.:** J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorized and

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com





regulated by the Financial Services Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa:** J.P. Morgan Equities Limited is a member of the Johannesburg Securities Exchange and is regulated by the FSB. **Hong Kong:** J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong. **Korea:** J.P. Morgan Securities (Far East) Ltd, Seoul Branch, is regulated by the Korea Financial Supervisory Service. **Australia:** J.P. Morgan Australia Limited (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (ABN 61 003 245 234/AFS Licence No: 238066) is a Market Participant with the ASX and regulated by ASIC. **Taiwan:** J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited, having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz East, Mumbai - 400098, is a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231) and Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and is regulated by Securities and Exchange Board of India. **Thailand:** JPMorgan Securities (Thailand) Limited is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission. **Indonesia:** PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the BAPEPAM LK. **Philippines:** J.P. Morgan Securities Philippines Inc. is a member of the Philippine Stock Exchange and is regulated by the Securities and Exchange Commission. **Brazil:** Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico:** J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by J.P. Morgan Securities Singapore Private Limited (JPMSS) [MICA (P) 088/04/2012 and Co. Reg. No.: 199405335R] which is a member of the Singapore Exchange Securities Trading Limited and is regulated by the Monetary Authority of Singapore (MAS) and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) which is regulated by the MAS. **Malaysia:** This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan:** J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia:** J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai:** JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. JPMSAL does not issue or distribute this material to "retail clients". The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the terms "wholesale client" and "retail client" have the meanings given to them in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch and J.P.Morgan Chase Bank, N.A., Frankfurt Branch which are regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Japan:** There is a risk that a loss may occur due to a change in the price of the shares in the case of share trading, and that a loss may occur due to the exchange rate in the case of foreign share trading. In the case of share trading, JPMorgan Securities Japan Co., Ltd., will be receiving a brokerage fee and consumption tax (shouhizei) calculated by multiplying the executed price by the commission rate which was individually agreed between JPMorgan Securities Japan Co., Ltd., and the customer in advance. Financial Instruments Firms: JPMorgan Securities Japan Co., Ltd., Kanto Local Finance Bureau (kinsho) No. 82 Participating Association / Japan Securities Dealers Association, The Financial Futures Association of Japan, Type II Financial Instruments Firms Association and Japan Investment Advisers Association. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Ltd, Seoul Branch. **Singapore:** JPMSS and/or its affiliates may have a holding in any of the securities discussed in this report; for securities where the holding is 1% or greater, the specific holding is disclosed in the Important Disclosures section above. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com





**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised September 29, 2012.

**Copyright 2012 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**