# EXHIBIT 46

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION, | ) | No. 5:12-cv-01341-G |
| | ) | |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

EXPERT REPORT OF BJORN I. STEINHOLT, CFA

March 1, 2019

**CONFIDENTIAL**

analysis of reported production data for SandRidge's initial horizontal Mississippian wells indicated that these wells would produce 155 Mbbl (*i.e.*, oil EUR was 155 Mbbl) or less.[26]

29. Additionally, Plaintiffs allege that Defendants misrepresented the economics of the Mississippian, including the IRR of the typical horizontal well, and that the Mississippian wells performed much worse than represented.[27] Since the wells were expected to produce much less oil, and more gas relative to oil, than represented, SandRidge misrepresented the IRR and economics of the typical Mississippian wells.

30. On November 8, 2012, SandRidge finally revealed the alleged truth concealed by the alleged misrepresentations, that the average Mississippian well was now expected to produce less than 40% oil, and that the oil EUR was 155 Mbbl.[28]

31. The above summary of the factual allegations that Plaintiffs intend to prove at trial may be incomplete because it likely does not reflect all the evidence as fact discovery has not yet been completed.

## VI. MARKET EFFICIENCY IN A FRAUD-ON-THE-MARKET CONTEXT

32. An efficient market is one that efficiently processes new and material information. In an efficient market, new and material information is quickly incorporated into the stock price as different investors buy and sell based on their respective evaluations of the new information

---

[26] *Id.* It is my understanding that discovery has so far produced internal oil EUR estimates for the Mississippian of 156.5 Mbbl (7/8/2011), 150 Mbbl (7/26/2011) and 151 Mbbl (8/4/2011). Source files: SD-SECURITIES-0419919, SD-SECURITIES-0455614, SD-SECURITIES-0681687 and SECURITIES-0723995.

[27] Complaint, ¶¶146-148, 267.

[28] Complaint, ¶¶11, 346, 347. SandRidge November 8, 2012 press release, "SandRidge Energy, Inc. Reports Financial and Operational Results for Third Quarter and First Nine Months of 2012," and SandRidge November 9, 2012 conference call.