# EXHIBIT 47

**Appendix A**
**Forward-Looking Statements Identified by Plaintiffs[1]**

| No. | Compl. ¶ | Source | Forward-Looking Statements Identified by Plaintiffs |
|---|---|---|---|
| 1 | 155 | 2/24/11 8-K | "We have significantly enhanced our value with the early move to oil in two proven areas. We control 185,000 net acres in the Central Basin Platform in West Texas and have now leased 780,000 net acres in the Mississippian oil play in Northern Oklahoma and Southern Kansas. We expect to ultimately own over 900,000 net acres in the Mississippian as we wind down our leasing efforts in the first quarter. In both of these plays we develop shallow, permeable, carbonate reservoirs with decades of production history. As a result, our costs have remained low and we do not expect to see the type of cost increases the industry is experiencing.<br>We ***plan*** to drill over 900 wells in the Central Basin Platform and the Mississippian in 2011 where our average wellhead return ***is expected*** to exceed 90%." |
| 2 | n/a | 2/25/11 SD Earnings Call | Ward:<br>"[O]ur latest ***type curve*** from Netherland Sewell is 409 MBOE per well with 52% crude oil, not liquids, but oil, an important distinction when NGLs are trading at less than 40% of crude."<br>The following exchange took place:<br>Scott Hanold - RBC Capital Markets – Analyst<br>"Okay. Got it. And what is the 409 MBOE -- so what would be the 30-day rate on a well that has an ***EUR*** of 409 MBOE?"<br>Tom Ward - SandRidge Energy, Inc - Chairman, CEO |

[1] As stated in SandRidge's SEC filings, "[f]orward-looking statements are generally accompanied by words such as 'estimate,' 'project,' 'predict,' 'believe,' 'expect,' 'anticipate,' 'potential,' 'could,' 'may,' 'foresee,' 'plan,' 'goal,' 'should,' 'intend' or other words that convey the uncertainty of future events or outcomes." *See, e.g.*, Ex. 2, SandRidge 2010 10-K, at 48. Further, as explained in the Motion for Summary Judgment filed by Defendants Bennett and Grubb, estimates relating to type curves, EURs, GORs, rates of return, and reserves constitute forward-looking statements.

| | | | |
|---|---|---|---|
| | | | "I think it's 244, 245 barrels equivalent."<br>Scott Hanold - RBC Capital Markets - Analyst<br>"So what are you using in your ***guidance***? Are you using that 244, 245 barrels equivalent?"<br>Tom Ward - SandRidge Energy, Inc - Chairman, CEO<br>"Yes, that's how we model it." |
| 3 | n/a | 2/28/11 10-K | The 10-K contains a summary of Netherland Sewell's ***Reserve Report***.<br>The 10-K also contains the following certifications from Defendants Ward and Bennett:<br>CERTIFICATION<br>I, . . . certify that:<br>I have reviewed this annual report on Form 10-K of SandRidge Energy, Inc.;<br>Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;<br>Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report…" |
| 4 | 166 | 3/1/11 Investor Conference | Defendants gave a power point presentation, which promoted the "high rate of return" for horizontal Mississippian wells.<br>In particular, the 3/1/11 Investor Presentation indicated that production from the Company's horizontal Mississippian ***type well*** results in oil of "211 Mbbl (100% Crude)" and total production of "409 ***Total Mboe***," equating to a liquid fraction of 52% oil and 48% gas. It also claimed that the Mississippian play would provide a 120% ***rate of return***.<br>During the presentation Ward stated:<br>"Netherland Sewell has given us a ***type curve*** of 409,000 barrels per well… Now, I don't know the number across this county or in Woods up to Comanche or over through Harper and Sumner |

| | | | |
|---|---|---|---|
| | | | and Cowley, but there are thousands of wells that have produced from the Mississippian which is no different than the Alfalfa County area…our average so far on a horizontal completed well is just around $2.6 million. We do think we're going to squeeze that down to $2.5 million. So we're ***projecting*** $2.5 million for the horizontal well, and then we average about $200,000 per well of disposal into the wells, and some of that will be up front because you have 10 wells per -- 10 producing wells per disposal well, so about $2 million on a disposal well." |
| 5 | 168 | 3/7/11 Raymond James Institutional Investors Conference Presentation | Defendant Grubb discussed, among other things, the Mississippian play and its "high rate of return."<br>Defendant Grubb discussed the metrics for that area, stating, in pertinent part, as follows:<br>"The metric on the Mississippi is we have 3,400 potential locations, that was at the 780,000-acre range. So, it's quite a bit more now. If you're looking at 409,000 barrels of oil equivalent, this is a third-party ***reserves consultant estimate***, of which about half of it is crude oil and half of it is gas… At the current strip is about 120% ***rate of return***." |
| 6 | n/a | 3/25/11 Barclays Capital High Yield Bond and Syndicated Loan Conference Presentation | Bennett stated the following:<br>"In terms of well performance, here's our ***type curve***, Netherland, Sewell 409,000 barrel equivalent. For the PUDs, our PDPs are averaging about 470,000 barrels right now and this well count here is about 45 and we are down about five wells here. So you can see we are above our statistical ***type curve***… we've got a lot of data on the B factor and the decline. So we feel very good about the decline curve we're using here and I think we feel we are conservative on our B factor." |
| 8 | 181 | 4/12/11 IPAA 2011 Oil and Gas Investment Symposium | Defendants gave a power point presentation which discussed the "high rate of return" for the Mississippian play and that production from SandRidge's horizontal Mississippian ***type well*** results in oil of "211 Mbbl (100% Crude)" and total production of "409 ***Total Mboe***," resulting in a liquid fraction of 52% oil and 48% gas. |
| 11 | n/a | 5/24/11 UBS Global Oil | Defendant Ward stated, in pertinent part, as follows: |

| | | | |
|---|---|---|---|
| | | and Gas Conference Presentation | "With regard to the ***type curve***, we give ourselves a 1.5 B factor when the vertical wells actually decline less than that, so it might be some amount of time before we see the bend in the ***type curve***, which might be a year or two years out even before we really anticipate changing a ***type curve***…The three main areas we've drilled in have been around our pipeline system, so Woods, Alfalfa and Grant and we're not seeing really any difference in the three counties to date, so we're pleased with the at or above type curve in all three counties…The other interesting thing about the play as it's being developed is that statistically there are very good wells all the way across the entire play, so from Pawnee County, Oklahoma out through Woods County, Oklahoma there have been exceptional wells… Our ***type curve*** wells to make 409,000 barrels equivalent with a 1.5 B factor is 244 barrels a day equivalent in the first 30-day IP and you're seeing good wells, well above type curve are being drilled in different areas over 100 miles apart. So I'm not trying to show that there are exceptional wells here; what I'm trying to show is that there are exceptional wells statistically across the whole play." |
| 12 | 196 | 6/3/11 Annual Shareholders Meeting & 6/6/11 RBC Capital Markets 2011 Energy and Power Conference | On June 3, 2011, SandRidge held its 2011 Annual Shareholders Meeting. During a power point presentation at that meeting, Defendants represented that production from its horizontal Mississippian ***type well*** results in oil of "211 Mbbl (100% Crude)" and total production of "409 ***Total Mboe***," which equates to 52% oil and 48% gas.<br><br>Defendants made the same representations concerning the Mississippian wells, including the gas-to-oil ratio, in power point presentations during a June 6, 2011 RBC Capital Markets 2011 Energy and Power Conference and a SandRidge June 14, 2011 Investor Presentation. |
| 14 | 201-202 | 8/5/11 SD Earnings Call | Defendants provided a power point presentation, which continued to report "409 ***Total Mboe***," "211 Mbbl," and 52% crude oil. The 8/5/11 Presentation further reported a ***rate of return*** of 94% in the Mississippian play. |
| 16 | 212 | 11/4/11 SD Earnings Call | Defendant Grubb discussed the Company's production, stating, in pertinent part, as follows:<br><br>"Partially making up for the slower growth rate in the Permian over the last few months is the performance in the Mid-Continent region. Driven by the success of our Mississippian drilling program, we ***project to exceed our year-end production target*** for the Mid-Continent region by about 260,000 barrels of oil equivalent. |

| | | | |
|---|---|---|---|
| | | | The Mississippian program has performed beyond our expectations, and 30-day IPs have come in better than the ***type curve*** that was generated at year-end 2010.” |
| 18 | 219 | 11/16/11 Bank of America-Merrill Lynch - Global Energy Conference | Defendants gave a power point presentation, which continued to represent that oil production from the Company's horizontal Mississippian ***type well*** was “211 Mbbl” and total production of “409 ***Total Mboe***,” resulting in a ***GOR*** of 52% oil and 48% gas.<br><br>During the Conference, Bennett stated the following:<br><br>“In terms of production growth, we're at about 16,000 barrels a day now. You can see when we first started drilling in January, and the production growth has been pretty dramatic. We'll exit this year at about 20 rigs running, [against if] we want to average next year, probably around in the 24-rig running category. So play's working very well.<br><br>You may have seen this slide before. We've had it in our presentation, when we did our Netherland Sewell ***type curve*** last year, that was 409,000 BOE, we had about 37 producing wells. The IP on that ***type curve*** was 244 BOE per day. That's not a peak grade, that's actually a 30-day average. So we don't take it, [24-hour] two-hour peak, this is a 30-day average. And year-to-date, from the 120 wells we've drilled and completed, where we had at least 30 days of production history, the production rate is over 300 barrels per day.<br><br>And just to remind you back in second quarter 2010, the Netherland Sewell ***type curve*** was 235,000 BOE. So it's 235,000 BOE to 409,000 BOE. We get a lot of questions and you may have heard on the call, what will your ***type curve*** be at the end of this year and do you expect it to go up? We're obviously going to update it with our year-end reserve report, don't really know which direction it'll go and we'll have more guidance on that probably in the February time frame, when we come out with our year-end numbers.” |
| 19 | 221-222 | 1/10/12 Goldman Sachs Global Energy Conference Presentation | Defendants began representing the average ***EUR*** per well of their typical horizontal well in the Mississippian play as 456 MBOE, consisting of 204 Mbbl of oil and 1,512 MMscf of gas. |

| | | | |
|---|---|---|---|
| 20 | n/a | 2/1/12 SD Press Release | On February 1, 2012, Defendants issued a press release stating, in pertinent part, as follows: "Horizontal Mississippian ***EUR*** increased 11% to 456 MMboe per well." |
| 21 | n/a | 2/2/12 SD Conference Call | Grubb stated:<br>"The Mississippian, because of the 15,000 vertical wells that have been drilled out there, we have so much control in the reservoir in the Miss that, again, it is very low-risk drilling. You're ***not going to miss*** the Mississippian. ***You'll hit it*** and you'll set pipe every time and produce a well." |
| 22 | 228 | 2/7/12 Credit Suisse Energy Summit | Defendant Ward stated:<br>"Our performance in the Mississippian has continued to improve. So in the — when we first started in 2010, we ***anticipated*** a well making about 250,000 barrels of oil equivalent. In 2010, then — at year-end 2010, we had 37 wells drilled and we had a ***type curve*** of 409,000 barrels per well equivalent and that averaged first 30-day IP of 244 barrels equivalent a day. In 2000 — at the end of 2011, we've now moved up to 456 Mboe and that has a 275 barrel a day equivalent first 30-day production…So what makes Mississippian a great play? It is scale, very high internal ***rates of return***, but one of the keys to everything we do is to know the reservoir ... we are drilling from reservoirs that have been drilled for decades and we understand those reservoirs and we have teams of people that understand those reservoirs and we believe there is much less risk in dealing in traditional zones that have nanodarcies to darcies of permeability or excuse me — millidarcies to darcies of permeability rather than nanodarcies." |
| 26 | 241-242 | 3/12/2012 Annual Report | As an introduction to the 2011 Annual Report, Defendant Ward wrote a letter to SandRidge shareholders, which stated in pertinent part:<br>"Upon completing our transformation from natural gas to oil in 2010, we took additional bold measures in 2011 to further ensure our ability to deliver increased shareholder value in 2012 and beyond. We have purchased $400 million of leases in the Mississippian Oil Play, which stretches from northern Oklahoma to western Kansas, securing two million acres in an area we believe generates the highest ***rate of return*** for horizontal drilling in the U.S. today and will be the primary driver of growth for the company ***going forward***." |

| | | | |
|---|---|---|---|
| | | | The 2012 Shareholder Letter also addressed oil production in Mississippian play, stating, in pertinent part, as follows: "An ***average horizontal well*** costs $3.2 million to drill, ***produces*** 456 thousand barrels of oil equivalent (Mboe) and provides and ***internal rate of return*** of approximately 98 percent.... Because of its exceptional economics, our Mississippian acreage has been a remarkable source of value creation for the company." |
| 30 | 257, 260-261 | 5/4/12 SD Earnings Call | Defendant Ward stated, in pertinent part:<br>"During the [last] two years, we leased 2.2 million acres for about $415 million and created one of the largest oil resource plays in the world. Now, it is widely known that the Mississippian is among the very best places to drill and in our opinion, it is the very best place to drill in the United States. It is important to note that SandRidge is focused on only two drilling plays and one resource play to lease land in the last three years.<br>Our Company standard is to be the most efficient operator of each area we choose to develop. We are efficient because of our relentless focus on the single plays. In the Mississippian, this allows us to prepare lead time to install electricity and disposal before we drill and to watch our drilling costs very closely. We see a lot of companies talk about how much a well might make in a particular play, on a particular day, but not many discuss what really matters, which is how much you spend, how you prepare, and how much you find after drilling several hundred wells on your way to several thousand.<br>* * *<br>Our ***type curve***, ***EUR***, of 456,000 barrels equivalent has an average peak 30-day rate of 275 barrels of oil equivalent per day. However, we do have prolific success stories. One well we recently completed in Alfalfa County, Oklahoma averaged more than 2,200 barrels of oil equivalent per day at 92% oil and is calculated to be the third highest, 30-day rate oil well drilled in the United States in the last three years.<br>* * *<br>However, we have chosen to not only discuss our best wells, but the nearly 300 wells we drilled across the more than 150 miles from Comanche County, Kansas to Noble County, Oklahoma. A well that averages only 244 barrels of oil equivalent per day, which is what our ***type curve*** was at the end of 2010, would have a ***rate of return*** of more than 80%. A well that averages 310 barrels of oil equivalent per day during a 30-day peak rate will have a ***rate of return*** of over 125%. We |

| | | | |
|---|---|---|---|
| | | | are very happy with both of these outcomes or really any in between, because even at the low end of the range, we can meet our three-year goal of tripling EBITDA, doubling oil production, and improving our credit metrics.<br>* * *<br>Our production in the Mississippian averaged 19,300 barrels of oil equivalent per day for the first quarter, but is currently over 26,000 barrels of oil equivalent per day. Our Miss production has grown from a standing start in 2010 to the 26,000 barrels of oil equivalent per day, level with only an average of 14 rigs. You can imagine the growth we plan to have with 45 rigs running by the end of 2013.<br>* * *<br>We have started our first two wells in the extension portion of our Mississippian Play. Like the original Mississippian, we ***expect*** to have a statistical combination of good and not as good wells. However, this is still a play that, ***in the long-term***, ***will provide*** excellent returns for the Company and our investors. Just a reminder that we had over 7,000 vertical wells to tell us where to buy acreage and it's the same formation with the same trapping mechanism that we're drilling in the original play. Therefore, we believe the risk is low, but we'll know much more by the end of the year as we drill our first 50 wells in western Kansas."<br>During the 5/4/12 Conference Call, Defendant Grubb responded to a question, stating, in pertinent part, as follows:<br>Craig Shere – Tuohy Brothers – Analyst<br>Okay, and one last question, I don't know if Matt wants to take it, but there is some talk of potential ***eventual decline*** in the B factor given more results over time? I was just wondering given some of the well results you've announced and more time under your belt, if there's any thought about adjusting the ***type curves***?<br>Matt Grubb – SandRidge Energy, Inc. – President and COO<br>Really, we're not looking at adjusting ***type curve*** now. We'll probably do it here at the end of the year. But right now everything looks to be on track with what we have ***modeled*** to the 456,000 barrels EUR. We'll look at it again at the end of the year and see how everything's declining and then make a decision at that time." |

| | | | |
|---|---|---|---|
| | | | Defendants also provided a power point presentation to investors, which maintained that production from its horizontal Mississippian ***type well*** remained steady at "204 Mbbl (100% Crude)" and ***total production*** of "456 Total Mboe" – a liquid fraction of 45% oil and 55% gas. |
| 32 | 279 | 8/14/12 EnerCom Inc. Oil & Gas Conference | Defendant Ward provided power point slides, which continued to claim that the liquid fraction for the Mississippian ***type curve*** was 45% oil and 55% gas as a result of production numbers of "204 Mbbl (100% Crude)" and "456 ***Total Mboe***." |
| 33 | 281 | 9/5/12 Barclays CEO Energy/Power Conference | Defendant Ward gave a power point presentation, which, once again, maintained that production from the Mississippian ***type well*** was 45% oil and 55% gas as a result of production numbers of "204 Mbbl (100% Crude)" and "456 ***Total Mboe***." |
| 34 | n/a | 10/2/12 Johnson Rice & Co LLC Energy Conference | Defendant Ward stated:<br>And as I have mentioned, the Mississippian is an area we have — us and our partners have just over 2 million acres, 2.2 million acres of land.<br>We have now the largest footprint. We have drilled the most wells. This is the area that we look at over the next decade or more that what the Company will be known for. As we drill in the Mississippian, this is the target of the Company and what will be thought of as our future in moving forward building the Company.<br>So in six years, we started from scratch. Today, as last quarter, we produce over 90,000 of Boe a day and market cap of $3.4 billion, enterprise value of $7.4 billion.<br>…[s]o they have — and the Mississippian, the 30-day IP is on the ***type curve*** of 275 barrels a day.<br>We've drilled 432 wells to date, which is 45% of all the wells drilled in the play. So as the Mississippian is continuing to grow, SandRidge has been the leader and continues to be the leader as we have now stepped out over 200 miles across the whole Mississippian play and have drilled wells and found commercial production. |

| | | | |
|---|---|---|---|
| | | | So the Mississippian growth has been fairly dramatic for us. As I mentioned, we started producing in 2010, the first quarter of 2010. And by the second quarter of 2012, we are producing over 25,000 barrels of oil equivalent per day, and that is with an average of about 15 rigs. So today we have 30 rigs running and ultimately by the end of 2013, we anticipate having 45 rigs. |