# EXHIBIT 49

# Appendix C
## Unpleaded Statements Identified by Plaintiffs in Discovery

| **Statement No. 2. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>2/25/11 SandRidge Earnings Call | Ward:<br><br>"[O]ur latest type curve from Netherland Sewell is 409 MBOE per well with 52% crude oil, not liquids, but oil, an important distinction when NGLs are trading at less than 40% of crude."<br><br>The following exchange took place:<br><br>Scott Hanold - RBC Capital Markets – Analyst<br><br>"Okay. Got it. And what is the 409 MBOE -- so what would be the 30-day rate on a well that has an EUR of 409 MBOE?"<br><br>Tom Ward - SandRidge Energy, Inc - Chairman, CEO<br><br>"I think it's 244, 245 barrels equivalent."<br><br>Scott Hanold - RBC Capital Markets - Analyst<br><br>"So what are you using in your guidance? Are you using that 244, 245 barrels equivalent?"<br><br>Tom Ward - SandRidge Energy, Inc - Chairman, CEO<br><br>"Yes, that's how we model it." |

| **Statement No. 3. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>2/28/11 Annual Report | The 10-K contains a summary of Netherland Sewell's Reserve Report. |

| **Statement No. 4. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>3/1/11 Investor Conference | During the presentation Ward stated:<br><br>"Netherland Sewell has given us a type curve of 409,000 barrels per well… Now, I don't know the number across this county or in Woods up to Comanche or over through Harper and Sumner and Cowley, but there are thousands of wells that have produced from the Mississippian which is no different than the Alfalfa County area…our average so far on a horizontal completed well is just around $2.6 million. We do think we're going to squeeze that down to $2.5 million. So we're projecting $2.5 million for the horizontal well, and then we average about $200,000 per well of disposal into the wells, and some of that will be up front because you have 10 wells per -- 10 producing wells per disposal well, so about $2 million on a disposal well." |

| **Statement No. 6. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>3/25/11 Barclays Capital High Yield Bond and Syndicated Loan Conference Presentation | Bennett stated the following:<br><br>"In terms of well performance, here's our type curve, Netherland, Sewell 409,000 barrel equivalent. For the PUDs, our PDPs are averaging about 470,000 barrels right now and this well count here is about 45 and we are down about five wells here. So you can see we are above our statistical type curve… we've got a lot of data on the B factor and the decline. So we feel very good about the decline curve we're using here and I think we feel we are conservative on our B factor." |

| Statement No. 10. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019. | |
|---|---|
| Source:<br><br>5/6/11 Earnings Call | Defendant Ward stated:<br><br>"It should also be noted that we have expanded our program east into Grant County.<br><br>While the data set is still limited, as we only have 13 wells on line, it appears that these wells are statistically as good as the ones we've drilled in Alfalfa and Woods County." |

| Statement No. 11. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019. | |
|---|---|
| Source:<br><br>5/24/11 UBS Global Oil and Gas Conference Presentation | Defendant Ward stated, in pertinent part, as follows:<br><br>"With regard to the type curve, we give ourselves a 1.5 B factor when the vertical wells actually decline less than that, so it might be some amount of time before we see the bend in the type curve, which might be a year or two years out even before we really anticipate changing a type curve…The three main areas we've drilled in have been around our pipeline system, so Woods, Alfalfa and Grant and we're not seeing really any difference in the three counties to date, so we're pleased with the at or above type curve in all three counties…The other interesting thing about the play as it's being developed is that statistically there are very good wells all the way across the entire play, so from Pawnee County, Oklahoma out through Woods County, Oklahoma there have been exceptional wells… Our type curve wells to make 409,000 barrels equivalent with a 1.5 B factor is 244 barrels a day equivalent in the first 30-day IP and you're seeing good wells, well above type curve are being drilled in different areas over 100 miles apart. So I'm not trying to show that there are exceptional wells here; what I'm trying to show is that there are exceptional wells statistically across the whole play." |

| **Statement No. 15. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>11/3/11 Press Release | "Increased position in new Mississippian play to approximately 700,000 net acres... The company grew its Mississippian horizontal production from approximately 1,600 Boe per day in the third quarter of 2010 to over 12,700 Boe per day in the third quarter of 2011… During the third quarter of 2011, SandRidge drilled 47 horizontal wells in the Mississippian play in northern Oklahoma and southern Kansas bringing the total number of operated wells drilled during 2011 in the Mississippian to 108. Industry-wide, approximately 320 horizontal wells have been drilled in the Mississippian across a 150-mile long area with SandRidge having drilled 147 wells. SandRidge has identified over 4,000 drilling locations on over 800,000 net acres it has leased in the play. The company presently has 20 rigs operating in the play, of which 17 are drilling horizontal producer wells with 3 drilling saltwater disposal wells, and plans to increase the Mississippian rig count to average 26 rigs in 2012. SandRidge plans to drill over 170 horizontal wells in the Mississippian play in 2011." |

| **Statement No. 18. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>11/16/11 Bank of America-Merrill Lynch - Global Energy Conference | Bennett stated the following:<br><br>"In terms of production growth, we're at about 16,000 barrels a day now. You can see when we first started drilling in January, and the production growth has been pretty dramatic. We'll exit this year at about 20 rigs running, [against if] we want to average next year, probably around in the 24-rig running category. So play's working very well.<br><br>You may have seen this slide before. We've had it in our presentation, when we did our Netherland Sewell type curve last year, that was 409,000 BOE, we had about 37 producing wells. The IP on that type curve was 244 BOE per day. That's not a peak grade, that's actually a 30-day average. So we don't take it, [24-hour] two-hour peak, this is a 30-day average. And year-to-date, from the 120 wells we've drilled and completed, where we had at least 30 days of production history, the production rate is over 300 barrels per day.<br><br>And just to remind you back in second quarter 2010, the Netherland Sewell type curve was 235,000 BOE. So it's 235,000 BOE to 409,000 BOE. We get a lot of questions and you may have heard on the call, what will your type curve be at the end of this year and do you expect it to go up? We're obviously going to update it |

| | |
|---|---|
| | with our year-end reserve report, don't really know which direction it'll go and we'll have more guidance on that probably in the February time frame, when we come out with our year-end numbers." |

| **Statement No. 20. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>2/1/12 SandRidge Press Release | On February 1, 2012, Defendants issued a press release stating, in pertinent part, as follows: "Horizontal Mississippian EUR increased 11% to 456 MMboe per well." |

| **Statement No. 21. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>2/2/12 SandRidge Conference Call | Grubb stated:<br><br>"The Mississippian, because of the 15,000 vertical wells that have been drilled out there, we have so much control in the reservoir in the Miss that, again, it is very low-risk drilling. You're not going to miss the Mississippian. You'll hit it and you'll set pipe every time and produce a well." |

| **Statement No. 25. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>2/27/12 10-K | "The Mississippian formation can reach 1,000 feet in gross thickness and the targeted porosity zone is between 50 and 100 feet in thickness. The formation's geology is well understood as a result of the thousands of vertical wells drilled and produced there since the 1940s. At December 31, 2011, the Company had approximately 1,692,000 gross (1,329,000 net) acres under lease, of which approximately 49,600 gross (42,000 net) acres were included in the Mississippian Trust I's area of mutual interest." |

| **Statement No. 27. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>3/20/12 10-K/A | "During 2011, the Company increased oil production over 2010 to a record 11.83 MMBbls, while increasing consolidated Proved PV-10 by 52% over year end 2010 with a reserve replacement rate of 303%. These increases are mostly attributable to the Company's successful drilling programs in the Mississippian Horizontal Play, where the Company has pioneered development and proven the play's value..." |

| **Statement No. 31. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>8/13/12 SandRidge Conference Call | Ward stated "[t]he Mississippian continues to be our growth engine. Last quarter, we drilled 91 horizontal wells, and our production continues to meet or beat our expectations. This play also is a shallow, low-risk, carbonate reservoir where production per well on a 30-day rate has continued to improve over time." |

| **Statement No. 34. Not Pleaded in Complaint and Identified for First Time in Interrogatory Responses dated May 6, 2019.** | |
|---|---|
| Source:<br><br>10/2/12 Johnson Rice & Co LLC Energy Conference | Defendant Ward stated:<br><br>And as I have mentioned, the Mississippian is an area we have — us and our partners have just over 2 million acres, 2.2 million acres of land.<br><br>We have now the largest footprint. We have drilled the most wells. This is the area that we look at over the next decade or more that what the Company will be known for. As we drill in the Mississippian, this is the target of the Company and what will be thought of as our future in moving forward building the Company.<br><br>So in six years, we started from scratch. Today, as last quarter, we produce over 90,000 of Boe a day and market cap of $3.4 billion, enterprise value of $7.4 billion.<br><br>…[s]o they have — and the Mississippian, the 30-day IP is on the type curve of 275 barrels a day. |

| | |
|---|---|
| | We've drilled 432 wells to date, which is 45% of all the wells drilled in the play. So as the Mississippian is continuing to grow, SandRidge has been the leader and continues to be the leader as we have now stepped out over 200 miles across the whole Mississippian play and have drilled wells and found commercial production.<br><br>So the Mississippian growth has been fairly dramatic for us. As I mentioned, we started producing in 2010, the first quarter of 2010. And by the second quarter of 2012, we are producing over 25,000 barrels of oil equivalent per day, and that is with an average of about 15 rigs. So today we have 30 rigs running and ultimately by the end of 2013, we anticipate having 45 rigs. |