# EXHIBIT 50

## Appendix D
## Unpleaded or Dismissed Theories Identified by Plaintiffs in Discovery

| Unpleaded or Dismissed Theory | Unpleaded or Dismissed? | Corresponding Statement Nos. |
|---|---|---|
| SandRidge improperly pressured NSAI to meet SandRidge's internal estimates for oil and gas production in the Mississippian. | Unpleaded | 2, 3, 4, 5, 6, 22 |
| EUR from SandRidge's PDPs were lower than represented with a higher gas percentage and the type curve did not accurately represent the reserves or EUR for PDPs. | Unpleaded | 2, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 26, 27, 29, 30, 31, 32, 33, 34 |
| The NSAI reserve report was only a summary and the EUR for SandRidge's Mississippian horizontal wells were materially lower than the EUR as set forth in the type curve from the NSAI report. | Unpleaded | 3 |
| Defendants knew that Grant county was performing materially worse than other counties. | Unpleaded | 4, 5, 7, 11 |
| Misleading to characterize the b factor as "conservative." | Unpleaded | 6 |
| The history of vertical wells did not give Defendants "a thorough understanding of how to best identify the location of productive reservoirs." | Unpleaded | 7 |
| Increased drilling was part of Defendants' fraudulent scheme to avoid disclosing the true economics of their Mississippian. | Dismissed. *See* Dkt. 239. | 13, 14, 15 |
| References to 30-day IPs coming in better than type curve misleading because creates false impression that EUR of wells better than type curve when not true. | Unpleaded | 16, 18, 22, 30, 31 |
| The Mississippian was not "low-risk." Rather, SandRidge did not hit producing wells "every time." | Unpleaded | 21 |
| The "performance in the Mississippian" has not "continued to improve." Rather, the EUR of recent wells were clearly underperforming the type curve. | Unpleaded | 22 |
| Defendants knew they overstated the ROR for the Mississippian. | Unpleaded | 26 |

| | | |
|---|---|---|
| Failed to disclose that acquired new acreage to continue to conceal the true economics of the Mississippian in the future, or could, potentially, include wells with better economics that would put SandRidge back on track to meet their operational goals. | Dismissed. *See* Dkt. 239. | 26 |
| Defendants increased number of wells to mask steep drop in production at older wells. | Unpleaded | 29 |
| Defendant Ward described some of the best wells but failed to describe wells that performed poorly, including wells in Comanche County, KS. | Unpleaded | 30, 31 |
| Failed to disclose that the EUR for SDs wells were substantially underperforming the type curve and that the SD operations group was using much lower proforma targets than the type curve and determined that PDPs had lower EURs than type curve. | Unpleaded | 30 |
| By describing the potential 8,000 drilling locations, Defendants made it appear that investors should multiply the number of potential locations with the EUR of the type curve to determine total potential reserves. | Unpleaded | 31, 34 |