# APPENDIX A

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **1** | 2/24/2011<br><br>SandRidge Form 8-K (Ex. 36)[4]<br><br>Speaker: Ward<br><br>Compl. ¶ 155 | **"We have significantly enhanced our value with the early move to oil in two proven areas.** We control 185,000 net acres in the Central Basin Platform in West Texas and have now leased 780,000 net acres in the **Mississippian oil play in Northern Oklahoma and Southern Kansas.** We expect to ultimately own over 900,000 net acres in the Mississippian as we wind down our leasing efforts in the first quarter. In both of these plays we develop shallow, permeable, carbonate reservoirs with decades of production history. As a result, our costs have remained low and we do not expect to see the type of cost increases the industry is experiencing.<br><br>We plan to drill over 900 wells in the Central Basin Platform and the Mississippian in 2011 **where our average wellhead return is expected to exceed 90%."** | • Forward-looking statement accompanied by cautionary language (e.g., "[w]e expect," "we do not expect," "expected to exceed"). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.[5]<br><br>• True statement, as Mississippian development was a "move to oil." *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "significantly enhanced our value," "move to oil," "costs have remained low"). *See* Ward Br. § V.A. |

1 The numbers in the first column of this table correspond with the statements as numbered in Exhibit A to Plaintiffs' Interrogatory Responses dated May 6, 2019, which is attached as Exhibit 113 to the accompanying Declaration of Stephen P. Barry.

2 These "Challenged Statements" are taken—including **emphasis**—from Exhibit A to Plaintiffs' Responses & Objections to Mr. Ward's Second Set of Interrogatories, dated May 6, 2019 ("Interrogatory Responses" or "Interrog. Resp."). This Appendix omits Plaintiffs' subjective characterizations and descriptions of statements, and whereas Plaintiffs' Exhibit A misrepresents or misquotes several of the actual statements Plaintiffs challenge, such errors are corrected in this Appendix where indicated.

3 As described in the concurrently filed memoranda supporting motions for summary judgment by Messrs. Ward, Bennett, and Grubb, none of these statements is actionable because Plaintiffs cannot demonstrate scienter or loss causation. Because those defects apply to every statement set forth herein, we do not list them separately as reasons each statement is not actionable.

4 For reference, copies of the source documents containing these statements are attached to the Declaration of Stephen P. Barry.

5 "Ward Br." is Defendant Tom L. Ward's Motion for Summary Judgment and Memorandum in Support. "Bennett & Grubb Br." is the Memorandum of Law in Support of the Motion for Summary Judgment of Defendants James Bennett and Matthew Grubb.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **2** | 2/25/2011<br><br>SandRidge Earnings Call (Ex. 18, at -0688330)[6]<br><br>Speaker: Ward<br><br>[Not Alleged in Compl.] | **Ward**:<br>"[O]ur latest type curve from **Netherland Sewell is 409 MBOE per well with 52% crude oil,** not liquids, but oil, an important distinction when NGLs are trading at less than 40% of crude."<br><br>* * *<br><br>**Analyst**:<br>"Okay. Got it. And what is the 409 MBOE -- so what would be the 30-day rate on a well that has an EUR of 409 MBOE?"<br><br>**Ward**:<br>"I think it's 244, 245 barrels equivalent."<br><br>**Analyst**:<br>"So what are you using in your guidance? Are you using that 244, 245 barrels equivalent?"<br><br>**Ward**:<br>"Yes, that's how we model it." | • Statement and theories of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., type curve, EUR, "30-day rate"). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennet & Grubb Br. § I.C. |

[6] Pincites to documents produced in discovery are referenced herein using the numbered portion of the corresponding Bates label; *e.g.*, SD-SECURITIES-0688330 is cited as "-0688330."

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **3** | 2/28/11<br><br>SandRidge 2010 Form 10-K & Netherland Sewell Reserve Report (Ex. 32, at Ex. 31.1)<br><br>[Not Alleged in Compl.] | The 10-K contains a summary of Netherland Sewell's Reserve Report.<br><br>The 10-K also contains the following certifications from Defendants Ward and Bennett:<br><br>"CERTIFICATION<br><br>I, . . . certify that:<br><br>I have reviewed this annual report on Form 10-K of SandRidge Energy, Inc.;<br><br>Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;<br><br>Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report . . . . " | • "Summary of Netherland Sewell's Reserve Report" not alleged in Complaint; barred by statute of repose. *See* Compl. ¶ 158; Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell's projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. See Ward Br. § V.A. |

## APPENDIX A – CHALLENGED STATEMENTS

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **4(a)** | 3/1/2011<br><br>"Investor Conference" (Ex. 51 at , -0000674, -716)<br><br>Speaker: [Not Identified]<br><br>Compl. ¶ 166 | A slide presentation contained the following information:[7]<br><br>"Horizontal Mississippian Oil Play – Overview<br>High Rate of Return Oil Drilling<br>–120% ROR(a), 409 Mboetype curve."<br><br>* * *<br><br>"Horizontal Mississippian Type Curve<br>**- 211 Mbbl (100% Crude)**<br>- 1,186 Mmcf<br>**- 409 Total MBoe** . . . ." | • Theories of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell's projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennet & Grubb Br. § I.C.<br><br>• Puffery (e.g., "high rate of return"). *See* Ward Br. § V.A. |

[7] Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contain inaccurate characterizations of the slide. That misrepresentation has been corrected in this Appendix.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **4(b)** | 3/1/2011<br><br>“Investor Conference” (Ex. 50, at -0277197, -225-26)<br><br>Speaker: Ward<br><br>[Not Alleged in Compl.] | **Ward**:<br>“Netherland Sewell has given us a type curve **of 409,000 barrels per well . . . . Now, I don’t know the number across this county or in Woods up to Comanche or over through Harper and Sumner and Cowley, but there are thousands of wells that have produced from the Mississippian which is no different than the Alfalfa County area** . . . our average so far on a horizontal completed well is just around $2.6 million. We do think we’re going to squeeze that down to $2.5 million. So we’re projecting $2.5 million for the horizontal well, and then we average about $200,000 per well of disposal into the wells, and some of that will be up front because you have 10 wells per -- 10 producing wells per disposal well, so about $2 million on a disposal well.” | • Ward statement and theories of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell’s projections, “[w]e do think we’re going to squeeze that down,” “we’re projecting”). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections and SandRidge had in fact developed “thousands of wells” in the Mississippian that were producing oil and gas. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., “squeeze that down,” “thousands of wells that have produced”). *See* Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **5** | 3/7/2011<br><br>Raymond James International Investors Conference (Ex. 52 at 3-4)<br><br>Speaker: Grubb<br><br>Compl. ¶ 168 | **Grubb**:<br>Discussed, among other things, the Mississippian play and its "high rate of return."<br><br>**Grubb**:<br>"The metric on the Mississippi is we have 3,400 potential locations, that was at the 780,000-acre range. So, it's quite a bit more now. **If you're looking at 409,000 barrels of oil equivalent, this is a third-party reserves consultant estimate, of which about half of it is crude oil and half of it is gas**. . . . At the current strip is about 120% rate of return." | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell's projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "high rate of return"). *See* Ward Br. § V.A; Bennett & Grubb Br. § II. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **6** | 3/25/2011<br><br>Barclays Capital High Yield Bond & Syndicated Loan Conference (Ex. 54, at -0008219)<br><br>Speaker: Bennett<br><br>[Not Alleged in Compl.] | **Bennett**:<br>"In terms of **well performance, here's our type curve, Netherland, Sewell 409,000 barrel equivalent. For the PUDs, our PDPs are averaging about 470,000 barrels right now** and this well count here is about 45 and we are down about five wells here. **So you can see we are above our statistical type curve . . . we've got a lot of data on the B factor and the decline. So we feel very good about the decline curve we're using here and I think we feel we are conservative on our B factor."** | • Bennett statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Primary liability claims against Mr. Bennett dismissed. *See* Order at 37-39, 42 (Dkt. 239).<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell's projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections, and production results as of March 2011 were matching the applicable Netherland Sewell type curve. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "we've got a lot of data," "we feel very good," "I think we feel we are conservative"). *See* Ward Br. § V.A; Bennett & Grubb Br. § II. |

## APPENDIX A – CHALLENGED STATEMENTS

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **7** | 4/7/2011<br><br>Trust I Prospectus (Ex. 46, at 11, 67)<br><br>Compl. ¶ 175 | "Well control and vertical drilling and production history significantly reduce drilling, reserve recovery and production decline risk. **The Mississippian formation's geology is well understood** as a result of the thousands of vertical wells drilled and produced there since the 1940s, including 123 vertical wells drilled on the Underlying Properties.<br><br>With data from the vertical wells that have been drilled, **SandRidge and other operators in the region have gained a thorough understanding of how to best identify the location of productive reservoirs and potential horizontal well bore paths, the permeability and porosity of the underlying rock properties and the amount and percentage mix of recoverable oil and gas.** With this and other data derived from the vertical history, operators have been able to apply modern drilling technologies to determine more efficient ways to drill, complete and generate production from wells in the formation.<br><br>* * *<br><br>[D]irect measurement from other producing wells has also been used to **confirm consistency in reservoir properties such as porosity, thickness and stratigraphic conformity."** | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as industry participants understood the Mississippian formation's geology. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "significantly reduce," "well understood," "thorough understanding," "more efficient ways," "consistency,"). *See* Ward Br. § V.A; Bennett & Grubb Br. § II. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **8** | 4/12/2011<br><br>IPAA 2011 Oil & Gas Investment Symposium (Ex. 55, at -0220863)<br><br>Speaker: [Not Identified]<br><br>Compl. ¶ 181 | A slide presentation contained the following information:[8]<br><br>"Horizontal Mississippian Oil – Economics<br>> 3,400 Potential Locations<br><br>- 211 Mbbl (100% Crude)<br>- 1,186 Mmcf<br>- 409 Total Mboe<br>- $2.7 MM/well<br>- 244 Boepd 30 day IP<br>- ~152% ROR" | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "high rate of return"). *See* Ward Br. § V.A. |

[8] Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contain inaccurate characterizations of the slide. That misrepresentation has been corrected in this Appendix. Notably, Plaintiffs allege this presentation discusses the "high rate of return" for the Mississippian Play. In fact, the only reference to a "high rate of return" in this document describes the Central Basin Platform, which is part of the Permian Basin—not the Mississippian. In any event, "high rate of return" is puffery. *See* Ward Br. § IV.A.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **9** | 5/5/2011<br><br>SandRidge Form 8-K (Ex. 37, Ex. 99.1 at 1)<br><br>Speaker: Ward<br><br>Compl. ¶ 183 | **Ward**:<br>"We continue to execute our oil-directed plan by focusing efforts in two core areas of development **where we are able to realize wellhead rates of return exceeding 100%.** We are the most active driller in the Central Basin Platform and the Mississippian horizontal play, **capitalizing on our expertise in shallow, conventional carbonate reservoirs to execute our development plan and strategically add to our leasehold positions in these areas. Production growth is matching our expectations in spite of weather-related interruptions."** | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as production results as of May 2011 were matching the applicable Netherland Sewell type curve. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "focusing efforts in two core areas," "the most active driller," "capitalizing on our expertise," "matching our expectations"). *See* Ward Br. § V.A. |
| **10** | 5/6/2011<br><br>SandRidge Earnings Call (Ex. 19, at -0688341-42)<br><br>Speaker: Grubb<br><br>[Not Alleged in Compl.] | **Grubb**:[9]<br>**"It should also be noted that we have expanded our program east into Grant County. While the data set is still limited, as we only have 13 wells on line, it appears that these wells are statistically as good as the ones we've drilled in Alfalfa and Woods County."** | • Grubb statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Puffery (e.g., "expanded our program," "it appears that these wells are statistically as good"). *See* Ward Br. § V.A. |

9 Plaintiffs' Interrogatory Responses attribute this statement to Mr. Ward. In fact, Mr. Grubb made this statement. That misrepresentation has been corrected in this Appendix.

## APPENDIX A – CHALLENGED STATEMENTS

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **11** | 5/24/2011<br><br>UBS Global Oil & Gas Conference (Ex. 56, at -2738782, -784)<br><br>Speaker: Ward<br><br>[Not Alleged in Compl.] | **Ward**:[10]<br>"The other interesting thing about the play as it's being developed is that statistically there are very good wells all the way across the entire play, so from Pawnee County, Oklahoma out through Woods County, Oklahoma there have been exceptional wells. . . Our type curve wells to make 409,000 barrels equivalent with a 1.5 B factor is 244 barrels a day equivalent in the first 30-day IP and you're seeing good wells, well above type curve are being drilled in different areas over 100 miles apart. So I'm not trying to show that there are exceptional wells here; **what I'm trying to show is that there are exceptional wells statistically across the whole play."**<br><br>* * *<br><br>"With regard to the type curve, we give ourselves a 1.5 B factor when the vertical wells actually decline less than that, so it might be some amount of time before we see the bend in the type curve, which might be a year or two years out even before we really anticipate changing a type curve."<br><br>* * *<br><br>**"The three main areas we've drilled in have been around our pipeline system, so Woods, Alfalfa and Grant and we're not seeing really any difference in the three counties to date, so we're pleased with the at or above type curve in all three counties."** | • Ward statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections, "might be some amount of time . . . a year or two years out"). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "very good wells," "exceptional wells," "well above type curve," "exceptional wells statistically," "not seeing really any difference," "we're pleased"). *See* Ward Br. § V.A. |

10 Plaintiffs' Interrogatory Responses present Mr. Ward's statements out of order. That has been corrected in this Appendix.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
| --- | --- | --- | --- |
| **12** | 6/3/2011, 6/6/2011, & 6/14/2011<br><br>SandRidge June 3, 2011 Annual Shareholders' Meeting (Ex. 57, at -0000476); June 6, 2011 RBC Capital Markets 2011 Energy & Power Conference (Ex. 58, at -0001195); SandRidge June 14, 2011 "Investor Presentation" (Ex. 60, at -0000594)<br><br>Speaker: [Not Identified]<br><br>Compl. ¶ 196 | Slide presentations contained the following information:[11]<br><br>"Horizontal Mississippian Oil – Economics<br>> 3,400 Potential Locations<br><br>- 211 Mbbl (100% Crude)<br>- 1,186 Mmcf<br>- 409 Total Mboe<br>- $3.0MM/well<br>- 244 Boepd 30 day IP<br>- ~108% ROR" | • Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C. |

[11] Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contained inaccurate characterizations of the slide. That has been corrected in this Appendix.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **13** | 8/4/2011<br><br>SandRidge Form 8-K (Ex. 38, at 2)<br><br>Speaker: Ward<br><br>Compl. ¶ 199 | **Ward**:<br>"We are pleased to announce the joint venture with Atinum Partners on our Mississippian project **where results continue to meet or exceed our expectations.** Our management team has been consistent in discussing several alternatives to fund the drilling of our large Mississippian acreage position within ten years and bring forward the NAV of this asset. With this announcement, we will begin to increase our rig count in Oklahoma and Kansas to average 24 rigs in 2012, which nearly doubles our current rig count. Additionally, we have identified and established an acreage position in a new area that is similar in size, characteristics and cost to our first Mississippian play. In connection with increasing our rig count and acreage position, we are increasing our 2011 capital budget to $1.8 billion and establishing a 2012 capital budget of $1.8 billion. The execution of our 2011 and 2012 plans will move the company significantly toward our 2014 goal of a self-funding capital program, delivering double-digit annual production growth and a debt to EBITDA ratio of less than 2 times." | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as results as of August 2011 were meeting the Netherland Sewell type curve. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "results continue to meet or exceed our expectations," "move the company significantly toward our 2014 goal"). *See* Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **14** | 8/5/2011<br><br>SandRidge Earnings Call (Ex. 20, at -0016144)<br><br>SandRidge Investor Presentation (Ex. 61, at -0000875)<br><br>Speaker: Grubb<br><br>Compl. ¶ 201 | **Grubb**:<br>"As you have seen, we've increased our 2011 budget by $500 million to $1.8 billion total. The allocation for the increase is as follows. $150 million for drilling more wells in the Permian and the Miss wells, including saltwater disposal wells. And also that includes the adjustment of the well cost in the Miss from $2.5 million to $3 million. There are also $50 million of non-op drilling in the Mississippian, and increased work-overs and re-completions in the Company.<br><br>The biggest part of the increase is in land, $275 million in additional land spending for acquisition of new acreage in the Central Basin platform and the new Mississippian play, and $25 million for oil field services in Midstream."<br><br>* * *<br><br>A slide presentation contained the following information:[12]<br><br>"Mississippian Oil – Economics<br><br>- 211 Mbbl (100% Crude)<br>- 1,186 Mmcf<br>- 409 Total Mboe<br>- $3.0 MM/well<br>- 244 Boepd 30 day IP<br>- ~94% IRR" | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections, and no evidence that budget figures were inaccurately stated. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C. |

12 Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contained inaccurate characterizations of the slide. That has been corrected in this Appendix.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **15** | 11/3/2011<br><br>SandRidge Form 8-K (Ex. 39, at 2-3)<br><br>[Not Alleged in Complaint.] | "Highlights . . .<br><br>- Increased position in new Mississippian play to approximately 700,000 net acres."<br><br>* * *<br><br>"The company grew its Mississippian horizontal production from approximately 1,600 Boe per day in the third quarter of 2010 to over 12,700 Boe per day in the third quarter of 2011."<br><br>* * *<br><br>"*Mississippian Play*. During the third quarter of 2011, SandRidge drilled 47 horizontal wells in the Mississippian play in northern Oklahoma and southern Kansas bringing the total number of operated wells drilled during 2011 in the Mississippian to 108. Industry-wide, approximately 320 horizontal wells have been drilled in the Mississippian across a 150-mile long area with **SandRidge having drilled 147 wells. SandRidge has identified over 4,000 drilling locations on over 800,000 net acres it has leased in the play.** The company presently has 20 rigs operating in the play, of which 17 are drilling horizontal producer wells with 3 drilling saltwater disposal wells, and plans to increase the Mississippian rig count to average 26 rigs in 2012. SandRidge plans to drill over 170 horizontal wells in the Mississippian play in 2011."[13] | • Second and third parts of statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as production did grow quarter-over-quarter, and operational and production results were accurately reported. *See* Ward Br. § V.A. |

13 Plaintiffs' Interrogatory Responses presented this statement without proper ellipses to indicate the relative timing of the various statements. That has been corrected in this Appendix.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **16** | 11/4/2011<br><br>SandRidge Earnings Call (Ex. 21, at -0016180)<br><br>Speaker: Grubb<br><br>Compl. ¶ 212 | **Grubb**:<br>"Partially making up for the slower growth rate in the Permian over the last few months is the performance in the Mid-Continent region. **Driven by the success of our Mississippian drilling program, we project to exceed our year-end production target for the Mid-Continent region by about 260,000 barrels of oil equivalent. The Mississippian program has performed beyond our expectations, and 30-day IPs have come in better than the type curve that was generated at year-end 2010. This type curve had a 30-day IP of 344 barrels oil equivalent per day and an EUR of 409,000 barrels of oil equivalent. The last 119 wells drilled with at least 30 days production have averaged over 300 barrels of oil equivalent per day."[14]** | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections, "we project to exceed our year-end production target"). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections, actual production results were accurately reported, and results as of November 2011 were meeting the Netherland Sewell type curve. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "[d]riven by the success," "performed beyond our expectations"). *See* Ward Br. § V.A; Bennett & Grubb Br. § II. |

[14] Plaintiffs' Interrogatory Responses omitted information from this statement necessary to understand its meaning and context. That has been corrected in this Appendix.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **17** | 11/11/2011<br><br>Trust I Earnings Call (Ex. 27, at -0000099-100)<br><br>Speaker: Grubb<br><br>Compl. ¶ 217 | **Analyst**:<br>"Okay. All right, and then I wanted to confirm with the pas production being higher than anticipated that liquids as a percent of total has remained the same."<br><br>**Grubb**:<br>"Yes. That's correct. Gas did out produce our forecast for gas production and our liquids is -- we produced more liquids because overall the well performed better and we drilled higher net revenue interest wells in addition to more wells. **However, on a type curve basis the liquids were roughly on trend.**"[15] | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• True statement, as results were accurately reported and meeting the Netherland Sewell type curve. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "out produce our forecast," "overall the well performed better," "liquids were roughly on trend"). *See* Bennett & Grubb Br. § II; Ward Br. § V.A. |

15 Plaintiffs' Interrogatory Responses incorrectly identified Mr. Grubb's title. That has been corrected in this Appendix.

## APPENDIX A – CHALLENGED STATEMENTS

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **18(a)** | 11/16/2011<br><br>Bank of America-Merrill Lynch – Global Energy Conference (Ex. 63, at CAL0009641)<br><br>Speaker: [Not Identified]<br><br>Compl. ¶ 219 | A slide presentation contained the following information:[16]<br><br>“Mississippian Economics<br>>9,000 Locations<br><br>- 211 Mbbl (100% Crude)<br>- 1,186 Mmcf<br>- 409 Total MBoe<br>- $3.0 MM/well<br>- 244 Boepd 30 day IP<br>- ~ 88% IRR” | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C. |

[16] Plaintiffs’ Interrogatory Responses, instead of quoting this slide directly, contained inaccurate characterizations of the slide. That misrepresentation has been corrected in this Appendix.

APPENDIX A – CHALLENGED STATEMENTS

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **18(b)** | 11/16/2011<br><br>Bank of America-Merrill Lynch – Global Energy Conference (Ex. 64, at -0336216-17)<br><br>Speaker: Bennett<br><br>[Not Alleged in Compl.] | **Bennett**:<br>"In terms of production growth, we're at about 16,000 barrels a day now. You can see when we first started drilling in January, and the production growth has been pretty dramatic. We'll exit this year at about 20 rigs running, [against if] we want to average next year, probably around in the 24-rig running category. So play's [sic] working very well.<br><br>You may have seen this slide before. We've had it in our presentation, when we did our Netherland Sewell type curve last year, that was 409,000 BOE, we had about 37 producing wells. The IP on that type curve was 244 BOE per day. That's not a peak grade, that's actually a 30-day average. So we don't take it, [24-hour] two-hour peak, this is a 30-day average. And year-to-date, from the 120 wells we've drilled and completed, where we had at least 30 days of production history, the production rate is over 300 barrels per day.<br><br>And just to remind you back in second quarter 2010, the Netherland Sewell type curve was 235,000 BOE. So it's 235,000 BOE to 409,000 BOE. We get a lot of questions and you may have heard on the call, what will your type curve be at the end of this year and do you expect it to go up? We're obviously going to update it with our year-end reserve report, don't really know which direction it'll go and we'll have more guidance on that probably in the February time frame, when we come out with our year-end numbers." | • Bennett statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Primary liability claims against Mr. Bennett dismissed. *See* Order at 37-39, 42 (Dkt. 239).<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections, and accurately reports actual production results. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "production growth has been pretty dramatic," "working very well"). *See* Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **19** | 1/10/2012<br><br>Goldman Sachs Global Energy Conference (Ex. 65, at -0337458)<br><br>Speaker: [Not Identified]<br><br>Compl. ¶¶ 221-22 | A slide presentation stated the following:[17]<br><br>"Mississippian Economics<br>>9,000 Locations<br><br>- 204 Mbbl (100% Crude)<br>- 1,512 Mmcf<br>- 456 Total MBoe<br>- $3.2 MM/well<br>- 275 Boepd 30 day IP<br>- ~ 96% IRR" | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C. |

[17] Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contained inaccurate characterizations of the slide. That has been corrected in this Appendix.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **20** | 2/3/2012<br><br>SandRidge Form 8-K (Ex. 40, Ex. 99.1)<br><br>[Not Alleged in Compl.] | "Horizontal Mississippian EUR increased 11% to 456 MMboe per well." | • Statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell EUR projection). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A. |
| **21** | 2/2/2012<br><br>SandRidge Investor Call (Ex. 66, at -0075089-90)<br><br>Speaker: Grubb<br><br>[Not Alleged in Compl.] | **Grubb**:<br>"The Mississippian, because of the 15,000 vertical wells that have been drilled out there, we have so much control in the reservoir in the Miss that, again, it is very low-risk drilling. You're not going to miss the Mississippian. You'll hit it and you'll set pipe every time and produce a well." | • Statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., "[y]ou're not going to miss"). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• Puffery (e.g., "we have so much control," "very low-risk drilling" "[y]ou're not going to miss the Mississippian," "[y]ou'll hit it and you'll set pipe every time and produce a well"). *See* Ward Br. § V.A; Bennett & Grubb Br. § II. |

## APPENDIX A – CHALLENGED STATEMENTS

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **22** | 2/7/2012<br><br>Credit Suisse Energy Summit (Ex. 67, at -0338466)<br><br>Speaker: Ward<br><br>Compl. ¶ 228 | **Ward**:<br>**"Our performance in the Mississippian has continued to improve.** So in the -- when we first started in 2010, we anticipated a well making about 250,000 barrels of oil equivalent. In 2010, then -- at year-end 2010, we had 37 wells drilled and we had a type curve of 409,000 barrels per well equivalent and that averaged first 30-day IP of 244 barrels equivalent a day. In 2000 -- at the end of 2011, we've now moved up to 456 Mboe and that has a 275 barrel a day equivalent first 30-day production.<br><br>* * *<br><br>So what makes Mississippian a great play? It is scale, very high internal rates of return, but one of the keys to everything we do is to know the reservoir. So whether it's in the Mississippian, in the Permian or in the Gulf of Mexico, we are drilling from reservoirs that have been drilled for decades and we understand those reservoirs and we have teams of people that understand those reservoirs and we believe there is much less risk in dealing in traditional zones that have nanodarcies to darcies of permeability or excuse me -- millidarcies to darcies of permeability rather than nanodarcies."[18] | • Theories of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections, and actual production results were accurately reported. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "performance in the Mississippian has continued to improve," "a great play," "very high internal rates of return," "know the reservoir," "we understand those reservoirs," "we have teams of people that understand those reservoirs," "we believe there is much less risk"). *See* Ward Br. § V.A. |

[18] Plaintiffs' Interrogatory Responses presented this statement without proper ellipses to indicate the relative timing of the various statements. That misrepresentation has been corrected in this Appendix.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **23** | 2/17/2012<br><br>Trust I Earnings Call (Ex. 28, at 3)<br><br>Speaker: Ward<br><br>Compl. ¶ 231 | **Analyst**:<br>"Okay, great. And the other thing, it seems like your recent wells have had a higher gas weighting than I think 55% is what you're kind of forecast. Are you -- do you agree with that? Is that what you're seeing? Or are you just then maybe drilling in a gassier weighted part of the field? Or how should I think about that?"<br><br>**Ward**:<br>"No, you know, we do agree with that. I think the wells overall in the play appears to be gassier than what we initially projected. **The important thing is to know that that's not the – at the expense of oil. The oil is coming in on target. And they're just making more gas."** | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "coming in on target"). *See* Ward Br. § V.A. |
| **24** | 2/23/2012<br><br>SandRidge Form 8-K (Ex. 41, at 5)<br><br>Compl. ¶ 233 | "Oil production increased 26% to 3.3 MMBbls from fourth quarter 2010 production of 2.6 MMBbls mainly due to continued development of the company's oil properties in the Mississippian play and Permian Basin."<br><br>* * *<br><br>"Oil production increased 60% to 11.8 MMBbls from 2010 production of 7.4 MMBbls mainly due to oil production added as a result of the company's drilling programs in the Mississippian play and Permian Basin."[19] | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as production had increased over 2010 annual and fourth quarter production. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A. |

[19] Plaintiffs' Interrogatory Responses, instead of quoting the statements directly, contained characterizations of the statements. That has been corrected in this Appendix.

## APPENDIX A – CHALLENGED STATEMENTS

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **25** | 2/27/2012<br><br>SandRidge 2011 Form 10-K (Ex. 33, at 5)<br><br>[Not Alleged in Compl.] | "The Mississippian formation can reach 1,000 feet in gross thickness and the targeted porosity zone is between 50 and 100 feet in thickness. The formation's geology is well understood as a result of the thousands of vertical wells drilled and produced there since the 1940s. At December 31, 2011, the Company had approximately 1,692,000 gross (1,329,000 net) acres under lease, of which approximately 49,600 gross (42,000 net) acres were included in the Mississippian Trust I's area of mutual interest." | • Statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as industry participants understood the geology of the Mississippian formation. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "well understood"). *See* Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **26** | 3/12/2012<br><br>SandRidge 2011 Annual Report, Shareholder Letter (Ex. 104, at -0342296, -2300)<br><br>Speaker: Ward<br><br>Compl. ¶ 241 | **Ward**:<br>"Upon completing our transformation from natural gas to oil in 2010, we took additional bold measures in 2011 to further ensure our ability to deliver increased shareholder value in 2012 and beyond. We have purchased $400 million of leases in the Mississippian Oil Play, which stretches from northern Oklahoma to western Kansas, **securing two million acres (1) in an area we believe generates the highest rate of return for horizontal drilling in the U.S. today and will be the primary driver of growth for the company going forward.**"<br><br>* * *<br><br>"An average horizontal well costs $3.2 million to drill, **produces 456 thousand barrels of oil equivalent (Mboe) and provides and internal rate of return of approximately 98 percent. . . . Because of its exceptional economics, our Mississippian acreage has been a remarkable source of value creation for the company.**" | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections, "will be the primary driver of growth for the company going forward"). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "we believe generates the highest rate of return," "primary driver of growth," "exceptional economics," "remarkable source of value creation"). *See* Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **27** | 3/20/2012<br><br>SandRidge 2011 Form 10-K/A (Ex. 30, at 10)<br><br>[Not Alleged in Compl.] | "During 2011, the Company increased oil production over 2010 to a record 11.83 MMBbls, while increasing consolidated Proved PV-10 by 52% over year end 2010 with a reserve replacement rate of 303%. These increases are mostly attributable to the Company's successful drilling programs in the Mississippian Horizontal Play, where the Company has pioneered development and proven the play's value, and the Permian Basin."[20] | • Statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as production results were accurately reported and had in fact increased year-over-year. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "successful drilling programs," "pioneered development," "proven the play's value"). *See* Ward Br. § V.A. |
| **28** | 4/17/2012<br><br>Trust II Prospectus (Ex. 47, at 63)<br><br>Compl. ¶ 250 | "The Underlying Properties are located in northern Oklahoma and southern Kansas in the Mississippian formation, which is an expansive carbonate hydrocarbon system located on the Anadarko Shelf. * * * The formation's geology is well understood as a result of the thousands of vertical wells drilled and produced there since the 1940s, including approximately 73 vertical wells drilled on the Underlying Properties, and over 500 horizontal wells drilled in the region in the Mississippian formation, as discussed below."[21] | • True statement, as industry participants understood the geology of the Mississippian. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "well understood"). *See* Ward Br. § V.A. |

[20] Plaintiffs' Interrogatory Responses used an ellipses to alter the meaning and context of this statement. This Appendix corrects Plaintiffs' misrepresentation.

[21] Plaintiffs' Interrogatory Responses inaccurately quotes from the Trust II Prospectus. This Appendix corrects Plaintiffs' misstatement.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **29** | 5/3/2012<br><br>SandRidge Form 8-K (Ex. 42, at 1)<br><br>Compl. ¶ 255 | "*Highlights*<br>- Mississippian daily average production grew by 23% quarter over quarter<br>- Record oil production in first quarter of 3.4 MMBbls." | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as production results were accurately reported and had in fact increased quarter-over-quarter. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| | | | |
|---|---|---|---|
| **30(a)** | 5/4/2012<br><br>SandRidge Earnings Call (Ex. 23, at -0289308-09)<br><br>Speaker: Ward<br><br>Compl. ¶¶ 257-58 | **Ward**:<br>"During the [last] two years, we leased 2.2 million acres for about $415 million and created one of the largest oil resource plays in the world. Now, it is widely known that the Mississippian is among the very best places to drill and in our opinion, it is the very best place to drill in the United States. It is important to note that SandRidge is focused on only two drilling plays and one resource play to lease land in the last three years. Our Company standard is to be the most efficient operator of each area we choose to develop.<br><br>We are efficient because of our relentless focus on the single plays. In the Mississippian, this allows us to prepare lead time to install electricity and disposal before we drill and to watch our drilling costs very closely. We see a lot of companies talk about how much a well might make in a particular play, on a particular day, but not many discuss what really matters, which is how much you spend, how you prepare, and how much you find after drilling several hundred wells on your way to several thousand.<br><br>* * *<br><br>Our type curve, EUR, of 456,000 barrels equivalent has an average peak 30-day rate of 275 barrels of oil equivalent per day. However, we do have prolific success stories. One well we recently completed in Alfalfa County, Oklahoma averaged more than 2,200 barrels of oil equivalent per day at 92% oil and is calculated to be the third highest, 30-day rate oil well drilled in the United States in the last three years. . . . However, we have chosen to not only discuss our best wells, but the nearly 300 wells we drilled across the | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections, "[y]ou can imagine the growth we plan to have," "we expect," "in the long-term[] will provide"). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections and accurately reports production results. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "it is widely known that the Mississippian is among the very best places to drill," "in our opinion, it is the very best place to drill," "most efficient operator," "we are efficient because of our relentless focus," "prolific success stories," "[y]ou can imagine the growth we plan to have with 45 rigs running by the end of 2013," "good and not as good wells," "excellent returns," "we believe the risk is low"). *See* Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| | | | |
|---|---|---|---|
| | | more than 150 miles from Comanche County, Kansas to Noble County, Oklahoma. A well that averages only 244 barrels of oil equivalent per day, which is what our type curve was at the end of 2010, would have a rate of return of more than 80%. A well that averages 310 barrels of oil equivalent per day during a 30-day peak rate will have a rate of return of over 125%. We are very happy with both of these outcomes or really any in between, because even at the low end of the range, we can meet our three-year goal of tripling EBITDA, doubling oil production, and improving our credit metrics.<br><br>* * *<br><br>Our production in the Mississippian averaged 19,300 barrels of oil equivalent per day for the first quarter, but is currently over 26,000 barrels of oil equivalent per day. Our Miss production has grown from a standing start in 2010 to the 26,000 barrels of oil equivalent per day, level with only an average of 14 rigs. You can imagine the growth we plan to have with 45 rigs running by the end of 2013.<br><br>* * *<br><br>We have started our first two wells in the extension portion of our Mississippian Play. Like the original Mississippian, we expect to have a statistical combination of good and not as good wells. However, this is still a play that, in the long-term, will provide excellent returns for the Company and our investors. Just a reminder that we had over 7,000 vertical wells to tell us where to buy acreage and it's the same formation with the same trapping mechanism that we're drilling in | |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| | | the original play. Therefore, we believe the risk is low, but we'll know much more by the end of the year as we drill our first 50 wells in western Kansas." | |
| **30(b)** | 5/4/2012<br><br>SandRidge Earnings Call (Ex. 23, at -0289320)<br><br>Speaker: Grubb<br><br>Compl. ¶¶ 260, 262 | **Analyst**:<br>"Okay, and one last question, I don't know if Matt wants to take it, but there is some talk of potential eventual decline in the B factor given more results over time? I was just wondering given some of the well results you've announced and more time under your belt, if there's any thought about adjusting the type curves?"<br><br>**Grubb:**<br>"Really, we're not looking at adjusting type curve now. We'll probably do it here at the end of the year. But right now everything looks to be on track with what we have modeled to the 456,000 barrels EUR. We'll look at it again at the end of the year and see how everything's declining and then make a decision at that time." | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Not made by Mr. Ward. *See* Ward Br. n.5.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections, "looks to be on track"). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C.<br><br>• Puffery (e.g., "everything looks to be on track"). *See* Bennett & Grubb Br. § II; Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **30(c)** | 5/4/2012<br><br>SandRidge Earnings Call Presentation (Ex. 73, at -0289091)<br><br>Speaker: [Not Identified]<br><br>Compl. ¶¶ 261-62 | A slide presentation contained the following information:[22]<br><br>"Mississippian Economics<br><br>- 204 Mbbl (100% Crude)<br>- 1,512 MMcf<br>- 456 Total MBoe<br>- $3.2 MM/well<br>- 275 Boe/d 30 day IP . . . ." | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C. |

[22] Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contained inaccurate characterizations of the slide. That has been corrected in this Appendix.

## APPENDIX A – CHALLENGED STATEMENTS

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **31(a)** | 8/2/2012<br><br>SandRidge Form 8-K (Ex. 43, at 2, 4)<br><br>Compl. ¶¶ 268-69 | "*Highlights*<br><br>- Mississippian daily average production grew 31% quarter over quarter and 199% from the comparable period in 2011."<br><br>* * *<br><br>"During the second quarter of 2012, SandRidge drilled 91 horizontal wells: 71 in Oklahoma and 20 in Kansas. This brings the total horizontal wells drilled during the first half of the year to 159 wells. . . . . SandRidge has an inventory of approximately 8,000 drilling locations on approximately 1.7 million net acres."<br><br>* * *<br>"Oil production increased 65% to 4.6 MMBbls from second quarter 2011 production of 2.8 MMBbls mainly due to continued development of the company's properties in the Mississippian play and Permian Basin and production contributed by the acquisition of Dynamic Offshore Resources, LLC ('Dynamic') in April 2012."[23] | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as actual production results were accurately reported, and overall SandRidge oil production and Mississippian daily average BOE production had in fact increased quarter-over-quarter. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A. |

[23] Plaintiffs' Interrogatory Responses used an ellipses to alter the meaning and context of this statement. This Appendix corrects Plaintiffs' misrepresentation.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **31(b)** | 8/3/2012<br><br>SandRidge Earnings Call (Ex. 24, at -0300271)<br><br>Speaker: Ward<br><br>[Not Alleged in Compl.] | **Ward**:<br>"The Mississippian continues to be our growth engine. Last quarter, we drilled 91 horizontal wells, and our production continues to meet or beat our expectations. This play also is a shallow, low-risk, carbonate reservoir where production per well on a 30-day rate has continued to improve over time." | • Statement not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• True statement, as actual production results for the quarter were accurately reported and did, in fact, exceed the applicable Netherland Sewell type curve projection for that period. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "growth engine," "production continues to meet or beat our expectations," "low-risk," "continued to improve over time"). *See* Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **32** | 8/14/2012<br><br>Enercom Inc. Oil & Gas Conference (Ex. 80, at -0001768)<br><br>Speaker: [Not Identified]<br><br>Compl. ¶ 279 | A slide presentation contained the following information:[24]<br><br>"Mississippian<br>Oil EUR 204 Mbbl (100% Crude)<br>Gas EUR 1,512 MMcf<br>Total EUR 456 Total MBoe<br>Gross Well Cost $3.2 MM/well<br>30 Day IP 275 Boe/d" | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennett & Grubb Br. § I.C. |

[24] Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contained inaccurate characterizations of the slide. That misrepresentation has been corrected in this Appendix.

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| **33** | 9/5/2012<br><br>Barclays CEO Energy/Power Conference (Ex. 83, at -0152909)<br><br>Speaker: [Not Identified]<br><br>Compl. ¶ 281 | A slide presentation contained the following information:[25]<br><br>"Mississippian<br><br>Oil EUR 204 Mbbl (100% Crude)<br>Gas EUR 1,512 MMcf<br>Total EUR 456 Total Mboe" | • Theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections). *See* Ward Br. § V.A.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections. *See* Ward Br. § V.A.<br><br>• No duty to update Netherland Sewell year-end projections. *See* Ward Br. § V.A; Bennet & Grubb Br. § I.C. |

[25] Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contained inaccurate characterizations of the slide. That has been corrected in this Appendix.

## APPENDIX A – CHALLENGED STATEMENTS

| | | | |
|---|---|---|---|
| **34** | 10/2/2012<br><br>Johnson Rice & Co. LLC Energy Conference (Ex. 87, at -0021569-570, -572)<br><br>Speaker: Ward<br><br>[Not Alleged in Compl.] | **Ward**:<br>"And as I have mentioned, the Mississippian is an area we have -- us and our partners have just over 2 million acres, 2.2 million acres of land. We have now the largest footprint. We have drilled the most wells. This is the area that we look at over the next decade or more that what the Company will be known for. As we drill in the Mississippian, this is the target of the Company and what will be thought of as our future in moving forward building the Company. So in six years, we started from scratch. Today, as last quarter, we produce over 90,000 of Boe a day and market cap of $3.4 billion, enterprise value of $7.4 billion."<br><br>* * *<br><br>"So they have -- and the Mississippian, the 30-day IP is on the type curve of 275 barrels a day."<br><br>* * *<br><br>"We've drilled 432 wells to date, which is 45% of all the wells drilled in the play. So as the Mississippian is continuing to grow, SandRidge has been the leader and continues to be the leader as we have now stepped out over 200 miles across the whole Mississippian play and have drilled wells and found commercial production."<br><br>* * *<br><br>"So the Mississippian growth has been fairly dramatic for us. As I mentioned, we started producing in 2010, the first quarter of 2010. And by the second quarter of 2012, we are producing over 25,000 barrels of oil equivalent per day, and that is with an average of about | • Statement and theory of falsity not alleged in Complaint; barred by statute of repose. *See* Ward Br. n.6; Bennett & Grubb Br. § III.<br><br>• Forward-looking statement accompanied by cautionary language (e.g., Netherland Sewell projections, "we anticipate"). *See* Ward Br. § V.A; Bennett & Grubb Br. § I.<br><br>• True statement, as it correctly recites Netherland Sewell type curve projections, and SandRidge accurately reported its quarterly production results. *See* Ward Br. § V.A.<br><br>• No duty to disclose additional information. *See* Ward Br. § V.A.<br><br>• Puffery (e.g., "largest footprint," "target of the Company," "as the Mississippian is continuing to grow, SandRidge has been the leader and continues to be the leader," "growth has been fairly dramatic for us"). *See* Ward Br. § V.A. |

**APPENDIX A – CHALLENGED STATEMENTS**

| NO.[1] | DATE & SOURCE | CHALLENGED STATEMENT[2] | REASONS NOT ACTIONABLE[3] |
|---|---|---|---|
| | | 15 rigs. So today we have 30 rigs running and ultimately by the end of 2013, we anticipate having 45 rigs." | |