# APPENDIX B

# APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY [WARD BR. § IV.A; BENNETT & GRUBB BR. § II]

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **1** | 2/24/2011<br><br>SandRidge Form 8-K (Ex. 36)[3]<br><br>Speaker: Ward<br><br>Compl. ¶ 155 | "We have **significantly enhanced our value** with the early **move to oil**[4] in two proven areas. We control 185,000 net acres in the Central Basin Platform in West Texas and have now leased 780,000 net acres in the Mississippian oil play in Northern Oklahoma and Southern Kansas." |

1 The numbers in the first column of this table correspond with the statements as numbered in Exhibit A to Plaintiffs' Interrogatory Responses dated May 6, 2019. These numbers also correspond with the statements as numbered in Mr. Ward's Appendix A: Challenged Statements.

2 These "Challenged Statements" are taken from Exhibit A to Plaintiffs' Responses & Objections to Mr. Ward's Second Set of Interrogatories, dated May 6, 2019 ("Interrogatory Responses" or "Interrog. Resp."). This Appendix omits Plaintiffs' subjective characterizations and descriptions of statements, and whereas Plaintiffs' Exhibit A misrepresents or misquotes several of the actual statements Plaintiffs challenge, such errors are corrected in this Appendix where indicated.

3 For reference, copies of the source documents containing these statements are attached to the Declaration of Stephen P. Barry.

4 All emphases in this appendix highlight language that is inactionable puffery.

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **4(a)** | 3/1/2011<br><br>"Investor Conference" (Ex. 51 at -0000716) [5]<br><br>Speaker: [Not Identified]<br><br>Compl. ¶ 166 | A slide presentation contained the following information:[6]<br><br>"Horizontal Mississippian Oil Play – Overview<br>**High Rate of Return** Oil Drilling . . . ." |
| **4(b)** | 3/1/2011<br><br>"Investor Conference" (Ex. 50, at -0277225-26)<br><br>Speaker: Ward<br><br>[Not Alleged in Compl.] | Ward:<br>"Netherland Sewell has given us a type curve of 409,000 barrels per well . . . . Now, I don't know the number across this county or in Woods up to Comanche or over through Harper and Sumner and Cowley, but there are **thousands of wells that have produced** from the Mississippian which is no different than the Alfalfa County area . . . ." |

5 Pincites to documents produced in discovery are referenced herein using the numbered portion of the corresponding Bates label; *e.g.*, SD-SECURITIES-0000716 is cited as "-0000716."

6 Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contain inaccurate characterizations of the slide. That misrepresentation has been corrected in this Appendix.

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY [WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **5** | 3/7/2011<br><br>Raymond James International Investors Conference (Ex. 52 at -CAL0003331)<br><br>Speaker: Grubb<br><br>Compl. ¶ 168 | Grubb:<br>Discussed, among other things, the Mississippian play and its "**high rate of return**." |
| **6** | 3/25/2011<br><br>Barclays Capital High Yield Bond & Syndicated Loan Conference (Ex. 54, at -0008219)<br><br>Speaker: Bennett<br><br>[Not Alleged in Compl.] | Bennett:<br>"In terms of well performance, here's our type curve, Netherland, Sewell 409,000 barrel equivalent. For the PUDs, our PDPs are averaging about 470,000 barrels right now and this well count here is about 45 and we are down about five wells here. So you can see we are above our statistical type curve . . . **we've got a lot of data** on the B factor and the decline. So **we feel very good** about the decline curve we 're using here and **I think we feel we are conservative** on our B factor." |

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **7** | 4/7/2011<br><br>Trust I Prospectus (Ex. 46, at 11, 67)<br><br>Compl. ¶ 175 | "The Mississippian formation's geology is **well understood** as a result of the thousands of vertical wells drilled and produced there since the 1940s, including 123 vertical wells drilled on the Underlying Properties.<br><br>With data from the vertical wells that have been drilled, SandRidge and other operators in the region have gained a **thorough understanding** of how to best identify the location of productive reservoirs and potential horizontal well bore paths, the permeability and porosity of the underlying rock properties and the amount and percentage mix of recoverable oil and gas. With this and other data derived from the vertical history, operators have been able to apply modern drilling technologies to determine **more efficient ways** to drill, complete and generate production from wells in the formation.<br><br>* * *<br><br>[D]irect measurement from other producing wells has also been used to confirm **consistency** in reservoir properties such as porosity, thickness and stratigraphic conformity." |

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **8** | 4/12/2011<br><br>IPAA 2011 Oil & Gas Investment Symposium (Ex. 55, at -0220863)<br><br>Speaker: [Not Identified]<br><br>Compl. ¶ 181 | A slide presentation referred to a "**high rate of return**"[7] |
| **9** | 5/5/2011<br><br>SandRidge Form 8-K (Ex. 37, Ex. 99.1 at 1)<br><br>Speaker: Ward<br><br>Compl. ¶ 183 | Ward:<br>"We continue to execute our oil-directed plan by **focusing efforts in two core areas** of development where we are able to realize wellhead rates of return exceeding 100%. We are **the most active driller** in the Central Basin Platform and the Mississippian horizontal play, **capitalizing on our expertise** in shallow, conventional carbonate reservoirs to execute our development plan and strategically add to our leasehold positions in these areas. Production growth is **matching our expectations** in spite of weather-related interruptions." |

[7] Plaintiffs' Interrogatory Responses, instead of quoting this slide directly, contain inaccurate characterizations of the slide. That misrepresentation has been corrected in this Appendix. Notably, Plaintiffs allege this presentation discusses the "high rate of return" for the Mississippian Play. In fact, the only reference to a "high rate of return" in this document describes the Central Basin Platform, which is part of the Permian Basin—not the Mississippian. In any event, "high rate of return" is puffery. *See* Ward Br. § IV.A.

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY [WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **10** | 5/6/2011<br><br>SandRidge Earnings Call (Ex. 19, at -0688342)<br><br>Speaker: Grubb<br><br>[Not Alleged in Compl.] | Grubb:[8]<br>"It should also be noted that we have **expanded our program** east into Grant County. While the data set is still limited, as we only have 13 wells on line, **it appears that these wells are statistically as good** as the ones we've drilled in Alfalfa and Woods County." |
| **11** | 5/24/2011<br><br>UBS Global Oil & Gas Conference (Ex. 56, at -2738782, -84)<br><br>Speaker: Ward<br><br>[Not Alleged in Compl.] | Ward:[9]<br>"The other interesting thing about the play as it's being developed is that statistically there are **very good wells** all the way across the entire play, so from Pawnee County, Oklahoma out through Woods County, Oklahoma there have been **exceptional wells**. . . Our type curve wells to make 409,000 barrels equivalent with a 1.5 B factor is 244 barrels a day equivalent in the first 30-day IP and you're seeing good wells, **well above type curve** are being drilled in different areas over 100 miles apart. So I'm not trying to show that there are exceptional wells here; what I'm trying to show is that there are **exceptional wells statistically** across the whole play."<br><br>* * *<br><br>"The three main areas we've drilled in have been around our pipeline system, so Woods, Alfalfa and Grant and we're **not seeing really any difference** in the three counties to date, so **we're pleased** with the at or above type curve in all three counties." |

8 Plaintiffs' Interrogatory Responses attribute this statement to Mr. Ward. In fact, Mr. Grubb made this statement. That misrepresentation has been corrected in this Appendix.

9 Plaintiffs' Interrogatory Responses present Mr. Ward's statements out of order. That has been corrected in this Appendix.

## APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY [WARD BR. § IV.A; BENNETT & GRUBB BR. § II]

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **13** | 8/4/2011<br><br>SandRidge Form 8-K (Ex. 38, at 2)<br><br>Speaker: Ward<br><br>Compl. ¶ 199 | Ward:<br>"We are pleased to announce the joint venture with Atinum Partners on our Mississippian project where **results continue to meet or exceed our expectations**." |
| **16** | 11/4/2011<br><br>SandRidge Earnings Call (Ex. 21, at -0016180)<br><br>Speaker: Grubb<br><br>Compl. ¶ 212 | Grubb:<br>"**Driven by the success** of our Mississippian drilling program, we project to exceed our year-end production target for the Mid-Continent region by about 260,000 barrels of oil equivalent. The Mississippian program has **performed beyond our expectations**, and 30-day IPs have come in better than the type curve that was generated at year-end 2010."[10] |
| **17** | 11/11/2011<br><br>Trust I Earnings Call (Ex. 27, at -0000099-100)<br><br>Speaker: Grubb<br><br>Compl. ¶ 217 | Analyst:<br>"Okay. All right, and then I wanted to confirm with the pas production being higher than anticipated that liquids as a percent of total has remained the same."<br><br>Grubb:<br>"Yes. That's correct. Gas did **out produce our forecast** for gas production and our liquids is -- we produced more liquids because **overall the well performed better** and we drilled higher net revenue interest wells in addition to more wells. However, on a type curve basis the **liquids were roughly on trend**."[11] |

[10] Plaintiffs' Interrogatory Responses omitted information from this statement necessary to understand its meaning and context. That has been corrected in this Appendix.

[11] Plaintiffs' Interrogatory Responses incorrectly identified Mr. Grubb's title. That has been corrected in this Appendix.

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **18(b)** | 11/16/2011<br><br>Bank of America-Merrill Lynch – Global Energy Conference (Ex. 64, at -0336216)<br><br>Speaker: Bennett<br><br>[Not Alleged in Compl.] | Bennett:<br>"In terms of production growth, we're at about 16,000 barrels a day now. You can see when we first started drilling in January, and the **production growth has been pretty dramatic**. We'll exit this year at about 20 rigs running, [against if] we want to average next year, probably around in the 24-rig running category. So play's [sic] **working very well.**" |
| **21** | 2/2/2012<br><br>SandRidge Investor Call (Ex. 66, at -0075089-90)<br><br>Speaker: Grubb<br><br>[Not Alleged in Compl.] | Grubb:<br>"The Mississippian, because of the 15,000 vertical wells that have been drilled out there, **we have so much control** in the reservoir in the Miss that, again, it is **very low-risk drilling**. **You're not going to miss the Mississippian. You'll hit it and you'll set pipe every time and produce a well**." |

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **22** | 2/7/2012<br><br>Credit Suisse Energy Summit (Ex. 67, at -0338466)<br><br>Speaker: Ward<br><br>Compl. ¶ 228 | Ward:<br>"Our **performance in the Mississippian has continued to improve**." |
| **23** | 2/17/2012<br><br>Trust I Earnings Call (Ex. 28, at 3)<br><br>Speaker: Ward<br><br>Compl. ¶ 231 | Analyst:<br>"Okay, great. And the other thing, it seems like your recent wells have had a higher gas weighting than I think 55% is what you're kind of forecast. Are you -- do you agree with that? Is that what you're seeing? Or are you just then maybe drilling in a gassier weighted part of the field? Or how should I think about that?"<br><br>Ward:<br>"No, you know, we do agree with that. I think the wells overall in the play appears to be gassier than what we initially projected. The important thing is to know that that's not the – at the expense of oil. The oil is **coming in on target**. And they're just making more gas." |
| **25** | 2/27/2012<br><br>SandRidge 2011 Form 10-K (Ex. 33, at 5)<br><br>[Not Alleged in Compl.] | "The Mississippian formation can reach 1,000 feet in gross thickness and the targeted porosity zone is between 50 and 100 feet in thickness. The formation's geology is **well understood** as a result of the thousands of vertical wells drilled and produced there since the 1940s." |

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **26** | 3/12/2012<br><br>SandRidge 2011 Annual Report, Shareholder Letter (Ex. 104, at -0342298, -300)<br><br>Speaker: Ward<br><br>Compl. ¶ 241 | Ward:<br>"Upon completing our transformation from natural gas to oil in 2010, we took additional bold measures in 2011 to further ensure our ability to deliver increased shareholder value in 2012 and beyond. We have purchased $400 million of leases in the Mississippian Oil Play, which stretches from northern Oklahoma to western Kansas, securing two million acres (1) in an area **we believe generates the highest rate of return** for horizontal drilling in the U.S. today and will be the **primary driver of growth** for the company going forward."<br><br>* * *<br><br>"An average horizontal well costs $3.2 million to drill, produces 456 thousand barrels of oil equivalent (Mboe) and provides and internal rate of return of approximately 98 percent. . . . Because of its **exceptional economics**, our Mississippian acreage has been a **remarkable source of value creation** for the company." |
| **27** | 3/20/2012<br><br>SandRidge 2011 Form 10-K/A (Ex. 30, at 10)<br><br>[Not Alleged in Compl.] | "During 2011, the Company increased oil production over 2010 to a record 11.83 MMBbls, while increasing consolidated Proved PV-10 by 52% over year end 2010 with a reserve replacement rate of 303%. These increases are mostly attributable to the Company's **successful drilling programs** in the Mississippian Horizontal Play, where the Company has **pioneered development** and **proven the play's value**, and the Permian Basin."[12] |

[12] Plaintiffs' Interrogatory Responses used an ellipses to alter the meaning and context of this statement. This Appendix corrects Plaintiffs' misrepresentation.

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **28** | 4/17/2012<br><br>Trust II Prospectus (Ex. 47, at 63)<br><br>Compl. ¶ 250 | "The Underlying Properties are located in northern Oklahoma and southern Kansas in the Mississippian formation, which is an expansive carbonate hydrocarbon system located on the Anadarko Shelf. * * * The formation's geology is **well understood** as a result of the thousands of vertical wells drilled and produced there since the 1940s, including approximately 73 vertical wells drilled on the Underlying Properties, and over 500 horizontal wells drilled in the region in the Mississippian formation, as discussed below."[13] |

[13] Plaintiffs' Interrogatory Responses inaccurately quotes from the Trust II Prospectus. This Appendix corrects Plaintiffs' misstatement.

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| | | |
|---|---|---|
| **30(a)** | 5/4/2012<br><br>SandRidge Earnings Call (Ex. 23, at -0289308-09)<br><br>Speaker: Ward<br><br>Compl. ¶¶ 257-58 | Ward:<br>"During the [last] two years, we leased 2.2 million acres for about $415 million and created one of the largest oil resource plays in the world. Now, **it is widely known that the Mississippian is among the very best places to drill** and **in our opinion, it is the very best place to drill** in the United States. It is important to note that SandRidge is focused on only two drilling plays and one resource play to lease land in the last three years. Our Company standard is to be **the most efficient operator** of each area we choose to develop.<br><br>**We are efficient because of our relentless focus** on the single plays. In the Mississippian, this allows us to prepare lead time to install electricity and disposal before we drill and to watch our drilling costs very closely.<br><br>* * *<br><br>Our type curve, EUR, of 456,000 barrels equivalent has an average peak 30-day rate of 275 barrels of oil equivalent per day. However, we do have **prolific success stories**. One well we recently completed in Alfalfa County, Oklahoma averaged more than 2,200 barrels of oil equivalent per day at 92% oil and is calculated to be the third highest, 30-day rate oil well drilled in the United States in the last three years. . . .<br><br>* * *<br><br>Our production in the Mississippian averaged 19,300 barrels of oil equivalent per day for the first quarter, but is currently over 26,000 barrels of oil equivalent per day. Our Miss production has grown from a standing start in 2010 to the 26,000 barrels of oil equivalent per day, level with only an average of 14 rigs. **You can imagine the growth we plan to have with 45 rigs running by the end of 2013.**<br><br>* * *<br><br>We have started our first two wells in the extension portion of our Mississippian Play. Like the original Mississippian, we expect to have a statistical combination of **good and not as good wells.** However, |

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| | | this is still a play that, in the long-term, will **provide excellent returns** for the Company and our investors. Just a reminder that we had over 7,000 vertical wells to tell us where to buy acreage and it's the same formation with the same trapping mechanism that we're drilling in the original play. Therefore, **we believe the risk is low**, but we'll know much more by the end of the year as we drill our first 50 wells in western Kansas." |
| **30(b)** | 5/4/2012<br><br>SandRidge Earnings Call (Ex. 23, at -0289320)<br><br>Speaker: Grubb<br><br>Compl. ¶¶ 260, 262 | Analyst:<br>"Okay, and one last question, I don't know if Matt wants to take it, but there is some talk of potential eventual decline in the B factor given more results over time? I was just wondering given some of the well results you've announced and more time under your belt, if there's any thought about adjusting the type curves?"<br><br>Grubb:<br>"Really, we're not looking at adjusting type curve now. We'll probably do it here at the end of the year. But right now **everything looks to be on track** with what we have modeled to the 456,000 barrels EUR. We'll look at it again at the end of the year and see how everything's declining and then make a decision at that time." |
| **31(b)** | 8/3/2012<br><br>SandRidge Earnings Call (Ex. 24, at -0300271)<br><br>Speaker: Ward<br><br>[Not Alleged in Compl.] | Ward:<br>"The Mississippian continues to be our **growth engine**. Last quarter, we drilled 91 horizontal wells, and our **production continues to meet or beat our expectations**. This play also is a shallow, **low-risk**, carbonate reservoir where production per well on a 30-day rate has **continued to improve over time."** |

**APPENDIX B – CHALLENGED STATEMENTS THAT ARE PUFFERY**
**[WARD BR. § IV.A; BENNETT & GRUBB BR. § II]**

| NO.[1] | DATE & SOURCE | STATEMENT (WITH PUFFING LANGUAGE BOLDED)[2] |
|---|---|---|
| **34** | 10/2/2012<br><br>Johnson Rice & Co. LLC Energy Conference (Ex. 87, -0021569-70, -72)<br><br>Speaker: Ward<br><br>[Not Alleged in Compl.] | Ward:<br>"And as I have mentioned, the Mississippian is an area we have -- us and our partners have just over 2 million acres, 2.2 million acres of land. **We have now the largest footprint**. We have drilled the most wells. This is the area that we look at over the next decade or more that what the Company will be known for. As we drill in the Mississippian, this is the **target of the Company** and what will be thought of as our future in moving forward building the Company. So in six years, we started from scratch. Today, as last quarter, we produce over 90,000 of Boe a day and market cap of $3.4 billion, enterprise value of $7.4 billion."<br><br>* * *<br><br>"We've drilled 432 wells to date, which is 45% of all the wells drilled in the play. So **as the Mississippian is continuing to grow, SandRidge has been the leader and continues to be the leader** as we have now stepped out over 200 miles across the whole Mississippian play and have drilled wells and found commercial production."<br><br>* * *<br><br>"So the Mississippian **growth has been fairly dramatic for us**. As I mentioned, we started producing in 2010, the first quarter of 2010. And by the second quarter of 2012, we are producing over 25,000 barrels of oil equivalent per day, and that is with an average of about 15 rigs. So today we have 30 rigs running and ultimately by the end of 2013, we anticipate having 45 rigs." |