# APPENDIX C

## APPENDIX C

## SandRidge Energy Employee Testimony Regarding The Absence of False or Misleading Statements by Mr. Ward

| EX.[1] | DATE & SOURCE | DEPOSITION TESTIMONY |
|---|---|---|
| 13 | 12/6/2018<br><br>Speaker: T. Tipton<br><br>Dep. 34:19-24; 35:24-2 | "Q: Did you ever mislead Tom Ward at any time about the Mississippi Lime play in any way?<br><br>A: No.<br><br>Q: Did either of those two gentlemen ever mislead you about the Mississippi Lime play?<br><br>A: No.<br><br>. . .<br><br>Q: Let me ask you this. Are you aware of any efforts whatsoever by anyone at SandRidge to mislead investors about the Mississippi Lime play?<br><br>A: No." |
| 1 | 2/13/2019<br><br>Speaker: J. Bennett<br><br>Dep. 213:12-16 | "Q: Do you recall an issue with Mr. Ward overstating production?<br><br>A: No. No.<br><br>Q: Did this happen a lot?<br><br>A: No." |

[1] Exhibit numbers refer to the source documents containing these statements, which are attached to the Declaration of Stephen P. Barry filed in support of Mr. Ward's Motion for Summary Judgment.

| EX.[1] | DATE & SOURCE | DEPOSITION TESTIMONY |
|---|---|---|
| 1 | 2/14/2019<br><br>Speaker: J. Bennett<br><br>Dep. 367:15-368:11 | "Q: Okay. Did you ever tell anyone not to lower the type curve to avoid having a negative impact on SandRidge's market capitalization?<br><br>A: No. In fact, we – we did lower the type curve.<br><br>Q: Did you ever tell anyone to make a false or misleading disclosure because of the impact it would have on SandRidge's stock price?<br><br>A: No.<br><br>Q: Did you ever tell anyone to make a false or misleading disclosure because of the impact it would have on the price of Mississippian trust units?<br><br>A: No.<br><br>Q: Are you aware of anyone at SandRidge making a false or misleading statement to inflate the price of SandRidge stock or Mississippian trust units?<br><br>A: No.<br><br>Q: Okay. During your tenure at SandRidge are you aware of anyone making a statement to investors about the performance of SandRidge or the trusts or its assets which you considered false or misleading?<br><br>A: No." |

| EX.[1] | DATE & SOURCE | DEPOSITION TESTIMONY |
|---|---|---|
| 10 | 2/22/2019<br><br>Speaker: D. Lawler<br><br>Dep. 423:19-424:11 | "Q: Did Mr. Ward ever ask you to do anything to distort the actual production of SandRidge wells?<br><br>A: Never.<br><br>Q: Are you aware of Tom Ward ever making any false statements about SandRidge production – oil production?<br><br>A: No.<br><br>Q: Did Tom Ward ever ask you to in any way manipulate production data?<br><br>A: No.<br><br>Q: Are you aware of any instance in which Mr. Ward did anything to attempt to mislead investors or to hide negative production trends?<br><br>A: No.<br><br>Q: All right. Do you have any reason to believe that Mr. Ward didn't believe that SandRidge would achieve its goals as far as oil production?<br><br>A: No." |

| EX.[1] | DATE & SOURCE | DEPOSITION TESTIMONY |
|---|---|---|
| 12 | 2/27/2019<br><br>Speaker: D. Nguyen<br><br>Dep. 197:24-198:18 | "Q: I'm going to ask you just a few questions focused on Tom [Ward]. To start, did Tom ever ask you to prepare any reports?<br><br>A: Directly, no.<br><br>Q: Yes. Did –<br><br>A: That I recall.<br><br>Q: That's fair. Did Tom ever ask you to misreport or manipulate any data you provided to Netherland Sewell?<br><br>A: No.<br><br>Q: Did Tom ever ask you to misrepresent or distort any data you provided to banks?<br><br>A: No.<br><br>Q: Did Tom ever ask you to misrepresent or distort any information that you might have provided that made its way to investors?<br><br>A: No.<br><br>Q: Did Tom ever ask you to misrepresent or distort any information internally?<br><br>A: No." |
| 16 | 2/28/2019<br><br>Speaker: K. White<br><br>Dep. 241:3-6 | "Q: Do you recall any time in which Mr. Ward directed you or others to disclose production information that was not accurate?<br><br>A: Never." |

| | | |
|---|---|---|
| 5 | 3/5/2019<br><br>Speaker: C. Johnson<br><br>Dep. 316:20-317:24 (objection omitted) | "Q: Did Tom Ward ever ask you to misrepresent or distort any SandRidge data that made its way to investors?<br><br>A: No.<br><br>Q: How about any Trust I data?<br><br>A: No.<br><br>Q: Same question for Matt Grubb and James Bennett.<br><br>A: No.<br><br>Q: Did Tom Ward ever ask you in word or in substance to do anything to manipulate or distort SandRidge's Mississippian production data that you used or in share – or shared internally?<br><br>A: No.<br><br>Q: How about Mr. Bennett or Mr. Grubb?<br><br>A: No.<br><br>Q: Did Tom Ward ever ask you in words or in substance to do anything that you believed was misleading or improper in order to achieve a particular result in the Mississippian?<br><br>A: No.<br><br>Q: Same question for Mr. Bennett and Mr. Grubb.<br><br>A: No.<br><br>Q: Are you aware of any instance where Tom Ward made a false or misleading public statement about SandRidge's production in the Mississippian?<br><br>A: No, I'm not aware.<br><br>Q: About Trust I's production?<br><br>A: No." |

| EX.[1] | DATE & SOURCE | DEPOSITION TESTIMONY |
|---|---|---|
| 9 | 3/7/2019<br><br>Speaker: K. Koontz<br><br>Dep. 245:14-246:18 | "Q. Was SandRidge's strategy, either with respect to SandRidge wells, Trust I wells, or Trust II wells, to use ESPs at all costs?<br><br>A. No.<br><br>Q. Was it SandRidge's strategy with respect to its wells or the trust wells to use ESPs to hide the fact that wells may have been underperforming?<br><br>A. No.<br><br>Q. I think you said earlier that there are a number of reasons that a company might decide to install an ESP on a well; is that right?<br><br>A. Yes.<br><br>Q. And one of – one reason might be an uplift in production, right?<br><br>A. Yes.<br><br>Q. Another reason, if I understood you correctly, is just that ESPs are capable of handling high volumes of liquids that other lift methods are not; is that right?<br><br>A. Yes.<br><br>Q. And – and was the Mississippian the type of area, in your experience, that called for the use of ESPs because of the high volume of liquid?<br><br>A. Yes.<br><br>Q. And was that one of the reasons that SandRidge was using ESPs?<br><br>A. Yes.<br><br>Q. So it wasn't to hide the fact that any wells were not performing in accordance with projections?<br><br>A. Not to any of my knowledge." |

| | | |
|---|---|---|
| 9 | 3/7/2019<br><br>Speaker: K. Koontz<br><br>Dep. 247:6-248:19 | "Q. Are you aware of any effort by Tom Ward or anyone else in executive management at the company to hide from the public the fact that SandRidge was accelerating its drilling in certain areas?<br><br>A. No.<br><br>Q. Can you think of any reason that they would have wanted or needed to hide the fact that they were accelerating drilling in the Mississippian?<br><br>A. No.<br><br>Q. Okay. Let me just shift gears, and I'm almost done. Did Tom Ward ever ask you to misrepresent or distort any SandRidge data that made its way to investors?<br><br>A: No.<br><br>Q: Any Trust I data that made its way to investors?<br><br>A: No.<br><br>Q: Same question for Matt Grubb and James Bennett, did they ever ask you to misrepresent or distort any data concerning the Mississippian?<br><br>A: No.<br><br>Q: Did Tom Ward ever ask you in words or in substance to do anything to manipulate or distort SandRidge's Mississippian production data that you used or shared internally?<br><br>A: No.<br><br>Q: Same question for Matt Grubb.<br><br>A: No.<br><br>Q: Did Tom Ward ever ask you in words or in substance to do anything that you believed was misleading or improper in order to achieve a particular result in the Mississippian?<br><br>A: No. |

| EX.[1] | DATE & SOURCE | DEPOSITION TESTIMONY |
|---|---|---|
| | | Q: Same question for Mr. Bennett and Mr. Grubb.<br><br>A: No.<br><br>Q: And are you aware of any instance where Tom Ward made a false or misleading public statement about SandRidge's production in the Mississippian?<br><br>A: No." |
| 13 | 3/19/2019<br><br>Speaker: T. Tipton<br><br>Dep. 486:1-6 (objection omitted) | "Q: Do you believe that SandRidge, Mr. Ward, Mr. Bennett, or Mr. Grubb, made any false statements to investors during the time period in which you were employed at SandRidge?<br><br>A: No, absolutely not." |
| 13 | 3/19/2019<br><br>Speaker: T. Tipton<br><br>Dep. 489:22-490:15 (objections omitted) | "Q: Did Mr. Ward, Mr. Bennett, or Mr. Grubb ever ask you to make any misleading statements about the geology of the Mississippian?<br><br>A: No.<br><br>Q: Did Mr. Ward ever suggest that you should withhold material facts about the geology of the Mississippian?<br><br>A: No.<br><br>Q: The same for Mr. Bennett and Mr. Grubb?<br><br>A: No.<br><br>Q: Are you aware of any statements made by Mr. Bennett, Mr. Ward, or Mr. Grubb about the geology of the Mississippian that were incomplete or inaccurate?<br><br>A: Not that I'm aware of." |

| EX.[1] | DATE & SOURCE | DEPOSITION TESTIMONY |
|---|---|---|
| 6 | 3/26/2019<br><br>Speaker: D. Johnson<br><br>Dep. 275:2-10; 277:20-278:16 (objection omitted) | "Q. Was it a secret that SandRidge used ESPs during your time at the company?<br><br>A. I don't believe so.<br><br>Q. Did Tom Ward ever tell you to keep it a secret that SandRidge was using ESPs?<br><br>A. No.<br><br>Q. Can you think of any reason that it would need to be kept secret that SandRidge was using ESPs?<br><br>A. No.<br><br>. . .<br><br>Q: Did Tom Ward at any point during your tenure with the company ever tell you to misstate or misrepresent anything related to the geology of the Mississippian?<br><br>A: No.<br><br>Q: Did Tom Ward ever tell you in words or in substance to misstate or misrepresent anything related to the Mississippian that would have been communicated to the public?<br><br>A: No.<br><br>Q: Did Tom [W]ard ever tell - - ever tell you to misstate or misrepresent anything related to the Mississippian that would have been used by the company for internal purposes?<br><br>A: No.<br><br>Q: And are you aware of any instance where Tom Ward made a false or misleading public statement about SandRidge's production or operations in the Mississippian?<br><br>A: No." |