# APPENDIX D

## APPENDIX D - DISCLOSURES REGARDING VARIANCES IN PRODUCTION

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 17 | 11/5/2010<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **WARD:**<br>"It's just basically statistical over a large area. So we'll have some wells that come on at a very high rates and some that come on at less. And it's – probably has more to do with porosity of any given area than anything else." *Id.* at -232. |
| 17 | 11/5/2010<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **ANALYST:**<br>"You know, looking at Mississippian oil play, when you're out there identifying well locations, is there – is something specific you all are doing about, you know, how you're going to go about this drilling? Or is it, you know, using what you know on, on some of the vertical well control . . . ."<br><br>**WARD:**<br>"It's mainly, it's mainly statistical." *Id.* at -235. |
| 49 | 2/8/2011<br><br>Speaker: T. Ward<br><br>SandRidge Energy at Credit Suisse Group Energy Summit | **WARD:**<br>"The interesting thing about the Mississippian is that some might want to only focus on the very high-rate wells that have been drilled. But, what I find is interesting is that you have those high-rate wells intermixed with some poorer wells across the whole play.<br><br>So, the – we mentioned – and I'll show a slide that shows one of our last wells is very prolific, but it can be offset by a well that might not even be as high as our type curve. So, a type curve well comes on at about 244 barrels equivalent per day. So, what I like about that is that you can take a statistical approach and not have to focus on one core area. That doesn't mean that by the time we drill all this out that there won't be some areas that are better than others." *Id.* at -768. |

[1] For reference, copies of the source documents containing these statements are attached to the Declaration of Stephen P. Barry filed in support of Mr. Ward's Motion for Summary Judgment.

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 49 | 2/8/2011<br><br>Speaker: T. Ward<br><br>SandRidge Energy at Credit Suisse Group Energy Summit | **UNIDENTIFIED PARTICIPANT:**<br>"Just on the Mississippian, we've seen, I think, looking at well results, a lot of variability. Can you talk about what determines the variability in the wells – is it water cut – and where you see better wells – is it south or north in terms of your acreage position?"<br><br>**WARD:**<br>"Sure, I might try to – I don't think I can go to the slide. Across – the variability in the Mississippian is all across the play. So, we're seeing, as wells are drilled in Woods, Alfalfa, Grant, even Noble and Kay and Pawnee, that you have very good wells that can be offset with wells that aren't as good. All of them have water cut, high water cut, so you have to deal with water. And most of the wells produce between 1,500 and 5,000 barrels a day of water. The better wells tend to produce more water, so it's depletion drive so you don't have a well that waters out. As the well depletes, it produces less oil, gas and water together.<br>So, water is not the issue. It's really a permeability, and as you drill wells, you do get some that have better permeability, maybe a little bit more fracturing, and those are fairly statistical. There's nothing we can do to really say – okay, this one area is better than another.<br><br>And as we look across that whole 100 miles, we see other companies and ourselves really have very good wells. And so, I tend to look at the overall play as making 300 to 400 barrels or 200 to 300 barrels a day equivalent, not focusing on 1,000 barrels a day equivalent wells." *Id.* at -770. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 18 | 2/25/2011<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **WARD:**<br>"With regard to the Mississippian, that's one of the reasons we put down all the wells we drilled and if you notice, there's a wide variability of production, location to location. So we don't anticipate every well coming on at 800 barrels a day and we don't anticipate every well coming on at 100 barrels per day equivalent. But what we do anticipate that it as over the course of a play that you can have this 240 barrel a day type curve through first 30 days of production. And then you should be able to feel more comfortable in the ultimate decline of the wells because you have all the vertical wells that show basically a 2.5 B factor and we're coming in with a 1.5 B factor in our type curve.<br><br>So again, it's just how many years' worth of production, knowing the decline, and then the variability, you really can't tell because it has to do with the permeability across a 4,000-foot lateral in between well to well. So what I always try to say is that we're going to have very good wells mixed with poorer wells or even just good wells across the play. And we don't see yet that there's any certain one spot that is better than others and that includes us or our peers drilling. So we're not claiming our acreage is better or worse than anyone else." *Id.* at -328-29. |
| 18 | 2/25/2011<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **WARD:**<br>"Yes, across the play and in the Mississippian and you need to think of this not only in SandRidge's wells but the other operators that are drilling, we're seeing type curve wells in and around all across our acreage but not only across our acreage, in other areas as well. So far, there's been not a way to choose one place or the other that might be better or worse. So we're – we continue – we have a lot of acreage over many, many counties so I don't know. That's the reason we keep a range of 300 MBOE to 500 MBOE, even though Netherland Sewell has us at 409 per well, as we don't know from one section to the next or one area to the next which ones might be better or worse."<br>*Id.* at -314. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 50 | 3/1/2011<br><br>Speaker: T. Ward<br><br>SandRidge Energy Investor/Analyst Meeting | **WARD:**<br>"[The Mississippian is] a huge area. And what Rodney will go through in the Mississippian play is that we're seeing the same statistical outcomes all the way across the play.<br>So there are excellent wells drilled on our – the wells that we've drilled. We've drilled some excellent wells. We've drilled some poor wells in other parts of the play. Chesapeake's drilled some excellent wells. There's been some poor wells drilled there. There's – Eagle has drilled very good wells, Range has drilled good wells, but you can move about 100 miles and we're not seeing differentiation in the reservoir.<br><br>Now, that doesn't mean you won't have good wells and poor wells, so what we always look at is a range and we want to find about 240 barrels a day equivalent to meet our type curve. We also say – and that Netherland Sewell has given us a type curve of 409,000 barrels per well, but our type curve is really a range. Over the 6.5 million acres we think we'll find somewhere between 300,000 to 500,000 barrels a well." *Id.* at -287. |
| 50 | 3/1/2011<br><br>Speaker: M. Grubb<br><br>SandRidge Energy Investor/Analyst Meeting | **GRUBB:**<br>"Horizontal Miss oil play, this is a very exciting play for us. It has a tremendous amount of scale.... The Netherland and Sewell type curve for the wells we've drilled to date is 409,000 barrels of oil equivalent.<br>I think there's still a lot of variability. We're still saying internally 300,000 to 500,000 barrels, but nevertheless is a very good project. " *Id.* at -291. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 50 | 3/1/2011<br><br>Speaker: R. Johnson<br><br>SandRidge Energy Investor/Analyst Meeting | **JOHNSON:**<br>"The other thing in the industry that seems to have been born with resource plays is a concept that you're going to get the exact well every time. I kind of had a tendency, having worked the Barnett Shale and studied thousands of wells in the Barnett Shale, there's a distribution around every play in the US. I guarantee it. Okay.<br><br>A type – whatever you're being given for type curve is an average expected outcome. We classically see distributions in every reservoir in the US. This is a plot of our distribution of our wells. And really the outcome of this is 470. Netherland Sewell actually has 470 Mboe curve for the average for all of our PDP wells.<br><br>And when you look at it there are exceptional wells, there are wells at the other end of the curve, but it's a very normal distribution along the curve. And that's exactly what Tom was alluding to. When we start talking about step out locations, people want to know the last well that you drilled. And they want it to be here or they want it to be here. Really, we expect a statistical variation in the play, and that's why we're giving ranges. We're trying to give everybody ranges as we talk about this. When you look at that, though, that's a PDP outcome of 470 versus a book outcome of 409 for our PUDs." *Id.* at -307. |
| 52 | 3/7/2011<br><br>Speaker: M. Grubb<br><br>SandRidge Energy Presentation at Raymond James Institutional Investors Conference | **GRUBB:**<br>"But I think the key here is that the expansiveness of this play, looking at these wells here, comparing these wells, they behave very similarly. We do get a little bit more gas here as we move this way, but from an oil standpoint it's very close, we look at this as a statistical play when you have an area this big, certainly you're going to have some variations in some of the rock properties, but I think if we drill 100 wells here and 100 wells here, your statistics are going to be very close." *Id.* at -332. |
| 46 | 4/7/2011<br><br>Mississippian Trust I Prospectus | "Most of the Producing Wells have been operational for less than one year and estimated total reserves vary substantially from well to well and are not directly correlated to perforated lateral length or completion technique." *Id.* at 20. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 56 | 5/24/2011<br><br>Speaker: T. Ward<br><br>SandRidge Energy at UBS Global Oil and Gas Conference | **WARD:**<br>"The other interesting thing about the [Mississippian] play as it's being developed is that, statistically, they are very good wells all the way across the entire play, so from Pawnee County, Oklahoma out through Woods County, Oklahoma, there have been exceptional wells. Our type curve wells to make 409,000 barrels equivalent with a 1.5 B factor is 244 barrels a day equivalent in the first 30-day IP, and you're just seeing good wells, well above type curve, are being drilled in different areas over 100 miles apart. So that's what – I'm not trying to show that there are exceptional wells here. What I'm trying to show is that there are exceptional wells statistically across the whole play."<br>*Id.* at -782. |
| 59 | 6/6/2011<br><br>Speaker: M. Grubb<br><br>SandRidge Energy at RBC Capital Markets Global Energy & Power Conference | **GRUBB:**<br>"There is variation because in an area that big, you're going to have some little bit of variation in permeability, a little variation in ferocity [sic]. The bulk of this Miss is limestone but there is some degree of [chur]. There's some [chad]. There's various erosional features up on the (inaudible) conforming that impacts production. But statistically, I think we are going to be in a band that's going to work out for us very well." *Id.* at -392. |
| 21 | 11/4/2011<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **ANALYST:**<br>"What's been the spread between the poorer wells and the better wells versus that 300 barrel a day and is it locational or is it spread evenly? Is the randomness even throughout the play?"<br><br>**WARD:**<br>"Yes, I hear you now. So the play is a very large stratigraphic play, a stratigraphic trap, so it's not like a shale play, it's set up to where there's not really a core area. So within each of the areas we drill, there are good and bad wells. The statistic we can use and can prove, I guess, is that in our first 37 wells, there was 1 that we talked about that would not pay back its costs. On the downside, you have a low rate of return and on the upside you have some extraordinary wells. That's how you continue to have a very high rate of return on the overall play. But there is a wide variance in each of the areas, not in 1 particular area."<br>*Id.* at -192. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 21 | 11/4/2011<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **ANALYST:**<br>"You had previously said that you hadn't seen a hotspot develop or a core emerge in the play yet? Does that still hold after all the drilling you've done so far?"<br><br>**WARD:**<br>"Yes, we see the same type of variability across the play so far."<br><br>**ANALYST:**<br>"So, it's consistently inconsistent or consistently variable?"<br><br>**WARD:**<br>"Yes, it's consistently variable, yes." *Id.* at 193. |
| 67 | 2/7/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy at Credit Suisse Energy Summit | "And you can see on the next page, we go through and just lay out all the wells we've drilled, there is some very, very good wells and some poor wells. We see that all the way across the play. So we have not identified one particular area that is tremendously better than other areas. We might see that over time, we just don't know, in a very large play like this." *Id.* at -466. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 22 | 2/24/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **ANALYST:**<br>"Just following up on the Miss, with about 2 million acres across the play for you guys, do you think about maybe at the Analyst Day breaking it up into couple different sections with different type curves? Just trying to figure out the best way for us to optimize modeling it."<br><br>**WARD:**<br>"I think at the Analyst Day, we still don't know enough about the entirety of the play to be breaking out different type curves. What we've tried to do is have a type curve that we feel is representative of the whole play, and we'll talk more about the extension versus the original part that we brought into and how the geology is the same and how it might differ. And I think post Tuesday, you probably should have a better understanding of how come we bought acreage where we did. To say we're going to have a different type curve is just probably too new for that until we drill more extensively across the play that I'm sure there will be areas that are better than others. We just have not drilled enough across the whole play to understand that yet. What we're really seeing is good wells across the whole play and so you can drill within areas, instead of saying you have one core area. Within each of our townships there are good areas to drill and areas that aren't quite so good. We've drilled the most wells in the play and think that we understand where we like to drill so far . . . ." *Id.* at -211-12. |
| 22 | 2/24/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **ANALYST:**<br>"But, Tom, I was hoping you could elaborate a bit more on your thinking with the Mississippian acreage. I think we're getting the message that you guys have a kind of diminished need or appetite to sell more acreage, but how does that fit with your incremental $50 million to buy acreage in the Mississippian?"<br><br>**WARD:**<br>"As I mentioned earlier, within townships we have a different taste in different types of wells. If you noticed in the last 43 wells that we gave production on in the last slides that we had, there's some wells that are extremely good and some wells that are poorer, and I think there are geological reasons around that." *Id.* at -215. |

| **EX.**[1] | **DATE & SOURCE** | **STATEMENT** |
|---|---|---|
| 69 | 3/26/2012<br><br>SandRidge Energy at Barclays High Yield Conference | SandRidge disclosed to investors a map showing 30-day peak average production rates by county, which showed Grant county (281 Boe/day) as more productive than some counties (i.e., Woods (220 Boe/day)), but less productive than others (i.e., Alfalfa (366 Boe/day)).<br>*Id.* at -337. |
| 23 | 5/4/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **WARD:**<br>"We have started our first two wells in the extension portion of our Mississippian Play. Like the rigs in the Mississippian, we expect to have a statistical combination of good and not as good wells. However, this is still a play that, in the long-term, will provide excellent returns for the Company and our investors." *Id.* at -309. |

| | | |
|---|---|---|
| 23 | 5/4/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **ANALYST:**<br>"Okay, thanks. Tom, you mentioned those two wells that had pretty robust production rates over the first 30 days. I know you don't necessarily like pointing out, specifically, your best wells in the play, but is anything that can be said about that particular area of those wells that were different than others or it just the variability you tend to see across the play?"<br><br>**WARD:**<br>"If we have the best well drilled in the US in the last three years, that would need be something that's a little bit different. But other than that, there just very good wells. We're in the middle of an oil system that you're going to have good wells. We have a couple of wells in Grant County that will produce over 1,000 barrels a day. It's not so unusual to have really good wells. But what I really would love for people to focus on is that over thousands of wells, we have the ability to make very high rates of return.<br>If you look on the slide where we show our Mississippian production growth, you'll see a dramatic move up. But even if you normalize that and go back over the last couple of years where you're just averaging 300 barrels a day, you have tremendous growth in a very, very large asset base. It does maybe frustrate me to see one well here and one well there across every play in the United States talked about with just the assumption that every well is going to be like that. We really don't believe that every well is going to be 1,000 barrels a day here. But we really do believe it's going to be somewhere between 244 barrels a day and 315 barrels a day and if that happens, we will have a Company that changes dramatically."<br><br>**ANALYST:**<br>"Okay. Then in particular with those couple wells, not to belabor the point, but there wasn't any difference in the way you completed that well which could be applicable elsewhere and/or it's not just a really good sweet spot where you've got some more development opportunity that could actually be pretty interesting?"<br><br>**WARD:**<br>"No, it was completed the same way. To say it's not a really good sweet would be wrong, but I think that there are opportunities to drill wells around high permeability streaks that you do have two |

| EX.[1] | DATE & SOURCE | STATEMENT |
| --- | --- | --- |
| | | or three wells that will be above average. Then we drill other areas to where wells can be a little bit below average. But overall, I think we've shown that we can continue to increase our rates over the course of time. I don't know if that happens from this point forward, but it doesn't have to." *Id.* at -314-15. |
| 23 | 5/4/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **WARD:**<br>"But we have a couple of wells in Grant that are not that good, but just in the same ballpark of over 1,000 barrels of oil. We've had good wells that we've had wells like that in Barber and Harper, so if you notice, some of the fluctuations on 30-day IPs, that comes from great wells coming on and then falling off. But what I really, really tried to do is to focus you on 200 to 300 barrels a day or 250 to 300 barrels a day and if you do that a few thousand times, these other wells will be just gravy." *Id.* at -322. |
| 23 | 5/4/2012<br><br>Speaker: M. Grubb<br><br>SandRidge Energy Earnings Call | **ANALYST:**<br>"Can you talk to some of the similarities or differences that you're seeing in gas versus oil content in the production mix from the wells that you've drilled in the northwest versus wells drilled in the southeast and central portions of your acreage?"<br><br>**GRUBB:**<br>"The gas and oil content varies a little bit. I will say that, probably you look at the last four quarters of drilling and we drilled all over this area, your gas content, or actually let's talk about oil production. I look at the oil as a percent of total production, it probably ranges kind of 45% to 46%, it's a fairly tight range. The two, you look at just current production where the Miss is producing nearly 27,000 barrels equivalent, on that particular day it's actually probably a little bit over 50% oil. A lot of that has to do with just the recent wells we've brought on in Alfalfa that just had higher oil content. For example, the wells that Tom's been talking about is probably 90%-plus oil and so, that did, it's a big enough well that drilled the overall average. Overall, every well we drilled, we drilled enough wells in any one area that range is fairly tight." *Id.* at -323. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 74 | 5/7/2012<br><br>SandRidge Energy at Susquehanna 2012 Energy & Resources Conference | SandRidge disclosed to investors a map showing 30-day peak average production rates by county, which showed Grant county (274 Boe/day) as more productive than some counties (i.e., Woods (201 Boe/day)), but less productive than others (i.e., Alfalfa (357 Boe/day)).<br>*Id.* at -562. |
| 29 | 5/11/2012<br><br>Speaker: M. Grubb<br><br>SandRidge Mississippian Trust I Earnings Call | **ANALYST:**<br>"And then if I look at the way from the second to third distributions, production on an aggregate basis went up from the third to fourth distributions, it actually went down a little bit but you brought online 12 wells. So you brought on line the similar number of wells, was there – is there something that kind of explains that or are there some – is there something that's declining faster or that trend to me was a little confusing."<br><br>**GRUBB:**<br>"Yes, there's a number of factors that play into that. If you look at the third distribution period, I think we average about 4,900 barrels equipment per day in the fourth or current distribution period. We average about 4540 barrels equivalent per day, so there was a slight drop off. Two or three things explain that one is just statistically, we do move around this Trust and there is some variation in the wells that come online, it could be better the next period or whatever but that does move around a little bit." *Id.* at -115-16. |
| 76 | 6/4/2012<br><br>SandRidge Energy at RBC Capital Markets' Global Energy and Power Conference | SandRidge disclosed to investors a map showing 30-day peak average production rates by county, which showed Grant county (284 Boe/day) as more productive than some counties (i.e., Woods (203 Boe/day)), but less productive than others (i.e., Alfalfa (377 Boe/day)).<br>*Id.* at -607. |
| 78 | 6/26/2012<br><br>SandRidge Energy at Global Hunter Securities – 100 Energy Conference | SandRidge disclosed to investors a map showing 30-day peak average production rates by county, which showed Grant county (297 Boe/day) as more productive than some counties (i.e., Woods (204 Boe/day)), but less productive than others (i.e., Alfalfa (383 Boe/day)).<br>*Id.* at -699. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 79 | 7/11/2012<br><br>SandRidge Energy at UBS Access: Energy 1x1 Conference | SandRidge disclosed to investors a map showing 30-day peak average production rates by county, which showed Grant county (297 Boe/day) as more productive than some counties (i.e., Woods (204 Boe/day)), but less productive than others (i.e., Alfalfa (383 Boe/day)).<br>*Id.* at -723. |
| 24 | 8/3/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **ANALYST:**<br>"And then, just thinking about these five wells that you put on-line that were about 2,000 barrels of oil equivalent a day on a 30-day rate. Can you talk a little bit about what you're seeing that's leading to that variability? Has there been any more science to identify areas where you're having those kinds of impacts? Anything new since last quarter in terms of what you've learned about those wells?<br><br>**WARD:**<br>"No, you're just going to have a few percent of your wells are going to be extraordinary. And, what the industry does is really focus on the few percent of wells that produce very high volumes, and not the total wells that all of us drill. So, we will dry [sic.] high-volume wells especially when you hit a nice permeability streak, and you have good storage capacity in a location, and they'll come on a very high rate. That's nothing new to this play or any other play I've ever been associated with. It's just that over the years, we've come more to rely on a single 24-hour IP or a 30-day IP of one particular well rather than a play.<br><br>What we're trying to do is to get you to focus on a play that's going to cover hundreds of miles in size and scale, and that you don't need to have 1,000 or 2,000 barrels a day in order to build a company."<br>*Id.* at -277. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 24 | 8/3/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy Earnings Call | **WARD:**<br>"[A]nd we're comfortable with the extension play because there's so many vertical wells that have been drilled, and they produce oil and we're in an oil system. So, the same types of rocks – the same type of geology. That's what makes us comfortable, and you know we're seeing oil. So that's all the color we're going to give because we will drill good wells, and we'll drill poor wells. In the next few months, we'll have enough of a dataset to be able to say if these counties, early on, are as good as the counties to the south." *Id.* at -284. |
| 81 | 8/14/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy at EnerCom Inc. Oil and Gas Conference | **WARD:**<br>"But one of the things we get asked about and it is made an assumption that a lot of wells are drilled that produce 2000 barrels a day equivalent, and that is just not the case. So in our search, so the SandRidge search from public records, we could only find six wells that had ever produced in any of these reservoirs at over – a 30-day maximum of over 2000 barrels, which two of those are in the Mississippian, out of the 640 well total that had been drilled at that time.<br><br>So I still contend that it is much more important to have hundreds of wells that make 275 barrels a day than it is to make two wells that make 2000 barrels a day, and that is what will drive our production growth.<br>In fact, most of the wells we drill average 100 to 500 barrels a day. There is 212 wells out of the 326 wells that we have 30-day production on that average 100 to 500 barrels a day. Those are the wells that drive our production growth. However, we do have wells that drag us up from 263 barrels a day to the 336, and those are in the additional 56 wells that have been drilled that make more than that." *Id.* at -322. |

| EX.[1] | DATE & SOURCE | STATEMENT |
|---|---|---|
| 84 | 9/5/2012<br><br>Speaker: T. Ward<br><br>SandRidge Energy at Barclays CEO Energy Power Conference | **WARD:**<br>"We don't need a high rate of oil in order to make the rate of return. In fact, we only look for wells to produce around 275 barrels a day for a 30-day average to hit our type curve and that's the vast majority of wells we'll drill.<br><br>But there are times that we can drill high rate oil wells and those do help us in order to be able to achieve our average rate of 335 barrels a day, which we've done to date, on the 364 wells that have 30 days of production. But the key point to this, this slide and why I look at page 13 as being the most important slide we talk about, is that we're asking our wells to produce somewhere between 100 and 500 barrels a day and the majority of wells we drill will do that. So 237 wells out of the 364 wells that we drill make between 100 and 500 barrels a day, almost equally are the wells that are below and above that." *Id.* at -070. |