**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al.,<br><br>Defendants. | Case No. 15-cv-634-G |

**DECLARATION OF DEFENDANT TOM L. WARD**

I, Tom L. Ward, do declare and state as follows:

1. I submit this Declaration in support of Defendants' Motions for Summary Judgment in the *Glitz* and *Lanier* litigation.

2. I founded SandRidge Energy, Inc. in 2006 in Oklahoma City, Oklahoma, where the company maintains its headquarters today. I served as the company's President, Chairman, and CEO until June 2013.

3. During my tenure as SandRidge's CEO, I did not directly oversee the year-end estimation analyses that Netherland Sewell & Associates, Inc. performed for SandRidge, SandRidge Mississippian Trust I, or SandRidge Mississippian Trust II. To the best of my recollection, I had no direct communications with Netherland Sewell employees regarding their work for SandRidge, Trust I, or Trust II. I would occasionally receive updates on Netherland Sewell's analysis from certain SandRidge employees.

4. I did not decide which wells Netherland Sewell should include or exclude in its type curve or reserve estimations, how Netherland Sewell should model the decline of proved developed producing wells, what "B Factor" Netherland Sewell should use in any type curve, or any other inputs included in Netherland Sewell's analysis. I respected Netherland Sewell's independence as an outside estimator, authorized and required under applicable professional standards, to reach its own judgments.

5. I relied upon the accuracy of the final opinions that Netherland Sewell provided to SandRidge, Trust I, and Trust II.

6. During my tenure, SandRidge began to use electrical submersible pumps or "ESPs" in some of its horizontal Mississippian wells. I believed at the time, and still

believe today, that ESPs can be an efficient method for producing large quantities of oil and gas from Mississippian horizontal wells. Throughout 2011 and 2012, I believed that, on average, the use of ESPs would increase the EUR of SandRidge's Mississippian horizontal wells and not merely accelerate production.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April 2020.

[signature]

Tom L. Ward