# EXHIBIT 2

CRANE - 5/16/19

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

--------------------------

In re: SANDRIDGE ENERGY, No. 5:12-cv-01341-G
INC. SECURITIES LITIGATION

--------------------------

This Document relates to:
ALL ACTIONS.

--------------------------

VIDEOTAPED DEPOSITION OF STEVEN D. CRANE

DALLAS, TEXAS

May 16, 2019

Reported by: Susan S. Klinger, RMR-CRR, CSR

Job No. 160526

CRANE - 5/16/19

A. No. 03:13
Q. Let's say if that well were 100 03:13
miles from the next closest well, would it be 03:13
proper? 03:13
A. In the next hundred miles you are -- 03:13
the probability is you're going to be in a 03:13
different geology. 03:13
Q. Okay. Sir, the Mississippian goes 03:13
from what to what? 03:13
A. The Mississippian Lime goes from 03:13
Oklahoma up into the northern edge of Kansas. 03:13
It also goes to the eastern edge of Kansas. If 03:13
you look at the geologic characteristics of the 03:13
lime -- the Mississippian limestone in Woodson 03:14
County, Kansas at 1,500 feet and a thinner -- 03:14
much thinner interval, that will be very 03:14
different than if you are looking at the 03:14
Mississippian limestone in the core area. 03:14
And we're talking about the core 03:14
area where even in the expert reports from your 03:14
side and what was presented by SandRidge is 03:14
conventional geology with a fairly consistent, 03:14
though random geologic basis. 03:14
Q. Did you get SandRidge's 03:14

representations of the geology that are in its SEC filings as part of your report? 03:14 03:14

A. No. I used mine from their presentations. 03:14 03:14

Q. Did you ever see anything in SandRidge's representations about the geology of the Mississippian that you thought was misleading? 03:14 03:14 03:14 03:14

A. No. 03:14

Q. I probably dispute whether there is 100 miles there, but I will take it for the purposes of my question. Let's say there is a step-out well that is 50 miles from the next well. SandRidge decides it won't drill any more wells in that area. Is it improper to exclude that well from the type curve? 03:14 03:15 03:15 03:15 03:15 03:15 03:15

A. If the geology is the same geology as in the area you are developing, it would be improper to ignore that information. 03:15 03:15 03:15

Q. Okay. And the basis for your saying it is improper is stated in what set of standards? What standards are you applying? 03:15 03:15 03:15

A. What you are looking at is a statistical play where you have randomness in 03:15 03:15

CRANE - 5/16/19

MR. KARAM: I'm happy to do that. 03:27

MR. PHILLIPS: Thank you. 03:27

MR. KARAM: But I don't want you cutting off the witness. 03:27

MR. PHILLIPS: I'm not cutting off the witness, sir. 03:27

Q. Now, oil and gas reserves estimation involves judgment about how to -- how to interpret available data, doesn't it, sir? 03:27

A. Yes. 03:27

Q. And that judgment includes what to include and not to include in a type curve analysis, doesn't it, sir? 03:27

A. Yes. 03:27

Q. Do you agree that two engineers acting in good faith could reach different conclusions about a particular well's EUR? 03:27

A. Yes. 03:27

Q. And do you agree with my statement that -- strike that. 03:27

Do you agree that type curves are predictive statements? 03:27

A. Yes. 03:27

Q. Now, I would like to go to your 03:27