# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

In Re: SANDRIDGE ENERGY, INC. SHAREHOLDER DERIVATIVE LITIGATION

No. CIV-13-102-W

Volume I

VIDEO DEPOSITION OF LANCE GALVIN
TAKEN ON BEHALF OF THE LEAD PLAINTIFFS
ON JANUARY 8, 2019 BEGINNING AT 10:04 A.M.
IN OKLAHOMA CITY, OKLAHOMA

APPEARANCES:

On behalf of the Lead Plaintiffs:

MR. FRANCIS KARAM
MR. CHRIS GILROY (via telephone)
MR. EVAN KAUFMAN (via telephone)
ROBBINS, GELLER, RUDMAN & DOWD
58 South Service Road, Suite 200
Melville, New York 11747
631.367.7100
fkaram@rgrdlaw.com
cgilroy@rgrdlaw.com
ekaufman@rgrdlaw.com

ALSO PRESENT: Lynn Pittinger

On behalf of the Witness and Defendants - Bennett, Grubb, SandRidge:

MR. C. WILLIAM PHILLIPS
MS. ELISA S. SOLOMON
COVINGTON & BURLING
620 Eighth Avenue
The New York Times Building
New York, New York 10018-1405
212.841.1204
cphillips@cov.com
esolomon@cov.com

(Appearances continued on Page 2)

Reported by: Cheryl D. Rylant, CSR, RPR, Job No. 10051025

**data?**
MR. PHILLIPS: Objection to form.
THE WITNESS: I don't recall.
**Q. (By Mr. Karam) Did you offer methodologies to them?**
A. Again, I don't recall.
**Q. Did you criticize their methodologies at any time?**
A. I don't recall.
**Q. Did you, at any time, suggest that they change the parameters of their type curve?**
A. I don't specifically recall.
**Q. Do you recall -- well, describe for me the process by which Netherland Sewell created a type curve at the end of 2011 for SandRidge?**
A. I think I could describe a generic process. I don't know that I can recall and describe that specific time period process.
**Q. Okay. Well, do your best to be as close as possible to -- to what -- what happened in 2011. And if you can't, you can tell me generally.**
MR. PHILLIPS: Objection to form. I think he just told you that he can't and that he would tell you generally.
**Q. (By Mr. Karam) Tell me generally first, and**

**then we'll see if we can refresh your memory specifically.**

A. We would provide Netherland Sewell a database of PDP wells and the production, the daily production and monthly production data of those wells in a database form. They go and take that data and do their interpretation, their analysis, their evaluation, their forecast work, and use that data, then, to come up with type curves that would, then, be used as part of the reserve report.

**Q. Did you supply them with all of the data on the PDP wells? Forgive me for interrupting. Let's just confine ourselves to the Mississippian --**

A. Okay.

**Q. -- to SandRidge's Mississippian wells.**

A. Okay.

**Q. So -- so my question would be specifically, in -- at the end of 2011, did you supply Netherland Sewell, you being SandRidge, with all of the data for SandRidge's PDP wells in the Mississippian?**

A. "All of the data" is pretty broad. We provided them production data, we provided them well header information allowing them to generate maps. We provided them -- it's my recollection anyway that we provided them LOS/LOE information that would allow

them to validate the other input parameters for differentials in the LOE.

**Q. But you -- you did --**

MR. PHILLIPS: I'm sorry, were you finished?

THE WITNESS: I'm -- I'm finished.

**Q. (By Mr. Karam) Okay. You did provide them with all of the production information on the PDP wells in the Mississippian?**

A. To the best of my knowledge.

**Q. So let's take a look at -- this will be No. 17, Galvin No. 17.**

(Whereupon, Galvin Exhibit No. 17 was marked for identification and made part of the record.)

MR. KARAM: Does everyone have these, the document?

**Q. (By Mr. Karam) This is -- Galvin No. 17 is SandRidge_Securities_0456113.**

**Do you recognize this, Mr. Galvin?**

A. It was a long time ago. I was copied on this, though.

**Q. This is an e-mail sent by David Miller to you; is that correct?**

A. Correct.