# EXHIBIT 4

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated, Plaintiffs, vs. SANDRIDGE MISSISSIPPIAN TRUST I, et al., Defendants. | Case No. CIV-15-634-G |
| In re: SANDRIDGE ENERGY, INC. SECURITIES LITIGATION, | Case No. CIV-12-1341-G |
| This Document Relates to: ALL ACTIONS | |

VOLUME I

VIDEOTAPED DEPOSITION OF MATTHEW GRUBB
TAKEN ON BEHALF OF THE PLAINTIFFS
IN OKLAHOMA CITY, OKLAHOMA
ON MARCH 21, 2019

REPORTED BY: DAVID BUCK, CSR

recover 204,000 barrels of oil.

Q. Okay. And what about the 456 total Mboe, what does that represent?

A. It represents the equivalent barrels of oil and gas.

Q. And then a few items down it says 93 percent IRR.

Do you see that?

A. Yes.

Q. Okay. What does that represent?

A. It represents a 93 percent rate of return if you drill -- I don't know what the well cost. Okay, if you can drill and complete the well for $3.2 million, get through these reserves and the timeframe you get them, the production rates you get them, then you would -- and the -- and using the NYMEX strip of the April 23rd, 2012, the drilling project would develop a -- would generate a 93 percent rate of return.

Q. And on this slide it uses the letters IRR and the last exhibit it used ROR. Is there a difference between the two or -- or do you view them as the same?

A. I view them as the same.

Q. At any point throughout all 2012 until