# EXHIBIT 5

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST,)
individually and on behalf of )
all others similarly situated,)
)
Plaintiffs, )
)
vs. ) Case No. CIV-15-634-G
)
SANDRIDGE MISSISSIPPIAN TRUST )
I, et al., )
)
Defendants. )
______________________________)
)
In re: SANDRIDGE ENERGY, ) Case No. CIV-12-1341-G
INC. SECURITIES LITIGATION, )
______________________________)
)
This Document Relates to: )
)
ALL ACTIONS )

VIDEOTAPED DEPOSITION OF CRAIG JOHNSON
TAKEN ON BEHALF OF THE PLAINTIFFS
IN OKLAHOMA CITY, OKLAHOMA
ON MARCH 5, 2019

REPORTED BY: DAVID BUCK, CSR

pump -- that's what submersible pumps refers to?
A. Correct.
Q. And he says in the last sentence of his response that these related factors can cause production drop or production increase from period to period.
Do you see that?
A. I do.
Q. And so he's saying that the timing of the submersible pumps can cause production to go up or it can cause production to go down. Correct?
MR. HORNE: Objection to form.
THE WITNESS: Appears that's what he's -- what he's meaning.
Q. (By Mr. Barry) Let me shift gears again if I could. Did Tom Ward ever ask you -- you can set that aside.
A. Okay.
Q. Thank you.
Did Tom Ward ever ask you to misrepresent or distort any SandRidge data that made its way to investors?
MR. REICH: Objection.
THE WITNESS: No.
Q. (By Mr. Barry) How about any Trust I data?

A. No.
Q. Same question for Matt Grubb and James Bennett.
A. No.
Q. Did Tom Ward ever ask you in word or in substance to do anything to manipulate or distort SandRidge's Mississippian production data that you used or in share -- or shared internally?
A. No.
Q. How about Mr. Bennett or Mr. Grubb?
A. No.
Q. Did Tom Ward ever ask you in words or in substance to do anything that you believed was misleading or improper in order to achieve a particular result in the Mississippian?
A. No.
Q. Same question for Mr. Bennett and Mr. Grubb.
A. No.
Q. Are you aware of any instance where Tom Ward made a false or misleading public statement about SandRidge's production in the Mississippian?
A. No, I'm not aware.
Q. About Trust I's production?
A. No.
Q. And same question for Matt Grubb and James