# EXHIBIT 6

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

SANDRIDGE MISSISSIPPIAN TRUST I, et al.,

Defendants.

Case No. CIV-15-634-G

In re: SANDRIDGE ENERGY, INC. SECURITIES LITIGATION,

Case No. CIV-12-1341-G

This Document Relates to:

ALL ACTIONS

VIDEOTAPED DEPOSITION OF DOUG JOHNSON
TAKEN ON BEHALF OF THE PLAINTIFFS
IN OKLAHOMA CITY, OKLAHOMA
ON MARCH 26, 2019

REPORTED BY: DAVID BUCK, CSR

A. Yes.
Q. Was it a secret that SandRidge used ESPs during your time at the company?
A. I don't believe so.
Q. Did Tom Ward ever tell you to keep it a secret that SandRidge was using ESPs?
A. No.
Q. Can you think of any reason that it would need to be kept secret that SandRidge was using ESPs?
A. No.
Q. And I believe you testified earlier that an ESP can increase the overall liquid output of a well. Is that right?
A. That's my opinion, yes.
Q. And that would in -- that would include increase oil output?
A. Total fluid, oil being part of the total fluid, yes.
Q. Right. So, in your opinion an ESP can increase overall EUR of a particular well. Is that fair?
MR. PHILLIPS: Objection.
THE WITNESS: I -- I -- I don't think I can answer that question.
Q. (By Mr. Barry) And conversely let me ask the

standpoint?

MR. REICH: Sorry. Objection.

THE WITNESS: Yes.

Q. (By Mr. Barry) And that would include reasonable consistency across the Mississippian as a whole in terms of geological traits like porosity, thickness and stratigraphic conformity?

MR. REICH: Objection.

Q. (By Mr. Barry) Correct?

A. Yes, with the, referencing back to your earlier question, local variations within, I would answer the question yes.

Q. So just to be clear, describing the Mississippian on the whole and the area of the Mississippian which SandRidge had an interest it would be fair to describe that region on the whole as consistent with respect to those characteristics?

MR. REICH: Objection.

THE WITNESS: Yes.

Q. (By Mr. Barry) Did Tom Ward at any point during your tenure with the company ever tell you to misstate or misrepresent anything related to the geology of the Mississippian?

A. No.

Q. Did Tom Ward ever tell you in words or in

substance to misstate or misrepresent anything related to the Mississippian that would have been communicated to the public?

A. No.

Q. Did Tom ward ever tell -- ever tell you to misstate or misrepresent anything related to the Mississippian that would have been used by the company for internal purposes?

A. No.

Q. And are you aware of any instance where Tom Ward made a false or misleading public statement about SandRidge's production or operations in the Mississippian?

MR. REICH: Objection.

Q. (By Mr. Barry) You can answer.

A. No.

MR. BARRY: No further questions. Thank you.

MR. PHILLIPS: What was our last exhibit?

MR. REICH: Twenty-eight.

THE WITNESS: Twenty-eight.

MR. PHILLIPS: And what was my number?

FURTHER CROSS EXAMINATION

BY MR. PHILLIPS:

Q. Did Matt Grubb or -- or James Bennett ever ask you to misrepresent anything about SandRidge or