# EXHIBIT 8

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

Case No. 15-cv-00634-M

IVAN NIBUR, LAWRENCE ROSS, )
JASE LUNA, MATTHEW )
WILLENBUCHER, and the )
DUANE & VIRGINIA LANIER )
TRUST, Individually and On )
Behalf of All Others )
Similarly Situated,

Plaintiffs,

vs.

SANDRIDGE MISSISSIPPIAN )
TRUST I, SANDRIDGE )
MISSISSIPPIAN TRUST II, )
TOM L. WARD, JAMES D. )
BENNETT, MATTHEW K. GRUBB, )
RANDALL D. COOLEY, JIM J. )
BREWER, EVERETT R. DOBSON, )
WILLIAM A. GILLILAND, )
DANIEL W. JORDAN, ROY T. )
OLIVER, JR., JEFFREY S. )
SEROTA, D. DWIGHT SCOTT, )
RAYMOND JAMES & ASSOCIATES, )
INC., MORGAN STANLEY & CO., )
LLC (f/k/a MORGAN STANLEY & )
CO, INC.), MERRILL LYNCH, )
PIERCE, FENNER & SMITH, )
INC., CITIGROUP GLOBAL )
MARKETS, INC., and RBC )
CAPITAL MARKETS, LLC, )

Defendants,

SANDRIDGE ENERGY, INC.,

Nominal Defendant

---

interested in and calculate EUR for its different plays or sub-portions of plays?

MR. BAUER: Objection.

A. I -- I think if you read the public disclosures of public oil and gas companies, you might find some estimates in them.

Q. (BY MR. HAKLAY) Okay. The bottom of the four on the left of this page -- last question -- says IRR.

Do you see that?

A. I do.

Q. And what does that stand for?

A. I believe in this case it stands for internal rate of return.

Q. Is it a financial metric?

A. Typically speaking, yes.

Q. Okay. And there's a little number 1 in parenthesis, superscript 1, and it says (1) IRR based on $100/bbl oil & $5.50/Mcf gas price deck.

Did I read that correctly?

A. Yes.

Q. Okay. And if you look at that, that's -- the internal rate of return, which is a financial metric, is -- that's related in some way to the -- the barrels of oils equivalent because it's got a different price