# EXHIBIT 9

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: SANDRIDGE ENERGY, )
INC. SECURITIES LITIGATION,) Case No. 15-cv-00634-SLP
______________________________)

---

VIDEO-RECORDED DEPOSITION OF: KYLE KOONTZ - MARCH 7, 2019

---

PURSUANT TO NOTICE AND AGREEMENT, the video-recorded deposition of KYLE KOONTZ, was taken on behalf of the Plaintiff at 1600 Broadway, Suite 470, Denver, Colorado 80202, on March 7, 2019, at 10:01 a.m., before Joann M. Hansen, Registered Professional Reporter, Certified Realtime Reporter and Notary Public within Colorado.

doing so with another asset, and I've had conversations with other executives at BP that it's been very successful in other assets across the globe.

Q. And so because it's common to use ESPs, is it fair to say that it's commonly understood within the industry what it means when you use an ESP?

A. I would say, I think so, yeah.

Q. Now, just to put a final point on that, it's -- it's generally understood what it means when you're using ESP, but is it possible to know exactly how an ESP is going to perform on a particular well before you install an ESP?

A. No.

Q. Was SandRidge's strategy, either with respect to SandRidge wells, Trust I wells, or Trust II wells, to use ESPs at all costs?

A. No, that was not my impression.

Q. Was it SandRidge's strategy with respect to its wells or the trust wells to use ESPs to hide the fact that wells may have been underperforming?

A. No.

Q. I think you said earlier that there are a number of reasons that a company might decide to install an ESP on a well; is that right?

A. Yes.

Q. And one of -- one reason might be an uplift in production, right?
A. Yes.
Q. Another reason, if I understood you correctly, is just that ESPs are capable of handling high volumes of liquids that other lift methods are not; is that right?
A. Yes.
Q. And -- and was the Mississippian the type of area, in your experience, that called for the use of ESPs because of the high volume of liquid?
A. Yes.
Q. And was that one of the reasons that SandRidge was using ESPs?
A. Yes.
Q. So it wasn't to hide the fact that any wells were not performing in accordance with projections?
A. Not to any of my knowledge.
Q. I'm just asking the same question about -- same series of questions about the acceleration of SandRidge's drilling program. Do you remember you were asked a few questions about that?
A. Yes.
Q. Was it a secret that SandRidge was accelerating its drilling program in the Mississippian?

A. Not within the company.
Q. Did anyone tell you to keep it a secret, that you couldn't disclose the fact that SandRidge was accelerating its drilling?
A. No.
Q. Are you aware of any effort by Tom Ward or anyone else in executive management at the company to hide from the public the fact that SandRidge was accelerating its drilling in certain areas?
A. No.
Q. Can you think of any reason that they would have wanted or needed to hide the fact that they were accelerating drilling in the Mississippian?
A. No.
Q. Okay. Let me just shift gears, and I'm almost done. Did Tom Ward ever ask you to misrepresent or distort any SandRidge data that made its way to investors?
A. No.
Q. Any Trust I data that made its way to investors?
A. No.
Q. Same question for Matt Grubb and James Bennett, did they ever ask you to misrepresent or distort any data concerning the Mississippian?

A. No.

Q. Did Tom Ward ever ask you in words or in substance to do anything to manipulate or distort SandRidge's Mississippian production data that you used or shared internally?

A. No.

Q. Same question for Matt Grubb.

A. No.

Q. Did Tom Ward ever ask you in words or in substance to do anything that you believed was misleading or improper in order to achieve a particular result in the Mississippian?

A. No.

Q. Same question for Mr. Bennett and Mr. Grubb.

A. No.

Q. And are you aware of any instance where Tom Ward made a false or misleading public statement about SandRidge's production in the Mississippian?

A. No.

Q. Same question concerning statements by Tom Ward about Trust I's production in the Mississippian?

A. I don't know what kind of statements Tom made.

Q. And are you aware of any instance where Matt Grubb or James Bennett made a false or misleading