# EXHIBIT 10

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: SANDRIDGE ENERGY, )
INC. SECURITIES LITIGATION,) Case No. 5:12-cv-01341-G
_______________________________)

---

VIDEO-RECORDED DEPOSITION OF: DAVID LAWLER - FEBRUARY 21, 2019 AND FEBRUARY 22, 2019

---

PURSUANT TO NOTICE AND AGREEMENT, the video-recorded deposition of DAVID LAWLER was taken on behalf of the Plaintiff at 1600 Broadway, Suite 470, Denver, Colorado 80202, on February 21, 2019, at 10:14 a.m., adjourning on February 21, 2019, at 5:59 p.m., resuming on February 22, 2019, at 8:34 a.m. before Joann M. Hansen, Registered Professional Reporter, Certified Realtime Reporter and Notary Public within Colorado.

Q. And Mr. Grubert is back and he's again asking about capex, at the top of the page.
A. All right.
Q. And you see Mr. Grubb's response to Mr. Grubert's question?
A. Yes.
Q. And does Mr. Grubb respond to Mr. Grubert by referring to or describing the use of the ESPs?
A. It says, "And then also you have electrical infrastructure we're building to install our subpumps."
Q. Has Mr. Grubb attempted to communicate that, again, SandRidge is using ESPs in developing these wells?
A. Yes.
Q. I'm done with that one.
A. Okay.
Q. And I have just a few other follow-up questions on slightly different topics.
Did Mr. Ward ever ask you to do anything to distort the actual production of SandRidge wells?
A. Never.
Q. Are you aware of Tom Ward ever making any false statements about SandRidge production -- oil production?
A. No.

Q. Did Tom Ward ever ask you to in any way manipulate production data?
A. No.
Q. Are you aware of any instance in which Mr. Ward did anything to attempt to mislead investors or to hide negative production trends?
A. No.
Q. All right. Do you have any reason to believe that Mr. Ward didn't believe that SandRidge would achieve its goals as far as oil production?
A. No.
MR. WORD: I have no further questions. Thank you.

EXAMINATION

BY MR. SPRINGER:
Q. Good afternoon. Again, as a reminder, I'm David Springer. I represent SandRidge Mississippian Trust I. I have truly one minute of questions.
There was an outside financial institution that served as the trustee of SandRidge Mississippian Trust I, correct?
A. I'm not sure.
Q. I'll represent to you --
A. I wasn't really involved with the trust, so I'm not quite sure how they were set up.