# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

SANDRIDGE MISSISSIPPIAN TRUST I, et al.,

Defendants.

Case No. CIV-15-634-G

---

IN RE: SANDRIDGE ENERGY, INC. SECURITIES LITIGATION,

Case No. CIV-12-1341-G

---

This Document Relates To ALL ACTIONS

VIDEOTAPED DEPOSITION OF DANH NGUYEN

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON FEBRUARY 27, 2019

REPORTED BY: KAREN B. JOHNSON, CSR

MR. PHILLIPS: Objection. Withdraw the objection. Go ahead, keep looking.
THE WITNESS: Looks familiar, yes.
Q (By Mr. Karam) Can you tell me what it is?
A It appears to be a spreadsheet that was produced by Netherland Sewell.
Q Mr. David Miller from Netherland Sewell?
A It came from David Miller, correct.
Q What was Netherland Sewell's role in relation to SandRidge?
A They were the third-party independent engineer.
Q What was their duty or responsibility with regard to SandRidge?
A To provide an independent full engineering analysis on wells that we would engage them in working on.
Q And they were -- it was their charge to estimate proved reserves; is that correct?
A Proved reserve being one of the items, correct.
Q And in particular, Mr. Miller estimated proved reserves for the Mississippian, SandRidge's Mississippian wells; is that correct?

MR. PHILLIPS: Objection.

THE WITNESS: We first have to establish that that really did happen, I don't know if it did happen.

Q (By Mr. Baker) Sure. Well, first, are you aware of that happening then?

A I don't recall.

MR. BAKER: Why don't we take a quick break and I'll see if I have anything else.

THE VIDEOGRAPHER: Off the record, 3:23.

(Break taken from 3:23 to 3:31)

THE VIDEOGRAPHER: Back on the record, 3:31.

MR. BAKER: Mr. Nguyen, thank you for your time, I have nothing further. Pass the witness.

MR. WORD: Time for me to go? Hi, Mr. Nguyen, I have a few questions, as I mentioned before, I represent Tom Ward -- I need to get a microphone?

CROSS-EXAMINATION

BY MR. WORD:

Q Mr. Nguyen, I'm sure you heard me, but, again, for the videotape, my name is Christian Word, I represent Tom Ward. I'm going to ask you just a few questions focused on Tom. To start, did Tom

ever ask you to prepare any reports?
A Directly, no.
Q Yes. Did --
A That I recall.
Q That's fair. Did Tom ever ask you to misreport or manipulate any data you provided to Netherland Sewell?
A No.
Q Did Tom ever ask you to misrepresent or distort any data you provided to banks?
A No.
Q Did Tom ever ask you to misrepresent or distort any information that you might have provided that made its way to investors?
A No.
Q Did Tom ever ask you to misrepresent or distort any information internally?
A No.
MR. WORD: Thank you.

CROSS-EXAMINATION

BY MR. BENESH:
Q I'll take about as much time. Mr. Nguyen, I introduced myself earlier, my name is Steve Benesh and I represent Mississippian Trust I in one of the two lawsuits that brings us here today. The trust