# EXHIBIT 13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

IVAN NIBUR, LAWRENCE ROSS, JASE LUNA, MATTHEW WILLENBUCHER, and the DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs. — Case No. 15-cv-00634-M

SANDRIDGE MISSISSIPPIAN TRUST I, SANDRIDGE MISSISSIPPIAN TRUST II, TOM L. WARD, JAMES D. BENNETT, MATTHEW K. GRUBB, RANDALL D. COOLEY, JIM J. BREWER, EVERETT R. DOBSON, WILLIAM A. GILLILAND, DANIEL W. JORDAN, ROY T. OLIVER, JR., JEFFREY S. SEROTA, D. DWIGHT SCOTT, RAYMOND JAMES & ASSOCIATES, INC., MORGAN STANLEY & CO. LLC (F/K/A MORGAN STANLEY & CO INC.), MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., and RBC CAPITAL MARKETS, LLC,

Defendants.

SANDRIDGE ENERGY, INC.

Nominal Defendant.

CONFIDENTIAL TRANSCRIPT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

In re SANDRIDGE ENERGY, INC. )
SECURITIES LITIGATION, )
) Case No. 5:12-CV-01341-G
This Document Relates to: )
ALL ACTIONS. )

DEPOSITION OF TODD N. TIPTON

December 6, 2018

9:02 a.m. - 10:43 a.m.

Reported by: Carrie LaMontagne, CSR No. 1976

say they're pretty good.
Q. Okay. You didn't work directly with Netherland Sewell?
A. No.
Q. Okay. Let me ask you this.
Do you -- do you personally believe that you committed any frauds in connection with the formation of these trusts?
A. Absolutely not.
Q. Did you tell any lies to anybody in connection with these trusts?
MR. HORNE: Objection. Vague.
BY MR. BAUER:
Q. You can still answer.
A. No.
Q. Did you ever mislead Matt Grubb about the Mississippi Lime play in any way?
A. No.
Q. Did you ever mislead Tom Ward at any time about the Mississippi Lime play in any way?
A. No.
Q. Did either of those two gentlemen ever mislead you about the Mississippi Lime play?
A. No.
Q. Have you ever made any, you know,

fraudulent statements about the Mississippi Lime play?

MR. HORNE: Objection. Vague.

BY MR. BAUER:

Q. Is that too vague a question?

Have you ever lied about the Mississippi Lime play?

A. No.

MR. HORNE: You personally is what you meant, right, Counsel?

MR. BAUER: What?

MR. HORNE: You meant you personally or you Sandridge?

BY MR. BAUER:

Q. I'm talking to a person. It's you.

MR. HORNE: I wasn't clear from the question.

THE WITNESS: No.

BY MR. BAUER:

Q. When I say you, I'm talking about you.

Do you understand that?

A. Yes, and it's no.

Q. Let me ask you this.

Are you aware of any efforts whatsoever by anyone at Sandridge to mislead investors about the

Transcript of the Testimony of

# TODD N. TIPTON, VOLUME II March 18, 2019 and March 19, 2019

Duane & Virginia Lanier Trust, et al.
v
Sandridge Mississippian Trust I, et al.

**Connie S. Dyke, RPR, CRR, RMR**


***Connie S. Dyke, RPR, CRR, RMR***
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444


CELEBRATING 20 YEARS
Of Court Reporting In Colorado
H&C
Hansen & Company, Inc.
Serving Colorado's Legal Community

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IVAN NIBUR, LAWRENCE ROSS, JASE LUNA, MATTHEW WILLENBUCHER, and the DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No: 15-cv-00634-M |
| SANDRIDGE MISSISSIPPIAN TRUST I, SANDRIDGE MISSISSIPPIAN TRUST II, TOM L. WARD, JAMES D. BENNETT, MATTHEW K. GRUBB, RANDALL D. COOLEY, JIM J. BREWER, EVERETT R. DOBSON, WILLIAM A. GILLILAND, DANIEL W. JORDAN, ROY T. OLIVER, JR., JEFFREY S. SEROTA, D. DWIGHT SCOTT, RAYMOND JAMES & ASSOCIATES, INC., MORGAN STANLEY & CO., LLC (f/k/a MORGAN STANLEY & CO, INC.), MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS, INC., and RBC CAPITAL MARKETS, LLC, | ) |
| Defendants. | ) |
| SANDRIDGE ENERGY, INC., | ) |
| Nominal Defendant. | ) |

(The last question was read as follows: "Do you believe that SandRidge, Mr. Ward, Mr. Bennett, or Mr. Grubb, made any false statements to investors during the time period in which you were employed at SandRidge?")

A. No, absolutely not.

**Q. (BY MR. WORD) You were shown a copy of two prospectuses, Exhibits Number 46 and 47.**

MR. REICH: Yes.

**Q. (BY MR. WORD) Do you recall that?**

A. Yes.

**Q. And you read a number of passages in those documents, right?**

A. Yes.

**Q. And those passages made statements about the geology of the Mississippian, correct?**

A. Correct.

**Q. Do you believe today that any of those statements about the geology of the Mississippian were incorrect?**

MR. HAKLAY: Objection.

A. Today?

**Q. (BY MR. WORD) Yes.**

A. Okay. No.

**Q. Did you at any time believe those statements**

I'll ask it again.

**Q. (BY MR. WORD) In your conversation with the plaintiffs' lawyer that we discussed a few moments ago --**

A. Yes.

**Q. -- do you recall telling that individual anything other than that Mr. Ward, Mr. Bennett, and Mr. Grubb attended meetings at SandRidge?**

A. Yes, that's right. They attended meetings, yes, right.

**Q. Do you recall telling that individual anything else about Mr. Bennett, Mr. Ward, or Mr. Grubb?**

A. No. No.

**Q. At any time would you have suggested, during that conversation, that Mr. Bennett, Mr. Grubb, or Mr. Ward engaged in any misstatements or securities fraud?**

MR. HAKLAY: Objection.

MR. REICH: Objection.

A. No.

**Q. (BY MR. WORD) Did Mr. Ward, Mr. Bennett, or Mr. Grubb ever ask you to make any misleading statements about the geology of the Mississippian?**

A. No.

MR. HAKLAY: Objection. Go ahead.
**Q. (BY MR. WORD) Did Mr. Ward ever suggest that you should withhold material facts about the geology of the Mississippian?**
MR. HAKLAY: Objection. You can answer, sir.
A. No.
**Q. (BY MR. WORD) The same for Mr. Bennett and Mr. Grubb?**
MR. HAKLAY: Objection.
A. No.
**Q. (BY MR. WORD) Are you aware of any statements made by Mr. Bennett, Mr. Ward, or Mr. Grubb about the geology of the Mississippian that were incomplete or inaccurate?**
A. Not that I'm aware of.
**Q. Did you, in any of your statements about the geology of the Mississippian, ever misrepresent the geology?**
MR. HAKLAY: Objection.
A. No.
**Q. (BY MR. WORD) Did you ever omit material facts about the geology of the Mississippian?**
MR. HAKLAY: Objection.
A. No.
**Q. (BY MR. WORD) Do you believe that all of**