# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

SANDRIDGE MISSISSIPPIAN TRUST I, et al.,

Defendants.

Case No. CIV-15-634-G

---

IN RE: SANDRIDGE ENERGY, INC. SECURITIES LITIGATION,

Case No. CIV-12-1341-G

---

This Document Relates To ALL ACTIONS

VIDEOTAPED DEPOSITION OF KEVIN WHITE

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON FEBRUARY 28, 2019

REPORTED BY: KAREN B. JOHNSON, CSR

THE WITNESS: Yeah, I -- I couldn't draw that conclusion from -- from this, this sentence.

Q (By Mr. Baker) Do you recall any time in which Mr. Ward directed you or others to disclose production information that was not accurate?

A Never.

Q With respect to the e-mail, this is Exhibit 36, were you independently aware at that time of the -- whether the results in Grant County were, in fact, in line with other counties at that time?

MR. BENESH: You say back on document 36?

MR. BAKER: Yes.

MR. BENESH: Okay.

THE WITNESS: No, no, I was not aware of Grant County wells having different outcomes than anywhere else we were drilling.

Q (By Mr. Baker) Do you recall disclosing to analysts or investors or in any of SandRidge's public disclosures that the results were -- results of drilling in Grant County were in line with other counties, as Mr. Ward indicated?

A I do not have a specific recollection one way or the other.

Q Okay. I'm minding our time here, I'm