# EXHIBIT 25

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

SDT - Q2 2012 SandRidge Mississippian Trust I Earnings Conference Call

EVENT DATE/TIME: AUGUST 10, 2012 / 1:00PM GMT



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**James Bennett** *SandRidge Mississippian Trust I - CFO*

**Tom Ward** *SandRidge Mississippian Trust I - Chairman and CEO*

**Matt Grubb** *SandRidge Mississippian Trust I - President and COO*

## CONFERENCE CALL PARTICIPANTS

**Kevin Smith** *Raymond James - Analyst*

**John Ragozzino** *RBC Capital Markets - Analyst*

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the second quarter 2012 SandRidge Mississippian Trust I earnings conference call. My name is Jenaeda, and I will be your operator for today. At this time, all participants are in listen-only mode. Later, we will conduct a question-and-answer session.

(Operator Instructions)

As a reminder, this conference is being recorded for replay purposes. I would now like to turn the conference over to your host for today, Mr. James Bennett, Chief Financial Officer. Please proceed.

---

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

Thank you, operator. Welcome everyone, and thank you for joining us on the SandRidge Mississippian Trust I conference call. Joining me today are SandRidge Energy officers Tom Ward, Chairman and CEO; Matt Grubb, President and COO. This call is intended to cover SandRidge Mississippian Trust I and not SandRidge Energy or other royalty trusts. Except as otherwise noted, this call will address Trust results for the three month period March through May 2012. Recall that the Trust has no employees or officers and SandRidge Energy, as the sponsor of the Trust, operates the majority of the Trust properties. Note that today's call may contain forward-looking statements and assumptions which are subject to inherent risks and uncertainties, and actual results may differ materially from those projected in these forward-looking statements. Additional information about risk factors and other factors that could potentially affect the Trust and its financial results are included in the Trust press release issued July 26 and in the Trust's filing with the SEC.

As outlined in the press release, the fifth distribution of approximately $0.73 per unit will be paid on or about August 29 to holders as of the close of business on August 14. Payments to unit holders will generally be made 60 days following the end of each calendar quarter and the next distribution covering the period from June through August will be paid on or about November 30. I'd like to point out that the Trust will file its quarterly report on Form 10-Q on August 13. Finally, I would like to note that this will be the final SandRidge Mississippian Trust I conference call. We will continue to disclose detailed operational updates in the quarterly distribution announcements and filings with the SEC.

Now, let me turn the call over to our Chairman and CEO, Tom Ward.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman and CEO*

Thank you, James, and welcome to the SandRidge Mississippian Trust I conference call. SDT's fifth period results once again surpassed expectations. The performance for the period resulted in a distribution slightly under $0.73 per unit, which is approximately 4% higher than the $0.70 per unit target distribution.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Now I'll turn the call over to Matt Grubb for a review of SDT's production and drilling results during the period.

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President and COO*

Thank you, Tom, and welcome everyone. SDT's production of 377,000 barrels equivalent exceeded expectations for the fifth reporting period by about 17%, which is 55,000 barrels equivalent more than the target estimate of 322,000 barrels equivalent. The production split for this period was 157,000 barrels of crude oil and 1.32 Bcf of natural gas. During the period, SandRidge brought 12 new wells on production. We continue to be ahead of the assumed drilling schedule as a result of higher than assumed net revenue interest in the wells drilled to date and running four drilling rigs in the previous periods instead of the originally anticipated three rig schedule. In addition to 12 new wells we brought online during the period, there was one well being completed at the end of the period.

Oil prices for the period were lower than our assumptions. However, the impact of these lower prices was mitigated by the Trust oil hedges. For the period, the Trust was hedged on approximately 73% of its oil production at a price of $104.15 per barrel. These hedges allowed the Trust to realize a price of $98.17 per barrel, which was about 2% higher than the well head price and about 1% lower than the assumed realized price of $98.77 per barrel for the period. Natural gas prices for the period were also lower than we anticipated, but the lower natural gas prices were partly offset by the Trust gas hedges as well. The Trust was hedged on about 84% of its natural gas production during the period at a price of $4.90 per MMBtu. But as a result of the lower cash prices for natural gas, the Trust realized a price of $4.11 per Mcf. This was approximately 8% lower than the assumed realized price of $4.49 per Mcf. Altogether, the settled hedges contributed about $3.3 million and made up around 15% of the total revenues for the period. Oil sales excluding realized hedges made up about 70% of the total revenues while natural gas sales contributed approximately 15%.

This concludes our prepared remarks, and I will now turn the call over for any questions.

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions)

Kevin Smith, Raymond James.

---

**Kevin Smith** - *Raymond James - Analyst*

It seems like your drilling pace has kind of gotten to a steady state. Is that fair?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President and COO*

We're well ahead of the schedule. We drilled 72.5 wells of the 123 wells planned, and we should be -- we anticipate to drill out this program sometime mid-2013. So yes, we are ahead, but I would say -- to answer your question, yes, I think we're at a fairly steady rate now. We ran three rigs in the fourth distribution period and three rigs in the fifth distribution period as well.

---

**Kevin Smith** - *Raymond James - Analyst*

Okay. So I guess if you're talking about drilling it out by mid-2013, you're talking about more than, call it -- or somewhere around 12 wells per quarter?





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Matt Grubb** - *SandRidge Mississippian Trust I - President and COO*

Well, you're looking at -- yes, that's probably about right, somewhere in that range.

**Kevin Smith** - *Raymond James - Analyst*

And I guess my next question is, with production declining a little bit this quarter, do you think we've hit the high watermark for production in Q1, or not expected to meaningfully move above that?

**Matt Grubb** - *SandRidge Mississippian Trust I - President and COO*

I think that's fair. I think production certainly was high. If you look at our drilling, number of wells we drilled, we've gone through five distributions. The first two distributions we drilled about 50% of the wells to date, right. So we have slowed down the drilling the last three distributions. So production should continue to come down a bit.

**Operator**

John Ragozzino, RBC Capital Markets.

**John Ragozzino** - *RBC Capital Markets - Analyst*

Just to elaborate a little bit more on Kevin's line of questioning, aside from the deceleration of activity and a couple of the issues that you had mentioned on the last call related to -- I think it was casing -- a well casing repair and some pump install issues. Were there any other one-time items or issues that led to the sequential decline, or is that really just a function of the slower pace and the front end loading of the drilling program?

**Matt Grubb** - *SandRidge Mississippian Trust I - President and COO*

Yes, I think it's just a function of the front end loading of the program. If you look at the first and second distributions, we drilled 36 wells there. And since then we drilled another 36 wells. So it really is front end loaded.

**John Ragozzino** - *RBC Capital Markets - Analyst*

Okay, great. Can you give us a little bit more commentary on just what you're seeing given the amount of activity that you've done at the parent level in terms of development in the Mississippian? Just when you think about the play geographically and the layout and the variances in terms of production split, is there anything that's coming, more of a trend that you're seeing like whether it's gassier to the north or is that a type of an outlay of the play?

**Matt Grubb** - *SandRidge Mississippian Trust I - President and COO*

I'll just answer that in reference specific to SDT. If you look at our gas to oil cut, if you look at cumulatively from inception to now, it's run about 42% oil. If you look at our fifth distribution, it's also about 42% oil. So it's been pretty constant across this program.

**John Ragozzino** - *RBC Capital Markets - Analyst*

All right. Thanks very much. We'll catch up with you on the next call.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Operator**

(Technical difficulties).

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman and CEO*

I think that's all right. She said no other questions? I couldn't hear what she was saying. Okay, we'd like to thank everyone for listening to the call this morning. We look forward to speaking with you again on our next call in a bit.

**Operator**

(Technical difficulties).

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS