# EXHIBIT 26

# FINAL TRANSCRIPT

Thomson StreetEvents℠

## SDT - Q2 2011 SandRidge Mississippian Trust I Earnings Conference Call

Event Date/Time: Aug. 12. 2011 / 1:00PM GMT



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**James Bennett**
*SandRidge Mississippian Trust I - CFO*

**Tom Ward**
*SandRidge Mississippian Trust I - Chairman, CEO*

**Matt Grubb**
*SandRidge Mississippian Trust I - President, COO*

## CONFERENCE CALL PARTICIPANTS

**Kevin Smith**
*Raymond James & Associates - Analyst*

**Craig Shere**
*Tuohy Brothers Investment Research, Inc. - Analyst*

**Ethan Bellamy**
*Baird Research - Analyst*

**Robert Leland**
*AP Consultants - Analyst*

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the second quarter 2011 SandRidge Mississippian Trust I earnings conference call. My name is Crystal and I will be your operator for today. At this time all participants are in listen-only mode. Later we will conduct a question-and-answer session.

(Operator Instructions)

I would now like to turn the conference over to your host for today, Mr. James Bennett, Chief Financial Officer. Please proceed, sir.

---

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

Thank you, Crystal. Welcome, everyone and thank you for joining us on first SandRidge Mississippian Trust I conference call. Joining me today are SandRidge officers, Tom Ward, Chairman and CEO, and Matt Grubb, President and COO.

Recall that the Trust has no employees or officers and SandRidge Energy is a sponsor of the Trust and is responsible for operating the properties in which the Trust has an interest. Please note that today's call will contain forward-looking statements and assumptions, which are subject to inherent risks and uncertainties. The actual results may differ materially from those projected in these forward-looking statements.

Additional information about risk factors and other factors that could potentially affect the Trust and its financial results are included in the Trust press release issued July 22 and in the Trust filings with the SEC.

As outlined in our press release, the first distribution of approximately $1.07 per unit will be paid on August 30th to holders of record as of August 15th. The distribution will cover the five-month period from January 1st through May 31, 2011, which is



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

also the period that will be discussed on this call. Thereafter, distributions will be for three-month periods with the next distribution covering the period from June through August 2011.

Also, the Trust will file its 10-Q on Monday, August 15th. Now let me turn the call over to our Chairman and CEO, Tom Ward.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you, James. Welcome to our first SandRidge Mississippian Trust conference call. As you know, for the past few years SandRidge has had a very simple and focused strategy of acquiring and drilling for shallow conventional oil and carbonate reservoirs that have a history of production at shallow depths.

The development of the Horizontal Mississippian play and the resulting royalty Trust have exemplified our success in executing this strategy. Now the Horizontal Mississippian play is recognized as one of the premier shallow oil projects in the US, and the strong results we're seeing from the Trust wells support this reputation.

The SandRidge Mississippian Trust's first period results exceeded expectations and beat the target distribution for the period. The first cash distribution to unit holders is approximately $1.07, which is about 6% higher than the $1.01 target distribution outlined in the S-1.

Overall we've been very pleased with the Trust performance. Now I will turn the call over to Matt Grubb for a review of SDT's production and drilling results during the period.

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Thank you, Tom, and welcome, everybody, to our first SDT call. As Tom mentioned, the SDT performance exceeded projections for this first five-month reporting period. We produced 569,000 barrels of oil equivalent, which is about 42,000 barrels of oil equivalent or 8% higher than our S-1 guidance of 527,000 barrels of oil equivalent.

The production split for this period was 364,000 barrels of oil and 1.83 Bcf of natural gas. We beat our oil by roughly 2.7% and beat our gas projections by 12.7%.

Moving on to the drilling results, during the first five months of the years we brought on 14 gross wells, or 9.4 net wells on production. This is 1.5 net wells ahead of our drilling schedule in the S-1. The higher net well count is a result of realizing higher interests in the wells drilled over the period than what we had projected. In addition to the wells we brought on line there were also four gross wells that were undergoing completions at the end of the first period, and we expect to bring those on line in June.

Commodity prices for the first period came in slightly higher than our projections. We realized $92.01 per barrel of oil. This is roughly 2.5% higher than the projected price of $89.78 per barrel of oil. For gas we received $4.12 per Mcf, which is about 8.7% higher than the $3.79 per Mcf we projected.

Taking into account our hedges the oil price was $91.40 per barrel and $4.24 per Mcf for natural gas. [Settle] hedges contributed to about $56,000 and made up less than 1% of the total revenues for the period. Oil sales, excluding realized hedges, made up about 75% of the total revenues while gas sales contributed to approximately 24%.

I will now turn the call over back to Crystal for questions.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions). Today's first question comes from the line of Kevin Smith with Raymond James. Please proceed.

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Hi. Good morning, gentlemen. Congratulations on the nice distribution for the quarter.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you.

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Can you talk about the changing in your CapEx plan at the C corp. Is that really going to -- is that going to in fact and impact, sorry the Trust's drilling program at all? And I guess where are the most recent wells you've drilled, so --?

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Kevin, we're drilling across all the counties in the, that we put in the Trust in the S-1. And the C corp CapEx does not affect the Trust. We'll continue to have the same schedule in the Trust.

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Got you. How many rigs are you dedicating to the Trust right now?

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Matt?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Yes. We -- the Trust calls for three rigs and that's what projected to meet our drilling obligation. We added a fourth rig at the end of May, which really didn't make any impact to the first period performance. It will to the second period, but we are ahead of schedule and we plan to probably remove that fourth rig here in September.

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Got you. And I know at the C corp probably you talked about your production results on a kind of per well basis, and there's no reason to believe that the 30-day rate you're seeing at the C corp's any different than what the 30-day rate you're seeing in the Trust, right?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

No. There's no difference.



THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Okay. All right, thank you, gentlemen.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you.

---

**Operator**

Our next question comes from the line of Craig Shere with Tuohy Brothers. Please proceed.

---

**Craig Shere** - *Tuohy Brothers Investment Research, Inc. - Analyst*

Hi. Congratulations on comfortably beating the first distribution target.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thanks, Craig.

---

**Craig Shere** - *Tuohy Brothers Investment Research, Inc. - Analyst*

A couple of quick questions. On the original SandRidge call I believe you all highlighted getting higher than anticipated gas production out of the Mississippian with no deterioration and or no displacement of liquids. Is that primarily what's driving the near 13% uplift in gas versus projections?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Yes, that's correct. As you can see for the first five months we're only ahead of our drilling by 1.5 net wells. And the oil production reflected that schedule, but gas was quite a bit higher. So that is kind of an overall reflection of the gas performance in the play.

---

**Craig Shere** - *Tuohy Brothers Investment Research, Inc. - Analyst*

Sure. And now you mentioned that in terms of rig counts you're really only going to get the uplift more in the next quarter because you're running a little more than you had in your original S-1 filing. Can you explain what's going on with the higher net interest in the wells and getting that extra 1.5 net?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Well, when we propose wells there are certain parties that may not elect to participate in the wells, so all the parties that do participate will get to split that interest and the participating parties will increase their interest across the board. Also the -- as we drill these wells there's not a -- there's a scheduled number of wells, but we can move rigs around, and so it just happened in this first five period we may have drilled some wells with higher net revenue and gross working interest.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

So, Craig, when we put the Trust together that's the minimum amount of acreage that we could own in a unit. And we might increase that acreage in the unit over time.

---

**Craig Shere** - *Tuohy Brothers Investment Research, Inc. - Analyst*

I'm sorry, so is that the Trust doing that or if SandRidge does it the Trust then gets the benefit of it?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

That function is independent of the Trust. It's just when we drill anywhere, whether it's a Trust or a non-trust well we have the opportunity to pick up additional interests, but we generally never lose interests, so it's only really a one-way deal.

---

**Craig Shere** - *Tuohy Brothers Investment Research, Inc. - Analyst*

Okay, great. Thank you very much.

---

**Operator**

Our next question comes from the line of Ethan Bellamy with Baird. Please proceed.

---

**Ethan Bellamy** - *Baird Research - Analyst*

Hey, good morning. Could you give us the, just to follow up on Kevin's question, could you give us the average IPs and the EURs, the wells drilled to date?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Yes. The average IPs is similar across the board. It's 200 and I think the last 30 days was 297 or 287 BOE per day that the type curve projected IP was 244 BOE per day. So we continue to beat the type curve IP, but there's no difference in characteristics of Trust wells versus non-Trust wells.

---

**Ethan Bellamy** - *Baird Research - Analyst*

Okay. I'm sorry. I couldn't understand. Was that 287 or 297?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

It's 297.

---

**Ethan Bellamy** - *Baird Research - Analyst*

Okay. Thank you.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

SD-SECURITIES-0000093

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you.

---

**Operator**

(Operator Instructions). Our next question comes from the line of Robert Leland with AP Consultants. Please proceed.

---

**Robert Leland** - *AP Consultants - Analyst*

Good morning.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Morning.

---

**Robert Leland** - *AP Consultants - Analyst*

I was reading the announcement of the dividend dated July 22nd and it said that shareholders as of the close of business on August 15th would receive the dividend. And I want to know did that really calculate the ex-dividend correctly as being yesterday?

---

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

This is James. I did not see that. No, the ex-dividend is not yesterday.

---

**Robert Leland** - *AP Consultants - Analyst*

Because they said it went ex on 8/11. And it seems to me that if I increase my holdings on Monday that I'll still participate in the dividend. Is that correct?

---

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

That's correct. We'll check with Fidelity, but that, it goes ex dividend on the 15th.

---

**Robert Leland** - *AP Consultants - Analyst*

Okay, because it surprised me this morning. Thanks very much.

---

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

Thank you.

---

**Operator**

We have no further questions. I would like to hand it back to Mr. Tom Ward for closing remarks.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you, everyone, for listening to the call this morning. We look forward to speaking with you again on the third quarter call and in the months between. Thanks again and have a great day.

**Operator**

Ladies and gentlemen, that does conclude today's conference. Thank you so much for your participation. You may now disconnect and have a great day.

DISCLAIMER

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2011, Thomson Reuters. All Rights Reserved.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS