# EXHIBIT 27

# FINAL TRANSCRIPT

Thomson StreetEvents℠

## SDT - Q3 2011 Sandridge Mississippian Trust I Earnings Conference Call

Event Date/Time: Nov. 11. 2011 / 2:00PM GMT



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**James Bennett**
*SandRidge Mississippian Trust I - CFO*

**Tom Ward**
*SandRidge Mississippian Trust I - Chairman, CEO*

**Matt Grubb**
*SandRidge Mississippian Trust I - President, COO*

**Mike Ulrich**
*Bank of New York Mellon Trust Company - VP*

## CONFERENCE CALL PARTICIPANTS

**Mario Barazza**
*Tuohy Brothers Investment Research, Inc. - Analyst*

**Kevin Smith**
*Raymond James & Associates - Analyst*

**Ethan Bellamy**
*Robert W. Baird - Analyst*

**Craig Shere**
*Tuohy Brothers Investment Research, Inc. - Analyst*

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the third quarter 2011 SandRidge Mississippian Trust I earnings conference call. My name is Jeff and I will be your coordinator for today. At this time all participants are in a listen-only mode. Later we will facilitate a question-and-answer session.

(Operator Instructions)

---

**Operator**

As a reminder this conference is being recorded for replay purposes. I would now like to turn the conference over to your host for today, Mr. James Bennett, Chief Financial Officer. And you have the floor, sir.

---

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

Thank you, Jeff. Welcome, everyone, and thank you for joining us on the SandRidge Mississippian Trust I conference call. Joining me today are SandRidge officers, Tom Ward, Chairman and CEO, and Matt Grubb, President and COO. Also joining us on the phone is Mike Ulrich, Vice President of the Bank of New York Mellon Trust Company, who is the trustee for SandRidge Mississippian Trust I.

Recall that the Trust has no employees or officers and SandRidge Energy as a sponsor of the Trust is responsible for operating the Trust properties. Please note that today's call will contain forward-looking statements and assumptions which are subject to inherent risks and uncertainties. The actual results may differ materially from those projected in these forward-looking



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

statements. Additional information about risk factors and other factors that could potentially affect the Trust and its financial results are included in the Trust press release issued October 28 and in the Trust filings with the SEC.

As outlined in the press release, the second distribution of approximately $0.82 per unit will be paid on or about November 30th to holders of record as of November 15th. The distribution will cover the three-month period from June through August 2011, which is also the period that will be discussed on this call. Please note that going forward distributions will also be for three-month periods with the next distribution covering the period from September through November 2011 and will be paid on or about February 29, 2012. Payments to unit holders will generally be made 60 days following each calendar quarter.

Additionally, within 90 days after the close of each calendar year the Trust intends to furnish each Trust unit holder with specific tax information, including a Schedule K-1 which describes the unit holder's share of the Trust income, gain, loss and deduction for the Trust's preceding taxable year. Finally I would like to point out that the Trust will file its 10-Q on Monday, November 14.

Now let me turn the call over to our Chairman and CEO, Tom Ward.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you, James. And welcome to the second SandRidge Mississippian Trust conference call. The SandRidge Mississippian Trust's second period result surpassed the projections and in addition to beating the target distribution the distribution exceeded the incentive threshold for the period.

These results led a distribution under $0.82 to unit holders, which is 22% higher than the $0.67 target distribution outlined in the S-1. We are very pleased with the Trust performance and the performance of the Mississippian play which is the premiere shallow oil project in the United States.

Now I will turn the call over Matt Grubb for a review of SDT's production and drilling results during the period.

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Thank you, Tom, and welcome, everyone. As Tom mentioned SDT performance exceeded projections for the second reporting period. Production attributable to the Trust was 440,000 barrels of oil equivalent, which is about 126,000 barrels of oil equivalent more, or 40% higher than the target projection of 314,000 barrels of oil equivalent.

Approximately half of the production feat was generated by better than expected well performance and half was due to an accelerated drilling pace and higher net revenue interest than projected. The production split for this period was 180,000 of oil and Bcf of natural gas. Oil production exceeded projections by roughly 17% and natural gas production exceeded projections by approximately 62%.

During the second distribution period SandRidge brought 17 gross wells or 11.5 net wells on line. This puts the program overall 8.6 net wells ahead of the drilling schedule at the end of the second period. The higher net well count is a combined result of having higher than projected net revenue interest in the wells drilled in addition to drilling more wells than forecasted. In addition to the wells brought on line there were also three gross wells undergoing completions at the end of the second period which will start producing in September.

Turning to pricing, oil prices for the period were lower than projections. However, these lower prices were partly mitigated by the oil hedges. For the period the Trust was hedged on approximately 67% of the oil volumes produced at a price of $103.60 per barrel. These hedges allowed the Trust to realize an overall price of $94.32 per barrel, which was about 8% higher than the well head price and roughly 4% lower than a projected realized price of $98.44 for the period.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

On the other hand, natural gas prices exceeded projections. Actual well head prices were $4.23 per Mcf. This is about 6% than the projected price of $4.00 per Mcf. The Trust was also hedged on about 70% of the natural gas volumes produced during the period at a price of $4.61 per Mcf. When taken into account the hedges the realized gas price, excuse me -- when taken into account the hedges the realized gas price for the period was $4.41 per Mcf, approximately 3% higher than the projections.

Altogether the settled hedges contributed roughly $1.5 million and made up around 6% of the total revenues for the period. Oil sales excluding realized hedges made up about 66% of total revenues while gas sales contributed approximately 28%.

This now concludes our prepared remarks and we will now turn the call over for any questions.

---

## QUESTIONS AND ANSWERS

**Operator**

Thank you very much. (Operator Instructions). Our first question comes from the line of Mario Barazza with Tuohy Brothers. Please proceed.

---

**Mario Barazza** - *Tuohy Brothers Investment Research, Inc. - Analyst*

Hey, good morning, guys. How's it going?

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Good.

---

**Mario Barazza** - *Tuohy Brothers Investment Research, Inc. - Analyst*

That's good. Congrats on the second distribution surpassing expectations.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you.

---

**Mario Barazza** - *Tuohy Brothers Investment Research, Inc. - Analyst*

On the SandRidge call you guys announced additional rigs for the Mississippian next year. Will this all flow to the number of absolute rigs you're planning to use for the Trust in 2012?

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

No. The amount of rigs that SandRidge Corp runs in the Mississippian doesn't have an effect Trust acreage.

---

**Mario Barazza** - *Tuohy Brothers Investment Research, Inc. - Analyst*

Okay. All right, and then I wanted to confirm with the gas production being higher than anticipated that liquids as a percent of total has remained the same.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Yes. That's correct. Gas did out produce our forecast for gas production and our liquids is -- we produced more liquids because overall the well performed better and we drilled higher net revenue interest wells in addition to more wells. However, on a type curve basis the liquids were roughly on trend.

---

**Mario Barazza** - *Tuohy Brothers Investment Research, Inc. - Analyst*

Okay. And do you have the capacity to hedge out this gas production for future years?

---

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

This is James. We do not, not at the Trust. The hedges that were put in place at the closing of the Trust which are outlined in the prospectus are the only hedges that will ever be in place. The Trust doesn't have the capacity to enter into new hedges.

---

**Mario Barazza** - *Tuohy Brothers Investment Research, Inc. - Analyst*

Okay. And then lastly also during the call last week for SandRidge it was mentioned that you guys were downspacing tests in the Mississippian. Are any of these occurring in close proximity to the Trust wells? And if so is there any potential impact to production for the Trust?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Yes. The downspacing tests we talked about does -- is in the area of mutual interest in the Trust in this acreage, and but I don't see any impact going forward to the Trust distributions.

---

**Mario Barazza** - *Tuohy Brothers Investment Research, Inc. - Analyst*

Okay. Well thank you very much.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you.

---

**Operator**

Our next question comes from the line of Kevin Smith with Raymond James. Please proceed.

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Hi. Good morning, gentlemen.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Morning.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Just a point of clarification, so have you drilled now 39 gross wells by the end of the third quarter? Is that fair for the Trust?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Well actually wells drilled in the Trust at the end of the third quarter is 41 gross wells, but the Trust distribution period may differ than beyond our quarters.

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Got you. And then the three wells I think that you mentioned that you brought on at the end of the period were those in second quarter? Or were those in -- or are you actually referring to stuff that spilled over in October?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

No. Those wells, those three wells will go into the next distribution period. Their production came on line in September.

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Okay. Fair enough. And then lastly as you I guess as you're developing are you moving through any counties? Are we moving out of -- or I guess where are the latest wells drilled for the Trust? Have you moved out of like Alfalfa into Grant? Or how should we think about that, the development process goes?

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Well the Trust is drilled in each of the counties that were a part of the Trust I believe. So there's not a set schedule to stay in either Alfalfa, Grant, or Woods or Major.

---

**Kevin Smith** - *Raymond James & Associates - Analyst*

Okay. Thank you, gentlemen.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you.

---

**Operator**

Our next question comes from the line of Ethan Bellamy with Robert W. Baird. Please proceed.

---

**Ethan Bellamy** - *Robert W. Baird - Analyst*

Good morning, guys. Congrats again on the strong performance.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you.

---

**Ethan Bellamy** - *Robert W. Baird - Analyst*

Could you give us an update on your best guess on what the type curve looks like right now? I know you said IP is north of 300 barrels a day. What about EURs and what does the first year decline look like with that improvement in the IPs?

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

We're in the process now of doing our year end outside engineer reserve reports. So we won't be discussing the type curve until those are finished at the end of the year.

---

**Ethan Bellamy** - *Robert W. Baird - Analyst*

Okay. You mentioned an accelerated drilling pace and higher net revenue interest per well. Could you quantify that for us in terms of time to drill and what we should be modeling in terms of net revenue?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Well I think at the end of the day once we drill all 123 -- it's 123 total wells. We model in the S-1 57% net revenue interest on average. So that would give you 70.1 net wells. So I think once we finish drilling the project that's what you're going to see.

It's just in this initial couple periods here we have drilled wells that have higher net revenue interest than the 57% in average. On average it has averaged about 67%. So that's really all there is to say about that. It's just the net revenue. It just depends on which wells we drill.

On the accelerated drilling schedule we started out with four rigs. The S-1 projected three rigs so we had -- we were one rig ahead of schedule and that added to the total number of wells drilled. However, since September 29th I think it was we moved back from four rigs to three rigs. And so we are the S-1 schedule now.

---

**Ethan Bellamy** - *Robert W. Baird - Analyst*

Thanks. And service cost pressures you mentioned something like $3 million a well now?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Yes. That's been pretty flat at $3 million. We don't see any service cost pressure at this point. I think we discussed that, or disclosed the $3 million number I think back in August it was.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

And of course the Trust, it wouldn't matter to the Trust what the service costs were.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Ethan Bellamy** - *Robert W. Baird - Analyst*

All right. Thanks a lot, guys, appreciate it.

---

**Operator**

(Operator Instructions). Our next question comes from the line of Craig Shere with Tuohy Brothers. Please proceed.

---

**Craig Shere** - *Tuohy Brothers Investment Research, Inc. - Analyst*

Hi guys. Since you are ahead of schedule on the drilling pace, both because you started out with more rigs and because you had a higher average ownership interest per well drilled than originally modeled, how should we think about this? Are you just happy to be a little ahead of the game and then from here forward you're content to be on target with what would have been done?

Or should we think about you ratcheting things back a little bit in so far maybe instead of being 10% above maybe 10% below at say 47% average net of revenue in Trust for future quarters possibly, and possibly at some point pulling back the throttle on even the three rigs?

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Craig, as of today we're still content with having the three rigs running that we have. So I think we're on line with what our targeted projection was for drilling.

---

**Craig Shere** - *Tuohy Brothers Investment Research, Inc. - Analyst*

And does the average ownership interest per well is that just kind of averages out in the end given what you were planning to drill anyhow, so it's inevitable that some future quarter will be below the original target?

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Yes. Over time you'll see us meet the average working interest in the Trust as described.

---

**Craig Shere** - *Tuohy Brothers Investment Research, Inc. - Analyst*

I got you. Thank you very much.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you.

---

**Operator**

All right, ladies and gentlemen. That will conclude the question-and-answer portion for our event. I would now like to turn presentation back over to Mr. Tom Ward for closing remarks.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

We would like to thank everyone for listening to the call this morning and we look forward to speaking with you again on the next quarterly call. Thanks again and have a great day.

---

**Operator**

Ladies and gentlemen that concludes today's conference. Thank you for your participation. You may now disconnect and have a wonderful day.

---

DISCLAIMER

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2011, Thomson Reuters. All Rights Reserved.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS