# EXHIBIT 29

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

SDT - Q1 2012 SandRidge Mississippian Trust I Earnings Conference Call

EVENT DATE/TIME: MAY 11, 2012 / 1:00PM GMT



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**James Bennett** *SandRidge Mississippian Trust I - CFO*

**Tom Ward** *SandRidge Mississippian Trust I - Chairman, CEO*

**Matt Grubb** *SandRidge Mississippian Trust I - President, COO*

## CONFERENCE CALL PARTICIPANTS

**Kevin Smith** *Raymond James - Analyst*

**Aaron Terry** *Kayne Anderson Fund Advisors - Analyst*

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the first-quarter 2012 SandRidge Mississippian Trust I earnings conference call. My name is Shantylea and I will be your facilitator for today's call. At this time, all participants are in listen-only mode. We will be facilitating a question-and-answer session towards the end of this conference. (Operator Instructions) As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the presentation over to your host for today's call, Mr. James Bennett, Chief Financial Officer. Please proceed, sir.

---

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

Thank you, Operator. Welcome, everyone, and thank you for joining us on the SandRidge Mississippian Trust I conference call. Joining me today are SandRidge Energy Officers, Tom Ward, Chairman and Chief Executive Officer, Matt Grubb, President and Chief Operating Officer, and Kevin White, Senior Vice President of Business Development. This call is intended to cover SandRidge Mississippian Trust I and not SandRidge Energy or other royalty Trust. And except as otherwise noted, this call will address the results for the three-month period December 2011 through February 2012. Recall that the Trust has no employees or Officers and SandRidge Energy as sponsor of the Trust, operates a majority of the Trust's properties.

Please note that today's call may contain forward-looking statements and assumptions which are subject to inherent risks and uncertainties and actual results may differ materially from those projected in these forward-looking statements. Additional information about risk factors and other factors that could potentially affect the Trust and it's financial results are included in the Trust's press release issued April 30, 2012 and in the Trust filings with the SEC.

As outlined in the press release, the fourth distribution of approximately $0.79 per unit will be paid on or about May 30 to holders of record as of the close of business on May 15. Payments to unit holders will generally be made 60 days following the end of each calendar quarter, and the next distribution covering the period from March through May 2012 will be paid on or about August 29, 2012. Finally I would point out that the Trust will file it's quarterly report on Form 10-Q on or around May 14. Now let me turn the call over to Tom Ward.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Thank you, James, and welcome to the SandRidge Mississippian Trust I conference call. SDT's fourth period results once again surpassed expectations, and in addition to beating the target distribution, we exceeded the incentive threshold for the period. The successful performance for the period resulted in an distribution slightly under $0.79 per unit which is approximately 20% higher than the $0.65 per unit target distribution. We continue to be very pleased with the Trust performance and the performance of the Mississippian play which in our opinion continues to have the highest rate of return drilling in the United States. Now I will turn the call over to Matt Grubb for a review of SDT's production and drilling results during the period.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Thank you, Tom, and good morning to everybody. The Trust production of 413,000 barrels of oil equivalent exceeded expectations for the fourth recording period by about 37% which is 111,000 barrels equivalent more than the target estimate of 300,000 barrels of oil equivalent. This marks the fourth consecutive period that production has come in higher than estimated. Through the first four distribution periods, actual production has exceeded the estimated production levels in the S-1 by roughly 30%. The production beat was due to better than expected well performance, accelerated drilling pace and having drill wells with higher net revenue interest than originally assumed. The production split for this period was 170,000 barrels of oil and 1.46 Bcf of natural gas. Oil production exceeded targets estimate by roughly 14% and natural gas production exceeded targets estimate by approximately 59%.

Moving on to drilling results. During the period, SandRidge brought 11 gross wells or 6.9 net wells on production. This puts the drilling program 14 net wells ahead of the same drilling schedule at the end of the period. The higher net well count is a combined result of having higher than assumed net revenue interest in the wells that have been drilled and utilizing four drilling rigs during the previous periods instead of the originally anticipated three rigs. SandRidge had three rigs running in the Trust during this distribution period. In addition to the wells brought online, there are also four gross wells undergoing completions at the end of the period which started producing in March.

Turning to pricing, oil prices for the period were lower than assumptions. However, these low prices were partly mitigated by the Trust oil hedges. For the period, the Trust was hedged on approximately 68% of its oil production at a price of $103.96 per barrel. These hedges allow the Trust to realize a price of $98.32 per barrel, which was about 3% higher than the well head price and 1% lower than assumed realized price of $99.01 per barrel for the period.

Similarly, gas prices for the period were below assumptions. But the lower pricing was mostly offset by the Trust gas hedges. This Trust was hedged on about 71% of the natural gas production during the period at a price of $4.81 per MMBtu. The Trust realized a price of $4.04 per Mcf, which was approximately 45% higher than the well head price and 9% lower than an assumed realized price of $4.46 per Mcf. Altogether, the settle hedges contributed roughly $2.3 million and made up around 10% of the total revenues for the period. Oil sales excluding realized hedges made up about 72% of total revenues while natural gas sales contributed approximately 18%. I will now turn the call over for any questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Kevin Smith of Raymond James.

**Kevin Smith** - *Raymond James - Analyst*

Just really two questions. I know on your SD conference call you mentioned some very strong, or at least one strong well in Alfalfa and then two strong wells in Grant County, were any of those perhaps stress wells?

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Kevin, no, none of those wells were in the STD Trust.

**Kevin Smith** - *Raymond James - Analyst*

Got you, okay. Thank you for that. And then have you had any SDT Trust wells have had a 30 day IP rates with greater than 1000 BOE, I think that you mentioned kind of in Grant County?





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

Kevin, we're not giving out individual wells this-- in the SD call we did for one time just to make a comparison that the Mississippian wells are as good as any other wells being drilled in the US.

**Kevin Smith** - *Raymond James - Analyst*

Okay, fair enough. And I know there's been some talk of processing liquids in the Mississippian play, what your thoughts on that and do you think that's viable?

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Yes, realistic from a financial standpoint, it won't make a lot difference because in our contracts and that we do get an upgraded price for our natural gas. That the main advantage of processing liquids they do get to realize the barrels and liquids and add it to your oil barrels. And I think some companies are moving that way. We are in the process of looking at-- reviewing our contracts, and going forward we may get into a processing agreement where we get liquids but I just want to emphasize the point that on a-- there'll very little financial impact either way.

**Kevin Smith** - *Raymond James - Analyst*

Got you. And then last and then I'll jump off, you guys have been running I guess more rigs and drilling more wells than kind of was projected originally in the S-1. Is there any reason to believe you're going to slow down activity to kind of more normalized or are you going to continue with kind of more wells on a quarterly basis than previously forecasted?

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Well we started out the Trust with four rigs, but we really scaled back to three rigs dating back to September last year and we've maintained three rigs in the Trust. And the Trust (inaudible) wells I don't see any material changes in our operations.

**Kevin Smith** - *Raymond James - Analyst*

Okay. Thank you.

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

Thank you.

**Operator**

Aaron Terry of Kayne Anderson.

**Aaron Terry** - *Kayne Anderson Fund Advisors - Analyst*

Thanks, good morning, guys. Just wanted to reconcile a couple of numbers. First off I think you had mentioned that you had brought online 6.9 wells during the period. But if I look to the press release, it looked like there was about 12 equivalent producing development wells or am I looking at that wrong, there was-- it was 48 and then it went up to 60, is--





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Yes, now the 6.9 wells is the actual net revenue interest that we realized for the period multiplied by the number of total wells that we drill. So we drill a total of 11 wells, we think of it just 11 holes poke in the ground, the revenue interest I think was 62% something like that. So you get the 6.9. The development wells, what you saw in the original prospectus is when we drill well 123 development wells and you take -- and that number in itself doesn't have a lot of context but when you put that together with 57% revenue interest, that was the estimated average interest for the entire Trust. So if you take 57, 0.57 times 123 you come up with 70.11. And 70.11 is the net wells. And when we're talking about 6.9 wells, we're talking about 6.9 of the 70.11 wells. And so to get that back to 12.1, you take the 6.9 and divide that by 0.57. Okay, so what you do is you take the 6.9 wells that we drilled, net wells that we drill, if you divide that back by the average net revenue interest that we applied for the Trust at the original you get the 12.1. So you think about 6.9 as opposed 70.11 net revenue wells or 12.1 as a function of 123 development wells.

**Aaron Terry** - *Kayne Anderson Fund Advisors - Analyst*

Okay. So in terms of the 70.1 net wells, how many have you guys drilled to date on that? So you guys are at 60.6 in terms of the 120 -- the 123.

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Let's go back, we're at 60.6 in terms of the 123. That's a cumulative number to date or through this distribution period. In terms of the 70.11 net revenues wells, we're at 34.5.

**Aaron Terry** - *Kayne Anderson Fund Advisors - Analyst*

Okay, and as far as where that stands relative to plan, is that a little bit ahead of plan?

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

It is a little bit ahead of plan.

**Aaron Terry** - *Kayne Anderson Fund Advisors - Analyst*

Okay.

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

So yes I mean if we keep up the pace that we're drilling right now, we should be finished drilling this thing out probably in the fourth period of-- or fourth quarter, fourth calendar quarter of 2013.

**Aaron Terry** - *Kayne Anderson Fund Advisors - Analyst*

And then if I look at the way from the second to third distributions, production on an aggregate basis went up from the third to fourth distributions, it actually went down a little bit but you brought online 12 wells. So you brought on line the similar number of wells, was there-- is there something that kind of explains that or are there some -- is there something that's declining faster or that trend to me was a little confusing?





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

SD-SECURITIES-0000115

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

Yes, there's a number of factors that play into that. If you look at the third distribution period, I think we averaged about 4,900 barrels equivalent per day in the fourth or current distribution period. We average about 4540 barrels equivalent per day, so there was a slight drop off. Two or three things explain that one is just statistically, we do move around this Trust and there is some variation of the wells that come online, it could be better next period or whatever but that does move around a little bit. The timing of wells come on does impact the way it produces.

We had just of the total Mississippian play overall we had 12 wells that we had bad casing on that we had to repair the casing. And 2 of those 12 were in this Trust, and so those two wells came on I think line after we drilled them 63 days and 71 days respectively. And the average well should come on about 45 days, so there's a delay in production in those two wells in this Trust. And there's also timing of submersible pumps that we installed also. So it's a number of things. And then there were some weather-related issues during the period that caused some downtime. Overall, the wells are doing fine. I think they're meeting our expectations or exceeding them. But just these related factors does-- can cause a production drop or production increase from period to period.

---

**Aaron Terry** - *Kayne Anderson Fund Advisors - Analyst*

Sure and then just one last question. Is-- when you said that the large (inaudible) that you have that performed really at high rates, when you said that they weren't in SDT, does that mean that they weren't also in SDR or are you guys just not commenting whether or not they're in SDR?

---

**Matt Grubb** - *SandRidge Mississippian Trust I - President, COO*

We're not going to comment on that at this time.

---

**Aaron Terry** - *Kayne Anderson Fund Advisors - Analyst*

Okay. Okay, that's all I had.

---

**James Bennett** - *SandRidge Mississippian Trust I - CFO*

Thank you.

---

**Operator**

(Operator Instructions) There are no additional audio questions in the queue. I would like to turn the conference back over to Mr. Tom Ward for closing remarks. Please proceed, sir.

---

**Tom Ward** - *SandRidge Mississippian Trust I - Chairman, CEO*

We would like to thank everyone for listening to the call this morning, and we look forward to speaking with you again on the next quarterly call. Thank you.

---

**Operator**

Thank you for your participation in today's conference. This concludes the presentation, you may now disconnect. Have a wonderful day.

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.