# EXHIBIT 45

# FORM 4

€ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| | | |
|---|---|---|
| 1. Name and Address of Reporting Person * <br> WARD TOM L. | 2. Issuer Name **and** Ticker or Trading Symbol <br> SANDRIDGE ENERGY INC [SD] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> __X__ Director _____ 10% Owner <br> __X__ Officer (give title below) _____ Other (specify below) <br> Chairman & CEO |
| (Last) (First) (Middle) <br> 123 ROBERT S. KERR AVENUE | 3. Date of Earliest Transaction (Month/Day/Year) <br> 10/01/2012 | |
| (Street) <br> OKLAHOMA CITY, OK 73102-6406 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | **Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned** | |

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/01/2012 | | A | | 25,264 (1) | A | $ 7.0561 | 25,298,493 | D | |
| Common Stock | | | | | | | | 26,813 | I | by 401(k) |
| Common Stock | | | | | | | | 3,900 | I | by Partnership (2) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.*, puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| WARD TOM L.<br>123 ROBERT S. KERR AVENUE<br>OKLAHOMA CITY, OK 73102-6406 | X | | Chairman & CEO | |

## Signatures

By: Gaye A. Wilkerson, Power of Attorney — 10/03/2012

**Signature of Reporting Person — Date

# Explanation of Responses:

***** If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

****** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)** Reflects Company matching credit to the deferred compensation account of the reporting person under the SandRidge Energy, Inc. Nonqualified Excess Plan (the "NQ Plan") based on the reporting person's deferrals for the 3rd quarter of 2012. Under the NQ Plan, these credits are deemed to be invested solely in shares of the Company's common stock and will be distributed in shares of the Company's common stock. However, until they are distributed from the NQ Plan, any shares set aside in a trust or otherwise to reflect these credits remain registered in the Company's name and are available to the Company's creditors.

**(2)** By Solon L. Bloomer Family Partners Limited Partnership II, in which Mr. Ward holds a 0.5% interest as a general partner and a 12% interest as a limited partner.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.