# EXHIBIT 47

Table of Contents

**Filed Pursuant to Rule 424(b)(1)**
**Registration No. 333-178894**

*PROSPECTUS*

# *26,000,000 Common Units*

# *SandRidge Mississippian Trust II*

*Representing Beneficial Interests*

***This is an initial public offering of common units representing beneficial interests in SandRidge Mississippian Trust II. The trust is selling all of the units offered hereby. SandRidge Energy, Inc. ("SandRidge") will convey to the trust certain royalty interests in exchange for the net proceeds of this offering and common and subordinated units collectively representing a 47.7% beneficial interest in the trust (without giving effect to the exercise of the underwriters' over-allotment option).***

***The common units representing beneficial interests have been approved for listing on the New York Stock Exchange under the symbol "SDR."***

***The Trust Units.** **Trust units, consisting of common and subordinated units, are units representing beneficial interests in the trust and represent undivided beneficial interests in the property of the trust. They do not represent any interest in SandRidge.***

***The Trust.** **The trust will own overriding royalty interests in certain of SandRidge's properties in the Mississippian formation in northern Oklahoma and southern Kansas. These royalty interests will entitle the trust to receive, after the deduction of certain costs, (a) 80% of the proceeds attributable to SandRidge's net revenue interest in the sale of production from 67 producing wells and (b) 70% of the proceeds attributable to SandRidge's net revenue interest in the sale of production from 206 development wells to be drilled within an area of mutual interest consisting of approximately 81,200 gross acres (53,000 net acres) held by SandRidge. The trust will not be responsible for any costs related to the operation of the producing wells or the drilling or operation of the development wells. The trust will be treated as a partnership for U.S. federal income tax purposes.***

***The Trust Unitholders.** **As a trust unitholder, you will receive quarterly distributions of cash from the proceeds that the trust receives from SandRidge's sale of oil and natural gas subject to the royalty interests to be held by the trust. The distributions will also reflect hedges entered into pursuant to a derivatives agreement between the trust and SandRidge, as well as hedges entered into by the trust directly with unaffiliated hedge counterparties. For information on target distributions and related matters pertinent to trust unitholders, please see "Target Distributions and Subordination and Incentive Thresholds."***

***Investing in the common units involves risks. See "Risk Factors" beginning on page 20.***

***These risks include the following:***

- ***Drilling for and producing oil and natural gas involves many risks that could delay the anticipated drilling schedule for the development wells to be drilled by SandRidge, which could adversely affect future production and decrease cash distributions to unitholders.***
- ***Oil and natural gas price fluctuations could reduce proceeds to the trust and cash distributions to unitholders.***
- ***Actual reserves and future production may be less than current estimates.***
- ***Estimates of target distributions to unitholders are based on assumptions that are inherently subjective and are subject to significant risks and uncertainties.***
- ***The hedging arrangements will cover only a portion of the expected production attributable to the trust, and such arrangements will limit the trust's ability to benefit from commodity price increases for hedged volumes above the corresponding hedge price.***
- ***If the trust were treated as a corporation for U.S. federal income tax purposes, then its cash available for distribution to unitholders would be substantially reduced.***
- ***If the IRS contests the tax positions the trust takes, the value of the trust units may be adversely affected, the cost of any IRS contest will reduce the trust's cash available for distribution and income, gain, loss and deduction may be reallocated among trust unitholders.***
- ***The tax treatment of an investment in trust units could be affected by potential legislative changes, possibly on a retroactive basis.***

*PRICE $21.00 A COMMON UNIT*

| | Price to Public | | Underwriting Discounts and Commissions(1) | | Proceeds to Trust(2) | |
|---|---|---|---|---|---|---|
| *Per Common Unit* | $ | 21.00 | $ | 1.26 | $ | 19.74 |
| *Total* | $ | 546,000,000 | $ | 32,760,000 | $ | 513,240,000 |

(1) *Excludes a structuring fee equal to .5% of the gross proceeds of this offering, or approximately $2,730,000 million, payable to Morgan Stanley & Co. LLC and Raymond James & Associates, Inc.*

(2) *The trust will deliver all of the proceeds it receives in this offering to one or more SandRidge subsidiaries. See "Use of Proceeds."*

*The trust has granted the underwriters the right to purchase up to an additional 3,900,000 common units to cover over-allotments.*

*The Securities and Exchange Commission and state securities regulators have not approved or disapproved these securities, or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.*

*The underwriters expect to deliver the common units to purchasers on April 23, 2012.*

*MORGAN STANLEY* *RAYMOND JAMES* *BofA MERRILL LYNCH*
*CITIGROUP* *RBC CAPITAL MARKETS*
*UBS Investment Bank* *Oppenheimer & Co.* *Wunderlich Securities*
*Sanders Morris Harris Inc.* *Johnson Rice & Company L.L.C.*

*April 17, 2012*

Table of Contents

## THE UNDERLYING PROPERTIES

The Underlying Properties consist of the oil and gas leasehold interest owned by SandRidge in the Mississippian formation in Noble, Kay, Alfalfa, Grant and Woods counties in northern Oklahoma and Harper, Comanche, Sumner and Barber counties in southern Kansas arising under leases and farmout agreements related to properties from which the PDP Royalty Interest and the Development Royalty Interest will be conveyed. The Underlying Properties consist of approximately 81,200 gross acres (53,000 net acres). As of December 31, 2011 and after giving effect to the conveyance of the PDP Royalty Interest and the Development Royalty Interest to the trust, the total proved reserves estimated to be attributable to the trust were 26.1 MMBoe. This amount includes 10.2 MMBoe attributable to the PDP Royalty Interest and 15.9 MMBoe attributable to the Development Royalty Interest. In addition, as of December 31, 2011 and after giving effect to the conveyance of the PDP Royalty Interest and the Development Royalty Interest to the trust, there were 9.8 MMBoe of probable reserves estimated to be attributable to the trust, all of which was attributable to the Development Royalty Interest. Please see "—Oil and Natural Gas Reserves" and "—The Reserve Report" for information about the estimated reserves attributable to the trust. The reserves attributable to the trust's royalty interests include the reserves that are expected to be produced from the Mississippian formation during the 20-year period in which the trust owns the royalty interests as well as the residual interest in the reserves that the trust will sell on or shortly following the Termination Date.

### Overview of the Underlying Properties

The Underlying Properties are located in northern Oklahoma and southern Kansas in the Mississippian formation, which is an expansive carbonate hydrocarbon system located on the Anadarko Shelf. The top of the formation is encountered between 4,000 feet and 7,000 feet and lies stratigraphically between the Pennsylvanian-aged Morrow formation and the Devonian-aged Woodford Shale formation. The Mississippian formation can reach 1,000 feet in gross thickness and the targeted porosity zone is between 50 and 100 feet in thickness. The formation's geology is well understood as a result of the thousands of vertical wells drilled and produced there since the 1940s, including approximately 73 vertical wells drilled on the Underlying Properties, and over 500 horizontal wells drilled in the region in the Mississippian formation.

In 2007, the application of horizontal cased-hole drilling and multi-stage hydraulic fracturing treatments demonstrated the potential for extracting significant additional quantities of oil and natural gas from the formation. Since the beginning of 2009, there have been over 500 horizontal wells drilled in the Mississippian formation in northern Oklahoma and southern Kansas, including 272 drilled by SandRidge. From December 31, 2010 to December 31, 2011, the number of producing horizontal wells in the Mississippian formation in which SandRidge had an interest increased by 156 wells. As of December 31, 2011, there were approximately 43 horizontal rigs drilling in the formation, with 19 of those rigs drilling for SandRidge. While horizontal wells are more expensive than vertical wells, a horizontal well bore increases the production of hydrocarbons and adds significant recoverable reserves per well. In addition, one horizontal well is the effective equivalent of several vertical wells, and as a result better returns on drilling investments may be achieved with horizontal drilling.

As of December 31, 2011, SandRidge had approximately 1.3 million net acres leased in the Mississippian formation in northern Oklahoma and Kansas.