# EXHIBIT 48

February 8, 2011



# Credit Suisse
# 2011 Energy Summit

Vail, CO

SandRidge
energy to go further

# Disclaimer

Safe Harbor Language on Forward Looking Statements:

This presentation includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These statements express a belief, expectation or intention and are generally accompanied by words that convey projected future events or outcomes. The forward-looking statements include statements about SandRidge Energy, Inc.'s future operations, rig and well counts, drilling and resource locations, anticipated exploration and production strategies, benefits resulting from the Century Plant, estimates of oil and natural gas production, reserve volumes and reserve values, capital expenditures and other costs, capital raising activities, including potential asset divestitures, and hedge transactions. We have based these forward-looking statements on our current expectations and assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions and expected future developments, as well as other factors we believe are appropriate under the circumstances. However, whether actual results and developments will conform with our expectations and predictions is subject to a number of risks and uncertainties, including the volatility of oil and natural gas prices, our success in discovering, estimating, and developing oil and natural gas reserves, the availability and terms of capital, our timely execution of hedge transactions, credit conditions of global capital markets, changes in economic conditions, regulatory changes, including those related to carbon dioxide and greenhouse gas emissions, and other factors, many of which are beyond our control. We refer you to the discussion of risk factors in Part I, Item 1A - "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2009 and in comparable "risk factors" sections of our Quarterly Reports on Form 10-Q filed for the quarters ended March 31, 2010 ,June 30, 2010 and September 30, 2010 and those filed after the date of this presentation. All of the forward-looking statements made in this presentation are qualified by these cautionary statements. The actual results or developments anticipated may not be realized or, even if substantially realized, they may not have the expected consequences to or effects on our company or our business or operations. Such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. We undertake no obligation to update or revise any forward-looking statements.

The SEC permits oil and natural gas companies, in their filings with the SEC, to disclose only proved, probable and possible reserves, as each is defined by the SEC. At times we use the term "EUR" (estimated ultimate recovery) and "resources" and "resource locations and potential" to provide estimates that the SEC's guidelines prohibit us from including in filings with the SEC. These estimates are by their nature more speculative than estimates of proved, probable or possible reserves and, accordingly, are subject to substantially greater risk of being actually realized by the company. For a discussion of the company's proved reserves, as calculated under current SEC rules, we refer you to the company's Annual Report on Form 10-K referenced above, which is available on our website at www.sandridgeenergy.com and at the SEC 's website at www.sec.gov.

SandRidge

# Mid-Continent Horizontal Mississippian Oil – Overview



- 300-500 Mboe/well (52% Crude Oil)
- $2.7MM/well[a]
- SD Operated wells
  - 37 Drilled
- Other Industry wells
  - 66 Drilled

## High Perm, Carbonate Oil Play

- Shallow oil target (< 6,000' TVD)
- Attractive drilling and completion costs
- Extensive reservoir control from thousands of vertical wells
- Thick overall carbonate section
- Horizontal drilling effectively connects vertical wellbores
- Rigs, services and infrastructure readily available
- ≈ 750,000 net acres

[a] Includes capex allocation for water disposal facilities

SandRidge

# Horizontal Mississippian Oil – High Rate of Return

## ≈ 3,400 Potential Locations[a]

**Horizontal Mississippian Type Curve**

- 211 Mbbl (100% Crude)
- 1,186 Mmcf
- 409 Total Mboe
- $2.7MM/well[b]
- 244 Boe/d 30 day IP
- ≈ 100% ROR (NYMEX Strip)
- ≈ 750,000 Net Acres




(a) 750,000 acres / 3 wells per section
(b) Includes capex allocation for water disposal facilities



SandRidge

# Horizontal Mississippian Oil – Acreage




- 6.5 Million Acres – SandRidge Focus Area
- ≈ 17,000 (≈ 7,000 within ) Vertical Mississippian producing wells
- SandRidge currently owns ≈ 750,000 Net Acres
- 37 SandRidge Horizontal Wells
- 66 Industry Horizontal Wells

SandRidge

# Horizontal Mississippian – Oil Decline Model




(a) Netherland Sewell Associates, Inc., YE 2010

SandRidge

# Horizontal Mississippian Well Performance

**NSAI Average 1st Month**

**244 Boe/d**

**Total Average 1st 30 Days Actual**

**274 Boe/d**

**Recent Average 1st 30 Day Actual**

**335 Boe/d**

| Well | First Sales | 1st 30 days BOE/D | Peak 30 days BOE/D | Last 30 days BOE/D | Comment |
|---|---|---|---|---|---|
| 1 | 2/10/2010 | 401 | 417 | 72 | |
| | 3/10/2010 | 73 | 197 | 171 | |
| | 3/30/2010 | 126 | 165 | 164 | |
| | 4/21/2010 | 192 | 295 | 167 | |
| | 5/5/2010 | 52 | 294 | 255 | |
| | 5/6/2010 | 52 | 137 | 117 | |
| | 6/7/2010 | 47 | 85 | 61 | |
| | 6/29/2010 | | | | Waiting for SWD |
| | 6/30/2010 | 127 | 303 | 236 | |
| | 7/30/2010 | | | | Waiting for SWD |
| | 7/30/2010 | 158 | 163 | 45 | |
| | 8/9/2010 | 127 | 131 | 98 | |
| | 8/9/2010 | 334 | 441 | 441 | |
| | 8/27/2010 | 201 | 277 | 277 | |
| | 8/30/2010 | 856 | 892 | 427 | |
| | 9/2/2010 | 167 | 272 | 160 | |
| | 9/4/2010 | 246 | 263 | 142 | |
| | 9/14/2010 | 218 | 394 | 234 | |
| | 9/24/2010 | 112 | 117 | 110 | |
| 20 | 10/16/2010 | 198 | 39 | 135 | |
| 21 | 10/18/2010 | 320 | 328 | 173 | |
| 22 | 11/3/2010 | 394 | 400 | 308 | |
| 23 | 11/4/2010 | 648 | 648 | 439 | |
| 24 | 11/9/2010 | 411 | 419 | 244 | |
| 25 | 11/24/2010 | 85 | 89 | 69 | |
| 29 | 11/30/2010 | 125 | 136 | 101 | |
| 31 | 12/2/2010 | 104 | 126 | 120 | |
| 30 | 12/9/2010 | 104 | 128 | 128 | |
| 33 | 12/13/2010 | 473 | 473 | 428 | |
| 36 | 1/16/2011 | 456 | 456 | 456 | online 8 days |
| 37 | 1/14/2011 | 1,128 | 1,128 | 1,128 | online 10 days |
| 34 | | | | | Completing |
| 35 | | | | | Completing |
| 32 | | | | | Completing |
| 26 | | | | | Waiting on Completion |
| 27 | | | | | Waiting on Completion |
| 28 | | | | | Waiting on Completion |
| 38 | | | | | Drilling |
| 39 | | | | | Drilling |
| 40 | | | | | Drilling |
| 41 | | | | | Drilling |
| **Total** | | **7,933** | **9,413** | **NM** | |
| **Average** | | **274** | **325** | **NM** | |

136 Boe/d (Avg)
$3,040M (Avg)

335 Boe/d (Avg)
$2,647M (Avg)

Note: Production data as of 1/23/2011

SandRidge



SD-SECURITIES-0000642