# EXHIBIT 49

# FINAL TRANSCRIPT

## Thomson StreetEvents℠

# SD - SandRidge Energy at Credit Suisse Group Energy Summit

### Event Date/Time: Feb. 08. 2011 / 3:10PM GMT



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Feb. 08. 2011 / 3:10PM, SD - SandRidge Energy at Credit Suisse Group Energy Summit**

## CORPORATE PARTICIPANTS

**Tom Ward**
*SandRidge Energy, Inc. - Chairman & CEO*

## PRESENTATION

**Unidentified Participant**

All right. Good morning. We're going to be moving along here. We have SandRidge Energy and pleased to have with us today Tom Ward, the Chairman and CEO. Thanks, Tom.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman & CEO*

Thank you.

As most people realize, SandRidge has been in a transformation for the last couple of years, moving from gas to oil. And as I was listening to Charlie before me say that he gets to work the south of France, I get to work the Permian Basin. So, I'm not sure how that fits together, but I'd love to be in the south of France.

The -- what we've looked at is to move the Company towards oil. We think there is now, basically, a permanent change in place that won't see gas moving back to a six to one ratio. And so, with that, late in 2008, we started hedging gas and looking for oil.

Then, in 2009, we started making acquisitions. Finalized the last acquisition in 2010, and so today we move from a company that was 80% gas by revenue in 2008 to a company in 2011 that's 80% oil by revenue. And with that, we have 11,000 drilling locations and 100% of this year's budget dedicated to drilling oil. And I'll go through the gas side of this in just a second.

The growth strategy, as I mentioned, is -- was and is to move into oil. We acquired 7,600 barrels a day in December of 2009 from Forest. We have 8,200 barrels a day from Arena in 2010. Today, we produce 65,000 Boe a day, of which 35,000 barrels of that is crude -- very much crude focus. We only have about 13 -- no, excuse me, about 15% of our liquids production is liquid, the rest is crude.

So, we have moved up our drilling from two rigs in the Permian Basin, and then in the Permian Basin we really focus in the Central Basin Platform. So, we had two rigs running in 2009. We have 16 rigs in the Central Basin Platform today. The nearest competitor has three rigs running. And I'll go more into the Central Basin Platform because it's a very unique place in the Permian Basin where locations are very shallow carbonate conventional drilling -- we still drill vertical wells.

And we have also moved into the Horizontal Mississippian play in Oklahoma where now we're up to 750,000 acres. We have pulled in our brokers, so we currently have outstanding commitments, either written or verbal, to move us up into the 900,000 to a million acre range by the end of the first quarter. And that should finalize our buying in the Mississippian, and we'll start monetization this year. As we've already talked about, the first monetization of the Mississippian is in the royalty trust, where we should have accomplished by the first -- in the early second quarter.

We have started to increase our Mississippian drilling. We are currently -- we're up to 11 rigs, and we should drill over 100 wells in the Mississippian in 2011. We'll drill about 800 wells in the Permian Basin.

Just a map just showing the areas we operate. Northwest Oklahoma, as we mentioned, or Northern Oklahoma with 11 rigs in the Mid-Continent -- in Kansas and Oklahoma, and then 16 rigs running to drill 804 wells, as I've mentioned, in the Permian Basin -- our gas assets from the East Texas, Texas Gulf Coast and the Pinon Field or the West Texas Overthrust.





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

SD-SECURITIES-2738766

The Central Basin Platform, as I mentioned, is the key area for the Company still today -- about 70% of our budget this year will be drilling shallow vertical wells in the Permian Basin -- I'll show you a slide. That gives us about a 60% rate of return today, and that's based on wells that have been producing since 1910. So, we have a very long history of decline curves. We have what we call certainty of economic outcome. We know what our B factor is. We know when a well comes on at 47 barrels a day that it can reach the type curve that we set out.

So, that's a -- the Permian Basin has produced 29 billion barrels, but 13 billion barrels of that have been produced in the Central Basin Platform. So, again, the Central Basin Platform is one of the oldest most prolific areas to drill oil in the United States. In fact, the San Andres and the Clear Fork, two of the main zones we focus on, have produced 6 billion barrels.

Here's just a graphic design showing that the Central Basin Platform is a platform. And whenever they call it a carbonate platform -- because all of these zones are carbonates up on the platform. As you move to the east in the Midland Basin or to the west in the Delaware Basin, you get tighter, deeper, you get into sandstones and siltstones. So, not that they're bad reservoirs -- just is a deeper reservoir and tends to be more tight as you move off the basin.

So, one of the key attributes to our Company is we continue to drill high-perm reservoirs that take -- that require very little fracture treatment or low-pressure drilling. So, we use 750 horsepower rigs in the Permian Basin, and we will drill 800 wells that only require 5,000 horsepower fracs. And our costs in the Permian Basin haven't moved up since the middle of 2009, and we don't see any cost pressure today.

Here's a map showing where the Central Basin Platform is. Again, the acquisitions we made are from Robertson, Tex-Mex and Fullerton -- came out of our Forest acquisition. And you see the Goldsmith field is where we had our legacy assets that came out of the National Energy Group acquisition in 2006. And then, how Fuhrman-Mascho, the Arena acquisition, fit right in the central part of that. So, what -- central part of the Central Basin Platform.

So, what we've done is had a focus to buy not only in the Permian Basin, but to buy the most prolific area with the lowest cost. So, that -- as you think of our strategy starting in 2009, it was very focused to buy in the Central Basin Platform. We continue today to look for opportunities. They're very hard to come by in this platform.

We have over 8,000 locations. We'll drill 800 wells this year. So, a 10-year inventory, you have 75,000 Mboe per well that only requires you to come up with a 47 barrel 30 day IP. And with that, you get about a 60% return at the NYMEX Strip with our hedges. And that -- and we have 185,000 acres that the vast majority is held by production.

In the Mid-Continent, the new play is the Horizontal Mississippian. We've been working on this for a number of years. We started in 2007 drilling some vertical wells. We started expanding the play in 2009. We drilled our first well and completed it in the first part -- just over a year ago. And with that success, we've started looking and tying together the Horizontal Mississippian around vertical production. So, the same idea in the Central Basin Platform is what we use in the Horizontal Mississippian. We want to see years of production, so we know what our type curve will be.

I think there is still a lot of risk in new plays that you don't have vertical production to understand what happens in year three, four, five and six and seven -- what type of type curve you're going to have, how much hyperbolic decline. One of the keys to the Mid-Continent Horizontal Mississippian is it's a carbonate, it's shallow and it -- and so, the costs are low -- $2.5 million to drill a horizontal well. The shallow depth of less than 6,000 feet, and we drill 4,000 feet of horizontal section. It's takes us about 21 days to drill a well. We use low-pressure equipment, low-pressure rigs, low-pressure fracking, keeping our costs down. We have ample services, and we have an enormous pipeline system that we're drilling with, and I'll show that in just a second. And all we're doing is connecting vertical wells with one horizontal wellbore and completing it just like you would a vertical well and bringing on 8 to 10 wells in one wellbore.

And that -- as I've mentioned, we have 750,000 acres. Our current type curve is 409,000 barrels per well. We're still comfortable across the play from 300,000 to 500,000 barrels per well. And that gives you a rate of return in excess of 100%.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

And here's the latest type curve that we show. This comes from our reserves at year end at Netherland and Sewell -- a 409,000 barrels per well equivalent, of which we spend $2.7 million. That includes our disposal system. So, it takes about one disposal well for every 10 horizontal wells we drill. And how we keep that cost down is that it doesn't require tremendous pressure pumping or rig costs. We can drill this with 1,000 horsepower rigs, and we keep our costs down because the -- a carbonate is an easier rock to frac than a shale.

In the Horizontal Mississippian, here was the area we outlined originally as taking a look. The reason -- to review. The reason we like this area is because of the vertical well control. So, you see in green are all vertical wells. There's about 17,000 wells in the Mississippian that we looked at that were drilled vertically before we started to go and buy acreage within these fields. So, we know there's oil in place. In fact, just across Woods, Alfalfa and Grant, where we started buying acreage, there are over 1,200 vertical wells with 30 years of history that gave us a lot of comfort that there was oil in place.

So, that's where we focused our acreage. Starting just over a year ago, we started buying acreage. We now, as I mentioned, should end the acquisition phase of acreage around a million acres. And we'll have less than $200 per acre and 20% royalty leases with 5-year terms -- 3 years with 2-year options across the whole play. And looking at this on the map, it's 100 miles by 160 miles north and southeast to west.

Here are the wells that we've drilled today. The SandRidge wells are in red, and industry wells are in blue. The interesting thing about the Mississippian is that some might want to only focus on the very high-rate wells that have been drilled. But, what I find is interesting is that you have those high-rate wells intermixed with some poorer wells across the whole play.

So, the -- we mentioned -- and I'll show a slide that shows one of our last wells is very prolific, but it can be offset by a well that might not even be as high as our type curve. So, a type curve well comes on at about 244 barrels equivalent per day. So, what I like about that is that you can take a statistical approach and not have to focus on one core area. That doesn't mean that by the time we drill all this out that there won't be some areas that are better than others. It's just today we're seeing good wells that Eagle has drilled in Southern Woods, that Chesapeake has drilled in Northern Woods, that we've drilled in Woods and Alfalfa, and that Range has drilled in Noble and Kay -- and other private companies even further east than that.

So, as we look at the type curve, the thing that I focus on is, again, having data. So, the vertical wells that have been drilled are 30 years old, at least, and we have a very good type curve for this rock. And again, all we're doing is drilling this same rock horizontally, so putting more wells into one wellbore. It should have the same decline as the vertical wells did.

And as we move down -- obviously, you have a step change up by drilling a horizontal well. If you move that down to match it against the vertical wells, our wells are declining at a less rate today than the vertical wells did. But, the vertical wells bend at 2.5 B factor. Our 409,000 barrels is on a 1.5 B factor, so we think we already have some conservatism in our type curve.

And then, I'm not sure what I added here. I think just that we have 30 years of type curve history in over 1,200 wells. Here's the -- we do name all the wells that we've drilled, or at least a number of them, across the play. I think we have 37 wells to date that we've drilled. There was a change after the first few wells were drilled, so we isolate that out. We were fracking with a 16-stage frac, and we moved down to eight stages. And we tend to have a little better results, at least in the short run. I think we were bringing on -- not -- the wells, ultimately, might be just as good in the first wells that we were bringing on more water initially from, maybe, a little bit overstimulation -- again, showing that there's high-perm rock.

And as you see, in the last wells we've drilling have tended to be better, and the costs are less. And the reason the cost is less is we started setting intermediate pipe at the vertical section of the hole, and then drilling horizontally out from that and being able to use one bit and taking less time. So, we moved the days on location down originally from around 30 days and spending $3 million to down to 21 days and spending about $2.5 million per well as we drilled these.

As you notice, the last well is 1,100 barrels equivalent a day. I would note that that's a 10-day test where some of the wells that are just as good as this well are on 30-day tests higher in the numbers. The first well average, again, to hit our type curve, 244



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

barrels a day, our first 30-day actual is 274 barrels a day, and then the recent average of these last wells 335 barrels a day. So, we are working ahead of our type curve.

Then, we just did a single-well comparison using the industry numbers for a couple of plays, the Bakken, the Eagle Ford and the Eagle Ford condensate. And we don't claim to find more oil. We just believe that we can drill wells for less. And not having service cost pressure is increasingly important in this business as every other company moves to drill higher and higher rate wells with using more and more -- drilling deeper and more and more pressure equipment. Being the opposite of that and using low-pressure equipment is -- in my opinion, will become even more critical as we move forward.

And then, here is just -- as I mentioned earlier, the Horizontal Mississippian time has gone down from 30 days to 21 days as we've drilled more wells. We don't see much more efficiency to be had. So, we're not claiming -- we won't be drilling these wells off pads because we only drill three wells per section. And the reason you drill three wells per section instead of 10 is you have a highly permeable rock that is -- allows you to drain further. So, 21 days is about the best we think we're going to be able to do.

We use conventional 1,000 horsepower rigs, as I mentioned. We have our own rigs, so we own 31 rigs in the Company. And with that, we have five third-party rigs currently working in the Mississippian. We're bringing on six rigs of our own. And the frac crews are easily available because, again, we use low-pressure fracs, and we don't use any high-strength proppants, so the access to sand -- and in fact, most of these are just straight water fracs with just the sand as a scouring agent. So, it's not even very important for us to have sand in the well. And there's plenty of water for us to access in the play.

The other important thing is that we're not having to build out a mid-stream system. So, this is the Atlas Pipeline system that covers Northern Oklahoma. We can double our rig count and not affect how we get out oil or gas. And there's no liquids issue here because the oil is crude.

Then, the one thing that we always talk about is that if we're going to aggressively have a CapEx program of $1.1 billion, we'll have a cash flow of $400 million to $450 million. There's obviously a shortfall that we need to cover. By the end of the first quarter, we will have raised $500 million to $550 million, and that still leaves us with other royalty trusts that we can do. There's other Mid-Continent asset monetizations we'll look at, and there's a -- the 1,500 barrels a day of water floods that we'll sell that have gone to Richardson Barr as of today. So, we should be closing sometime in April or May. We don't think there'll be any issue for us to be at the high end of our $600 million to $800 million projections.

We do have significant gas upside. Our issue -- well, the good thing is we haven't had to sell gas in a low gas price environment. And if and when gas prices do recover some, I think we will have opportunities to place gas assets to other companies who might want to buy great conventional assets. We think we have as good of gas assets as there are in the industry, especially in the West Texas Overthrust, and they're all HBP. So, we are not set in a position that we have to sell gas at $4.

And then, lastly, as you know, we are very active hedgers. We've hedged just over 8 million barrels in 2011, 9 million barrels in 2012, and then have moved forward with a hedging program in 2013. And all that is just predicated that our service costs won't change very much because our wells are drilled very quickly, and we own part of our own services, and, again, they are low-pressure services. So, if we can get 60% to 100% rates of return or 120% rates of return, we should probably lock in some of that as I don't know when China might decide to increase tax -- or increase their interest rates or tighten further.

I think, with that, I have a few minutes here to answer some questions.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## QUESTIONS AND ANSWERS

**Unidentified Participant**

Yes, maybe I'll start, Tom. Just on the Mississippian, we've seen, I think, looking at well results, a lot of variability. Can you talk about what determines the variability in the wells -- is it water cut -- and where you see better wells -- is it south or north in terms of your acreage position?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman & CEO*

Sure. I might try to -- I don't think I can go to the slide. Across -- the variability in the Mississippian is all across the play. So, we're seeing, as wells are drilled in Woods, Alfalfa, Grant, even Noble and Kay and Pawnee, that you have very good wells that can be offset with wells that aren't as good. All of them have water cut, high water cut, so you have to deal with water. And most of the wells produce between 1,500 to 5,000 barrels a day of water. The better wells tend to produce more water, so it's depletion drive so you don't have a well that waters out. As the well depletes, it produces less oil, gas and water together.

So, water is not the issue. It's really a permeability, and as you drill wells, you do get some that have better permeability, maybe a little bit more fracturing, and those are fairly statistical. There's nothing we can do to really say -- okay, this one area is better than another.

And as we look across that whole 100 miles, we see other companies and ourselves really have very good wells. And so, I tend to look at the overall play as making 300 to 400 barrels or 200 to 300 barrels a day equivalent, not focusing on 1,000 barrels a day equivalent wells. But, you do have those, but you also have some 100 day -- 100 barrel a day equivalent wells.

---

**Unidentified Audience Member**

What's the water cut add to the operating costs, generally?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman & CEO*

Yes, what's the water cut add to the operational cost -- we drill our salt water disposal wells, other companies truck water. As we drill disposal wells, we add that to the cost initially, so around $2.7 million per well instead of $2.5 million because it takes one disposal well to take care of 10 horizontal wells. And so, you add about $200,000 per well in costs to the well, and then you actually produce that at much less than if you were hauling. It costs about $2.50 a barrel to haul water versus what we use. The gas lift system -- I think our LOE is going to be around $8 per barrel lifting costs.

So, it's -- dealing with water is not a problem once you drill a disposal well. And it's all pipeline connected, and we have a system of salt water disposal wells that are all interconnected together.

---

**Unidentified Participant**

And then, maybe just more bigger picture. I remember, I think, a few years ago, you talked about the road to free cash flow. And I'm just wondering where you think you are in that timeframe? And it feels like it could be faster with more oil in the mix, but I just wanted to get an update on that and how you rank order asset sales or more monetizations to get there?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman & CEO*

Sure. And the road to free cash flow is set up around asset monetization. So, as you -- one of the reasons that you over buy in the Mississippian is if you think you know something that others didn't, and you get there early and you acquire in areas around



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

known production. So, there were areas that we bought that had good vertical well production around it. We think we have captured those areas.

And we've said that we can -- in the 5-year time period, if we only had 10 rigs running, we can control about 250,000 acres in that time to hold that amount of acreage. So, we do have acreage that we plan to monetize. We've started monetization with royalty trust. I think you could anticipate us to do that again. And I think you'll look for us to either sell other acreage outright, have a partner or come up with other types of financing to monetize more of the Mississippian acreage as we go forward.

[Jerry]?

---

**Unidentified Audience Member**

(inaudible - microphone inaccessible)

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman & CEO*

The question is why do a royalty trust versus a JV, and it's really all about net present value. In looking at a royalty trust, we get paid upfront for 4 years worth of drilling, and so we put three rigs to work on a 200 -- we get $250 million and in -- upfront, $77 million of that is PDP. We have about $66 million in future CapEx and lease operating expenses, and then we get $110 million for the 10,600 acres that we're selling outside of the trust.

But, more importantly, the NPV of that by getting all of that upfront is very attractive to us. And in fact, if we had -- even if we had all the capital we needed, it would compete with doing anything else. So, I think the net present value of a royalty trust is much better than a JV. Unfortunately, it'll be very difficult to do enough royalty trusts to capture a million acres of land. So, we'll probably be some combination of royalty trust and either joint ventures or outright sales.

Okay, thank you very much.

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2011, Thomson Reuters. All Rights Reserved.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS