# EXHIBIT 50

# FINAL TRANSCRIPT

## Thomson StreetEvents℠

## SD - SandRidge Energy Investor/Analyst Meeting

**Event Date/Time: Mar. 01. 2011 / 1:00PM GMT**



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Mar. 01. 2011 / 1:00PM, SD - SandRidge Energy Investor/Analyst Meeting**

## CORPORATE PARTICIPANTS

**Kevin White**
*SandRidge Energy, Inc. - SVP - Business Development & IR*

**Tom Ward**
*SandRidge Energy, Inc. - Chairman, CEO, President*

**Matthew Grubb**
*SandRidge Energy, Inc. - EVP, COO*

**Rodney Johnson**
*SandRidge Energy, Inc. - EVP - Reservoir Engineering*

**Todd Tipton**
*SandRidge Energy, Inc. - EVP - Exploration*

**James Bennett**
*SandRidge Energy, Inc. - EVP, CFO*

## CONFERENCE CALL PARTICIPANTS

**Neal Dingmann**
*SunTrust Robinson Humphrey - Analyst*

**Scott Hanold**
*RBC Capital Markets - Analyst*

## PRESENTATION

**Kevin White** - *SandRidge Energy, Inc. - SVP - Business Development & IR*

Go ahead and get started on time here, and like to welcome everybody to SandRidge's Analyst Day, and I guess lay out a little bit of the format for the day. We'd welcome you to ask questions during the course of the presentation so if you'll just raise your hand we'll try to have the speakers pay attention and catch your questions as we go, or at the very end we will open it up for questions at that point in time.

I want to introduce some of the SandRidge guests and directors, kind of back in this general area we've got our Board of Directors back there. We've got Everett Dobson is back there, Bill Gilliland, Dan Jordan is right back there as well, Roy Oliver and Jeff Serota I think I saw back over here, and our new Board member that we announced this morning. That's Jim J. Brewer.

And as far as SandRidge folks who are here, obviously, Tom will be up here in a second speaking, our CEO, Matt Grubb our President and Chief Operating Officer, James Bennett, our new CFO, glad to have him here. We've got Rodney Johnson, EVP of Reservoir and Todd Tipton our EVP of geology. Then other SandRidge folks who are here we've got Randy Cooley, who's our SVP and Chief Accounting Officer, Phil Warman, our SVP and General Counsel is here, Keri Mitchell, who I forgot to announce last year, so she's -- does a lot of work with some of the folks in the audience. She's here. Greg Dewey is with us and Trent Ward back in the back as well.

And I want to thank Leslie Weiher. She and Grayson, her soon to be son put on this show for us and out front we had Jenae Panter and Jill Perkison and then Nasir Mraz is here as well and helping us out on the technical aspects. So I think, unless I forgot somebody, we'll just go ahead and get started and introduce Tom Ward.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

The next operator has three rigs running. And we'll drill over 800 wells so completing more than two wells a day in the Central Basin Platform. So logistically that's about as much as we can do. We can maybe get to 18 or 20 rigs running in the platform, but we have moved that to about the scope that we can use logistically even if we add more people.

So while we continue to look at the platform as a place that we like and want to add acreage, it's not really in the scale that we've already talked about. So the Central Basin Platform will be -- the majority of our CapEx will be spent there this year and Todd will go through and talk really about the geology of that as the day goes on.

The next play that we were developing at the same time that we started buying acreage in 2009 was in the Mississippian play, and this was -- also fit the category of shallow, low cost, conventional so the depth is around 5,500 to 6,000 feet TVD. We'll drill a 4,000-foot lateral and again, it's in a carbonate.

So most of my life I've spent chasing carbonates around the US and in Canada and the reason I like carbonates and the reason our team likes a carbonate is it's a real reservoir that has, even if you look at this -- and we cringe sometimes when we talk about permeability in the plays we drill because in the whole sense of the industry for the last 20 years or so or longer, this wouldn't be considered a high perm reservoir.

But today compared to all the different types of reservoirs that are being drilled and shales, this is extremely high perm and that's -- so it doesn't -- we get to use different equipment than what most of the industry is using today. So one of the key points about the Company is that we focus on cost so whenever we talk about shallow, low cost, conventional, it all ties together. You don't spend as much money when you drill a shallow well. You look for areas that have tremendous source rock so if you have oil at $100 you want to be drilling where oil has been found. And then you drill a type of reservoir that doesn't require to have high pressure treatment or high pressure drilling with rigs.

And so with all of that, if you think about our industry over the last 100 years it's been built around these types of reservoirs. So what has happened is you have service companies across the United States that now have excess equipment because the industry has moved to deeper, higher pressure, tighter reservoirs that you can't use the same equipment that now -- that the industry's been built on. So where do they go to work? They come to work for us and our costs have not move up appreciably since early 2009.

And I think we're the only company that will be able to stand up in front of you and say we don't have higher costs. And it's a critical part of the equation to find rates of return, and I don't think enough people talk about that.

So as we move into the Mississippian play we can also use these low cost equipment providers to drill these wells. And now today we'll be -- we're up to 830,000 acres on our way to between 900,000 and a million acres. It's a huge area. And what Rodney will go through in the Mississippian play is that we're seeing the same statistical outcomes all the way across the play.

So there are excellent wells drilled on our -- the wells that we've drilled. We've drilled some excellent wells. We've drilled some poor wells in other parts of the play. Chesapeake's drilled some excellent wells. There's been some poor wells drilled there. There's -- Eagle has drilled very good wells, Range has drilled good wells, but you can move about 100 miles and we're not seeing differentiation in the reservoir.

Now, that doesn't mean you won't have good wells and poor wells, so what we always look at is a range and we want to find about 240 barrels a day equivalent to meet our type curve. We also say -- and that Netherland Sewell has given us a type curve of 409,000 barrels per well, but our type curve is really a range. Over the 6.5 million acres we think we'll find somewhere between 300,000 to 500,000 barrels a well.

I think it's a little bit early to go and try to say we're going to find 409,000 barrels a well on every well that we drill across this 6.5 million acres. So we know -- we've also said very publicly that if we get to a million acres we can hold about half of that with





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Acreage and locations, we have a little over 1.6 million net acres, about half of that is in the Midcontinent in the Mississippian Horizontal play. We currently have about 800,000 acres under lease today and we have wound down our leasing efforts but we should end up with probably 900,000 to a million acres when it's all said and done.

We also have 200,000 acres in the Permian. While that doesn't sound like a lot, the good thing about the Permian is we can drill those wells down such tight spacing, down to 5-acre spacing, that does provide for a lot of locations. And, you know, we're looking at the rate we're today about 800 wells per year. We have about 10 years' worth of inventory to drill, and then the WTO where we have about half a million acres.

The locations I've mentioned we have over 19,000 locations, almost 8,000 in the Permian, WTO 5,500 and then the Midcontinent makes up the bulk of the remainder.

The Permian Basin, as Tom mentioned earlier, the beauty of the Permian Basin where we operate particularly on the platform, the Central Basin Platform, you know, three main things is that it's shallow so it's very inexpensive drilling and development. Our wells range from about, for the most part, range from about 4,500 feet deep to 7,500 feet deep, all vertical wells. The average cost we're looking at this year is about $760,000 per well, very high rates in return at current commodity prices. We have nearly 8,000 locations there.

As Tom mentioned the Central Basin Platform is about the, roughly about 3 million acres and it's produced 13 billion barrels of oil so it's packed with a lot of oil in multiple reservoirs. So there's very low risk development in this area.

The Clear Fork and the San Andres, the two primary reservoirs that we focus on, have produced about 6 billion barrels. The Horizontal Miss a little bit over three-quarters of a million acres and 3,400 drilling locations. That's an area that we're really just getting started on right now and a tremendous amount of value to be realized in years to come.

The Central Basin Platform is highlighted by the shaded area on that map. And like I said it's about 3 million acres but we control basically all the major fields on the platform. Our legacy asset was Brooklaw, which is at the southern part of the map and the Goldsmith area. And this was back in 2009 when we bought Forest at the end of 2009, in December, we bought into the Fullerton, Robertson and Tex-Mex fields. And then in July, 2010, we bought Arena which is the Fuhrman-Mascho field. So everything fits real well together logistically. It was a great set of acquisitions and the integration was seamless.

These are very high rate of return wells. On average we're looking at 83,000 barrels of oil equivalent per well and nearly 90% rate of return on the current strip, very low drilling costs and predictable production profiles, decades of production history here. And we're the most active driller in, on the platform with 16 rigs -- I think Tom mentioned the next guy there was maybe three or four rigs -- and nearly 8,000 locations.

This is our performance in the Permian to date. Back in 2009 before we bought Forest we were running about 4,000 barrels equivalent per day. We closed Forest in December of 2009 and we moved up to roughly 12,000, 13,000 barrels net per day. You can see we started ramping up the drilling and moved that up to about 15,000 barrels per day.

In July of 2010 we bought Arena. That moved us up to about 24,000 barrels of equivalent per day and then the ramp up in drilling we bumped 30,000 barrels of oil equivalent per day there and then when we sold off our Wolfberry asset, that's a little tick down, we sawed off about 1,600 barrels per day.

We also recently announced another sale in the Permian of our non-core -- it's some non-core water flood assets, and that should close in April and that will be a down tick of about 1,500 barrels per day. And the orange bars, as you can see, is the rig ramp over time.

This is a good slide showing how we have increased value in the Permian. We spent $800 million for the Forest assets, which as it turned out it's basically buying PDP value. The Arena acquisition is $1.4 billion. We've reinvested $436 million in drilling.





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

We've cash flowed nearly $300 million and we sold off over $460 million in properties. This includes the Wolfberry, the New Mexico assets and the non-producing Bone Spring acreage. So the net investment over this time period was about $1.9 billion. Today our Forest, I'm sorry our Permian assets on the strip is worth $3.8 billion, so we've enhanced value almost $2 billion in a very short period of time.

Horizontal Miss oil play, this is a very exciting play for us. It has a tremendous amount of scale. This map is 160 miles east, west by 100 miles north and south. The dashed blue line represents about 6.5 million acres, and we have nearly a million acres in this area. The Netherland and Sewell type curve for the wells we've drilled to date is 409,000 barrels of oil equivalent.

I think there's still a lot of variability. We're still saying internally 300,000 to 500,000 barrels, but nevertheless is a very good project. On a type curve with the current commodity prices it's a 120% rate of return, low drilling costs. I think this may be the lowest drilling costs of all the horizontal plays going on in the US, but when you compare it to the Haynesville, Eagle Ford, the Bakken, the Bone Spring, this is maybe a third of the cost.

Acreage costs all-in we'll -- probably will have spent less than $200 an acre out here, and really it was very unique time. Forest, as everybody was spending resources in the shale plays we had an opportunity to pick up a lot of acreage here at a very low cost, which I don't think we can do today had we not taken that step in 2010.

We're the most active driller in the play. We have, right currently we have 8 rigs going up to 12 rigs in 3,400 potential locations. And I think one of, the important thing is, you know, the important question is do we think this play is going to work throughout this entire acreage area? I think Tom addressed it earlier but there's about seven, six or seven operators that are out here drilling across this entire 160-mile range across this map here.

This is our oil production growth since drilling the Miss play. As you can see, in 2009 we're producing about -- and this just shows oil, not oil equivalent but just oil. We start out about 500 barrels of oil per day in mid-2009. As we started ramping up rigs we bumped that up. We doubled that pretty quickly to 1,000 barrels per day. As we ramp a few more rigs we bumped that up to about 3,000, 3,500 barrels per day. And this year we're going to have 12 rigs running starting in April so it's a tremendous program for us.

And with that I'll turn it over to Rodney Johnson for a more technical discussion.

---

**Rodney Johnson** - *SandRidge Energy, Inc. - EVP - Reservoir Engineering*

Thanks Matt. We're going to start and go through quite a bit of detail on our reserves. I think you're going to see that we have come a long ways since last year. I hope it's a more comfortable story this year than we talked about last year.

What you're looking at here is we went from 219 million barrels equivalent to 546 million barrels equivalent and our PV-10 value went up from $1.561 billion to $4.509 billion. A lot of that, quite a bit of value increase of course, came from both the reserve adds that we're going to talk about and also a movement up in pricing using the SEC pricing, from $57.65 to $75.96. Gas prices moved slightly. We talked a lot about this last year what this meant to gas reserves and we'll go through that in quite a bit of detail as well.

When you look at it though, the real transformation of the Company is just not adding reserves, it's the fact that we moved from 2008 where we, sorry I don't have those numbers up here, but we were primarily driven by gas properties.

In 2009 we have transformed where 88% of our value is now coming from oil properties. That's a fairly dramatic change from a gas company driven by gas prices to an oil company with primarily with oil reserves in a little over two years. That's a radical change in the overall profile of this company.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CAL0003291

There's not a region of that three county area that was substantially better than the rest of the area that dominated the overall type curve. And that's also key to understand when we start talking about why we have confidence in expanding the overall performance area from just what we've drilled to date.

This will -- we'll try and give you a whole bunch of data from this one slide. When you look at this one slide, there's a lot of information on this. The green dots obviously represent all of the vertical performance data all around the region. We'll talk a little bit about -- I think we gave you a little background on this area in the last year, but this area was kind of, call it the kick-off area.

There was a small company that had drilled some vertical wells out in this area and had drilled one horizontal well. They then sold out. We took a piece of it, Chesapeake took a piece of it, and they kicked off a few horizontal wells in this area, and really what you've seen on this map there, all the blue wells are non-op wells, and all the red wells are our operated wells.

So the area of first interest really kicked off was over here in Woods County, kind of gained momentum. We actually stepped out and tried a well over here in Alfalfa County, and the unique part of that well in Alfalfa County is it didn't have vertical control. We also get a lot of questions about well, do you have to drill around the existing vertical control? What Todd was trying to express to you is as you draw across sections, all across this region, we don't see substantial differences in any of the known reservoir qualities across that region.

We will talk a little bit about performance qualities here in a minute, but overall we saw similar performance characteristics up there in this area, but we didn't have vertical confirmation to drill. In other words, we didn't have 40,000 -- 30,000 to 40,000 barrel-a-day vertical -- 40 EOR vertical wells to actually confirm stepping out in this area. But if you can tell by the population of wells up here, it's been very successful for us. A large part of our successful wells are right up here in this region.

Also successful wells down in here, then we also get a lot of questions, I think we even had one on the conference call about, well, are you the only player in the area? Well, Chesapeake has actually published on this in their December analyst day presentation. We also have Eagle, who's put out a lot of data on the play and has actually got a package for sale right now with a lot of data involved with their performance data down here in this region.

Range is drilling over here in this region, and then there's I would say three or four other small private companies that you won't find public data on, but that gives you at least some ideas on places to go research. And Ross Engineering has also published some data on this overall play performance.

A couple other issues we hear quite a bit is water is bad, okay? Well, in essence what's -- why people stayed away from this area primarily wasn't because of oil in place but it was because of water performance. Really, what yields a successful well today is that horizontal drilling gets the volume up.

You can actually drill the Arbuckle well and dispose of water very efficiently, and what you end up with is by using those higher volume wells and the combination of the disposal, you can make a very economic play. We don't consider water as bad, we try and stay in the top section of the play and actually produce it, and we're seeing very good wells by doing that.

We talked about vertical, I think that's the bulk of it. We try, the other thing we try to do is give you as much information as we possibly can on the overall performance. We're about, you can tell we're about out of room on our slide. We're getting to that point where the volume of data is getting to where we probably won't be publishing individual data anymore. But this gives you -- and we'll probably be doing averages, et cetera for you from this point forward. But when you really look at this, the original group of wells, and you kind of get an idea that the original group of wells, Boe per day was lower than the current, and the drilling cost was higher than the last group of wells.

Another thing we see in the industry a lot is this concept that horizontal drilling will infinitely get better over time. We generally see and believe that most of your learning -- your learning curve has been accelerated. Horizontal drilling has been going on





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

for years now. It's not saying we won't learn new things, but generally speaking we see kind of step changes in the first six months to a year.

We don't see that horizontal drilling is going to where you can predict continued performance increases over five years from horizontal drilling. Most of the advances that we see take place, and I'm going to talk about a couple of specific issues along this region.

One of the things, we did change up our frac design from here to here. So we're seeing much better performance in that last group of wells. And you get an idea of 307 Boe per day. When you look at that overall, 272 is the average for the whole group. And by the way, we're giving you the first 30 days, not an instantaneous IP, not a high rate, some of the things that are being published in the industry any more.

We are also giving you the peak 30 days. If you'll notice, some of these wells actually increase over time. We've seen this in several of these early wells, that actually the first 30 days is not really an indication of the highest rate those wells will make. They actually continue to improve over time.

So we're seeing some wells go from 334 to 441. You're seeing a well 127 up to 303. We have seen quite a few of these wells that come on, because of getting that water off initially and getting the efficiency of the pump system working, we've actually seen peak rates come beyond the first 30 days. But when you compare that even the total group of 272 versus the Netherland Sewell type curve of 244, we're clearly above that overall average. And the last group of wells is 307, substantially above that 244. And we'll talk a little bit more about cost.

The other thing in the industry that seems to have been born with resource plays is a concept that you're going to get the exact well every time. I kind of had a tendency, having worked the Barnett Shale and studied thousands of wells in the Barnett Shale, there's a distribution around every play in the US. I guarantee it. Okay.

A type -- whatever you're being given for type curve is an average expected outcome. We classically see distributions in every reservoir in the US. This is a plot of our distribution of our wells. And really the outcome of this is 470. Netherland Sewell actually has 470 Mboe curve for the average for all of our PDP wells.

And when you look at it there are exceptional wells, there are wells at the other end of the curve, but it's a very normal distribution along the curve. And that's exactly what Tom was alluding to. When we start talking about step out locations, people want to know the last well that you drilled. And they want it to be here or they want it to be here. Really, we expect a statistical variation in the play, and that's why we're giving ranges. We're trying to give everybody ranges as we talk about this. When you look at that, though, that's a PDP outcome of 470 versus a book outcome of 409 for our PUDs.

Okay. This is a little bit of a complicated model. And the reason we -- let me just start out and give you the punch line so that if I totally confuse you as we go through it, the punch line is this, is we're giving -- the vertical performance shows a B factor of 2.5.

The horizontal performance, we don't have enough data to confirm the 2.5 yet, but we're using a 1.5 to get our overall averages for our performance curve. And what this does is attempt to show you that comparison of that data. This is that 30 years of vertical performance that we showed you earlier with the 2.5 B factor.

Then what you see is there's our PUD type curve, with a 1.5 B factor, going through the historical performance data. When you step through in time and you compare that -- all we did is ratio down all the data to compare that 1.5 B factor curve with the exact same starting point as the vertical performance.

You can see it drops well below the expected outcome of the vertical wells, even though it starts at the same place. And when you go back and apply that to the performance data, you can see you could fit a 2.5 through that exact same data that we fit a



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS