# EXHIBIT 52

# FINAL TRANSCRIPT

## Thomson StreetEvents℠

# SD - SandRidge Energy at Raymond James Institutional Investors Conference

Event Date/Time: Mar. 07. 2011 / 9:35PM GMT



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**Matt Grubb**
*SandRidge Energy, Inc. - COO*

## CONFERENCE CALL PARTICIPANTS

**Operator**

## PRESENTATION

**Unidentified Participant**

Good afternoon, welcome to the last meeting of today's session. The final company we have presenting is one that actually has undergone a pretty remarkable transformation over the past two years, SandRidge Energy and to delve it about a little bit more, we have the Chief Operating Officer, Matt Grubb. So, Matt?

---

**Matt Grubb** - *SandRidge Energy, Inc. - COO*

Thank you. Can everybody hear me okay? My name is Matt Grubb. I'm President and Chief Operating Officer for SandRidge Energy and also with me today is Kevin White who is our Senior VP of Investor Relations. And we want to thank you and welcome you for coming here to the SandRidge presentation. We know it's late in the afternoon and you guys probably had a long day, so I'll try to go through this pretty quickly.

SandRidge had really [been in a dull phase] in the last two years. We started out as basically primarily a natural gas company in 2006 when we formed the Company when we bought Riata, which got us into the Pinon Field. In 2008, at the end of 2008, we were producing about 325 million cubic feet of gas per day and that was -- at that time, it was literary 90% natural gas. And when the recession hit and both commodity prices of oil and gas started to fall, what we saw shortly after that was that there was an abundant supply of natural gas, people were not going to stop drilling natural gas and it's going to be a concern for a while. So at that time, we made a pretty aggressive effort to move into oil and that was late 2008 into 2009.

Today, we produce a little over 62,000 barrels of oil equivalent per day and 50% of that production is crude oil. And over -- or about 80% of revenue today is derived from oil sales whereas a couple of years ago, 80% of the revenue was derived from natural gas sales. And as we made the move over the last couple of years, the spread between -- valuation between natural gas and oil continue to have widened, now it's about 22:1. Today, we have over 19,000 drilling locations in the Company, of which about 11,000 are oil locations and 100% of our drilling capital is dedicated to developing oil properties.

We've made two major acquisitions in the last 15 months in our effort to increase our oil properties, the first of which was the 7,600 barrels equivalents per day from assets from Forest in the Central Basin Platform. And as I get into this presentation, you will see strategically how those assets fit in and how key they've been to our oil growth and in July of 2010, we bought Arena, which primarily had the [Perm and Moscow] asset, which is also in the Central Basin Platform, about 8,200 barrels of oil equivalent per day. I can say that today, the 7,600 barrels equivalent in the Forest asset have grown to over 13,000 barrels oil equivalent and the Arena assets just in the last six or seven months have increased from 8,200 barrels to over 10,000 barrels oil equivalent. So both areas have worked very well through our drilling performance.

We have 185,000 acres in the Central Basin Platform and about 200,000 acres in the Permian overall. And while that doesn't sound like a lot, it is a tremendous amount of wells that can be drilled because all these wells can be drilled at five acre spacing, very close density. We're currently running 16 rigs on the platform, of which 14 rigs we own. And then also, our new and very big and exciting play that we're -- that we've embarked on is the horizontal Mississippian oil play in Central Oklahoma and Kansas.





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

The slide, here is a little bit data, it shows 780,000 acres, we actually have quite close to 850,000 acres today and although we pretty much stopped leasing, ones all the dusts settle, I think we will probably be 900,000 to 1 million acres here in another month or so. And our acquisition costs have been very low, less than $200 an acre and that does include bonus and brokerage cost.

Today, we have 12 rigs running in the horizontal Mississippian play and, we plan to have 12 rigs running in the rest of this year there. I think one key thing or a couple of key things, I want to mention about all -- everything we are doing today in moving the oil is that we focus on shallow, low-cost structure properties and low-risk properties. Everything we do, we pretty much know that the reservoir is going to be there, so there is very low chance of drilling failure.

Companywide, we do operate in East Texas. We have tremendous Cotton Valley gas assets there. We have Gulf Coast and Gulf of Mexico properties, and those are about 50% oil, 50% gas. We have the West Texas Overthrust, which we have about 5 million -- I'm sorry, 500,000 acres and we also have the Pinon Field and then of course, the Permian Basin in the Mid-Continent, Horizontal Miss. play, which I'll talk about. And as you can see, the two active areas are in the oil plays in the Permian and the Mid-Continent. This year, we plan to drill 950 wells, one gas well and 949 oil wells, of which the bulk of those will be in the Permian Basin.

Reserves growth, we've had a good rec. of reserves growth over the last six years. As you can see, just going from 2009 to 2010, our reserves have grown from 219 million barrels of oil equivalent to over 540 million barrels of oil equivalent, so we've doubled that. Our reserves replacement ratio is 521% this year.

Permian Basin, so -- and reiterate that the reason we like the Central Basin Platform is it's shallow, there is really three areas in the Permian Basin that are really active right now, is the Central Basin Platform where we have 16 rigs running. There is a total of about 40 to 45 rigs running on the platform. As you move to the East, there is the Midland Basin, that's where the Wolfberry is, and that's down around 10,000 or 11,000 feet. If you go West to the Delaware Basin, that's where you have the Bone Spring play.

Both of the Wolfberry and the Bone Spring are deeper plays and what we've done is, we concentrate on the Central Basin Platform where our main target is the San Andres and the Clear Fork. And these are very shallow wells, about 4,500 feet to 7,500 feet deep and currently we're drilling all vertical wells. There has been 29 billion barrels of oil produced from the Permian Basin and 13 billion from Central Basin Platform and 6 billion from the two reservoirs that we're concentrating on today.

And the other thing that we like about this area, it has been producing about 80 years, so it's a very predictable, low-risk reservoir that we're targeting. And this is what I just talked about, here you get the Midland Basin and the Delaware Basin that drops off. So from a subsurface standpoint, this is truly a platform that we're drilling on and concentrating on. And it does have the opportunity for multiple pay as you're drilling down from the Grayburg, San Andres, through the Clear Fork all the way down to Wichita-Albany. So it's a low risk, it's a proven reservoir and we plan to drill over 800 wells on this platform this year.

Well, before December 2009, our two areas that we operate on the platform is in the Brooklaw Field and the Goldsmith Field. And we inherited those two areas through the NEG acquisition that we bought from Carl Icahn back in late 2006. And what was little known about this company was this was the two highest rate of return areas we had in the company, but only had one rig running and only about 20,000 acres we were drilling on.

As we continue to drill and have success, we started bumping into Forest and we actually went to Forest in the summer of 2009 and enquired about their interest in selling these properties, but they were not interested at that time. However about four, five months later, they put on the blocks with Bank of America. At that time, we felt like we were in very good position to preempt the deal because we felt like we knew more about than anybody, including the seller. And at that time, we went to the data room, November 17 and we signed the PSA by the 25th and we essentially bought these properties for the PDP value.

And so with those properties, we started out being in Goldsmith and Brooklaw and with the Forest deal, we bought into the Fullerton Field, Robertson Field and Tex-Mex. And as I mentioned earlier, we are about 7,500, 7,600 barrels of oil equivalent per



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

day when we acquired those assets. And now, they are producing over 13,000 barrels equivalent per day through the drilling success that we've had. And then, in July of 2010, when we bought Arena, the price asset that came with Arena is the [Permian Moscow], which is a 4,500 foot San Andres Field and now we are drilling down to 5-acre spacing in that field.

So you can see how this fits together very nicely and we are the dominant player on the platform with 16 rigs running. I think Apache is the next highest rig count with four and they are also drilling San Andres properties. So what we like about it is you have a high rate of return on the oil drilling. These are very low-cost drilling, about $0.750 million to drill well, very predictable production profiles. This has been around here for 80 years. So we know what we're going to get. So the certainty of economic return and today, we have 16 of the 42 rigs running and 14 of those 16 rigs we do own. So we have a high level of cost control on this play. And nearly 8,000 locations that we've identified. So at the current drilling rate, this is about 10-year inventory.

So what we are looking for out here on the Central Basin Platform is about 83,000 barrels of oil equivalent for every well that we drill, of which 75,000 barrels of that is oil. About $0.750 million to drill this well and the IP is 65 barrels equivalent per day for a 30-day IP. That's nothing flashy or extraordinary, but just you can do it over and over and over and get this high rate of return. So on the current strip, it's almost 90% rate of return. So you can see the sensitivity with commodity price on this play, it ranges from about 25% well to over 100% from $60 oil to $100 oil.

This slide shows the valuation of the Permian Basin and how we've increased value over the last 13, 14 months. In December of 2009, we bought the properties from Forest for $800 million and then in July of 2010, we bought Arena for $1.4 billion. We've reinvested during this time period $436 million. We have cash flow of $300 million and we sold off $462 million of non-core properties. The three sales that makes up the $462 million are the Bone Spring acreage that we sold for $110 million. That was a non -- there's no production associated with that sale. And then, we sold the Wolfberry asset, which is over in the Midland Basin for $155 million and we just recently announced the sale of some non-core New Mexico assets for $200 million. So our net investment in the area in the last 15 months is about $1.9 billion. And today, when we run the reserves on the strip, the PV-10 is about $3.8 billion. So we have increased the value quite a bit in these properties.

The -- [let me turn] to Horizontal Mississippian oil play. This is a very exciting play for SandRidge for a couple of reasons. One is, it fixes our strategy very well in that it's shallow and it's low risk, high rate of return, heavy oil -- a large oil component with the EUR and we have a large position here and like I said, I think in the next month or so, once we get all the numbers in, we should have 900,000 to 1 million acres in this play. The target is about 6,000 feet and the reservoirs of carbonate is about 300 feet to 400 feet thick, very attractive drilling and completion cost, $2.7 million per well, that does include an allocation of a couple of hundred thousand dollars for water disposal facilities and this is the lowest horizontal drilling play in the US today of this kind of scale in comparison to the Haynesville, Eagle Ford, Bakken, Bone Spring, Niobrara, what have you. This is by far the lowest-cost play.

Internally, we are seeing 300,000 to 500,000 barrels of oil equivalent per well at the year-end reserves, net (inaudible) put a reserves of 409,000 barrels of oil equivalent, so they are right kind of in the midpoint range there. We have completed 37 wells and the industry have drilled 66 wells, so there's been over 100 horizontal wells drilled in the Miss. play. And basically, the whole idea here is there is nothing new here and this is a proven reservoir that's been proven out by three or four decades of vertical well drilling and we're taking advantage of the ability to drill horizontal, lateral in this rock and effectively connect many vertical wells to get economy of scale.

The metric on the Mississippi is we have 3,400 potential locations, that was at the 780,000-acre range. So, it's quite a bit more now. If you're looking at 409,000 barrels of oil equivalent, this is a third-party reserves consultant estimate, of which about half of it is crude oil and half of it is gas. I've already talked about the well cost, $2.7 million, that does include allocation for water handling facilities. And what we look for here is a 30-day IP of about 245 barrels equivalent per day. And what we're seeing our drilling program is we're doing a little bit better than that, we're about 307 barrels of oil equivalent. So, we're exceeding the IP a little bit. At the current strip is about 120% rate of return. And again, what we've shown here is a sensitivity to commodity price from $60 oil and $4 gas to $100 oil and $6 gas that ranges from about 50% to well over 150% rate of return.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CAL0003331

This shows you a map of how big this play is. This is an area of 160 miles by 100 miles. So, it encompasses many counties in Northern Central Oklahoma and Southern Kansas. The blue dash line here represents about 6.5 million acres that we'd expect to find 300 feet or so Mississippian, we drilled in that area. All the green blob here or the vertical well control that's all around this, there has been over 17,000 wells drilled on this map and 7,000 are within this blue dash line, give an extensive history of vertical wells that's drilled through this Miss., which gives you a high level of confidence that the presence of reservoir anywhere you drill on here.

And all the red dots are SandRidge wells, the 37 wells. The span from here to here is probably 50 miles. So just in the past year, we've expanded our drilling in a fairly big area. The blue -- all the blue dots that range from here are industry drilling. Chesapeake is in this area, drilling quite a bit. We have Range over here in Katy County. And Eagle is down here in this Woods/Alfalfa County, I don't know if you know about Eagle, but they have I think probably 60,000 acres. Their package is on the block today for sell and it's in the process of Scotia. So that's a very interesting process and we look forward to what that might look like here in the next month or so and how that pans out.

But I think the key here is that the expansiveness of this play, looking at these wells here, comparing these wells, they behave very similarly. We do get a little bit more gas here as we move this way, but from an oil standpoint it's very close, we look at this as a statistical play when you have an area this big, certainly you're going to have variations in some of the rock properties, but I think if we drill 100 wells here and 100 wells here, your statistics are going to be very close. And the big thing here and what really attracts us to this play again is the number of vertical wells that's been drilled before whoever came here, so it does give us a good idea of how these wells may behave and that there is oil and gas in the system and that's a expensive system.

This is the growth we've seen and this is just oil, not oil equivalent, and this is a net production to SandRidge from the Horizontal Miss. We started back in -- and these red lines are rig count, so back in here from July of '09 to the end of '09, we were running one rig, keeping production pretty flat. And then, in '10, we started ramping up rigs. So in 2010, we averaged about three rigs for the year. So, we -- oil production increased from about 500 barrels to a little bit over 1,000 barrels of oil per day. And then, as we ramped up into the six, seven rig range, you can see productions took off from about 1,000 barrels to over 3,000 barrels in a period of maybe six months there. So the oil production has ramped up significantly just as a result of this play.

When we first started looking at the Horizontal Miss., the first thing we tried to do was understand the behavior and the performance of all the vertical wells that's been drilled. So we looked at over 1,200 vertical wells out here and they averaged [EUR] 40,000 barrels of oil per well. And the decline -- and what we're trying to do is understand how these wells declined. And what we see here is a steep decline, this is probably 75% and it's a hyperbolic decline that matches to a B factor of 2.5. And the higher this number is, the sharper the break is. So what this B factor saying that it comes down hard and it breaks hard like a hockey stick, if you will, okay.

And so what we did with our horizontal wells was, we don't think it's going to break that sharp, we don't know that it will, we don't think it will at this point. And so being more conservative, we used a lower B factor of 1.5 and what that does is it gradually comes down as opposed to having a sharp break. If it does take on a sharp -- well, I'm sorry -- with a -- what we did was we moved this blue curve right here down with a 1.5 B factor on top of this vertical well curve, so you can see what it looks like, the difference in the two B factors of 1.5 to 2.5.

The 1.5 doesn't come down as hard and don't break as sharp, it's more of a gradual break. This red data -- these data points here is the actual production from a subset of about 40 horizontal wells that we had in the data -- in that information on to model. So if we put this on a 2.5 B factor, it would look something like that and if we do that it would be well over 500,000 barrels of oil equivalent, probably something closer to 600,000 barrels of oil equivalent. But on a 1.5 B factor which is what Netherland, Sewell using is 409,000 barrels.

So the whole point is while it's still early we don't know how this thing is going to break, there is certainly upside if it breaks similar to vertical wells in that area. And again, this is more decline curve and production history. This top curve, again, this orange line is the type curve, the Netherland, Sewell type curve that gives us 409,000 barrels of oil equivalent. The average PDP



THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

well -- this is the green line, this is actual production from the wells that we've drilled so far. If we were to extrapolate this curve and match those actual data point, it'll be about 470,000. So we are probably maybe slightly conservative on our PUDs, but I think as a company we want to be that way until we get more time and more history behind this. But what this thus show is that in general, we're producing and performing a little bit better than the type curve. And this is a decent -- this is in days, but this is nearing a couple of years of performance history on these horizontal wells.

This is an interesting slide. This shows you the metrics, performance metrics of the Horizontal Mississippian to other horizontal plays and what we've put in here was the Eagle Ford condensate window, the Eagle Ford oil window, and the Bakken oil shale. In this -- and we did -- we accumulated this data from the industry, I think it's probably -- it might be an investment bank that we use that -- get that data from for comparison, but you can see the Horizontal Miss. compares very favorably mainly because of its low cost.

From a rate of return standpoint, we're 120%. From an NPV standpoint, we generated about $6 million of PV for each well that we drilled on that type curve. And then, from an F&D standpoint, dollars per BOE is about $8.25. And you can see the other ones out here. So from a rate of return, just about any kind of metric you can compare on this slide here, the Horizontal Miss. compares very favorably. One area that we are higher than other plays on, is LOE. We're running $8.32 per BOE and these other plays are in the $5 range. And the reason for that is the massive amount of water that we have to handle, okay.

What we look for in the Mississippian oil play is anywhere from 2,000 to 5,000 barrels of water and kind of 10% oil cut. So we do -- you have the opportunity to make a lot of oil, but you have to handle and move a lot of water and fortunately, there is a reservoir called the Arbuckle, which is also about 500 or 600 feet in thickness that underlies the Mississippian formation and it takes water basically on vacuum.

There is some energy to move water from the wellhead facilities to the disposal well, but once you get to the disposal well, it takes all the water you can put to it. And each disposal well can handle about 20,000, 25,000 barrels of water. So when you look at this play, what I like to do is combine the F&D cost and LOE. And that runs us a little bit over $16 per BOE. And it does compare pretty favorably from F&D and LOE, combining all the -- the Bakken is about $18, the oil window on the Eagle Ford is about $26 and this is about $16. So it does -- it compares well and the main thing is cost. If you look across here, we're significantly less cost to drill and develop the -- to drill and complete the Horizontal Miss.

We have made some efficiency improvements in our drilling practice. When we started out drilling this play, you can look at the first 13, 14 wells here, we're averaging about 30 day and since then, we've brought our drilling down to about 21, 22 days. We had one well that we drilled in 18 days and another that we drilled in 15 days. But right now, we're mauling 21 days to drill the Miss. well. And that has lowered our cost quite a bit, during this time period right here our cost was running at about $3.1 million to drill and complete, and now we're kind of in the $2.6 range. And I think in time, we'll bring that down to probably in the $2.5 range.

The equipment that's required to drill the Miss. is pretty simple because they're shallow. I mean, we don't have any rigs that's over 1,000 horsepower working for us in the Miss. play. In the Permian, most of the rigs are running in the 500 to 700 horsepower range. So they're fairly small rigs. Of the 12 rigs running today for us, we own six of them in the Miss. and we're contracting six third-party rigs. It's such a big cost component in the industry that we're in is the hydraulic fracturing cost. I was talking at Halliburton not too long ago and this is an interesting data point because not that long ago, 2005, the average horsepower that they bring out to frac is about 13,000 horsepower and today, they don't build anything that's below 30,000 horsepower. And the reason for that is, such the high-pressure requirements that's required to frac the Haynesville, the Eagle Ford, the Bakken and some of these other plays.

And the typical frac job today that comes out on locations is about 30,000 horsepower. And they're actually turn -- and actually that's probably 30% to 50% more horsepower you need, but they're actually turning up equipment as they're fracing the well. So they have to have standby equipment to finish the job and in the Mississippian, our typical frac spread is about 12,000



THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

horsepower, of which about 50% of that is standby horsepower. And we look at the Permian on the Central Basin Platform, we run somewhere between 3,000 and 7,000 horsepower.

So we have this niche for these wells of mom-and-pop companies that come out and frac these wells. Of the 950 wells we drilled this year, we will have Halliburton and Schlumberger over a handful of them just because we don't need that type of equipment. So there -- so what it has done is, there is an abundance of equipment out there that can't go to other plays and frankly we're -- the only company I know that are drilling this many conventional shallow wells that hasn't used for that type of equipment. So that has worked very well in our favor.

And again, the type of fluids and the proppant we pump is very -- is basically low tech, is short of a better description, we're pumping 40/70 Ottawa Sand. A lot of the shale plays today are requiring a bauxite or some other intermediate or high-strength proppant, which is very expensive and we're pumping basically freshwater fracs and the only chemical in it is the friction reducer to help lower -- reduce the horsepower, very simple.

Extensive infrastructure in Oklahoma, Oklahoma has been a -- has a rich history of oil and gas production and development. So our partner in the Miss. is Atlas Pipeline on the gas gathering side. You can see all the blue lines here is their existing infrastructure across Garfield, Grant, Alfalfa, Woods County and Major and are extending into Kansas here. In fact, we have a well right here that was connected up to them in the southern part of Barber County. So, it's an extensive infrastructure system that we can go into, a very low cost.

What they basically do is we work with Atlas, we give them a six-month drilling schedule and they are basically out there buying right away and they are at our well head at the time that we frac the well for the quick connection. All the gas flows inside low pressure system with about 40 pounds and they have numerous -- all these red dots are compressor stations that they take down to their processing plant and this has worked out very well for us.

The -- as everybody knows in 2011, we will cash flow somewhere in the order of $450 million to $500 million on a budget of $1.3 billion. So there is kind of $900 million shortfall there. And so we started early, actually started in '10 on planning our former capital plan to handle our 2011 capital spending and we started selling non-core assets that I mentioned earlier. And so between the Bone Spring's acreage sell that we closed, the Wolfberry that we closed, the Mississippian monetization which is the royalty trust that we expect to close in April and the New Mexico non-core assets that we expect to close in April, we will have raised somewhere probably between $700 million and $750 million of the anticipated $900 million that we need.

And so what we've done recently here aside from the asset monetizations, we also refinanced our 2015 notes, back out about five years have been that refinancing, we also pick up a couple of hundred million dollars in 7.5% money, which will help us fund the gap for '11. So now that we have $900 million for 1 million acres of Miss. play, the options we have is that even though these are primarily three-year leases with two-year extensions, essentially five-year leases at the current rate, we can probably hold about 90,000 to 100,000 acres a year drilling with 12 rigs. So in a five-year time, we can probably hold half our acreage. And so we have 400,000 to 500,000 acres that we're looking to monetize and that could come in the form of potentially additional JVs or -- I'm sorry -- additional royalty trusts or JVs or some kind of an outright sale. So there is a lot of -- I'll say, there is a lot of interest in this play right now. So we look -- we're very hopeful in that process.

And this is the funding overview. I'm not going to spend a lot of time on this slide, but this gives you the separate components of going from cash flow to CapEx. And if you add all these up, that's where we come up with over $700 million that we've already either closed or announced and this is what we have remaining to fill the gap for '11.

The other thing about SandRidge is as we started out as a natural gas company and now we're converted over to an oil company, we still have a lot of natural gas upside in the Company, that's probably not realized in our value today. We have over 8,000 locations, of which over 5,000 locations are in the Pinon Field in the West Texas Overthrust, about 1,000 locations in the -- what we call Sahara in Western -- Northwestern Oklahoma, 1,500 locations in East Texas, and about 50 locations in the Gulf Coast, Gulf of Mexico area.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

So, 18 months ago, if gas prices were at say $5 to $5.50, it looks pretty good for gas drilling for us. We could probably make 20%, 30% rate of return. But today, as we've moved over and we have some of the old properties now, that whole thought process has changed, and so today, for us, to compete for capital dollars between gas and oil, I think gas probably needs to be in the $7 range at least for it to compete with what we have in the Permian Basin and the Horizontal Mississippian play.

So going forward, I think as gas prices increase, I mean, there are still 1,000 gas rigs running today. So, people are still valuing gas. So I think this is another area of opportunity we have to potentially monetize at a later date when there is more value in the gas assets.

Hedging, we are active and proactive hedgers. We're basically fully hedged in '11 and in '12 at $86 and $87. While that doesn't look too good today, we did put these hedges in place early on when we bought into the Arena assets. We are continuing to hedge '13 and just recently, we did sell some at over $100 and also the '13 hedges are continuing to increase in value. We do have some gas hedges in place here. So we are active hedgers and although we are bullish on oil, we do hedge for downside protection and we continue to be bearish in natural gas through '11 and really through '12.

And I think that is the -- I think that's it for our part.

---

**Unidentified Participant**

[I think that's the end of the last session].

---

**Matt Grubb** - *SandRidge Energy, Inc. - COO*

Okay.

---

**Unidentified Participant**

There is a breakout session here (inaudible).

---

DISCLAIMER

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2011, Thomson Reuters. All Rights Reserved.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS