# EXHIBIT 53



SandRidge

energy to go further

# Mississippian Performance

## Horizontal Performance Data




## Vertical Performance Data



### Vertical Wells

*Performance 30-40 years*
*Thousands of Wells Drilled*
*EUR > 100 Mboe*

### Horizontal Wells

*Reservoir Contact 10X*
*Frac Stages 10X*
*Spacing > 5X*

**Horizontal Performance ~ 4X Vertical Performance (EUR)**

SandRidge