# EXHIBIT 54

# FINAL TRANSCRIPT

Thomson StreetEvents℠

# SD - SandRidge Energy Inc at Barclays Capital High Yield Bond and Syndicated Loan Conference

Event Date/Time: Mar. 25. 2011 / 1:20PM GMT



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## CORPORATE PARTICIPANTS

**James Bennett**
*SandRidge Energy, Inc. - EVP & CFO*

## PRESENTATION

**Unidentified Participant**

Okay, why don't we get started? Our next presentation is SandRidge and from SandRidge, we have James Bennett, Chief Financial Officer.

---

**James Bennett** - *SandRidge Energy, Inc. - EVP & CFO*

Thank you, good morning. Some of you know SandRidge. For a recap for those of you who don't, E&P company, about a $5.5 billion market cap and $8.5 million enterprise value. Operations focused in the Mid-Continent and in the Permian Basin for our two primary oil plays and some gas assets, East Texas, Gulf Coast and in the West Texas Overthrust. Year-end reserves 546 million barrel equivalent, PV10 of $4.5 billion and SEC pricing on an oil basis, we are 88% value in terms of PV10. Capital structure we will go through in detail, but here's our bonds. We have about $2.7 billion, $2.8 billion of bonds outstanding.

In terms of credit highlights and how we think about the business from a credit standpoint, we are an oil-focused company. 100% of our drilling this year will be on oil and we think with gas still at a ratio of about 25 to 1, we don't see that changing anytime soon. We'll go through the structural shift that the Company made from being a gas company to an oil company. We started that a couple of years ago, but we are 100% oil-directed drilling. 80% of our revenues this year will come from oil.

We have two large oil assets that we will talk about -- the Permian Basin and the Mid-Continent. We think that's a large inventory of decades of low-risk drilling, and these are all in areas that you will hear us talk about that are shallow, low cost, proven areas with decades of vertical production history.

Cost is something we focus on quite a bit. These wells are carbonate reservoirs. They are shallow. They are low pressure. It doesn't take a lot of high horsepower equipment to drill them or frac them, so we like to have areas where they are big, where we have scale, which will be the Permian Basin and the Mid-Continent, where we can control our own costs.

In terms of capital funding, we believe we have a clear path to funding our 2011 CapEx plan. We have a shortfall between our EBITDA, which at guidance is roughly $750 million and a $1.3 billion capital plan and we will walk you through how we have already addressed how we are going to fund that shortfall and we are already looking to address any 2012 funding shortfall.

We do hedge. We hedge maybe more than some of the industry. We are 80% hedged for guidance production for '11. We are continuing to add hedges and since our last presentation, we have added $2.5 million -- 2.5 million barrels of hedges in [Cal] 13 at over $100 a barrel, so very happy to hedge at this price and think it's a very prudent risk management tool.

We do have -- we'll talk about our gas properties a little bit. We do believe we have a very inexpensive or almost free call on gas when that market should return. We're not spending any money drilling. Most of our acreage is HBP and so while we are not drilling gas wells now, we have a call option should that market come back.

In terms of the shift from gas to oil, so back in 2008, the Company looked up and said, look, we think there's a structural change going on in gas and oil. A lot of people have been talking about this, but SandRidge really did something about it a couple years ago. The fourth-quarter 2008 production was about 325 million a day, 90% gas.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

What the Company did in 2008 is, okay, let's hedge forward our gas for two years at 850, so that was in mid '08. So let's make a switch to oil and so in 2009 identified and went after -- Crusader Energy was a stalking horse bid there and that didn't close, but then in late 2009 closed the Forest acquisition and then in mid-2010 closed Arena. So started acquiring conventional oil properties back a year and a half ago when it was -- when you could do that. You could buy properties for PDP, which you really can't now. So now we are at a period where the oil to gas ratio is at 25-ish to 1. We don't see that changing anytime soon, and so we are in a period now where we are executing our shift to oil.

In terms of our strategy, you will hear us hit on it. Shallow, low-cost, conventional carbonates. We are in places in the country were oil has been producing for decades. Here is where we established our position in the Central Basin Platform. We had a small position with the NEG acquisition and then acquired again Forest in 2009 and then Arena. We've got about 210,000 acres in the Permian Basin, but really focused on the Central Basin Platform where we have 16 rigs running.

The Mississippian play is an organic play that we developed starting building our position there in 2010. We've got about 880,000 acres in the Miss right now at an average cost of under $200 an acre. We've said that when we are said and done leasing, there will be between 900,000 and a million acres. And our rig count right now is 11, but it will be 12 for -- roughly 12 for the balance of the year.

Talking about the Permian Basin, two-thirds of our capital this year will be on the Permian Basin. We will drill 800 wells there. These are shallow wells that take four days to drill and why we like the basin, it's been producing oil for over 80 years. It's one of the third -- the third most prolific oil producing basin in the United States and on the platform where we are producing, which let me go to the next page, here's the platform right here. And that platform has produced 13 billion barrels of oil, 6 billion from the Clear Fork and San Andres right here. So that is what we are targeting from 4500 to about 7500 feet.

This is a stacked reservoir. It's shallow and to the West and East, we have the Delaware and the Midland Basin, so it gets deeper on structure and you have the Bone Springs and the Wolfberry, which you will hear something about. Good reservoirs, but still just deeper and higher pressure and tighter. So we are focused right here on the platforming. Other players on the platform you will see, we are the most active driller there, but others -- Apache, Devon, OXY, Whiting -- all very active here.

We have 16 rigs running in the platform. 14 of those are SandRidge-owned rigs and so in terms of the platform, here it is right here. We started with the Brooklaw/Goldsmith fields from the NEG acquisition. That was our base in 2007 and in doing research on the play really said, look, we like this, this is -- it's just what we want to do, it's shallow, it's a carbonate, there is known production history there. We bought the Forest assets -- Tex-Mex, Fullerton and Robertson -- in 2009. And soon thereafter, Fuhrman-Mascho was Arena.

So we have established this position here in the basin with 185,000 acres on the platform, 210,000 and we think we've got about 10 years of drilling inventory here. So again, shallow, low cost, low horsepower rigs.

In terms of the economics, at the current strip, we are about 90% returned. So again, this play will be two-thirds of our capital. We will drill 800 wells this year. Wells take four days to drill. We are downspacing it to five acres. There's thousands of wells here that have been producing for over 80 years. So it's an area of known production. We know the rock. We know it's there and it's a matter of us executing this plan.

So we think this is a great base, low risk part of our plan and these aren't exciting wells as you might think about it. They will come on at 65 barrels a day for a 30-day IP and produce 83,000 barrels over the life. So not exciting by some standards, but still a very repeatable and low-risk play.

In wrapping up just the Central Basin Platform, what we think makes it a really great play is these characteristics -- scale, knowledge of the reservoir and ability to control costs. So we've got a sizable position there. Again, 185,000 acres may not sound a lot, but on five-acre spacing, you have got almost 8000 locations to drill.





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

We know the reservoir. We know it's there. There's 80 years of production history. It's a carbonate, it's stacked [paid], so we know the reserves are there and with five-acre spacing, we have haven't seen any interference, so we are very comfortable downspacing.

And our ability to control costs, again shallow, low pressure, low pressure requirements, we are not competing with some of the hotter plays for equipment. This is a part of the country where there is existing infrastructure being one of the kind of birthplaces of oil.

Switching to the Mississippian, Northwest Oklahoma and Southern Kansas, this is kind of an emerging play that we helped develop. Again, it's shallow, it's a carbonate. We are targeting about a 300 to 500-foot section of the Mississippian. We target specifically that top 50 feet. And we are drilling horizontally here, so we will go down vertically to about 6000 feet, 4000 foot lateral, about an eight stage frac, about $2.5 million to $2.7 million to drill and complete. And right now, we have -- we have drilled over 50 wells in the Miss.

In terms of the aerial extent, this -- you've got north/south, 100 miles; about 160, east/west. So a very large area. Here's the Kansas/Oklahoma border here. What we started doing is, in 2007, drilled a vertical well here and saw the Miss again and said, look, this is an interesting area. Let's really study it. So in this entire area, there are 17,000 vertical wells with decades of production history.

In the area, we are focused on right here, there's 7500 and then we further focused down here and we looked at about 1200 vertical wells and said, okay, where do we want to be and started building a land position here. In 2010, drilled our first horizontal well and since then have built the position of 880,000 acres.

In terms of the other operators, this is a new slide we put together, industry data in terms of who's in this play right now. So here we are. Chesapeake is right next to us. We've got Range Resources here, Eagle, which is a private company, but is publicly known that it's for sale right now and there's a data room going on, and then a few other private operators here.

So from the northwest to the southeast of the play, over 100 miles, you can see the EUR data there, very similar result. We think it's a statistical play. There's been 140 horizontal wells drilled over the basin and while we think the results will vary, we've got a Netherland, Sewell type curve of 409,000 barrel equivalent. Most of our focus to date has been in woods in Alfalfa and Grant County with Range down here and again Eagle. So across this area, we are seeing very similar well results in that kind of 300,000 to 500,000 or 600,000 barrel equivalent.

In terms of well performance, here's our type curve, Netherland, Sewell 409,000 barrel equivalent. For the PUDs, our PDPs are averaging about 470,000 barrels right now and this well count here is about 45 and we are down about five wells here. So you can see we are above our statistical type curve.

In terms of economics, again, one third of our CapEx will go here this year. We will drill about 140 wells. They take 21 days to drill and cost $2.5 million to $2.7 million. So at the strip, we are over 100% returned.

So we are excited about this play. Again, we stopped leasing, but again getting to the same page on why we like the play, very good economics and that is driven by several of these factors here, but the big play, we've got 880,000 acres. We were a first mover in it. We've acquired that acreage at less than $200 an acre. It's a known reservoir. We've got decades of vertical production, again, 17,000 wells across the play, 7500 in the area we are focused on and 1200 in our original core, over 140 industry wells drilled. With that production history, we've got a lot of data on the B factor and the decline. So we feel very good about the decline curve we're using here and I think we feel we are conservative on our B factor.

Again, costs, $2.5 million, $2.7 million to drill and complete. That does actually include an allocation for saltwater disposal wells. One of the things about having size and scale in this play is it allows us to drill saltwater disposal wells and dispose of water that way. We think it's much more efficient than hauling water. You can drill a disposal well for a couple million dollars versus hauling water for $2, $2.50 a barrel. So the scale allows us to keep our costs down here.





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Drilling forecasts, so in 2011, we will drill 950 wells. Again, the Mid-Continent, roughly 140 with 12 rigs and Permian Basin, over 800 wells with 16 rigs running. No drilling in our gas areas of East Texas, West Texas and the Gulf of Mexico in getting to the gas page. Speaking of that, we still have over 8000 gas locations. Given where gas and oil is trading right now, the gas assets, while our assets are good, can't compete for the returns for capital.

So with our $1.3 billion budget, we are allocating very little of that to gas, just a few workovers and recompletions. But with 90% to over 100% returns on oil projects, we think it will be some time before gas prices really have to recover for us to pick back up these projects. Again, it's all HBP. We will lose about 100,000 acres in West Texas this year, which will expire, which we are not going to renew. We'll find that expiring.

In terms of hedges, we are an active hedger. We hedge maybe, as I said, a little more than most. We think it's a prudent risk management tool and one of the reasons we feel comfortable with that is we can control our costs. So where I think you get in a little trouble hedging is locking in your revenue and you have 20%, 30% cost creep a year and your returns are compressed.

Here, we think we know our costs, we have some of our own equipment, we are operating in places and with equipment that's not in high demand, we are not seeing material cost inflation. So we feel comfortable hedging out and like I said, we are adding -- we have added 2.5 million barrels in Cal 13 at over $100 a barrel and we are 80% hedged this year.

In terms of our funding, guidance EBITDA is roughly $750 million. This is kind of a waterfall on how we get to fund our cash flow shortfall. So interest expense, less preferred dividend, so we've got operating cash flow of call it $450 million. We've already closed these asset sales here for $265 million of proceeds. New Mexico has been announced. We announced it earlier this month, so it will close in April of $200 million.

We are under registration statement with the SEC for STT, our royalty trust, which we filed a registration amendment number 3 on Tuesday. That should happen in this quarter -- sorry -- in the next quarter, and leaves a small funding gap, $130 million to fully fund our drilling plan this year. And so we look to fill that gap with non-debt sources for the monetization of our Mississippian acreage. We've said publicly we might try another royalty trust or acreage sale. So feel very comfortable about funding this gap, fully funding our 2011 drilling program, and are already looking to fund a similar shortfall in '12.

Capitalization, as you might know, we did a bond offering earlier this month, $950 million 7.5% notes, 10-year notes that we tendered for our $650 million. So with that, we've got $2.7 billion -- sorry, $2.8 billion of bonds outstanding right now and about $130 million drawn on our credit facility. LTM EBITDA for covenant purposes is $775 million and just on a pro forma basis, $735 million. So 4 times debt to EBITDA and I will go through some of these ratios in a little more detail on the next page.

So in terms of our reserves, 546 million barrel equivalent production. At guidance this year, we are at about 64,000 a day. Right now, we are at 63,000 a day equivalent, but that doesn't take into account the New Mexico sale, which will close in April and about 1500 barrels a day will roll off of that.

Finding costs is something that I think we are proud of the job we did last year with the transition to oil. We've got a $9 finding cost and that does not include the positive pricing revisions we had. So you can look at finding costs many different ways and I encourage you to and I think for 2010, we stack up very well in all those measures.

EBITDA, $735 million, that's pro forma 2010 and while we recognize we are a bit levered on a cash flow basis, we realize that, we think that on an asset basis, we are a little more in line. In terms of reserves to EBITDA and proved developed reserves to EBITDA, $5.30 per barrel and a little over $13 per barrel. So it's the size and scale of our asset base that gives us a little more comfort around our level of leverage. But we've said publicly we recognize that being a 4 times levered, single B E&P company, we do need to reduce our cash flow leverage a bit. I think we will do that by growing into our debt load as opposed to absolute reduction of debt.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Our credit facility matures in '14. We've got a redetermination coming up in April, feel very good about the redetermination. Our availability right now is -- our borrowing base is $790 million and in terms of redetermination, just give you a few data points. Our PV9 of our PDP only at a bank price deck is $1.5 billion. The PV9 of our hedges at a bank price deck is $600 million. So we have $2.1 billion of PV9 reserve value for a bank borrowing base of $790 million. So I don't think this will be an issue in our redetermination coming up in April. We did relax our covenants a bit this year as we make this transition from gas to oil, so you can look in our disclosure, but we've got a covenant release period in 2011 and 27 banks in the bank group.

In terms of our note maturities, this is -- you see the $900 million notes we did in early March, refiling in 2015, so average maturity is 7.5 years. We did upsize that from $700 million to $900 million given the favorable execution we got in the market. So we're real happy with that deal and able to push out our maturities, and so we've got a bank facility coming due here and then these bonds. Other than that, not much in terms of maturities coming up in the near term.

A lot of people have asked about the royalty trust we are doing and while we are under registration can't speak specifically to [SDT]. Just in terms of a royalty trust in general, because it's a bit of -- I won't call it a new structure, but this is a new wave of royalty trust that has come around. We like this from an asset monetization standpoint. We are able to develop our PUDs using a public cost of capital on a retail vehicle and it differs from an MLP. An MLP or an [MLEP] LLC will continue really into perpetuity.

This trust has a finite life, so we have a set of assets, 42,600 acres and a set of reserves we put to it. It's roughly a third proved, developed, producing. The rest is PUDs. So we are able to monetize our PUDs, get that money upfront, and use that to further prove out the Miss. So we think it's a very effective way to monetize acreage. It's a higher PV even, NPV in keeping the assets on your own. And it's a very compelling valuation.

We do continue to operate. We continue to have the upside. We have an exposure to the PUDs of 75% still because we own half the units. So we like the structure and you might see us use it more in the future.

That was it for the presentation. I have time to take a few questions if there are any.

---

## QUESTIONS AND ANSWERS

**Unidentified Audience Member**

What is your longer-term strategy with regards to the gas assets, Pinon, Gulf Coast? What are you guys thinking? Would you hit a bid if a bid is available? Would you hold it for optionality?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP & CFO*

Sure, so the question was what are we going to do with our gas assets longer term? Would we sell them? I think we are forced in this market -- we are not forced to sell them, which we are very happy with. We don't want to be selling gas assets in a $4 gas environment and we have been disciplined on our capital not to have to do that. So everything is always for sale, but I think you'll see us hold those. They are HBP. We don't have to spend a lot of money to keep them. We will hold those until the gas market returns and we will either execute them and drill them ourselves or look to sell them and monetize to further fund our oil exploration. So I don't think, Gary, we have a set plan right now, but we are not looking to get rid of those right now. Any other questions?

---

**Unidentified Audience Member**

Just another question. On the floaters, when do you start thinking about that in terms of refinancing?



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

SD-SECURITIES-0008221

**James Bennett** - *SandRidge Energy, Inc. - EVP & CFO*

Good question. They're at about 6.75%, so a good cost of debt for us. They are callable in a week actually, but no rush to do anything with those. We've got nothing drawn under our credit facility. They are callable at 101 in April and then they are callable in par a year from now. So I think between then and now, you will see us address those and it also is going to get back to how lumpy our capital raise is. We've got New Mexico closing. We've got royalty trust. We will look to do another monetization of the Mississippian. So should we be in a position where we are undrawn on our revolver and sitting on cash, we might look at to do something with those. Any other questions? Thank you.

DISCLAIMER

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2011, Thomson Reuters. All Rights Reserved.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS