# EXHIBIT 56

FACTSET:callstreet

corrected transcript

## PARTICIPANTS

### Corporate Participants

**William A. Featherston** – Managing Director, UBS Securities LLC
**Tom L. Ward** – Chairman and Chief Executive Officer

## MANAGEMENT DISCUSSION SECTION

### William A. Featherston, Managing Director

First of all, I want to welcome everyone to our annual conference. We think we have an exciting agenda for the next three days. We hope you find it informative and entertaining. And we're very happy to kick off the E&P and Integrated section of the presentation with SandRidge this morning. Presenting from the company, we have Tom Ward, who is Chairman and CEO. I also I want to mention that Kevin White, who heads the Investor Relations program, is sitting in the back of the room.

So with that, I'll hand it off to Tom.

### Tom L. Ward, Chairman and Chief Executive Officer

Thank you, Bill. Give a quick introduction to SandRidge. And first say thank you for getting up early and making your way here. And we do appreciate UBS having us here at Barton Creek.

And the company overview on SandRidge is, we are a fairly unique company in that we devote 100% of our drilling dollars towards shallow, conventional oil, onshore U.S. And as the company overview says, we have an $8.2 billion enterprise value company that focuses on, really, two areas of operations in the Permian Basin – and I'll talk about the Central Basin Platform, what makes that unique even in the Permian Basin where we have 16 rigs running – and then the Mid-Continent section of the U.S. in Oklahoma and Kansas where we have 12 rigs running, and we'll be in the process of doubling that rig count over the next year.

So the two areas of interest, again, are shallow carbonate plays, conventional. We drill horizontally in the Mid-Continent section of the country and vertically in the Permian Basin.

We did make a shift from a gas company to an oil company in late 2008. Went through a transition period in 2009 and 2010 as we decided where to buy oil. We went to the board in March of 2009 and – oil was at $39.96 – and made a decision to switch from an 80% natural gas company to presently, by value, we are 88% oil and with, again, all of our locations to drill now are, for the foreseeable future, are drilling oil wells and this is crude oil wells in shallow conventional plays.

So it's been a good strategy to execute over the last couple of years. And now that that's done, I'll move forward to talk about the two plays that we have in our strategy. The Permian Basin was really a focal point for us as we just made the decision to move to oil. And the reason we picked the Permian Basin was because of the amount of oil that had already been produced. So we have fantastic oil system in place in the Permian Basin. In fact, that basin, the Permian Basin, has produced more oil than the UK, Nigeria, Norway. So it's just an area that has – 29 billion barrels of oil have been produced there and also more oil than Canada has produced.

So as we focused on, at a time in 2009 as other companies were trying to still decide what to do with capital and decide how to keep their gas assets, we started looking for oil. And inside the Permian Basin, the most prolific area that produces is the most shallow area called the Central Basin Platform. It's very small, about 3 million acres in size, but has produced about 13 billion barrels of oil. So the best of the best areas for source rock in the United States onshore inside the Permian Basin is the Central Basin Platform. So that was the area of focus for us and we made two acquisitions; one in December of 2009, the Forest acquisition; and then in July of 2010, the Arena acquisition.

The Forest was a set of properties; Arena was a merger of the two companies. That gave us the scale needed in the Central Basin Platform to have a multiyear drilling program that we're executing on today. We'll drill about 811 wells in 2011 on the Central Basin Platform. So it's a very active area for us, very active for industry standards, also, as we have 16 rigs running and the nearest operator to us has, I believe, three rigs today.

So with that 16 rig count, that allows us to have nearly 10 years of drilling opportunities ahead of us in the Central Basin Platform and, as within this year's CapEx, it is the majority area for drilling for us. We'll spend over $600 million in the platform this year, on the platform.

So the other area we've talked about or we'll be talking about is the Mississippian play in the Mid-Continent section of the U.S. and that is an area where we have, today, over 900,000 acres. Our goal is to end up with around 1 million acres of land, which we're close to meeting that goal today. We have 12 rigs running there in 2011. We are projecting to move to 24 to 25 rigs in 2012.

We are one of the leaders in the industry of drilling oil-dedicated drilling as we have 100% of our rigs drilling for oil in the U.S. The number of rigs now is 28 rigs, as I mentioned, and that's just behind EOG and Chesapeake as far as the number of rigs. As far as percentage, we are one of only three companies that have 100% of our wells drilling for oil today.

One of the great advantages to the company is the areas we chose to drill in are carbonate reservoirs that don't take very high-pressure pumping for fracture treatment and we use shallow conventional rigs. So in the Permian, we used less than 750-horsepower rigs and, in the Mid-Continent section of the U.S., we used 750 to 1,000-horsepower rigs.

As you can see the – if you just think of rigs and fracture treatment capacity as the two cost pressures and you think of that basically takes care or it allows you to think of where the pressures might come from in other places in drilling of a well, and we're just not seeing very much cost increase at all in the company. So as in Central Basin Platform, today's cost to drill a well is basically the same as it was in July of 2009 at the depths of the recession.

We do anticipate, in the Mississippian play, to have some rig capacity issues as other companies increase their drilling today, we don't have. But we do anticipate, as the play is becoming larger, that there could be some cost pressures on, or, at least rig availability issues, in the 1,000-horsepower rigs in the Mid-continent. So we are moving aggressively to lock in contracts and procure the rig capacity for next year as we increase our rig count there. But in the Permian Basin, our well costs are basically nearly the same as they were two years ago.

And we're not seeing any issues with fracture treatment either in either of the plays. In the Mid-Continent, we use less than 10,000 horsepower or we put 12,500 horsepower per well on the location to frac, and we used less than 10,000 horsepower and then, in the Permian Basin, it's even a smaller frac amount.

So with the Central Basin Platform, again, I mentioned that has produced over 80 years. It's the third-largest petroleum producing area in the U.S. after the Gulf of Mexico and Alaska. We've talked about how much oil is produced there.

FACTSET:callstreet

corrected transcript



The two main areas of focus for us are the San Andres and the Clear Fork. We drill vertical wells here in order for us to go through all the formations and drill and complete multiple formations in one wellbore. So you can see the platform of carbon that sit on each side of the, in the center of the Delaware Basin to the west and the Midland Basin to the east. So the Bone Spring production to the west and the Wolfberry to the east, and you move up on the platform and those sandstones turn into carbonates and that's where the very shallow production, our average well is less than 7,000 feet deep. The San Andres is averaging around 4,500 feet deep. So we can drill a tremendous amount of wells very inexpensively.

We also don't have to ask our wells to come on at very high rates. If you'll notice on the initial production, the 30-day IPs for us are just over 60 barrels a day. We have very high rates of return by drilling multiple wells and maintaining our costs. So one of the things that we really focus on at SandRidge is to contain our drilling costs, and that's something that we take a great deal of pride in.

We'll also love to see predictable production profiles. So anywhere that we're working, we like to see decades' worth of production history and that is in both plays. In the Central Basin Platform, we have 80 years of production history. In the carbonate play, in the Mississippian, in the Mid-Continent, we have 30 to 40 years of history. So we know what a production type curve will look like out in the out years, and that just minimizes our risk.

We also have got into both plays with very low acreage costs; the 185,000 acres we acquired with the producing wells in both the Forest acquisition and the Arena acquisition. So that gives us a certainty of economic return when you know what your outcomes are going to be and we are, again, the most active driller on the platform. You can see how, all the way from Goldsmith up through Robertson, that's really one giant field and it's separated by some intermediate – some structure involved in this, but one large oil system in place.

Here's the economics of the Central Basin Platform well; 79% crude on 75,000 barrels and 47 million cubic feet of gas gives you an 83 MBoe, and we only spend 760,000 per well; again, 65 barrel of oil equivalent on a 30-day IP to give you 110% rate of return. If your costs aren't going to be moving up and you feel comfortable with that, as we do, then that allows us to hedge further out. So you'll see a company, our company, hedging out into 2014. We're looking, even, into 2015 as if the curve comes back over $100. We assume that it will.

Here is just – in a one-year time span, if you look at year-end 2009 versus year-end 2010, we had a net investment of $1.8 billion in our Permian assets with a PV-10 value of $3.249 billion with a growth of investment of $1.378 billion in one year. So it's a tremendous growth area for us that just showed that – and 2009 was a great time to be acquiring assets in the Permian Basin.

What makes the Central Basin Platform a great play? It's really the characteristics of all the plays that we look at as you need to have scale with high rates of return. You need to have reservoir knowledge; so a carbonate reservoir with 80 years of production history, stacked productive formations, so we can drill inexpensive vertical wells and have multiple completions within a wellbore and we have a well-defined type curve.

So any time you have 80 years of production history, you're going to know what your defined type curve is. And then another key point to the play is just our ability to control costs. These are very shallow wells with low horsepower rigs and low-pressure pumping, and we have an abundance of industry equipment available.

So as you think about the United States over the last several decades and how the industry was formed, it was formed around drilling an 8,000-foot vertical either gas or oil well. And that equipment is still available. Even though the industry has moved towards deeper, higher-pressure

types of wells, the equipment available is still available to come into the Central Basin Platform to work for us. And that keeps our cost low.

So the Mid-Continent is where I'll talk about next. It's one of the two main areas we drill in. It's a shallow oil target, again, less than 6,000 feet deep. We have extensive reservoir control from thousands of vertical wells inside of our buy area. There was over 7,500 wells that have been drilled and producing that were drilled conventionally, so vertically. This is what we would consider today a high perm reservoir, carbonate reservoir, even though in the history of the industry it would be considered fairly tight.

It's a depletion drive with 30 years of history as we've talked about. So as the wells, what we'll also know is that this has a high water cut. So as the water falls off, so does the oil and the gas. They all fall off together. It's making a depletion drive. And it is a very thick carbonate section. So, again, the reason we like shallow carbonate reservoirs is we can control our costs and we know the oil's in place. We have now over 900,000 acres, and we'll be ending around 1 million acres. We basically are closing out our lease buying and moving into development stage of the play.

So 300 to 500 MBoe per well, 52% crude oil. We'll spend $3 million, including our saltwater disposal. And we currently have operated 76 wells and the industry has drilled another 113 wells. So the play is moving along quite nicely, and we're very pleased with our results.

As we started out and just mapped where we wanted to buy, it was really in and around two major fields, the Sooner Trend to the South and Central Oklahoma and the Pratt Anticline in Southern Kansas. And then we bought in the western half of the play from Grant County Oklahoma through Comanche County, Kansas. So you can see in the red the wells at SandRidge has drilled. The blue are the areas the industry has drilled. And the green are the vertical wells that have been drilled. So a tremendous amount of control. And yellow is where we have our acreage block.

One of the things that was important to us in trying to determine where to buy the acreage that we bought is the vertical well control. So we just looked at Grant County being 177 MBoe out to Comanche County at 224 Mboe, that the better wells were drilled, the better vertical wells were drilled in the western half of the play, so that's where we just focused on from Grant County, Sumner, Harper, Alfalfa, Woods, Barber, and Comanche.

The other interesting thing about the play as it's being developed is that, statistically, they are very good wells all the way across the entire play, so from Pawnee County, Oklahoma out through Woods County, Oklahoma, there have been exceptional wells. Our type curve well to make 409,000 barrels equivalent with a 1.5 B factor is 244 barrels a day equivalent in the first 30-day IP, and you're just seeing good wells, well above type curve, are being drilled in different areas over 100 miles apart. So that's what – I'm not trying to show that there are exceptional wells here. What I'm trying to show is that there are exceptional wells statistically across the whole play.

And here are the economics: 211,000 barrels and 1.1 Bcf of gas; 409,000 MBoe; and $3 million per well, you have over 100% rate of return. So that's with a 30-day IP of 244 barrels a day and we are still confident that, in fact, our wells are coming in ahead of our IPs, projected IPs, so we feel good today about the type curve and, as we continue to drill out away from our saltwater disposal well and look at our acreage, the wells are statistically coming in the same.

Here is just our performance to date with, again, the NSAI EUR projected in the orange line with our actuals in green. And the interesting thing about what we're trying to do here is if you have vertical wells, as I showed, making between 170 to 250 MBOE per well and we're asking our horizontal well to make 409 MBoe, you do have 10 times the reservoir contact and, just by drilling 4,000 feet instead of the 400 feet in a vertical well, you have eight to 12 stages of frac which are eight to 12 times what the vertical wells were producing, and you have five times the spacing. So

FACTSET: callstreet



we're drilling on just over 200 acres per well, and the vertical wells were around 40 acres in density on the spacing.

And then we're only asking a well to make two to four times more than a vertical well did and, along with that, we have that tremendous history of 30 to 40 years to understand what a type curve should look like. So we feel very comfortable that, today, we're meeting our objective of the 409,000 barrels equivalent per well.

So what makes the horizontal Mississippian a great play? The same characteristics that we have in the Permian Basin: scale; reservoir knowledge; and the ability to control costs. So we have, now, over 900,000 acres in the play, fantastic rates of return. We have shallow oil at EURs of 409,000 barrels per well; carbonate reservoirs, we had three years of studying the play and then decades' worth of vertical wells that were drilled in order to define what we believe the type curve should be and then, again, the ability to control costs are very important.

As you see, operator after operator talk about costs increasing. In the two plays that we're drilling in, the costs have just not increased to date. We do think there could be some pressure coming in the Mid-Continent over the next year, and we're working diligently to make sure that we have the rig capacity to double our rig count.

So the operating areas. As I've discussed, we have acreage in the Mid-Continent, the Permian Basin, West Texas Overthrust, East Texas and the Texas Gulf Coast. That gives us tremendous amount of oil locations to drill, and we have a lot of gas that we haven't had to sell in low gas prices. So we have the optionality on gas on either keeping it or selling it at a time when we think the gas prices will be more attractive than they are today.

I did mention hedging. We've been aggressive hedgers, and we'll continue to do so and that's all based on locking in 100% type rates of return without feeling that you're going to have costs be increasing very much. So we just think it's prudent for a company that if you can get in the types of rates of return that we're projecting on the two plays that we have, that we should hedge that oil as we move forward. So we're aggressively hedging oil in the company and are looking out into 2015 as you see on this slide.

I mentioned gas. We do have about 8,000 locations of natural gas. We haven't had to sell any of our gas reserves and so we have tremendous optionality on natural gas from the West Texas Overthrust through East Texas.

So in conclusion, we have completed our transition to oil in the company. We've defined our strategy of developing shallow, low-cost, low-risk, conventional carbonate reservoirs, and we're executing on our two plays in the Central Basin Platform of the Permian Basin and the Mid-Continent in the Mississippian horizontal play.

We will have production growth, overall production growth, especially in our oil production in 2011. We're projecting over 66% increase in oil. And we have addressed our CapEx funding gap for this year and are working diligently on our 2012 projected gap as I think we'll be discussing throughout this year. In fact, we anticipate having that concluded before the end of 2011.

So with that, happy to take some questions.

corrected transcript

## QUESTION AND ANSWER SECTION

**<Q>:** You talked about wells being ahead of, in the horizontal Mississippian, ahead of the 400,000 barrel type curve. Could you tell us what it's going to take before you officially raise that type curve? And then secondly, if you might address closing the funding gap for 2012, where the asset sales might come from?

**<A – Tom Ward – Chairman and Chief Executive Officer>:** Sure. With regard to the type curve, I think we give ourselves a 1.5 B factor when the vertical wells actually declined less than that. So it might be some amount of time before we see the bend in the type curve, which might be a year or two years out even, before we really anticipate changing a type curve. So we're comfortable today with the 409,000 barrels that we have.

I think that, with regard to where capital would come from, I mentioned three different ways that we internally are looking to raise capital for next year. We do like the royalty trust structure. I think that we can anticipate looking at more royalty trust in the company. We have potential for a partner, either through just a direct sale like we did in the Kay or the Bone Springs or the Wolfberry or the Haynesville, which is more unlikely than having just a small joint venture partner with this. And then, lastly, it's just internally generated funds for us. So we do anticipate, before we actually move our rig count up next year, to have a clear picture of that.

Yes?

**<Q>:** [indiscernible] (23:30)

**<A – Tom Ward – Chairman and Chief Executive Officer>:** As far as timing?

**<Q>:** Yes.

**<A – Tom Ward – Chairman and Chief Executive Officer>:** Yeah. The post-mortem on – the question is if we did a post-mortem on the first royalty trust, how long would it take before we were finally able to have another royalty trust in the Mississippian? It depends how big the trust would be, so that's number one. But think of it this way is that we have committed three to four rigs out of the 12 rigs we currently have drilling in the royalty trust. So that does allow us to be drilling additional wells that could go into a second trust if we chose to do that. We think that we will have ample locations this year if we chose to do a trust in the Mississippian.

Yes?

**<Q>:** Tom, are there certain areas of your acreage in the Mississippian where you can clearly over perform? And, if so, what are the characteristics there?

**<A – Tom Ward – Chairman and Chief Executive Officer>:** Yeah. The three main areas we've drilled have been around our pipeline system, so Woods, Alfalfa and Grant. And we're not seeing, really, any difference in the three counties to date. So we're pleased with at or above type curve in all three counties. So we have stepped out, as I mentioned in our call, our first-quarter call, that we've drilled a well in Comanche County, Kansas. I'll be discussing that area more probably in the fall. And then we've drilled as far to the east as Noble Country, Oklahoma. And we're pleased so far with what all we see.

There's no way for us to pick out one area over the other and determine that it's a better spot yet. We do believe – well, one of the reasons we've drilled so many wells in and around the area in Woods and Alfalfa is just because our disposal system's already in place, and that's a big part of

FACTSET:callstreet

corrected transcript



drilling these wells. We do produce a lot of water. An average well will make about 2,500 barrels of water a day, and so you want to have a disposal system in place to put the water to.

**<Q>:** Is there any update on your exploration efforts in the West Texas Overthrust? [indiscernible] (25:50)

**<A – Tom Ward – Chairman and Chief Executive Officer>:** The question is, is there any update on the West Texas Overthrust exploration? There's really not. We drilled three exploratory wells. We found commercial production in one of those, we found gas, it's a low CO2 gas, in the second structure to the south of Piñon. And to date, we just don't see a reason to be drilling for gas wells. We have the 3D across the whole West Texas Overthrust. We think we could put back the acreage together as it expires over the next few years. And I don't see any time in the foreseeable future that we'll be drilling gas wells over oil wells, so we have shelved that.

**<Q – William Featherston – UBS Securities LLC>:** Tom, on the horizontal Miss well costs, did you inch it up from $2.7 million to $3 million? And what was behind that?

**<A – Tom Ward – Chairman and Chief Executive Officer>:** Yeah. The question is – oh, it was on the mic, so I'll just answer. We projected, when we first came into the play, that we'd be at $2.5 million per well and so far as we bring on new rigs into the play, we have not yet achieved the $2.5 million average. We have wells that have been under $2.5 million. But we think our average now and, as we continue to think that we'll ramp up into the future to move from 12 rigs to 24 rigs that over time we will be able to get to $2.5 million, but we don't think it'll happen through 2012 now because we'll be adding more rigs and just the efficiency to bring in new rigs to the play.

So we did move back from the $2.5 million to $2.8 million on a well without disposal and left the disposal in, so a $3 million cost. So that, you're right, we moved from $2.7 million to $3 million just really to say that it didn't look like we were going to move down to the $2.5 million as long as we were bringing on new rigs into the play.

**William A. Featherston, Managing Director**

All right. If there are no other questions, please join me in thanking Tom. Thank you.

**Disclaimer**
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2011. CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*