# EXHIBIT 59

# FINAL TRANSCRIPT

## Thomson StreetEvents℠

# SD - SandRidge Energy Inc at RBC Capital Markets Global Energy & Power Conference

Event Date/Time: Jun. 06. 2011 / 6:05PM GMT



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## CORPORATE PARTICIPANTS

**Steve Smart**
*Approach Resources Inc. - CFO, EVP, Treasurer, Principal Accounting Officer*

**Mark Ellis**
*LINN Energy LLC - CEO*

**David Roberts**
*Marathon Oil Corp. - EVP Worldwide Upstream*

**Matt Grubb**
*SandRidge Energy Corp. - President, COO*

**Jim Brown**
*Whiting Petroleum Corp. - President, COO*

## PRESENTATION

**Unidentified Participant**

I think we are ready to go. Can everybody hear me? All right.

So this panel is the US Established Emerging Oil Plays, and so we've got five presenters. What we're going to do is I'll just quickly introduce everybody and then they are going to go through just a high-level quick company overview and then we're going to do some more discussion-oriented type of topics.

So first, from Approach Resources, we've got Steve Smart, the Chief Financial Officer. Then we'll have Mark Ellis, the Chief Executive Officer of LINN Energy. From Marathon, we've got David Roberts, the Executive VP of Upstream. From SandRidge Energy, it's Matt Grubb, Chief Operating Officer. From Whiting Petroleum, it's Jim Brown, Chief Operating Officer.

So with that, we'll start with Steve and just take it from there.

---

**Steve Smart** - *Approach Resources Inc. - CFO, EVP, Treasurer, Principal Accounting Officer*

Thank you all for joining us today. I'm going to go ahead and roll here until we get the slides up.

Approach Resources is about a $760 million enterprise value company. We reported 5200 barrels per day in the first quarter of 2011 as our production, of which 41% was oil and NGLs and 59% was natural gas. Of that 5200 barrels per day, 98% is Permian. We have about 60 million barrels of oil in proved reserves, 96% of which is in the Permian and 52% of that is oil and NGLs and 52% is proved developed.

We have no reserves booked to this point for our Wolffork development, which is our merging play. We have 135,000 acres in the Permian Basin at this point, much of which is contiguous, and we have about 2800 potential drilling and rig completion opportunities in the Permian Basin.

The Permian Basin, as we all know, has been there for years. There's been over 30 billion barrels of oil produced over the last 90 years in the area. About 1300 oil reservoirs in 30 plays have been identified over that time period, and about 80% of these producing reservoirs come from a depth of about 10,000 or less, which makes it real attractive in terms of drilling costs and being able to make hay.

There's over 400 rigs running right now in the Permian Basin. We are in the southern part of the Midland Basin. If we had the map up, I could point it out to you, but hopefully a lot of you have seen our presentations before.



THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

We recently picked up some acreage earlier this year, getting us to the 135,000 acres we have. As I said, most of that is contiguous acres, which we think is an attractive position to be in. We refer to it now as Project Pangaea where we operate all of our wells. We have 100% working interest and about a 76% NRI. About 57 million barrels of proved reserves in the area. We have significant upside potential in the Wolffork play that we've identified now, which is the Wolfcamp and the Clearfork formations. It's an emerging oil shale resource play located above what were our traditional targets which were Canyon Sand, Strawn, and Ellenburger formations were what we originally went after when we first started the development in 2004.

Our recent horizontal activity -- we've had two results that are out there that we've talked about. The first one was the Cinco Terry 901-H, and it was about a 5400 foot lateral with 15 frac stages. That well IP-ed, 24-hour IP rate on that was 171 barrels of oil equivalent per day, 65% of which was liquids.

Then the second well was the University 4221-1H, which was a 7000 foot lateral with 21 stages. Its initial rate was 316 barrels of oil equivalent per day, 71% of which was liquids. So, we made some progress on the second well. We also have made some progress on the learning curve as far as completion. We had some cross-linked gels that we were using in those first two completions and now we're going to go more with a pure slick water frac.

Our third well is being completed with a slick water as we speak.

So, what makes the Wolfcamp such a hot topic in terms of it is a world-class source rock in the oil window. We pulled a core in one of our wells last year and did the analysis that led us to a discovery that we had the Wolffork in the southern part of the Midland Basin even though it had previously been believed to not be present there. We found in our core analysis that the TOC was 2.24% to 7.24%, which is in a good window. 2% to 10% is normally considered good to excellent. And so that was one positive thing.

The thermal maturity was really good. We had -- we are in the oil generation window, in the early wet gas window, which the gas service is a great driver in terms of moving the liquids. We also found we had lots of natural fracturing from this core analysis as well. So it all sets up to be pretty productive.

This is just a correlation of three logs in the area. To the left, there you've got EOGs, University 4013-1H well. Then 12.5 miles away from that in sort of the western part of our play you've got the Baker A-112, the log there. And then you've got a log from the Bailey 310 which is over in the Ozona side of the play, which is on the eastern side more so.

If you look at that log, you can see that Wolfcamp is present in all three of those logs. The University 4013 1-H EOGs well was one of their -- was really their first successful horizontal well. It was about a 5000 foot lateral. So you can see there's plenty of comparability there, looking at that slide.

The Wolfcamp Shale is made up 37% of quartz, 26%% of carbonate, 26%% clay and 4% of TOC and 7% porosity.

I think, with that, I will pause and let someone else come up.

---

**Unidentified Participant**

We're going to move on to Mark Ellis. Thank you.

---

**Mark Ellis** - *LINN Energy LLC - CEO*

Real quickly, I guess I'd start off by saying we're a little bit than the other panelists up here, the companies up here. We're a publicly traded LLC, so we kind of compete in that MLP space. So we have the elements of an E&P company but yet we have a





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

little bit different financial management from the standpoint of how we deal with the commodity markets and the fact that we pay out an extremely large distribution during the course of the year, so management of that cash flow stream is pretty critical.

Mike took the Company public in early 2006, really a $700 -type enterprise value company. And where we are today, we are just shy of a about a $10 billion company. So we grew dramatically through transactions.

If you look at the core of our strategy, it's to acquire mature producing assets, optimize the cash flow from those assets with the intent of returning as much of that cash flow as possible to our unitholders. So that's really at the core of our Company is to grow through transactions and be very efficient in the way you manage the assets.

What's transpired over time though because of the nature of the assets we picked up, there's a tremendous amount of growth opportunities associated with the development of those assets. So I guess the reason we are on this panel up here is because we are in a number of these plays that we sit side-by-side with a more traditional E&P company in terms of exploiting those resources.

Where we sit today, again, I already mentioned we are one of the top 20 companies with about $10 billion in enterprise value. 2.8 Ts, very good balance in terms of natural gas and oil. Oil and natural gas liquid is about 55% of the Company. If you were to look back on us a couple of years ago, we would've been a little bit more on the gas side, probably 60/40 gas to oil. So because of the transactions we've done over the last couple of years, as well as where we focused our capital, the liquids components have picked up quite a bit.

Loan reserve life index -- one thing that's unique I think to -- not unique to honest but I think you'll find typical in MLPs -- fairly long reserve life index. 20 years for us. We've got this big underlying asset base that is very, very low in decline rate, which helps us and builds stability for that distribution in the future.

What I've shown on the bottom of this slide is really our inventory. Those are the plays. And that's not our total inventory, but those are the plays that we're active in right now. The Granite Wash, the Wolfberry, the Bakken, and now the Cleveland based on a recent transaction we just closed last year. So that's really what's speaking for the majority of our capital. It's where we are generating the best economic returns.

You can see on the map we're really still largely a mid-continent based company. I'm encouraged to have Jim on the panel today because I can learn a lot about the Williston Basin because our initial entry into the Williston Basin was a non-operative position that we picked up from Concho and actually Whiting is one of the major operators of that position. So it's great to have -- to be in conjunction with some very successful operators in that play.

I talked a lot about acquisitions. This just shows you kind of over the period of time we bought about $6 billion worth of transactions. There was about 45, 48 transactions over that period of time. The only reason I point this out, you can see that the dominance of the green bars over there, that means that we are pushing into the oil side. That's what we are able to do. The majority of those transactions over that period of time early on, they were largely more gas-oriented.

This is what we're really after in our business model. It's a game of cash flow margin capture is what it amounts to. When we buy an asset, it's -- our strategy is to turn around and go out and hedge the commodity prices for about five years. So, we kind of lock in that margin at the time of transaction. So, we take care of a lot of the commodity risk in terms of hedging, and we don't have a whole lot of operational risk because of the nature of the plays we're in. We don't do any exploration, so it's all pretty predictable from a performance standpoint.

One other thing that's unique to us is the way we do approach our hedging business. We'll have positions out there as far as five years, be 100% hedged or nearly 100% hedged for the first three years. In the last couple of years, it steps off a little bit, but still a very long-dated hedge book. When we have as much cash flow as we do going out the door in the form of a distribution, you can't take a whole lot of risk in terms of commodity price management.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Then finally, because of the organic activity and the plays that we're in, traditionally you wouldn't see organic growth for us being much more than 3% to 5%. The majority of our Company's growth profile in terms of volume growth would come from acquisitions. Because of these two plays and running at four rigs in the Granite wash and five to seven rigs in the Permian Basin area, we were able to generate some 20% to 30% growth rate organically from '10 to '11. As we forecast, we can continue to grow the Company organically by being active investors in those plays.

With that, I will pass the baton.

---

**David Roberts** - *Marathon Oil Corp. - EVP Worldwide Upstream*

Good. Well in case anybody does -- are they going to work now, Howard? No. That's fine. We won't jump out of line here. Our slides don't work, so in case any of you don't have enough PowerPoint slides, you can ask Howard after this and he will make sure that you (inaudible) for eight or nine more.

I'm Dave Roberts with Marathon. We are just tickled to death to be here amongst this group of people because, in about 25 days, we'll be the newest member of the independent E&P set in United States and looking forward to working with and competing with these gentlemen and their companies.

Marathon is a little bit bigger than maybe some of the folks up here today but I think what I'd like to focus in on is what we've done over the last five years in terms of establishing a position to be competitive in the unconventional space. We have built now about 1 million acres across North America, largely in four different plays -- the Bakken in North Dakota where we are right at 400,000 acres; 100,000 acres in Oklahoma, in the Anadarko Woodford, which we like quite a bit; and 200,000 now, about 140,000 in the DJ Basin, where we built a position and then pawned it down.

Then most notably, last week, we spent $3.5 billion to build the cornerstone of what we think our business is on a go-forward basis by picking off Hilcorp Resources in the Eagle Ford -- 141,000 acres there that drives our position in that play to 285,000 acres.

What does all this mean? Well, for a company that will be spending $4.5 billion to $5 billion a year in CapEx, about 50% will be directed towards unconventional resources in North America. What is that going to do for us? It's going to take a business that today is with Hilcorp about 22,000 barrels a day net and drive it over the 2016/2017 timeframe to something that looks closer to 175,000 barrels per day, which, again, will be about 40% of what our global production is going to be.

So much as we moved away from the United States in the early part of the last decade, we're coming home with vigor. We believe we've set ourselves up to be very competitive in this space.

Marathon now can talk about a combined growth rate of 5% to 7% through the 2016 timeframe. We will have over 100% reserve replacement, which has been a gap and our portfolio. We believe we will be fully competitive on a F&D and metrics basis.

The CapEx that I talked about at $4.5 billion to $5 billion a year, we'll be able to do that from within our internal funding at a reasonable oil price deck. So the things that we are focused in on in terms of being financially very solid on a go-forward basis, being able to invest and to find gross programs on a global basis but specifically in North America, a competitive dividend that we continue to want to focus in and grow, and those opportunities beyond that to continue to return money to our shareholders is what we are focused in on.

So very excited about July 1, very excited about what we've done over the last ten years to re-create this portfolio, and looking forward to the next ten years ahead.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Unidentified Participant**

Thanks, David.

---

**Matt Grubb** - *SandRidge Energy Corp. - President, COO*

My name is Matt Grubb. I am with SandRidge Energy. Thank you for having us on this panel. It's a great panel. Mark, I want to thank you for the distributions every quarter. I am an owner of LINN shares, so you've done a great job. From time to time, we sell LINN some assets, just so we make sure I get my distribution straight.

SandRidge has, in the past few years, transformed from a heavily natural gas company to an oil company. In 2008, we produced about 90% natural gas. Today, about half of our production is natural gas and half is oil, primarily through two plays. We made two good-sized acquisitions in the Permian basin where we bought some assets from Forest back in late 2009 and then bought Arena in mid 2010. We also have an emerging play in the Mississippi in the mid-continent that is performing very well.

Today, all our capital resources are going to drilling our oil wells in the Mississippi and the Permian Basin. We have currently over 900,000 acres in the mid-continent at an average cost, very low cost, less than about $200 an acre.

We have ramped up our rigs in the Central Basin platform to 16 rigs, drilling primarily Clearfork and San Andres wells. We currently have 12 rigs in the mid-continent trailing the horizontal Mississippian wells.

The Central Basin platform, obviously been around for a long time. The Permian has produced about 30 billion barrels of oil and the Central Basin platform has produced around 13 billion of those 30 billion. Our two primary reservoirs, the Clearfork and the San Andres, has produced about 6 billion barrels. So we are in a very low risk, proven area. It's shallow. Everything we drill in the Permian basin is around 4000, 4500 feet. It's about 8000 feet, all vertical wells, fairly simple to stimulate.

Rigs utilization, when you use 500 horsepower, 750 horsepower rigs (inaudible) fairly small equipment. Thus, we have not had a lot of cost pressure or pressure to increase costs as we've seen in some other areas.

Have about 7700 locations there that we have identified today. We'll drill approximately 800 wells in the Central Basin platform this year, so that's approximately ten years of drilling inventory.

The other area that we're very excited about is the Mississippian horizontal play in the mid-continent which is in northern Oklahoma and Kansas. We've drilled about 84 wells to date, 80 wells on production. Our year-end type curve was 409,000 barrels of oil, about 52% oil and 48% gas. The Mississippian play is really nothing more than a play of horizontal wells in an area where vertical -- thousands of vertical wells have been drilled for the last 30, 40 years. That play is working well as we've expanded our drilling quite a bit. Our wells now are about from east to west it's about 130 miles apart, so the play has proven up very nicely.

I think that is it. I will pass the mic on.

---

**Jim Brown** - *Whiting Petroleum Corp. - President, COO*

Thank you. As I was sitting up here just listening to these gentlemen, I realized that I went to work for Whiting 16 years ago yesterday. So the fact that I'm even up here with you guys on this panel is somewhat surprising when I think back to the Company that I went to work for.

Without the slides, I will just launch in. Whiting -- if I had to summarize Whiting in a very 30 seconds or less, the three things that make up Whiting are our Bakken play up in North Dakota and our two EOR projects. That is the Postle field in the panhandle



THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

of Oklahoma and northward Estes field out in the Permian basin of Texas. Those three fields currently represent about 56% of our 66,000 barrel a day production, so those are very important projects to Whiting.

I want to mention that we are an oil company. On reserves, we are 83% oil; on production, we're about 80% oil. So we are very, very proud of that fact.

Up in the Bakken in North Dakota in what we call the Bakken Three Forks hydrocarbon system, we have assembled about 678,000 net acres in the Bakken. We have done that at a cost of just a little over $400 an acre. So we think that's a very attractive entry cost to get into this play.

We'd drilled about 200 wells in the Sanish field. We have about 300 left to go up there. We're drilling at a rate of about 100 a year, so we have a three-year inventory sitting in front of us at Sanish.

We currently have 17 rigs running in the Williston Basin. As I mentioned, nine rigs at Sanish, so eight rigs running other places out there. We have drilled -- in all of these other prospects, we have drilled a well in 2011.

Some of the other things that we're trying to develop is the Niobrara down in the DJ Basin. The acreage that we have assembled is out in Northeast Weld County. We've put together just a little over 100,000 gross acres, 75,000 net acres. To date, we have drilled five wells, five horizontal wells into the Niobrara, two vertical wells, so a total of seven wells. We've done a tremendous amount of science on these well so far.

We've actually just completed our rock lab in our office in Denver. We have two scanning electron microscopes in the lab. We are looking at everything from fluid compatibility, what sort of mineralogy exists in the Niobrara, and what things we can do to improve our completion.

We're employing this same technology down in our Bone Springs and Wolfcamp play down what we call in Big Tex. We're right on the edge of the Delaware Basin where the Delaware Basin laps up on to the Central Basin platform. To date, all of the results we have released have been in vertical wells. We've had some very encouraging results out here. We have the three Bone Springs play, first, second, and third Bone Springs. On the northern part of our acreage, we also have Wolfcamp.

We are just starting a four-well horizontal program into the Wolfcamp. We just finished our first well. We've not frac-ed a horizontal well out here, but we remain very encouraged about what we've got going here in the Permian.

I would be remiss if I talked about Whiting and didn't talk about our two EOR projects. The big potential we have is in North Ward Estes, a huge old field down in the Permian, over 1 billion barrels of oil originally in place. You can see that we have proved reserves of about 90 million barrels, probable and possible reserves up to 130 million barrels. That improved or that increase from the proved to the probable and possible is just taking our recovery from this project from 5% of the original oil in place up to 15% of the original oil in place, which we think we can do with the techniques that we are employing out here.

As I mentioned, the two EOR projects in the Bakken are very important to Whiting. This just shows their contribution to our overall production.

With that, we will turn it over to you guys for questions.

---

**Unidentified Participant**

Thanks, Jim. So I am going to basically give some general questions and we'll talk to each of the participants. But there has been a clear move from a lot of the independent oil and gas companies here over the last several years to become less gassy and more oily. Now some of the panelists have been oily and still are oily; others have been gassy and they have come to oil. I would



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

be curious to know from each of you when you look at your current portfolio and other things that you all see in the hopper, can you talk to the reasons why you either stuck with the oil, other emerging things that you are seeing, and/or have made that transition, what has really driven that decision-making?

I think maybe to start out, I'll talk to David at Marathon, because obviously you guys made a big splash into the Eagle Ford. What really drew you to that Eagle Ford Shale? What was it that as an independent E&P company drew your interest?

---

**David Roberts** - *Marathon Oil Corp. - EVP Worldwide Upstream*

Yes, I think, first of all, we are not like Whiting. We are going to keep oil in our name. We are a 70% liquids company historically, and we will be 70% liquids for the remainder of this decade.

So the first thing that attracted us to the Eagle Ford is it's an oil play. The other thing that we liked about particularly the holdcorp acreage 90% operated, very high working interest. So as my boss likes to say, we can drive the bus. It is one of the things that we get criticized for in some areas, the fact that we are non-operated partners and just get drug along by other people. So this is an area that we can get out there, operate 20 rigs within a year, drive the production, and drive the results that we need for Marathon.

So that in a nutshell is why we are there. It's an oil play. We like oil. We're gas bearers for a long time to come, and so we are pretty comfortable with the position we find ourselves in commodity-wise.

---

**Unidentified Participant**

From a geological aspect, when you look at the Eagle Ford over various other opportunities, you're in the Bakken versus getting bigger in the Bakken or establishing a position in the Permian, was there anything specific about the Eagle Ford or was it more of a maturity?

---

**David Roberts** - *Marathon Oil Corp. - EVP Worldwide Upstream*

Well, we tend to look at this as being a little bit more uniform, a uniform petroleum system across the entire 230 million acres. The Bakken is a great play. We'd like to get more of it, but it's a little bit pricey for us. But it's also very variable.

The Eagle Ford, at least in our view, in our technical work and what we've been able to see other people have done, four pretty well-defined and easy to illustrate petroleum system phases that are fairly uniform across the entire play. The thicknesses are easy to pick out. The pressure gradients are easy to pick out. So it makes it something that we think is a little more predictive on a go-forward basis.

---

**Unidentified Participant**

In terms of what price makes sense for your purchase, obviously you guys are making a $3.5 billion acquisition. One of the questions was the front-page number of $25,000 an acre, how do you think about that price versus the rate of return you ultimately can see?

---

**David Roberts** - *Marathon Oil Corp. - EVP Worldwide Upstream*

Well, I think everybody has to decide on a price that's fair in terms of generating a rate of return that you think your investors are going to be satisfied with. I think, from our perspective, we talked about this thing being 400 million to 500 million barrels of resources. We think there's upside beyond that. There are very few plays that we know of in the world that we are going to



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

be able to get 80,000 barrels a day out of within five years. We think the commodity price curve is going to support us. I think, importantly, this gives us the top ten position in what we think is the best oil play in the United States. It gives us a top five position in what we think is the core of that play. So all acreage is not created equal. In terms of our ability to generate a mid-teens returns for our investors on what we think is a fairly conservative oil deck, we were willing to pay the price that we paid.

---

**Unidentified Participant**

Matt, you on this panel of anybody would be the company that clearly was highly gas-focused, made a significant shift to oil and obviously have made a pretty big entrance into this Mississippian plague, which I would say is one of few companies in the play that are extremely active. What geologically drove you to look at the Mississippian play? Also then talk about the thought process of transitioning from gas into some of these oil opportunities.

---

**Matt Grubb** - *SandRidge Energy Corp. - President, COO*

Okay, I will answer the second question first. What we found out was starting up a natural gas company in 2006 was a pretty tough time to start a company. Commodity prices, natural gas prices moving up. We started a company where we're producing -- the entire company is producing 20 million to 25 million cubic feet of gas a day. We bought NEG from [Carl Icon] in November of '06 and me went from 25 million to 125 million a day. Our plan was to IPO the Company in late 2007. So we went to a pretty aggressive drilling program in the Pinon Field, which is a natural gas field. So we had great drilling success. We ramped our production from 125 million to 225 million a day when we IPO-ed the Company. The IPO was a home run. We did great things, was clicking along. We had plans to ramp up our budget going into 2008.

So we went -- at one time there in the middle of 2008, we were probably the fifth biggest driller in the country in terms of rig count. We had 47 rigs running. We had I think $8, $9 hedges, gas hedges in place, drilling away in the Pinon Field, doing great. Then all of a sudden the recession hit. Overnight we became a high-growth we turned from a high-growth company to a high-debt company. And so what we saw at the time was -- I may not be correct here but I'm probably not far off -- is between 2005 and 2008 there's probably not a period of time in the industry where there was more money spent on acreage for Haynesville, Marcellus, Eagle Ford, et cetera, on these new plays which are very heavily gas-driven and what we believed was nobody was going to quit drilling gas as long as capital was available.

So there was a short period there when the banks shut down and equity dried up, capital funding dried up, and rig count did dry up from 1000 to 600 pretty quickly but thereafter it ramped backed up pretty quickly. What we felt was that we're in a time where demand was going to either be flat or maybe a small decline but everybody knew where the supply of natural gas was being and how to extract it with horizontal drilling in numerous stages of frac.

So we were a company where our hedges were getting ready to roll off going forward beyond 2008, 2009, and 2010, coming off the $8 and $9 hedges, so where gas prices eventually settles at. So we had to make a move into oil, where oil had hit close to $30 but ramped up, back up, pretty quickly.

What was little known in the companies even though we were a natural gas company back in 2006, 2007, 2008 -- we had a little play in [Eckford] County there in West Texas, one of the Central Basin platform where we're drilling Clearfork wells. We had one rig running. That is the highest rate of return project in the whole Company. We never talked about it. But these wells, we're drilling these wells for about $0.75 million -- kind of 75,000 to 100,000 barrels of oil, very good rates of return. As we quietly developed that play, we started looking for opportunities to buy acreage. That is when we bumped into Forest as we moved north. And we actually went to Forest early on there in early in 2009, late in '08 (inaudible) they had any interest in selling. They had no interest in selling their properties at that time. But low and behold, the package came up for sale in November of 2009. We felt like we knew more about that than anybody. We have done a lot of science, had tremendous success. We bought a package based on the value of the Clearfork, something that was not really valued in the package. It was more of a Wolfberry



THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

type value. So anyway, the transformation was where we're at as a company with our debt load, with our -- we're coming off the natural gas hedges and we needed to get into a commodity we were bullish on.

So we built our position with Forest and Arena in the Central Basin platform. Today, we have close to 200,000 acres on a platform. While that doesn't sound like a lot, we can drill a lot of these wells down to five-acre spacing, particularly in the San Andres, down 10 acres in the Clearfork, and we're working the Wichita, Albany and [Wolfcamp] and that's more like 40 acres right now. But nevertheless, a lot of locations that we can drill.

The Mississippian play, we -- Chesapeake came out and drilled horizontal Mississippian plays back in the middle of 2007. We participate in some of their wells. What we saw was a program that was working pretty well early on. They had one rig running. Oil prices continue to increase. We like the program, but instead of going out and drilling our own wells, we spent a lot of that time developing the acreage position.

We had a couple of hundred thousand acres out there early 2010, but we made a pretty aggressive land run throughout 2010. Today built it's almost 1 million acres in the play. We started out with one rig in November, maybe December of 2009, completed our first well in January of 2010. We continue to drill that program. It's looking pretty good. By the end of 2010, we had drilled probably 40 wells. The results were good. The type curve came in at 409,000 barrels of oil equivalent. At these commodity prices, you kind of have 100% rate of return. Since then, just since September, we ramped up rigs from five rigs to 12 rigs and continue to expand and delineate the play. All that is working well.

What we like about the Miss is for a lot of the same reasons -- we like the Central Basin platforms. It is a carbonated structure. We understand it. It's shallow. The true vertical depth in the Miss is about 6500 feet. So with our 4000 foot lateral, we are at 10-5 measure depth. It's fairly consistent in uniform and thickness, about 300 feet in gross thickness. There's over 17,000 vertical wells in the Miss in and around where we are drilling horizontal wells. So you're not going to whiff on the reservoir. You're going to find it (inaudible) drill.

There is variation because in an area that big, you're going to have some little bit of variation in permeability, a little variation in ferocity. The bulk of this Miss is limestone but there is some degree of [chur]. There's some [chad]. There's various erosional features up on the (inaudible) conforming that impacts production. But statistically, I think we are going to be in a band that's going to work out for us very well.

---

**Unidentified Participant**

Thank you. If I could move to Mark, your oil strategy is, like you said, slightly different from the rest of the panel participants but at the end of the day, you're still looking for oil, you're still looking to grow oil. You've got an established position in the Granite Wash. It's obviously a very strong play. How do you look at that versus some of the newer opportunities you've moved into such as the Bakken and the Permian Basin? Is there further opportunities of expansion that you see that looks exciting in addition to those as well?

---

**Mark Ellis** - *LINN Energy LLC - CEO*

Expansion in the Granite Wash?

---

**Unidentified Participant**

In any of those [positions] and/or other plays that are emerging at this point.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Mark Ellis** - *LINN Energy LLC - CEO*

Let me go back to your first comment. Really, for us, what us oily over time was just where you could do transactions, where you could actually find margin. The margin was in the oil play. It's all about economics, right? If we can buy it for $20 in the ground and hedge it for $100, that's an $80 margin. You're talking about fairly low operating costs in some of these oil plays. So that is what drove us to doing oil transactions.

Gas transactions at that time, sellers were in an $8.00 world, are still thinking we're in a $8 gas world. And so the sellers' and buyers' expectations were totally different. So you couldn't really do many gas transactions in the late 2009/2010 period. So that is what pushed us into the oily transactions. Then our investments pushed us even further.

As far as the Granite Wash, it's interesting. People tend to think of that one as a bit of an oil play but really it's just a really rich gas play depending on which particular horizon you are in. Shallower in this section, they tend to be a little bit more liquids-rich and pre-condensate-rich. Then the deeper you go, the more dry gas it is. We looked at that one really hard as a company. Given that we are an MLP, capital intensity is a pretty big issue for us. But yet, it was such great economics associated with developing that position up there in a land position where industry was drilling all around us, horizontal has been pretty well proven up. We just had to exploit it that way. So we were able to put together a team. We've got four rigs working on an operating basis. We'll do about 35 wells a year there. Yes, we could run more. Typically an E&P company might move on that acreage position a little bit faster. But it's all HBP and I think we're moving at more of a paced approach which makes sense for us as a company.

As far as the expansion of that play, we've got a great position in the Texas Panhandle as it is. It will be interesting to see how that develops back over into western Oklahoma. There are a number of industry players over there that are doing some work in western-most Oklahoma. We've got acreage in that particular area, so we are following what their activity does. Then of course it will drive our activity down the road to the extent that makes sense for us to move into it.

Williston for us was a totally new basin. It's an area where, again, a high-margin play which lead us to that play. An opportunity came about by which we could buy a nonoperated interest behind a couple of very successful operators. One of them, Jim, sitting at the end of the panel. Being able to learn from Whiting and what they are doing up there really makes a lot of sense for us. It would be very difficult for us to move into a new basin like that in an operating sense to think that we can put together a rig fleet and put together a service infrastructure necessary to deliver on a capital program in a short period of time. Easier for us to go in on a nonoperated basis behind successful operators and piggyback off their knowledge and also build up into that slowly.

I'd like to think in the Williston we might be able to accumulate a position much like we did in the Permian Basin. Prior to summer of 2009 was our first transaction in the Permian. Since that time, we've built about 12,000 barrels of the day of production in the Permian and a wealth of drilling opportunities. So I'd like to think that we would be able to do it through transactional activity up in the Williston as well. We did our first transaction within about a month or so. We did two other private transactions and doubled that piece. So it may be a little slower, but we'll see how that goes. But I think there's opportunities to expand our position in each and every one of those plays.

---

**Unidentified Participant**

And Jim, you've all had a pretty good approach to building an oil asset base over the last several years, very organic, extending the play in the Bakken down into the Lewis and Clark play down in the south, now looking further to the west in the premium and Niobrara. As you continue to build your position, can you talk about your thought process and how you generate these ideas and start sort of the acreage accumulation process?

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Jim Brown** - *Whiting Petroleum Corp. - President, COO*

Sure. I'm sure we're no different than all the other companies sitting up here on this panel. We've got a number of plays that we talk about in our corporate presentations. We've got a number of things in the back room that we're working on. It's the curse and a blessing in our industry right now; there's a lot of folks in our industry that have gray hair. Of course for me, I'd take gray hair. But these guys have worked in this industry for a long time. They've got -- I swear every geologist has a map in their basement with the secret little Xs on them that they've done over their career. They know where there are a lot of oil plays that at the time just did not make it over the top, did not quite make the hurdle. We're exploiting a lot of these plays right now. A lot of them are in basins that we know about. The Niobrara, my gosh, we've been chasing the Niobrara for, what, the 40 years I've been in the business, trying to make that play work. Maybe we're finally there.

There's a lot of Niobraras out there in other basins that we are pursuing. Right now, at Whiting, we're chasing oil. All of the other places we're looking, all the other plays we're going after right now, we think the return, the better return, the better margin. Similar to what the gentlemen from LINN just said, oil for us appears to be where it is going to be at least over the -- if I can say the near-far term, you know, kind of over the -- gas is going to come back. We all know it's going to have to at some point. We are going to have to start using gas more efficiently and more wisely in this country. It's going to be the long-term solution. But I think over the next five to seven years, the great returns are going to be in oil. That's just what we're pursuing in every play, and in that a lot of different basins than the ones that we are all currently talking about today.

---

**Unidentified Participant**

Interesting point. We'll get back to that in a minute. But I want to give -- let Steve talk about your position in the Permian. Obviously, a very focused company on the Permian, especially in the Wolffork zone. Can you talk about what are the thoughts and what are the attributes geologically that led you to get your position where you are at right now?

---

**Steve Smart** - *Approach Resources Inc. - CFO, EVP, Treasurer, Principal Accounting Officer*

Sure. As we started this company in 2004, we were drilling strictly for Canyon Sands, Strawn and Ellenburger gas production. Just like Matt was talking about, we were a very gassy company.

By the way, we went public two days after they went public. It was a very choppy time in the market too, so it was kind of difficult. But we did it organically. What we did was we drilled these wells. It was like cookie cutters that we were drilling. We'd gotten it down to a science and got the costs under control and gas prices were a lot stronger at the time.

Well, some things that we did different was that we took a full suite of logs on most of our wells, whereas most companies would just log the formation that was their target. So in that process, we saw the shows that we had during our drilling in the Wolffork. Here and there we'd see some shows. We also saw it on the log. We just -- it took us time before we really could get to a study that was done by our geology department. Once we hired Srengenge Yang from Pioneer. He brought in a group of people and they did a thorough study of the area, looked at all the logs that we had, studied the area around us, and developed a concept that it was there. Then when we did the core analysis, that proved up even more, so that's how we got into an oily play ourselves.

The good thing was that we had a lot of acreage when it was cheap. So we didn't have to pay a lot of money for what we had. I think we had like a $300 average acreage cost per acre. So we think that's very enviable. It's mostly contiguous acres that we have as well. So we're really excited about it. As I said earlier too, we're early on in the process, so I think exciting things are going to happen for us.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Unidentified Participant**

Thank you. This will be an open-ended question to anyone in the participant panel, but in general, Jim, you alluded to the fact that there are many more opportunities like the Bakken and other oil plays in the US. I'm [now at the question], but what do you all think could be the next one that investors typically haven't heard about? Or what are the areas that you think are being chased down right now? I have to ask the question.

---

**Unidentified Participant**

And everybody is sitting here like (multiple speakers) (laughter)

---

**Unidentified Participant**

What type of things are you looking for? Are there other Bakkens out there? How big could these be? Are they smaller in scale? Are they typical areas where we found oil before or are there some more emerging type of trends that you guys are thinking about?

---

**David Roberts** - *Marathon Oil Corp. - EVP Worldwide Upstream*

It will be the heavy oil play on the north slope. How is that? There -- nobody is doing that one.

---

**Matt Grubb** - *SandRidge Energy Corp. - President, COO*

We're there. Just kidding.

---

**Mark Ellis** - *LINN Energy LLC - CEO*

It will be in and around areas of proven hydrocarbon systems, probably. That is a pretty obvious thing.

---

**Matt Grubb** - *SandRidge Energy Corp. - President, COO*

I agree with Mark. I think it's going to be more -- to me, the Williston Basin I think is still a great area to exploit for oil. I think there's a lot more than just a Bakken there that's going to be looked at.

---

**Unidentified Participant**

Within the Williston itself?

---

**Matt Grubb** - *SandRidge Energy Corp. - President, COO*

Yes.

---

**Unidentified Participant**

okay. Outside the Williston, are there other opportunities that could be of a size similar to like what the Bakken is panning out to be, or do you all think things will be a little bit smaller scale?



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Matt Grubb** - *SandRidge Energy Corp. - President, COO*

Our play in the Miss, I think there's still sizable Mississippian carbonate structures out there to be exploited. Again, it will be in areas where oil has been found before, that was perhaps drilling stopped because of oil prices or what have you that will be revisited. I think that will be [pretty sizable].

---

**Unidentified Participant**

Another question too in terms of you guys are like the other E&Ps having some pretty nice growth over the next several years. As gas producers, the US independents somewhat overran the gas market. Is there the potential for the oil market, the same thing to happen in the US? Obviously, everybody is focused on the pricing between [LLS] and Brent to WTI? Can we overrun the oil market in terms of not only pipeline capacity but service intensity, trucking capacity as well?

---

**Steve Smart** - *Approach Resources Inc. - CFO, EVP, Treasurer, Principal Accounting Officer*

We were just approached in the last week by companies looking at taking over an oil and NGL line and is going to be transporting crude over to the Louisiana market, just like you're talking about, which I think will do a lot for the crude pricing for all of us companies. It's good. Pricing is good now but if we could ramp up off of that, that would be even better.

---

**Mark Ellis** - *LINN Energy LLC - CEO*

Yes, I think you're going to find, in certain areas based on pace of activity, you're going to outrun the infrastructure in those areas. But what do we know about midstream business? They are going to find a way to capitalize on that opportunity, put capital to work and eliminate that bottleneck, either enhance trucking or pipeline operations or whether it's on the NGL side. Processing capacity is going to be expanded. We're seeing that in the Texas Panhandle in conjunction with the Granite Wash development, a lot of expansions in terms of processing capability. We're putting in some pipelines actually to help gather our gas and give us optionality where if we do have an interruption, we can go in interruptibly onto another system so that we are not bottlenecked behind our current providers.

So I think you're going to see that in areas. Even in the Permian Basin right now, there probably needs to be a little bit more processing, gas processing, even in that basin as mature as it is. Oil hauling is getting challenged out there, there's no doubt about it. But there's a lot of expansions in the works that hopefully will mitigate those problems.

---

**Unidentified Participant**

David, when you look at Marathon becoming I guess more of a direct competitor now with some of the other independent E&P companies and your opportunity set going forward, you obviously entered into the Eagle Ford Shale. You're in the Bakken. When you look forward, do you see opportunities to expand in a couple of these other areas as well? You're pretty substantial in the Bakken. To get scale for Marathon, do you need to be bigger? Is there a certain size that's the right size for you?

---

**David Roberts** - *Marathon Oil Corp. - EVP Worldwide Upstream*

Yes, I think one of the issues that we felt we had to address from our investors was we needed, now that we are not integrated anymore, we can use the word "dominant". That's a little problematic word when you're an integrated company. But we needed a dominant position in the basin where people could say that's a signature play for this company. That's what we've done in that Eagle Ford in terms of setting a cornerstones. The Bakken wasn't big enough to do that, even at 400,000 acres, because of the way we are pursuing that play.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

I think what I would say is you never say never, but we are really focused on the three key oil basins that we are playing in now. Eagle Ford is our favorite, Anadarko is our second, Bakken the third. It's early days in the DJ Basin. But we think there's running room there but it still has to be proven out. But that's a lot to say grace over with a $2 billion year capital program against those basins. So, I'm not saying we're going to run out and do a whole lot more.

---

**Unidentified Participant**

When we look at crude prices right now, we're around $100 a barrel. Has crude prices really driven the independents to become more oily? Has it been technology? Is there a certain point in time where you view some of the projects that are being chased right now to be questionable in terms of economics? What is that threshold for oil? $100, a lot of stuff works. If we get down to $75, what does that mean for some of these new opportunities? Maybe, Matt, if you'd --

---

**Matt Grubb** - *SandRidge Energy Corp. - President, COO*

Yes, I think crude prices certainly has been a driving force for a lot of companies who move into oil such as us. But it's not just crude; it's the disparity in crude and gas. Most of the independents in the US were born through natural gas, finding natural gas in Oklahoma and other areas. Chesapeake, for example, has been a huge natural gas producer their entire life. So as natural gas has weakened so dramatically here -- we're down to, gosh, prices that we saw in the early 2000s, and service costs are at 2011. Cost is making it very difficult to continue to drill natural gas. So I think it's the combination of the oil moving and the natural gas declining, but certainly technology. For us, we're not, to be honest with you, we're not doing anything new other than taking the horizontal technology into a petroleum system that has been producing from vertical wells for the last 30 years and trying to stay at the very top of the formation. We have good cross-development and get more reservoir contact and then making the economics of those wells with the help of, obviously, high crude prices.

---

**Unidentified Participant**

Jim, in the Bakken, you've always been the forefront player that uses sliding sleeve technology out there. There's been some technology changes within the Bakken that allow you to do more stages within some of those completions. Can you talk about, a little bit about that application and what that means for some of the other areas such as Lewis and Clark?

---

**Jim Brown** - *Whiting Petroleum Corp. - President, COO*

Yes. One of the things we did early on in Sanish was we installed a complete array of geophones across there so we could run micro-seismic on every frac job we pumped in Sanish. What that has also allowed us to do this anytime we wanted to try some technology and we wanted to see micro-seismic, we would go do it in Sanish, so that would give us a good idea of what we -- could we compare that to all the other wells we frac-ed in Sanish?

We recently did a 40-stage, sliding sleeve fact job in the southwest part of Sanish Field. The interesting thing on that one for us was from the time we started pumping until the time we finished was 26 hours. So we were able to get that whole job done in just a little over one day.

I'm very encouraged by the results. We pumped in a part of the Standish field that had been I wouldn't say -- we still got close to 2000 barrel a day well out of there but it was in an area that had historically not produced that well.

We just this past week used some of Baker's sliding sleeve technology with the ball that you use to slide the sleeve that actually dissolves. You don't have to worry about getting these balls back off-seat if they're going to -- if you have enough differential pressure to get these things -- get the well back flowing. So we're very encouraged with that technology.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CAL0003397

We're currently drilling a well right now that we plan to run another Baker technology where the sliding sleeves look similar to a plug and perf, where we get three sets of entry ports between your two swell packers. So like I said, we're just drilling that well, that completion. Equipment will be run here in the next week or so.

So we're very encouraged by some of the things that have come up and we will continue to try to use some of this new technology and see what happens, and use it in a place where we can actually evaluate what we're seeing.

---

**Unidentified Participant**

For any of the other participants, have you also been looking at or identifying other types of new completion or drilling techniques that could enhance some of the economics, or alternatively just bring down the cost side of the equation?

---

**Mark Ellis** - *LINN Energy LLC - CEO*

Yes, sure. In the Granite Wash play, for one, obviously your stimulation cost is your biggest single investment. But we've changed our drilling program a little bit. We've gone to a long string instead of setting an intermediate string and setting a liner. It's allowed us to reduce rig time and cut some costs as well to offset any potential pressures we may have over on the completion side in terms of the cost associated with those jobs. So you're always looking at improving your technical limits, both on your drilling side as well as optimizing your completion efficiency, so sure.

---

**Unidentified Participant**

We've got a couple of minutes, but I'd like to see if there's any questions out in the group here. Anything the panel participants would like to add or interject?

---

**Steve Smart** - *Approach Resources Inc. - CFO, EVP, Treasurer, Principal Accounting Officer*

I'd just like to echo a comment I heard from all these gentlemen, that one of the reasons we're going to feel very comfortable here as they all talked about margins and making your own margin. That's what this business has always been and will always be. They've given us some pretty good targets to shoot at. We chase lighting all over the Bakken and we've got some more things to do here to make margin in other places. So some great comments.

---

**Unidentified Participant**

With that, I think we will close it. Thank you, guys.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CAL0003398

DISCLAIMER

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2011, Thomson Reuters. All Rights Reserved.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS