# EXHIBIT 62

# Permian & Hz Miss Performance Review Thru 08-20-2011

- Slides include Proforma production comparison of all wells with usable, available data as of 08-15-2011
- Top graphs are average daily production per well: oil (left) and Boe (right), bottom graphs are per well cumulative values
- Well count included in the data set is noted in the graph title and graphed on the right-hand scale (blue line)
- Statistical significance occurs with approximately ½ of the well set in each case and the commentary box in each slide relates to the statistically significant group of wells

- Summary
  - Permian – PER Slide 2: On type-curve ±1%
  - Permian – All Arena Slide 3: ~8% low on oil, variance associated with early time data, projected to be on type-curve for full year data
  - Permian – All Permian Slide 4: ~4% low on oil, ~2% high on Boe, projected to be on type-curve ±
  - Permian –CAPEX Slide 5: indicates ~5.6% increase from modified Proforma (based on change of project mix)
  - Hz Miss – SDT Slide 6 & 7: Above type-curve on oil & Boe, Sandy Creek well significant influence – slide 7 notes +10% oil & +33% gas above type-curve excluding Sandy Creek
  - Hz Miss – All 2010 & 2011 wells Slide 8: ~8% low on oil, ~5% low on Boe
  - Hz Miss – CAPEX Slide 9: indicates ~7.9% increase from Proforma – graph of CAPEX distribution by well from high cost to low cost

SandRidge


SandRidge Energy
Normalized Daily Production -- GROSS_OIL
Permian Royalty Trust (Drilling)
(70 Wells)
GROSS_OIL (BBLS)
Well Count
DAY
Avg (70 Wells)
PERMIAN ROYALTY TRUST 10 AC TYPE CURVE
Well Count
SandRidge Energy
Normalized Daily Production -- GROSS BOE
Permian Royalty Trust (Drilling)
(70 Wells)
GROSS BOE (BOE)
PER Royalty Trust on Type Curve Cum ± 1%
SandRidge Energy
Cumulative Normalized Daily Production -- GROSS_OIL
Permian Royalty Trust (Drilling)
(70 Wells)
GROSS_OIL (MBBLS)
SandRidge Energy
Cumulative Normalized Daily Production -- GROSS BOE
Permian Royalty Trust (Drilling)
(70 Wells)
GROSS BOE (MBOE)


SandRidge Energy
Normalized Daily Production -- GROSS_OIL
arena - 2011
(292 Wells)
GROSS_OIL (BBLS)
Well Count
DAY
Avg (292 Wells)
SandRidge Energy
Normalized Daily Production -- GROSS BOE
arena - 2011
(292 Wells)
GROSS BOE (BOE)
Well Count
DAY
Well Count
All Arena 2011 ~ 8% Low oil
Appears early time data variance
Annual projected variance on Type
SandRidge Energy
Cumulative Normalized Daily Production -- GROSS_OIL
arena - 2011
GROSS_OIL (MBBLS)
Well Count
DAY
PERMIAN ROYALTY TRUST 5 AC TYPE CURVE
Well Count
Cumulative Normalized Daily Production -- GROSS BOE
arena - 2011
GROSS BOE (MBOE)
Well Count
DAY
PERMIAN ROYALTY TRUST 5 AC TYPE CURVE
Well Count


SandRidge Energy
Normalized Daily Production -- GROSS_OIL
ALL PERMIAN 2011
(402 Wells)
GROSS_OIL (BBLS)
Well Count
DAY
Avg (402 Wells)
SandRidge Energy
Normalized Daily Production -- GROSS BOE
ALL PERMIAN 2011
(402 Wells)
GROSS BOE (BOE)
Well Count
DAY
PERMIAN WEIGHTED AVG TYPE CURVE
Well Count
All PERMIAN 2011 Oil ~4% low
Total Boe ~ 2% high
Projected Type Curve still within tolerance
SandRidge Energy
Cumulative Normalized Daily Product
ALL PERMIAN 2011
(402 Wells)
GROSS_OIL (MBBLS)
Well Count
DAY
Avg (402 Wells)
PERMIAN WEIGHTED AVG TYPE CURVE
Well Count
(402 Wells)
GROSS BOE (MBOE)
Well Count
DAY
Avg (402 Wells)
PERMIAN WEIGHTED AVG TYPE CURVE
Well Count

**ACTUAL CAPEX TO PROFORMA COMPARISON**

**2011 PERMIAN DRILL WELLS - YTD 08-21-2011**

| | ACTUALS | | | | | PROFORMA $/Well | | PROFORMA TOTAL VS ACTUAL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Well Count | % (Well Count) | Capital $ | % Capital | Avg $ / Well | % | Avg $ / Well | Capital $ | OVER/-UNDER $ | OVER/-UNDER |
| ARENA | 292 | 74.1% | 166,789,981 | 59.9% | 571,199 | 74.1% | 513,000 | 149,796,000 | 16,993,981 | 11.3% |
| TEXMEX | 27 | 6.9% | 32,359,701 | 11.6% | 1,198,507 | 6.9% | 1,150,000 | 31,050,000 | 1,309,701 | 4.2% |
| PARKER MINERALS | 36 | 9.1% | 30,929,506 | 11.1% | 859,153 | 9.1% | 780,000 | 28,080,000 | 2,849,506 | 10.1% |
| MARTIN | 17 | 4.3% | 21,999,104 | 7.9% | 1,294,065 | 4.3% | 1,600,000 | * | * | * |
| FULLERTON | 8 | 2.0% | 7,656,216 | 2.7% | 957,027 | 2.0% | 1,100,000 | * | * | * |
| PENN | 6 | 1.5% | 9,574,923 | 3.4% | 1,595,821 | 1.5% | 1,595,821 | * | * | * |
| CAPRITO | 5 | 1.3% | 6,451,845 | 2.3% | 1,290,369 | 1.3% | 1,290,369 | * | * | * |
| DIMMITT | 1 | 0.3% | 1,494,551 | 0.5% | 1,494,551 | 0.3% | 1,494,551 | * | * | * |
| SAN ANDRES | 2 | 0.5% | 1,268,165 | 0.5% | 634,083 | 0.5% | 634,083 | * | * | * |
| | 394 | 100% | $278,523,992 | 100% | $706,914 | 100% | $669,329 | | $21,153,188 | |

* Note: values not calculated due to either: 1)not all costs are included in actuals, or 2)CAPEX not included in original Proforma

- All values from Excalibur – actual thru June 30th with greater of actual or estimate from June 30 to Aug 21
- Data check for Arena indicated estimates for all wells $10M/well higher than actual

# Horizontal Miss SDT



# Horizontal Miss SDT Without Sandy Creek Miss is ~10% above curve on Oil ~33% above curve on gas




SandRidge Energy
Normalized Daily Production -- GROSS_OIL
MISS HORIZONTAL 2010-11
(100 Wells)
GROSS_OIL (BBLS)
Well Count
DAY
Avg (100 Wells)
MISSISSIPPI HORIZON
SandRidge Energy
Normalized Daily Production -- GROSS BOE
MISS HORIZONTAL 2010-11
(100 Wells)
GROSS BOE (BOE)
Well Count
DAY
SSIPPI HORIZONTAL TYPE CURVE
Well Count
All Horizontal Miss 2010 -2011
~8% Low Oil, ~5% Low Boe
Projected Type Curve still within
tolerance
SandRidge Energy
Cumulative Normalized Daily Produc
MISS HORIZONTAL 20
(100 Wells)
GROSS_OIL (MBBLS)
Well Count
DAY
Avg (100 Wells)
MISSISSIPPI HORIZONTAL TYPE CURVE
Well Count
andRidge Energy
zed Daily Production -- GROSS BOE
HORIZONTAL 2010-11
(100 Wells)
GROSS BOE (MBOE)
Well Count
DAY
Avg (100 Wells)
MISSISSIPPI HORIZONTAL TYPE CURVE
Well Count

ACTUAL CAPEX TO PROFORMA COMPARISON

2011 MISSISSIPPIAN DRILL WELLS - YTD 08-21-2011

| | ACTUALS | | | | | PROFORMA $/Well | | PROFORMA TOTAL VS ACTUAL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Well Count | % (Well Count) | Capital $ | % Capital | Avg $ / Well | % | Avg $ / Well | Capital $ | OVER/-UNDER $ | OVER/-UNDER |
| ALL AREAS | 63 | 100.0% | 204,004,785 | 100.0% | 3,238,171 | 100.0% | 3,000,000 | 189,000,000 | 15,004,785 | 7.9% |




• All values from Excalibur – actual thru June 30th with greater of actual or estimate from June 30 to Aug 21