# EXHIBIT 64

# FINAL TRANSCRIPT

Thomson StreetEvents℠

## SD - SandRidge Energy Inc at Bank of America Merrill Lynch Global Energy Conference

Event Date/Time: Nov. 16. 2011 / 2:00PM GMT



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**Jim Bennett**
*SandRidge Energy, Inc. - EVP and CFO*

## CONFERENCE CALL PARTICIPANTS

**Gil Yang**
*Bank of America Merrill Lynch - Analyst*

## PRESENTATION

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

(audio in progress) presentation this morning comes from SandRidge Energy. Jim Bennett, the CFO, will give the presentation. Jim?

---

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Thank you, Gil. So, I'm James Bennett, the Chief Financial Officer of SandRidge. I'll go through our slides. This presentation is also available on the website. And then, take a few questions, I can stick around afterwards too and also we have breakout sessions for the remainder of the day.

So for you, those of you who don't know us, SandRidge, we're about a little over $3 billion independent E&P company, based domestically Onshore United States. All our operations are onshore, primarily in the Mid-Continent. So in the Permian Basin of West Texas and the Mississippian Play of Northern Oklahoma and Southern Kansas. That's where 90% of our capital goes to those two plays. Reserves, about 550 million barrels equivalent; current production of about 70,000 barrels a day.

The Company is only about five years old, founded by Tom Ward in 2007. Tom was one of the founders of Chesapeake, that was in 2006. Bought some gas assets in West Texas here, the West Texas Overthrust. Started SandRidge and really in about 2008-2009, the Company made a big shift from gas to oil.

So the Company was started as a natural gas company with -- again this West Texas Overthrust play in Pinon and really made a big transition to oil starting in 2008. In 2009, the Company acquired some assets from Forest in the Permian Basin; then, did a merger with Arena in 2010. So, I think the shift to oil was earlier than a lot of people and now, we are 80% oil by value and a little about 60% oil by production. And that percentage is actually just continuing to grow.

In terms of our three-year strategy, we laid this out in our second quarter earnings call. Given the size of our asset base, roughly 2 million acres, the amount of opportunities we have and the returns we can get on these assets now, we think by '14, we can get our EBITDA in the $2 billion range. And what that means for us is we're more a mature Company at that point. We can rely on more conventional means of raising capital and we can grow our production, we think, still in a double-digit pace, but stay within cash flow. So our goal is to get to this $2 billion number, keep our production growth double-digit and have our debt-to-EBITDA somewhere in the two-times range.

In terms of our funding plan, this is one of the main questions we get is, like you are a small-cap company, only five years old with, on our Call Consensus, EBITDA [up] $750 million or so. How are you going to spend? Why are you spending $1.8 billion this year and next? And how are you going to fund that? Well, this year, we funded that with all non-debt sources of capital as we call it.





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CONFIDENTIAL SD-SECURITIES-0336213

We've raised $1.85 billion of non-debt capital this year, not including our bond offering. But from royalty trusts, the $690 million from asset sales, $910 million from royalty trusts, $250 million from a joint venture. So we've been able to raise this capital this year to fund all of our growth without issuing equity or without relying on debt.

And we think, given the size of our asset base, it's prudent to accelerate the present value of that asset and not have a 20 or 30-year reserve life of drilling inventory -- I'm sorry, on our Mississippian assets, rather we want to double that rig count and bring that NPV forward. So for us, we think it's prudent to spend as long as we don't overlever the Company, [we excessively believe] to shareholders, we think it makes sense to spend at this higher level. As we said, next year, we plan on spending in that $1.8 billion range as well.

And next year, we'll fund it in similar manner. So we've got some assets we can sell. We said publicly that we anticipate doing another royalty trust. We have units in our existing royalty trusts, about $200 million worth of units that we can sell. So we've got the means to fund the CapEx next year and one of the other questions we get is how if -- can you change your CapEx if you need to? Yes, if the world changed, if the commodity price environment changed, structurally, we could change our CapEx; if the capital market seized up, we could change our CapEx as well. So it's something we talk about really on a weekly basis what should our CapEx be.

In terms of our strategy, some things you'll hear us say and you'll hear Tom say this a lot. It's shallow, low-risk, conventional carbonate reservoirs. We think in the domestic onshore market, you can do two things; you can go after a deeper, tighter rock or you can deal with water. We choose conventional reservoirs, but we deal with a lot of water in Mississippian play, that's about a 90% water cut.

We disposed of that water, but we would rather deal with water and drill in conventional good rock that we know there's hydrocarbons in place. We've got Permian Basin, we've got 80 years of production history in the Mississippian horizontal wells and vertical wells [I mean] drilled there for over 30 years. So we're drilling in areas where we know the oil's in place, we're just using better and newer completion methods to get it out.

So in terms of the two areas, the Mississippian -- this is our Original Mississippian play, we started that in earnest really in 2009, started researching the play. We are the largest operator there. We have half the rigs running in the play. We have 46% of the producing wells in the play come from us. Again, a shallow carbonate reservoir, 6,000 feet and we think we have over, about 4,000 drilling locations there, that's where the growth engine of the Company, and that'll be about [60%] of our CapEx next year.

In terms of Permian Basin, Central Basin Platform, we entered that in 2007 with an acquisition from NEG, followed that up with an acquisition for some properties from Forest in 2009 and then Arena in 2010. So right now, we have 200,000 acres in the Central Basin Platform. It's a core operating area for us.

Actually already touched on our CapEx plan. Next Year is still a similar $1.8 billion, with almost 60% of that directed to Mississippi and we did say on our -- I think we announced on our second quarter call, we increased our CapEx from $1.3 billion to $1.5 billion, and said that we're going to double the rig count in Mississippian, from average 12 rigs running this year to average of 24 rigs running next year.

In terms of drilling, we are, as I mentioned, only drilling oil wells. We're one of the few companies that 100% of our rigs are dedicating to drilling oil and not liquids wells, we'll make the distinction. These are oil wells. In terms of number of rigs dedicated to drilling oil, we are in the top five. So all of our activity is directed towards oil and actually has been for about 18 months now.

Cost structure, low horsepower and lower cost, something we spend a little bit of time talking about. The rigs that we're using for these plays are not the high-horsepower rigs that you need for some of the newer, deeper plays. These are conventional rigs that the industry has been building for the last 50 years, they are 1,000-horsepower rigs, they are in ample supply. We own 31 of our own drilling rigs, I think about 21 of those are drilling on our own acreage right now. We contract for the remaining.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

So we're not seeing a lot of service cost pressure on the rig side and we're not seeing rig availability being an issue in terms of ramping our play.

In the slide on the top left, that's the rig utilization here by category. Under 1,000 horsepower, all the way up to 2,000 horsepower and we're right here towards the bottom quartile there. So again, not experiencing a lot of constraints due to rigs. The next question would be about fracing, are you having a frac cost creep, or are you having problems getting frac horsepower? And the answer is not really.

This is a Simmons report that was done -- and on the right there, and our two plays are two of the lowest in terms of frac horsepower requirements. So the Permian, our vertical wells require about 5,000 horsepower and the Mississippian about 20,000 horsepower. So again, good rock, doesn't require a lot of fracing. So we don't see a lot of pressure constraints from the frac infrastructure as well.

Moving to the asset base, Central Basin Platform, Permian Basin, you've all heard of, it's 80 years old, produced 29 billion barrels of oil. We do focus on the Central Basin Platform, which is the shallowest part of the platform, right there in the middle. The Grayburg and San Andres are two primary formations. You'll hear a lot about in the Permian Basin these days due to Midland and Delaware Basin, on the east and west, respectively. These are different reservoirs from ours, deeper.

We actually sold our Midland and Delaware Basin acreage earlier this year to really focus on the Central Basin Platform. We like the returns here. We think it's a -- we call it a certainty of economic outcome. These are not expensive wells, they cost about $760,000 to drill, will take between four and nine days to drilling complete. It's a vertical well, we'll drill over 800 wells here this year.

In terms of Central Basin Platform, this is where our 200,000 acres is right on the platform all the way from Brooklaw all the way up to Tex-Mex and Robertson. We are one of the most active -- the most active driller on the Central Basin Platform and in the company of OXY, Apache, Exxon, Chevron, some of the big guys. So we have a large presence there. We like to be in areas where we can have the scale of operations and scale of assets and people. So this is our second biggest operation.

We have an office in Midland. Again, we have about 14 rigs running there now. We did announce on our last call that we moved two rigs from the Permian into the Mississippian. So we have to change our allocation of capital a little bit, but it's still great returns for us in a core area, we'll continue to operate.

In terms of Permian production growth, at the end of 2010, we were at about 29,000 barrels equivalent a day to be right about here. We did sell 3,100 barrels a day equivalent of production over the course of the year, that's to fund our growth, Spraberry and New Mexico, but even notwithstanding that, we're still just under 33,000 barrels equivalent a day now. So, a steady production growth in the Permian.

We did announce on the call also some production constraints in the Permian, one of the reasons we moved a couple of the rigs out. We have experienced some back pressure on some of the lines due to some of the really successful drilling we've had. So we've had some production curtailments in the Permian Basin, Central Basin Platform. We expect -- we're putting in some compression now, relieving some line pressure [and] all those operational activities will be complete probably about second quarter next year.

In terms of the economics, at today's strip price, it's still right about an 80% to 90% return on a well level. These are very good return projects and one of the reasons, and we'll get to it, that we're comfortable hedging is because we can lock in very good returns at today's commodity price environment. So, we [get more run] about 12 rigs out here and drill over 800 wells this year.

Finally, just wrapping up Central Basin Platform, why we like this? Just the things we talked about, its scale and its [big force] 200,000 acres. We have over 100 people out in the Midland-Odessa area. We've got a 10-year drilling inventory here and reservoir



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

knowledge, while these basins are producing for over [8 years], it's produced, the Central Basin Platform itself has produced 13 billion barrels of oil.

So we know the oil is there and have confidence of our economic return and ability to control cost. We're not seeing a lot of cost creep in this basin. The drilling rigs we use are 500 horsepower to 750 horsepower; it's not a very frac-intensive play, so it allows us to deploy resources here without worrying about cost pressures.

Switching to the Mississippian, this is some people call it kind of the growth engine of the Company, but a real emerging play. We're one of the early entrants into the play, really started working in 2009, with a thesis around finding a conventional reservoir with existing vertical production. I'll skip forward real quick to this page, because I think it's helpful.

What this -- so the thesis was originally -- this is the Original Mississippian that we identified, started acquiring acreage in 2009, started drilling in 2010. A year ago, there were about 50 wells, horizontal wells completed in the Mississippi. Now, there's about 350 industrywide. You'll hear several other -- I think the last year, it's probably us and maybe Chesapeake were the only ones that talked about this; now, you have several other independents, even majors and private companies that have positions in the Mississippian now, all the way from the northern boundary, which we consider up in Comanche County all the way down to Southern Payne.

So our wells -- our completed wells are the red here, about 165 wells completed, we'll probably end the year at 180 or so wells. Blue are other industry participants and then, we have [issued] our planned locations on here.

So what we've been able to do is delineate the play from us all the way from Comanche Country down to Garfield and are seeing type curve results throughout the play. It is depletion, drive reservoir, it's not a water drive, it does have a high water cut though, about 90% water.

So if you got a well that produced 200 barrels of oil, it would produce 2,000 barrels of water. And the reason we can deal with that and the reason it works is because there's a formation about 10,000 feet of the Arbuckle formation that takes water almost on a vacuum.

So we will drill saltwater disposal wells, we'll interconnect those through our producing wells and dispose of the water in the Arbuckle formation. Those disposal wells will take anywhere between 30,000 barrels and 50,000 barrels a day of water. We are running half the rigs in the play right now.

And some question we get too is, why this outline? How did you pick this? Well, a couple of reasons. To the north, the Miss. section gets a little shallow, it's only about 100 feet. We like to target at least 250 feet in Mississippian. To the west, you get much less gas, which -- actually the gas is a benefit for us, because it gives the reservoir more energy and more drive.

And so, we actually like some gas in the reservoir, some people say, geez, it's only a 50% oil play, [probably] you know, we actually like having some gas in the reservoir to give us some energy. To the south, it gets a little deeper. And this area is actually -- has been developed quite a bit. These green dots are the vertical well production. And then, to the west, the Miss. gets shallow, gets up to 2,000 feet. So you just don't have as much depth, as much energy and pressure to the west. Still again the operators are still making good wells throughout the play and if you listened to other earnings calls and transcripts, a lot of people are talking about the play now, certainly much more than a year ago.

In terms of production growth, we're at about 16,000 barrels a day now. You can see when we first started drilling in January, and the production growth has been pretty dramatic. We'll exit this year at about 20 rigs running, [against if] we want to average next year, probably around in the 24-rig running category. So play's working very well.

You may have seen this slide before. We've had it in our presentation, when we did our Netherland Sewell type curve last year, that was 409,000 BOE, we had about 37 producing wells. The IP on that type curve was 244 BOE per day. That's not a peak grade,



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CONFIDENTIAL SD-SECURITIES-0336216

that's actually a 30-day average. So we don't take it, [24-hour] two-hour peak, this is a 30-day average. And year-to-date, from the 120 wells we've drilled and completed, where we had at least 30 days of production history, the production rate is over 300 barrels per day.

And just to remind you back in second quarter 2010, the Netherland Sewell type curve was 235,000 BOE. So it's 235,000 BOE to 409,000 BOE. We get a lot of questions and you may have heard on the call, what will your type curve be at the end of this year and do you expect it to go up? We're obviously going to update it with our year-end reserve report, don't really know which direction it'll go and we'll have more guidance on that probably in the February time frame, when we come out with our year-end numbers.

Economics of the Mississippian, similar to the Permian Basin actually between 80% and 90%, wellhead economics of the strip. This was the strip a couple of weeks ago, which I think was $90, $79 and $4.63, was the strip we used here. It's even -- that was kind of a five-year strip, it's a little higher than that today. I think it's about $95 and probably for $4.50 for gas. So gas is down a little bit, but oil is even higher. So still very good compelling economics, about a $9 finding cost. Again, this is at the year-end 2010 type curve of 409,000 barrel oil equivalent.

We did -- this type curve is about 52% oil. We said on our last call that while our oil rates are holding constant, well, we're experiencing some higher gas rates, which is fine. So our gas content has gone up a bit. We're saying it's probably about, [that of] 52% oil, now not liquids, but oil is probably about 46%, gas type curve, I think is going up slightly. But still very good returns and again, we'll -- we have over 4,000 locations there and we'll drill about 300 wells in the Mississippian this year.

Similarly, what makes this a good play? It's really the same things. Scale, reservoir knowledge, and an ability to control cost. It's a big play for us, almost 1 million acres, about 800,000 after our joint ventures and royalty trusts. It's a carbonate reservoir, it's been producing for over 30 years in our core area. We have about 8,000 vertical wells that we've studied. So we know the hydrocarbons are in play. So we have confidence in our reservoir knowledge. And we know what our ultimate decline is going to be, because we have 30 years of production history from vertical wells.

So all we're doing with these horizontal wells are connecting what would have been vertical wellbores and the ability to control costs. Again, we don't use high-horsepower pressure pumping of rigs. So that's not a factor in cost escalation. And if we do see any cost escalation, it's usually from us trying a different completion method, drilling a longer lateral. In Kansas, you can drill longer than 4,000-foot laterals, trying different [perfing] or completing mechanisms, but really no cost pressure from the service side.

In terms of the Original Mississippian, so we talked about the Original and the New Miss., but the Original Mississippian where we have 800,000 acres, we like to say we've really funded that internally already. So if we spent $200 million roughly on acreage and another $400 million change to drill, we've got a cash flow of about a little under $100 million out of the acreage.

We did our royalty trust and raised $334 million. We did a joint venture and raised $500 million. In fairness, $250 million, that was cash upfront, $250 million was a carry. So we've really been able to make the Miss. fund itself so far and that's the goal with the second Mississippian. We haven't disclosed the location, rolled out a drilling plan for that yet. But we do have 700,000 acres in the New Mississippian play.

I think, we'll come out with all the details on the play, probably in the January time frame, around some of the January conferences, maybe late December. But that play, we said, will also need to be self-funding. We really don't have the balance sheet to take our $1.8 billion CapEx plan up to $2.5 billion to develop this New Mississippian Play. So our goal is to make that play self-funding. So we'll either need to bring in a partner early, sell a piece of it, do something to bring in the cash to make this play self-funding.

In terms of hedging, we're very active in terms of hedging, maybe one of the most active hedgers in the market. Now, we do that for a couple of reasons. We can generate very good returns at these oil prices, whether it's $88, $92, $80 oil, still very good



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CONFIDENTIAL SD-SECURITIES-0336217

returns. So we're comfortable hedging out. In the out years, we know our costs. One of the ways you can trouble hedging is, hedging and you still have 30% cost creep a year. We haven't seen cost inflation, so we're comfortable hedging.

This represents about 75% of our oil production hedge next year at right at $90 a barrel. And we have about over $4 billion hedged out through '15. So for us, given our balance sheet and our leverage and the fact that we can lock in very good returns, we're very comfortable hedging at these levels and we'll continue to do so. Really no gas hedge, just small amount of collars at our royalty trusts, but really all our gas hedges roll off first quarter next year.

So in conclusion, we think we've got a different and a good strategy of drilling low-risk conventional carbonate reservoirs in areas of the country with decades of known production. I think, that's one thing that's different about us. We focus on our two big areas, the Permian and the Mississippian; both are core operating areas for us. We'll have the New Miss. that we'll start talking about next year, but we have plenty of drilling inventory to keep us busy.

We like to think, we manage our risks either through hedging, through operating in areas with a low drilling cost and not a lot of cost inflation. In terms of our capital structure, we have no bond maturities until 2014. We have $350 million of collaterals that mature in 2014. So no maturities on the horizon. And we also -- in terms of liquidity, we have a fully undrawn revolver, $790 million revolver that's undrawn.

And we announced on our call, we had about $200 million of cash. We actually closed our East Texas sale, which we told you is pending, will close mid-November, we closed that Monday for $230 million. We have about $430 million of cash on the balance sheet now and a fully undrawn revolver.

So an excellent liquidity position, no near-term bond maturity. So feel very good about the capital structure. And that gives us confidence that we can execute our three-year plan to get our EBITDA up in that $2 billion range and be able to fund CapEx within cash flow, while at the same time, meeting -- maintaining double-digit production growth.

And again, we said on the New Mississippian Play, we need that to be self-funding. So we're looking to bring in a partner early, sell a piece of that down, bring in a joint-venture partner, so we can fund that with cash flow without having to borrow under our credit facility.

That was all the prepared presentation. I do have a few minutes for questions if people want. And I'm also -- we've got breakout sessions [we can stick around] afterwards, but if anyone has questions, please.

---

## QUESTIONS AND ANSWERS

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

On your hedging, if oil prices move up to a very high level, is there any risk that you have to put up cash or anything?

---

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Good question. No, all of our hedging counterparties are covered under our collateral agreement with our credit facility. So we have 17 hedge counterparties, they're all in our credit facility. So we have no margin collateral -- margin requirements; is a good question.

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CONFIDENTIAL SD-SECURITIES-0336218

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

You mentioned that if oil prices fell, you might pull back drilling. Can you talk about the need to hold acreage in the Mississippian? And are you -- some companies are doing things like join shorter laterals to make their spending dollar drill more wells, are you doing any of that?

---

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

In terms of holding acreage, we have said that if we had to cut back CapEx, the first place we'd probably do it is in the Permian Basin, Central Basin Platform. All of our 200,000 acres there held by production. So of our 40% of our capital gets spent there, we could scale that back and not lose any acreage.

In terms of the Mississippian, most of the leases are five-year leases. So we do have some time there; most of them are executed nine and ten. So we have some running room there. So we don't have any pending lease expirations in the Miss. So there hasn't really been an issue and even in the New Miss., we've got again five-year leases, so lease expiration is not an issue. We have not started drilling shorter laterals just to hold [old] acreage.

So I think in two years, we'll probably have to start looking harder at lease expiration, maybe we have to make some of those decisions, but we don't have to now. But Permian Basin would be the first place if we were reducing CapEx and we said, if there was a change in commodity price, if it was a short-term change, I think we're hedged at, 75% of our production, $90 oil next year.

So short-term change in oil prices really is not going to change our CapEx strategy. And you saw in August, [prompt month] was down to $78 and people really wanted us to cut CapEx; now, we're back at $98. So we don't have to change it quarter-to-quarter or month-to-month, but if there was a structural change in the commodity price markets, certainly, we'd cut our CapEx.

---

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

You have a massive gas asset in the West Texas Overthrust. Is there any -- first of all, is that all held by production, so that it's not going to go away? And second, is there any desire to monetize that over the intermediate time frame?

---

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Sure. We do have a big asset in the Pinon Field; we think it's a good asset, gas asset. It's hard to make that work in a $4 gas-price environment or compete with oil. So we're not drilling there. There is just no HBP or lease expiration issues. There is a small amount of acreage that will expire, but we own the seismic on it. We know where the spots are, so we don't plan on re-leasing that.

We don't think anyone else is going to come and lease it. But we have the areas where our -- we call our core spots, there is no -- it's all HBP. We would monetize that at some point. I don't know when that will be. It's not for sale or on the block right now. But in the right gas price environment and for the right seller, yes, I think that's an asset that we'll sell at some point.

---

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

And does your agreement with Occidental create a significant negative cash flow or is that roughly [-- or is a] trivial?

---





©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

We even said on our call that we do have an under-delivery penalty, because we're not drilling wells in Pinon. So we're not supplying as much CO2 to the plant. So we do have an under-delivery penalty for the CO2, that's reflected in our LOE and in all our guidance. So any penalty we have on the CO2 is already in our numbers and it's not a big number. Thank you.

---

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

You commented that the IP rates have risen versus what you booked last year. Can you talk about whether or not that's just due to geological outperformance, or did you change something in your drilling and completion techniques that led to that?

---

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

We're always -- this is relatively early in the play, although we have 165 wells, we're always looking at and kind of tweaking our completion techniques in terms of how many stages we frac, how close together our [PURs] are, what kind of fluid we use to frac. So we're always making slight adjustments in that and trying to optimize it.

And we hope we can just continue to get better over the coming quarters and years. So I think -- but I think most of it's just reservoir performance. I think the reservoir is performing as good or better than we thought. We'll certainly look to improve our completion methods as we go forward. I think most of it's just -- it's a good rock.

---

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

You also said that the gas cut had risen versus the original type curve. What's responsible for that? Is that sort of where you're drilling or does the reservoir change over its life, [can you] comment?

---

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

It doesn't change over its life. The gas-to-oil ratios remain constant over the production horizon, a little bit of it's where we're drilling as we go farther west. But I think there's just a little more gas and energy in the reservoir than some of our early wells. It has not been though importantly at the expense of oil, it's not like our oil. Our oil is going down and gas is going up, it's just a little gassier.

---

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

That's [ultimately] why the IP rates have risen, because you have more reservoir drive, there's just more gas?

---

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Yes.

---

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

In terms of the new, the second Mississippian, how much exploration spending do you think you'll need to do before it's de-risked enough to warrant selling, so you get the maximum value?

---



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CONFIDENTIAL SD-SECURITIES-0336220

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Sure. We think we don't have to drill -- we don't have to have a big drilling program there before we can sell a piece of that. There's enough vertical well control. We can show enough analogies to the Original Miss.; it's very similar. We think we can sell down a piece of that or bring in a partner before we even drill a well. So we talked internally, should we go, take a $100 million out of -- just pick a round number out of the Original Miss. and put it in the New Miss. to kind of prove it up.

That would take probably a year and we think the answer is no, we don't willing to do that. We'll bring in a partner early, we think we can before we even drill a well there. So our goal would be to bring in a partner sometime by call it mid next year. Again, we're not in a big hurry, because those are five-year leases. So we do have time on our side that we don't have to start drilling there now.

Anything else? One up here.

---

**Unidentified Audience Member**

(inaudible - microphone inaccessible) or how come you've gotten to that position there?

---

**Jim Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Sure. Let me just go back to that page just to show you. We do have a small amount of basis hedge right here in '13. So we had some basis hedges in '11 and '12. If you look at our last presentation a month ago, the hedges were still there; we've actually unwound those. So those are largely gone, except for the first quarter of '13. So those were put in place really for the Pinon and WTO gas production; and as the production ceased and those basis hedges moved against us, but we have liquidated those, so those are gone.

Thank you. Thanks, Gil.

---

**Gil Yang** - *Bank of America Merrill Lynch - Analyst*

Thank you very much.

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2011, Thomson Reuters. All Rights Reserved.



©2011 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS