# EXHIBIT 66

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

# SD - SANDRIDGE ENERGY TO ACQUIRE DYNAMIC OFFSHORE RESOURCES, LLC - M&A ANNOUNCEMENT

EVENT DATE/TIME: FEBRUARY 02, 2012 / 2:00PM GMT

**OVERVIEW:**

SD has entered into an agreement to acquire Dynamic Offshore Resources for purchase price of $1.275b.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## CORPORATE PARTICIPANTS

**James Bennett** *SandRidge Energy, Inc. - EVP and CFO*

**Tom Ward** *SandRidge Energy, Inc. - Chairman and CEO*

**Matt Grubb** *SandRidge Energy, Inc. - President and COO*

## CONFERENCE CALL PARTICIPANTS

**Brian Singer** *Goldman Sachs - Analyst*

**Neal Dingmann** *SunTrust Robinson Humphrey - Analyst*

**Craig Shere** *Tuohy Brothers - Analyst*

**William Butler** *Stephens Inc. - Analyst*

**Dan Morrison** *Global Hunter Securities, LLC - Analyst*

**Andrew Lees** *RBC Capital Markets - Analyst*

**Robert Carlson** *Janney Montgomery Scott - Analyst*

**Duane Grubert** *Susquehanna Financial Group / SIG - Analyst*

**David Kistler** *Simmons & Company International - Analyst*

**Richard Tullis** *Capital One Southcoast, Inc. - Analyst*

**David Heikkinen** *Tudor, Pickering, Holt & Co. Securities - Analyst*

**Jonathon Rawlins** *Clean Value Partners - Analyst*

**Ron Mills** *Johnson Rice & Company - Analyst*

**R.J. Cruz** *TCW Asset Mgmt Company - Analyst*

**Gary Stromberg** *Barclays Capital - Analyst*

**Graham Tanaka** *Tanaka Capital Management, Inc. - Analyst*

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the SandRidge Energy to Acquire Dynamic Offshore Resources, LLC, conference call.

My name is Dallou, and I will be your coordinator for today. (Operator Instructions). As a reminder, this conference is being recorded for replay purposes.

I will now turn the presentation over to your host for today's conference, Mr. James Bennett, Chief Financial Officer. Please proceed, sir.

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Thank you, Dallou. Welcome, everyone, and thank you for joining us to discuss SandRidge's acquisition of Dynamic Offshore Resources.

This is James Bennett, Chief Financial Officer, and with us today we have Tom Ward, Chairman and Chief Executive Officer; Matt Grubb, President and Chief Operating Officer; and Kevin White, Senior Vice President of Business Development.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Please note that today's call will contain forward-looking statements and assumptions, which are subject to risks and uncertainties, and actual results may differ materially from those projected in these forward-looking statements. Additionally, in this call we will make reference to EBITDA and other non-GAAP financial measures.

Now let me turn the call over to Tom Ward.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Thank you, James, and thank you for joining our call to discuss our pending acquisition of Dynamic Offshore Resources.

This attractive acquisition is strategic to the plan we set in motion three years ago of creating value through acquisitions and transforming our Company from natural gas to oil. The DOR acquisition is much like the Forest and Arena acquisitions we made in 2009 and 2010 in that we are buying high-quality oil reserves at a sensible value and building on our portfolio of conventional reservoirs with decades of production history.

Also, this transaction is immediately accretive to earnings, cash flow, production, and credit metrics.

After considerable study and analysis, we've concluded that the Gulf of Mexico represents an attractive expansion opportunity for SandRidge, and Dynamic's success demonstrates the opportunity that we believe the combined Company will be able to exploit going forward.

In only four years, the Dynamic team has built a great company producing about 25,000 barrel of equivalent production per day, mostly in shallow water from some of the very best producing fields in the Gulf of Mexico. The team has made 10 material acquisitions since 2008, spending $850 million, that carry a 1P PV10 of $1.9 billion at year-end 2011.

During this time, Dynamic has added net reserve volumes through drilling and re-completions, reduced its funded debt to less than 1 times trailing EBITDA, and made significant distributions to its shareholders. This reminds us of the acquisitions we made in the Permian where SandRidge spent $2.2 billion during 2009 and 2010 and now have a 1P PV10 of $3.9 billion.

This acquisition further solidifies our three-year plan of tripling EBITDA, doubling oil production, and reducing leverage. We already have years of drilling inventory in the Mississippian and the Permian, but now we have an exciting platform in the Gulf of Mexico to enhance cash flow and create more balance-sheet capacity for funding future commitments and to continue our growth of production, cash flow, and earnings Companywide.

Our strategy has been very simple. We like quality reservoirs in known areas of oil production. We first moved to the Permian, then the Mid-Continent, and now the Gulf of Mexico. The Gulf of Mexico has been the best quality rock of all three of these reservoirs.

The three things that all do have in common is a history of proven production from some of the best oil fields that have ever produced in the U.S., and this acquisition is being made at a time and in a place where the commodity is inexpensive.

We have created tremendous value at SandRidge by being a first mover in the Mid-Continent. We believe that now is the time to repeat our strategy in the Gulf of Mexico where the least expensive barrels of oil in the U.S., if not the world, can be bought. Both large and small companies are willing to sell assets in the Gulf to acquire assets onshore where competition remains high. We see the Gulf of Mexico as a great area in which to invest and where tremendous value can be created through acquisitions.

An example is the deal the Dynamic team finalized this past fall where they bought 7,500 barrel of oil equivalent per day with 130,000 net acres that has a 1P PV10 of $414 million, and they paid $182.5 million, or less than $13.50 per barrel.

The DOR team has identified and is pursuing a number of initiatives that will drive significant cash flow and reserve additions in the near term. And the Dynamic assets will be immediately accretive to our funding plans in the Mississippian play, while still keeping production flat in the Gulf of Mexico in 2012 by spending, on an annual basis, $200 million of CapEx.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

We're also paying $1.275 billion for assets with proved developed PV10 of more than $1.5 billion. Like the Central Basin Platform was in 2009, we believe the Gulf of Mexico has been largely underappreciated by our industry as the emphasis in recent years has been to find large plays in tighter rocks onshore U.S. This move to onshore properties created the initial opportunity for DOR and, by extension, an opportunity for us to be a significant operator offshore with a highly attractive core asset base.

SandRidge has been operating offshore for five years, and DOR brings a team that has a proven track record of building a company through attractively-valued acquisitions and disciplined successful operations, recompletions, and low-risk drilling. We are very excited to bring DOR's assets and organization into SandRidge.

As mentioned earlier, this acquisition is accretive on earnings and cash flow to SandRidge. We have posted our fourth-quarter production results and continue to see tremendous gains in oil production, especially in the Mississippian where our production has now reached an all-time high of nearly 21,000 barrel of oil equivalent per day.

The Mississippian continues to be the lowest-cost, highest rate of return project of scale in the U.S. We are very excited about our drilling success in the Mississippian in 2012, as we are moving from an average of 11 rigs in 2011 to an average of 26 rigs this year.

I will now turn the call over to James to discuss the financial implications of the Dynamic acquisition in more detail.

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Thank you, Tom. As Tom mentioned, this acquisition is highly accretive to earnings and cash flow per share, while at the same time deleveraging the capital structure and providing us with free cash flow to invest in our high-return oil projects.

Two of the themes that we here spend a lot of time discussing and analyzing are our funding shortfalls and our leverage levels, and this transaction positively impacts both of those.

Turning now to a few of the financial measures of the transaction, we're paying approximately 3.4 times Dynamic's pro forma LTM EBITDA, 51,000 per BOE per day, and 67% of year-end SEC PV10, all very attractive deal measures.

While we're not putting out new combined 2012 guidance at this time, we do plan to maintain Dynamic's current 2012 capital plan, which is approximately $200 million. At our Q4 earnings call and 2012 analyst day later this month, we will come out with full guidance for the pro forma combined entity.

These terms are outlined in yesterday's press release, but just to review a few, the purchase price of $1.25 billion represents a 47% stock and 53% cash transaction, and we will not be assuming any of Dynamic's debt at closing.

The stock component consists of 73.96 million shares of SandRidge common stock at a fixed price of $8.02 per share, or $593 million. In connection with the transaction, Riverstone, Dynamic's largest shareholder, has agreed to a 90-day lockup on its SandRidge shares.

For the cash portion of the purchase price of $682 million, we received financing commitments from our lenders that, if drawn, would fully fund the transaction. However, we anticipate using some form of long-term debt capital to ultimately fund the transaction and will not be using any of our credit facility capacity here.

We expect the transaction to close in the second quarter.

Regarding the impact on our balance sheet, on a standalone basis at December 31 SandRidge had $2.63 billion of net debt, consisting of $2.83 billion of bonds and approximately $200 million of cash. Using our last reported LTM-adjusted EBITDA of $675 million, which is as of September 30, gives us a year-end leverage of about 3.9 times.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Now looking at a pro forma for the acquisition, debt would increase approximately $700 million to reflect the cash portion of the purchase price, bringing pro forma net debt to around $3.3 billion. For the LTM EBITDA, taking ours of $675 million and Dynamic's of approximately $370 million, we would increase our pro forma combined LTM EBITDA to just over $1 billion, giving us a net leverage of 3.2 times. So in terms of deleveraging on an LTM basis, we go from 3.9 to 3.2, a substantial improvement.

On liquidity, as of January 31 we had approximately $300 million of cash and a fully undrawn $790 million revolving credit facility, giving us liquidity of just over $1 billion.

In summary, we want to recognize the great job that the team at Dynamic has done. They have excelled at acquiring and exploiting lower-risk of Gulf of Mexico assets and built a great and sustainable company. We look forward to them being a part of our SandRidge team.

That concludes management's prepared remarks. I would like to ask the operator to open up the line for questions.

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions). Brian Singer, Goldman Sachs.

---

**Brian Singer** - *Goldman Sachs - Analyst*

Thank you. Good morning. Can you talk to the major projects in the pipeline on the Dynamic properties? And then, how much, as a result of those projects coming on, the $200 million would get you in terms of maintaining production? How many years do you expect production to be flat or what type of the normal course decline in the Gulf of Mexico can be arrested via the $200 million in CapEx?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes, Brian. The PDP production right now is bouncing around. But we call it 25,000 barrels equivalent per day, and we expect that to probably decline in the order of about 25% over the year.

And so, to maintain the production [side], you've got to make up the decline. What's in the pipeline right now for 2012 is 37 recompletions, and these are all uphole recompletions in known producing sands, and then there's about 16 wells that are schedule for drilling.

And so, in the model, I think Dynamic did a pretty good at risk in those projects. The recompletions are uphole. You have the [large them]. You know where to go, but they risk those by -- with a 70% success rate.

And then on the drilling, some of the wells are exploratory, but most are in -- in also in known producing blocks, and there's a 50% risk factor that's applied to those wells. And so, that's kind of the capital program in 2012.

---

**Brian Singer** - *Goldman Sachs - Analyst*

Got it. And then, if you look ahead beyond 2012, is that a going rate in the inventory of the type of uphole recompletions and combination of explanation and development wells, or do you think about that as that's the inventory for 2012 and then you'd have to make incremental acquisitions or come up with additional exploration prospects beyond 2012?

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes, it depends on the success of the drilling program. There could be more. There is probables and there is possible locations out there to go after.

And then, as far as the recompletions, again, I think as wells -- as PDP wells come offline or as they hit their economic limits, then you go uphole, but yes, there are more opportunities in both of those areas.

I don't know how far out we're going to go with that, but I think right now there is probably 66 opportunities as far as drilling, something like that, and we're looking at -- in the plan, it's calling for 12 to 16 wells this year, so that kind of gives you a four- or five-year inventory on the drilling side.

---

**Brian Singer** - *Goldman Sachs - Analyst*

Great. Thank you.

---

**Operator**

Neil Dingmann, SunTrust.

---

**Neal Dingmann** - *SunTrust Robinson Humphrey - Analyst*

Good morning, guys, and congrats on the deal. Say, Matt or Tom, just wondering, I think Matt, you had mentioned this, just more maybe color, if you would, on just what you view, Matt, kind of the exploration risks around those 16 wells, as well as the future -- the 66 on top of that, when you compare that to more the manufacturing play that you all have in the horizontal Miss. If we could get color there.

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Obviously, the exploration risk in the Gulf of Mexico is going to be much greater than what we're doing in the horizontal play in the Mississippian or what we're doing in the Central Basin Platform.

However, the rewards are also much, much greater. You're talking multiple 100% rates of return if you hit these wells.

On the exploration side, again, not all the drilling will be exploration. I think only going to be 25%, 30% of the drilling could be exploration, but those would have pretty good, pretty clear seismic pictures on them, and you're basic drilling back on top of structures. So the risk there is the accumulation of hydrocarbons, unifying oil and gas that are going to be wet, and I think those kind of plays are probably 20%, 25% chance of success.

On the infield drilling, I think there are opportunities there that are pretty low-risk drilling that we're going back in and looking at unswept areas, and basically those are based on your volumetric calculations on how much is remaining reserves versus how much you produced a day. So it's a combination of drilling from low risk to high risk out there, and so as the program was risked by 50%, I think that's a pretty appropriate measure for the type of drilling that we're doing.

---

**Neal Dingmann** - *SunTrust Robinson Humphrey - Analyst*

And Matt, plenty of takeaway on any of this offshore?

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes, yes, there's plenty of takeaway. A lot of these platforms, they've been out here for a while. They were built for much greater capacity than what's going through them now. There hasn't been just a whole lot of activity on some of these platforms in a while, so the takeaway capacity is not an issue.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

And Dynamic has a four-year history of being able to do these types of projects, and we risk even further than what they initially had. So we believe that there is adequate risk involved in the program to be able to keep our production flat, spending the $200 million annually on CapEx.

---

**Neal Dingmann** - *SunTrust Robinson Humphrey - Analyst*

And then, two more quick, if I could. Just, Tom, your thoughts on hedging around this. Will it stay along the same strategy that you had in SandRidge in general, both, comments around the liquids and the gas portion,

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes. We'll leave the gas unhedged and be fairly aggressively hedging oil.

---

**Neal Dingmann** - *SunTrust Robinson Humphrey - Analyst*

And then, just lastly, on, I guess, the cash flow that you see that it does -- will be kicking off at least this year, plans to, it sounds like, to keep it flat, at least the first year. In the Gulf, would you take those extra cash flow, then, and continue to ramp further in the horizontal Miss or would you envision potentially trying to increase the Permian again or are you pretty set in the Perm?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

We're pretty set in the Permian, and we'll take these dollars and drill within the Mississippian.

---

**Neal Dingmann** - *SunTrust Robinson Humphrey - Analyst*

All right, thank you.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Thank you.

---

**Operator**

Craig Shere, Tuohy Brothers.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Hi, thanks for the call. A couple of questions. In the press release, I'm sorry, are the PV10s pretax or after-tax?





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

And on the mix with the Gulf of Mexico, you're looking to keep it flat in 2012, but would your plan over two, three years be for Gulf of Mexico to become smaller and smaller, or in terms of allocating free cash flow a couple of years out, would you be thinking about growing the Gulf through acquisition or more drilling there?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Last first. If operators are willing to sell Gulf of Mexico properties for two times cash flow, we're going to take a look at them.

And I think that is what's interesting about this is that more and more operators are wanting to move away from the Gulf of Mexico for all of the obvious reasons that people bring up. But what they're willing to do at this time in order to chase tighter and tighter reservoirs onshore is to sell for what we see very attractive prices, in fact the cheapest barrels of oil that you can find anywhere that I know of.

And so, we think that the market has -- is willing to basically sell good assets too cheaply. In fact, if we go back and look at the history of how we started to think about this is we were interested in selling our Gulf of Mexico properties in 2007 and then again in 2011. But really, by the time we looked at it in 2011, we were seeing that we were getting offers of 1.5 to 2 times cash flow for our properties, and hearing that people were accepting that.

And so, it just didn't make sense to us that -- we can't duplicate that onshore in making acquisitions, and we just think that there is an opportunity to increase, if companies or the industry is willing to sell at those times. So, yes, we will continue to look at acquisitions in the Gulf of Mexico, and the answer on the reserves is it was pretax.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Is there a limit to the weighting that you're willing to see the entire Company in the Gulf?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

I think we'll just -- this is the one operation of scale that gets you the team that is proven. They've done 10 transactions in the last three or four years, 10 major transactions, and so we're not planning to do anything else of scale.

But I think there are additional acquisitions of smaller size, much smaller size, that can be made that can keep that production flat to growing.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Great. And the last question, Matt, to dovetail on Neil's question, how would you compare the risk of these re-completion projects in the Gulf to your low-risk onshore drilling?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes, again, the type of drilling we do onshore in both the Miss and the Central Basin Platform are just very little risk.

When you think about the Central Basin Platform, basically all our drilling is infill drilling, set pipe and everything, produce oil out of every well.

The Mississippian, because of the 15,000 vertical wells that have been drilled out there, we have so much control in the reservoir in the Miss that, again, it is very low-risk drilling. You're not going to miss the Mississippian. You'll hit it and you'll set pipe every time and produce a well.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

In the Gulf of Mexico, again, these are -- they're going to be a little bit riskier, and we understand that and that's why we bought this the way we did and made the assumptions the way we did on the risking our PUDs and our -- I mean, our drilling and our behind pipes, but specifically on the behind pipes, we've gone through and looked at the logs, looked at the opportunities, and we really feel good about them. We risked those with a 70% chance of success, 30% chance of failure, and I think that's probably -- that's a good risk model for the behind pipes.

And the big thing is they're all uphole, so we're not doing anything mechanically crazy, going back downhole or trying to shut in production and complex squeeze jobs or anything. They're all just putting a plug on the -- isolating your existing PDP zone and going up and perforating.

And you know, these are very good rock out there, so you don't have any risks of there is no hydraulic fracturing. You set a gravel pack and basically turn the well on.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Okay, great. Thank you.

---

**Operator**

William Butler, Stephens.

---

**William Butler** - *Stephens Inc. - Analyst*

Hi, there. Can you all give some detail on the PNA liability over the next three years you anticipate, in addition to that $200 million per year?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Yes. The PNA liability for the -- in the reserves run is undiscounted. It is $386 million. On a PV10 discounted basis, it is $220 million.

And over the next five years, we're scheduled to probably go through about 40%, 45% of that PNA liability and have it all plugged out in the next, probably, 10, 11 years is the way it is scheduled out.

---

**William Butler** - *Stephens Inc. - Analyst*

Okay. And in terms of the Dynamic team, what retention plans are in place? And then, for those that may not be retained, non-competes?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

There are agreements in place, some agreements in place, that have language like that. We're working currently on retention plans. We're very hopeful of keeping all of the team, the vast majority of the team.

---

**William Butler** - *Stephens Inc. - Analyst*

Okay. And finally, thinking about the 2014 plan you all have laid out, it seems like you haven't changed that, and this is certainly additive on the EBITDAX side. How do we think about implications on the 2014 plan prior and now?

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

This just enhances the three-year plan of tripling EBITDA, doubling oil production, and lowering our debt ratio.

So everything about this acquisition is made to support and enhance the three-year plan, and we think at that time -- there is so much upside of growth in the Mississippian play -- and we are -- even though we're issuing shares here, we're getting 25,000 barrels of oil production a day that enhances the three-year project and plan that we have in place. And whenever you look at that, if we're as successful as we believe we're going to be in the Mississippian, whenever we look back at this in three years, we will see it as an enhancing method and just ensuring that we'll have proper funding in place to drill the Mississippian.

---

**William Butler** - *Stephens Inc. - Analyst*

And one last question, can you all speak to when you all started on the due diligence process on this or how much time you guys have had to evaluate the properties?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Sure. We have -- James has known the Dynamic team even longer than I have, going back to his days at GSO Capital whenever they sold the barrel assets to Dynamic. And then, we had dealt with Dynamic looking at our assets in the Gulf earlier in 2011, and then, the technical due diligence started after the S-1 was filed.

---

**William Butler** - *Stephens Inc. - Analyst*

Okay. All right. Thank you.

---

**Operator**

Rhys Williams, Global Hunter.

---

**Dan Morrison** - *Global Hunter Securities, LLC - Analyst*

Good morning. This is actually Dan Morrison. A couple of deal point questions. Is there a breakup fee associated with the transaction or any bracketing on standard and share price additional to closing?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

No, there's not a breakup fee, and there is no ratchet on the share price or number of shares. The shares are fixed at the 73.96 million shares.

---

**Dan Morrison** - *Global Hunter Securities, LLC - Analyst*

Okay, great. Thanks. And did I hear right, the undiscounted PNA liability was $386 million?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes, that is undiscounted I think up through the year 2021 or something like that. Discounted is $220 million.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

---

**Dan Morrison** - *Global Hunter Securities, LLC - Analyst*

Okay, and I got on a little bit late. I caught your discussion about the 2012 spending program Dynamic had in place, and you were going to continue to pursue that. And based on those risk adjustments you have, do you have a production growth or production outlook associated with that yet?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes, we're thinking about -- the way we think about it is we will keep production relatively flat. We have enough inventory to do that for several years.

---

**Dan Morrison** - *Global Hunter Securities, LLC - Analyst*

And that $200 million program is kind of a flat production outlook?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes, that's correct.

---

**Dan Morrison** - *Global Hunter Securities, LLC - Analyst*

Okay, thanks.

---

**Operator**

Andrew Lees, RBC Capital Markets.

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

To clarify on the PNA expense, is there any chunkiness in that in the first year or two?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

No. You know, I think this year the planned PNA expenditure is $52 million, $53 million. It's slightly less next year. Last year, in 2011, I think it was around $50 million. In 2010, I think it was about $65 million, $66 million, so that's kind of the movement in those PNA numbers.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Dynamic has done a very good job of keeping up with their plugging obligations.

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

And the inventory that you have, A, you're going to keep production stable. Do you have the ability to shift the mix of production?

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Shift the mix as far as oil and gas?

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

Yes.

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes, you know, if you look at the PDP, the behind pipes and the PUDs, everything runs right at about 50% oil, 50% gas. So I think we can go through this program and keep that mix pretty stable at those levels.

There is a few gas PUDs in here. There's a few gas behind pipes that we'll certainly move back in the program until gas prices improve. But yes, we do have the ability to keep the production mix pretty flat where it's at -- or pretty stable where it's at today.

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

And on these exploration-type wells, what's the total well cost and what's your working interest (multiple speakers)

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

It depends on where you're drilling at out here, but these things are probably $15 million to $20 million type wells.

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

And do you have 100% in those or would you (multiple speakers)

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

No, no, we won't have 100% in most of this stuff. Probably, on average, I'm guessing maybe 60% to 75%.

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

And of the inventory that you've got, how much of that can be developed from existing platforms (multiple speakers)

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Well, basically all of it will be developed from existing platforms.

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

And permitting on that inventory, how far out are you?

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

We are permitted through what we need to do here in the first and second quarter, and we're working on permitting for the latter part of the year right now, as we speak.

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

Okay. So you think you can just kind of move ahead at the pace you expect?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes, I think so. That's the plan. I think you asked the right question, is the permitting. And certainly after the Macondo incident, permitting has taken longer, probably twice as long today as it was before that.

But I think the team has done a good job of trying to stay ahead of that and pushing these permits along. So, yes, from what we can see right now, we should be in good shape.

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

Okay. And then, I'm pretty sure we can derive this from the S-1, but LOE costs, transportation costs, if you can help us?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Yes, Adam, those are all in the S-1, laid out in pretty good detail, and they're on a per-BOE basis pretty comparable to where SandRidge is now.

---

**Andrew Lees** - *RBC Capital Markets - Analyst*

Okay, great. That's good for me. Thanks.

---

**Operator**

Robert Carlson, Janney Montgomery Scott.

---

**Robert Carlson** - *Janney Montgomery Scott - Analyst*

Hi, guys. I just have a comment. I'm a retail broker and have a lot of clients in this stock and I've been following this out for some time. Up until I guess yesterday, my thought was that we were kind of, what's the word, deleveraged the Company. You got a little bit more conservative, and now it seems like we're, how do you say it, right back into the let's leverage up, let's add risk. I think you're seeing what's happening with the price of the stock. It's not being looked upon favorably. That's just my comment; you can comment or go to the next question. Whatever you like.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Sure. Always happy to comment. We do see this as deleveraging and we see it as lowering risk and we see the type of operations that we have where you are basically just producing oil in the Gulf, which we are already doing as creating value to the Company. We do think that over the course of time that it will be proven that this was a good acquisition, just like the other acquisitions we made at that time. If you look back on day one, they might not have been seen as quite as positively as we would have hoped on that first day, either.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Robert Carlson** - *Janney Montgomery Scott - Analyst*

And as (inaudible) tell you, you're destroying value; that's my only comment.

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Thank you.

**Operator**

Duane Grubert, Susquehanna Financial.

**Duane Grubert** - *Susquehanna Financial Group / SIG - Analyst*

Yes, guys, in terms of integrating the two businesses together, you've met Dynamic along the way and having them look at your assets and vice versa. What is it about them that is different than you, and is there any technology transfer or change of culture that you see maybe flowing from one company to the other that is going to be a net improvement to the total system?

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Oh sure, Duane. Dynamic has done an incredible job of building a company over the last four years. If you just look at what they have done and how they have taken a modest amount of capital and turned that into a business that is producing 25,000 barrels of oil a day, I think it's very hard to duplicate. So obviously they have a team put in place that can evaluate properties and make acquisitions that are extremely accretive, and that's -- we like that idea. We love the idea of buying inexpensive oil, and that is where we think the cultural attitude of both companies will be in line.

**Duane Grubert** - *Susquehanna Financial Group / SIG - Analyst*

And one of the new set of risks we've already had quite a few questions about, abandonment liabilities, the other one of course is hurricane planning. Is there a specific pullback in guidance that Dynamic puts in its plan in terms of thinking about hurricane risk? So, basically, I am asking, do you sandbag guidance for hurricane or is it just --?

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

I wouldn't call it sandbagging as much as to say, any time you have Gulf of Mexico properties, you have to apply appropriate risk to having hurricanes, and we believe they have done that.

**Duane Grubert** - *Susquehanna Financial Group / SIG - Analyst*

Okay thank you very much.

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Thank you.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Operator**

David Kistler, Simmons & Co..

---

**David Kistler** - *Simmons & Company International - Analyst*

Good morning guys. Real quickly, just a couple of cleanup questions. First one on the staff from Dynamic, where will they be staffed? Are you going to be moving to Oklahoma, or will they be operating from offices elsewhere?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

No, we'll keep all the staff in Houston and work these properties from Houston in their office. There's basically 150 people that work for Dynamic today.

---

**David Kistler** - *Simmons & Company International - Analyst*

Okay, that's helpful. And then on the Mississippi Lime, with the acreage that you currently have and with this transaction, where do you all stand in terms of reducing those -- that acreage position over time, or is that potentially off the table now that you have done this, or can you walk me through sort of the path forward there?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

It's not off the table. So think about really all this is doing is enhancing the Mississippian, and we still have 1.5 million acres of land in the Mississippian that is -- would be challenging for us to keep it all. However, it does give us tremendous flexibility on determining if we want to sell additional acreage or not. We continue to like royalty trusts. So there is really nothing different in our three-year strategic plan with regard to what we're wanting to do, other than just adding cheap barrels of oil at great acquisition prices.

---

**David Kistler** - *Simmons & Company International - Analyst*

Okay, that's helpful. And then jumping over to reserves for a bit here, looking at the current strip for natural gas, I'm guessing you guys did this kind of sensitivity on your reserves, and hopefully I have some color on dynamic. If you were to run kind of a $3.00 gas strip through them, would be the strip -- the price you're dealing with at year end next year, what does that do to their PV10 and to your PV10?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Did you catch it?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

I'm sorry -- can you repeat the question?

---

**David Kistler** - *Simmons & Company International - Analyst*

I'm sorry, guys. So looking at the forward strip for natural gas, it looks like it's going to be in potentially sub-$3.00 for 2012. I would imagine when you guys went through your reserve process, you may have stress-tested your reserves down to $3.00 an Mcf on the gas side and maybe done the





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

same as you looked at Dynamic. Can you give us any color on the impact of $3.00 gas to your reserves and to Dynamic and what that does to the PV10?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Well, you know we haven't run a flat $3.00 gas case. We took the Dynamic reserves and we ran a strip case, and really because in the strip case the way the gas curve moves up and the oil stays kind of flat to maybe backwardated a little bit, maybe down a little bit in the future, that the PV actually comes out very close to the current PV of the SEC run, which was on an index price of about $96 a barrel and about $4.17 I think on gas.

Now the thing about the Dynamic and the Gulf of Mexico property is that the oil does trade on Louisiana light sweet, which is currently probably running plus $10 to Cushing, so you do get the added benefit of that. But, yes, even in a strip case at least, the PV did not change materially.

---

**David Kistler** - *Simmons & Company International - Analyst*

Can you comment on what that does to your reserves as well?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes, the reserve is basically unchanged.

---

**David Kistler** - *Simmons & Company International - Analyst*

For you as well? Okay. But I would imagine that the Pinon gas reserves fall off, unless you were basically writing down PUDs this year?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes, Pinon gas reserves did fall off. We didn't have reserve revisions to Pinon both due to pricing and performance. And, keep in mind, we haven't spent any money at Pinon for the last two years, and I'm not talking about just drilling, but really any maintenance. Those wells right now, the maturity of the wells in Pinon really right now require some compression work, lowering the fuel pressure, things like that you normally would do in a normal gas price environment. The wells are having to produce into fairly high-pressure systems and we have chose not to spend money out there because it's just not worth the capital expenditure. If gas was, say, at $5.00 or $6.00, you go out and you do some compressor work, then you would get those reserves back on the books.

---

**David Kistler** - *Simmons & Company International - Analyst*

Great. And last question, given you're picking up Dynamic unencumbered by debt, I would imagine as you look at your credit facilities going forward, that's likely enhancing to available credit?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Yes, we think it is. You know our borrowing base right now is $790 million. We could raise it if we so chose, but we really don't need to. We will look at taking Dynamic's assets and reserves and rolling them in with ours and probably upsizing our credit facility.

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**David Kistler** - *Simmons & Company International - Analyst*

Okay. Thanks so much guys, appreciate the color.

---

**Operator**

Richard Tullis, Capital One Southcoast.

---

**Richard Tullis** - *Capital One Southcoast, Inc. - Analyst*

Thank you, good morning. I think a lot of the questions have been touched on already. Just a few more things. Tom -- did you guys mentioned the repayment terms associated with the committed financing for the cash component of the transactions?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

No, we didn't go through the specific terms. It's a general bridge financing, as you see in a lot of transactions with a maturity that if you don't take it out flips into just unsecured notes. So it's a standard unsecured bridge facility. And as we said, or as I said in my portion, we don't anticipate drawing that, but would look to some more permanent financing between signing and closing.

---

**Richard Tullis** - *Capital One Southcoast, Inc. - Analyst*

Okay. I know Matt just mentioned the LLF uplift for the oil. What component of the liquid is associated with NGLs?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

I don't have that number right here with me. We will dig that up, and maybe you can get with Kevin White and he can get you that number.

---

**Richard Tullis** - *Capital One Southcoast, Inc. - Analyst*

Okay. And, Tom, I know you mentioned you were going to hope to retain most of the Dynamic staff. Would that include most of the M&A group?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes.

---

**Richard Tullis** - *Capital One Southcoast, Inc. - Analyst*

Okay. And many of the -- I know you're going to be a lot big player in the Gulf now. Many of the Gulf of Mexico shelf operators are drilling I guess what we would consider higher-risk/higher-reward type wells in addition to just the development and exploitation type wells. Do you guys see yourself going down that road too?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

No.

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Richard Tullis** - *Capital One Southcoast, Inc. - Analyst*

No? And so you do have Bullwinkle in the Deepwater. Do you anticipate extending your presence in the Deepwater as well?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

We'll look at all opportunities, just have to -- always associated with how much you're paying for.

---

**Richard Tullis** - *Capital One Southcoast, Inc. - Analyst*

And just trying to get a better feel for what you look like in the Gulf of Mexico going forward and what is the strategy beyond just buying these assets. Are you going to participate in lease sales, things like that, to try to enhance your position?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

No, all we're interested in is buying cheap oil.

---

**Richard Tullis** - *Capital One Southcoast, Inc. - Analyst*

Okay. All right. That's it for me. Thank you.

---

**Operator**

David Heikkinen, Tudor Pickering Holt.

---

**David Heikkinen** - *Tudor, Pickering, Holt & Co. Securities - Analyst*

Good morning, Tom. Just thinking about the dynamic and kind of relative valuation, how did you think about the value you paid, and was it a multiple basis, price percentage of PV10, or can you walk through just how you value Gulf of Mexico and the team?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Sure. The team is easy; you just look at their last three years of history and see what they've done. And then looking at price per flowing barrel, you look at the multiple that you are able to buy at, and then you think of our growth opportunities onshore and the free cash flow we are going to get from this, and that's the way we evaluated it.

---

**David Heikkinen** - *Tudor, Pickering, Holt & Co. Securities - Analyst*

So kind of pay about three times multiple. Do you think that the market will revalue Gulf of Mexico assets, or that really you are just going to buy things at two times and think that they can turn up to around a three times multiple?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

I think you can do that. I think that the market over time will see that we are not a typical Gulf of Mexico producer, that we have the growth asset onshore already in place, and this is just additive to it.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

---

**David Heikkinen** - *Tudor, Pickering, Holt & Co. Securities - Analyst*

Good. And, as you think about some of the dynamics driving through that we like just going larger into the -- a lot of the competitors don't have the financial position to do $500 million to $1 billion transactions. And is that the type of range that you think you can go into for Gulf of Mexico deals?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

I wouldn't say that they will be that large. But I think you can do smaller acquisitions and still have very good metrics in which to buy from the Gulf. In fact, we look at that as part of this strategy with the DOR team is that they have been able to and, we believe, will continue to be able to as more and more people want to be chasing the same types of plays onshore that have tremendous competition, that we can even buy additional properties at even greater value than we just it.

---

**David Heikkinen** - *Tudor, Pickering, Holt & Co. Securities - Analyst*

Okay, and then a very, very small part of Dynamic's potential strategy was the North Sea team that they hired. Is that even part of your strategy?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

We have not evaluated that.

---

**David Heikkinen** - *Tudor, Pickering, Holt & Co. Securities - Analyst*

So, no?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

I don't know. Literally, that was not a part of our valuation, to look at the North Sea teams. I can't answer because I just don't know.

---

**David Heikkinen** - *Tudor, Pickering, Holt & Co. Securities - Analyst*

Okay, all right, thanks, Tom.

---

**Operator**

[Jonathan Rawlins], [Clean] Value Partners.

---

**Jonathon Rawlins** - *Clean Value Partners - Analyst*

Can you guys -- it looks like at the six months the oil production was about 10.6 (technical difficulty) barrels a day. Where are you guys today?

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Where are we as far as just oil production? Yes, oil production right now is about -- well, for January is probably around 400,000 barrels for the month and [3.5] TCF. So you are looking -- I don't know what that is per day. (multiple speakers) but if you take 400,000, divide by 31, you're kind of probably in the 11,000 range, somewhere in there, 11,000 or 12,000.

---

**Jonathon Rawlins** - *Clean Value Partners - Analyst*

That's fine. And I know somebody mentioned the unencumbered with debt. There's $175 million in June, and I think in your S-1, it was down to $80 million. Is that line is gone, it has been pay down?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Are you talking about Dynamic's --

---

**Jonathon Rawlins** - *Clean Value Partners - Analyst*

Yes

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

-- debt balance? Actually, they do have a debt balance now, but it will be a debt-free, cash-free transaction. So whatever -- we'll get the company on a debt-free basis, so that will be paid off out of the proceeds.

---

**Jonathon Rawlins** - *Clean Value Partners - Analyst*

Okay, great. You talked about Riverstone, but Superior, I think, had a 10% equity interest. Are they getting the same terms on this deal? And do they have a lockup on the shares?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

The lockup is only with Riverstone, and the terms are for the company.

---

**Jonathon Rawlins** - *Clean Value Partners - Analyst*

Great. And just last thing, 2012 oil and gas hedges in place?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Yes. So for SandRidge, let me just give you some SandRidge numbers first and then Dynamic's. SandRidge for 2012 -- we have oil hedges of 12.2 million barrels at $99.21 a barrel; that's for calendar 2012. And then for Dynamic, they have actually got a pretty attractive hedge position themselves; they have got 2 million barrels hedged for 2012 and 11.7 BCF. And their crude hedges actually have a floor and ceiling. This is actually all in the S-1 and -2, but a floor and a ceiling structure and some swaps. And the same on the gas; they have swaps and some collars.

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Jonathon Rawlins** - *Clean Value Partners - Analyst*

Great, thank you.

---

**Operator**

Ron Mills, Johnson Rice.

---

**Ron Mills** - *Johnson Rice & Company - Analyst*

One quick follow-up-up really for you, James, on the hedging. Any thoughts in terms of Dynamic potentially putting additional hedges in place prior to closing? Or are you happy with the existing hedge position?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

We will look to be adding to the oil hedges. I'm not sure if it's prior to closing or not, but we will continue to hedge oil.

---

**Ron Mills** - *Johnson Rice & Company - Analyst*

Okay, great. And I was on the plane during the first part of the call. But in terms of -- Tom, can you talk about the potential impact of acceleration in the Mississippian, to the extent you have $100 million or $150 million of incremental EBITDA coming from these properties? I'm assuming the plan is that you've talked about accelerating the enhancement of your credit stats and production and reserve growth. What kind of impact can than that have on activity levels? And is there any impact on that with your recent JV in terms of if you want to put incremental capital into that play?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

We will put the incremental capital into the play, but it will be on the same schedule that we anticipate at the first of the year.

---

**Ron Mills** - *Johnson Rice & Company - Analyst*

Okay, great. Otherwise, everything is business -- thank you.

---

**Operator**

R.J. Cruz, Trust of the West.

---

**R.J. Cruz** - *TCW Asset Mgmt Company - Analyst*

Maybe you could just -- if you could just comment on the extent of business interruption insurance and how much --

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

I'm sorry; can you speak of just a bit? Sorry.

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**R.J. Cruz** - *TCW Asset Mgmt Company - Analyst*

Yes; I'm sorry. So I would saying, if you could comment on the business interruption insurance in the Gulf, specifically, and how much that costs you on a per-year basis?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes. We risk the PDP production for business interruption. I think the risk is about 10%. We don't, right now, take on business interruption insurance. Looking back in history, that has not -- for this play, it has not made sense to buy business interruption insurance. It will be something we'll look at. We have operated out in the Gulf of Mexico with our NEG acquisition dating back to 2006, and we have not carried business interruption insurance there.

Now, that's a lot less production than what Dynamic has, so it will be something that we will review. But at the current time, we don't have BI insurance.

---

**R.J. Cruz** - *TCW Asset Mgmt Company - Analyst*

Okay, thank you.

---

**Operator**

Craig Shere, Tuohy Brothers.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

So just to follow up, Tom or James. How do you think about -- or do we not need any more monetization going forward post-Dynamic and the second Miss royalty trust before the Miss becomes self-sustaining?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

I think our plan remains the same in terms of the funding. We've said we like the royalty trust structure and we will look to monetize some more of the Mississippian. So I don't think that has changed with this transaction.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

I mean post this acquisition and post the second Miss that you have already filed for, the royalty trust, do you feel comfortable that any further monetizations are simply getting higher value than your shares trade for? Or, do you see further need for funding gaps if gas doesn't recover here, given almost half the production of the Miss and also the Gulf is gas?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

Sure. We think that with the plans we have in place, including, as we've talked about, royalty trusts in the past, and our cash flow, that of Dynamic's and the CapEx plan, we are basically fully funded for 2012. And we've got a, as we said, undrawn revolver of $300 million of cash and a plan in place that fully funds 2012.

And most of our values, you know, and most of our cash flow comes from oil. So while we are so susceptible to change in gas price, it doesn't impact our EBITDA and cash flow all that much because most of the value does come from oil.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

---

**Craig Shere** - *Tuohy Brothers - Analyst*

So before the Miss is self-sustaining, say, in two years, you see additional funding gap even after the second Mississippian Trust and the Dynamic acquisition?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

No, no, we don't. We will be in a position -- again, right now, if you recall the credit measures pro forma for this transaction we are at about 3.2 times leverage. We will end the year with very positive, very good credit stats. So we will be in a position where we could secure some additional borrowing if we need and really won't be forced to raise additional sources of outside capital.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Okay, so any gap going forward -- and I think that was the original plan post the second Mississippian Trust -- is just going to tap your liquidity?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

That's correct.

---

**Craig Shere** - *Tuohy Brothers - Analyst*

Okay, thank you.

---

**Operator**

David [Orr], Simmons.

Gary Stromberg, Barclays Capital.

---

**Gary Stromberg** - *Barclays Capital - Analyst*

Just trying to get a sense for production trends at Dynamic in the S-1. It looks like they did 28,000 barrels a day pro forma in 2010, 24,000 barrels a day, nine months 2011 and 27,000 barrels a day in November. So pretty big swings in it, if you are talking about 25,000 barrels a day currently. Are these normal swings in production? Were the properties underinvested? Were there some shut-ins that caused those swings? Can you just talk about production trends?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes. Looking back at that production history, of course, they have done a lot of acquisitions just even in the past year, so their production numbers move around a lot, and as they are doing these acquisitions and taking on more properties, going out and working on them and bringing wells back online and such. But yes; if you date back to, say, September of 2011, they produce about 23,000 a day, and then October it jumped up to 25,000. In December, it was about 27,200. I'm sorry; that was in November. In December, it was 26,800. And then they averaged 25,400 in January, but just in the last couple days they were up close to 28,000 -- 27,800.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

So yes; I think day to day, month to month, you will have those kind of swings. But the trend looks good. They were all trends that month over month they have been increasing. But it's just, yes, you've got up-and-down. And you get high seas out there, you get wind and boats may not be able to get out there or helicopters may not be able to fly out there at the time right when you need them, so production may be down for a few days. But I think that's pretty normal swings in the production, from everything we can tell.

---

**Gary Stromberg** - *Barclays Capital - Analyst*

Okay, that's helpful. And then the $200 million in spending, does that also imply that you replace reserves as well as maintain production?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes. Basically, when you think about it, if we can replace the production, we are basically replacing the reserves as well there as that's produced off.

---

**Gary Stromberg** - *Barclays Capital - Analyst*

Okay. So we should think about finding costs, $200 million over 9 million or 10 million barrels of production, something north of $20 a barrel going forward, just for this property?

---

**Matt Grubb** - *SandRidge Energy, Inc. - President and COO*

Yes. I think that's not out of the realm of reality, you know. That's probably reasonable. I think it will be a little bit lower than that, but that's probably not bad, not a bad guess.

---

**Gary Stromberg** - *Barclays Capital - Analyst*

Okay, that's all I had, thank you.

---

**Operator**

Graham Tanaka, Tanaka Capital.

---

**Graham Tanaka** - *Tanaka Capital Management, Inc. - Analyst*

Congratulations. I just wanted to get a better clarification on your future funding needs and this transaction. So, Tom, our understanding is that you are -- you have added considerable flexibility in your financing. And we are just wondering if this transaction was done because the assets were so cheap, or did you actually have on your radar screen wanting to diversify and thereby reducing risk? Or was this a financial risk reduction, or all of the above?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

First of all, the assets were just too inexpensive to pass up. That's the way we looked at it. The ability to find oil at $50,000 a flowing barrel, and to have additional opportunities, we think, can be done even less expensively and to have a team put in place that is already proven that it was opportunity-driven in this particular transaction. So that, plus we had been looking at the belief that we have that the Gulf of Mexico is being, right now, as far as just producing assets, is being classified with too much risk going forward. And the price for oil there is to cheap. So for us, it's a lot



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

like looking back at the Permian Basin in 2009 and saying that's a place, especially in the Central Basin Platform, that other companies didn't want to be in that we chose to buy production in. And then, as far as what you say about the financial side of the business, yes; it does help us there also. But it was more opportunity driven.

---

**Graham Tanaka** - *Tanaka Capital Management, Inc. - Analyst*

And then on the financial side, I wasn't sure what you said a few minutes earlier. Were you saying that you do not have to engage in further large nontraditional forms of capitalization raise after 2012, or you -- it just provides more opportunity for doing it differently?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

I didn't catch the last part of that. But yes; assuming we move forward with the trust that we have pending, we've got an undrawn revolver and cash on the balance sheet, so there's no need to raise additional capital in 2012.

---

**Graham Tanaka** - *Tanaka Capital Management, Inc. - Analyst*

Actually, if I could be more specific, does this mean that you do not have to sell additional acres of the Miss, or you still plan to do that because you may not be able to drill it?

---

**James Bennett** - *SandRidge Energy, Inc. - EVP and CFO*

We would not have to sell additional acres in the Miss.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes. That doesn't mean that we won't sell additional acreage, because keep in mind we still have 1.5 million acres in the Mississippian play. And I think we still feel pretty comfortable at being something just less than that. It might mean that we sell less.

---

**Graham Tanaka** - *Tanaka Capital Management, Inc. - Analyst*

Great, congratulations. Thank you.

---

**Operator**

Thank you. We currently have no further questions in the queue. (Operator instructions)

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

I guess, hearing no additional questions, we do thank you for your time today, your comments and questions. And feel free to call us any time. Thank you very much.

---

**Operator**

Thank you for your participation in today's conference. This concludes the presentation. You may now disconnect. Have a good day. Thank you.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS