# EXHIBIT 67

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

# SD - SANDRIDGE ENERGY AT CREDIT SUISSE ENERGY SUMMIT

EVENT DATE/TIME: FEBRUARY 07, 2012 / 2:35PM GMT



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**Tom Ward** *SandRidge Energy, Inc. - Chairman and CEO*

## CONFERENCE CALL PARTICIPANTS

**Arun Jayaram** *Credit Suisse - Analyst*

## PRESENTATION

**Arun Jayaram** - *Credit Suisse - Analyst*

We are going to keep things moving. Good morning, my name is Arun Jayaram, I was a former member of the Oilfield Service team. In October I got the opportunity to switch over to the E&P team. Very grateful for the opportunity and I'm joining Mark Lear's coverage. Mark covers 18 names, Ed Westlake covers eight, and I just launched on the large cap names. We'll be adding to that coverage later on in the summer. But with that -- so you have any question on the E&P names please seek me out sometime during the conference.

With that I wanted to introduce our next speaker, very pleased to have Tom Ward, Chairman and CEO of SandRidge who announced a very big deal last week. So, there is going to be lot of time for Q&A today and Tom has a very exciting play in the Mississippian that I know you all want to hear about. With that I'll turn it over to Tom. Tom?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Thank you. As Arun mentioned, we did make an acquisition last week. I'll talk about that in more detail, but the key is that we're still -- SandRidge is still a low-risk, shallow, conventional oil driller. So, of the 1100 wells that we'll drill this year all but a dozen will be onshore, 750 of those in the Permian, the rest in the Mid-Continent in the Mississippian play.

And what we've done is that we've -- we now have a Company that has some new barrels and whenever we look at the Dynamic acquisition you can see the -- the change in our NAV. I had a lot of questions about NAV. We look at this as in all ways accretive to us; in fact even on an NAV basis because we'll be allowed to keep more of our Mississippian acreage as we go forward. I'll talk further about the areas we have, the Mid-Continent as we mentioned, very active area for us where we have 21 rigs running. In the Permian Basin we have 13 rigs running. And then we'll be adding our Gulf of Mexico properties in as soon as that closes.

There is really nothing that's changed of our three year objectives is as we talk about adding in the DOR barrels. I look at those as the barrels that nobody wants that we were able to add those very inexpensively. We bought the company on 3.4 times EBITDA, and -- LTM EBITDA. And so if you look forward what that allows us to do, it's a funding mechanism that allows our Company to move forward with our three year plan. So we have EBITDA of greater than $2 billion in 2014. We'll double our oil production, we'll be able to fund our CapEx within cash flow by the end of 2014 and our debt-to-EBITDA will be moving down to 2 to 1. That is all now possible because of the acquisition we made.

So as I explain this to different people I talk about that we had to do something. We could have issued more debt, we could have issued straight equity, we could have sold more Mississippian acreage, we could have done more royalty trusts, or we could make an acquisition. And as we looked at the acquisition possibilities in the Gulf of Mexico that was the most effective way and the most accretive way for us to go forward to implement our three year plan.

So there is the numbers on the deal terms of the Dynamic Offshore Resources acquisition. We had total consideration of $1.275 billion consisting of 53% cash and 47% equity, at 74 million shares of SandRidge common stock issued at $8.02 and then $682 million of cash consideration. And we've secured a bridge financing for the cash that we'll be taking out in the near future. So, we do have our largest shareholder or Dynamic's largest shareholder has agreed to a 90 day lock-up on the SD shares.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

This is still consistent with our strategy of being an early mover into oil plays that are undervalued. We did the same thing in 2009 when we bought oil in -- on the Central Basin Platform. And today as more and more companies come onshore and ever increasing competition is onshore it's impossible to be able to buy 25,000 barrels of oil equivalent a day onshore and to buy it at something that we see as reasonable value that could be accretive to the Company. So what we do is we look for areas.

As this deal came to us we had originally about 5,000 barrels a day of Gulf of Mexico production in -- through our acquisition in 2006. We tried to sell that oil in 2007 and then we tried to sell again in 2011. And both times we were offered about 1.5 times cash flow, between 1.5 and two times cash flow. And in 2011, the -- one of the people we talked to was Dynamic. And the thought behind that is obviously we didn't want to take less than two times cash flow for our production that was still producing close to 2,000 barrels a day equivalent. And that made us to believe that there were other opportunities to be having a team in the Gulf of Mexico just buying oil that nobody else wants. And for all the reasons that you guys know and that I know it's -- as more and more onshore becomes attractive the offshore area has been a place that people have been fleeing from.

The Permian Basin was really no different in that in early 2009 as more and more companies were looking to be into the deeper, more tight rock in onshore U.S. So for us this continues to be -- if people are willing we now have a team in place and if people are willing to sell at two times cash flow we have the deck capacity and the company that we could acquire more. There would be bolt-on acquisitions and they would have to be very accretive to us.

Our capital expenditure plans still do revolve around the Mississippian play. That -- the Mississippian, we continue to believe is the highest rate of return play in the U.S. today. And we'll spend out of the prior to Dynamic $1.35 billion E&P budget of which 59% will go in the Mississippian. The workovers and capitalized G&A, but the -- most of the workover should be in the Permian Basin. So it's about a 60-40 split between the Mississippian and the Permian Basin on our development.

Lower cost due mean or lower horsepower continue to mean lower cost. So in 2009 through 2011, our costs in both of our plays, the Permian Basin and the Mississippian have stayed virtually constant. We are seeing some pressure downward in some of our services, but as we add more rigs in the Mississippian as we continue to ramp up our drilling throughout the year, we anticipate keeping our cost flat at around $3 million per well.

But that -- we do believe that over time there is a -- still a way to move down our costs in the Mississippian and we think we can do that in the next couple of years. And we'll go into a lot of detail into not only the play at our Analyst Day at the end of the month, but also how we believe that we can move cost down in the Mississippian down from the $3 million per well.

The Permian Basin has just -- we've drilled, most of our wells are 4,000 to 5,000 foot vertical wells and high rates of return are just because you have a very logistically challenged area, where you're drilling 750 wells vertically in a year, but if you can -- if you effectively can do that, you can make very high rates of return finding oil.

You see the area here on the SandRidge focus areas, very large in the Mississippian play. The idea behind the play is the original area that we had were most of the red dots are our wells. We've now drilled over 220 wells in the Mississippian. Those -- that area was no different than what we call the extension area in the Kansas geologically. The same formation is wrapping around the Central Kansas uplift.

So the idea behind the Mississippian play is that, you are drilling a long and erosional feature and that creates the permeability and porosity in the reservoir and that allows you by drilling horizontally to intersect many reservoirs and have a very high rate of return as long as you are willing to deal with salt water.

And what I call the idea behind the Mississippian play was that, as long as you are willing to move the lot of salt water, you can make very high rates of return by skimming off oil and that's what we are doing across the whole play. And we will dig into this also in the Analyst Day in a lot of detail as our team shows how come that we saw the 14,000 well bores have been drilled across Kansas and Oklahoma, and put the pieces of puzzle together to understand a very large area.

And now we've drilled, well, I think there is over 15 wells in Kansas, we're seeing the same types of results that we're seeing in Oklahoma. So we're -- as you can see in just the red areas that are in the southern counties, but we're starting to move up into the extension area into the spring of this





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

year. So we'll -- we are very excited about the Mississippian play, I have a couple of other slides that we can show that that the value creation in the Mississippian play is really unmatched.

We've spent $350 million acquiring 2 million acres of land. We paid an average cost of $175 an acre and that's just over the last two years. We have sold 550,000 acres and that's created $2.33 billion of value to the Company. And that's about $4,236 per acre. So we currently have about $1.5 million acres left after the Dynamic purchase. So we plan to lower the amount of acreage that we will sell either from zero to 250,000 acres and that leaves us with a resource base that's very, very large.

Our performance in the Mississippian has continued to improve. So in the -- when we first started in 2010, we anticipated a well making about 250,000 barrels of oil equivalent. In 2010, then -- at year-end 2010, we had 37 wells drilled and we had a type curve of 409,000 barrels per well equivalent and that averaged first 30-day IP of 244 barrels equivalent a day. In 2000 -- at the end of 2011, we've now moved up to 456 Mboe and that has a 275 barrel a day equivalent first 30-day production.

Our average for 2011 on the 144 wells that we drilled and tested was 302 barrels a day equivalent and our last 30 wells that we have 30-day average on has been 318 barrels a day for -- on the first 30-day average.

And you can see on the next page, we go through and just lay out all the wells we've drilled, there is some very, very good wells and some poor wells. We see that all the way across the play. So we have not identified one particular area that is tremendously better than other areas. We might see that over time, we just don't know, in a very large play like this. But what we do know is that we can consistently make very high rates of return.

Also, you notice that the companies who post their wells, there are very few companies that post every well that they drill. So it's usually a sign that things are going right. And with us, the last 30 wells, again, were 318 barrels of oil equivalent, our type curve is 275. If you add in the last 43 wells that we've drilled, we are up over 400 barrels a day and how much on an equivalent basis.

So we're well ahead of our type curve for the year. The play continues to have enormous success and this is the driver of the Company. So we can talk a lot about, why you make an acquisition in the Gulf of Mexico? The reason you make an acquisition in the Gulf of Mexico or anything else that we do is to drive the Mississippian over the next few years. So this is the growth of the Company, it's what the Company is all about and this is where we'll continue to have our focus now and through the next few years.

Our production growth continues to be very dramatic. We had now in the last year and a half basically from a standing start in July of 2010 through January of 2011, we've moved from zero to over 20,000 barrels equivalent a day. That continues to move up very dramatically as last year we averaged about 15 rigs in the play, this year we'll average 26 rigs. We'll be moving that up a rig per month through 2013 and 2014.

We have over 9,000 locations. So, everything we're doing in the Company is to focus on how we can be as aggressive as possible and bring forward NAV in this play. What we're trying to do is to get the Company down below a 15-year inventory of Mississippian drilling. And we knew that we had to move forward with some type of either acquisition or capital raise in order to be able to fully develop our Mississippian play.

So that's been our total goal. So the [inter] rates of return here or the rate of return on the play is 96% and that's again with very low risk and again on a type curve that's a 275 barrels a day equivalent and with a B factor of 1.5. The vertical wells, the 14,000 vertical wells we talked about, have the B factor closer to 2.5. So we think that over time that the hyperbolic curve of production will be more flat than what we have also anticipated.

So what makes Mississippian a great play? It is scale, very high internal rates of return, but one of the keys to everything we do is to know the reservoir. So whether it's in the Mississippian, in the Permian or in the Gulf of Mexico, we are drilling from reservoirs that have been drilled for decades and we understand those reservoirs and we have teams of people that understand those reservoirs and we believe there is much less risk in dealing in traditional zones that have nanodarcies to darcies of permeability or excuse me -- millidarcies to darcies of permeability rather than nanodarcies.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

So what we've tried to do is stay away from the risk of ultra-tight rock and drilling reservoirs in the U.S. that we know and understand, and then lastly to be able to keep our costs low. So if you are drilling very shallow rock, very shallow wells and good rock, you can usually keep your costs lower than deeper, higher pressure or more type rock.

In the Permian Basin, we continue to be very active. We'll drill 750 wells in the Permian Basin this year. Most of those are very shallow 4,000 to 5,000 feet deep, San Andreas wells. You can keep track of kind of how both plays go by looking at our two royalty trust, the Permian is PER and in the Mississippian is SDT.

And this year, we'll continue a very active program in the Permian. You can see that there are -- other companies are drilling in the Central Basin Platform, but have very few rigs running. We dominate the area with rigs again logistically; it is a difficult area, so we have to drill a lot of wells. We don't spend very much on those wells and we have very high rates of return. So you can see that our production here is growing. We'll have continued production growth in 2012, but it will be at a much slower rate than the Mississippian. So, the Mississippian play continues to be the growth area in the Company.

Rates of return in the Permian are -- continue to be very, very good. We estimate this year a program of 72% internal rates of return. We did move our program to drilling a few more shallow wells, and so the cost has moved down from our other type curve and the amount of production per well has moved down over the estimated ultimate recovery per well.

So what makes the Central Basin Platform a great play is the same thing as the Mississippian. We have a lot of scale. We have a 10-year inventory of wells to drill. We have a type curve that has a tremendous amount of history. This play has been drilled for the last 80 years, so we know what the production is going to be once we drill the well. And our costs are very low.

So on average, San Andres well is going to cost under $550,000. So you do that enough times you can make a very good rate of return. And we think that there is still a growth area in the Permian Basin as other companies see how much capital we can put to work that we believe we can make transactions with other companies to drill more wells in the Central Basin Platform.

We do hedge. We have a vast majority of our oil hedged for 2012 and we've hedged over 12 million barrels and we continue to look out in the future and add to those hedges. So, we believe if you have a play that has very low risk, has a very high rate of return that there is -- that you should be hedging that production and so we're -- we'll very aggressively keep on hedging. In fact, we'll look to even add more hedges as we bring the Dynamic 25,000 barrels equivalent into our play.

So in conclusion, we do have a low risk, shallow, conventional reservoirs. That's what our focus is on. We'll execute on the two large core areas, which are the Permian Basin and the Mississippian play with the focus being on growth in the Mississippian.

We'll also bring in the Dynamic team; they've done an incredible job over the last three years of implementing a strategy of re-completing wells and bringing up production. We anticipate only keeping the Dynamic production flat, so we don't estimate having a big growth area in the Gulf of Mexico. The only way that we really anticipate having a growth, a large growth in the Gulf would be, if we can add to the other strategic acquisitions on top of Dynamic at very low cash flow multiples on oil.

Our three year objectives continue to be the same where we'll triple our EBITDA, we'll double our oil production and our CapEx will be funded within cash flow by the end of 2014 with our total debt-to-EBITDA moving down to two times.

I think I'm open for some questions.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## QUESTIONS AND ANSWERS

**Unidentified Participant**

Hey Tom, I don't know if I caught what the decline rate in the assets you bought in the Gulf is and what the CapEx you're going to have to spend to hold that production flat like you were just talking about. I just and I think I just missed it?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Sure, no. Well I don't think I said it. So that's a good question. It's 25% -- we anticipated a decline on producing wells of about 25%. They are older fields, they've been producing for some time. And we plan to spend $200 million of capital drilling and re-completing this year to keep production flat.

---

**Unidentified Participant**

Tom can you elaborate on your -- in terms of rigs and wells or your three-year program in the Mississippian?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Sure. In our Mississippian play over the next three years, we'll continue to add a rig a month. So we'll average 26 rigs this year, we'll end the year at 32. We'll continue to add to that over the next couple of years.

---

**Unidentified Participant**

Thank you. So free cash flow from Dynamic is something around $100 million?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes.

---

**Unidentified Participant**

Okay. And then in terms of the Dynamic acquisition's ability to keep you going in the Mississippian, is this more like a borrowing base type acquisition where you are getting better credit from the banks or just overall, it's a balance sheet management exercise partially because it is not that much free cash flow (inaudible) Mississippian?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

So, I might not be catching the question totally, but [Ed] are you asking if we do more acquisitions in the Gulf --.

---

**Unidentified Participant**

Well, no, I guess I'm trying to understand, how it enables you to keep going the Mississippian when you are only getting $100 million of free cash flow?

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CONFIDENTIAL SD-SECURITIES-0338468

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes. So we are producing 25,000 barrels a day, it gives us credit capacity. We can borrow more and still have our debt-to-EBITDA will be moving down because the EBITDA is moving up so fast in the company.

---

**Unidentified Participant**

So on that then -- on that then with your borrowing base, where is it now and then pro forma where is it then for the --.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

We will be redoing a borrowing base in -- in the next -- we'll have -- we'll talk about that more in the next few weeks. But we do anticipate making our borrowing base larger.

---

**Arun Jayaram** - *Credit Suisse - Analyst*

Any more questions? Yes.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes, sir.

---

**Unidentified Participant**

[Got a couple] Tom, if I remember correctly, Bullwinkle has process handling agreements with third-parties where they process a lot of crude that comes across there. Did you acquire those agreements as well and so you will be processing crude for others as --.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

That's correct. Bullwinkle does process crude for others.

---

**Unidentified Participant**

And can you share with us or have you broken out what that revenue stream is there or is it --?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

All right. It's in -- I frankly, I don't know the exact amount that would come out of the Bullwinkle on processing. But it is that we do process for others coming through Bullwinkle. I think there was a question in the back.

---

**Unidentified Participant**

Okay.

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Unidentified Participant**

(inaudible - microphone inaccessible)

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Does the $200 million CapEx also include P&A liabilities for or what we planned the P&A for this year. And no, it does not. We'll add another $52 million is in our budget to have for plugging in the Gulf of Mexico.

---

**Unidentified Participant**

Okay. So and that -- and the $100 million of free cash flow is net of the P&A?

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Yes. And interest and -- yes.

---

**Unidentified Participant**

Thank you.

---

**Arun Jayaram** - *Credit Suisse - Analyst*

All right, Tom. Thanks a lot. Appreciate it.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman and CEO*

Thank you very much.

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS