# EXHIBIT 68

# 2012 Investor / Analyst Meeting

New York, NY | February 28, 2012

SANDRIDGE

THE POWER OF US™

# Disclaimer

This presentation includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These statements express a belief, expectation or intention and are generally accompanied by words that convey projected future events or outcomes. The forward-looking statements include statements about SandRidge Energy, Inc.'s future operations, rig counts, drilling and resource locations, corporate strategies, including our focus on conventional oil plays and the pending acquisition of Dynamic Offshore Resources, LLC., goal to achieve a self-funding capital program while growing production and reducing our debt relative to earnings, estimates of oil and natural gas production, reserve and resource volumes and values, projected revenue, expenses, capital expenditures and other costs, earnings, capital raising activities and hedge transactions. We have based these forward-looking statements on our current expectations and assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions and expected future developments, as well as other factors we believe are appropriate under the circumstances. However, whether actual results and developments will conform with our expectations and predictions is subject to a number of risks and uncertainties, including the volatility of oil and natural gas prices, our success in discovering, estimating, and developing oil and natural gas reserves, the availability and terms of capital, our timely execution of hedge transactions, credit conditions of global capital markets, changes in economic conditions, regulatory changes, including those related to carbon dioxide and greenhouse gas emissions, and other factors, many of which are beyond our control. We refer you to the discussion of risk factors in Part I, Item 1A - "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2011 and in comparable "risk factors" sections of our Quarterly Reports on Form 10-Q filed after the date of this presentation. All of the forward-looking statements made in this presentation are qualified by these cautionary statements. The actual results or developments anticipated may not be realized or, even if substantially realized, they may not have the expected consequences to or effects on our company or our business or operations. Such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. We undertake no obligation to update or revise any forward-looking statements.

The SEC permits oil and natural gas companies, in their filings with the SEC, to disclose only proved, probable and possible reserves, as each is defined by the SEC. At times we use the term "EUR" (estimated ultimate recovery) and "resources" and refer to their location and potential to provide estimates that the SEC's guidelines prohibit us from including in filings with the SEC. These estimates are by their nature more speculative than estimates of proved, probable or possible reserves and, accordingly, are subject to substantially greater risk of being actually realized by the company. For a discussion of the company's proved reserves, as calculated under current SEC rules, we refer you to the company's Annual Report on Form 10-K referenced above, which is available on our website at www.sandridgeenergy.com and at the SEC's website at www.sec.gov.



SANDRIDGE
THE POWER OF US™

# Mid-Continent Summary

- Increase in SEC PV-10 Value 381%[(a)] to $2.3 Billion
- Increase in Net Resource Value 108%[(a)] to $23.2 Billion
- Proved Reserve Replacement 1790%
- 50% Proved Developed Reserve Value & 73% Oil Revenue
- Proved Developed Drilling Finding Costs $14.86/Boe

(a) Adjusted for asset sales and production



SANDRIDGE THE POWER OF US

# Mississippian EUR Distribution




## Consultant Type Curve

- 456 MBoe/well
- 204 MBbls
- 1.5 Bcf

**Lognormal Reserves Distribution**

**EUR MBOE Mississippian**




Consultant 145 Wells EUR

# Horizontal GOR Trend Consistent with Vertical History

Alfalfa Vertical 1980 – 1990 (30 Years)
(130 wells)
GOR (15,000 – 18,000)

- YE 2011 Increasing GOR ≈ 1.5% per year




- YE 2010 constant GOR 30 years
  - Waiting on horizontal confirmation






SANDRIDGE
THE POWER OF US

# Mississippian Performance Comparison – 30 Day Peak Rates






SANDRIDGE
THE POWER OF US