# EXHIBIT 70

# Howard Weil Energy Conference

March 26, 2012

SANDRIDGE

THE POWER OF US™

# Disclaimer

This presentation includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These statements express a belief, expectation or intention and are generally accompanied by words that convey projected future events or outcomes. The forward-looking statements include statements about SandRidge Energy, Inc.'s future operations, rig counts, drilling and resource locations, corporate strategies, including our focus on conventional oil plays and the pending acquisition of Dynamic Offshore Resources, LLC., goal to achieve a self-funding capital program while growing production and reducing our debt relative to earnings, estimates of oil and natural gas production, reserve and resource volumes and values, projected revenue, expenses, capital expenditures and other costs, earnings, capital raising activities and hedge transactions. We have based these forward-looking statements on our current expectations and assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions and expected future developments, as well as other factors we believe are appropriate under the circumstances. However, whether actual results and developments will conform with our expectations and predictions is subject to a number of risks and uncertainties, including the volatility of oil and natural gas prices, our success in discovering, estimating, and developing oil and natural gas reserves, the availability and terms of capital, our timely execution of hedge transactions, credit conditions of global capital markets, changes in economic conditions, regulatory changes, including those related to carbon dioxide and greenhouse gas emissions, and other factors, many of which are beyond our control. We refer you to the discussion of risk factors in Part I, Item 1A - "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2011 and in comparable "risk factors" sections of our Quarterly Reports on Form 10-Q filed after the date of this presentation. All of the forward-looking statements made in this presentation are qualified by these cautionary statements. The actual results or developments anticipated may not be realized or, even if substantially realized, they may not have the expected consequences to or effects on our company or our business or operations. Such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. We undertake no obligation to update or revise any forward-looking statements.

The SEC permits oil and natural gas companies, in their filings with the SEC, to disclose only proved, probable and possible reserves, as each is defined by the SEC. At times we use the term "EUR" (estimated ultimate recovery) and "resources" and refer to their location and potential to provide estimates that the SEC's guidelines prohibit us from including in filings with the SEC. These estimates are by their nature more speculative than estimates of proved, probable or possible reserves and, accordingly, are subject to substantially greater risk of being actually realized by the company. For a discussion of the company's proved reserves, as calculated under current SEC rules, we refer you to the company's Annual Report on Form 10-K referenced above, which is available on our website at www.sandridgeenergy.com and at the SEC's website at www.sec.gov.



SANDRIDGE
THE POWER OF US™

# SandRidge: Low Risk, Shallow, Conventional Oil

## Financial and Operational Summary

**Market Value**

*($ in millions, except for share price)*

| | | |
|---|---|---|
| SD Share Price *(03/21/12)* | $ | 7.96 |
| Equity Value | $ | 3,306 |
| Net Debt[(a)] | $ | 2,606 |
| Preferred Stock | $ | 765 |
| Enterprise Value | $ | 6,677 |

## Pro Forma Summary

| | SandRidge | Dynamic | Pro Forma |
|---|---|---|---|
| **Current Production** *(MBoe/d)* | 66 | 25 | 92 |
| **Reserves** *(YE 2011)* | | | |
| Proved Reserves *(MMBoe)*[(b)] | 471 | 62 | 533 |
| % Oil [(c)] | 96% | 77% | 91% |
| % Developed | 49% | 81% | 53% |
| SEC PV-10 Value *($MM)*[(b)] | $ 6,876 | $ 1,895 | $ 8,771 |
| R/P (Reserves/Production) *(Years)* | 19.0 | 6.8 | 15.7 |
| NAV *($ Billion)*[(d)] | $ 34.5 | $ 2.5 | $ 37.0 |

## Operations Overview




(a) As of December 31, 2011
(b) SandRidge consolidated reserves with royalty trusts
(c) Weighted by PV-10 value
(d) As of YE 2011; Net of JVs & royalty trusts; Based on the 01/17/12 NYMEX strip
(e) Based on 3 wells per section



SANDRIDGE THE POWER OF US

# 3 Year Objectives



EBITDA ≥ \$2 Billion (2014)




Double Oil Production (from 2011 levels)




Capex Funded Within Cash Flow (EOY 2014)



Continue to Improve Credit Metrics

SANDRIDGE
THE POWER OF US

# Dynamic Acquisition: Accretive on All Metrics

## Acquisition Merits

- Complements SandRidge's 3 year plan of doubling production, tripling EBITDA and reducing our leverage ratio
- Consistent with SandRidge's strategy as an early-mover into undervalued oil assets
- Continues SandRidge's focus on oil production from mature fields with high quality reservoirs
- Immediate accretion to cash flows, production and earnings
- Improves credit and leverage metrics
- Generates free cash flow

## Transaction Metrics

*$ in millions*

| Metric | Dynamic Acquisition |
|---|---|
| **EV / LTM EBITDA** | **3.4x** |
| *LTM EBITDA[a]* | *$370* |
| **EV / Proved PV10** | **0.67x** |
| *Proved PV10[b]* | *$1,895* |
| **EV / Proved Reserves** | **$20.41** |
| *Year End 2011 Reserves* | *62.5* |
| **EV / Production ($/Boe/d)** | **$51,000** |
| *Recent Production (Boe/d)* | *25,000* |

(a) Dynamic's LTM EBITDA represents the Last Nine Months ending September 30, 2011 Adjusted Pro Forma EBITDA of $278 MM annualized to reflect a full year
(b) PV-10 amounts represents audited YE 2011 reserves at SEC pricing



SANDRIDGE
THE POWER OF US℠

# Operational Highlights



## Current Production – 66 MBoe/d

*2011 Oil Production Up 60% from 2010*



## 2012 Drilling Plan includes >1,100 Oil Wells

*Mississippian = 380 Wells; Permian = 759 Wells*



## 2012 Production Guidance – 54% Oil Growth



## Net Resource Value > $30 Billion[a]

(a) Adjusted for asset sales and production

SANDRIDGE THE POWER OF US

# Mississippian – Vast Resource Potential




## Mississippian Project

- Shallow, Carbonate Oil Play
- 17 million acre prospective area
- SD ≈ 1.5 million net acres
- SD ≈ 7,000 potential net locations[a]
- Expected program outcome range 300-500 MBoe/well
- 380 Horizontal wells planned for SandRidge in 2012
- SWD Infrastructure key to success

- **254 SandRidge horizontal wells**[b]
- **280 Industry horizontal wells**[b]

(a) Based on 3 wells per section
(b) Drilled well counts as of 03/12/12

SANDRIDGE
THE POWER OF US

# Produced Water Disposal Infrastructure

## Front End Engineering

- High capacity design
- Multi-directional flow
- Minimal production deferment due to downtime
- Supports extensive future development
- 51 Produced Water Disposal wells at YE'11
- 108 Produced Water Disposal wells at YE'12
- 312 Miles of pipeline
- Adding 4+ disposal wells per month
- Adding 20+ miles of pipe per month
- Material competitive barrier to entry




SANDRIDGE
THE POWER OF US

# Value Creation from Mississippian Play

## Mississippian Accomplishments

| | | |
|---|---|---|
| Accumulation | Acres | ≈ 2 Million |
| | Lease Costs | ≈ $400 Million |
| | Per Acre Cost | ≈ $200 / acre |

| | | |
|---|---|---|
| Monetization | Acres | ≈ 550,000 |
| | Value Creation | ≈ $2.33 Billion |
| | Implied Value | ≈ $4,236 / acre |

| | | |
|---|---|---|
| Current Value | Current Acres | ≈ 1.5 Million |
| | Implied Acreage Value | ≈ $6.35 Billion $4,236 / acre |
| | Resource NAV Implied Value | ≈ $23 Billion ≈ $15,000 / acre |

- Accumulated ≈ 2 Million acres over last two years
  - Total cost ≈ $400 Million
- Four Monetizations ≈ $2.33 Billion
  - SD Mississippian Trust I ($333 MM) – Closed
  - Atinum JV ($500 MM) – Closed
  - Repsol JV ($1.0 B) – Closed
  - Second Royalty Trust ($500 MM) – Pending
- Current Value
  - Potential future sale of 250k net acres

SANDRIDGE
THE POWER OF US™

# Mississippian Operated Wells – Peak 30 Day Avg Rates




- 17,000 Industry vertical wells (7,500 within hz prospective area)
- SandRidge acreage
- ≈ 254 SandRidge horizontal wells drilled[(a)]
- ≈ 280 Industry horizontal wells drilled[(a)]

(a) Drilled well counts as of 03/12/2012

SANDRIDGE THE POWER OF US

# Mississippian – 534 Drilled Wells and 64 Active Rigs

| | Wells Drilled | Active Rigs |
|---|---|---|
| SandRidge | 254 | 22 |
| Chesapeake | 139 | 21 |
| Eagle | 41 | 3 |
| Calyx | 12 | 2 |
| Range | 11 | 2 |
| Plymouth | 10 | 2 |
| Chaparral | 3 | 3 |
| Shell | 2 | 3 |
| Panther | 8 | 0 |
| Other | 54 | 6 |
| Total All | 534 | 64 |




| | | |
|---|---|---|
| SandRidge | Drilled Wells/Active Drilling Rigs | 254/22 |
| Industry* | Drilled Wells/Active Drilling Rigs | 280/42 |

Note: Drilled well counts as of 03/12/2012
* Map excludes 2 industry drilled wells; 1 located in Logan County, OK and 1 located in Cowley County, KS



SANDRIDGE THE POWER OF US™

# Mississippian Performance Comparison – 30 Day Peak Rates






SANDRIDGE THE POWER OF US

SD-SECURITIES-0001500

# Mississippian Production Growth




≈ Last month of data is field estimate



SANDRIDGE THE POWER OF US™

# Mississippian Economics

- 204 Mbbl (100% Crude)
- 1,512 MMcf
- 456 Total MBoe
- $3.2 MM/well[(a)]
- 275 Boe/d 30 day IP
- PV-10 $5,669 M[(b)]
- ≈ 98% IRR[(b)]
- Total Resource (net acres)
  - WI 100%, NRI 83%
- 2012 Drilling Program 380 wells
  - WI 62%, NRI 51%




**≈ 7,000 Locations**

(a) Includes infrastructure capex
(b) NYMEX Strip as of 03/12/2012



SANDRIDGE THE POWER OF US™

# Permian




## Central Basin Platform

- Shallow, Carbonate Oil Play
- 225 M net acre prospective area
- ≈ 7,600 potential locations
- ≈ 4,500' – 9,000' depth to target formation
- Most active driller (12 rigs)
- NAV of ≈ $7.2 Billion
- Multiple pay targets
  - Grayburg / San Andres
  - Clearfork / Wichita Albany
  - Penn / Ellenburger

| RANK | OPERATOR | ACTIVE WELL COUNT [a] | RIG COUNT [b] |
|---|---|---|---|
| 1 | OCCIDENTAL PERMIAN | 5212 | 2 |
| 2 | APACHE CORPORATION (BP) | 4884 | 4 |
| 3 | EXXON / MOBIL (XTO) | 3658 | 0 |
| 4 | CHEVRON | 3601 | 1 |
| 5 | SANDRIDGE ENERGY | 3208 | 12 |
| 6 | CONOCOPHILLIPS (BURLINGTON) | 2645 | 1 |

(a) All active wells as of ≈ 12/31/2011 (IHS data source)
(b) SD Rig count as of 03/12/12

SANDRIDGE
THE POWER OF US

# Permian Economics

- 53 Mbbl (85% Crude)
- 27 MMcf, dry
- 58 Total MBoe
- $643 M/well
- 53 Boe/d 30 day IP
- PV-10 $785 M[a]
- ≈ 80% IRR[a]
- 2012 Drilling Program
  - WI 91% NRI 70%
- Total Resource
  - WI 88% NRI 68%




**≈ 7,600 Locations**

(a) NYMEX Strip as of 03/12/2012

SANDRIDGE THE POWER OF US

# Hedge Summary

| | Oil Swaps | | Oil Collars | | | Gas Swaps | | Gas Collars | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Price | Volume (MMBbls) | Ceiling | Floor | Volume (MMBbls) | Price | Volume (Bcf) | Ceiling | Floor | Volume (Bcf) |
| **2012** | $99.65 | 15.7 | $108.19 | $82.87 | 0.3 | $5.32 | 5.6 | $6.59 | $4.08 | 5.8 |
| **2013** | $96.28 | 17.6 | $102.50 | $80.00 | 0.2 | - | - | $6.71 | $3.78 | 6.9 |
| **2014** | $89.81 | 13.7 | - | - | - | - | - | $7.78 | $4.00 | 0.9 |
| **2015** | $84.77 | 7.6 | - | - | - | - | - | $8.55 | $4.00 | 1.0 |

- As of March 21, 2012
- SandRidge has 14.6 Bcf of WAHA basis hedges in 2013 at an average price of $0.458. Hedge positions include contracts that have been novated to SandRidge Permian Trust or the benefits of which have been conveyed to SandRidge Mississippian Trust I or SandRidge Permian Trust;
- Includes Dynamic's hedges beginning May 2012. Dynamic has 815 Mbbls of LLS-WTI swaps at an average price of $17.83 during the period May-December 2012

SANDRIDGE THE POWER OF US℠

# SandRidge Energy – Company Strategy

SandRidge Strategy

- Generate high rates of return from high quality assets
- Dominate acreage position in core operating areas
- Drive growth with strategic drilling program
- Continue focus on ever improving credit metrics
- Positioned for "Years of Harvest"



SANDRIDGE THE POWER OF US

# Appendix

# 2012 Operational Guidance

- Guidance includes the anticipated effects of acquiring Dynamic, assuming the acquisition closes on April 30, 2012

**Production**

| | |
|---|---|
| Oil (MMBbls) [(a)] | 18.2 |
| Natural Gas (Bcf) | 84.8 |
| **Total (MMBoe)** | **32.3** |

**Capital Expenditures ($ in millions)**

| | |
|---|---|
| Exploration and Production | $1,550 |
| Land and Seismic | 145 |
| **Total Exploration and Production** | **$1,695** |
| Oil Field Services | 20 |
| Midstream and Other | 135 |
| **Total Capital Expenditures** | **$1,850** |

**Shares Outstanding at End of Period (in millions)**

| | |
|---|---|
| Common Stock | 493.0 |
| Preferred Stock (as converted) | 90.1 |
| Fully Diluted | 583.1 |

| | |
|---|---|
| Corporate Tax Rate | 0% |
| Deferral Rate | 0% |

**Differentials**

| | |
|---|---|
| Oil [(a)] | $9.00 |
| Natural Gas | $0.50 |

**Cost per Boe**

| | |
|---|---|
| Lifting | $16.10 - $17.80 |
| Production Taxes | 1.75 - 1.95 |
| DD&A - oil & gas | 15.90 - 17.65 |
| DD&A - other | 1.75 - 1.95 |
| Total DD&A | $17.65 - $19.60 |
| G&A - cash | 4.30 - 4.75 |
| G&A - stock | 1.15 - 1.30 |
| Total G&A | $5.45 - $6.05 |
| Interest Expense | $8.70 - $9.60 |

| | |
|---|---|
| EBITDA from Oilfield Services, Midstream, and Other ($ in millions) [(b)] | $43.5 |
| Adjusted Net Income Attributable to Noncontrolling Interest ($ in millions) [(c)] | $117.6 |
| P&A Cash Cost ($ in millions) | $35.2 |

(a) Includes NGLs

(b) EBITDA from Oilfield Services, Midstream and Other is a non-GAAP financial measure as it excludes from net income interest expense, income tax expense and depreciation, depletion and amortization. The most directly comparable GAAP measure for EBITDA from Oilfield Services, Midstream and Other is Net Income from Oilfield Services, Midstream and Other. Information to reconcile this non-GAAP financial measure to the most directly comparable GAAP financial measure is not available at this time, as management is unable to forecast the excluded items for future periods and/or does not forecast the excluded items on a segment basis.

(c) Adjusted Net Income Attributable to Noncontrolling Interest is a non-GAAP financial measure as it excludes unrealized gain or loss on derivative contracts and gain or loss on sale of assets. The most directly comparable GAAP measure for Adjusted Net Income Attributable to Noncontrolling Interest is Net Income Attributable to Noncontrolling Interest. Information to reconcile this non-GAAP financial measure to the most directly comparable GAAP financial measure is not available at this time, as management is unable to forecast the excluded items for future periods.



SANDRIDGE THE POWER OF US

# Capital Structure Overview

*$ in millions*

## Senior Notes

| | |
|---|---|
| Floating Rate Sr Notes due 2014 | $350 |
| 9.875% Sr Notes due 2016 | 355 |
| 8.0% Sr Notes due 2018 | 750 |
| 8.75% Sr Notes due 2020 | 444 |
| 7.5% Sr Notes due 2021 | 900 |
| **Total** | **$2,798** |

## Preferred Stock

| | |
|---|---|
| 8.5% Convertible Perpetual Preferred (a) | $265 |
| 6.0% Convertible Preferred (b) | 200 |
| 7.0% Convertible Perpetual Preferred (c) | 300 |
| **Total** | **$765** |

| Credit Ratings | Corp Rating | Outlook |
|---|---|---|
| Moody's | B | Stable |
| S&P | B2 | Stable |

## Debt Maturity Summary(d)




(a) Convertible at holder's option at $8.0125 per common share; convertible after Feb 20, 2014
(b) Convertible at holder's option at $10.856 per common share; automatic conversion after Dec 21, 2014
(c) Convertible at holder's option at $7.7645 per common share; convertible after Nov 20, 2015
(d) Debt Maturity Summary excludes Credit Facility amounts, which matures in 2014

SANDRIDGE THE POWER OF US™



SD-SECURITIES-0001509

# 2012 E&P Capital Expenditure Plans

| | Well Count | | Total |
| --- | --- | --- | --- |
| | Gross | Net | Capex ($MM) |
| Mid-Continent | 380 | 236 | $755 |
| Mid-Continent - SWD | 57 | 43 | 135 |
| Permian | 759 | 686 | 479 |
| Offshore (Dynamic) | N/A | N/A | 200 |
| All Other Areas | N/A | N/A | 24 |
| Sub-total | 1,195 | 964 | $1,593 |
| JV Carry | | | ($297) |
| Workovers, Non-Op, Carryover | | | 218 |
| Capitalized G&A | | | 37 |
| **E&P Capital Expenditures** | | | **$1,550** |



SANDRIDGE
THE POWER OF US℠

# Capital Funding Plan

*$ in millions*

## 2011: Actual




## 2012: Projected[b]




a) 2011 EBITDA includes realized cash gains from out of period hedge settlements
b) Based on 2012 guidance and assumes closing of the Dynamic acquisition on April 30, 2012
c) 2012 EBITDA based on Analyst Day guidance, adjusted for PER unit sales



SANDRIDGE
THE POWER OF US

# Hedge Summary – 2012 Quarterly Detail, SandRidge & Dynamic Combined

Contracts in Place as of March 21, 2012

| | Quarter Ending | | | |
|---|---|---|---|---|
| | **3/31/2012** | **6/30/2012** | **9/30/2012** | **12/31/2012** |
| **Oil Swaps:** | | | | |
| Volume (MMBbls) | 3.04 | 3.91 | 4.31 | 4.42 |
| Swap | $99.21 | $99.48 | $99.72 | $100.04 |
| Collar Volume (MMBbls) | 0.00 | 0.07 | 0.10 | 0.09 |
| Collar: High | NM | $108.62 | $108.15 | $107.90 |
| Collar: Low | NM | $83.03 | $82.86 | $82.77 |
| **Natural Gas Swaps:** | | | | |
| Volume (Bcf) | 1.82 | 2.48 | 0.88 | 0.48 |
| Swap | $4.90 | $5.23 | $6.12 | $5.98 |
| Collar Volume (Bcf) | - | 1.41 | 2.16 | 2.27 |
| Collar: High | - | $6.62 | $6.58 | $6.58 |
| Collar: Low | - | $4.11 | $4.04 | $4.09 |

Notes:
- Hedge summary as of March 21, 2012
- Hedge positions include contracts that have been novated to SandRidge Permian Trust or the benefits of which have been conveyed to SandRidge Mississippian Trust I or SandRidge Permian Trust
- Dynamic's hedges are included beginning May 2012. Dynamic has 815 thousand barrels of LLS-WTI swaps at an average price of $17.83 during the period May-December 2012



SANDRIDGE
THE POWER OF US™

# SDT & PER – Interest & Price Overview

| | SDT | | PER | |
|---|---|---|---|---|
| | **Units** | **Percentage** | **Units** | **Percentage** |
| **SandRidge Retained Units** | | | | |
| Subordinated Units | 7,000,000 | 25.0% | 13,125,000 | 25.0% |
| Common Units | 2,166,063 | 7.7% | 2,875,000 | 5.5% |
| Total SD | 9,166,063 | 32.7% | 18,000,000 | 30.5% |
| Common Units (Public) | 18,833,937 | 67.3% | 36,500,000 | 69.5% |
| **Total Units Outstanding** | **28,000,000** | **100%** | **52,500,000** | **100%** |
| Current Price[(a)] | $29.98 | | $22.34 | |

(a) As of 03/22/2012



SANDRIDGE THE POWER OF US™

# SandRidge Metrics Progression

*$ in millions*

## Adjusted EBITDA




## Production(a)




## Proved Reserves & SEC PV-10(a)




## Year-End Net Debt / LTM EBITDA




a) 2011 Production, Reserves and PV-10 figures are consolidated for Royalty Trust amounts
b) Pro Forma for Dynamic's YE11 reserves
c) Includes $725MM of additional debt and Dynamic's PF EBITDA for the nine months ending September 20, 2011, annualized to represent a full year
Note: Based on 2012 Analyst Day guidance, adjusted for PER unit sales. Guidance assumes closing of the Dynamic acquisition on April 30, 2012



SANDRIDGE
THE POWER OF US™

SANDRIDGE

THE POWER OF US™

**Contact**: Kevin R. White, SVP – Business Development
Address: 123 Robert S. Kerr Avenue, Oklahoma City, OK 73102 | Phone: 405-429-5515
Email: kwhite@SandRidgeEnergy.com | Website: www.SandRidgeEnergy.com