# EXHIBIT 72

# High Yield Notes Offering

April 2012

SANDRIDGE

THE POWER OF US™

# Disclaimer

This presentation includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These statements express a belief, expectation or intention and are generally accompanied by words that convey projected future events or outcomes. The forward-looking statements include statements about SandRidge Energy, Inc.'s future operations, rig counts, drilling and resource locations, corporate strategies, including our focus on conventional oil plays and the pending acquisition of Dynamic Offshore Resources, LLC., goal to achieve a self-funding capital program while growing production and reducing our debt relative to earnings, estimates of oil and natural gas production, capital structure, reserve and resource volumes and values, projected revenue, expenses, capital expenditures and other costs, earnings, capital raising activities, including the issuance of $750 million senior unsecured notes, and hedge transactions. We have based these forward-looking statements on our current expectations and assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions and expected future developments, as well as other factors we believe are appropriate under the circumstances. However, whether actual results and developments will conform with our expectations and predictions is subject to a number of risks and uncertainties, including the volatility of oil and natural gas prices, our success in discovering, estimating, and developing oil and natural gas reserves, the availability and terms of capital, our timely execution of hedge transactions, credit conditions of global capital markets, changes in economic conditions, regulatory changes, including those related to carbon dioxide and greenhouse gas emissions, and other factors, many of which are beyond our control. We refer you to the discussion of risk factors in Part I, Item 1A -"Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2011 and in comparable "risk factors" sections of our Quarterly Reports on Form 10-Q filed after the date of this presentation. All of the forward-looking statements made in this presentation are qualified by these cautionary statements. The actual results or developments anticipated may not be realized or, even if substantially realized, they may not have the expected consequences to or effects on our company or our business or operations. Such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. We undertake no obligation to update or revise any forward-looking statements.



SANDRIDGE THE POWER OF US™

# Description of Senior Unsecured Notes

| | |
|---|---|
| **Issuer** | SandRidge Energy, Inc. |
| **Principal Amount** | $750 million |
| **Issue** | Senior Unsecured Notes |
| **Guarantors** | Existing material subsidiaries and certain of the Issuer's future domestic restricted subsidiaries |
| **Maturity** | 10.5 Years (October 2022) |
| **Optional Redemption** | NC – 5 (April 2017) |
| **Equity Clawback** | Up to 35% with proceeds of any common equity offering for the first three years |
| **Change of Control** | 101% of the principal plus accrued interest |
| **Covenants** | Substantially the same at the 7 ½% Senior Notes due 2021 |
| **Distribution Method** | 144A with Registration Rights |
| **Use of Proceeds** | Finance the cash consideration payable in connection with the acquisition of Dynamic Offshore Resources, LLC |



SANDRIDGE
THE POWER OF US

# Management Presenters

**Tom Ward**
Chairman and Chief Executive Officer

**Matt Grubb**
President and Chief Operating Officer

**James Bennett**
Executive Vice President and Chief Financial Officer

# SandRidge Key Credit Highlights

| | |
|---|---|
| **Strengthening Credit Metrics** | • Improving leverage ratios<br>• Reduced Net Debt $300MM since YE 2010<br>• Fully funded 2012 capital plan<br>• Strong liquidity with over $1.1B currently available<br>• Significant oil hedges mitigate downside risk |
| **Developing Oil Levered, Low Risk, Low Cost Drilling Opportunities** | • 100% of drilling CapEx in 2012 to be oil directed<br>• ~90% of pro-forma 2012 E&P forecasted revenue will be derived from oil production<br>• Predictable production profiles in development areas with 30+ years of performance data<br>• Shallow, conventional reservoirs lower costs<br>• Easy access to equipment mitigates cost inflation concerns |
| **Dynamic Acquisition Merits** | • Complements 3 year plan to double production, triple EBITDA and reduce leverage ratio<br>• Offshore free cash flow generation allows for redeployment of capital to develop onshore assets<br>• Transaction improves SandRidge credit metrics including Debt to EBITDA, Debt to Production, and Debt to Proved and PDP reserves<br>• Balances long-life onshore growth assets with high cash flow generating offshore assets; pro-forma reserve life remains long at 16 years |



SANDRIDGE
THE POWER OF US™

# SandRidge: Low Risk, Shallow, Conventional Oil

## Financial and Operational Summary

### Market Value

*($ in millions, except for share price)*

| | | |
|---|---|---|
| SD Share Price *(03/30/12)* | $ | 7.83 |
| Equity Value | $ | 3,256 |
| Net Debt[a] | $ | 2,606 |
| Preferred Stock | $ | 765 |
| Enterprise Value | $ | 6,627 |

## Pro Forma Summary

| | SandRidge | Dynamic | Pro Forma |
|---|---|---|---|
| **Current Production** *(MBoe/d)* | 67 | 25 | 92 |
| **Reserves** *(YE 2011)* | | | |
| Proved Reserves *(MMBoe)*[b] | 471 | 62 | 533 |
| % Oil [c] | 96% | 77% | 91% |
| % Developed | 49% | 81% | 53% |
| SEC PV-10 Value *($MM)*[b] | $ 6,876 | $ 1,895 | $ 8,771 |
| R/P (Reserves/Production) *(Years)* | 19.0 | 6.8 | 15.7 |
| NAV *($ Billion)*[d] | $ 34.5 | $ 2.5 | $ 37.0 |

## Operations Overview




(a) As of December 31, 2011
(b) SandRidge consolidated reserves with royalty trusts
(c) Weighted by PV-10 value
(d) As of YE 2011; Net of JVs & royalty trusts; Based on the 01/17/12 NYMEX strip
(e) Based on 3 wells per section



SANDRIDGE THE POWER OF US

# 3 Year Objectives



EBITDA ≥ $2 Billion (2014)




Double Oil Production (from 2011 levels)




Capex Funded Within Cash Flow (EOY 2014)



Continue to Improve Credit Metrics

SANDRIDGE
THE POWER OF US™

# Dynamic Acquisition

- Complements SandRidge's 3 year plan of doubling production, tripling EBITDA and reducing our leverage ratio
- Consistent with SandRidge's strategy as an early-mover into undervalued oil assets
- Continues SandRidge's focus on oil production from mature fields with high quality reservoirs
- Immediate accretion to cash flows, production and earnings
- Improves credit and leverage metrics
- Generates free cash flow



SANDRIDGE THE POWER OF US

# Dynamic Acquisition: Operational Overview

- Operates over 90% of its assets based on the PV-10 of its proved reserves
- Properties are predominantly located on the Gulf Shelf in water depths <300 feet, lowering operating risk and regulatory concerns
- Geographically diverse offshore position reduces concentration risk
- Significant Asset Retirement Obligations are pre-funded or turnkey






SANDRIDGE THE POWER OF US

# Operational Highlights



## Current Production = 67 MBoe/d

*2011 Oil Production Up 60% from 2010*



## Proved Reserve Value – Up 122%[(a)]



## 2012 Drilling Plan includes >1,100 Oil Wells

*Mississippian = 380 Wells; Permian = 759 Wells*



## 2012 Production Guidance – 54% Oil Growth

 (a) Adjusted for asset sales and production

# Mississippian – Vast Resource Potential




## Mississippian Project

- Shallow, Carbonate Oil Play
- 17 million acre prospective area
- SD ≈ 1.5 million net acres
- SD ≈ 7,000 potential net locations[a]
- Expected program outcome range 300-500 MBoe/well
- 380 Horizontal wells planned for SandRidge in 2012
- SWD Infrastructure key to success

**254 SandRidge horizontal wells**[b]

**280 Industry horizontal wells**[b]

(a) Based on 3 wells per section
(b) Drilled well counts as of 03/12/12

SANDRIDGE THE POWER OF US

# Produced Water Disposal Infrastructure

## Front End Engineering

- High capacity design
- Multi-directional flow
- Minimal production deferment due to downtime
- Supports extensive future development
- 51 Produced Water Disposal wells at YE'11
- 108 Produced Water Disposal wells at YE'12
- 312 Miles of pipeline
- Adding 4+ disposal wells per month
- Adding 20+ miles of pipe per month
- Material competitive barrier to entry






SANDRIDGE
THE POWER OF US

# Value Creation from Mississippian Play

## Mississippian Accomplishments

| | | |
|---|---|---|
| Accumulation | Acres | ≈ 2 Million |
| | Lease Costs | ≈ $400 Million |
| | Per Acre Cost | ≈ $200 / acre |

- Accumulated ≈ 2 Million acres over last two years
  - Total cost ≈ $400 Million

| | | |
|---|---|---|
| Monetization | Acres | ≈ 550,000 |
| | Value Creation | ≈ $2.33 Billion |
| | Implied Value | ≈ $4,236 / acre |

- Four Monetizations ≈ $2.33 Billion
  - SD Mississippian Trust I ($333 MM) – Closed
  - Atinum JV ($500 MM) – Closed
  - Repsol JV ($1.0 B) – Closed
  - Second Royalty Trust ($500 MM) – Pending

| | | |
|---|---|---|
| Current Value | Current Acres | ≈ 1.5 Million |
| | Implied Acreage Value | ≈ $6.35 Billion $4,236 / acre |
| | Resource NAV Implied Value | ≈ $23 Billion ≈ $15,000 / acre |

- Current Value
  - Potential future sale of 250k net acres

SANDRIDGE THE POWER OF US™

# Mississippian Operated Wells – Peak 30 Day Avg Rates




- 17,000 Industry vertical wells (7,500 within hz prospective area)
- SandRidge acreage
- ≈ 254 SandRidge horizontal wells drilled[a]
- ≈ 280 Industry horizontal wells drilled[a]

(a) Drilled well counts as of 03/12/2012

SANDRIDGE THE POWER OF US

# Mississippian – 534 Drilled Wells and 64 Active Rigs

| | Wells Drilled | Active Rigs |
|---|---|---|
| SandRidge | 254 | 22 |
| Chesapeake | 139 | 21 |
| Eagle | 41 | 3 |
| Calyx | 12 | 2 |
| Range | 11 | 2 |
| Plymouth | 10 | 2 |
| Chaparral | 3 | 3 |
| Shell | 2 | 3 |
| Panther | 8 | 0 |
| Other | 54 | 6 |
| **Total All** | **534** | **64** |




| | | |
|---|---|---|
| SandRidge | Drilled Wells/Active Drilling Rigs | 254/22 |
| Industry* | Drilled Wells/Active Drilling Rigs | 280/42 |

Note: Drilled well counts as of 03/12/2012
* Map excludes 2 industry drilled wells; 1 located in Logan County, OK and 1 located in Cowley County, KS

SANDRIDGE THE POWER OF US

# Mississippian Performance Comparison – 30 Day Peak Rates



# Mississippian Production Growth




≈ Last month of data is field estimate

SANDRIDGE
THE POWER OF US

# Mississippian Economics

- 204 Mbbl (100% Crude)
- 1,512 MMcf
- 456 Total MBoe
- $3.2 MM/well[a]
- 275 Boe/d 30 day IP
- PV-10 $5,669 M[b]
- ≈ 98% IRR[b]
- Total Resource (net acres)
  - WI 100%, NRI 83%
- 2012 Drilling Program 380 wells
  - WI 62%, NRI 51%




**≈ 7,000 Locations**

(a) Includes infrastructure capex
(b) NYMEX Strip as of 03/12/2012



SANDRIDGE THE POWER OF US

# Permian




## Central Basin Platform

- Shallow, Carbonate Oil Play
- 225 M net acre prospective area
- ≈ 7,600 potential locations
- ≈ 4,500' – 9,000' depth to target formation
- Most active driller (12 rigs)
- NAV of ≈ $7.2 Billion
- Multiple pay targets
  - Grayburg / San Andres
  - Clearfork / Wichita Albany
  - Penn / Ellenburger

| RANK | OPERATOR | ACTIVE WELL COUNT [(a)] | RIG COUNT [(b)] |
|---|---|---|---|
| 1 | OCCIDENTAL PERMIAN | 5212 | 2 |
| 2 | APACHE CORPORATION (BP) | 4884 | 4 |
| 3 | EXXON / MOBIL (XTO) | 3658 | 0 |
| 4 | CHEVRON | 3601 | 1 |
| 5 | SANDRIDGE ENERGY | 3208 | 12 |
| 6 | CONOCOPHILLIPS (BURLINGTON) | 2645 | 1 |

(a) All active wells as of ≈ 12/31/2011 (IHS data source)
(b) SD Rig count as of 03/12/12

SANDRIDGE
THE POWER OF US™

# Permian Economics

- 53 Mbbl (85% Crude)
- 27 MMcf, dry
- 58 Total MBoe
- $643 M/well
- 53 Boe/d 30 day IP
- PV-10 $785 M[(a)]
- ≈ 80% IRR[(a)]
- 2012 Drilling Program
  - WI 91% NRI 70%
- Total Resource
  - WI 88% NRI 68%




**≈ 7,600 Locations**

(a) NYMEX Strip as of 03/12/2012

SANDRIDGE THE POWER OF US

# Capital Structure Overview

*$ in millions*

## Senior Notes

| | |
|---|---|
| Floating Rate Sr Notes due 2014 | $350 |
| 9.875% Sr Notes due 2016 | 355 |
| 8.0% Sr Notes due 2018 | 750 |
| 8.75% Sr Notes due 2020 | 444 |
| 7.5% Sr Notes due 2021 | 900 |
| **Total** | **$2,798** |
| *New Sr Notes due 2022* | *$750* |
| **Pro Forma Total** | **$3,548** |

## Preferred Stock

| | |
|---|---|
| 8.5% Convertible Perpetual Preferred [a] | $265 |
| 6.0% Convertible Preferred [b] | 200 |
| 7.0% Convertible Perpetual Preferred [c] | 300 |
| **Total** | **$765** |

| Credit Ratings[d] | Corp Rating | Outlook |
|---|---|---|
| Moody's | B | Stable |
| S&P | B2 | Stable |

## Debt Maturity Summary




(a) Convertible at holder's option at $8.0125 per common share; convertible after Feb 20, 2014
(b) Convertible at holder's option at $10.856 per common share; automatic conversion after Dec 21, 2014
(c) Convertible at holder's option at $7.7645 per common share; convertible after Nov 20, 2015
(d) As of March 30, 2012



SANDRIDGE THE POWER OF US

# Capital Funding Plan

*$ in millions*

## 2011: Actual




## 2012: Projected[b]




a) 2011 EBITDA includes realized cash gains from out of period hedge settlements
b) Based on 2012 guidance and assumes closing of the Dynamic acquisition on April 30, 2012; does not include Sources and Uses related to the Dynamic acquisition
c) 2012 EBITDA based on Analyst Day guidance, adjusted for PER unit sales

SANDRIDGE THE POWER OF US

# Capitalization Progression

*$ in millions*

| | December 31 2010 | June 30 2011 | December 31 2011 | December 31 2011 Pro Forma[a] |
|---|---|---|---|---|
| **Capitalization** | | | | |
| Cash & Cash Equivalents | $6 | $5 | $208 | $228 |
| **Debt** | | | | |
| Current Maturities of LT Debt | $7 | $1 | $1 | $1 |
| Senior Credit Facility | 340 | 80 | 0 | 0 |
| Senior Notes | 2,546 | 2,797 | 2,798 | 3,548 |
| Other | 16 | 16 | 15 | 15 |
| **Total** | **$2,909** | **$2,893** | **$2,814** | **$3,564** |
| **Equity** | **$1,536** | **$1,437** | **$1,626** | **$2,219** |
| Noncontrolling interest | 11 | 360 | 923 | 923 |
| **Total Book Capitalization** | **$4,457** | **$4,690** | **$5,363** | **$6,706** |
| **Credit Statistics** | | | | |
| Net Debt | $2,903 | $2,889 | $2,606 | $3,336 |
| LTM Adjusted EBITDA | $645 | $676 | $654 | $1,090 [d] |
| Net Debt / Adjusted EBITDA | 4.5x | 4.3x | 4.0x | 3.1x [d] |
| Adjusted EBITDA / Interest | 2.8x | 2.9x | 2.8x | 3.5x [d] |
| Net Debt / Proved Reserves ($/Boe)[b] | $5.32 | $5.29 | $5.53 | $6.25 |
| Net Debt / Proved Producing Reserves ($/Boe)[b] | $13.04 | $12.97 | $11.29 | $11.86 |
| Net Debt / Daily Production[c] | $46.55 | $46.59 | $40.01 | $37.01 |
| Net Debt / Total Capitalization | 65% | 62% | 49% | 50% |

a) Adjusted for the Dynamic acquisition, including $750MM of new debt and associated increases to cash balances. Adjustments for fees include all aspects of the deal financing, including the amended revolver

b) December 2010 and June 2011 reserves based on YE10 amounts. December 2011 reserves based on YE11 amounts. December 2011 Pro Forma reserves based on combined YE11 SandRidge and Dynamic amounts

c) Based on previous quarter's average daily production. December 2011 amounts are adjusted to exclude production related to the East Texas divestiture. Pro Forma December 2011 amounts include 25 Mboe/d production related to Dynamic

d) EBITDA is calculated as the sum of Dynamic's 2011 Pro Forma EBITDAX of $433MM and SandRidge's Pro Forma 2011 EBITDA of $657MM, Pro Forma for PER, the sale of East Texas assets and the pending SDR IPO



SANDRIDGE THE POWER OF US

# SandRidge Metrics Progression

## Adjusted EBITDA




## Production(a)




## Proved Reserves & SEC PV-10(a)




## Year-End Net Debt / LTM EBITDA




a) 2011 Production, Reserves and PV-10 figures are consolidated for Royalty Trust amounts
b) Pro Forma for Dynamic's YE11 reserves
c) Includes $750MM of additional debt and associated increase to cash balances
d) EBITDA is the sum of Dynamic and SandRidge's 2011 Pro Forma EBITDA

SANDRIDGE THE POWER OF US

# Dynamic Acquisition: Sources & Uses and Pro Forma Cap

*($ in millions)*

| Sources | | Uses | |
|---|---|---|---|
| New SandRidge Senior Unsecured Notes | $750 | Purchase of Dynamic Equity | $969 |
| New SandRidge Equity | 593 | Refinance Dynamic Net Debt | 306 |
| | | SandRidge Cash | 21 |
| | | Fees and Expenses | 48 |
| **Total Sources** | **$1,343** | **Total Uses** | **$1,343** |

*($ in millions)*

| | 12/31/2011 Amount | Transaction Adjustments | PF 12/31/2011 Amount |
|---|---|---|---|
| Cash | $208 | $21 | $228[(a)] |
| Senior Secured Credit Facility | -- | -- | -- |
| Mortgage Notes Payable | 16 | -- | 16 |
| **Total Secured Debt** | **$16** | | **$16** |
| Senior FRNs due 2014 | 350 | -- | 350 |
| Senior Notes due 2016 | 355 | -- | 355 |
| Senior Notes due 2018 | 750 | -- | 750 |
| Senior Notes due 2020 | 444 | -- | 444 |
| Senior Notes due 2021 | 900 | -- | 900 |
| New Senior Unsecured Notes | -- | 750 | 750 |
| **Total Debt** | **$2,814** | | **$3,564** |
| Stockholders' Book Equity | 2,549 | 593 | 3,142 |
| **Total Book Capitalization** | **$5,363** | | **$6,706** |
| **Credit Statistics** | | | |
| Net Debt / PF FYE 12/31/2011 EBITDA | | | 3.1x |
| Total Debt / PF FYE 12/31/2011 EBITDA | | | 3.3x |
| **Financial Statistic** | | | |
| FYE 12/31/2011 PF EBITDA | $657[(b)] | $433[(c)] | $1,090 |

a) Adjustments for fees include all aspects of the deal financing, including the amended revolver
b) Pro forma for the East Texas asset sale, PER and the pending IPO of SDR
c) Pro forma for the acquisition of certain oil and gas interests in the Gulf of Mexico from Exxon on August 31, 2011

SANDRIDGE
THE POWER OF US

# SandRidge Energy – Company Strategy

SandRidge Strategy

- Generate high rates of return from high quality assets
- Dominate acreage position in core operating areas
- Drive growth with strategic drilling program
- Continue focus on ever improving credit metrics
- Positioned for "Years of Harvest"





SANDRIDGE THE POWER OF US

# Appendix

# Hedge Summary – Annual Detail, SandRidge & Dynamic Combined

| | Oil Swaps | | Oil Collars | | | Gas Swaps | | Gas Collars | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Price | Volume (MMBbls) | Ceiling | Floor | Volume (MMBbls) | Price | Volume (Bcf) | Ceiling | Floor | Volume (Bcf) |
| **2012** | $99.65 | 15.7 | $108.19 | $82.87 | 0.3 | $5.32 | 5.6 | $6.59 | $4.08 | 5.8 |
| **2013** | $96.28 | 17.6 | $102.50 | $80.00 | 0.2 | - | - | $6.71 | $3.78 | 6.9 |
| **2014** | $89.81 | 13.7 | - | - | - | - | - | $7.78 | $4.00 | 0.9 |
| **2015** | $84.77 | 7.6 | - | - | - | - | - | $8.55 | $4.00 | 1.0 |

- As of March 21, 2012
- SandRidge has 14.6 Bcf of WAHA basis hedges in 2013 at an average price of $0.458. Hedge positions include contracts that have been novated to SandRidge Permian Trust or the benefits of which have been conveyed to SandRidge Mississippian Trust I or SandRidge Permian Trust;
- Includes Dynamic's hedges beginning May 2012. Dynamic has 815 Mbbls of LLS-WTI swaps at an average price of $17.83 during the period May-December 2012

SANDRIDGE THE POWER OF US

# Hedge Summary – 2012 Quarterly Detail, SandRidge & Dynamic Combined

Contracts in Place as of March 21, 2012

| | Quarter Ending | | | |
|---|---|---|---|---|
| | **3/31/2012** | **6/30/2012** | **9/30/2012** | **12/31/2012** |
| **Oil Swaps:** | | | | |
| Volume (MMBbls) | 3.04 | 3.91 | 4.31 | 4.42 |
| Swap | $99.21 | $99.48 | $99.72 | $100.04 |
| Collar Volume (MMBbls) | 0.00 | 0.07 | 0.10 | 0.09 |
| Collar: High | NM | $108.62 | $108.15 | $107.90 |
| Collar: Low | NM | $83.03 | $82.86 | $82.77 |
| **Natural Gas Swaps:** | | | | |
| Volume (Bcf) | 1.82 | 2.48 | 0.88 | 0.48 |
| Swap | $4.90 | $5.23 | $6.12 | $5.98 |
| Collar Volume (Bcf) | - | 1.41 | 2.16 | 2.27 |
| Collar: High | - | $6.62 | $6.58 | $6.58 |
| Collar: Low | - | $4.11 | $4.04 | $4.09 |

Notes:
- Hedge summary as of March 21, 2012
- Hedge positions include contracts that have been novated to SandRidge Permian Trust or the benefits of which have been conveyed to SandRidge Mississippian Trust I or SandRidge Permian Trust
- Dynamic's hedges are included beginning May 2012. Dynamic has 815 thousand barrels of LLS-WTI swaps at an average price of $17.83 during the period May-December 2012



SANDRIDGE THE POWER OF US™

# SDT & PER – Interest & Price Overview

| | SDT | | PER | |
|---|---|---|---|---|
| | Units | Percentage | Units | Percentage |
| **SandRidge Retained Units** | | | | |
| Subordinated Units | 7,000,000 | 25.0% | 13,125,000 | 25.0% |
| Common Units | 2,166,063 | 7.7% | 2,875,000 | 5.5% |
| Total SD | 9,166,063 | 32.7% | 18,000,000 | 30.5% |
| Common Units (Public) | 18,833,937 | 67.3% | 36,500,000 | 69.5% |
| **Total Units Outstanding** | **28,000,000** | **100%** | **52,500,000** | **100%** |
| Current Price[(a)] | $29.79 | | $23.31 | |

(a) As of 03/30/2012



SANDRIDGE THE POWER OF US

SANDRIDGE

THE POWER OF US™

**Contact**: Kevin R. White, SVP – Business Development
Address: 123 Robert S. Kerr Avenue, Oklahoma City, OK 73102 | Phone: 405-429-5515
Email: kwhite@SandRidgeEnergy.com | Website: www.SandRidgeEnergy.com