# EXHIBIT 80

# Enercom's The Oil and Gas Conference®

August 14, 2012

SANDRIDGE

THE POWER OF US™

# Disclaimer

This presentation includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These statements express a belief, expectation or intention and are generally accompanied by words that convey projected future events or outcomes. The forward-looking statements include statements about SandRidge Energy, Inc.'s future operations, rig counts, drilling and resource locations, corporate strategies, including our focus on conventional oil plays with a goal to achieve a self-funding capital program while growing production and reducing our debt relative to earnings, estimates of oil and natural gas production, reserve and resource volumes and values, projected revenue, expenses, capital expenditures and other costs, earnings, capital raising activities and hedge transactions. We have based these forward-looking statements on our current expectations and assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions and expected future developments, as well as other factors we believe are appropriate under the circumstances. However, whether actual results and developments will conform with our expectations and predictions is subject to a number of risks and uncertainties, including the volatility of oil and natural gas prices, our success in discovering, estimating, and developing oil and natural gas reserves, the availability and terms of capital, the successful integration of recent acquisitions, our timely execution of hedge transactions, credit conditions of global capital markets, changes in economic conditions, regulatory changes, including those related to carbon dioxide and greenhouse gas emissions, and other factors, many of which are beyond our control. We refer you to the discussion of risk factors in Part I, Item 1A - "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2011 and in comparable "risk factors" sections of our Quarterly Reports on Form 10-Q filed after the date of this presentation. All of the forward-looking statements made in this presentation are qualified by these cautionary statements. The actual results or developments anticipated may not be realized or, even if substantially realized, they may not have the expected consequences to or effects on our company or our business or operations. Such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. We undertake no obligation to update or revise any forward-looking statements.

The SEC permits oil and natural gas companies, in their filings with the SEC, to disclose only proved, probable and possible reserves, as each is defined by the SEC. At times we use the term "EUR" (estimated ultimate recovery) and "resources" and refer to their location and potential to provide estimates that the SEC's guidelines prohibit us from including in filings with the SEC. These estimates are by their nature more speculative than estimates of proved, probable or possible reserves and, accordingly, are subject to substantially greater risk of being actually realized by the company. For a discussion of the company's proved reserves, as calculated under current SEC rules, we refer you to the company's Annual Report on Form 10-K referenced above, which is available on our website at www.sandridgeenergy.com and at the SEC's website at www.sec.gov.

Regulation G Disclosure

This presentation includes certain non-GAAP financial measures as defined under SEC Regulation G. A reconciliation of those measures to the most directly comparable GAAP measures is available on our website at www.sandridgeenergy.com.

SANDRIDGE
THE POWER OF US™

# Corporate Profile

## Market Value *($ in billions)*

| | | |
|---|---|---|
| Market Cap *(08/10/12)* | $ | 3.4 |
| Net Debt[a][b] | | 3.1 |
| Preferred Stock | | 0.8 |
| Enterprise Value | $ | 7.3 |

## Reserves *(YE 2011)*

| | |
|---|---|
| Proved Reserves *(MMBoe)*[c] | 533 |
| % Oil[d] | 91% |
| % Developed | 53% |
| Resource Potential *(MMBoe)*[e] | 4,400 |




(a) As of 6/30/12, Pro Forma for the Company's most recent $1,100 million senior note offering and the ongoing tender offer for 2014 floating rate notes
(b) Non-GAAP financial measure. Refer to slide 2 for additional disclosure
(c) SandRidge consolidated reserves with royalty trusts, Pro Forma Dynamic Offshore
(d) Weighted by PV-10 value
(e) As of YE 2011; Net of JVs & royalty trusts; Based on the 01/17/12 NYMEX strip
(f) Based on 3 wells per section



SANDRIDGE THE POWER OF US

# 2012: Second Quarter Review

## Company Highlights

- Achieved record oil production of 4.6 MMBbls (Total production of 8.2 MMBoe)
- Increased average daily production in the second quarter 36% to 90.2 Mboe/d
- Drilled five Mississippian wells with 30-day IPs over 1,000 Boe/d
- Grew Mississippian average daily production 31% quarter over quarter and 199% from the comparable period in 2011
- For the second half of 2012, 81% of projected oil production is hedged at over $100 per barrel and another 39 million barrels of oil are hedged from 2013 to 2015
- Raised $615 Million in total net proceeds by completing IPO of SandRidge Mississippian Trust II and selling units of SandRidge Mississippian Trust I
- Raised $130 Million through the sale of non-core Tertiary assets producing approximately 1,100 Boe per day
- Increased 2012 production guidance to 33.0 MMBoe from 32.3 MMBoe
- Decreased the 2012 mid-point lifting cost guidance by 6%



SANDRIDGE
THE POWER OF US

# Three Year Objectives




**EBITDA ≥ $2 Billion**

**CapEx Funded Within Cash Flow**

**Continue to Improve Credit Metrics**




(a) Includes NGLs

# Capital Spending Funding Plan

## 2012

- **Fully funded through organic cash flows, Mississippian joint venture, royalty trust IPO, secondary unit sales, and non-core asset sales**
  - August $1.1 Billion bond offering
  - June 30th $1.9 Billion liquidity, pro forma for the bond offering

## 2013

- **≈ $2 Billion capital program funded through cash flow from operations and available liquidity**
  - Leverage ≈ 3.0x
  - Additional debt supported by 2012 and 2013 EBITDA growth

**2012 and 2013 Capital Programs Comfortably Funded**

SANDRIDGE
THE POWER OF US™

# Credit Metrics and Liquidity

## Pro Forma LTM Adjusted EBITDA[(a)(e)]




## Net Debt & Leverage[(b)(e)]




## Net Debt / Total Cap[(b)(e)]




## Liquidity[(b)(d)(e)]




(a) 4Q10 and 2Q11 are Pro Forma for the Arena Acquisition. 2Q12 represents the annualized six-month Adjusted EBITDA ending June 30, 2012, calculated on an pro forma basis for the DOR acquisition, the IPO of SDR, and the East Texas divestiture. The annualized six-month figure is presented as a proxy for Pro Forma LTM Adjusted EBITDA for the 12-months ending June 30, 2012, which is not available at this time
(b) 2Q12 P.F. are Pro Forma for the Company's most recent $1,100 million senior notes offering, and the ongoing tender offer for outstanding 2014 senior floating rate notes
(c) Leverage Ratio represents Consolidated Leverage Ratio calculated pursuant to the terms of the Senior Credit Facility
(d) Liquidity represents the quarter ending cash balance and revolver availability, adjusted for letters of credit
(e) Contains a non-GAAP financial measure. Refer to slide 2 for additional disclosure

SANDRIDGE THE POWER OF US™

# Hedges – Actively Locking in High Rates of Return

| Oil | Q3 2012 | Q4 2012 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| **Swaps** | | | | | | |
| Volumes (MMBbls) | 4.05 | 4.20 | 15.02 | 18.52 | 6.78 | 5.08 |
| Price ($/Bbl) | $100.52 | $100.67 | $100.22 | $96.24 | $92.15 | $83.69 |
| **Three-way Collars** | | | | | | |
| Volumes (MMBbls) | - | - | - | - | 8.21 | - |
| Call Price ($/Bbl) | - | - | - | - | $100.00 | - |
| Put Price ($/Bbl) | - | - | - | - | $90.20 | - |
| Short Put Price ($/Bbl) | - | - | - | - | $70.00 | - |
| **Natural Gas** | | | | | | |
| **Swaps** | | | | | | |
| Volumes (Bcf) | 20.85 | 22.05 | 52.95 | 13.50 | - | - |
| Price ($/Mcf) | $2.81 | $3.14 | $3.10 | $3.51 | - | - |
| **Collars** | | | | | | |
| Volumes (Bcf) | 2.16 | 2.27 | 5.84 | 6.86 | 0.94 | 1.01 |
| Call Price ($/Mcf) | $6.58 | $6.58 | $6.59 | $6.71 | $7.78 | $8.55 |
| Put Price ($/Mcf) | $4.04 | $4.09 | $4.08 | $3.78 | $4.00 | $4.00 |

- Strong hedge program provides downside protection in volatile commodity markets
  - Target 75-85% of current year production hedged
- Continue to use hedges to ensure financial stability

- As of 8/7/2012
- Hedge positions include contracts that have been novated to or the benefit of which have been conveyed to SandRidge sponsored royalty trusts
- SandRidge has 1.5 MMBbls of LLS-WTI swaps at an average price of $17.27 during the May-December 2012 period
- SandRidge has 0.3 MMBbls of oil collars from Q312 – Q413 at an average ceiling price of $107 and an average floor price of $81.96

SANDRIDGE THE POWER OF US℠

# Organic Growth Economics

| Mississippian | |
|---|---|
| Oil EUR | 204 Mbbl (100% Crude) |
| Gas EUR | 1,512 MMcf |
| Total EUR | 456 Total Mboe |
| Gross Well Cost | $3.2 MM/well [a] |
| 30 Day IP | 275 Boe/d |
| PV-10 [b] | $4,996 M |
| IRR [b] | ≈ 77% |
| 2012 Drilling Program | WI 62%, NRI 51% |
| Total Locations | ≈ 8,000 |

| Permian | |
|---|---|
| Oil EUR | 53 Mbbl (85% Crude) |
| Gas EUR | 27 MMcf, dry |
| Total EUR | 58 Total Mboe |
| Gross Well Cost | $643 M/well |
| 30 Day IP | 53 Boe/d |
| PV-10 [b] | $627 M |
| IRR [b] | ≈ 56% |
| 2012 Drilling Program | WI 91%, NRI 70% |
| Total Locations | ≈ 7,350 |

## Liquids Driven Returns




## Gas Price Upside




(a) Includes infrastructure capex
(b) NYMEX Strip as of 07/31/2012

SANDRIDGE THE POWER OF US

# 2012 Capital Expenditures

## Total



- E&P: $1700MM
- Land & Seismic: $200MM
- Oil Field Services: $30MM
- Midstream & Other: $170MM

## Exploration & Production



- Mid-Con: $610MM[a]
- Permian: $480MM
- Offshore: $200MM
- Infrastructure, Workovers, Non-Op, and Carryover: $350MM
- Capitalized G&A: $50MM
- Other: $10MM

## E&P Highlights by Region

**Mississippian Play ($610MM)[a]**

- ≈ 380 horizontal wells planned
- 30 horizontal rigs currently operating in the play
  - 20 drilling horizontal producer wells in Oklahoma
  - 10 drilling horizontal producer wells in Kansas
- 5 rigs drilling saltwater disposal wells

**Permian Basin ($480MM)**

- ≈ 750 wells planned
- 12 active rigs in the Permian Basin

**Gulf of Mexico ($200MM)**

- 10 operated wells and 2-4 non-operated wells planned
- 26 recompletions planned

(a) Mid-Con capex is net of Mississippian carry amounts

SANDRIDGE THE POWER OF US™

# Mississippian – 872 Drilled Wells and 77 Active Rigs




| | Wells Drilled | Active Rigs |
|---|---|---|
| **SandRidge*** | **392** | **30** |
| Chesapeake | 237 | 19 |
| Eagle | 55 | 2 |
| Calyx | 21 | 1 |
| Range | 21 | 2 |
| Plymonth | 14 | 1 |
| Shell | 15 | 3 |
| Territory Res. | 8 | 1 |
| Panter | 8 | 0 |
| Chaparral | 8 | 1 |
| Devon | 8 | 1 |
| Other | 85 | 16 |
| TOTAL ALL | 872 | 77 |

- **392 SandRidge horizontal wells** (b)
  - **380 Hz operated wells planned in 2012**
  - **SD ≈ 8,000 potential net locations** (a)
- **480 Industry horizontal wells** (b)
- **14,700 Vertical Miss wells**
- **SD ≈ 1.7 million net acres**

(a) Based on 3 wells per section
(b) Drilled well counts as of 07/27/12

SANDRIDGE
THE POWER OF US

# Mississippian Oil: Contending with Top US Oil Plays

| Oil Resource Play | Horizontal 30 Day Maximum Oil [a] # Wells | # Wells > 2,000 BOPD | Max BOPD per Well |
|---|---|---|---|
| **Mississippian** | **640** | **2** | **2,394** |
| Bakken | 4,371 | 3 | 2,239 |
| Eagle Ford | 2,267 | 1 | 2,377 |






(a) Public records search

SANDRIDGE
THE POWER OF US

SD-SECURITIES-0001771

# Mississippian Performance – 30 Day Average Rates




| Boe/d Range | 0 – 100 | 101 - 500 | 501 -1,000 | > 1,000 |
|---|---|---|---|---|
| | 58 Wells | 212 Wells | 42 Wells | 14 Wells |

* Data as of 07/24/2012

SANDRIDGE
THE POWER OF US™

# Mississippian Production Growth

## Organic Growth From Drilling

- 2010 Avg rig count = 5
- 2011 Avg rig count = 15
- 2012 Projected avg rig count = 26

Ramping 1 rig/month reaching 45 Rigs by YE 2013






SANDRIDGE THE POWER OF US

# Maximize Value Through Infrastructure Investment

## Disposal System: Key Business Asset

- Efficiency of Operations (39 days spud to 1st sales)
- LOE Reduction
- Barrier to Entry

## Salt Water Disposal Progress

- Injection volume 2X
- Current producer to injector ratio ≈ 4:1
  - Projected YE ≈ 5:1
  - Project expectation 10:1
  - Current utilization is ≈ 50% with 4:1 ratio
- Trucked Volumes decreased to ≈ 3%






SANDRIDGE
THE POWER OF US

# Permian Basin Statistics

## Central Basin Platform




- 13 Billion Bbls cumulative production
  - Production spans 3MM acres
  - Top producing zones San Andres/Clear Fork
- Shallow, Carbonate Oil Zones
- 225M net acres in SD focus area
- ≈ 7,350 potential locations
- ≈ 4,500' – 9,000' depth to target formation
- Most active driller (12 rigs)
- Multiple pay targets
  - San Andres / Grayburg
  - Clear Fork / Wichita Albany
  - Penn / Ellenburger

| RANK | OPERATOR | ACTIVE WELL COUNT [(a)] | RIG COUNT [(b)] |
|---|---|---|---|
| 1 | OCCIDENTAL PERMIAN | 5212 | 9 |
| 2 | APACHE CORPORATION (BP) | 4884 | 4 |
| 3 | EXXON / MOBIL (XTO) | 3658 | 3 |
| 4 | CHEVRON | 3601 | 1 |
| 5 | SANDRIDGE ENERGY | 3208 | 12 |
| 6 | CONOCOPHILLIPS (BURLINGTON) | 2645 | 2 |

(a) All active wells as of ≈ 12/31/2011 (IHS data source)
(b) SD Rig count as of 08/07/12



SANDRIDGE
THE POWER OF US™

# SandRidge: Built on a Solid Foundation

## SandRidge Strategy

- Generate high rates of return from quality oil assets
- Drive double digit oil growth through Mississippian drilling program
- Dominate acreage position / achieve scale in core operating areas
- Continue focus on improving credit metrics
- Lock in returns and protect downside through multi-year hedging
- Fully funded capital programs for 2012 and 2013



SANDRIDGE THE POWER OF US™

# Appendix

# 2012 Operational Guidance

## Production

| | |
|---|---|
| Oil (MMBbls) [(a)] | 18.2 |
| Natural Gas (Bcf) | 88.8 |
| **Total (MMBoe)** | **33.0** |

## Capital Expenditures ($ in millions)

| | |
|---|---|
| Exploration and Production | $1,700 |
| Land and Seismic | 200 |
| **Total Exploration and Production** | **$1,900** |
| Oil Field Services | 30 |
| Midstream and Other | 170 |
| **Total Capital Expenditures (excl. Acquisitions)** | **$2,100** |

## Shares Outstanding at End of Period (in millions)

| | |
|---|---|
| Common Stock | 493.0 |
| Preferred Stock (as converted) | 90.1 |
| Fully Diluted | 583.1 |

| | |
|---|---|
| Corporate Tax Rate | 0% |
| Deferral Rate | 0% |

## Differentials

| | |
|---|---|
| Oil [(a)] | $9.00 |
| Natural Gas | $0.50 |

## Cost per Boe

| | |
|---|---|
| Lifting | $15.00 - $17.00 |
| Production Taxes | 1.75 - 1.95 |
| DD&A - oil & gas | 16.50 - 18.25 |
| DD&A - other | 1.75 - 1.95 |
| Total DD&A | $18.25 - $20.20 |
| G&A - cash | 4.70 - 5.20 |
| G&A - stock | 1.15 - 1.30 |
| Total G&A | $5.85 - $6.50 |
| Interest Expense | $8.70 - $9.60 |
| EBITDA from Oilfield Services, Midstream, and Other ($ in millions) [(b)] | $50.0 |
| Adjusted Net Income Attributable to Noncontrolling Interest ($ in millions) [(c)] | $134.2 |
| P&A Cash Cost ($ in millions) | $60.0 |

(a) Includes NGLs
(b) EBITDA from Oilfield Services, Midstream and Other is a non-GAAP financial measure as it excludes from net income interest expense, income tax expense and depreciation, depletion and amortization. The most directly comparable GAAP measure for EBITDA from Oilfield Services, Midstream and Other is Net Income from Oilfield Services, Midstream and Other. Information to reconcile this non-GAAP financial measure to the most directly comparable GAAP financial measure is not available at this time, as management is unable to forecast the excluded items for future periods and/or does not forecast the excluded items on a segment basis
(c) Adjusted Net Income Attributable to Noncontrolling Interest is a non-GAAP financial measure as it excludes unrealized gain or loss on derivative contracts and gain or loss on sale of assets. The most directly comparable GAAP measure for Adjusted Net Income Attributable to Noncontrolling Interest is Net Income Attributable to Noncontrolling Interest. Information to reconcile this non-GAAP financial measure to the most directly comparable GAAP financial measure is not available at this time, as management is unable to forecast the excluded items for future periods



SANDRIDGE THE POWER OF US

# 2012 E&P Capital Expenditure Plans

| | Updated 2012E | | |
|---|---|---|---|
| | Well Count | | Total |
| | Gross | Net | Capex ($MM) |
| Drilling and Completion | | | |
| Mid-Continent | 380 | 251 | $830 |
| Mid-Continent - SWD | 69 | 52 | 100 |
| Permian | 750 | 678 | 480 |
| Gulf of Mexico | N/A | N/A | 200 |
| All Other Areas | N/A | N/A | 10 |
| JV Carry | N/A | N/A | (320) |
| Total Drilling and Completion | 1,199 | 981 | $1,300 |
| | | | |
| Infrastructure, Workovers, Carryover & Non-Op | | | 350 |
| Capitalized G&A and Interest | | | 50 |
| **E&P Capital Expenditures** | | | **$1,700** |
| | | | |
| Land and Seismic | | | 200 |
| Oil Field Services | | | 30 |
| Midstream and Other | | | 170 |
| **TOTAL** | | | **$2,100** |



SANDRIDGE
THE POWER OF US™

# Capital Structure Overview

*$ in millions*

## Senior Notes[a]

| | |
|---|---|
| 9.875% Sr Notes due 2016 | 356 |
| 8.0% Sr Notes due 2018 | 750 |
| 8.75% Sr Notes due 2020 | 444 |
| 7.5% Sr Notes due 2021 | 1,179 |
| 8.125% Sr Notes due 2022 | 750 |
| 7.5% Sr Notes due 2023 | 821 |
| **Total** | **$4,300** |

## Preferred Stock

| | |
|---|---|
| 8.5% Convertible Perpetual Preferred [b] | $265 |
| 6.0% Convertible Preferred [c] | 200 |
| 7.0% Convertible Perpetual Preferred [d] | 300 |
| **Total** | **$765** |

## Credit Ratings

| | Corp Rating | Outlook |
|---|---|---|
| Moody's | B1 | Stable |
| S&P | B | Stable |

## Debt Maturity Summary[a]




(a) Pro Forma for the Company's recent $1,100 million senior notes offering, and the ongoing tender offer for outstanding 2014 senior floating rate notes
(b) Convertible at holder's option at $8.0125 per common share; convertible after Feb 20, 2017
(c) Convertible at holder's option at $10.856 per common share; automatic conversion after Dec 21, 2014
(d) Convertible at holder's option at $7.7645 per common share; convertible after Nov 20, 2015
(e) Weighted Average Maturity excludes Credit Facility amounts



SANDRIDGE THE POWER OF US

# Royalty Trusts Ownership

| | SDT | | PER | | SDR | |
|---|---|---|---|---|---|---|
| | Units | Percentage | Units | Percentage | Units | Percentage |
| **SandRidge Retained Units** | | | | | | |
| Subordinated Units | 7,000,000 | 25.0% | 13,125,000 | 25.0% | 12,431,250 | 25.0% |
| Common Units | 1,216,063 | 4.3% | 2,875,000 | 5.5% | 7,393,750 | 14.9% |
| Total SD | 8,216,063 | 29.3% | 16,000,000 | 30.5% | 19,825,000 | 39.9% |
| Common Units (Public) | 19,783,937 | 70.7% | 36,500,000 | 69.5% | 29,900,000 | 60.1% |
| **Total Units Outstanding** | **28,000,000** | **100%** | **52,500,000** | **100%** | **49,725,000** | **100%** |



SANDRIDGE THE POWER OF US

SANDRIDGE
THE POWER OF US™

**Contact**: Kevin R. White, SVP – Business Development
Address: 123 Robert S. Kerr Avenue, Oklahoma City, OK 73102 | Phone: 405-429-5515
Email: kwhite@SandRidgeEnergy.com | Website: www.SandRidgeEnergy.com