**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. 12-cv-01341-G |
| This Document Relates to:<br><br>ALL ACTIONS. | |

## DECLARATION OF STEPHEN P. BARRY IN SUPPORT OF DEFENDANT TOM L. WARD'S MOTION FOR SUMMARY JUDGMENT

I, Stephen P. Barry, do declare and state as follows:

1. I am an associate at the law firm of Latham & Watkins LLP, counsel to Defendant Tom L. Ward in the above-captioned case. I am licensed to practice law in the District of Columbia and Virginia, and am admitted *pro hac vice* to this Court. I have personal knowledge of the facts stated in this declaration.

2. I submit this declaration in support of Mr. Ward's concurrently filed Motion for Summary Judgment.

3. Attached hereto are true and correct copies of the following exhibits:

| Exhibit No. | Description |
|---|---|
| **Deposition Transcripts** | |
| 1 | James Bennett Deposition Transcript (Feb. 13-14, 2019), Excerpted |
| 2 | Steven Crane Deposition Transcript (May 16, 2019), Excerpted |

| Exhibit No. | Description |
|---|---|
| 3 | Lance Galvin Deposition Transcript (Jan. 8-9, 2019), Excerpted |
| 4 | Matthew Grubb Deposition Transcript (Mar. 21-22, 2019), Excerpted |
| 5 | Craig Johnson Deposition Transcript of (Mar. 5, 2019), Excerpted |
| 6 | Doug Johnson Deposition Transcript (Mar. 26, 2019), Excerpted |
| 7 | Rodney Johnson Deposition Transcript (Mar. 13-14, 2019), Excerpted |
| 8 | Jeffrey Knupp Deposition Transcript (Apr. 12, 2019), Excerpted |
| 9 | Kyle Koontz Deposition Transcript (Mar. 7, 2019), Excerpted |
| 10 | David Lawler Deposition Transcript (Feb. 21-22, 2019), Excerpted |
| 11 | David Miller Deposition Transcript (Dec. 12-13, 2018), Excerpted |
| 12 | Danh Nguyen Deposition Transcript (Feb. 27, 2019), Excerpted |
| 13 | Todd Tipton Deposition Transcript (Dec. 6, 2018, Mar. 18-19, 2019), Excerpted |
| 14 | Lindsey Walton Deposition Transcript (Jan. 31, 2019), Excerpted |
| 15 | Tom Ward Deposition Transcript (Mar. 28-29, 2019), Excerpted |
| 16 | Kevin White Deposition Transcript (Feb. 28, 2019), Excerpted |
| **Earnings Call** | |
| 17 | SandRidge Energy Earnings Call (Nov. 5, 2010) |
| 18 | SandRidge Energy Earnings Call (Feb. 25, 2011) |
| 19 | SandRidge Energy Earnings Call (May 6, 2011) |
| 20 | SandRidge Energy Earnings Call (Aug. 5, 2011) |
| 21 | SandRidge Energy Earnings Call (Nov. 4, 2011) |
| 22 | SandRidge Energy Earnings Call (Feb. 24, 2012) |
| 23 | SandRidge Energy Earnings Call (May 4, 2012) |
| 24 | SandRidge Energy Earnings Call (Aug. 3, 2012) |
| 25 | SandRidge Energy Earnings Call (Aug. 10, 2012) |
| 26 | Trust I Earnings Call (Aug. 12, 2011) |

| Exhibit No. | Description |
|---|---|
| 27 | Trust I Earnings Call (Nov. 11, 2011) |
| 28 | Trust I Earnings Call (Feb. 17, 2012) |
| 29 | Trust I Earnings Call (May 11, 2012) |
| **SEC Filings** | |
| 30 | SandRidge 10-K/A (2011) |
| 31 | SandRidge 10-K/A (2012) |
| 32 | SandRidge 10-K (2010), Excerpted |
| 33 | SandRidge 10-K (2011), Excerpted |
| 34 | SandRidge 10-K (2012), Excerpted |
| 35 | SandRidge 8-K (Nov. 2010) |
| 36 | SandRidge 8-K (Feb. 2011) |
| 37 | SandRidge 8-K (May 2011) |
| 38 | SandRidge 8-K (Aug. 2011) |
| 39 | SandRidge 8-K (Nov. 2011) |
| 40 | SandRidge 8-K (Feb. 3, 2012) |
| 41 | SandRidge 8-K (Feb. 23, 2012) |
| 42 | SandRidge 8-K (May 3, 2012) |
| 43 | SandRidge 8-K (Aug. 2, 2012) |
| 44 | SandRidge Form 4 (Jan. 14, 2011) |
| 45 | SandRidge Form 4 (Oct. 1, 2012) |
| 46 | Trust I Registration Statement (Apr. 6, 2011), Excerpted |
| 47 | Trust II Registration Statement (Apr. 17, 2012), Excerpted |
| **Company Presentations, Charts, and Transcripts** | |
| 48 | SandRidge at Credit Suisse 2011 Energy Summit Presentation Excerpted (Feb. 8, 2011), Excerpted |
| 49 | SandRidge at Credit Suisse 2011 Energy Summit Transcript (Feb. 8, 2011) |
| 50 | SandRidge, 2011 Investor / Analyst Meeting Transcript (Mar. 1, 2011), Excerpted |

| Exhibit No. | Description |
|---|---|
| 51 | SandRidge, 2011 Investor / Analyst Meeting Presentation (Mar. 1, 2011), Excerpted |
| 52 | SandRidge at Raymond James Institutional Investors Conference Transcript (Mar. 7, 2011) |
| 53 | SandRidge, Internal Presentation (Mar. 19, 2011), Excerpted |
| 54 | SandRidge at Barclays Capital High Yield Bond and Syndicated Loan Conference Transcript (Mar. 25, 2011) |
| 55 | SandRidge at IPAA 2011 Oil & Gas Investment Symposium Presentation (Apr. 12, 2011), Excerpted |
| 56 | SandRidge at UBS Global Oil & Gas Conference Transcript (May 24, 2011) |
| 57 | SandRidge, 2011 Annual Shareholders Meeting Presentation (June 3, 2011), Excerpted |
| 58 | SandRidge at RBC Capital Markets 2011 Energy and Power Conference Presentation (June 6, 2011), Excerpted |
| 59 | SandRidge at RBC Capital Markets 2011 Energy and Power Conference Transcript (June 6, 2011) |
| 60 | SandRidge, Investor Presentation (June 14, 2011), Excerpted |
| 61 | SandRidge, Investor Presentation (Aug. 5, 2011), Excerpted |
| 62 | SandRidge, Internal Presentation (Aug. 20, 2011) |
| 63 | SandRidge at Bank of America Merrill Lynch Global Energy Conference Presentation (Nov. 16, 2019), Excerpted |
| 64 | SandRidge at Bank of America Merrill Lynch Global Energy Conference Transcript (Nov. 16, 2019) |
| 65 | SandRidge at Goldman Sachs Global Energy Conference Presentation (Jan. 10, 2012), Excerpted |
| 66 | SandRidge at SandRidge Energy to Acquire Dynamic Offshore Resources, LLC - M&A Announcement Transcript (Feb. 2, 2012) |
| 67 | SandRidge at Credit Suisse Energy Summit Transcript (Feb. 7, 2012) |
| 68 | SandRidge, 2012 Investor/Analyst Meeting Presentation (Feb. 28, 2012), Excerpted |

| Exhibit No. | Description |
|---|---|
| 69 | SandRidge at Barclays High Yield Conference Presentation (Mar. 26, 2012) |
| 70 | SandRidge at Howard Weil Energy Conference Presentation (Mar. 26, 2012) |
| 71 | SandRidge at IPAA - 2012 OGIS New York Presentation (Apr. 17, 2012) |
| 72 | SandRidge, High Yield Notes Offering Presentation (Apr. 2012) |
| 73 | SandRidge, Investor Presentation (May 2012), Excerpted |
| 74 | SandRidge at Susquehanna - 2012 Energy & Resources Conference Presentation (May 7, 2012) |
| 75 | SandRidge, Investor Presentation (May 2012) |
| 76 | SandRidge at RBC Capital Markets' Global Energy and Power Conference Presentation (June 4, 2012) |
| 77 | SandRidge at 2012 Citi Global Energy Conference Presentation (June 5, 2012) |
| 78 | SandRidge at Global Hunter Securities - 100 Energy Conference Presentation (June 26, 2012) |
| 79 | SandRidge at UBS Access: Energy 1x1 Conference Presentation (July 11, 2012) |
| 80 | SandRidge at Enercom's The Oil and Gas Conference Presentation (Aug. 14, 2012) |
| 81 | SandRidge at Enercom's The Oil and Gas Conference Transcript (Aug. 14, 2012) |
| 82 | SandRidge, June 2012 Business Performance Review Presentation (Aug. 15, 2012), Excerpted |
| 83 | SandRidge at Barclays CEO Energy-Power Conference Presentation (Sept. 5, 2012) |
| 84 | SandRidge at Barclays CEO Energy-Power Conference Transcript (Sept. 5, 2012) |
| 85 | SandRidge, July 2012 Business Performance Review Presentation (Sept. 12, 2012), Excerpted |
| 86 | SandRidge, MidCon Development Presentation (Oct. 2012), Excerpted |

| Exhibit No. | Description |
|---|---|
| 87 | SandRidge at Johnson Rice & Co. LLC Energy Conference Transcript (Oct. 2, 2012) |
| **Emails** | |
| 88 | Email from Chad Michael to Matt Grubb, et al. (Aug. 10, 2010) |
| 89 | Email from Matt Grubb to Rodney Johnson, et al. (Feb. 1, 2011) |
| 90 | Email from Matt Grubb to Tom Ward, et al. (Feb. 9, 2011) |
| 91 | Email from Matt Grubb to Tom Ward, et al. (Apr. 4, 2011) |
| 92 | Email from Matt Grubb to Tom Ward (June 29, 2011) |
| 93 | Email from Tom Ward to Todd Tipton, et al. (Sept. 17, 2011) |
| 94 | Email from Tom Ward to Matt Grubb (Sept. 27, 2011) |
| 95 | Email from Tom Ward to Matt Grubb, et al. (Jan. 24, 2012) |
| 96 | Email from Tom Ward to Craig Johnson, et al. (Feb. 23, 2012) |
| 97 | Email from Lance Galvin to Roger Johnson, (Feb. 25, 2013) |
| **Other** | |
| 98 | Morgan Keegan, Trust I Research Note (May 17, 2011) |
| 99 | Oppenheimer, Trust I Equity Research Report (May 19, 2011) |
| 100 | RBC Capital Markets, Price Target Revision Report (Nov. 14, 2011) |
| 101 | Wunderlich Securities, Trust I Estimate Changes Report (Nov. 15, 2011) |
| 102 | Oppenheimer, Trust I Equity Research Quarterly Update (Nov. 23, 2011) |
| 103 | Netherland, Sewell & Associates, Inc., Trust I Estimates of Reserves and Future Revenue Report (Dec. 31, 2011) |
| 104 | SandRidge 2011 Annual Report |
| 105 | Wunderlich Securities, Trust I Estimate Changes Report (Feb. 17, 2012) |
| 106 | Deutsche Bank, Global Markets Research Report (Feb. 28, 2012) |

| Exhibit No. | Description |
|---|---|
| 107 | RBC Capital Markets, Trust I Equity Research Report (Apr. 30, 2012) |
| 108 | RBC Capital Markets, Trust I Equity Research Report (May 14, 2012) |
| 109 | Wells Fargo, Equity Research Report (May 17, 2012) |
| 110 | Wells Fargo, Equity Research Report (Nov. 1, 2012) |
| 111 | Report of Expert Witness Terry L. Brittenham (Apr. 4, 2019) |
| 112 | Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information (June 2019), Excerpted |
| 113 | Lead Plaintiffs' Responses and Objections to Defendant Tom Ward's Second Set of Interrogatories (May 6, 2019), Excerpted |
| 114 | Lead Plaintiffs' Responses and Objections to Defendant Tom Ward's Requests for Admission (May 6, 2019), Excerpted |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and abilities.

Executed this 2nd day of April 2020.

Stephen P. Barry *(admitted pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: stephen.barry@lw.com

*Attorney for Defendant Tom L. Ward*