# EXHIBIT 81

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

SD - SandRidge Energy at EnerCom Inc The Oil & Gas Conference

EVENT DATE/TIME: AUGUST 14, 2012 / 4:30PM GMT



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**Tom Ward** *SandRidge Energy Inc. - Chairman, CEO*

## CONFERENCE CALL PARTICIPANTS

**Tony Banks** *Hein & Associates - Director, Business Development*

## PRESENTATION

**Tony Banks** - *Hein & Associates - Director, Business Development*

Good morning. I am Tony Banks from Hein & Associates. We are proud sponsors of EnerCom. I have the pleasure to introduce SandRidge Energy this morning.

SandRidge Energy, symbol SD on the NYSE, is an oil E&P company headquartered in Oklahoma City -- go Oklahoma City Thunder and Kevin Durant. SandRidge's drilling activities are focused on its oil properties in the Midcontinent, Permian Basin. The Company also maintains production in West Texas, the Gulf Coast and the Gulf of Mexico. In addition, Lariat Services, a wholly-owned subsidiary of SandRidge, owns and operates a drilling rig and oilfield services business. Presenting for SandRidge is their Chairman and CEO, Tom Ward.

---

**Tom Ward** - *SandRidge Energy Inc. - Chairman, CEO*

Thank you, Tony. And I just wanted to congratulate the people at EnerCom for a fantastic conference. Every year we come back, there is a larger and larger crowd, as can be seen in here today.

So I will go through quickly and hopefully get us back on schedule our presentation. The corporate profile of our Company is that we started out as a natural gas company in 2006. It was founded in 2006, and then by late 2008 started moving into oil. We made our Permian acquisitions in 2009 and 2010. Today, we produce about 30,000 barrels of oil equivalent per day out of the Permian, all focused in a very shallow zone in the central basin platform, which is about 2.5 million acres in size.

We have 225,000 acres across the central basin platform, where we drill vertical wells at 4000 to 5000 feet deep. Most of those wells cost around $600,000 to $700,000 each, and come on at a very low rate; it's about 53 barrels a day. But we do that 750 times a year. So one of the stories of SandRidge is that we meet logistical challenges. So we drill wells where others have chosen, for one reason or another, not. And in the Permian, that reasoning was it is very difficult to drill 750 wells every four or five days from spud to rig release and do that over a 10-year period, which is what we try to keep our inventory at in the Permian Basin.

And then moving forward past 2010, we started buying our only large land acquisition, which was in the midcontinent of the United States in the Mississippian Play across Kansas and Oklahoma. We started drilling there in 2009. By the end of 2010, we had 37 wells drilled and we felt like we knew enough about the play to go ahead and expand our acreage position up to where it is today, which is 1.7 million acres net to the Company. We actually purchased about 2.2 million acres and then sold off 500,000 acres and recovered over $1.5 billion net to the Company. So -- and that is to help fund us through 2010 and 2011 to the point that we get to today.

Today, we have more than a 10-year inventory in the Mississippian and focused in 850,000 acres in the original portion, which is the lower-tier counties of Kansas and Oklahoma, and then about 900,000 acres in the extension portion of our Mississippian play, which we are just starting to drill in today. And I will talk more about that in just a second.

And then our last core area is the Gulf of Mexico. We just made a purchase this year, which was -- achieved the financing goals we needed for the Company to achieve our three-year goals that were set in early 2011. So the Gulf of Mexico is an area we just keep our production flat by making acquisitions, drilling and recompletions. And that is about 25,000 barrels of oil equivalent per day, and we see that as an ongoing source of free cash flow coming in to be able to drill in the Mississippian.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

The market cap of the company is $3.4 billion. As of the 10th of August, our proved reserves, 533 million barrels, of which 91% of that by value is oil, and 53% of our total reserves are developed.

We did have an outstanding second quarter. We achieved record production of oil, about 4.6 million barrels of oil. We increased our daily production rate to over 90,000 barrels a day equivalent. We also do drill big wells in the Mississippian, so we announced five wells that averaged over 1000 barrels a day for the first 30 days of production. But the more important number that we talk about is that all of our wells, from inception to date, so over 350 wells that we've drilled -- today we are over 400 wells that have actually been drilled -- but over 30 days' rate are achieving 336 barrels of oil equivalent per day. Our type curve is set on 275 barrels of oil equivalent per day, that was set as of the end of 2011.

Our Mississippian production is the growth catalyst for the Company. Last year, year-over-year, second quarter 2011 to second quarter of 2012, we grew our production by 199% organically. This year, quarter-over-quarter sequentially, up over 30% in quarter-over-quarter.

We did raise a lot of capital in the second quarter, and -- as we will talk more about the -- we just completed our bond offering, a $1.1 billion bond offering, that has us fully funded through 2013. So we have now -- we are in the best financial condition the Company has ever been in. We have $1.9 billion of liquidity, and can be fully funded to meet our growth objectives through 2013.

So in 2011, we started the year with a three-year plan, and that plan was to triple EBITDA, more than double our oil production, to have our CapEx funded within cash flow, and to be able to have our debt-to-EBITDA ratio down under three times. Today, we have already moved our debt ratio down to under three times, our EBITDA is going to be over $1 billion this year and our CapEx still is on target to be funded within cash flow by the end of 2014.

So you can see the dramatic growth, which again, is all -- the growth engine of the Company is from the Mississippian, which we continue to add rigs in. Today, we are up to 30 rigs that are drilling horizontal wells across the Mississippian. 27 of those are in our original Mississippian play. We have three rigs that are running in the extension Mississippian, and I'll talk more about that in just a second.

In 2011 we did -- or excuse me -- 2012 we have fully funded through organic cash flow and the Mississippian joint venture and the (inaudible) Trust and the transactions we made to be fully funded in 2012. And then we just have accomplished a $1.1 billion bond offering that I mentioned that gives us $1.9 billion of liquidity.

So as we look forward into 2013, we have a $2 billion capital program that will be funded through cash flow and from operations available with our current liquidity. We will be able to keep our leverage around three times, which is our corporate goal. And we have fully funded now, as I mentioned, our 2013 drilling program.

Over the last couple of years, the Company has changed dramatically. And one of the ways you can tell this is to just look at our credit metrics, as they changed from 2010 through 2011 into 2012. Our EBITDA is dramatically growing. You see the net debt is continually going down to now under three times, and that was caused by the Dynamic acquisition that we made. We had a full turn of leverage down after we made the Dynamic acquisition.

Our net debt to total cap continues to move down and our liquidity is moving up. So everything about the Company has changed in the last couple of years to the positive. So now all we have to do is fulfill our 2014 goals, which we're now well on the way post Dynamic. That was really the last type of equity raise we needed to fulfill our goals, and we will see our equity value come into play like our credit metrics have going forward.

The only issue that we could look out in the future and see would be a worldwide recession or a slowdown in different parts of the world to where oil prices might collapse and not let us fulfill our goals. So what we decided to do, and have done really historically in the Company, is to sell forward our main product. Our main product today, as I talked about, 91% of our value is in oil.

So we hedge aggressively our oil production. This year, we have over 15 million barrels hedged at just over $100 per barrel. That is about 83% of our projected production. And we move forward into 2013, we've already hedged 18.5 million barrels of our production at over $96 per barrel.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

And now, we've even moved forward into 2014, and we have put on a put spread, along with some swaps. But the idea of the put spread is not a knockout spread -- is not a knockout trade.

So we do have a hedge in place. But we've captured the upside from $90 to $100, and anything over $100 we only receive $100 per barrel. Anything below $90 to $70, we get $90 per barrel on our oil. And then below $70, for every dollar that oil prices go below $70, we receive $20 up. So if the prices were at $60, we would be getting $80 on our oil in 2014.

We weren't prepared at $90 to put in a straight swap because we think there is potential value up to $100 in the oil market, but we did want protection up to the $90 point that we have. So that is why we went away from our normal business of transacting hedges to put on this spread.

Then you can see we've already -- we already have some of our 2015. I think as you move forward -- see us move forward into 2013, you will see us more aggressively hedge even out more into 2014 and even into 2015.

And the reason for that is our growth engine, the Mississippian, makes incredible rates of return at today's prices. So you can see at the strip price today we have an 80% rate of return of every well we drill. That is assuming you find a well that produces 275 barrels a day for a 30-day average in the Mississippian.

In the Permian, where we also spend a sizable amount of capital, it is extremely close to the Mississippian in the rate of return, especially with low gas prices, where the Permian, it is almost all oil. Today, at the strip as of the end of July, I think it was 60% versus the 80% rate of return that we have in the Mississippian.

I get a lot of questions about why don't you just quit drilling in the Permian and drill more in the Mississippian. We are moving about as fast as we can in the Mississippian by adding one rig per month. So we are up to 30 rigs. Next year, we anticipate we should average around 38 rigs, and that has us peaking at the end of 2013 going into 2014 at 45 rigs in the Mississippian.

I mentioned our CapEx. It is more heavily weighted towards the Mississippian. Keep in mind that the $610 million that we will spend in the Mississippian play this year also has about $300 million added to that in carries. So we will spend actually closer to $900 million, of which $610 million is net to SandRidge this year. Next year, our carries should be closer to $500 million as we move forward in the joint ventures that we have.

In the Permian Basin, we will spend $480 million. That drills about 750 wells. In the Mississippian, we'll drill 380 wells this year. We anticipate drilling next year just over 500 -- around 570 wells going forward.

In the Gulf of Mexico, we are fairly static, with a $200 million CapEx program that allows us to either drill, to acquire or to re-complete and keep that production flat. So the Gulf of Mexico trailing EBITDA would have over $400 million, of which about $100 million of that post plugging interests that we carry on the bonds that we raised to buy the properties and the CapEx program of $200 million, should throw us off about $100 million of free cash flow. The Permian also gives us free cash flow to go drill in the Mississippian.

There have now been 872 wells drilled in the Mississippian play across Oklahoma and Kansas. I think that any other play would be considered mature at 872 wells that have been drilled. Our success has been very well-documented by us as to how we are doing. We have given in the past slides of every well we've drilled in the Mississippian. Today, there are 77 rigs that are running, of which 30 of those are SandRidge.

In the future, as we continue to drill across our original acreage into the extension acreage, I think in five years from now you will see that SandRidge will even become more dominant across the Mississippian play, as we continue to be very aggressive, looking at this as our one play to grow the Company. So there is a very level of detail that we go into that makes us more efficient than some other operators that might have less of their dollars being spent in one particular area.

So, for example, today, from date of first -- from spud to first sales, we have a well online in 39 days. 19 days to drill a well, 20 days to bring it on, and so it is -- and we do that over and over again, and now have done that 400 times. So our efficiencies are getting better in the Mississippian. Our wells are also getting better. As I mentioned, in 2010, we started out at 240 barrels a day initially on our first 37 wells. Today, we are at 336





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

barrels a day on a 30-day average. So the wells, as we continue to hone in on places to drill, get our efficiencies down and know the type of program we want to drill and use fracture treatment methods, our wells are getting better.

Notice also that in green on this slide are vertical wells. There have been over 15,000 vertical wells drilled across the Mississippian. So we are in an oil system. I get asked a lot of questions about knowing what is going to happen in the extension Mississippian. I don't know what -- we currently have five producers in the extension Mississippian. I don't know what that play will ultimately look like, but I know we are in an oil system and I know we are going to find oil. And that is proven by the vertical wells that have been drilled.

So today, we've drilled across Ford, Gray, Finney, Hodgeman and Ness as we continue to move in. We have three rigs running. The extension is already in and around existing vertical wells. And we will talk more about our extension play at the end of this year as we get more than just a handful of wells to mention. I can say we remain very encouraged about that play.

You can see in red are the SandRidge wells; in blue are our peers. And the play continues to expand to the north and to the west.

We believe there are three major oil plays that you can drill in the United States -- the Bakken, the Mississippian and the Eagle Ford. And each of those wells have very high rate wells.

But one of the things we get asked about and it is made an assumption that a lot of wells are drilled that produce 2000 barrels a day equivalent, and that is just not the case. So in our search, so the SandRidge search from public records, we could only find six wells that had ever produced in any of these reservoirs at over -- a 30-day maximum of over 2000 barrels, which two of those are in the Mississippian, out of the 640 well total that had been drilled at that time.

So I still contend that it is much more important to have hundreds of wells that make 275 barrels a day than it is to make two wells that make 2000 barrels a day, and that is what will drive our production growth.

In fact, most of the wells we drill average between the 100 to 500 barrels a day. There is 212 wells out of the 326 wells that we have 30-days production on that average 100 to 500 barrels a day. Those are the wells that drive our production growth. However, we do have wells that drag us up from 263 barrels a day to the 336, and those are in the additional 56 wells that have been drilled that make more than that. And our goal is to drill less of the zero to 100 and continue to be able to hit this sweet spot of 100 to 500 barrels of oil equivalent a day, which drives our rates of return in excess of 80%.

Our growth trajectory has been very dramatic. So we had five rigs running in 2010, 15 rigs average in 2011. We will average 26 rigs in 2012, and our goal for 2013 will be to average about 38 rigs. So the Mississippian play will continue to have dramatic growth as we go forward. And you can see that growth rate is very dramatic. In fact, we were up 199% year-over-year, as I mentioned, and 31% quarter-over-quarter of production growth in the Mississippian.

The infrastructure of the Mississippian makes it logistically challenging. So every well we drill produces about 90% water and 10% oil. So what brought us to the Mississippian play in the very first place was knowing there was oil in place, knowing it was a very large stratigraphic trap, knowing that statistically you're in an oil system where you could find oil, and then knowing historically that you have 50 years of production that you understand the type curve.

So once we bring a well online, we are going to understand and know how that well will decline. That gave us the sense of peace to go forward and build our Company on a production method that requires us to build out saltwater infrastructure. So where other companies would look at a log and see water, we were to look at a log and see oil. And even though it is only 10% oil, there is enough oil in place that at $60 or above, you can make a very high rate of return.

And so that is the -- knowing that first and putting together a very large acreage position at prices that were just over $200 per acre has enabled this Company to be the dominant player in the Mississippian today. And so you see that today, we produce 550,000 barrels a day of water as a gross -- not net to SandRidge, but gross in our wells. And we inject all but 3% of that.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

And so whenever we get questions about why are we spending so much on infrastructure, all of this infrastructure spend that we are putting in today will make this Company better out into the future. So as we look at drilling, 30% of our wells are proven, are PUDs. So 70% of our wells are stepouts, and we are putting in infrastructure that we can come back in the next year, two years, three years and drill wells that is already into an infrastructure that has been paid for.

We anticipate next year we will probably spend less on our infrastructure system than we did this year, because we did stepout and we were so successful and on our stepout wells that our infrastructure has moved out ahead of us a little bit. But our goal is to have 10 producers per disposal well. Today, we will be at -- at the end of this year, we will be at five, and at the end of next year, we predict it will be at six. So we are moving forward and each one of those producers per disposal well is then brought on more efficiently. And that is what allows us to get a well on in 39 days.

I mentioned the Central Basin Platform. It is still a critical piece of the SandRidge production. At over 30,000 barrels of oil equivalent per day, we are one of the few operators that can operate in scale on the Central Basin Platform. We also believe that we are a natural partner for others that might not want to drill wells in every four to five days and bring on wells that make 50 barrels a day but can make very high rates of return. So the key to the Central Basin Platform is that you are producing oil and you are able to do it at very high rates of return by spending very little to drill wells.

I will mention, too, that the Central Basin Platform has produced 13 billion barrels of oil already. So we are producing in another place that has historically over 100 years of production across the platform, 80 years of the majority of the Central Basin Platform producing. So we have very good history of production.

So as we look at SandRidge and we see our financial condition to be the very best it ever has been in the Company today, we know we've built the Company over the last three years on a very solid foundation that are generating high rates of return. We will drive double-digit oil growth through the Mississippi drilling program that is being supplied by the Gulf of Mexico and the Permian through the liquidity we have on hand. And our dominant acreage position allows us to do that for many years into the future.

We will look forward in 2013 and see if we want to bring down that time line of inventory that we have in the Mississippian. We will have an opportunity, if we choose to, to go forward and sell some more acreage in the extension Mississippian. We don't plan on selling any more acreage in the original portion of the Mississippian as we drill there.

And one of the questions I get is that is somebody else selling acreage -- is that a proxy for how much the SandRidge acreage is worth? And my answer to that is it is better for us to drill a well than it is to sell acreage. So in our original play, every time we drill a well that makes 275 barrels a day and is a type curve well, that well -- that acreage has a present value of about $15,000 per acre. So if we sold acreage in the original portion of our play for $2000, $3000 or $5,000, that is going to be dilutive to us drilling the wells.

Now, if we have so much inventory that we might want to sell some of our extension Mississippian as we move forward in that play, that can help us fund out into the future. But our goals to being a mature company are still in place. By the end of 2014, we will be within cash flow we can make for our drilling, and then we could look for accretive acquisitions using debt and equity. So we are fully funded, and we look forward to this next year and a half. Thank you very much.

---

**Tony Banks** - *Hein & Associates - Director, Business Development*

Thanks very much, Tom. Next up is Clayton Williams Energy.

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

AUGUST 14, 2012 / 4:30PM, SD - SandRidge Energy at EnerCom Inc The Oil & Gas Conference

## DISCLAIMER

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS