# EXHIBIT 82

# June 2012 Business Performance Review

Tom Ward
Matt Grubb
David Lawler

8/15/2012

SANDRIDGE
THE POWER OF US™

SANDRIDGE
THE POWER OF US

# MidCon Development

# Highlights MidCon Development

## Initiatives and Accomplishments:

1. Target Gross CWC of $3.3 MM and stretch goal of $3.0 MM (requires 15% reduction from Q1 average)
   - Projecting $3.3 MM average in July; down from $3.6 MM in Q1
   - Accomplished 15 of 18 identified completion cost reduction items in 2012 for 9% reduction; 3 future items will achieve 15% (frac service negotiation, liner design improvement, new CFPs). Total savings ~ $182 M
   - Implement tank battery and electrical installation during drilling operations in August. Estimate 5% or $20 M cost reduction; will also reduce delays in production and SWD trucking.
   - Implement dual well pads; evaluating 4-well pad design (Pot. Future savings ~ 170 M/well) - cover in August BPR
2. Achieve drilling and completion well count and cycle time targets
   - Exceeding rig and well count targets since March
   - Surpassing well cycle time targets since April
3. Exceed ROI hurdle of 1.35 PVI with lease minimum lease conversion rate of 50%.
   - Achieved 1.6 PVI through 1st half of 2012 with lease conversion rate of 69%
4. Efficiently build infrastructure (SWD, Power and Gathering) ahead of development, allowing 98% capacity / runtime / readiness.
   - Infrastructure capacity has allowed for 96% readiness at first sales with no delays.
   - System piped SWD achieved 97% of total produced water in July.
   - Revised planning allowed for $9 million of facility projects deferred to 2013 without reducing capacity & readiness.
5. Build robust prospect inventory to keep achieve drilling and production growth targets.
   - Successful June wells that have setup additional drilling locations: Ruby A1-20H, Jones 1-27H, Bryan 1-19H, Kathleen 1-1H, Simpson Trust 1-27H, Shepard 1-26H, Hague 1-35H & Medford 1-28H
   - 72% of June wells generated positive NPV.
6. Attract and develop high performing staff committed to achieving corporate goals, budgets and targets.

## Challenges / Risks:

- Reduce CWC and facility costs 10% from Q2 to Q4 without EUR and capacity reductions.
- Build profitable location inventory to met continuous rig ramp-up schedule.
- Developing minority leasehold in Oklahoma and converting to HBP status. Methods to gain control?
- Achieve 10% reduction in facility and tank battery costs from Q2 to Q4.
- Staff over-worked and becoming burned out; keep staffing levels in line with activity and strategies.



CONFIDENTIAL SD-SECURITIES-0236744

# Health, Safety, & Environmental MidCon Development

- TRIR
  - TRIR Goal: 0.75
  - Zero OSHA recordable for SandRidge
- Training Sessions
  - Monthly safety meetings in Alva (NW Tech Ctr) for SD supervisors and completion consultants.
  - Fall protection and ladder training in June; air compliance and safety stand down in July.
- Environmental
  - 5 reportable spills in June; 40 YTD
  - EPA field tour on 5/23; EPA submitted follow-up report? 2nd tour scheduled?
- Completion Contractor Safety for June
  - 7 incidents for June (1 First Aid, 1 Spill, 3 Near Misses, 1 MVA and 1 LTI)
  - Lariat WOR hand injured back (LTI). Lariat truck hitting another at inter-section (MVA).



# EHS: Completion Activity vs. Contractor Incidents MidCon Development

## Completion EHS Summary:

- July LTI – Halliburton employee fractured ankle while rigging up frac
- Incidents per completion 0.43 (Jan) to 0.25 (Feb) to 0.41 (Mar) to .28 (Apr) to .14 (May) to .22 (Jun) to .18 (Jul)
- Best month regarding spills since recording began – One 2bbl spill (FW, FR, Biocide)



# MidCon Net Production

MidCon Development

Drill + Base: 892 MBOE (29,335 BOEPD), 53 MBOE (1,740 BOEPD) Above Target [+6%]

**Drill: 424 MBOE (13,957 BOEPD), 94 MBOE (3,095 BOEPD) Above Target [+28%]**

Base: 468 MBOE (15,378 BOEPD), -41 MBOE (-1,356 BOEPD) Below Target [-8%]

- **+3,095 BOEPD: June Drill wells over-performed target**
  - Total of 32 wells on 1st sales in June
  - 62% of June completions at or above type curve 30-day average IP
  - 75% development classification (31% infill) in June
  - Significant wells are Larry 1-29H, Stepp 2-19H, State of Oklahoma 2-16H and Jones 1-27H

**June 2012 Production vs Target**

