# EXHIBIT 84

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

SD - SandRidge Energy at Barclays CEO Energy/Power Conference

EVENT DATE/TIME: SEPTEMBER 05, 2012 / 5:45PM GMT



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## CORPORATE PARTICIPANTS

**Tom Ward** *SandRidge Energy Inc - Chairman and CEO*

## CONFERENCE CALL PARTICIPANTS

**Jeffrey Robertson** *Barclays Capital - Analyst*

## PRESENTATION

**Jeffrey Robertson** - *Barclays Capital - Analyst*

We'd like to start our next presentation. I'm pleased to welcome SandRidge Energy to our conference this year. With us from the Company today we have Tom Ward, SandRidge's Chairman and CEO and I'll turn it over to Tom.

---

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Thanks, Jeff. The corporate profile of SandRidge is a Company that has made a transition into oil. So if you knew of us six years ago when we were founded we were 85% to 90% natural gas Company founded around the Pinion Field in West Texas, but yet late in 2008 we started making a transition to oil. So in 2009, 2010 we bought into the Permian Basin. We bought about $2 billion worth of oil properties in the Permian and the Central Basin platform.

We sold off a billion dollars worth of those assets in 2011 but still have $4 billion worth of reserves on our books at the end of 2011, so that the Permian today produces about 30,000 BOE a day net to SandRidge.

The next area that we started acquiring our oil position in was the mid-continent portion of the US in Mississippian play across Kansas and Oklahoma, where we now have 2.2 million acres gross between us and our partners, 1.75 million acres net to the Company in the Mississippian Play and that is our growth engine. Last quarter we produced 25,000 barrels of oil equivalent per day in the Mississippian Play and today we have 30 rigs that are working there and 11 rigs working in the Permian.

The last area that was core to us we just bought in 2012 that was an area of dislocation of cheap oil in the U, which is in the Gulf of Mexico. We bought 25,000 barrels a day from a Company called Dynamic Offshore and that we just plan to keep that production flat and either have rigs drilling there, recompletions or acquisitions, spending about $200 million a year in the Gulf of Mexico.

So we have free cash flow coming from the Gulf of Mexico and from the Premian Basin going to help fund of the drilling that we do in the Mississippian as we continue to ramp up our rigs in the Miss; up to 45 rigs are projected by the end of 2013.

Today we are by value percent oil on our reserves about 91%. So we did make a dramatic transition and the key to that is we've already done that. It's a hard transition to make over many-year period but that transition is in place and now in 2011 we came up with a plan saying okay we have moved to oil. We have the areas that we're wanting to drill in. What do we see as the Company's future?

And in our opinion the most important thing for us was how do we get to a point that we can spend a relatively high amount of money or capital on drilling, continue to grow the Company in double digits out in the future? And so we focused on $2 billion of CapEx going on in the future and then how do we fund that? How can we be within cash flow? And we looked out in 2011 and say if we were to be successful with The Mississippian growth as we see it that we believe that by the end of 2014 we can be at a point that we can cover that $2 billion of CapEx within cash flow.

And so that's what we projected and so far through 2012 we're on track to be able to meet our goals since we see EBITDA greater than $2.0 billion. We see ourselves with our CapEx funded within cash flow and all the while we want to have our credit metrics improve. And one of the -- the key ratio we look at on credit is debt to EBITDA and we want to have that down below three times which we are already there today at 2.9 times net debt to EBITDA.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

As I mentioned, our 2012 and 2013 funding has already happened, as with the $2 billion capital program that we've announced we can fund that through cash flow from operations and available liquidity in 2013 through the bond offering that we did in August, the $1.1 billion bond offering, and all the while our credit metrics are continuing to improve as our EBITDA continues to move further up.

Since inception of the Company, we have not been more financially strong than we are today. Our credit metrics are continuing to improve. Our liquidity is at the best that it ever has been. So you can see in all of the metrics we look at our proforma, adjusted EBITDA is moving up to over a billion dollars in 2012. Our net debt to total cap is moving down to 39%. The key leverage for us net debt to EBITDA has moved down to 2.9 times and our liquidity is up to $1.9 billion.

So even though we are out spending cash flow through 2014, we have ourselves on a path that our EBITDA is growing enough that we can converge and have a very aggressive spending program going forward, all met within cash flow.

The one area that could -- that we look at as a management team and say what could go wrong with our story? What could go wrong with our funding being able to meet the goals that we've laid is oil prices. We rely very heavily on oil as being the driver of the Company.

So we went forward and hedged just over 18 million -- or just over 15 million barrels in 2012 at $100 and then we moved into 2013 at a hedge of 18.5 million barrels. I think consensus would have that somewhere between 70% to 75% of next year's oil and then in 2014 and 2015 we've also started to move forward to hedge that oil. We have now 15 million barrels hedged to 2014 with a floor of $70 and a top of $100 so based around $90.00. And so it's not a knock out swap but we do have three way collars in place and we're doing the same thing in 2015.

So we won't achieve over -- we won't achieve over $100 per barrel but we won't achieve less than $90 per barrel either and we'll be $20 up on any barrel under that if the market were to go below $70.

And we will continue to add to the 2014 and 2015 hedges, as that is one way we look at to protect us. We target 75% to 85% of our projected volumes going out in the future.

The reason why we feel very comfortable hedging around $90 oil is that we have very high rates of return at that price. So looking at the strip today in either the Permian or the Mississippian and you're going to see 60% to 80% rates of return on our drilling. These are all drilling conventional reservoirs, carbonate reservoirs and vary in Kansas, Oklahoma and Texas, so states that are very easy to drill in.

We have no issues with environmental issues. We have no issues with handling of the water that we drill in both of these and you can see that as -- if gas prices were to increase, so we run our economics on 250 flat natural gas, but if gas prices were to increase then the Mississippian even has more dramatic value going forward with the rates of return continue to increase.

The Central Basin platform is an area that I get asked a lot of questions about. It's a core to the Company. Should we sell this it's 30,000 barrels a day in an area that's easily sellable. What's also an area that where as a Company have overcome some logistical challenges, so why can we run 11 rigs and drill 750 wells that average about 5,000 feet deep? That's because we've put the people in place to focus on drilling that type of well. We believe that leaves us in a position that we might continue to be able to drill on our land and some of our peers in the play, as we have this team developed especially to keep our cost low and drill wells that only come on at 53 barrels a day but make very high rates of return.

So volume is a key. We think we can continue to grow our Permian assets with the capital we've laid out and continue to have cash flow from that moving forward in the free cash flow for the Mississippian drilling. So it is a core area for us because of the high rates of return we can achieve through the volume.

But the key driver for SandRidge is the Mississippian Play. It's a play idea that we came up with the first mover in a very large scale outside of just Woods County of Oklahoma. So we started developing this in Oklahoma in 2009, moving through 2010 and 2011 and now into Kansas. We have amassed 2.2 million acres of which today we still have 1.75 million acres that are between us and our partners the largest acreage position in the play. We have 30 rigs running across a 200 mile acre -- or 200 mile stretch of land, which is two times more active than the next active operator.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

We drilled 432 wells in the Mississippian horizontally; 45% of all wells drilled in the play today, and today we -- every time we spud a well that well comes on line in 39 days. We calculate that to be nearly twice the best of any of our peers in the play.

And then we have 95 disposal wells so one of the things we'll talk about more is that we have the ability to now dispose of our water that we produce in the Mississippian in a very efficient way. And today we have nearly 400 miles of power lines that have been built and that's five times more than our peers in the plays.

So we have already moved forward. We've spent the money needed for the infrastructure to make us the most efficient operator in the play.

As I mentioned, there have been 962 wells drilled. We've drilled 432 of those. We have 30 rigs active. There are 85 rigs now active in the play. You can see northern Oklahoma moving into Kansas. The yellow is the acreage position we have. The red are the wells that we've drilled horizontally. The green are the vertical wells so what gave us the catalyst to move forward knowing that we're in an oil system, a very large stratographic trap, up against the Central Kansas Uplift.

So the Mississippian is absent at the Central Kansas Uplift. It thickens as you move away from the Central Kansas Uplift so you can see how our acreage developed around the western side and southern side of the Central Kansas Uplift.

We have mained -- the majority of our wells have been drilled in Oklahoma but now we're moving forward into Kansas and having the same type of success in Kansas that we've had in Oklahoma.

The three most prolific areas that you could drill an oil well in the United States are in the Bakken, the Mississippian and the Eagle Ford. Those are three areas that have wells that have produced over 2,000 barrels a day for a 30-day period and the Mississippian has two of those, both drilled by SandRidge. The Bakken has three and the Eagle Ford one. The point of this slide is to say it's very difficult to have a well that produces very high rates of oil. We don't need a high rate of oil in order to make the rate of return. In fact, we only look for wells to produce around 275 barrels a day for a 30-day average to hit our type curve and that's the vast majority of wells we'll drill.

But there are times that we can drill high rate oil wells and those do help us in order to be able to achieve our average rate of 335 barrels a day, which we've done to date, on the 364 wells that have 30 days of production. But the key point to this, this slide and why I look at page 13 as being the most important slide that we talk about, is that we're asking our wells to produce somewhere between 100 to 500 barrels a day and the majority of wells we drill will do that. So 237 wells out of the 364 wells that we drill make between 100 and 500 barrels a day, almost equally are the wells that are below and above that.

Now, you add those together and you get a 335 barrel a day well, which is -- happens to be above our type curve but again, a type curve well is going to give you an 80% rate of return at today's prices. And that, if you drill 275 to 300 barrel a day equivalent wells that are 50/50 oil and gas and you do that with five rigs moving to 26 rigs, you can see that you can grow your production from zero to 25,000 barrels of oil equivalent a day in two years.

Now you can just either model or guess what our production is going to do as we move up to 45 rigs at the end of 2013. Today we have 30 rigs running to -- next year we'll average 38 rigs.

In Kansas we are just seeing more of the same, as we saw in Oklahoma. There are a number of operators now that are moving forward in Kansas, Shell, Tug Hill and [CanaWoolsey]. Those along with SandRidge today we have 76 wells permitted. We've drilled 69. We have eight rigs working in Kansas. We don't anticipate having really any different results and in fact the first 30-day production of all of our production in Kansas is virtually the same as it is in Oklahoma at 317 barrels of oil equivalent a day.

We continue to project wells being between 300 and 500 MBoe and having the same types of rates of return. 67% of all the wells drilled horizontally in Kansas today SandRidge has drilled and we have 50% of the active rigs running in Kansas.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

We have bought a lot of land, which we have named in the extension play that moves on into Western Kansas. We have about 900,000 acres net to SandRidge and the extension we have about 850,000 acres net to SandRidge in the original portion and what the definition of an original to extension is really just Oklahoma and the southern tier of Kansas County's was original and the extension was acreage we bought after we bought in the original is why we call it the extension.

Over time maybe after next year's Analyst Meeting what we'll try to do is to talk about Kansas and Oklahoma separately so as you look at data we can understand what we're talking about but for right now we do mention that we drilled six wells outside of the original play. We moved 80 miles out from Alfalfa County, Oklahoma last year and started drilling in Comanche County, Kansas. Today we drilled 27 wells in that 80-mile extension and now we've moved on another 80 miles north out clear to Finney County, Kansas and have wells that are coming in almost identical to the first 10 wells we drilled in Oklahoma.

So we're projecting we don't have 30-day rates on all of these. We're bringing in some pipelines. This is very new in the information that we have but so far it looks as if this is almost identical to the way we started out in Oklahoma, which is 200 barrels a day equivalent. We'll drill around our better wells and we should see an increase in IPs as we move forward. In Oklahoma what we did was we drilled the first 10 wells, averaged 210 barrels of oil equivalent per day by the first 37 wells. At the end of 2010 we drilled 37 wells that averaged 244 barrels a day on the 30 day equivalent basis.

At the end of 2011 we were up to 275 barrels a day equivalent and that's what our type curve is today and if you take all the wells average that we've drilled to date that have 30 days of production it's 335. So we anticipate Kansas not being any different than Oklahoma. In fact, it's the same geology that moves around and away from the Central Kansas Uplift so, as you see on this slide, where the Central Kansas Uplift the Mississippian is absent the thickness that wraps around from Grant County, Oklahoma to Finney County, Kansas is virtually identical.

So we see this as the same stratographic trap, just one is named Kansas and one is named Oklahoma.

We did drill one of our -- the wells that came on was 599 barrels a day on a 24-hour rate. We -- it was 98% oil. We have said in the past that we anticipate some of the areas would be very high oil cuts and we are seeing that. But we also anticipate having gas wells and so today we're not trying to make a distinction in how much oil we'll see in extension versus the original but just anticipate it will be the same as in Oklahoma.

We have maximized value through our infrastructure investment. It's one of the things that we've talked about a lot in the last couple of quarters. It's how much money we're spending on infrastructure. The majority of the increase in CapEx that we had for 2012 from $1.85 billion to $2.1 billion was in additional infrastructure spend. We anticipated spending about $200 million this year in saltwater disposal and electrical infrastructure when in fact we moved forward and spent $350 million.

That's also good in that it means that we're stepping out further. We're having success in the wells that we're drilling and today we have the capacity to dispose 1.1 million barrels of water per day in our disposal system and we're only using half of it so we're at 550,000 barrels in a capacity to dispose 1.1 million barrels, so 97% of all the water we produce is going into disposal wells. There's not another company that can say that.

And so what we can do as we move forward we'll spend less on disposal systems and drill more of our efficient wells that are already within our disposal system that's been built. So we see this year as an increase in build out for electrical generation and saltwater disposal that we won't have to match in the years coming, in the years going forward.

So I guess to conclude is that we feel like over the last three years we have built SandRidge on a very firm foundation. We moved to oil early and then we found two fields that have very high rates of return drilling oily assets and so they generate high rates of return.

We continue as we look forward into 2014, we believe we can meet our three-year criteria, which in our opinion is the most important thing because that would see us with our equity value increasing dramatically and so the key for us is to make sure that we spend around $2 billion a year and that we have that fully funded as we are in 2013 so our next goal is to fund 2014 and then be within cash flow as we go forward past that.

And is there a breakout?





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Jeffrey Robertson** - *Barclays Capital - Analyst*

There will be. We'll have time for a few questions in this room before moving to the breakout.

## QUESTIONS AND ANSWERS

**Jeffrey Robertson** - *Barclays Capital - Analyst*

Tom, just a question on capital, in your budget for 2012 you show about $400 million for land, seismic, midstream and things like that. Do you have a feel for what that might look like in 2013 even though it's still early in your planning process?

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Well, this year we projected $200 million that we're going to spend for midstream and electrical and so we think that can move down from about $350 million back down to $200 million. Our land budget obviously is going down as we're not acquiring land and so that would dramatically move down. Also our carry moves up next year so we anticipate next year that we'll drill 575 wells in the Mississippian versus the 380 wells that we drilled today and still have the same CapEx or to $100 million lower.

**Jeffrey Robertson** - *Barclays Capital - Analyst*

As you move into Kansas, are you -- will you find any different infrastructure needs to what you've had to deal with at Oklahoma, whether it's electrical or permits or saltwater disposal or--

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

It basically will be the same issues that we moved in when we first moved into Oklahoma that you start with. Especially as you move into first wells in a county, you'll drill a saltwater disposal well before you ever even drill the first well and then there will be some need to bring in some midstream, the longest lay that we're looking at is about 10 miles currently for midstream development but there will be some delays in getting some of the gas wells on.

**Jeffrey Robertson** - *Barclays Capital - Analyst*

Any other questions for Tom?

**Tom Ward** - *SandRidge Energy Inc - Chairman and CEO*

Thank you.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS