# EXHIBIT 85

# July 2012 Business Performance Review

Tom Ward
Matt Grubb
David Lawler

9/12/2012

SANDRIDGE
THE POWER OF US™

SANDRIDGE
THE POWER OF US

# MidCon Development

# Highlights MidCon Development

Initiatives and Accomplishments:

1. **Target Gross CWC of $3.3 MM and stretch goal of $3.0 MM (requires 17% reduction from Q1).**
   - Projecting $3.3 MM average in July; down from $3.65 MM in Q1.
   - Reduced CWC 11% YTD; Target 17% by YE
   - Completed 18 of 20 identified initiatives (slide enclosed)
   - Large Impacts: 1) Frac service rebidding & 2) Multi-well pad sites
2. **Achieve drilling and completion well count and cycle time targets.**
   - Exceeding rig and well count targets since March
   - Surpassing well cycle time targets since April; Average spud to 1st sales = 42 days.
3. **Exceed ROI hurdle of 1.30 PVI with lease minimum lease conversion rate of 50%.**
   - Achieved 1.53 PVI through July 2012 with lease conversion rate of 69%
4. **Efficiently build infrastructure (SWD, Power and Gathering) ahead of development, allowing 98% capacity / runtime / readiness.**
   - Higher number of delays in July and August due to SWD and gas gathering readiness.
   - System piped SWD achieved 98% of total produced water in August.
5. **Build robust prospect inventory to achieve drilling and production growth targets.**
   - Portfolio balance of 70% development and 30% extension / step-out. July ~ 71% Dev & 29% s/o / ext
   - 72% of wells generated positive NPV in July. July ROR ~ 34% &1.64 PVI; YTD ROR ~ 30% & 1.53 PVI
6. **Attract and develop high performing staff committed to achieving corporate goals, budgets and targets.**
7. **Achieve HSE performance that exceeds industry standards.**

Challenges / Risks:

- Reduce CWC 6% and facility costs 10% by YE without EUR and capacity reductions.
- Build profitable location inventory for rig ramp-up schedule and to exit 2012 with 29 Rigs.
- Developing minority leasehold in Oklahoma and converting to HBP status.
- Ensure all staffing levels are in concert with activity and performance.
- Implement strategies to achieve 2013 budget and address 2013 expiring leasehold.



CONFIDENTIAL SD-SECURITIES-0034329

# Health, Safety, & Environmental — MidCon Development

- TRIR
  - TRIR Goal: 0.75
  - One OSHA-recordable incident: employee had allergic reaction to a wasp sting that resulted in medical attention
- Training Sessions Held
  - Monthly safety meetings held in field offices
    - Discussed air compliance and reviewed OSHA Safety Stand Down
- Environmental
  - 20 spills with 5 being reportable to a regulatory agency
    - 167.3 bbls oil spilled (157 bbls recovered)
    - 96 bbls produced water spilled (47 bbls recovered)
  - EPA field tour scheduled for September 13
- Completion Contractor Safety for August
  - 16 incidents for August (3 Spill, 1 Near Miss, 6 MVA, 3 First Aid, 2 Recordable, and 1 LTI)
  - Casedhole Solutions heat injury (LTI); Lariat employee injured back while moving tubing (Recordable); Lariat employee struck on chin while laying down workstring (Recordable)
  - Vendors with EHS challenges identified (Halliburton, Casedhole Solutions, and Lariat); currently working on quarterly safety reviews and increased field audits and inspections by both service company and SD management



# EHS: Completion Activity vs. Contractor Incidents MidCon Development

## Completion EHS Summary:

- August LTI – Casedhole Solutions heat injury
- Incidents per completion 0.41 (Mar) to .28 (Apr) to .14 (May) to .22 (Jun) to .18 (Jul) to .52 (Aug)
- Highest number of contractor incidents since recording began
  - Increased focus on reporting and field audits ; New consequences for not reporting incidents
  - Challenged by individual failures to recognize hazards and lack of stop work authority



# MidCon Net Production MidCon Development

Drill + Base: 980 MBOE (32,231 BOEPD), 80 MBOE (2,607 BOEPD) Above Target [+9%]
**Drill: 528 MBOE (17,383 BOEPD), 119 MBOE (3,906 BOEPD) Above Target [+29%]**
Base: 451 MBOE (14,848 BOEPD), -39 MBOE (-1,298 BOEPD) Below Target [-8%]

- **+3,906 BOEPD: July Drill wells over-performed target**
  - Total of 29 wells on 1st sales in July
  - 45% of July completions at or above type curve 30-day average IP; higher percentage of extension / step-out locations
  - 71% development classification (31% infill) in July
  - Significant wells are Nadola 2-25H, Young 1-12H, Light 1-26H and Calhoun 1-32H






CONFIDENTIAL SD-SECURITIES-0034332