# EXHIBIT 86

SANDRIDGE
THE POWER OF US

# MidCon Development

# Highlights — MidCon Development

Initiatives and Accomplishments:

1. **Target Gross CWC of $3.3 MM and stretch goal of $3.0 MM (requires 20% reduction from Q1).**
   - Projecting $3.3 MM average in Q3; down from $3.7 MM in Q1.
   - Reduced CWC 12% YTD; Target 20% by YE
   - Large Impacts: 1) Frac service rebidding 2) Multi-well pad sites and 3) Fixed pricing agreements

2. **Achieve drilling and completion well count and cycle time targets.**
   - Achieving rig and well count targets; higher inventory due to casing integrity issues and multi-well pads
   - Achieving well cycle time targets

3. **Exceed ROI hurdle of 1.30 PVI with lease minimum lease conversion rate of 50%.**
   - Achieved 1.89 PVI through August 2012 with lease conversion rate of 67%

4. **Efficiently build infrastructure (SWD, Power and Gathering) ahead of development, allowing 98% capacity / runtime / readiness and staying within budget.**
   - Higher number of delays in August due to SWD and gas gathering readiness; improved to 95% in September.
   - System piped SWD achieved 98% of total produced water in August and September.

5. **Build robust prospect inventory to achieve drilling and production growth targets.**
   - Portfolio balance of 72% development and 28% extension / step-out. August ~ 80% Dev & 20% extension / step-out
   - 67% of wells generated positive NPV in August. August ROR ~ 59% & 2.27 PVI; YTD ROR ~ 44% & 1.89 PVI

6. **Attract and develop high performing staff committed to achieving corporate goals, budgets and targets.**

7. **Achieve HSE performance that exceeds industry standards.**

Challenges / Risks:

- Reduce CWC 8% and facility costs 10% by YE without EUR and capacity reductions.
- Build profitable location inventory for rig ramp-up schedule and to exit 2012 with 29 Rigs.
- Developing minority leasehold in Oklahoma and converting to HBP status.
- Ensure all staffing levels are in concert with activity and performance.
- Implement strategies to achieve 2013 budget and address 2013 expiring leasehold.

# Health, Safety, & Environmental — MidCon Development

- TRIR
  - TRIR Goal: 0.75
  - Zero OSHA-recordable incidents
- Training Sessions Held
  - Monthly safety meetings held in field offices
    - Bloodborne Pathogens and First Aid
- Environmental
  - 23 spills with 4 being reportable to a regulatory agency
    - 16.36 bbls oil spilled (14.5 bbls recovered)
      - high tank, broken sight glass, leaking connections, etc
    - 449 bbls produced water spilled (252 bbls recovered)
      - high tank, leaking transfer pump seals, truck loading station spill, etc
- Completion Contractor Safety for September
  - 26 incidents in September (3 Spill, 3 Near Miss, 7 MVA, 7 First Aid, 4 Recordable, and 2 LTI)
  - Excel Stimulation employee's foot was run over (LTI); Halliburton employee tripped and broke ankle (LTI)
  - Increased emphasis on stop work authority.
  - Contractor quarterly safety review scheduled for October 25.
  - Increased field audits and inspections by both service company and SD management.
- Drilling Safety for September
  - 22 total incidents reported - 4 Injuries (2 Recordable) , 2 Near Miss, 5 Environmental, 10 Equipment Damage, 1 Security
  - TRIR September 2.38 (IADC Land Rig average 2011 - 2.85)
  - Completed consultant safety training in August
  - Contractor Safety training - October 17



# Completion Activity vs. Contractor Incidents

MidCon Development

**Completion EHS Summary:**

- September LTI's – Excel Stimulation (employee's foot ran over), Halliburton (employee tripped and broke ankle)
- Incidents per completion .36 (Q1'12) to .22 (Q2'12) to .49 (Q3'12)
- Highest number of contractor incidents since recording began for the second consecutive month
  - Increased focus on reporting, field audits and use of stop work authority
  - Innagural Quarterly Completion Contractor Safety Meeting scheduled for October 25th



# Well Site Supervisor Focus Areas:

- **Recognize people for utilizing Stop Work Authority**
- **Quality JSA's**
  - Break down operation into manageable steps
    - i.e. driving to and from location, rig up, rig down
  - Identify risks for each step and record actions to mitigate
  - Stop and update JSA if job scope changes
- **Quality Safety Meetings**
  - Review JSA and ensure supervisors and all personnel have signed off
  - Well site supervisor will provide "Big Picture" overview of the operation
  - Each service company will discuss their individual piece of the job ensuring major risks are mitigated and steps are highlighted, as well as, any assistance required from another vendor
  - Discuss unique aspects of the job
- **Use spotters**
  - Required when moving anything larger than a pick up truck
  - Spotters stay clear of the vehicles
- **Pre job inspections**
  - Inspect equipment, iron, and tanks prior to rigging up.
  - If the equipment does not pass inspection, release it and wait until the proper equipment can be found
- **No Go Zones**
  - Do not allow people to be in places where they are not absolutely needed

# MidCon Net Production



Drill + Base: 1,010 MBOE (33,236 BOEPD), 52 MBOE (1,697 BOEPD) Above Target [+5%]
**Drill: 583 MBOE (19,175 BOEPD), 95 MBOE (3,115 BOEPD) Above Target [+19%]**
Base: 427 MBOE (14,061 BOEPD), -44 MBOE (-1,418 BOEPD) Below Target [-9%]

- Total of 32 wells on 1st sales in August
- 53% of August completions at or above corporate TC's 30-day average IP; higher percentage of development infills
- 81% development classification (56% infill) in August
- Significant wells are Heidi 1-23H, Whitzel Trust 1-26H, Parr 3-9H, Cormack 2-31H and Lillian 1-32H (step-out)






CONFIDENTIAL