# EXHIBIT 87

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## SD - SandRidge Energy at Johnson Rice & Co LLC Energy Conference

EVENT DATE/TIME: OCTOBER 02, 2012 / 2:15PM GMT



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## CORPORATE PARTICIPANTS

**Tom Ward** *SandRidge Energy, Inc. - Chairman & CEO*

## CONFERENCE CALL PARTICIPANTS

**Charles Meade** *Johnson Rice & Company - Analyst*

## PRESENTATION

**Charles Meade** - *Johnson Rice & Company - Analyst*

Well, I think while we wait for that projector to fire back up -- it might take a few minutes -- some suggest we just go ahead and start off the physical copy. So is there anyone who doesn't have one?

Thanks, Tom.

---

**Tom Ward** - *SandRidge Energy, Inc. - Chairman & CEO*

Thank you, Charles. Well, back to the future here, and just work off of our physical copy of the presentation. It might be coming up now, but starting on page three, we just show a corporate profile of the Company, SandRidge Energy, we did of a historical nature. We started the Company six years ago, so we have built a company fairly quickly.

We continue to be in a mode of growth, so we look out in the next two or three years of being a company that is able to spend a couple of billion dollars in CapEx, be within cash flow, and really focus on one particular area of growth.

And even though the Company is only six years old and very recently over the last three years, we have made a move from a natural gas company that we started as in 2006, to an oil company really through the acquisitions in the Permian that were made in 2009 and 2010.

In the Permian, we made about $2 billion of acquisitions in 2009 and 2010. Today we produce about 30,000 barrels a day of there, net to the company equivalent; majority of oil, about 85% oil, and have 225,000 acres. And we keep about a 10-year inventory of drilling in the Permian Basin.

That is a query of the Company I get asked a lot is, are we going to plan to sell our Permian and focus on the Mississippian? While the Mississippian is our growth asset, the Permian is core to the Company, and we do not have plans to be selling there. We will continue to drill in the Permian because of the high rates of return for oil drilling in the Central Basin Platform of the Permian.

The other acquisition we made this year was in the Gulf of Mexico. That was an acquisition strategically made for inexpensive oil that allowed us to -- it was a financing put into place so that we could move forward with our Mississippian growth targets to be able to grow and keep our capital expenditures aggressively being spent in the Mississippian.

So our Gulf of Mexico strategy is to have a company that produces about 25,000 of Boe a day, which was what we do today in the Gulf, with throwing off free cash flow to be able to drill in the Mississippian. And as I have mentioned, the Mississippian is an area we have -- us and our partners have just over 2 million acres, 2.2 million acres of land.

We have now the largest footprint. We have drilled the most wells. This is the area that we look at over the next decade or more that what the Company will be known for. As we drill in the Mississippian, this is the target of the Company and what will be thought of as our future in moving forward building the Company.

So in six years, we started from scratch. Today, as last quarter, we produce over 90,000 of Boe a day and market cap of $3.4 billion, enterprise value of $7.4 billion.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

As I mentioned, we do have a three-year objective of getting to a point that we can spend $2 billion of CapEx, be able to fund that within cash flow, and have a continue to improve our credit metrics. So our goal as a growth company is to have debt to EBITDA below 3 times, which we are at 2.9 times today.

So we have done a good job of moving forward and improving our credit metrics. Today we have tremendous liquidity as we've funded -- pre-funded our 2013 drilling program. And you can see that our EBITDA growth along with our oil production is going to be fairly dramatic over the next couple of years.

In 2009, we produced 17.5 million barrels equivalent, and this year we'll project to produce 33 million barrels equivalent; and just starting to really ramp up our growth in the Mississippian.

Our capital spending plan has been fully met for 2013. We have tremendous liquidity, as I mentioned, and our leverage at less than 3 times debt to EBITDA. So we can fund with the recent bond transaction that we did, high-yield transaction, that we can now fund our 2013 program comfortably from cash flow and available liquidity. We are undrawn on our revolver, which is now just under $800 million.

Our credit metrics have improved over time. You can see that our pro forma adjusted EBITDA is moving up dramatically in 2012, with our net debt to total cap moving down and our liquidity also moving up. And as I mentioned, our net debt number is now down below 3 times. So liquidity pro forma, our high-yield offering, was $1.9 billion. That is what we plan to fund of our CapEx program for 2013.

We have two areas we drill that have extremely high rates of return, both in the Central Basin Platform of the Permian and in the Mississippian Project, that are focused on oil as the main component of the commodity we produce. So what we have decided is if we can make very high rates of return and we have a three-year plan in place that we think effectively triples our equity value, then we should take away as many of the obstacles in place that could move us away from the plan. And one of those is pricing.

So what we say is that if prices are somewhere above $90 per barrel and we can have very high rates of return at that price, then why shouldn't we lock that in? Let's go ahead and give up some of the upside for a short period of time to be able to make sure that we fulfill our plan that we have in place. And that is what we have done.

So in 2012, we hedged over 15 million barrels for the year at just over $100 per barrel. In 2013, we've now hedged almost 19 million barrels at $96.24, and then have moved on out into 2014 and 2015 and started to hedge as the market gives us opportunity.

So you can see that in 2014, we do have some straight swaps but even more of the three-way collars, and in 2015 are up to nearly 8 million barrels hedged. And we are looking more at the three-way collars having a $70 floor with $100 cap as we look into 2014 and 2015.

We are unhedged on our gas production for 2013 and beyond. We continue to feel like the natural gas market at sub $4 is really unsustainable, and that has been proven right here recently anyway. We will see what the market brings us, but we do produce a lot of gas. We have 84 Bcf of gas this year that we will be producing in the Company.

Here is just the rates of return we have been talking about. So at today's strip, we look at rates of return somewhere between 60% to 80% in the two projects, driven by oil production. So you see the EUR, the Permian, we only have wells that have 30-day IPs of about 53 barrels a day. So they have -- and the Mississippian, the 30-day IP is on the type curve of 275 barrels a day.

So the way we look at our company is we drill in carbonate reservoirs that have decent permeability and porosity. So we believe that what drives rates of return is if you have a reservoir that you can efficiently remove oil and gas without adding too much technological cost; if you have an efficient reservoir, then where you really make your rate of return is by spending less.

So that is a different thought than a lot of companies today. Not to say that one is more right than the other, but to say that we focus on lowering our well cost instead of trying to find more oil by spending more money. And there are reservoirs of that you can find that is technologically -- technological advances are happening, it behooves you to spend more money to get more oil out.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

In the Mississippian and in the Permian, for us we believe that using low technology, freshwater fracs, low horsepower rigs, low horsepower fracking, only 10 stages, that we can efficiently drain the reservoir. And so the best way for us to increase our rates of return are really by spending less. And so that is where our focus has been is to try to drive our costs down.

And while we are involved in plays that have do have carbonate reservoirs that you don't have to spend as much money to get out a good rate of return. So our focus isn't on how much we are going to produce as much as what our rate of return is going to be.

The Central Basin Platform is a good example of that. So we -- when we moved oil in 2008, we chose to hedge our gas out and look at an oil play, we did choose the Permian Basin basically because it was the place in the United States that had produced the most oil. And then if you take a subset of the Permian Basin and look at the Central Basin Platform, this is an area that is only 2.5 million acres in size but has been producing since the early 1900s and has produced 13 billion barrels of oil.

So it has the most oil production per acre of any place in the United States. So that is why we focus on the Permian Basin, why we focus on the Central Basin Platform, is there is a lot of oil in place. And today, even though there has been a dramatic amount that has been drained from the formations, there is still a lot of oil there. And all we have to make is 53 barrels a day in order to reach our 60% rates of return that we are talking about.

So again, it is trying to spend the least amount in order to make a high rate of return. And we are one of the few drillers, us and OXY, that are very active on the Central Basin Platform. And we think there are other opportunities as we continue to keep this as a core area, spend capital, that we over time will have opportunities with our partners in the area to add to our acreage block. And we will try to maintain about a 10-year inventory in the Central Basin Platform.

But the driver of the Company is the horizontal Mississippian play. We started working here in 2009, moving out away from -- there have been a few wells drilled in Woods County, Oklahoma starting in 2007. We drilled vertical wells out across the Mississippian for decades, as I have been working this area most of my career. And the issue about the Mississippian was never a question about having oil in place. It is always a question about how do you deal with water.

And so when we moved into the Mississippian play, the geological feature was very simple. So you have one of the largest stratigraphic traps in the United States, so that you know you're in an oil system because there has already been 15,000 producers across the Mississippian that have been drilled vertically.

So you know you have oil. And the one question mark that we had was, how do you deal with high water cut? And so if you can drill a well inexpensive enough that you can afford to put water disposal in and around the wells you drill, and you feel like you have a good zone sitting below you that you can dispose of the water in, then you could have a play. And that was our initial idea.

So we moved away from Woods County across to the east into Alfalfa and Grant, and started buying acreage and drilling wells in 2009. And initially, we had success. So then that just opened up a very large playing field that others weren't choosing to buy in at the time. So in 2010 and 2011, we really made a move to make a very large acquisition of acreage up to over two million acres, and we were able to get that at a very low price at just around $200 per acre.

And with that, we started moving forward with drilling wells, spending just over $3 million per well, and finding very high rates of return. So that led us then to put in an infrastructure system which today on saltwater disposal, we've spent just over $300 million putting in a disposal system that is unmatched in the play.

So we have 95 disposal wells have been drilled. We have 384 miles of power line, so when we bring on a well, we don't rent generators. We bring it on to our own -- we build our own substations out. We have power in the locations, and we are able to buy that at very low, very efficient means of power.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

We have low LOEs compared to some of our peers because we don't truck our water. We put our wells in disposal well. And at the same time, you have an organization that is totally focused on getting wells down quickly and efficiently. So today from a day of spud to first sales in the Mississippian, we are unmatched at 39 days, and that just all drives to the bottom line of keeping your well costs down.

We've drilled 432 wells to date, which is 45% of all the wells drilled in the play. So as the Mississippian is continuing to grow, SandRidge has been the leader and continues to be the leader as we have now stepped out over 200 miles across the whole Mississippian play and have drilled wells and found commercial production. I will talk more about that in just a second.

Here is a map just showing the extent of the area we work, all the way from really Noble County, Oklahoma up through Finney County, Kansas is the extent of the wells we have drilled. So if you were to look from Noble County or Perry, Oklahoma to Garden City, Kansas, over 200 miles in length. You can see yellow is our acreage position. So we have already tested a large -- very large amount of the 2 million acres that we own.

In red are the wells that we have drilled horizontally, and in blue are the peers. So there has been 530 industry wells that have been drilled. We drilled 432 of those, but the key to the play was the green. Where the vertical wells have been drilled across the play, there have been 14,700 vertical wells in just the area that we worked in the Mississippian.

The geology behind this is the trap was up against a Central Kansas uplift where the Mississippian is absent. The Mississippian thickens as you move away from the uplift until you get to the point at the South and West where the Mississippian is no longer being eroded into the Pennsylvanian unconformity.

So that is -- the key to the play is we like to have our zone be the erosional feature into the unconformity, which allows you to have the porosity and permeability in the Mississippian section. So it is a fairly simple idea geologically. It just happens to be a very large stratigraphic trap.

And along with this, knowing going into the play that you are going to produce about 90% of the volume of liquid that comes out of the well is going to be water. So you do have to deal with infrastructure as you move forward into the play.

So in both of our areas, the Permian Basin and in the Mississippian, what we have been able to do very effectively is deal with logistical challenges. So the logistical challenge here is putting in a saltwater disposal system, electrical systems, ahead of the drilling of the wells. In the Permian, it's being able to drill 750 wells on four to five-day time frames.

I get asked a lot about the Mississippian, how big our wells are; how many wells do we have that are going to produce over 1000 barrels a day. And so what we did is we looked at 10 years of history in the United States and said, there is only basically six wells that have ever produced 2000 barrels of oil a day for 30 days straight. The Mississippian has two of those, the Bakken has three, and the Eagle Ford has one.

But the point behind this is that 1000 barrel a day or 2000 barrel a day wells don't drive your economics. What drives the economics of a play is to be able to drill thousands and thousands of wells that make between 100 to 500 barrels a day. That is the key of the Mississippian. And whenever you hit the better wells, that will pull up your average.

So you can see that we have wells -- out of the 364 wells that produced for 30 days, we had 237 of those or about 60% that have been producing at 266 barrels a day average in the first 30 days. You can see our total average is 335 barrels a day. So we drill about the same amount of wells that are less than 100 barrels a day as we do that are over 500 barrels a day, and the better wells do pull up the average.

But you only need to drill that one 237 wells that we have done, so the 100 to 500 barrels a day, if you can do that thousands of times across the play -- and that is what we believe we can do -- then you are going to hit that high rate of return that we talk about.

So the Mississippian growth has been fairly dramatic for us. As I mentioned, we started producing in 2010, the first quarter of 2010. And by the second quarter of 2012, we are producing over 25,000 barrels of oil equivalent per day, and that is with an average of about 15 rigs. So today we have 30 rigs running and ultimately by the end of 2013, we anticipate having 45 rigs.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

However, the Company is more focused on what our CapEx will be and not how many rigs that we have running. So if we become more efficient as we are right now, we might not ultimately have to get to 45 rigs to be able to drill into our CapEx budget, what we targeted about $2 billion next year.

In Kansas, we have been very successful. So out of the 432 wells we have drilled, 69 of those have been drilled in Kansas, and 46 of those have been producing over 30 days. And they have just basically the same type of initial production as in Oklahoma. So as we continue to move out into further North and West, we are having success.

You can see that as we now, in the last two years, we made an 80-mile stepout to Comanche County and now drilled 20 wells in Comanche County. And this year we have moved all the way out to Finney County, Kansas, which was another 80-mile stepout, have started building infrastructure facilities in Finney County. And we are anticipating the same type or production as we move to the Northwest as we have in the rest of the Kansas acreage, as well as the rest of Oklahoma.

So our goal, again, is to be able to drill 100 to 500 Boe a day wells over thousands and thousands of time in a very large stratigraphic trap across Kansas and Oklahoma. And I think we are now proving that out. So the key again to the play is to maximize your value through the infrastructure investment that we made.

So once we put our infrastructure in place, as I mentioned we spent $300 million in saltwater disposal systems, once you put that infrastructure in place you also have the ability to capture acreage. So a barrier to entry inside of our core areas is very high. We just don't have much competition because it would be nearly impossible for somebody to go put together a large position inside of our blocks of land and be able to put together a disposal system.

So one you have that disposal system in place, it does give you even more upside if you chose to. We don't necessarily look to have more acreage because we have over a 15-year inventory where we are at today. But having this disposal system in place is a key barrier to entry to our areas, and today we are trucking only 3% of the water, and those are on new wells that are coming on that we don't have disposal in.

So we do a very efficient job of putting in disposal systems. Today we move about 550,000 barrels of water, gross amount of water, through our disposal wells. And we have capacity for just over one million barrels.

So as we look at our budget moving forward, we have a couple of choices. You can continue to step out and spend more on infrastructure, or what's your correct balance should we be drilling back inside our infrastructure and spending less on infrastructure and developing wells.

So I think we will have some combination of that as we move into 2013, and that is the balancing that we are doing now for our budget as we work on that for next year.

So we have just in six short years built the Company on a very firm foundation. In fact, you could almost start over and say in the last three years since 2009, since moving to oil, we have grown the Company dramatically. And we focus on good reservoirs that are inexpensive to drill that we can recover the oil and gas in place. And now we've fully funded both 2012 and 2013, and look forward to many years of growth with the Mississippian as our core asset.

Thanks. And are there questions here, or are we out of time?

---

**Charles Meade** - *Johnson Rice & Company - Analyst*

I think what we'll do is, Tom, maybe if you could just stick around and people can come up and do Q&A, and we'll go ahead and let people start their break and get back on time afterwards.

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Tom Ward** - *SandRidge Energy, Inc. - Chairman & CEO*

Perfect, thank you.

---

**Charles Meade** - *Johnson Rice & Company - Analyst*

Thank you.

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS