# EXHIBIT 88

Message

**From**: Chad Michael [cmichael@tudorpickering.com]
**Sent**: 8/10/2010 11:44:24 PM
**To**: Matt Grubb [mgrubb@sandridgeenergy.com]; Ward Polzin [wpolzin@tudorpickering.com]
**CC**: Maynard Holt [mholt@tudorpickering.com]; Jeff Knupp [jknupp@tudorpickering.com]; Kyle Litterell [klitterell@sandridgeenergy.com]
**Subject**: RE: Confidential - Oklahoma Horizontal Miss

Thanks for the update. Good data on the new well. We have been making good progress on our side. We sent Kyle an initial draft of our materials. I think next step is for us to find a date to come to OKC and review our thoughts. Looking forward to it.

Best Regards,

Chad

---

**From:** Matt Grubb [mailto:mgrubb@sdrge.com]
**Sent:** Tuesday, August 10, 2010 4:24 PM
**To:** Ward Polzin; Chad Michael
**Cc:** Maynard Holt; Jeff Knupp; Kyle Litterell
**Subject:** Confidential - Oklahoma Horizontal Miss

Gentlemen

No intention to bombard you with day-to-day well info, but thought this would be interesting to you. We just completed a well that tested about 750 bopd with 250 mcfgd and 4400 bwpd in the first 24 hours. This is the furthest East well completed to date moving closer to the Grant Co. acreage that we discussed. This is very early data (second day of production), but looks pretty strong. Currently flowing about 35 boph on report.

Best,

Matt