# EXHIBIT 89

Message

**From**: Matt Grubb [/O=SANDRIDGEENERGY/OU=CORPORATE/CN=RECIPIENTS/CN=MGRUBB]
**Sent**: 2/1/2011 10:38:41 AM
**To**: Rodney Johnson [rjohnson@sandridgeenergy.com]; Tom L. Ward [tward@sandridgeenergy.com]; James Bennett [jbennett@sandridgeenergy.com]
**Subject**: Re: UPDATE- Credit Suisse Energy Summit Presentation.pptx

Thanks Rodney

---

**From**: Rodney Johnson
**Sent**: Tuesday, February 01, 2011 10:21 AM
**To**: Tom L. Ward; Matt Grubb; James Bennett
**Subject**: UPDATE- Credit Suisse Energy Summit Presentation.pptx

Matt,

Please find attached the updated slides for Credit Suisse ---

I ran a new strip for the graphs with a date of 1-29-2011.

I also ran a flat $98 oil price --- The IRR for both Permian and Mississippian Horizontal were within a few % of the strip runs.

Ie. Miss horizontal was 128.7 ROR with the strip and 128 with the $98 oil price.

As I understand the hedging represents one year of a potential 50 year life -- I would suggest we use the strip price as the graph example and we can reference our ability to lock in those prices today.

Please note: I have also referenced the % revenue from liquids on both slides Miss horizontal is 77% and Permian is 95%.

Thanks,

Rodney