# EXHIBIT 90

Message

**From**: Matt Grubb [/O=SANDRIDGEENERGY/OU=CORPORATE/CN=RECIPIENTS/CN=MGRUBB]
**Sent**: 2/9/2011 5:11:14 PM
**To**: Tom L. Ward [tward@sandridgeenergy.com]; James Bennett [jbennett@sandridgeenergy.com]
**Subject**: RE: Top 5 talking points for Earnings call

Here are some high level thoughts.

1) Completed transition to oil that started 18 months ago. 100% of our rigs currently drilling high ROR oil wells in CBP and MC......
2) YE 2010 reserves and production update
3) 2011 Production and Capex Guidance.....
4) Funding gap and status update on capital raising plan
5) Permian update and drilling performance – low risk, low cost, carbonate...etc
6) Miss acreage update and well performance - low risk, low cost, carbonate...etc

---

**From:** Tom L. Ward
**Sent:** Wednesday, February 09, 2011 5:02 PM
**To:** Matt Grubb; James Bennett
**Subject:** FW: Top 5 talking points for Earnings call

I am asking for top five talking points for five paragraphs to talk from.

---

**From:** Kevin White
**Sent:** Wednesday, February 09, 2011 4:59 PM
**To:** Tom L. Ward
**Subject:** Top 5 talking points for Earnings call

Your request as passed on by Leslie, top 5, ranked in priority:

1. Allocate maximum drilling capital to achieve superior/certain rates of return
2. Targeting oil bearing conventional carbonate/reservoir rock with visible production history/decline profile.
3. Focus on plays with low drilling and completion costs
4. Mississippian discussion
a. Acreage position, source of capital, NAV impact
5. Year-end reserves

I can add sub-points to the above main points if you would find it helpful in your preparation.

Kevin R. White
SandRidge Energy
123 Robert S. Kerr Avenue
Oklahoma City, OK 73102-6406
405.429.5515 (o)
mailto:kwhite@sdrge.com
www.sandridgeenergy.com