# EXHIBIT 91

Message

**From**: Matt Grubb [/O=SANDRIDGEENERGY/OU=CORPORATE/CN=RECIPIENTS/CN=MGRUBB]
**Sent**: 4/4/2011 9:08:25 AM
**To**: Tom L. Ward [tward@sandridgeenergy.com]
**CC**: James Bennett [jbennett@sandridgeenergy.com]
**Subject**: Re: Ever changing world

Thanks

----- Original Message -----
From: Tom L. Ward
Sent: Monday, April 04, 2011 09:04 AM
To: Matt Grubb
Cc: Tom L. Ward; James Bennett
Subject: Re: Ever changing world

I came up with the number to Antinum based on us budgeting $2000 per acre and being less bullish about step out wells than today. TPH gave us 75 percent success on 409 Mbps curve and still deliver a 25 percent ROR to the investor. We all thought this was aggressive few weeks ago.

I don't want to make decisions until we sit down and discuss so won't respond to the thoughts yet.

Tom L. Ward, CEO
SandRidge Energy, Inc.
123 Robert S. Kerr Avenue
Oklahoma City, OK 73102-6406
Phone: (405) 429-5505
Fax: (405) 429-6273
E-Mail: tward@sandridgeenergy.com

On Apr 4, 2011, at 9:00 AM, "Matt Grubb" <mgrubb@sandridgeenergy.com> wrote:

> Here are some thoughts:
>
> 1) Plan on $1.6 mm budget and hope to be about $1.550
>
> 2) I am not sure why we came out with $4000/ac for Antinum. I discussed
> with Chad last weekend and he didn't give me a good answer other than it
> was a firm number (?). However, if Antinum is ready to proceed with
> $4000/ac on +/-100,000 ac then we should take it. We should also
> prepare to issue equity and prepare to do a second horz miss RT this
> fall. The reason for all is that I don't see on bullet taking care of
> all our capital needs. Plan on Permian trust not getting done as soon as
> we think.
>
>
>
> -----Original Message-----
> From: Tom L. Ward
> Sent: Monday, April 04, 2011 8:45 AM
> To: James Bennett
> Cc: Tom L. Ward; Matt Grubb
> Subject: Re: Ever changing world
>
> Yes. Let's plan to sit down on Thursday or Friday. I want to keep buying
> near these new discoveries. I also think we could move our type curve
> up for a second Miss RT.
>
> It looks like we will be raising some additional funds from upsizing.
>
>
>
> Tom L. Ward, CEO
> SandRidge Energy, Inc.
> 123 Robert S. Kerr Avenue
> Oklahoma City, OK 73102-6406
> Phone: (405) 429-5505
> Fax: (405) 429-6273

```
> E-Mail:  tward@sandridgeenergy.com
>
> On Apr 4, 2011, at 8:41 AM, "James Bennett"
> <jbennett@sandridgeenergy.com> wrote:
>
>> Okay.  The good news is that we have options right now.
>>
>> I do need to get an update from both of you on where you think our
> capex is trending and what's our best 2011 estimate as of now.  It looks
> like land is running significantly ahead of budget - preliminary numbers
> are that in Q1 we spent ~$90MM and our budget for the entire year was
> $96MM (e.g. the March budget was $12MM and we spent $26MM).
>>
>> I was thinking about the JV valuation this weekend and wondered if we
> should get TPH to update their PV and per acre valuation of a JV using
> our updated information.  In looking at the work that Goldman did, their
> risked per acre number is coming in much higher than $4k. I actually
> thought their analysis was the most thorough I have seen using public
> data
>>
>>
>> James D. Bennett
>> SandRidge Energy, Inc.
>> office:  (405) 429-5520
>> mobile:  (832) 875-4851
>> jbennett@sandridgeenergy.com
>>
>> -----Original Message-----
>> From: Tom L. Ward
>> Sent: Monday, April 04, 2011 7:23 AM
>> To: James Bennett; Matt Grubb
>> Subject: Ever changing world
>>
>> Let's continue to discuss financing alternatives and not get locked
> into one type as our drilling either meets or beats our expectations.
> At least I didn't factor in Eastern Grant having 900 BOD oil wells like
> the Killian 1-7!
>>
>> For example, are we too cheap at $4000 per acre?  Care to raise some
> equity and keep all of it?  Want to buy some of the older fields?  I
> just want to keep all ideas fluid as we get more information. The last
> three Grant Co wells have given me much more encouragement
>>
>> What if the Comanche County, Kansas well is this good?
>>
>> Tom L. Ward, CEO
>> SandRidge Energy, Inc.
>> 123 Robert S. Kerr Avenue
>> Oklahoma City, OK  73102-6406
>> Phone:  (405) 429-5505
>> Fax:  (405) 429-6273
>> E-Mail:  tward@sandridgeenergy.com
```