# EXHIBIT 92

Message

**From:** Matt Grubb [/O=SANDRIDGEENERGY/OU=CORPORATE/CN=RECIPIENTS/CN=MGRUBB]
**Sent:** 6/29/2011 3:45:11 PM
**To:** Tom L. Ward [tward@sandridgeenergy.com]
**Subject:** Re: Fwd: Eastern Daily Ops & Production Report - 6/28/11

Let's see where we are at in the next couple of RT1 reviews. I know production is fine from a BOE standpoint, but need to see where oil production is headed versus S1 to feel good about revenues.

Midcon and WTO are neck and neck, but will soon blow pass WTO

---

**From**: Tom L. Ward
**Sent**: Wednesday, June 29, 2011 03:41 PM
**To**: Matt Grubb
**Subject**: Fwd: Eastern Daily Ops & Production Report - 6/28/11

We are continuing to hit very good wells in RT1. Time to go back to three rigs?

Also, maybe the first time M/C is producing more than WTO

Tom L. Ward, CEO
SandRidge Energy, Inc.
123 Robert S. Kerr Avenue
Oklahoma City, OK 73102-6406
Phone: (405) 429-5505
Fax: (405) 429-6273
E-Mail: tward@sandridgeenergy.com

Begin forwarded message:

**From:** "Sean Woltemath" <swoltemath@sandridgeenergy.com>
**Date:** June 29, 2011 4:20:02 PM EDT
**To:** "Aaron Reyna" <areyna@sandridgeenergy.com>, "Billy Madden" <bmadden@sandridgeenergy.com>, "Bryan Rother" <brother@sandridgeenergy.com>, "Chris Rhame" <crhame@sandridgeenergy.com>, "Craig Johnson" <cjohnson1@sandridgeenergy.com>, "Dennis Miller" <dmiller1@sandridgeenergy.com>, "Dotty Wagner" <dwagner@sandridgeenergy.com>, "Dustin Elmore" <delmore@sandridgeenergy.com>, "Forrest Walton" <fwalton@sandridgeenergy.com>, "Garrett Drake" <gdrake@sandridgeenergy.com>, "George Davis" <gdavis@sandridgeenergy.com>, "Gil Messersmith" <gmessersmith@sandridgeenergy.com>, "Jack Austin" <jaustin@sandridgeenergy.com>, "James Bennett" <jbennett@sandridgeenergy.com>, "Janet Henderson" <jhenderson@sandridgeenergy.com>, "Jason McElvany" <jmcelvany@sandridgeenergy.com>, "Jason Powell" <jpowell@sandridgeenergy.com>, "Jeff Nelson" <jnelson@sandridgeenergy.com>, "John-Mark Beaver" <jbeaver@sandridgeenergy.com>, "Karin Keller" <kkeller@sandridgeenergy.com>, "Kole Atkinson" <katkinson@sandridgeenergy.com>, "Kyleigh Risinger" <krisinger@sandridgeenergy.com>, "Larry McFarlin" <lmcfarlin@sandridgeenergy.com>, "Linda Guthrie" <lguthrie@sandridgeenergy.com>, "Lindsey Austin" <laustin@sandridgeenergy.com>, "Lori Mauk" <lmauk@sandridgeenergy.com>, "Matt Grubb" <mgrubb@sandridgeenergy.com>, "Mike Brown" <mbrown1@sandridgeenergy.com>, "Murphy Jordan" <mjordan@sandridgeenergy.com>, "Nick Newland" <nnewland@sandridgeenergy.com>, "Rick Hughes" <rhughes@sandridgeenergy.com>, "Rick Kirby" <rkirby@sandridgeenergy.com>, "Rodney Johnson" <rjohnson@sandridgeenergy.com>, "Roger Wilson" <rwilson@sandridgeenergy.com>, "Rolf Ornelas" <rornelas@sandridgeenergy.com>, "Ross Giblet" <rgiblet@sandridgeenergy.com>, "Scott White" <swhite@sandridgeenergy.com>, "Sean Woltemath" <swoltemath@sandridgeenergy.com>, "Shad Frazier" <sfrazier@sandridgeenergy.com>, "Steve Henley" <shenley@sandridgeenergy.com>, "Stuart Wittenbach"

<swittenbach@sandridgeenergy.com>, "Todd Tipton" <ttipton@sandridgeenergy.com>, "Tom L. Ward" <tward@sandridgeenergy.com>, "Tom Shaw" <tshaw@sandridgeenergy.com>, "Tricia Parks" <tparks@sandridgeenergy.com>, "Tyler Howle" <thowle@sandridgeenergy.com>, "Wayne Chang" <wchang@sandridgeenergy.com>, "William Scott" <wscott@sandridgeenergy.com>
**Subject: Eastern Daily Ops & Production Report - 6/28/11**

The report for 6/28/11 is now ready for viewing:

http://easternyellowreport.sdrge.com/

Thanks,

**Sean Woltemath**
Operations | Eastern Region

123 Robert S. Kerr Avenue
Oklahoma City, OK 73102
Office: 405.429.6168

Fax: 405.429.5964

swoltemath@sandridgeenergy.com