# EXHIBIT 93

Message

**From**: Tom L. Ward [/O=SANDRIDGEENERGY/OU=CORPORATE/CN=RECIPIENTS/CN=TWARD]
**Sent**: 9/17/2011 5:48:37 PM
**To**: Todd Tipton [ttipton@sandridgeenergy.com]
**CC**: Matt Grubb [mgrubb@sandridgeenergy.com]
**Subject**: FW: New Geoprog - Grant Co, OK - Kremlin 1-31H
**Attachments**: Kremlin 1-31H Geoprog Full 9.16.11.pdf

Looks as good as any to me!

**Tom L. Ward, CEO**
**SandRidge Energy, Inc.**
**123 Robert S. Kerr Avenue**
**Oklahoma City, OK 73102-6406**
**Phone: (405) 429-5505**
**Fax: (405) 429-6273**
**E-Mail: tward@sandridgeenergy.com**

---

**From:** Susan Karberg
**Sent:** Friday, September 16, 2011 1:40 PM
**To:** Andrea Keim; Bernie McCormick; Bob Wilcox; Brady Bledsoe; Buck Scifres; Carl Melland; Chris Remmert; Danielle Decker; David Lawler; David Murray; Dillon Orr; Dustin Elmore; Hugo Rodriguez; Jacky Erisman; Jared Alspaugh; Jason McElvany; Jason Powell; Jeff Nelson; Jenae Sherrod; Joel Acosta; Jon Goss; Joni Reeder; Josh Moser; Kathy Gentry; Kim Scott; Kristen Turner; Laci Bevans; Lindsay Anderson; Lindsey Austin; Lisa Faust; Marc Harvey; Matt Grubb; Mike Blevins; Mike Brown; Neil Wildman; Patricia Allen; Preston Wray; Richard Hill; Rick Kirby; Rodney Johnson; Roger Wilson; Russell Shipley; Ryan Robinson; Sarah Dickerson; Scott White; Sean Woltemath; Shaun Lambert; Stephanie Dugan; Steve Henley; Susan Karberg; Tammy Alcorn; Tammy Cranford; Todd Tipton; Tom L. Ward; Tyler Howle
**Subject:** New Geoprog - Grant Co, OK - Kremlin 1-31H

Please find attached geoprog for the Kremlin 1-31H, approve in Technical Review 9/15

<<Kremlin 1-31H Geoprog Full 9.16.11.pdf>>

**Susie Karberg**
**Geologist**

**Mid-Continent Group**
**SandRidge Energy, Inc.**
123 Robert S. Kerr Avenue
Oklahoma City, Oklahoma 73102-6406
Office - 405-429-6151
Cell - 405-651-2851
skarberg@sandridgeenergy.com

SandRidge

# GEOLOGICAL PROGNOSIS

SandRidge Energy, Inc.
Prospect - WAKITA
Susan Karberg - Geologist
Jane Ann Norris - Landman
September 16, 2011

**WELL NAME:** **Kremlin 1-31H** **API No.**

**SURFACE LOCATION:** 200' FNL & 660' FEL of Section 31, T27N, R5W
Grant County, Oklahoma

**BOTTOM HOLE LOC:** 200' FSL & 660' FEL of Section 31, T27N, R5W

**ELEVATIONS:** 1,080' GR (Est) 1,098' KB (+18' Est)

**ANTICIPATED CASING:**

| STRING | SIZE | DEPTH |
|---|---|---|
| Intermediate | 7" | 5,500' |
| Production | 5 1/2" | 9,584' |

**FORMATION TOPS:**

| | DRILL DEPTH | KBTVD |
|---|---|---|
| Base Heebner | 3,309' | 3,309' |
| Tonkawa | 3,684' | 3,684' |
| Cottage Grove | 4,185' | 4,185' |
| Oswego | 4,634' | 4,634' |
| Cherokee | N/A | 4,717' |
| Verdigris | N/A | 4,784' |
| * Chat | N/A | 5,003' |
| * Miss Lime | N/A | 5,013' |
| * Target | N/A | 5,063' |
| **Total Depth** | 9,584' | |

***Potential Pay Zones**

**Comments:** Geoprahix Tobin Landgrid Lat/Long: Surface Location= 36.781121/-97.769955, Bottom Hole= 36.767672/-97.770026

**Directional:**

| | |
|---|---|
| KOP: | 4235 |
| Build Rate: | 7/100' |
| Lateral Azimuth: | 180 |
| Target Line: | 5063 KBTVD @ 89.6 degrees (90.4 - 0.8 formation dip) |
| Traverse Length: | 4057 |
| Max TVD: | 5057 at heel |
| Total Depth: | 9584 |

**Mudlogger Logging By:** 3,000'

**OPEN-HOLE LOGS:** Company: TBD

**Run #1 (On Drill Pipe):** TD back to intermediate casing: Induction/Neutron/Density. GR/Neutron TD back to 3000

**COMPANY CONTACTS:**

| Name | Office Phone | Cell Phone | E-Mail |
|---|---|---|---|
| Susan Karberg, Geologist | (405) 429-6151 | (405) 651-2851 | skarberg@sdrge.com |
| David Murray, Sr. Geologist | (405) 429-5720 | (405) 596-1558 | dmurray@sdrge.com |
| Jane Ann Norris, Sr. Landman | 405-429-5864 | | jnorris@sdrge.com |
| Jon Goss, Landman | 405-429-5750 | | jgoss@sdrge.com |

| Curve Information | |
|---|---|
| Build Rate (°/100') | 7 |
| Build to Angle (90° typical) | 90.40 |
| EOC (KBTVD - 0' VS) | 5063 |
| EOC/Landing Point (TVD) | 5057 |
| Traverse Length | 4057 |
| TVD @ TD | 5030 |

| | |
|---|---|
| Distance to Build Curve to 90° | 1291 |
| Distance from EOC (TVD) to KOP | 823 |
| | |
| KOP (TVD) | 4235 |
| EOC (MD) | 5526 |
| EOC (TVD) | 5057 |
| Distance from EOC to TD | 4057 |

| | |
|---|---|
| Dip Angle | 0.40 |
| TVD Displacement f/ 0' VS to EOC | 5.59 |
| TVD @ O' VS | 5063 |
| TVD Displacement f/ EOC to TD | 27.59 |
| TVD @ TD | 5030 |
| TD (MD) | 9584 |

| From Section lines | | | |
|---|---|---|---|
| FNL | 200 | VS Displacement | 4880 |
| FSL | 200 | | |
| | | Traverse Length | 4057 |

| | |
|---|---|
| Build to angle/build rate | 12.91 |
| Circumference | 5165.71 |
| B7 / 100 | 40.57 |
| Displacement factor | 0.68 |




**Operator**

SandRidge Energy

**Well Name and Number**

Kremlin 1-31H

**Well Surface Location**

31-27n-5w; 200' fnl & 660' fel

**Well Bottom Hole Location**

31-27n-5w; 200' fsl & 660' fel

**County and State**

Grant County, Oklahoma

**Well API Number**

35-053-00000

# Correlation Type Log for Kremlin 1-31H

35053208740000

H G & G INC
HAMBAUGH 1
1320 FSL 1320 FWL/NW
TWP: 27 N - Range: 6 W - Sec. 36




TD=5900
Cum Oil All Zones: 10097 bbls
Comp Date=4/13/1982
Datum=1080
Reference=KB




1 inch = 2000 feet

2000 0 2000 ft

**PRODUCING FORMATION LEGEND**

- Tonkawa-Virgilian
- Cottage Grove
- Oswego
- Red Fork
- Inola
- Morrow
- Chester
- Meremec
- Hunton
- Pre-Hunton (Viola/Simp/Arbk)

N

**WELL POSTING LEGEND**

*CURRENT OPERATOR*
ORIGINAL OPERATOR

Cum MBO
Cum BCF
Compl. Date

Ave Daily BO
Ave Daily MCF
Total Depth

WELL NAME & NUMBER
Prod Formations

SandRidge

Kremlin 1-31H
Grant County, OK
Mississippian Lime Structure Map (Subsea)
31-27N-5W

Kremlin 1-31H.gmp

**Date:** 16 September, 2011 **Geol:** S Karberg




1 inch = 2000 feet

2000 0 2000 ft

**PRODUCING FORMATION LEGEND**

- Tonkawa-Virgilian
- Cottage Grove
- Oswego
- Red Fork
- Inola
- Morrow
- Chester
- Meremec
- Hunton
- Pre-Hunton (Viola/Simp/Arbk)

N

**WELL POSTING LEGEND**

*CURRENT OPERATOR*
ORIGINAL OPERATOR

Cum MBO
Cum BCF
Compl. Date

Ave Daily BO
Ave Daily MCF
Total Depth

WELL NAME & NUMBER
Prod Formations

SandRidge

Kremlin 1-31H
Grant County, OK
Topographic Map
31-27N-5W

Kremlin 1-31H.gmp

**Date:** 16 September, 2011 **Geol:** S Karberg




1 inch = 2000 feet

2000 0 2000 ft

**PRODUCING FORMATION LEGEND**

- Tonkawa-Virgilian
- Cottage Grove
- Oswego
- Red Fork
- Inola
- Morrow
- Chester
- Meremec
- Hunton
- Pre-Hunton (Viola/Simp/Arbk)

N

**WELL POSTING LEGEND**

*CURRENT OPERATOR*
ORIGINAL OPERATOR

Cum MBO
Cum BCF
Compl. Date

Ave Daily BO
Ave Daily MCF
Total Depth

WELL NAME & NUMBER
Prod Formations

SandRidge

Kremlin 1-31H
Grant County, OK
Aerial Photo
31-27N-5W

Kremlin 1-31H.gmp

**Date:** 16 September, 2011 | **Geol:** S Karberg