# EXHIBIT 94

Message

**From**: Tom L. Ward [/O=SANDRIDGEENERGY/OU=CORPORATE/CN=RECIPIENTS/CN=TWARD]
**Sent**: 9/27/2011 4:44:26 PM
**To**: Matt Grubb [mgrubb@sandridgeenergy.com]
**Subject**: FW: Salty Creek 1-20H

My explanation is that it is just another dog amongst decent wells. Seems to happen all over...When we really get this answered, I would like to be in the meeting!

**Tom L. Ward, CEO**
**SandRidge Energy, Inc.**
**123 Robert S. Kerr Avenue**
**Oklahoma City, OK 73102-6406**
**Phone: (405) 429-5505**
**Fax: (405) 429-6273**
**E-Mail: tward@sandridgeenergy.com**

SANDRIDGE
THE POWER OF US

---

**From:** Mike Brown
**Sent:** Tuesday, September 27, 2011 4:18 PM
**To:** Todd Tipton; Matt Grubb
**Cc:** Tom L. Ward
**Subject:** RE: Salty Creek 1-20H

We are still working on this area but see Mark's initial thoughts on the Salty Creek below.

---

**From:** Mark Thomas
**Sent:** Tuesday, September 27, 2011 3:24 PM
**To:** Mike Brown
**Subject:** RE: Salty Creek 1-20H

Mike,
The top of the T/Mississippian section shown is 5,133' MD, 4,886' TVD. The section is interpreted from the mudlog, as limestone with chert to 5,540' MD. From 5,540' MD to TD, the Mississippian becomes very dolomitic with interbedded chert. Some asphaltic staining is reported @ 5,950' with a lower frequency of significant gas shows (<100units). Gas shows increased up to 229 units at 9,350' to total depth. It is reasonable to believe the C section-target is generally less porous/permeable than producing downdip (south) as demonstrated in the Beisel Trust 1-30H (section 30) and Ludeman 1-29H (section 29) and northeast in the Alexander 1-16H (section 16).

Thanks

**Mark Thomas**
*Senior Geologist*

123 Robert S. Kerr Avenue
Oklahoma City, OK 73102
*Office* 405-429-5737
*Cell* 405-365-6739
mthomas@sandridgeenergy.com

---

**From:** Mike Brown
**Sent:** Tuesday, September 27, 2011 10:03 AM
**To:** Mark Thomas
**Subject:** FW: Salty Creek 1-20H

What do you think?

---

**From:** Matt Grubb
**Sent:** Tuesday, September 27, 2011 9:55 AM
**To:** Todd Tipton; Mike Brown
**Cc:** Tom L. Ward
**Subject:** FW: Salty Creek 1-20H

A real dud here so far. Any thoughts?

---

**From:** Rick Kirby
**Sent:** Tuesday, September 27, 2011 6:43 AM
**To:** Matt Grubb; Tom L. Ward; David Lawler
**Subject:** Salty Creek 1-20H