# EXHIBIT 95

Message

**From**: Tom L. Ward [/O=SANDRIDGEENERGY/OU=CORPORATE/CN=RECIPIENTS/CN=TWARD]
**Sent**: 1/24/2012 6:14:01 PM
**To**: Matt Grubb [mgrubb@sandridgeenergy.com]; James Bennett [jbennett@sandridgeenergy.com]
**Subject**: Re: Daily Production Report 01/23/2012

Yes sir

---

**From**: Matt Grubb
**Sent**: Tuesday, January 24, 2012 06:06 PM
**To**: Tom L. Ward; James Bennett
**Subject**: Re: Daily Production Report 01/23/2012

Yes. We have had a string of good wells. This is very good going into earnings call

---

**From**: Tom L. Ward
**Sent**: Tuesday, January 24, 2012 06:05 PM
**To**: Matt Grubb; James Bennett
**Subject**: Fw: Daily Production Report 01/23/2012

Nice

---

**From**: Rolando Castellanos-Lopez
**Sent**: Tuesday, January 24, 2012 05:58 PM
**To**: /o=SandRidgeEnergy/ou=Corporate/cn=Recipients/cn=rlaw; /o=SandRidgeEnergy/ou=Corporate/cn=Recipients/cn=zwelton; Aaron Reyna; Abe Henry; Alan Hough; Amy Lofgren; Anna Rosenthal <arosenthal@sdrge.com>; Austin Gard; Cathy Moore; Chad Hunt; Chad Pinkerton; Cheryl Peck Donley; Cindy Thomason; Clay Midkiff; Craig Johnson; Danielle Wright; Darrell Kelly; David Axworthy <daxworthy@sandridgeenergy.com>; David Edwards; David Lawler; Derek Garber; Doug McFarland <dmcfarland@sdrge.com>; Forrest Walton; Garrett Drake; George Davis; Gerald Wooten; Geron Daugherty; Greg West; Jack Austin; James Bennett; James Chovanetz; Janet Henderson; Janice Hill; Jason McElvany; Jeff Nelson; Jennifer Dunn; Jerri Colette; Joella Thomas; John Crocker; John Schroeder; John-Mark Beaver; Josh Pitts; Joy LaBar; Julie Finley; Justin Lewellen; Kendra Zmek; Keri Mitchell; Kevin White; Kole Atkinson; Kyle Koontz; Kyle Litterell; Kyleigh Risinger; Lance Galvin; Larry McFarlin; Larry Strawn; Leslie Weiher; Lindsey Austin; Lisa Klein; Liz Eskridge; Lon Winton; Lori Mauk; Mandy Brensing; Mark Arra; Mary Filippo; Mary Whitson; Matt Grubb; Micah Moddrell; Michael Hall; Michael Hodges <mhodges@sandridgeenergy.com>; Michael Palmer; Michael Underwood; Mike Brown <mbrown1@sdrge.com>; Monica Blanco; Parker Neal; Pat Mancinelli; Paul Seitsinger; Randy Cooley; Raul Rodriguez; Rhonda Orth; Rick Hughes; Rick Kirby; Rick Maltby; Rick Villarma; Robert Blanchard; Robert Potts; Rodney Johnson; Rolando Castellanos-Lopez; Rolf Ornelas; Ross Giblet; Ryan Thomas; Ryan Waggoner; Sean Woltemath; Shad Frazier; Sharon Hopkins; Sherry Coskey; Stephanie Jaronek; Steve Henley; Steven Kleinert; Susan Matthews; Terry Crocker <tcrocker@sandridgeenergy.com>; Tim Fahler; Todd Tipton; Tom L. Ward; Tony Sutton; Trent Richey; Tricia Parks; Trish Mulroney; Wayne Chang; Will Henson
**Subject**: Daily Production Report 01/23/2012

**SandRidge Production 01/23/2012: 407,856 MCFE; 67,976 BOE**

Click To View Region Report
Click To View Gas Volume Report

| DATE | MIDCON | EAST TX | GULF COAST | GOM | EASTERN DIVISION TOTAL | WTO | PERMIAN BASIN | ARENA (Permian Central) | WESTERN DIVISION TOTAL | SANDRIDGE TOTAL | GAS | OIL | NGL | TOTAL LIQUIDS | MCFE | BOE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/10/2012 | 117,541 | 0 | 11,419 | 8,249 | 137,210 | 63,743 | 108,073 | 76,954 | 248,770 | 385,980 | 173,788 | 30,625 | 4,740 | 35,365 | 385,980 | 64,330 |
| 1/11/2012 | 112,863 | 0 | 11,081 | 4,814 | 128,758 | 63,945 | 111,229 | 76,253 | 251,427 | 380,185 | 169,457 | 30,302 | 4,819 | 35,121 | 380,185 | 63,364 |
| 1/12/2012 | 116,128 | 0 | 11,502 | 6,098 | 133,727 | 63,551 | 111,988 | 79,151 | 254,690 | 388,417 | 170,355 | 31,488 | 4,856 | 36,344 | 388,417 | 64,736 |
| 1/13/2012 | 118,365 | 0 | 10,722 | 7,248 | 136,334 | 64,474 | 110,322 | 79,248 | 254,043 | 390,378 | 172,943 | 31,457 | 4,782 | 36,239 | 390,378 | 65,063 |
| 1/14/2012 | 117,768 | 0 | 10,723 | 7,726 | 136,217 | 65,076 | 109,744 | 78,189 | 253,010 | 389,227 | 172,093 | 31,496 | 4,693 | 36,189 | 389,227 | 64,871 |
| 1/15/2012 | 120,863 | 0 | 10,331 | 8,231 | 139,425 | 64,255 | 110,750 | 77,754 | 252,760 | 392,185 | 175,155 | 31,405 | 4,766 | 36,172 | 392,185 | 65,364 |
| 1/16/2012 | 122,494 | 0 | 10,691 | 7,864 | 141,049 | 63,444 | 111,889 | 79,842 | 255,175 | 396,224 | 174,469 | 32,139 | 4,821 | 36,959 | 396,224 | 66,037 |
| 1/17/2012 | 124,777 | 0 | 11,249 | 8,351 | 144,377 | 65,209 | 111,701 | 80,466 | 257,376 | 401,753 | 175,759 | 32,847 | 4,818 | 37,666 | 401,753 | 66,959 |
| 1/18/2012 | 121,351 | 0 | 11,254 | 8,060 | 140,666 | 62,372 | 108,790 | 79,466 | 250,628 | 391,294 | 172,756 | 31,699 | 4,724 | 36,423 | 391,294 | 65,216 |
| 1/19/2012 | 125,296 | 0 | 11,068 | 8,111 | 144,475 | 62,998 | 110,312 | 80,834 | 254,144 | 398,619 | 172,627 | 32,902 | 4,763 | 37,665 | 398,619 | 66,436 |
| 1/20/2012 | 124,372 | 0 | 10,869 | 8,305 | 143,546 | 62,770 | 110,910 | 82,662 | 256,341 | 399,887 | 174,022 | 32,734 | 4,910 | 37,644 | 399,887 | 66,648 |
| 1/21/2012 | 130,196 | 0 | 11,409 | 8,078 | 149,684 | 63,773 | 109,339 | 83,098 | 256,210 | 405,894 | 173,356 | 33,853 | 4,903 | 38,756 | 405,894 | 67,649 |
| 1/22/2012 | 134,332 | 0 | 8,808 | 8,020 | 151,159 | 63,783 | 110,010 | 83,063 | 256,855 | 408,014 | 174,414 | 34,030 | 4,903 | 38,933 | 408,014 | 68,002 |
| 1/23/2012 | 135,541 | 0 | 8,462 | 7,848 | 151,851 | 63,935 | 108,635 | 83,435 | 256,005 | 407,856 | 173,973 | 34,126 | 4,855 | 38,981 | 407,856 | 67,976 |







## Notes:

**1/23/2012:**

**Mid-Con**

Reitz Trust 1-14H – SI 1 hr – Compressor; loss: 700 Mcfe net.

Victor 1-19H – ESP down 24 hours on motor temp & underload; loss: 1200 Mcfe net.

**Gulf Coast**

East Bayou Sorrel Field – SWD down due to high injection pressures; loss: 500 Mcfe net.

**Permian South**

Brooklaw Gas: Flaring gas.