# EXHIBIT 96

Message

**From**: Tom L. Ward [/O=SANDRIDGEENERGY/OU=CORPORATE/CN=RECIPIENTS/CN=TWARD]
**Sent**: 2/23/2012 5:34:12 PM
**To**: Craig Johnson [cjohnson1@sandridgeenergy.com]; David Lawler [dlawler@sandridgeenergy.com]
**CC**: Matt Grubb [mgrubb@sandridgeenergy.com]; Mike Brown [mbrown1@sandridgeenergy.com]
**Subject**: RE: Schuermann 1-21H

I tend to agree with the later. Thanks

**Tom L. Ward, CEO**
**SandRidge Energy, Inc.**
**123 Robert S. Kerr Avenue**
**Oklahoma City, OK 73102-6406**
**Phone: (405) 429-5505**
**Fax: (405) 429-6273**
**E-Mail: tward@sandridgeenergy.com**

SANDRIDGE
THE POWER OF US

---

**From:** Craig Johnson
**Sent:** Thursday, February 23, 2012 5:33 PM
**To:** Tom L. Ward; David Lawler
**Cc:** Matt Grubb; Mike Brown
**Subject:** RE: Schuermann 1-21H

In talking with the geologist, David Murray, the early well designs in Grant were to land about 100' below the top of the Miss Lime and then transverse upward to about 50' at the toe. David says the plan now is to land about 50' below and transverse up to about 20' at the toe. Staying closer to the top in this area of Grant may allow the better reservoir in more contact with the wellbore and fracs. We'll continue to evaluate and see if there is a correlation.

We do have a few Middle Miss penetrations is Northern Grant but only the Killian 1-7H is economic. There appears to be too much variability and targeting this interval has been suspended at the present time.

---

**From:** Tom L. Ward
**Sent:** Sunday, February 19, 2012 10:04 AM
**To:** David Lawler; Craig Johnson
**Cc:** Matt Grubb
**Subject:** Schuermann 1-21H

I would not have chosen this well to drill because of the LeRoy 1 and LeRoy 2 and the Riley. However, this is worth watching as it appears to be getting an oil cut more early and is up to 200 bod. The LeRoy 2-30H acted somewhat like this but fell very rapidly. However, if this well continues to improve it might open up more acreage to the East. I do concur with David that it might be as much with how we are drilling versus better rock. Our first wells in Grant were the LeRoy 1-30H, Greve 1-29H, Trust 1-22H and then the wells East of 6W. Since early in the program our wells have been consistently better even in the areas we were concerned about. I think this is more than just statistical.

**Tom L. Ward, CEO**
**SandRidge Energy, Inc.**
**123 Robert S. Kerr Avenue**
**Oklahoma City, OK 73102-6406**

**Phone: (405) 429-5505**
**Fax: (405) 429-6273**
**E-Mail: tward@sandridgeenergy.com**

SANDRIDGE
THE POWER OF US