# EXHIBIT 97

Message

**From**: Lance Galvin [/O=SANDRIDGEENERGY/OU=CORPORATE/CN=RECIPIENTS/CN=LGALVIN]
**Sent**: 2/25/2013 2:14:35 PM
**To**: Rodney Johnson [rjohnson@sandridgeenergy.com]
**Subject**: Questions from PWC on prob poss classification in the Miss.docx
**Attachments**: Questions from PWC on prob poss classification in the Miss.docx

Rodney,
Modified version of PWC questions...Thanks, Lance

**Lance Galvin**
123 Robert S. Kerr
Oklahoma City, OK 73102
o: 405.429.6448
c: 405.570.0586

SANDRIDGE
THE POWER OF US

- When during 2012 did information (e.g., "additional statistics", "lower estimated ultimate recovery", "areal statistical variation outside of existing infrastructure", etc.) become available to management, that resulted in the reclassification of probable reserves to the possible category?
    1. During the YE reserve process – between Nov 2012 and Jan 2013.
    2. While proved reserves are assessed quarterly, probable and possible reserves are assessed only once per year.
- Given there was significant drilling in the MidCon during all of 2012, is there anything specific with regards to the first question that would result in management not being aware of these changes as of July 1, 2012, but becoming aware of the changes during the second half of 2012?
    1. Probable and possible reserves are assessed only once per year.
    2. Sufficient statistical well counts with adequate production data history wasn't available until YE. ~40,000 daily data points as of YE 2011, ~105,000 daily data points as of MY 2012 and ~201,000 daily data points as of YE 2012. (See graphs below)
- Were there any specific events (related to the questions above) that led to reclassification (i.e. commodity prices, drilling results, etc.)?
    1. Analysis of the statistics and EUR determination associated with additional drilling.
    2. Note that probable and possible reserves classification applies the following somewhat subjective definitions:
        1. Probable Reserves are those additional reserves which analysis of geoscience and engineering data indicate are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves
        2. Possible Reserves are those additional reserves which analysis of geoscience and engineering data indicate are less likely to be recoverable than Probable Reserves.
- Please provide the "additional statistics" noted in management's explanation as of the July 1, 2012 reserve report, and compare them to their December 31, 2012 reserve report amounts, including the quantity and/or percentage changes noted.
    1. See graphs and bullet #2 above
- Are reclassifications of this nature (probables to possibles) and in this quantity and value (e.g., multi-billion dollar value change of probable / possible reserves) typical during any given six-month period?
    1. Probable and possible reserves are assessed only once per year.
- Does management anticipate any further changes of this or any magnitude during 2013 or 2014, based on the Company's plans to explore and produce additional acreage in the Mississippian formation?
    1. We don't anticipate such changes; however, it's possible that the play extent, dramatic increasing numbers of wells, statistical data and technology could cause a reclassification to either higher or lower classifications.




Statistical Understanding of the Mississippian

- 37 TC wells w history YE 2010
- 145 TC wells w history YE 2011 (3.9x)
- 644 TC wells w history YE 2012 (4.4x) (17.4x)

