# EXHIBIT 98

Morgan Keegan EQUITY RESEARCH

Research Note

May 17, 2011

# Sandridge Mississippian Trust I

**SDT - $26.34**

Rating: **Market Perform**

Suitability: **Market Risk**

## SDT: Initiating Coverage with a Market Perform Rating (Corrected)

- The SandRidge Mississippian Trust (SDT) offers investors a vehicle with a "yield" component as well as a relatively lower-risk alternative to traditional E&P stocks, which have recently exhibited heightened volatility.
- SDT shares feature a rising distribution profile over the first several years as undeveloped horizontal Mississippian wells are drilled and brought online, supported by hedges in place through 2015.
- While we encourage investors to focus on total return, SDT shares currently exhibit a robust expected "current yield" north of 10% for the next several years. However, this trust is a diminishing asset, which will likely result in lower distributions after 2014.
- Although current prices imply about a 9% rate of return, assuming "incentive" level distributions, we think SDT's current share price already incorporates reasonable upside expectations. We rate the shares Market Perform with a $27 price target.

Exploration and Production

**Chris Pikul, CFA**
303.893.6904
chris.pikul
@morgankeegan.com

**James J. Babka, CFA**
303.893.6928
james.babka
@morgankeegan.com

### Market Data

| | |
|---|---|
| Price | $26.34 |
| Price Target | $27.00 |
| 52-Week Range | $26.69 - $21.00 |
| Market Cap (mm) | $553.1 |
| Dividend/Yield | NA/NM |
| Shares Outstanding (mm) | 21.0 |
| Float (mm) | 17.3 |
| Avg. Daily Vol. | NA |
| Insider Ownership | 0% |

### Financial Summary

| | |
|---|---|
| Tang. Book Value | NA |

### Short Interest

| date | (000s) |
|---|---|

### Revenue & EPS/YE: Dec.

| | | 12/10A | 12/11A | Prev. | 12/12A | Prev. |
|---|---|---|---|---|---|---|
| **Rev($mm)** | | -- | -- | NC | -- | NC |
| | Q1 | -- | -- | NC | -- | NC |
| | Q2 | -- | -- | NC | -- | NC |
| | Q3 | -- | -- | NC | -- | NC |
| | Q4 | -- | -- | NC | -- | NC |
| | **FY** | **--** | **--** | NC | **--** | NC |
| | CY | -- | -- | NC | -- | NC |
| **FY** | **P/E** | **NM** | **NM** | | **NM** | |
| CY | | NM | NM | | NM | |

### EPS % Change

| | 12/11A | 12/12A |
|---|---|---|
| Q1 | NM | NM |
| Q2 | NM | NM |
| Q3 | NM | NM |
| Q4 | NM | NM |
| **FY** | **NM** | **NM** |
| CY | NM | NM |

### First Call Consensus

| | 12/10A | 12/11A | 12/12A |
|---|---|---|---|
| Q1 | -- | -- | -- |
| Q2 | -- | -- | -- |
| Q3 | -- | -- | -- |
| Q4 | -- | -- | -- |
| FY | **--** | **--** | **--** |
| CY | -- | -- | -- |

Morgan Keegan & Co., Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Investors should consider this report as only a single factor in making their investment decision.

**Please see Disclosure and Certification Statement beginning on page 8 of this report.**

Investors hungering for exposure to higher oil prices have sharply bid up shares of traditional E&P equities over the past several quarters. However investors with a preference for return of capital and a more conservative risk tolerance may want to consider the SandRidge Mississippian Trust, priced to "yield" about 10%, with potential upside related to well performance and oil prices, coupled with some downside protection through hedging and a subordinated unit structure. The horizontal Mississippian play is being exploited by SandRidge (SD-$10.02, Outperform, see Initiation Report dated May 17th), boasting exceptional rates of return in the current price environment. The Mississippian is a shallow carbonate reservoir (about 50% oil by volume) which, unlike some of the more notable shale plays (Bakken, Eagleford), requires less energy-intensive rigs and completions, boosting returns through lower costs. Unlike more traditional plain-vanilla royalty trusts, SDT will be actively drilling wells over the next few years, resulting in a rising distribution profile initially. But over time, even though there is a terminal value distribution in 2030, investors should recognize SDT shares represent a diminishing asset over time.

**What is a Royalty Trust?:**
A royalty trust consists of a royalty interest in a specified package of oil and natural gas properties, which in this case, are operated by SandRidge Energy. While trusts can be organized in a broad variety of packages, SDT shares are somewhat unique in that the trust is actively engaged in the drilling of proved undeveloped wells, or PUD locations. In fact, while a plain vanilla trust may typically convey interests in primarily producing properties with a more predictable production profile, the SDT trust will participate in the drilling of 123 PUD locations over the next 3 years, which offers investors an incremental element of performance risk offset by the potential for better-than-expected well results.

A Trust structure can benefit both the seller/operator (SandRidge) and the investor in a number of symbiotic ways. From the selling entity's perspective, the Trust not only is an effective method of raising cash/monetizing assets, but will also allow SD to hold acreage as they drill (underlying acreage reverts to SD after 2030), gain valuable drilling experience and obtain valuable geologic data about the play. For investors, the Trust provides an element of existing production (37 producing wells are contributed to the Trust), an increasing distribution profile the first few years as new wells are drilled and brought online, a cash flow "yield" which is atypical for investors in the capital-intensive E&P industry, in addition to potential upside from both well performance and commodity prices (each of which are explained below).

Importantly, investors should note that SD (the operator) maintains an approximate 38% ownership of Trust units (3.75mm common, 7mm subordinated), which helps ensure that the operator's interest remain aligned with investors to drill and produce the wells in an optimally efficient manner.

**Other Notable Attributes:**
The Trust units also feature a subordination threshold which offers some downside protection to investors, as any deficiencies below 80% of targeted distributions will be paid out of SD's Trust units. In exchange for this protection, investors agree to split distributions 20% above the target level 50/50 with SD (i.e. Trust Units receive 50% of distributions in excess of "incentive" threshold).

Further, the Trust has implemented hedges to approximate 50% of production through 2015, which should minimize the risk associated with price fluctuations in the near-term in addition to providing an increased likelihood of achieving the targeted distribution schedule. Thus, the trust units will exhibit reduced sensitivity to changes in oil and gas prices initially, subject to incremental price risk following 2014.

Also, a component of the Trust distributions are characterized as "returns" of capital rather than dividends, which allows the unit holder to defer a portion of expected taxes until a later date (although cost basis decreases accordingly). Investors should consult with a tax professional for any specific benefits associated with an investment in SDT.

**Property Overview:**
The SDT Trust consists of a royalty interest in over 64k gross acres in Alfalfa, Garfield, Grant, Major, and Woods counties in Oklahoma, targeting the Mississippian formation through horizontal drilling. The Trust is entitled to receive 90% of the proceeds from 37 producing wells (where the initial distribution comes from), and 50% of the net revenue interest in 123 wells yet to be drilled by the trust (some of which have already been drilled).

The Mississippian is a fairly shallow carbonate formation between 4k-6k feet in northern central Oklahoma. This play is rather unique in the well control provided by several years of vertical drilling targeting deeper formations, thereby helping to minimize geologic risk. Production approximates 50% oil by volume, although well economics are much more dependent upon oil prices given the relative strength versus natural gas prices.

More recently, technological advances in horizontal drilling and completion methods have opened up previously

untapped or bypassed formations, an opportunity that SandRidge has exploited over the past few years, assembling close to 1mm acres in the play at an attractive cost of only about $200 per acre. The horizontal Mississippian has gained traction over the past year, due both to rising oil prices and the fact that the play distinguishes itself by requiring less horsepower-intensive rigs and stimulation, boosting economics and limiting cost creep given the surplus of equipment available (compare to intense competition for high horsepower equipment in the Bakken and Eagleford).

The independent third party reserve engineer (the venerable Netherland Sewell) has assigned 409k Mboe of reserves to SD's horizontal drilling activity to date. Importantly, with well costs currently running about $3 million, rates of return are north of 100% at current prices.

Additionally, given that it is fairly early in the play, investors may be subject to improving well results as operators come up the learning curve. In fact, management speculates that the most recent 50 wells are averaging about 10% higher initial production rates (270 Boe/day), or above the 409k Mboe type curve which is predicated on a 30-day average IP rate of 244 Boe/day. Thus, if the reserves are higher for the wells drilled in the AMI, distributions are likely to track above target in the early years and could result in more reserves attributable to the trust (i.e. potentially higher termination value).

**Recent Events:**
The SandRidge Royalty Trust I was priced at $21 per unit, and began trading on April 7th, 2011. The deal was upsized from 12.5mm shares initially and with 2.25mm shares allocated in the over-allotment, the public now owns 61.6% of the trust shares, leaving SD with 3.75mm common units and 7mm subordinated units (28mm shares total outstanding).

Since that time, the trust units have traded as high as $26, or an immediate 20+% appreciation, capturing investor preference not only for yield in a depressed interest rate environment, but also a preference for oily production streams with drill bit upside.

The trust will host quarterly conference calls and quarterly financial updates through the 10-Q public filing. Investors can expect to receive quarterly distributions, the first of which is scheduled for August 30th (to holders as of Aug 15th) and represents production from Jan 1 2011 to May 31 2011 (estimated production is 257k bbls of oil and 1.62 Bcf of gas). Subsequent distributions will be on a quarterly basis representing 3 months of production.

The initial distribution, as shown in the table below, is expected to approximate $1/share, with estimates of $0.67 and $0.63 for Q3 and Q4, respectively. While the targeted distributions are based on detailed modeling assumptions and underlying commodity prices, investors should expect variances based on a variety of factors including oil and gas prices and well performance (i.e. production volumes).

## Sandridge Mississippian Trust I
## Estimated Distribution Schedule

| | Subordination Threshold | Target Distribution | Incentive Threshold |
|---|---|---|---|
| 2011: | | | |
| 1st & 2nd Quarters | 0.811 | 1.014 | 1.217 |
| 3rd Quarter | 0.534 | 0.667 | 0.800 |
| 4th Quarter | 0.507 | 0.634 | 0.761 |
| Full Year 2011 | 1.852 | 2.315 | 2.778 |
| 2012: | | | |
| 1st Quarter | 0.523 | 0.654 | 0.785 |
| 2nd Quarter | 0.560 | 0.700 | 0.840 |
| 3rd Quarter | 0.590 | 0.737 | 0.884 |
| 4th Quarter | 0.582 | 0.727 | 0.872 |
| Full Year 2012 | 2.254 | 2.818 | 3.382 |
| Full Year 2013 | 2.423 | 3.029 | 3.635 |
| Full Year 2014 | 2.690 | 3.363 | 4.036 |
| Full Year 2015 | 2.409 | 3.011 | 3.613 |
| Full Year 2016 | 1.960 | 2.450 | 2.940 |
| Full Year 2017 | 1.699 | 2.124 | 2.549 |
| Full Year 2018 | 1.525 | 1.906 | 2.287 |
| Full Year 2019 | 1.406 | 1.757 | 2.108 |
| Full Year 2020 | 1.326 | 1.657 | 1.988 |
| Full Year 2021 | 1.259 | 1.574 | 1.889 |
| Full Year 2022 | 1.189 | 1.486 | 1.783 |
| Full Year 2023 | 1.117 | 1.396 | 1.675 |
| Full Year 2024 | 1.053 | 1.316 | 1.579 |
| Full Year 2025 | 0.994 | 1.243 | 1.492 |
| Full Year 2026 | 0.941 | 1.176 | 1.411 |
| Full Year 2027 | 0.890 | 1.113 | 1.336 |
| Full Year 2028 | 0.843 | 1.054 | 1.265 |
| Full Year 2029 | 0.798 | 0.998 | 1.198 |
| Full Year 2031 | 0.756 | 0.945 | 1.134 |
| 2031: Liquidation Estimate | 3.186 | 3.186 | 3.186 |
| Target Sum: | 32.57 | 39.92 | 47.26 |

**Commodity Prices:**
The Trust is a different animal than traditional E&P companies, who typically don't distribute a large component of free cash flow (if any). Thus, as opposed to an E&P company with going-concern risk, re-investment risk and (typically) higher exposure to oil and gas prices, investors should understand the price assumptions implicit in the estimated distribution table above.

The distributions above assume the following approximate price levels:
**Oil**
Q1 2011 - $90
Q2 2011 - $102
Q3 2011 - $103
Q4 2011 - $103.67
2012 – $102

2013 – $100

**Nat Gas**
Q1 2011 - $4.10
Q2 2011 - $4.25
Q3 2011 - $4.40
Q4 2011 - $4.70
2012 – $5.00
2013 – $5.25

Beyond 2013, the estimates incorporate annual price increases of 2.5% up until 2022 when the prices are assumed capped at $120/bbl and $7/Mmbtu. Higher prices would be additive to the estimates in the above table.

For now, we are primarily utilizing the range of distribution assumptions published in the S-1, although at some point, our commodity price estimates could vary materially (higher or lower) from the ranges provided, resulting in a change to our valuation forecast.

Investors need to understand and distinguish between total return and current yield.

## Valuation Methodology

The SandRidge Mississippian Trust units offer investors a different risk-v-reward profile versus traditional E&P companies, which warrants a different investment methodology.

To value this trust, we basically look at the expected distributions laid out in the S1, which were initially priced to provide about a 10% return over the life of the trust. Further upside is, as previously suggested, highly dependent upon both well performance and oil prices. As each of these metrics are currently trending above expectations, we would expect to pay a premium to the offering price.

However, at current price levels of about $26 per share, we estimate the yield to investors (assuming incentive distribution levels, which likely already captures the performance uplift expected) would now approximate 10%, as shown in the table below.

| Valuation Metrics: | SDT Price: $26.34 | Implied IRR | Target Yield | Implied SDT Price |
|---|---|---|---|---|
| Estimated Total Cash Distributions (Target): | 39.92 | 5.82% | 9.00% | $22.07 |
| Estimated Total Cash Distributions (Subordinated): | 32.57 | 2.66% | 9.00% | $17.77 |
| Estimated Total Cash Distributions (Incentive): | 47.26 | 9.03% | 9.00% | $26.38 |

While we think the trust provides investors with meaningful price and performance upside, our sense is the current valuation already captures up to the "incentive" scenario. The real question becomes, what sort of IRR should investors expect from this product?

Given that transactional midstream MLP's trade at a true yield of 5%-6% on average, we think SDT shares, which are a diminishing asset with higher commodity price risk, should trade at a yield premium to the MLP group. While the exact premium could be the subject of significant debate, we think an appropriate discount rate is probably between 8% and 10% (given the incremental price and performance uncertainty). Philosophically, this implied valuation makes intuitive sense seeing as how the original offering was priced to provide about a 9-10% yield.

Thus, while we could argue for perhaps an 6-8% IRR based on bullish price and performance expectations, we are basing our target price of $27 on about a 9% IRR to the incentive level of distributions, which is about as aggressive as we want to get given the limited data available so far. Should production estimates result in changes to our model which EXCEED the incentive level, or should we adopt a higher price outlook than the $120 cap specified, we may re-visit our target price at that time.

We also think it is important for investors to distinguish between "yield" and total return, as captured by IRR calculations. We acknowledge that the "current yield" is north of 13% (estimated incentive distributions of about $3.40 in 2012) and is even projected to rise into 2014 as the model below suggests. However, while these rising cash flow profiles are attractive

and will likely continue to attract investors to SDT shares, we need to remember this product is still a diminishing asset from 2014 to 2030, characterized by lower-trending distributions. As such, while the current yield is indeed attractive, investors must be cognizant of the concept of "total return", which is captured in our IRR calculations.

## Risks

**Declining Oil and Gas Prices:** Lower product prices are generally the most significant risks facing oil and gas companies, including SDT Trust, which can diminish expected returns over time.

Other common risk factors to oil and gas companies include various environmental compliance/liability issues, weather factors, litigation, changes in the geopolitical landscape, alternative energies, exchange rates, labor and equipment shortages, reserve engineering assumptions, property performance, and governmental taxation/regulation.

**High Financial Leverage:** SandRidge carries a relatively high debt-cap ratio, which could jeopardize the ability to drill the PUD locations attributable to the Trust.

**Well Performance Risk:** In addition to oil prices, specific well performance is expected to vary across the play (among counties), but on average each well is expected to produce 409k Mboe. Although initial results have been trending above target, future performance could suffer if well results do not correspond to the assumed type curve.

**Differential/Pricing Risk:** In addition to oil price risk, the Trust may face deteriorating net realizations due to infrastructure or transportation hurdles and crude quality that impact wellhead prices at the field level. The assumed differential for the life of this Trust is $5/bbl. Natural gas prices are expected to receive a 20% discount to NYMEX pricing with an uplift of 1.13x attributable to the BTU conversion factor.

**Sandridge Missippian Trust I**
SDT

| | 2011 Quarterly | | | | 2012 Quarterly | | | | | Annual | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q2:11E | Q3:11E | Q4:11E | 2011E | Q1:12E | Q2:12E | Q3:12E | Q4:12E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
| Oil Production (MBbl) | 257 | 154 | 146 | 557 | 148 | 162 | 171 | 161 | 641 | 686 | 755 | 676 | 451 | 399 | 370 | 347 | 322 |
| Gas Production (MMcf) | 1,619 | 961 | 912 | 3,492 | 924 | 1,010 | 985 | 1,045 | 3,964 | 4,284 | 4,530 | 4,223 | 3,894 | 3,306 | 2,822 | 2,541 | 2,268 |
| **Total Production (Mboe)** | 527 | 314 | 298 | 1,139 | 302 | 330 | 335 | 335 | 1,302 | 1,400 | 1,510 | 1,380 | 1,100 | 950 | 840 | 770 | 700 |
| *% Oil* | *49%* | *49%* | *49%* | *49%* | *49%* | *49.0%* | *51.0%* | *48.0%* | *49%* | *49.0%* | *50.0%* | *49.0%* | *41.0%* | *42.0%* | *44.0%* | *45.0%* | *46.0%* |
| *%PDP Production* | *86%* | *69%* | *63%* | *75%* | *56%* | *46%* | *42%* | *39%* | *45%* | *32%* | *26%* | *26%* | *28%* | *28%* | *30%* | *31%* | *32%* |
| *%PUD Production* | *14%* | *31%* | *37%* | *25%* | *44%* | *54%* | *58%* | *61%* | *55%* | *68%* | *74%* | *74%* | *72%* | *72%* | *70%* | *69%* | *68%* |
| **Realized Prices with Hedge** | | | | | | | | | | | | | | | | | |
| Oil ($/Bbl) | $92.00 | $98.44 | $98.60 | $98.60 | $99.00 | $99.00 | $99.00 | $99.00 | $100.00 | $105.00 | $110.00 | $200.00 | $ - | $ - | $ - | $ - | $ - |
| Gas ($/Mcf) | $4.15 | $4.27 | $4.24 | $4.24 | $4.24 | $4.24 | $4.24 | $4.24 | $4.24 | $4.24 | $4.24 | $4.24 | $ - | $ - | $ - | $ - | $ - |
| **Realized Prices Post Hedge** | | | | | | | | | | | | | | | | | |
| Oil ($/Bbl) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Gas ($/Mcf) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| **Revenues** | | | | | | | | | | | | | | | | | |
| Oil | $ 23,660 | $ 15,146 | $ 14,398 | $ 53,204 | $ 14,650 | $ 16,008 | $ 16,914 | $ 15,919 | $ 64,133 | $ 72,030 | $ 83,050 | $ 135,240 | $ 54,120 | $ 47,880 | $ 44,352 | $ 41,580 | $ 38,640 |
| Gas | 6,719 | 4,103 | 3,866 | 14,688 | 3,918 | 4,282 | 4,176 | 4,432 | 16,807 | 18,164 | 19,207 | 17,905 | 19,470 | 16,530 | 14,112 | 12,705 | 11,340 |
| **Total Operating Revenues** | **$ 30,379** | **$ 19,249** | **$ 18,264** | **$ 67,892** | **$ 18,568** | **$ 20,290** | **$ 21,090** | **$ 20,351** | **$ 80,940** | **$ 90,194** | **$ 102,257** | **$ 153,145** | **$ 73,590** | **$ 64,410** | **$ 58,464** | **$ 54,285** | **$ 49,980** |
| Production Taxes | 348 | 199 | 189 | 736 | 194 | 243 | 253 | 244 | 971 | 1,082 | 1,227 | 1,838 | 883 | 773 | 702 | 651 | 600 |
| Ad valorem taxes | 140 | 84 | 81 | 305 | 84 | 101 | 105 | 102 | 405 | 451 | 511 | 766 | 368 | 322 | 292 | 271 | 250 |
| Trust Administrative Expenses | 1,460 | 225 | 225 | 1,910 | 226 | 284 | 295 | 285 | 1,133 | 1,263 | 1,432 | 2,144 | 1,030 | 902 | 818 | 760 | 700 |
| **Total Trust Expenses** | 1,948 | 508 | 495 | 2,951 | 504 | 629 | 654 | 631 | 2,509 | 2,796 | 3,170 | 4,747 | 2,281 | 1,997 | 1,812 | 1,683 | 1,549 |
| **Net Cash Proceeds to Trust** | **$ 28,431** | **$ 18,741** | **$ 17,769** | **$ 64,941** | **$ 18,064** | **$ 19,661** | **$ 20,436** | **$ 19,720** | **$ 78,431** | **$ 87,398** | **$ 99,087** | **$ 148,397** | **$ 71,309** | **$ 62,413** | **$ 56,652** | **$ 52,602** | **$ 48,431** |
| Trust Units Outstanding (MM) | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| Subordination Threshold/Unit | 0.81 | 0.53 | 0.51 | 1.85 | 0.52 | 0.56 | 0.59 | 0.58 | 2.25 | 2.42 | 2.69 | 2.41 | 1.96 | 1.70 | 1.52 | 1.41 | 1.33 |
| **Target Distribution/Unit** | **1.01** | **0.67** | **0.63** | **2.32** | **0.65** | **0.70** | **0.74** | **0.73** | **2.82** | **3.03** | **3.36** | **3.01** | **2.45** | **2.12** | **1.91** | **1.76** | **1.66** |
| Incentive Threshold/Unit | 1.22 | 0.80 | 0.76 | 2.78 | 0.78 | 0.84 | 0.88 | 0.87 | 3.38 | 3.63 | 4.04 | 3.61 | 2.94 | 2.55 | 2.29 | 2.11 | 1.99 |

## Company Description

SandRidge Mississippian Trust I is a Delaware statutory trust which owns royalty interests conveyed by SandRidge (SD) in 37 proved developed producing wellbores (PDP) and 123 proved undeveloped (PUD) drilling locations. The properties, within an Area of Mutual Interest, or AMI consist of 64,200 gross acres (42,900 net acres) in central northern Oklahoma covering several counties targeting the Mississippian formation. The royalty interest entitles the trust to receive 90% of SD's net revenue interest in the producing wellbores and 50% of SD's net revenue interest in the PUD locations. Proved reserves attributable to the Trust approximate 19.xx Mmboe. There are 28mm outstanding units in the Trust, of which 3.5mm common units and 7mm subordinated units (see report) are held by SD. The remaining 17.5mm units were sold to investors in April 2011. The Trust has an effective life of about 20 years, at which point the Trust's interests will be sold and distributed to investors.

**ADDITIONAL INFORMATION AVAILABLE UPON REQUEST**

**IMPORTANT DISCLOSURES**

The research analyst responsible for the preparation of this report does not hold investment positions of any nature in the securities of this issuer. The research analyst responsible for the preparation of this report is compensated in part on the firm's investment banking revenue but is not compensated based upon specific investment banking services transactions.

Morgan Keegan & Co., Inc. has received compensation for investment banking services from SDT in the past 12 months.

Morgan Keegan & Co., Inc. managed or co-managed a public offering for SDT in the past 12 months.

**MK Performance Ratings:**

O = Outperform (Expected to outperform the S & P 500* over the next 12 months)
M = Market Perform (Expected to perform in line with the S & P 500* over the next 12 months)
U= Underperform (Expected to underperform the S & P 500* over the next 12 months)
*REITs' performance benchmark is total return relative to the NAREIT Equity Index.

For regulatory purposes, our ratings of Outperform, Market Perform and Underperform most closely correspond to Buy, Hold and Sell, respectively.

**MK Suitability Ratings:**

S = Speculative (Business or balance sheet risk materially above that of the average U.S. public company)
M = Market Risk (Business or balance sheet risk not materially different from the average U.S. public company)
C = Conservative (Business or balance sheet risk materially below that of the average U.S. public company)



| Morgan Keegan Companies Rated: | | Investment Banking Clients within last 12 months: | |
|---|---|---|---|
| Outperform / Buy | 53% | Outperform / Buy | 14% |
| Market Perform / Hold | 33% | Market Perform / Hold | 11% |
| Underperform / Sell | 1% | Underperform / Sell | 40% |
| Not Rated | 13% | Not Rated | 2% |

For purposes of the NYSE and NASDAQ, rating distribution disclosure requirements, our rating of Outperform, Market Perform and Underperform closely correspond to Buy, Hold and Sell, respectively.

**ANALYST CERTIFICATION**

The research analyst responsible for the preparation of this research report certifies that; (a) the views expressed in this research report accurately reflect the research analyst's personal views about any and all of the subject security(ies) and issuer(s), and (b) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

Twelve-month price targets for securities under coverage may be based upon various valuation metrics including without limitation: price/earnings ratios, price/sales ratios, discounted cash flow (DCF), relative multiples, sum of the parts, etc. Price targets are, as of the date of the report in which they appear, subject to change, and imply no guarantee of performance.

Research reports may contain a short-term trading idea which highlights near-term catalysts or events affecting the company, its competitors or the market that should have a short-term price effect on the company's shares. Short-term trading ideas are not related to a stock's performance rating, which focuses both on a longer-term return and attractiveness for investment relative to the relevant benchmark. Short-term trading ideas are different from performance ratings and, by their very nature, will be more positive or more negative than the performance rating. Research reports are not intended to provide personal investment advice and do not take into account the specific investment objectives, financial situation, or particular needs of any specific person. No security or investment strategy can suit all investors. Investors should seek financial advice regarding the appropriateness of their investing in any security or implementing any investment strategy discussed in a report and should understand that any statement in a report regarding future prospects may not be realized.

This research report is not intended to provide personal investment objectives, financial situation, or particular needs of any specific person. No security or investment strategy can suit all investors. Investors should seek financial advice regarding the appropriateness of their investing in any security or implementing any investment strategy discussed in this report and should understand that any statement in this report regarding future prospects may not be realized.

ADDITIONAL DISCLOSURES: The information contained in this report is based on sources considered to be reliable but is not represented to be complete and its accuracy is not guaranteed.The opinions expressed reflect the judgment of the author as of the date of publication and are subject to change without notice. This report does not constitute an offer to sell or a solicitation of an offer to buy any securities. Morgan Keegan & Co., Inc., a subsidiary of Regions Financial Corporation, and its officers, directors, shareholders and employees, and affiliates and members of their families may have positions in these securities and may, as principal or agent, buy and sell such securities before, after or concurrently with the publication of this report. Morgan Keegan & Co., Inc., member FINRA, SIPC, is a registered broker-dealer subsidiary of Regions Financial Corporation. Investments are NOT FDIC INSURED, NOT BANK GUARANTEED and MAY LOSE VALUE.
For more information about Morgan Keegan disclosures, please go to
https://mk.bluematrix.com/sellside/Disclosures.action