# EXHIBIT 99

OPPENHEIMER

EQUITY RESEARCH

INITIATION OF COVERAGE

May 19, 2011

ENERGY/MASTER LIMITED PARTNERSHIPS

# SandRidge Mississippian Trust I

## Initiating Coverage at Perform

**Stock Rating:**

**PERFORM**

| | |
|---|---|
| 12-18 mo. Price Target | $26.00 |
| SDT - NYSE | $25.98 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | 12% |
| 52-Wk Range | $26.10-$25.50 |
| Shares Outstanding | 21.0M |
| Float | 17.2M |
| Market Capitalization | $545.6M |
| Avg. Daily Trading Volume | 692,189 |
| Dividend/Div Yield | $1.06/4.08% |
| Fiscal Year Ends | Dec |
| Book Value | NA |
| 2011E ROE | NA |
| LT Debt | $0.0M |
| Preferred | $0.0M |
| Common Equity | NA |
| Convertible Available | No |

| DCFPU | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2011E | -- | 1.06 | 0.66 | 0.68 | 2.40 | 10.8x |
| 2012E | 0.71 | 0.73 | 0.75 | 0.78 | 2.98 | 8.7x |
| 2013E | -- | -- | -- | -- | 3.41 | 7.6x |

| Distribution | Q1 | Q2 | Q3 | Q4 | Year | Yield |
|---|---|---|---|---|---|---|
| 2011E | -- | 1.060 | 0.660 | 0.680 | 2.400 | 9.2% |
| 2012E | 0.710 | 0.730 | 0.750 | 0.780 | 2.980 | 11.5% |
| 2013E | -- | -- | -- | -- | 3.410 | 13.1% |


### SUMMARY

We initiate coverage on SandRidge Mississippian Trust I with a Perform rating. SDT is a royalty trust focused exclusively on the Mississippian formation in Oklahoma with roughly 80% of revenue coming from oil sales. We estimate an annualized yield based on the 3Q11E distribution of 10%, increasing to ~15% in 3Q14. While the trust has a high level of exposure to production volume risk and energy prices, we believe the significant ramp in well count will help boost yield, thus limiting downside risk. We also can't envision the potential for dramatic appreciation as we calculate the IRR for investment at approximately 6.3%. At the current price, we believe risk and reward are fairly balanced and initiate at Perform.


### KEY POINTS

- **Attractive asset profile.** Drilling in the Mississippian formation generates extremely attractive returns with oil prices in the high $90s. It is a conventional shallow reservoir with high permeability. SandRidge has extensive data on the formation from thousands of vertical wells drilled in the past, lowering the operational risk of drilling.
- **Key drivers are production growth and prices.** We expect SDT to drill PUD wells through mid-2014 that will drive production growth. The price at which production is sold drives revenue. SDT has a hedge portfolio for 54% of total expected production through 2015, mitigating some cash flow volatility resulting from price changes.
- **Strong distribution growth over drilling period.** We expect SDT's distributions to increase from the normalized $0.66/share in 3Q2011 to $0.971 in 3Q14. While we appreciate the strong initial distribution in 2Q11, we highlight that it is based on 5 months of production and the forecasted $1.06 is not sustainable.
- **Embedded features to protect SDT unitholders.** SD has provided some protections for SDT unitholders to help mitigate some of the inherent risks including subordination of 25% of the units, a hedge portfolio on a majority (54%) of expected production through 2015 and a drilling support lien.
- **Valuation is fair.** While the yield ramp is attractive over the next several years, we believe the internal rate of return for investment in SDT is merely fair. We estimate a 6.3% IRR from the current price. That level of IRR is not high enough to trigger an Outperform rating in our view.

### Stock Price Performance




### Company Description

SandRidge Mississippian Trust I is a Delaware statutory trust formed in December 2010 to own royalty interests to be conveyed to the trust by sponsor SandRidge Energy (SD) in 37 producing horizontal wells and 123 horizontal development wells in the Mississippian formation in in Oklahoma.


**Bernard Colson, CFA**
816-932-8022
Bernard.Colson@opco.com

**Shawn Radtke, CFA**
720-554-1101
Shawn.Radtke@opco.com



Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. See "Important Disclosures and Certifications" section at the end of this report for important disclosures, including potential conflicts of interest. See "Price Target Calculation" and "Key Risks to Price Target" sections at the end of this report, where applicable.

# Investment Considerations

We are initiating coverage of Sandridge with a Perform rating, finding risk and reward in balance. Key factors to consider include:

**Strong Projected Distribution Growth:** SDT unitholders should enjoy a three to four year period of strong distribution growth with a peak annualized yield of approximately 14.8% in 3Q14. Given the high percentage of retail ownership, we believe (very simplistically) that the units could trade up as the yield rises. SDT is structured so that after the high initial distribution, the forecasted target distribution levels increase ten of the next fourteen quarters, resulting in an increase in the annualized distribution from 10.1% in 3Q11 to a peak annualized distribution of 14.8% in 3Q14. Distribution growth is driven by increasing production from newly drilled PUD (proved undeveloped reserves) wells.

**Crude Price Impact Valuation Significantly:** In our view, crude oil prices are the main driver of SDT's future cash flow with roughly 80% of revenue generated by crude oil sales at the current commodity price deck. We believe this commodity exposure will contribute to cash flow and unit price volatility with a high correlation to crude and gas prices. However, SDT has hedged approximately 71% of projected oil production through 2015 and 29% of gas production, resulting in 54% of production (total Boe) hedged (per company guidance). One positive aspect of commodity price sensitivity is that SDT's cash flows should provide a partial inflation hedge. As commodity prices increase, so will SDT's cash flows.

**Well Production Volumes:** Another key driver of SDT's future cash flow is production volumes. We are targeting an IP30 rate on future PUD wells of 255 Boe per day. This is below the average IP30 rates of approximately 280 Boe per day achieved on the most recent 20 PDP wells. While the initial production rates from the producing wells have been highly variable, we believe we are being conservative in our estimates as we anticipate that SandRidge may actually achieve higher operating results as it continues to move up the learning curve for drilling horizontally in the Mississippian formation.

**Exhibit 1. Estimated Production Volumes**




Source: Oppenheimer & Co. Inc.

**Tax Benefits:** SDT is taxed as a royalty trust, thus avoiding the double-taxation experienced with corporations. Income passes directly through to the investor, and the investor is assessed income taxes at both the Federal and state levels. Unitholders also receive tax benefits through the deferral of taxes based on royalty trust tax accounting. Roughly 35% of SDT's target distributions are estimated to be deferred.

**Alignment of Interests between SandRidge and SDT:** We believe that interests of SDT and its sponsor, SandRidge Energy Inc. are well aligned.

- SandRidge's retained interest in the wells – SDT is structured as a statutory trust with a finite end date after 20 years. Upon the termination date (March 31, 2031), 50% of the royalty interest in the wells will revert back to SandRidge, ensuring that SandRidge will remain committed to the ongoing value of the wellsSandRidge's ownership of SDT units – SandRidge owns approximately 46% of the total SDT units, giving it a direct interest in the success of SDT units.
- Incentive distribution rights (IDRs) –Of the outstanding SDT units (all owned by SandRidge), 25% are subordinated. SandRidge will not be entitled to receive distributions on these units unless the quarterly subordination thresholds are achieved. In exchange for this protection, SDT owns incentive distribution rights which entitle it to receive 50% of all distributions paid in excess of the incentive levels.
- SandRidge drilling restrictions – SandRidge will not be allowed to drill any wells in the area of mutual interest (AMI) for its own account or sell the properties until it has satisfied its drilling obligation.

**Embedded Features to Protect SDT's Interests:** SandRidge has provided some protections for SDT unitholders to help mitigate some of the inherent risks.

- Subordination– If the subordination threshold is not reached, SDT will not receive distributions on 25% of the outstanding units, providing a cushion for common unitholders through 2015 (or the end of drilling, whatever is first).
- Hedges – As mentioned above, SDT has hedged approximately 71% of company-guided oil production through 2015 and 29% of the gas production. SDT's total guided production (per Boe) is 54% hedged. Please see the Hedges and Commodity Exposure section below.
- Drilling Support Lien – SandRidge has granted SDT a $166.1M lien on the underlying properties to ensure that the drilling is completed if SandRidge cannot meet its obligations for any reason.

# Investment Risks

**Commodity Prices:** As previously discussed, SDT's future cash flows are purely a function of production volumes and natural gas and crude oil prices. Energy prices fluctuate based on varying factors and are notoriously difficult to predict. Lower energy prices would result in lower proceeds to SDT and therefore, lower distribution to unitholders. Additionally, SandRidge may abandon any well that it believes can no longer produce crude and natural gas economically. This could result in a termination of SDT's royalty interest related to the well. Under these circumstances, SandRidge would have no obligation to drill a replacement well, thus impairing SDT's ability to produce natural gas.

**Exhibit 2. Projected 2010-2015 Natural Gas Price (Excluding Hedges)**




Source: Oppenheimer & Co. Inc, FactSet.

**Exhibit 3. Projected 2010-2015 Crude Oil Price (Excluding Hedges)**




Source: Oppenheimer & Co. Inc, FactSet.

**Lack of Industry and Geographic Diversification:** SDT is a narrowly focused entity that derives its cash flow exclusively on energy production in the Mississippian formation. While the formation has a robust history of vertical drilling, the use of horizontal drilling is relatively new. SDT has a lack of operational diversity and only benefits from natural gas and crude oil drilling and production. It also has a lack of geographic diversity because it is confined to relatively non-diverse areas in northern Oklahoma.

**Horizontal Drilling Regulatory Risk:** Hydraulic fracturing and horizontal drilling has made negative media headlines over the past 6-12 months. While the initial scrutiny has focused on natural gas drilling, oil horizontal drilling may also experience headline risk as well as regulatory risk. We stress that the Mississippian formation is conventional, unlike shale formations. It is not tight rock but more permeable and requires far fewer frack stages than a shale drilling operation does. This reduces the risk associated with this concern.

**Potential Tax Code Changes:** Recent speculation of a proposal to eliminate favorable tax treatment of pass-through entities has recently spooked MLP and trust investors. Should such a change be implemented, SDT's revenues could be taxed at the corporate rate. While we do view the risk of implementation as small (see our May 3, 2011 note: "MLP Tax Code Changes? Weakness Presents Buying Opportunity"), the potential for headline risk serves as a higher risk than actual implementation, in our view.

# Financial Overview

## Distribution Outlook

Excluding the initial distribution which is based on five months production, we anticipate rising distributions after 3Q11 through 2014, as SDT fulfills its drilling obligation and production volumes increase. Since well production declines over time, we anticipate declining production after the completion of the wells in 2014 and a consequent decline in the distribution profile from 2014-2030. Our forecasts for quarterly distributions through 2011 and annual through 2013 is below.

**Exhibit 4. 2010-2013 Distribution Outlook**

| Summary Income Statement | 2011Q2E | 2011Q3E | 2011Q4E | 2011E | 2012Q1E | 2012Q2E | 2012Q3E | 2012Q4E | 2012E | 2013E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Dist. income per unit prior to incentive** | 1.06 | 0.66 | 0.68 | **2.40** | 0.71 | 0.73 | 0.75 | 0.78 | **2.98** | **3.41** |
| Subordination Threshold | 0.81 | 0.53 | 0.51 | **1.85** | 0.52 | 0.56 | 0.59 | 0.58 | **2.25** | **2.43** |
| *vs. subordination threshold* | *130%* | *124%* | *134%* | ***130%*** | *136%* | *131%* | *127%* | *135%* | ***132%*** | ***141%*** |
| Target Distribution | 1.04 | 0.67 | 0.63 | **2.34** | 0.65 | 0.70 | 0.74 | 0.73 | **2.82** | **3.03** |
| *vs. target distribution* | *102%* | *100%* | *107%* | ***102%*** | *109%* | *105%* | *102%* | *108%* | ***106%*** | ***113%*** |
| Incentive Threshold | 1.22 | 0.80 | 0.76 | **2.78** | 0.78 | 0.84 | 0.88 | 0.87 | **3.37** | **3.64** |
| *vs. incentive threshold* | *87%* | *83%* | *89%* | ***86%*** | *92%* | *87%* | *85%* | *90%* | ***89%*** | ***94%*** |

Source: Oppenheimer & Co. Inc, Company Filings.

Beginning in 2Q11, we estimate that based on the current unit price of $25,98 and using the forward curve for both natural gas and crude prices, the distribution yield will remain above 10% through 2015. In Exhibit 5, we plot our forecasted distributions with the incentive level, the target level and subordinated level distributions provided in the company filings.

We forecast distributions above the target distribution levels through 2014 as we believe the trust will expedite drilling ahead of the forecasted drilling schedule in order to complete the drilling obligation. SandRidge holds significant acreage around the AMI, and we believe that they will finish the trust sooner than expected in order to focus drilling on their remaining acreage outside the trust.

Should the subordinated distribution level not be reached, some downside cushion for common unitholders exists via SandRidge's subordinated units. The subordinated units will not receive a distribution until the regular units are paid the agreed upon subordinated distribution.

We reiterate that future distribution projections are quite variable and will shift along with the crude and natural gas forward curves.

**Exhibit 5. 2010-2030 Projected Distribution vs. Targets**




Source: Oppenheimer & Co. Inc., SandRidge Mississippian Trust I.

# Valuation

**Projected Yield**

We forecast SDT's initial annualized yield to be 16%, which we believe overstates the true operations of the trust. The initial quarterly distribution is based on 5 months' production, while future distributions will only be based on 3 months of production. Outside of the initial distribution, we project the yield to steadily rise over the next three years as the newly drilled wells begin to produce. We estimate that the per share distribution will increase to $0.971 quarterly, or $3.89 (rounding) annualized in approximately 3Q14, which is slightly above SDT's target distribution.  At current market prices, this translates into a yield of nearly 16%.  After that point, we estimate that production will begin to decline and will lead to a continued decline through the life of the trust.

**Exhibit 6. Estimated Future Yield Based on Current Price**




Source: Oppenheimer & Co. Inc., SDT  filings.

### Discounted Cash Flow

We used a discounted cash flow model with a discount rate of 8% to calculate our expected valuation. We do not assign a target price because we generally do not assign targets for Perform-rated names. However, as a guide to overall valuations, we did include senstivities to overall movements in commodity prices. Exhibit 7 below assumes a flat-lined price for both crude and natural gas through 2020. We believe the current unit price implies $110 oil and $5.50 gas longer term.

**Exhibit 7. 12-18 Month Price Target Sensitivity to Natural Gas and Crude Prices**

| Natural Gas Price through 2020 | Crude Oil Price Through 2020: $80.00 | $90.00 | $100.00 | $110.00 | $120.00 | $130.00 |
|---|---|---|---|---|---|---|
| **$3.00** | 20.04 | 21.20 | 22.35 | 23.60 | 24.88 | 26.10 |
| **$3.50** | 20.42 | 21.58 | 22.74 | 24.02 | 25.30 | 26.52 |
| **$4.00** | 20.81 | 21.97 | 23.16 | 24.44 | 25.72 | 26.94 |
| **$4.50** | 21.24 | 22.40 | 23.63 | 24.98 | 26.18 | 27.39 |
| **$5.00** | 21.67 | 22.83 | 24.09 | 25.37 | 26.64 | 27.85 |
| **$5.50** | 22.10 | 23.28 | 24.56 | 25.83 | 27.09 | 28.29 |
| **$6.00** | 22.53 | 23.74 | 25.02 | 26.29 | 27.50 | 28.74 |

Source: Oppenheimer & Co. Inc.

### Internal Rate of Return

We also calculated the current internal rate of return (IRR) of 6.3% using our production estimates and current forward curve. Similar to the discounted cash flow calculations above, we included senstivities to overall movements in commodity prices and the resulting IRR (assuming a flat-lined commodity prices from 2011- 2020.)

**Exhibit 8. Internal Rate of Return Sensitivity to Energy Prices**

| Natural Gas Price through 2020 | Crude Oil Price Through 2020: $80.00 | $90.00 | $100.00 | $110.00 | $120.00 | $130.00 |
|---|---|---|---|---|---|---|
| **$3.00** | 3.2% | 4.0% | 4.7% | 5.5% | 6.2% | 6.8% |
| **$3.50** | 3.4% | 4.2% | 4.9% | 5.7% | 6.4% | 7.0% |
| **$4.00** | 3.6% | 4.4% | 5.1% | 5.9% | 6.6% | 7.2% |
| **$4.50** | 3.9% | 4.7% | 5.4% | 6.2% | 6.9% | 7.5% |
| **$5.00** | 4.2% | 5.0% | 5.7% | 6.4% | 7.1% | 7.7% |
| **$5.50** | 4.5% | 5.3% | 6.0% | 6.7% | 7.3% | 7.9% |
| **$6.00** | 4.7% | 5.5% | 6.2% | 6.9% | 7.6% | 8.1% |

Source: Oppenheimer & Co. Inc.

The overall IRRs are slightly below what we prefer. However, we believe that the rapidly increasing yield will help support the unit price while SDT increases production.

## Company Overview

### Business Description

SandRidge Mississippian Trust I is a Delaware statutory trust formed in December 2010 by SandRidge Energy Inc. (SandRidge, or SD). The trust will own royalty interests in 37 producing horizontal and 123 horizontal development wells (PUD) to be drilled by December 2014. The wells will be drilled in the Mississippian formation within the “Area of Mutual Interest,” (AMI) that is comprised of 42,900 net acres held by SD in Alfalfa, Garfield, Grant, Major, and Woods counties in Oklahoma. The 20-year royalty interest trust is similar to a partnership for income tax purposes; thus, net income is not taxed at

the corporate level—it is passed through to the unit holders. However, unlike partnerships, royalty trust units do not have UBTI (Unrelated Business Taxable Income) restrictions in retirement accounts.

SDT owns 90% of the royalty interest in the 37 currently-producing wells which entitles the trust to receive 90% of the proceeds (after deducting post-production costs and any applicable taxes) from the sale of production of oil or natural gas attributable to SD's interest in the producing wells. SandRidge owns, on average, 56.3% of the net revenue interest in the producing wells. Therefore, the trust will be entitled to receive an average of 50.7% (90% x 56.3%) of the proceeds from the producing wells.

The royalty interest in 123 future wells entitles the trust to receive 50% of the proceeds (after deducting post-production costs and any applicable taxes) from the sale of production of natural gas attributable to SD's interest in the future wells. The royalty and SD will each own a 50% perpetual interest in the stake when it is sold after the 20-year trust term is completed.

SandRidge retained partial ownership in the trust through a 25% stake in subordinated units as well as a 25% stake in common units. Through the combination of SD's ownership in trust units as well as SandRidge's retained interest in the producing and PUD wells, SandRidge will have an effective average net revenue interest of 29.2% in the producing wells and 41.7% in the PUD wells which compares to the trust's ownership of 27.1% in the producing wells and 15.3% in the PUD wells.

**Exhibit 9. Ownership and Corporate Structure**




Source: SDT registration filings.

## Asset Descriptions

The Mississippian formation is located on the Anadarko Shelf in northern Oklahoma and southern Kansas. The top of the formation is between 4,000 and 7,000 feet in depth and may reach up to 1,000 feet in gross thickness, with a targeted drilling zone between 50 and 100 feet in thickness. The formation has been drilled vertically since the 1940s, and horizontally since 2009, with 20 horizontal rigs in operation as of March 1, 2011.

The Area of Mutual Interest (AMI) is in the Alfalfa, Garfield, Grant, Major and Woods counties in Oklahoma (see Exhibit 10) below and consists 42,900 net acres. There are 37 producing wells for the trust and approximately 31 of the wells were producing as of 12/31/2010. SandRidge itself has 880,000 net acres within the Mississippian formation and estimates that it will have 12 rigs drilling horizontal wells in early 2011.

**Exhibit 10. Area of Mutual Interest and Existing Wells**




Source: SDT registration filings.

SandRidge estimates it will only take 3 rigs to complete the drilling obligations to the trust. We believe that SDT will complete the drilling for the trust faster than the maximum time allowed in order to move on to expand production outside the trust on the significant acreage held at the parent level. We view the expedited drilling program as a positive – simply put, royalty trusts can be valued using the time value of money. As such, the sooner the production comes to market, the higher present value to unit holders.

The average length of the PDP wells has been approximately 3,900 feet, which is longer than the 2,500 foot minimum horizontal upon which the definition of one full development well is based. We anticipate the longer than required horizontal well lengths to continue. Drilling vertically down to the targeted zone accrues signficant costs that generally do not generate hydrocarbons, while the horizontal length helps extend to reach more pockets of gas and oil. Given SDT's hefty ownership stake in the trust and ownership in the wells, we anticipate the wells to be longer than the minimum as it provides increased economics to all stakeholders.

## Hedging and Commodity Exposure

The royalties received by SDT unit holders are created by a long position in both the level of production from the future and existing wells as well as oil and gas prices. In order to mitigate a portion of the commodity risk and to protect unitholders in the near-term, the trust hedged a significant portion of its oil production and a lesser portion of its natural gas production. The exhibits below demonstrate the percentage of both estimated oil and gas production hedged. The existing oil hedges are primarily fixed price swaps (the unit holder is contractually locked into a specific price), the 2H2012-2015 natural gas hedges

are collars, thus creating a minimum price of $4, but allowing flexibility up to $8.55 in 2015.

**Exhibit 11. Natural Gas Hedges**




Source: Sandridge Mississippian Trust I.

**Exhibit 12. Natural Gas Hedges**




Source: Sandridge Mississippian Trust I.

## Financial Model

See the summary financial model following the body of the report.

## SandRidge Mississippian Trust I – Management Profile

| Key Officer | Age | Major Experience |
|---|---|---|
| Tom Ward | 51 | Chairman/President/CEO of SDT |
| Randall Cooley | N/A | Senior VP: Accounting for SDT |

**Stock prices of other companies mentioned in this report (as of 5/18/2011)**

SandRidge Energy (SD-NYSE $10.70)

| SandRidge Mississippian Trust I (OUTPERFORM) | | | | | | | | | | | | | Bernie Colson (816) 932-8022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary Financial Statements** | | | | | | | | | | | | | **Shawn Radtke (720) 554-1101** |
| Millions of Dollars Except for Per Unit Amounts | | | | | | | | | | | | | |
| Fiscal Year Ending December 31, | | | | | | | | | | | | | |
| **Summary Income Statement** | 2011Q2E | 2011Q3E | 2011Q4E | **2011E** | 2012Q1E | 2012Q2E | 2012Q3E | 2012Q4E | **2012E** | **2013E** | **2014E** | **2015E** | |
| Oil sales revenues | 24,454 | 15,029 | 15,453 | **54,936** | 15,994 | 16,389 | 16,791 | 17,219 | **66,393** | **73,980** | **78,780** | **58,534** | |
| Natural Gas sales revenues | 6,261 | 3,702 | 4,025 | **13,989** | 4,406 | 4,377 | 4,621 | 5,027 | **18,431** | **22,935** | **26,515** | **21,151** | |
| Realized gains (losses) from derivative cont | 888 | 400 | 62 | **1,350** | 145 | 359 | 201 | 288 | **994** | **1,177** | **1,728** | **1,915** | |
| Net proceeds to trust | 31,604 | 19,130 | 19,541 | **70,274** | 20,545 | 21,126 | 21,614 | 22,534 | **85,819** | **98,092** | **107,023** | **81,600** | |
| Production Taxes | 378 | 220 | 225 | **823** | 233 | 239 | 246 | 256 | **973** | **1,115** | **1,211** | **916** | |
| Ad valorem taxes | 151 | 92 | 96 | **339** | 100 | 102 | 105 | 110 | **418** | **477** | **519** | **392** | |
| Trust administrative expenses | 1,460 | 225 | 226 | **1,911** | 226 | 226 | 226 | 226 | **904** | **904** | **904** | **904** | |
| Income available for distribution prior to incer | 29,614 | 18,593 | 18,994 | **67,201** | 19,986 | 20,558 | 21,036 | 21,942 | **83,524** | **95,596** | **104,389** | **79,387** | |
| Less: | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** | **0** | **0** | **0** | |
| Incentive distribution to Sandridge | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** | **0** | **0** | **0** | |
| **Distributable income available to unithold** | 29,614 | 18,593 | 18,994 | **67,201** | 19,986 | 20,558 | 21,036 | 21,942 | **83,524** | **95,596** | **104,389** | **79,387** | |
| Distributable Income per Unit | 1.058 | 0.664 | 0.678 | **2.400** | 0.714 | 0.734 | 0.751 | 0.784 | **2.983** | **3.414** | **3.728** | **2.835** | |
| *Yield* | *17.1%* | *10.8%* | *11.0%* | ***9.7%*** | *11.6%* | *11.9%* | *12.2%* | *12.7%* | ***12.1%*** | ***13.8%*** | ***15.1%*** | ***11.5%*** | |
| **Summary Income Statement** | 2011Q2E | 2011Q3E | 2011Q4E | **2011E** | 2012Q1E | 2012Q2E | 2012Q3E | 2012Q4E | **2012E** | **2013E** | **2014E** | **2015E** | |
| **Dist. income per unit prior to incentive** | 1.06 | 0.66 | 0.68 | **2.40** | 0.71 | 0.73 | 0.75 | 0.78 | **2.98** | **3.41** | **3.73** | **2.84** | |
| Subordination Threshold | 0.81 | 0.53 | 0.51 | **1.85** | 0.52 | 0.56 | 0.59 | 0.58 | **2.25** | **2.43** | **2.69** | **2.41** | |
| *vs. subordination threshold* | *130%* | *124%* | *134%* | ***130%*** | *136%* | *131%* | *127%* | *135%* | ***132%*** | ***141%*** | ***139%*** | ***118%*** | |
| Target Distribution | 1.04 | 0.67 | 0.63 | **2.34** | 0.65 | 0.70 | 0.74 | 0.73 | **2.82** | **3.03** | **3.36** | **3.01** | |
| *vs. target distribution* | *102%* | *100%* | *107%* | ***102%*** | *109%* | *105%* | *102%* | *108%* | ***106%*** | ***113%*** | ***111%*** | ***94%*** | |
| Incentive Threshold | 1.22 | 0.80 | 0.76 | **2.78** | 0.78 | 0.84 | 0.88 | 0.87 | **3.37** | **3.64** | **4.03** | **3.61** | |
| *vs. incentive threshold* | *87%* | *83%* | *89%* | ***86%*** | *92%* | *87%* | *85%* | *90%* | ***89%*** | ***94%*** | ***93%*** | ***79%*** | |
| Incentive Dollars | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** | **0** | **0** | **0** | |
| **Operating Data** | 2011Q2E | 2011Q3E | 2011Q4E | **2011E** | 2012Q1E | 2012Q2E | 2012Q3E | 2012Q4E | **2012E** | **2013E** | **2014E** | **2015E** | |
| Commodity Price Strip: | | | | | | | | | | | | | |
| NYMEX Forward Gas Price | 4.20 | 4.25 | 4.52 | **4.32** | 4.81 | 4.67 | 4.76 | 5.01 | **4.81** | **5.22** | **5.55** | **5.91** | |
| NYMEX Forward Crude Price | 99.85 | 103.43 | 103.92 | **102.40** | 103.75 | 103.26 | 102.38 | 101.61 | **102.75** | **99.66** | **97.75** | **96.98** | |
| Active Wells | 37 | 47 | 57 | **57** | 67 | 77 | 87 | 97 | **97** | **137** | **170** | **170** | |
| Common Units | 21,000 | 21,000 | 21,000 | **21,000** | 21,000 | 21,000 | 21,000 | 21,000 | **21,000** | **21,000** | **21,000** | **21,000** | |
| Subordinated Units | 7,000 | 7,000 | 7,000 | **7,000** | 7,000 | 7,000 | 7,000 | 7,000 | **7,000** | **7,000** | **7,000** | **7,000** | |
| Total Units | 28,000 | 28,000 | 28,000 | **28,000** | 28,000 | 28,000 | 28,000 | 28,000 | **28,000** | **28,000** | **28,000** | **28,000** | |
| Source: Company reports; Oppenheimer & Co. estimates; SNL. Please refer to Opco reports for more details | | | | | | | | | | | | | **5/12/11** |

### Investment Thesis

We initiate coverage on SandRidge Mississippian Trust I with a Perform rating. SDT is a royalty trust focused exclusively on the Mississippian formation in Oklahoma with roughly 80% of revenue coming from oil sales. We estimate an annualized yield based on the 3Q11E distribution of 10%, increasing to ~15% in 3Q14E. While the trust has a high level of exposure to production volume risk and energy prices, we believe the significant ramp in well count will help boost yield, thus limiting downside risk. We also can't envision the potential for dramatic appreciation as we calculate the IRR for investment at approximately 6.3%. At the current price, we believe risk and reward is fairly balanced and initiate at Perform.

## Important Disclosures and Certifications

***Analyst Certification -*** The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report.The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.




All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 300 Madison Avenue, New York, NY 10017, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

**Distribution of Ratings/IB Services Firmwide**

| | | | IB Serv/Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| OUTPERFORM [O] | 309 | 54.50 | 134 | 43.37 |
| PERFORM [P] | 249 | 43.90 | 81 | 32.53 |
| UNDERPERFORM [U] | 9 | 1.60 | 1 | 11.11 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

# Company Specific Disclosures

In the past 12 months Oppenheimer & Co. Inc. has provided investment banking services for SDT.

Oppenheimer & Co. Inc. expects to receive or intends to seek compensation for investment banking services in the next 3 months from SDT.

In the past 12 months Oppenheimer & Co. Inc. has managed or co-managed a public offering of securities for SDT.

In the past 12 months Oppenheimer & Co. Inc. has received compensation for investment banking services from SDT.

**Additional Information Available**

**Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 300 Madison Avenue, New York, NY 10017, Attention: Equity Research Department, Business Manager.**

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc transacts Business on all Principal Exchanges and Member SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor.Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report.Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc.All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice.Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser.This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2011.