# EXHIBIT 100

## PRICE TARGET REVISION | COMMENT

NOVEMBER 14, 2011

# SandRidge Mississippian Trust I (NYSE: SDT)

## Oh, Mississippian You're On My Mind




**RBC Capital Markets, LLC**

**Elvira Scotto, CFA** (Analyst)
(212) 905-5957; elvira.scotto@rbccm.com

**Douglas Michalsky** (Associate)
(512) 708-6335;
douglas.michalsky@rbccm.com

| FY Dec | 2010A | 2011E | 2012E | 2013E |
|---|---|---|---|---|
| CFPU - FD | | 2.70 | 3.59 | 3.97 |
| Prev. | | 2.36 | 2.78 | |
| P/CFPU | NM | 9.8x | 7.4x | 6.7x |

| CFPU - FD | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2011 | | 1.07A | 0.82A | 0.79E |
| Prev. | | | 0.64E | 0.64E |
| 2012 | 0.83E | 0.88E | 0.93E | 0.95E |
| Prev. | 0.67E | 0.68E | 0.70E | 0.73E |

**All values in USD unless otherwise noted.**

## Outperform
## Above Average Risk

| | | | |
|---|---|---|---|
| **Price:** | 26.48 | **Price Target:** | 33.00 ↑ 31.00 |
| | | **Implied All-In Return:** | 39% |
| **Shares O/S (MM):** | 28.0 | **Market Cap (MM):** | 741 |
| **Dividend:** | 3.78 | **Yield:** | 14.3% |

Priced as of market close ET, November 14, 2011.

## Event - 3Q11 Earnings Call

## Investment Opinion

**3Q Recap.** SDT announced a 3Q11 distribution of $0.816/unit ($3.27/unit annualized), much stronger than our estimate of $0.644 and consensus $0.66. Cash available for distribution was greater than 120% of the target distribution, resulting in an incentive distribution to the GP of $0.016 per unit. Production of 4.8 Mboe/d was 43% better than our 3.3 Mboe/d estimate, while pricing was 4% weaker than our model. The distribution will be paid on November 30, 2011 to holders of record on November 15, 2011.

**Better well results aid production growth.** SDT's production in the quarter surpassed our estimates due to a combination of strong well results for the development wells completed during the quarter, as well as a faster pace of drilling and higher net revenue interest per well than we anticipated. We have adjusted our well model to reflect this positive trend in well performance and now are projecting a typical IP rate of 305 boepd, up from 300, which may prove to be conservative.

**Accelerated drilling and higher net revenue interest help drive upside.** SDT operated 4 rigs for much of the quarter compared to 3 that had been outlined in the prospectus, and also drilled wells where SandRidge had higher working interests (average 67% vs the 57% average of all trust wells). We are not changing our rig count prospectively as SDT has moved to three rigs since September 29th. We now assume higher near-term working interest as SandRidge may continue to drill the highest working interest wells first. We believe the incentive distribution rights and more importantly the strategic value of SD establishing itself as a highly regarded trust sponsor will incentivize SD to stay on or ahead of schedule fulfilling the drilling obligation.

**Maintain Outperform Rating; Raising our Price Target to $33 from $31 on Higher Estimates.** We significantly increased our estimates, as the accelerated drilling in the quarter and higher net revenue interest wells have pulled forward cash flow, and better well results may enhance production for the trust. Our 2011/2012 DCFPU estimates increase to $2.70/$3.59 from $2.36/$2.78, and we introduce a 2013 estimate of $3.97.

## Valuation

Given the rapid expected distribution growth over the next few years followed by declining distributions after the development wells have been drilled and the finite nature of the trust, we believe the two most appropriate methodologies to value PER are target yield and DDM-derived Net Asset Value (NAV). Using a 10% target yield relative to our fourth quarter of 2012 distribution estimate of $0.946/unit ($3.78 annualized) translates to an implied valuation of about $38/unit, and our DDM-derived NAV approach implies a valuation of about $29. We arrive at our $33 price target by using a blend of these two methodologies.

## Price Target Impediment

- The long-term performance of the trust is expected to be highly dependent upon drilling success and crude oil and natural gas prices. The bulk of the trust's valuation should be derived from the successful drilling and completion of 123 wells.
- Our DDM-derived Net Asset Value (NAV) is highly sensitive to crude oil prices, deviating by approximately 6% for each $10/barrel change in our long-term crude oil price assumption.

## Company Description

SandRidge Mississippian Trust I (SDT) is a Delaware statutory trust formed in December 2010 by SandRidge Energy, Inc (SD). The trust holds a 90% royalty interest in 37 producing wells as well as a 50% royalty interest in 123 wells that have yet to be drilled and/or completed. The trust has a finite life, terminating via liquidation after March 31, 2030. Upon liquidation unitholders will receive 50% of the divestiture proceeds, with 50% reverting to SD, who will also have a right of first refusal to purchase the remaining assets.

Pro forma year-end 2010 proved reserves attributable to the trust totaled 19.3 MMboe (48% oil, 36% developed).

## SandRidge Mississippian Trust I (NYSE: SDT)

Elvira Scotto, CFA
(212) 905-5957

(Millions of Dollars Except Per Share Data & Ratios)

| | 2011 Quarter Ending Results | | | | 2012 Quarter Ending Results | | | | Annual Results | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production & Pricing** | 1Q | 2Q | 3Q | 4Qe | 1Qe | 2Qe | 3Qe | 4Qe | 2011e | 2012e | 2013e |
| Natural Gas Benchmark (HH; $/Mcf) | $4.17 | $4.37 | $4.12 | $4.25 | $4.50 | $4.75 | $4.75 | $5.00 | $4.22 | $4.75 | $5.00 |
| Crude Oil Benchmark (WTI; $/Bbl) | $94.11 | $102.52 | $89.56 | $80.00 | $86.00 | $87.00 | $92.00 | $94.93 | $91.50 | $90.00 | $100.00 |
| Production Volumes (Mmcfe/d) | 20.9 | 25.1 | 28.7 | 28.6 | 29.6 | 30.7 | 31.6 | 32.5 | 23.8 | 31.1 | 32.8 |
| Price Realization ($/Mcfe) | NM | $9.61 | $9.33 | $9.00 | $9.47 | $9.52 | $9.61 | $9.85 | $9.34 | $9.62 | $10.39 |
| **% Natural Gas** | **NM** | **57%** | **59%** | **55%** | **55%** | **55%** | **55%** | **55%** | **56%** | **55%** | **51%** |

| **Earnings (Millions of Dollars Except Per Share Data & Ratios)** | 1Q | 2Q | 3Q | 4Qe | 1Qe | 2Qe | 3Qe | 4Qe | 2011e | 2012e | 2013e |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oil & Gas Revenues (net) | $18.3 | $14.6 | $24.6 | $23.7 | $25.5 | $26.5 | $28.0 | $29.4 | $81.9 | $109.4 | $124.5 |
| Operating Costs & Production Taxes | $0.2 | $0.2 | $0.2 | $0.3 | $0.4 | $0.4 | $0.5 | $0.5 | $0.9 | $1.7 | $2.9 |
| Trust Adminstration Costs | 0.6 | 2.1 | 1.1 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 4.0 | 1.2 | 1.2 |
| Net Interest Expense / (Income) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Manager Net Interest (10%) | 0.0 | 0.0 | 0.4 | 0.9 | 1.5 | 1.2 | 1.3 | 2.1 | 1.3 | 6.1 | 9.2 |
| **Net Proceeds** | **$17.5** | **$12.4** | **$22.9** | **$22.2** | **$23.3** | **$24.7** | **$25.9** | **$26.5** | **$75.6** | **$100.4** | **$111.2** |
| **EPU** | **NM** | **$0.44** | **$0.82** | **$0.79** | **$0.83** | **$0.88** | **$0.93** | **$0.95** | **$2.70** | **$3.59** | **$3.97** |
| Avg. Diluted Units Outstanding | 28.0 | 28.0 | 28.0 | 28.0 | 28.0 | 28.0 | 28.0 | 28.0 | 28.0 | 28.0 | 28.0 |

RBC Capital Markets®

| **Distributable Cash Flow (Millions of Dollars Except Per Share Data & Ratios)** | 1Q | 2Q | 3Q | 4Qe | 1Qe | 2Qe | 3Qe | 4Qe | 2011e | 2012e | 2013e |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Proceeds | $17.5 | $12.4 | $23.3 | $23.1 | $24.8 | $25.8 | $27.2 | $28.6 | $77.0 | $106.5 | $120.4 |
| DD&A and Exploration Expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Maintenance Capital | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| IDR Cash Distributions | 0.0 | 0.0 | (0.4) | (0.9) | (1.5) | (1.2) | (1.3) | (2.1) | (1.3) | (6.1) | (9.2) |
| Other Non-Cash Items | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Distributable Cash Flow** | **$17.5** | **$12.4** | **$22.9** | **$22.2** | **$23.3** | **$24.7** | **$25.9** | **$26.5** | **$75.6** | **$100.4** | **$111.2** |
| **DCFPU** | **NM** | **$0.44** | **$0.82** | **$0.79** | **$0.83** | **$0.88** | **$0.93** | **$0.95** | **$2.70** | **$3.59** | **$3.97** |
| **Distributions Declared** | **NM** | **$1.0700** | **$0.8164** | **$0.7916** | **$0.8331** | **$0.8813** | **$0.9258** | **$0.9460** | **$2.70** | **$3.59** | **$3.97** |
| **Distiubution Coverage** | **NM** | **.41x** | **1.00x** | **1.00x** | **1.00x** | **1.00x** | **1.00x** | **1.00x** | **1.00x** | **1.00x** | **1.00x** |

| **Operating Margins ($ / Mcfe)** | 1Q | 2Q | 3Q | 4Qe | 1Qe | 2Qe | 3Qe | 4Qe | 2011e | 2012e | 2013e |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Hedge Revenue | NM | $9.44 | $8.76 | $7.78 | $8.55 | $8.76 | $9.14 | $9.49 | $8.68 | $9.00 | $10.31 |
| Net (Loss) / Gain on Financial Hedges | NM | 0.17 | 0.58 | 1.22 | 0.92 | 0.75 | 0.48 | 0.35 | 0.66 | 0.62 | 0.08 |
| Operating Costs & Production Taxes | NM | (0.10) | (0.09) | (0.13) | (0.15) | (0.15) | (0.16) | (0.16) | (0.11) | (0.15) | (0.24) |
| **Gross Margin** | **NM** | **$9.51** | **$9.24** | **$8.87** | **$9.33** | **$9.37** | **$9.46** | **$9.69** | **$9.23** | **$9.46** | **$10.15** |

**Source: RBC Capital Markets & Company Reports**

# Required Disclosures

## Conflicts Disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for SandRidge Mississippian Trust I in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from SandRidge Mississippian Trust I in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of SandRidge Mississippian Trust I and may act as principal with regard to sales or purchases of this security.

RBC Capital Markets has provided SandRidge Mississippian Trust I with investment banking services in the past 12 months.

The author is employed by RBC Capital Markets, LLC, a securities broker-dealer with principal offices located in New York, USA.

## Explanation of RBC Capital Markets Equity Rating System

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Top Pick (TP):** Represents best in Outperform category; analyst's best ideas; expected to significantly outperform the sector over 12 months; provides best risk-reward ratio; approximately 10% of analyst's recommendations.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Risk Qualifiers (any of the following criteria may be present):**

**Average Risk (Avg):** Volatility and risk expected to be comparable to sector; average revenue and earnings predictability; no significant cash flow/financing concerns over coming 12-24 months; fairly liquid.

**Above Average Risk (AA):** Volatility and risk expected to be above sector; below average revenue and earnings predictability; may not be suitable for a significant class of individual equity investors; may have negative cash flow; low market cap or float.

**Speculative (Spec):** Risk consistent with venture capital; low public float; potential balance sheet concerns; risk of being delisted.

## Distribution of Ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/Outperform, Sector Perform and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis (as described above).

**Distribution of Ratings**
**RBC Capital Markets, Equity Research**

| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY[TP/O] | 769 | 52.30 | 233 | 30.30 |
| HOLD[SP] | 636 | 43.30 | 138 | 21.70 |
| SELL[U] | 64 | 4.40 | 5 | 7.81 |




References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by a business unit of the Wealth Management Division of RBC Capital Markets, LLC. These Recommended Lists include the Prime Opportunity List (RL 3), a former list called the Private Client Prime Portfolio (RL 4), the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Dividend Growth (RL 8), and the Guided Portfolio: Midcap 111 (RL9). The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Conflicts Policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of Research and Short-Term Trade Ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' research is posted to our proprietary websites to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax or regular mail. Clients may also receive our research via third-party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research. RBC Capital Markets also provides eligible clients with access to SPARC on its proprietary INSIGHT website. SPARC contains market color and commentary, and may also contain Short-Term Trade Ideas regarding the securities of subject companies discussed in this or other research reports. SPARC may be accessed via the following hyperlink: https://www.rbcinsight.com. A Short-Term Trade Idea reflects the research analyst's directional view regarding the price of the security of a subject company in the coming days or weeks, based on market and trading events. A Short-Term Trade Idea may differ from the price targets and/or recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that the security of a subject company that is considered a long-term 'Sector Perform' or even an 'Underperform' might be a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, the security of a subject company that is rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-Term Trade Ideas are not ratings, nor are they part of any ratings system, and RBC Capital Markets generally does not intend, nor undertakes any obligation, to maintain or update Short-Term Trade Ideas. Short-Term Trade Ideas discussed in SPARC may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any Short-Term Trade Ideas discussed therein.

## Analyst Certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Hong Kong) Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

**Additional information is available on request.**

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized and regulated by Financial ServicesAuthority ('FSA'), in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FSA. However, targeted distribution may be made to selected retail clients of RBC and its affiliates. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by RBC Investment Services (Asia) Limited, RBC Investment Management (Asia) Limited and RBC Capital Markets (Hong Kong) Limited, licensed corporations under the Securities and Futures Ordinance or, by the Royal Bank of Canada, Hong Kong Branch, a registered institution under the Securities and Futures Ordinance. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. Hong Kong persons wishing to obtain further information on any of the securities mentioned in this publication should contact RBC Investment Services (Asia) Limited, RBC Investment Management (Asia) Limited, RBC Capital Markets (Hong Kong) Limited or Royal Bank of Canada, Hong Kong Branch at 17/Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong (telephone number is 2848-1388).

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch and Royal Bank of Canada (Asia) Limited, registered entities granted offshore bank and merchant bank status by the Monetary Authority of Singapore, respectively. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch or Royal Bank of Canada (Asia) Limited.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd., a registered type one financial instruments firm and/or Royal Bank of Canada, Tokyo Branch, a licensed foreign bank.

**® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2011 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2011 - Member CIPF**
**Copyright © RBC Europe Limited 2011**
**Copyright © Royal Bank of Canada 2011**
**All rights reserved**