# EXHIBIT 102

OPPENHEIMER

EQUITY RESEARCH

**QUARTERLY UPDATE**

November 23, 2011

ENERGY/ROYALTY TRUSTS

# SandRidge Mississippian Trust I

## Strong Outperformance in 3Q11

**Stock Rating:**

**PERFORM**

| | |
|---|---|
| 12-18 mo. Price Target | NA |
| SDT - NYSE | $26.76 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $30.99-$18.76 |
| Shares Outstanding | 21.0M |
| Float | 17.2M |
| Market Capitalization | $562.0M |
| Avg. Daily Trading Volume | 149,359 |
| Dividend/Div Yield | $3.28/12.26% |
| Fiscal Year Ends | Dec |
| Book Value | NA |
| 2011E ROE | NA |
| LT Debt | $0.0M |
| Preferred | $0.0M |
| Common Equity | NA |
| Convertible Available | No |

| DCFPU | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2011E | -- | 1.07A | 0.82A | 0.83 | 2.71 | 9.9x |
| *Prior (E)* | *--* | *--* | *0.77* | *0.79* | *2.67* | *10.0x* |
| 2012E | 0.92 | 0.95 | 0.94 | 0.95 | 3.76 | 7.1x |
| *Prior (E)* | *0.85* | *0.85* | *0.84* | *0.84* | *3.38* | *7.9x* |
| 2013E | -- | -- | -- | -- | 4.02 | 6.7x |
| *Prior (E)* | *--* | *--* | *--* | *--* | *3.60* | *7.4x* |

| Distribution | Q1 | Q2 | Q3 | Q4 | Year | Yield |
|---|---|---|---|---|---|---|
| 2011E | -- | 1.070A | 0.820A | 0.830 | 2.710 | 10.1% |
| *Prior (E)* | *--* | *1.068A* | *0.773* | *0.786* | *2.672* | |
| 2012E | 0.920 | 0.950 | 0.940 | 0.950 | 3.760 | 14.1% |
| *Prior (E)* | *0.855* | *0.847* | *0.839* | *0.839* | *3.379* | |
| 2013E | -- | -- | -- | -- | 4.020 | 15.0% |
| *Prior (E)* | *--* | *--* | *--* | *--* | *3.595* | |


### SUMMARY

We reiterate our Perform rating on SDT after the 3Q11 conference call. Results were better than expected as the trust experienced both accelerated drilling and better per-well results. While we predicted the accelerated drilling (four rigs being operated instead of the three outlined in the prospectus), the better per-well results were a surprise. We updated our model to reflect this and also incorporated the forward curve as of 11/11/11. This resulted in higher estimates. We believe the current yield is attractive (12.3%) and are compelled by the strong growth we expect over the next several years. However, the estimated IRR is lower than we would like and we therefore maintain our Perform rating. We continue to prefer PER.


### KEY POINTS

- **3Q results were above expectations.** DCFPU was $0.82 vs. our expectation of $0.77 and the target distribution of $0.67. It surpassed the incentive threshold of $0.80. Like our other royalty trust coverage, SDT pays out 100% of cash flow generated. Annualized yield based on this $0.82 distribution is 12.3%.
- **Better per-well results and accelerated drilling.** Mgmt reports that half of the outperformance vs. target was driven by better per-well results and the other half from accelerated drilling. Accelerated drilling was predictable as four rigs are being run instead of the three outlined in the prospectus.
- **Updating our model to reflect current forward curve.** We updated our price assumptions to reflect the forward curve as of 11/11/11, consistent with our other royalty trust coverage. We also assume better per-well results. These changes resulted in higher estimates going forward.
- **We expect continued distribution growth on attractive current yield.** The current annualized yield of 12.3% is attractive, in our view, and we forecast growth to a peak of 15.3% (based on the current price) in 4Q13.
- **IRR is not high enough to warrant Outperform.** We estimate the current IRR to be 5.1%. This compares unfavorably to both PER (7.9%) and VOC (7.1%), but better than ECT (2.5%). Of our trust coverage, PER is our favorite, with the highest IRR among peers and a strong, growing distribution profile.

### Stock Price Performance




### Company Description

SandRidge Mississippian Trust I is a Delaware statutory trust formed in December 2010 to own royalty interests to be conveyed to the trust by sponsor SandRidge Energy (SD) in 37 producing horizontal wells and 123 horizontal development wells in the Mississippian formation in in Oklahoma.


**Bernard Colson, CFA**
816-932-8022
Bernard.Colson@opco.com



Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. See "Important Disclosures and Certifications" section at the end of this report for important disclosures, including potential conflicts of interest. See "Price Target Calculation" and "Key Risks to Price Target" sections at the end of this report, where applicable.

| SandRidge Mississippian Trust I (PERFORM) | | | | | | | | | Bernie Colson (816) 932-8022 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Summary Financial Statements** | | | | | | | | | | |
| Millions of Dollars Except for Per Unit Amounts | | | | | | | | | | |
| Fiscal Year Ending December 31, | | | | | | | | | | |
| **Summary Income Statement** | 2011Q2A | 2011Q3A | 2011Q4E | **2011E** | 2012Q1E | 2012Q2E | 2012Q3E | 2012Q4E | **2012E** | **2013E** |
| Oil sales revenues | 24,702 | 15,737 | 18,106 | **58,545** | 21,571 | 21,818 | 22,215 | 22,205 | **87,809** | **92,657** |
| Natural Gas sales revenues | 7,236 | 8,310 | 4,407 | **19,953** | 4,943 | 5,032 | 5,295 | 5,627 | **20,897** | **25,805** |
| Realized gains (losses) from derivative cont | 913 | 2,282 | 2,463 | **5,658** | 2,014 | 2,027 | 881 | 919 | **5,841** | **3,782** |
| Net proceeds to trust | 32,871 | 24,621 | 24,976 | **82,468** | 28,528 | 28,877 | 28,391 | 28,751 | **114,547** | **122,243** |
| Post-production expenses | 989 | 760 | 727 | **2,476** | 804 | 815 | 851 | 856 | **3,326** | **3,697** |
| Production Taxes | 335 | 236 | 248 | **819** | 292 | 295 | 303 | 306 | **1,196** | **1,303** |
| Cash reserves withheld by Trustee | 1,125 | 324 | 0 | **0** | 0 | 0 | 0 | 0 | **0** | **0** |
| Trust administrative expenses | 505 | 0 | 240 | **745** | 240 | 250 | 240 | 240 | **970** | **989** |
| Income available for distribution prior to incer | 29,917 | 23,301 | 23,761 | **76,979** | 27,192 | 27,517 | 26,997 | 27,349 | **109,055** | **116,254** |
| Less: | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** | **0** |
| Incentive distribution to Sandridge | 0 | 441 | 620 | **1,061** | 1,338 | 999 | 589 | 747 | **3,674** | **3,583** |
| **Distributable income available to unithold** | 29,917 | 22,860 | 23,141 | **75,918** | 25,854 | 26,517 | 26,408 | 26,602 | **105,381** | **112,670** |
| **Distributable Income per Unit** | **1.068** | **0.816** | **0.826** | **2.711** | **0.923** | **0.947** | **0.943** | **0.950** | **3.764** | **4.024** |
| *Yield* | *16.1%* | *12.3%* | *12.5%* | ***10.2%*** | *13.9%* | *14.3%* | *14.2%* | *14.3%* | ***14.2%*** | ***15.2%*** |
| **Summary Income Statement** | 2011Q2A | 2011Q3A | 2011Q4E | **2011E** | 2012Q1E | 2012Q2E | 2012Q3E | 2012Q4E | **2012E** | **2013E** |
| Dist. income per unit prior to incentive | 1.07 | 0.83 | 0.85 | **2.75** | 0.97 | 0.98 | 0.96 | 0.98 | **3.89** | **4.15** |
| Subordination Threshold | 0.81 | 0.53 | 0.51 | **1.85** | 0.52 | 0.56 | 0.59 | 0.58 | **2.25** | **2.43** |
| *vs. subordination threshold* | *132%* | *156%* | *167%* | ***148%*** | *186%* | *175%* | *163%* | *168%* | ***173%*** | ***171%*** |
| Target Distribution | 1.04 | 0.67 | 0.63 | **2.34** | 0.65 | 0.70 | 0.74 | 0.73 | **2.82** | **3.03** |
| *vs. target distribution* | *103%* | *125%* | *134%* | ***117%*** | *148%* | *140%* | *131%* | *134%* | ***138%*** | ***137%*** |
| Incentive Threshold | 1.22 | 0.80 | 0.76 | **2.78** | 0.78 | 0.84 | 0.88 | 0.87 | **3.37** | **3.64** |
| *vs. incentive threshold* | *88%* | *104%* | *112%* | ***99%*** | *125%* | *117%* | *110%* | *112%* | ***116%*** | ***114%*** |
| Incentive Dollars | 0 | 450 | 1,240 | **1,691** | 2,676 | 1,998 | 1,179 | 1,495 | **7,347** | **7,167** |
| Distributable income per unit | 1.07 | 0.82 | 0.83 | **2.71** | 0.92 | 0.95 | 0.94 | 0.95 | **3.76** | **4.02** |
| **Operating Data** | 2011Q2A | 2011Q3A | 2011Q4E | **2011E** | 2012Q1E | 2012Q2E | 2012Q3E | 2012Q4E | **2012E** | **2013E** |
| Commodity Price Strip: | | | | | | | | | | |
| NYMEX Forward Crude Price | 98.57 | 89.56 | 91.32 | **93.15** | 97.56 | 97.17 | 96.60 | 96.05 | **96.85** | **94.32** |
| Active Wells | 41 | 61 | 74 | **74** | 86 | 96 | 107 | 117 | **117** | **160** |
| Common Units | 21,000 | 21,000 | 21,000 | **21,000** | 21,000 | 21,000 | 21,000 | 21,000 | **21,000** | **21,000** |
| Subordinated Units | 7,000 | 7,000 | 7,000 | **7,000** | 7,000 | 7,000 | 7,000 | 7,000 | **7,000** | **7,000** |
| Total Units | 28,000 | 28,000 | 28,000 | **28,000** | 28,000 | 28,000 | 28,000 | 28,000 | **28,000** | **28,000** |
| Source: Company reports; Oppenheimer & Co. estimates; SNL. Please refer to Opco reports for more details | | | | | | | | | | 11/23/11 |

**Investment Thesis**

SDT is a royalty trust focused exclusively on the Mississippian formation in Oklahoma with roughly 80% of revenue coming from oil sales. We estimate an annualized yield based on the 3Q11 distribution of 12.3%, increasing to 15.3% in 4Q13E. While the trust has a high level of exposure to production volume risk and energy prices, we believe the significant ramp in well count will help boost yield, thus limiting downside risk. We also can't envision the potential for dramatic appreciation as we calculate the IRR on investment at 5.1%. At the current price, we believe risk and reward is fairly balanced and reiterate our Perform rating.

# Important Disclosures and Certifications

***Analyst Certification -*** The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report.The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

## Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by Oppenheimer & Co. Inc:

**Stock Prices as of November 23, 2011**

ECA Marcellus Trust I (ECT - NYSE, 24.81, PERFORM)
SandRidge Permian Trust (PER - NYSE, 19.30, OUTPERFORM)
VOC Energy Trust (VOC - NYSE, 20.80, PERFORM)









 OPPENHEIMER




All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 300 Madison Avenue, New York, NY 10017, Attention: Equity Research Department, Business Manager.

---

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

**Distribution of Ratings/IB Services Firmwide**

| | | | IB Serv/Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| OUTPERFORM [O] | 330 | 55.50 | 144 | 43.64 |
| PERFORM [P] | 258 | 43.40 | 85 | 32.95 |
| UNDERPERFORM [U] | 7 | 1.20 | 3 | 42.86 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

# Company Specific Disclosures

In the past 12 months Oppenheimer & Co. Inc. has provided investment banking services for ECT, SDT, PER, and VOC.

Oppenheimer & Co. Inc. expects to receive or intends to seek compensation for investment banking services in the next 3 months from ECT, SDT, PER, and VOC.

Oppenheimer & Co. Inc. and its affiliates, in the aggregate, beneficially own 1% or more of a class of equity securities issued by VOC.

In the past 12 months Oppenheimer & Co. Inc. has managed or co-managed a public offering of securities for ECT, SDT, PER, and VOC.

In the past 12 months Oppenheimer & Co. Inc. has received compensation for investment banking services from ECT, SDT, PER, and VOC.

Oppenheimer & Co. Inc. makes a market in the securities of ECT, SDT, PER, and VOC.

**Additional Information Available**

**Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 300 Madison Avenue, New York, NY 10017, Attention: Equity Research Department, Business Manager.**

# Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc transacts Business on all Principal Exchanges and Member SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of

Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor.Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report.Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc.All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice.Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser.This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2011.