# EXHIBIT 104

# THE POWER OF US

SANDRIDGE

1 Letter to Shareholders
12 Board of Directors
13 Management
15 Financial Section
IBC Investor Information

"Our drilling success has been transformative for our company and will be an ongoing source of growth for the future."

## Fellow Shareholders:

Upon completing our transformation from natural gas to oil in 2010, we took additional bold measures in 2011 to further ensure our ability to deliver increased shareholder value in 2012 and beyond. We have purchased $400 million of leases in the Mississippian Oil Play, which stretches from northern Oklahoma to western Kansas, securing two million acres[(1)] in an area we believe generates the highest rate of return for horizontal drilling in the U.S. today and will be the primary driver of growth for the company going forward. We are also the most active operator in the play, drilling nearly half of all wells drilled to date. Our drilling success has been transformative for our company and will be an ongoing source of growth for the future.




Every action we take, including our pending acquisition of inexpensive oil and cash flow through the purchase of Dynamic Offshore Resources, LLC (DOR), is meant to improve our ability to develop our Mississippian holdings and to fulfill our three-year growth strategy. By the end of 2014, we expect to increase our annual EBITDA[(2)] to more than $2 billion, while also providing annual double-digit production growth, lowering our total debt to EBITDA ratio and funding our capital expenditures within our cash flows. Through the DOR acquisition, the offering of two royalty trusts (with a third pending), two joint ventures with international partners and the sale of non-core assets, we have established the groundwork necessary to reach our goals. Our achievements over the past 12 months have positioned our company in such a way that I am more energized about the future of SandRidge than ever before.



CONFIDENTIAL SD-SECURITIES-0342298



# ENTHUSIASM

Marking our fifth anniversary in 2011, SandRidge has shared in the economic highs and lows experienced throughout the U.S. and the world. Yet, as we look ahead into 2012 and beyond, we do so with more energy, excitement and enthusiasm about the future than ever before.

Believing oil prices would rebound more quickly than natural gas and ultimately provide a more stable revenue stream for the company over the long-term, we made the decision in late 2008 to change our focus to oil. Our decision to move quickly in this direction enabled us to acquire a tremendous base of oil assets at prices significantly lower than would be possible in today's market. Moreover, our focus on low-cost, shallow, carbonate formations enables us to achieve some of the highest rates of return in the industry. Wells drilled into shallow carbonates require lower horsepower equipment for drilling and low pressure pumping equipment during the completion process—both of which are plentiful and readily available. SandRidge also owns 31 drilling rigs, which help keep our costs low and our rates of return high.

"We drilled 167 horizontal wells in the Mississippian in 2011 and expect to drill 380 horizontal wells this year, using an average of 26 active rigs."

We currently have more than 7,000 net potential horizontal drilling locations identified on our Mississippian acreage, targeting vertical depths of 4,000 to 7,000 feet. An average horizontal well costs \$3.2 million[3] to drill, produces 456 thousand barrels of oil equivalent (Mboe) and provides an internal rate of return of approximately 98 percent[4]. We drilled 167 horizontal wells in the Mississippian in 2011 and expect to drill 380 horizontal wells this year, using an average of 26 active rigs.

Because of its exceptional economics, our Mississippian acreage has been a remarkable source of value creation for the company. We acquired two million acres of leasehold for a total investment of \$400 million or roughly \$200 per acre. In 2011, we monetized approximately 500,000 acres through three separate transactions—two joint ventures and one royalty trust—for a total of \$1.83 billion. A second royalty trust is expected to raise another \$500 million. Together these transactions will have raised \$2.33 billion in non-debt capital, giving an implied value of \$4,236 per acre to these properties. With nearly 1.5 million acres remaining under our control, we have the potential to sell an additional 250,000 acres and still retain a portfolio of locations large enough to support a robust 12 to 15 year drilling program.

Our second core area, the Texas Permian Basin, also provides access to shallow, permeable carbonate reservoirs that can be reached quickly and at a low






CONFIDENTIAL SD-SECURITIES-0342300



# VIGOROUS

With an average of 35 rigs running across our 1.5 million acres of leasehold in the Mississippian formation and our 225,000 acres in the Texas Permian Basin, SandRidge has emerged as an industry leader in drilling for onshore domestic oil.

cost. The company owns 225,000[5] acres of leasehold in the Permian Basin, where approximately 7,600 potential future drilling locations have been identified across the Central Basin Platform. Targeting multiple formations, these wells are drilled to depths between 4,500 and 9,000 feet, cost an average of $643,000 to drill, produce an average of 58 Mboe and provide an internal rate of return of approximately 80 percent[4]. SandRidge drilled 803 vertical wells in the Permian Basin last year and we expect to drill more than 750 wells in 2012.

### Increased Oil Production Drives SandRidge Growth

Through opportunistic acquisitions, our ability to secure leasehold inexpensively in the Mississippian formation and our robust drilling program, SandRidge has increased oil production by approximately 270 percent in just over two years.







## Non-Debt Capital Raises

Through the aforementioned joint ventures and royalty trusts and the planned sale of non-core assets, we have raised $3.2 billion[6] in non-debt capital, enabling SandRidge to begin 2012 with approximately $1 billion in liquidity.

In September, we completed a $500 million joint venture with an affiliate of Atinum Partners Co., Ltd, one of the Republic of Korea's top investment firms. Atinum received non-operated working interests in approximately 113,000 net acres in the Mississippian for which SandRidge received $250 million in cash and will receive an additional $250 million in the form of a drilling carry.

We followed the Atinum JV with a $1 billion joint venture in December with a subsidiary of Repsol YPF, S.A., a leading energy company headquartered in Madrid, Spain. At the closing of the transaction, Repsol received non-operated working interests in approximately 364,000 net acres in the Mississippian for $250 million in cash and an additional $750 million in the form of a drilling carry. Combined, these joint ventures raised $1.5 billion in non-debt capital for the



# ROBUST

SandRidge has drilled nearly half of all the horizontal wells in the Mississippian formation, with internal rates of return consistently exceeding expectations. We expect to keep an average of 26 rigs active in this area throughout 2012.



CONFIDENTIAL




company, essentially all of which will be used to develop our Mississippian acreage.

We closed two Royalty Trusts in 2011—the SandRidge Mississippian Trust I (NYSE: SDT) and the SandRidge Permian Trust (NYSE: PER). These entities are business trusts formed to own royalty interests in producing wells and in development wells to be drilled within areas of mutual interest. The Trusts were conveyed royalty interests by SandRidge, which entitles them to receive a percentage of the wells' net revenues without being burdened by drilling or operating expenses. Monetizing these interests enables us to accelerate the development of our oil properties and, in turn, increase the company's value.

We launched SDT in April to a very positive reception, enabling us to increase the size of the offering, which priced at the top end of the expected price range. SandRidge Mississippian Trust I owns royalty interests that entitle it to a percentage of the proceeds from production on wells drilled in the Mississippian formation on approximately 42,000 net acres. SandRidge received net proceeds of $337 million from the offering (before offering expenses) and currently has a 32.7 percent beneficial ownership in the trust[7].

The initial public offering of PER successfully launched in August. SandRidge Permian Trust owns royalty interests that entitle it to a percentage of the proceeds from production on wells drilled on approximately 15,900 net acres in the Permian Basin. SandRidge received net proceeds of $581 million from the offering (before offering expenses) and currently has a 30.5 percent beneficial ownership in the trust[7].

We have also divested several non-core assets through planned sales totaling $696 million. These properties included the Bone Spring and Avalon reservoirs and the Wolfberry assets in the Permian Basin, 23,000 net acres in Lea and Eddy counties in New Mexico and over 23,000 net acres across several counties in East Texas.

We have several options remaining to raise additional capital in the future, as needed. Our nearly 1.5 million acres in the Mississippian give us an inventory of drilling locations that would take more than 15 years to complete. Selling an additional 250,000 acres through joint ventures could provide additional capital, while reducing our drilling inventory to a more manageable 12-15 years. In addition, we can divest other non-core assets as well as our remaining common units in the royalty trusts.



CONFIDENTIAL SD-SECURITIES-0342304