# EXHIBIT 105

WUNDERLICH SECURITIES

Energy: Energy Trusts

Estimate Changes
Rating: Hold
Price Target: $27.00

# SANDRIDGE MISSISSIPPIAN TRUST I (SDT: $33.18)

February 17, 2012

## Market Data

| | |
|---|---|
| 12-18 Month Price Target | $27.00 |
| 52-Week Range | $36.97 - $18.76 |
| ADTV - 90Day (000s) | 239.3 |
| Market Cap ($MM) | $929.0 |
| Shares Out (MM) | 28.0 |
| Public Market Float (MM) | 17.3 |
| Dividend | $3.16 |
| Dividend/Yield | 9.52% |

## Earnings Per Unit (EPU) ($)

| FY DEC | 2011 | 2012 | | 2013 | |
|---|---|---|---|---|---|
| | Actual | Previous | Current | Previous | Current |
| Q1 | – | – | $0.81E | $0.79 | $0.80E |
| Q2 | $1.07A | $0.83 | $0.84E | $0.79 | $0.80E |
| Q3 | $0.82A | – | $0.78E | $0.79 | $0.80E |
| Q4 | $0.79A | – | $0.79E | $0.80 | $0.81E |
| YEAR | $2.68A | $3.20 | $3.22E | $3.17 | $3.21E |

*Represents distributable income available to unitholders*

## Distribution Per Unit ($)

| FY DEC | 2011 | 2012 | | 2013 | |
|---|---|---|---|---|---|
| | Actual | Previous | Current | Previous | Current |
| Q1 | – | $0.807 | $0.810E | $0.793 | $0.804E |
| Q2 | $1.068A | $0.832 | $0.842E | $0.788 | $0.801E |
| Q3 | $0.816A | $0.776 | $0.780E | $0.790 | $0.802E |
| Q4 | $0.791A | $0.785 | $0.793E | $0.798 | $0.807E |
| YEAR | $2.676A | $3.200 | $3.225E | $3.169 | $3.214E |

*2Q11 distribution is for the first five months of 2011.*

## %Gas

| FY DEC | 2011 | 2012 | | 2013 | |
|---|---|---|---|---|---|
| | Actual | Previous | Current | Previous | Current |
| Q1 | – | – | – | – | – |
| Q2 | – | – | – | – | – |
| Q3 | – | – | – | – | – |
| Q4 | – | – | – | – | – |
| YEAR | 56.8A | – | 59.2E | – | 57.6E |

## %Oil

| FY DEC | 2011 | 2012 | | 2013 | |
|---|---|---|---|---|---|
| | Actual | Previous | Current | Previous | Current |
| Q1 | – | – | – | – | – |
| Q2 | – | – | – | – | – |
| Q3 | – | – | – | – | – |
| Q4 | – | – | – | – | – |
| YEAR | 43.2A | – | 40.8E | – | 42.4E |

## Company Description

SandRidge Mississippian Trust I owns royalty interests in oil and natural gas properties in the Mississippian formation in Alfalfa, Garfield, Grant, Major, and Woods counties in Oklahoma. SandRidge has hedged approximately 54% of the expected production and approximately 60% of the expected revenues upon which its target distributions are based from April 1, 2011, through December 31, 2015.

# Yield Remains Attractive

## Summary

SandRidge Mississippian Trust I (SDT) held its conference call after previously announcing a distribution of $0.790905/unit, which was above our estimate. The yield of 9.5% continues to look attractive and distribution growth in 2012 should be strong. We believe the trust presents a solid choice for investors looking for a high-yielding investment. We have a Hold rating and a $27 price target on SandRidge Mississippian Trust I units.

## Key Points

- **Results.** SandRidge reported distributable income available to unitholders of $22.1 million, compared with our estimate of $22.1 million. Royalty income was $22 million, above our modeled number of $21.8 million. Derivative settlements contributed $2.6 million, compared with our estimate of $2.4 million. Expenses were $1.6 million, compared with our estimate of $1.4 million. Total production was 446 Mboe, compared with our estimate of 445 Mboe.
- **Our view.** Operationally, the trust continues to perform very well. Management stated production exceeded target levels due to better-than-expected well performance, an accelerated drilling pace, and having drilled wells with higher net revenue interest than forecasted. Unhedged oil and natural gas prices were down from the previous reporting period, but SDT's hedging program largely mitigates price movements. Oil production accounted for 41% of total production, while natural gas accounted for 59%.
- **Drilling update.** SandRidge Inc. (SD-NR) is obligated to drill the equivalent of 123 horizontal oil and natural gas development wells from drill sites on the leased acreage by December 31, 2014. The trust reported that a total of 48.9 total development wells had been drilled as of November 30. This compares with a total of 37.7 development wells as of August 31.
- **Distribution.** SandRidge previously announced a quarterly distribution for the three-month period ended December 31, 2011 (which primarily relates to production attributable to the trust’s interests from September 1, 2011 through November 30, 2011) of $0.790905/unit. We are increasing our 2012 distribution estimate to $3.22494/unit from $3.17973/unit and our 2013 estimate to $3.21437/unit from $3.18236/unit. Our new estimates reflect the trust's hedges and prices based on NYMEX futures for crude and natural gas for unhedged production.
- **Investment thesis.** The trust's yield of 9.5% continues to look attractive and distribution growth in 2012 should be strong. The trust should continue to benefit from higher oil prices on its unhedged production. We believe the trust presents a solid choice for investors looking for a high-yielding investment. We have a Hold rating and a $27 price target on SandRidge Mississippian Trust I units.

John R. Cusick, CFA • 212.402.2057 • jcusick@wundernet.com

Wunderlich Securities, Inc.
60 East 42nd Street, Suite 1007
New York, NY 10165

For Required Disclosures and Reg AC, please see page 3 of report

**Figure 1 – SandRidge Mississippian Trust I Model**

| $ in millions except per unit data | 2011 | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oil Production (MBbls) | 629.0 | 728.0 | 740.0 | 759.5 | 661.5 | 539.0 | 465.5 | 396.9 | 382.2 | 343.0 | 333.2 | 303.8 | 289.1 | 274.4 | 269.5 | 245.0 | 235.2 | 210.7 | 200.9 | 196.0 | |
| Natural Gas Production (MMcf) | 4,956.0 | 6,340.0 | 6,023.0 | 5,721.9 | 4,131.0 | 3,366.0 | 2,907.0 | 2,478.6 | 2,386.8 | 2,142.0 | 2,080.8 | 1,897.2 | 1,805.4 | 1,713.6 | 1,683.0 | 1,530.0 | 1,468.8 | 1,315.8 | 1,254.6 | 1,224.0 | |
| Total Production (MBoe) | 1,455.0 | 1,784.7 | 1,743.8 | 1,713.1 | 1,350.0 | 1,100.0 | 950.0 | 810.0 | 780.0 | 700.0 | 680.0 | 620.0 | 590.0 | 560.0 | 550.0 | 500.0 | 480.0 | 430.0 | 410.0 | 400.0 | |
| Cumulative Production (Mboe) | 1,455.0 | 3,239.7 | 4,983.5 | 6,696.6 | 8,046.6 | 9,146.6 | 10,096.6 | 10,906.6 | 11,686.6 | 12,386.6 | 13,066.6 | 13,686.6 | 14,276.6 | 14,836.6 | 15,386.6 | 15,886.6 | 16,366.6 | 16,796.6 | 17,206.6 | 17,606.6 | |
| Benchmark Prices | | | | | | | | | | | | | | | | | | | | | |
| Oil ($/bbl) | $95.12 | $103.51 | $102.67 | $98.07 | $94.41 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | |
| Natural Gas ($/Mcf) | $4.07 | $3.05 | $3.82 | $4.18 | $4.39 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | $5.50 | |
| Realizations (hedged) | | | | | | | | | | | | | | | | | | | | | |
| Oil ($/bbl) | $93.14 | $101.14 | $99.66 | $97.78 | $96.83 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | $105.60 | |
| Natural Gas ($/Mcf) | $4.40 | $3.55 | $3.52 | $3.84 | $4.06 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | $5.23 | |
| Revenue | 82.1 | 96.1 | 95.0 | 96.2 | 80.8 | 74.5 | 64.3 | 54.9 | 52.8 | 47.4 | 46.1 | 42.0 | 40.0 | 37.9 | 37.3 | 33.9 | 32.5 | 29.1 | 27.8 | 27.1 | |
| Production taxes | 1.0 | 1.1 | 1.0 | 1.0 | 3.4 | 2.8 | 2.4 | 2.0 | 2.0 | 1.8 | 1.7 | 1.6 | 1.5 | 1.4 | 1.4 | 1.3 | 1.2 | 1.1 | 1.0 | 1.0 | |
| Ad valorem taxes | 2.5 | 3.1 | 3.0 | 2.9 | 2.3 | 1.9 | 1.6 | 1.4 | 1.3 | 1.2 | 1.2 | 1.1 | 1.0 | 1.0 | 0.9 | 0.9 | 0.8 | 0.7 | 0.7 | 0.7 | |
| Trust administrative expenses | 2.3 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | |
| Incentive distribution | 1.3 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Cash available for distribution | 74.9 | 90.3 | 90.0 | 91.3 | 74.2 | 68.9 | 59.4 | 50.5 | 48.6 | 43.5 | 42.2 | 38.4 | 36.5 | 34.6 | 34.0 | 30.8 | 29.5 | 26.3 | 25.1 | 24.4 | |
| Distribution/Unit | $2.67578 | $3.22494 | $3.21437 | $3.26207 | $2.65029 | $2.46193 | $2.12157 | $1.80389 | $1.73572 | $1.55413 | $1.50863 | $1.37241 | $1.30422 | $1.23604 | $1.21321 | $1.09965 | $1.05414 | $0.94057 | $0.89505 | $0.87221 | $3.18600 |
| Distribution Growth | | 20.5% | -0.3% | 1.5% | -18.8% | -7.1% | -13.8% | -15.0% | -3.8% | -10.5% | -2.9% | -9.0% | -5.0% | -5.2% | -1.8% | -9.4% | -4.1% | -10.8% | -4.8% | -2.6% | |

*Source: Trust reports and Wunderlich Securities, Inc. estimates*

# Disclosures:

**Analyst Certification**

I John R. Cusick, CFA, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject companies and their underlying securities. I further certify that I have not and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this research report.

**Valuation/Risks**

- We use a discounted cash flow model to evaluate SandRidge. Our price target is derived using a discount rate of 5%.
- SandRidge has hedged production through 2015. Once its hedge program ends, it will have full exposure to commodity price volatility. If prices were to decline significantly, the partnership may not be able to pay its targeted distribution.

**Company-specific disclosures:**

In the last 12 months, SandRidge Mississippian Trust I has been a client of Wunderlich Securities.

In the past 12 months, Wunderlich Securities has received compensation from SandRidge Mississippian Trust I for investment banking services.

In the past 12 months, Wunderlich Securities managed or co-managed a public offering of the securities of SandRidge Mississippian Trust I.

Wunderlich Securities intends to seek or expects to receive compensation for investment banking services from SandRidge Mississippian Trust I in the next three months.

**General disclosures:**

Prices are as of the close of 02/16/12.

Ratings Distribution (in Percentages) & Investment Banking Disclosure Chart Information

**Ratings Distribution & Investment Banking Disclosure**

| Rating | Count | Ratings Distribution* | Count | Investment Banking** |
|---|---|---|---|---|
| **Buy -rated** | **146** | **63.50** | **21** | **14.38** |
| **Hold -rated** | **77** | **33.50** | **8** | **10.39** |
| **Sell -rated** | **7** | **3.00** | **0** | **0.00** |

** Percentage of all Wunderlich-covered stocks assigned an equivalent Buy, Hold, or Sell rating.*

*** Percentage of companies within Wunderlich-rated Buy, Hold, and Sell categories for which Wunderlich or an associated firm provided investment banking services within the past 12 months.*

**Rating System:**

There are three rating categories within the Wunderlich Securities Investment Rating System: Buy, Hold, and Sell. The rating assigned to each company is based on the following criteria.

**Buy –** a security which at the time the rating is instituted or reiterated indicates an expectation of a total return of greater than 20% over the next 12-18 months.

**Hold -** a security which at the time the rating is instituted or reiterated indicates an expectation of a total return of plus or minus 5% over the next 12-18 months.

**Sell –** a security which at the time the rating is instituted or reiterated indicates an expectation of a negative total return of greater than 10% over the next 12-18 months.

The analyst(s) who prepared this report may be compensated in part from a bonus pool that is partially funded by fees received by Wunderlich Securities for providing investment banking services.




To request further information regarding the companies discussed in this report, readers may send an email to research@wundernet.com or may write to the Wunderlich Securities Research Department, Wunderlich Securities, Inc., 400 E. Pratt Street, Suite 710, Baltimore, MD, 21202.

**Other Disclosures**

Wunderlich Securities, Inc. ("WSI") is a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of Financial Industry Regulatory Authority and the Securities Investor Protection Corp. This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject WSI or any divisions, subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction.

All material presented in this report, unless specifically indicated otherwise, is under copyright to WSI. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of WSI. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of WSI or its affiliates. The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments.

WSI may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. WSI will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you.

WSI does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change. WSI believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources WSI believes are reliable, but WSI makes no representations as to their accuracy or completeness.

Additional information is available upon request. WSI accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to WSI. This report is not to be relied upon in substitution for the exercise of independent judgment. WSI may have issued, and may in the future issue, a trading call regarding this security.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of WSI, WSI has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to WSI's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or WSI's website shall be at your own risk.

WUNDERLICH SECURITIES

**Baltimore**
400 E. Pratt Street
Suite 710
Baltimore, MD 21202
866.297.8259

**Boston**
260 Franklin Street
Suite 510
Boston, MA 02109
617.892.7151

**Chicago**
200 W. Madison Street
Suite 2950
Chicago, IL 60606
800.388.3851

**Denver**
1099 18th Street
Suite 2015
Denver, CO 80202
866.493.6588

**Houston**
10370 Richmond Avenue
Suite 950
Houston, TX 77042
888.385.6928

**Memphis**
6000 Poplar Avenue
Suite 150
Memphis, TN 38119
800.726.0557

**New York**
60 East 42nd Street
Suite 1007
New York, NY 10165
866.575.2223

**San Francisco**
275 Battery Street
Suite 480
San Francisco, CA 94111
415.489.6800

**St. Louis**
7711 Bonhomme St.
Suite 600
St. Louis, MO 63105
888.432.5671

| | | |
|---|---|---|
| **Director of Equity Capital Markets** | | |
| J. Jeffery Fowlds | 303.965.7964 | jfowlds@wundernet.com |
| Brooke Hrimnak | 410.369.2609 | bhrimnak@wundernet.com |
| **Equity Research** | | |
| **Director of Research** | | |
| Michael E. Hoffman | 410.369.2620 | mehoffman@wundernet.com |
| **Accounting and Tax Policy** | | |
| **Forensic Accounting** | | |
| Mike Gyure, CPA | 440.364.7473 | mgyure@wundernet.com |
| **Diversified Industrials** | | |
| **Environmental Services** | | |
| Michael E. Hoffman | 410.369.2620 | mehoffman@wundernet.com |
| Brian J. Butler, CFA | 410.369.2614 | bbutler@wundernet.com |
| Jacob Hughes | 410.369.2616 | jhughes@wundernet.com |
| **For-Profit Education** | | |
| Trace Urdan | 415.489.6809 | turdan@wundernet.com |
| Jeff Lee | 415.489.6806 | jlee@wundernet.com |
| **Transportation** | | |
| Brian J. Butler, CFA | 410.369.2614 | bbutler@wundernet.com |
| **Energy** | | |
| **Alternative Energy** | | |
| Theodore O'Neill | 212.402.2054 | toneill@wundernet.com |
| **Exploration & Production** | | |
| Irene O. Haas | 713.403.3980 | ihaas@wundernet.com |
| Mostafa Dahhane | 713.403.3986 | mdahhane@wundernet.com |
| **Master Limited Partnerships** | | |
| John R. Cusick | 212.402.2057 | jcusick@wundernet.com |
| **Utilities/Power** | | |
| James L. Dobson | 212.402.2059 | jdobson@wundernet.com |
| **Financial Services** | | |
| **Real Estate** | | |
| Merrill Ross | 703.307.9409 | mross@wundernet.com |
| **Regional Banks** | | |
| Kevin Reynolds, CFA | 901.251.2229 | kreynolds@wundernet.com |
| Jeremy Lucas | 901.251.1362 | jlucas@wundernet.com |
| **Healthcare** | | |
| **Medical Devices** | | |
| Gregory J. Simpson, CFA | 314.719.3467 | gsimpson@wundernet.com |
| **Technology, Media & Telecommunications (TMT)** | | |
| **Cable/Satellite Entertainment** | | |
| Matthew Harrigan | 303.965.7966 | mharrigan@wundernet.com |
| **Communications & Networking Equipment** | | |
| Matthew S. Robison | 415.572.0936 | mrobison@wundernet.com |
| Sam Brownell | 415.489.6818 | sbrownell@wundernet.com |
| **Information Infrastructure** | | |
| Brian S. Freed, CFA | 901.251.1353 | bfreed@wundernet.com |
| Jeffrey J. Andry | 901.259.9432 | jandry@wundernet.com |
| **Software-as-a-Service** | | |
| Richard K. Baldry, CFA | 410.369.2633 | rbaldry@wundernet.com |
| **Specialty Semiconductors and Components** | | |
| William S. Harrison | 410.369.2632 | sharrison@wundernet.com |
| Blake T. Harper, CFA | 410.369.2629 | bharper@wundernet.com |
| **Institutional Equity Sales** | | |
| **Director of Institutional Sales** | | |
| Thomas S. Stephens | 410.369.2602 | tstephens@wundernet.com |
| Beth Adams | 972.772.5066 | badams@wundernet.com |
| Clifford Athey | 410.369.2627 | cathey@wundernet.com |
| Greg Brown | 303.260.7902 | gbrown@wundernet.com |
| James Donovan | 617.892.7222 | jdonovan@wundernet.com |
| Paul Gillespie | 901.259.9407 | pgillespie@wundernet.com |
| Daniel Glading | 410.369.2613 | dglading@wundernet.com |
| Mike Grabenstein | 410.369.2629 | mgrabenstein@wundernet.com |
| Thomas Hadley | 303.260.7905 | thadley@wundernet.com |
| John Hohweiler | 410.369.2610 | jhohweiler@wundernet.com |
| Mark McCulloh | 410.369.2619 | mmcculloh@wundernet.com |
| Ethel McGlynn | 303.260.7904 | ethel@wundernet.com |
| Kyle Norton | 212.402.2060 | knorton@wundernet.com |
| Robert Oram | 212.402.2056 | boram@wundernet.com |
| Kristi Papanikolaw | 212.402.2058 | kpapanikolaw@wundernet.com |
| Scott Robinson | 410.369.2630 | srobinson@wundernet.com |
| Beth Rosenberry | 312.368.0478 | brosenberry@wundernet.com |
| Christina Rosso | 212.402.2055 | crosso@wundernet.com |
| Ned Sinnott | 804.263.5240 | nsinnott@wundernet.com |
| **Institutional Equity Trading** | | |
| **Director of Institutional Equity Trading** | | |
| Stephen C. Iskalis | 303.260.7901 | siskalis@wundernet.com |
| John Belgrade | 888.257.4152 | jbelgrade@wundernet.com |
| Chuck Berry | 303.965.7961 | cberry@wundernet.com |
| Erik Briggs | 410.369.2611 | ebriggs@wundernet.com |
| Trip Carey | 617.892.7220 | tcarey@wundernet.com |
| Jeffrey England | 303.965.7960 | jengland@wundernet.com |
| Daniel Muhly | 410.369.2606 | dmuhly@wundernet.com |