# EXHIBIT 106

28 February 2012

# SandRidge Energy

Reuters: **SD.N** Bloomberg: **SD US** Exchange: **NYS** Ticker: **SD**

## First Peek Into the Miss. Extension

**Ryan Todd**
Research Analyst
(+1) 212 250-8342
ryan.todd@db.com

**Stephen Richardson**
Research Analyst
(+1) 212 250-8356
stephen.richardson@db.com

**Mimi Kong**
Research Associate
(+1) 212 250-9331
mimi.kong@db.com

### Company Update

### Hold

| | |
|---|---|
| Price at 28 Feb 2012 (USD) | **8.82** |
| Price Target | **9.00** |
| 52-week range | **12.97 - 5.01** |

**Price/price relative**




| Performance (%) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | *7.8* | *29.5* | *-18.4* |
| S&P 500 INDEX | *4.2* | *15.1* | *3.4* |

**Stock & option liquidity data**

| | |
|---|---|
| Market Cap (USD) | 3,937.5 |
| Shares outstanding (m) | 446.4 |
| Free float (%) | 100 |
| Volume (28 Feb 2012) | 1,723,376 |
| Option volume (und. shrs., 1M avg.) | 2,269,681 |

**Implied & Realized Volatility (3M)**




### Shining Light on the Miss - One Vertical at a Time

Other than a brief stint on the Permian, and even less on the Dynamic purchase (deal hasn't closed yet), the focus at the SandRidge Analyst Day was unquestionably the core Mississippian asset. With the company set to launch on its initial horizontal drilling program in the "extension" later this year, increased disclosure set the stage for what could be a gradual derisking of the acreage over the course of the year.

### A Vertical View of the Miss Extension

With the first horizontal well to be drilled in April, SD laid out a case for the geologic similarity across the acreage, with a county-by-county analysis of average vertical well results. While not a guarantee of success, the vertical data was promising, with a weighted average oil recovery of 86 Mbbls across 4,000 wells, vs. 66 Mbbls in the core of the "Old Miss" and 45 Mbbls across the entire Old Miss. Variability remains, with a revealed distribution curve showing a P90-P10 spread of 100-1,000 Mboe. SD will spud the first Hz well in the extension acreage in April and plans to drill 50 wells (out of 380 Miss wells) in the extension in 2012, and while activity will likely be concentrated in the south, the company has suggested that it will also test well to the north before YE.

### What's new? Odds and ends

On the back end of last week's results and 2012 guidance, new information was relatively limited, outside of the Mississippian, however, a number of small items were relevant, particularly for future funding:

- SD expects an increase in its borrowing base to ~$1.0 Bn, from $790m currently.
- The company is looking to sell the Pinon Field. Of the 208k net undeveloped acres expiring in 2012, 174k acres is in WTO, with Pinon entirely HBP.
- Have drilled 38 pairs of wells on 4-well equivalent spacing, and have permitted 4 wells/section on 7-9 sections, with data offering the potential to move to 4 wells/section from 3 currently.

### Valuation and Risk

We value SD in-line with our Net Asset Value (NAV) at ~$90/bbl oil and $4.75/mcf gas long-term, assuming a 10% discount rate. Primary upside risks include better than expected well results in the Mississippian, particularly in the extension area, or a further asset deal improving the 2013 funding situation and/or allowing acceleration. Primary downside risks include disappointing Miss well results or oil price weakness.

**Forecasts and ratios**

| Year End Dec 31 | 2011A | 2012E | 2013E |
|---|---|---|---|
| 1Q EPS[1] | -0.02 | **-0.01** | 0.12 |
| 2Q EPS | -0.00 | **-0.03** | 0.14 |
| 3Q EPS | 0.01 | **0.03** | 0.17 |
| 4Q EPS | 0.02 | **0.05** | 0.17 |
| FY EPS (USD) | -0.00 | **0.05** | 0.61 |

*Source: Deutsche Bank estimates, company data*

[1] Includes the impact of FAS123R requiring the expensing of stock options.

Deutsche Bank Securities Inc.

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MICA(P) 146/04/2011.

Case 5:12-cv-01341-G Document 494-6 Filed 04/03/20 Page 3 of 11



Model updated:24 February 2012

**Running the numbers**

**North America**

**United States**

**Oil & Gas Exploration & Production**

## SandRidge Energy

Reuters: SD.N Bloomberg: SD US

## Hold

| | |
|---|---|
| Price (28 Feb 12) | USD 8.82 |
| Target price | USD 9.00 |
| 52-week Range | USD 5.01 - 12.97 |
| Market Cap (m) | USDm 3,938<br>EURm 2,933 |

### Company Profile

SD's areas of focus are the Mississippian in OK/KS and the Permian Basin / West Texas Overthrust (the "WTO") in Texas. In the Permian Basin, SD holds over 200,000 acres largely built by acquisition of properties from Forest Oil Corporation and properties formerly owned by Arena Resources, Inc. ("Arena"). The WTO includes the Piñon gas field in Pecos County and Terrell County, Texas. SD also owns and operates other interests in the Mid-Continent, Cotton Valley Trend in East Texas, Gulf Coast and Gulf of Mexico.

### Price Performance




### Margin Trends




### Growth & Profitability




### Solvency




**Ryan Todd**
+1 212 250-8342 ryan.todd@db.com

| Fiscal year end 31-Dec | 2008 | 2009 | 2010 | 2011 | 2012E | 2013E |
|---|---|---|---|---|---|---|
| **Financial Summary** | | | | | | |
| DB EPS (USD) | -9.24 | -9.03 | 0.01 | 0.00 | 0.05 | 0.61 |
| Reported EPS (USD) | -9.24 | -8.97 | 0.13 | 0.23 | 0.50 | 1.09 |
| DPS (USD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BVPS (USD) | 5.10 | -1.18 | 5.28 | 4.08 | 3.60 | 3.76 |
| **Valuation Metrics** | | | | | | |
| Price/Sales (x) | 4.4 | 2.8 | 2.1 | 2.5 | 2.0 | 1.5 |
| P/E (DB) (x) | nm | nm | 622.4 | nm | 167.2 | 14.5 |
| P/E (Reported) (x) | nm | nm | 51.5 | 38.7 | 17.7 | 8.1 |
| P/BV (x) | 1.2 | nm | 1.4 | 2.0 | 2.5 | 2.3 |
| FCF yield (%) | nm | nm | nm | nm | nm | nm |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| EV/Sales | 6.4 | 7.2 | 5.2 | 5.0 | 4.3 | 3.4 |
| EV/EBITDA | nm | nm | 15.1 | 9.2 | 7.9 | 5.8 |
| EV/EBIT | nm | nm | nm | 18.1 | 17.3 | 11.2 |
| **Income Statement (USDm)** | | | | | | |
| Sales | 1,182 | 591 | 932 | 1,415 | 2,009 | 2,848 |
| EBITDA | -974 | -1,370 | 320 | 773 | 1,103 | 1,686 |
| EBIT | -1,335 | -1,597 | -6 | 393 | 502 | 875 |
| Pre-tax profit | -1,479 | -1,782 | -252 | 157 | 217 | 517 |
| **Net income** | **-1,440** | **-1,773** | **46** | **110** | **217** | **517** |
| **Cash Flow (USDm)** | | | | | | |
| **Cash flow from operations** | **580** | **308** | **390** | **475** | **819** | **1,329** |
| Net Capex | -2,058 | -715 | -1,044 | -1,744 | -1,850 | -2,051 |
| **Free cash flow** | **-1,478** | **-408** | **-654** | **-1,268** | **-1,031** | **-723** |
| Equity raised/(bought back) | -4 | 319 | -7 | -12 | 0 | 0 |
| Dividends paid | -18 | 0 | -29 | -10 | -56 | -56 |
| Net inc/(dec) in borrowings | 1,308 | 646 | 619 | -97 | 991 | 718 |
| Other investing/financing cash flows | 129 | -550 | 69 | 1,636 | -112 | 60 |
| **Net cash flow** | **-62** | **7** | **-2** | **248** | **-207** | **0** |
| *Change in working capital* | *39* | *-106* | *-20* | *-60* | *0* | *0* |
| **Balance Sheet (USDm)** | | | | | | |
| Cash and cash equivalents | 1 | 8 | 6 | 208 | 1 | 1 |
| Property, plant & equipment | 3,176 | 2,434 | 4,734 | 5,389 | 6,568 | 7,533 |
| Goodwill | 0 | 0 | 234 | 235 | 235 | 235 |
| Other assets | 479 | 339 | 257 | 387 | 387 | 387 |
| **Total assets** | **3,655** | **2,780** | **5,231** | **6,220** | **7,191** | **8,156** |
| Debt | 2,375 | 2,579 | 2,909 | 2,814 | 3,806 | 4,524 |
| Other liabilities | 486 | 397 | 775 | 856 | 856 | 856 |
| **Total liabilities** | **2,862** | **2,976** | **3,684** | **3,671** | **4,662** | **5,380** |
| **Total shareholders' equity** | **794** | **-196** | **1,547** | **2,549** | **2,529** | **2,776** |
| *Net debt* | *2,375* | *2,571* | *2,903* | *2,606* | *3,805* | *4,523* |
| **Key Company Metrics** | | | | | | |
| Sales growth (%) | 74.4 | -50.0 | 57.6 | 51.9 | 41.9 | 41.8 |
| DB EPS growth (%) | na | 2.3 | na | na | na | 1,053.1 |
| Payout ratio (%) | nm | nm | 0.0 | 0.0 | 0.0 | 0.0 |
| EBITDA Margin (%) | -82.4 | -231.8 | 34.3 | 54.6 | 54.9 | 59.2 |
| EBIT Margin (%) | -113.0 | -270.2 | -0.7 | 27.8 | 25.0 | 30.7 |
| ROE (%) | -112.5 | -603.6 | 6.9 | 7.0 | 13.4 | 29.9 |
| Net debt/equity (%) | 299.2 | nm | 187.6 | 102.3 | 150.4 | 162.9 |
| Net interest cover (x) | nm | nm | nm | 1.7 | 1.8 | 2.4 |
| **DuPont Analysis** | | | | | | |
| EBIT margin (%) | -113.0 | -270.2 | -0.7 | 27.8 | 25.0 | 30.7 |
| x Asset turnover (x) | 0.3 | 0.2 | 0.2 | 0.2 | 0.3 | 0.4 |
| x Financial cost ratio (x) | 1.1 | 1.1 | 41.7 | 0.4 | 0.4 | 0.6 |
| x Tax and other effects (x) | 1.0 | 1.0 | -0.2 | 0.7 | 1.0 | 1.0 |
| **= ROA (post tax) (%)** | **-39.5** | **-55.1** | **1.1** | **1.9** | **3.2** | **6.7** |
| x Financial leverage (x) | 2.8 | 11.0 | 6.0 | 3.6 | 4.1 | 4.4 |
| **= ROE (%)** | **-112.5** | **-603.6** | **6.9** | **7.0** | **13.4** | **29.9** |
| *annual growth (%)* | *na* | *-436.5* | *na* | *1.5* | *93.0* | *122.4* |
| x NTA/share (avg) (x) | 8.2 | 1.5 | 1.9 | 3.3 | 3.7 | 3.7 |
| **= Reported EPS** | **-9.24** | **-8.97** | **0.13** | **0.23** | **0.50** | **1.09** |
| *annual growth (%)* | *na* | *2.9* | *na* | *82.6* | *113.4* | *119.5* |

*Source: Company data, Deutsche Bank estimates*



SD-SECURITIES-0003579

# A Peek Into the Extension

## Setting the stage with vertical results

After drilling ~240 horizontal wells to date on its original acreage position, SandRidge has set the stage for the drilling of its first horizontal wells this year in the 750k net acres in the Mississippian in Western Kansas. Thickness of the Mississippian remains relatively constant as you move to the NW, although the reservoir is approximately 1,000 ft shallower. And while one of the concerns has centered around the potential gas content of the wells to the north, the vertical well data provided is promising for oil recovery, regardless of well GORs. While vertical well performance is certainly not a perfect indicator of future horizontal performance, the data is encouraging, with a weighted average per/well oil recovery across 4,000 wells in the extension of 86 Mbbls, significantly higher than the 66 Mbbls vertical average in the "core" Old Miss Woods, Alfalfa and Grant counties, as well as the 44.9 Mbbls of oil recovery across the entirety of the Old Miss acreage. In fact, the four highest average counties are in the "extension", comprising ~3,000 of the 4,000 total vertical wells in the play.

**Figure 1: Vertical well data in the "extension" acreage is promising for future oil recovery**




*Source: Deutsche Bank, Company Data*

With the first horizontal well not due to spud until April, and the first reliable data not likely to be available until June at the earliest, the first derisking of the extension acreage is still largely a 2nd half event. SD intends to drill 50 wells in the extension, of 380 total Miss wells in 2012, and while limited gas handling capacity to date in the north, as well as vertical activity, likely

focus drilling activity in the south, the company has suggested that it will test the northern region during 2012.

Derisking of the acreage is a significant value driver for the company, potentially increasing the NAV from our $9/sh base case at 30% risked to $16/sh at 100% risked.

**Figure 2: SD NAV Sensitivity to Oil Price and Miss. Risking**

| | Mississippian Risking (%) | | | |
|---|---|---|---|---|
| | 25% | 50% | 75% | 100% |
| $80/bbl | $3.73 | $6.18 | $7.69 | $8.64 |
| $90/bbl | $6.79 | $10.16 | $12.23 | $13.55 |
| $100/bbl | $9.81 | $14.06 | $16.69 | $18.38 |

*Source: Deutsche Bank*

**Variation manageable, but still significant**

SD presented a distribution curve of well EURs to date, highlighting to some extent, what investors have long known, that the Mississippian is highly variable. Mean results have continued to trend higher, which is positive, however, the P90-P10 range from 100-1,000 Mboe EUR is significant. On our estimates, an EUR of ~240 Mboe is necessary for a pre-tax breakeven at $95/bbl and $4/mcf, which at P70 on the distribution curve implies that ~30% of wells drilled are economically challenged.

## Figure 3: SandRidge Energy Net Asset Valuation

### Net Asset Value

| | | NYMEX Price Deck | | | | NYMEX Strip | |
|---|---|---|---|---|---|---|---|
| NET ASSET VALUATION | Risked | Value | $/Boe | $/Share | $/Acre | Value | $/Share |
| **Proved Developed Reserves (PV10)** | | | | | | | |
| United States | 223 | $1,867 | $8.37 | $4.58 | NA | $1,867 | $4.58 |
| Total | 223 | $1,867 | $8.37 | $4.58 | NA | $1,867 | $4.58 |
| **North America Onshore** | | | | | | | |
| Mississippian | 690 | $2,525 | $3.66 | $6.20 | $1,683 | $2,525 | $6.20 |
| Permian | 313 | 1,241 | 3.96 | 3.04 | 5,442 | 1,241 | 3.04 |
| WTO | -- | -- | -- | -- | -- | -- | -- |
| Total | 1,003 | $3,766 | $3.76 | $9.24 | $3,563 | $3,766 | $9.24 |
| **Other Assets / Liabilities** | | | | | | | |
| Cash | | $325 | | $0.80 | | $325 | $0.80 |
| Book Debt, Min Interest, Pref. Stock | | (4,560) | | (11.19) | | (4,560) | (11.19) |
| PF Cash from Repsol and Tx Sale | | 481 | | 1.18 | | 481 | 1.18 |
| Value of Midstream and Drilling Services | | 266 | | 0.65 | | 266 | 0.65 |
| PV of Carries | | 817 | | 2.00 | | 817 | 2.00 |
| Mississippian Trust I (38%) | $29.64 | 319 | | 0.78 | | 319 | 0.78 |
| Permian Trust (34%) | $22.21 | 382 | | 0.94 | | 382 | 0.94 |
| Total | | ($1,971) | | ($4.84) | | ($1,971) | ($4.84) |
| **Net Equity Value** | 1,226 | $3,661 | | **$9.00** | | $3,661 | **$9.00** |
| **Shares Outstanding (MM)** | | | | *407.6* | | | *407.6* |

| | Operational Summary and Assumptions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Asset | Net Acres | Risked % | Risked Acres | Spacing | Risked Wells | Well Cost ($M) | Avg. IP | EUR / | % Oil |
| Mississipp | 1,500,000 | 30% | 450,000 | 213 | 1962 | $3.2 | 275 | 453,619 | 44.0% |
| Permian | 228,000 | 90% | 205,200 | 20 | 7549 | $0.6 | 53 | 58,031 | 86.0% |
| WTO | 501,100 | 75% | 375,825 | 40 | 8651 | 2.9 | 2,900 | 2,705 | --% |
| Total | 2,229,100 | 46% | 1,031,025 | 91 | 18162 | $2.2 | 1076 | 171,452 | 57.1% |

| Modeled Rig Program - By Play | Current: | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Mississippian | 17.0 | 14.8 | 26.0 | 38.0 | 47.0 | 47.0 |
| Permian | 14.0 | 14.0 | 12.0 | 12.0 | 12.0 | 12.0 |
| WTO | -- | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| *Total* | | *29.8* | *39.0* | *51.0* | *60.0* | *60.0* |

| Modeled Well Program - By Play | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| Mississippian | 179 | 380 | 428 | 588 | 588 |
| Permian | 798 | 760 | 845 | 939 | 939 |
| WTO | -- | -- | -- | -- | -- |
| *Total* | *978* | *1,140* | *1,273* | *1,527* | *1,527* |

*Source: Deutsche Bank, Company Data*

# Appendix 1

## Important Disclosures

Additional information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| **Company** | **Ticker** | **Recent price*** | **Disclosure** |
| SandRidge Energy | SD.N | 8.82 (USD) 28 Feb 12 | 1,6,7 |

*Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States. See "Important Disclosures Required by Non-US Regulators" and Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.
6. Deutsche Bank and/or its affiliate(s) owns one percent or more of any class of common equity securities of this company calculated under computational methods required by US law.
7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

## Important Disclosures Required by Non-U.S. Regulators

Please also refer to disclosures in the "Important Disclosures Required by US Regulators" and the Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.
6. Deutsche Bank and/or its affiliate(s) owns one percent or more of any class of common equity securities of this company calculated under computational methods required by US law.
7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

**For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at** http://gm.db.com/ger/disclosure/Disclosure.eqsr?ricCode=SD.N**.**

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Ryan Todd

## Historical recommendations and target price: SandRidge Energy (SD.N)

*(as of 2/28/2012)*




| | | | | | |
|---|---|---|---|---|---|
| 1. | 3/27/2009: | Hold, Target Price Change USD10.00 | 6. | 7/11/2011: | No Recommendation, Target Price Change USD0.00 |
| 2. | 4/27/2009: | Upgrade to Buy, Target Price Change USD12.00 | 7. | 12/9/2011: | Hold, Target Price Change USD9.00 |
| 3. | 5/8/2009: | Buy, Target Price Change USD14.00 | 8. | 1/9/2012: | Hold, Target Price Change USD11.00 |
| 4. | 11/17/2009: | Downgrade to Hold, Target Price Change USD13.00 | 9. | 2/8/2012: | Hold, Target Price Change USD9.00 |
| 5. | 12/1/2009: | Hold, Target Price Change USD12.00 | | | |

## Equity rating key

**Buy:** Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus projected dividend yield ) , we recommend that investors buy the stock.

**Sell:** Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock

**Hold:** We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

**Notes:**

1. Newly issued research recommendations and target prices always supersede previously published research.
2. Ratings definitions prior to 27 January, 2007 were:
   Buy: Expected total return (including dividends) of 10% or more over a 12-month period
   Hold: Expected total return (including dividends) between -10% and 10% over a 12-month period
   Sell: Expected total return (including dividends) of -10% or worse over a 12-month period

## Equity rating dispersion and banking relationships




North American Universe



SD-SECURITIES-0003585

# Regulatory Disclosures

## 1. Important Additional Conflict Disclosures

Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

## 2. Short-Term Trade Ideas

Deutsche Bank equity research analysts sometimes have shorter-term trade ideas (known as SOLAR ideas) that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. These trade ideas can be found at the SOLAR link at http://gm.db.com.

## 3. Country-Specific Disclosures

**Australia and New Zealand:** This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.

**Brazil:** The views expressed above accurately reflect personal views of the authors about the subject company(ies) and its(their) securities, including in relation to Deutsche Bank. The compensation of the equity research analyst(s) is indirectly affected by revenues deriving from the business and financial transactions of Deutsche Bank.

**EU countries:** Disclosures relating to our obligations under MiFiD can be found at http://www.globalmarkets.db.com/riskdisclosures.

**Japan:** Disclosures under the Financial Instruments and Exchange Law: Company name - Deutsche Securities Inc. Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association, The Financial Futures Association of Japan, Japan Securities Investment Advisers Association. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless “Japan” or "Nippon" is specifically designated in the name of the entity.

**Russia:** This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

Deutsche Bank Securities Inc.

## North American locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
Tel: (212) 250 2500

**Deutsche Bank Securities Inc.**
One International Place
12th Floor
Boston, MA 02110
United States of America
Tel: (1) 617 217 6100

**Deutsche Bank Securities Inc.**
222 South Riverside Plaza
30th Floor
Chicago, IL 60606
Tel: (312) 537-3758

**Deutsche Bank Securities Inc.**
1735 Market Street
24th Floor
Philadelphia, PA 19103
Tel: (215) 854 1546

**Deutsche Bank Securities Inc.**
101 California Street
46th Floor
San Francisco, CA 94111
Tel: (415) 617 2800

**Deutsche Bank Securities Inc.**
700 Louisiana Street
Houston, TX 77002
Tel: (832) 239-4600

## International locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank AG**
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

# Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed to be reliable and has been obtained from public sources believed to be reliable. Deutsche Bank makes no representation as to the accuracy or completeness of such information.

Deutsche Bank may engage in securities transactions, on a proprietary basis or otherwise, in a manner **Inconsistent** with the view taken in this research report. In addition, others within Deutsche Bank, including strategists and sales staff, may take a view that is **Inconsistent** with that taken in this research report.

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof in the event that any opinion, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Prices and availability of financial instruments are subject to change without notice. This report is provided for informational purposes only. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst judgement.

As a result of Deutsche Bank's March 2010 acquisition of BHF-Bank AG, a security may be covered by more than one analyst within the Deutsche Bank group. Each of these analysts may use differing methodologies to value the security; as a result, the recommendations may differ and the price targets and estimates of each may vary widely.

In August 2009, Deutsche Bank instituted a new policy whereby analysts may choose not to set or maintain a target price of certain issuers under coverage with a Hold rating. In particular, this will typically occur for "Hold" rated stocks having a market cap smaller than most other companies in its sector or region. We believe that such policy will allow us to make best use of our resources. Please visit our website at http://gm.db.com to determine the target price of any stock.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Stock transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Deutsche Bank may with respect to securities covered by this report, sell to or buy from customers on a principal basis, and consider this report in deciding to trade on a proprietary basis.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany this report is approved and/or communicated by Deutsche Bank AG Frankfurt authorized by the BaFin. In the United Kingdom this report is approved and/or communicated by Deutsche Bank AG London, a member of the London Stock Exchange and regulated by the Financial Services Authority for the conduct of investment business in the UK and authorized by the BaFin. This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. This report is distributed in Singapore by Deutsche Bank AG, Singapore Branch, and recipients in Singapore of this report are to contact Deutsche Bank AG, Singapore Branch in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), Deutsche Bank AG, Singapore Branch accepts legal responsibility to such person for the contents of this report. In Japan this report is approved and/or distributed by Deutsche Securities Inc. The information contained in this report does not constitute the provision of investment advice. In Australia, retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10). Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

**Copyright © 2012 Deutsche Bank AG**