# EXHIBIT 108

RBC Capital Markets®

EQUITY | RESEARCH

COMPANY UPDATE | COMMENT

MAY 14, 2012

# SandRidge Mississippian Trust I (NYSE: SDT)

## 1Q12 Light; Risk/Reward Remains Favorable





**RBC Capital Markets, LLC**

**John Ragozzino, CFA** (Analyst)
(512) 708-6335; john.ragozzino@rbccm.com

**Elvira Scotto, CFA** (Analyst)
(212) 905-5957; elvira.scotto@rbccm.com

**TJ Schultz, CFA** (Analyst)
(512) 708-6385; tj.schultz@rbccm.com

**David Askew** (Associate)
(512) 708-6355; david.askew@rbccm.com


| FY Dec | 2011A | 2012E | 2013E | 2014E |
|---|---|---|---|---|
| CFPU - FD | 2.67 | 3.41 | 3.76 | 4.11 |
| P/CFPU | 11.2x | 8.8x | 7.9x | 7.3x |

| CFPU - FD | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2011 | | 1.07A | 0.82A | 0.79A |
| 2012 | 0.79A | 0.82E | 0.88E | 0.91E |
| 2013 | 0.90E | 0.93E | 0.95E | 0.96E |

All values in USD unless otherwise noted.

## Outperform
## Above Average Risk

| | | | |
|---|---|---|---|
| Price: | 29.86 | Price Target: | 33.00 |
| | | Implied All-In Return: | 22% |
| Shares O/S (MM): | 28.0 | Market Cap (MM): | 836 |
| Dividend: | 3.40 | Yield: | 11.4% |

## SDT reported light 1Q12 results. We believe potential operational upside and a strong current yield create a favorable risk/reward proposition.

**Operational Delays/Timing Drove Production Miss.** 1Q12 production volumes of 413Mboe were 7.9% below our targeted 448Mboe. Several factors drove the sequential down-tick in production, including: 1) well casing repairs that delayed turning two trust wells into sales during the quarter; 2) timing of submersible pump installation; and 3) some minor weather-related issues.

**Mississippian Momentum Outweighs Near-Term Hiccups.** While the operational issues during the quarter were a disappointment, we continue to believe that the exposure to operational upside via strong drilling results in the Mississippian outweigh the disappointing quarterly results. On May 4, parent company SD highlighted two of the best wells drilled to date in the Mississippian play: one with IP-30 of 2.2Mboe/d and a 92% oil cut; and a second well with an IP-30 that was tracking toward 4.0Mboe/d (11x our average modeled IP). While these wells were not part of the Trust, nor are they common, the exciting results coming from the Mississippian play continue to roll in, making SDT an attractive means of gaining pure-play exposure to a catalyst-rich play with an attractive yield.

**Drilling Program Remains Ahead of Schedule.** On a net basis, SD has drilled and completed 34.5 NRI (60.6 gross) wells out of the total 70.11 net (123 gross) well inventory in the trust, or just 49% of the total. While this is ahead of the expected drilling schedule, an additional 62 gross wells have yet to be drilled, providing ample opportunity for operational upside to distributions, in our opinion.

**Risk/Reward Attractive.** Given SDT's 10.6% current yield and distribution stream with an estimated 30% upside to projections by 1H14, we believe SDT units have an attractive risk/reward profile. SDT provides exposure to upside with a yield-based support level of $28–30, in our opinion. Our broader thesis and valuation methodologies on the drilling-based Royalty Trust subsector, (including SDT) are increasingly influenced by subjective assessments of investor sentiment and psychology, such as risk tolerance and required returns. This is incorporated into our valuation of SDT via the inclusion of a targeted yield equity valuation in addition to our traditional DDM.

**RBC Capital Markets appreciates your consideration in the All-America Research Institutional Investor Survey.**

Priced as of prior trading day's market close, EST (unless otherwise noted).

For Required Conflicts Disclosures, see Page 4.

## Details

**Distribution Below Target.** SDT reported a quarterly distribution for 1Q12 of $0.79 on April 30. This was below our estimated $0.85 and the Street's $0.86. 1Q12 production volumes of 413Mboe were 7.9% below our targeted 448Mboe. Several factors drove the sequential down-tick in production and resulting distribution miss, including: 1) well casing repairs that delayed turning two trust wells into sales during the quarter; 2) timing of submersible pump installation; and 3) some minor weather-related issues.

**Reduced Natural Gas Price Outlook and LT Deck.** As detailed in our April 12th commodity price update report, we lowered our natural gas price (Henry Hub) expectations to $2.50/MMBtu (from $3.00) in 2012 and $3.75/MMBtu (from $4.75) in 2013. We also reduced our long-term price deck to $5.50/MMBtu (from $6.00). We expect natural gas fundamentals to remain challenged in 2012 and through most of 2013, as inventories remain significantly above average and reach record levels of 4+ Tcf this fall. Through the back half of 2011, domestic production grew at a robust pace of 8% above the prior-year period, creating a supply overhang that was exacerbated by one of the warmest winters on record. We remain constructive on the long term but reduced our outlook because of the uncertainty surrounding the ultimate timing of the new power generation regulations, the impact from associated gas, and growth from the Marcellus shale likely moderating any significant supply side issues. We also expect Canadian gas imports to remain unchanged as production finds its way to international markets via LNG exports. In the U.S., energy security and environmental considerations will remain the keys to significant LNG exports in the next decade but gas exports from the Lower-48 could occur by 2016.

**2013 WTI Forecast Slightly Reduced.** We have maintained our WTI forecast at $100 per Bbl in 2012. In 2013, we decreased our WTI forecast by 4% to $102 per Bbl. The change to our WTI forecast is due to continued strength in U.S. production and concerns surrounding near-term pipeline bottlenecks.

### Exhibit 1: RBC Commodity Price Deck Summary Table

| Estimates | 2012 | | | 2013 | | | Long-Term | | |
|---|---|---|---|---|---|---|---|---|---|
| | New | Prior | % | New | Prior | % | New | Prior | % |
| HH Natural Gas (US$/MMBtu) | $2.50 | $3.00 | -17% | $3.75 | $4.75 | -21% | $5.50 | $6.00 | -8% |
| WTI Crude Oil (US$/bbl) | $100 | $100 | - | $102 | $106 | -4% | $100 | $100 | - |

Source: Bloomberg, RBCCM estimates

**Revising Estimates on Price Deck Update, Drilling Program.** Based on the updated commodity price forecasts as well as updates to our drilling program and resulting production forecasts, we are reducing our 2012 distribution forecast by 6.7% to $3.41 per unit. For 2013, our estimates are also being reduced 6% to $3.76. The primary drivers of the variance are commodity price assumptions.

## Valuation

Given the rapid expected distribution growth over the next few years followed by declining distributions after the development wells have been drilled and the finite nature of the trust, we believe the two most appropriate methodologies to value SDT are a targeted yield and DDM-derived Net Asset Value (NAV). Using a 10% targeted yield on our 12-month forward, annualized distribution estimate of $0.90/unit ($3.61 annualized), we calculate an implied equity price of $36/unit, and our DDM-derived NAV approach implies a valuation of about $29. We arrive at our $33 price target by using a rounded blend of these two methodologies. We believe the significance of an attractive double-digit yield, as it relates to a driver of absolute equity valuation, is under-appreciated by the Street. Our use of a targeted yield valuation in addition to more traditional valuation metrics is an attempt to more accurately reflect the true value drivers for SDT; these include the fundamental factors that drive our DDM based value, yet they also attempt to incorporate qualitative factors such as the market's tremendous thirst for yield.

## Price Target Impediment

- The long-term performance of the trust is expected to be highly dependent upon drilling success and crude oil and natural gas prices. The bulk of the trust's valuation should be derived from the successful drilling and completion of 123 wells.
- Our DDM-derived Net Asset Value (NAV) is highly sensitive to crude oil prices, deviating by approximately 6% for each $10/barrel change in our long-term crude oil price assumption.

## Company Description

SandRidge Mississippian Trust I (SDT) is a Delaware statutory trust formed in December 2010 by SandRidge Energy, Inc. (SD). The trust holds a 90% royalty interest in 37 producing wells as well as a 50% royalty interest in 123 wells that have yet to be drilled and/or completed. The trust has a finite life, terminating via liquidation after March 31, 2030. Upon liquidation unitholders will receive 50% of the divestiture proceeds, with 50% reverting to SD, who will also have a right of first refusal to purchase the remaining assets.

Pro forma year-end 2010 proved reserves attributable to the trust totaled 19.3 MMboe (48% oil, 36% developed).

## Sandridge Mississippian Trust I - (SDT)

**John J. Ragozzino Jr., CFA**
john.ragozzino@rbccm.com - 512.708.6335

| | A 2011 | A 1Q12 | E 2Q12 | E 3Q12 | E 4Q12 | E 2012 | E 1Q13 | E 2Q13 | E 3Q13 | E 4Q13 | E 2013 | E 2014 | E 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production** | | | | | | | | | | | | | |
| Total Production (Mboe) | 1,455 | 413 | 487 | 507 | 522 | 1,930 | 523 | 540 | 556 | 565 | 2,183 | 2,299 | 1,978 |
| Total Production (Mmcfe) | 8,732 | 2,480 | 2,925 | 3,044 | 3,130 | 11,579 | 3,136 | 3,240 | 3,334 | 3,389 | 13,098 | 13,796 | 11,870 |
| Total Production (MMcfe/d) | 23.9 | 27.3 | 32.1 | 33.1 | 34.0 | 31.6 | 34.8 | 35.6 | 36.2 | 36.8 | 35.9 | 37.8 | 32.5 |
| Total Production (Mboe/d) | 3.99 | 4.5 | 5.4 | 5.5 | 5.7 | 5.27 | 5.8 | 5.9 | 6.0 | 6.1 | 6.0 | 6.3 | 5.4 |
| Crude Oil (Mbbl) | 582.1 | 170.0 | 204.7 | 213.1 | 219.1 | 810.5 | 219.5 | 226.8 | 233.4 | 237.2 | 916.9 | 965.7 | 830.9 |
| Natural Gas (MMcf) | 5,239.2 | 1,460.0 | 1,696.4 | 1,765.4 | 1,815.4 | 6,715.6 | 1,818.6 | 1,879.2 | 1,933.6 | 1,965.5 | 7,596.9 | 8,001.4 | 6,884.4 |
| *Y/Y Growth* | NA | NA | 70.4% | 15.4% | 16.8% | 32.2% | 27.8% | 10.8% | 9.5% | 8.3% | 13.4% | 5.3% | (14.0%) |
| *Sequential Growth* | - | (6.4%) | 17.9% | 2.9% | 2.8% | | 2.4% | 2.2% | 1.8% | 1.7% | | | |
| *% Natural Gas* | 60.0% | 58.9% | 58.0% | 58.0% | 58.0% | 58.0% | 58.0% | 58.0% | 58.0% | 58.0% | 58.0% | 58.0% | 58.0% |
| **Pricing** | | | | | | | | | | | | | |
| **Robert W. Baird Commodity Price Deck** | | | | | | | | | | | | | |
| **Natural Gas - Henry Hub Bid-Week ($/Mcf)** | **$3.99** | **$2.45** | **$2.05** | **$2.25** | **$3.25** | **$2.50** | **$3.75** | **$3.50** | **$3.75** | **$4.00** | **$3.75** | **$4.50** | **$4.75** |
| **Crude Oil - WTI ($/bbl)** | **$95.01** | **$102.84** | **$95.00** | **$98.50** | **$103.64** | **$100.00** | **$100.00** | **$101.00** | **$103.00** | **$103.95** | **$102.00** | **$100.00** | **$100.00** |
| **Hedge Detail** | | | | | | | | | | | | | |
| *% Hedged* | *60.5%* | *49.1%* | *41.6%* | *46.4%* | *45.2%* | *45.4%* | *30.0%* | *29.0%* | *28.2%* | *27.8%* | *28.7%* | *30.1%* | *32.0%* |
| **Revenue Detail** | | | | | | | | | | | | | |
| Natural Gas Revenue | 11,064 | 2,696 | 2,696 | 3,500 | 3,500 | 12,393 | 858 | 858 | 858 | 858 | 3,432 | 4,110 | 4,676 |
| Crude Oil Revenue | 27,972 | 11,821 | 11,821 | 11,821 | 11,821 | 47,284 | 12,453 | 12,453 | 12,453 | 12,453 | 49,810 | 54,609 | 47,301 |
| Derivative settlements | 4,095 | 2,300 | - | - | - | 2,300 | - | - | - | - | - | - | - |
| **Total Revenue** | **81,831** | **23,808** | **24,564** | **26,315** | **28,271** | **102,959** | **27,461** | **28,002** | **29,240** | **30,056** | **114,758** | **124,248** | **108,658** |
| | - | | | | | | | | | | | | |
| Post production expenses | 2,530 | 718 | 847 | 882 | 907 | 3,354 | 908 | 939 | 966 | 982 | 3,794 | 3,996 | 3,439 |
| Administrative expenses | 1140 | 380 | 380 | 380 | 380 | 1520 | 267 | 267 | 267 | 267 | 1068 | 1089 | 1111 |
| Cash (Released) withheld from trust | 1,250 | 0 | 0 | 0 | 0 | - | 0 | 0 | 0 | 0 | - | - | - |
| Production tax | 926 | 476 | 491 | 526 | 565 | 1,583 | 549 | 560 | 585 | 601 | 1,746 | 1,874 | 1,587 |
| **Sum expenses:** | **5,845** | **1,575** | **1,719** | **1,788** | **1,852** | **6,457** | **1,724** | **1,766** | **1,817** | **1,850** | **6,608** | **6,959** | **6,136** |
| Equals: Distributable cash flow before incentives | 75,985 | 22,234 | 22,846 | 24,527 | 26,419 | 96,502 | 25,736 | 26,236 | 27,422 | 28,206 | 108,150 | 117,289 | 102,522 |
| Incentive calculation | 1,304 | 197 | - | - | 946 | 1,143 | 436 | 350 | 775 | 1,335 | 2,896 | 2,182 | 753 |
| | - | | | | | - | | | | | - | - | |
| Equals: DCF to common unitholders | 74,681 | 22,037 | 22,846 | 24,527 | 25,474 | 95,359 | 25,300 | 25,886 | 26,647 | 26,871 | 105,254 | 115,107 | 101,769 |
| Common units outstanding | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| Subordinated units outstanding | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | - | - | - | - | - |
| Trust units outstanding | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| Distribution per unit | **2.667** | **0.787** | **0.816** | **0.876** | **0.910** | **3.406** | **0.904** | **0.925** | **0.952** | **0.960** | **3.759** | **4.111** | **3.635** |
| Subordinated threshold per unit | 1.84 | 0.52 | 0.56 | 0.592 | 0.584 | 2.256 | 0.592 | 0.608 | 0.616 | 0.608 | 2.424 | 2.688 | 2.408 |
| Target Distribution Per Unit | 2.3 | 0.65 | 0.7 | 0.74 | 0.73 | 2.82 | 0.74 | 0.76 | 0.77 | 0.76 | 3.03 | 3.36 | 3.01 |
| Incentive threshold per unit | 2.76 | 0.78 | 0.84 | 0.888 | 0.876 | 3.384 | 0.888 | 0.912 | 0.924 | 0.912 | 3.636 | 4.032 | 3.612 |

*Source: RBCCM Estimates*

RBC Capital Markets®

# Required Disclosures

## Conflicts Disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

RBC Capital Markets, LLC makes a market in the securities of SandRidge Mississippian Trust I and may act as principal with regard to sales or purchases of this security.

The author is employed by RBC Capital Markets, LLC, a securities broker-dealer with principal offices located in New York, USA.

## Explanation of RBC Capital Markets Equity Rating System

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Risk Qualifiers (any of the following criteria may be present):**

**Average Risk (Avg):** Volatility and risk expected to be comparable to sector; average revenue and earnings predictability; no significant cash flow/financing concerns over coming 12-24 months; fairly liquid.

**Above Average Risk (AA):** Volatility and risk expected to be above sector; below average revenue and earnings predictability; may not be suitable for a significant class of individual equity investors; may have negative cash flow; low market cap or float.

**Speculative (Spec):** Risk consistent with venture capital; low public float; potential balance sheet concerns; risk of being delisted.

## Distribution of Ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/Outperform, Sector Perform and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis (as described above).

**Distribution of Ratings**
**RBC Capital Markets, Equity Research**

| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY[TP/O] | 776 | 51.84 | 223 | 28.74 |
| HOLD[SP] | 654 | 43.69 | 155 | 23.70 |
| SELL[U] | 67 | 4.48 | 3 | 4.48 |




References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by a business unit of the Wealth Management Division of RBC Capital Markets, LLC. These Recommended Lists include a former list called the Prime Opportunity List (RL 3), the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Large Cap (RL 7), Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: Midcap 111 (RL9), and the Guided Portfolio: ADR (RL 10). The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Conflicts Policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of Research and Short-Term Trade Ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' research is posted to our proprietary websites to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax or regular mail. Clients may also receive our research via third-party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research. RBC Capital Markets also provides eligible clients with access to SPARC on its proprietary INSIGHT website. SPARC contains market color and commentary, and may also contain Short-Term Trade Ideas regarding the securities of subject companies discussed in this or other research reports. SPARC may be accessed via the following hyperlink: https://www.rbcinsight.com. A Short-Term Trade Idea reflects the research analyst's directional view regarding the price of the security of a subject company in the coming days or weeks, based on market and trading events. A Short-Term Trade Idea may differ from the price targets and/or recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that the security of a subject company that is considered a long-term 'Sector Perform' or even an 'Underperform' might be a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, the security of a subject company that is rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-Term Trade Ideas are not ratings, nor are they part of any ratings system, and RBC Capital Markets generally does not intend, nor undertakes any obligation, to maintain or update Short-Term Trade Ideas. Short-Term Trade Ideas discussed in SPARC may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any Short-Term Trade Ideas discussed therein.

## Analyst Certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Hong Kong) Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

**Additional information is available on request.**

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized and regulated by Financial Services Authority ('FSA'), in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FSA. However, targeted distribution may be made to selected retail clients of RBC and its affiliates. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by RBC Investment Services (Asia) Limited, RBC Investment Management (Asia) Limited and RBC Capital Markets (Hong Kong) Limited, licensed corporations under the Securities and Futures Ordinance or, by the Royal Bank of Canada, Hong Kong Branch, a registered institution under the Securities and Futures Ordinance. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. Hong Kong persons wishing to obtain further information on any of the securities mentioned in this publication should contact RBC Investment Services (Asia) Limited, RBC Investment Management (Asia) Limited, RBC Capital Markets (Hong Kong) Limited or Royal Bank of Canada, Hong Kong Branch at 17/Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong (telephone number is 2848-1388).

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch and Royal Bank of Canada (Asia) Limited, registered entities granted offshore bank and merchant bank status by the Monetary Authority of Singapore, respectively. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch or Royal Bank of Canada (Asia) Limited.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd., a registered type one financial instruments firm and/or Royal Bank of Canada, Tokyo Branch, a licensed foreign bank.

**® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2012 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2012 - Member CIPF**
**Copyright © RBC Europe Limited 2012**
**Copyright © Royal Bank of Canada 2012**
**All rights reserved**