# EXHIBIT 112

# Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information

(revised June 2019)

Approved by the SPE Board on 25 June 2019

In the context used herein, it is recommended that experience and competency levels should generally include a clear understanding of several areas of knowledge pertinent to the circumstances and conditions to which they are being applied, which could include industry accepted practices related to the creation and understanding of geological maps and models, the judicious selection of and reliance upon appropriate reservoir analogs, suitable application of and reliance upon seismic information in Reserves evaluation, fundamentals and limitations of reservoir simulation, basic knowledge and applicability of probabilistic and deterministic assessment methodologies, the use of numerous performance-evaluation techniques to confirm and/or refine geological interpretations, the consequences of reliance on computer software without a full understanding of the internal calculation processes, various forms of production licensing and fiscal systems, ongoing training in the relevant or pertinent Reserves definitions, and ethics training—all of which should be refreshed periodically through some form of internally or externally provided continuing education.

QREs and QRAs are encouraged to recognize the professional obligation to secure ongoing training in the areas described above, whether or not this is provided or required by their employer. A QRE should decline an assignment for which he or she is not qualified.

### 3.3 Professional Qualifications of a QRA

A QRA shall be considered professionally qualified in such capacity if he or she has sufficient educational background, professional training (similar to that of a QRE), and professional experience to enable him or her to exercise prudent professional judgment while assuming responsible charge for the conduct of an audit of Reserves information estimated by others. The determination of whether a QRA is professionally qualified should be made on an individual-by-individual basis, with the recognition and respect of his or her peers. A QRA normally would be considered to be qualified if he or she has a minimum of 10 years of practical experience in petroleum engineering or petroleum production geology, with at least 5 years of such experience being in responsible charge of the estimation and evaluation of Reserves information, and either has obtained, from a college or university of recognized stature, a bachelor's or advanced degree in petroleum engineering, geology, or other discipline of engineering or physical science or has received, and is maintaining in good standing, a registered or certified professional engineer's license or a registered or certified professional geologist's license, or the equivalent thereof, from an appropriate governmental authority or professional organization. A QRA should decline an assignment for which he or she is not qualified.

## Article IV—Standards of Independence, Objectivity, and Confidentiality for QREs and QRAs

### 4.1 The Importance of Independent or Objective QREs and QRAs

In order that users of Reserves information may be assured that the Reserves information has been estimated or audited in an unbiased and objective manner, it is important that QREs and QRAs maintain, respectively, the levels of independence and objectivity set forth in this Article IV. The determination of the independence and objectivity of QREs and QRAs should be made on a

case-by-case basis. To facilitate such determination, the Society has adopted standards of independence for consulting QREs and QRAs and standards of objectivity for QRAs employed internally by entities to which the Reserves information relates. To the extent that the applicable standards of independence and objectivity set forth in this Article IV are not met by QREs and QRAs in estimating and auditing Reserves information, such lack of conformity with this Article IV shall be disclosed in any report or opinion relating to Reserves information that purports to have been estimated or audited in accordance with these Standards.

### 4.2 Requirement of Independence for Consulting QREs and QRAs

Consulting QREs and QRAs, or any firm of petroleum consultants of which such individuals are stockholders, proprietors, partners, or employees, must be independent from any entity with respect to which such QREs, QRAs, or consulting firms estimate or audit Reserves information that purports to have been estimated or audited in accordance with these Standards. A statement of such independence shall be made a part of any report containing Reserves information.

### 4.3 Standards of Independence for Consulting QREs and QRAs[2]

Consulting QREs and QRAs, and any firm of petroleum consultants of which such individuals are stockholders, proprietors, partners, or employees, would not normally be considered independent with respect to an entity if, during the term of their professional engagement, the QRE, QRA, or consulting firm participated in:

(a) **Investments**—Either owned or acquired, or were committed to acquire, directly or indirectly, any material financial interest in an entity or any corporation or other person affiliated therewith or any property with respect to which Reserves information is to be estimated or audited. Any such financial interest, stock, or other ownership in the properties held through direct ownership, trusts, partnerships, or incorporated entities should be disclosed in writing to the entity to determine materiality by the entity and maintained on file by the entity for review by financial auditors.

(b) **Joint Business Ventures**—Either owned or acquired, or were committed to acquire, directly or indirectly, any material joint business investment with an entity or any officer, director, principal stockholder, or other person affiliated therewith.

(c) **Borrowings**—Were indebted to an entity or any officer, director, principal stockholder, or other person affiliated therewith, provided, however, that retainers, advances against work-in-progress, and trade accounts payable arising from the purchase of goods and services in the ordinary course of business shall not constitute indebtedness within the meaning of this Section 4.3(c).

[2] For purposes of this Section 4.3, the term "affiliated" shall, with respect to an entity, describe the relationship of a person to such entity under circumstances in which such person directly or indirectly, through one or more intermediaries, controls or is controlled by, or is under common control with, such entity; provided, however, that commercial banks and other bona-fide financial institutions shall not be considered to be affiliated with the entity to which the Reserves information relates unless such banks or institutions actively participate in the management of the properties of such entity. Unless the context requires otherwise, the term "material" shall, for purposes of this Section 4.3, be interpreted with reference to the net worth of the consulting QRE or the consulting QRA, or any firm of petroleum consultants of which such individuals are stockholders, proprietors, partners, or employees.

(d) **Guarantees of Borrowings**—Were indebted to any individual, corporation, or other person under circumstances in which the payment of such indebtedness was guaranteed by an entity or any officer, director, principal stockholder, or other person affiliated therewith.

(e) **Loans to Clients**—Extended credit to an entity or any officer, director, principal stockholder, or other person affiliated therewith or any person having a material interest in any property with respect to which Reserves information was estimated or audited, provided, however, that trade accounts receivable arising in the ordinary course of business from the performance of petroleum engineering and related services shall not constitute the extension of credit within the meaning of this Section 4.3(e).

(f) **Guarantees for Clients**—Guaranteed any indebtedness owed by an Entity or any officer, director, principal stockholder, or other person affiliated therewith or payable to any individual, corporation, entity, or other person having a material interest in the Reserves information pertaining to such entity.

(g) **Purchases and Sales of Assets**—Purchased any material asset from, or sold any material asset to, an entity or any officer, director, principal stockholder, or other person affiliated therewith.

(h) **Certain Relationships With Client**—Were directly or indirectly connected with an entity as a promoter, underwriter, officer, director, or principal stockholder, or in any capacity equivalent thereto, or were otherwise not separate and independent from the operating and investment decision-making process of such entity.

(i) **Trusts and Estates**—Were trustees, participants, or beneficial owners in any trust, or executors, administrators, or beneficiaries of any estate, if such trust or estate had any direct or indirect interest material to it in such entity or in any property with respect to which Reserves information was estimated or audited.

(j) **Contingent Fee**—Were engaged by an entity to estimate or audit Reserves information pursuant to any agreement, arrangement, or understanding whereby the remuneration or fee paid by such entity was contingent upon, or related to, the results or conclusions reached in estimating or auditing Reserves information.

The independence of consulting QREs and QRAs, and the independence of any firm of petroleum consultants of which such individuals are stockholders, proprietors, partners, or employees, shall not be considered impaired merely because other petroleum engineering and related services were performed for an entity or any officer, director, principal stockholder, or other person affiliated therewith or in regard to any property with respect to which Reserves information was estimated or audited, provided, however, that such other services must have been of a type normally rendered by the petroleum engineering profession and should be clearly disclosed in all reports relating to independent audits of, or reports containing, Reserves information.

### 4.4 Requirement of Objectivity for QRAs Employed Internally by Entities

A QRA employed internally by an entity should be empowered by that entity to be objective with respect to auditing of Reserves information relating to such entity if the information purports to have been estimated or audited in accordance with these Standards.

### 4.5 Standards of Objectivity for QRAs Employed Internally by Entities

A QRA employed internally by an entity would normally be considered to be in a position of objectivity with respect to that entity if, during the time period in which Reserves information was audited, the QRA exhibited:

(a) **Accountability to Management**—Assigned to an internal-audit group that is accountable to senior-level management or the board of directors of the entity and kept separate and independent from the operating and investment decision-making process of such entity.

(b) **Freedom to Report Irregularities**—Granted complete and unrestricted freedom to report, to one or more of the principal executives or the board of directors of the entity, any substantive or procedural irregularities of which the QRA became aware during auditing of Reserves information pertaining to that entity. Certain regulatory guidelines may require, or at least suggest, that such reporting by an internal auditor or auditing group be made routinely, directly, and exclusively to a board of directors, a board committee, or one or more of the members of the entity management team. It may further be appropriate to consider that internal QRAs and their supervisors, if any, be excluded from any Reserves-based compensation incentive plans or the budget-allocation processes of the entity. If Reserves-based compensation incentive plans for internal QREs, QRAs, supervisors, or management exist within the entity, then such incentive plans should be clearly disclosed in any Reserves reporting external to the entity. Further disclosures may be appropriate in any circumstance(s) in which the internal QRA(s) and the entity QRE(s) have been unable to reach agreement within the prescribed tolerances for a single property or group of properties.

### 4.6 Requirement of Confidentiality

QREs, QRAs, and any firm of petroleum consultants of which such individuals are stockholders, proprietors, partners, or employees, should retain in strictest confidence Reserves information and other data and information furnished by, or pertaining to, an entity, and such Reserves information, data, and information should not be disclosed to others without the prior consent of the entity. This practice should be followed whether or not a confidentiality agreement has been executed.