# EXHIBIT 113

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-G |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | RESPONSES AND OBJECTIONS TO DEFENDANT TOM L. WARD'S SECOND SET OF INTERROGATORIES TO LEAD PLAINTIFFS |

Pursuant to Federal Rules of Civil Procedure 26, 33 and applicable Local Rules of the United States District Court for the Western District of Oklahoma, Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir Galkin and Angelica Galkin ("Lead Plaintiffs") hereby respond to Defendant Tom L. Ward's Second Set of Interrogatories to Plaintiffs dated February 27, 2019 (the "Interrogatories"), as follows:

## PRELIMINARY STATEMENT

These responses are limited to the information presently available to Lead Plaintiffs as of the date(s) signed below. Lead Plaintiffs reserve the right to conduct further investigation and discovery, including expert discovery which has yet to be completed, and specifically reserve the right to produce evidence or any subsequently discovered facts at any time during this Action, including at summary judgment or trial.

and the basis for Plaintiffs' contention those statements were misleading are set forth in the attached Exhibit A.

Additionally, Defendants had a legal duty to disclose the omitted facts for the reasons set forth below, among others:

Section 10(b) of the Exchange Act makes unlawful "any omission to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading." 15 U.S.C. §78j(b). A duty to disclose arises whenever secret information renders prior public statements materially misleading. In other words, once a Defendant speaks on an issue or topic, there is a duty to tell the whole truth. That is because, at the moment the Defendant chooses to speak, they take upon themselves the obligation to speak truthfully, and it is the breach of that obligation which forms the basis for the §10(b) claim. Because Defendants discussed the EUR, reserves, oil and gas content, expenses, drilling plans, rate of return, consistent performance among differing counties, and other facts concerning the Company's horizontal Mississippian wells, Defendants had a duty to disclose the material omissions alleged in the complaint and described herein. Additionally, Defendants had a statutory duty to disclose the omitted material information under Items 303 and 503 of Regulation S-K.

Lead Plaintiffs reserve the right to amend or supplement these responses at any time, including after the conclusion of expert discovery, summary judgment, or trial.

INTERROGATORY NO. 9:

For each Statement or omitted material fact identified in Interrogatories 7 and 8, Identify all evidence supporting Your contention that each Defendant made the Statement or

failed to disclose the fact with a mental state embracing intent to deceive, manipulate, or defraud.

RESPONSE TO INTERROGATORY NO. 9:

Lead Plaintiffs object to this Interrogatory on the ground that substantive fact discovery has only recently been completed, and expert depositions have yet to commence. Plaintiffs are responding to this Interrogatory based on their current knowledge and expressly reserve their right to modify, amend or supplement their response based upon, among other things, their continuing review of documents, deposition testimony and the work of their experts. Lead Plaintiffs further object to this Interrogatory as overly broad, unduly burdensome and not proportional to the needs of the case because it seeks the identification of "all evidence." This would require Lead Plaintiffs to provide the equivalent of a narrative or otherwise detailed account of Lead Plaintiffs' entire case in chief, together with identification of virtually all supporting evidence for each fact. Federal Rule of Civil Procedure 1 states that the rules should be construed to "secure the just, speedy, and inexpensive determination of every action and proceeding." To require Lead Plaintiffs to produce all evidence in response to this Interrogatory does not comport with the just, speedy, and inexpensive determination of the action. Requiring Lead Plaintiffs to produce all evidence in response to this Interrogatory would incur undue expense of time, burden, and cost. Lead Plaintiffs further object to this Interrogatory as duplicative of Nos. 7 and 8. Lead Plaintiffs further object to this Interrogatory on the ground it seeks information and documents protected the attorney work-product doctrine. Lead Plaintiffs further object to this Interrogatory to the extent it seeks legal conclusions exceeding the scope of Rule 33.

Subject to and without waiving the foregoing General and Specific Objections, Lead Plaintiffs respond as follows:

Lead Plaintiffs incorporate by reference their Response to Nos. 7-8, and their Responses to Defendant James D. Bennett and Matthew K. Grubb's Third Set of Interrogatories to Lead Plaintiffs Nos. 11; 12-14; and 18. Lead Plaintiffs refer Defendants to Exhibit A, which identifies evidence supporting Lead Plaintiffs' contentions that Defendants knew, or recklessly disregarded, adverse facts concerning the Mississippian prior to each of the Class Period statements identified by Lead Plaintiffs and/or made the statements or failed to disclose facts with a mental state embracing intent to deceive, manipulate, or defraud.

In addition to the information set forth in Exhibit A, Lead Plaintiffs provide the following examples for illustrative purposes:

**A. General**

Contrary to Defendants' rosy statements about the performance of the Mississippian from the start of the Class Period, including that each area and county was statistically consistent, each of the Defendants was advised through emails, presentations, spreadsheets, PUD review meetings, Mississippian Business Unit review meetings, presentations, and other means, that the Mississippian was performing, and was expected to perform, worse than publicly represented. *See, e.g.*, SD-SECURITIES-0431615 (1/27/11 email thread with Ward and Grubb in which Grubb writes he is "concerned technically with why the wells in Grant County have not performed to expectations to date."); SD-SECURITIES-0045849 (2/3/11 email thread with Ward and Grubb in which Ward seeks information regarding the "differences we see in completions in the 3 different areas [in the Mississippian]"); Tom

Ward Transcript ("Ward Tr.") at 118:23-24 (Ward testifying "[w]e had quarterly meetings about reserves with Rodney [Johnson] and Matt [Grubb]"); SD-SECURITIES-0060602 (10/2/11 email from Ward stating "James (Bennett) would like to revise down our production model for 2012."); David Lawler Transcript ("Lawler Tr.") at 304:1–15 (Lawler testifying Business Performance Review meetings were conceived in October 2011 so that "Tom [Ward], Matt [Grubb] and James [Bennett] [would] hear as much bad news as good" about the Mississippian); SD-SECURITIES-1129710 (2/12/12 email from Craig Johnson stating he observed 132 Mississippian wells producing below the corporate type curve, and stating "area specific pro-forma curves are much more valuable for managing our drilling program" than a single type curve); SD-SECURITIES-0233677 (2/22/12 email thread with Lawler and Grubb demonstrating SandRidge accelerated drillings, completions and used ESPs to overcome shortfalls from publicly stated oil production projections based on type curve well performance); SD-SECURITIES-01021757 (4/30/12 email thread between Ward and Grubb showing oil EUR of only 108 Mbbl for Comanche County wells); Ward Ex. 33 (September 2012 Mississippian Business Unit meeting powerpoint materials circulated between Grubb and Ward listing multiple type curves across different areas in the Mississippian).

### B. 2011 Examples

In the early stages of the 2010 year-end review, Netherland Sewell & Associates, Inc. ("NSAI") recorded an oil EUR of 152 MBO for the typical SandRidge horizontal Mississippian well, compared to SandRidge's claimed oil EUR MBO of 203. SD-SECURITIES-0213063. NSAI's David Miller advised SandRidge's head of Reservoir

Engineering, Rodney Johnson, that achieving an EUR of over 200 could only be done by "throwing out some of the underperforming SR horizontals as non-representative." *Id.* Behind the scenes, R. Johnson, Ward and Grubb were kept apprised of R. Johnson's dealings with NSAI and were part of an email chain that acknowledged that SandRidge and R. Johnson were "push[ing]" NSAI towards their oil curve and their "base PUD type curve." R. Johnson Ex. 2. Defendants Ward and Grubb knew they were pressuring NSAI in order to make the Company appear more valuable to investors in prospective equity offerings. R. Johnson Ex. 3; Rodney Johnson Transcript ("R. Johnson Tr.") at 24:24 – 25:18. Part of Defendants' push included improperly adding 6 Chesapeake Energy wells to artificially inflate the EUR of the 2011 type curve for SandRidge wells. NSAI_SD_149844.

In January 2011, Defendant Ward was advised that public markets "are willing to pay more for oily stocks." SD-SECURITIES-0458225. This served as one of several motives for Defendants to provide a false and misleading representations about the performance of the Mississippian, including the understatement of the GOR throughout the entire Class Period.

In a January 27, 2011 email, Defendant Grubb advised Ward, R. Johnson, Todd Tipton and others that he was "concerned technically with why the wells in Grant County have not performed to expectations to date" – meaning that those wells were underperforming the type curve. Grubb also acknowledged to them that the type curve was developed primarily from Alfalfa county wells. Ward Ex. 4; Grubb Ex. 9. The underperformance of Grant County wells, and the lower than represented EUR of

SandRidge's holdings were consistent themes throughout the Class Period. *See, e.g.*, Exhibit A.

Despite Defendants' knowledge of the facts, on February 24, 2011, the first day of the Class Period, Defendants issued a press release claiming SandRidge "significantly enhanced our value" by the shifting to the "proven" Mississippian's oil capacity. ¶155. Shortly thereafter, on February 28, the Company provided investors with its "2010 Annual Report," to which the 2010 10-K was attached. ¶164. Defendants falsely claimed they had "an exceptional platform of conventional assets with *predictable production curves* that we are able to drill at a low cost, resulting in high rates of return." *Id.* [emphasis added]. Notably absent from these statements were Defendants' internal admissions that the horizontal Mississippian well production curves were not predictable, the Mississippian was not producing as much oil as represented, and NSAI was improperly pressured by Defendants in order to make the company more appealing to investors in prospective equity offerings. Additional evidence illustrating Defendants' knowledge of the poor performance of the Mississippian include:

- A May 17, 2011 email from Jeff Knupp at Tudor Pickering notified Defendants Ward, Grubb and others that "Barclays is concerned that the wells in Grant County are not holding up relative to the type curve." Grubb Ex. 12.
- A June 24, 2011 email involving Defendants Ward, Grubb and Bennett, reflects that Pinnacle computed a lower EUR than the type curve. SD-SECURITIES-0432813.
- During June 2011, Tudor Pickering determined that SandRidge's horizontal Mississippian wells had an average Oil EUR of 141 MBO per well. SD-SECURITIES-0455575.

- 7/7/11 Second quarter PUD Review showed that for all of SandRidge's drilled horizontal Mississippian wells, the average Oil EUR per well was 119 MBO, compared with the Oil EUR per well of 211MBO as reflected on the type curve at that time. SD-SECURITIES-1142904-10.
- 7/12/11 Pinnacle report revealed much lower EUR, including substantial underperformance in Grant County. PINN-0013907-0013923; PINN-0013909.

### C. 2012 Examples

Beginning in January 2012, SandRidge's Mississippian Business Unit ("MBU") began holding meetings attended by Defendants Ward and Grubb and issued Business Performance Review presentations and other documents at least monthly. *See, e.g.*, Grubb Ex. 32; Lawler Ex. 63; Ward Ex. 25; Ward Ex. 30; Grubb Ex. 37; Grubb Ex. 38. According to the BPRs from March 2012 until the end of the Class Period, Defendants Ward and Grubb were informed that the actual production from SandRidge's wells underperformed the type curve, the EUR for PDPs were lower than the type curve, the proforma targets were lower than the type curve, and the ROR was lower than as represented by Defendants and the type curve. *See, e.g.*, Lawler Ex. 63; SD-SECURITIES-1111319; SD-SECURITIES-1206806.

For example, in June 2012, SandRidge's proforma type curve demonstrated oil production from its 2011 Mississippian wells were significantly underperforming the publicly stated type curve of 456 Mboe. SD-SECURITIES-0428789; SD-SECURITIES-0428832. Reservoir Engineering analyses of SandRidge Mississippian well performance by area showed underperformance in all areas except N Alfalfa-S KS and Eastern Woods County. SD-SECURITIES-0589856. Comanche County, in particular, performed below the curve. *Id.* An internal development planning meeting agenda acknowledged this steep

decline. SD-SECURITIES-0121117. SandRidge's Operations division performed an analysis on Mississippian well economics for the 103 Mississippian wells drilled year-to-date, and found only a 46% rate of return, and an average estimated EUR of only 329 MBOE. SD-SECURITIES-1037038. This was 28% lower than the corporate type curve. *Id.* At that time, Defendant Grubb advised Ward that "[p]roduction is dropping fast" and he was "hesitant to move more rigs up if we are doing [the] same thing over and over and getting [the] same poor results." SD-SECURITIES-0123230. Ward conceded, "it is dangerous to think we understand a very large area using regional analysis" in response. SD-SECURITIES-0123231.

Additionally, Defendants Ward, Grubb and Bennett learned at the quarterly reserve meetings that the performance and EUR for SandRidge's producing wells was substantially lower than the type curve.

In July, Atinum provided an EUR analysis in conjunction with a prospective joint venture investment with SandRidge, that listed a much lower EUR than represented by Defendants. PINN0000248. Behind the scenes, Austin admitted SandRidge always included "non-ops [*i.e.*, wells not owned or operated by SandRidge] to help our type curves. They are still better than our wells and help our average." SD-SECURITIES-0032430. Investors were kept in the dark about this practice and by now, SandRidge's improper practice of inflating the type curve had been in place for nearly *two years*. *See* SD-SECURITIES-0353225; 3226; *see also* Lead Plaintiffs' Response and Objections to Defendant James D. Bennett and Matthew K. Grubb's Third Set of Interrogatories Nos. 11, 13, 14, and Exhibit A.

Despite the actual knowledge and/or reckless disregard of these negative events, on August 2, 2012, Defendants announced SandRidge's financial results for the second quarter 2012 ("2Q12") and first six months of 2012 in a press release (the "8/2/12 Press Release"), which was filed with the SEC on Form 8-K. ¶¶268; 269. Defendant Bennett signed the 8-K. The 8/2/12 Press Release highlighted certain items, including the misleading statement that "Mississippian daily average production grew 31% quarter over quarter and 199% from the comparable period in 2011." Despite knowing production was falling fast, Defendants "[i]ncreas[ed] 2012 production guidance to 33.0 MMBoe from 32.3 MMBoe." *Id.*

Shortly thereafter, in early to mid-August, Ward and Grubb were advised that poor production results from wells in Northwest Comanche County defined the outer limits of SandRidge's extension into the Mississippian. SD-SECURITIES-0144124. Internal presentation slides showed an average EUR of only 305 MBOE for wells drilled in 2012 through the end of June, with an estimated ROR of only 31%. SD-SECURITIES-1206806. The drop in both oil production and ROR was known by Defendants throughout the Class Period. Despite this adverse information, Ward provided slides to the market shortly thereafter on August 14, falsely stating the liquid fraction for the Mississippian type curve was 45% oil and 55% gas as a result of production numbers of "204 Mbbl (100% Crude)" and "456 Total Mboe." ¶279.

Lead Plaintiffs reserve the right to supplement this response, provide further illustrations, and amend Exhibit A at any time, including at summary judgment and trial.

misstatements and omissions made by Defendants concerning the Mississippian. *Id.* at Ex. D.

Lead Plaintiffs reserve the right to amend or supplement this response at any time, including after the conclusion of expert discovery, summary judgment, or trial.

INTERROGATORY NO. 13:

State the basis for Your contention that Defendants were financially motivated to make each Statement or omit each material fact identified in Interrogatories 7 and 8, including the amount of any alleged financial benefit and how the false Statement or omitted material fact resulted in the financial benefit.

RESPONSE TO INTERROGATORY NO. 13:

Lead Plaintiffs object to this Interrogatory as premature on the ground that substantive fact discovery has only recently been completed, and expert depositions have yet to commence. Defendant Bennett will be sitting for a follow-up deposition on a date mutually agreed to by the parties after May 1, 2019, and the record has not yet been fully developed concerning Defendant Bennett's financial motivations during the Class Period. Plaintiffs are responding to this Interrogatory based on their current knowledge and expressly reserve their right to modify, amend or supplement their response based upon, among other things, their continuing review of documents, deposition testimony and the work of their experts. Lead Plaintiffs further object to this Interrogatory to the extent that certain terms are ambiguous, including the terms "financially motivated" and "financial benefit." Lead Plaintiffs further object to this Interrogatory on the ground it seeks information and documents protected the attorney work-product doctrine.

Subject to and without waiving the foregoing General and Specific Objections, Lead Plaintiffs respond as follows:

Defendants Ward, Grubb and Bennett each had financial motives to engage in the fraud alleged by Lead Plaintiffs.

Defendant Ward had personal holdings in the Mississippian prior to SandRidge's investment in the play. Ward Tr. (Vol. I) at 17:21 – 18:12. The holdings were either in his own name or registered under entities under Ward's control. *Id.* at 18:13-17. The exact number of these entities was so great that Ward could not recall how many entities he had a stake in, and he testified that he did not know the names of all of them. *Id.* at 18:16-21. Ward identified TLW Land & Cattle and the trust he set up for his children, *i.e.*, WCT Resources ("WCT"), during his deposition. *Id.* at 18:22-19:8. Ward had personal involvement in deciding where assets would be invested for his children's trusts during the Class Period. *Id.* at 22:20 – 23:6.[9] The other entity referred to in the Complaint that Ward controlled, and either he, or his family, retained an ownership interest in during the Class Period, is 192 Investments L.L.C. ("192"), ¶81.

Ward was motivated to make materially false and misleading statements about the Mississippian in order to enable SandRidge to continue investing heavily in that area, to the financial benefit of the Ward-related Entities. The materially false and misleading statements enabled the Ward-related Entities to engage in front-running and adjacent land transactions. *See, e.g.*, ¶¶91-104. Overstating the reserves and economic value of the Mississippian enabled SandRidge to monetize its Mississippian assets and use those funds to continue investing in the Mississippian, benefitting the Ward-related Entities.

---

[9] Ward also retained a 2.5 percent working interest in each Chesapeake vertical well in the Mississippian. *Id.* at 19:9 – 17.

In *In re SandRidge Energy, Inc. Shareholder Derivative Litigation*, 302 F.R.D. 628 (W.D. Okla. 2014) (the "Derivative Action") it was revealed WCT and 192 had access to and effectively possessed all of SandRidge's trade secrets through Ward, which they then used in all of their transactions in the Mississippian, to the detriment of SandRidge common stock holders and stakeholders (aside from Ward, Bennett, and Grubb, as explained below). *See, e.g.*, Derivative Action ECF No. 288-3 at p. 5–7.

For example, in 2011 WCT misappropriated SandRidge trade secret information regarding SandRidge's analysis of the value of mineral acreage in Kansas, SandRidge's buy strategy in Kansas, and SandRidge's lease offer prices in the Kansas Mississippian. *Id.* at 16. Although Ward advised the market in the August 4, 2011 press release described above that SandRidge was expanding into the Mississippian by doubling its rig count in Kansas and Oklahoma, investors were unaware that WCT was actively using proprietary SandRidge information to acquire Kansas acreage in the same vicinity as SandRidge's expansion. *Id.* In one instance, WCT acquired mineral rights that SandRidge would have otherwise acquired given the proximity, and sold the leases to Shell at a profit of $58,569,468. *Id.*; *see also* WCT_GLITZ_466009. Because Ward, and members of Ward's family controlled WCT, the financial gains from this transaction directly benefitted Ward to the detriment of SandRidge's common stock holders.

Defendants Ward, Bennett and Grubb also made materially false and misleading statements about the Mississippian in order to enable SandRidge to continue monetizing its assets, enabling them to earn extremely lucrative compensation packages, regardless of the financial performance of the Company. ¶338. Ward, Bennett and Grubb were among the

highest paid in their industry, even though the Company's revenue of $1.4 billion ranked it in the bottom half of publicly traded exploration and production companies. *Id.* Specifically, Defendant Ward's compensation increased 16% in 2011, up from $21.7 million in 2010. His pay increased 58% the year before, up from $13.7 million in 2009. In 2012, Ward made an additional $21 million, despite the fact that SandRidge stock declined 22%. Bennett also earned at least $7.7 million during the Class Period.

In addition, despite their actual knowledge, the Mississippian was not performing as represented to investors and Rodney Johnson and Todd Tipton sold large amounts of SandRidge common stock while it was artificially inflated during the Class Period, thereby unjustly enriching themselves by the dollar amounts shown below:

| | | | | | | |
|---|---|---|---|---|---|---|
| Johnson (Rodney E.) | Officer | 15-Mar-2012 | D | 28,000 | $8.37 | $234,360 |
| Johnson (Rodney E.) | Officer | 16-Mar-2012 | R | 11,053 | $8.48 | $93,729 |
| | | | | 39,053 | | $328,089 |
| | | | | | | |
| Tipton (Todd N.) | Officer | 10-May-2011 | D | 4,000 | $11.00 | $44,000 |
| | | 20-May-2011 | D | 3,375 | $10.60 | $35,775 |
| | | 20-May-2011 | D | 4,254 | $10.59 | $45,050 |
| | | 27-May-2011 | D | 17,790 | $12.07 | $214,725 |
| | | 23-Mar-2012 | D | 14,601 | $8.04 | $117,392 |
| | | 23-Mar-2012 | D | 11,074 | $8.10 | $89,699 |
| | | 03-Apr-2012 | D | 4,000 | $8.03 | $32,120 |
| | | | | 59,094 | | $578,762 |

In light of Defendant Bennett's forthcoming deposition, Lead Plaintiffs expressly reserve the right to supplement this response at any time after his deposition takes place, including at summary judgment or trial.

<u>INTERROGATORY NO. 14</u>:

Identify all facts, Documents, and other evidence supporting Your contention that, "the Ward-related entities," as that term is used in the Complaint, "held interests in 475,000 acres in the Mississippian" that "were valued at $2 billion." Compl. ¶9.

specific pro-forma curves are much more valuable for managing our drilling program." *Id.* Shortly thereafter, Kyle Koontz began calculating well EURs for the areas across Alfalfa, Woods, Grant, Barber, Comanche, Garfield, Harper and Noble Counties. SD-SECURITIES-0470922. His findings revealed significant variances across the Mississippian, ranging from 51 Mbbl to 265 Mbbl. *Id.* The majority of the areas he analyzed were below the corporate type curve, and the average oil EUR for all areas was 157 Mbbl. *Id.* Koontz regularly presented his findings to Defendants Ward, Bennett and Grubb in 2012 during the company's monthly business review. Koontz Tr. at 66:5 - 16.

Defendants knew, or recklessly disregarded, that the YE2011 type curve was materially misleading and therefore should have been updated.

Lead Plaintiffs reserve the right to amend or supplement this response at any time, including after the conclusion of expert discovery, summary judgment, or trial.

INTERROGATORY NO. 17:

If You contend that Defendants, Netherland Sewell & Associates, Inc., or anyone acting at their behalf failed to adhere to the Standards Pertaining to the Estimating and Auditing of Petroleum Reserves and Reserves Information adopted by the Society of Petroleum Engineers during the Alleged Class Period in connection with the subject matter of this Action, explain the basis for Your contention, and identify all facts, Documents, and other evidence that supports Your contention.

RESPONSE TO INTERROGATORY NO. 17:

Lead Plaintiffs object to this Interrogatory on the ground that substantive fact discovery has only recently been completed, and expert depositions have yet to commence. Plaintiffs are responding to this Interrogatory based on their current knowledge and expressly reserve their right to modify, amend or supplement their response based upon, among other things, their continuing review of documents, deposition testimony and the work of their

experts. Lead Plaintiffs further object to this Interrogatory as overly broad, unduly burdensome and not proportional to the needs of the case because it seeks the identification of "all facts, Documents, and other evidence." This would require Lead Plaintiffs to provide the equivalent of a narrative or otherwise detailed account of Lead Plaintiffs' entire case in chief, together with identification of virtually all supporting evidence for each fact. Federal Rule of Civil Procedure 1 states that the rules should be construed to "secure the just, speedy, and inexpensive determination of every action and proceeding." To require Lead Plaintiffs to produce all evidence in response to this Interrogatory does not comport with the just, speedy, and inexpensive determination of the action. Requiring Lead Plaintiffs to produce all evidence in response to this Interrogatory would incur undue expense of time, burden, and cost. Lead Plaintiffs further object to this Interrogatory as duplicative of Defendant James D. Bennett and Matthew K. Grubb's Third Set of Interrogatories to Plaintiffs No. 11. Lead Plaintiffs further object to this Interrogatory on the ground it seeks information and documents protected by the attorney work-product doctrine.

Subject to and without waiving the foregoing General and Specific Objections, Lead Plaintiffs respond as follows:

SandRidge improperly pressured NSAI during the year-end review processes for 2010 and 2011 in order to make SandRidge's Mississippian holdings appear more oily, and therefore more appealing to prospective investors in future equity offerings or other investments. In so doing, Defendants acted in contravention to industry standards, including the Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information

promulgated by the Society of Petroleum of Engineers (the "SPE Standards."). The pertinent industry standards are illustrated as follows:




Source: **Guidelines for Application of the Petroleum Resources Management System;** Sponsored by: Society of Petroleum Engineers (SPE) American Association of Petroleum Geologists (AAPG) World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE) Society of Exploration Geophysicists (SEG); Nov. 2011

NSAI's David Miller testified the SPE Standards "are basically reasonable certainty, a known accumulation of hydrocarbons, and commercial at today's pricing and operating environment." Miller Tr. (Vol. I) at 38:19 – 39:4. The nomenclature used in SandRidge's

discussions with NSAI followed industry reserve reporting guidelines. Crane Rpt. at 30-31. For instance, existing wells with production were called Proven Developed Producing, or PDP. *Id.* Future undrilled wells with a high confidence of recoverable reserves were called Proven Undeveloped wells, or PUDs. *Id.*

Lance Galvin, Lindsey Austin and Rodney Johnson were primary SandRidge points of contact with NSAI during the year-end reserve process. *See*, *e.g.*, R. Johnson Tr. (Vol. I) at 44:21 – 45:7. Miller performed a decline curve analysis on every SandRidge well during the year-end reserve processes. *Id.* at 47:3 – 11. A decline curve analysis is an engineering methodology to project the future forecasted production of oil, gas and water from a producing well. *Id.* at 47:5 – 7; *see also* Crane Rpt. at pp. 9 – 12.

### A. Defendants' Improper Conduct During the 2010 Review Was in Contravention of Industry Standards

In conjunction with the 2010 year-end reserve report, Defendants Ward and Grubb, and Rodney Johnson, admitted to "push[ing]" NSAI towards their oil curve and their "base PUD type curve." R. Johnson Ex. 2. R. Johnson testified that SandRidge's internal oil type curve was approximately "200 [MBO]" and that NSAI ultimately agreed to this figure. R. Johnson Tr. at 21:6-18. Defendant Ward acknowledged to Grubb and R. Johnson this push was necessary at the time because, as he put it, "[w]e obviously need to maximize the reserves so that we don't sell too cheap" in prospective equity offerings. R. Johnson Ex. 3; R. Johnson Tr. at 24:24- 25:18. Prior to this push, Miller came up with an average oil EUR of 152 MBO, and advised R. Johnson and Austin that SandRidge's internal type curve could only be attained by excluding underperforming wells, which is improper. R. Johnson Ex. 4;

Crane Rpt. at 4. Miller nonetheless capitulated to SandRidge's influence. For proved reserves, the Society of Petroleum Engineers 2007 Definitions specify that there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate if probabilistic methods are used. Crane Rebuttal at ¶10. There was clearly less than a 90% probability that SandRidge would yield the EUR represented by NSAI's type curve. *See, e.g.*, *Id.* at 12.

### B. Defendants' Improper Conduct During the 2011 Review Was in Contravention of Industry Standards

During the early stages of the 2011 review, Miller's independent analysis consistently found a high degree of variation in the average oil EUR spread across the counties in the Mississippian, and he advised R. Johnson and Austin that SandRidge wells in Grant, SE Alfalfa and NW Garfield counties were underperforming year-end 2010 type curve by 77 percent. R. Johnson Ex. 7. Despite Miller's observation, Galvin issued R. Johnson an internal memorandum rebuffing Miller's observations. SD-SECURITIES-0226336; 6337. The memorandum stated, among other things, that "[g]eological differences from one area to [another] are not distinct" and the company would not accept a previous recommendation by Miller to "develop unique area based type-curves" consistent with Miller's observations at this time. *Id.*

SandRidge excluded low performing wells from the type curve, and these exclusions were a dominant mechanism for SandRidge to drive NSAI to higher PUD EURs than NSAI's own PDP values. Crane Rpt. at 32. In total, SandRidge excluded 29% of SandRidge's producing wells from the PUD EUR calculations. *Id.*

SandRidge also engaged in selective addition of non-SandRidge, high EUR wells operated by Chesapeake Energy Corporation (CHK), and improperly inflated the oil EUR. Crane Rpt. at 36; SD-SECURITIES-0228258; NSAI_SD_108054; NSAI_SD_108003. The oil EUR of the CHK wells was substantially higher than SandRidge's wells. *Id.* As Austin later admitted to Galvin, SandRidge "always included the non-ops to help our type curves. They are still better than our wells and help our average." SD-SECURITIES-0032430.

### C. Mid-2012 Predicted EURs for SandRidge Wells Failed to Meet Industry Standards

Lead Plaintiffs' expert evaluated SandRidge's mid-2012 decline curve analyses using plots generated by SandRidge from their ARIES database 0712.[10] SandRidge did not perform individual decline curve analyses on their Mississippian horizontal wells but instead applied their average well type curve to some of the later production data, sometimes approximating the rate-time trend and the majority of the times, tying the type curve to some production data points. Crane Rpt. at 27-28; *see also* Crane Rpt. Exs. 40, 41. Sixty-one percent (61%) of the wells' decline curves, and therefore predicted EURs, were deficient or significantly deficient to industry practices. This gross inaccuracy is counter to industry practices for decline curve analysis[11] and resulted in a significant over-estimate of EURs. Crane Rpt. at 28.

---

[10] SD-SECURITIES-0032823, Plots.

[11] **Guidelines for Application of the Petroleum Resources Management System**, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011).

Lead Plaintiffs contend each of the practices described above, *i.e.*, pushing NSAI, removing poorly performing wells from the type curve, adding non-SandRidge wells to the type curve, and monitoring their wells deficient to industry practices, are in contravention of the Standards described above. Defendants' actions created an inaccurate, false portrayal of the commerciality SandRidge's production in the Mississippian, that was neither a conservative representation nor close to 90% probability. *See, e.g.*, Crane Rebuttal at ¶¶9-13.

Lead Plaintiffs reserve the right to amend or supplement this response at any time, including after the conclusion of expert discovery, summary judgment, or trial.

INTERROGATORY NO. 18:

For each of Your responses to Tom L. Ward's Requests for Admissions served February 27, 2019 that is not an unqualified admission, please: state the number of the Request for Admission; describe all facts upon which You base Your response; identify all Persons who have knowledge of those facts; and identify all evidence – including, but not limited to Documents and/or deposition testimony – that supports Your response.

RESPONSE TO INTERROGATORY NO. 18:

Lead Plaintiffs object to this Interrogatory on the ground that substantive fact discovery has only recently been completed, and expert depositions have yet to commence. Plaintiffs are responding to this Interrogatory based on their current knowledge and expressly reserve their right to modify, amend or supplement their response based upon, among other things, their continuing review of documents, deposition testimony and the work of their experts. Lead Plaintiffs further object to this Interrogatory as overly broad, unduly burdensome and not proportional to the needs of the case because it seeks the identification of "all facts" and "all Persons who have knowledge of those facts" and "all evidence." This

# EXHIBIT A

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| 1 | 2/24/11 8-K | "**We have significantly enhanced our value with the early move to oil in two proven areas**. We control 185,000 net acres in the Central Basin Platform in West Texas and have now leased 780,000 net acres in the **Mississippian oil play in Northern Oklahoma and Southern Kansas.** We expect to ultimately own over 900,000 net acres in the Mississippian as we wind down our leasing efforts in the first quarter. In both of these plays we develop shallow, permeable, carbonate reservoirs with decades of production history. As a result, our costs have remained low and we do not expect to see the type of cost increases the industry is experiencing. We plan to drill over 900 wells in the Central Basin Platform and the Mississippian in 2011 **where our average wellhead return is expected to exceed 90%.**" | Ward; SandRidge | Defendants failed to disclose that the move to the Mississippian should not have been characterized as a "move to oil" because of the significantly higher amounts of natural gas being produced relative to oil in that area.<br><br>Low oil production, combined with higher gas production in Mississippian wells renders the 90% return statement false and misleading. | • 7/19/10 SD-SECURITIES-0353225. Early EUR table clearly demonstrates early knowledge that CHK average well EUR's were more than twice as large as SD's – 287 Mbo vs 132 Mbo. Lindsey Austin later admits that the inclusion of these CHK wells was done to improve the average EUR in SD-Securities-0032430 (7/20/12) as follows: "we have always included the non-ops to help our type curves. They are still better than our wells and help our average". The later inclusion of these wells in the 2011 and 2012 Type Curve demonstrates a deliberate effort by SD to artificially raise the EUR to an overstated level.<br><br>• 8/4/10 SD-SECURITIES-0418717 File showing early knowledge that CHK wells in Woods are better than SD's, again for the purpose to artificially raising the EUR of the type curve.<br><br>• 11/9/10 SD-SECURITIES-0213063 Email from D. Miller having trouble matching SD average EUR, 152 MBO by NSAI versus 203 MBO by SD. Miller mentions that an EUR like SD's over 200 Mbbl would require "throwing out some of the underperforming SR horizontals as non-representative". Miller's independent analysis of EUR is much lower than SD claims, demonstrating that SD had overstated oil EUR. Miller had to resort to excluding poor wells to raise the EUR near SD's level.<br><br>• 12/15/10 SD-SECURITIES-0213704 Email from D. Miller to L. Austin describes basis for forecasts, including GOR. The ultimate PDP GOR is |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | forecasted to be 7,900 scf/bbl , which corresponds to 43% oil (and 57% gas), but the PUD ultimate GOR is 5,600 scf/bbl (52% oil). The performance of the PDP wells comprises the production history on which the PUD estimates are based. The use of a much lower ultimate GOR for PUD wells than what is observed in the PDP wells was deceptive.<br><br>• 12/16/10 NSAI_SD_149844<br>The EUR of the 2011 type curve was increased by adding in 6 CHK wells. Despite knowing the CHK wells were performing better than SD's wells, the CHK wells were included as part of the 2011 type curve resulting in an overstatement of oil EUR.<br><br>• 1/4/11 SD-SECURITIES-0214996<br>NSAI annual reserve report for YE 2010, forecasting an ultimate oil cut of 45%, summarized as follows: Average EUR per well is 209 MBO, 1,559 MMscf, 469 MBOE, 7,460 scf/bbl, 45% oil cut. But they assume for PUD's 211 MBO, 1,180 MMscf, 407 MBOE, 5,700 scf/bbl, 52% oil cut. As stated earlier, the 52% oil cut does not match the historical analogy established by the PDP production.<br><br>• 1/6/11 SD-SECURITIES-0458225<br>Emails between TPH and Ward on motive for Trust I. Ward states "the key is the NPV by getting all upfront," and TPH states: "Observation is take advantage of public markets that are willing to pay more for oily stocks and trusts than private deals of other companies (JV's)." This provides insight into why SD wanted to represent the Miss Horizontal play as oily, even when their PDP well analysis shows an average oil fraction of 45%. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | • 1/27/11 SD-SECURITIES-0431615 email chain focuses on well performance in Grant County, and need to meet to discuss geology and engineering model; and drilling decisions. Wells in Grant County not performing to expectations. Grubb recognized need to review, stating "I am more concerned with why the wells in Grant County have not performed to expectations to date". This shows Grubb and Ward's early awareness that wells in Grant were underperforming. The underperformance of wells in Grant County is especially important because SD leased more net acres in Grant County than any other county in the Miss play.<br><br>• 2/3/11 SD-SECURITIES-0045849 Email chain from Mike Brown and Todd Tipton to Grubb and Ward regarding Miss. Geological Discussion Agenda for 2-4-11. Ward requested engineering discussion regarding "differences we see in completions in the 3 different areas". This is an early recognition by top management that results varied by area and were not consistent as represented externally.<br><br>• In conjunction with the 2010 year-end reserve report, Defendants Ward, Grubb and Rodney Johnson admitted to "push[ing]" NSAI towards their oil curve and their "base PUD type curve." Rodney Johnson Ex. 2. Johnson testified that SandRidge's internal oil type curve was approximately "200 [MBO]" and that NSAI ultimately agreed to this figure. R. Johnson Tr. at 21:6 – 18. Defendant Ward acknowledged to Grubb and Johnson this push was necessary at the time because, as he put it, "[w]e obviously need to maximize the reserves so that we don't sell too cheap" in prospective equity offerings. Johnson Ex. 3; R. Johnson Tr. at 24:24- 25:18. Prior to this push, Miller was only able to come up with 152 MBO, and advised Johnson and |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | Austin that SandRidge's internal type curve could only be attained by excluding underperforming wells, which is improper. R. Johnson Ex. 4; Crane Rpt. at 4. Miller nonetheless capitulated to SandRidge's influence. Defendants have not provided valid bases for these exclusions.<br><br>• Ward Testified he received quarterly reserve reports during the Class Period, and attended quarterly reserve meetings. *See, e.g.*, Ward Tr. (Vol. I) at 82:21 - 83:18. During these meetings, the quarterly reserve report would give a reserve analysis of all of the SandRidge wells drilled and producing. *Id.* at 83:16 - 18. Grubb and Bennett also testified they attended quarterly reserve meetings and received materials in connection with those meetings. *See, e.g.*, Grubb Tr. (Vol. I) at 47:17 -49:18; Bennett Tr. (Vol. I) at 27:2 - 28:5. |
| 2 | 2/25/11 | SandRidge's Q4 and Year-End 2010 Earnings Call. *See* SD-SECURITIES-0688306<br><br>Ward:<br><br>"[O]ur latest type curve from **Netherland Sewell is 409 MBOE per well with 52% crude oil**, not liquids, but oil, an important distinction when NGLs are trading at less than 40% of crude."<br><br>The following exchange took place:<br><br>Scott Hanold - RBC Capital Markets – Analyst<br><br>"Okay. Got it. And what is the 409 | SandRidge, Ward, Bennett | SandRidge improperly pressured NSAI to meet SandRidge's internal estimates for oil and gas production in the Mississippian.<br><br>Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading. | Same as # 1. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | MBOE -- so what would be the 30-day rate on a well that has an EUR of 409 MBOE?"<br><br>Tom Ward - SandRidge Energy, Inc - Chairman, CEO<br><br>"I think it's 244, 245 barrels equivalent."<br><br>Scott Hanold - RBC Capital Markets - Analyst<br><br>"So what are you using in your guidance? Are you using that 244, 245 barrels equivalent?"<br><br>Tom Ward - SandRidge Energy, Inc - Chairman, CEO<br><br>"Yes, that's how we model it." | | | |
| 3 | 2/28/11 | On or about February 28, 2011, the Company provided investors with its "2010 Annual Report," to which the 2010 10-K was attached. The 10-K contains a summary of Netherland Sewell's Reserve Report.<br><br>The 10-K also contains the following certifications from Defendants Ward and Bennett:<br><br>CERTIFICATION<br><br>I, . . . certify that:<br><br>1. I have reviewed this annual report on Form 10-K of SandRidge Energy, Inc.; | Ward; SandRidge; Bennett signed the 10-K, along with Ward | The 10-K fails to disclose SandRidge improperly pressured NSAI to meet SandRidge's internal estimates for oil and gas production in the Mississippian.<br><br>The 10-K was also materially false and misleading because the NSAI reserve report was only a summary and the EUR for SandRidge's Mississippian horizontal wells were materially lower than the EUR as set forth in | Same as # 1. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | 2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;<br><br>3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report…” | | the type curve from the NSAI report. | |
| 4 | 3/1/11 | As part of a 3/1/11 Investor Conference (*See, e.g.*, ¶166; SD-SECURITIES-0000654), Defendants gave a power point presentation (“3/1/11 Investor Presentation”), which promoted the “high rate of return” for horizontal Mississippian wells.<br><br>In particular, the 3/1/11 Investor Presentation indicated that production from the Company’s horizontal Mississippian type well results **in oil of “211 Mbbl (100% Crude)” and total production of “409 Total Mboe,” equating to a liquid fraction of 52% oil and 48% gas**. It also claimed that the | SandRidge, Grubb | Misleading because the EUR from SD’s PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants also failed to disclose the 409 Total Mboe figure was the result of SandRidge improperly pressuring NSAI to meet SandRidge’s internal | Same as # 1. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | Mississippian play would provide a 120% rate of return.<br><br>During the presentation (*See, e.g.*, SD-SECURITIES-0277195) Ward stated:<br><br>"Netherland Sewell has given us a type curve **of 409,000 barrels per well… Now, I don't know the number across this county or in Woods up to Comanche or over through Harper and Sumner and Cowley, but there are thousands of wells that have produced from the Mississippian which is no different than the Alfalfa County area…**our average so far on a horizontal completed well is just around $2.6 million. We do think we're going to squeeze that down to $2.5 million. So we're projecting $2.5 million for the horizontal well, and then we average about $200,000 per well of disposal into the wells, and some of that will be up front because you have 10 wells per -- 10 producing wells per disposal well, so about $2 million on a disposal well." | | estimates for oil and gas production in the Mississippian.<br><br>Failed to disclose that the EUR for SandRidge's Mississippian horizontal PDP wells were materially lower than the EUR as set forth in the type curve from the NSAI report.<br><br>Contrary to the statements, all areas of the Mississippian were not the same. For example, Defendants knew that Grant county was performing materially worse than other counties. | |
| 5 | 3/7/11 | During the Raymond James Institutional Investors Conference, Defendant Grubb discussed, among other things, the Mississippian play and its "high rate of return."<br><br>Defendant Grubb discussed the metrics for that area, stating, in pertinent part, as follows:<br><br>The metric on the Mississippi is we have | Grubb; SandRidge | Same as #4. | Same as #1. |

**EXHIBIT A**

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | 3,400 potential locations, that was at the 780,000-acre range. So, it's quite a bit more now**. If you're looking at 409,000 barrels of oil equivalent, this is a third-party reserves consultant estimate, of which about half of it is crude oil and half of it is gas…**At the current strip is about 120% rate of return." | | | |
| 6 | 3/25/11 | During the March 25, 2011 "SandRidge Energy Inc. at Barclays Capital High Yield Bond and Syndicated Loan Conference," (*See, e.g.*, SD-SECURITIES-0008216), Defendant Bennett stated the following:<br><br>"In terms of **well performance, here's our type curve, Netherland, Sewell 409,000 barrel equivalent. For the PUDs, our PDPs are averaging about 470,000 barrels right now** and this well count here is about 45 and we are down about five wells here. **So you can see we are above our statistical type curve…we've got a lot of data on the B factor and the decline. So we feel very good about the decline curve we're using here and I think we feel we are conservative on our B factor."** | Bennett; SandRidge | Defendants' statements about NSAI's type curve, PUDs and PDPs were false and misleading in that they failed to advise investors SandRidge improperly pressured NSAI during the 2010 year-end review to accept SandRidge's representations about the Mississippian.<br><br>Failed to disclose that PDPs to-date were lower than represented both on the type curve and the 470 PDP Mboe figure. Misleading to characterize the b factor as "conservative." | Same as #1; In addition, SandRidge misrepresented that the public 1.5 b factor value was conservative, when in fact it was contrary to accepted industry guidelines. *See* Crane Expert Rpt. at 3; the lack of uniformity across the Mississippian geology complicated classic Arps decline curve analysis and required that each production variation in individual Mississippian wells be evaluated for the appropriate decline curve analysis; *See* Crane Expert Rpt. at 7 - 9; the variability in free gas production across the Mississippian caused a wider range of GOR production trends which in turn caused a wider range in predicted cumulative GORs and gas EURs. *See* Crane Expert Rpt. at 9. |
| 7 | 4/7/11 | The Prospectus for the initial public offering of the SandRidge Mississippian Trust I became effective. (*See, e.g.,* SD-SECURITIES-0673032).<br><br>The Mississippian Trust I Registration Statement described the Company's "thorough understanding" of the | SandRidge | Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for | Same as #6. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | Mississippian region and the "consistency" of the region, stating, in pertinent part, as follows:<br><br>"Well control and vertical drilling and production history significantly reduce drilling, reserve recovery and production decline risk. **The Mississippian formation's geology is well understood** as a result of the thousands of vertical wells drilled and produced there since the 1940s, including 123 vertical wells drilled on the Underlying Properties.<br><br>With data from the vertical wells that have been drilled, **SandRidge and other operators in the region have gained a thorough understanding of how to best identify the location of productive reservoirs and potential horizontal well bore paths, the permeability and porosity of the underlying rock properties and the amount and percentage mix of recoverable oil and gas**. With this and other data derived from the vertical history, operators have been able to apply modern drilling technologies to determine more efficient ways to drill, complete and generate production from wells in the formation.<br><br>* * *<br><br>[D]irect measurement from other producing wells has also been used to **confirm consistency in reservoir properties such as porosity, thickness** | | hundreds of miles.<br><br>Contrary to the statements, all areas of the Mississippian were not consistent and the history of vertical wells did not give Defendants "a thorough understanding of how to best identify the location of productive reservoirs." For example, Defendants knew that Grant county was performing materially worse than other counties. | |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | **and stratigraphic conformity.”** | | | |
| 8 | 4/12/11 | Defendants gave a power point presentation in conjunction with the IPAA 2011 Oil and Gas Investment symposium ( *See, e.g.*, SD-SECURITIES-0220846) which discussed the “high rate of return” for the Mississippian play and that production from SandRidge’s horizontal Mississippian type well results in oil of “211 Mbbl (100% Crude)” and total production of “409 Total Mboe,” resulting in a liquid fraction of 52% oil and 48% gas. | SandRidge, Ward | Failed to disclose the type curve did not accurately represent the reserves or EUR for PDPs.<br><br>Production from wells were expected to yield a lower EUR than represented, along with higher than represented gas production, rendering the statements about Mississippian economics false and misleading. | Same as #1. |
| 9 | 5/5/11 | On May 5, 2011 the Company announced its financial and operational results for the first quarter 2011 (“1Q11”) in a press release (the “5/5/11 Press Release”) which it filed with the SEC on Form 8-K.<br><br>In the 5/5/11 Press Release, Defendant Ward discussed the Company’s drilling activities in the Permian and Mississippian, stating, in pertinent part, as follows:<br><br>“We continue to execute our oil-directed plan by focusing efforts in two core areas of development **where we are able to realize wellhead rates of return exceeding 100%**. We are the most active driller in the Central Basin Platform and the Mississippian horizontal play, **capitalizing on our expertise in shallow, conventional carbonate reservoirs to** | Ward; SandRidge | Misleading because the EUR from SD’s PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play.<br><br>Contrary to statement that “Production growth is matching our expectations,” the EUR for recently drilled wells, in addition to all wells, was lower than | Same as #6. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | **execute our development plan and strategically add to our leasehold positions in these areas. Production growth is matching our expectations in spite of weather-related interruptions**." | | represented by Defendants. | |
| 10 | 5/6/11 | On May 6, 2011, the Company held an earnings conference call for analysts and investors (*See, e.g.*, SD-SECURITIES-0688336) to discuss the financial and operational results and other information set forth in the 5/5/11 Press Release.<br><br>Defendant Ward stated "**It should also be noted that we have expanded our program east into Grant County. While the data set is still limited, as we only have 13 wells on line, it appears that these wells are statistically as good as the ones we've drilled in Alfalfa and Woods County.**" | Ward; Bennett; SandRidge | Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles. | Same as #6. |
| 11 | 5/24/11 | On May 24, 2011, Defendant Ward participated in the UBS Global Oil and Gas Conference (*See, e.g.*, SD-SECURITIES-0001294; ¶194).<br><br>Defendant Ward presented at the Conference and stated, in pertinent part, as follows:<br><br>"With regard to the type curve, we give ourselves a 1.5 B factor when the vertical wells actually decline less than that, so it | Ward; SandRidge | Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants did not have a strong understanding of the | Same as #6; in addition:<br><br>• 5/6/11 SD-SECURITIES-0221408 Email summarizing YE2010 NSAI TC. Miller advocate that PUD should be 203. MBO based on PDP wells. It shows 6 CHK wells added with average oil EUR 286 Mbbl to artificially overstate oil EUR to reach 215.5 MBO. SandRidge settled on 211 MBO, over Miller's "suggest[ion]".<br><br>• 5/17/11 SD-SECURITIES-0455543 Email from TPH on Atinum due diligence, showing |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | might be some amount of time before we see the bend in the type curve, which might be a year or two years out even before we really anticipate changing a type curve…**The three main areas we've drilled in have been around our pipeline system, so Woods, Alfalfa and Grant and we're not seeing really any difference in the three counties to date, so we're pleased with the at or above type curve in all three counties…**The other interesting thing about the play as it's being developed is that statistically there are very good wells all the way across the entire play, so from Pawnee County, Oklahoma out through Woods County, Oklahoma there have been exceptional wells…Our type curve wells to make 409,000 barrels equivalent with a 1.5 B factor is 244 barrels a day equivalent in the first 30-day IP and you're seeing good wells, well above type curve are being drilled in different areas over 100 miles apart. So I'm not trying to show that there are exceptional wells here; **what I'm trying to show is that there are exceptional wells statistically across the whole play.**" | | geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles.<br><br>For example, Ward's statement that "we're not seeing really any difference in the threee counties [Woods, Alfalfa and Grant] to date" was contrary to the facts Ward learned about the underperformance of Grant. | that Barclay's was questioning Grant well performance and that R. Johnson had put together a presentation on improving performance of Grant wells. Knupp mentions Barclay's concern that Grant wells were underperforming. Ward and Grubb are copied.<br><br>• 5/18/11 SD-SECURITIES-0221616 File "Grant County Performance 5-18-11.pdf" shows Grant wells are underperforming the proforma curve by a large margin. |
| 12 | 6/3/11 & 6/6/11 | On June 3, 2011, SandRidge held its 2011 Annual Shareholders Meeting. (*See, e.g.*, SD-SECURITIES-0000457).<br><br>During a power point presentation at that meeting, Defendants represented that production from its horizontal Mississippian type well results in oil of | SandRidge | Failed to disclose the type curve did not accurately represent the reserves or EUR for PDPs.<br><br>Production from wells were expected to yield a lower EUR than represented, | Same as #11. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | "211 Mbbl (100% Crude)" and total production of "409 Total Mboe", which equates to 52% oil and 48% gas.<br><br>Defendants made the same representations concerning the Mississippian wells, including the gas-to-oil ratio, in power point presentations during a June 6, 2011 RBC Capital Markets 2011 Energy and Power Conference and a SandRidge June 14, 2011 Investor Presentation. (*See, e.g.*, ¶196). | | along with higher than represented gas production, rendering the statements about Mississippian economics false and misleading. | |
| 13 | 8/4/11 | On August 4, 2011, the Company announced its financial and operational results for the second quarter 2011 ("2Q11") and first six months of 2011 in a press release (the "8/4/11 Press Release"), which it filed with the SEC on Form 8-K. Defendant Ward commented in the 8/4/11 Press Release, stating, in pertinent part, as follows:<br><br>"We are pleased to announce the joint venture with Atinum Partners on our Mississippian project **where results continue to meet or exceed our expectations**. Our management team has been consistent in discussing several alternatives to fund the drilling of our large Mississippian acreage position within ten years and bring forward the NAV of this asset. With this announcement, we will begin to increase our rig count in Oklahoma and Kansas to average 24 rigs in 2012, which nearly doubles our current rig count. | Ward; SandRidge. The 8K was signed by Bennett. | Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles.<br><br>The statement "results continue to meet or exceed our expectations" were false and misleading because | Same as #11; in addition:<br><br>• 6/7/11 SD-SECURITIES-0590228<br>Excel file "ALF-GRT-WDS GOR backup data 6-7-2011.xlsx" also in ppt format SD-SECURITIES-0590229 with GOR histories, demonstrating GOR was rising quite steeply in the wells. Also broken out by county. To have knowledge of this trend and yet still advocate 52%, which correspond to 5,600 scf/bbl, is deceptive. This plot was included in the presentation made to TPH on 6/14/11 (SD-securities-0221808) with Ward in attendance, showing senior managements' awareness.<br><br>• 6/20/11 SD-SECURITIES-0222126<br>File "Vertical-Horizontal Comp by County.pdf" PES (Pinnacle Energy Services, JP Dick) showed low EUR's for SD Miss Horizontal wells, plus a high GOR of 9,570 scf/bbl in Alfalfa county. This study by PES is an independent analysis of individual well decline trends. Their EUR values (labeled PES) were consistently below the SD Type Curve of 409 MBOE:<br><br>Woods County -10% below TC |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | Additionally, we have identified and established an acreage position in a new area that is similar in size, characteristics and cost to our first Mississippian play. In connection with increasing our rig count and acreage position, we are increasing our 2011 capital budget to $1.8 billion and establishing a 2012 capital budget of $1.8 billion. The execution of our 2011 and 2012 plans will move the company significantly toward our 2014 goal of a self-funding capital program, delivering double-digit annual production growth and a debt to EBITDA ratio of less than 2 times." | | Defendants knew SD's horizontal Miss wells were underperperforming the type curve.<br><br>Approximately $200 million of increased drilling was part of Defendants' fraudulent scheme to avoid disclosing the true economics of their Mississippian wells whereby Defendants would: (a) increase the drilling of new wells, thereby enabling the Company to attempt to keep up with production targets, despite the lower economics and EUR of the Mississippian wells, and also avoid having to directly reveal the truth about the economics of the Mississippian wells as more new wells would be part of the operational statistics disclosed; and (b) acquire new acreage that Defendants could use to continue to conceal the true economics of the Mississippian in the future, or could, potentially, include wells with better economics that would but SandRidge back on track to meet their operational goals. | Alfalfa County -28% below TC<br>Grant County-56% below TC<br><br>Woods oil cut 53%<br>Alfalfa oil cut 39% Grantoil cut 46%<br><br>• 6/24/11 SD-SECURITIES-0432813 Email showing Ward was involved with the type curve work by JP Dick and PES (Pinnacle Energy Services)<br><br>• 6/30/11 SD-SECURITIES-0432814 E-mails between Ward and Grubb regarding results of specific wells in specific areas, geology and drilling schedule. Grubb is condemning large tracts of leases based on poor well performance – 29N-5W, 27N-4W and SE 25N-5W, showing major problems in Eastern Grant County.<br><br>• 7/7/11 SD-SECURITIES-1142904-910 PUD Review table showing 73 new wells drilled in 1st half of 2011 (92 wells – 19 SWD wells), with 10,974 Mbbl oil EUR, yielding an average per well oil EUR of only 150 Mbbl. The oil EUR of the 73 producing wells drilled in 2011 averaged -29% below the 2011 TC.<br><br>• 7/8/11 SD-SECURITIES-0419919 File for log normal distribution using source EUR values label ed as SR0711, showing average EUR for 105 wells 156.5 Mbbl, 1,421 MMscf, 393 MBOE yielding a GOR of 9,080 scf/bbl, 40% oil fraction. File sent to Rodney Johnson and Kevin White in SD-SECURITIES-0418418.<br><br>• 7/10/11 SD-SECURITIES-0056857 Ward aware of poor well results - "Do you keep on drilling bad wells" |

**EXHIBIT A**

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | • 7/11/11 SD-SECURITIES-0432855<br>Email showing Ward and Grubb know about and are interested in the 2nd quarter PUD review of well performance by Lindsey Austin.<br><br>• 7/17/11 PINN0013907<br>PES report for Atinum, EUR's as follows:<br>JP Dick states that he revised reserves downward from SD's because the newer wells were declining more steeply.<br><br>• 7/26/11 SD-SECURITIES-0455614<br>File "ROR statistics 7-25-11.xlsx" shows EUR for 107 wells 150 Mbbl. 1,368 MMscf and 378 MBOE. Ultimate GOR is 9,120 scf/bbl (40% water cut). File author L. Austin. Given the consistency of these results with previous evaluations, Ward, Grubb and Bennett should have realized the serious underperformance of actual oil EUR (133 to 156.5 Mbbl) and oil fraction (38% to 40%) relative to the 211 Mbbl type curve with an oil fraction of 52%.<br><br>• 7/26/11 SD-SECURITIES-0455613<br>Email with above file sent to R. Johnson. The 68%-71% ROR stated in this email was much lower than the 108% ROR advertised in the 6/14/11 investor presentation or 94% ROR reported on the 8/5/11 conference call. This slide also shows a 52% oil fraction, when the data in this file is 40% oil fraction. |
| 14 | 8/5/11 | On August 5, 2011, the Company held a conference call for analysts and investors (the "8/5/11 Conf Call") to discuss the | Grubb; SandRidge | Misleading because the EUR from SD's PDPs were lower than represented with | Same as #13. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | financial results and other information set forth in the 8/4/11 Press Release. On the call, Defendant Grubb, stated in pertinent part as follows:<br><br>"As you have seen, we've increased our 2011 budget by $500 million to $1.8 billion total. The allocation for the increase is as follows. $150 million for drilling more wells in the Permian and the Miss wells, including saltwater disposal wells. And also that includes the adjustment of the well cost in the Miss from $2.5 million to $3 million. There are also $50 million of non-op drilling in the Mississippian, and increased work-overs and re-completions in the Company. The biggest part of the increase is in land, $275 million in additional land spending for acquisition of new acreage in the Central Basin platform and the new Mississippian play, and $25 million for oil field services in Midstream."<br><br>During the 8/5/11 Conf Call, Defendants provided a power point presentation (the "8/5/11 Presentation"), which continued to report "409 Total Mboe," "211 Mbbl," and 52% crude oil. The 8/5/11 Presentation further reported a rate of return of 94% in the Mississippian play. | | a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles.<br><br>Approximately $200 million of increased drilling was part of Defendants' fraudulent scheme to avoid disclosing the true economics of their Mississippian wells whereby Defendants would: (a) increase the drilling of new wells, thereby enabling the Company to attempt to keep up with production targets, despite the lower economics and EUR of the Mississippian wells, and also avoid having to directly reveal the truth about the economics of the Mississippian wells as more new wells would be part of the operational statistics disclosed; and (b) acquire new acreage that Defendants could use to | |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | continue to conceal the true economics of the Mississippian in the future, or could, potentially, include wells with better economics that would but SandRidge back on track to meet their operational goals. | |
| 15 | 11/3/11 | On November 3, 2011, the Company announced its financial and operational results for the third quarter 2011 (“3Q11”) and first nine months of 2011 in a press release (the “11/3/11 Press Release”) which it filed with the SEC on Form 8-K.<br><br>The 11/3/11 Press Release also stated, in pertinent part, as follows:<br><br>“Increased position in new Mississippian play to approximately 700,000 net acres..The company grew its Mississippian horizontal production from approximately 1,600 Boe per day in the third quarter of 2010 to over 12,700 Boe per day in the third quarter of 2011…During the third quarter of 2011, SandRidge drilled 47 horizontal wells in the Mississippian play in northern Oklahoma and southern Kansas bringing the total number of operated wells drilled during 2011 in the Mississippian to 108. Industry-wide, approximately 320 horizontal wells have been drilled in the Mississippian across a 150-mile long area with **SandRidge having drilled 147 wells. SandRidge has identified over** | SandRidge. The 8-K was signed by Bennett. | Statements discussing production and growth of production misleading because there was a steep drop off in production at older wells. Misleading because the EUR from SD’s PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles.<br><br>Defendants increased drilling as a part of Defendants’ fraudulent scheme to avoid disclosing | Same as #13; In addition:<br><br>• 8/8/11 SD-SECURITIES-0351107<br>File “Book2.xlsx” shows an average EUR for 128 wells of 157 Mbbl, 1,352 MMscf, 383 MBOE for 41% oil cut and 8,610 scf/bbl. Author Lindsey Austin.<br><br>• 8/12/11 SD-SECURITIES-0686573<br>File “Miss EUR tiers.xlsx” with average EUR 154 Mbbl, 1,368 MMscf, 382 MBOE for 115 wells.<br><br>• 9/1/11 PINN0014194<br>PES table of average EUR.<br><br>• 9/8/11 SD-SECURITIES-0716304<br>File “EUR check 8-30-2011.xlsx” shows results for SR1011 for 133 wells, 149 Mbbl oil, 1196 MMscf gas and 348 MBOE EUR’s (43% oil fraction). File by L. Austin. Shows average oil EUR consistency falls below the type curve value of 211 Mbbl buy 25-30%.<br><br>• 10/2/11 SD-SECURITIES-0060602<br>Email from Ward stating “James [Bennett] would like to revise down our production model for 2012. I think too early to do unless you feel we don’t have enough risk in our numbers.” Bennett expressed concern that the production model for 2012 needed to be revised downward but was resisted by Ward. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | **4,000 drilling locations on over 800,000 net acres it has leased in the play.** The company presently has 20 rigs operating in the play, of which 17 are drilling horizontal producer wells with 3 drilling saltwater disposal wells, and plans to increase the Mississippian rig count to average 26 rigs in 2012. SandRidge plans to drill over 170 horizontal wells in the Mississippian play in 2011." | | the true economics of their Mississippian wells whereby Defendants would: (a) increase the drilling of new wells, thereby enabling the Company to attempt to keep up with production targets, despite the lower economics and EUR of the Mississippian wells, and also avoid having to directly reveal the truth about the economics of the Mississippian wells as more new wells would be part of the operational statistics disclosed; and (b) acquire new acreage that Defendants could use to continue to conceal the true economics of the Mississippian in the future, or could, potentially, include wells with better economics that would but SandRidge back on track to meet their operational goals | • 10/3/11 SD-SECURITIES-0455826<br>Email from Austin showing 2 EUR's, 168 MBO with b=1.5 and 205 MBO with b=2.0. Attempt to find a way to raise the average EUR by forcing a higher b exponent fit to all of the wells.<br><br>• 10/8/11 SD-SECURITIES-0225799<br>File "Horz Miss Prod with Type Curves.pdf" was circulated among top management including Grubb and Ward on nearly a weekly basis starting in 10/2011 through the end of 2012. The file provides comparison of actual gas and oil rates versus the forecasted type curve rate for each well. This graph shows that well is declining faster than the type well and therefore is underperforming.<br><br>• 10/14/11 SD-SECURITIES-0455874<br>PDF file from NSAI "87 New PDPs vs YE10 Typecurve 10-14-11.pdf" compared 87 new wells to the type curve. Oil rates in more than 95% of the wells were severely underperforming the type curve (solid green line). The type curve was not representative of recent well performance and was overly optimistic. This file also shows that in a majority of wells, the actual GOR is higher than the type well (solid red line).<br><br>• 10/14/11 NSAI_SD_117266<br>NSAI file "Old PDPs 10-14-11.pdf" compared 42 older wells to the type curve and actual oil rates underperformed in more than twice as many cases than outperformed, showing clearly that the type curve was optimistic for the older wells. Rodney Johnson received this file showing a huge problem with the performance of the most recent 87 wells, and despite having this knowledge, the type curve was raised to 470 MBOE just a few weeks later (discussion on |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | 10/27/11).<br><br>• 10/14/11 SD-SECURITIES-0455830<br>Email by D. Miller identifying more wells underperforming than overperforming, also he identifies 3 areas and varying performance, establishing knowledge of poorer performing areas. Miller estimated that a total of 77% of wells in Grant County were underperforming the type curve.<br><br>• 10/18/11 SD-SECURITIES-0226337<br>Pushback from SD on independent engineer's findings. Word document letter to D. Miller from R. Johnson with Rodney opposing Miller's conclusion that performance varies by area.<br><br>• 10/19/11 SD-SECURITIES-0456113<br>Email from D. Miller to R Johnson on different EUR by area, with Miller stating that he sees some EUR's ½ that of the N Woods/Alfalfa wells. Miller references a list of wells provided by Lindsey Austin to be excluded from the averaging. Even by excluding 26 wells, Miller's average is only 166 Mbbl, -12% below the 2011 type curve.<br><br>• 10/20/11 SD-SECURITIES-0456287<br>Email from Austin to Galvin on reconciliation with D. Miller's results with attachment SD-Securities-0456288 Excel file "Book1.xlsx" shows NSAI has -25% lower MBOE EUR than SD.<br><br>• 10/28/11 SD-SECURITIES-0456308<br>D Miller revising his interference findings "EUR Comparison: the average EUR of the infill wells (92 MBO) is about 60% of the average EUR of the original well (154 MBO). |

**EXHIBIT A**

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | • 10/28/11 SD-SECURITIES-0456510<br>Email on Miss PDP update from NSAI (Rodney included). The attached excel file (SD-Securities-0456336) shows an average EUR 144 MBO & 1,044 MMscf gas for 173 wells - 318 MBOE which is -32% below recently changed type curve.<br><br>• 10/28/11 SD-SECURITIES-0456685<br>E-mail from D. Miller of NSAI to Rodney Johnson, cc to Galvin, regarding 10-28-11 Type Curves. Miller notes that when develops a type curve using 115 wells, gets a better fit using a N=2.0 ( B factor of 2.0) as compared to N=1.0; notes that this agrees with SD analysis. Miller states " My issue is that when I go well-by-well looking at the test and production data I don't find myself needing an N=2.0 that often. And I've made multiple passes at this."<br><br>• In October 2011, David Lawler created Business Performance Reviews ("BPRs") so that SandRidge could internally "show we know exactly what is going on in our business." Lawler Ex. 46; Lawler Tr. at 302:8 - 303:20. Lawler testified the BPRs were essential to the Company because they permitted "Tom [Ward], Matt [Grubb] and James [Bennett] to hear as much bad news as good." *Id.* at 304:1 - 15. |
| 16 | 11/4/11 | On November 4, 2011, Defendants held an earnings conference call for analysts and investors (the "11/4/11 Conf Call"), to discuss the financial and operational results and other information set forth in the 11/3/11 Press Release. During the 11/4/11 Conf Call, Defendant Grubb discussed the Company's production, | Grubb; SandRidge | Statements discussing production and growth of production misleading because there was a steep drop off in production at older wells. Misleading because the EUR from SD's PDPs were lower than | Same as #15; In addition:<br><br>• 11/3/11 SD-SECURITIES-0456703<br>Email from D. Miller showing major differences in EUR by area. Miller shows that a weighted average EUR for the PUD locations based on his decline analysis would be 354 MBOE. The YE2011 reserve |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | stating, in pertinent part, as follows:<br><br>"Partially making up for the slower growth rate in the Permian over the last few months is the performance in the Mid-Continent region. **Driven by the success of our Mississippian drilling program, we project to exceed our year-end production target for the Mid-Continent region by about 260,000 barrels of oil equivalent.**<br>**The Mississippian program has performed beyond our expectations, and 30-day IPs have come in better than the type curve that was generated at year-end 2010."** | | represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Grubb's reference to 30-day IPs coming in better than type curve misleading because creates false impression that EUR of wells better than type curve when not true.<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent as represented by a single type curve across their entire leasehold, which extended for hundreds of miles. | reports instead booked as proven an average of 452 MBOE, which is 28% higher than the average based on developed well performance. |
| 17 | 11/11/11 | On November 11, 2011, an earnings conference call was held for analysts and investors to discuss the financial and operational results and other information for the Mississsppian Trust I for the third quarter 2011. In the question and answer portion of the call, the following exchange occurred with respect to the Company's increasing gas production and | Grubb; SandRidge | Statements discussing production and growth of production misleading because there was a steep drop off in production at older wells. Misleading because the EUR from SD's PDPs were lower than represented with a higher | Same as #16. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | stable oil production:<br><br>"Mario Barazza - Tuohy Brothers Investment Research, Inc. - Analyst Okay. All right, and then I wanted to confirm with the gas production being higher than anticipated that liquids as a percent of total has remained the same.<br><br>Matt Grubb - SandRidge Mississippian Trust I - President, COO<br>Yes. That's correct. Gas did out produce our forecast for gas production and our liquids is -- we produced more liquids because overall the well performed better and we drilled higher net revenue interest wells in addition to more wells.<br>**However, on a type curve basis the liquids were roughly on trend."** | | gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Contrary to Grubb's statement, the EUR for oil was not "roughly on trend" but was lower than type curve. | |
| 18 | 11/16/11 | On November 16, 2011, as part of the Bank of America-Merrill Lynch – Global Energy Conference, Defendants gave a power point presentation, which continued to represent that oil production from the Company's horizontal Mississippian type well was "211 Mbbl" and total production of "409 Total Mboe," resulting in a GOR of 52% oil and 48% gas.<br><br>During the Conference, (*see, e.g.*, SD-SECURITIES-0336212) Bennett stated the following:<br><br>"In terms of production growth, we're at about 16,000 barrels a day now.You can see when we first started drilling in | SandRidge; Bennett | Failed to disclose the type curve did not accurately represent the reserves or EUR for PDPs.<br><br>Production from wells were expected to yield a lower EUR than represented, along with higher than represented gas production, rendering the statements about Mississippian economics false and misleading.<br><br>Defendants did not have a strong understanding of the geology of the | Same as #16; In addition:<br><br>• 11/11/11 SD-SECURITIES-0228054<br>Email from D. Miller, showing an average EUR of 204 Mbbl oil and 456 MBOE for 145 wells. This result was reached only after at least 7 iterations of increasing the number of excluded wells and adding CHK 3rd party wells. In file SD-SECURITIES-0228258, all 203 wells averaged only 160 Mbbl, the 58 excluded wells averaged 51 Mbbl, and the 15 CHK 3rd party wells that were included averaged 283 Mbbl, highly misrepresentative of SD wells drilled in 2011. As explained in Crane expert reports, many of the exclusions were improper.<br><br>• 11/11/11 SD- SECURITIES -0716463<br>File "Proforma_Charts_NSAI112_FINAL_Typecurve SDR PDP Wells (First list 58 wells).xlsm" by Nguyen |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | January, and the production growth has been pretty dramatic.We'll exit this year at about 20 rigs running, [against if] we want to average next year, probably around in the 24-rig running category. So play's working very well.<br><br>You may have seen this slide before. We've had it in our presentation, when we did our Netherland Sewell type curve last year, that was 409,000 BOE, we had about 37 producing wells. The IP on that type curve was 244 BOE per day.That's not a peak grade, that's actually a 30-day average. So we don't take it, [24-hour] two-hour peak, this is a 30-day average. And year-to-date, from the 120 wells we've drilled and completed, where we had at least 30 days of production history, the production rate is over 300 barrels per day.<br><br>And just to remind you back in second quarter 2010, the Netherland Sewell type curve was 235,000 BOE. So it's 235,000 BOE to 409,000 BOE.We get a lot of questions and you may have heard on the call, what will your type curve be at the end of this year and do you expect it to go up? We're obviously going to update it with our year-end reserve report, don't really know which direction it'll go and we'll have more guidance on that probably in the February time frame, when we come out with our year-end numbers." | | Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles.<br><br>Statements discussing production and growth of production misleading because there was a steep drop off in production at older wells. Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Grubb's reference to 30-day IPs coming in better than type curve misleading because creates false impression that EUR of wells better than type curve when not true. | showing that the PDP wells to be assigned to Trust II were severely underperforming the Proforma TC. Shows an early understanding of poor well performance relative to the newly developed type curve. Another file of 45 wells shows less underperformance. A ppt file named "SDR PDP Wells -- Proforma_NSAI112_FINA.ppt" SD-SECURITIES-716505 shows the same files. Most of the wells excluded from the group of 45 ended up in Trust II. |
| 19 | 1/10/12 | During a presentation at the Goldman | SandRidge | Misleading because the | Same as #20. |

## EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | Sachs Global Energy Conference (*See*, *e.g.*, SD-SECURITIES-0337440) Defendants began representing the average EUR per well of their typical horizontal well in the Mississippian play as 456 MBOE, consisting of 204 Mbbl of oil and 1,512 MMscf of gas. | | EUR from SD's PDPs were lower than represented with a higher gas percentage. This resulted in a misrepresentation of the economics of the Mississippian. | |
| 20 | 2/1/12 | On February 1, 2012, Defendants issued a press release announcing, among other things, the Company's Fiscal Year 2011 Year-End Operational Results, stating, in pertinent part, as follows:<br><br>"Horizontal Mississippian EUR increased 11% to 456 MMboe per well." | SandRidge | Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. This resulted in a misrepresentation of the economics of the Mississippian. | Same as #18; In addition:<br><br>• 1/14/12 SD-SECURITIES-0435280<br>Ward stating he loves looking at these plots, showing detailed interest in individual well performance.<br><br>• 1/14/12 SD-SECURITIES-0435290<br>Email showing Ward's involvement with Operations ranking its PUD inventory, Craig Johnson, Lawler, Koontz involved. Most importantly, Craig writes "The goal is to be far ahead on our drilling plan with sound technical and business planning, incorporating risks for geology, TC/EUR distributions (plural)". Lawler mentions weekly New Well Performance reviews. Ward also mentions "if we didn't watch we would believe the Spencer area in 28n-8W and the Clo area in 27N-8W were some of our better areas but might not be as they decline much faster than other areas."<br><br>• 1/24/12 SD-SECURITIES-0011156<br>Investors raising doubts about the new type curve. Email Correspondence between Aaron Kapito (Elliott Management-NY Fund Manager) and Kevin White, with a FW to James Bennett. Aaron Kapito tells Kevin White that he is having "trouble replicating" their new type curve with the given parameters to match the 456 mboe EUR. He requests assistance from a reservoir engineer. Kevin White tries to persuade analyst that type curve is correct and replies to the email on 1/27/12, commenting that "We are thinking that the |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | rising GOR over time associated with the Miss production is the likely culprit for why you might be getting a smaller EUR, here is some other information out of the type curve:"<br><br>• 1/27/12 SD-SECURITIES-0230971 Company Reserve Ledger summary file matches the NSAI YE2011 final report fairly closely, based on some cross checking of volumes. Sorted by Midcon/Cedardale/PDP/Miss Horz Type Curve, the 200 Miss Horizontal wells had an average EUR of 168 MBO, 1,236 MMscf, and 374 MBOE EUR, substantially below the type curve. Because this file provides the trust/non-trust assignment and county for each well, the average EUR's can be broken down into more detail, revealing a trend. The non-trust wells retained by SD has a much lower oil EUR/well of only 88 MBO, more than 55% lower than the SDR and SDT EUR's of 201 MBO and 209 MBO respectively. |
| 21 | 2/2/12 | Conference call transcript discussing SandRidge's acquisition of Dynamic Offshore Resources, LLC (*See, e.g.*, SD-SECURITIES-0075082) Grubb and Ward were participants. During the call Grubb stated:<br><br>"The Mississippian, because of the 15,000 vertical wells that have been drilled out there, we have so much control in the reservoir in the Miss that, again, it is very low-risk drilling.You're not going to miss the Mississippian.You'll hit it and you'll set pipe every time and produce a well." | Grubb | Contrary to Grubb's statement, the Mississippian was not "low-risk." Rather, SandRidge did not hit producing wells "every time."<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles | Same as # 20. |
| 22 | 2/7/12 | On February 7, 2012, Defendant Ward | Ward; | Contrary to Ward's | Same as # 20. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | participated in the Credit Suisse Energy Summit (*See, e.g.*, SD-SECURITIES-0338463) and he discussed, among other things, the success of the Mississippian play. For example, Defendant Ward stated:<br><br>"**Our performance in the Mississippian has continued to improve**. So in the -- when we first started in 2010, we anticipated a well making about 250,000 barrels of oil equivalent. In 2010, then -- at year-end 2010, we had 37 wells drilled and we had a type curve of 409,000 barrels per well equivalent and that averaged first 30-day IP of 244 barrels equivalent a day. In 2000 -- at the end of 2011, we've now moved up to 456 Mboe and that has a 275 barrel a day equivalent first 30-day production…So what makes Mississippian a great play? It is scale, very high internal rates of return, but one of the keys to everything we do is to know the reservoir..we are drilling from reservoirs that have been drilled for decades and we understand those reservoirs and we have teams of people that understand those reservoirs and we believe there is much less risk in dealing in traditional zones that have nanodarcies to darcies of permeability or excuse me -- millidarcies to darcies of permeability rather than nanodarcies." | SandRidge | statement, the "performance in the Mississippian" has not "continued to improve." Rather, the EUR of recent wells were clearly underperforming the type curve.<br><br>Statements discussing production and growth of production were misleading because there was a steep drop off in production at older wells, and because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Likewise, the statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Ward's reference to 30-day IPs coming in better than type curve misleading because creates false impression that EUR of wells better than type curve when not true.<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well | |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | performance was consistent across their entire leasehold, which extended for hundreds of miles.<br><br>Defendants also failed to disclose the 409 Total Mboe figure was the result of SandRidge improperly pressuring NSAI to meet SandRidge's internal estimates for oil and gas production in the Mississippian. | |
| 23 | 2/17/12 | On February 17, 2012, an earnings conference call was held for analysts and investors to discuss the financial and operational results of the Mississippian Trust I for the fourth quarter 2011. In the question and answer portion of the call, the following exchange occurred with respect to the Company's increasing gas production and stable oil production:<br><br>"Kevin Smith - Raymond James & Associates – Analyst<br>Okay, great. And the other thing, it seems like your recent wells have had a higher gas weighting than I think 55% is what you're kind of forecast. Are you -- do you agree with that? Is that what you're seeing? Or are you just then maybe drilling in a gassier weighted part of the field? Or how should I think about that? | Ward; SandRidge | Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Contrary to Ward's statement, the oil EUR was lower than as refelcted on the type curve. | Same as #20; In addition:<br><br>• 2/12/12 PINN0000151Pinnacle decline curve analysis with ARIES on 54 grant county wells, very low EUR's only 5 wells above 100 Mbbl/well. This work shows a much lower assessment of oil EUR by an independent engineer.<br><br>• 2/12/12 SD-SECURITIES-1129710 Email from Craig Johnson stating he observed 132 wells falling below the Corporate TC. More importantly, the last sentence "Your area specific pro-forma curves are much more valuable for managing our drilling program." This shows that they ran their business with TC's that varied by area, contradicting statements that the 456 TC is matched in all areas. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | Tom Ward - SandRidge Energy - Chairman, CEO<br>No, you know, we do agree with that. I think the wells overall in the play appears to be gassier than what we initially projected. **The important thing is to know that that's not the – at the expense of oil. The oil is coming in on target. And they're just making more gas."** | | | |
| 24 | 2/23/12 | On February 23, 2012, the Company announced its financial and operational results for the fourth quarter 2011 ("4Q11") and fiscal year 2011 in a press release (the "2/23/12 Press Release") which it filed with the SEC on Form 8-K.<br><br>The 2/23/12 Press Release reported that during 4Q11, oil production had increased 26% "mainly due to continued development of the company's oil properties in the Mississippian play and Permian Basin." It also noted that, for fiscal year 2011, oil production had increased 60% "mainly due to oil production added as a result of the company's drilling programs in the Mississippian play and Permian Basin." | SandRidge. The 4Q11 8-K was signed by Bennett | Statements discussing production and growth of production misleading because there was a steep drop off in production at older wells. Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading. | Same as #23; In addition:<br><br>• 2/22/12 SD-SECURITIES-0233677 -783<br>E-mail thread with Lawler, Grubb and Koontz regarding oil production tracking projections, and increasing drilling locations and number of rigs to meet projections. Demonstrates accelerated drilling, completions and ESPs to overcome shortfall from the plan based on the type curve well performance. Charts show oil, gas and boe projects with S1 and S2 models, and current. The thread indicates concerns with not meeting projections. Overlap of documents #0080761-64 is correspondence between Lawler and Bennett - decision to drill "7 SDR wells at once, commencing between the 2nd and 3rd week in March." |
| 25 | 2/27/12 | On February 27, 2012, SandRidge filed its annual report on Form 10-K with the SEC for the year ended 2011 (the "2011 10-K"). The 2011 10-K discussed, among other things, the following about the Mississippian:<br><br>"The Mississippian fomation can reach | SandRidge. 2011 10-K was signed by Ward and Bennett. | Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles. | Same as #24. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | 1,000 feet in gross thickness and the targeted porosity zone is between 50 and 100 feet in thickness. The formation's geology is well understood as a result of the thousands of vertical wells drilled and produced there since the 1940s. At December 31, 2011, the Company had approximately 1,692,000 gross (1,329,000 net) acres under lease, of which approximately 49,600 gross (42,000 net) acres were included in the Mississippian Trust I's area of mutual interest." | | | |
| 26 | 3/12/12 | On or about March 12, 2012, the Company provided investors with its 2011 Annual Report to investors, which attached the 2011 10-K. As an introduction to the 2011 Annual Report, Defendant Ward wrote a letter to SandRidge shareholders ("2012 Shareholder Letter"), which stated in pertinent part:<br><br>"Upon completing our transformation from natural gas to oil in 2010, we took additional bold measures in 2011 to further ensure our ability to deliver increased shareholder value in 2012 and beyond. We have purchased $400 million of leases in the Mississippian Oil Play, which stretches from northern Oklahoma to western Kansas, **securing two million acres(1) in an area we believe generates the highest rate of return for horizontal drilling in the U.S. today and will be the primary driver of growth for the** | Ward; SandRidge | Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. This resulted in a misrepresentation of the economics of the Mississippian.<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles.<br><br>Defendants knew they overstated the ROR for the Mississippian. | Same as #24; In addition:<br><br>• Lawler created the BPR Format and Content Structure. Lawler Ex. 58. The format accounted for Mississippian drilling, production, completions, and well economics, among other items. *Id.* Lawler testified that the new format for BPRs, would involve a review of all new wells drilled in any respective quarter going forward, starting with the end of the first quarter of 2012. Lawler Tr. at 359:15 - 361:4.<br><br>• 3/9/12 SD-SECURITIES-0470922 Excel file by Kyle Koontz calculating EUR by color coded area, varying substantially from 51 Mbbl to 265 Mbbl. 8 out of 11 areas below the corporate TC. The average is 157 Mbbl.<br><br>• 3/10/12 SD-SECURITIES-0458334 Email showing Ward a much lower oil EUR of 138 Mbbl, calculated by Atinum, than the Corporate TC of 204 Mbbl. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | **company going forward**."<br><br>The 2012 Shareholder Letter also addressed oil production in Mississippian play, stating, in pertinent part, as follows: "An average horizontal well costs $3.2 million to drill, **produces 456 thousand barrels of oil equivalent (Mboe) and provides and internal rate of return of approximately 98 percent. . . . Because of its exceptional economics, our Mississippian acreage has been a remarkable source of value creation for the company**." | | Failed to disclose that acquired new acreage to continue to conceal the true economics of the Mississippian in the future, or could, potentially, include wells with better economics that would put SandRidge back on track to meet their operational goals. | • 3/10/12 SD-SECURITIES-0458334<br>Email to from Ward revisiting the JP Dick type curve work of 6/24/11. Demonstrates Ward's knowledge about much lower reserves calculated by Atinum and their consultant. |
| 27 | 3/20/12 | On March 20, 2012, SandRidge filed its Form 10-K/A with the SEC for the year ended 2011 (the "2011 10-K/A"), which states, among other things:<br><br>"During 2011, the Company increased oil production over 2010 to a record 11.83 MMBbls, while increasing consolidated Proved PV-10 by 52% over year end 2010 with a reserve replacement rate of 303%. These increases are mostly attributable to the Company's successful drilling programs in the Mississippian Horizontal Play, where the Company has pioneered development and proven the play's value. . ." | SandRidge. 2011 10-K/A was signed by Ward and Bennett | Statements discussing production and growth of production are misleading because there was a steep drop off in production at older wells. Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for | Same as #26; In addition:<br><br>• 3/13/12 SD-SECURITIES-0235014<br>Email chain between Ward, Grubb and others talking about spacing between wells, and the risk of interference. This email shows that interference was a concern with downspacing, that Ward and Grubb held these concerns and that Ward and Grubb were involved in the details of development drilling. They mention the need for a study of interference.<br><br>• 3/14/12 SD-SECURITIES-0282970<br>Emails with Ward and Grubb, Ward showing attention to detail on interference pair of wells.<br><br>• 3/15/12 SD-SECURITIES-0437619<br>Notes from "Planning and New Well Completion Review" discussing substantial underperformance of new wells with Ward paying close attention. The notes clearly state "Unfavorable results from 14 0f 29 wells in February and 6 of 18 wells in March". Shows Ward's awareness of poor well performance. |

**EXHIBIT A**

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | hundreds of miles. | • 3/15/12 SD-SECURITIES-0591460 BNP report on SD EUR below 300 MBOE. SD developed a rebuttal to BNP's finding blaming the incompleteness of publicly available data. They claimed 47% of the data was missing but this number is grossly distorted by SD using a much later cutoff date for the data. SD did an analysis attempting to show that differences in NRI also caused much of the discrepancy (3/15/12 SD-SECURITIES-0235107).<br><br>• 3/16/12 SD-SECURITIES-0603042 File "EUR comparison NSAI YE2011 vs SR0412.xlsx" with EUR Comparison NSAI YE2011 vs SR0412. Line item comparison of EUR's as follows:<br>NSAIYE11 224 wells 184 MBO 1397 MMCF 422 MBOE SR0412 227 150 1063 327 -23% reduction in EUR (MBOE) |
| 28 | 4/17/12 | On April 17, 2012, the Prospectus for the initial public offering of the SandRidge Mississippian Trust II became effective. The Mississippian Trust II Registration Statement described the Company's "understanding" of the Mississippian region:<br><br>"The Underlying Properties are located in northern Oklahoma and southern Kansas in the Mississippian formation, which is an expansive carbonate hydrocarbon system located on the Anadarko Shelf. ...The formation's geology is well understood as a result of the thousands of vertical wells drilled and produced there since the 1940s, including approximately 73 vertical wells drilled on the Underlying Properties, and over 400 horizontal wells drilled in the region in | SandRidge | Defendants did not have a strong understanding of the geology of the Mississippian Play and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles. | Same as #27; In addition:<br><br>• 4/4/12 SD-SECURITIES-0591472 "Copy of Book 5.xls" Monthly data, pivot tables and Table in "Pre-well#145" tab that shows avg EUR = 423 MBOE for 2010 wells and 270 MBOE in 2011. Average EUR for 186 wells 305 MBOE (-33% below type curve), 134.5 MBO, 1,023 MMscf.<br><br>• 4/13/12 SD-SECURITIES-1125165 Email trail with Lawler stating: "Note Jan and Feb oil rates are extremely poor." |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | the Mississippian formation." | | | |
| 29 | 5/3/12 | On May 3, 2012, the Company announced its financial and operational results for the first quarter 2012 ("1Q12") in a press release (the "5/3/12 Press Release") which it filed with the SEC on Form 8-K. In the 5/3/12 Press Release, among other things, the Company highlighted "Mississippian daily average production grew by 23% quarter over quarter" and "Record oil production in first quarter of 3.4 MMBbls." | SandRidge. 8-K was signed by Bennett. | Statements discussing production and growth of production misleading because there was a steep drop off in production at older wells. Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants increase number of wells to mask steep drop in production at older wells. | Same as #28; In addition:<br><br>• 4/24/12 SD-SECURITIES-1193261 Reservoir presentation by Kyle Koontz, showing area proformas lower than the corporate TC, plus very low EUR IN Comanche County, just 108 MBO, shows economics run at much lower EUR than Corp TC. Shows economics for Comanche drilling program.<br><br>• 4/24/12 SD-SECURITIES-0601974 Log Normal Dist showing interference, oil EUR in secondary wells average 129 MBO, and primary wells average 174 MBO. The secondary wells' EUR is -26% lower.<br><br>• 4/30/12 SD-SECURITIES-0102167 Email to Tom Ward showing table of EURs from EOY11 NSAI below type wells at 369 MBOE for 197 wells, source of table Kyle Koontz sent 4/23/12. Demonstrates Ward knew of -19% lower EURs at YE 2011 than purported in the 456 mboe type curve.<br><br>• 4/30/12 SD-SECURITIES-0102175-177 Emails between Grubb and Ward discussing Ok vs KS EUR's and farm out economics. Grubb and Ward are evaluating economics prepared by Koontz that is based on an oil EUR of only 108 Mbbl for Comanche County, about half of the type curve. Shows very low EUR and also shows business planning based on much lower EUR values for Comanche County. |
| 30 | 5/4/12 | On May 4, 2012, the Company held an earnings conference call for analysts and investors (*See, e.g.*, SD-SECURITIES-0289306). Defendant Ward stated, in | SandRidge; Ward; Grubb | Statements discussing production and growth of production are misleading because there was a steep | Same as #29. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | pertinent part:<br><br>"During the [last] two years, we leased 2.2 million acres for about $415 million and created one of the largest oil resource plays in the world. Now, it is widely known that the Mississippian is among the very best places to drill and in our opinion, it is the very best place to drill in the United States. It is important to note that SandRidge is focused on only two drilling plays and one resource play to lease land in the last three years.<br><br>Our Company standard is to be the most efficient operator of each area we choose to develop. We are efficient because of our relentless focus on the single plays. In the Mississippian, this allows us to prepare lead time to install electricity and disposal before we drill and to watch our drilling costs very closely. We see a lot of companies talk about how much a well might make in a particular play, on a particular day, but not many discuss what really matters, which is how much you spend, how you prepare, and how much you find after drilling several hundred wells on your way to several thousand.<br><br>* * *<br><br>Our type curve, EUR, of 456,000 barrels equivalent has an average peak 30-day rate of 275 barrels of oil equivalent per day. However, we do have prolific success stories. One well we recently | | drop off in production at older wells. Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about Mississippian oil production, reserves, and economics false and misleading.<br><br>Defendants did not have a strong understanding of the geology of the Mississippian Play, and misrepresented that well performance was consistent across their entire leasehold, which extended for hundreds of miles.<br><br>Defendant Ward described some of the best wells but failed to describe wells that performed poorly, including wells in Comanche County, KS. Ward failed to disclose that the EUR for SDs wells were substantially underperforming the type curve and that the SD operations group was using much lower proforma targets than the type curve and determined that PDPs had lower EURs than type curve. | |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | completed in Alfalfa County, Oklahoma averaged more than 2,200 barrels of oil equivalent per day at 92% oil and is calculated to be the third highest, 30-day rate oil well drilled in the United States in the last three years.<br><br>* * *<br><br>However, we have chosen to not only discuss our best wells, but the nearly 300 wells we drilled across the more than 150 miles from Comanche County, Kansas to Noble County, Oklahoma. A well that averages only 244 barrels of oil equivalent per day, which is what our type curve was at the end of 2010, would have a rate of return of more than 80%. A well that averages 310 barrels of oil equivalent per day during a 30-day peak rate will have a rate of return of over 125%. We are very happy with both of these outcomes or really any in between, because even at the low end of the range, we can meet our three-year goal of tripling EBITDA, doubling oil production, and improving our credit metrics.<br><br>* * *<br><br>Our production in the Mississippian averaged 19,300 barrels of oil equivalent per day for the first quarter, but is currently over 26,000 barrels of oil equivalent per day. Our Miss production | | The reference to 30-day production rate was misleading because creates false impression that EUR of wells better than type curve when not true. | |

**EXHIBIT A**

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | has grown from a standing start in 2010 to the 26,000 barrels of oil equivalent per day, level with only an average of 14 rigs. You can imagine the growth we plan to have with 45 rigs running by the end of 2013.<br><br>* * *<br><br>We have started our first two wells in the extension portion of our Mississippian Play. Like the original Mississippian, we expect to have a statistical combination of good and not as good wells. However, this is still a play that, in the long-term, will provide excellent returns for the Company and our investors. Just a reminder that we had over 7,000 vertical wells to tell us where to buy acreage and it's the same formation with the same trapping mechanism that we're drilling in the original play. Therefore, we believe the risk is low, but we'll know much more by the end of the year as we drill our first 50 wells in western Kansas."<br><br>During the 5/4/12 Conference Call, Defendant Grubb responded to a question about whether the type curve SandRidge was using should be adjusted for potential eventual decline in the B factor, stating, in pertinent part, as follows:<br><br>"Craig Shere – Tuohy Brothers – Analyst Okay, and one last question, I don't know if Matt wants to take it, but there is some talk of potential eventual decline in the B | | | |

**EXHIBIT A**

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | factor given more results over time? I was just wondering given some of the well results you've announced and more time under your belt, if there's any thought about adjusting the type curves?<br><br>Matt Grubb – SandRidge Energy, Inc. – President and COO<br>Really, we're not looking at adjusting type curve now. We'll probably do it here at the end of the year. But right now everything looks to be on track with what we have modeled to the 456,000 barrels EUR. We'll look at it again at the end of the year and see how everything's declining and then make a decision at that time."<br><br>Defendants also provided a power point presentation to investors, which maintained that production from its horizontal Mississippian type well remained steady at "204 Mbbl (100% Crude)" and total production of "456 Total Mboe" – a liquid fraction of 45% oil and 55% gas. | | | |
| 31 | 8/2/12 & 8/3/12 | On August 2, 2012, Defendants announced SandRidge's financial results for the second quarter 2012 ("2Q12") and first six months of 2012 in a press release (the "8/2/12 Press Release"), which was filed with the SEC on Form 8-K. The 8/2/12 Press Release highlighted certain items, including a statement that the "Mississippian daily average production grew 31% quarter over quarter and 199% from the comparable period in 2011." | Ward; SandRidge. 8-K was signed by Bennett. | Same as #30.<br><br>Additionally, by describing the potential 8,000 drilling locations, Defendants made it appear that investors should multiply the number of potential locations with the EUR of the type curve to determine total potential reserves. This was | Same as #29; In addition:<br><br>• 5/4/12 SD-SECURITIES-0920637 - 638<br>Email from Koontz sending pre-drill economics with EUR's for 33 wells drilled in March to early May, EUR avg 182 MBO, 1174 MMscf, 378 Mboe (-17% below Type Curve).<br><br>• 5/17/12 SD-SECURITIES-0107413<br>Ward and Grubb discussing drops in production due to interference. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | With respect to the Company's drilling activities, the 8/2/12 Press Release discussed the Mississippian Play, stating, in pertinent part, as follows:<br><br>During the second quarter of 2012, SandRidge drilled 91 horizontal wells: 71 in Oklahoma and 20 in Kansas. This brings the total horizontal wells drilled during the first half of the year to 159 wells. ...SandRidge has an inventory of approximately 8,000 drilling locations on approximately 1.7 million net acres.<br><br>The release also stated "Oil production increased 65% to 4.6 MMBbls from second quarter 2011 production of 2.8 MMBbls mainly due to continued development of the company's properties in the Mississippian play[.]"<br><br>On the Conference call the next day, Ward stated "[t]he Mississippian continues to be our growth engine. Last quarter, we drilled 91 horozinal wells, and our production continues to meet or beat our expectations. This play also is a shallow, low-risk, carbonate reservoir where production per well on a 30-day rate has continued to improve over time."<br><br>. | | misleading because Defendants knew that the EUR from PDPs was materially lower than type curve. | • 5/23/12 SD-SECURITIES-0489233&1117644 March BPR Presentation Materials. Slides indicate appraisal reserves per well of 310 Mboe for 78 wells drilled YTD in 2012. Also shows an actual rate of return of 45%.<br><br>• 6/1/12 SD-SECURITIES-1036219 Koontz email re MY12 EUR update. The attached excel file SD-SECURITIES-1036220 shows that Ops EUR's were higher than Corp Res Eng - both of which were materially lower than type curve:<br><br>Ops 141 Mbbl 1125 MMscf 349 wells<br>Corp 121 Mbbl 880 MMscf 323 wells<br><br>• 6/2/12 SD-SECURITIES-0113195 Email trail including discussion between Ward and Grubb about being 5,000 BOPD below the peak, and inconsistent results near good wells. Bennett is also on the thread.<br><br>• 6/5/12 SD-SECURITIES-0114382 Email of Ward's involvement in MBU meeting that has on the agenda "SDT performance - falling short of S-1. Also refers to poor results in Comanche County.<br><br>• 6/8/12 SD-SECURITIES-0441430 File "Horz Miss Prod with type curves.pdf" showing actual well declines compared to the type curve; nearly all wells declining faster or producing well below the type well. This file was circulated among top management (*See* -441429), including Ward.<br><br>• 6/12/12 SD-SECURITIES-0032220 – 221 Excel file "6-12-12.xlsm" showing comparison of |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | YE11 to MY12, 31% reduction in PDP reserves with detail on the largest negative revisions, >$100 MM NPV loss, demonstrating economics worse than represented.<br><br>• 6/13/12 SD-SECURITIES-0589654 Excel file “Proforma Data 6-13-12.xlsx” Aries data dump showing average EUR 122 Mbbl oil, 871 MMscf gas and 267 MBOE for 361 wells.<br><br>• 6/14/12 SD-SECURITIES-0118291 Email from Ward showing his involvement in picking well locations, preferring other areas to NW Comanche.<br><br>• 6/14/12 SD-SECURITIES-0542837 Email signaling concern of big negative reserve revisions of -17 MMBOE in the mid-year reserves, plus a mention of “Tom’s wells.”<br><br>• 6/14/12 SD-SECURITIES-428789 Email with Lindsey Austin stating that the proforma data is not fitting the type curve.<br><br>• 6/14/12 SD-SECURITIES-0428832 Proforma curve that shows oil production from 2011 underperforming significantly, supporting Lindsey’s comment above about “not fitting the 456 too well”.<br><br>• 6/15/12 SD-SECURITIES-0589856 Internal analysis of Miss well performance by area; graphs showing actual versus projected production of 470 MBOE. Prepared by Reservoir Engineer Matt Powe. Proforma’s by area showing only Northern Alfalfa S KS (156 wells) outperforming type curve and all others seriously underperforming. Demonstrates awareness of underperformance in all areas except N |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | Alfalfa-S KS and Eastern Woods County. Very poor performance in Comanche County.<br><br>• 6/19/12 SD-SECURITIES-0121117<br>MBU development planning meeting, mentions steep declines in 2012 wells.<br><br>• 6/20/12 SD-SECURITIES-1037038<br>April BPR Presentation materials showing a 46% rate of return for 103 wells drilled YTD. The average EUR estimated for these wells is 329MBOE, -28% lower than claimed in the corporate TC.<br><br>• 6/21/12 SD-SECURITIES-0032240<br>Spreadsheet "PUD sheets_.xlsx" of PUD wells showing average EUR for Drilled PUDs = 268 MBOE, resulting in much higher finding cost Booked at \$8.73/BOE vs Current cost of \$16.79/BOE (Look at Mississippi Horizontal Type Curve line). Booked gross EUR for new PUDs are down -41% from YE11.<br><br>• 6/21/12 SD-SECURITIES-0589939<br>Excel file "PUD REVIEW_6 11 12 AZ NOTES (6-21-12).xlsx" has oneline tab showing EUR = 123 MBO, 900 MMscf, and 272 MBOE for 323 wells.<br><br>• 6/22/12 SD-SECURITIES-0729825<br>Nguyen file showing major downward revisions from Midcon.<br><br>• 6/22/12 SD-SECURITIES-0673256<br>Agenda by Craig Johnson recognizing SD Trust I shortfall and options to assist recovery.<br><br>• 6/22/12 SD-SECURITIES-0442564<br>Email from Lawler cc'ing Grubb discussing SDT well |

**EXHIBIT A**

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | performance vs type curve.<br>• 6/22/12 SD-SECURITIES-0442470<br>Plots of SDT wells vs type curve that shows underperforming wells outnumber overperforming wells by 7 to 1 in a group of 92 wells. This file is discussed in the email above by Lawler, with Grubb cc'd.<br>• 6/24/12 SD-SECURITIES-0123230-231<br>Email thread regarding poor results in Kansas drilling with Ward and Grubb. Grubb expresses doubt that throwing more rigs at it will solve the problem. Grubb advises Ward that "[p]roduction is dropping fast elsewhere." Earlier in the thread, Ward writes "it is dangerous to think we understand a very large area using regional analysis."<br>• 6/25/12 SD-SECURITIES-0428958<br>Email announcing PUD Review meeting on July 12th, 2012, with Tom Ward as required attendee.<br>• 6/25/12 SD-SECURITIES-0428957<br>Email between reservoir engineers raising the b factor to 2, which has a significant impact raising EUR, first for YR1012 and applying the increase to MY2012. Lindsey states "Now that we are reforecasting and using a 2."<br>• 6/26/12 SD-SECURITIES-0032244<br>The 1st EUR report after the b Factor = 2 change and after the 6/12-13/12 versions, raising EUR by +60%, despite all of the negative findings on well performance and EUR.<br>• 6/26/12 SD-SECURITIES-0673253 |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | File “Royalty Trust - SDT 6.22.12.xlsm” showing large shortfall in oil from Trust I original PDP wells compared to the S1 target.<br><br>• 6/27/12 SD-SECURITIES-0032247<br>MidCon Mid-Month 6-27-12.pptx performance review. The slide below clearly shows that the base (PDP) is declining much faster than the target forecast, the day after PDP EUR was increased +60%.<br><br>• 7/5/12 SD-SECURITIES-0236379<br>Email from John Trahan (Repsol Asset Mgr) to Rodney Johnson stating that Repsol calculates lower reserves and requesting meeting to review methods/assumptions.<br><br>• 7/6/12 SD-SECURITIES-0428967<br>Email discussing large number of PUD adds, and also shows very high well cost ($3.41-$3.75MM), which is much higher than shown in the economics released publicly.<br><br>• 7/10/12 SD-SECURITIES-1111319<br>May 2012 BPR Presentation materials showing an average EUR of 343 MBOE and ROR of 50% for 130 wells drilled in 2012 through May.<br><br>• 7/11/12 SD-SECURITIES-0589604<br>L. Austin spreadsheet that shows a tab and 2 sets of EUR’s.<br><br>• 7/11/12 SD-SECURITIES-0589607<br>Pdf file “Miss Horizontal Presentation.pdf” showing 194 Mbo oil and 431 MBOE average for 376 wells, conservative case just mentioned on a couple plots. TC plots show clear underperformance in many areas. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | | | | • 7/12/12 PINN0013907<br>Pinnacle Reserve report prepared by JP Dick for Atinum. Average EUR of 301 Mboe for Grant, Alfalfa and Woods counties.<br><br>• 7/15/12 PINN0000248<br>PES & Atinum presentation on JV, with Atinum coming up with their own EUR's. Atinum prepared the slide deck. Atinum EURs are much lower than SD, NSAI or JP Dick.<br><br>• 7/20/12 SD-SECURITIES-0032430<br>Austin admitting "we have always included the non-ops to help our type curves. They are still better than our wells and help our average". She also shows average EUR for "Optimistic" Case of 434 MBOE Mbbl and a "Conservative" case with 316 MBOE, which match SD-Sec-0589604. An Optimistic case is not suitable for proved reserves and violates industry standards.<br><br>• 7/23/12 SD-SECURITIES-1038430<br>Email Ops vs Corp, by Kyle Koontz, still using corp PDPs, this time SR1012 contained in attached file SD-SECURITIES-1038435. |
| 32 | 8/14/12 | On August 14, 2012, Defendant Ward participated in the EnerCom Inc. Oil & Gas Conference (*See, e.g.*, SD-SECURITIES-0019855; SD-SECURITIES-0001760).<br><br>As part of his presentation at the 8/14/12 Conference, Defendant Ward provided power point slides, which continued to claim that the liquid fraction for the | Ward; SandRidge | Misleading because the EUR from SD's PDPs were lower than represented with a higher gas percentage. Statements about reserves, and economics false and misleading. Ward knew EUR and oil% lower than type curve. | Same as #31; In addition:<br><br>• 8/6/12 SD-SECURITIES-0694017<br>File "Proforma Report Through 7-2012 (Wells With MidYear Reserve Bookings).pdf" provided a line item comparison of 282 wells Proforma vs Actual cumulative production, with Matt Grubb custodian. The table shows a summary line item that overall Miss Lime Horz well production was -17% low on oil, -8.6 low on gas and -13% low on BOE for cumulative |

**EXHIBIT A**

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | Mississippian type curve was 45% oil and 55% gas as a result of production numbers of "204 Mbbl (100% Crude)" and "456 Total Mboe." | | | production to date compared to the type curve.<br>• 8/6/12 SD-SECURITIES-0320350 Tuohy Brother' 2012 Energy Conference Aug 6, '12. SD was advertising the NW Extension area as vast potential but failed to mention the much lower oil EUR in Comanche and the drop off in gas NW of Comanche as identified by Lee Keeling LEE0000594&5.<br>• 8/8/12 SD-SECURITIES-0742711 Log normal plot of 38 well pairs shows strong evidence for interference, 30-day IP average 340 BOEPD for 1st well and only 230 BOEPD for 2nd well of pair.<br>• 8/9/12 SD-SECURITIES-0144124 D. Johnson to Ward/Grubb about wells establishing the limits of the extension play. "In northwest Comanche our Amelia Grace and Iris wells are poor producers that could define the northwest part of our development area, and the poor results of the Teal combined with discouraging results from the Huck thus define the western limit."<br>• 8/9/12 SD-SECURITIES-1206806 June BPR Presentation materials listing an average EUR of 305 MBOE for wells drilled in 2012 through the end of June, with an estimated ROR of 31%. |
| 33 | 9/5/12 | On September 5, 2012, Defendant Ward, on behalf of the Company, participated in the Barclays CEO Energy/Power Conference.<br><br>During the 9/5/12 Conference, Defendant Ward gave a power point presentation, which, once again, maintained that production from the Mississippian type | Ward; SandRidge | Same as # 32. | Same as #32; In addition:<br>• 8/21/12 SD-SECURITIES-0147719 Meeting notes from Miss Business Unit (MBU) available for other time periods. Kyle Koontz observing that 4 areas are sub-economic. Ward and Grubb copied on meeting notes email.<br>• 8/24/12 SD-SECURITIES-0149154 |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | well was 45% oil and 55% gas as a result of production numbers of "204 Mbbl (100% Crude)" and "456 Total Mboe." | | | Koontz runs economics on NW Comanche 16 well program, assuming 75 Mbbl gross oil EUR/well (1,204 Mbbl/16), with Matt Grubb responding, showing a rate of return of 40%. |
| 34 | 10/2/12 | On October 2, 2012, Defendant Ward gave a presentation at the Johnson Rice & Co LLC Energy Conference. (*See, e.g.*, SD-SECURITIES-0186411; SD-SECURITIES-0186411).<br><br>Defendant Ward stated:<br><br>And as I have mentioned, the Mississippian is an area we have -- us and our partners have just over 2 million acres, 2.2 million acres of land.<br>We have now the largest footprint. We have drilled the most wells. This is the area that we look at over the next decade or more that what the Company will be known for. As we drill in the Mississippian, this is the target of the Company and what will be thought of as our future in moving forward building the Company.<br><br>So in six years, we started from scratch. Today, as last quarter, we produce over 90,000 of Boe a day and market cap of $3.4 billion, enterprise value of $7.4 billion.<br><br>…[s]o they have -- and the Mississippian, the 30-day IP is on the type curve of 275 barrels a day.<br><br>We've drilled 432 wells to date, which is | Ward; SandRidge | Same as #32.<br><br>Additionally, by describing the potential 8,000 drilling locations, Defendants made it appear that investors should multiply the number of potential locations with the EUR of the type curve to determine total potential reserves. This was misleading because Defendants knew that the EUR from PDPs was materially lower than type curve. | Same as #33; In addition:<br><br>• 9/13/12 SD-SECURITIES-0158699<br>Email between Rodney and Grubb showed a big disconnect between the forecasted and actual rates of wells drilled in the 1st half of 2012.<br><br>• 9/13/12 SD-SECURITIES-0158703<br>Attached to Grubb/Rodney email above SD-Sec-0158699. This comparison of forecast vs actual oil rate shows actual oil falling far short of forecast. Oil production remained flat or declining since May 2012, and final oil rate was more than 10,000 bopd below the modeled forecast assuming the 456 MBOE type curve.<br><br>• 9/13/12 SD-SECURITIES-0237168<br>July BPR presentation materials showing EUR for 191 wells drilled in 2012 through the end of July averaging 303 Mbbl with an ROR of 29%.<br><br>• 9/17/12 SD-SECURITIES-0237420<br>Email trail involving Ward/Grubb/Rodney on "basically why aren't we growing the Miss." "the base was declining much faster than expected" and "a drop from ~20,000 to 12-13,000 bopd versus a projection of ~18,000 bopd."<br><br>• 9/17/12 SD-SECURITIES-0237420 and 0237425<br>Plot sent to Rodney Johnson showing wells drilled in the 1st half of 2012 and 3Q 2012 declining much more rapidly than the 456 type curve, graph attached in SD-Sec-0237425. |

# EXHIBIT A

| # | Date | Statement | Person/Entity Making the Statement | Why Misleading | Additional Evidence |
|---|---|---|---|---|---|
| | | 45% of all the wells drilled in the play. So as the Mississippian is continuing to grow, SandRidge has been the leader and continues to be the leader as we have now stepped out over 200 miles across the whole Mississippian play and have drilled wells and found commercial production.<br><br>So the Mississippian growth has been fairly dramatic for us. As I mentioned, we started producing in 2010, the first quarter of 2010. And by the second quarter of 2012, we are producing over 25,000 barrels of oil equivalent per day, and that is with an average of about 15 rigs. So today we have 30 rigs running and ultimately by the end of 2013, we anticipate having 45 rigs. | | | • 9/25/12 SD-SECURITIES-0167513 From weekly "Summary of MBU Meeting" notes. Problems identified with oil production, increasing GOR, steeper decline than corporate TC, high grading development and land acquisition to higher PVI pro-forma areas. CC'd to Ward/Grubb/Lawler in SD-SECURITIES-0167508.<br><br>• 9/25/12 SD-SECURITIES-0034263 An EUR study by area showing widely varying EUR by Kyle Koontz, first done in SD-SECURITIES-0470922 (3/9/12). Type Curve analysis of different areas. Only 1 EUR in MBOE out of 11 is greater than their standard type well, weighted average EUR 334 MBOE. 3 areas uneconomic.<br><br>• 9/28/12 SD-SECURITIES-0712478 File showing in June 2012 oil production -37% below target, sent to Grubb from Will Henson in SD-SECURITIES-0712477.<br><br>• 10/1/12 SD-SECURITIES-0034538 Recon emails showing -24 MMBOE revision for Midcon, 3Q vs 2Q, Austin included in 1st email. |