# EXHIBIT 114

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) | No. 5:12-cv-01341-G |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | RESPONSES AND OBJECTIONS TO DEFENDANT TOM W. WARD'S REQUESTS FOR ADMISSION TO LEAD PLAINTIFFS |
| ALL ACTIONS. | ) | |

Pursuant to Federal Rules of Civil Procedure 26, 36 and applicable Local Rules of the United States District Court for the Western District of Oklahoma, Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Vladimir Galkin and Angelica Galkin ("Lead Plaintiffs") hereby respond to Defendant Tom L. Ward's Requests for Admissions to Plaintiffs dated February 27, 2019 (the "Requests"), as follows:

## GENERAL OBJECTIONS

Lead Plaintiffs generally object to the Requests on the following grounds. All individual responses set forth herein are subject to and without waiver of any of these General Objections:

1. Lead Plaintiffs object to the Requests and the Definitions and Instructions contained therein to the extent that they purport to impose any obligations upon Lead Plaintiffs that are not imposed by law or are otherwise broader than or inconsistent with

RESPONSE TO REQUEST NO. 1:

Deny.

REQUEST NO. 2:

Admit that analyst reports concerning SandRidge issued between March 1, 2011, and August 7, 2012, contain the following statements:

REQUEST NO. 2a:

a. On March 1, 2011, a KeyBanc Capital Markets report stated the Mississippian is “a statistical play” and “variability is expected in EURs.”

RESPONSE TO REQUEST NO. 2a:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. The full excerpt states: “The play is still early and the Company has indicated that it is a statistical play, so variability is expected in EURs.”

REQUEST NO. 2b:

b. On March 1, 2011, KeyBanc Capital Markets reported that “it is too early to tell whether there might be communication between well bores longer term.”

RESPONSE TO REQUEST NO. 2b:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. The full excerpt states: “We note that several wells have been drilled on 160-acre spacing and have shown no interference to date. While these are encouraging data points, it is too early to tell whether there might be communication between well bores longer term.”

REQUEST NO. 2c:

c. On April 13, 2011, Boenning & Scattergood reported that "[a]lthough it believes 7,000+ vertical wells and ~100 horizontal wells have de-risked its acreage, SD expects to continue to see significant variability in results."

RESPONSE TO REQUEST NO. 2c:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 2d:

d. On May 9, 2011, RBC Capital Markets reported that "while statistically the wells are conforming to a very good average, there is still a wide variation and long-term production history for horizontal wells here are limited."

RESPONSE TO REQUEST NO. 2d:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 2e:

e. On August 4, 2011, a Canaccord Genuity *Daily Letter* on SandRidge stated that "[f]rom a value perspective, this [August 4, 2011 quarterly results] announcement appears neutral as slightly higher production is largely offset by much greater CAPEX and higher operating expense."

RESPONSE TO REQUEST NO. 2e:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 2f:

f. On August 5, 2011, a BMO Capital Markets *Energy: Exploration & Production* report on SandRidge stated: "We are lowering our 2012E EPS/CFPS on higher LOE and interest expense."

RESPONSE TO REQUEST NO. 2f:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 2g:

g. On August 8, 2011, a Canaccord Genuity *Daily Letter* on SandRidge stated: "We are lowering our target price $2 to $10 per share due to a material cash flow deficit and higher operating expense."

RESPONSE TO REQUEST NO. 2g:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 2h:

h. On August 8, 2011, a RBC Capital Markets *Equity: Research* report on SandRidge stated: "We are reducing our target price by $2 to $12/share, related to the capital needs over the course of the next 18-months."

RESPONSE TO REQUEST NO. 2h:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 2i:

i. On August 8, 2011, RBC Capital Markets reported that the 30-day initial production rate of SandRidge's 111 horizontal wells drilled in the Mississippian at that time were exceeding the 2010-year-end type curve that Netherland Sewell created, and attributed such "type curve outperformance" to "stronger natural gas contribution."

RESPONSE TO REQUEST NO. 2i:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. The excerpt makes no reference to the 2010 year-end type curve. The report also states, "[t]he planned rig count increases to 18 by 2011YE and 30 by 2012YE."

REQUEST NO. 2j:

j. On August 11, 2011, Canaccord Genuity reported that SandRidge was then running 14 drilling rigs in the Mississippian "and plan[ned] to steadily increase activity to 30 rigs by year-end '12."

RESPONSE TO REQUEST NO. 2j:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 2k:

k. On August 18, 2011, J.P. Morgan reported that it was modeling 20% year-over-year production growth through 2015 "mainly due to accelerated drilling in the Mississippian Hz play."

RESPONSE TO REQUEST NO. 2k:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 2l:

l. On February 15, 2012, BNP Paribas stated: "Public data indicate SD's Mississippian horizontals have steeper decline and a faster fall-off in liquids content than the SD curve. Our analysis suggests the program is tracking 265 Mboe EURs and 67% gas vs. 456 Mboe and 56% gas, as per company guidance."

RESPONSE TO REQUEST NO. 2l:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. That analyst report also stated: "Problem could be with our data, not SD's wells. SD's type curve is reasonably similar to other operators in the play, and the company's reserves are audited by third-party engineers. We can identify three reasons that our data could be misleading. . . . Company indicates Oklahoma State data are flawed."

REQUEST NO. 2m:

m. On February 15, 2012, BNP Paribas stated: "Mississippian horizontal wells could be much gassier and have lower EURs than the company represents (260 Mboe and 67% gas, compared to SD's type curve of 456 Mboe EUR and 56% gas). We observe that drilling results have modestly deteriorated over time and that the production mix appears to become gassier as wells produce more."

RESPONSE TO REQUEST NO. 2m:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without

waiving this objection, Plaintiffs Admit in part. That research report also stated: "Company indicates Oklahoma State data are flawed. With respect to the gas content of Mississippian wells, data integrity issues in Oklahoma may explain why our results suggest wells that are gassier overall than SD indicates. Our data come from HPDI, which combines data from the OCC and OTC data, and the OCC does not report oil volumes."

REQUEST NO. 2n:

n. On February 28, 2012, Deutsche Bank reported that, during SandRidge's February 28, 2012 analyst day, SandRidge "presented a distribution curve of well EURs to date, highlighting to some extent, what investors have long known, that the Mississippian is highly variable."

RESPONSE TO REQUEST NO. 2n:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. The analyst report contained that partial sentence in a report that focused on the Mississippian Extension and under the section heading, "A Peek Into the Extension."

REQUEST NO. 2o:

o. On March 16, 2012, BNP Paribas reported that its "backtest of Sandridge's [sic] reported Mississippian production indicate[d] that EURs" at that time were "tracking <300 Mboe, significantly below SD's type curve of 465 Mboe," and further reported that such "analysis narrows our confidence interval around our view that EURs could be lower than the company represents."

RESPONSE TO REQUEST NO. 2o:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

<u>REQUEST NO. 2p</u>:

p. On March 16, 2012, BNP Paribas reported that individuals interested in receiving a copy of its "backtest" of SandRidge's reported Mississippian production should "[p]lease contact us if you would like a copy."

<u>RESPONSE TO REQUEST NO. 2p</u>:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

<u>REQUEST NO. 2q</u>:

q. On March 23, 2012, Susquehanna Financial Group reported that "moving Northwest, Kansas Mississippian carbonates have higher porosity and permeability," according to "vertical well data," and further stated: "Maybe overthinking this, we wonder if the frac work will yield the same results, particularly with incremental vertical well depletion of areas now being redeveloped. No one knows."

<u>RESPONSE TO REQUEST NO. 2q</u>:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. The full quote in context from that report states: "Some of the Kansas acreage might as well be in Oklahoma, so the risk of variability in parts of Kansas is minimal. However, moving Northwest, Kansas Mississippian carbonates have higher porosity and permeability, says the vertical well data."

<u>REQUEST NO. 2r</u>:

r. On May 21, 2012, BNP Paribas reported that "[p]ublic data on drilling results to date in the Miss" at that time "appear[ed] below the company's type curve and with a gassier production mix."

RESPONSE TO REQUEST NO. 2r:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. The analyst report also stated: "SD management had prepared several slides for us to illustrate data integrity problems with volumes reported by the State of Oklahoma."

REQUEST NO. 2s:

s. On May 21, 2012, BNP Paribas reported that "[o]ne of the issues [it had] identified in the public data was the persistent pattern across [SandRidge] wells of a relativity rapid decline in oil in the production stream."

RESPONSE TO REQUEST NO. 2s:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. The next sentence of the analyst report states: "SD maintains that its production will get gassier very slowly over time." The report also stated: "SD management had prepared several slides for us to illustrate data integrity problems with volumes reported by the State of Oklahoma."

REQUEST NO. 2t:

t. On August 3, 2012, KeyBanc Capital Markets reported that SandRidge's production in the Mississippian was "much gassier than anticipated . . . while crude volumes of 50 MBD were - 2% below expectations."

RESPONSE TO REQUEST NO. 2t:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. The analyst report contained the statement:

"2Q production volumes of 90.2 Mboe/D were largely in line with our 90.0 Mboe/D estimate but above consensus of 87.2 Mboe/D. However, the production mix was much gassier than anticipated with natural gas volumes of 240.7 MMcf/D 3.2% above our 233.3 MMcf/D estimate, while crude volumes of 50 MBD were -2% below expectations." Contrary to the Request, the analyst report did not state that portion related to SandRidge's "production in the Mississippian."

REQUEST NO. 2u:

u. On August 7, 2012, Stephens Research Bulletin reported that SandRidge had "ramped its MSL operations by drilling 91 horizontals in 2Q12 vs. drilling 68 in 1Q12," and further stated: "The acceleration was a result of 16 additional wells in Oklahoma vs. 1Q and 7 in Kansas."

RESPONSE TO REQUEST NO. 2u:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 2v:

v. On October 4, 2011, Ladenburg Thalmann reported that SandRidge was then operating 16 drilling rigs in the Mississippian "with plans to accelerate to 30 rigs by year-end 2012."

RESPONSE TO REQUEST NO. 2v:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 3:

Admit that SandRidge made the following public disclosures in its Annual Reports on Form 10-K filed with the U.S. Securities and Exchange Commission for the fiscal years 2010 (filed on Feb. 28, 2011), 2011 (filed on Feb. 27, 2012), and 2012 (filed on Mar. 1, 2013):

REQUEST NO. 3a:

a. "The Reservoir Engineering Department reports directly to the Company's President, independently from all of the Company's operating divisions";

RESPONSE TO REQUEST NO. 3a:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit.

REQUEST NO. 3b:

b. The "process of estimating oil and natural gas reserves is complex and inherently imprecise";

RESPONSE TO REQUEST NO. 3b:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. Subject to and without waiving this objection, Plaintiffs Admit in part. The full excerpt states: "[t]he process of estimating oil and natural gas reserves is complex and inherently imprecise. It requires interpretations of available technical data and many assumptions, including assumptions relating to production."

REQUEST NO. 3c:

c. "Actual future production, oil and natural gas prices, revenues, taxes, development expenditures, operating expenses and quantities of recoverable oil and natural gas reserves most likely will vary from [SandRidge's] estimates";

RESPONSE TO REQUEST NO. 3c:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. LCvR36.1 limits the number of requests for admissions to 25, absent leave of the Court. This Request exceeds the 25 request limit. Lead Plaintiffs therefore object to this Request on the ground that it is in violation of LCvR36.1. Any response to this Request is done as a courtesy to Defendants and shall not be construed as a waiver of any of Plaintiffs' rights or objections. Subject to and without waiving these objections, Plaintiffs Admit in part. The 2012 10-K states: "Actual future production, oil and natural gas prices, revenues, taxes, development expenditures, operating expenses and quantities of recoverable oil and natural gas reserves will vary and could vary significantly from the Company's estimates."

REQUEST NO. 3d:

d. The "use of seismic data and other technologies and the study of producing fields in the same area does not enable [SandRidge] to know conclusively prior to drilling whether oil or natural gas will be present or, if present, whether oil or natural gas will be present in sufficient quantities to be economically viable";

RESPONSE TO REQUEST NO. 3d:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. LCvR36.1 limits the number of requests for admissions to 25, absent leave of the Court. This Request exceeds the 25 request limit. Lead Plaintiffs therefore object to this Request on the ground that it is in violation of LCvR36.1. Any response to this Request is done as a courtesy to Defendants and shall not be construed as a waiver of any of Plaintiffs' rights or objections. Subject to and without waiving these objections, Plaintiffs Admit.

REQUEST NO. 3e:

e. The "cost of drilling, completing and operating any well is often uncertain, and new wells may not be productive";

RESPONSE TO REQUEST NO. 3e:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. LCvR36.1 limits the number of requests for admissions to 25, absent leave of the Court. This Request exceeds the 25 request limit. Lead Plaintiffs therefore object to this Request on the ground that it is in violation of LCvR36.1. Any response to this Request is done as a courtesy to Defendants and shall not be construed as a waiver of any of Plaintiffs' rights or objections. Subject to and without waiving these objections, Plaintiffs Admit.

REQUEST NO. 3f:

f. SandRidge's "estimated reserves are based on many assumptions that may turn out to be inaccurate";

RESPONSE TO REQUEST NO. 3f:

Lead Plaintiffs object to this Request on the ground that it is improperly numbered, in that Defendants have styled multiple Requests as a single request. LCvR36.1 limits the number of requests for admissions to 25, absent leave of the Court. This Request exceeds the 25 request limit. Lead Plaintiffs therefore object to this Request on the ground that it is in violation of LCvR36.1. Any response to this Request is done as a courtesy to Defendants and shall not be construed as a waiver of any of Plaintiffs' rights or objections. Subject to and without waiving these objections, Plaintiffs Admit.