UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION </br></br> This Document Relates To: </br></br> ALL ACTIONS. | ) No. 5:12-cv-01341-G </br> ) </br> ) <u>CLASS ACTION</u> </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT MOTION FOR SCHEDULE EXTENSION**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(h), Class Representatives Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Angelica Galkin (collectively, "Plaintiffs") and Defendants James D. Bennett, Matthew K. Grubb, and Tom L. Ward, and nominal defendant SandRidge Energy, Inc. (collectively, "Defendants," and together with Plaintiffs, "Parties"), by and through their undersigned counsel, respectfully move the Court for an Order modifying the Court's Eighth Amended Scheduling Order (Dkt. No. 462) as set forth below. The parties in *Duane & Virginia Lanier Trust v. SandRidge Energy, Inc., et al.*, No. 15-cv-00634-G (W.D. Okla.) ("*Lanier Trust*") are concurrently filing a joint motion for a corresponding schedule extension in the *Lanier Trust* action.

The Parties have previously moved for nine modifications to the case schedule. The Court granted the first motion on October 9, 2018 (Dkt. 367); the second motion on January 18, 2019 (Dkt. 399); the third motion on March 20, 2019 (Dkt. 410); the fourth motion on April 19, 2019 (Dkt. 414); the fifth motion on July 2, 2019 (Dkt. 438); the sixth motion on October 25, 2019 (Dkt. 456); the seventh motion on December 27, 2019 (Dkt. 458); the eighth motion on March 6, 2020 (Dkt. 460); and the ninth motion on March 16, 2020 (Dkt. 462).

Good cause exists to modify the Eighth Amended Scheduling Order. Counsel have taken precautions to address the risk of COVID-19. These precautions have necessarily continued to disrupt normal business activity. Further, the number of motions recently filed by the Parties supports an extension. On April 2, 2020, Defendants collectively filed a total of two motions for summary judgment, two motions to exclude experts, and one motion to reconsider the denial of Defendants' motion to dismiss; and Plaintiffs filed a motion to exclude one of Defendants' expert witnesses. The Parties therefore request an additional 30 days for their respective oppositions to, and replies in support of, the motions filed on April 2. Extending the current deadlines will promote efficiency by allowing the Parties adequately to brief the issues to be decided.

## RELIEF REQUESTED

Accordingly, and for good cause shown, the Parties respectfully request that the Court modify the specific dates contained in its Eighth Amended Scheduling Order (Dkt. No. 462) as set out in the chart below. A proposed order is filed herewith.

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Parties to file responses to opposing parties' dispositive motions and motions to exclude expert testimony under *Daubert* and/or Federal Rule of Evidence 702 | June 12, 2020 | July 13, 2020 |
| Parties to file replies, if any, in support of their dispositive motions and motions to exclude testimony under *Daubert* and/or Federal Rule of Evidence 702 | July 13, 2020 | September 11, 2020 |
| Parties to file final lists of witnesses and final lists of exhibits | August 31, 2020 | October 26, 2020 |
| Parties to file objections to exhibits | September 24, 2020 | November 20, 2020 |

Dated: April 16, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
   & DOWD LLP

    */s/ Evan J. Kaufman*

Evan J. Kaufman (admitted *pro hac vice*)
ekaufman@rgrdlaw.com
Samuel H. Rudman (admitted *pro hac vice*)
srudman@rgrdlaw.com
Christopher T. Gilroy (admitted *pro hac vice*)
cgilroy@rgrdlaw.com
58 South Service Road, Suite 200
Melville, NY 11747
631/367-7100

*Class Counsel*

                DERRYBERRY & NAIFEH, LLP
                Darren B. Derryberry (OBA No. 14542)
                dderryberry@derryberrylaw.com
                4800 North Lincoln Blvd.
                Oklahoma City, OK 73105
                405/708-6784

*Liaison Counsel for Plaintiffs*

HAEGGQUIST & ECK, LLP
Amber L. Eck
ambere@haelaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
619/342-8000

*Additional Plaintiffs' Counsel*

Dated:  April 16, 2020

Respectfully submitted,

CROWE & DUNLEVY

    */s/ Evan G.E. Vincent*
Evan G.E. Vincent, OBA #22325
(*Signed by filing Attorney with permission of Attorney*)
evan.vincent@crowedunlevy.com
324 North Robinson Avenue Suite 100
Oklahoma City, OK 73102
(405) 239-6696

                                          COVINGTON & BURLING LLP
Mark P. Gimbel (admitted *pro hac vice*)
mgimbel@cov.com
C. William Phillips (admitted *pro hac vice*)
cphillips@cov.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

*Attorneys for Defendants James D. Bennett and Matthew K. Grubb*

Dated:  April 16, 2020            Respectfully submitted,

                                        CORBYN LAW FIRM

                                        */s/ George S. Corbyn, Jr.*
George S. Corbyn, Jr., OBA #1910
(*Signed by filing Attorney with permission of Attorney*)
gcorbyn@corbynlaw.com
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, OK 73102
(405) 239-7055

LATHAM & WATKINS LLP
J. Christian Word (admitted *pro hac vice*)
christian.word@lw.com
Stephen P. Barry (admitted *pro hac vice*)
stephen.barry@lw.com
David L. Johnson (admitted *pro hac vice*)
david.johnson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

                                      Steven M. Bauer (admitted *pro hac vice*)
                                      steven.bauer@lw.com
                                      505 Montgomery Street, Suite 2000
                                      San Francisco, California 94111
                                      (415) 391-0600

                                      *Attorneys for Defendant Tom L. Ward*

Dated:  April 16, 2020               Respectfully submitted,

                                      JOHNSON & JONES, P.C.

                                        */s/ J. Christopher Davis*
                                    J. Christopher Davis, OBA No. 16639
                                    (*Signed by filing Attorney with permission of Attorney*)
                                    cdavis@johnson-jones.com
                                    Jason L. Callaway, OBA No. 31958
                                    jcallaway@johnson-jones.com
                                    Two Warren Place
                                    6120 S. Yale Avenue, Suite 500
                                    Tulsa, Oklahoma 74136
                                    (918) 584-6644

                                    LAW OFFICES OF HERBERT BEIGEL
                                    Herbert Beigel (admitted *pro hac vice*)
                                    hbeigel@me.com
                                    5641 N. Chieftan Trail
                                    Tuscon, AZ 85750
                                    (520) 825-1995

                                    *Attorneys for Nominal Defendant SandRidge Energy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, I electronically transmitted the attached Joint Motion for Schedule Extension using the ECF system for filing, which will send notification of such filing to all counsel registered through the ECF System.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN
