**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-G |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF PROPOSED EXPERT WITNESS STEVEN D. CRANE**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Class Representatives Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Angelica Galkin (collectively, "Plaintiffs") in this matter. I respectfully submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' *Daubert* Motion to Exclude the Testimony of Proposed Expert Witness Steven D. Crane.

2. Attached hereto as Exhibit A is a true and correct copy of Expert Report of Steven D. Crane, dated March 1, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Robert W. Rasor, dated April 4, 2019.

4. Attached hereto as Exhibit C is a true and correct copy of the Report of Expert Witness Terry L. Brittenham, dated April 4, 2019.

5. Attached hereto as Exhibit D is a true and correct copy of the Glossary of technical terms.

6. Attached hereto as Exhibit E are true and correct copies of excerpts from the Deposition Transcript of Steven D. Crane taken on May 16, 2019.

7. Attached hereto as Exhibit F is a true and correct copy of the SandRidge Mississippian Trust I Prospectus, filed with the SEC on January 5, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of the 2011 SandRidge Form 10-K, filed with the SEC on February 27, 2012.

9. Attached hereto as Exhibit H is a true and correct copy of the Expert Rebuttal Report of Steven D. Crane dated April 29, 2019.

10. Attached hereto as Exhibit I are true and correct copies of excerpts from the Deposition Transcript of Robert W. Rasor taken on June 13, 2019.

11. Attached hereto as Exhibit J is a true and correct copy of Exhibit 13 marked at the Deposition of Robert W. Rasor taken on June 13, 2019.

12. Attached hereto as Exhibit K is a true and correct copy of Exhibit 12 marked at the Deposition of Robert W. Rasor taken on June 13, 2019.

13. Attached hereto as Exhibit L is a true and correct copy of Exhibit 20 marked at the Deposition of Robert W. Rasor taken on June 13, 2019.

14. Attached hereto as Exhibit M is a true and correct copy of Exhibit 10 marked at the Deposition of Robert W. Rasor taken on June 13, 2019.

15. Attached hereto as Exhibit N is a true and correct copy of Exhibit 37 marked at the Deposition of David Todd Miller taken on December 12, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 24th day of July 2020.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

**CERTIFICATE OF SERVICE**

I, Evan J. Kaufman, certify that on July 24, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of July, 2020, at Melville, New York.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN