**`UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) | No. 5:12-cv-01341-G |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO EXCLUDE TESTIMONY OF MR. BJORN I. STEINHOLT, CFA**

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiffs Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, Vladimir and Angelica Galkin (collectively, "Plaintiffs") in this matter. I respectfully submit this Declaration in support of Plaintiffs' Opposition to Defendants' Joint Motion to Exclude Testimony of Bjorn I. Steinholt, CFA.

2. Attached hereto as Exhibit 1 is a true and correct copy of Ex. 4 marked at the Deposition of Rodney Johnson, taken on March 14-15, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of Ex. 23 marked at the Deposition of David Todd Miller, taken on December 12-13, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of bates number SD-SECURITIES-0455614 of SandRidge's document production.

5. Attached hereto as Exhibit 4 is a true and correct copy of bates number SD-SECURITIES-0589974 of SandRidge's document production.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Stifel Nicolaus analyst report entitled "Reducing Target Price; 2013 Guidance Is Negative; Potential Permian Sale Is a Positive," dated November 9, 2012.

7. Attached hereto as Exhibit 6 are true and correct copies of Exs. 2-6 marked at the Deposition of Steven Grenadier, taken on June 19, 2019.

8. Attached hereto as Exhibit 7 are true and correct copies of excerpts from the Deposition Transcripts of Steven Grenadier, Ph.D, taken on June 18-19, 2019.

9. Attached hereto as Exhibit 8 is a true and correct copy of the 2010 SandRidge Form 10-K, filed with the SEC on February 28, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 24th day of July 2020.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

**CERTIFICATE OF SERVICE**

I, Evan J. Kaufman, certify that on July 24, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of July 2020, at Melville, New York.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN