# EXHIBIT 6

Grenadier
EXHIBIT NO. 2
6·19·19
P. Frederickson, CSR, CCR



**Deutsche Bank**
Markets Research



| Rating | Company | Date |
|---|---|---|
| **Hold** | **SandRidge Energy** | 13 November 2012 |

North America
United States

**Company Update**

Industrials
Oil & Gas Exploration & Production

| | Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|---|
| | SD.N | SD US | NYS | SD |

# Doubling Down in the Miss

| | |
|---|---|
| Price at 12 Nov 2012 (USD) | 5.38 |
| Price Target | 5.00 |
| 52-week range | 8.82 - 5.51 |

### Missing Barrels: Deteriorating Miss outlook takes a bite out of valuation

Friday's conference call confirmed concerns about deteriorating oil performance in the Mississippian, where a material reduction to the type curve drastically reduces equity value and exacerbates concerns regarding the timing and rationale of the proposed Permian disposition. Despite returns that are still relatively robust in the Miss, we remain unconvinced that the asset will be sufficient to dig out from under the current debt burden. We have reduced our NAV and target price from $9 to $5 and maintain our Hold rating.

### Structural headwinds increasing as oil barrels go Missing

Weaker than expected oil production out of Mississippian wells (gassier wells, faster than expected oil decline) have reduced Miss. type curves by 8% (from 456 Mboe to 420 Mboe) and per well oil reserves by 25% (204 Mbbls to 155 Mbbls), offset partially by successful downspacing to 4 wells per section. The concern is less about the absolute value of the play, where returns are still attractive, but in the trends, where the 2nd reduction to date in the oil content and flat Q4 oil production guidance raise concerns of further deterioration (particularly in the extension) and worrisome capital efficiency. The move also highlights the dangers of leverage, as a ~20% change to EV resulted in a nearly 50% reduction to equity value.

### Headwinds remain, with or without a Permian sale

Despite the attention garnered by the proposed Permian sale, the reality is that given the step down in the Miss, the portfolio is fighting an uphill battle with or without the Permian. We estimate that assuming a sale price of $2.0-$2.5 Bn, the deal would have a generally dilutive impact on metrics (2014 Debt to EBITDA from 5.0x to 5.3x, EV/EBITDA from 6.4x to 9.9x), our estimated funding gap from 2013-2015 changes modestly, from $4 Bn to $4.2 Bn. The underlying problem is sheer size of the funding gap at the core Mississippian asset (~$850m on 2013 estimates) and the insufficiently quick pace at which that gap is closing, given ~$3.6 Bn in current net debt. At the end of the day, the biggest casualty of a Permian sale may be investors' confidence in management, with its second significant strategic change in less than a year.

### Valuation and Risks

Our $5 PT is based on our Net Asset Value (NAV) at $90/$4.50 and a 10% discount rate. Upside risks include a Miss JV and better than expected Miss extension results, while downside risks include capex overruns and further Miss type curve downgrades.

Ryan Todd
Research Analyst
(+1) 212 250-8342
ryan.todd@db.com

Stephen Richardson
Research Analyst
(+1) 212 250-8356
stephen.richardson@db.com

Mimi Kong
Research Associate
(+1) 212 250-9331
mimi.kong@db.com

Key changes

| | | | |
|---|---|---|---|
| Price Target | 9.00 to 5.00 | ↓ | -44.4% |

Price/price relative



| | 11/09 5/10 11/10 5/11 11/11 5/12 | | |
|---|---|---|---|
| | — SandRidge Energy | | |
| | — S&P 500 INDEX (Rebased) | | |

| Performance (%) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | -25.6 | -21.1 | -25.9 |
| S&P 500 INDEX | -3.4 | -1.8 | 9.2 |

**Forecasts And Ratios**

| Year End Dec 31 | 2011A | 2012E | 2013E |
|---|---|---|---|
| FY EPS (USD) | -0.00 | 0.21 | -0.02 |
| Revenue (USD) | 1,415.2 | 1,963.1 | 2,283.0 |

Source: Deutsche Bank estimates, company data

[†] Includes the impact of FAS123R requiring the expensing of stock options.

Deutsche Bank Securities Inc.

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MICA(P) 072/04/2012.



# Permian: To sell or not to sell?

## The challenges remain the same

Despite much of the attention on the recent conference call on the proposed sale of the Permian asset, we find that the sale (or lack thereof), is unlikely to have a significant impact on the overall picture over the coming years. Although we estimate that the deal will likely be dilutive on most metrics, the near-term impact of paying down ~$1.1 Bn of debt and increasing cash on the balance sheet may prove attractive to some investors.

The reality, however, is that either way, the slow task of closing the spending gap and deleveraging just got harder with the reduction in oil volumes in the Mississippian. Although we felt that the Mississippian was gaining momentum earlier this year, our concern with SD has always been the size of the forward funding gap, and the rate of cash flow growth per debt adjusted share (and adjusted for minority interest/preferreds).

The value case has largely rested on discount to NAV, which was amongst the largest discounts in our coverage universe, while EBITDA multiples were less compelling. In the wake of the change to our crude production outlook, however, the discount has essentially evaporated, with a revised NAV of $5.00/sh, and a 2013 EBITDA multiple (adjusted for minority/preferred outflows) of 6.8x, a 50% premium to the peer group.

Below, we look at the potential impact of both the downgrade to the Miss type curve, as well as the potential impact of a sale of the Permian on financial leverage and future funding gaps.

## Debt metrics: Moderately dilutive, but depends on the sale price

Under the Permian sale scenario, we modeled the sale to close in mid 2013 for $2.5 Bn, which is the high end of our estimate. Meanwhile the scenario for maintaining the Permian calls for capex to increase to $2.1 Bn in 2013 from company guidance of $1.75 Bn, funding a 12 rig program. Both scenarios incorporate a downgraded Miss type curve and CFO adjustments for minority interest and preferred dividend payments. The sale of the Permian will be accretive on a consolidated basis, however after adjusting for minority interest and preferred dividends, 2014 debt metrics become dilutive at 5.3x vs. 5.0x. Importantly, the affects of the downgraded Miss type curve results in increasing financial leverage regardless of whether SD sells the Permian or maintains the property, indicating the challenges inherent in growing cash flow in the Mississippian fast enough to delever.

13 November 2012
Oil & Gas Exploration & Production
SandRidge Energy



### Figure 1: Permian Sale Scenario

|  | 2013e | 2014e |
|---|---|---|
| EBITDA | 1,070 | 1,012 |
| EBITDA (minority int / pref adj.) | 844 | 727 |
| CFO | 732 | 590 |
| Minority | (170) | (230) |
| Pref Div | (56) | (56) |
| CF available to SD | 507 | 305 |
| Capex | (1,750) | (1,818) |
| Funding Gap | (1,243) | (1,514) |
| BOP Net Debt | (3,627) | (2,370) |
| Permian Sale Proceeds | 2,500 | 0 |
| EOP Net Debt incl. funding gap | (2,370) | (3,884) |
| Net Debt / EBITDA | 2.2x | 3.8x |
| Net Debt/ EBITDA (minority int/ pref adj.) | 2.8x | 5.3x |

Source: Deutsche Bank

### Figure 2: Maintain Permian Program Scenario

|  | 2013e | 2014e |
|---|---|---|
| EBITDA | 1,324 | 1,560 |
| EBITDA (minority int / pref adj.) | 1,099 | 1,275 |
| CFO | 983 | 1,134 |
| Minority | (170) | (230) |
| Pref Div | (56) | (56) |
| CF available to SD | 757 | 849 |
| Capex | (2,100) | (2,280) |
| Funding Gap | (1,343) | (1,430) |
| BOP Net Debt | (3,627) | (4,970) |
| Permian Sale Proceeds | 0 | 0 |
| EOP Net Debt incl. funding gap | (4,970) | (6,400) |
| Net Debt / EBITDA | 3.8x | 4.1x |
| Net Debt/ EBITDA (minority int/ pref adj.) | 4.5x | 5.0x |

Source: Deutsche Bank

## Funding gap: Three year outlook remains relatively unchanged

As we turn our focus to the funding gap, the three year outlook for the funding gap hovers around $4.1 Bn under either scenario. The reduced capex under the Permian sale scenario is offset by the resulting lower cashflow, whereas the greater cash flow from maintaining the Permian is offset by the increased capex spend. The pace of Mississippian growth continues to be the heart of the issue as we do not see SD reaching a cash flow neutral stance over the next three years.

### Figure 3: Permian Sale Scenario



Note: CF is adjusted for minority interest and preferred dividends
Source: Deutsche Bank.

### Figure 4: Maintain Permian Program Scenario



Note: CF is adjusted for minority interest and preferred dividends
Source: Deutsche Bank.

## Figure 5: SandRidge Energy Net Asset Valuation

| NET ASSET VALUATION | Risked | DB Price Deck | | | | NYMEX Strip | | | Operational Summary and Assumptions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Value | $/Boe | $/Share | $/Acre | Value | $/Share | Asset | Net Acres | Risked % | Risked Acres | Spacing | Risked Wells | Well Cost ($M) | Avg. IP | EUR / well | % Oil |
| **Proved Developed Reserves (PV10)** | | | | | | | | | | | | | | | | | |
| United States | 183 | $2,711 | $14.79 | $4.78 | NA | $2,458 | $4.34 | | | | | | | | | | |
| DOR-Proven Reserves | 62 | $1,838 | $29.64 | $3.24 | NA | $1,604 | $2.83 | | | | | | | | | | |
| Total | 245 | $4,549 | $18.55 | $8.03 | NA | $4,062 | $7.17 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| **North America** | | | | | | | | | | | | | | | | | |
| Mississippian | 1,160 | $2,715 | $2.34 | $4.79 | $1,697 | $1,755 | $3.10 | Mississipp | 1,600,000 | 40% | 640,000 | 160 | 3746 | $3.5 | 270 | 417,367 | 36.5% |
| Permian | 31 | 140 | 4.50 | 0.25 | 620 | 89 | 0.16 | Permian | 225,000 | 70% | 157,500 | 20 | 4667 | $0.6 | 53 | 58,031 | 68.0% |
| WTO | – | – | – | – | – | – | – | WTO | 501,100 | 70% | 350,770 | 40 | 8024 | 2.9 | 2,900 | 2,705 | –% |
| Total | 1,191 | $2,855 | $2.40 | $5.04 | $1,159 | $1,844 | $3.25 | Total | 2,326,100 | 49% | 1,148,270 | 73 | 16437 | $2.3 | 1074 | 159,368 | 37.3% |

| Other Assets / Liabilities | | | | | | | | Modeled Rig Program - By Play | Current: | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | $673 | | $1.19 | | $673 | $1.19 | Mississippian | | 26.0 | 37.0 | 41.0 | 41.0 | 41.0 |
| Book Debt, Min Interest, Pref. Stock | | (5,847) | | (10.32) | | (5,847) | (10.32) | Permian | | 12.0 | – | – | – | – |
| Value of Midstream and Drilling Services | | 269 | | 0.48 | | 269 | 0.48 | WTO | | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| PV of Carries | | 872 | | 1.54 | | 872 | 1.54 | Total | | 39.0 | 38.0 | 42.0 | 42.0 | 42.0 |
| Mississippian Trust I (25%) | $19.00 | 156 | | 0.28 | | 156 | 0.28 | **Modeled Well Program - By Play** | | 2012 | 2013 | 2014 | 2015 | 2016 |
| Permian Trust (25%) | $19.40 | 310 | | 0.55 | | 310 | 0.55 | Mississippian | | 337 | 570 | 644 | 651 | 651 |
| Mississippian Trust II (40%) | $19.40 | 385 | | 0.68 | | 385 | 0.68 | Permian | | 762 | – | – | – | – |
| Total | | ($3,182) | | ($5.62) | | ($3,182) | ($5.62) | WTO | | – | – | – | – | – |
| | | | | | | | | Other | | – | – | – | – | – |
| **Net Equity Value** | 1,436 | $4,222 | | **$7.00** | | $2,724 | **$5.00** | Total | | 1,098 | 570 | 644 | 651 | 651 |
| Shares Outstanding (MM) | | | | 566.6 | | | 566.6 | | | | | | | |

### ASSUMPTIONS

| Prices | DB | | NYMEX Strip | | Other | | Choosen Deck | |
|---|---|---|---|---|---|---|---|---|
| | Oil | Gas | Oil | Gas | Oil | Gas | | |
| 2011 | $95.14 | $4.08 | | | | | DB | 1 |
| 2012 | $97.10 | $2.71 | $95.30 | $2.86 | $95.00 | $4.00 | | |
| 2013 | $104.75 | $3.75 | $94.31 | $4.03 | $95.00 | $4.00 | | |
| 2014 | $100.00 | $4.25 | $92.04 | $4.30 | $95.00 | $4.00 | | |
| Long-term | $100.00 | $4.75 | $89.80 | $4.50 | $95.00 | $4.00 | | |

| Inflation Outlook | | Discount Rate | 10.0% |
|---|---|---|---|
| Production Costs | 0.0% | Depreciation Rate | 80.0% |
| Service/Drilling Costs | 0.0% | | |
| Commodity Price | 0.0% | Shares Outstanding (MM) | 566.6 |

Source: Deutsche Bank; Company Data



13 November 2012
Oil & Gas Exploration & Production
SandRidge Energy



# Appendix 1

## Important Disclosures

Additional information available upon request

### Disclosure checklist

| Company | Ticker | Recent price* | Disclosure |
|---------|--------|---------------|------------|
| SandRidge Energy | SD.N | 5.39 (USD) 12 Nov 12 | 1,7 |

*Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States. See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1.  Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

7.  Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

## Important Disclosures Required by Non-U.S. Regulators

Please also refer to disclosures in the Important Disclosures Required by US Regulators and the Explanatory Notes.

1.  Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

7.  Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/Disclosure.eqsr?ricCode=SD.N

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Ryan Todd

13 November 2012
Oil & Gas Exploration & Production
SandRidge Energy



## Historical recommendations and target price: SandRidge Energy (SD.N)
*(as of 11/12/2012)*



**Previous Recommendations**

Strong Buy
Buy
Market Perform
Underperform
Not Rated
Suspended Rating

**Current Recommendations**

Buy
Hold
Sell
Not Rated
Suspended Rating

*New Recommendation Structure
as of September 9,2002

| | | | | | |
|---|---|---|---|---|---|
| 1. | 11/17/2009: | Downgrade to Hold, Target Price Change USD13.00 | 6. | 02/08/2012: | Hold, Target Price Change USD9.00 |
| 2. | 12/01/2009: | Hold, Target Price Change USD12.00 | 7. | 04/02/2012: | Hold, Target Price Change USD11.00 |
| 3. | 07/11/2011: | No Recommendation, Target Price Change USD0.00 | 8. | 07/16/2012: | Hold, Target Price Change USD10.00 |
| 4. | 12/09/2011: | Upgrade to Hold, Target Price Change USD9.00 | 9. | 10/15/2012: | Hold, Target Price Change USD9.00 |
| 5. | 01/09/2012: | Hold, Target Price Change USD11.00 | | | |

## Equity rating key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Notes:

1. Newly issued research recommendations and target prices always supersede previously published research.

2. Ratings definitions prior to 27 January, 2007 were:

> Buy: Expected total return (including dividends) of 10% or more over a 12-month period
> Hold: Expected total return (including dividends) between -10% and 10% over a 12-month period
> Sell: Expected total return (including dividends) of -10% or worse over a 12-month period

## Equity rating dispersion and banking relationships



North American Universe

---

Deutsche Bank Securities Inc.

*284*

13 November 2012
Oil & Gas Exploration & Production
SandRidge Energy



## Regulatory Disclosures

### 1. Important Additional Conflict Disclosures

Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

### 2. Short-Term Trade Ideas

Deutsche Bank equity research analysts sometimes have shorter-term trade ideas (known as SOLAR ideas) that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. These trade ideas can be found at the SOLAR link at http://gm.db.com.

### 3. Country-Specific Disclosures

Australia and New Zealand: This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.

Brazil: The views expressed above accurately reflect personal views of the authors about the subject company(ies) and its(their) securities, including in relation to Deutsche Bank. The compensation of the equity research analyst(s) is indirectly affected by revenues deriving from the business and financial transactions of Deutsche Bank. In cases where at least one Brazil based analyst (identified by a phone number starting with +55 country code) has taken part in the preparation of this research report, the Brazil based analyst whose name appears first assumes primary responsibility for its content from a Brazilian regulatory perspective and for its compliance with CVM Instruction # 483.

EU countries: Disclosures relating to our obligations under MiFiD can be found at http://www.globalmarkets.db.com/riskdisclosures.

Japan: Disclosures under the Financial Instruments and Exchange Law: Company name - Deutsche Securities Inc. Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association, The Financial Futures Association of Japan, Japan Investment Advisers Association. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless "Japan" or "Nippon" is specifically designated in the name of the entity.

Russia: This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.



## Deutsche Bank Securities Inc.

### North American locations

Deutsche Bank Securities Inc
60 Wall Street
New York, NY 10005
Tel: (212) 250 2500

Deutsche Bank Securities Inc.
One International Place
12th Floor
Boston, MA 02110
United States of America
Tel: (1) 617 217 6100

Deutsche Bank Securities Inc.
222 South Riverside Plaza
30th Floor
Chicago, IL 60606
Tel: (312) 537-3758

Deutsche Bank Securities Inc.
1735 Market Street
24th Floor
Philadelphia, PA 19103
Tel: (215) 854 1546

Deutsche Bank Securities Inc.
101 California Street
46th Floor
San Francisco, CA 94111
Tel: (415) 617 2800

Deutsche Bank Securities Inc
700 Louisiana Street
Houston, TX 77002
Tel: (832) 239-4600

### International locations

Deutsche Bank Securities Inc.
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

Deutsche Bank AG London
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

Deutsche Bank AG
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

Deutsche Bank AG
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

Deutsche Bank AG
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

Deutsche Securities Inc.
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

## Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed to be reliable and has been obtained from public sources believed to be reliable. Deutsche Bank makes no representation as to the accuracy or completeness of such information.

Deutsche Bank may engage in securities transactions, on a proprietary basis or otherwise, in a manner inconsistent with the view taken in this research report. In addition, others within Deutsche Bank, including strategists and sales staff, may take a view that is inconsistent with that taken in this research report.

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof in the event that any opinion, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Prices and availability of financial instruments are subject to change without notice. This report is provided for informational purposes only. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst judgement.

As a result of Deutsche Bank's March 2010 acquisition of BHF-Bank AG, a security may be covered by more than one analyst within the Deutsche Bank group. Each of these analysts may use differing methodologies to value the security; as a result, the recommendations may differ and the price targets and estimates of each may vary widely.

In August 2009, Deutsche Bank instituted a new policy whereby analysts may choose not to set or maintain a target price of certain issuers under coverage with a Hold rating. In particular, this will typically occur for "Hold" rated stocks having a market cap smaller than most other companies in its sector or region. We believe that such policy will allow us to make best use of our resources. Please visit our website at http://gm.db.com to determine the target price of any stock.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Stock transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Deutsche Bank may with respect to securities covered by this report, sell to or buy from customers on a principal basis, and consider this report in deciding to trade on a proprietary basis.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany this report is approved and/or communicated by Deutsche Bank AG Frankfurt authorized by the BaFin. In the United Kingdom this report is approved and/or communicated by Deutsche Bank AG London, a member of the London Stock Exchange and regulated by the Financial Services Authority for the conduct of investment business in the UK and authorized by the BaFin. This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. This report is distributed in Singapore by Deutsche Bank AG, Singapore Branch, and recipients in Singapore of this report are to contact Deutsche Bank AG, Singapore Branch in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), Deutsche Bank AG, Singapore Branch accepts legal responsibility to such person for the contents of this report. In Japan this report is approved and/or distributed by Deutsche Securities Inc. The information contained in this report does not constitute the provision of investment advice. In Australia, retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10). Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

Copyright © 2012 Deutsche Bank AG

Grenadier
EXHIBIT NO. 3
6·19·19
P. Frederickson, CSR, CCR

**NOVEMBER 9, 2012**

# Exploration & Production
**CHANGING ESTIMATES**

**SIG**
S U S Q U E H A N N A
FINANCIAL GROUP, LLLP

---

**SandRidge Energy, Inc.**

| Symbol | SD |
|---|---|
| Rating | Positive |
| Price | $6.10 |
| Price target | $12.00 |
| Downside risk | $5.50 |

**Company market data**

| 52 week range | $9.04-$5.55 |
|---|---|
| Shares out. | 491.077mm |
| Market cap. | 2,996mm |
| Average daily trading volume | 10,617,115 |
| Beta | 1.96 |

**Calendar year December**

| | 2012e | | 2013e | |
|---|---|---|---|---|
| EPS | Prior | Current | Prior | Current |
| Q1 | | 0.04A | 0.06 | 0.03 |
| Q2 | | 0.07A | 0.05 | 0.03 |
| Q3 | 0.02 | 0.05A | 0.09 | 0.03 |
| Q4 | 0.03 | 0.04 | 0.08 | 0.03 |
| CY EPS | 0.16 | 0.20 | 0.29 | 0.13 |
| P/E | | 30.5x | | 46.9x |
| EBITDA ($) | 983 | 1,072 | 1,286 | 1,317 |

**Credit**

| Gross leverage | 40.00% |
|---|---|
| Net debt/EBITDA (12m fwd) | 3.2x |
| Free cash flow (12m fwd) | $(643)mm |
| Free cash flow yld (12m fwd) | (15.00)% |
| Implied 3-to-7 year YTM | 7.00% |
| 5-yr US treasury yield | 0.65% |

**Derivatives**

| Volume (contracts) | 14,346 |
|---|---|
| Skew rank (2yr %-tile) | 3.18 |



---

# SandRidge Energy, Inc.: Good 3Q, Fresh Bold Tactics and We Ponder Activist Agendas

**Call to action**

SD's 3Q beat, with big new Permian sale tactic and less 2013 spending are positives likely to overwhelm picking on related lower 2013 production (less Permian) and slightly increased gas vs oil. Feeding activist themes, we take a look at SD bylaws and a DVN merger scenario.

**Duane Grubert**
duane.grubert@sig.com
203 326 5029

**George Wang**
george.wang@sig.com
212 510 4454

**HIGHLIGHTS**

SPEED READ: Selling Permian ($2B?), 2013 capex cut to $1.75 B, fine 3Q beat, 18% guided growth, with activist now engaged, and we look at sale of the company to Devon Energy.

- Like getting a subpeona on your birthday, TPG-Axon's activist gauntlet was drawn hours ahead of SD announcing good capital control, mostly improved guidance, and a possible material sale of mature Permian assets into a pretty hot market, especially compared to the weak SD share price.

- Bears will see Permian oil slowdown masking gassier Mississippian production, and 4Q cost creep ahead of much lower 2013 spending complicating comps. Bulls will like the Permian sale, the lower 2013 spending, and downspacing in the Mississippian (so 25% more locations).

- With activism on our minds, we discovered SD's bylaws can be changed by a 50% shareholder vote, and also looked at our prior idea of Devon buying SD at $10 per share, an accretive deal in our view, and highlighting the appeal of cheap SD shares.

**Catalysts**

Peer announcements of Mississippian progress or partnerings may be positives for SD. Permian sale is also a catalyst.

**Downside risk**

Commodity price movements usually comprise the largest risk/reward component to E&P stocks. Our downside risk of $5.50, which is a $1.50 discount to the midpoint value of NAV/share and proved reserves only value/share at $65 oil and $2.60 gas. SD-Specific Risk: Logistics challenges could emerge for both water disposal and field personnel availability, given the likely thousands of employees that will be required to develop, process and transport Mississippian oil, gas and mostly water in the years to come. Injection permitting challenges seem minimal so far; however, they could be a stumbling point as sector activity ramps up.

---

IMPORTANT DISCLOSURES AND CERTIFICATIONS.

Susquehanna International Group, LLP (SIG) is comprised of affiliated entities, including Susquehanna Financial Group, LLLP (SFG). SFG is a provider of research and execution services. SFG is a member of FINRA. SFG does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Please see important disclosures on pages 14-15.

Meanwhile, with its solid quarter with record production, SD announces possible sale of its Permian assets. The 24.5 mbde there might fetch $2 billion or more, into a hot MLP market, a rational arb vs. weak SD pricing, and in CEO Tom Ward's wheelhouse as SD's chief dealmaker.

The quarter:

**$0.05 vs. $0.00:** SD reported adjusted EPS/EBITDA of $0.05/$297 mln, higher than our estimate of $0.02/$310 mln, vs. consensus at $0.00/$277 mln. Beat from higher production and lower unit cost. 103 mbde beat our estimate by 5% due to gas production coming in 11% higher than our estimate. Gas price realization was slightly lower. Oil production and oil price realization were in line.

**Guidance:** 2012 total production is guided higher by 1% with more gas but slightly lower oil volume. 2012 capex is up $50 mln, with $20 mln for drilling and the rest in oil field services and midstream.

2013 capex is much lower at $1.75 bln, vs. $2.15 in 2012. In 2013, total production has been guided to 39.2 mmboe, implying 18% growth YoY. Percentage gas production is expected at 50% vs. 47% in 2012, reflecting much less drilling capital for Permian Basin oil, which is being harvested ahead of a possible sale.

**Balance sheet:** Net debt increased by $500 mln as a result of the August senior notes offering and funding the company's drilling program. On November 5, the company had no amount drawn under its $775 million senior credit facility and approximately $535 million of cash, leaving approximately $1.3 billion of available liquidity.

Guiding to $1.75 billion vs. an expected $2 billion of capital spend in 2013 reflects much less spending in the Permian, with a modest related increase in gas as a portion of total production. This partly masks the increasing gas vs. earlier expectations out of the Mississippian.

Selling Permian would leave SD to grow in the Mississippian and harvest the Gulf of Mexico. The former remains a focus, and management also has eyes on courting an additional joint venture partner for accelerated development. The Permian sale would improve SD's negotiating strength and might even offset the desire for a joint venture partner.

### Active trading on activism

There was visible positive early reaction to activism (SD up vs. group on huge volume after receiving letter Thursday from TPG-Axon) which seeks plausible Board reshuffle, but market so far sees no near-term silver bullet from activism.

TPG-Axon says management strategy has amplified uncertainty, reckless spending caused massive dilution and risk, and governance has been appalling. But they like the rock, and see SD woefully underpriced, as do we. See our note on that too: Click for Note

With today's surprise activist letter, on the same day as the 3Q earnings release, we heard plenty of investors and SD watchers react positively to the idea of a management change

SD is focused on Mississippian oil well drilling, and is now looking into the sale of its Permian assets. Those could bring in $2 billion or more, perhaps from an MLP buyer, and with increased single-basin focus, arguably makes SD more saleable

If activism rules, the question becomes…then what? We can't easily put together a short list of quick-acting, shovel-ready buyers, and think SD's CEO has some unfinished business (e.g., getting a third joint venture partner) investors would rather get done first unless a sale is envisioned.

TPG-Axon's letter hurts SD's credibility with prospective counterparties, particularly out ahead of courting one more joint venture, which TPG may be trying to stop, although in their missive on past misdeeds…CEO negotiation of handsome foreign partnerings didn't come up.

Continuing the activism plot line, we made a scoping assessment of Devon taking over SandRidge at $10 per share (a discount to our target, and in our view, meaningfully accretive to DVN without taking on too much risk, given $7 of support from reserves value alone), discussed later in this note.

TPG-Axon's activist alert to SD Thursday led an active day, trading almost 40 million shares (over triple normal), and waking up special situations desks across the land. TPG-Axon calls SD's Board of Directors "lightweight" and suggests Board changes as well as in the CEO role.

Given SD's bylaws, indeed, a 50% vote of shareholders (with no special meeting or annual meeting needed) could rewrite the bylaws and potentially force a turnover of the entire board.

Meanwhile, SD's CEO owns 5% of shares and has likely other alignment of existing management (say 3%) and others.

Other considerations
- SD Board is staggered
    - Two directors elected in the last annual meeting (6/1/12) to serve three-year terms
    - Three up for re-election in 2013
    - Two up for re-election in 2014
- Annual meeting to be held within 13 months from the last annual meeting
    - Last annual meeting was 6/1/12, so next meeting needs to be before 7/1/13
    - Window for shareholders to nominate directors for 2013 annual meeting: 2/1/13 to 3/3/13
- Special meeting callable by 50% shares outstanding (quite a high hurdle)
- No sign of a poison pill (although company can quickly adopt one)

**Certificate of Incorporation**
- http://www.sec.gov/Archives/edgar/data/1349436/000095012908000395/h52806exv3w1.htm
- http://www.sec.gov/Archives/edgar/data/1349436/000119312510182402/dex32.htm

**Bylaws**
- http://www.sec.gov/Archives/edgar/data/1349436/000095013409004802/d66742exv3w1.htm

Of note, 18% of shares are held by Management plus The Carlyle Group (owners via prior Dynamic Offshore Resources, perhaps loyal to current management, perhaps not).

### SD's Mississippian franchise situation in a nutshell

We think there's a lot more oil on Mississippian acreage than the market rewards, SD dominates there, and DVN is waking up to it as a plausible focus area. DVN is already experimenting with drilling two different zones (shallow Miss and deep Woodford) on the same type of acreage SD is just drilling shallow on.  Meanwhile, SD is drilling four wells per square mile now instead of three.

The combination of downspacing and additional zones is a plus for the acreage value vs. what investors have been taught, a driver of future incremental value.

SD uses its square miles (2,700 of them) as currency to get money in to fund earlier drilling. DVN needs its square miles to keep its gigantic scale going and growing. We've also published the "Reese's peanut butter cup concept" of DVN eventually buying SD, and scope out a valuation scenario showing an accretive acquisition of SD at $10 per share.

Thursday's activist letter from TPG-Axon suggests a risk premium related to management credibility should be closed by changing the Board composition. Our own work has SD standing out with compelling value, pricing in less than the value of proved reserves assessed in a low commodity price environment.

SD, FAR LEFT, IS INDEED EXTREMELY CHEAP VS. THE GROUP, IN OUR VIEW, PRICING IN LESS THAN VALUE OF PROVED RESERVES



Source: SFG Research

SD is our favorite oil growth name, as markets undervalue SandRidge's Mississippian franchise prominence, and players like Devon start competing nearby. Management credibility is still oft questioned, Topic A of a new activist letter from TPG-Axon. We count on the rock delivering consistent results, and the value gap closing through good execution, plausibly including some influence of activism.

### Let's look at SD merging with DVN
Hypothetical Scenario: We scope out the scenario of DVN buying SD for $10 per share and taking on SD's debt. Devon would get a bit oilier, a bit less developed, with a 15% bump in production, and still have a strong balance sheet.

SD has a dominant franchise in the Mississippian, ramping up to a right-sized $2 billion run rate. DVN is newer to the play, but already experimenting with additional zones to complete, and adding drilling rig activity this quarter. We think SD could become a right-sized franchise builder for Devon, not least due to Oklahoma City culture and cost synergies.

DVN's Mississippian position would increase to 2.245 mln acres, larger than CHK's 2 million acres, and make DVN the biggest player in the Mississippian

We target SD based on robust activity levels. DVN would unlikely increase the pace of activity on the same acreage…that's part of SD's differentiation: that it is already active at a pace that a larger company would pursue.

Thus, we don't see DVN or another suitor able to easily justify a premium to our target based on more rapid development; however, they would be doing themselves a favor by buying at a discount to our target, in our view. Devon's post-Barnett Shale portfolio could use a material franchise focus. With say $30 billion of plausible forward investment on the SD acreage, SD could be a good bolt-on for Devon, not to mention possible cost-sharing synergies including being collocated in Oklahoma City.

In terms of production impact, back-of-the-envelope scoping suggests 650 wells per year developing 260 million boe per year, using a 12-year reserves-to-production ratio, makes 22 mmboe per year or around 9% of recent production rates, with better than DVN's existing average margins

Our target for SD is $12. If we look at DVN buying SD for $10, in our eyes they would be doing an accretive acquisition. If we look at the combined company from a bottoms-up reserves-based approach, our $74 target for DVN might increase to $82. Deal structure could be envisioned to support our target via EBITDA multiples as well.

The nearby exhibit shows a quick look at a combined Devon and SandRidge. We just used debt to finance the deal, with new debt in line with cash now on the books. Post a deal, SD's debt could be refinanced at lower rates, drilling outlooks could make use of Mississippian project availability to increase average margins, and acreage could be rationalized or swapped with other players to gain infrastructure advantages.

We would expect Devon to divest the Gulf of Mexico assets in short order to reduce debt associated with our hypothetical deal.

VOILA', OUR $74 TARGET FOR DVN MIGHT SWELL AROUND 10% IF SD WAS BOUGHT FOR $10 A SHARE



Source: SFG Research

After merging with SD, DVN would be 43% oily, 71% PDP vs. 42% oily and 74% PDP before a deal. DVN's P1 reserves would increase to 3,539 mmboe from 3,005 mmboe, an 18% bump. DVN's daily production increases to 777 mboe/d from 678 mboe/d, which is a 15% increase. Its balance sheet is still in good shape after the deal, with DVN's net debt/EBITDA ( leverage ratio) increasing to 1.7x  from 0.6x, still below  the peer group average of 1.9x, and then likely delevered via some partial divestitures out of the SD portfolio.

Assuming a deal structure involving $2 bln of cash, 20 mln of DVN shares and $5 bln of debt to finance the acquisition, DVN's 2013 EBITDA multiple should improve from 4.5 now to 4.8x.

Importantly, taking on SD would add a 15-year development of the Mississippian at a pace SD personnel are already designing for and almost ramped up to

EBITDA COMPS

| EAP COVERAGE UNIVERSE | Ticker | Share Price | Market Cap | EV | 2012 EBITDA | 2013 EBITDA | EV / 2012 Consensus EBITDA | EV / 2013 Consensus EBITDA | % Oil or Gas |
|---|---|---|---|---|---|---|---|---|---|
| Oil Names | | | | | | | | | % Oil |
| Berry Petroleum | BRY | $32.70 | 1,713 | 3,433 | 598 | 679 | 5.7x | 5.1x | 68 |
| Denbury Resources Inc | DNR | $14.80 | 5,790 | 8,736 | 1,562 | 1,588 | 5.6x | 5.5x | 77 |
| Energy XXI | EXXI | $32.45 | 2,573 | 3,721 | 863 | 961 | 4.3x | 3.9x | 66 |
| Energen Corp | EGN | $43.52 | 3,140 | 4,734 | 906 | 1,057 | 5.2x | 4.5x | 56 |
| Marathon Oil Corp | MRO | $29.97 | 21,142 | 26,047 | 8,562 | 9,231 | 3.0x | 2.8x | 75 |
| Occidental Petroleum | OXY | $76.72 | 62,149 | 66,036 | 14,220 | 15,163 | 4.6x | 4.4x | 72 |
| Pioneer Natural Resources | PXD | $102.80 | 12,669 | 15,835 | 2,011 | 2,461 | 7.9x | 6.4x | 60 |
| Plains Exploration | PXP | $34.35 | 4,431 | 8,658 | 1,655 | 3,101 | 5.2x | 2.8x | 59 |
| SandRidge Energy | SD | $6.14 | 3,015 | 7,953 | 1,115 | 1,425 | 7.1x | 5.6x | 52 |
| Whiting Petroleum | WLL | $43.64 | 5,135 | 6,773 | 1,455 | 1,672 | 4.7x | 4.0x | 86 |
| MEDIAN | | | | | | | 5.2x | 4.4x | 67% |
| | | | | | | | | | |
| Gas Names | | | | | | | | | % Gas |
| Chesapeake Energy | CHK | $17.25 | 11,478 | 29,086 | 3,548 | 4,726 | 8.2x | 6.2x | 83 |
| Devon Energy Corp. | DVN | $54.10 | 21,883 | 25,373 | 5,170 | 6,017 | 4.9x | 4.5x | 58 |
| EOG Resources | EOG | $116.18 | 31,470 | 36,436 | 6,058 | 6,759 | 6.0x | 5.4x | 64 |
| Forest Oil | FST | $6.72 | 795 | 2,784 | 498 | 495 | 5.6x | 5.6x | 76 |
| McMoRan Exploration | MMR | $12.57 | 2,035 | 3,111 | 158 | 160 | 19.7x | 19.4x | 59 |
| QEP Resources | QEP | $28.73 | 5,117 | 8,180 | 1,401 | 1,635 | 5.8x | 5.0x | 76 |
| WPX Energy | WPX | $15.13 | 3,014 | 4,213 | 1,035 | 1,069 | 4.1x | 3.9x | 77 |
| Cimarex Energy Co | XEC | $59.28 | 5,130 | 5,976 | 1,117 | 1,362 | 5.4x | 4.4x | 59 |
| MEDIAN | | | | | | | 5.6x | 5.0x | 70% |

Source: FactSet

We target SD at $12, with $7 defended just by proved reserves value. The upside reflects a medium-term development tranche of Mississippian oil, or a proxy for plausible deal flow and development. TPG argues that a firm with a lower cost of capital could unlock more value in developing the Mississippian. While we agree on the lower cost of capital concept, the pace of development that SD targets is unlikely to be surpassed by a buyer, especially one not yet maturely ramped up in the same basin (no one is).

While we wouldn't expect DVN to be able to outdrill SD, thus, wouldn't expect a buyer to come in and say double capital spending, it IS the case that cost of capital would be better. As well, quality of Mississippian investment is superior to DVN average investment, so margins would improve by acquiring SD and keeping up its high pace of activity.

SD'S MARGIN SHOULD INCREASE AS IT RAMPS UP OIL GROWTH IN THE MISSISSIPPIAN



Source: SFG Research

We have repeatedly noted Devon as a plausible eventual consolidator of SandRidge, with its own growth imperative and recently increased commitment to this yet-uncrowded play, SD's dominance in terms of capability and infrastructure should be appealing to DVN.

## Scoping value of reserves

A simple way to scope out reasonableness of SD and peer assessments of commerciality of the Mississippian is to take the 450 mboe mean well reserves (well documented), take 45% of that as oil (around 200 mboe) and then develop it for $3.2 million per well, including a prorated share of disposal well capital and buying an electrical submersible pump.

Welcome to lognormal distribution: A few huge wells, a lot of small ones,



Source: SD and SFG Research

We're then at finding costs of $16 per barrel of oil if we give no value for the gas. Giving poor value for the associated gas (say $0.42 cents per mcfe, or just $2.50 per boe), we end up finding oil for $16 and getting another say $600,000 of low gas value. So we might think of it as free gas and oil for $13 per barrel of black oil reserves. Yes, there are timing issues associated with when you drill disposal wells that aren't fully utilized, but overall, industry consensus (with Mississippian operators now including Shell, Devon, Chesapeake, Range, Apache, and Encana plus many smaller players) regards the Mississippian as a premium economics play.

That fits with the published SD well economics suggesting high returns at high oil prices, and breakeven around $50 per barrel of oil. Industry activity in the play has been robust, with Devon moving rigs to the play recently an example of commitment to the play. Our $7 per share P1 value for shares is derived from company-specific regression data and our conservative price deck ($75 oil and $3 gas) estimating around $11 per boe of after-tax value per boe. For comparison, last year's SEC report for SD, at a higher commodity strip, was $14 per boe, and the average for the group, gassier than SD's reserves base, was about $10.50 per boe.

MISSISSIPPIAN WELLS HAVE STRONG ECONOMICS FOR SD



Source: SD

SD WATERFALL:



Source: SFG Research

Please also see our recent longer note on SD (click for note: Mispriced Miss(issippian))
(**SPEED READ**: YoY capex control, more and faster oil wells, solid partner bait, trading
below just proved reserves value while EBITDA goes to $2 billion run rate for 2015 plus
additional deal optionality along the way…all supporting material upsides).

| SandRidge Energy | 2010A | Q1 2011A | Q2 2011A | Q3 2011A | Q4 2011A | 2011A | Q1 2012A | Q2 2012A | Q3 2012A | Q4 2012 | 2012E | Q1 2013 | Q2 2013 | Q3 2013 | Q4 2013 | 2013E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production** | | | | | | | | | | | | | | | | |
| Oil (MMbbl) | 7.4 | 2.6 | 2.8 | 3.2 | 3.3 | 11.8 | 3.4 | 4.6 | 4.9 | 4.9 | 17.8 | 4.8 | 4.9 | 4.9 | 4.9 | 19.5 |
| Gas (Bcf) | 76.2 | 17.3 | 17.2 | 17.9 | 16.9 | 69.3 | 15.7 | 21.9 | 27.2 | 26.3 | 93.0 | 28.3 | 29.2 | 30.1 | 30.7 | 118.2 |
| NGL (MMbbl) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MMBOE | 20.1 | 5.5 | 5.6 | 6.2 | 6.1 | 23.4 | 6.1 | 8.2 | 9.5 | 9.6 | 33.3 | 9.5 | 9.7 | 9.9 | 10.0 | 39.2 |
| y-y% growth | 15% | 24% | 24% | 15% | 6% | 16% | 11% | 46% | 53% | 58% | 42% | 57% | 18% | 5% | 5% | 18% |
| | | | | | | | | | | | | | | | | |
| **Commodity Prices** | | | | | | | | | | | | | | | | |
| WTI avg $/bbl | 79.51 | 94.46 | 102.34 | 89.54 | 94.06 | 95.10 | 103.00 | 93.50 | 92.20 | 90.00 | 94.68 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 |
| Henry Hub avg $/Mcf | 4.38 | 4.17 | 4.38 | 4.06 | 4.02 | 4.02 | 2.43 | 2.22 | 2.89 | 2.50 | 2.51 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| | | | | | | | | | | | | | | | | |
| **Average Realized Prices (includes hedges)** | | | | | | | | | | | | | | | | |
| Oil $/bbl | 69.90 | 79.76 | 76.26 | 76.94 | 79.28 | 78.06 | 96.27 | 89.76 | 91.84 | 96.51 | 90.85 | 90.39 | 90.31 | 90.23 | 90.21 | 90.28 |
| Gas $/mcf | 5.49 | 3.54 | 3.31 | 3.08 | 3.11 | 3.26 | 2.35 | 2.39 | 2.23 | 2.54 | 2.38 | 2.47 | 2.47 | 2.47 | 2.47 | 2.47 |
| NGL $/bbl | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| E&P Revenue | 775 | 267 | 312 | 318 | 329 | 1,227 | 341 | 430 | 468 | 539 | 1,798 | 503 | 510 | 518 | 520 | 2,052 |
| Other Revenue | 157 | 46 | 53 | 45 | 45 | 188 | 40 | 49 | 45 | 49 | 182 | 85 | 86 | 87 | 87 | 346 |
| Total | $932 | $313 | $365 | $364 | $374 | $1,415 | $382 | $478 | $533 | $587 | $1,980 | $588 | $597 | $605 | $608 | $2,398 |
| | | | | | | | | | | | | | | | | |
| **Operating Costs** | | | | | | | | | | | | | | | | |
| Production | 237.9 | 74.0 | 81.8 | 86.6 | 80.5 | 322.9 | 83.3 | 122.5 | 137.0 | 151.8 | 494.7 | 147.3 | 150.6 | 154.0 | 155.7 | 607.6 |
| Production taxes | 29.2 | 10.6 | 12.7 | 10.4 | 12.5 | 46.1 | 12.3 | 11.0 | 13.0 | 26.9 | 63.2 | 15.1 | 15.3 | 15.5 | 15.6 | 61.6 |
| Drilling & Services | 22.4 | 15.0 | 18.1 | 16.2 | 16.3 | 65.7 | 17.6 | 19.2 | 15.7 | 17.3 | 69.8 | 19.9 | 20.2 | 20.5 | 20.6 | 81.0 |
| Midstream & Marketing | 90.1 | 22.3 | 15.9 | 14.6 | 13.2 | 66.0 | 8.0 | 8.6 | 10.7 | 11.8 | 39.0 | 25.1 | 25.4 | 25.8 | 25.9 | 102.3 |
| DD&A - Oil & Gas | 275.3 | 73.9 | 76.2 | 66.7 | 89.6 | 326.6 | 87.1 | 139.3 | 166.1 | 168.4 | 560.9 | 171.1 | 174.9 | 178.8 | 180.8 | 705.6 |
| DD&A - Other | 50.8 | 13.1 | 13.3 | 13.6 | 13.7 | 53.6 | 14.5 | 15.3 | 16.5 | 16.7 | 63.1 | 17.1 | 17.5 | 17.9 | 18.1 | 70.6 |
| Impairment | 0.0 | 0.0 | 0.0 | 0.0 | 2.8 | 2.8 | 2.6 | 8.0 | 9.1 | 9.1 | 28.7 | 10.0 | 10.0 | 10.0 | 10.0 | 40.0 |
| General and Administrative | 179.6 | 34.4 | 37.7 | 36.3 | 40.3 | 148.6 | 50.3 | 61.7 | 46.8 | 47.4 | 206.2 | 42.8 | 43.7 | 44.7 | 45.2 | 176.4 |
| (Gain) loss on derivative assets | 50.9 | 277.6 | -170.0 | -596.7 | 445.0 | -44.1 | 254.6 | -669.9 | 193.5 | 0.0 | -221.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (Gain) loss on sale of assets | 2.4 | -0.2 | -0.5 | -0.4 | -0.9 | -2.0 | 3.1 | 0.3 | 0.4 | 0.0 | 3.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total | 938.5 | 520.7 | 85.1 | -332.8 | 713.3 | 986.2 | 533.3 | -284.0 | 608.7 | 449.5 | 1307.5 | 448.3 | 457.7 | 467.2 | 471.9 | 1845.1 |
| | | | | | | | | | | | | | | | | |
| **Per Unit Economics ($/BOE)** | | | | | | | | | | | | | | | | |
| Revenue | $38.62 | $48.91 | $55.34 | $51.52 | $53.99 | $52.49 | $56.41 | $52.37 | $51.52 | $56.06 | $54.00 | $52.92 | $52.53 | $52.14 | $51.79 | $52.34 |
| Production | $11.86 | $13.55 | $14.51 | $14.01 | $13.20 | $13.82 | $13.77 | $14.92 | $14.46 | $15.80 | $14.86 | $15.50 | $15.50 | $15.50 | $15.50 | $15.50 |
| Production taxes | $1.45 | $1.94 | $2.25 | $1.68 | $2.04 | $1.97 | $2.03 | $1.34 | $1.37 | $2.80 | $1.90 | $1.59 | $1.58 | $1.56 | $1.55 | $1.57 |
| Drilling & Services | $1.11 | $2.76 | $3.20 | $2.62 | $2.68 | $2.81 | $2.90 | $2.34 | $1.65 | $1.80 | $2.09 | $2.09 | $2.08 | $2.06 | $2.06 | $2.07 |
| Midstream & Marketing | $4.49 | $4.08 | $2.81 | $2.37 | $2.17 | $2.82 | $1.31 | $1.04 | $1.13 | $1.23 | $1.17 | $2.64 | $2.62 | $2.60 | $2.58 | $2.61 |
| DD&A - Oil & Gas | $13.72 | $13.54 | $13.51 | $14.03 | $14.73 | $13.98 | $14.39 | $16.97 | $17.53 | $17.53 | $16.85 | $18.00 | $18.00 | $18.00 | $18.00 | $18.00 |
| DD&A - Other | $2.53 | $2.40 | $2.36 | $2.19 | $2.25 | $2.29 | $2.40 | $1.87 | $1.74 | $1.74 | $1.89 | $1.80 | $1.80 | $1.80 | $1.80 | $1.80 |
| Impairment | $0.00 | $0.00 | $0.00 | $0.00 | $0.46 | $0.12 | $0.43 | $0.97 | $0.96 | $0.94 | $0.86 | $1.05 | $1.03 | $1.01 | $1.00 | $1.02 |
| General and Administrative | $8.95 | $6.30 | $6.68 | $5.67 | $6.60 | $6.36 | $8.31 | $7.52 | $4.94 | $4.94 | $6.19 | $4.50 | $4.50 | $4.50 | $4.50 | $4.50 |
| (Gain) loss on derivative assets | $2.54 | $50.86 | ($30.14) | ($96.54) | $72.97 | ($1.89) | $42.08 | ($81.62) | $20.42 | $0.00 | ($6.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| (Gain) loss on sale of assets | $0.12 | ($0.04) | ($0.09) | ($0.07) | ($0.15) | ($0.09) | $0.51 | $0.04 | $0.04 | $0.00 | $0.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $ Margin per Unit | ($8.16) | ($46.49) | $40.26 | $105.36 | ($62.96) | $10.30 | ($31.72) | $86.97 | ($12.71) | $8.29 | $14.74 | $5.75 | $5.43 | $5.11 | $4.82 | $5.27 |
| | | | | | | | | | | | | | | | | |
| Operating Income (EBIT) | ($7) | ($206) | $280 | $697 | ($339) | $429 | ($152) | $762 | ($76) | $138 | $673 | $140 | $139 | $138 | $136 | $553 |
| Adjusted EBIT | $47 | $70 | $109 | $99 | $107 | $366 | $109 | $101 | $127 | $147 | $483 | $150 | $149 | $148 | $146 | $593 |
| Adjusted Operating Margin % | 5% | 22% | 30% | 27% | 29% | 27% | 28% | 21% | 24% | 25% | 24% | 25% | 25% | 24% | 24% | 25% |
| | | | | | | | | | | | | | | | | |
| Interest Expense | (246) | (59) | (62) | (59) | (57) | (238) | (57) | (69) | (82) | (82) | (299) | (85) | (87) | (84) | (83) | (340) |
| Income Tax (expense)/benefit | 447 | (0) | 7 | (1) | (0) | 6 | (0) | 104 | 0 | - | 104 | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| Fully Diluted Shares Outstanding | 355 | 488 | 496 | 496 | 399 | 470 | 583 | 583 | 583 | 583 | 583 | 588 | 588 | 588 | 588 | 588 |
| | | | | | | | | | | | | | | | | |
| **EQUITY METRICS** | | | | | | | | | | | | | | | | |
| BV | 6,061 | | | | | 5,672 | | | | | 7,572 | | | | | 3,890 |
| Adjusted EBITDA | 614 | 146 | 156 | 169 | 175 | 646 | 186 | 269 | 297 | 321 | 1,072 | 325 | 328 | 332 | 332 | 1,317 |
| Current share price/EBITDA est | 3.8x | | | | | 4.7x | | | | | 3.5x | | | | | 2.9x |
| Adjusted EPS (diluted) | $0.05 | ($0.02) | $0.00 | $0.01 | $0.02 | $0.01 | $0.04 | $0.07 | $0.05 | $0.04 | $0.20 | $0.03 | $0.03 | $0.03 | $0.03 | $0.13 |
| EV/EBITDA | 9.9x | | | | | 8.8x | | | | | 7.1x | | | | | 3.0x |
| | | | | | | | | | | | | | | | | |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | |
| Cash | 6 | 9 | 5 | 325 | 208 | 208 | 128 | 421 | 674 | 529 | 529 | 738 | 961 | 715 | 439 | 439 |
| Credit Facility | 340 | 324 | 80 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 234 | 117 | 58 | 29 | 29 |
| Securitized Debt | 2,562 | 2,849 | 2,812 | 2,813 | 2,813 | 2,813 | 2,813 | 3,549 | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 | 4,299 | 4,299 |
| Net Debt | 2,896 | 3,164 | 2,888 | 2,487 | 2,606 | 2,605 | 2,686 | 3,128 | 3,627 | 3,771 | 3,771 | 3,796 | 3,455 | 3,643 | 3,890 | 3,890 |
| Net Debt/EV | 56% | | | | | 46% | | | | | 50% | | | | | 50% |

| Reserves Detail | | Reserve & Enterprise Value Metrics | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 (mmboe) | 471 | BV/BOE | $15.77 | | | | | | | | | | | | | |
| % Oil | 52% | EV/PDP | $32.18 | | | | | | | | | | | | | |
| % Gas | 48% | Net Debt/BOE | $7.70 | | | | | | | | | | | | | |
| % Proved Developed (PDP) | 49% | Net Debt/PDP | $15.71 | | | | | | | | | | | | | |
| % Proved Undeveloped (PUD) | 51% | | | | | | | | | | | | | | | |
| R/P | 23.6 | | | | | | | | | | | | | | | |
| PDP / P | 11.5 | | | | | | | | | | | | | | | |

Source: SFG Research

**Price target valuation and risks**

SandRidge Energy, Inc.(SD, Price: $6.10, Price Target: $12.00):

Assuming $75 oil and $3.00 gas prices in the long term, our NAV/share is $12 based on our view of proved and unproved reserves value adjusted for the most recent quarter's balance sheet. On its own, SandRidge had a higher value per barrel of proved reserves versus our coverage universe (SEC standardized measure of $14 per boe vs. a group average near $12).

Investors are exposed to multiple risks unique to the oil and gas sector. Oil and gas producers are exposed to volatile commodity prices, cost increases, physical drilling and construction risks, business and environmental litigation, changes to commercial terms (including the risk of incremental government taxation), and exploration and development results uncertainties. SD's ability to grow oil production is a risk to the shares.

Devon Energy (DVN, Price: 54.02, Price Target: 74.00)

Assuming $75 oil and $3.00 gas prices in the long term, our NAV/share is $74 based on our view of proved and unproved reserves value adjusted for the most recent quarter's balance sheet. On its own, DVN had a low value per barrel of proved reserves versus our coverage universe (SEC standardized measure of $6 per boe vs. a group average near $12).

Investors are exposed to multiple risks unique to the oil and gas sector. Oil and gas producers are exposed to volatile commodity prices, cost increases, physical drilling and construction risks, business and environmental litigation, changes to commercial terms (including the risk of incremental government taxation), and exploration and development results uncertainties. DVN's ability to grow liquids/oil production is a risk to the shares.

**Analyst Certification**

I, Duane Grubert, hereby certify that the views each of us has expressed in this research report accurately reflect each of our respective personal views about the subject securities and issuers. We also certify that no part of our respective compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

**Important Disclosures**

SFG is a market maker in the securities of SandRidge Energy, Inc. and Devon Energy (SD and DVN).

Susquehanna International Group, LLP (SIG) is comprised of a number of trading and investment related entities under common control, including Susquehanna Financial Group, LLLP (SFG). SIG, its affiliates and/or its principals may have long or short positions in securities or related issues mentioned here. SIG, in its capacity as specialist and/ or market maker may execute orders on a principal basis in the subject securities. Information presented is from sources believed to be reliable, but is not guaranteed to be accurate or complete. Past performance should not be taken as an indication or guarantee of future results. Hyperlinks provided in this report are for your convenience. Please be aware that the products and information supplied on these hyperlinked pages are not endorsed or approved by SFG.

The following data elements on this report were sourced from Bloomberg LP: Price (yesterday's close), 52-week high, 52-week low, Shares outstanding, Average daily trading volume, Volume (contracts). Any others will be specifically sourced.

SFG employs the following rating system:

**Positive:** We expect this stock to appreciate by at least 15% over the next 12 months. Upon the initiation of a Positive rating, we expect this stock to appreciate by at least 20% over the next 12 months.

**Neutral:** We expect this stock to perform within a range of +/-15 percentage points over the next 12 months.

**Negative:** We expect this stock to depreciate by at least 15% over the next 12 months. Upon the initiation of a Negative rating, we expect this stock to depreciate by at least 20% over the next 12 months.

**Suspended:** The previously published rating and/or estimates are currently suspended and under review.

Defined Credit Terms

**Gross debt + preferred TEV:** (Gross Debt + Preferred) / Total Enterprise Value (expressed as a %).

**Net debt/EBITDA.** Net Debt (gross debt less cash on hand) / EBITDA = forward year EBITDA estimate.

**Free cash flow:** Forward EBITDA estimate less cash taxes less cash interest less total capex.

**FCF yield:** FCF Yield ((FCF/ Fully Diluted shares outstanding/current share price) (expressed as a %)).

**YTM:** Yield-to-maturity ("YTM") implied by any of its bonds outstanding that are due in 5 years ((or closest to)(expressed as a %)).

**5-yr treasury yield:** 5-year US Treasury yield (expressed as a %).

Volatility Definitions

**Volume:** The 20-day average option contract volume for the symbol.

**Skew Rank:** The current day's Skew values compared to the past year's worth of skew values and then rank the current day's value. Past year in the calculation is 252 previous trading days which includes the last trading day.

**Implied Volatility:** Implied Volatility is the at-the-forward volatility level implied by market option prices for 90 days. While implied volatility is specific to the time frame selected, it is always presented as an annualized standard deviation.

**Realized Volatility.** It is the Realized Volatility of a financial instrument over 90 days. Generally, this measure is calculated by determining the average deviation from the average price of a financial instrument in the given time period. This measure is frequently compared with implied volatility to determine if options prices are over- or undervalued. It is also known as historical volatility.

**Ratings Distribution & Investment Banking Disclosure**

| Covered companies in each Category | Investment banking client in each category |
|---|---|
| Positive (Buy) 48.66% (145) | Positive (Buy) 0.00% (0) |
| Neutral (Hold) 45.97% (137) | Neutral (Hold) 0.00% (0) |
| Negative (Sell) 5.37% (16) | Negative (Sell) 0.00% (0) |

This is a proprietary SFG product prepared, and intended, solely for the use of sophisticated and professional institutional traders and managers and not for the general investing public. Unauthorized redistribution of this report, by any means, represents a violation of US copyright laws and could result in legal action and the suspension of the intended recipient's privileges. If you have any questions regarding this transmission please contact ResearchDistribution@sig.com. The information in this communication is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject Susquehanna Financial Group, LLLP or its affiliates to any registration requirement within such jurisdiction or country. In the European Union this report is approved and/or communicated by Susquehanna International Securities Ltd ("SIS"). SIS is authorized by the Central Bank of Ireland. For more information contact John Keogh +353-1-8028082. In the UK, this communication is issued and approved for distribution only to, and directed at, (a) persons who have professional experience in matters relating to investments falling within Article 19(1) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 (the "Order"); or (b) high net worth entities, and other persons to whom it may otherwise lawfully be communicated, falling within Article 49(1) of the Order (all such persons together being referred to as "relevant persons"). This communication must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this communication relates is only available to relevant persons and will be engaged in only with relevant persons.

Copyright © 2012 Susquehanna Financial Group, LLLP. All rights reserved.





Susquehanna Financial Group, LLLP.

**NOVEMBER 12, 2012**

# Exploration & Production
## COMPANY UPDATE

Grenadier
EXHIBIT NO. 4
6·19·19
P. Frederickson, CSR, CCR

**SIG**
SUSQUEHANNA
FINANCIAL GROUP, LLLP

### SandRidge Energy, Inc.

| | |
|---|---|
| Symbol | SD |
| Rating | Positive |
| Price | $5.51 |
| Price target | $12.00 |
| Downside risk | $5.00 |

### Company market data

| | |
|---|---|
| 52 week range | $9.04-$4.81 |
| Shares out. | 491.077mm |
| Market cap. | 2,706mm |
| Average daily trading volume | 11,045,684 |
| Beta | 1.96 |

### Calendar year December

| EPS | Prior | 2012e Current | Prior | 2013e Current |
|---|---|---|---|---|
| Q1 | | 0.04A | | 0.03 |
| Q2 | | 0.07A | | 0.03 |
| Q3 | | 0.05A | | 0.03 |
| Q4 | | 0.04 | | 0.03 |
| CY EPS | | 0.20 | | 0.13 |
| P/E | | 27.6x | | 42.4x |
| EBITDA ($) | | 1,072 | | 1,317 |

### Credit

| | |
|---|---|
| Gross leverage | 40.00% |
| Net debt/EBITDA (12m fwd) | 3.2x |
| Free cash flow (12m fwd) | $(643)mm |
| Free cash flow yld (12m fwd) | (15.00)% |
| Implied 3-to-7 year YTM | 7.00% |
| 5-yr US treasury yield | 0.64% |

### Derivatives

| | |
|---|---|
| Volume (contracts) | 15,221 |
| Skew rank (2yr %-tile) | 8.15 |



# SandRidge Energy, Inc.: Evolving Plot Line for Dented Franchise

**Duane Grubert**
duane.grubert@sig.com
203 326 5029

George Wang
george.wang@sig.com
212 510 4454

### Call to action

SD's Mississippian per-well recovery quality appears down (think: A+ goes to A-), but still with 50% project returns (similar to Permian) and huge in scale. Now a planned hot-market premium sale of Permian assets could swap $100 million annual free cash flow for $500 million premium upfront, clinching 2014 growth funding. Skittish over both governance (with activist now visible) and returns, shares value much less than proved reserves, say $7-8, an unlikely durable condition. We stick with our $12 target.

### HIGHLIGHTS

SPEEDREAD: A+ Miss now given an A-, but still huge. Hot-market sale of Permian would create independent funding through 2014 towards 15-year self-funded Miss program, likely to get company sold medium term, with activism looking to accelerate that.

- Simplifying complexity, we see development costs on SD's Mississippian going from $12-$13 per barrel of black oil to $16 to $18 depending on the subsidy of gas prices.

- Evolving plot line: SD's A+ Mississippian oil wells (80% project returns) are now expected to be A- (50%, in line with Permian Basin drilling) as results are gassier in most recent drilling. Cost control or reservoir characterization may restore the A over time, but assume A- for now. Meanwhile, an intended joint venture tactic to clinch 2014 growth funding will likely be replaced by a hot-market (to MLP players) mature Permian Basin asset sale, which swaps $100 million annual free cash flow (used for Miss growth) for say $500 million premium value (in a $2 billion tax protected deal), maybe much more, up front.

Continued on the next page

### Catalysts

Peer announcements of Mississippian progress or partnerings may be positives for SD. Permian sale is also a catalyst.

### Downside risk

Commodity price movements usually comprise the largest risk/reward component to E&P stocks. Our downside risk of $5, which is a $2 discount to the NAV/share at $75 oil and $3.00 gas. SD-Specific Risk: Logistics challenges could emerge for both water disposal and field personnel availability, given the likely thousands of employees that will be required to develop, process and transport Mississippian oil, gas and mostly water in the years to come. Injection permitting challenges seem minimal so far; however, they could be a stumbling point as sector activity ramps up.

**IMPORTANT DISCLOSURES AND CERTIFICATIONS.**
Susquehanna International Group, LLP (SIG) is comprised of affiliated entities, including Susquehanna Financial Group, LLLP (SFG). SFG is a provider of research and execution services. SFG is a member of FINRA. SFG does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Please see important disclosures on pages 6-7.

### HIGHLIGHTS

Continued from previous page

- That takes us from $7 of proved reserves value and a $12 target with debt around 60% of proved value, to $7+ of proved reserves value (via the Permian premium sale) and a $12 target (where Permian premium offsets some erosion of outyear value) but debt at just 45% of proved reserves value. It also makes SD more saleable, albeit reliant on ongoing Mississippian success, which we expect.

- If the Permian sale is a mirage, SD can still pursue a joint venture partner, although now as an eroded counterparty, given flip-flop tactics and an active activist on the prowl.

- Bulls need no additional grade erosion from A-, and cost efficiencies (pad drilling, subzone additions) might restore an A. Bears would love to see a failed Permian sale (or now Plan B jv), or stubborn pursuit of worsening economics, unlikely in our view, as SD management has a history of regrouping when things go awry.

- With more wells but lower per-well oil recoveries, the same oil per square mile comes out, at a higher cost than had been suggested. That reduces value of the Mississippian future development, to be in line with Permian drilling quality. Stock pays for no future development, although profitable $20+ billion program over 15 years seems likely.

*Some fear Miss will continue to erode (from very good). If so, SD would regroup. Meanwhile, shares pay ahead for nothing, not even paying for proved reserves (say $7 per share) or any Permian sale upside.*

Meanwhile, SD's Permian assets, built up after acquisitions from Arena and Forest, might be sold into a hot MLP driven market. If SD gets $80,000 per flowing barrel (that might be 25% low) for its 24.5 mbde assets, we think it would give an extra $1 per share of support to shares, and give more balance sheet flexibility to drill up the Mississippian. SD has ample tax losses that should enable a tax efficient sale.

Also, see (click titles) our recent SD update notes: Mispriced Miss(issippian) and Good 3Q, Fresh Bold Tactics and We Ponder Activist Agendas.

Without getting too detailed here, our $12 target gives credit for proved reserves value ($7) plus a medium term tranche of development. Now likely Permian sale (+1) boosts proved reserves value outlook, while medium-term outlook erodes a bit (-$1). We'll call it even.

Sentiment towards management is quite negative, but activist agenda is unclear beyond axing the CEO in order to avoid fancy future deal making. If Permian is sold, funding SD through 2014, duller managers might be tasked with blindered focus on just drilling wells, with less investor drama, but easier path towards our target, and maybe easier sale of firm. Stay tuned.

**New Well Economics**
SD investors rely on the Mississippian, and per well expectations have taken a haircut.

*SD's 3Q conference call was a mess, with investors debating whether it's worth selling a great asset for a very great price, or if a stock already pricing in failure should sell off further when very terrific project returns are signaled as merely terrific.*

SD had indicated 8,000 wells for say $26 billion with 80% returns . . . now it suggests 11,000 wells for say $37 billion with 50% returns. Or simpler . . . it had said 600 mbo per square mile for $10 million ($16+/bo), now it's 600 mbo for $13.6 million ($23+/bo) on the same square mile, now with 4 wells instead of three. If we throw in some low priced gas value, our dollar per bo goes from say $13 before, to $18 now, worse, but not bad. SD says it had 80% project returns, now says 50%, similar to Permian drilling, and in line with our scoping numbers.

From around 200 thousand barrels of oil per well and some gas, to 150 thousand BO and some gas, with costs stubbornly flat to up. The up is also complex.

Costs of $3.2 million per well had been characterized as including $200,000 as a prorated share of disposal well costs. More recently, $200,000 of it is for an Electrical Submersible Pump (ESP), which moves more fluid volume, thus accelerates oil production. The first (disposal) is necessary, the second (ESP) is profitable.

SD gets more fluid out of the ground faster with ESPs. That's good if you're making oil. SD could choose NOT to pay $200,000 per well, but oil would be produced slower. SD says payouts on the pumps are compelling, but hasn't convinced investors, many attuned more to per well costs than influence of components on the cost.

Earlier, we had suggested assuming 200 thousand barrels of oil per $3.2 million well, with about $600,000 of lowball gas value leaving us with a $13 per barrel finding cost, supporting SD's 80% project return assertions. Now SD says to assume more like 150 mbo, with all in well costs maybe the same eventually, but closer to $3.4 million now. Subtract the lowball gas, now around $700,000 of lowball value, and we're at $2.7 million for 150 mbo or $18 finding costs for black oil. That's a big difference, and SD says it has more like 50% project returns rather than 80%. That's still compelling.

Especially negative investors suggest the Mississippian will be a disaster and take the company down. Recent sector history has had severe overcapitalization of the Haynesville as an example of a play that disappointed due to market conditions. Here, high early oil volumes and decades of vertical well data suggest little disastrous downside lurking related to production declines. In fact, we suspect learning curve advances will reduce well costs, help pick fewer lower reserve locations, and allow for subzone redevelopment, including the underlying Woodford, where Devon and others have already established production in the same areas.

If the stock was at $20, going from 8000 wells with 80% returns to 11000 wells with 50% returns would have been a mixed bag shocker . . . but the $6 stock already assumes broad failure. We are long both SD and related aspirin intake.

**Appendix**

Beyond the drama . . . what other news came out of the 3Q call?

- 3 recent strong Kansas wells, averaged 377 boed in the northern part; in 3Q12, 65 wells averaged 291 boe 30-day IP, and running 9 rigs; will drill 191 wells in Kansas in 2013.

- 5 producers per disposal well, $2 mln to drill each, ten wells per disposer at peak, about half occupied now.

- 33% more locations but minus 24% oil per well.

- 62% IRR at Permian vs. 50% at Mississippian; at strip ($90 oil), Mississippian IRR now at 50% vs. 82% previously.

- Mississippian EUR at 421 mboe vs. 456 previously.

- Oil now 155 mbo, vs. 204 previously.

- Original Mississippian is gassier, oily now 40% vs. 45% before:  40% crude 15% NGL 45% gas.

- Mississippian production: 30.7 mboe/d in 3Q, flat in 4Q12.

- In the Mississippian: 33 rigs to drill 390 wells in 2012; 38/43 rigs to drill 580/675 wells in 2013/2014.

- 2013 guidance assumes 1.5 mmboe lower in Permian production.

- $600 mln CF outspend in 2014 per our estimate.

- 3.25 mln well cost without disposal, aims to drive it down to $3 mln.

- Kansas JV may still happen in 2013. Can't rule it out.

- Base decline in production 30% in Permian, 40% in Mississippian.

**Price target valuation and risks**

SandRidge Energy, Inc.(SD, Price: $5.51, Price Target: $12.00):

Assuming $75 oil and $3.00 gas prices in the long term, our NAV/share is $12 based on our view of proved and unproved reserves value adjusted for the most recent quarter's balance sheet. On its own, SandRidge had a higher value per barrel of proved reserves versus our coverage universe (SEC standardized measure of $14 per boe vs. a group average near $12).

Investors are exposed to multiple risks unique to the oil and gas sector. Oil and gas producers are exposed to volatile commodity prices, cost increases, physical drilling and construction risks, business and environmental litigation, changes to commercial terms (including the risk of incremental government taxation), and exploration and development results uncertainties. SD's ability to grow oil production is a risk to the shares.

## Analyst Certification

I, Duane Grubert, hereby certify that the views each of us has expressed in this research report accurately reflect each of our respective personal views about the subject securities and issuers. We also certify that no part of our respective compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

## Important Disclosures

SFG is a market maker in the securities of SandRidge Energy, Inc. (SD).

Susquehanna International Group, LLP (SIG) is comprised of a number of trading and investment related entities under common control, including Susquehanna Financial Group, LLLP (SFG). SIG, its affiliates and/or its principals may have long or short positions in securities or related issues mentioned here. SIG, in its capacity as specialist and/or or market maker may execute orders on a principal basis in the subject securities. Information presented is from sources believed to be reliable, but is not guaranteed to be accurate or complete. Past performance should not be taken as an indication or guarantee of future results. Hyperlinks provided in this report are for your convenience. Please be aware that the products and information supplied on these hyperlinked pages are not endorsed or approved by SFG.

The following data elements on this report were sourced from Bloomberg LP: Price (yesterday's close), 52-week high, 52-week low, Shares outstanding, Average daily trading volume, Volume (contracts). Any others will be specifically sourced.

SFG employs the following rating system:

**Positive:** We expect this stock to appreciate by at least 15% over the next 12 months. Upon the initiation of a Positive rating, we expect this stock to appreciate by at least 20% over the next 12 months.

**Neutral:** We expect this stock to perform within a range of +/-15 percentage points over the next 12 months.

**Negative:** We expect this stock to depreciate by at least 15% over the next 12 months. Upon the initiation of a Negative rating, we expect this stock to depreciate by at least 20% over the next 12 months.

**Suspended:** The previously published rating and/or estimates are currently suspended and under review.

Defined Credit Terms

**Gross debt + preferred TEV:** (Gross Debt + Preferred) / Total Enterprise Value (expressed as a %).

**Net debt/EBITDA:** Net Debt (gross debt less cash on hand) / EBITDA = forward year EBITDA estimate.

**Free cash flow:** Forward EBITDA estimate less cash taxes less cash interest less total capex.

**FCF yield:** FCF Yield ([FCF/ Fully Diluted shares outstanding/current share price) (expressed as a %)).

**YTM:** Yield-to-maturity ("YTM") implied by any of its bonds outstanding that are due in 5 years ((or closest to)(expressed as a %)).

**5-yr treasury yield:** 5-year US Treasury yield (expressed as a %).

Volatility Definitions

**Volume:** The 20-day average option contract volume for the symbol.

**Skew Rank:** The current day's Skew values compared to the past year's worth of skew values and then rank the current day's value. Past year in the calculation is 252 previous trading days which includes the last trading day.

**Implied Volatility:** Implied Volatility is the at-the-forward volatility level implied by market option prices for 90 days. While implied volatility is specific to the time frame selected, it is always presented as an annualized standard deviation.

**Realized Volatility:** It is the Realized Volatility of a financial instrument over 90 days. Generally, this measure is calculated by determining the average deviation from the average price of a financial instrument in the given time period. This measure is frequently compared with implied volatility to determine if options prices are over- or undervalued. It is also known as historical volatility.

## Ratings Distribution & Investment Banking Disclosure

| Covered companies in each Category | Investment banking client in each category |
|---|---|
| Positive (Buy) 48.66% (145) | Positive (Buy) 0.00% (0) |
| Neutral (Hold) 45.97% (137) | Neutral (Hold) 0.00% (0) |
| Negative (Sell) 5.37% (16) | Negative (Sell) 0.00% (0) |

This is a proprietary SFG product prepared, and intended, solely for the use of sophisticated and professional institutional traders and managers and not for the general investing public. Unauthorized redistribution of this report, by any means, represents a violation of US copyright laws and could result in legal action and the suspension of the intended recipient's privileges. If you have any questions regarding this transmission please contact ResearchDistribution@sig.com. The information in this communication is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject Susquehanna Financial Group, LLLP or its affiliates to any registration requirement within such jurisdiction or country. In the European Union this report is approved and/or communicated by Susquehanna International Securities Ltd ("SIS"). SIS is authorized by the Central Bank of Ireland. For more information contact John Keogh +353-1-8028082. In the UK, this communication is issued and approved for distribution only to, and directed at, (a) persons who have professional experience in matters relating to investments falling within Article 19(1) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 (the "Order"); or (b) high net worth entities, and other persons to whom it may otherwise lawfully be communicated, falling within Article 49(1) of the Order (all such persons together being referred to as "relevant persons"). This communication must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this communication relates is only available to relevant persons and will be engaged in only with relevant persons.

Copyright © 2012 Susquehanna Financial Group, LLLP. All rights reserved.



Rating and Price Target History for: SandRidge Energy, Inc. (SD) as of 11-09-2012



# J.P.Morgan

Grenadier
EXHIBIT NO. 5
6·19·19
P. Frederickson, CSR, CCR

**North America Equity Research**
16 November 2012

# SandRidge Energy Inc.

## Less Enthused but Still Think the Stock Is Cheap and Will Outperform

Last week, SandRidge reported earnings and disclosed new data on its Miss play.  It also indicated that it plans to pursue a potential sale of its Permian assets.  Some of its biggest shareholders are calling for significant changes in the company.  We reduced our valuation on the Miss play and the shares, but we think the stock still is cheap and has catalysts.  Thus, we think the stock will outperform.

- **Less enthused on Miss but still good play.**  SD downgraded its Miss play on three fronts: it reduced the average per well oil cut, lowered the average per well EUR, and raised the average well cost.  Despite the negative impact on rate of return, the Miss still appears to offer an attractive rate of return, using NYMEX futures prices, of around 25% (see Tables 1 and 2).  And the scale of the play, with potentially 11,000 wells to drill, provides SD with the opportunity to add significant value.

- **Hit to NAV.**  SD reduced its average Miss EUR from 456 MBoe to 422 MBoe and the oil cut per well from 45% to 37%.  In our last model, we already had reduced the oil cut to 40%, but our new model reduces the life-of-well oil cut further to 37% and reduces the EUR to 422 MBoe.  The higher average well cost mainly comes from the use of electrical submersible pumps (ESPs) to better move liquids and accelerate oil recovery.  Current NYMEX NAV now is $8.40/share, down from our prior calculation of $11.22/share.

- **Investors get active.**  Two of the biggest shareholders have written letters to the board demanding change including, but not limited to, a new CEO/Chairman; more independent board members with representatives of the top shareholders; and pursuit of strategic alternatives, including reconsideration of the Permian sale, sale of the GOM assets, or sale of the whole company.

- **Decreasing Dec 2013 target to $9.50/share.**  Our price target for SD represents 95-100% of NYMEX NAV at YE13, a slight discount to where the group is trading.  The E&P stocks are trading at 100-105% of current NYMEX NAV and, since the market seems to lack confidence in the company's financial position and strategy, we think the company will trade at a discount to the group median until that confidence grows.

## Overweight

**SD, SD US**
Price: $5.34

▼ **Price Target: $9.50**
Previous: $12.00

Oil & Gas Exploration & Production / Natural Gas

Joseph Allman, CFA [AC]
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

Jessica Lee
(1-212) 622-9812
jessica.s.lee@jpmorgan.com

Jeanine Wai
(1-212) 622-6489
jeanine.wai@jpmorgan.com

RJ McCain, CFA
(1-212) 622-6215
rj.mccain@jpmorgan.com

J.P. Morgan Securities LLC



Price Performance

| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -34.8% | -25.5% | -17.8% | -29.1% |
| Rel | -38.7% | -18.4% | -13.5% | -32.7% |

### SandRidge Energy Inc. (SD;SD US)

| FYE Dec | 2011A | 2012E (Prev) | 2012E (Curr) | 2013E (Prev) | 2013E (Curr) |
|---|---|---|---|---|---|
| CF/Sh ($) | | | | | |
| Q1 (Mar) | 0.20 | 0.31A | 0.31A | 0.31 | 0.31 |
| Q2 (Jun) | 0.27 | 0.40A | 0.40A | 0.31 | 0.32 |
| Q3 (Sep) | 0.29 | 0.50A | 0.50A | 0.32 | 0.32 |
| Q4 (Dec) | 0.32 | 0.33 | 0.32 | 0.31 | 0.31 |
| FY | 1.08 | 1.53 | 1.53 | 1.24 | 1.26 |
| Bloomberg CPS FY ($) | 0.92 | - | 1.47 | - | 1.63 |

Source: Company data and J.P. Morgan estimates.

| Company Data | |
|---|---|
| Price ($) | 5.34 |
| Date Of Price | 16-Nov-12 |
| 52-week Range ($) | 9.04 - 4.81 |
| Mkt Cap ($ mn) | 2,620.91 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 491 |
| Price Target ($) | 9.50 |
| Price Target End Date | 31 Dec 13 |

**See page 15 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

# Mississippian

**Miss Metrics**

Below we show the Mississippian play new assumptions (Table 1) versus our prior
assumptions (Table 2). The biggest changes include decreases in EUR and oil cut
and an increase in costs.

Table 1: Economic of Average Mississippian Hz Well (New Assumptions)

| Assumptions | | | |
|---|---|---|---|
| Assumed EUR (MBoe) | 422 | LOE ($/Mcfe) | $1.61 |
| Oil % | 37%[1] | Transportation ($/Mcfe) | $0.00 |
| Gas % | 63% | Production tax (%) | 7.5% |
| Assumed 24-hr IP rate (Boepd) | 402 | Royalty (%) | 20.0% |
| Discount rate (%) [3] | 10.0% | Oil differential ($/Bbl) | $4.00 |
| Output ($3.45 MM current well cost) | | Output ($3.25 MM target well cost) | |
| IRR | 24.9% | IRR | 27.4% |
| F&D ($/Mcfe) | $1.70 | F&D ($/Mcfe) | $1.60 |
| Break even gas price ($/Mcfe) [2] | $3.07 | Break even gas price ($/Mcfe) [2] | $2.96 |
| Break even crude price ($/Bbl) | $61.50 | Break even crude price ($/Bbl) | $59.38 |
| NPV ($ '000) | $2,445 | NPV ($ '000) | $2,645 |

Source: Company reports and J.P. Morgan estimates. Note: IRR using NYMEX futures as of November 8, 2012 ($86.49/Bbl and
$4.54/Mcf long-term). [1] First month: 55% oil, third year: 37% oil, and 10th year: 33% oil. [2] Using Oil/Gas multiple of 18.4x. [3] Use
10% discount rate to calculate NPV.

Table 2: Economic of Average Mississippian Hz Well (Old Assumptions)

| Assumptions | | | |
|---|---|---|---|
| Assumed EUR (MBoe) | 456 | LOE ($/Mcfe) | $1.61 |
| Oil % | 45% | Transportation ($/Mcfe) | $0.00 |
| Gas % | 55% | Production tax (%) | 7.5% |
| Assumed 24-hr IP rate (Boepd) | 380 | Royalty (%) | 20.0% |
| Discount rate (%) [2] | 10.0% | Oil differential ($/Bbl) | $4.00 |
| Output ($3.45 MM current well cost) | | Output ($3.25 MM target well cost) | |
| IRR | 32.7% | IRR | 35.5% |
| F&D ($/Mcfe) | $1.58 | F&D ($/Mcfe) | $1.48 |
| Break even gas price ($/Mcfe) [1] | $2.58 | Break even gas price ($/Mcfe) [1] | $2.50 |
| Break even crude price ($/Bbl) | $51.82 | Break even crude price ($/Bbl) | $50.11 |
| NPV ($ '000) | $4,126 | NPV ($ '000) | $4,326 |

Source: Company reports and J.P. Morgan estimates. Note: IRR using NYMEX futures as of November 8, 2012 ($86.49/Bbl and
$4.54/Mcf long-term). [1] Using Oil/Gas multiple of 18.4x. [2] Use 10% discount rate to calculate NPV.

Management indicated that SD's change in assumptions primarily came from more
data. When SD unveiled its 456 MBoe EUR assumption in February 2012, it
appears to us that it based its assumptions on around 120 wells with 60 days of
production, 70 wells with 180 days of production and 35-40 wells with 365 days of
production. Over the course of the past nine months, it now has more wells (at least
160 wells with one year of production) and more production history for a greater
number of wells. Also impacting the data is the use of ESPs. The ESPs cause the oil
IP rate to be higher but the first year decline rate to be steeper as well (previous first
year oil decline rate was 63% but now it is 77%). In 2013, SD estimates that it will
use ESPs on around 40% of its wells.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

**Flaws in Public Well Data**

Some investors question the economics of the Miss, partly based on the public data available from the Oklahoma Corporation Commission (OCC) and the Oklahoma Tax Commission (OTC). The public data might be useful, but flaws in the data require analysts to be very careful in working with the data.

Of 30 randomly selected wells from the publicly available database, 28 have flaws in the oil production and one of the remaining two has flaws with the natural gas data. In the 28 oil production data problems, the data have missing oil production during certain months. Graph 1 shows an example of the flawed data. For this example, we use the Greve 1-29H well. The oil curve below shows that, after the initial peak rate, the oil curve drops to zero during seven months, including the last three months. In reality, the production does not drop to zero. It is a data integrity problem. If analysts use this data to calculate an average EUR for SD's wells, the data will suggest a lower EUR than SandRidge's estimate of 422 MBoe per well. For some reason, the problem occurs most often with oil data but it also occurs with gas data.

Figure 1: Greve 1-29H Miss Hz well oil and gas production



Source: HPDI and J.P. Morgan estimates.

Though we are unsure how reliable the data are for the non-zero months, we took the data from a random selection of SD wells and eliminated the zero months. The data confirm SD's estimate of a 77% first-year decline for oil and a 60% first-year decline for gas.

Table 3: Actual First Year Decline Versus Company Guidance

|  | Total | Gas | Oil |
|---|---|---|---|
| Actual average first year decline | N/A | 64% | 79% |
| Company guidance first year decline | 69% | 60% | 77% |

Source: Company and J.P. Morgan estimates.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

## Production by Region

**Miss is Growing**

We expect total production (liquids and gas) to increase 6% from 4Q12 to 4Q13 and 18% from FY12 to FY13. The combination of Miss growing and the Permian declining contributes to overall 2% liquids production growth from 4Q12 to 4Q13 and 10% growth from FY12 to FY13.

We model SD's liquids production in the Mid-Continent region (mostly from Miss Hz wells) to increase 41% from 4Q12 to 4Q13 (see Table 4). The company stated that it expects Miss Hz oil production growth to be 55-60% from YE12 to YE13. Due to lower Permian spending, we estimate liquids production in the Permian to decrease 19% from 4Q12 to 4Q13.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

**Table 4: Regional Production Assumptions**

|  | 1Q12 | 2Q12 | 3Q12 | 4Q12 | FY12 | 1Q13 | 2Q13 | 3Q13 | 4Q13 | FY13 | 4Q12-4Q13 Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gas (MMcfpd)** | | | | | | | | | | | |
| Permian | 29.9 | 27.4 | 27.9 | 26.5 | 27.9 | 24.6 | 22.9 | 21.3 | 19.8 | 22.2 | -25% |
| WTO | 59.6 | 55.9 | 50.7 | 45.6 | 52.9 | 41.1 | 37.0 | 33.3 | 29.9 | 35.3 | -34% |
| E. Texas | 0 | 0 | 0 | NA | NA | NA | NA | NA | NA | NA | NA |
| GOM | 2.8 | 62 | 92.9 | 92.9 | 62.8 | 92.9 | 92.9 | 92.9 | 92.9 | 92.9 | 0% |
| Gulf Coast | 7.3 | 7.3 | 10.4 | 10.4 | 8.9 | 9.4 | 8.4 | 7.8 | 7.4 | 8.2 | -29% |
| Mid-Con | 73.4 | 88 | 113.6 | 130.6 | 101.5 | 143.7 | 158.1 | 172.3 | 186.1 | 165.2 | 42% |
| Tertiary | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA |
| **Total gas production** | 173.0 | 240.6 | 295.5 | 306.1 | 254.1 | 311.7 | 319.3 | 327.5 | 336.1 | 323.7 | 10% |
| **Oil+NGL (Mbblpd)** | | | | | | | | | | | |
| Permian | 25.7 | 24.8 | 26.1 | 25.6 | 25.5 | 24.3 | 23.1 | 21.9 | 20.8 | 22.5 | -19% |
| WTO | 0.2 | 0.3 | 0.2 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0% |
| E. Texas | 0 | 0 | 0 | NA | 0.0 | NA | NA | NA | NA | 0.0 | NA |
| GOM | 0.7 | 10.9 | 13.1 | 13.1 | 9.5 | 13.1 | 13.1 | 13.1 | 13.1 | 13.1 | 0% |
| Gulf Coast | 0.5 | 0.5 | 0.7 | 0.7 | 0.6 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | -4% |
| Mid-Con | 9.8 | 13 | 13.7 | 13.7 | 12.6 | 14.9 | 16.3 | 17.7 | 19.3 | 17.1 | 41% |
| Tertiary | 0.8 | 0.6 | 0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA |
| **Total liquids production** | 37.7 | 50.1 | 53.8 | 53.2 | 48.7 | 53.1 | 53.2 | 53.6 | 54.0 | 53.5 | 2% |
| **Total (MBoepd)** | | | | | | | | | | | |
| Permian | 30.7 | 29.4 | 30.8 | 30.0 | 30.2 | 28.4 | 26.9 | 25.5 | 24.1 | 26.2 | -20% |
| WTO | 10.1 | 9.6 | 8.7 | 7.7 | 9.0 | 6.9 | 6.3 | 5.6 | 5.1 | 6.0 | -34% |
| E. Texas | 0.0 | 0.0 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| GOM | 1.2 | 21.2 | 28.6 | 28.6 | 19.9 | 28.6 | 28.6 | 28.6 | 28.6 | 28.6 | 0% |
| Gulf Coast | 1.7 | 1.7 | 2.4 | 2.4 | 2.1 | 2.3 | 2.1 | 2.0 | 1.9 | 2.1 | -22% |
| Mid-Con | 22.0 | 27.7 | 32.6 | 35.5 | 29.5 | 38.9 | 42.6 | 46.5 | 50.4 | 44.6 | 42% |
| Tertiary | 0.8 | 0.6 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA |
| **Total production** | 66.5 | 90.2 | 103.1 | 104.2 | 91.1 | 105.1 | 106.5 | 108.1 | 110.1 | 107.4 | 6% |

Source: Company reports and JPMorgan estimates.

# Permian

Several investors have questioned SD's decision to sell the Permian. On the one hand, selling the Permian, because of its high-margin production, has an outsized impact on EBITDA. On the other hand, it makes sense to sell oil assets when the price of oil is relatively high, and SD needs some funds to cover the capex-minus-operating cash flow deficit.

Investors also are questioning the quality of the Permian, given that SD will have spent $500 MM of capex in 2012 and production from 4Q11 to 4Q12 appears flat. It is true the growth is not stellar, but one has to adjust 4Q12 production for the June 2012 sale of 1,100 Boe/d (non-core West Texas tertiary assets). Thus, 4Q11 to 4Q12 production really is around 3%, adjusted for the asset sale.

We analyzed whether or not SD's $500 MM investment in the Permian to grow 3% appears reasonable. Our conclusion is that SD effectively is spending $59k/Boepd to add the production it will have added between 4Q11 and 4Q12 (assuming a 25% base decline rate). The E&P group is trading at around $66k/Boepd and the oiliest companies are trading over $120k/Boepd. On that measure, SD's Permian seems fine.

At YE11, the PV-10 of SandRidge's Permian was $3.9 Bn (using $92.71 WTI oil and $4.12 Henry Hub). The third-party interest in the Permian royalty trust had a

5

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

PV-10 of $600 MM. Thus, the proved reserves for potential sale had a YE11 PV-10 of around $3.3 Bn. 58% of SD's YE11 reserves were proved developed and 42% PUDs.

Using NYMEX futures, we value the undrilled locations (PUDs and unbooked locations) at $1 Bn. We value the proved developed reserves at approximate $2.6 Bn. Backing out the value of the royalty trust assets of $436 MM (using NYMEX), values the total package at $3.2 Bn ($1 Bn + $2.6 Bn - $0.4 Bn).

This $3.2 Bn implies a flowing barrel value of around $125k/Boepd, just below the level at which the oiliest E&Ps are trading. Our model assumes that the company would receive $2.6 Bn, a 15-20% discount to where the oiliest companies are trading on a flowing barrel basis. If SD were to sell to an MLP, it is possible that it could receive above this $2.6 Bn value.

## Investors Get Active

Two of SD's biggest holders are making demands of the company. The summary of the recommendations are below. One of the complaints is SD's high G&A compared to that of its peers. The company's FY12 G&A is $1.04/Mcfe versus its mid-cap peers of $0.57/Mcfe and the group median of $0.66/Mcfe.

Table 5: Summary of Demands by TPG-Axon and Mount Kellett

| Fund | TPG-Axon | Mount Kellett |
|---|---|---|
| Shares/Ownership | 30.5 MM shares of common stock/6.2% | 22.2 MM shares of common stock/4.5% |
| Letter date | 11/8/2012 | 11/15/2012 |
| Recommendations | 1. Board reconfiguration: Independent directors replacing certain directors and large shareholders should be invited to join. | 1. Tom Ward should be replaced as Chairman and CEO with a seasoned executive who can restore credibility. |
| | 2. Management reconfiguration: Bring in new management - Tom Ward's credibility is too damaged. | 2. Board should be strengthened by adding new, truly independent directors. |
| | 3. Hire an advisor to explore strategic alternatives: Consider sale of company. | 3. No hasty strategic actions, such as quick sale of Permian assets. |
| | | 4. Future direction of SD should be fully evaluated by a reconstituted board and management team, including potential sale of the entire company or a more limited divesture of ill-fitting assets, such as Dynamic Offshore. |
| Value of SD | $12-14/share | >$20/share |

Source: Bloomberg, and J.P. Morgan estimates.

We would expect the company to take some actions in response to these shareholders' demands.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

# SD Liquidity and Balance Sheet

Our model does not include a sale of the Permian or other assets. We generally model asset sales only after a company announces an agreement or completion of such a sale.

Overall, from 4Q12 to YE17, we estimate that SD has a $2.7 Bn funding gap. If we add the 3Q12 ending cash balance of $674 MM, the net funding gap is $2.1 Bn. Over this period, we model the company issuing a net $2 Bn of debt (combination of senior notes and revolver draws) to fund the cash outspend. SD has other options, including sales of non-core assets (including royalty trust units), sale of the Permian, and potential JV of the Kansas Miss Hz acreage, but we have modeled only debt issuances at this time.

**4Q12.** In our model, we assume that SD will be fully funded in 4Q12 with nothing drawn on its $775 MM revolver. SD uses cash on hand to fund its outspend.

**2013.** For 2013, we model SD using cash on hand and drawing $620 MM under its $775 MM revolver to cover its $1 Bn funding gap. Net Debt/EBITDA stays the same at 3.5x at YE13 as at YE12, still higher than the group median of 1.8x.

**2014.** To cover the FY14 $677 MM funding gap, we model SD issuing $1 Bn of senior notes. 2014 Net Debt/EBITDA decreases to 3.3x despite the senior notes issuance, but it still is higher than the group median of 1.3x.

**2015.** In FY15, SD has a funding gap of $522 MM and draws down $200 MM under its revolver. We estimate SD exits YE15 with Net Debt/EBITDA of 3.3x versus the group median of 0.9x.

**2016.** In FY16, SD has a funding gap of $256 MM and draws down $250 MM under its revolver. We estimate SD exits YE16 with Net Debt/EBITDA at 3.3x versus the group median of 0.9x.

**2017.** In FY17, SD becomes cash flow (DCF-capex) positive in 2Q12 and is able to pay down debt starting in 3Q17. We estimate SD exits YE17 with Net Debt/EBITDA of 2.8x versus the group median of 0.9x.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

## Table 6: SD Liquidity and Balance Sheet

| ($ MM) Assuming JPM price deck | 4Q2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| **Discretionary Cash Flow** | 190 | 735 | 923 | 1,078 | 1,344 | 1,642 |
| Total E&P Capex | (410) | (1,550) | (1,400) | (1,400) | (1,400) | (1,400) |
| Oilfield Services | (7) | (30) | (30) | (30) | (30) | (30) |
| Midstream and Other | (42) | (170) | (170) | (170) | (170) | (170) |
| Reserve/Acreage/Asset Acquisitions | 5 | 0 | 0 | 0 | 0 | 0 |
| Preferred Stock Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| Common Stock Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash Outspend** | **(264)** | **(1,015)** | **(677)** | **(522)** | **(256)** | **42** |
| Reserve/Acreage/Asset Divestitures | 0 | 0 | 0 | 0 | 0 | 0 |
| Debt Financing/Payment | 0 | 620 [1] | 1,000 [2] | 200 [3] | 250 [4] | (30) [5] |
| Other Financing | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Cash Inflow/(Outflow)** | **(264)** | **(395)** | **323** | **(322)** | **(6)** | **12** |
| Beginning Cash | 674 | 410 | 15 | 338 | 15 | 9 |
| **Ending Cash** | **410** | **15** | **338** | **15** | **9** | **22** |
| Outstanding on Revolver | 0 | 620 | 620 | 820 | 1,070 | 1,040 |
| Corporate Credit Facility | 775 | 775 | 775 | 775 | 775 | 775 |
| Availability under Revolver | 775 | 155 | 155 | (45) | (295) | (265) |
| **Net Debt/EBITDA** | **3.5x** | **3.5x** | **3.3x** | **3.3x** | **3.0x** | **2.8x** |
| **Group Median Net Debt/EBITDA** | **2.3x** | **1.8x** | **1.3x** | **0.9x** | **0.9x** | **0.9x** |

Source: Company reports and JPMorgan estimates. Note: [1] Assume $620 MM drawn under the revolver. [2] Assume $1 Bn of senior notes. [3] Assume $200 MM drawn under the revolver. [4] Assume $250 MM drawn under the revolver. [5] Assume pay down of $30 MM under the revolver.

Assuming $2.6 Bn of Permian proceeds in 2Q13 (if SD sells the Permian), we model SD being cash flow positive by YE17, just two quarters earlier than SD would be without the Permian sale. Although Net Debt/EBITDA would go down to 1.4x in 2Q13 with the Permian proceeds, we model SD's leverage ratio going back up to 2.9x by YE17. Permian proceeds would help bridge the company's 4Q12 to YE17 total funding gap of $2.7 Bn. $2.6 Bn of Permian proceeds in combination with $674 MM cash and $775 MM of undrawn revolver ($4 Bn total) is more than enough to cover SD's outspend until the company is cash flow positive in 2017. SD does not have to sell the Permian, in our view. The company's options include debt, another Miss JV, and/or additional trust unit sales.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

## Estimates

Table 7: Estimates

|  | 4Q12E | FY12E | FY13E |
|---|---|---|---|
| EPS ($/share) |  |  |  |
| JPM | ($0.02) | $0.14 | ($1.12) |
| Consensus Median | $0.02 | $0.18 | ($1.09) |
|  |  |  |  |
| CFPS ($/share) |  |  |  |
| JPM | $0.32 | $1.53 | $1.26 |
| Consensus Median | $0.36 | $1.48 | $1.62 |
|  |  |  |  |
| Henry Hub ($/Mcf) |  |  |  |
| JPM U.S. E&P | $3.46 | $2.82 | $4.25 |
| Consensus Median | $3.10 | $2.71 | $3.66 |
|  |  |  |  |
| WTI Oil ($/Bbl) |  |  |  |
| JPM U.S. E&P | $90.00 | $94.63 | $100.00 |
| Consensus Median | $93.00 | $95.00 | $100.00 |

Source: Bloomberg, J.P. Morgan estimates.  Consensus data is as of November 16, 2012.  JPM CFPS estimates might be lower than consensus because we deduct capitalized interest and G&A to calculate discretionary cash flow.

## Investment Thesis

Despite the hit to NAV, SD still appears to be one of the cheapest stocks in our coverage group and one of the few trading around Proved Reserves NAV using NYMEX prices.  Overhanging the stock is the possibility of unsuccessful asset sales and/or a liquidity pinch.  SD has a ~$2.7 Bn 4Q12-2017 funding gap until it becomes cash flow positive in 2Q17.  The company seems to be selling the Permian as a way to fund its Miss Hz growth.  SD can sell the Permian, JV its Miss Hz Kansas acreage, issue debt and/or sell its royalty trust units to bridge its funding gap.

As investors feel more comfortable about SD's ability to cover its funding gap, spend within or close to its guidance, hit its production targets, have positive well results in the Kansas Miss, and re-confirm the economic viability of the whole Miss play, the stock likely will move closer to NAV.  Positive actions in response to shareholder demands also likely will help the stock outperform.  We rate the stock Overweight.

## Valuation

Table 8: Price Targets

$/share

| JPM | Consensus | | |
|---|---|---|---|
|  | Median | Low | High |
| $9.50 | $8.25 | $4.00 | $13.00 |

Source: J.P. Morgan estimates.  Consensus from November 16, 2012.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

Table 9: Comps

$/share

| Valuation | SD | E&P Group | Mid Caps | Comps |
|---|---|---|---|---|
| P/NYMEX NAV | 63% | 100% | 91% | 101% |
| P/JPM NAV | 35% | 56% | 53% | 63% |
| EV/FY13 EBITDA | 4.8x | 4.8x | 5.3x | 4.4x |
| Implied YE13 EV/FY14 EBITDA | 6.4x [1] | 4.7x | 5.8x | 4.6x |

Source: J.P. Morgan estimates.  Note: Comps include XEC, CXO, CLR, PXD, SM, and WLL.  [1] Assume $9.50/share YE13 PT.

We base our $9.50/share Dec-13 price target on 95-100% of YE13 NYMEX NAV,
which is trading at a slight discount with where the group is trading relative to
current NYMEX NAV. The E&P stocks are trading at 100-105% of NYMEX
NAV and, since SD has liquidity risk, we think the company will trade at a
discount to the group median.

We take our current NYMEX NAV and roll it forward to YE13 using our estimate of
the company's WACC. We calculate current NAV using a discounted cash flow
(DCF) model.

Our NAV model starts with an estimate of the company's proved reserves and then
estimates the value of unbooked reserves (probable, possible and other potential).
Therefore, our NAV model includes credit for 3P+ (3P—proved, probable, and
possible—plus other potential that is not in the 3P categories). It also adjusts for
hedges, other assets, and other balance sheet items.

- WACC:                10.5%

Table 10: JPM and NYMEX Price Decks

|  | 2011 | 2012e | 2013e | Beyond |
|---|---|---|---|---|
| JPM WTI Oil ($/bbl) | $95.05 | $94.63 | $100.0 | $100.00 |
| JPM Henry Hub Gas($/Mcf) | $4.06 | $2.82 | $4.25 | $5.50 |
| NYMEX WTI Oil ($/bbl) | $94.06 | $94.79 | $88.17 | $87.12 |
| NYMEX Henry Hub Gas($/Mcf) | $4.04 | $2.79 | $3.90 | $4.50 |

Source: J.P. Morgan.

We base our price target on NYMEX NAV, and that appears to be what the market is
using to value the E&Ps. However, we think that, over time, the market will reflect
higher commodity prices in the stocks, so we detail the NAV below using our price
deck. Please see the NAV model for the JPM and NYMEX NAV details.

**JPM Net Asset Value.** Based on the JPM price deck in Table 10, we calculate an
NAV of $15.08/share. In our analysis, we value the proved reserves alone (minus
balance sheet, cash taxes and G&A) at $7.33/share. Some of the value of the stock is
the significant potential that is unbooked. We risk that potential and value it at
$7.75/share after deducting corporate cash charges associated with that production,
including cash income taxes and G&A. The main components of SD's (unbooked)
potential include:

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

J.P.Morgan

- **Mississippian Horizontal (including Extension Mississippian play).** 80%, or $15.07/share, of the $18.73/share gross potential (before deducting cash taxes and G&A) is for the unbooked potential in this area.

- **Permian.** 16%, or $3.03/share, of the $18.73/share gross potential (before deducting cash taxes and G&A) is for the unbooked potential in this area.

- **Piñon Field.** 1%, or $0.20/share, of the $18.73/share gross potential (before deducting cash taxes and G&A) is associated with the high $CO_2$ wells in the Warwick and Tesnus thrusts of the Piñon Field.  SandRidge holds a large acreage position in the West Texas Overthrust, and the Piñon field is the most established field in the area.  However, SD currently is drilling no wells in the Piñon field.

## Risks to Rating and Price Target

**Funding gap.**  If SD increases spending more than we have modeled and is not able to successfully complete potential monetizations, the stock could underperform.

**Miss well results**.  If well results are, on average, below the company's estimates, the stock likely will underperform.  The company is assuming a b factor of 1.8 for its oil production and 3 for gas.  If these b factors prove to be too high and the average EUR consequently appears too high, the stock could underperform.

**Stock market and the economy.**  E&Ps appear to have a strong correlation to the overall stock market and the economy.  If the market and the economy perform worse than we expect, the stock could underperform our expectations.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

# SD NAV



## Assumptions

| Commodity Price Options: | J.P. Morgan | | NYMEX Futures | | Custom Deck | |
|---|---|---|---|---|---|---|
| | Gas | Oil | Gas | Oil | Gas | Oil |
| 2007-A | $6.86 | $72.30 | as of | 11/15/2012 | | |
| 2008-A | $9.05 | $99.68 | | | | |
| 2009-A | $3.99 | $62.22 | | | | |
| 2010-A | $4.39 | $79.50 | $4.39 | $77.33 | $4.39 | $79.50 |
| 2011-A | $4.06 | $95.05 | $4.04 | $94.06 | $3.50 | $80.00 |
| 2012-E | $2.82 | $94.63 | $2.79 | $94.79 | $3.50 | $80.00 |
| 2013-E | $4.25 | $100.00 | $3.90 | $88.17 | $3.50 | $80.00 |
| Beyond | $5.50 | $100.00 | $4.50 | $87.12 | $3.50 | $80.00 |

Commodity Price
- ◉ J.P. Morgan Price Deck
- ○ NYMEX Futures
- ○ Other Price Deck

Discounting
- Period Ending: 3Q12
- Disc. Rate 1: 10.5%
- Disc. Rate 2: 10.5%

**Shares Outstanding:**

| | | |
|---|---|---|
| Common Shares Outstanding | 490.8 | as of 3Q12 |
| Potential Dilution incl. Merger | 90.5 | |
| **Total Potential Shares** | **581.3** | |

Escalation Assumptions
- Commodity Price: 0.0%
- G&A Costs: 0.0%
- LOE Costs: 0.0%
- Service & Drilling Costs: 0.0%

## Valuation Breakdown

| | UnRsk Rsrv | Reserves | Rsk Rsrv | J.P. Morgan Prices | | | NYMEX Strip Prices | |
|---|---|---|---|---|---|---|---|---|
| | | | | Discounted | Value | Pre-Tax | Discounted | Value |
| PROVED RESERVES (at YE11) | (Bcfe) | Risking | (Bcfe) | Net CF | Per Share | PV-10 | Net CF | Per Share |
| U.S. Proved Developed Reserves | 1,385 | 0.0% | 1,385 | 4,023 | $6.92 | $2.90 | $3,402 | $5.85 |
| U.S. Proved Undeveloped Reserves | 1,439 | 0.0% | 1,439 | 3,381 | $5.82 | $2.35 | $2,441 | $4.20 |
| SDT, PER Proved Reserves (3rd Party Ownership) | (160) | 0.0% | (147) | (906) | ($1.56) | $6.17 | ($805) | ($1.38) |
| Dynamic Offshore Resources Proved Reserves | 375 | 0.0% | 375 | 2,106 | $3.62 | $5.62 | $1,751 | $3.01 |
| West Texas Proved Reserves | (144) | 0.0% | (144) | (110) | ($0.19) | $0.77 | ($21) | ($0.04) |
| SDR Proved Reserves (3rd Party Ownership) | (94) | 0.0% | (85) | (406) | ($0.70) | | ($357) | ($0.61) |
| YTD adjustment (add PUD capex, subtract proved cash flow) | | | | 859 | $1.48 | | $859 | $1.48 |
| **Total Value Of Proved Reserves** | **2,801** | | **2,823** | **$8,946** | **$15.39** | **$3.17** | **$7,271** | **$12.51** |

| BALANCE SHEET (As of 3Q12): | | | | Value | Per Share | | Value | Per Share |
|---|---|---|---|---|---|---|---|---|
| Long-Term Debt | | | | ($4,300) | ($7.40) | | ($4,300) | ($7.40) |
| Other Liabilities (excludes taxes, ARO, & derivative liabilities) | | | | ($70) | (0.12) | | ($70) | (0.12) |
| Net Working Capital (excludes taxes, ARO, and derivative liabilities) | | | | $314 | 0.54 | | $314 | 0.54 |
| Investments & Other Assets (excludes goodwill) | | | | $824 | 1.42 | | $824 | 1.42 |
| **Net Balance Sheet** | | | | **($3,232)** | **($5.56)** | | **($3,232)** | **($5.56)** |

| | | | | Value | Per Share | | Value | Per Share |
|---|---|---|---|---|---|---|---|---|
| Discounted Future Cash G&A (Proved Reserves) | | | | ($986) | (1.70) | | ($986) | (1.70) |
| Discounted Cash Taxes (Proved Reserves) | 90% | Assumed Tax Shield | | ($400) | (0.69) | | ($390) | (0.67) |
| Present Value Of Hedges | | | | ($69) | (0.12) | | $283 | 0.49 |
| **Other Costs / Revenue** | | | | **($1,456)** | **($2.50)** | | **($1,093)** | **($1.88)** |

| **Value Of Proved Reserves (After Taxes, Balance Sheet, & Hedges)** | | | | **$4,259** | **$7.33** | | **$2,946** | **$5.07** |

| RISKED POTENTIAL | Rsk Rsrv | Disc Future | Value | Pre-Tax | Disc Future | Value | | |
|---|---|---|---|---|---|---|---|---|
| (Everything Unbooked at YE11) | (Bcfe) | Net CF | Per Share | PV-10 | Net CF | Per Share | | |
| Warwick - Piñon Field | 3,290 | 0 | 0.00 | 0.00 | 0 | 0.00 | | |
| Tesnus - Piñon Field | 476 | 0 | 0.00 | 0.00 | 0 | 0.00 | | |
| Permian | 1,362 | 1,761 | 3.03 | 1.29 | 1,085 | 1.87 | | |
| CO2 Credits | 338 | 119 | 0.20 | 0.35 | 119 | 0.20 | | |
| Adding back PD Tails | 130 | 118 | 0.20 | 0.91 | 87 | 0.15 | | |
| GOM | 99 | 67 | 0.12 | 0.68 | 0 | 0.00 | | |
| Mississippian - Horizontal - Core | 6,376 | 7,638 | 13.14 | 1.20 | 5,170 | 8.89 | | |
| Mississippian - Horizontal - Extension (Kansas) | 1,715 | 1,123 | 1.93 | 0.65 | 594 | 1.02 | | |
| Gulf Coast | 17 | 61 | 0.11 | 3.71 | 45 | 0.08 | | |
| Other Capex and Subtracting PUDs already included | (1,295) | (4,626) | (7.96) | 3.57 | (3,686) | (6.34) | | |
| **Gross Potential NAV** | **12,507** | **$6,262** | **$10.77** | **0.50** | **$3,413** | **$5.87** | | |
| YTD adjustment (add exploration capex, subtract cash flow from potential reserves) | | 73 | 0.13 | | 73 | 0.13 | | |
| Discounted Future Cash G&A (Potential Reserves) | | (1,614) | (2.78) | NA | (1,614) | (2.78) | | |
| Discounted Cash Taxes (Potential Reserves) | | (215) | (0.37) | NA | 64 | 0.11 | | |
| **Other Costs** | | **($1,767)** | **($3.02)** | | **($1,476)** | **($2.54)** | | |

| **Total Potential NAV** | | **$4,505** | **$7.75** | | **$1,935** | **$3.33** | | |

| **Total Current NAV / Share** | 15,329 | **$8,764** | **$15.08** | | **$4,881** | **$8.40** | | |

Source: J.P. Morgan, Company Reports

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

## SD Model

| JPM U.S. E&P COMMODITY PRICE DECK: | 2011 Quarterly Estimates | | | | 2012 Quarterly Estimates | | | | Full Year Results/Estimates | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1-A | Q2-A | Q3-A | Q4-A | Q1-A | Q2-A | Q3-A | Q4-E | 2011-A | 2012-E | 2013-E |
| Natural Gas (Henry Hub Bid Week) | $4.12 | $4.35 | $4.22 | $3.54 | $2.73 | $2.20 | $2.88 | $3.46 | $4.06 | $2.82 | $4.25 |
| Crude Oil (WTI Cushing Spot) | $94.46 | $102.28 | $89.51 | $94.03 | $102.99 | $93.45 | $92.14 | $90.00 | $95.05 | $94.63 | $100.00 |
| **Price Realizations (after hedging)** | | | | | | | | | | | |
| Natural Gas ($/Mcf) | $3.44 | $3.31 | $3.08 | $3.11 | $2.35 | $2.39 | $2.23 | $2.96 | $3.23 | $2.51 | $3.89 |
| Crude Oil ($/bbl) | $72.26 | $76.26 | $76.94 | $79.28 | $86.27 | $89.76 | $91.84 | $92.16 | $76.41 | $90.32 | $88.96 |
| NGLs ($/bbl) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **PRODUCTION VOLUMES:** | | | | | | | | | | | |
| Natural Gas (Bcf) | 17.3 | 17.2 | 17.9 | 16.9 | 15.7 | 21.9 | 27.2 | 28.2 | 69.3 | 93.0 | 118.2 |
| Crude Oil (MM/bbl) | 2.6 | 2.8 | 3.2 | 3.3 | 3.4 | 4.6 | 4.9 | 4.9 | 11.8 | 17.8 | 19.5 |
| NGLs (MM/bbl) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Production (Bcfe) | 32.8 | 33.8 | 37.1 | 36.6 | 36.3 | 49.2 | 56.8 | 57.6 | 140.3 | 199.9 | 235.4 |
| % Natural Gas | 53% | 51% | 48% | 46% | 43% | 44% | 48% | 49% | 49% | 47% | 50% |
| **INCOME STATEMENT: ($MM)** | | | | | | | | | | | |
| E&P Revenue | $257 | $294 | $309 | $310 | $215 | $644 | $387 | $534 | $1,170 | $1,781 | $2,198 |
| Operating Costs | (193) | (208) | (220) | (223) | (236) | (342) | (372) | (386) | (644) | (1,336) | (1,587) |
| Operating Income (EBIT) | 64 | 86 | 89 | 87 | (21) | 302 | 15 | 148 | 326 | 445 | 611 |
| Net Interest Expense | ($59) | ($62) | ($59) | ($57) | ($67) | ($69) | ($82) | ($93) | ($238) | ($310) | ($378) |
| Other | (307) | 192 | 607 | (424) | (128) | 585 | (93) | 4 | 69 | 367 | (20) |
| Pretax Income | ($302) | $216 | $637 | ($394) | ($216) | $818 | ($160) | $59 | ($287) | $502 | $213 |
| Effective Tax Rate | 0% | 0% | 0% | 0% | 0% | -13% | 0% | 0% | -4% | -21% | 0% |
| Preferred Dividends / Minority Interest | (14) | (27) | (75) | 6 | (16) | (113) | (25) | (69) | (110) | (222) | (283) |
| Reported Net Income | ($316) | $196 | $561 | ($389) | ($232) | $809 | ($184) | ($9) | 52 | 383 | (70) |
| Non-Recurring Items (After tax) | 292 | (212) | (558) | 398 | 253 | (772) | 214 | 0 | (80) | (305) | 0 |
| Recurring Earnings | $(24) | $(16) | $3 | $9 | $21 | $37 | $30 | $(9) | $(28) | $78 | $(70) |
| Recurring EPS (Diluted) | ($0.02) | ($0.00) | $0.03 | $0.02 | $0.04 | $0.07 | $0.05 | ($0.02) | ($0.06) | $0.14 | ($0.12) |
| Basic Shares Outstanding | 398 | 398 | 399 | 399 | 401 | 461 | 476 | 493 | 399 | 458 | 493 |
| Diluted Shares Outstanding | 496 | 496 | 498 | 498 | 500 | 561 | 567 | 583 | 497 | 553 | 583 |
| **DISCRETIONARY CASH FLOW: ($MM)** | | | | | | | | | | | |
| Recurring Net Income | ($24) | ($16) | $3 | $9 | $21 | $37 | $30 | ($9) | ($28) | $78 | ($70) |
| DD&A (E&P and Non E&P) | 87 | 89 | 100 | 104 | 104 | 163 | 192 | 196 | 380 | 655 | 804 |
| Exploration Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Taxes | 0 | 0 | 0 | 0 | 0 | (103) | 0 | (0) | 0 | (103) | (0) |
| Other | 23 | 33 | (34) | 51 | 28 | 126 | 60 | 0 | 73 | 213 | 0 |
| Discretionary Cash Flow | $100 | $134 | $144 | $158 | $153 | $222 | $281 | $187 | $535 | $843 | $735 |
| DCF / Share | $0.20 | $0.27 | $0.29 | $0.32 | $0.31 | $0.40 | $0.50 | $0.32 | $1.08 | $1.53 | $1.26 |
| Adjusted E&P EBITDAX * | $138 | $162 | $175 | $177 | $69 | $449 | $191 | $326 | $652 | $1,035 | $1,341 |
| **UNIT COSTS ($/MCFE):** | | | | | | | | | | | |
| Revenue | $7.83 | $8.69 | $8.32 | $8.48 | $5.91 | $13.09 | $6.81 | $9.29 | $8.34 | $8.91 | $9.34 |
| Lease Operating Expense | ($2.26) | ($2.42) | ($2.33) | ($2.20) | ($2.29) | ($2.49) | ($2.41) | ($2.46) | ($2.30) | ($2.42) | ($2.42) |
| Severance and Other Taxes | ($0.32) | ($0.37) | ($0.28) | ($0.34) | ($0.34) | ($0.22) | ($0.23) | ($0.28) | ($0.33) | ($0.26) | ($0.32) |
| DD&A | ($2.25) | ($2.25) | ($2.34) | ($2.45) | ($2.47) | ($2.99) | ($3.08) | ($3.10) | ($2.33) | ($2.95) | ($3.10) |
| G&A | ($1.05) | ($1.11) | ($0.98) | ($1.10) | ($1.39) | ($1.25) | ($0.82) | ($0.87) | ($1.06) | ($1.04) | ($0.90) |
| Operating Margin | $1.95 | $2.54 | $2.39 | $2.39 | ($0.58) | $6.13 | $0.27 | $2.57 | $2.32 | $2.22 | $2.60 |
| Cash Margins | $4.20 | $4.79 | $4.73 | $4.84 | $1.89 | $9.12 | $3.35 | $5.67 | $4.65 | $5.18 | $5.70 |

**ASSET INTENSITY:**

| 2011 DCF | $ | 535 | MM |
|---|---|---|---|
| 2011 Prod | | 140 | Bcfe |
| 2011 PD F&D*** | | 3.42 | /Mcfe |
| Asset Intensity | | 90% | |

**F&D:**

| | | | |
|---|---|---|---|
| CAPEX | $1,744 | $1,998 | $1,550 |
| RESERVES @ YE (Bcfe) | 2,824 | 3,782 | 4,574 |
| RESERVE REPLACEMENT | 302.9% | 579.0% | 436.7% |
| All-in PD F&D ($/Mcfe)** | $3.42 | $3.10 | $2.64 |
| Free Cash Flow ($MM)** | $55 | $222 | $114 |
| Ex-Leasehold PD F&D ($/Mcfe) | $3.09 | $2.85 | $2.33 |

*EBITDAX adds back exploration expense
**Free Cash Flow is defined as Discretionary Cash Flow - Reserve Maintenance CAPEX
***Includes estimated capital spent on leasehold/acreage. E&D only PD F&D for 2011 is $3.09/Mcfe.
****Includes estimated capital spent on leasehold/acreage. E&D only RAC for 2011 is $4.21/Mcfe.
Source: J.P. Morgan estimates, company reports

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

# SandRidge Energy Inc.: Summary of Financials

| Income Statement - Annual | FY11A | FY12E | FY13E | FY14E | | | 1Q12A | 2Q12A | 3Q12A | 4Q12E |
|---|---|---|---|---|---|---|---|---|---|---|
| Natural Gas Price (Henry Hub Bid Week) - $/MMBtu | 4.06 | 2.82 | 4.25 | - | | Natural Gas Price (Henry Hub Bid Week) - $/MMBtu | 2.73A | 2.20A | 2.86A | 3.46 |
| Crude Oil (WTI Cushing Spot) -$/Bbl | 95.05 | 94.63 | 100.00 | - | | Crude Oil (WTI Cushing Spot) -$/Bbl | 102.99A | 93.45A | 92.14A | 90.00 |
| Average Realized Price ($/Mcfe)-after hedging | 8.0 | 9.2 | 9.3 | - | | Average Realized Price ($/Mcfe)-after hedging | 9.2A | 9.4A | 9.1A | 9.3 |
| Total Production(Bcfe) | 140 | 200 | 235 | - | | Total Production(Bcfe) | 36A | 49A | 57A | 58 |
| %Natural Gas | 49.4% | 46.5% | 50.2% | - | | %Natural Gas | 43.4%A | 44.5%A | 47.8%A | 49.0% |
| E&P Revenues (USD MM) | 1,170 | 1,781 | 2,198 | - | | E&P Revenues (USD MM) | 215A | 644A | 387A | 534 |
| Operating expenses | 844 | 1,336 | 1,587 | - | | Operating expenses | 236A | 342A | 372A | 386 |
| EBIT | 326 | 445 | 611 | - | | EBIT | (21)A | 302A | 15A | 148 |
| E&P EBITDAX | 652.2 | 1035.0 | 1340.9 | - | | E&P EBITDAX | 68.7A | 449.3A | 190.6A | 326.5 |
| Interest Expense | (238) | (310) | (378) | - | | Interest Expense | (67)A | (69)A | (82)A | (93) |
| Other Expenses | 122 | 432 | 55 | - | | Other Expenses | (114)A | 600A | (77)A | 22 |
| Pretax income | 157 | 502 | 213 | - | | Pretax income | (216)A | 818A | (160)A | 59 |
| Tax rate (%) | (3.7%) | (20.6%) | (0.1%) | - | | Tax rate (%) | (0.0%)A | (12.7%)A | (0.1%)A | (0.1%) |
| Preferred Dividends/Minority Interest | (110) | (222) | (283) | - | | Preferred Dividends/Minority Interest | (16)A | (113)A | (25)A | (69) |
| Reported net income | 52 | 383 | (70) | - | | Reported net income | (232)A | 809A | (184)A | (9) |
| Non-recurring items, discont. ops | (80) | (305) | (0) | - | | Non-recurring items, discont. ops | 253A | (772)A | 214A | 0 |
| Adjusted net income | (28) | 78 | (70) | - | | Adjusted net income | 21A | 37A | 30A | (9) |
| Recurring EPS (Diluted) | (0.06) | 0.14 | (0.12) | - | | Recurring EPS (Diluted) | 0.04A | 0.07A | 0.05A | (0.02) |
| Average diluted shares outstanding | 497 | 553 | 583 | - | | Average diluted shares outstanding | 500A | 561A | 567A | 583 |
| Discretionary Cash Flow | 535 | 843 | 735 | - | | Discretionary Cash Flow | 153A | 222A | 281A | 187 |
| DCF/share | 1.1 | 1.5 | 1.3 | - | | DCF/share | 0.3A | 0.4A | 0.5A | 0.3 |
| Unit Costs (USD Mcfe) | | | | | | Unit Costs (USD Mcfe) | | | | |
| Lease Operating Expense | 2 | 2 | 2 | - | | Lease Operating Expense | 2A | 2A | 2A | 2 |
| Severance and Other Taxes | 0.3 | 0.3 | 0.3 | - | | Severance and Other Taxes | 0.3A | 0.2A | 0.2A | 0.3 |
| DD&A | 2 | 3 | 3 | - | | DD&A | 2A | 3A | 3A | 3 |
| G&A | 1 | 1 | 1 | - | | G&A | 1A | 1A | 1A | 1 |
| Operating Margin | 2.02 | 2.53 | 2.60 | - | | Operating Margin | 2.67A | 2.41A | 2.51A | 2.57 |
| Cash Margin | 4.35 | 5.49 | 5.70 | - | | Cash Margin | 5.14A | 5.40A | 5.59A | 5.67 |
| **Balance Sheet and Cash Flow Data** | FY11A | FY12E | FY13E | FY14E | | **Ratio Analysis** | FY11A | FY12E | FY13E | FY14E |
| Cash and cash equivalents | 208 | 418 | 23 | - | | Valuation | | | | |
| Other current assets | 234 | 556 | 556 | - | | P/E (adjusted) | | | | |
| Total current assets | 442 | 974 | 578 | - | | P/DCF | | | | |
| Net PP&E | 4,867 | 7,767 | 8,608 | - | | Enterprise value/EBITDAX | 9.5 | 6.9 | 6.1 | - |
| Other assets | 911 | 1,074 | 1,199 | - | | EV/Mcfe | 2.20 | 1.88 | 1.80 | - |
| Total assets | 6,220 | 9,835 | 10,385 | - | | RLI (Years) | 20 | 19 | 19 | - |
| Total debt | 2,814 | 4,300 | 4,920 | - | | Ratios | | | | |
| Total liabilities | 3,671 | 5,639 | 6,259 | - | | Net debt/equity | 102.6% | 92.5% | 118.7% | - |
| Minority interests/Preferred stock | - | - | - | - | | Net debt/book capital | 50.6% | 48.1% | 54.3% | - |
| Shareholders' equity | 2,541 | 4,196 | 4,126 | - | | Net coverage ratio | 3.0 | 3.6 | 3.7 | - |
| | | | | | | ROE | (1.3%) | 2.1% | (1.7%) | - |
| Discretionary Cash Flow | 535 | 843 | 735 | - | | ROCE | 4.4% | 6.5% | 3.5% | - |
| Change in working capital | (60) | (72) | 0 | - | | | | | | |
| Cash flow from operations | 475 | 771 | 735 | - | | Yield and cash returns | | | | |
| Capex | (1,744) | (1,998) | (1,550) | - | | CFPS | 1.08 | 1.53 | 1.26 | - |
| Dividends | 0 | 0 | 0 | - | | DCF yield | 14.87% | 26.03% | 22.18% | - |
| Share buybacks (net) | 14 | 13 | 0 | - | | Total cash returns(%) | - | - | - | - |
| Change in debt | 97 | (1,484) | (620) | - | | | | | | |
| Other uses of cash | 1,581 | (34) | (200) | - | | PD Asset Intensity | | | | |
| Change in cash | 202 | 210 | (395) | - | | Production | 140 | 200 | 235 | - |
| | | | | | | PD F&D | 342.4% | 310.5% | 263.5% | - |
| Reserves @ YE (Bcfe) | 2,824.0 | 3,781.7 | 4,574.4 | - | | Asset Intensity | 0.9 | 0.7 | 0.8 | - |
| Reserve Replacement | 413 | 1,158 | 1,028 | - | | RODD | - | - | - | - |
| RAC (exc Revisions)($/Mcfe) | 4.2 | 2.5 | 1.6 | - | | | | | | |
| Free cash flow (USDMM)** | - | - | - | - | | **Mkt Cap (current) (USD bn)** | | | | |
| Drilling Traditional F&D (USD Mcfe) | 3 | 2 | 2 | - | | **Enterprise Value (current)** | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec

14

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report.

## Important Disclosures

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for SandRidge Energy Inc. within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as clients: SandRidge Energy Inc..

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as investment banking clients: SandRidge Energy Inc..

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, securities-related: SandRidge Energy Inc..

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-securities-related: SandRidge Energy Inc..

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking SandRidge Energy Inc..

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from SandRidge Energy Inc..

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from SandRidge Energy Inc..

**Company-Specific Disclosures:** Important disclosures, including price charts, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://mm.jpmorgan.com/disclosures/company, calling 1-800-477-0406, or emailing research.disclosure.inquiries@jpmorgan.com with your request.

SandRidge Energy Inc. (SD, SD US) Price Chart



Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Dec 17, 2007.

| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 17-Dec-07 | N | 35.01 | - |
| 07-Jan-09 | N | 8.44 | 21.00 |
| 05-Mar-09 | N | 6.18 | 18.50 |
| 07-May-09 | N | 9.66 | 15.50 |
| 08-May-09 | N | 11.11 | 15.00 |
| 12-Jun-09 | N | 11.01 | 12.50 |
| 07-Aug-09 | N | 10.87 | 14.50 |
| 15-Oct-09 | N | 13.75 | 16.50 |
| 05-Jan-10 | N | 10.42 | 14.00 |
| 09-Apr-10 | N | 7.64 | 9.00 |
| 07-May-10 | N | 6.78 | 10.00 |
| 12-Jul-10 | N | 6.20 | 8.50 |
| 17-Sep-10 | N | 4.92 | 5.00 |
| 25-Oct-10 | N | 5.77 | 5.50 |
| 05-Nov-10 | N | 5.86 | 5.00 |
| 23-Dec-10 | N | 7.28 | 6.00 |
| 12-Jan-11 | N | 7.83 | 6.50 |
| 03-Feb-11 | N | 7.62 | 8.00 |
| 25-Feb-11 | N | 10.53 | 9.00 |
| 25-Mar-11 | N | 12.13 | 9.50 |
| 18-Aug-11 | N | 6.72 | 14.00 |
| 13-Oct-11 | N | 6.54 | 15.00 |
| 29-Nov-11 | N | 6.91 | 17.00 |
| 19-Dec-11 | N | 6.30 | 9.50 |

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

| | | | |
|---|---|---|---|
| 30-Apr-12 | OW | 7.54 | 13.00 |
| 09-Nov-12 | OW | 5.51 | 12.00 |

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.

J.P. Morgan ratings or designations: OW = Overweight, N = Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.morganmarkets.com.

**Coverage Universe: Allman, Joseph D:** Anadarko Petroleum (APC), Apache Corporation (APA), Approach Resources (AREX), Berry Petroleum (BRY), Cabot Oil & Gas (COG), Carrizo Oil & Gas Inc. (CRZO), Chesapeake Energy (CHK), Cimarex Energy Co. (XEC), Cobalt International Energy (CIE), Concho Resources, Inc. (CXO), Continental Resources, Inc. (CLR), Denbury Resources Inc. (DNR), Devon Energy (DVN), EOG Resources, Inc. (EOG), EQT Corporation (EQT), EXCO Resources, Inc. (XCO), Goodrich Petroleum (GDP), Halcón Resources Corporation (HK), Laredo Petroleum (LPI), McMoRan Exploration Company (MMR), Newfield Exploration Company (NFX), Noble Energy (NBL), PDC Energy (PDCE), Penn Virginia Corporation (PVA), PetroQuest Energy, Inc. (PQ), Pioneer Natural Resources (PXD), Plains Exploration & Production (PXP), QEP Resources (QEP), Quicksilver Resources Inc (KWK), Range Resources Corp (RRC), SM Energy (SM), SandRidge Energy Inc. (SD), Southwestern Energy Company (SWN), Swift Energy Company (SFY), Ultra Petroleum Corp (UPL), WPX Energy (WPX), Whiting Petroleum Corporation (WLL)

**J.P. Morgan Equity Research Ratings Distribution, as of September 28, 2012**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 44% | 44% | 12% |
| IB clients* | 52% | 46% | 34% |
| JPMS Equity Research Coverage | 42% | 48% | 10% |
| IB clients* | 69% | 61% | 53% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.morganmarkets.com , contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.:** JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC and is authorized and regulated in the UK by the Financial Services Authority. **U.K.:** J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorized and

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

regulated by the Financial Services Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa:** J.P. Morgan Equities Limited is a member of the Johannesburg Securities Exchange and is regulated by the FSB. **Hong Kong:** J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong. **Korea:** J.P. Morgan Securities (Far East) Ltd, Seoul Branch, is regulated by the Korea Financial Supervisory Service. **Australia:** J.P. Morgan Australia Limited (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (ABN 61 003 245 234/AFS Licence No: 238066) is a Market Participant with the ASX and regulated by ASIC. **Taiwan:** J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited, having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz East, Mumbai - 400098, is a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231) and Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and is regulated by Securities and Exchange Board of India. **Thailand:** JPMorgan Securities (Thailand) Limited is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission. **Indonesia:** PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the BAPEPAM LK. **Philippines:** J.P. Morgan Securities Philippines Inc. is a member of the Philippine Stock Exchange and is regulated by the Securities and Exchange Commission. **Brazil:** Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico:** J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by J.P. Morgan Securities Singapore Private Limited (JPMSS) [MICA (P) 088/04/2012 and Co. Reg. No.: 199405335R] which is a member of the Singapore Exchange Securities Trading Limited and is regulated by the Monetary Authority of Singapore (MAS) and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) which is regulated by the MAS. **Malaysia:** This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan:** J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia:** J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai:** JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**

**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. JPMSAL does not issue or distribute this material to "retail clients". The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the terms "wholesale client" and "retail client" have the meanings given to them in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch and J.P.Morgan Chase Bank, N.A., Frankfurt Branch which are regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Japan:** There is a risk that a loss may occur due to a change in the price of the shares in the case of share trading, and that a loss may occur due to the exchange rate in the case of foreign share trading. In the case of share trading, JPMorgan Securities Japan Co., Ltd., will be receiving a brokerage fee and consumption tax (shouhizei) calculated by multiplying the executed price by the commission rate which was individually agreed between JPMorgan Securities Japan Co., Ltd., and the customer in advance. Financial Instruments Firms: JPMorgan Securities Japan Co., Ltd., Kanto Local Finance Bureau (kinsho) No. 82 Participating Association / Japan Securities Dealers Association, The Financial Futures Association of Japan, Type II Financial Instruments Firms Association and Japan Investment Advisers Association. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Ltd, Seoul Branch. **Singapore:** JPMSS and/or its affiliates may have a holding in any of the securities discussed in this report; for securities where the holding is 1% or greater, the specific holding is disclosed in the Important Disclosures section above. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
16 November 2012

J.P.Morgan

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised September 29, 2012.

**Copyright 2012 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**



EXHIBIT NO. 6
6·19·19
P. Frederickson, CSR, CCR

# *Quick Thoughts*



**SunTrust
Robinson Humphrey**

## SD- Results Appear Slightly Positive Provided Certain Steps Taken

November 8, 2012

**Energy - Exploration & Production**

Sector Rating:         **Market Weight**

SandRidge Energy (SD,$6.10,Buy) reported a bit of a mixed quarter and outlook.  However, it appears that if a disciplined capital allocation policy is followed with SD primarily paying down debt (along with some new Horizontal Mississippi growth) with the proceeds of a Permian sale, the ultimate result should be positive.

**Neal Dingmann**
713-247-9000
neal.dingmann@suntrust.com

**Ryan Oatman, CFA**
713-247-9001
ryan.oatman@suntrust.com

Positive items reported:

Mario Cordova
713-236-4205
mario.cordova@suntrust.com

- 3Q $0.05 versus STRH's $0.04 estimate and the Street's $0.00
- Many 3Q expenses such as LOE and G&A 10%+ lower than expected
- 2012 production guidance increased 1% versus prior guidance
- 2013 production guidance up 18%
- 2013 CAPEX 19% sequentially lower to $1.75B versus the expected 6% lower to $2.0B
- Announced it could sell all Permian not associated with royalty trusts=24,500 Boe/d production.  (Assuming $90,000/flowing bbl proceeds would be $2.2B.)

Negative items reported:

- 3Q liquids volumes 6% less than expected
- 2012 CAPEX increased 2.4% versus prior guidance
- 2012 oil production guidance reduced 2%
- 2013 oil production guidance of +9.6% versus 20%+ expected
- Pro forma commodity makeup after Permian sale less oily given Permian ~65% pure oil versus Horizontal Mississippian ~35% pure oil

**PLEASE SEE IMPORTANT DISCLOSURES STARTING ON PAGE 2**

## Analyst Certification

By issuing this research report, each SunTrust Robinson Humphrey analyst named in this report hereby certifies that the recommendations and opinions expressed accurately reflect the research analyst's personal views about any and all of the subject securities or companies discussed herein and no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

## Important Disclosures

- SunTrust Robinson Humphrey, Inc. managed or co-managed a securities offering for the following companies within the last 12 months: SandRidge Energy, Inc.
- The following companies are clients of SunTrust Robinson Humphrey, Inc. and the firm has received or is entitled to receive compensation for investment banking services involving their securities within the last 12 months: SandRidge Energy, Inc.
- An affiliate of SunTrust Robinson Humphrey, Inc. has received compensation for products or services other than investment banking services from the following companies within the last 12 months: SandRidge Energy, Inc.

Analyst compensation is based upon quality of analysis, communication skills, stock price performance and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research or a specific research rating as consideration or inducement for the receipt of business or compensation. In addition, analysts and associated persons preparing research reports are prohibited from owning securities in the subject companies.



| Rating And Price Target History (SD) | | | |
|---|---|---|---|
| Date | Rating | Target | Closing |
| 01/04/2011 | Buy | $11.00 | $7.35 |
| 02/17/2011 | | $13.00 | $9.28 |
| 04/01/2011 | | $18.00 | $12.96 |
| 08/05/2011 | | $16.50 | $7.79 |
| 10/06/2011 | | $12.50 | $6.14 |
| 11/04/2011 | | $11.50 | $7.86 |
| 03/06/2012 | | $12.00 | $7.67 |
| 07/09/2012 | | $11.50 | $6.41 |

## Definition of Ratings

SunTrust Robinson Humphrey assigns one of three ratings to stocks covered by our Research Department:   **Buy, Neutral, or Reduce.**

In addition, we assign a risk rank to each stock based on a combination of fundamental and stock volatility factors:
**Low** = Low stock price volatility reflected by high predictability of financial results.
**Moderate** = Moderate stock price volatility reflected by medium predictability of financial results.
**High** = High stock price volatility reflected by inconsistent predictability of financial results.

**Speculative** = Greatest stock price volatility reflected by low predictability of financial results.
**Venture** = Recommended only for maximum risk oriented and well-diversified portfolios.

Our ratings are a function of the risk ranking (higher return expectations for higher risk) and the absolute expected total return (price appreciation plus dividends) that result in our estimated 12-month price target. Please refer to the grid below for additional detail.

| Performance Definition Scale | | | | |
| --- | --- | --- | --- | --- |
| Total return (capital gain/loss + dividends) expected over the next 12 months | | | | |
| Rating | Low Risk | Moderate Risk | High Risk | Speculative |
| Buy | Over 10% | Over 15% | Over 20% | Over 25% |
| Neutral | -5% to 10% | -5% to 15% | -10% to 20% | -10% to 25% |
| Reduce | -5% or Worse | -5% or Worse | -10% or Worse | -10% or Worse |

SunTrust Robinson Humphrey assigns one of three ratings to industries/sectors covered by our Research Department: Overweight, Market Weight or Underweight.  These terms are relative to the appropriate S&P 500 industries/sectors.

Deviations from expected price targets due to price movement and/or volatility will be reviewed by the analyst and research management on a timely basis.  Price targets are only required on Buy rated stocks; the analyst may choose to have price targets on Neutral or Reduce rated stocks, but it is not required.  Action taken by an investor should be based upon their personal investment objectives and risk tolerance compared to a stock's expected performance and risk ranking.

**SunTrust Robinson Humphrey ratings distribution as of 11/08/2012:**

| Coverage Universe | | | | Investment Banking Clients Past 12 months | | |
| --- | --- | --- | --- | --- | --- | --- |
| Rating | Count | Percent | | Rating | Count | Percent* |
| Buy | 153 | 44 | | Buy | 36 | 10 |
| Neutral | 191 | 56 | | Neutral | 25 | 7 |
| Sell/Reduce | 0 | 0 | | Sell/Reduce | 0 | 0 |

*Percentage of Investment Banking clients in Coverage Universe by rating

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved.  This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security.  SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants.  The firm and/or associated persons may sell to or buy from customers on a principal basis.  Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein.  Opinions expressed are subject to change without notice.  The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC.  It is a service mark of SunTrust Banks, Inc.  SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc.  Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested.  SunTrust Bank may have a lending relationship with companies mentioned herein.

© SunTrust Robinson Humphrey, Inc. 2012.  All rights reserved.  Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:
SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070