**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) | No. 5:12-cv-01341-G |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

# DECLARATION OF EVAN J. KAUFMAN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

I, Evan J. Kaufman, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Class Representatives Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Angelica Galkin (collectively, "Plaintiffs") in this matter.

2. I respectfully submit this Declaration in support of Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment.

3. Attached hereto are true and correct copies of the following exhibits:

| Exhibit No. | Description |
|---|---|
| **Deposition Transcripts** | |
| 1. | James Bennett Deposition Transcripts taken on February 13-14, 2019, Vols. I and II, Excerpted |
| 2. | Steven D. Crane Deposition Transcript taken on May 16, 2019, Excerpted |
| 3. | Lance Galvin 30(b)(6) Deposition Transcript taken on August 15, 2018, Excerpted |

| Exhibit No. | Description |
|---|---|
| 4. | Matthew Grubb Deposition Transcript taken on March 21, 2019, Excerpted |
| 5. | Steven Grenadier Deposition Transcript taken on June 19, 2019, Excerpted |
| 6. | Craig Johnson Deposition Transcript taken on March 5, 2019, Excerpted |
| 7. | Jeffrey Knupp Deposition Transcript taken on April 12, 2019, Excerpted |
| 8. | David Lawler Deposition Transcripts taken on April 21-22, 2019, Vols. I and II, Excerpted |
| 9. | David Miller Deposition Transcripts taken on December 12-13, 2018, Vols. I and II, Excerpted |
| 10. | Maggie Silvertooth Deposition Transcript taken on December 20, 2018, Excerpted |
| 11. | Paul Stark Deposition Transcript taken on January 18, 2019, Excerpted |
| 12. | Bjorn I. Steinholt Deposition Transcript taken on June 12, 2019, Excerpted |
| 13. | Robert W. Rasor Deposition Transcript taken on June 13, 2019, Excerpted |
| 14. | Lindsey Walton Deposition Transcript taken on January 31, 2019, Excerpted |
| 15. | Tom Ward Deposition Transcripts taken on March 28-29, 2019, Vols. I and II, Excerpted |
| 16. | Kevin White Deposition Transcript taken on February 28, 2019, Excerpted |
| **Deposition Exhibits** | |
| 17. | Steven Grenadier marked Deposition Vol. II Exhibits 2-6 |
| 18. | Matthew Grubb marked Deposition Exhibit 1 |
| 19. | Matthew Grubb marked Deposition Exhibit 12 |
| 20. | Matthew Grubb marked Deposition Exhibit 24, Excerpted |
| 21. | Matthew Grubb marked Deposition Exhibit 28 |
| 22. | Craig Johnson marked Deposition Exhibit 36 |

| Exhibit No. | Description |
|---|---|
| 23. | Rodney Johnson marked Deposition Exhibit 2 |
| 24. | Rodney Johnson marked Deposition Exhibit 3 |
| 25. | Rodney Johnson marked Deposition Exhibit 4 |
| 26. | Rodney Johnson marked Deposition Exhibit 7 |
| 27. | Rodney Johnson marked Deposition Exhibit 38 |
| 28. | Rodney Johnson marked Deposition Exhibit 39 |
| 29. | Jeffrey Knupp marked Deposition Exhibit 1 |
| 30. | Jeffrey Knupp marked Deposition Exhibit 2 |
| 31. | Jeffrey Knupp marked Deposition Exhibit 5 |
| 32. | Jeffrey Knupp marked Deposition Exhibit 6 |
| 33. | David Lawler marked Deposition Exhibit 45 |
| 34. | David Lawler marked Deposition Exhibit 62 |
| 35. | David Lawler marked Deposition Exhibit 63 |
| 36. | David Lawler marked Deposition Exhibit 64 |
| 37. | David Lawler marked Deposition Exhibit 65 |
| 38. | David Lawler marked Deposition Exhibit 66 |
| 39. | David Lawler marked Deposition Exhibit 67 |
| 40. | David Lawler marked Deposition Exhibit 70 |
| 41. | David Miller marked Deposition Exhibit 13 |
| 42. | David Miller marked Deposition Exhibit 18 |

| Exhibit No. | Description |
|---|---|
| 43. | David Miller marked Deposition Exhibit 20 |
| 44. | David Miller marked Deposition Exhibit 22 |
| 45. | David Miller marked Deposition Exhibit 23 |
| 46. | David Miller marked Deposition Exhibit 37 |
| 47. | David Miller marked Deposition Exhibit 45 |
| 48. | Paul Stark marked Deposition Exhibit 1 |
| 49. | Paul Stark marked Deposition Exhibit 3 |
| 50. | Lindsey Walton marked Deposition Exhibit 8 |
| 51. | Lindsey Walton marked Deposition Exhibit 10 |
| 52. | Lindsey Walton marked Deposition Exhibit 11 |
| 53. | Lindsey Walton marked Deposition Exhibit 12 |
| 54. | Tom Ward marked Deposition Exhibit 4 |
| 55. | Tom Ward marked Deposition Exhibit 9 |
| 56. | Tom Ward marked Deposition Exhibit 10 |
| 57. | Tom Ward marked Deposition Exhibit 13 |
| 58. | Tom Ward marked Deposition Exhibit 14 |
| 59. | Tom Ward marked Deposition Exhibit 20 |
| 60. | Tom Ward marked Deposition Exhibit 21 |
| 61. | Tom Ward marked Deposition Exhibit 27 |
| 62. | Tom Ward marked Deposition Exhibit 28 |

| Exhibit No. | Description |
|---|---|
| 63. | Tom Ward marked Deposition Exhibit 34 |
| 64. | Tom Ward marked Deposition Exhibit 38 |
| **SEC Filings** | |
| 65. | SandRidge Energy, Inc. Form 10-K filed with the SEC for the fiscal year ended December 31, 2010 (with NSAI Reserve Report) |
| 66. | SandRidge Energy, Inc. Form 10-K filed with the SEC for the fiscal year ended December 31, 2012, Excerpted |
| 67. | SandRidge Energy, Inc. Form 8-K filed with the SEC, dated June 19, 2013 |
| 68. | SandRidge Mississippian Trust I Prospectus filed with the SEC, dated April 6, 2011, Excerpted, and SandRidge Trust II Prospectus filed with the SEC, dated April 18, 2012, Excerpted |
| **Other** | |
| 69. | Expert Report of Steven D. Crane, Crane Energy LLC, Evaluation of SandRidge Mississippian Lime Expected Oil & Gas Recoveries dated March 1, 2019 |
| 70. | Expert Report of Bjorn I. Steinholt, CFA, dated March 1, 2019 |
| 71. | Rebuttal Expert Report of Bjorn I. Steinholt, CFA, dated April 29, 2019 |
| 72. | Expert Report of Steven Grenadier, Ph.D dated, April 4, 2019 |
| 73. | Expert Report of Robert W. Rasor, dated April 4, 2019 |
| 74. | J.P. Dick Declaration, dated March 27, 2019 |
| 75. | SD-SECURITIES-0000654, 2011 Investor/Analyst Meeting Presentation |
| 76. | SD-SECURITIES-0001378, 2012 Investor/Analyst Meeting Presentation |
| 77. | SD-SECURITIES-0005586, NSAI Estimates Report |
| 78. | SD-SECURITIES-0075082, February 12, 2012 Conference Transcript |
| 79. | SD-SECURITIES-0443266, July 10, 2012 Email and Agenda |

| Exhibit No. | Description |
|---|---|
| 80. | SD-SECURITIES-0589939, June 12, 2012 Spreadsheet, Excerpted |
| 81. | WCT_GLITZ_466009, Chart Mississippian Asset Sales |
| 82. | RBC Capital Markets analyst report entitled "Looking More Focused," dated November 8, 2012 |
| 83. | Stifel Nicolaus analyst report entitled "Reducing Target Price; 2013 Guidance Is Negative; Potential Permian Sale Is a Positive," dated November 9, 2012 |
| 84. | Canaccord Genuity analyst report entitled "And we Thought Mississippian Was an Oil Play," dated November 12, 2012 |
| 85. | UBS Global Oil and Gas Conference Transcript, dated May 24, 2011 |
| 86. | SandRidge Derivative Action, ECF No. 288-3, Contention Interrogatories |
| 87. | Ward Letter to Shareholders, dated February 28, 2011 |
| 88. | Appendix A - Internal EUR Charts and Graphs Compared to Publicly Stated EURs |
| 89. | Appendix B - Chart summarizing Crane's findings |
| 90. | Appendix C - Chart comparing Crane's analysis with PES and TPH |
| 91. | Appendix D – Pivot Table from Ward Exhibit 21 |
| 92. | Appendix E - Misstatement Chart |
| 93. | Appendix F – Plaintiffs' Response to Certain Portions of Defendants' Appendixes |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 24th day of July 2020.

*/s/ Evan J. Kaufman*

EVAN J. KAUFMAN

## CERTIFICATE OF SERVICE

I, Evan J. Kaufman, certify that on July 24, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of July 2020, at Melville, New York.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN