# EXHIBIT 2

CRANE - 5/16/19

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

--------------------------

In re: SANDRIDGE ENERGY, No. 5:12-cv-01341-G
INC. SECURITIES LITIGATION

--------------------------

This Document relates to:
ALL ACTIONS.

--------------------------

VIDEOTAPED DEPOSITION OF STEVEN D. CRANE

DALLAS, TEXAS

May 16, 2019

Reported by: Susan S. Klinger, RMR-CRR, CSR
Job No. 160526

CRANE - 5/16/19

Do you see that?
A. I do.
Q. So the first thing I want to ask you is, what do you mean by an accurate prediction?
A. An accurate prediction would have met the -- when we're talking about proven reserves and proven developed reserves, an accurate prediction would have met the standard that they should be within 90 percent of the ultimate recovery, expected ultimate recovery of the actual values that is going to be realized.
Q. So after a prediction is made, how long before you can tell whether it was accurate or not?
A. Your -- one of the first indications, if you do significant reserve write-downs, that is an indication that they were not accurate.
Likewise, if you are making significant changes from year-to-year in EURs, that again, is -- or if you are doing semiannual reporting or annual reporting, that also is indicating that you are not doing



CRANE - 5/16/19

accurate proven reserve calculations.
Q. So how soon can you tell if your predictions are inaccurate?
A. From -- if you're quantitatively calculating out, you can see them sometimes six months, you can see sometimes -- it depends on the decline curve of the well.
Q. But now when you are talking about the accuracy of predictions, you're then comparing a prediction made at one point, an EUR prediction made at one point with a subsequent EUR prediction; right?
A. Yes.
Q. All right. So an EUR is estimated ultimate recovery; right?
A. That is correct.
Q. So how long before you know whether your estimated ultimate recovery is right? How far out do you have to look?
A. If you're looking only at production -- the daily production data or monthly production data and that is your only metric, it could take some time. If you're looking at the decline curve-type graphs and,



CRANE - 5/16/19

you know, I'll refer to such things as the exponential plots and the harmonic plots where you're doing cumulative -- you're looking at production rate versus cumulative oil and you see deviations, the curvature is changing or that also indicates quicker typically that you have an error in your analysis.
The other thing which I go back to from this morning is in this case here, when you see that you're predicting B values greater than 1.0, that tells you you're in transient flow, and as we talked about this morning, you're inaccurate. You're going to be overestimating the reserves.
Q. So does it necessarily mean that your prediction of EURs is inaccurate if you have to -- or strike that. Let me try it again.
If you adjust your EUR prediction in Year 2 to make it different from what you did in Year 1, does that necessarily mean that your prediction in Year 1 was inaccurate, according to -- in your opinion?
A. Well, like in here, what we talk --



CRANE - 5/16/19

look at is if you look at the standards for proven reserves, your accuracy is -- let me just sort of read that. That is the actual original report that is the original report. Pardon me a moment while I read what the standards are. So for proven reserves --
Q. Can you tell us what you're looking at?
A. Oh, I'm sorry. Yeah, so I'm in Exhibit 2, page 30, and if we look down at the bottom of the footnote, Footnote 53, Society of Petroleum Engineers, proved reserves definition: Proved reserves are those quantities of petroleum which can be estimated with reasonable certainty to be commercially recoverable. If deterministic methods are used, the term "reasonable certainty" is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90 percent probability that the quantities actually recovered will equal or exceed the estimate.
And there are similar definitions

CRANE - 5/16/19

this, sir?
A. No.
Q. All of the drafting is by you?
A. There were typo changes by the lawyer, and there were some also -- corrections on my citations, and they made sure it fit your legal formats.
Q. Okay. But the words selected were all selected by you?
A. Yes.
Q. Are you an expert in geology, sir?
A. I am not a geologist; however, in my career I have been both a direct supervisor of geologists, geophysicists, and geochemists. And some of my patents that are referred to actually goes into the geochemistry and geology aspects of some very unconventional types of -- of -- of the oil and gas business.
Q. So let me try it again, sir: Do you consider yourself an expert in geology?
A. I consider myself an extremely knowledgeable layman.
Q. Okay. I take it then you don't consider yourself an expert?



CRANE - 5/16/19

A. I'm not a registered petroleum geologist.
Q. Now, are you aware of any statement of past fact made on behalf of SandRidge that was false?
MR. KARAM: Objection, calls for a legal conclusion.
A. Could you repeat -- I mean, go back. Exactly how did you word that again?
Q. Any statement -- are you aware of any statement of past fact as opposed to forward-looking predictions --
MR. KARAM: Objection --
MR. PHILLIPS: Excuse me.
MR. KARAM: I'm sorry. I will let you finish.
MR. PHILLIPS: I'm sorry, come on.
MR. KARAM: Sorry. Go ahead, finish your question.
Q. Are you aware of any statement of past facts that was made by or on behalf of SandRidge that was false?
A. And by past facts, a little bit of clarification. So when they discuss their Arps



CRANE - 5/16/19

B value -- the Arps B value of Netherland Sewell of 1.5 was conservative, is that a forward looking or a past fact?
Q. If you want to -- the Arps B value was used to project the expected return of wells; correct, sir?
A. Including PDPs.
Q. Right. So I'm asking you if there is anything that is not a projection looking forward, but a statement of the existence today or looking backwards that was false?
A. Sorry, I'm sitting here thinking -- I'm trying to figure out how to characterize -- they represented that their values were based on Netherland Sewell. They did represent that the -- they thought the Arps B value for the type curve was conservative, indicating that they're going to have higher EURs. That I feel was misleading.
The definition of how false it is, I feel that is misleading because they're indicating higher EURs.
Q. Anything else?
A. I feel that when they stated that



CRANE - 5/16/19

their -- that all their acreage was potential, even though -- and they keep talking about the potential well locations with three wells per section, even as they're talking about to -- that wells should be removed from the PUD calculation in the core area, I feel that was a misleading statement.
Q. Okay. Anything else?
A. That is what comes to mind at this moment in time.
MR. PHILLIPS: We would like to get a copy of the decline curve spreadsheet model that he testified to earlier, the Fetkovich diagrams that he testified to earlier, and the program for calculating ROR that he testified to earlier. I think we're entitled to those.
And I don't have any further questions. I will pass the witness.
MR. KARAM: I just have a couple.

EXAMINATION

BY MR. KARAM:
Q. Mr. Crane, are you aware of whether SandRidge publicly disclosed its internal PDP

CRANE - 5/16/19

EURs?
A. They did not.
Q. And do you have an opinion on whether Mr. Miller's work in the 2010, 2011, and 2012 year-end reserve reports complied with the SEC definition of reasonable certainty for proved reserves?
A. I believe they did not.
Q. Do you recall that Mr. Phillips showed you Exhibit 6 and quoted the sentence about, in sum and substance, how many practitioners are using a 75 percent standard for deterministic valuation of proved reserves.
Do you see that?
A. Yes.
Q. And do the authors endorse in that paper a 75 percent level for deterministic reserves?
A. They do not state that.
Q. And that that 75 percent, isn't that an observation by the authors that certain practitioners are using 75 percent?
A. The way you read this, what they're stating is the way that certain practitioners



CRANE - 5/16/19

are actually applying these deterministic values, deterministic methods is resulting in a 75 percent, not that the standards -- that the standards are 70, 75 percent. That is their --
Q. Okay. Go ahead.
A. I can't say whether it is misapplication, but that they're saying the -- yeah.
Q. Okay. And isn't it true that in that -- in the paragraph that -- from which -- the bottom sentence of the paragraph from which Mr. Phillips quotes says -- the second to last sentence says, such perceptions lead to over -- overly optimistic expectations and can result in poor investments.
A. It does state that.
Q. Turn to page 32 of Exhibit -- Exhibit 2, which is your original report. Do you recall being questioned about Netherland Sewell's exclusion of 46 wells at some point in the process?
A. Yes.
Q. Do you have information on what -- and that was Netherland Sewell's first pass on



CRANE - 5/16/19

October 20th. Do you remember that?
A. Yes.
Q. Do you have any citation in there for where Netherland Sewell's final -- final EUR determinations were in terms of exclusions?
A. I do, and --
Q. I refer you to page 32 and the Footnote 61.
A. Yes. Yes, there it is, because it is talking about the email from David Miller to Rodney Johnson talking about the PDP average EUR for the reference set of the 145 wells.
Q. Now, counsel asked you earlier about the certain Fetkovich assumptions in his 1980 paper. Do you remember that?
A. Yes.
Q. And pointed out that maybe some of those assumptions were not relevant to the Mississippian. Do you recall that?
A. Yes.
Q. Are those factors and assumptions, which are not relevant to the Mississippian, are they relevant to your use of Fetkovich curves for flow regime -- as a flow regime



CRANE - 5/16/19

discriminator?
MR. BAUER: Objection, leading.
Q. Can you -- can you describe whether the Fetkovich assumptions are related to your work as a flow - with the Fetkovich curves as a flow regime discriminator?
A. The assumptions -- the -- do not impact determining when you're in transient flow going to boundary-dominated flow.
MR. KARAM: I have no further questions.
FURTHER EXAMINATION
BY MR. PHILLIPS:
Q. Do you consider yourself an expert in SEC standards?
A. I consider myself very knowledgeable of SEC standards.
Q. Do you consider yourself an expert in SEC standards?
A. On the decline curve analysis, yes.
Q. Do you consider yourself an expert in SEC standards for reserve determinations generally?
A. There are some subtleties in crude