# EXHIBIT 69

# Part 1 of 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | No. 5:12-cv-01341-G<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | |

# EXPERT REPORT OF STEVEN D. CRANE
CRANE ENERGY LLC

# EVALUATION OF SANDRIDGE MISSISSIPPIAN LIME EXPECTED OIL & GAS RECOVERIES

MARCH 1, 2019

**CONFIDENTIAL**

## TABLE OF CONTENTS

Page

I. INTRODUCTION AND SCOPE OF WORK ....1
  A. Scope of Work ....1
  B. Qualifications ....1
  C. Statement of Compensation ....2
II. KEY FINDINGS AND DECLARATION OF EXPERT OPINION ....2
  A. Key Findings ....2
  B. Declarations of Expert Opinion ....3
III. BACKGROUND, GEOLOGY AND PRODUCTION TRENDS ....6
  A. Background of the Mississippian and Companies Discussed in This Report ....6
  B. Geology ....7
  C. Production Trends and Observations ....8
IV. DECLINE CURVE ANALYSIS THEORY ....9
V. INDEPENDENT PRODUCTION PROFILE ANALYSIS ....12
  A. Decline Curve Analysis – Crane Energy ....12
  B. Independent EUR Analysis Summary ....14
    1. Expected Ultimate Recovery Results and Trends ....14
      a. 2011 Timeframe EUR Analysis ....15
      b. 2012 Time Frame EUR Analysis ....16
      c. Economic Limit Assumption and Concerns ....19
  C. Actual Sandridge Lease Operating Expenses ....20

CONFIDENTIAL

Page

VI. TYPE CURVES: METHODOLOGY AND APPLICATION BY CRANE ENERGY .....21

A. Survivor Bias .....21

B. Oil Type Curve Development .....22

C. Gas Type Curve Development .....24

VII. REVIEW OF SANDRIDGE AND NSAI EUR ANALYSES .....25

A. Introduction .....25

B. Sandridge Analyses .....26

1. EURs and Type Curve .....26

2. Quality of Sandridge's Internal Decline Curve Analyses .....27

3. Vertical Well Arps B-Exponent Issue .....28

C. NSAI Analyses .....30

D. Exclusions and Additions .....32

1. Wrong Zone Exclusion .....33

2. Remote Well Exclusion .....34

a. Lack of Exclusion / Acreage Condemnation Publicly .....35

3. Additions .....36

VIII. TPH AND PES EUR ANALYSIS (THIRD PARTY ANALYSIS) .....36

IX. HISTORY OF RESULTING EURS AND TYPE WELLS .....38

# I. INTRODUCTION AND SCOPE OF WORK

## A. Scope of Work

Plaintiff's Counsel contracted Crane Energy LLC to:

1. Conduct independent production profile analyses and estimates of Expected Ultimate Recovery (EUR)[1] of Sandridge Energy, Inc.'s horizontal Mississippian wells existing prior to mid-2012 in the Mississippian Lime Play of northern Oklahoma and southern Kansas. The evaluation focused on two distinct timeframes: a) information up to mid-2011 and b) information up to mid-2012. This included decline curve analyses on individual wells for oil, gas and water production. Production characteristics and trends both with area and timeframe were identified, with average type curve profiles to estimate future well production being defined. The applicability of these type curves(s) to future targeted locations were evaluated on an areal basis.

2. Review various documents including communications involving the development and representation of production profiles made by or on behalf of Sandridge and other parties during the Class Period of February 24, 2011 through November 8, 2012, inclusive. Contrast and compare those production profiles to Crane Energy's independent evaluation and methodologies. Provide comments on the appropriateness of the involved parties' methods and results in regard to sound and generally accepted petroleum engineering principles.

## B. Qualifications

I am the Sole Proprietor and Managing Director of Crane Energy LLC, located at 2610 Spring Lake Drive, Richardson, Texas 75082. Crane Energy LLC (Crane) is an energy consulting service with a focus on oil and gas development and is a registered firm in the State of Texas providing professional engineering services, advising various oil and gas producers, investment

---

[1] This report uses the term Expected Ultimate Recovery (EUR). The terms Expected Ultimate Recovery and Estimated Ultimate Recovery are used interchangeably in the petroleum industry.

funds, pipeline companies and integrated oil companies, predominantly in the United States and Canada.

I have been a practicing petroleum engineer for 37 years. The majority of my first 27 years I spent working for two major oil companies, the Atlantic Richfield Company, Inc. (ARCO) and then Royal Dutch Shell plc, in roles of continued increasing responsibility, including President of SURE Northern Energy, a Canadian subsidiary of Royal Dutch Shell. In 2009, I established Crane Energy LLC.

I am a registered Professional Engineer in the State of Texas, a member of the Society of Petroleum Engineers and a member of the Association of International Petroleum Negotiators. I hold a Bachelor of Science degree in Petroleum Engineering from the New Mexico Institute of Mining and Technology and an M.B.A. from Southern Methodist University (CV attached – Appendix I).

### C. Statement of Compensation

The compensation for the work performed in this matter is based on the number of hours worked multiplied times my billable rate of $250 per hour. My compensation is not contingent on the outcome of this case.

## II. KEY FINDINGS AND DECLARATION OF EXPERT OPINION

### A. Key Findings

My independent EUR evaluation found that most of the oil decline profiles follow a harmonic decline with an Arps' B-exponent around 1.0. This is similar for most wells completed in conventional carbonate reservoirs in the Mid-Continent region. Both Netherland, Sewell and Associates, Inc. (NSAI) and I identified a small area with significantly greater EURs, located in northern Woods County, with NSAI also having identified that same trend, continuing into the

neighboring northern Alfalfa County. I found that most of the wells at onset produced at gas/oil ratios (GORs) significantly higher than the amount of gas that could be dissolved in the oil, indicating depletion from past production with some occasional free gas zone production.

This report will show that Sandridge provided future wells' oil and gas EURs to the public that were significantly greater than the actual developed well values. NSAI and Tudor, Pickering, Holt & Co. (TPH) shared information with Sandridge showing calculated Arps' B-exponents of 1.0-1.5 and 1.0-1.3 respectively, significantly lower than Sandridge's internal value of 2.0 and their publicly stated type well value of 1.5. However, Sandridge maintained their public Arps B-exponent during the Class Period of February 24, 2011 through November 8, 2012, inclusive. Sandridge represented that the public 1.5 value was conservative,[2] contrary to accepted industry guidelines[3] and both TPH and NSAI calculations. NSAI and TPH also shared information with Sandridge showing that a small percentage of their acreage, notably Woods County, had significantly higher EURs than the majority of their acreage, however Sandridge did not adjust their forward projections by location during the Class Period.

### B. Declarations of Expert Opinion

I, Steven D. Crane of Crane Energy LLC, make the following statements in my professional opinion as an expert in petroleum engineering:

---

[2] SD-SECURITIES-0337480, Sandridge Presentation, Goldman Sachs Global Energy Conference (Jan. 10, 2012).

[3] **Guidelines for Application of the Petroleum Resources Management System**, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011).

1. Sandridge overstated the average expected ultimate recovery values on existing wells and significantly overstated the average expected ultimate recovery values of future undeveloped wells during the Class Period of February 24, 2011 through November 8, 2012, inclusive.

- Sandridge presented to the public future wells with greater expected ultimate recoveries than data from the existing wells could support.
- Most of Sandridge's horizontal Mississippian wells' production (individual oil, gas and water) follow a classic harmonic decline with an Arps' B-exponents around 1.0 versus the publicly stated higher B-exponents.
- Sandridge provided their independent reserve auditor, NSAI, with a select list of Sandridge wells to be excluded and a select list of other wells to be added, with the intent being an increase in NSAI's average expected EUR for future wells.
- TPH had shown Sandridge in June 2011 that the public Arps' B-exponent was significantly overstated and that county level type wells would show lower expected ultimate recoveries than publicly stated.
- Sandridge was aware of Pinnacle Energy Services' (PES) independent EUR evaluation of Sandridge wells in July 2011 which showed significantly lower EURs than Sandridge's public values.
- Sandridge's EUR analyses, as evidenced by their July 2012 work, were significantly deficient to industry practices,[4] where Sandridge did not conduct individual well decline curve analysis but instead merely applied a pre-determined type curve to each well.

---

[4] **Guidelines for Application of the Petroleum Resources Management System**, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011).

The table below shows different EUR evaluations on the wells drilled and completed up to mid and end of 2011. All the evaluations show lower EURs on the producing wells at that time than Sandridge's public type well.

| Category | Units | Sandridge 2011 Type Well* | NSAI Year End 2011 Reserve Report PDP Wells** | Crane MidYear 2011 Eval | TPH June 2011*** | PES July 2011**** | Sandridge 10/13 Lookback***** Pre2012 Wells Only |
|---|---|---|---|---|---|---|---|
| Average Oil EUR | kbbls | 211 | 166 | 89 | 141 | 128 | 76 |
| Average Total Hydrocarbon EUR | kBOEs | 409 | 371 | 231 | 274 | 282 | 240 |

*Sandridge 2011 Investor / Analyst Meeting; Mar 1 2011
**SD-SECURITIES-0005586
***SD-Securities-0455575
****PINN-0013909
*****SD-Securities-0532825

2. Sandridge overstated the percentage of oil EUR relative to the total hydrocarbon EUR.

- On average, Sandridge's horizontal Mississippian wells will produce more gas than oil on a Barrels of Oil Equivalent basis of 6 thousand cubic feet (MCF) of gas per 1 barrel of oil over the lifetimes of the wells.

The table below shows the percentage of the average oil EUR relative to the average total hydrocarbon EUR on a barrel of oil equivalent (BOE) basis. The 2011 public Sandridge type well stated a 52% oil content where evaluation of the producing wells showed much lower oil content and higher gas content.

| Category | Units | Sandridge 2011 Type Well* | NSAI Year End 2011 Reserve Report PDP Wells** | Crane MidYear 2011 Eval | Sandridge 10/13 Lookback*** Pre2012 Wells Only |
|---|---|---|---|---|---|
| Oil % of Total Hydrocarbon | % oil | 52% | 45% | 38% | 32% |

**Sandridge 2011 Investor / Analyst Meeting; Mar 1 2011
**SD-SECURITIES-0005586
***SD-Securities-0532825

3. Sandridge understated the variability and difference between the EURs of the various counties, with Woods County being significantly higher than the other counties.

- TPH had shown Sandridge by June 2011 that the average expected ultimate recoveries in Woods County Oklahoma were significantly greater than the

other counties with Sandridge developed Mississippian Lime wells. The other counties contain the vast majority of Sandridge's publicly stated potential acreage for future development.

- NSAI had shown Sandridge by October 2011 that the average expected recoveries in Woods County Oklahoma were higher than most of the remaining acreage.[5]

- Sandridge presented to NSAI that certain acreage would not have additional development as part of the exclusion discussion while presenting to the public that all their Mississippian Lime acreage had potential drilling locations both during and after the Class Period. This does not follow industry practices and guidelines.

4. Sandridge publicly understated their operating costs by 20-30%. The impact of using the actual operating costs is a further reduction by 25-35% in the predicted EURs due to the resulting higher economic limit.

5. Sandridge's overstatement of EURs, overstatement of the amount of oil relative to total hydrocarbon production and the understatement of lease operating costs resulted in Sandridge overstating the average rates of return[6] for the Mississippian Lime play.

## III. BACKGROUND, GEOLOGY AND PRODUCTION TRENDS

### A. Background of the Mississippian and Companies Discussed in This Report

This evaluation is focused on Sandridge Energy's horizontal well Mississippian Lime Play located in northern Oklahoma and southern Kansas (**Exh. 1**). The Mississippian formation in this area was historically developed using conventional vertical wells since the mid-1940s.[7] The core area has over fourteen thousand (>14,000) vertical wells drilled and completed in the Mississippian

---

[5] SD-SECURITIES-0456113, Email from David Miller to Rodney Johnson, Subject: **PDPs - First Pass 10.19.2011** (Oct. 19, 2011).

[6] SD-SECURITIES-0348983, Sandridge Presentation, RBC Capital Markets' Global Energy and Power Conference (June 4, 2012).

[7] ***Oklahoma Oil: Past, Present, and Future*** by Dan T. Boyd, OGS, Oklahoma Geology Notes, v. 62 no. 3 (Fall 2002).

Lime. Initial tests developing this formation using unconventional horizontal wells were completed with massive multi-stage hydraulic fracturing started prior to 2010 with the earliest well in Crane's evaluation drilled and completed in 2007. The major jump in this area's horizontal well development occurred after 2010 with Sandridge Energy and Chesapeake Energy Corporation being the two dominant operators, with most of the drilling activity through 2012 concentrated in Woods, Alfalfa and Grant Counties in northern Oklahoma.

During the 2010-2012 timeframe, Sandridge evaluated the production trends from their wells and occasionally other companies' wells as part of their ongoing operations.[8] Their independent reserve auditor at that time, NSAI, conducted formal reserve studies for Sandridge at specific times, notably for Year End reserve reports. In the mid-2011 timeframe, TPH on behalf of Sandridge interacted with an outside party, PES, on expected reserves of existing production and future wells in regard to a Sandridge Mississippian Lime joint venture, with both TPH and PES conducting EUR studies. The various EUR studies from these four parties are considered in this report.

**B. Geology**

The Mississippian Lime is a geologic formation, vertically located between the bounding Cherokee shale above and the Woodford shale below. The Mississippian Lime is a carbonate formation with oil, gas and water zones. The Core Area of interest for this report is west of the Nemaha Ridge and, on that west side, dips downward in a southerly direction, shown on the structure map in **Exh. 2**. The Mississippian Lime formation[9] in the Core Area has a random

---

[8] NSAI-SD-149054, Email from Lindsey Austin to David Miller, Subject: Re: Mississippian Formation (Nov. 24, 2010).

[9] The top of the Mississippian formation ranges from just above -3000' subsea (mean seal level) in the northern part of the Core Area down to about -5000' subsea in southern Alfalfa and Woods Counties. For the majority of the core area, the Mississippian formation is 400-600 feet in thickness (**Exh. 3**). An illustrative cross-section running east-west across the key northern Oklahoma counties

heterogeneous distribution of higher porosity reservoirs, both areally and vertically. The oil in the Mississippian is sourced from the underlying Woodford shale[10] and migrated to various structural and stratigraphic traps within the Mississippian. Prior to 2009, this conventional geology was developed using conventional vertical wells, stimulated by acidizing and occasional small hydraulic fracturing. The concept of applying unconventional horizontal well completions with multi-stage hydraulic fracturing to a conventional reservoir hoped to minimize the heterogeneity in a two-fold manner. First, using horizontal well completions could aid in reducing the areal heterogeneity and second, the use of hydraulic fracturing could help to connect reservoirs, both areal and vertical. Sandridge discussed this theory in their March 2011 Investor / Analyst meeting[11] (**Exh. 6**).

### C. Production Trends and Observations

The wells in this evaluation are horizontal wells using unconventional completions in a conventional geology. The wells are about one mile long horizontal sections completed using massive multi-stage hydraulic fracturing contained within the Mississippian formation.

These wells are essentially high salinity water wells with small amounts of hydrocarbons (both oil and gas) being co-produced with the water. In the majority of the wells, the water

---

is shown on **Exh. 4**. This cross-section shows the placement of the Mississippian carbonate formation between the two bounding shales. It should be noted that both bounding shales are ductile and form a natural barrier limiting the vertical fracture extension during hydraulic fracturing. A type log of the Mississippian formation is shown on **Exh. 5**. On the type log, the different and varied zones can be seen, with different porosities in different zones vertically and with some zones indicating a mixture of hydrocarbons & water and other zones only containing water. It also shows low porosity zones which are not consider conventional reservoirs.

[10] **Geochemistry of oils and hydrocarbon source rocks, greater Anadarko basin: evidence for multiple sources of oils and long-distance oil migration**, Burruss, R.C., and J.R. Hatch (1989), first presented at Anadarko basin symposium (1988).

[11] SD-SECURITIES-0000654, Sandridge 2011 Investor / Analyst Meeting Presentation (Mar. 1, 2011).

production is 90% or greater of the total fluid production. Most of the wells show ongoing depletion with declining water, oil and gas production (**Exh. 7**). The upper graph shows water (blue), oil (green) and gas (red) production in barrels and barrels equivalent volumes. The lower graph is an expanded view focusing only on the hydrocarbon production.

Production experimentation appears evident on many of the early wells, increasing and decreasing the pressure in the horizontal well section, and thereby the production rate, in an effort to optimize hydrocarbon production (**Exh. 8**). This complicates classic Arps decline curve analysis and requires that each production variation in the individual well be evaluated for the appropriate decline analysis.

In regard to the gas production and related gas/oil ratio (GOR), almost all the wells have an initial GOR much greater than the maximum amount of solution gas that can be dissolved into a barrel of oil at reservoir conditions (**Exh. 9**).[12] In a few wells, flat or increasing gas rate was observed with declining water and oil rates. In these few wells, some of the gas production is probably coming from non-associated free gas zones. The variability in free gas production causes a wider range of GOR production trends which in turn cause a wider range in predicted cumulative GORs and gas EURs.

## IV. DECLINE CURVE ANALYSIS THEORY

The key issues evaluated are associated with projecting wells' future oil and gas production in order to make proper investment decisions. These projections are derived from existing production using an approach called Arps' decline curve analysis. This section will provide a level

[12] This could be due to two situations: 1) the hydraulic fracture is allowing production from a non-associated free gas-bearing zone with the oil-bearing zone and/or 2) free gas production from associated gas due to prior depletion from the historical vertical wells. Given the large number of vertical wells with production since the mid-1940s, it is most likely that prior depletion is the dominant factor.

of understanding on the theory and proper application of Arps' decline curve analysis, with a focus on a key parameter called the Arps' B-exponent.

In 1945, J.J. Arps published a pioneering paper on oil and gas well decline curve analysis.[13] Arps developed a mathematical and graphical technique to predict future production profiles using an integrated analysis for production rate, production time and cumulative production. This has become the oil & gas industry standard. The Arps methodology uses three variables: theoretical initial production rate (**qi**), initial decline rate (**Di**) and the Arps **B-exponent** to define the production profile (**Exh. 10**) and predict the EUR of a well. The graphical techniques look at both straight line analysis and curvature concave upwards or downwards to assist in determining the Arps' B-exponent (**Exh. 11**).

Use of the Arps decline methodology is valid when a well's production decline stabilizes in a steady state mode, called boundary dominated flow. During boundary dominated flow, the Arps' B-exponent has a range of values between 0 and 1.

> "A value of $b = 0$ corresponds to exponential decline, values of $b > 0$ and $< 1$ correspond to hyperbolic decline, and a value of $b = 1$ corresponds to harmonic decline. Values of $b > 1$ are not consistent with decline curve theory, but they are sometimes encountered, and their meaning is explained below.
>
> Decline curve analysis is based on empirical observations of production rate decline, and not on theoretical derivations. Attempts to explain the observed behaviour using the theory of flow in porous media lead to the fact that these empirically observed declines are related to boundary-dominated flow. **When a well is placed on production, there will be transient flow initially**. Eventually, all of the reservoir boundaries will be felt, and it is only after this time that decline curve analysis becomes applicable. **<u>During boundary-dominated flow, the value of "b" lies in</u>**

---

13 ***Analysis of Decline Curves***, J.J. Arps, SPE 945228-G (Dec. 1945).

> **<u>the range of 0 to 1</u>**, depending on the reservoir boundary conditions and the recovery mechanism."[14]

(Emphasis added).

Analyzing a well using <u>only</u> production rate versus time both mathematically and graphically adds uncertainty in the analysis. Shown in the upper left-hand corner of **Exh. 11** (plot of rate versus time), the graph for all B-exponents will have a concave upwards profile. The non-linear regression techniques using rate versus time solely can have non-unique solutions, especially given the variability in real life production data. Best practices recommend using a multi-plot approach, similar to **Exh. 11**, to analyze the characteristics of an individual decline curve, reducing the degrees of freedom in the mathematical analysis. More emphasis is given to rate and log rate versus cumulative production graphs, as so-called "straight line techniques," to help identify the characteristics of the Arps B-exponent.

In 1980, M.J. Fektovich merged Arps' technique with early transient production data into a type curve technique.[15] The later-time production data follows classic Arps methodology in Fetkovich's type curves (**Exh. 12**). For conventional geology, this transient period only lasts days to weeks. Typically in the EUR estimates for conventional reservoirs, the short early transient time is ignored, applying the Arps technique to the majority of the production data.

With the development of the unconventional ultra-low permeability[16] formations, such as the Bakken or Eagle Ford, long timeframe transient flow lasting months and years have been observed

---

14 IHS Markit – Fekete Associates, http://www.fekete.com/san/webhelp/feketeharmony/harmony_webhelp/content/html_files/reference_material/analysis_method_theory/Traditional_Decline_Theory.htm.

15 ***Decline Curve Analysis Using Type Curves***, M.J. Fektovich, SPE-4629-PA (June 1980).

16 Ultra-low permeability formations have permeabilities on the order of micro-darcy through nano-darcies.

prior to reaching boundary dominated flow. Attempts in the industry to use the Arps decline curve method across both the transient and boundary dominated flow periods resulted in calculating Arps' B-exponents greater than 1, and typically with values between 1.5 and 2.

Fektovich type curves have become very useful to distinguish between these long transient flow periods and the boundary dominated flow periods in these ultra-low permeability formations.[17]

Applying a higher Arps' B-exponent on a well's initial production results in a significantly higher predicted EUR versus applying a slightly lower B-exponent. This is an important issue in this report. As Arps' B-exponents become greater than 1, at long timeframes, production rates can falsely predict increases in production versus declines.

## V. INDEPENDENT PRODUCTION PROFILE ANALYSIS

### A. Decline Curve Analysis – Crane Energy

#### 1. Introduction

I analyzed Sandridge's Mississippian horizontal wells at both mid-2011 and mid-2012 timeframes. In general, the majority of wells' water and oil production profiles follow harmonic decline profiles with the Arps B-exponent around 1. The distribution of oil EURs followed the typical log-normal skewed trend. Woods County Oklahoma had a significant number of high EUR wells relative to the rest of the counties, with those wells showing a different decline profile of lower initial rate, very low decline and higher EUR than the rest of the Mississippian Lime play, suggesting larger drainage from natural fracture system(s).

I used the Fektovich technique to determine when the Arps decline curve technique could be appropriately applied (**Exh. 13**). In the wells evaluated, boundary dominated flow was reached

[17] ***Reservoir Engineering Aspects of Unconventional Reservoirs***, T. Blasingame: Presented at the 2011 SPEE 48th Annual Meeting, Florida (June 4-7, 2011).

between 10 and 90 days and the Arps decline curve method could then be properly applied. The slope of the Fetkovich graph during the boundary dominated flow period for most of the wells is around 1, meaning an Arps B-exponent of 1, following a harmonic decline. Likewise, on a harmonic plot of log oil rate versus cumulative oil production (**Exh. 14**), the same wells show "straight line behavior," again reinforcing a harmonic decline profile with an Arps B-exponent of 1.

Example well decline curves and forecasts are shown on **Exhs. 15-17** using multi-plot graphics for oil, gas and water, with "straight line behavior" seen in the upper right-hand plots. As a further attempt to minimize the degrees of freedom in the analyses, the resulting predictions are compared to the GOR and the water cut percentage [water cut% = water rate / (oil rate + water rate)]. At the bottom of each page in the exhibit is a table showing the projected EURs for each phase: oil, gas and water. Each well's individual EUR is based upon an assumed lower economic limit of two (2) barrels of oil per day.

The same general harmonic decline profile and predicted recoveries are observed in low oil EUR wells and high oil EUR wells.[18] **Exhs. 18 and 19** are summary graphs of the oil and gas production profiles for a low EUR well and high EUR well. For all three wells, two different predictions are shown; one using data only through mid-2011 (Pred 2011) and the other using data through mid-2012 (Pred 2012). Similar plots and results for all wells analyzed, one group with two analyses in mid-2011 and mid-2012 and a second group of newer wells with one analysis in mid-2012, are shown in Appendix III.

---

[18] The few wells that do not show harmonic declines in oil production show Arps B-exponents with values less than 1, following hyperbolic declines with Arps B-exponents between 0 and 1. As mentioned earlier, there are a few wells with flat or increase gas production, most likely due to production from free gas zones. In these cases, trend analysis was performed to project forward gas production as use of the Arps decline curve technique is only appropriate during boundary dominated flow when that production stream is declining.

In general, the wells exhibited free gas production from the onset, indicating most likely prior depletion from the historic vertical wells. The majority of wells exhibited declining gas production with a few wells having flat or increasing gas production. Most of these wells with declining gas production also followed a harmonic decline profile. The vast majority of wells show increasing gas/oil ratios expected with depletion. The GOR behavior is varied between the wells, demonstrating a mix of depleted oil production and commingled production from both depleted oil zones and free gas zones.

The majority of the wells' water production also exhibited a harmonic decline, with water being the dominant produced fluid. In many of the wells, the high watercuts continued to increase during the life of the wells. In my analysis of lease operating expenses, the majority of the costs are associated with the water production.

### B. Independent EUR Analysis Summary

#### 1. Expected Ultimate Recovery Results and Trends

The EURs, their distributions and trends were evaluated at two distinct points in time; the first at mid-2011 and the second at mid-2012. Interpretation of the trends in this evaluation were based on data and information available at each timeframe. The EUR trends were evaluated from a physical areal frame and from the perspective of completion timing / vintage. The areal frame groups the wells on a county basis, with the dominant number of wells in Woods, Alfalfa and Grant Counties in Oklahoma and the completion timing / vintage wells are grouped into three timeframes: a) wells completed prior to 2011, b) wells completed between January and June 2011 inclusive, and c) wells completed between July 2011 and June 2012 inclusive.

The general EUR distributions follow the typical skewed log-normal distributions in most natural resources with the median values being below the average values. A small fraction of very

high EUR wells (sometimes referred to as "elephants" or "sweet spot" wells) cause the asymmetrical distribution.

### a. 2011 Timeframe EUR Analysis

Through the mid-2011 timeframe, 43 wells were completed prior to 2011, and an additional 64 wells were completed between January and June 2011, with 2 of the wells in Kansas.[19]

Using EUR estimates based upon production through mid-2011,[20] four key trends were observed:

- Skewed log-normal EUR distributions, typical in natural resources.
- Woods County had a significant amount of very high EUR wells, both oil and gas.
- Wells completed prior to 2011 had a higher average EUR than the wells completed in the first half of 2011.
- With the exception of high GOR wells in northwest Alfalfa County, the local distribution of oil and gas EURs in an area appears randomly distributed.

The first three key trends are seen clearly on **Exhs. 20 and 21**, grouped by county and by completion timing. A map of the mid-2011 oil EURs is shown on **Exh. 22**. The black dots on the map show the top quartile wells, with a significant number located in Woods County in the west. Also noted in the northwest corner of Alfalfa County is a grouping of high GOR wells with low projected oil EURs. Outside of these two areal observations, no other trend is obvious. In the northeast corner of Alfalfa, all four quartiles of oil EUR are observed in close proximity, suggesting

---

[19] In the mid-2011 evaluation, the production of 16 wells were not yet in boundary dominated flow and therefore too early to evaluate with decline curve analysis. On a county basis, 48 wells were in Alfalfa County, 22 wells were in Grant County, 31 wells were in Woods County, and 3 in other Oklahoma counties with the two Kansas wells in Barber and Comanche Counties.

[20] SD-SECURITIES-0005955, Production data from internal Sandridge ARIES database.

the historic random areal distribution of vertical well EURs[21] is similar for the horizontal wells, albeit at higher values.

The distribution of hydrocarbon EURs, calculated from each well's individual oil and individual gas EURs, is shown in **Exh. 23** with groupings by the same three Oklahoma counties. The same trend in total hydrocarbon EURs, as in oil EURs, is observed, with Woods County having a significant number of very high EURs. In comparing gas EURs versus oil EURs, shown on **Exh. 24**, on a BOE basis, more of the wells are located in the upper left-hand side of the graph, indicating these wells will produce more gas than oil on a BOE basis. The average well from the EUR distributions is expected to produce 62% gas and 38% oil during its lifetime based on the mid-2011 evaluation.

The table below shows numerical results of the mid-2011 evaluation.[22]

| Grouping | Evaluation | Average Oil EUR (bbls ) | Average Total HC EUR (BOE) | Oil Content (% of HC) | Water EUR (bbls) | Number of Wells |
|---|---|---|---|---|---|---|
| **KS State Oil** | Mid 2011 | 40,622 | 98,364 | 41% | 1,338,501 | 2 |
| **OK State Oil** | Mid 2011 | 88,807 | 230,989 | 38% | 2,483,563 | 89 |
| Pre2011 Wells OK | Mid 2011 | 137,308 | 369,594 | 37% | 3,619,141 | 43 |
| H1 2011 Wells OK | Mid 2011 | 43,468 | 101,424 | 43% | 1,422,044 | 46 |

*16 wells too early to be evaluated

### b. 2012 Time Frame EUR Analysis

The mid-2012 timeframe allowed for an extra year of production for the previous 107 wells plus an additional 267 wells owned in part by Sandridge were completed.[23]

---

21 SD-SECURITIES-0000654, Sandridge 2011 Investor / Analyst Meeting, Technical Theory for Horizontal Drilling in Mississippian, slide 57, New York, NY (Mar. 1, 2011).

22 Oil Content: The percentage of oil relative to the combined oil and gas production on a BOE basis.

23 In Kansas, 35 additional wells were drilled split between Barber, Comanche and Harper Counties. Between July 2011 and June 2012, 105 new wells were completed in Alfalfa County, 82 new wells in Grant County, and only 34 new wells in Woods County. The remaining 11 new wells were scattered out in northern Oklahoma, with about half of them in Garfield County. It should be

First, the extra year of production for the previous 106 wells evaluated allowed for updated EUR estimates, including the addition of the 16 wells which were too early in production to be evaluated in mid-2011. The average for these 107 wells decreased from 89 thousand barrels of oil to 86 thousand barrels of oil with the extra year's added data and trends. With longer-term gas production, an improved and increasing view of gas EURs raised the total hydrocarbon EUR from 231 kBOEs to 261 kBOEs, with the lifetime oil percentage dropping from 38% to 33% on a BOE basis.

The added production on the previous wells and the new profiles on the new wells simply reinforced the four key trends observed in the mid-2011 evaluation.[24] Woods County still had significantly higher EURs compared to other counties, albeit with a lower percentage of new wells drilled relative to the other counties. Older vintage completions have higher average EURs as compared to younger wells. The local distribution of EURs appears randomly distributed within an area. The average oil content is lower in the mid-2012 evaluation than the mid-2011 evaluation.

The table below show numerical results of the mid-2012 evaluation.

| Grouping | Evaluation | Average Oil EUR (bbls ) | Average Total HC EUR (BOE) | Oil Content (% of HC) | Water EUR (bbls) | Number of Wells |
|---|---|---|---|---|---|---|
| **KS State Oil** | mid 2012 | 56,898 | 176,149 | 32% | 1,951,756 | 34 |
| **OK State Oil** | mid 2012 | 64,186 | 186,836 | 34% | 1,819,630 | 311 |
| Pre2011 OK | mid 2012 | 127,259 | 385,508 | 33% | 2,923,080 | 43 |
| H1 2011 OK | mid 2012 | 57,046 | 174,421 | 33% | 2,237,424 | 62 |
| H2 2011 OK | mid 2012 | 48,790 | 138,764 | 35% | 1,660,348 | 80 |
| H1 2012 OK | mid 2012 | 55,498 | 154,124 | 36% | 1,324,285 | 126 |

*29 wells too early to be evaluated

noted that this well count is based upon Sandridge's ownership in both operated and non-operated wells as several of the wells were operated by other companies, most notably Chesapeake Energy in Woods County, Oklahoma.

24 SD-SECURITIES-0005964-965, Production data from internal Sandridge ARIES databases.

Oil EUR distributions grouped by county and completion timing are shown in **Exhs. 25 and 26**. A map of the mid-2012 EUR predictions by quartile is shown in **Exh. 27**. As in the mid-2011 evaluation, Woods County has a significant number of top quartile oil EUR wells, shown as black dots on the map. Another item to note on the map is the continued randomness of oil EURs with top quartile wells located in proximity to bottom quartile wells (red dots) and everything in-between.

Hydrocarbon EUR distributions by county is shown in **Exh. 28** with a map of those EURs in **Exh. 29**. Again, Woods County has a significant number of high hydrocarbon EUR wells relative to the other two main counties. An extra item to note is the high GOR area in northwest Alfalfa County; that area was in the bottom quartile for oil EURs but has a full range of hydrocarbon EURs with half of the wells in the upper two quartiles.

The projected lifetime gas / oil ratio for the individual wells is shown on a cross-plot of oil EURs versus gas EURs on a BOE basis in **Exh. 30**. Wells located in the upper left-hand half of the plot are greater than 50% gas and wells in the lower right-hand half are greater than 50% oil. More than half of the wells are expected to be gas wells.[25] When comparing only the wells in the mid-2011 analysis, their oil percentage dropped from 38% to 33%. With longer term data, the wells' EUR predictions indicate more gas production relative to oil and that early gas EURs were slightly under-estimated.

---

[25] The US Energy Information Administration (EIA) delineates between oil and gas wells using a GOR definition. A well with greater than 6000 scf of gas per bbl of oil (1 BOE of gas to 1 bbl of oil) is a gas well. Any well below that GOR is an oil well.

### c. Economic Limit Assumption and Concerns

A low production limit of 2 barrels of oil per day was used for all wells in my estimates of the individual well EURs.[26] This is similar to the economic limit used by Sandridge and NSAI.

It is a concern that this economic limit is too low, thereby making the predicted EURs too high. This economic limit was based upon information Sandridge shared with Atinum of an average fixed operating cost of $5450 per well per month and an average variable operating cost of $3.35 per barrel of oil.[27] Given that all the wells are truly water wells with typically more than 90% water cuts, the true variable cost structure should be based upon water production not on the tiny fraction of oil.

During the Class Period, vertical wells at 4000'-5000' depths with lower water cuts, less complex and lower cost operations were being abandoned at ~2 barrels of oil per day. In many of these cases, the royalty was the historic 12.5% versus the higher average 20% royalty for Sandridge. On a comparative basis, this reinforces my claim that the estimated economic limit used in this report is too low.

---

[26] This was based upon economic limit calculations derived from limited public information from Sandridge on average operating costs and royalties, as well as published ad valorem and production taxes. Gas revenue was included in the calculation and a sensitivity to gas/oil ratios on the economic limit was tested. The impact of variation in GOR was +/- 0.5 barrels of oil per day. Given all the other simplifying assumptions, a constant economic limit of 2 barrels of oil per day was used across all wells.

[27] PINN0013891, Letter from John P. Dick, Pinnacle Energy Services, LLC to Atinum Partners, Atinum Energy Holdings USA and Barclays Capital, Subject: **Re: Updated Evaluation of Mid-Continent Mississippian Formation Development SandRidge Energy, Inc.** (July 12, 2011).

### C. Actual Sandridge Lease Operating Expenses

Sandridge stated publicly two different operating costs specific to the Mississippian Lime, both in 2011. The first was a composite lease operating cost (LOE) of $8.32 per BOE[28] and the second was $9.61 per BOE.[29] These are both higher than the combined fixed and variable costs Sandridge shared with Atinum earlier in 2011.

Internal Sandridge operating costs data in various forms and timeframes were found as part of the discovery process. I was able to use this information to analyze Sandridge's operating costs on its own operated assets. Sandridge implemented a multi-lease water disposal system during the mid-2011 timeframe which reduced water handling costs. Sandridge understated their operating costs by 20% to 30% for the post mid-2011 operations. **Exh. 31** compares the total actual lease operating expenses for all of Sandridge's operated assets versus the two publicly stated LOE values. The same comparison is made for the average single well LOE (**Exh. 32**). As these wells produce over 95% water on average, the majority of the LOEs are associated with water. My analysis shows that it cost Sandridge about $1 per barrel of water to produce and dispose of the water.

Using my cost analysis[30] and the sale prices and taxes of the timeframe, the average economic limit should be raised from 2 barrels of oil per day to about 10 – 12 barrels of oil per day, dependent upon an individual well's final water cut and GOR. This higher economic limit would

---

[28] SD-SECURITIES-0000574, Sandridge Investor Presentation, New York, NY (June 14, 2011).

[29] SD-SECURITIES-0330985, Sandridge Presentation, Barclays 2011 CEO Conference, New York, NY (Sept. 7, 2011).

[30] Cost analysis results: Fixed lease operating expenses of $4870/well/month; Variable water expenses of $1.04 per bbl of water; Variable gas expenses of $0.33 per mcf of produced gas; Overhead expenses of $1490/well/month. No noticeable variable lease oil expenses – due to small fraction of oil relative to water. (**Exh. 33**).

result in a reduction by 25-35% of the EURs across the entire Mississippian Lime play. This is relative to the EURs with a 2 barrel of oil per day cutoff used in my EUR analysis (**Exh. 34**).

Sandridge established a commercial water disposal business in the Mississippian Lime area around January 2012. Internal to Sandridge, they used the profits from that business in an attempt to shield the costs of water disposal from the lease operating expenses.[31, 32] Using profits from another internal business to subsidize intrinsic lease operating expenses violates industry practices. The intrinsic cost to handle the water was still about $1 per barrel of water at the well and lease.

## VI. TYPE CURVES: METHODOLOGY AND APPLICATION BY CRANE ENERGY

Type curves are utilized primarily to predict economics of future undrilled wells and to compare existing well performance. For a large portfolio of wells in aggregate, the average well production profile should be used. Given the skewed log-normal distribution, care must be taken in the analysis as the average is driven by the small fraction of high EUR wells.

### A. Survivor Bias

Care must be taken in the development of type curves. First, the full distribution of EURs should be evaluated on an individual well basis. This, in part, is to prevent "survivor bias." Survivor bias in type wells occur when all the wells' production data is averaged without regard to a constant and/or ongoing well count, averaging wells with different periods of production and changing well count. This can occur early in the life of a development area or at the end of field life. The issue is that the poorest performing wells have shorter production lives, lower production rates and EURs which drop out early in simple blind averaging. The best performing wells have longer

[31] SD-SECURITIES-0589574, Excel file: **Midcon - MISS HORZ Loe_ Trying to figure out swd costs.xlsm** (June 26, 2012).

[32] SD-SECURITIES-0034200, Email from Justin Lewellen to Lance Galvin, Subject: **Mississippi LOE Model – Static.xlsm** (Aug. 31, 2012).

production lives, higher rates and higher EURs. These better wells can falsely dominate the latter part of a type well based upon blind averaging: "the tail wags the dog." In most cases, survivor bias in type curves results in overstated EURs and higher Arps' B-exponents.

The Society of Petroleum Economic Evaluators (SPEE) is currently writing a Monograph specifically for type curve methodologies and issues such as survivor bias to avoid. **Exh. 35** is from a recent SPEE update[33] on the progress of the Monograph, showing a real-life example of survivor bias at the end of a field life. The upper graph shows that blind averaging actually resulted in increasing production (green curve) in the final few months of the type curve, with an Arps B-exponent of 1.3. When accounting for declining well count, the more correct type curve now has continuously declining production with a lower Arps B-exponent of 0.75 and an average oil EUR almost 30% lower.

### B. Oil Type Curve Development

Type curve development the analysis of individual wells' gas, oil and water profiles. The resulting distribution of EURs are analyzed by area, geology, completion technology, and other geo-technical factors to determine if the groups behave in a common manner. For these wells in a common group, their average EUR is used to create the type curve.

Two main options exist for creating an average well type curve: a) if enough wells with long-term production and similar production timeframes exist, one can average the production data across all wells <u>until</u> the well count begins to change, or b) if production is mostly shorter term production with varied production timeframes, use wells with EURs grouped around the average EUR with

[33] **SPEE Monograph 5: A Practical Guide to Type Well Profiles**, G. J. Gonzenbach, Society of Petroleum Evaluation Engineers, Denver Chapter Presentation (Oct 10, 2018).

similar production timeframes to create a unit type curve and, if needed, normalize to the average EUR value in a multiplicative manner.

In the Mississippian Lime study, the wells all have varying lengths of production time and mostly short production lives, on the order of months. Therefore, I used the subset well approach, using wells with EURs around the average, and compared the results to the overall production trends. **Exh. 36** shows the subset of wells used to develop an average well type curve, with their individual production histories and forward projections along with the resulting type curve. **Exh. 37** compares the average well type curve and scaled up / scaled down curves to the general production profiles in the core area on a harmonic plot (log oil rate versus cumulative production).[34] The type curves trend reasonably well with the steeper declining low EUR wells and the shallow declining high EUR wells, qualitatively verifying the type curves.

The oil type curve was developed using wells in the mid-2011 evaluation. This same type curve fits the profiles of the mid-2012 evaluation wells, applying the scaling method to normalize for the slightly lower average oil EUR in 2012.

It should be noted that 10% or so of the wells evaluated do not follow the scaled type curves and are not shown on **Exh. 37**. These wells fall into two groups at different ends of production

[34] The scaling is done using a multiplicative factor, essentially where a lower EUR well is a fraction of the average well (example shown is 50%) and a higher EURs is a multiple of the average well (example shown is 160%). Given the skewed long-normal EUR distribution, about 70% of the wells are located below the average well profile.

profiles: a) about half are very low slope decline wells with high EURs[35] and b) the other half are very high initial production rate but very steep declining wells with lower EURs.[36]

In best practices, each grouping of production profile behaviors should have its own type well curves. Woods County has a different distribution than the other counties at the high EUR end. It also appears that this may coincide with the very low slope high EUR wells mentioned in the paragraph above. However, given the very small number of significantly high EUR wells in Woods County, I did not believe it was statistically accurate to create a separate grouping for these dozen or so wells, especially when using information available in 2011 and 2012. However, application of the average well across all of Sandridge acreage would result in an over-estimation of total recovery, given that Woods County is only ~14% of Sandridge's net acreage in mid-2011 and only ~7% of their acreage in mid-2012.[37,38]

Likewise, the few very high decline wells are randomly located with no apriori concept or method to predict that group's occurrence. It should be noted that both groups' EURs were included in the overall distribution and determination of the average EURs, just not the shape of their profile.

### C. Gas Type Curve Development

For well-behaved gas production profiles in a grouping of similar production behaviors, the same methodology as described for the oil would be used. However, the gas production behavior is

---

35 At the other end of the EUR behaviors, the very low slope decline, high EUR wells appear to have large drainage areas, perhaps draining from large natural fracture system(s).

36 The very steep declining wells appear to have good near-wellbore stimulations but very limited drainage area.

37 *The Mississippi Lime Land Grab*, DrillingInfo, Inc., Mississippi Lime Summit, Tulsa OK (Nov. 2012).

38 SD-SECURITIES-0303604, Sandridge Presentation, Barclays CEO Energy-Power Conference (Sept. 5, 2012).

varied as discussed in the *Production Trends and Observation* section and shown on **Exh. 9**. To insure consistency with the average EURs for oil and gas, independently and individually calculated, and the combined value for the average total hydrocarbon EUR, I used a different method.[39]

I qualitatively verified this approach by comparing the Average Well GOR, calculated by dividing the predicted gas curve by the predicted oil curve, versus cumulative oil production trends observed in the Core Area (**Exh. 38**). The results are mathematically consistent with the individual well distributions of gas EURs and total hydrocarbon EURs.

## VII. REVIEW OF SANDRIDGE AND NSAI EUR ANALYSES

### A. Introduction

I reviewed and analyzed the decline curve and EUR work by Sandridge Energy and their independent reserve auditor, NSAI, conducted during the 2010, 2011 and 2012 reserve reporting timeframes. I utilized documents provided by Plaintiff's Counsel obtained during discovery, notably interim EUR files (both spreadsheet and plots), official NSAI Year End Reserve Reports for 2010, 2011 & 2012, various email correspondence internal to Sandridge and between Sandridge & NSAI, and Sandridge documents in the public domain and other public information (Appendix II – list of information considered). Also included were two additional groups of documents on reserves, the first between Sandridge and TPH conducting a quick-look analysis of EUR estimates in the mid-2011 timeframe and the second being studies by PES, one in mid-2011 and the other, an in-depth study on EURs in late 2012.

---

[39] The Initial Gas Rate ($\mathbf{qi}_{gas}$) was anchored using the observed median initial GOR multiplied by the Average Well Initial Oil Rate from the type curve. The other endpoint was anchored by the average gas EUR ($\mathbf{Qp}_{gas}$ or in modern nomenclature, $\mathbf{Qg}_{abandonment}$) at the same predicted abandonment time determined for oil in the Average Well type curve. A harmonic decline profile with Arps **B**-exponent = 1 was assumed, given that the majority of the gas profiles followed harmonic profiles. Using these three parameters, the Average Well gas type curve was calculated.

## B. Sandridge Analyses

### 1. EURs and Type Curve

Sandridge developed a type curve in 2010 with an average oil EUR of 203 kbbls[40] with an Arps B-exponent of 2.0. Sandridge appears to have kept this type curve internally and used it as the basis for its challenges to interim EUR estimates by NSAI. **Exh. 39** shows their internal type curve,[41] updated after 141 wells were completed by early 2011. As seen in the attachment, Sandridge averaged the oil production grouped by production time, even as the well count dropped from 141 wells down to 1 well over the 4-year timeframe. This is a classic example of survivor bias at early timeframes. Their high Arps B-exponent with high EURs is driven by 2-4 good wells remaining after 2-1/2 years of production time, both in their original curve and their updated curve. Industry practice is to analyze each well individually and use the decline behaviors and distributions to create a type curve.

Publicly Sandridge presented NSAI's Proved Undeveloped (PUD) well values as the type well. Sandridge referenced the public type wells as using a "conservative b Factor" of 1.5.[42] Sandridge stated in March 2011 that a large group of vertical Mississippian wells (">1200 wells") in Oklahoma had an average EUR of ~40 kbbls of oil with an average Arps B-exponent of 2.5.[43] In that same presentation, Sandridge presented two horizontal well profiles, one "currently predicted

---

40 SD-SECURITIES-0213063, Email from David Miller to Lindsey Austin, Subject: **Mississippian Formation** (Nov. 9, 2010).

41 SD-SECURITIES-0716449, Internal Sandridge Graph, Normalized Daily Production – Gross Oil.

42 SD-SECURITIES-0330985, Sandridge Presentation, Barclays CEO Conference, slide 18 (Sept. 7, 2011).

43 SD-SECURITIES-0000654, Sandridge 2011 Investor / Analyst Meeting Presentation, New York, NY (Mar. 1, 2011).

using 1.5 B Factor" with an oil EUR of ~211 kbbls and a second "Horizontal performance with vertical 2.5 B Factor" resulting in an oil EUR of 300 kbbls. In the various public presentations I reviewed, the concept of the NSAI type well EUR values being conservative was a constant theme.

Sandridge did evaluate internally the impact of using an Arps' B-exponent of 1.5 versus their 2.0 during October 2011.[44] In their work, Sandridge showed that using the lower B-exponent reduced the average EUR from 205 kbbls of oil to 168 kbbls of oil. It should be noted that the average values included 33 wells in the high EUR area of Woods County that Sandridge had no ownership in. The data shown in the table below reflects the value in Sandridge's document.[45]

| Oct 2011 - Sandridge | B-exponent = 1.5 | B-exponent = 1.5 | B-exponent = 2.0 | B-exponent = 2.0 | Well Count |
|---|---|---|---|---|---|
| Average | Oil EUR (kbbls) | Hydrocarbon EUR (kBOEs) | Oil EUR (kbbls) | Hydrocarbon EUR (kBOEs) | |
| Sandridge Owned Wells | 159 | 378 | 197 | 477 | 137 |
| Select Non-Interest Wells | 204 | 383 | 236 | 443 | 33 |
| Combined Average | 168 | 379 | 205 | 470 | 170 |

This evaluation appears to have stopped at that time. The practice of adding other select wells with higher EURs to increase the average type well EURs appears to have started at this time and remained throughout the Class Period[46] and will be discussed in Section VII.D.3.

### 2. Quality of Sandridge's Internal Decline Curve Analyses

I evaluated Sandridge's mid-2012 decline curve analyses using plots generated by Sandridge from their ARIES database 0712.[47] Sandridge did not perform individual decline curve analysis on their Mississippian horizontal wells but instead applied their average well type curve to some of the

---

44 SD-SECURITIES-0455826, Email from Lindsey Austin to Lance Galvin, Subject: **Avg EUR w/ 2.0b 170 Proforma Wells** (Oct. 3, 2011).

45 *Id.*

46 SD-SECURITIES-0032430, Email from Lindsey Austin to Lance Galvin, Subject: **MY 2012 Non Op vs Op.pptx** (July 20, 2012).

47 SD-SECURITIES-0032823, Plots.

later production data, sometimes approximating the rate-time trend and the majority of the times, tying the type curve to some production data points. **Exh. 40** shows an example of Sandridge's approach, ignoring the oil decline trend (green dots) and simply tying the type curve (green line) to the latter production points, which dramatically overpredicts the EUR. Sandridge's approach to this well is significantly deficient to industry practices. **Exh. 41** is my analysis of the same well, applying decline curve analysis to the well data, showing a harmonic decline with "straight line behavior" after the transient period.

For the entire Aries database 0712 wells, I applied a relative grade system to each well (**Exh. 42**), categorizing the wells in three groups: approximates rate and decline, deficient to industry practices[48] and significantly deficient to industry practices with the result shown on **Exh. 43**. Sixty-one percent (61%) of the wells' decline curves, and therefore predicted EURs, were deficient or significantly deficient to industry practices. This gross inaccuracy is counter to industry practices for decline curve analysis[49] and resulted in a significant over-estimate of EURs.

### 3. Vertical Well Arps B-Exponent Issue

Sandridge presented in 2011 that vertical Mississippian wells have an Arps B-exponent of 2.5[50] and used this with NSAI as supporting information for high Arps B-exponents for the

48 **Guidelines for Application of the Petroleum Resources Management System**, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011).

49 **Guidelines for Application of the Petroleum Resources Management System**, sponsored by Society of Petroleum Engineers (SPE), American Association of Petroleum Geologists (AAPG), World Petroleum Council (WPC), Society of Petroleum Evaluation Engineers (SPEE), Society of Exploration Geophysicists (SEG) (Nov. 2011).

50 SD-SECURITIES-0000654, Sandridge 2011 Investor / Analyst Meeting Presentation, New York, NY (Mar. 1, 2011).

horizontal wells. Prior to Sandridge's March 2011 public presentation, in December 2010, NSAI shared with Sandridge that NSAI's work resulted in vertical wells' Arps B-exponent of 1.8 to 2.0[51] and then revised that down to 1.5[52] in November 2011. These higher Arps B-exponents were the basis for NSAI's horizontal wells Arps B-exponent of 1.5 and were a reference for why Sandridge pushed for the horizontal wells Arps B-exponent should be at least 1.5 and even 2.0.

Sandridge's vertical well type curve is shown on **Exh. 44**. Sandridge's analysis suffers from the survivor bias discussed earlier, with a large percentage of wells having short production periods and a small percentage of high EUR wells dominating the latter part of the curve as seen by the decreasing density of wells across the 17 years shown on the plot. Their approach resulted in the Arps B-exponent of 2.5.

NSAI took a similar approach, using a type well to match the total Mississippian production collectively from a large number of wells, averaged by the continuously decreasing well count. In NSAI's analysis, the well count changes by ~1.5 orders of magnitude, with only the best wells again dominating the latter period again resulting in survivor bias. An example of NSAI's 2011 vertical well evaluation is shown on **Exh. 45**. NSAI believed the vertical wells Arps B-exponent was between 1.8 and 2.0 in 2010 and revised that value down to 1.5 in 2011.

Such high Arps B-exponents for conventional wells do not agree with the industry view on conventional Arps decline methods, as discussed in the earlier Decline Curve Analysis Theory section, where the Arp B-exponent has a maximum value of 1.0 during boundary dominated flow.

---

51 SD-SECURITIES-0213704, Email from David Miller to Lindsey Austin and Rodney Johnson, Subject: **Cedardale Mississippian Horizontals - Fourth Pass** (Dec. 15, 2010).

52 SD-SECURITIES-0226986, Email from David Miller to Rodney Johnson, Lance Galvin, Lindsey Austin, Subject: **MS Vertical Well Type Curves 11.02.2011** (Nov. 2, 2011).

I have previously evaluated hundreds of vertical wells in conventional carbonate (Mississippian and Lansing-Kansas City) formations in the Mid-Continent region with almost all the wells having a harmonic decline profile with an Arps B-exponent of about 1. Two vertical well examples in the Core Area are shown on **Exh. 46**. Both examples are two well leases with over 35 years of production. The graphs to the right side on the harmonic plots, both showing the "straight-line behavior" for Arps B-exponents of 1.

For both Sandridge and NSAI, analyzing the amalgamation of over 1,000 wells, instead of individual well decline curve analysis, resulted in survivor bias and over-estimated Arps B-exponents. These higher Arps B-exponents were part of the justification for the NSAI Arps B-exponent of 1.5 and Sandridge's internal Arps B-exponent of 2.0 which was used for their internal producing EURs and type curves. Evaluation of individual wells and leases demonstrate the appropriate Arps B-exponent is 1, following a classic harmonic decline profile.

### C. NSAI Analyses

NSAI conducted independent reserve analyses for Sandridge during the Year End 2010 through Year End 2012 timeframe for both Sandridge's Oklahoma Mississippian Lime horizontal well assets and its Permian Basin assets. NSAI maintained the same engineer, David Miller, as the ongoing point contact with Sandridge's reservoir engineering team and as the lead engineer on NSAI's reserve reports for Sandridge. The nomenclature used in their discussions followed industry Reserve Reporting guidelines.[53] Existing wells with production are called Proven Developed

[53] **Society of Petroleum Engineers: Proved Reserves Definitions**: "Proved reserves are those quantities of petroleum which … can be estimated with reasonable certainty to be commercially recoverable … If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate." Source: https://www.spe.org/industry/terms-used-petroleum-reserves-resource-definitions.php.

Producing (PDP) wells and future undrilled wells with a high confidence of recoverable reserves are called Proven Undeveloped (PUD) wells.

NSAI approached Sandridge's Mississippian Lime horizontal well analysis utilizing a similar Arps oil decline approach for unconventional shale plays with ultra-low permeabilities. That entailed utilizing an Arps B-exponent across both the transient and boundary dominated flow periods for oil. In an attempt to minimize excessive EUR predictions when using Arps B-exponents greater than 1, NSAI applied a two-step approach, with the majority of the production profile utilized an Arps B-exponent of 1.5 and the end of production profile switched to an exponential Arps B-exponent of 0 when each individual well reached an annual decline rate of 5%.[54] An example of this method is shown on **Exh. 47**.

For gas EURs, NSAI utilized one method for PDP wells and a flat GOR method for future (PUD) wells for the Year End 2010 reserve report.[55] By the Year End 2011 reserve report, NSAI shifted to an areal GOR model.[56] For oil, NSAI kept an Arps B-exponent of 1.5 with one area in the southeast of the Core Area at B = 2.0.[57]

At the onset of NSAI's effort to develop an approach to evaluating these horizontal Mississippian wells in late 2010, NSAI and Sandridge debated on the Arps B-exponents. NSAI

[54] SD-SECURITIES-0213704, Email from David Miller to Lindsey Austin and Rodney Johnson, Subject: **Cedardale Mississippian Horizontals - Fourth Pass** (Dec. 15, 2010).

[55] For PDP wells, a well's GOR would start at the observed GOR and increase in a linear fashion over a 10-year period until reaching a GOR of twice the initially observed GOR and then holding at a plateau GOR thereafter. For PUD wells, NSAI used a flat GOR of 5600 scf/bbl of oil during a well's predicted life.

[56] The areal GOR model, still linear, had GOR increases between 2 and 6 years and plateau GOR of 8000 – 9000 scf/bbl of oil with the small high GOR area having a plateau of 150,000 scf/bbl of oil.

[57] SD-SECURITIES-0226986, Email from David Miller to Rodney Johnson, Lance Galvin, Lindsey Austin, Subject: **MS Vertical Well Type Curves 11.02.2011** (Nov. 2, 2011).

stated "I have used the same type curve parameters as before for the horizontals: N=1.5 (this is based on the observed 1.8 to 2.0 in mature vertical wells and lower values of 1.0 to 1.5 in horizontal wells)"[58, 59] (emphasis added). For individual well decline curve analysis, NSAI calculated lower Arps B-exponents but with the challenges from Sandridge and using the erroneous vertical well Arps B value, NSAI agreed to an Arps B-exponent of 1.5, still lower than Sandridge's horizontal wells Arps B-exponent of 2.0 and their vertical well value of 2.5. An example of NSAI applying the same Arps B-exponent without matching the shape of the decline trend is shown on **Exh. 48**. For comparison, **Exh. 49** shows the same well with my decline curve analysis with "straight line behavior" seen in the upper right-hand plot.

In 2011, Sandridge stated that they had excluded wells as non-representative due to either remoteness or being drilled and completed in the wrong zone.[60] The exclusions in Year End 2011 were 52 wells out of the 182 Sandridge PDP wells at that time,[61] thereby excluding 29% of Sandridge's producing wells from the PUD EUR calculations. I did not see any documents showing challenges by NSAI to Sandridge's exclusions.

**D. Exclusions and Additions**

The issue of exclusions and additionally, the selective addition of high EUR wells located in Woods County, were a dominant mechanism for Sandridge to drive NSAI to higher PUD EURs than

---

[58] SD-SECURITIES-0213704, Email from David Miller to Lindsey Austin and Rodney Johnson, Subject: **Cedardale Mississippian Horizontals - Fourth Pass** (Dec. 15, 2010).

[59] Note: NSAI's "N" value is their program's Arps' B-exponent.

[60] SD-SECURITIES-0456288, Excel Spreadsheet (Oct. 20, 2011).

[61] SD-SECURITIES-0228054, Email from David Miller to Rodney Johnson, Lindsey Austin and Lance Galvin, Subject: PDP Average EUR – reference set of 145 wells (Nov. 11, 2011).

NSAI's own PDP values. The difference was most dramatic in NSAI's Year End 2011 reserve report, as shown on **Exh. 50** and the table below calculated from NSAI's reserve reports.

**NSAI Year End Reserve Report - Average Values**

| Reserve Category | Type | Units | Dec 2010 | Dec 2011 |
|---|---|---|---|---|
| Proven Developed Producing (PDP) | Oil | kbbls | 209 | 166 |
| Proven Undeveloped (PUD) | Oil | kbbls | 212 | 204 |
| | | | | |
| Proven Developed Producing (PDP) | Total Hydrocarbon | kBOEs | 469 | 371 |
| Proven Undeveloped (PUD) | Total Hydrocarbon | kBOEs | 409 | 450 |

### 1. Wrong Zone Exclusion

Six (6) wells were excluded as Sandridge stated they were in the wrong zone.[62] I evaluated these zones using well records from Oklahoma regulators and other data. All six wells were drilled and completed in the Mississippian formation, per State records and Sandridge's internal data. **Exh. 51** is a graph of all of Sandridge's wells through Fall 2011, showing the depth of each well below the top of the Mississippian. The large red dots are excluded wells. Two wells are in the majority of Sandridge's completion target.

The massive hydraulic fracturing was intentionally used to vertically connect the various zones within the Mississippian formation. When considering the vertical growth and connectivity from the hydraulic fractures, also supported by Sandridge's original theory for using unconventional well completions on conventional geology, exclusion of any Mississippian well for being out of zone is eliminated. The brittle Mississippian formation fractures relatively easy and should grow to the bounding shales above and below the Mississippian, connecting all the zones vertically. An example from another operator in the Mississippian Lime is shown on **Exh. 52**. The graphs show the location of micro-seismic events (the dots) during the hydraulic fracturing. As seen, the micro-seismic events

62 SD-SECURITIES-0456288, Excel Spreadsheet (Oct. 20, 2011).

grew upward to the bounding Cherokee shale above and grew downward to the underlying Woodford shale and were mostly contained between these ductile shales, demonstrating that the hydraulic fractures connected the entirety of the vertical thickness around the horizontal well. Therefore, I do not support any exclusion of these six wells for being in the wrong zone as they are all in the Mississippian and the massive hydraulic fracturing should contact all the Mississippian vertically: oil zones, gas zones and significantly water zones.

**2. Remote Well Exclusion**

Forty-six (46) wells were excluded as being remote from Sandridge's stated development to NSAI for the Year End 2011 reserve report. A map showing the location of all the Sandridge wells completed through mid-2012 along with the excluded wells (red circles) is shown on **Exh. 53**. Many of the remote exclusions are located in the heart of Sandridge's development and definitely not remote. There are two groups of tightly clustered exclusions in Grant County Oklahoma, showing poor quality geology, albeit without any apriori method of predicting where such poor geology exists. At the other end of the EUR distribution, remote wells with decent EURs located even further away were retained in the type well (PUD) calculations. The process of remote well exclusion appears to have been cherry-picking to discard low EUR wells thus artificially raising the average EUR for PUD locations and type well values. The practice of selective low EUR well exclusion continued and by the NSAI Year End 2011 Reserve Report, the excluded well count was 52 wells with an average oil EUR of 42 thousand barrels per NSAI. This removal of low EUR wells raised NSAI's average oil EUR of the remaining Sandridge wells to 196 thousand barrels (additionally, selectively high EUR wells with no Sandridge ownership were added to increase the oil EUR to the previous year's type curve value).

I disagree with excluding these wells from type curve (PUD) calculations because half of the excluded wells are nestled within other included Mississippian wells; hardly remote. The second and more important reason is the random heterogeneity and distribution of the Mississippian reservoirs. Neither Sandridge or other operators could predict good geology from poor geology without drilling and completing a well in a location. Only after drilling several poor wells in a small area can one condemn that immediate area. This random heterogeneity issue for vertical wells is the same problem for the horizontal wells. Northern Grant County, with a high density of horizontal wells, show the full distribution range of EURs, confirming this random distribution issue. The random distribution is reflected by the inability to apriori determine or predict the geologic quality.

#### a. Lack of Exclusion / Acreage Condemnation Publicly

During this time when Sandridge was negotiating with NSAI over the exclusion of wells for PUD and type curve values, Sandridge suggested to NSAI that they had condemned acreage[63] and planned to not drill in certain areas.

Before, during and after the Class Period, Sandridge never publicly condemned acreage. As seen on **Exh. 54** from a Sandridge presentation on September 5, 2012, Sandridge publicly presented all of its Mississippian Lime acreage as potentially viable drilling locations.[64] Lack of exclusion in Sandridge's public plans is counter to Sandridge's position of exclusion with NSAI. Even ignoring the technical reasons discussed in the Remote Well Exclusion section, as the public presentations

[63] In the oil industry, the phrase "condemning acreage" means that after exploration and drilling, the operator determined that particular area to possess poor quality geology and not be a target for future drilling and therefore, condemned.

[64] As the net acres increased by leasing from 900,000 net acres in 2010 to 1.75 million net acres in September of 2012, the potential locations increased as a multiple "based on 3 wells per section" for all the net Sandridge acreage in every presentation that Crane reviewed.

continued to include all of Sandridge's acreage in future development indicates all PDP wells should be included for public type wells values on the future acreage.

### 3. Additions

Sandridge convinced NSAI to add in fifteen (15) certain select wells in the significantly high EUR areas of Woods County and one well in northern Alfalfa County. These 15 third party wells had an average oil EUR of 283 thousand barrels.[65] Between the exclusion of 52 Sandridge wells and the addition of these 15 third party wells,[66] the resulting average oil EUR by NSAI was 203.7 thousand barrels, essentially the value arrived at for the previous year. These added high EUR wells are near other non-included offsetting wells (**Exh. 53)**. During NSAI's Year End 2011, an additional six (6) third party wells were proposed to be included with the additions, however they were dropped from consideration at the end.[67] This manipulation of exclusions and additions resulted in NSAI's Year End 2011 future well (PUD) value of 204 kbbls dropping slightly compared to the previous year while NSAI's PDP values dropped from 209 kbbls of oil down to 166 kbbls as shown previously in **Exh. 50**.

## VIII. TPH AND PES EUR ANALYSIS (THIRD PARTY ANALYSIS)

Sandridge negotiated a joint venture with Atinum Partners Co. during mid-2011. As part of the negotiations, both TPH, on behalf of Sandridge, and PES on behalf of Atinum evaluated EURs and type curves on the Sandridge acreage and met to reconcile PES' EUR values.

---

[65] SD-SECURITIES-0228258, Excel Spreadsheet.

[66] SD-SECURITIES-0228258, Excel Spreadsheet.

[67] SD-SECURITIES-0228054, Email from David Miller to Rodney Johnson, Lindsey Austin and Lance Galvin, Subject: **PDP Average EUR – reference set of 145 wells** (Nov. 11, 2011).

Internally between Sandridge and TPH, TPH sent a short presentation called "Type Curve Discussion June 21, 2011"[68] and met with Sandridge the following day.[69] The first 5 graphs and table (**Exh. 55**) compared TPH's EUR analysis by averaging the production data across all 88 wells in Woods, Alfalfa and Grant Counties Oklahoma to create a type curve versus averaging wells grouped by county to create county level type curves. The results shown in **Exh. 55** demonstrated the single type curve technique used by Sandridge created survivor bias, with over-estimated EURs and Arps B-exponents. TPH calculated that the Arps B-exponent dropped from 1.5 for the total well averaging technique down to a range of 1.0 to 1.3 for the county level averaging technique. Likewise, TPH's average oil EUR dropped from 235 kbbls using the single type curve to a well-count weighted average of 141 kbbls using county-level type curves. TPH's table shows Woods County had a significantly higher average oil EUR relative to Alfalfa and Grant Counties.

TPH met with PES and discussed how PES was calculating EURs and type curves. TPH did not share any of TPH's EUR results but negotiated on type curve analysis and reported back to Sandridge on the interaction.[70] In the end, PES[71] and TPH had similar EUR results by county, shown below. Both Alfalfa and Grant Counties' EUR values were significantly lower than Sandridge's public type curve of 211 kbbls of oil and 409 kBOEs total hydrocarbons.

[68] SD-SECURITIES-0455568, Email Attachment, **TPH Type Curve Discussion**, Chad Michael to Rodney Johnson, Subject: **TPH type curve analysis** (June 20, 2011).

[69] SD-SECURITIES-0455567, Email from Chad Michael to Rodney Johnson, Subject: **TPH type curve analysis** (June 20, 2011).

[70] SD-SECURITIES-0432813, Email from Jeff Knupp to Tom Ward, Matt Grubb, James Bennett and Rodney Johnson, Subject: **Re: Pinnacle Hz Miss type curves** (June 24, 2011).

[71] PINN13891, Letter from John P. Dick, Pinnacle Energy Services, LLC, to Atinum Partners, Atinum Energy Holdings USA and Barclays Capital, Subject: **Re: Updated Evaluation of Mid-Continent Mississippian Formation Development SandRidge Energy, Inc.** (July 12, 2011).

June - July 2011

| County | PES* Oil EUR (kbbls) | PES* Hydrocarbon EUR (kBOE) | | TPH** Oil EUR (kbbls) | TPH** Hydrocarbon EUR (kBOE) | Wells |
|---|---|---|---|---|---|---|
| Woods | 201 | 382 | | 210 | 371 | 23 |
| Alfalfa | 112 | 277 | | 126 | 265 | 47 |
| Grant | 76 | 165 | | 90 | 173 | 18 |
| Average | 128 | 282 | | 141 | 274 | |

*PINN-0013909

**SD-Securities-0455575

## IX. HISTORY OF RESULTING EURS AND TYPE WELLS

The history of NSAI and Sandridge's EUR evaluation is necessary to put all the previous sections into perspective. The horizontal Mississippian Lime play, while initiated in 2009, did not rise to a focused EUR evaluation until the end of 2010 with the Year End 2010 reserve report. The initial debate between Sandridge and NSAI on how to evaluate the PDP wells' EURs arrived at an Arps B-exponent of 1.5, between the Sandridge value of 2.0 and NSAI's range of values between 1.0 and 1.5.[72] The resulting NSAI average PDP oil EUR for the 36 wells was 209 kbbls at an oil content[73] of 45% on a BOE basis. The NSAI PUD / future well type curve was 211 kbbls at an oil content of 52% on a BOE basis. This type curve was the basis for Sandridge presentations in most of 2011. This and the remaining Sandridge and NSAI EUR history is shown on **Exh. 56**.

In mid-2011, TPH and PES evaluated the Sandridge EURs and type curves as part of the joint venture negotiation between Sandridge and Atinum. TPH's values were shared at the highest level of Sandridge and were similar to PES' values, both lower than the public type curve.

By August 2011, Sandridge's internal database (SR0711) showed an average PDP oil EUR had dropped down to 157 kbbls with an oil content of 41% on a BOE basis, well below the public

72 SD-SECURITIES-0213704, Email from David Miller to Lindsey Austin and Rodney Johnson, Subject: **Cedardale Mississippian Horizontals - Fourth Pass** (Dec. 15, 2010).

73 Oil Content: The percentage of oil relative to the combined oil and gas production on a BOE basis.

type curve of 209 kbbls of oil and similar to the TPH values. The oil content of 41% was well below the public data of 52% as well as shown on **Exh. 57**. My mid-2011 evaluation showed that at this timeframe, a proper decline well analyses calculated an average oil EUR of only 89 kbbls with an oil content of 38%, shown on **Exh. 57 and 58**.

As Sandridge and NSAI approached the Year End 2011 reserve report, NSAI started with an average of 144 kbbls oil for the PDP wells with an oil content of 45%. During the working interaction with Sandridge, NSAI raised their PDP wells' oil EUR average to 166 kbbls with the oil content still at 45%. The bigger issue was Sandridge's selective exclusion of 52 lower EUR wells out of 145 Sandridge wells and selective addition of 15 high EUR wells[74] to get the PUD and type well to 204 kbbls of oil with an oil content of 45%. NSAI accepted both the exclusions and additions apparently at face value, resulting in the large discrepancy between the actual production from PDP wells and the future well type curve.

The areal variation in EURs that TPH identified in June 2011 was noticed by NSAI by October 2011. NSAI pointed out to Sandridge that "the Grant wells sure look different to me as the EURs for Grant area wells are about 1⁄2 that of the northern Woods/Alfalfa wells."[75] NSAI in later emails determined that the northern Woods County and northern Alfalfa County wells had significantly higher EURs than the rest of the Mississippian Lime play, similar to what I identified. In spite of identifying this high EUR area, NSAI still accepted Sandridge's selective addition of Woods County wells for future well (PUD) calculations.

---

[74] SD-SECURITIES-0228258, Excel Spreadsheet.

[75] SD-SECURITIES-0456113, Email from David Miller to Rodney Johnson, Subject: **PDPs - First Pass 10.19.2011** (Oct. 19, 2011).

After the NSAI Year End 2011 reserve report, Sandridge updated their internal database in the spring 2012 (SR0412), resulting in values consistent with NSAI's Year End 2011 report. These values decreased down through mid-June 2012 where the average oil PDP EURs were 123 kbbls with an average oil content of 45% on a BOE basis. At the end of June 2012, there was an abrupt change in the PDP EURs, resulting in an average oil PDP EUR value of 194 kbbls with an oil content of 45%, becoming the new Sandridge database (SR0712).

My mid-2012 EUR evaluation shows that at this timeframe, a proper decline well analyses calculated an average PDP oil EUR of only 82 kbbls with an oil content of 37%. More importantly, my evaluation shows that gas EURs were underestimated in early production periods and that longer production times resulted in oil percentages of 31% for the older wells.

By October 2012, the Sandridge database (SR1012) had drifted down to an average oil PDP EUR of 148 kbbls with an oil content of 41% on a BOE basis. Sandridge gave guidance that the average oil EUR was going to be 155 kbbls in the November timeframe.[76]

Sandridge and NSAI prepared for the Year End 2012 reserve report. Sandridge compared the difference between Sandridge and NSAI values in a December 12, 2012 dataset.[77] Sandridge had maintained the average oil PDP EUR of 148 kbbls while NSAI was at 78 kbbls of oil. A cross-plot of Sandridge's individual well oil EURs versus NSAI's is shown on **Exh. 59** with six very high oil EURs estimated by Sandridge pulling up their average. After the working interaction between Sandridge and NSAI, the NSAI Year End reserve report, issued on March 4, 2013, had an average

---

76 SD-SECURITIES-0186415, SD-Q3 2012, SandRidge Energy Earnings Conference Call (Nov. 9, 2012).

77 SD-SECURITIES-0733212, Sandridge Internal Spreadsheet (Dec. 12, 2012).

oil PDP value of 104 kbbls with an oil content of 32%. The NSAI average oil PUD value was 100 kbbls with an oil content of 32%.

Sandridge announced the following day on March 5, 2013 that they were reducing their Mississippian type well down to an oil EUR of 107 thousand barrels with an oil content of 32% on the same comparative BOE basis.

In regard to this report, there is a post-mortem on the historical developed well (PDP) EURs. In an internal Sandridge email on October 9, 2013, Sandridge showed the results for the historical PDP wells by development timeframe for an internal Sandridge EUR analysis and an independent EUR analysis from a new reserve auditor, Cawley Gillespie and Associates, Inc. (CGA).[78] The results shown on **Exh. 60** are split by Sandridge and Sandridge trusts ownerships and subdivided by development timeframe. Both the Sandridge analysis and CGA results compare relatively well to each other and are much lower than Sandridge's PDP values during the Class Period.

The table below shows the Sandridge results by timeframe without the split between Sandridge and the trusts[79] and compared these results to my mid-2012 EUR evaluation.

| EUR Analysis Completion Timeframe | Sandridge 10/13 Oil EUR (kbbls) | Crane Energy* mid-12 Oil EUR (kbbls) | Sandridge 10/13 HC EUR (kBOEs) | Crane Energy* mid-12 HC EUR (kBOEs) | Sandridge 10/13 Oil% (%HC) | Crane Energy* mid-12 Oil% (%HC) |
|---|---|---|---|---|---|---|
| Pre-2011 | 96 0 | 127.3 | 287.3 | 386 | 33% | 33% |
| 2011 | 69 0 | 52.4 | 239.8 | 155 | 31% | 34% |
| 2012 | 82 8 | 55 5 | 253.2 | 154 | 32% | 36% |
| Avg Through 2012 | 80 5 | 63 5 | 253.2 | 186 | 32% | 34% |

78 SD-SECURITIES-0532825, Internal Email from Danh Nguyen to Lance Galvin, Subject: **RE: removal of trusts** (Oct. 9, 2013).

79 *Id.*

I have demonstrated in this report that using best industry practices and methodologies with the data available at that time, prudent engineers would have predicted accurate and significantly lower producing well EURs and type curve EURs than Sandridge's public values during the Class Period.

DATED: March 1, 2019

Respectfully submitted,

STEVEN D. CRANE

# CRANE
# EXHIBITS 1-60

# Exhibit 1
# Mississippian Lime Play Location




Source: Evolving Light Liquids Markets; Muse, Stancil & Co. and Crane Energy LLC; April 2013

CRANE ENERGY LLC

Exhibit 2

VITRUVIAN
EXPLORATION

# Top Mississippian Structure Map






Source: Vitruvian Exploration; Hart Duo Conference, March 24, 2011, Denver, CO

CRANE ENERGY LLC

# Exhibit 3

VITRUVIAN
EXPLORATION

## Mississippian Isopach Map






Source: Vitruvian Exploration; Hart Duo Conference, March 24, 2011, Denver, CO

CRANE ENERGY LLC

# Exhibit 4

VITRUVIAN EXPLORATION

## Schematic Cross Sections




Source: Vitruvian Exploration; Hart Duo Conference, March 24, 2011, Denver, CO

CRANE ENERGY LLC

CRANE ENERGY LLC

# Exhibit 5

## TYPE LOG OF MISSISSIPPIAN FORMATION




Source: The Unconventional Mississippian Play Early Producing and Completion Statistics (& Observations); J.P. Dick; Mississippian and Arbuckle Workshop - Oklahoma Geological Survey; October 31, 2012

# Exhibit 6
# Sandridge Theory: Develop Conventional Reservoir Via Unconventional Horizontal Fracturing

## Technical Theory for Horizontal Drilling in Mississippian

### Wide Distribution of Vertical Mississippian

- Heterogeneity of carbonate reservoirs → major factor in distribution range
- Horizontal wells will tighten distribution in a carbonate reservoir and move upward based on connectivity of high perm streaks
- Economics enhanced through capital reduction of overall frac stage average costs with horizontal drilling
  - Multiple of vertical well performance based on increased frac stages




SandRidge



Source: Sandridge 2011 Investor / Analyst Meeting; Mar 1, 2011

CRANE ENERGY LLC

# Exhibit 7







CRANE ENERGY LLC

# Exhibit 8




Example: Production Variation




CRANE ENERGY LLC

# Exhibit 9
# Free Gas Production: Prior Reservoir Depletion




- Median **<u>Initial</u>** Gas/Oil Ratio (GOR) Is Over 4000 scf/bbl
- Maximum Potential For Solution Gas Dissolved In Reservoir Oil: ~800 scf/bbl
- **Demonstrates Free Gas Production** At Onset Of Horizontal Well Production For Majority Of Wells
- Indicates Either Prior Depletion From Historical Vertical Wells and/or Multi-zone Production From Oil Bearing Zones AND Gas Bearing Zones
- Given Historical Vertical Well Production, **Propose Majority Is Due To Prior Depletion**

# Exhibit 10
# Arp's Decline Equation

**TABLE 1.1—SUMMARY OF ARPS AND DIMENSIONLESS EQUATIONS**

| | Decline Rate | Producing Rate, $q$ | Elapsed Time, $t$ | Cumulative Production, $Q_p$ |
|---|---|---|---|---|
| Exponential $b=0$ | $\frac{\ln\left(\frac{q_i}{q_2}\right)}{t}$ | $q_i \exp(-Dt)$ | $\frac{\ln\left(\frac{q_i}{q_2}\right)}{D}$ | $\frac{q_i - q_2}{D}$ |
| Hyperbolic $0<b<1$ | $\frac{D_i}{D_2}=\left(\frac{q_i}{q_2}\right)^b$ | $\frac{q_i}{(1+bD_i t)^{\frac{1}{b}}}$ | $\frac{\left(\frac{q_i}{q_2}\right)^b-1}{bD_i}$ | $\frac{q_i}{D_i(1-b)}\left[1-\left(\frac{q_2}{q_i}\right)^{1-b}\right]$ |
| Harmonic $b=1$ | $\frac{D_i}{D_2}=\frac{q_i}{q_2}$ | $\frac{q_i}{1+D_i t}$ | $\frac{q_i-q_2}{D_i q_2}$ | $\frac{q_i}{D_i}\ln\left(\frac{q_i}{q_2}\right)$ |
| Dimensionless | | $q_{Dd}=\frac{q_2}{q_i}$ | $t_{Dd}=D_i t$ | $Q_{pDd}=\frac{Q_p}{q_i / D_i}$ |

Notice:

- The $q_i$ and decline rate $D$ terms define the properties of the exponential curve.
- The $q_i$ and initial decline rate $D_i$ identify the initial points of the harmonic curve.
- The $b$, $q_i$, and $D_i$ must be determined to find the shape and initial point of the hyperbolic curve.

Source: **Analysis of Production Decline Curves**; Authors: Steven Poston & Bobby Poe, Jr., SPE Oct. 2008
Original Material Source: ***Analysis of Decline Curves***; J.J. Arps, SPE 945228-G, Dec. 1945

Crane Energy LLC Addition:
As b approaches either 0 or 1, the hyperbolic equation collapses into the exponential form or the harmonic form

CRANE ENERGY LLC

# Exhibit 11
# Arps Decline Curve Graphs




Fig. 1.2—Exponential and harmonic decline curves bound the range of the hyperbolic decline curve. Note: All lines are curves on the rectangular rate-time plot.




Fig. 1.5—The straightline properties of the harmonic curve plotted on a logarithmic rate-coordinate cumulative production scale. The exponential and hyperbolic declines remain curved for the same coordinate system.




Fig. 1.4—The straightline properties of the exponential curve when plotted on a logarithmic rate-coordinate time scale. The hyperbolic and harmonic declines remain curved.




Fig. 1.3—The exponential curve forms a straight line when plotted on a rate-cumulative production plot. The hyperbolic and harmonic declines remain curved.

Source: Analysis of Production Decline Curves; Authors: Steven Poston & Bobby Poe, Jr., SPE Oct. 2008
Original Material Source: *Analysis of Decline Curves*; J.J. Arps, SPE 945228-G , Dec. 1945

CRANE ENERGY LLC

# Exhibit 12
# Fetkovich Type Curve
# Transient Flow Into Arp's Decline




Fig. 3.4—The Fetkovich type curve for transient conditions. All stems merge to the exponential line. Matching should not be attempted when $t_{Dd} > 10^{-1}$ because the stems are essentially the same shape. Adapted from Fetkovich (1980).




Fig. 3.5—The Fetkovich modification to the Arps curves for $0 \le b \le 1$ range. It is difficult to curve match with any degree of certainty for $t_D < 2$ values. Adapted from Fetkovich (1980).

Source: Analysis of Production Decline Curves; Authors: Steven Poston & Bobby Poe, Jr., SPE Oct. 2008
Original Material Source: *Decline Curve Analysis Using Type Curves*; M.J. Fektovich, SPE-4629-PA, June 1980

- Graph: Log Production Rate Versus Log Production Time
- In early production time, a well's production is in a transient state
- At later times, called boundary dominated flow, a well's production is in a pseudo-steady state, following an Arp's decline profile
- Fetkovich merged production transient analysis with Arp's decline curve analysis to help identify and analysis the two stages of production
- For conventional geology, the transient period is usually very short, on the order of days or weeks

# Exhibit 13
# Mississippi Lime Group Well Plot:
# Fektovich Type Curve Graph




CRANE ENERGY LLC

# Exhibit 14
# Mississippi Lime Group Well Plot: Harmonic Decline Curve




- Harmonic plot
  - If Arp's B = 1, individual well decline is a straight line
  - If Arp's B < 1, individual well decline is concave downwards
  - If Arps B > 1, individual well decline is concave upwards
  - Individual well decline analysis on wells so far indicates oil declines are mostly harmonic (B~1), typical for conventional limestone wells and historically the upper limit for oil decline curves pre-unconventional shale development.

CRANE ENERGY LLC

# Exhibit 15:
# Well: Victor 2-19H Oil Decline Graphs










| Well Name | Operator | State | County | Oil EUR @ 2 bopd (bbls of oil) | Gas EUR @ 2 bopd (mscf) | Cum Water @ 2 bopd (bw) | | IP Date | Initial GOR (scf/bo) | Initial Water Cut | MidYear |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VICTOR 2-19H | Sandridge | OK | ALFALFA | 85,453 | 513,988 | 2,201,170 | | 02/23/11 | 4027 | 93.9% | 2011 |
| VICTOR 2-19H | Sandridge | OK | ALFALFA | 80,693 | 488,145 | 2,029,480 | | 02/23/11 | 4027 | 93.9% | 2012 |

CRANE ENERGY LLC

# Exhibit 16:

# Well: Victor 2-19H Gas Decline Graphs













| Well Name | Operator | State | County | Oil EUR @ 2 bopd (bbls of oil) | Gas EUR @ 2 bopd (mscf) | Cum Water @ 2 bopd (bw) | | IP Date | Initial GOR (scf/bo) | Initial Water Cut | MidYear |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VICTOR 2-19H | Sandridge | OK | ALFALFA | 85,453 | 513,988 | 2,201,170 | | 02/23/11 | 4027 | 93.9% | 2011 |
| VICTOR 2-19H | Sandridge | OK | ALFALFA | 80,693 | 488,145 | 2,029,480 | | 02/23/11 | 4027 | 93.9% | 2012 |

CRANE ENERGY LLC