# EXHIBIT 83

STIFEL NICOLAUS

November 9, 2012

# SandRidge Energy, Inc.
## SD – NYSE
## Buy
Oil & Gas Exploration & Production

*Company Update*

## Reducing Target Price; 2013 Guidance Is Negative; Potential Permian Sale Is a Positive

**Investment summary**. We are reducing our target price from $10 to $8.50 on disappointing initial 2013 guidance that was released yesterday along with better than expected 3Q earnings and plans from the company that it is looking to sell its Permian assets. Bottom line, the guidance is a negative and the Permian asset sale would be a positive. The key issue with the guidance is that oil volumes essentially remain flat from 3Q12 levels, resulting in 10% y/y growth, while gas volumes increase 27% y/y, resulting in full-year growth of 18%. This lower-than-expected growth and the higher gas mix results in our 2013 CFPS estimate reducing meaningfully from $1.72 to $1.39, and we expect consensus numbers, which are sitting at $1.83, to come down as well. Using a 6.5x 2013 EBITDA multiple and 50% of our risked NAV (below the group average of 69% to reflect the balance sheet risk), we arrive at our lowered target price of $8.50. On the positive front, the company is considering selling its Permian assets, which could help reduce leverage metrics, and reduce P/NAV discount, but will not necessarily be accretive on an EBITDA basis. Bottom line, the introduction of 2013 guidance is a negative and will have the largest impact on the stock tomorrow, in our opinion, while the positive news from the potential sale of the Permian could help close the NAV discount over time as visibility on the timing/amount of proceeds firm up. Additionally, Miss Lime operating well results were incrementally positive and 3Q CFPS was better than expected.

**Potential Permian sale could help the balance sheet**. The Permian assets account for about 24.5 mboe/d and or roughly a quarter of total production. Assuming a $2-$2.5 billion asset sale value, this would reduce production by about 24.5 mboe/d, EBITDA by about $400 million, and net debt by $2-$2.5 billion (no meaningful capex spend on Permian for 2013). This would lower the debt+pref/2013E EBITDA from 3.4x to 2.3x-2.8x, which should help the P/NAV discount close as a sale firms up.

**2012 guidance revisions indicates higher gas growth**. SD revised its 2012 full-year guidance, including the increase of total production from 33.0 mmboe to 33.3 mmboe. Unfortunately, the increase is driven all by higher gas volumes as oil production was revised downward, with 4Q oil volumes expected to show a sequentially decline. Other notable changes include lower lifting costs and a slightly higher capex budget coming in at $2.15 billion.

**Conference call:** Today at 9:00AM ET.

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Buy |
| Target Price | $10.00 | $8.50 |
| FY12E EPS (Net) | $0.14 | $0.15 |
| FY13E EPS (Net) | $(0.12) | $(0.23) |

| | |
|---|---|
| Price (11/08/12): | $6.10 |
| 52-Week Range: | $9 – $6 |
| Market Cap.(mm): | 3,556.3 |
| Shr.O/S-Diluted (mm): | 583.0 |
| Avg Daily Vol (3 Mo): | 10,617,115 |
| NAV ($): | $18.00 |
| Dividend($ / %) | $0.00 / 0.0% |
| S&P Index | 1,377.51 |

| CFPS | 2011A | 2012E | 2013E |
|---|---|---|---|
| Q1 | $0.20 | $0.31A | $0.35 |
| Q2 | 0.27 | 0.40A | 0.35 |
| Q3 | 0.26 | 0.50A | 0.35 |
| Q4 | 0.31 | 0.34 | 0.34 |
| FY Dec | $1.03A | $1.54 | $1.39 |
| P/CFPS | 5.9x | 4.0x | 4.4x |

| EPS (Net) | 2011A | 2012E | 2013E |
|---|---|---|---|
| Q1 | $(0.02) | $0.04A | $(0.05) |
| Q2 | 0.00 | 0.07A | (0.05) |
| Q3 | 0.01 | 0.05A | (0.06) |
| Q4 | 0.02 | (0.01) | (0.07) |
| FY Dec | 0.00 | $0.15 | $(0.23) |
| P/E | | 40.7x | NM |

Amir Arif arifa@stifel.com (202) 778-1975
Jack Pecoraro pecoraroj@stifel.com (202) 778-4781
Peyton Dorne dornep@stifel.com (202) 756-7765
Stifel Nicolaus Equity Trading Desk US: (800) 424-8870 Canada: (866) 752-4446

**Stifel Nicolaus does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 6 - 7 of this report.**

**Lowering estimates.** We are adjusting 2013E CFPS/EPS estimates from $1.72/$(0.12) to $1.39/$(0.23) to reflect changes to guidance, including slower than expected oil production growth.

**2013 guidance disappointing**. SD provided its initial 2013 guidance, including production expected to total 39.2 mmboe, up 18% y/y with oil volumes expected to grow 10% y/y and gas volumes growing 27%. A portion of the increase in gas growth is due to no capex being spent on the oilier Permian assets, which is reflected in the capex number coming down 19% from 2012 levels to $1.75 billion.

**Earnings recap**. SD reported a beat with 3Q12 CFPS/EPS of $0.50/$0.05, ahead of the Street consensus of $0.35/$0.00 and our estimate of $0.34/$0.02. Production for the quarter came in at 9.5 mmboe, a 15% q/q growth, and ahead of our forecast of 9.0 mmboe, but with a smaller crude oil cut (52% vs our forecast of 55%). Contributing to the CF beat was this higher than expected production, as well as operating cost controls, as per unit LOE decline by 3% q/q, and cash G&A costs fell by 36% sequentially.

**Valuation**. SD trades at 5.5x its 2013E EV/EBITDA and 34% of its risked NAV compared to the group at 5.2x and 69%.

**Miss Lime results could support higher NAVs**. Results in the Miss Lime are providing further evidence of the tremendous asset value in the play that should support higher NAVs going forward. First, SD has drilled 91 wells in eight different counties in Kansas, with over 65 wells having 30-day IP rates averaging 291 boe/d, slightly above the 275 boe/d 30-day rate from its 456 mboe typecurve. Second, 75 wells have been drilled testing decreased well spacing and indicate Miss Lime can support 4 wells per section rather than 3 wells assumed in our model. Despite the improvements, we are maintaining our risked value from the Miss Lime at $6/sh and unrisked at $18/sh, but we see substantial upside as SD continues to de-risk its NW extension and extends its 4 well per section drilling.



SD-SECURITIES-0004032

**Net Asset Value Summary**

| SandRidge Energy (SD) | Unit | $/Unit | Unrisked (3 year) ($MM) | ($/sh) | Risk (%) | Risked (1 year) $/Mcf | ($MM) | ($/sh) |
|---|---|---|---|---|---|---|---|---|
| **Proved Reserves (MMboe)** | | | | | | | | |
| Developed | 243 | $21.73 | $5,290 | $9.07 | | | | |
| Undeveloped | 253 | $7.29 | $1,846 | $3.17 | | | | |
| DOR Reserves | 62.5 | $23.33 | $1,458 | $2.50 | | | | |
| **Other Assets** | | | | | | | | |
| SDT Units | 8.216 | $18.95 | $156 | $0.27 | | | | |
| PER Units | 16.000 | $19.27 | $308 | $0.53 | | | | |
| SDR Units | 19.825 | $19.36 | $384 | $0.66 | | | | |
| Drilling carry | | | $617 | $1.06 | | | | |
| **Liabilities** | | | | | | | | |
| Working Capital | | | $314 | $0.54 | | | | |
| Long - term Debt | | | ($4,300) | ($7.38) | | | | |
| Preferred Stock | | | ($2,295) | ($3.94) | | | | |
| **Proved Net Asset Value** | | | **$3,777** | **$6.48** | | | | |
| **Unbooked Potential Natural Gas Reserves (Bcfe)** | | | | | | | | |
| Pinion | 5,528 | $0.15 | $829 | $1.42 | 0% | $0.00 | $0 | $0.00 |
| Other WTO | 4,146 | $0.12 | $498 | $0.85 | 0% | $0.00 | $0 | $0.00 |
| **Unbooked Potential Crude Oil Reserves (MMboe)** | | | | | | | | |
| Hz Mississippian | 1,779 | $5.88 | $10,455 | $17.93 | 35% | $2.06 | $3,659 | $6.28 |
| Central Basin Platform | 310 | $9.02 | $2,799 | $4.80 | 25% | $2.26 | $700 | $1.20 |
| **Total Unbooked Upside** | **11,764** | | **$14,582** | **$25.01** | **30%** | | **$4,359** | **$7.48** |
| **Total NAV (basic)** | | | | **$37** | | | | **$17** |
| **Total NAV (diluted)** | | | | **$35** | | | | **$18** |
| **Basic Shares Out (MM)** | | | | | | | | **493.0** |
| **Diluted Shares Out (MM)** | | | | | | | | **583.0** |

*Source: Stifel Nicolaus estimates*

## Target Price Methodology/Risks

Our target price of $8.50/share reflects 6.5x 2013E EV/EBITDA and 50% of our risked NAV. Risks to our target price include commodity prices that differ materially from our price forecast, affecting cash flow and reinvestment rates, infrastructure/takeaway constraints in its core Mississippian and Central Basin Platform areas, and a highly leveraged balance sheet that may hinder operational flexibility in a prolonged, depressed natural gas market.

## Company Description

SandRidge Energy, Inc. is an independent natural gas and oil company headquartered in Oklahoma City, Oklahoma concentrating on exploration, development, and production activities. The company is focused on the exploration and exploitation of its holdings in the Mississippian Lime formation in Oklahoma, the Central Basin Platform in the Permian Basin, and offshore the Gulf Coast. SandRidge Energy also operates a number of businesses that are complementary to its primary E&P activities, including three royalty trust companies. SD owns related gas gathering and treating facilities, a gas marketing business, and an oil field services business, Lariat Services, Inc.



SD-SECURITIES-0004033

| SandRidge Energy (SD) In millions, except where noted | 2010 | 2011 | 1Q12 | 2Q12 | 3Q12 | E 4Q12 | E 2012 | E 1Q13 | E 2Q13 | E 3Q13 | E 4Q13 | E 2013 | E 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operations Summary* | | | | | | | | | | | | | |
| Natural Gas (mmcf) | 76,226 | 69,306 | 15,746 | 21,903 | 27,184 | 28,271 | 93,104 | 28,238 | 29,151 | 30,090 | 30,722 | 118,201 | 131,343 |
| NGL (Mbbl) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Crude Oil (mbbl) | 7,386 | 11,830 | 3,427 | 4,556 | 4,943 | 4,874 | 17,800 | 4,784 | 4,853 | 4,923 | 4,940 | 19,500 | 21,380 |
| Total (mboe) | 20,090 | 23,381 | 6,051 | 8,207 | 9,474 | 9,586 | 33,317 | 9,490 | 9,712 | 9,938 | 10,060 | 39,200 | 43,271 |
| Total (mboe/d) | 55.0 | 64.1 | 67.2 | 90.2 | 103.0 | 104.2 | 91.3 | 105.4 | 106.7 | 108.0 | 109.3 | 107.4 | 118.6 |
| Total (mmcfe/d) | 330.3 | 384.3 | 403.4 | 541.1 | 617.8 | 625.2 | 547.7 | 632.7 | 640.3 | 648.1 | 656.1 | 644.4 | 711.3 |
| | | | | | | | | | | | | | |
| Y/Y Growth | 15% | 16% | 11% | 46% | 53% | 57% | 42% | 57% | 18% | 5% | 5% | 18% | 10% |
| Q/Q Growth | - | - | (1%) | 36% | 15% | 1% | - | (1%) | 2% | 2% | 1% | - | - |
| % Natural Gas | 63% | 49% | 43% | 44% | 48% | 49% | 47% | 50% | 50% | 50% | 51% | 50% | 51% |
| | | | | | | | | | | | | | |
| **Stifel Nicolaus Benchmark Prices** | | | | | | | | | | | | | |
| Natural Gas (HH - $/mcf) | $4.34 | $4.05 | $2.74 | $2.21 | $2.80 | $3.00 | $2.69 | $3.75 | $3.75 | $3.75 | $3.75 | $3.75 | $4.25 |
| Crude Oil (WTI - $/bbl) | $79.53 | $95.07 | $103.05 | $93.30 | $92.16 | $87.50 | $93.98 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| **Realizations** | | | | | | | | | | | | | |
| Natural Gas ($/mcfe) | $5.13 | $3.23 | $2.35 | $2.39 | $2.23 | $2.85 | $2.48 | $3.38 | $3.38 | $3.38 | $3.38 | $3.38 | $3.90 |
| Crude ($/bbl) | $66.86 | $76.41 | $86.27 | $89.76 | $91.84 | $90.00 | $89.73 | $87.86 | $87.84 | $87.82 | $87.80 | $87.83 | $83.73 |

| *Income Statement* | 2010 | 2011 | 1Q12 | 2Q12 | 3Q12 | E 4Q12 | E 2012 | E 1Q13 | E 2Q13 | E 3Q13 | E 4Q13 | E 2013 | E 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | | |
| Oil and Gas Sales | $774.7 | $1,226.8 | $341.5 | $429.8 | $488.4 | $458.3 | $1,717.9 | $487.1 | $495.9 | $504.8 | $508.2 | $1,996.0 | $2,278.3 |
| Drilling Services | $28.5 | $103.3 | $29.3 | $33.6 | $27.8 | $21.8 | $112.5 | $14.0 | $14.0 | $14.0 | $14.0 | $56.0 | $60.0 |
| Midstream/Marketing | $100.1 | $66.7 | $8.3 | $8.9 | $10.7 | $0.0 | $27.9 | $0.2 | $0.2 | $0.2 | $0.2 | $0.8 | $1.6 |
| Other Revenue (Expense) | $28.4 | $18.4 | $2.6 | $6.1 | $6.0 | $6.0 | $20.6 | $6.8 | $6.8 | $6.8 | $6.8 | $27.2 | $24.8 |
| **Total Revenue** | **$931.7** | **$1,415.2** | **$381.6** | **$478.4** | **$532.8** | **$486.0** | **$1,878.9** | **$508.1** | **$516.9** | **$525.7** | **$529.2** | **$2,079.9** | **$2,364.7** |
| | | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | | |
| Lifting costs | $237.9 | $322.9 | $83.3 | $122.5 | $137.0 | $143.8 | $486.6 | $144.7 | $148.1 | $151.6 | $153.4 | $597.8 | $714.0 |
| Production Taxes | $29.2 | $46.1 | $12.3 | $11.0 | $13.0 | $13.6 | $49.8 | $13.9 | $14.2 | $14.4 | $14.5 | $57.0 | $63.8 |
| Transporation | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lease Operating Expenses | $267.0 | $368.9 | $95.6 | $133.5 | $150.0 | $157.4 | $536.4 | $158.7 | $162.3 | $166.0 | $167.9 | $654.8 | $777.8 |
| DD&A | $326.2 | $380.2 | $101.6 | $154.6 | $182.6 | $188.7 | $627.5 | $191.2 | $195.7 | $200.3 | $202.7 | $789.9 | $949.8 |
| Exploration / Dry hole | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| General & Administrative | $141.9 | $110.7 | $38.9 | $49.8 | $36.9 | $39.5 | $165.2 | $40.0 | $40.0 | $40.0 | $40.0 | $160.0 | $168.0 |
| Drilling Services | $22.4 | $65.7 | $17.6 | $19.2 | $15.7 | $0.0 | $52.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Midstream/Marketing | $90.1 | $66.0 | $8.0 | $8.6 | $10.7 | $0.0 | $27.2 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other Expense (Income) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Operating Expenses** | **$847.6** | **$991.5** | **$261.6** | **$365.7** | **$395.9** | **$385.5** | **$1,408.7** | **$389.9** | **$398.0** | **$406.2** | **$410.6** | **$1,604.7** | **$1,895.6** |
| | | | | | | | | | | | | | |
| **Operating Income** | **$84.1** | **$423.7** | **$120.0** | **$112.7** | **$136.9** | **$100.5** | **$470.2** | **$118.2** | **$118.9** | **$119.5** | **$118.6** | **$475.2** | **$469.1** |
| | | | | | | | | | | | | | |
| **Other Revenue/(Expenses)** | | | | | | | | | | | | | |
| Net Interest Expense | (247.7) | (237.6) | (67.0) | (68.6) | (81.9) | (87.6) | (305.0) | (90.0) | (94.7) | (99.3) | (103.9) | (387.9) | (462.8) |
| Other Revenue/(Expenses) | (88.1) | (29.6) | (269.2) | 774.0 | (214.6) | 1.0 | 291.2 | (14.0) | (13.6) | (13.3) | (13.3) | (54.2) | (158.1) |
| **Pre-Tax Income** | **($251.8)** | **$156.6** | **($216.2)** | **$818.2** | **($159.6)** | **$13.9** | **$456.3** | **$14.3** | **$10.6** | **$6.9** | **$1.3** | **$33.1** | **($151.9)** |
| **Income Taxes** | | | | | | | | | | | | | |
| Current | ($455.6) | $1.0 | $0.1 | ($0.3) | $0.2 | $0.0 | ($0.1) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Deferred | $8.9 | ($7.2) | $0.0 | ($103.3) | $0.0 | $0.0 | ($103.3) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Income Taxes** | ($446.7) | ($6.2) | $0.1 | ($103.7) | $0.2 | $0.0 | ($103.4) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Nominal Tax Rate* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* |
| *Cash Tax Rate* | *181%* | *1%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* |
| | | | | | | | | | | | | | |
| Net Income from Continuing Operations | $194.9 | $162.8 | ($216.2) | $921.9 | ($159.8) | $13.9 | $559.7 | $14.3 | $10.6 | $6.9 | $1.3 | $33.1 | ($151.9) |
| Other Income | ($4.4) | ($54.3) | ($2.0) | ($99.0) | ($10.7) | ($17.4) | ($129.0) | ($42.5) | ($42.5) | ($42.5) | ($42.5) | ($170.0) | ($195.0) |
| Preferred Dividends | ($37.4) | ($55.6) | ($13.9) | ($13.9) | ($13.9) | ($13.9) | ($55.5) | ($13.9) | ($13.9) | ($13.9) | ($13.9) | ($55.5) | ($55.5) |
| Net Income to Common | $153.0 | $52.9 | ($232.1) | $809.0 | ($184.3) | ($17.4) | $375.2 | ($42.1) | ($45.8) | ($49.5) | ($55.0) | ($192.4) | ($402.4) |
| Adjustments | ($182.2) | ($108.6) | $239.4 | ($786.0) | $200.0 | $0.0 | ($346.6) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Adjusted Net Income to Common** | **($29.2)** | **($55.7)** | **$7.4** | **$23.0** | **$15.7** | **($17.4)** | **$28.7** | **($42.1)** | **($45.8)** | **($49.5)** | **($55.0)** | **($192.4)** | **($402.4)** |
| | | | | | | | | | | | | | |
| **Diluted Shares Outstanding** | **491.3** | **497.8** | **500.1** | **560.6** | **566.6** | **583.0** | **583.0** | **584.5** | **585.5** | **586.5** | **588.0** | **588.0** | **588.0** |
| | | | | | | | | | | | | | |
| Reported EPS | $0.61 | $0.03 | ($0.44) | $1.47 | ($0.30) | ($0.01) | $0.72 | ($0.05) | ($0.05) | ($0.06) | ($0.07) | ($0.23) | ($0.59) |
| **Recurring/Adjusted EPS** | **$0.10** | **($0.00)** | **$0.04** | **$0.07** | **$0.05** | **($0.01)** | **$0.15** | **($0.05)** | **($0.05)** | **($0.06)** | **($0.07)** | **($0.23)** | **($0.59)** |

| *Cash Flow Analysis* | 2010 | 2011 | 1Q12 | 2Q12 | 3Q12 | E 4Q12 | E 2012 | E 1Q13 | E 2Q13 | E 3Q13 | E 4Q13 | E 2013 | E 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Discretionary Cash Flow:** | | | | | | | | | | | | | |
| Adjusted Net Income to Common | ($29.2) | ($55.7) | $7.4 | $23.0 | $15.7 | ($17.4) | $28.7 | ($42.1) | ($45.8) | ($49.5) | ($55.0) | ($192.4) | ($402.4) |
| Deferred taxes | $8.9 | ($7.2) | - | ($103.3) | $0.0 | $0.0 | ($103.3) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| DD&A | $326.2 | $380.2 | $101.6 | $154.6 | $182.6 | $188.7 | $627.5 | $191.2 | $195.7 | $200.3 | $202.7 | $789.9 | $949.8 |
| Other adjustments to income | $104.2 | $194.7 | $44.0 | $147.9 | $82.7 | $26.9 | $301.4 | $55.0 | $55.0 | $55.0 | $55.0 | $220.0 | $247.0 |
| **Discretionary Cash Flow (DCF)** | **$410.2** | **$512.1** | **$152.9** | **$222.1** | **$281.0** | **$198.1** | **$854.2** | **$204.1** | **$204.9** | **$205.8** | **$202.7** | **$817.5** | **$794.4** |
| | | | | | | | | | | | | | |
| **DCF Per Share** | **$1.27** | **$1.03** | **$0.31** | **$0.40** | **$0.50** | **$0.34** | **$1.54** | **$0.35** | **$0.35** | **$0.35** | **$0.34** | **$1.39** | **$1.35** |
| | | | | | | | | | | | | | |
| **EBITDAX** | **$619.7** | **$857.7** | **$363.9** | **$268.8** | **$299.4** | **$359.5** | **$1,291.6** | **$350.5** | **$356.0** | **$361.5** | **$363.0** | **$1,430.9** | **$1,494.7** |
| | | | | | | | | | | | | | |
| **Free Cash Flow** | | | | | | | | | | | | | |
| Discretionary Cash Flow: | $410.2 | $512.1 | $152.9 | $222.1 | $281.0 | $198.1 | $854.2 | $204.1 | $204.9 | $205.8 | $202.7 | $817.5 | $794.4 |
| Capex | ($1,268.1) | ($1,867.7) | ($569.7) | ($583.8) | ($599.5) | ($397.0) | ($2,150.0) | ($437.5) | ($437.5) | ($437.5) | ($437.5) | ($1,750.0) | ($1,700.0) |
| Dividends | ($40.1) | ($55.6) | ($13.9) | ($13.9) | ($13.9) | ($13.9) | ($55.5) | ($13.9) | ($13.9) | ($13.9) | ($13.9) | ($55.5) | ($55.5) |
| **Free Cash Flow** | **($898.0)** | **($1,411.1)** | **($430.6)** | **($375.6)** | **($332.4)** | **($212.8)** | **($1,351.3)** | **($247.3)** | **($246.5)** | **($245.6)** | **($248.7)** | **($988.0)** | **($961.1)** |

*Source: Company data and Stifel Nicolaus estimates*

| SandRidge Energy (SD) In millions, except where noted | 2010 | 2011 | 1Q12 | 2Q12 | 3Q12 | E 4Q12 | E 2012 | E 1Q13 | E 2Q13 | E 3Q13 | E 4Q13 | E 2013 | E 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Balance Sheet* | | | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | | | |
| Cash and Cash Equivalents | $5.9 | $207.7 | $127.8 | $421.1 | $673.7 | $673.7 | $673.7 | $673.7 | $673.7 | $673.7 | $673.7 | $673.7 | $673.7 |
| Other current Assets | $169.7 | $234.2 | $291.6 | $559.7 | $555.5 | $555.5 | $555.5 | $555.5 | $555.5 | $555.5 | $555.5 | $555.5 | $555.5 |
| Total Current Assets | $175.6 | $441.8 | $419.4 | $980.8 | $1,229.2 | $1,229.2 | $1,229.2 | $1,229.2 | $1,229.2 | $1,229.2 | $1,229.2 | $1,229.2 | $1,229.2 |
| Net PP&E | $4,224.1 | $4,867.2 | $5,034.1 | $7,133.8 | $7,555.8 | $7,764.2 | $7,764.2 | $8,010.4 | $8,252.2 | $8,489.5 | $8,724.3 | $8,724.3 | $9,474.5 |
| Other Assets | $831.7 | $910.6 | $924.5 | $1,064.0 | $1,059.3 | $1,059.3 | $1,059.3 | $1,059.3 | $1,059.3 | $1,059.3 | $1,059.3 | $1,059.3 | $1,059.3 |
| **Total Assets** | **$5,231.4** | **$6,219.6** | **$6,378.1** | **$9,178.5** | **$9,844.2** | **$10,052.6** | **$10,052.6** | **$10,298.9** | **$10,540.7** | **$10,777.9** | **$11,012.7** | **$11,012.7** | **$11,762.9** |
| | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | |
| Current Portion of Debt | $7.3 | $1.1 | $1.1 | - | - | - | - | - | - | - | - | - | - |
| Other Current Liabilities | $537.2 | $698.4 | $766.5 | $823.4 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 |
| Total Current Liabilities | $544.5 | $699.5 | $767.5 | $823.4 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 | $914.7 |
| Long Term Debt | $2,901.8 | $2,813.1 | $2,813.5 | $2,784.4 | $4,300.4 | $4,499.3 | $4,499.3 | $4,732.7 | $4,965.3 | $5,197.0 | $5,431.8 | $5,431.8 | $6,337.4 |
| Preferred Equity | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 |
| Other Non-Current Liabilities | $237.7 | $158.0 | $406.0 | $383.6 | $424.0 | $424.0 | $424.0 | $424.0 | $424.0 | $424.0 | $424.0 | $424.0 | $424.0 |
| Deferred Income Tax | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Liabilities** | **$4,449.0** | **$4,435.7** | **$4,752.0** | **$4,756.5** | **$6,404.2** | **$6,603.1** | **$6,603.1** | **$6,836.5** | **$7,069.1** | **$7,300.8** | **$7,535.6** | **$7,535.6** | **$8,441.2** |
| | | | | | | | | | | | | | |
| Preferred Equity | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Common Equity | $782.5 | $1,784.0 | $1,626.1 | $4,422.1 | $3,440.0 | $3,449.5 | $3,449.5 | $3,462.4 | $3,471.6 | $3,477.1 | $3,477.1 | $3,477.1 | $3,321.7 |
| **Shareholder's Equity** | **$0.8** | **$1.8** | **$1.6** | **$4.4** | **$3.4** | **$3.4** | **$3.4** | **$3.5** | **$3.5** | **$3.5** | **$3.5** | **$3.5** | **$3.3** |
| **Total Equity and Liabilities** | **$5,231.4** | **$6,219.6** | **$6,378.1** | **$9,178.5** | **$9,844.2** | **$10,052.6** | **$10,052.6** | **$10,298.9** | **$10,540.7** | **$10,777.9** | **$11,012.7** | **$11,012.7** | **$11,762.9** |

| *Component Analysis* | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| **Revenue and Margins ($/boe)** | | | | | | | | | | | | | |
| Revenue | $46.38 | $60.53 | $63.07 | $58.30 | $56.24 | $50.70 | $56.39 | $53.54 | $53.22 | $52.90 | $52.61 | $53.06 | $54.65 |
| DCF | $20.42 | $21.90 | $25.27 | $27.06 | $29.66 | $20.67 | $25.64 | $21.51 | $21.10 | $20.71 | $20.15 | $20.85 | $18.36 |
| All-In Margin | ($2.54) | $13.59 | $12.99 | $8.77 | $8.59 | $1.34 | $7.35 | $2.97 | $2.50 | $2.03 | $1.46 | $2.23 | $0.14 |
| Cash Margin | $13.69 | $29.85 | $29.77 | $27.61 | $27.86 | $21.02 | $26.18 | $23.12 | $22.65 | $22.18 | $21.61 | $22.38 | $22.09 |
| | | | | | | | | | | | | | |
| **Operating Costs ($/boe)** | | | | | | | | | | | | | |
| Lifting costs | $11.84 | $13.81 | $13.77 | $14.92 | $14.46 | $15.00 | $14.61 | $15.25 | $15.25 | $15.25 | $15.25 | $15.25 | $16.50 |
| Tranportation/Marketing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Production Taxes | $1.45 | $1.97 | $2.03 | $1.34 | $1.37 | $1.42 | $1.50 | $1.47 | $1.46 | $1.45 | $1.44 | $1.45 | $1.48 |
| Total LOE | $13.29 | $15.78 | $15.79 | $16.27 | $15.83 | $16.42 | $16.10 | $16.72 | $16.71 | $16.70 | $16.69 | $16.70 | $17.98 |
| G&A (Cash) | $7.06 | $4.73 | $6.43 | $6.07 | $3.90 | $4.12 | $4.96 | $4.21 | $4.12 | $4.02 | $3.98 | $4.08 | $3.88 |
| DD&A | $16.24 | $16.26 | $16.79 | $18.84 | $19.28 | $19.68 | $18.83 | $20.15 | $20.15 | $20.15 | $20.15 | $20.15 | $21.95 |
| Interest Expense | $12.33 | $10.16 | $11.07 | $8.36 | $8.64 | $9.14 | $9.16 | $9.48 | $9.75 | $9.99 | $10.33 | $9.89 | $10.70 |

| *Hedging Analysis* | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Percent Hedged** | | | | | | | | | | | | | |
| Natural Gas | 76% | 37% | 11% | 8% | 6% | 86% | 31% | 6% | 6% | 6% | 6% | 6% | 1% |
| NGLs | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Crude Oil | 74% | 77% | 108% | 83% | 83% | 87% | 89% | 96% | 96% | 96% | 95% | 96% | 74% |
| Estimated Hedging Gains | $227.3 | ($57.0) | ($126.8) | $154.7 | $1.9 | $60.9 | $90.7 | $28.5 | $28.9 | $29.2 | $29.2 | $115.8 | $23.9 |

*Source: Company data and Stifel Nicolaus estimates*

## Important Disclosures and Certifications

**I, Amir Arif, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Amir Arif, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. For our European Conflicts Management Policy go to the research page at www.stifel.com.**




**For a price chart with our ratings and target price changes for SD go to http://sf.bluematrix.com/bluematrix/Disclosure?ticker=SD**

Stifel, Nicolaus & Company, Inc. expects to receive or intends to seek compensation for investment banking services from SandRidge Energy, Inc. in the next 3 months.

Stifel, Nicolaus & Company, Inc. makes a market in the securities of SandRidge Energy, Inc..

Stifel, Nicolaus & Company, Inc.'s research analysts receive compensation that is based upon (among other factors) Stifel Nicolaus' overall investment banking revenues.

Our investment rating system is three tiered, defined as follows:

BUY -For U.S. securities we expect the stock to outperform the S&P 500 by more than 10% over the next 12 months. For Canadian securities we expect the stock to outperform the S&P/TSX Composite Index by more than 10% over the next 12 months. For other non-U.S. securities we expect the stock to outperform the MSCI World Index by more than 10% over the next 12 months. For yield-sensitive securities, we expect a total return in excess of 12% over the next 12 months for U.S. securities as compared to the S&P 500, for Canadian securities as compared to the S&P/TSX Composite Index, and for other non-U.S. securities as compared to the MSCI World Index.

HOLD -For U.S. securities we expect the stock to perform within 10% (plus or minus) of the S&P 500 over the next 12 months. For Canadian securities we expect the stock to perform within 10% (plus or minus) of the S&P/TSX Composite Index. For other non-U.S. securities we expect the stock to perform within 10% (plus or minus) of the MSCI World Index. A Hold rating is also used for yield-sensitive securities where we are comfortable with the safety of the dividend, but believe that upside in the share price is limited.

SELL -For U.S. securities we expect the stock to underperform the S&P 500 by more than 10% over the next 12 months and believe the stock could decline in value. For Canadian securities we expect the stock to underperform the S&P/TSX Composite Index by more than 10% over the next 12 months and believe the stock could decline in value. For other non-U.S. securities we expect the stock to underperform the MSCI World Index by more than 10% over the next 12 months and believe the stock could decline in value.

Of the securities we rate, 50% are rated Buy, 47% are rated Hold, and 3% are rated Sell.

Within the last 12 months, Stifel, Nicolaus & Company, Inc. or an affiliate has provided investment banking services for 22%, 14% and 8% of the companies whose shares are rated Buy, Hold and Sell, respectively.

### Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel Nicolaus' coverage universe. For a discussion of risks to target price please see our stand-alone company reports and notes for all Buy-rated stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, Nicolaus & Company, Inc. or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Past performance should not and cannot be viewed as an indicator of future performance.

Stifel, Nicolaus & Company, Inc. is a multi-disciplined financial services firm that regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions. Moreover, Stifel Nicolaus and its affiliates and their respective shareholders, directors, officers and/or employees, may from time to time have long or short positions in such securities or in options or other derivative instruments based thereon.

These materials have been approved by Stifel Nicolaus Europe Limited, authorized and regulated by the Financial Services Authority (UK), in connection with its distribution to professional clients and eligible counterparties in the European Economic Area. (Stifel Nicolaus Europe Limited home office: London +44 20 7557 6030.) No investments or services mentioned are available in the European Economic Area to retail clients or to anyone in Canada other than a Designated Institution. This investment research report is classified as objective for the purposes of the FSA rules. Please contact a Stifel Nicolaus entity in your jurisdiction if you require additional information.

The use of information or data in this research report provided by or derived from Standard & Poor's Financial Services, LLC is © 2012, Standard & Poor's Financial Services, LLC ("S&P"). Reproduction of Compustat data and/or information in any form is prohibited except with the prior written permission of S&P. Because of the possibility of human or mechanical error by S&P's sources, S&P or others, S&P does not guarantee the accuracy, adequacy, completeness or availability of any information and is not responsible for any errors or omissions or for the results obtained from the use of such information. S&P GIVES NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE. In no event shall S&P be liable for any indirect, special or consequential damages in connection with subscriber's or others' use of Compustat data and/or information. For recipient's internal use only.

### Additional Information Is Available Upon Request

© 2012 Stifel, Nicolaus & Company, Inc. One South Street Baltimore, MD 21202. All rights reserved.