# EXHIBIT 84

CANACCORD Genuity



| Today's Changes | Annual CFPS | Annual Revenue | Target |
|---|---|---|---|
| | 2012E $1.40 from $1.33<br>2013E $1.64 from $1.69 | 2012E $2,052M from $2,111M<br>2013E $2,474M from $2,663M | US$4.00 from US$6.00 |

# SandRidge Energy

SD : NYSE : US$5.51

**HOLD**

**Target: US$4.00 ↓**

John Gerdes 1.713.331.9443
jgerdes@canaccordgenuity.com

**COMPANY STATISTICS:**

| | |
|---|---|
| 52-week Range: | US$5.55 - 9.04 |
| Market Cap (M): | US$2,702.5 |
| Avg. Daily Vol. (000s): | 12449.4 |
| Forecast Return: | -27% |
| Debt/Capitalization: | 42.6% |

**EARNINGS SUMMARY:**

| FYE Dec | | 2011A | 2012E | 2013E |
|---|---|---|---|---|
| Production (Bcfe): | | 140.3 | 200.1 | 243.3 |
| % Natural Gas: | | 49% | 47% | 49% |
| EBITDA (M): | | 616.1 | 1,058.6 | 1,282.2 |
| EV/EBITDA: | | 11.5x | 6.7x | 5.5x |
| P/CF: | | 7.3x | 3.9x | 3.4x |
| | | | | |
| **EPS:** | Q1 | (0.01) | 0.06A | 0.05 |
| | Q2 | 0.03 | 0.09A | 0.05 |
| | Q3 | 0.02 | 0.07A | 0.05 |
| | Q4 | 0.04 | 0.05 | 0.05 |
| Total | | 0.08 | 0.28 | 0.21 |
| **CFPS:** | Q1 | 0.15 | 0.25A | 0.39 |
| | Q2 | 0.18 | 0.36A | 0.41 |
| | Q3 | 0.21 | 0.39A | 0.42 |
| | Q4 | 0.23 | 0.38 | 0.42 |
| Total | | 0.76 | 1.40 | 1.64 |




Source: Interactive Data Corporation

**COMPANY DESCRIPTION:**

SandRidge Energy is an E&P company focused on the Permian Basin Clearfork/San Andres/Grayburg Carbonates, Oklahoma Mississippian Carbonate and West Texas Overthrust Chert.

All amounts in US$ unless otherwise noted.

**Energy -- Oil and Gas, Exploration and Production**

## AND WE THOUGHT MISSISSIPPIAN WAS AN OIL PLAY?

**Investment thesis**

We our reducing our target price $2 to $4 per share due to $400 million lower per annum capital spending, a higher gas composition in the Mississippian play and consequently lower oil production outlook. SandRidge's capital spending/ production relationship suggests the company's capital intensity is comparable to Bakken/Three Forks players.

**Regrettably, a Permian sale is unlikely to improve SD's long-term financial standing**

SandRidge announced its intention to sell its Permian Basin assets, other than those associated with SandRidge Permian Trust. The relevant assets produce ~24.5 Mboepd (67% oil, 15% NGLs, 18% gas). Assuming an $80-100K production rate multiple, which reconciles with recent precedent transactions, the Permian assets would be valued at $2-2.5 billion. While the divestiture would provide sufficient liquidity to execute the company's business plan through '14, as indicated by management, a Permian sale in the value range anticipated leaves SandRidge's elevated financial leverage unaltered.

Assuming a sale in the indicated value range, SandRidge outspends cash flow by ~$1.2 billion per annum from '14-'17. If the company retains the assets, SandRidge's cash flow imbalance is ~$1 billion per year. In either scenario, at year-end '14, our projections suggest SandRidge's net debt-to-EBITDA is ~4x. Notably, the divestiture is value neutral assuming ~$2.4 billion in proceeds.

**Mississippian economic yield meaningfully inferior to other major resource plays**

Based on actual capital spending/production performance, the capital intensity of the Mississippian play is comparable to the Bakken/Three Forks, though Mississippian production is 35-40% oil while Bakken/Three Forks output is ~90% oil. Accordingly, while the Bakken/Three Forks generates a 10% unleveraged return at ~$100 NYMEX, the Mississippian play requires a ~$150 NYMEX oil price. Two main factors result in the Mississippian play's lesser economic outcome: (1) a materially lower oil composition and (2) a more elongated production profile. As to the second factor, in the case of the Mississippian, the production profile is more protracted as wells commence at a materially lower average rate.

Canaccord Genuity is the global capital markets group of Canaccord Financial Inc. (CF : TSX | CF. : LSE)

The recommendations and opinions expressed in this research report accurately reflect the Investment Analyst's personal, independent and objective views about any and all the Designated Investments and Relevant Issuers discussed herein. For important information, please see the Important Disclosures section in the appendix of this document or visit Canaccord Genuity's Online Disclosure Database.

## VARIANCE DISCUSSION

As shown in the table below, reported Q3/12 production of 618 Mmcfepd was ~6% above our expectation of 582 Mmcfepd. We raised our '12 production estimate 1% to 547 accordingly.

E&P revenue of $491 million was 3% below our estimate due to stronger gas production and a slightly higher oil price realization. Our '12 E&P revenue estimate decreased 2% to $1,867 million accordingly.

Recurring Q3/12 EPS of $0.07 were above our $0.04 estimate (and the $0.00 consensus) due to stronger gas production and a slightly higher oil price realization partly offset by higher D,D&A.

Q3/12 CFPS of $0.39 was above our $0.32 estimate (and the $0.35 consensus) due to stronger gas production and a slightly higher oil price realization partly offset by higher D,D&A. We increased our '12 CFPS estimate from 1.33 to $1.40 accordingly.

**Figure 1: Actual versus estimated results**

| | Actual | Estimated | Variance |
|---|---|---|---|
| **Production:** | | | |
| Liquids (Mbopd) | 53.7 | 54.4 | (1.3%) |
| Gas (Mmcfpd) | 296 | 255 | 15.7% |
| Total Equivalent (Mmcfepd) | 618 | 582 | 6.2% |
| **Financial:** | | | |
| E&P Revenues ($mm) | $491 | $507 | (3.2%) |
| Net Income ($mm) | $25.6 | $11.5 | 122.6% |
| EPS ($/share) | $0.07 | $0.04 | 75.0% |
| Cash Flow ($mm) | $207 | $176 | 17.9% |
| CFPS ($/share) | $0.39 | $0.32 | 21.9% |

Source: Company reports and Canaccord Genuity

## GROWTH OVERVIEW

SandRidge's primary growth driver is the Oklahoma/Kansas Mississippian Carbonate. We anticipate SandRidge should exhibit 42%production growth in '12 and 22% growth in '13. **Our '12 production expectation of ~33.4 Mmboe is in line with company guidance (33.3 Mmboe) and our '13 expectation of ~40.6 Mmboe is ~3.5% above guidance (39.2 Mmboe).**

# BUSINESS PLAN

### Midcontinent– Mississippian Carbonate

SandRidge has ~1,750,000 net acres prospective in the Mississippian Carbonate (up to 700' thick) in northwestern Oklahoma/southwestern Kansas at a depth of 4,500-6,000'.

About half the acreage is in the "original play" and half the acreage is in the western Kansas "extensional play". The western Kansas extensional area is shallower and may have a higher oil content than the original play, according we would expect overall lower reserve recoveries though oil recoveries could be comparable to the original play.

In the Mississippian play, SandRidge is running 30 rigs comprised of 21 rigs in Oklahoma and nine rigs in Kansas, and plans to increase activity to ~40 rigs by mid-year. In '12, the company expects to drill ~390 wells including ~120 wells in Kansas. In '13, SandRidge pans to drill ~580 well including ~190 wells in Kansas. To date, Mississippian wells drilled in Kansas have performance comparably to wells drilled in Oklahoma.

*SandRidge's two joint venture partners are funding 13.2% of the company's share of drilling/completion capital spending and 200% of the partners' share of drilling/completion capital spending through '14 (carried interest ~$1 billion).*

**Figure 2: Mississippian acreage**




| | Wells Drilled | Active Rigs |
|---|---|---|
| SandRidge | 432 | 30 |
| Chesapeake | 266 | 15 |
| Eagle | 58 | 2 |
| Calyx | 22 | 0 |
| Range | 23 | 3 |
| Plymonth | 15 | 1 |
| Shell | 17 | 1 |
| Territory Res. | 10 | 1 |
| Panther | 8 | 0 |
| Chaparral | 9 | 0 |
| Devon | 10 | 6 |
| Other | 92 | 26 |
| TOTAL ALL | 962 | 85 |

- 432 SandRidge horizontal wells [b]
  - 380 Hz operated wells planned in 2012
  - SD ≈ 8,000 potential locations [a]
- 530 Industry horizontal wells [b]
- 14,700 Vertical Miss wells
- SD ≈ 1.75 Million net acres

(a) Based on 3 wells per section
(b) Drilled well counts as of 08/29/12

Source: SandRidge Energy, Canaccord Genuity

Mississippian horizontal wells (~4,500' lateral, ~10 frac stages) average 250-300 Boepd the first 30 days and recover ~425 Mboe (35-40% oil) for a drill/complete cost of ~$3.25 million. In the third quarter, SandRidge's net Mississippian production averaged 30.2 Mboepd, an increase of 20% q/q. The company expects Mississippian production to increase 50-60% in '13.

The company has ~11,000 Mississippian horizontal net drilling locations on 160-acre spacing (~4,000' lateral) with ~2,600 Mmboe of net resource potential (~70% WI).

***The Mississippian comprises 75-80% of capital spending.***

**West Texas – Permian Basin Clearfork/San Andres/Grayburg Carbonates**

SandRidge has ~225,000 net acres in the Central Basin Platform prospective in Clearfork, San Andres and Grayburg Carbonates at a depth of 4,500-9,000’. The company is reduced activity to ten rigs and plans to drill ~740 wells (~90% WI) this year, primarily in the Grayburg/San Andres formations. In ’13, SandRidge plans to drill ~220 wells associated with the SandRidge Permian Trust development program.

**Figure 3: Permian Basin overview**




Source: SandRidge Energy, Canaccord Genuity

Clearfork/Sand Andres/Grayburg wells recover ~50 Mboe (80-85% oil) for a drill/complete cost of ~$0.6 million. Net Permian production has declined to ~30 Mboepd. The company expects Permian production to decrease ~10% in ‘13.

SandRidge announced its intention to sell their assets in the Permian Basin, other than those associated with SandRidge Permian Trust. The relevant assets produce ~24,500 Boepd (67% oil, 15% NGLs, 18% gas). Assuming an $80-$100K production rate multiple, which is in line with recent precedent transactions, the Permian assets would be valued at $2-$2.5 billion. Notably, the divestiture is value neutral assuming the company generates ~$2.4 billion in proceeds.

SandRidge has ~2,300 San Andres/Grayburg drilling locations (five-acre spacing) and ~2,000 Clearfork (20-acre spacing) with ~325 Mmboe of net resource potential.

***The Permian Basin comprises ~10% of capital spending.***

**West Texas Overthrust (WTO) – Caballos Chert/Tesnus Sand**

SandRidge has ~25,000 net acres in the Pinon field Warwick Thrust prospective in the Caballos Chert/Tesnus Sand. The company has identified ~1,200 Caballos/Tenus locations (20-acre spacing) with 2+ Tcfe of net resource potential.

*Warwick Thrust:* The Warwick is considered the most productive thrust in the Pinon field though contains a ~65% $CO_2$ concentration. Warwick wells commence production at ~1.5 Mmcfpd and recover 2+ Bcfe (modest exponential decline) for a drill/complete cost of ~$2.5 million. Areas of superior productivity appear to correlate with chert thickness and fracture intensity. In areas of shallow Tesnus Sand development, the company comingles the Tesnus Sand and Caballos Chert. Caballos/Tesnus completions recover up to 3 Bcfe for a drill/complete cost of ~$3 million. SD is deferring drilling activity in the high $CO_2$ Warwick Thrust due to low gas prices.

*WTO Century $CO_2$ plant:* The first phase of the third-party operated Century $CO_2$ plant was commissioned in '10 and the second phase commences in '12. Phase I and Phase II high $CO_2$ gas inlet capacity is 400 Mmcfepd, respectively, which should provide 100 Mmcfpd of incremental WTO natural gas processing capacity per phase net to SandRidge. The company is processing essentially all high- $CO_2$ gas (200+ Mmcfepd, ~35% methane gas) produced in the region through the Century plant.

**Gulf of Mexico**

SandRidge has ~490,000 net acres (~60% WI) in the Gulf of Mexico in water depths from 100' to 1,350'. Reserves associated with the properties are ~50% oil. The company operates ~90% of the properties by value. In '13, SandRidge plans to drill/participate in ~12 offshore wells. Net offshore production should remain relatively stable at ~25 Mboepd.

**Figure 4: Gulf of Mexico overview**




Source: SandRidge Energy, Canaccord Genuity

*The Gulf of Mexico comprises 10-15% of capital spending.*

# VALUATION

**Five year discounted cash flow analysis**

We value E&P equities based on the net present value of free cash flow over the life of a company using a reasonable discount rate. SandRidge's valuation applies a 13.75% discount rate to determine the net present value of its free cash flow. Our reasoning for using a 13.75% required return includes the long-term nominal performance of the broader equity market (10-12%), the greater inherent volatility of cyclical energy investments and the company's market capitalization between $2 and $5 billion (i.e. mid-cap). Our valuation is presented below:

**Figure 5: Levered free cash flow analysis**

| | @ December 31, | | | | |
|---|---|---|---|---|---|
| | 2013E | 2014E | 2015E | 2016E | 2017E |
| **Levered Cash Flow:** | | | | | |
| Operating Cash Flow (before Working Capital) | $871.3 | $926.8 | $885.0 | $950.7 | $967.0 |
| Working Capital | (75.4) | 63.8 | 13.1 | 0.9 | 4.0 |
| Change in Debt/Preferred | 583.4 | 944.4 | 1036.9 | 983.3 | 964.0 |
| Less: Net Capital Expenditures (before cap. int & g&a) | 1800.0 | 1935.0 | 1935.0 | 1935.0 | 1935.0 |
| **Levered Free Cash Flow from Operations** | **($420.7)** | **$0.0** | **$0.0** | **$0.0** | **$0.0** |
| Terminal Value (1) | $0.0 | $0.0 | $0.0 | $0.0 | $4,035.1 |
| **Levered Free Cash Flow (2)** | **($420.7)** | **$0.0** | **$0.0** | **$0.0** | **$4,035.1** |

| Discount Rate | PV to Equity | Target | Upside |
|---|---|---|---|
| 0.0% | $3,614 | $7 | 27% |
| 5.0% | $2,761 | $6 | 9% |
| 8.8% | $2,255 | $5 | (9%) |
| **13.7%** | **$1,749** | **$4** | **(27%)** |
| 15.0% | $1,640 | $3 | (46%) |

(1) Reflects a 8.5x EV/EBITDA multiple applied to 2017 EBITDA (WACC). Terminal value is computed at year-end 2017.

(2) Assumes investment occurs at beginning of year, levered free cash flow is year-end.

Source: Company Reports and Canaccord Genuity

As shown above, SandRidge shares should depreciate 27% to $4 per share assuming a 13.75% equity discount rate. At the November 9, 2012 closing price of $5.51 per share, SandRidge's implied equity discount rate was ~5%.

## TARGET PRICE SENSITIVITY

### Commodity price scenarios

Given our base case commodity price assumptions shown below, SandRidge should depreciate 27% to $4 per share to deliver a 13.75% return to shareholders. Our bear case commodity forecast suggests SandRidge should depreciate 100% to $0 per share, while the bull case implies 45% upside to $8 per share.

**Figure 6: Sensitivity to a $1/mmbtu change in gas price and a $10/bbl change in oil price**

| | Bear Case | | | Base Case | | | Bull Case | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2012E | 2013E | 2014E | 2012E | 2013E | 2014E | 2012E | 2013E | 2014E |
| WTI Oil Price ($/bbl) | $84.67 | $80.00 | $80.00 | $94.67 | $90.00 | $90.00 | $104.67 | $100.00 | $100.00 |
| Henry Hub Gas Prices ($/Mmbtu) | $1.82 | $3.00 | $4.00 | $2.82 | $4.00 | $5.00 | $3.82 | $5.00 | $6.00 |
| Per Share Price @ 13.75% Return | | -$1.00 | | | $4.00 | | | $8.00 | |

Source: Bloomberg, Canaccord Genuity

### Discount rate scenarios

SandRidge's target price at various equity discount rates and commodity prices are presented in the chart below. Assuming a 13.75% required equity return and our base case commodity forecast, SandRidge is fairly valued at $4 per share.

**Figure 7: Sensitivity to discount rate and commodity prices**




Source: Bloomberg, Canaccord Genuity

# CREDIT ANALYSIS

**Leverage breakdown**

At September 30, 2012, long-term debt pro forma recent transactions totaled $4,300 million. At the November 9, 2012 closing share price of $5.51, SandRidge's pro forma equity market value was $3,467 million. The credit analysis below presents SandRidge's principal leverage and coverage ratios.

**Figure 8: Credit statistics**

| | |
|---|---|
| **Leverage Ratios:** (1) | |
| Net Debt/Total Book Cap. | 42.6% |
| Net Debt/Total Market Cap. | 46.7% |
| Year-End Net Debt/TTM EBITDA: | |
| 2012E | 3.7x |
| 2013E | 3.8x |
| Net Debt/Reserves ($/mcfe) (2) | $1.19 |
| **Coverage Ratios:** | |
| EBITDA/Interest: | |
| 2012E | 3.6x |
| 2013E | 3.6x |
| SEC PV10/Net Debt | 1.4x |
| **Capital Availability** (3) | $1,463.7 |

(1) Reflects SD stock price of $5.51 per share and 490.5 million fully-diluted shares outstanding per the treasury method.

(2) Pro forma proven reserves of 3,055 Bcfe @ 12/31/11.

(3) Reflects credit facility borrowing base of $775 million, inclusive of cash & equivalents.

Source: Company reports and Canaccord Genuity

In '12, given a cash flow expectation of $770 million after working capital, $2,501 million in capital spending and $415 million in net acquisitions, SandRidge should outspend cash flow by $1,730 million. SandRidge's pro-forma net debt-to-total book capital of 43% as of September 30, 2012 should rise to 45% at year-end '12 assuming no additional transactions.

**Figure 9: Quarterly operating/income/cash flow ($ in millions, except per share amounts)**

| | 2011A | | | | | 2012E | | | | | 2013E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1QA | 2QA | 3QA | 4QA | Total | 1QA | 2QA | 3QE | 4QE | Total | 1QE | 2QE | 3QE | 4QE | Total |
| **Production Volume:** | | | | | | | | | | | | | | | |
| Oil/Condensate/NGL (mbbls) | 2581.0 | 2767.0 | 3192.0 | 3290.0 | 11830.0 | 3427.0 | 4556.0 | 4943.0 | 4895.7 | 17821.7 | 4992.1 | 5143.7 | 5261.1 | 5375.1 | 20771.9 |
| Gas (mmcf) | 17266.0 | 17239.0 | 17935.0 | 16866.0 | 69306.0 | 15746.0 | 21903.0 | 27184.0 | 28352.3 | 93185.3 | 28646.7 | 29406.7 | 30079.7 | 30573.7 | 118706.8 |
| Gas Equiv. (mmcfe) | 32752.0 | 33841.0 | 37087.0 | 36606.0 | 140286.0 | 36308.0 | 49239.0 | 56842.0 | 57726.6 | 200115.6 | 58599.3 | 60268.8 | 61646.0 | 62824.4 | 243338.5 |
| **Production Rate:** | | | | | | | | | | | | | | | |
| Oil/Condensate/NGL (mbopd) | 28.7 | 30.4 | 34.7 | 35.8 | 32.3 | 37.7 | 50.1 | 53.7 | 53.2 | 48.7 | 55.5 | 56.5 | 57.2 | 58.4 | 56.9 |
| Gas (mmcfpd) | 191.8 | 189.4 | 194.9 | 183.3 | 189.9 | 173.0 | 240.7 | 295.5 | 308.2 | 254.6 | 318.3 | 323.2 | 327.0 | 332.3 | 325.2 |
| Gas Equiv. (mmcfepd) | 363.9 | 371.9 | 403.1 | 397.9 | 383.8 | 399.0 | 541.1 | 617.8 | 627.5 | 546.8 | 651.1 | 662.3 | 670.1 | 682.9 | 666.7 |
| **Price Benchmarks:** | | | | | | | | | | | | | | | |
| WTI Oil ($/bbl) | $94.26 | $102.58 | $89.59 | $93.93 | $95.09 | $102.88 | $93.49 | $92.29 | $90.00 | $94.67 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| HHUB Gas ($/mmbtu) | $4.11 | $4.31 | $4.19 | $3.55 | $4.04 | $2.74 | $2.22 | $2.81 | $3.50 | $2.82 | $4.00 | $4.00 | $4.00 | $4.00 | $4.00 |
| **Realized Prices:** | | | | | | | | | | | | | | | |
| Oil/Condensate/NGL ($/bbl) | $72.26 | $76.26 | $79.31 | $79.28 | $77.05 | $86.27 | $89.76 | $91.84 | $91.65 | $90.19 | $88.29 | $88.12 | $87.99 | $87.87 | $88.06 |
| Gas ($/mcf) | $3.44 | $3.31 | $3.64 | $3.11 | $3.38 | $2.35 | $2.39 | $2.23 | $3.07 | $2.54 | $3.80 | $3.80 | $3.80 | $3.80 | $3.80 |
| **Revenue:** | | | | | | | | | | | | | | | |
| Oil & Gas | $244.2 | $273.9 | $340.9 | $267.3 | $1,126.3 | $311.0 | $529.6 | $491.1 | $535.7 | $1,867.4 | $549.6 | $565.0 | $577.2 | $588.5 | $2,280.3 |
| Drilling/Services | 21.0 | 28.5 | 25.5 | 28.2 | 103.3 | 29.3 | 33.6 | 27.8 | 25.0 | 115.7 | 25.0 | 25.0 | 25.0 | 25.0 | 100.0 |
| Midstream/Marketing | 22.3 | 16.3 | 15.1 | 13.0 | 66.7 | 8.3 | 8.9 | 10.7 | 14.0 | 41.9 | 16.0 | 16.0 | 16.0 | 16.0 | 64.0 |
| Other | 2.5 | 9.7 | 5.5 | 6.8 | 24.5 | 6.2 | 6.1 | 7.3 | 7.5 | 27.2 | 7.5 | 7.5 | 7.5 | 7.5 | 30.0 |
| **Total Revenue** | **$289.9** | **$328.5** | **$387.0** | **$315.3** | **$1,320.8** | **$354.8** | **$578.2** | **$536.9** | **$582.2** | **$2,052.2** | **$598.1** | **$613.5** | **$625.7** | **$637.0** | **$2,474.3** |
| **Expenses:** | | | | | | | | | | | | | | | |
| Operating | $74.0 | $81.8 | $86.6 | $80.5 | $322.9 | $83.3 | $122.5 | $137.0 | $138.5 | $481.4 | $140.6 | $144.6 | $148.0 | $150.8 | $584.0 |
| Drilling/Services | 15.0 | 18.1 | 16.2 | 16.3 | $65.7 | 17.6 | 19.2 | 15.7 | 12.5 | $65.0 | 12.5 | 12.5 | 12.5 | 12.5 | $50.0 |
| Midstream/Marketing | 22.3 | 15.9 | 14.6 | 13.2 | 66.0 | 8.0 | 8.6 | 10.7 | 13.7 | 40.9 | 15.7 | 15.7 | 15.7 | 15.7 | 62.8 |
| D,D & A | 87.0 | 89.5 | 100.3 | 103.5 | 380.2 | 104.2 | 162.6 | 191.7 | 196.3 | 654.7 | 205.1 | 210.9 | 215.8 | 219.9 | 851.7 |
| G & A | 26.2 | 28.8 | 26.9 | 30.8 | 112.6 | 39.8 | 37.3 | 36.9 | 37.0 | 151.0 | 38.0 | 38.7 | 39.4 | 40.2 | 156.3 |
| Taxes (other than income) | 10.6 | 12.7 | 10.4 | 12.5 | 46.1 | 12.3 | 11.0 | 13.0 | 12.4 | 48.7 | 13.0 | 13.4 | 13.7 | 14.0 | 54.1 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | **$235.0** | **$246.7** | **$254.9** | **$256.8** | **$993.5** | **$265.0** | **$361.1** | **$404.9** | **$410.5** | **$1,441.6** | **$425.0** | **$435.9** | **$445.1** | **$453.0** | **$1,758.9** |
| **EBIT** | **$54.9** | **$81.8** | **$132.1** | **$58.5** | **$327.3** | **$89.8** | **$217.1** | **$132.0** | **$171.7** | **$610.6** | **$173.1** | **$177.6** | **$180.7** | **$184.0** | **$715.4** |
| Interest | $59.4 | $61.7 | $59.0 | $57.4 | $237.6 | $56.1 | $68.6 | $81.9 | $86.5 | $293.1 | $86.6 | $87.1 | $89.2 | $92.3 | $355.3 |
| **EBT** | **($4.5)** | **$20.1** | **$73.1** | **$1.1** | **$89.7** | **$33.7** | **$148.5** | **$50.1** | **$85.2** | **$317.6** | **$86.5** | **$90.5** | **$91.4** | **$91.6** | **$360.1** |
| Tax Provision | 0.0 | (7.1) | 0.0 | 2.1 | (4.9) | (0.0) | (0.1) | (0.0) | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Preferred Dividends | 13.9 | 13.9 | 13.9 | 13.9 | 55.6 | 13.9 | 13.9 | 13.9 | 13.9 | 55.5 | 13.9 | 13.9 | 13.9 | 13.9 | 55.5 |
| Noncontrolling Interest | 0.0 | 13.2 | 60.9 | (19.7) | $54.3 | 2.0 | 99.0 | 10.7 | 55.1 | $166.7 | 57.9 | 60.6 | 61.4 | 63.1 | $243.0 |
| **Net Income** | **($18.5)** | **$0.1** | **($1.7)** | **$4.8** | **($15.3)** | **$17.9** | **$35.7** | **$25.6** | **$16.3** | **$95.4** | **$14.7** | **$16.0** | **$16.2** | **$14.7** | **$61.6** |
| **Fully Diluted Shares (Millions)** | **495.6** | **496.0** | **497.7** | **497.8** | **496.8** | **500.1** | **560.6** | **566.6** | **566.6** | **548.5** | **566.6** | **566.6** | **566.6** | **566.6** | **566.6** |
| **Recurring EPS** | **($0.01)** | **$0.03** | **$0.02** | **$0.04** | **$0.08** | **$0.06** | **$0.09** | **$0.07** | **$0.05** | **$0.28** | **$0.05** | **$0.05** | **$0.05** | **$0.05** | **$0.21** |
| Reported Fully-Diluted EPS | ($0.79) | $0.42 | $1.16 | ($0.97) | ($0.18) | ($0.58) | $1.47 | ($0.39) | $0.05 | $0.55 | $0.05 | $0.05 | $0.05 | $0.05 | $0.21 |
| **Cash Flow Reconciliation:** | | | | | | | | | | | | | | | |
| Net Income | ($18.5) | $0.1 | ($1.7) | $4.8 | ($15.3) | $17.9 | $35.7 | $25.6 | $16.3 | $95.4 | $14.7 | $16.0 | $16.2 | $14.7 | $61.6 |
| D,D & A | 87.0 | 89.5 | 100.3 | 103.5 | 380.2 | 104.2 | 162.6 | 191.7 | 196.3 | 654.7 | 205.1 | 210.9 | 215.8 | 219.9 | 851.7 |
| Capitalized Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capitalized G&A | (9.3) | (9.3) | (9.3) | (9.3) | (37.1) | (10.0) | (10.0) | (10.0) | (10.0) | (40.0) | (10.2) | (10.4) | (10.6) | (10.8) | (41.9) |
| Deferred Taxes | (0.1) | (7.0) | (0.9) | 2.0 | (6.1) | (0.1) | 0.3 | (0.2) | - | (0.0) | - | - | - | - | - |
| **Cash Flow Before Working Capital** | **$59.1** | **$73.3** | **$88.4** | **$101.0** | **$321.8** | **$112.0** | **$188.6** | **$207.0** | **$202.5** | **$710.1** | **$209.6** | **$216.6** | **$221.4** | **$223.8** | **$871.3** |
| **CFPS** | **$0.15** | **$0.18** | **$0.21** | **$0.23** | **$0.76** | **$0.25** | **$0.36** | **$0.39** | **$0.38** | **$1.40** | **$0.39** | **$0.41** | **$0.42** | **$0.42** | **$1.64** |
| **EBITDA Reconciliation:** | | | | | | | | | | | | | | | |
| Cash Flow Before Working Capital | $59.1 | $73.3 | $88.4 | $101.0 | $321.8 | $112.0 | $188.6 | $207.0 | $202.5 | $710.1 | $209.6 | $216.6 | $221.4 | $223.8 | $871.3 |
| Capitalized Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| P & L Interest | 59.4 | 61.7 | 59.0 | 57.4 | 237.6 | 56.1 | 68.6 | 81.9 | 86.5 | 293.1 | 86.6 | 87.1 | 89.2 | 92.3 | 355.3 |
| Preferred dividends | 13.9 | 13.9 | 13.9 | 13.9 | 55.6 | 13.9 | 13.9 | 13.9 | 13.9 | 55.5 | 13.9 | 13.9 | 13.9 | 13.9 | 55.5 |
| Cash Taxes | 0.1 | (0.1) | 1.0 | 0.2 | 1.2 | 0.1 | (0.3) | 0.2 | - | (0.1) | - | - | - | - | - |
| **EBITDA** | **$132.6** | **$148.8** | **$162.2** | **$172.5** | **$616.1** | **$182.0** | **$270.7** | **$303.0** | **$302.9** | **$1,058.6** | **$310.1** | **$317.6** | **$324.5** | **$330.0** | **$1,282.2** |

Note: Recurring net income excludes non-cash (gains)/losses on disposal of assets, debt repurchases, asset impairments and risk management activities.

Source: Company reports and Canaccord Genuity estimates

**Figure 10: Annual operating/income/cash flow ($ in millions, except per share amounts)**

| | 2009A | 2010A | 2011A | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|
| **Production Volume:** | | | | | | | | | |
| Oil/Condensate/NGLs (mbbls) | 2894.0 | 7386.0 | 11830.0 | 17821.7 | 20771.9 | 22887.6 | 23608.2 | 24184.7 | 24645.9 |
| Gas (mmcf) | 87461.0 | 76226.0 | 69306.0 | 93185.3 | 118706.8 | 125745.4 | 126605.4 | 127293.5 | 127843.9 |
| Gas Equiv. (mmcfe) | 104825.0 | 120542.0 | 140286.0 | 200115.6 | 243338.5 | 263070.8 | 268254.6 | 272401.7 | 275719.4 |
| **Production Rate:** | | | | | | | | | |
| Oil/Condensate/NGLs (mbopd) | 7.9 | 20.2 | 32.4 | 48.7 | 56.9 | 62.7 | 64.7 | 66.1 | 67.5 |
| Gas (mmcfpd) | 239.6 | 208.8 | 189.9 | 254.6 | 325.2 | 344.5 | 346.9 | 347.8 | 350.3 |
| Gas Equiv. (mmcfepd) | 287.2 | 330.3 | 384.3 | 546.8 | 666.7 | 720.7 | 734.9 | 744.3 | 755.4 |
| **Price Benchmarks:** | | | | | | | | | |
| WTI Oil ($/bbl) | $61.84 | $79.50 | $95.09 | $94.67 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| HHUB Gas ($/mmbtu) | $3.99 | $4.39 | $4.04 | $2.82 | $4.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| **Realized Prices:** | | | | | | | | | |
| Oil/Condensate/NGLs ($/bbl) | $59.69 | $66.86 | $77.05 | $90.19 | $88.06 | $83.37 | $81.24 | $82.50 | $82.50 |
| Gas ($/mcf) | $7.21 | $5.13 | $3.38 | $2.54 | $3.80 | $4.80 | $4.80 | $4.80 | $4.80 |
| **Revenues:** | | | | | | | | | |
| Oil & Gas | $802.3 | $888.7 | $1,126.3 | $1,867.4 | $2,280.3 | $2,511.7 | $2,525.7 | $2,606.2 | $2,646.9 |
| Drilling/Services | 23.9 | 28.5 | 103.3 | 115.7 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Midstream/Marketing | 86.0 | 100.1 | 66.7 | 41.9 | 64.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| Other | 33.0 | 26.7 | 24.5 | 27.2 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| **Total Revenues** | **$945.2** | **$1,044.0** | **$1,320.8** | **$2,052.2** | **$2,474.3** | **$2,721.7** | **$2,735.7** | **$2,816.2** | **$2,856.9** |
| **Operating Expenses:** | | | | | | | | | |
| Operating | $169.3 | $237.9 | $322.9 | $481.4 | $584.0 | $662.9 | $676.0 | $686.5 | $694.8 |
| Drilling/Services | 30.9 | 22.4 | 65.7 | 65.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| Midstream/Marketing | 78.7 | 90.1 | 66.0 | 40.9 | 62.8 | 78.8 | 78.8 | 78.8 | 78.8 |
| D,D & A | 226.9 | 326.1 | 380.2 | 654.7 | 851.7 | 989.8 | 1009.3 | 1024.9 | 1037.4 |
| G & A | 77.5 | 115.2 | 112.6 | 151.0 | 156.3 | 168.1 | 168.1 | 168.1 | 168.1 |
| Taxes (other than income) | 4.0 | 29.2 | 46.1 | 48.7 | 54.1 | 62.3 | 63.9 | 65.2 | 66.2 |
| Other | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | $587.2 | $820.9 | $993.5 | $1,441.6 | $1,758.9 | $2,011.9 | $2,046.0 | $2,073.4 | $2,095.2 |
| **EBIT** | **$358.0** | **$223.2** | **$327.3** | **$610.6** | **$715.4** | **$709.8** | **$689.7** | **$742.9** | **$761.7** |
| Interest | 180.7 | 243.3 | 237.6 | 293.1 | 355.3 | 399.2 | 448.7 | 481.4 | 530.1 |
| **EBT** | **$177.2** | **($20.1)** | **$89.7** | **$317.6** | **$360.1** | **$310.6** | **$241.0** | **$261.5** | **$231.6** |
| Tax Provision | 1.3 | (1.1) | (4.9) | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Preferred Dividends | 8.8 | 37.4 | 55.6 | 55.5 | 55.5 | 55.5 | 55.5 | 55.5 | 55.5 |
| Noncontrolling Interest | 0.0 | 0.0 | 54.3 | 166.7 | 243.0 | 273.0 | 264.6 | 235.1 | 201.5 |
| **Net Income** | **$167.2** | **($56.5)** | **($15.3)** | **$95.4** | **$61.6** | **($18.0)** | **($79.2)** | **($29.1)** | **($25.4)** |
| **Fully Diluted Shares (Millions)** | **197.7** | **359.2** | **496.8** | **548.5** | **566.6** | **566.6** | **566.6** | **566.6** | **566.6** |
| **Recurring EPS** | **$0.89** | **($0.05)** | **$0.08** | **$0.28** | **$0.21** | **$0.07** | **($0.04)** | **$0.05** | **$0.05** |
| Reported Fully-Diluted EPS | ($10.53) | $0.49 | ($0.18) | $0.55 | $0.21 | $0.07 | ($0.04) | $0.05 | $0.05 |
| **Cash Flow Reconciliation:** | | | | | | | | | |
| Net Income | $167.2 | ($56.5) | ($15.3) | $95.4 | $61.6 | ($18.0) | ($79.2) | ($29.1) | ($25.4) |
| D,D & A | 226.9 | 326.1 | 380.2 | 654.7 | 851.7 | 989.8 | 1,009.3 | 1,024.9 | 1,037.4 |
| Capitalized Interest | - | - | - | - | - | - | - | - | - |
| Capitalized G&A | (22.3) | (28.6) | (37.1) | (40.0) | (41.9) | (45.1) | (45.1) | (45.1) | (45.1) |
| Deferred Taxes | 9.9 | (1.9) | (6.1) | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash Flow Before Working Capital** | **$381.7** | **$239.2** | **$321.8** | **$710.1** | **$871.3** | **$926.8** | **$885.0** | **$950.7** | **$967.0** |
| **CFPS** | **$1.98** | **$0.77** | **$0.76** | **$1.40** | **$1.64** | **$1.73** | **$1.66** | **$1.78** | **$1.80** |
| **EBITDA Reconciliation:** | | | | | | | | | |
| Cash Flow Before Working Capital | $381.7 | $239.2 | $321.8 | $710.1 | $871.3 | $926.8 | $885.0 | $950.7 | $967.0 |
| Capitalized Interest | - | - | - | - | - | - | - | - | - |
| P & L Interest | 180.7 | 243.3 | 237.6 | 293.1 | 355.3 | 399.2 | 448.7 | 481.4 | 530.1 |
| Preferred dividends | 8.8 | 37.4 | 55.6 | 55.5 | 55.5 | 55.5 | 55.5 | 55.5 | 55.5 |
| Cash Taxes | (8.7) | 0.8 | 1.2 | (0.1) | - | - | - | - | - |
| **EBITDA** | **$562.5** | **$520.7** | **$616.1** | **$1,058.6** | **$1,282.2** | **$1,381.5** | **$1,389.3** | **$1,487.7** | **$1,552.6** |

Note: Recurring net income excludes non-cash (gains)/losses on disposal of assets, non-cash compensation, asset impairments and risk management activities.

Source: Company reports and Canaccord Genuity estimates

**Figure 11: Annual balance sheet ($ in millions)**

| | 2009A | 2010A | 2011A | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|
| Assets | | | | | | | | | |
| Current Assets: | | | | | | | | | |
| Cash | $7.9 | $5.9 | $207.7 | $430.7 | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 |
| Accounts Rec. | 105.5 | 146.1 | 206.3 | 319.0 | 349.1 | 372.8 | 374.8 | 385.8 | 391.4 |
| Other | 142.6 | 23.6 | 27.8 | 173.4 | 173.4 | 173.4 | 173.4 | 173.4 | 173.4 |
| **Total Current Assets** | **$256.0** | **$175.6** | **$441.8** | **$923.1** | **$532.5** | **$556.2** | **$558.2** | **$569.2** | **$574.8** |
| | | | | | | | | | |
| Property Plant & Equipment | $6,657.1 | $9,217.6 | $10,181.0 | $13,821.9 | $15,663.8 | $17,643.9 | $19,623.9 | $21,604.0 | $23,584.0 |
| Less D,D&A | (4,223.4) | (4,483.7) | (4,791.5) | (5,364.2) | (6,215.9) | (7,205.7) | (8,215.0) | (9,239.9) | (10,277.3) |
| Net Property, Plant & Equipment | $2,433.6 | $4,733.9 | $5,389.4 | $8,457.7 | $9,447.9 | $10,438.2 | $11,408.9 | $12,364.1 | $13,306.7 |
| | | | | | | | | | |
| Goodwill | $0.0 | $234.4 | $235.4 | $235.4 | $235.4 | $235.4 | $235.4 | $235.4 | $235.4 |
| Other Assets | 90.7 | 87.6 | 152.9 | 185.7 | 185.7 | 185.7 | 185.7 | 185.7 | 185.7 |
| **Total Assets** | **$2,780.3** | **$5,231.4** | **$6,219.6** | **$9,801.9** | **$10,401.5** | **$11,415.5** | **$12,388.2** | **$13,354.4** | **$14,302.6** |
| | | | | | | | | | |
| **Liabilities** | | | | | | | | | |
| Current Liabilities: | | | | | | | | | |
| Accounts Payable | $203.9 | $376.9 | $506.8 | $719.7 | $794.4 | $881.9 | $896.9 | $908.9 | $918.5 |
| Accrued Liabilities | 9.6 | 160.2 | 191.7 | 135.5 | 135.5 | 135.5 | 135.5 | 135.5 | 135.5 |
| **Total Current Liabilities** | **$213.5** | **$537.2** | **$698.4** | **$855.2** | **$929.9** | **$1,017.5** | **$1,032.4** | **$1,044.4** | **$1,054.0** |
| | | | | | | | | | |
| Long-term Debt | $2,578.9 | $2,909.1 | $2,814.2 | $4,315.5 | $4,898.9 | $5,843.3 | $6,880.2 | $7,863.6 | $8,827.6 |
| Deferred Income Taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Long-Term Liabilities | 183.7 | 237.7 | 158.0 | 394.0 | 274.0 | 274.0 | 274.0 | 274.0 | 274.0 |
| | | | | | | | | | |
| **Shareholders Equity** | | | | | | | | | |
| Preferred Stock | $465.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 | $765.0 |
| Common Stock (net of Treasury Stock) | 2,481.8 | 3,772.1 | 4,721.0 | 5,984.5 | 5,984.5 | 5,984.5 | 5,984.5 | 5,984.5 | 5,984.5 |
| Retained Earnings | (3,142.7) | (2,989.6) | (2,937.1) | (2,512.4) | (2,450.9) | (2,468.8) | (2,548.0) | (2,577.2) | (2,602.5) |
| **Total Liabilities and Shareholders Equity** | **$2,780.3** | **$5,231.4** | **$6,219.6** | **$9,801.9** | **$10,401.5** | **$11,415.5** | **$12,388.2** | **$13,354.4** | **$14,302.6** |

Source: Company reports and Canaccord Genuity estimates

**Figure 12: Annual cash flow statement ($ in millions)**

| | 2009A | 2010A | 2011A | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities:** | | | | | | | | | |
| Net Income (Loss) | $167.2 | ($56.5) | ($15.3) | $95.4 | $61.6 | ($18.0) | ($79.2) | ($29.1) | ($25.4) |
| D,D&A/Exploration/Dry Hole | 226.9 | 326.1 | 380.2 | 654.7 | 851.7 | 989.8 | 1,009.3 | 1,024.9 | 1,037.4 |
| Deferred Taxes | 9.9 | (1.9) | (6.1) | (0.0) | - | - | - | - | - |
| Other - net | 93.7 | 269.6 | 27.2 | (201.7) | - | - | - | - | - |
| Accounts Rec. | $3.6 | ($40.6) | ($60.2) | ($112.7) | ($30.1) | ($23.8) | ($1.9) | ($11.0) | ($5.6) |
| Accounts Payable | (162.7) | 173.0 | 129.9 | 212.9 | 74.7 | 87.6 | 15.0 | 12.0 | 9.6 |
| Other - net | (27.1) | (279.6) | 19.7 | 121.7 | (120.0) | - | - | - | - |
| **Net Cash f/Operating Activities** | **$311.6** | **$390.1** | **$475.5** | **$770.3** | **$837.9** | **$1,035.6** | **$943.1** | **$996.7** | **$1,016.0** |
| **Investing Activities:** | | | | | | | | | |
| E&P Capital Expenditures | ($715.2) | ($1,044.4) | ($1,743.6) | ($2,085.7) | ($1,841.9) | ($1,980.1) | ($1,980.1) | ($1,980.1) | ($1,980.1) |
| E&P Acq./Divest. | (531.9) | 66.5 | 824.8 | (414.8) | - | - | - | - | - |
| Other - net | - | 15.1 | (0.0) | - | - | - | - | - | - |
| **Net Cash f/Investing Activities** | **($1,247.1)** | **($962.8)** | **($918.9)** | **($2,500.6)** | **($1,841.9)** | **($1,980.1)** | **($1,980.1)** | **($1,980.1)** | **($1,980.1)** |
| | | | | | | ($944.4) | ($1,036.9) | ($983.3) | ($964.0) |
| **Financing Activities:** | | | | | | | | | |
| Debt | $203.6 | $330.1 | ($94.9) | $1,501.3 | $583.4 | $944.4 | $1,036.9 | $983.3 | $964.0 |
| Equity (includes common dividend) | 274.1 | (50.2) | 740.1 | 451.9 | - | - | - | - | - |
| Preferred Financing/Other | 465.0 | 290.7 | - | - | - | - | - | - | - |
| **Net Cash f/Financing Activities** | **$942.7** | **$570.6** | **$645.2** | **$1,953.2** | **$583.4** | **$944.4** | **$1,036.9** | **$983.3** | **$964.0** |
| Net Increase (Decrease) in Cash | $7.2 | ($2.0) | $201.8 | $223.0 | ($420.7) | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash @ Beginning of Year | 0.6 | 7.9 | 5.9 | 207.7 | 430.7 | 10.0 | 10.0 | 10.0 | 10.0 |
| Cash @ End of Year | 7.9 | 5.9 | 207.7 | 430.7 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 |

Source: Company reports and Canaccord Genuity estimates

**Figure 13: Production/pricing/per unit analysis**

| | 2009A | 2010A | 2011A | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|
| Oil/Condensate Production Volume (mbbls): | | | | | | | | | |
| US | 2,894 | 7,386 | 11,830 | 17,822 | 20,772 | 22,888 | 23,608 | 24,185 | 24,646 |
| Total Oil/Condensate | 2,894 | 7,386 | 11,830 | 17,822 | 20,772 | 22,888 | 23,608 | 24,185 | 24,646 |
| Gas Production Volume (mmcf): | | | | | | | | | |
| US | 87,461 | 76,226 | 69,306 | 93,185 | 118,707 | 125,745 | 126,605 | 127,293 | 127,844 |
| Total Gas | 87,461 | 76,226 | 69,306 | 93,185 | 118,707 | 125,745 | 126,605 | 127,293 | 127,844 |
| Gas Equiv. (mmcfe) | 104,825 | 120,542 | 140,286 | 200,116 | 243,338 | 263,071 | 268,255 | 272,402 | 275,719 |
| Oil/Condensate Production Rate (mbopd): | | | | | | | | | |
| US | 7.9 | 20.2 | 32.4 | 48.7 | 56.9 | 62.7 | 64.7 | 66.1 | 67.5 |
| Total Oil/Condensate | 7.9 | 20.2 | 32.4 | 48.7 | 56.9 | 62.7 | 64.7 | 66.1 | 67.5 |
| Gas Production Rate (mmcfpd): | | | | | | | | | |
| US | 239.6 | 208.8 | 189.9 | 254.6 | 325.2 | 344.5 | 346.9 | 347.8 | 350.3 |
| Total Gas | 239.6 | 208.8 | 189.9 | 254.6 | 325.2 | 344.5 | 346.9 | 347.8 | 350.3 |
| Gas Equiv. (mmcfepd) | 287.2 | 330.3 | 384.3 | 546.8 | 666.7 | 720.7 | 734.9 | 744.3 | 755.4 |
| Price Benchmarks: | | | | | | | | | |
| WTI Oil ($/bbl) | $61.84 | $79.50 | $95.09 | $94.67 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| HHUB Gas ($/mmbtu) | 3.99 | 4.39 | 4.04 | 2.82 | 4.00 | 5.00 | 5.00 | 5.00 | 5.00 |
| Realized Prices: | | | | | | | | | |
| Oil/Condensate/NGLs ($/bbl) | $59.69 | $66.86 | $77.05 | $90.19 | $88.06 | $83.37 | $81.24 | $82.50 | $82.50 |
| Gas ($/mcf) | 7.21 | 5.13 | 3.38 | 2.54 | 3.80 | 4.80 | 4.80 | 4.80 | 4.80 |
| *Per Unit Analysis ($/mcfe)* | | | | | | | | | |
| Oil & Gas Revenue | $7.65 | $7.37 | $8.03 | $9.33 | $9.37 | $9.55 | $9.42 | $9.57 | $9.60 |
| Less: | | | | | | | | | |
| Operating Exp. (1) | $1.65 | $2.22 | $2.63 | $2.65 | $2.62 | $2.76 | $2.76 | $2.76 | $2.76 |
| G&A Exp. (2) | 0.95 | 1.19 | 1.07 | 0.95 | 0.81 | 0.81 | 0.79 | 0.78 | 0.77 |
| Cash Margin | $5.05 | $3.96 | $4.33 | $5.73 | $5.93 | $5.98 | $5.86 | $6.03 | $6.07 |
| Less: | | | | | | | | | |
| D,D&A | $2.16 | $2.71 | $2.71 | $3.27 | $3.50 | $3.76 | $3.76 | $3.76 | $3.76 |
| Gross Profit Margin | $2.88 | $1.26 | $1.62 | $2.46 | $2.43 | $2.22 | $2.10 | $2.26 | $2.30 |

(1) Includes production taxes.

(2) Capitalized overhead.

Source: Company reports and Canaccord Genuity estimates

**Investment risks**

Global crude oil prices are affected by overall supply and demand, political developments worldwide, pricing decisions and production quotas of OPEC and the volatile trading patterns in the commodity futures markets. U.S. natural gas prices are affected by overall supply and demand, seasonal weather patterns and the volatile trading patterns in the commodity futures markets. In periods of sharply lower oil and natural gas prices, a company may curtail capital spending projects. Furthermore, changes in oil and natural gas prices can impact a company's determination of proven reserves and a company's calculation of the standardized measure of discounted future net cash flows relating to oil and natural gas reserves.

E&P companies compete with many other participants in the industry for the resources necessary to explore for and develop oil and gas reserves. These resources include everything from attractive leaseholds to drilling rigs to the human capital necessary to operate machinery at the drill site. These competitive pressures can force oilfield service prices upward, and thereby increase the cost of securing them. Consequently, given a high level of industry activity, a company could experience margin contraction.

The stated quantity and value of a company's oil and natural gas reserves is based on numerous estimates, which are subject to uncertainty. Reserve estimates are projections based on engineering data, the projection of future rates of production and the timing of future expenditures. There can be no assurance that the prices used to compile the estimate of a company's reserves will be realized or that the estimated production volumes will be produced during the periods indicated. Actual future production, natural gas and oil prices, revenues, taxes, development expenditures, operating expenses and the quantities of recoverable natural gas and oil reserves will likely vary from original estimates.

In addition to the substantial risk that wells drilled will not be productive, hazards such as unusual or unexpected geologic formations, pressures, mechanical failures, uncontrollable flows of oil and/or natural gas, pollution and other physical and environmental risks are inherent in oil and natural gas exploration and production. These hazards could result in substantial losses to a company due to injury and/or loss of life, severe damage or destruction of property and equipment and environmental damage. Companies typically carry insurance that they believe is in accordance with customary industry practices. However, as is common in the oil and natural gas industry, a company does not fully insure against all risks associated with its business, either because such insurance is not available, or because it is considered cost prohibitive.

**APPENDIX: IMPORTANT DISCLOSURES**

**Analyst Certification:** Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research.

**Site Visit:** An analyst has visited the issuer's material operations in Oklahoma City, Oklahoma. No payment or reimbursement was received from the issuer for the related travel costs.

**Price Chart:***




| | Date | Analyst | Rating | Target Price | | Date | Analyst | Rating | Target Price |
|---|---|---|---|---|---|---|---|---|---|
| 1) | 01/10/2011 | Gerdes | Hold | 8.00 | 6) | 10/19/2011 | Gerdes | Hold | 9.00 |
| 2) | 02/28/2011 | Gerdes | Hold | 12.00 | 7) | 11/08/2011 | Gerdes | Hold | 8.00 |
| 3) | 04/19/2011 | Gerdes | Hold | 13.00 | 8) | 01/17/2012 | Gerdes | Hold | 7.00 |
| 4) | 05/09/2011 | Gerdes | Hold | 12.00 | 9) | 03/01/2012 | Gerdes | Sell | 6.00 |
| 5) | 08/08/2011 | Gerdes | Hold | 10.00 | 10) | 05/16/2012 | Gerdes | Hold | 6.00 |

*Price charts assume event 1 indicates initiation of coverage or the beginning of the measurement period.

**Distribution of Ratings:**
Global Stock Ratings
(as of 1 October 2012)

| | Coverage Universe | | IB Clients |
|---|---|---|---|
| Rating | # | % | % |
| Buy | 575 | 60.7% | 31.5% |
| Speculative Buy | 63 | 6.7% | 50.8% |
| Hold | 267 | 28.2% | 13.9% |
| Sell | 34 | 3.6% | 5.9% |
| | 947* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System:**

BUY: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.
HOLD: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.
SELL: The stock is expected to generate negative risk-adjusted returns during the next 12 months.
NOT RATED: Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier:** SPECULATIVE: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**Canaccord Genuity Research Disclosures as of 12 November 2012**

| Company | Disclosure |
|---|---|
| SandRidge Energy | 5, 7 |

| | |
|---|---|
| 1 | The relevant issuer currently is, or in the past 12 months was, a client of Canaccord Genuity or its affiliated companies. During this period, Canaccord Genuity or its affiliated companies provided the following services to the relevant issuer:<br>A. investment banking services.<br>B. non-investment banking securities-related services.<br>C. non-securities related services. |
| 2 | In the past 12 months, Canaccord Genuity or its affiliated companies have received compensation for Corporate Finance/Investment Banking services from the relevant issuer. |
| 3 | In the past 12 months, Canaccord Genuity or any of its affiliated companies have been lead manager, co-lead manager or co-manager of a public offering of securities of the relevant issuer or any publicly disclosed offer of securities of the relevant issuer or in any related derivatives. |
| 4 | Canaccord Genuity acts as corporate broker for the relevant issuer and/or Canaccord Genuity or any of its affiliated companies may have an agreement with the relevant issuer relating to the provision of Corporate Finance/Investment Banking services. |
| 5 | Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of the relevant issuer or in any related derivatives. |
| 6 | In the past 12 months, Canaccord Genuity, its partners, affiliated companies, officers or directors, or any authoring analyst involved in the preparation of this research has provided services to the relevant issuer for remuneration, other than normal course investment advisory or trade execution services. |
| 7 | Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Corporate Finance/Investment Banking services from the relevant issuer in the next six months. |
| 8 | The authoring analyst, a member of the authoring analyst's household, or any individual directly involved in the preparation of this research, has a long position in the shares or derivatives, or has any other financial interest in the relevant issuer, the value of which increases as the value of the underlying equity increases. |
| 9 | The authoring analyst, a member of the authoring analyst's household, or any individual directly involved in the preparation of this research, has a short position in the shares or derivatives, or has any other financial interest in the relevant issuer, the value of which increases as the value of the underlying equity decreases. |
| 10 | Those persons identified as the author(s) of this research, or any individual involved in the preparation of this research, have purchased/received shares in the relevant issuer prior to a public offering of those shares, and such person's name and details are disclosed above. |
| 11 | A partner, director, officer, employee or agent of Canaccord Genuity or its affiliated companies, or a member of his/her household, is an officer, or director, or serves as an advisor or board member of the relevant issuer and/or one of its subsidiaries, and such person's name is disclosed above. |
| 12 | As of the month end immediately preceding the date of publication of this research, or the prior month end if publication is within 10 days following a month end, Canaccord Genuity or its affiliated companies, in the aggregate, beneficially owned 1% or more of any class of the total issued share capital or other common equity securities of the relevant issuer or held any other financial interests in the relevant issuer which are significant in relation to the research (as disclosed above). |
| 13 | As of the month end immediately preceding the date of publication of this research, or the prior month end if publication is within 10 days following a month end, the relevant issuer owned 1% or more of any class of the total issued share capital in Canaccord Genuity or any of its affiliated companies. |
| 14 | Other specific disclosures as described above. |

"Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Financial Inc., including Canaccord Genuity Inc., Canaccord Genuity Limited, Canaccord Genuity Securities LLC, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 50%-owned by Canaccord Financial Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity Inc., a US broker-dealer with principal offices located in Boston, New York, San Francisco and Houston or Canaccord Genuity Securities LLC, a US broker-dealer with principal offices located in New York or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London and Edinburgh (UK), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

In the event that this is compendium research (covering six or more relevant issuers), Canaccord Genuity and

its affiliated companies may choose to provide by reference specific disclosures of the subject companies or its policies and procedures regarding the dissemination of research. To access this material or for more information, please refer to http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx or send a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2 or disclosures@canaccordgenuity.com.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Corporate Finance/Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Corporate Finance/Investment Banking activities, or to recommendations contained in the research.

Canaccord Genuity and its affiliated companies may have a Corporate Finance/Investment Banking or other relationship with the issuer that is the subject of this research and may trade in any of the designated investments mentioned herein either for their own account or the accounts of their customers, in good faith or in the normal course of market making. Accordingly, Canaccord Genuity or their affiliated companies, principals or employees (other than the authoring analyst(s) who prepared this research) may at any time have a long or short position in any such designated investments, related designated investments or in options, futures or other derivative instruments based thereon.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

Canaccord Genuity's salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our proprietary trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Residents:**

Canaccord Genuity Inc. and Canaccord Genuity Securities LLC, US registered broker-dealers, accept responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Inc. or Canaccord Genuity Securities LLC. Analyst(s) preparing this report that are not employed by Canaccord Genuity Inc. or Canaccord Genuity Securities LLC are resident outside the United States and are not associated persons or employees of any US regulated broker-dealer. Such analyst(s) may not be subject to Rule 2711 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Services Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the

communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Services Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Collins Stewart (CI) Limited ("CSCI") for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CSCI for circulation to its institutional clients and also CSCI. Its contents have been approved by CSCI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CSCI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CSCI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CSCI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Financial Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited. Canaccord Wealth Management is a division of Canaccord Genuity Limited.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2012. – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited 2012. – Member LSE, authorized and regulated by the Financial Services Authority.

Copyright © Canaccord Genuity Inc. 2012. – Member FINRA/SIPC

Copyright © Canaccord Genuity Securities LLC 2012. – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited 2012. – Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity Inc., Canaccord Genuity Securities LLC or Canaccord Financial Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.