# EXHIBIT 89

**June - July 2011**

| County | PES* Oil EUR (kbbls) | PES* Hydrocarbon EUR (kBOE) | | TPH** Oil EUR (kbbls) | TPH** Hydrocarbon EUR (kBOE) | Wells |
|---|---|---|---|---|---|---|
| **Woods** | 201 | 382 | | 210 | 371 | 23 |
| **Alfalfa** | 112 | 277 | | 126 | 265 | 47 |
| **Grant** | 76 | 165 | | 90 | 173 | 18 |
| **Average** | 128 | 282 | | 141 | 274 | |

*PINN-0013909

**SD-Securities-0455575

Crane Rpt. at 38.