# EXHIBIT 90

| Category | Units | Sandridge 2011 Type Well* | NSAI Year End 2011 Reserve Report PDP Wells** | Crane MidYear 2011 Eval | TPH June 2011*** | PES July 2011**** | Sandridge 10/13 Lookback***** Pre2012 Wells Only |
|---|---|---|---|---|---|---|---|
| **Average Oil EUR** | kbbls | 211 | 166 | 89 | 141 | 128 | 76 |
| **Average Total Hydrocarbon EUR** | kBOEs | 409 | 371 | 231 | 274 | 282 | 240 |

*Sandridge 2011 Investor / Analyst Meeting; Mar 1 2011
**SD-SECURITIES-0005586
***SD-Securities-0455575
****PINN-0013909
*****SD-Securities-0532825

Crane Rpt., at 5