# EXHIBIT 92

# Misstatement Chart

Below is a sample of the false and misleading statements Defendants made during the Class Period
All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| | | **Section A: Type Curve Misstatements. *See* Opposition §§V(B)(1)** |
| 1 | 2/28/11<br><br>2010 Annual Report<br><br>¶164 | Defendants falsely claimed they have "***an exceptional platform of conventional assets with predictable production curves that we are able to drill at a low cost, resulting in high rates of return.***" |
| 2 | 3/1/11<br><br>Investor Conference<br><br>¶166 | Defendants gave a PowerPoint presentation which promoted the ***"high rate of return"*** for horizontal Mississippian wells. In particular, the presentation indicated that production from the Company's horizontal Mississippian ***type well results in oil of "211 Mbbl (100% Crude)" and total production of "409 Total Mboe,"*** equating to a liquid fraction of 52% oil and 48% gas. It also claimed that the ***Mississippian play would provide a 120% rate of return.*** |
| 3 | 4/12/11<br><br>IPAA 2011 Oil and Gas Investment Symposium<br><br>¶181 | Defendants gave a PowerPoint presentation which discussed the ***"high rate of return"*** for the Mississippian play and that production from SandRidge's horizontal Mississippian ***type well results in oil of "211 Mbbl (100% Crude)" and total production of "409 Total Mboe,"*** resulting in a liquid fraction of 52% oil and 48% gas. |
| 4 | 6/3/11<br><br>Annual Shareholders Meeting & 6/6/11 RBC Capital Markets 2011 Energy and Power Conference<br><br>¶196 | Defendants represented in a PowerPoint presentation that production from its horizontal Mississippian type well results in ***oil of "211 Mbbl (100% Crude)" and total production of "409 Total Mboe," which equates to 52% oil and 48% gas.***<br><br>Defendants made the same representations concerning the Mississippian wells, including the gas-to-oil ratio, in PowerPoint presentations during a 6/6/11 RBC Capital Markets 2011 Energy and Power Conference and a 6/14/11 Investor Presentation. |

**Misstatement Chart**

Below is a sample of the false and misleading statements Defendants made during the Class Period
All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| 5 | 8/5/11<br><br>Earnings Call<br><br>¶202 | Defendants provided a PowerPoint presentation which continued to report ***"409 Total Mboe***," "211 Mbbl," and 52% crude oil. The presentation further reported a ***rate of return of 94% in the Mississippian play.*** |
| 6 | 11/11/11<br><br>Trust I Earnings Call<br><br>¶217 | **Analyst:**<br>"Okay. All right, and then I wanted to confirm with the gas production being higher than anticipated that liquids as a percent of total has remained the same."<br><br>**Defendant Grubb:**<br>"Yes. That's correct. Gas did out produce our forecast for gas production and our liquids is -- we produced more liquids because overall the well performed better and we drilled higher net revenue interest wells in addition to more wells. ***However, on a type curve basis the liquids were roughly on trend."*** |
| 7 | 11/16/11<br><br>Bank of America-Merrill Lynch - Global Energy Conference<br><br>¶219 | Defendants gave a PowerPoint presentation which continued to represent that ***oil production from the Company's horizontal Mississippian type well was "211 Mbbl" and total production of "409 Total Mboe," resulting in a GOR of 52% oil and 48% gas.*** |
| 8 | 1/10/12<br><br>Goldman Sachs Global Energy Conference Presentation<br><br>¶¶221-22 | Defendants began representing the average ***EUR*** per well of their typical horizontal well in the Mississippian play as 456 MBOE, consisting of 204 Mbbl of oil and 1,512 MMscf of gas. |

# Misstatement Chart

Below is a sample of the false and misleading statements Defendants made during the Class Period
All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| 9 | 2/17/12<br><br>Trust I Earnings Call<br><br>¶231 | **Analyst:**<br>"Okay, great. And the other thing, it seems like your recent wells have had a higher gas weighting than I think 55% is what you're kind of forecast. Are you -- do you agree with that? Is that what you're seeing? Or are you just then maybe drilling in a gassier weighted part of the field? Or how should I think about that?"<br><br>**Defendant Ward:**<br>"No, you know, we do agree with that. I think the wells overall in the play appears to be gassier than what we initially projected. ***The important thing is to know that that's not the – at the expense of oil. The oil is coming in on target. And they're just making more gas."*** |
| 10 | 3/12/12<br><br>2011 Annual Report<br><br>¶242 | In an introductory letter (the "2012 Shareholder Letter"), Defendant Ward addressed oil production in the Mississippian play, stating in pertinent part, as follows:<br>"An ***average horizontal well*** costs $3.2 million to drill, ***produces*** 456 thousand barrels of oil equivalent (Mboe) and provides and ***internal rate of return*** of approximately 98 percent.... Because of *its* ***exceptional economics***, our Mississippian acreage has been a ***remarkable source of value creation for the company."*** |
| 11 | 5/4/12<br><br>Earnings Call<br><br>¶¶139, 260-61 | **Analyst:**<br>"Okay, and one last question, I don't know if Matt wants to take it, but there is some talk of potential ***eventual decline*** in the B factor given more results over time? I was just wondering given some of the well results you've announced and more time under your belt, if there's any thought about adjusting the ***type curves***?"<br><br>**Defendant Grubb:**<br>"Really, we're not looking at adjusting ***type curve*** now. We'll probably do it here at the end of the year. But right now everything looks to be on track with what we have ***modeled*** to the 456,000 barrels EUR. We'll look at it again at the end of the year and see how everything's declining and then make a decision at that time."<br><br>Defendants also provided a PowerPoint presentation to investors, which maintained that production from its horizontal Mississippian ***type well*** remained steady at '204 Mbbl (100% Crude)' and ***total production*** of '456 Total Mboe' – a liquid fraction of 45% oil and 55% gas." |

**Misstatement Chart**

Below is a sample of the false and misleading statements Defendants made during the Class Period
All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| 12 | 8/14/12<br><br>EnerCom Inc. Oil & Gas Conference<br><br>¶279 | Defendant Ward provided PowerPoint slides which continued to claim that the liquid fraction for the Mississippian ***type curve*** was 45% oil and 55% gas as a result of production numbers of "204 Mbbl (100% Crude)" and "456 ***Total Mboe***." |
| 13 | 9/5/12<br><br>Barclays CEO Energy/Power Conference<br><br>¶281 | Defendant Ward gave a PowerPoint presentation which maintained that production from the Mississippian ***type well*** was 45% oil and 55% gas as a result of production numbers of "204 Mbbl (100% Crude)" and "456 ***Total Mboe***." |
| **<u>Section B</u>: Production and Reserves Misstatements. *See* Opposition §§V(B)(1).** | | |
| 14 | 8/4/11<br><br>Form 8-K<br><br>¶199 | **Defendant Ward:**<br>"We are pleased to announce the joint venture with Atinum Partners on our Mississippian project ***where results continue to meet or exceed our expectations.***" |
| 15 | 11/4/11<br><br>Earnings Call<br><br>¶212 | Defendant Grubb discussed the Company's production, stating in pertinent part, as follows:<br>"Partially making up for the slower growth rate in the Permian over the last few months is the performance in the Mid-Continent region. ***Driven by the success*** of our Mississippian drilling program, we ***project to exceed our year-end production target*** for the Mid-Continent region by about 260,000 barrels of oil equivalent. ***The Mississippian program has performed beyond our expectations***, and 30-day IPs have come in better than the ***type curve*** that was generated at year-end 2010." |

**Misstatement Chart**

Below is a sample of the false and misleading statements Defendants made during the Class Period

All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| 16 | 2/7/12<br><br>Credit Suisse Energy Summit<br><br>¶228 | **Defendant Ward:**<br>***"Our performance in the Mississippian has continued to improve***. So in the — when we first started in 2010, we ***anticipated*** a well making about 250,000 barrels of oil equivalent. In 2010, then — at year-end 2010, we had 37 wells drilled and we had a ***type curve*** of 409,000 barrels per well equivalent and that averaged first 30-day IP of 244 barrels equivalent a day. In 2000 — at the end of 2011, we've now moved up to 456 Mboe and that has a 275 barrel a day equivalent first 30-day production.<br><br>***<br><br>***So what makes Mississippian a great play? It is scale, very high internal rates of return, but one of the keys to everything we do is to know the reservoir ... we are drilling from reservoirs that have been drilled for decades and we understand those reservoirs*** and we have teams of people that understand those reservoirs and we believe there is much less risk in dealing in traditional zones that have nanodarcies to darcies of permeability or excuse me— millidarcies to darcies of permeability rather than nanodarcies." |
| 17 | 2/23/12<br><br>Press Release<br><br>¶234 | The Company reported that during 4Q11, ***oil production had increased 26% "mainly due to continued development of the company's oil properties in the Mississippian play and Permian Basin."*** It also noted that, for fiscal year 2011, oil production had increased 60% "mainly due to oil production added as a result of the company's drilling programs in the Mississippian play and Permian Basin." |
| 18 | 5/3/12<br><br>Press Release<br><br>¶255 | The Company highlighted that "Mississippian daily average production grew by 23% quarter over quarter" and "[r]ecord oil production in first quarter of 3.4 MMBbls." |

**Misstatement Chart**

Below is a sample of the false and misleading statements Defendants made during the Class Period
All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| 19 | 5/4/12<br><br>Earnings Call<br><br>¶257 | **Defendant Ward:**<br>"Our ***type curve***, ***EUR***, of 456,000 barrels equivalent has an average peak 30-day rate of 275 barrels of oil equivalent per day. ***However, we do have prolific success stories.*** One well we recently completed in Alfalfa County, Oklahoma averaged more than 2,200 barrels of oil equivalent per day at 92% oil and is calculated to be the third highest, 30-day rate oil well drilled in the United States in the last three years.<br><br>***<br><br>However, we have chosen to not only discuss our best wells, but the nearly 300 wells we drilled across the more than 150 miles from Comanche County, Kansas to Noble County, Oklahoma. ***A well that averages only 244 barrels of oil equivalent per day, which is what our type curve was at the end of 2010, would have a rate of return of more than 80%.*** A well that averages 310 barrels of oil equivalent per day during a 30-day peak rate will have a ***rate of return*** of over 125%. We are very happy with both of these outcomes or really any in between, because even at the low end of the range, we can meet our three-year goal of tripling EBITDA, doubling oil production, and improving our credit metrics.<br><br>***<br><br>Our production in the Mississippian averaged 19,300 barrels of oil equivalent per day for the first quarter, but is currently over 26,000 barrels of oil equivalent per day. Our Miss production has grown from a standing start in 2010 to the 26,000 barrels of oil equivalent per day, level with only an average of 14 rigs. ***You can imagine the growth we plan to have with 45 rigs running by the end of 2013."*** |
| 20 | 5/11/12<br><br>Earnings Call<br><br>¶266 | **Defendant Ward:**<br>"We continue to be very pleased with the Trust performance ***and the performance of the Mississippian play*** which in our opinion continues to have the ***highest rate of return drilling*** in the United States." |

# Misstatement Chart

Below is a sample of the false and misleading statements Defendants made during the Class Period
All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| 21 | 8/2/12<br><br>Press Release<br><br>¶¶268, 271 | The Company highlighted certain items, including a statement that ***the "Mississippian daily average production grew 31% quarter over quarter and 199% from the comparable period in 2011."***<br><br>With respect to the Company's drilling activities, the Company discussed the Mississippian Play, stating in pertinent part, as follows:<br>"During the second quarter of 2012, SandRidge drilled 91 horizontal wells: 71 in Oklahoma and 20 in Kansas. This brings the total horizontal wells drilled during the first half of the year to 159 wells. ...SandRidge has an inventory of approximately 8,000 drilling locations on approximately 1.7 million net acres.<br>The release also stated ***"Oil production increased 65% to 4.6 MMBbls from second quarter 2011 production of 2.8 MMBbls mainly due to continued development of the company's properties in the Mississippian play[.]"***<br><br>The Press Release also stated that the Company's "production guidance increase reflects current year acquisitions, divestitures, and ***better than expected performance from the company's core assets***." |
| **<u>Section C</u>: Misstatements about the Amount of Oil Relative to Gas. *See* Opposition §V(B)(2).** | | |
| 22 | 2/24/11<br><br>Press Release<br><br>¶155 | Defendant Ward emphasized the Company's transition from a primarily natural gas producing company to a primarily oil producing company, stating: "[w]e are now seeing the value of our ***transformation to oil*** … Our oil reserves have more than doubled from year end 2009 … We … expect oil sales to generate about 80% of our revenues in 2011." |
| 23 | 2/28/11<br><br>2010 Annual Report<br><br>¶¶164-65 | Defendant Ward stressed the Company's successful completion of its transformation to a primarily oil company, stating in pertinent part, in an introductory letter (the "2011 Shareholder Letter") to the 2010 Annual Report: "[i]n 2010, SandRidge Energy ***successfully completed its transformation*** from a company that was focus primarily on natural gas…to one that will derive approximately 80 percent of its 2011 revenues from oil," and that SandRidge would "dedicate essentially all of its 2011 drilling budget to oil." |

**Misstatement Chart**

Below is a sample of the false and misleading statements Defendants made during the Class Period
All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| 24 | 3/7/11<br><br>Raymond James Institutional Investors Conference Presentation<br><br>¶168 | Defendant Grubb discussed, among other things, the Mississippian play and its ***"high rate of return."*** He also discussed the metrics for that area, stating in pertinent part, as follows:<br>"The metric on the Mississippi is we have 3,400 potential locations, that was at the 780,000-acre range. So, it's quite a bit more now. If you're looking at 409,000 barrels of oil equivalent, this is a third-party ***reserves consultant estimate***, of which about ***half of it is crude oil and half of it is gas*** … At the current strip is about ***120% rate of return***." |
| 25 | 9/5/12<br><br>Barclays CEO Energy/Power Conference<br><br>¶281 | Defendant Ward provided figures of "204 Mbbl (100% Crude)" and "456 Total Mboe." |
| **<u>Section D</u>: Misstatements about the Geology and Consistency of the Mississippian. *See* Opposition §V(B)(3).** | | |
| 26 | 4/7/11<br><br>Trust I Prospectus<br><br>¶175 | The Trust I Prospectus stated, in pertinent part, as follows:<br>"Well control and vertical drilling and production history significantly reduce drilling, reserve recovery and production decline risk. ***The Mississippian formation's geology is well understood*** as a result of the thousands of vertical wells drilled and produced there since the 1940s, including 123 vertical wells drilled on the Underlying Properties. With data from the vertical wells that have been drilled, ***SandRidge and other operators in the region have gained a thorough understanding of how to best identify the location of productive reservoirs and potential horizontal well bore paths, the permeability and porosity of the underlying rock properties and the amount and percentage mix of recoverable oil and gas.*** With this and other data derived from the vertical history, operators have been able to apply modern drilling technologies to determine more efficient ways to drill, complete and generate production from wells in the formation.<br><br>*** |

**Misstatement Chart**

Below is a sample of the false and misleading statements Defendants made during the Class Period
All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| | | [D]irect measurement from other producing wells has also been used to ***confirm consistency in reservoir properties such as porosity, thickness and stratigraphic conformity."*** |
| 27 | 2/7/12<br><br>Credit Suisse Energy Summit<br><br>¶228 | **Defendant Ward:**<br>"[W]e have not identified one particular area that is tremendously better than other areas … [b]ut what we do know is that we can consistently make very high rates of return." |
| 28 | 3/12/12<br><br>2011 Annual Report<br><br>¶¶241-42 | Defendant Ward wrote an introductory letter (the "2012 Shareholder Letter") to SandRidge shareholders which stated, in pertinent part, as follows:<br>"Upon completing our ***transformation from natural gas to oil*** in 2010, we took additional bold measures in 2011 to further ensure our ability to deliver increased shareholder value in 2012 and beyond. We have purchased $400 million of leases in the Mississippian Oil Play, which stretches from northern Oklahoma to western Kansas, securing two million acres in an area ***we believe generates the highest rate of return for horizontal drilling in the U.S. today and will be the primary driver of growth for the company going forward."*** |
| 29 | 4/17/12<br><br>Trust II Prospectus<br><br>¶250 | The Trust II Prospectus stated, in pertinent part, as follows:<br>"The Underlying Properties are located in northern Oklahoma and southern Kansas in the Mississippian formation, which is an expansive carbonate hydrocarbon system located on the Anadarko Shelf…. The ***formation's geology is well understood*** as a result of the thousands of vertical wells drilled and produced there since the 1940s, including approximately 73 vertical wells drilled on the Underlying Properties, and over 400 horizontal wells drilled in the region in the Mississippian formation." |

# Misstatement Chart

Below is a sample of the false and misleading statements Defendants made during the Class Period
All ¶ references are to the TAC and all § references are to Plaintiffs' Omnibus Opposition Brief ("Opposition")

| # | Date & Source | Misstatement(s) |
|---|---|---|
| 30 | 5/4/12<br><br>Earnings Call<br><br>¶257 | **Defendant Ward:**<br>"We have started our first two wells in the extension portion of our Mississippian Play. ***Like the original Mississippian, we expect to have a statistical combination of good and not as good wells. However, this is still a play that, in the long-term, will provide excellent returns for the Company and our investors.*** Just a reminder that we had over 7,000 vertical wells to tell us where to buy acreage and it's the same formation with the same trapping mechanism that we're drilling in the original play. Therefore, ***we believe the risk is low***, but we'll know much more by the end of the year as we drill our first 50 wells in western Kansas." |