**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-1341-G |
| This Document Relates To: ALL ACTIONS. | |

**DECLARATION OF MARK P. GIMBEL IN SUPPORT OF DEFENDANTS JAMES BENNETT'S AND MATTHEW GRUBB'S REPLY IN SUPPORT OF SUMMARY JUDGMENT**

I, Mark P. Gimbel, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Covington & Burling LLP, which serves as counsel to Defendants James Bennett and Matthew Grubb in this action. I have been admitted pro hac vice in this action.

2. I provide this declaration to submit certain exhibits cited in Defendants James Bennett's and Matthew Grubb's Reply Memorandum of Law in Support of their Motion for Summary Judgment.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript for the March 1, 2011, SandRidge Energy, Inc. Investor & Analyst Meeting, bates stamped SD-SECURITIES-0003097

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition of David Lawler, taken on February 21 and 22, 2019

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition of Kyle Koontz, taken on March 7, 2019.

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition of Tom Ward, taken on March 28 and 29, 2019

7. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition of Rodney Johnson, taken on March 14 and 15, 2019.

8. Attached as Exhibit 6 is a true and correct copy of the Netherland Sewell, Schlumberger, Lee Keeling, and Ryder Scott Reserve Reports for Chesapeake Energy Corp., filed with the Form 10-K for Chesapeake Energy Corp. for the fiscal year ending December 31, 2011.

9. Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition of David Miller, taken on December 12 and 13, 2018.

10. Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition of Lindsey Walton, taken on January 31, 2019.

11. Attached as Exhibit 9 is a true and correct copy of excerpts from the deposition of Lance Galvin, taken on January 8 and 9, 2019.

12. Attached as Exhibit 10 is a true and correct copy of the excerpts from the deposition of Paul Stark, taken on February 8, 2019.

13. Attached as Exhibit 11 is an appendix compiling Mr. Grubb's and Mr. Bennett's statements of undisputed material facts and Plaintiffs' responses thereto.

Executed on September 22, 2020 in New York, New York.

*/s/ Mark P. Gimbel*
Mark P. Gimbel