**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | |
| This Document Relates to:<br><br>ALL ACTIONS. | Case No. 12-cv-01341-G |

**DECLARATION OF STEPHEN P. BARRY IN SUPPORT OF THE REPLY IN SUPPORT OF DEFENDANTS' DAUBERT MOTION TO EXCLUDE THE TESTIMONY OF PROPOSED EXPERT WITNESS STEVEN D. CRANE**

I, Stephen P. Barry, do declare and state as follows:

1. I am an associate at the law firm of Latham & Watkins LLP, counsel to Defendant Tom L. Ward in the above-captioned case. I am licensed to practice law in the District of Columbia and Virginia, and am admitted *pro hac vice* to this Court. I have personal knowledge of the facts stated in this declaration.

2. I submit this declaration to submit certain exhibits cited in Defendants Tom L. Ward, Matthew K. Grubb, James D. Bennett, and nominal Defendant SandRidge, Energy, Inc.'s concurrently filed Reply in Support of Defendants' *Daubert* Motion to Exclude the Testimony of Proposed Expert Witness Steven D. Crane and Memorandum in Support.

3. Attached hereto as **Reply Exhibit 1** is a true and correct copy of the article by M. Paryani, M. Ahmadi, O. Awoleke, C. Hanks, *Decline Curve Analysis: A Comparative Study of Proposed Models Using Improved Residual Functions*, JOURNAL

OF PETROLEUM & ENVIRONMENTAL BIOTECHNOLOGY 9: 362 (2018).

4. Attached hereto as **Reply Exhibit 2** is a true and correct copy of the article by F. Van Cauter, *Predicting Decline in Unconventional Reservoirs Using Analytical and Empirical Methods*, IMPERIAL COLLEGE LONDON, DEPARTMENT OF EARTH SCIENCE AND ENGINEERING, CENTRE FOR PETROLEUM STUDIES (Sept. 2013).

5. Attached hereto as **Reply Exhibit 3** is a true and correct copy of the article by R. McNeil, O. Jeje, A. Renaud, *Application of the Power Law Loss-Ratio Method of Decline Analysis*, CANADIAN INTERNATIONAL PETROLEUM CONFERENCE (June 16-18, 2009).

6. Attached hereto as **Reply Exhibit 4** is a true and correct copy of the Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information Approved by the SPE Board in June 2001.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and abilities.

Executed this 22nd day of September 2020.

*s/ Stephen P. Barry*

Stephen P. Barry *(admitted pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: stephen.barry@lw.com

*Attorney for Defendant Tom L. Ward*