# EXHIBIT 2

**IMPERIAL COLLEGE LONDON**

**Department of Earth Science and Engineering**

**Centre for Petroleum Studies**

# Predicting Decline in Unconventional Reservoirs Using Analytical and Empirical Methods

by

Frederik Van Cauter

**A report submitted in partial fulfillment of the requirements for the MSc and/or the DIC**

**September 2013**

## DECLARATION OF OWN WORK

*I declare that this thesis*

*Predicting Decline in Unconventional Reservoirs Using Analytical and Empirical Methods*

*is entirely my own work and that where any material could be construed as the work of others, it is fully cited and referenced, and/or with appropriate acknowledgement given.*

Signature:

Name of student: Frederik Van Cauter

Name of supervisors: Chris Burns (Baker Hughes), Prof. Alain Gringarten (Imperial College London)

## ABSTRACT

Unconventional resources are experiencing boom development in North America and beyond, with an urgent need for quick, reliable production forecasts. Grouped decline analysis has been used for decades in the conventional space. For unconventionals, just enough production history is available to show that this method in its traditional form (Arps) is often inadequate, and that a better model is needed. Several new models and adaptations have been proposed in the last few years.

In this study we look at plays with some of the longest production histories. We determine which models meet the following three criteria: they accurately forecast the latest production data, they are in agreement with the prediction from an analytical reservoir model, and they are justified by decline-analysis diagnostics. Specifically, we compare the (Modified) Hyperbolic and (Modified) Duong models for one group of wells in each of the Barnett, Woodford, Jonah and Bakken plays. We suggest specific models to use depending on the play and on the amount of available production history. We propose terminal decline rates that are significantly higher than the 5% figure often used in the industry.

## ACKNOWLEDGEMENTS

I would like to thank Baker Hughes for their technical and logistical support.

In particular, I would like to thank Chris Burns for volunteering to guide me through this project, and for sharing his wealth of expertise along the way.

# TABLE OF CONTENTS

DECLARATION OF OWN WORK ..... i
ABSTRACT ..... ii
ACKNOWLEDGEMENTS ..... iii
Introduction ..... 1
Methodology ..... 3
  Geology and Completion Practices ..... 3
  Analytical Model ..... 4
  DCA diagnostics ..... 5
Barnett – Results: ..... 5
Barnett – Interpretation: ..... 7
Jonah – Interpretation: ..... 7
Jonah – Results: ..... 8
Woodford – Results: ..... 9
Woodford – Interpretation: ..... 10
Bakken – Interpretation: ..... 10
Bakken – Results: ..... 11
DCA Sensitivity to Incremental Production History: ..... 12
Conclusions ..... 13
Nomenclature ..... 13
References ..... 13
APPENDIX A – LITERATURE REVIEW ..... 15
APPENDIX B – TYPE WELL CREATION ..... 20
APPENDIX C – WELL & RESERVOIR CHARACTERISTICS ..... 21
APPENDIX D – DCA HINDCASTS ..... 23
APPENDIX E – ADDITIONAL ANALYSES ..... 32
APPENDIX F – ANALYTICAL MODEL HISTORY MATCHES AND CROSS-CHECKS ..... 33

# LIST OF FIGURES

Figure 1 – Flow regimes in analytical simulation of Marcellus well ....3
Figure 2 – EFR analytical model of Barnett type well (plan view)....4
Figure 3 – DCA diagnostics (Barnett)....5
Figure 4 – Forecasts after 8.6 years of production history (Barnett)....6
Figure 5 – Hindcasts after 4 years of production history (Barnett) ....6
Figure 6 – DCA diagnostics (Jonah) ....8
Figure 7 – Forecasts after 11.6 years of production history (Jonah) ....8
Figure 8 – DCA diagnostics (Woodford)....9
Figure 9 – Forecasts after 5.7 years of production history (Woodford) ....9
Figure 10 – DCA diagnostics (Bakken) ....11
Figure 11 – Forecast after 5.7 years (Bakken) ....11
Figure 12 – EUR20 for different models, plays, and production histories....12
Figure B.1 – Map of Barnett, Woodford, Bakken and Jonah wells (top left to bottom right)....20
Figure B.2 – Distribution of total cumulative production for 35 Barnett wells....20
Figure D.1 – Hindcasts after 1 year of production history (Barnett)....23
Figure D.2 – Hindcasts after 2 years (Barnett)....23
Figure D.3 – Hindcasts after 4 years (Barnett)....24
Figure D.4 – Hindcasts after 6 years (Barnett)....24
Figure D.5 – Forecasts after 8.6 years (Barnett) ....25
Figure D.6 – Hindcasts after 1 year (Jonah)....25
Figure D.7 – Hindcasts after 2.5 years (Jonah) ....26
Figure D.8 – Hindcasts after 5 years (Jonah) ....26
Figure D.9 – Hindcasts after 8 years (Jonah) ....27
Figure D.10 – Forecasts after 11.6 years (Jonah)....27
Figure D.11 – Hindcasts after 1 year (Woodford)....28
Figure D.12 – Hindcasts after 2 years (Woodford) ....28
Figure D.13 – Hindcasts after 4 years (Woodford) ....29
Figure D.14 – Forecasts after 5.7 years (Woodford)....29
Figure D.15 – Hindcasts after 1 year (Bakken)....30
Figure D.16 – Hindcasts after 2 years (Bakken) ....30
Figure D.17 – Hindcasts after 4 years (Bakken) ....31
Figure D.18 – Forecast after 5.7 years (Bakken)....31
Figure E.1 – Jonah real-time plot shows signature of network pressure drop....32
Figure E.2 – Estimating Barnett type curve FTP from individual-well FTP measurements....32
Figure F.1 – History match (Barnett) ....33
Figure F.2 – History match (Woodford) ....33
Figure F.3 – History match (Bakken)....34

# LIST OF TABLES

Table 1 – Type well selection ....3
Table 2 – Analytical-model inputs (summarised from Appendix C) ....4
Table 3 – Suggested DCA models, by amount of production history (comparison plots in Appendix D)....10
Table A.1 – Literature milestones in DCA for unconventionals....15
Table C.1 – Type well characteristics (Barnett)....21
Table C.2 – Type well characteristics (Jonah) ....21
Table C.3 – Type well characteristics (Woodford) ....22
Table C.4 – Type well characteristics (Bakken) ....22

Imperial College
London

# Predicting Decline in Unconventional Reservoirs Using Empirical and Analytical Methods

Frederik Van Cauter

Supervisors: Chris Burns (Baker Hughes), Prof. Alain Gringarten (Imperial College London)

## Abstract

Unconventional resources are experiencing boom development in North America and beyond, with an urgent need for quick, reliable production forecasts. Grouped decline analysis has been widely used for decades in the conventional space. For unconventionals, just enough production history is available to show that this method in its traditional form (Arps) is often inadequate, and that a better model is needed. Several new models and adaptations have been proposed in the last few years.

In this study we look at plays with some of the longest production histories. We determine which models meet the following three criteria: accurately forecast the latest production data, be in agreement with the prediction from an analytical reservoir model, and be justified by decline-analysis diagnostics. Specifically, we compare the (Modified) Hyperbolic and (Modified) Duong models for one group of wells in each of the Barnett, Woodford, Jonah and Bakken plays. We suggest specific models to use depending on the play and on the amount of available production history. We propose terminal decline rates that are significantly higher than the 5% figure often used in the industry.

## Introduction

Unconventional resources include tight oil, tight gas, shale gas and coalbed methane – reservoirs with very low permeabilities and flow rates that in the past made them uneconomic to exploit. That changed, first with hydraulic fracturing to enhance permeability, and again with horizontal drilling to laterally extend the drainage area of the well. In the US, unconventionals now account for about a third of all oil production and two thirds of natural gas production (EIA 2013). The industry is looking to repeat this success story in the rest of the world.

With the surge in exploitation of unconventionals comes the need for forecasting production and estimate ultimate recovery (EUR) to guide investment decisions and regulatory reserves reporting. A quick and widely used method is decline curve analysis (DCA), which can be applied to individual wells as well as groups of wells. In DCA, an empirical model is fitted to the data and extrapolated into the future for forecasting. That model has traditionally been the Arps model (Arps 1944):

$$q(t) = \frac{q_i}{[1+bD_i t]^{\frac{1}{b}}} \quad \text{........} [1]$$

$$D(t) = -\frac{dq/dt}{q} \quad \text{........} [2]$$

$$b(t) = \frac{d}{dt}\frac{1}{D} \quad \text{........} [3]$$

In this hyperbolic model, $q_i$ is the initial value of the flow rate *q(t)*, $D_i$ is the initial value of the (effective) decline rate *D(t)* (or slope on a semilog rate/time plot), and *b* reflects a changing decline rate (slope) over time, creating a concave appearance on the semilog plot (Long & Davis, 1988). For *b* = 0, this equation becomes an exponential (*D* constant). Arps observed *b* values between zero and one (included). Long after this model was widely adopted, Fetkovich (1996) gave it physical foundation by mathematically deriving the Arps exponential equation for systems of low compressibility, boundary-dominated flow (BDF, i.e. unchanging well drainage area), and stable operating and reservoir conditions.

While Arps is often used in unconventionals, these Fetkovich assumptions are actually not valid in unconventionals. First and foremost, the low-permeability conditions create long-duration transient flow (Lee & Sidle 2010), where the drainage area is expanding and temporarily sustaining high *b* values (Berman 2011) and therefore causing optimistic Arps forecasts. Values of *b* greater than one are often observed, which is physically impossible unless the data is in transient flow (Fetkovich 1987, 1996). Blasingame & Rushing (2007) and Ilk *et al.* (2008) found that the best-fit value of *b* tends to decrease over time. Lee &

Sidle (2010) show that for as long as $b$>1, cumulative production is increasing with no physical limit, which is another indication that any $b$>1 is transient only. A second important violation of the Arps assumptions is that the bottomhole pressure (BHP) can drop significantly in the very early well life, which can, again, create artificially high $b$ values and optimistic Arps forecasts (Berman 2011).

DCA is not the only potential method to estimate EUR. Alternative methods are based on type curves, volumetrics, material balance, analogies, numerical or analytical models. However, unconventional reservoirs are poorly understood. Therefore, applying any of these methods is problematic, and the results include significant uncertainty (Lee & Sidle 2010). DCA remains widely used and misused for estimating EUR in unconventionals (Berman 2011, Okouma 2012).

Several attempts have been made to resolve the issue of Arps' at times unrealistic long-term decline behaviours. Long & Davis (1988) described the practice of switching the initial hyperbolic to an exponential tail at a predetermined fixed decline rate, when that decline rate is reached. A 5% terminal decline rate is often used in shales (Joshi & Lee 2013). This composite model is nowadays referred to as Modified Hyperbolic. Valkó (2008) and Ilk *et al.* (2008, 2009) each independently proposed similar models which are intended to model transient and transitional flow and have a finite EUR. Duong (2010) proposed a model to fit infinite-lasting linear flow and other rate/time power relationships:

$$\frac{q(t)}{G_p(t)} = at^{-m} \qquad [4]$$

where $G_p$ is cumulative production, and the constants $a$, $m$ are chosen to fit the production data – $m$ may be different from the theoretical value of one to reflect field conditions.

$$q = q_1 t(a, m) + q_{inf} \qquad [5]$$

where $t(a,m)$ is a function defined in Duong 2010, and $q_{inf}$ is a term added by Duong for purely empirical reasons but some authors question its usefulness and do not use it (Joshi & Lee 2013).

Okouma (2012) hinted that Duong could be modified to account for BDF. Joshi & Lee (2013) proposed the Modified Duong composite model where an initial Duong segment switches to a hyperbolic tail at a point in time when the effective decline rate reaches an arbitrary value (5%). For the tail segment they chose $b$ = 0.4 as proposed by Fetkovich (1996) for a gas well with a flowing bottomhole pressure (BHP) of 10% of the reservoir pressure ($b$ = 0.33 for oil).

As sophisticated as some of these models may sound, they are all empirical. Ilk and Okouma warn against applying a single DCA model to various unconventional plays (Ilk *et al.* 2008, Okouma *et al.* 2012). Instead, diagnostics should be used (and are used in this paper) to identify the observed flow regimes and to select a model whose equations are appropriate for the flow regimes identified (Okouma 2012).

This paper follows the approach taken by for instance Meyet *et al.* (2013). Instead of starting the tail of the composite models at some arbitrary point in time as described above, our objective is to identify the start of BDF if possible and use that as the cue to start the tail. BDF in the strict sense occurs when the well drainage area has reached the reservoir physical boundaries. In ultra-low-permeability reservoirs this takes such a long time that it may never be observed in the economic life of the well (Joshi & Lee 2013). A multistage-fractured horizontal well will intersect multiple fractures (or fracture networks), whose drainage areas will expand until they interfere. This can create an apparent BDF effect (Figure 1) that occurs earlier in the life of the well (Joshi & Lee 2013). For the purpose of this study, BDF refers to this fracture interference.

In this paper we will look at plays with some of the longest production histories, to determine which models meet the following three criteria: accurately forecast the latest production data, be in agreement with the prediction from an analytical reservoir model, and be justified by DCA diagnostics. Specifically, we will visually compare the (Modified) Hyperbolic and (Modified) Duong models with various tail segments. These methods are evaluated for one group of wells in each of the Barnett, Woodford, Jonah and Bakken plays, covering the gamut of shale gas, tight gas and tight oil.




**FIGURE 1 – FLOW REGIMES IN ANALYTICAL SIMULATION OF MARCELLUS WELL**

| | Fluid | Type | # wells | Yrs history | Operator | Completion | Miles apart |
|---|---|---|---|---|---|---|---|
| **Barnett** | shale gas | horizontal | 35 | 8.6 | Devon | 2003-2004 | 20 |
| **Jonah (Lance)** | tight gas | vertical | 34 | 11.6 | Encana | 9/2000-7/2001 | 7 |
| **Woodford** | shale gas | horizontal | 45 | 5.7 | Newfield | 2/2006-5/2007 | 30 |
| **Bakken (Elm Coulee)** | tight oil | horizontal | 24 | 5.7 | Continental | 5/2006-10/2007 | 20 |

**TABLE 1 – TYPE WELL SELECTION**

## Methodology

**Data Selection –** Publicly reported monthly well production data were obtained from the HPDI database – pressure data were generally not available. For each of four plays with long production histories, one group of wells was selected (Table 1). Input parameters were narrowly defined to maximise uniformity within the well group – uniformity in terms of geology, drilling and completions. Group sizes were limited to the approximately 30 longest-producing wells whose production histories passed a visual inspection for evidence of re-fracturing and influence of stimulation of an offset, as per the Arps assumptions. This deterministic approach (one group per play) is motivated by the limited number of wells with long production histories. Next, four type wells were created by averaging the production histories (post-peak, and capped to the shortest history in the group) of the wells within each group, in such a way that each well was given equal weighting (refer to Appendix B).

**Geology and Completion Practices –** These were researched specifically for each type well, i.e. completion practices of the time and operator, geology of the (part of the) field wherever possible, to serve as inputs for the analytical model (Table 2).

The Barnett wells lie in the core area of the Texas Barnett shale, in the Newark East field, covering parts of Wise and Denton counties (map in Appendix B). This area covers both the dry and wet gas window. In this area, the Barnett shale thickens to over 400ft and includes two separate members which are organic-rich with a high adsorbed gas content. Natural fractures are common and healed but can be reactivated during completions (Bowker 2005). The wells are single laterals completed in multiple stages using cluster-perforated casing that was either cemented (4x1 to 3x2 clusters x stages) or openhole (4-5 perforation clusters 500 ft apart in an attempt to create overlapping cluster fracture networks). Cemented completions were expensive, plugged natural fractures, and were eventually replaced by uncemented completions (Fisher 2004, Dong 2013) and both types are likely represented in our type well.

The Jonah tight wet gas wells lie in the Jonah field, Wyoming. These multistage-fractured vertical wells target many sand bodies in the fluvial sandstones of the 2500 ft thick overpressured Lance formation. Natural fractures may not contribute to production (Robinson 2004).

The Woodford shale gas wells lie in the dry-gas section of the Arkoma basin, southeast Oklahoma. Completion and stimulation practices in this basin have generally mirrored practices pioneered in the Barnett (Vulgamore 2007).

| | BARNETT | JONAH | WOODFORD | BAKKEN |
|---|---|---|---|---|
| TVD, ft | 7620 | 9750 | 7700 | 9200 |
| Initial reservoir pressure, psi | 3962 | 6111 | 3696 | 4830 |
| Reservoir temperature, °F | 180? | 192 | 179.8 | 240 |
| Net pay, ft | 130? | 440 | roughly 135 | 25 |
| Permeability, mD | 1E-3 ... 1E-4 | 0.025 | 2.E-04 | 0.05 |
| Porosity, % | 6 | 9.3 | 6.5 | 7 |
| Water saturation, % | 25 | 33 | 35 | 75 |
| Natural fractures | yes | likely irrelevant | yes | negligible |
| lambda | 1E-6 ... 1E-8 | n/a | 1E-6 ... 1E-8 | n/a |
| omega | 0.01 | n/a | 0.01 | n/a |
| Hydrocarbon | dry & wet gas | wet gas | dry gas | oil |
| Bubble point, psi | n/a | n/a | n/a | 1918 |
| Intial formation volume factor, rb/stb | n/a | n/a | n/a | 1.425 |
| API gravity of oil/condensate, ° | n/a | 52 | n/a | 42 |
| Gas specific gravity | 0.66 | 0.72 | 0.65 | 0.9 |
| GOR, scf/stb | n/a | n/a | n/a | 850 |
| Langmuir Pressure, psi | 800 | n/a | 800 | n/a |
| Langmuir Volume, scf/ton | 250 | n/a | 115 | n/a |
| Horizontal/Vertical | H | V | H | H |
| Stages | 4 | 8-12 | 4-5 | 3-4 |
| Hydraulic fracture half-length, ft | 350 | 300-1100 | 300-500 | 100-200 |
| Lateral length, ft | n/a | n/a | 3600 | 6300 |
| Perforated Interval, ft | 1860 | 1925 | 2000 | 5800 |
| Well spacing, acres | 20-110 | less than 10 | 80 | 640 |
| FTP, psi | 350 | 1700 - 2000 | 1000 | 1000 psi FBHP |

**TABLE 2 – ANALYTICAL MODEL INPUTS (SUMMARISED FROM APPENDIX C)**




**FIGURE 2 – EFR ANALYTICAL MODEL OF BARNETT TYPE WELL (PLAN VIEW)**

The Bakken tight oil wells lie in the northwestern part of the Elm Coulee field, Montana. The wells target the Middle Bakken formation, a silty carbonate which has a relatively high porosity compared to the Upper and Lower Bakken shales which sandwich it in most of the Williston Basin. The Upper and Lower (the latter absent at Elm Coulee) member are the source rock for the Middle member. Elm Coulee is a stratigraphic trap between the updip pinch-out of the Middle member and the seal of the Upper Bakken shale. Production is driven by rock and fluid expansion (Walker 2006). The wells are single laterals, openhole multistage completions with pre-perforated liner intended to create fracture clusters. Swellable packers had just been introduced for a more even stimulation along the wellbore, but fracture diversion yet had a long way to go (O'Brien 2012).

**Analytical Model –** The purpose of this model is to predict future production for each of the type wells, beyond the available production history. The idea is to visually compare this prediction to the forecasts by the various DCA models, in order to determine the most appropriate DCA model. The analytical model used is the Fekete EFR model (Enhanced Fracture Region), discussed by Stalgorova (2012). This model accounts for fracture branching in a horizontal well, assuming a zone of improved permeability around each hydraulic fracture while the rest of the rock between these zones remains unstimulated (Figure 2). This model seems appropriate for all of these plays, which either have frac clusters or natural fractures intersecting the hydraulic fractures. The EFR analytical solution is essentially the solution given in Brown (2009) applied to a different reservoir configuration (separated instead of touching enhanced frac regions). The model accounts for different flow regimes: early bilinear flow within the fractures, linear flow from SRV (Stimulated Rock Volume) to fractures, linear flow from non-SRV to SRV, and BDF.

Among the analytical-model inputs (Table 2), least well-known are the permeability and dimensions of the EFR and the pressures. These parameters were varied until a decent history match was obtained for the rate. (A screenshot of the match for each play is available in Appendix F.) The lack of pressure data creates uncertainty in the analytical models, and this is often substantial, depending on the play. For instance, in the Barnett, yearly measurements of FTP (flowing tubing pressure) were found for some of the wells over a period of five to six years, and averaged out for use in the model. For the other plays a constant FTP (inferred from analogs) was used for the final history match. (More realistic declining pressure profiles were tried, but the uncertainty remained.) The Bakken model did not history-match unless artificial lift was assumed. Further evidence of artificial lift includes beam pumps visible in satellite imagery for some wells, simulations for operator's other Bakken wells specifying 1000 psi BHP, artificial lift being included the operator's cost breakdown for new Bakken wells. We acknowledge that the assumption of 1000 psi BHP for *all* wells and *all* times may over-simplify the Bakken model.

**DCA diagnostics –** Diagnostic plots based on the entire available production history are used to select the most appropriate (i.e. likely successful) model among the different DCA models, as illustrated in what follows.

**Barnett – Results:**




**FIGURE 3 – DCA DIAGNOSTICS (BARNETT)**




**FIGURE 4 – FORECASTS AFTER 8.6 YEARS OF PRODUCTION HISTORY (BARNETT)**




**FIGURE 5 – HINDCASTS AFTER 4 YEARS OF PRODUCTION HISTORY (BARNETT)**

### Barnett – Interpretation:

1. In a loglog rate/time diagnostic such as in Figure 3, BDF will show as a unit slope or steeper ($b < 1$), as explained in the introduction. The loglog diagnostic in Figure 3 therefore suggests that the well flow regime enters BDF around 1500 days. Earlier in the well life linear flow can be observed (b=2 as per Kupchenko 2008).
2. In an FMB (Flowing Material Balance) plot such as in Figure 3, BDF will show as a final straight line, as it does here .
3. In a *bD* diagnostic such as in Figure 3, the parameters *b*, *D* are calculated as per equations 2, 3 and plotted versus time. In wells where the underlying flow regimes behave according to a true Arps Hyperbolic model, the *b* trend in the plot will stabilise over time and *D* will keep falling. (The reverse is true for exponential behaviour.) BDF requires *b* to stabilise at or below one or to trend downward to zero. The *bD* diagnostic in Figure 3 suggests that over time *b* stabilises at or just below one. It is possible that *b* is headed lower and that this is covered up in the plot by end effects in the Bourdet derivative, but this is not evident from the *D* trend. *D* keeps falling which suggests a near-exponential model may be less likely. The range of possible *b* values is consistent with BDF. We conclude that future data will *likely* fall between a lower bound and an upper bound, being the exponential ($b$=0) and hyperbolic ($b$=1) forecasts based on these 8.6 years of data.
4. The (original) Duong model requires relationship [4] to be valid. This relationship plots as a straight line on loglog axes. If this is not the case, Duong is simply not an appropriate model for the wells – this will for instance happen in the event of BDF. On the Duong diagnostic in Figure 3 the strict straight line ends around 1500 days. This suggests the (original) Duong model is not appropriate, which is not a surprise as the Duong model does not model BDF. An allowance can be made for a Modified Duong model with a tail segment starting no later than about 1500 days.
5. An analytical model yields an analytical solution *q(t)* which is an approximation of reality. This future decline of the EFR analytical model can be visually compared to the forecasts of various DCA models (Figure 4). The DCA model that is the closest visual match can be seen as the most appropriate model, to the extent the analytical model is reliable (refer to the earlier discussion about the lacking pressure data). In Figure 4 the Modified Hyperbolic ($D_{switch}$ = 8%) was found to be a closer visual match than any other model. Note the slight curvature of the analytical model tail – also present in the Woodford gas type well discussed further in this study. This curvature suggests that the Modified Hyperbolic ($D_{switch}$ = 8%) may be further improved by using a *b* value greater than zero for the tail segment, creating a 2-segment Hyperbolic.
6. When hindcasting, the production history up to a certain point in time is used to forecast. The remaining, later production data are not used to generate the forecast, but they can be visually compared to the forecast to assess its performance (Figure 5). Often more remaining history is desired than what is available. In such cases the analytical model can be used as the reference for comparison (as we did for the Barnett) or alternatively a DCA model could be used if deemed more reliable. If we hindcast the Modified Hyperbolic (Dswitch = 8%) model, which we previously selected as the most appropriate model based on 8.6 years of history, we find that it does *not* perform well if only 4 years of production history have passed: in Figure 5, Modified Hyperbolic (Dswitch = 8%) does not match the later production data, nor does it even fall within the bounds defined above. We can see that Modified Duong ($D_{switch}$ = 10%) would have been a better choice in this case. In fact no model was found to hindcast within the bounds consistently over time (Appendix D), implying none of these DCA models ‘works’ for the Barnett type well. The most appropriate model to use varies with the amount of production history. Using Table 3 seems to be the only viable DCA strategy for the Barnett type well.

### Jonah – Interpretation:

1. The semilog rate/time diagnostic (Figure 6) shows a bump around 2500 days which was traced back to a pressure drop in the surface facilities (refer to Appendix E). Following this event the rate gradually settles down to resume its original trend – a typical pressure response. Ignoring these non-reservoir effects, BDF is observed starting around 450 days, followed by a decline that looks strongly exponential at a constant decline rate of about 18-19% for the remaining 10+ years of production history. An exponential decline is indeed compatible with BDF. Harrell (2004), speaking from personal experience, notes that tight gas wells often exhibit a hyperbolic decline that is often mistaken for an exponential decline. A decade of production history confirms that the decline of this Jonah type well is practically exponential.
2. The FMB plot shows a straight line, which is further evidence of BDF.
3. On the *bD* diagnostic, the overall downward *b* trend suggests exponential or near-exponential decline behaviour. The disruption of the trend coincides with the pressure event discussed above. *D* may stabilise over time, in line with exponential decline.
4. The Duong diagnostic shows that the conditions for the (original) Duong model do not apply for this type well (this will be further illustrated by Figure 7). In the Duong diagnostic of Figure 6, various straight-line interpretations are possible; one of them is that the initial production data follow a straight line for about 400 days, which would confirm our earlier interpretation of BDF starting around 400 days.
5. An analytical model was not finalised for this type well due to the time intensity and higher priority of the other models.
6. Not only is the Exponential model appropriate for 11.6 years of production history, the model also hindcasts well for any reasonable amount of production history, which is very different from what we observed for the Barnett (Table 3).

**Jonah – Results:**




FIGURE 6 – DCA DIAGNOSTICS (JONAH)




FIGURE 7 – FORECASTS AFTER 11.6 YEARS OF PRODUCTION HISTORY (JONAH)

**Woodford – Results:**




**FIGURE 8 – DCA DIAGNOSTICS (WOODFORD)**




**FIGURE 9 – FORECASTS AFTER 5.7 YEARS OF PRODUCTION HISTORY (WOODFORD)**

### Woodford – Interpretation:

1. The loglog diagnostic (Figure 8) shows no clear evidence of BDF. The later data approximately follow a straight line of slope 0.68, corresponding to *b*=1.47. In physical terms, according to Hough (2011), a flow regime with a constant *b* between one and two represents a combination of two concurrent processes: fracture depletion (b<1) and a recharging linear flow from the matrix (*b*=2).
2. Because the FMB diagnostic offered no insight as to whether BDF is reached, a specialised plot analogous to the square root of time plot was used (Figure 8). A straight line can be roughly interpreted, suggesting that *b* is a constant 1.47 or dropping off slightly over time.
3. The *bD* diagnostic confirms these observations
4. The Duong diagnostic suggests that the Duong model may be a suitable model.
5. Because of the lacking Woodford pressure data, there is considerable uncertainty associated with the analytical Woodford model. Through history matching FTP was determined to be about 1000 psi, but 1200 psi is possible as well. The difference between the forecasts based on these two pressures is significant (Figure 9). The difference in EUR is 7% (remaining EUR: 20%), and could be higher for a wider range of pressures or a different pressure profile over time.
6. For almost every model we see decent hindcasting of this Woodford type well for varying amounts of production history. In the Woodford it seems to be less of a necessity than in the Barnett to carefully choose the DCA model depending on the available production history. Yet it is probably still beneficial to do so. Table 3 lists the most appropriate DCA model for various amounts of production history of the Woodford type well. For instance, for 5.7 years of production history (Figure 9) it is Modified Duong (Dswitch = 15%) which coincides best with the analytical-model forecast (1000 psi FTP).

### Bakken – Interpretation:

1. The loglog diagnostic (Figure 10) is inconclusive as to whether the flow regime starting around 700 days is a hybrid flow regime as discussed for the Woodford, or a slow transition to BDF.
2. Because the FMB diagnostic offered no insight as to whether BDF is reached, a specialised plot was used and it suggests that BDF may not have been reached yet.
3. The *bD* diagnostic suggests that *b* stabilises between 1 and 2, after roughly 700 days, while *D* keeps falling. This suggests that a hybrid flow regime is more likely than an exponentially or near-exponentially declining flow regime.
4. The Duong diagnostic suggests that Duong may be an appropriate model.
5. As discussed earlier, the Bakken analytical model has perhaps the most significant amount of uncertainty associated with it. It does not match the latest production data very well either (Figure 11). Also, it falls significantly below the exponential model which is almost impossible even in the event the exponential was poorly applied. For all these reasons, the analytical-model forecast is disregarded. Note that the problem is not necessarily the analytical model; the type well itself could be flawed depending on how artificial lift was used. Note that any conclusions for this type well will only apply to other Bakken wells to the extent they are analogous in terms of artificial lift.
6. For 5.7 years of history, the (Modified) Hyperbolic models seem to fit the late data better than the (Modified) Duong models. Since the Bakken analytical model does not seem to be a reliable guide for model selection, we will have to use as a guide the various DCA models based on the full 5.7 years of history. These represent a range of possibilities of how the type well production will further decline. As the lower bound we choose the Exponential model (Hyperbolic with b=0) based on 5.7 years of production. As the upper bound we choose the highest-predicting model based on 5.7 years of production: Duong. The results of this hindcasting exercise are again found in Table 3. A more precise selection would require a high-confidence analytical model based on pressure data.

| BARNETT | | JONAH | | WOODFORD | | BAKKEN | |
|---|---|---|---|---|---|---|---|
| 1 yr. | M-Hyp 10% | 1 yr. | M-Duong 19%, b=0 | 1 yr. | Hyperbolic | 1 yr. | M-Duong 22% |
| 2 yrs. | M-Duong 14% | 2.5 yrs. | Exponential 18.1% | 2 yrs. | M-Hyp 11% | 2 yrs. | M-Hyp <15% |
| 4 yrs. | M-Hyp 12% | 5 yrs. | Exponential 18.4% | 4 yrs. | M-Duong 15% | 4 yrs. | any but Exponential |
| 6 yrs. | M-Duong 13% | 8 yrs. | Exponential 18.4% | 5.7 yrs. | M-Duong 15% | 5.7 yrs. | M-Hyperbolic <15% |
| 8.6 yrs. | M-Hyp 8% | 11.6 yrs. | Exponential 18.4% | | | | |

**TABLE 3 – SUGGESTED DCA MODELS, BY AMOUNT OF PRODUCTION HISTORY (COMPARISON PLOTS IN APPENDIX D)**

Two additional observations can be made from the study of these different plays. In the industry, a terminal decline rate of 5% is often used. The evidence presented in this study suggests that 5% may be too low in most cases (Table 3). It also suggests that a 5% terminal decline rate implies a switch time (start of the tail model segment) of roughly 15-20 years and that this is definitely too late in cases where BDF was observed (refer to hindcast plots such as Figure 7).

**Bakken – Results:**




**FIGURE 10 – DCA DIAGNOSTICS (BAKKEN)**




**FIGURE 11 – FORECAST AFTER 5.7 YEARS (BAKKEN)**




**FIGURE 12 – EUR20 FOR DIFFERENT MODELS, PLAYS, AND PRODUCTION HISTORIES**

## DCA Sensitivity to Incremental Production History:

One insight gained from this study so far is that a single DCA model will be more or less successful as the production history grows over time. This prompts the question: how does this affect estimated reserves? To answer that question, 20-year post-peak cumulative production (EUR20) was calculated for each type well from the hindcasts obtained earlier. EUR20 serves as a proxy for reserves. The results are shown in Figure 12 and lead to the following observations:

- The use of a 5% terminal decline has virtually no effect on EUR20. This reflects the late switch times (15-20 years) associated with this terminal decline rate for the plays studied here.
- EUR estimates tend to fall over time for most models in most plays (just as *b* values often do). This makes any single model unsuited for SEC reserves reporting. The Securities Exchange Act of 1934 states: *"Proved oil and gas reserves are the estimated quantities of crude oil, natural gas, and natural gas liquids which geological and engineering data demonstrate with reasonable certainty to be recoverable in future years from known reservoirs under existing economic and operating conditions [...] The concept of reasonable certainty implies that, as more technical data becomes available, a positive, or upward, revision is much more likely than a negative, or downward, revision."* One solution to this problem is the combined use of different models: hindcasting can reveal the range of uncertainty of the obtained EUR and suggest what a high-confidence EUR estimate may be. Another solution is to use probabilistic type wells.
- If a model does yield the desired stable estimate, there is no guarantee it actually fits the production data (refer to hindcast plots in Appendix D).
- Forecasts based on 5+ years of production history, even after elimination of some of the models less appropriate for the play, still seem to have 10-15% EUR20 uncertainty. When comparing this percentage against the percentages discussed under the Woodford analytical-model forecasts, it seems that the uncertainties associated with DCA and analytical-model forecasts are of a similar order of magnitude. Fairly precise inputs (pressure data) may be required for the analytical model to provide more reliable forecasts than DCA.

## Conclusions

- We selected the most appropriate DCA model for type wells in different unconventional plays.
- The play but also the amount of production history determines the choice of the model.
- This approach significantly improves DCA forecasting accuracy in unconventionals, compared to using any specific DCA model – for these type wells and for analog wells. Testing is needed to determine how restrictive the analogy should be.
- A terminal decline rate of 5%, widely used in the industry, seems insufficient for most of the cases studied here.
- EUR20 estimates tend to fall over time for most models in most plays, making any single model unsuited for SEC reserves reporting. Even if a model does yield a stable estimate, there is no guarantee it actually fits the production data.
- The amount of uncertainty associated with analytical models and DCA may be of the same order of magnitude unless the inputs for the analytical model are well known.

## Nomenclature

$b$ Hyperbolic exponent
$D$ Decline rate. Reciprocal of loss ratio
$D_i$ Initial decline rate
$D_{switch}$ Initial decline rate of the tail segment of a composite model
DCA Decline Curve Analysis
EFR Enhanced Fracture Region analytical model
EUR Estimated Ultimate Recovery
EUR20 Estimated Ultimate Recovery capped to 20 years (post-peak in this paper)
FMB Flowing Material Balance
FTP Flowing Tubing Pressure
FWHP Flowing Well Head Pressure
$G_p$ Cumulative gas production (as a function of time)
Hyp Hyperbolic model
M-Duong: Modified Duong model
M-Hyp Modified Hyperbolic model
$m$ Time exponent for Duong model
$q$, $q_g$, $q_o$ Flow rate
$q_i$ Initial rate coefficient for Arps' decline models
$q_1$ Initial rate coefficient for Duong model
SEC Securities and Exchange Commission (US)
SRV Stimulated Rock Volume
$t$ Production time passed since peak rate, also called normalised time

## References

Arps, J.J.: *"Analysis of Decline Curves"*, TP 1758 Petroleum Technology, Sept. 1944.
Berman, A.E.: *"U.S. Shale Gas: Less Abundance, Higher Cost,"* The Oil Drum (Aug. 2011), http://www.theoildrum.com/node/8212 (accessed: May 2013).
Blasingame, T.A., Rushing, J.A.: *"A Production-Based Method for Direct Estimation of Gas-in-Place and Reserves" paper* SPE 98042 presented at the SPE 2005 Eastern Regional Meeting, Morgantown, West Virginia, USA, 14-16 Sept.
Blasingame, T.A., Rushing, J.A.: *"Estimating Reserves in Tight Gas Sands at HP/HT Reservoir Conditions: Use and Misuse of an Arps Decline Curve Methodology,"* paper SPE 109625 presented at the SPE 2007 Annual Technical Conference and Exhibition, Anaheim, California, USA, 11-14 Nov.
Brown, M., Ozkan, E., Raghavan, R., Kazemi, H.: *"Practical Solutions for Pressure Transient Responses of Fractured Horizontal Wells in Unconventional Reservoirs,"* paper SPE 125043 presented at the SPE 2009 Annual Technical Conference and Exhibition, New Orleans, Louisiana, USA, 4-7 Oct.
Dong, Z., Holditch, S.A., McVay, D.A.: *"Resource Evaluation for Shale Gas Reservoirs,"* paper SPE 152066 presented at the SPE 2012 Hydraulic Fracturing Technology Conference, The Woodlands, Texas, USA, 6-8 Feb.
Duong, A.N.: *"An Unconventional Rate Decline Approach for Tight and Fracture-Dominated Gas Wells,"* paper SPE 137748 presented at the 2010 Canadian Unconventional Resources and International Petroleum Conference, Calgary, Alberta, Canada, 19-21 Oct.
EIA: *"Annual Energy Outlook 2013 – With Projections to 2040,"* April 2013
EIA: *"Technically Recoverable Shale Oil and Shale Gas Resources: An Assessment of 137 Shale Formations in 41 Countries Outside the United States,"* June 2013

Fetkovich, M.J., Vienot, M.E., Bradley, M.D., and Kiesow, U.G.*: "Decline Curve Analysis Using Type Curves: Case Histories,"* SPE Form Eval (1987) **2** (4): 637-656.

Fetkovich, M.J., Fetkovich, E.J., Fetkovich, M.D.*: "Useful Concepts for Decline Curve Forecasting, Reserve Estimation and Analysis,"* SPE Res Eng (Feb. 1996) **11** (1): 13-22.

Fisher, M.K., Heinze, J.R., Harris, C.D., Davidson, B.M., Wright, C.A., Dunn, K.P.*: "Optimizing Horizontal Completion Techniques in the Barnett Shale Using Microseismic Fracture Mapping,"* paper SPE 90051 presented at the SPE 2004 Annual Technical Conference and Exhibition, Houston, Texas, USA, 26-29 Sept.

Hough, E.V., McClurg, T.: *"Impact of Geological Variation and Completion Type in the U.S. Bakken Oil Shale Play Using Decline Curve Analysis and Transient Flow Character,"* Search and Discovery Article #40857, Adapted from oral presentation at 2011 AAPG International Conference and Exhibition, Milan, Italy, 23-26 Oct.

Ilk, D., Rushing, J.A., Peregro, A.D., Blasingame, T.A.*: "Exponential vs. Hyperbolic Decline in Tight Gas Sands – Understanding the Origin and Implications for Reserve Estimates Using Arps' Decline Curves"*, paper SPE 116731 presented at the SPE 2008 Annual Technical Conference and Exhibition, Denver, Colorado, USA, 21-24 Sept.

Ilk, D., *Currie, S.M., Blasingame, T.A..*: "*Production Analysis and Well Performance Forecasting of Tight Gas and Shale Gas Well," paper* SPE 139118 presented at the SPE 2010 Eastern Regional Meeting, Morgantown, West Virginia, USA, 12-14 Oct.

Joshi, K., Lee, J.: *"Comparison of Various Deterministic Forecasting Techniques in Shale Gas Reservoirs,"* paper SPE 163870 presented at the SPE 2013 Hydraulic Fracturing Technology Conference, The Woodlands, Texas, USA, 4-6 Feb.

Kupchenko, C.L., Gault, B.W., and Mattar, L.*: "Tight Gas Production Performance Using Decline Curves,"* paper SPE 114991 presented at the CIPC/SPE Gas Technology Symposium 2008 Joint Conference, Calgary, Canada, 16-19 June.

Lee, J., Sidle, R.: *"Gas Estimation in Resource Plays," paper* SPE 130102 presented at the SPE2010 Unconventional Gas Conference, Pittsburgh, Pennsylvania, USA, 23-25 Feb.

Meyet, M., Dutta, R., Burns, C.: *"Comparison of Decline Curve Analysis Methods with Analytical Models in Unconventional Plays"*, paper SPE 166356 presented at the SPE 2013 Annual Technical Conference and Exhibition, New Orleans, Louisiana, USA, 30 Sept.-2 Oct.

O'Brien, D.G., Larson, R.T. Jr., Parham, R.C., Thingelstad, B.L., Aud, W.W., Burns, R.A., Weijers, L.*: "Using Real-Time Downhole Microseismic to Evaluate Fracture Geometry for Horizontal Packer-Sleeve Completions in the Bakken Formation, Elm Coulee Field, Montana,"* paper SPE 139774 presented at the SPE 2011 Hydraulic Fracturing Technology Conference and Exhibition, The Woodlands, Texas, USA, 24-26 Jan.

Okouma, V., Symmons, D., Hosseinpour-Zonoozi, N., Ilk D., Blasingame, T.A.*: "Practical Considerations for Decline Curve Analysis in Unconventional Reservoirs – Application of Recently-Developed Time-Rate Relations,"* paper SPE 162910 presented at the SPE 2012 Hydrocarbon, Economics, and Evaluation Symposium, Calgary, Alberta, Canada, 24-25 Sept.

Robinson, J.W., Shanley, K.W.*: "Jonah Field: Case Study of a Giant Tight-Gas Fluvial Reservoir,"*AAPG Studies in Geology 52 and Rocky Mountain Association of Geologists 2004 Guidebook, http://www.wsgs.uwyo.edu/Research/Energy/docs/WSGS_C02_Basin%20Report_TM_3.pdf (accessed: Aug. 2013).

SEC: *"Securities Exchange Act",* 1934*

Stalgorova, E., Mattar, L.: *"Practical Analytical Model to Simulate Production of Horizontal Wells with Branch Fractures,"* paper SPE 162515 presented at the SPE 2012 Canadian Unconventional Resources Conference, Calgary, Alberta, Canada, 30 Oct.-1 Nov.

Valko, P.P. *"Assigning Value to Stimulation in the Barnett Shale: A Simultaneous Analysis of 7000 Plus Production Histories and Well Completion Records,"* paper SPE 119369 presented at the SPE 2009 Hydraulic Fracturing Technology Conference, The Woodlands, Texas, USA, 19-21 Jan.

Vulgamore, T., Clawson, T., Pope, C., Wolhart, S., Mayerhofer, M., Machovoe, S., Waltman, C.*: "Applying Hydraulic Fracture Diagnostics to Optimize Stimulations in the Woodford Shale",* paper SPE 110029 presented at the SPE 2007 Annual Technical Conference and Exhibition, Anaheim, California, USA, 11-14 Nov.

Walker B., Powell, A., Rollins, D., Shaffer, R.*: "Elm Coulee Field, Middle Bakken Member, Richland County, Montana,"* Search and Discovery Article #20041 (Nov. 2006), http://www.searchanddiscovery.com/documents/2006/06131walker/ (accessed: Aug. 2013)

## APPENDIX A – LITERATURE REVIEW

### TABLE A.1 – LITERATURE MILESTONES IN DCA FOR UNCONVENTIONALS

| SPE Paper # | Year | Title | Authors | Contribution |
|---|---|---|---|---|
| 945228 | 1945 | "Analysis of Decline Curves" | J.J. Arps | Proposed an empirical decline-curve-analysis method which became the standard for conventional resources |
| 13169 | 1987 | "Decline Curve Analysis Using Type Curves" | M.J. Fetkovich, M.E. Vienot, M.D. Bradley, U.G. Kiesow | Argued that a best fit for Arps' *b* value equal or greater than one is not physically acceptable and can be explained by the data being in transient (or heterogeneous) flow regime |
| 28628 | 1996 | "Useful Concepts for Decline Curve Forecasting, Reserve Estimation, and Analysis" | M.J. Fetkovich, E.J. Fetkovich, M.D. Fetkovich | Mathematically derived Arps' empirical exponential equation for systems of low compressibility and subject to certain conditions. |
| 116731 | 2008 | "Exponential vs. Hyperbolic Decline in Tight Gas Sands – Understanding the Origin and Implications for Reserve Estimates Using Arps' Decline Curves" | D. Ilk, J.A. Rushing, A.D. Peregro, T.A. Blasingame | First to show that the best-fit value of *b* tends to decrease for a given well as its production history grows. This is further evidence that any $b$>=1 is not the final value. Also, they proposed an empirical DCA model totally different from Arps', applicable in both transient and stabilised flow regimes, and having a finite EUR. |
| 119369 | 2009 | "Assigning Value in the Barnett Shale: a Simultaneous Analysis of 7000 Plus Production Histories and Well Completion Records" | P.P. Valko | Proposed – independently from Ilk *et al.* – another empirical decline-curve-analysis method totally different from Arps', applicable to both transient and stabilised flow regimes, and having a finite EUR. |
| 137748 | 2010 | "An Unconventional Rate Decline Approach for Tight and Fracture-Dominated Gas Wells" | A.N. Duong | Proposed an empirical DCA model for long-duration linear flow (non-BDF) |
| 162910 | 2012 | "Practical Considerations for Decline Curve Analysis in Unconventional Reservoirs – Application of Recently-Developed Time-Rate Relations" | W. Okouma, D. Symmons, N. Hosseinpour-Honoozi, D. Ilk, T.A. Blasingame | Proposed diagnostic plots to identify potentially appropriate decline models. |
| 163870 | 2013 | "Comparison of Various Deterministic Forecasting Techniques in Shale Gas Reservoirs" | K. Joshi, J. Lee | Proposed a composite model consisting of a Duong model and followed by an Arps model to better fit late-time stabilised flow. Argued that the empirical term in Modified Duong leads to mis-estimation for short production histories and is not worth the marginal benefits |
| 166356 | 2013 | "Comparison of Decline Curve Analysis Methods with Analytical Models in Unconventional Plays" | Meyet, M., Burns, C. Dutta, R. | Proposed the use of observed BDF as an indicator to start late modelling (tail segment) of Modified Duong |

**SPE 945228 (1945)**

Analysis of Decline Curves

Authors: Arps, J.J.

Contribution to the development of DCA in unconventionals:
Proposed empirical decline-analysis models (hyperbolic, harmonic, exponential) which have become widely used, especially for conventional resources

Objective of paper:
To review the main empirical decline models historically used (pre-Arps).

Methodology used:
These models were classified in terms of loss ratio versus over time.

Conclusion reached:
A loss ratio classification is possible, and the most useful models (hyperbolic, harmonic, exponential) were identified.

Comments:
These models are empirical and the paper says nothing about the conditions under which these models are valid. Interestingly, in Arps' experience $0 < b < 1$ in most cases, and usually $0 < b < 0.4$.

**SPE 13169 (1987)**

Decline Curve Analysis Using Type Curves: Case Histories

Authors: Fetkovich, M.J., Vienot, M.E., Bradley, M.D., and Kiesow, U.G.

Contribution to the development of DCA in unconventionals:
Argued that a best-fit Arps $b$ value equal or greater than one is not physically acceptable and can be explained by the data being in transient flow regime.

Objective of paper:
To illustrate via real examples Fetkovich' type curve methodology for decline curve analysis.

Methodology used:
Argues that $b$ must be bound between 0 and 1 or else the Arps equation extrapolates to infinity.
Uses a loglog rate/time plot to fit the data to type curves and to predict further decline. Examples were used of wells in depletion and in transient flow and matched to the depletion (Arps-based) and transient portions of the type curve.

Conclusion reached:
Wells in transient flow should be matched to the transient portion of the type curve. Force-fitting them to Arps may result in an impossible $b > 1$ and overly optimistch forecasts.

Comments:
Fetkovich has been one of the household names in the industry and showed in this paper how low-permeability stimulated wells can be in transient flow and how ignoring this leads to overly optimistic forecasts. Yet, many in the industry ignored this knowledge when they started to forecast unconventionals. ($b > 1$ values or higher were and still are often extrapolated without giving it a second thought "because they fit the data").

**SPE 28628 (1996)**

Useful Concepts for Decline Curve Forecasting, Reserve Estimation and Analysis

Authors: Fetkovich, M.J., Fetkovich, E.J., Fetkovich, M.D.

Contribution to the development of DCA in unconventionals:
Mathematically derived Arps' empirical exponential equation for systems of low compressibility and subject to certain conditions.

Objective of paper:
To formulate guidelines for decline analysis using the right type curve in the right circumstances.

Methodology used:
Used material balance equation and assumption of stable backpressure equation to mathematically derive Arps' exponential equation.

Conclusion reached:
Arps' empirical exponential equation can be mathematically derived for systems of low compressibility, BDF flow, constant BHP, unchanging drainage area and skin. (Also, the authors created type curves.)

Comments:
Some of the principles of this paper were pioneered in Fetkovich' previous work (e.g. SPE-13169).

**SPE 116731 (2008)**

Exponential vs. Hyperbolic Decline in Tight Gas Sands – Understanding the Origin and Implications for Reserve Estimates Using Arps' Decline Curves

Authors: Ilk, D., Rushing, J.A., Peregro, A.D., Blasingame, T.A.

Contribution to the development of DCA in unconventionals:
The best-fit *b* tends to decrease for a given well as its production history grows, in other words, Arps Hyperbolic tends to overestimate reserves. The authors also suggest a new, more reliable model that is based on the loss ratio.

Objective of paper:
To evaluate the performance (show limitations) of the Arps Hyperbolic model for tight gas sands, and to propose a new model.

Methodology used:
Used synthetic and field production profiles to calculate Arps hyperbolic *bD* values over time and forecast reserves using both models.

Conclusion reached:
A constant *b* is justified for tight gas but only in the case of BDF. In the absence of BDF, *b* values tend to drop over time, leading to overly optimistic forecasts when the Arps Hyperbolic model is used. The new loss ratio model performs better in such cases.

Comments:
This is another way of saying that the best-fit *b* tends to decrease for a given well as its production history grows. This is further evidence that any *b*>=1 is not the final value. We also see the use of the *bD* diagnostic for the first time.

**SPE 137748 (2010)**

An Unconventional Rate Decline Approach for Tight and Fracture-Dominated Gas Wells

Authors: Duong, A.

Contribution to the development of DCA in unconventionals:
Proposed an empirical decline-curve-analysis method for long-duration linear flow (non-BDF).

Objective of paper:
To establish and illustrate a new DCA model for unconventionals.

Methodology used:

Duong uses the example of commonly observed linear flow to derive the following more generalized relationship (i.e. valid for any rate/time power relationship, not just than linear flow):

$$\frac{q(t)}{G_p(t)} = at^{-m}$$

where $G_p$ is cumulative production, and the constants $a$, $m$ are chosen to fit the production data – $m$ may be different from the theoretical value of one to reflect field conditions.

$$q = q_1 t(a,m) + q_{inf}$$

where $t(a,m)$ is a function defined in Duong 2010, and $q_{inf}$ is a term added by Duong for purely empirical reasons.

This model is illustrated by a few examples.

Conclusion reached:

The Duong model seems to model the examples accurately.

Comments:
The Duong model does not account for BDF. Some authors question the empirical term in Duong.

**SPE 162910 (2012)**

Practical Considerations for Decline Curve Analysis in Unconventional Reservoirs – Application of Recently-Developed Time-Rate Relations

Authors: Okouma, V., Symmons, D., Hosseinpour-Zonoozi, N., Ilk D., Blasingame, T.A

Contribution to the development of DCA in unconventionals:
The authors warn against applying a single DCA model to various unconventional plays. Instead, they propose a wide array of diagnostics to check which DCA models are more appropriate for the flow regimes observed in the play.

Objective of paper:
Illustration of the use of diagnostics for several examples of plays.

Methodology used:
The diagnostics (mainly *bD*, but also loglog rate/time, Duong and beta-derivative) are calculated over time for several groups of wells. Observed trends in the parameters are compared to the trends following from the mathematics of the different decline models. Any correspondence is seen as evidence that a certain model *may* be appropriate for the play (and a lack of correspondence implies incompatibility between the model and the play).

Conclusion reached:
(Not applicable)

Comments:
This paper is partly a repetition of SPE-116731. To the core *bD* diagnostic (which is the most useful diagnostic) the authors added other diagnostics.

**SPE 163870 (2013)**

Comparison of Various Deterministic Forecasting Techniques in Shale Gas Reservoirs

Authors: Joshi, K., Lee, J.

Contribution to the development of DCA in unconventionals:
Proposed a composite model called Modified Duong, consisting of a Duong model and followed by an Arps model to better fit late-time stabilised flow.

Objective of paper:
To compare the performance of the Modified Duong model to two established models: Stretched Exponential and Modified Hyperbolic at 5%.

Definition of Modified Duong:
An initial Duong segment switches to a hyperbolic tail at a point in time when the effective decline rate reaches an arbitrary value (5%). For the tail segment the authors chose $b$ = 0.4 as proposed by Fetkovich (1996) for a gas well with a flowing bottomhole pressure (BHP) of 10% of the reservoir pressure.

Methodology used:
Predictions are compared in terms of accuracy and precision, i.e. the likelihood that a prediction is within a certain error margin is calculated for the different models. This is done for field data, synthetic data, single and grouped wells.

Conclusion reached:
The Modified Duong model outperforms the Stretched Exponential and the Modified Hyperbolic models if not just accuracy but also precision (variability) of the predictions is taken into account, except for short (<18 months) production histories where the Modified Hyperbolic outperforms.
(The authors also argue that empirical term in Modified Duong leads to mis-estimation for short production histories and is not worth the marginal benefits.)

Comments:
The authors assume 5% terminal decline, but how realistic is this?

**SPE 166356 (2013)**

Comparison of Decline Curve Analysis Methods with Analytical Models in Unconventional Plays

Authors: Meyet, M., Dutta, R., Burns, C.

Contribution to the development of DCA in unconventionals:
Instead of starting the tail of a composite model at some arbitrary point in time, as is widely done the industry, this paper proposes to identify the start of BDF if possible and use that as the cue to start the tail segment of the Modified Duong model.

Objective of paper:
To evaluate DCA models by and an analytical model.

Methodology used:
Diagnostics to identify flow regimes (BDF is cue to start tail segment of model).
Hindcasting to evaluate DCA models.
EUR calculations for different fluids, well geometries, well decline.
Comparison to analytical model.

Conclusion reached:
Many of the DCA models are suitable for reserves reporting given enough (4+ years of history).
None of the DCA models mimic the decline behaviour of the analytical model, but the authors acknowledge their analytical model has uncertainty associated with it.
The Modified Duong and PLE models tend to vary the least as production history grows, and other models tend to converge around them.

Comments:
This MSc research project and this paper come to different conclusions with regards to the DCA models' suitability for reserves reporting purposes.
The Modified Duong implementation in this paper is slightly different from what Joshi & Lee proposed (see 'Contribution').

## APPENDIX B – TYPE WELL CREATION




FIGURE B.1 – MAP OF BARNETT, WOODFORD, BAKKEN AND JONAH WELLS (TOP LEFT TO BOTTOM RIGHT)




FIGURE B.2 – DISTRIBUTION OF TOTAL CUMULATIVE PRODUCTION FOR 35 BARNETT WELLS

**Type well averaging -** For our particular study, we are interested in the typical decline of a well, not the average decline of a group of wells which has implicit weighting (by production) and is therefore affected by outliers (very high and very low producers). As shown in Figure B.2, the top 50% producers account for 75% of the group avg and the bottom 50% account for just 25%. A quarter of our already small precious population of 35 wells is effectively marginalized. To re-scale all the wells, the following scaling factor was used for well *i*:

$$\text{desired weighting} / \text{implicit weighting} = (1/W) / (Q_i/Q_{avg})$$

where $W$ is the number of wells, $Q_i$ is the total cumulative production of well i since the peak rate until present, $Q_{avg}$ is the average $Q_i$ value of the well population.

## APPENDIX C – WELL & RESERVOIR CHARACTERISTICS

### TABLE C.1 – TYPE WELL CHARACTERISTICS (BARNETT)

| BARNETT 35 type well (Newark East, Barnett core area) | | |
|---|---|---|
| TVD, ft | 7620 | 7450' OatesStar2-Sotel1 well (Bowker 2005 fig.4), 7700 estimate from HPDI (from TD 7930), 7700' TP Sims 2 (SPE-024884) |
| Initial reservoir pressure, psi | 3962 | 3000-4000 psi: Bowker 2005 |
| Reservoir temperature, °F | 180? | 175F TP Sims 2 (SPE-24884), 190F (?) maxtemp Mitchell Energy Kathy Keele 3 API 42-121-30685 (TRRC website well records), 175-205 Barnett-wide (SPE-152066, NETL-1478) |
| Net pay, ft | 130? | 310' gross incl. limestone beds: from isopach map RepublicEngery, 166ft net a.k.a. gas-filled TP Sims 2 (SPE-24884), Barnett-wide 50-100/100-160ft (SPE-135396/SPE-152066) |
| Permeability, mD | 1E-3 ... 1E-4 | WC Young 2: 9E-5...1E-3 (Givens/Zhao); Barnett-wide 7E-5...5E-3 (SPE-100674-PA) |
| Porosity, % | 6 | 5.7% based on 4 wells SPE-134539; 5% eyeball isoporosity map fig-20 StudentReport; 5.9% TP Sims 2 well (SPE-24884); 3.5-3.7% WC Young 2 (lower barnett) NETL-1478; Barentt-wide 5% (SPE-135396) and 6% in organic-rich areas (Bowker 2007) |
| Water saturation, % | 25 | 25% (Bowker 2005), 32.3% TP Sims 2 well (SPE-24884), 45% lower barnett WC Young 2 (Givens/Zhao) |
| Natural fractures | yes | transverse to hydraulic fracs, together forming typical Le x 1500' fairway (SPE-90051) |
| lambda | 1E-6 ... 1E-8 | SPE-152066 (Barnett-wide) |
| omega | 0.01 | SPE-152066 (Barnett-wide) |
| | | |
| Hydrocarbon | dry & wet gas | varying GOR (HPDI), vitr. reflectance 1.3 (Pickering) |
| Gas specific gravity | 0.66 | 0.66 HPDI; 0.62 Barnett-wide (SPE-152066) |
| Langmuir Pressure, psi | 800 | Barnett-wide (SPE-152066) |
| Langmuir Volume, scf/ton | 250 | if 110 scf/t sorbed at 3800psi (Bowker 2005) equals 43% (Frederik); 170-250 scf/t extrapolated for TP Sims 2 (Bowker 2005), 170-350 Barnett-side (NETL-1478) |
| Bulk density, g/cc | 2.5 | Barnett-wide (SPE-152066) |
| GOR, scf/stb | | |
| Completion | | single lateral, multistage cluster-perforated casing, can be either uncemented or cemented. If uncemented, 4-5 perf clusters 500' apart and cluster frac networks touch. If cemented, 4 stages/clusters to 2 stages x 2-3 clusters (SPE-90051 p4) |
| Stages | 4 | = 1860' perf interval (HPDI) / 500' per cluster or stage (SPE-90051) |
| Fracture half-length, ft | 350 | 350' (SPE-152066), 750-1500' (SPE-90051) but proppant all the way? |
| Lateral length, ft | | |
| Perforated Interval, ft | 1860 | HPDI 10300 lowerperf - 8440 upperperf |
| Well spacing, acres | 20-110 | field: 55 ac/well incl vertic wells (Bowker 2005). Barnett-wide: Hz wells drain twice 55 ac (NETL-1478), Devon had started drilling at 20 ac (p92 NETL-1478), 160 Hz (NETL-1478) or 60-80-160 Hz/V (SPE-152066, SPE-135396) |
| | | |
| Tubing pressure (WHFP), psi | 350 | 200-450 psi (HPDI), 500 psi (SPE-152066) |

*Bowker 2005: AAPG Bulletin, v89, no2, Feb 2005: bluescaperesources.com/main/wp-content/uploads/about/technicalpublications/gas_shale_play_fact_book.pdf*
*NETL-1478: www.netl.doe.gov/technologies/oil-gas/publications/brochures/DOE-NETL-2011-1478%20Marcellus-Barnett.PDF*
*Givens/Zhao: www.beg.utexas.edu/pttc/archive/barnettshalesym/notsosimple.pdf*
*RepublicEnergy: www.republicenergy.com/Articles/Barnett_Shale/Barnett.aspx*
*StudentReport: www.ems.psu.edu/~elsworth/courses/egee580/2010/Final%20Reports/Barnett%20Shale.pdf*
*TP Sims 2 , WC Young 2, Kathy Keele 3 well locations: see map*
*Pickering: http://www.tudorpickering.com/Websites/tudorpickering/Images/Reports%20Archives/TheBarnettShaleReport.pdf*

### TABLE C.2 – TYPE WELL CHARACTERISTICS (JONAH)

| LANCE, JONAH 34 | | |
|---|---|---|
| TVD, ft | 9750 | Lance 2500' thick with top at ~8500' (Bowker 2000), 9900' est. (OF09) |
| Initial reservoir pressure, psi | 6111 | 6133 psi same as upper Mesaverde?! (Rob2004), 6111 psi avg from 8100-9300' x 0.58-65 (SPE-71048) + half-Lance 1250' x 0.55-0.70 psi/ft (Bowker2000) |
| Reservoir temperature, °F | 192 | 192F est. (OF09), confirmed by eyeballing Bowker2000 fig3 |
| Net pay, ft | 440 | Cluff |
| Permeability, mD | 0.025 | Cluff |
| Porosity, % | 9.3 | Cluff |
| Water saturation, % | 33 | 33 Cluff; 25-35 (Bowker2000) |
| Natural fractures | possibly irrelevant | Bowker2000, OF09 disagree whether nat fracs contribute to flow |
| GOR, scf/stb | | |
| Hydrocarbon | wet gas | |
| | | |
| Gas specific gravity | 0.72 | less than 0.60 is very dry (Mark) |
| Condensate API gravity, ° | 52 | 42 (SPE-59790), 52 (SPE-71048), 65 (Rob2004) |
| | | |
| Completion | vertical multistage | SPE-71048, casing (BLM), 2.375'' tubing after some time (InvestorVillage) |
| Stages | 8-12 | 3-6 sands in 4-6 frac treatments (SPE-71048), 16-18 at Pinedale (InvestorVillage), 8 stages (Forrest), 3-17 stages (can't find the reference), up to 12 zones (BLMp21), 8-12 (Halliburton) |
| Fracture half-length, ft | 300-1100 ? | Halliburton |
| Perforated Interval, ft | 1925? | HPDI (only 6 wells): 10879-8954=1925' |
| Well spacing, acres | less than 10 | 80 or 40ac originally (Rob2, SPE-71048, Cluff) and infilling down to possibly 10 ac (Encana, HPDI map). Drainage area likely less considering poor sandbody connectivity & compartmentalization (Rob5) |
| | | |
| Tubing pressure | 1700 - 2000 ? | 1025, 2000, 3200 Jonah 1998 (OGJ). 1737, 1757, 2265 Pinedale 2004 (SPE-90620) |

*Encana: www.encana.com/operations/usa/jonah.html*
*Rob5: http://archives.datapages.com/data/specpubs/study52/CHAPTER05/CHAPTER05.HTM*
*Rob2: http://archives.datapages.com/data/specpubs/study52/CHAPTER02/CHAPTER02.HTM*
*Rob2004: http://www.wsgs.uwyo.edu/Research/Energy/docs/WSGS_C02_Basin%20Report_TM_3.pdf*
*Bowker2000: http://www.searchanddiscovery.com/documents/97016/index.htm*
*Cluff: http://pinedaleonline.com/socioeconomic/pdfs/Studies_Geol_52_Chapter12.pdf*
*OF09: http://pubs.usgs.gov/of/2009/1290/downloads/OF09-1290_Pamphlet.pdf*
*InvestorVillage: http://www.investorvillage.com/mbthread.asp?mb=12164&tid=5465731&showall=1*
*Forrest: http://www.sec.gov/Archives/edgar/data/38079/000091205700049781/a2031144zex-99_2.txt*
*OGJ: www.ogj.com/articles/print/volume-96/issue-20/in-this-issue/exploration/growth-to-continue-at-wyoming39s-jonah-field.html*
*Mark: http://eaglefordforum.com/forum/topics/dry-wet-gas*
*BLM: http://www.blm.gov/pgdata/etc/medialib/blm/wy/information/NEPA/pfodocs/jonah.Par.3636.File.dat/52app-g.pdf*
*Halliburton: http://www.halliburton.com/public/pe/contents/Case_Histories/web/A_through_R/H08433.pdf*

## TABLE C.3 – TYPE WELL CHARACTERISTICS (WOODFORD)

| ARKOMA-WOODFORD 45 | | |
|---|---|---|
| TVD, ft | 7700 | compromise between 7100' (100' half gross thickness + 7000' formation top being rough guess from map (AAPG08)), 11300' TD (HPDI), and at least 2000-2500' lateral (Slb) |
| Initial reservoir pressure, psi | 3696 | .47 psi/ft (Breig), Woodfd-wide 3100-5800 at .48-.55 psi/ft (SPE-135396) |
| Reservoir temperature, °F | 179.8 | = 72F surface + gradient 1.3-1.5F/100ft (Breig) |
| Net pay, ft | roughly 135 | Woodf avg net pay 100-150 (SPE-135396); 350-400 (OIPA) |
| Permeability, mD | 2E-4 | 3#E-4 Hladik representative well in Kingfisher co (Hladik); Woodf-wide: 1E-6...1E-3 (SPE-110029), 5E-5...1E-3 (Janzen), 2E-4 (Slb) |
| Porosity, % | 6.5 | guess from 3-6.5% gas-filled a.k.a. effective He poro (SPE-135396), Woodfd-wide 3-9% (SPE-110029), 6-8% (Advantage) |
| Water saturation, % | 35 | 30-45% woodfd-wide (SPE-110029), 30-40 (Janzen) |
| Natural fractures | yes | |
| lambda | 1E-6 ... 1E-8 | SPE-152066 |
| omega | 0.01 | SPE-152066 |
| | | |
| Hydrocarbon | dry gas | AAPG08 |
| GOR, scf/stb | | |
| Gas specific gravity | 0.65 | |
| Langmuir Pressure, psi | 800? | value for the Barnett |
| Langmuir Volume, scf/ton | 115 | 60-115; 40-60MMscf/ac (SPE-135396, Breig) |
| | | |
| Completion | multi-stage H | |
| Stages | 4-5? | 400-600' stage span Woodfd-wide (OIPA), 4-5? (SPE-135555) |
| Fracture half-length, ft | 300-500 | SPE-110029 |
| Lateral length, ft | 3600 | = 11300' TD HPDI - 7500' est. TVD - 200' |
| Perforated Interval, ft | 2000 | 2500' in 2006 (Slb). HPDI's says 1840' btw upper-lower perf but the TD math doesn't add up (so I increased res depth & perf interval) |
| Well spacing, acres | 80 | 80 (SPE-135396) |
| | | |
| Tubing pressure | 1000? | 1000 in neighbouring Ardmore basin (LNG) |

*OIPA: www.oipa.com/page_images/1194276234.pdf*
AAPG08: www.ogs.ou.edu/pdf/AAPG08woodford.pdf
*Breig: www.ogs.ou.edu/MEETINGS/Presentations/Shales2010/Breig.pdf*
*casing design: http://www.isgc2013.org/sunum/20/o/malone_mitchell.pdf*
*Hladik: http://www.isgc2013.org/sunum/20/o/malone_mitchell.pdf*
*Janzen: MSc thesis M.R. Janzen (see Google)*
*Slb: https://slb.com/~/media/Files/industry_challenges/unconventional_gas/industry_articles/201108_wo_woodford_shale_complexities.pdf*
*Advantage: http://www.advantageog.com/images/uploads/CAPP_Presentation.pdf*
*LNG: http://www.stockhouse.com/news/natural-resources/2009/08/22/canadian-small-micro-cap-weekend-roundup*

## TABLE C.4 – TYPE WELL CHARACTERISTICS (BAKKEN)

| BAKKEN 45 (NW Elm Coulee field) | | |
|---|---|---|
| TVD, ft | 9200 | Bill Walker 2006 |
| Initial reservoir pressure, psi | 4830 | 0.5-0.55 psi/ft: Bill Walker 2006, SPE-149273 |
| Reservoir temperature, °F | 240 | Bill Walker 2006a |
| Net pay, ft | 12* | 8-14 (Bill Walker 2006), 10 (MTGS10) |
| Permeability, mD | 0.05 | 0.05-0.1 (Bill Walker 2006a) |
| Porosity, % | 9* | Bill Walker 2006 |
| Oil saturation, % | 75 | Bill Walker 2006 |
| Natural fractures | negligible | nat fracs important in bakken but not in this county (GeoFocus) |
| | | |
| Hydrocarbon | oil | |
| Bubble point, psi | 1918 | compromise 1950 psi (MTGS10) & compatib. w/ fluid properties. 2100 psi mentioned somewhere too |
| Intial formation volume factor, rb/stb | 1.425 | SPE-149273 |
| Initial solution gas/oil ratio, scf/stb | 560 | 550: SPE-139774 |
| API gravity, ° | 42 | Bill Walker 2006a |
| GOR, scf/stb | 850 | HPDI |
| Gas specific gravity | 0.9 | Bill Walker 2006, SPE-139774 |
| | | |
| Completion | 1 lateral multistage | 1 lateral, multistage pre-perf uncemented liner (CLR investor presentation March 2011, SPE-139774p30) |
| Stages | 3-4 | 3-4 stages (SPE-139774) |
| Fracture half-length, ft | 100-200' | 100-200' (SPE-163855p5), <200' (Marathon) |
| FCD | 4-7 | SPE-163855p5 |
| Lateral length, ft | 6300 | HPDI TD 15600 - TVD 9200 |
| Perforated interval, ft | 5800 | HPDI analogous wells in ND |
| well spacing, acres | 640 | 640-1280 (Bill Walker 2006a), 640(most operators)-1280 with exceptions of existing vertic wells (MTGS10) |
| | | |
| Tubing pressure (WHFP), psi | FBHP 1000psi? | RyderScott |

** net pay could be defined thicker (25 ft) and less porous, as done in one paper, see also Lefevre's thickness & porosity maps, fractures may extend into the source rock*
*Bill Walker 2006: www.searchanddiscovery.com/documents/2006/06131walker/*
*Bill Walker 2006a: www.dmr.nd.gov/ndgs/wbpc/pdf/2006%20talks/bill_walker.pdf*
*MTGS10: archives.datapages.com/data/meta/mgs/mt/data/0057/0036/pdfs/0036_firstpage.pdf*
*Northern: www.northernoil.com/sites/default/files/nog_june_6_2011_operation_update_press_release_(final).pdf*
*GeoFocus: http://discoverygeo.com/Papers/Bakken%20Slides%20for%20EMGI.pdf*
*Marathon: www.ndoil.org/image/cache/WBPC_Vertical_and_Horizontal_Communication_in_the_Bakken_Marathon_Buettner_Rm104_1.30pm.pptx*
*RyderScott: http://www.ryderscott.com/Newsletters/612nsltr.pdf*

## APPENDIX D – DCA HINDCASTS




FIGURE D.1 – HINDCASTS AFTER 1 YEAR OF PRODUCTION HISTORY (BARNETT)




FIGURE D.2 – HINDCASTS AFTER 2 YEARS (BARNETT)




**FIGURE D.3 – HINDCASTS AFTER 4 YEARS (BARNETT)**




**FIGURE D.4 – HINDCASTS AFTER 6 YEARS (BARNETT)**




FIGURE D.5 – FORECASTS AFTER 8.6 YEARS (BARNETT)




FIGURE D.6 – HINDCASTS AFTER 1 YEAR (JONAH)




**FIGURE D.7 – HINDCASTS AFTER 2.5 YEARS (JONAH)**




**FIGURE D.8 – HINDCASTS AFTER 5 YEARS (JONAH)**




FIGURE D.9 – HINDCASTS AFTER 8 YEARS (JONAH)




FIGURE D.10 – FORECASTS AFTER 11.6 YEARS (JONAH)




**FIGURE D.11 – HINDCASTS AFTER 1 YEAR (WOODFORD)**




**FIGURE D.12 – HINDCASTS AFTER 2 YEARS (WOODFORD)**

Case 5:12-cv-01341-G Document 527-2 Filed 09/22/20 Page 36 of 41






**FIGURE D.13 – HINDCASTS AFTER 4 YEARS (WOODFORD)**




**FIGURE D.14 – FORECASTS AFTER 5.7 YEARS (WOODFORD)**

Case 5:12-cv-01341-G Document 527-2 Filed 09/22/20 Page 37 of 41






**FIGURE D.15 – HINDCASTS AFTER 1 YEAR (BAKKEN)**




**FIGURE D.16 – HINDCASTS AFTER 2 YEARS (BAKKEN)**

Case 5:12-cv-01341-G Document 527-2 Filed 09/22/20 Page 38 of 41






FIGURE D.17 – HINDCASTS AFTER 4 YEARS (BAKKEN)




FIGURE D.18 – FORECAST AFTER 5.7 YEARS (BAKKEN)

## APPENDIX E – ADDITIONAL ANALYSES

North American unconventional plays ranked by years of production history for the 100 'oldest' wells (suitable for analysis and before quality checks):

1. Green River Basin: 14 years' history for Jonah (Lance) vertical tight gas wells
2. Barnett: 9 years for horizontal gas wells
3. Fayetteville: 6 years for horizontal gas wells
4. Woodford: 5-6 years for horizontal dry gas wells in Arkoma basin
5. Bakken: 5-6 years for oil and mixed horizontal wells in ND and MT
6. Marcellus: 4-5 years for gas but unfortunately only in WV
7. Haynesville: 3-4 years (horizontal gas)
8. Eagle Ford: 3 years for gas, 2 years for oil (horizontal)




FIGURE E.1 – JONAH REAL-TIME PLOT SHOWS SIGNATURE OF NETWORK PRESSURE DROP




FIGURE E.2 – ESTIMATING BARNETT TYPE CURVE FTP FROM INDIVIDUAL-WELL FTP MEASUREMENTS

## APPENDIX F – ANALYTICAL MODEL HISTORY MATCHES AND CROSS-CHECKS

Fekete Harmony software was used to create and history-match the analytical EFR models.




FIGURE F.1 – HISTORY MATCH (BARNETT)




FIGURE F.2 – HISTORY MATCH (WOODFORD)




**FIGURE F.3 – HISTORY MATCH (BAKKEN)**