# EXHIBIT 3

PETROLEUM SOCIETY

PAPER 2009-159

CANADIAN INTERNATIONAL PETROLEUM CONFERENCE

# Application of the Power Law Loss-Ratio Method of Decline Analysis

R. MCNEIL, O. JEJE, A. RENAUD
Fekete Associates Inc.

This paper is accepted for the Proceedings of the Canadian International Petroleum Conference (CIPC) 2009, Calgary, Alberta, Canada, 16-18 June 2009. This paper will be considered for publication in Petroleum Society journals. Publication rights are reserved. This is a pre-print and subject to correction.

## Abstract

*Decline analysis using Arp's equations is the primary empirical method used in the petroleum industry for estimating future reserve recovery and generating production forecasts. The development of tight gas and in particular shale gas reservoirs as important new sources of gas production has highlighted a concern with the hyperbolic form. That is, the expected ultimate reserve (EUR) is highly dependent on the choice of 'b' value.*

*Recent work by Ilk et al has proposed a new decline formulation called the "power law loss-ratio" that they claim is more general and robust than Arps. Essentially, the power law loss-ratio predicts that 'b' changes over a well's producing life and the 'D' and 'b' values can be replaced with more predictable parameters called '$D_\infty$', '$\hat{D}_i$', and 'n'.*

*The purpose of this paper is to test the applicability of the power law loss-ratio method with readily available public data. Several wells were analyzed using Arps hyperbolic decline and the power law loss-ratio method. The results of each will be presented along with a comparison of the estimates of ultimate recoverable reserves.*

## Introduction

Significant tight gas has been produced over the past few decades in Alberta. In 2005 it was estimated that tight gas accounted for 30% of the output from the WCSB[7]. There is an estimated 575 Tcf of tight gas in Western Canadian reservoirs. Shale gas production is also gaining interest, with plays with a resource potential of 261 Tcf having already been discovered.

With such valuable sources of gas available, it becomes important to be able to predict reserves using reliable methods. For many decades, the main tool used for analysis has been the Arps decline analysis method.

The purpose of this work is to demonstrate the practical application of a modified Arps method: the power law exponential method of decline analysis.

## Decline Analysis

Decline analysis is a reservoir engineering technique that has been around for more than a century. The method has not significantly changed since the refined form proposed by J.J. Arps in 1945. Owing to its simplicity and reliability, it has been a popular method to forecast production and estimate reserves.

The purpose of decline analysis is to forecast the cumulative production of a well up to the point it reaches a defined abandonment criteria. The amount produced is known as its expected ultimate recovery (EUR).

There are two forms of the Arps equation that are commonly used to model rate decline. The exponential form is usually used for single phase liquid production or high pressure gas wells:

$$q = q_i \, e^{-D_i t} \quad \text{.......(1)}$$

The hyperbolic form is usually more appropriate for typical gas wells:

$$q = q_i \ (1+bD_i t)^{-1/b} \quad (2)$$

Although Arps should be limited to the boundary-dominated flow portion of the production history where operating conditions (back-pressure) are relatively constant, practitioners regulary attempt to utilize Arps in the transient flow region.

The transient period for a tight or shale gas well is often much longer than for a typical gas well. Production data may still be in the transition region between transient and boundary dominated flow for a period of months or even years. As a consequence, practitioners are regularly pushing the limitation of 'b' being less than or equal to 1 and use b-values much greater than 1. These higher 'b' values make better-looking matches of the production history data possible but often produce remaining reserve estimates that are obviously ridiculous. The bigger problem is that it is very difficult to distinguish between a realistic and a ridiculous remaining reserve projection.

## The Power Law-Loss Ratio Method

A new methodology that could be applied to tight gas wells was recently introduced by Ilk et al[3]: the power law exponential decline. In this method, the exponential relation presented by Arps was modified to model the transient region of production data.

The power-law exponential rate relation which is given as:

$$q = \hat{q}_i e^{\left[-D_\infty \ t - \frac{D_1}{n} \ t^n\right]} \quad (3)$$

Equation (3) can be reduced to the *power law loss-ratio rate decline relation* as defined by Ilk *et al*:

$$q = \hat{q}_i \ e^{[-D_\infty \ t - \hat{D}_i \ t^n]} \quad (4)$$

The advantages of the power law loss-ratio technique are that:

- It proposes that the 'b' values used by Arps should not be a constant but rather a generally declining function. This is an avenue that some researchers are looking into using models to generate synthetic data for analysis.
- It looks a lot like Arps 'exponential' decline with which many practitioners are very familiar.
- The extra variable may make it possible to match production data in the transient and boundary-dominated regions without being hypersensitive to remaining reserves estimates.

## Analysis

The focus of this work will be to explore methods for solving the power law loss-ratio equation to determine a consistent and reliable set of forecast parameters. Although Ilk et al developed this alternate decline equation to apply it to shale gas reservoirs, they claim it should be more general and robust. Therefore, the wells chosen for this work produce from conventional sandstone reservoirs and have long production histories so that comparison of the power law to Arps will be relatively straight forward.

## Wells used for Study

All of the wells chosen for this study are producing from the Milk River/Medicine Hat formations in Southern Alberta. The formations are generally characterized by a laminated series of sands and shales.

While typical average daily production rates in 1965 were 30 to 45 $10^3 m^3/d$, new wells coming on stream after 1980 tended to have much lower rates (about 6 to 12 $10^3 m^3/d$). A listing of the wells investigated and the highest rates encountered in their production profiles can be found in table 1.

## Analysis Procedure

Through attempting several different analysis strategies, the following procedure was found to give consistent, reasonable results.

### Analysis Procedure Overview

1. Filter the production data
2. Estimate a value for $\hat{q}_i$
3. Fit an analysis to the production data
4. Extrapolate analysis line to abandonment

### Filter the Production Data

Both Arps and the power law method are limited by the quality of data being analyzed. The goal of filtering was to take publicly available monthly production data and highlight a reasonable trend.

Any points that suggested different production strategies or changing operational conditions were ignored. Dramatic changes in production profile were ignored as they were assumed to be influences that originated outside the reservoir. In addition, points deemed to be low were ignored as they were suspected to be producing below capacity or for only a portion of that month.

### Estimate a Value For $\hat{q}_i$

$\hat{q}_i$ represents the instantaneous initial production rate of the well. It can be determined by extrapolating production data back to the start date. This value serves as an anchor point for the analysis line, and as a result it must be carefully determined.

### Fit a Analysis to the Production Data

An analysis line can be created by using the parameters in equation (4). Modifying the parameters by trial and error tended to be tedious because matching n and D∞ at the same time tends to be time consuming. The use of an iterative multi-variable solution method to fit the analysis line is the recommended approach.

### Extrapolate Analysis Line to Abandonment

Typically production continues until a defined abandonment criterion has been met. This is usually the economic minimum rate. Once a limit has been specified, the EUR can be calculated.

# Discussion

## Results

To test the applicability of the power law method, we compared its results to those from the Arps method for the same data. Four wells out of the group originally studied were chosen for this work.

For each well, power law and Arps method analyses were created. The parameters that were used to generate the analysis are listed in table 2. The resulting analysis can be found as figures 1 to 4.

### EUR Results

In general for the Arps method, higher b values were used to adequately match the historical production data, usually resulting in questionably high EURs

The EUR was calculated by assuming an economic limit of 5 mscfd (0.14 $10^3 m^3/d$), with the exception of well 14-30 where an economic limit of 1 Mscfd (0.03 $10^3 m^3/d$) was used.
The results for EUR are summarized in table 3.

In general the power law formulation seems to provide more conservative results for the EUR than the Arps formulation when an attempt was made to match the whole data set.

### Well 1 (6-36)

Both the Arps and power law methods matched the data well. There was only a 3.7% difference between their EUR values. The short duration of the transient, higher flow rate of the well and the ease of fitting Arps would suggest the reservoir is not very tight.

### Well 1 (7-36)

For this well, a b value of 1.4 seemed necessary for the Arps analysis to match most of the data. There was a marked difference between the Arps and power law method results (48.9% EUR difference). This well had been on production a much shorter duration than the other wells, so it may be reasonable to expect it would exhibit transient behaviour.

### Well 1 (8-30)

Although the data for this well was fairly noisy, a consistent trend could be determined. There was no b value that could provide a perfect match, but a b value of 1.2 seemed to fit most of the data. (13.8% EUR difference). There seems to be a long period where the production looks to be not purely transient.

### Well 1 (14-30)

This was a good example of the need for filtering. It is quite obvious that there are operational changes that occur at the midway point and the tail end of the data. Using a b value of 1.6 allowed for a good match between the data and analysis line, although the EUR difference is high (62%).

### Comparing the Effect of D∞ and $\hat{D}_i$

One useful metric is the relative proportions of the D∞ term and $\hat{D}_i$ term at the time corresponding to the end of the production data. This can be found by doing a ratio of terms from equation (4).

$$R = \frac{D_\infty}{\hat{D}_i \, t^{(n-1)}} \quad \text{.......(5)}$$

A comparison of the results from applying equation (5) to all the wells can be found in table 4.

Well 1 may be in the boundary dominated region, as the D∞ term has a very significant effect. The ease with which the Arps formulation could match the data would add support to that statement.
Well 2 seems to still be in the transient region, but it also has a much shorter run of production data, so that seems justified.
For well 3 there may be enough data to suggest that the well has encountered boundary dominated flow, but the well is still being strongly influenced by the transient response.
Well 4 appears to be a very tight well, based on the transient being so dominant after a fairly long production duration.

## Additional Considerations

### Uniqueness

The first issue that arose when using the power law method was that there were too many variables to control. There are 4 variables in the power law equations as compared to 3 in the Arps formulations. This can lead to convergence problems and non-unique solutions.

From many trials, it was decided the 2 best variables to try to control were $\hat{q}_i$ and D∞. Between those two, $\hat{q}_i$ was chosen to be the main anchor variable for the following reasons:

- In most cases $\hat{q}_i$ seems to have a larger relative impact than $\hat{D}_i$ on EUR
- $\hat{q}_i$ is easier to deduce from visual inspection of the production data
- $\hat{q}_i$ does not require much historical data in order to estimate a good value

### Curve Shape – Parameter Relationship

One reason Arps method of decline analysis has been useful for the last century is because the shape of a curve can be ascribed physical meaning. For the Arps method, the b parameter is the main control of the shape of a decline curve. Through empirical investigations, b was related to a reservoir's fluid production mechanism. For example if you have a well under injection, typically a b value of 0.5 to 1.0 would be used.

For the power law method the shape controlling variable seems to be n. Its value seems to be an indicator of the transient behaviour and the tightness of a reservoir, but a clear trend has yet to emerge. Several different parameters such as well production start time, proximity of wells to each other and initial rate were investigated but no convincing correlation has been discovered to date. If a relationship exists, the power law formulation could be used a more useful diagnostic tool.

**Insufficient Data**

The original Arps method has trouble modeling cases where there is not much data or most of the data is in the transient region. The curvature of the data at the start of production can be matched using a high b value with the Arps method. However, this generally tends to over predict the EUR.

The power law formulation seemed to give reasonable results with any amount of production data. However the EUR would still change based on the amount of data available. It seemed that in order to provide the best results, at least some of the production data needed to be in the boundary dominated flow region. This would allow for better definition of the $D_\infty$ term of the equation and more confidence in the EUR.

## Conclusions

- Use of the power law is preferred over the Arps method for cases where there is insufficient boundary dominated data or a very long transient period.
- The power law seems provide consistently reasonable results for the EUR.
- More studies are needed to determine if there is physical significance of the n parameter.

## NOMENCLATURE

| | | |
|---|---|---|
| $b$ | = | Arps method decline exponent |
| $D$ | = | decline rate, % per year |
| $D_1$ | = | Decline constant "intercept" at 1 time unit, D(t=1 day) |
| $D_i$ | = | initial decline rate, % per year |
| $\hat{D}_i$ | = | decline constant $\hat{D}_i = D_1/n$, 1/(year)$^n$ |
| $D_\infty$ | = | decline rate at infinite time, D(t=∞), 1/year |
| $n$ | = | time exponent |
| $q_i$ | = | initial rate, Mscfd or $10^3 m^3/d$ |
| $\hat{q}_i$ | = | Rate "intercept", q(t=0), Mscfd or $10^3 m^3/d$ |
| $t$ | = | cumulative time, days |
| R | = | ratio of $\hat{D}_i$ and $D_\infty$ terms |

**Greek Symbols**

| | |
|---|---|
| $\phi$ | porosity |
| $\mu$ | viscosity, cp |

**Unit Conversions**

| | | |
|---|---|---|
| *1 ft*$^3$ | = | 0.02831685 $m^3$ |
| *100 Mscfd* | = | 2.831685 $10^3 m^3/d$ |

## REFERENCES


1. ARPS, J.J., Analysis of Decline Curves; *Trans., AIME, 160, pp. 228-247, 1945.*
2. MATTAR, L., GAULT, B., MORAD, K., CLARKSON, C.R., FREEMAN, C.M., ILK, D., and BLASINGAME, T.A., Production Analysis and Forecasting of Shale Gas Reservoirs: Case History-Based Approach; *paper SPE 119897 presented at the 2008 SPE Shale Gas Production Conference, Fort Worth, 16-18 November.*
3. ILK, D., RUSHING, J.A., PEREGO, A.D. and BLASINGAME, T.A., Exponential vs. Hyperbolic Decline in Tight Gas Sands — Understanding the Origin and Implications for Reserve Estimates Using Arps' Decline Curves; *paper SPE 116731 presented at the 2008 SPE Annual Technical Conference and Exhibition, Denver, 21-24 September.*
4. RUSHING, J.A., PEREGO, A.D., SULLIVAN, R.B. and BLASINGAME, T.A., Estimating Reserves in Tight Gas Sands at HP/HT Reservoir Conditions: Use and Misuse of an Arps Decline Curve Methodology; *paper SPE 109625 presented at the 2007 SPE Annual Technical Conference and Exhibition, Anaheim, 11-14 November.*
5. KUPCHENKO, C.L., GAULT, B.W. and MATTAR, L., Tight Gas Production Performance Using Decline Curves; *paper SPE 114991 presented at the 2008 CIPC/SPE Gas Technology Symposium 2008 Joint Conference, Calgary,* 16–19 June.
6. OKUSZKO, K.E., GAULT, B.W. and MATTAR, L., Production Decline Performance of CBM Wells; *Canadian International Petroleum Conference (58th Annual Technical Meeting), Calgary, Alberta, Canada, June 12 – 14, 2007.*
7. PARK, GARY, Technology Key to Canadian Tight Gas; *Petroleum News, Vol. 11, No. 4, January 2006.*

Table 1: Well Production Start date and Maximum Rates

| Well | Start Year | Calendar Gas Rate (Mscfd) | Calendar Gas Rate ($10^3$ $m^3$/d) |
|---|---|---|---|
| 1 | 1974 | 335.7 | 9.5 |
| 2 | 2002 | 123.3 | 3.5 |
| 3 | 1979 | 95.7 | 2.7 |
| 4 | 1979 | 30.3 | 0.9 |

Table 2: Parameters used to Match Production Data

| Well | Arps Method | | | Power Law Method | | | | |
|---|---|---|---|---|---|---|---|---|
| | b | $q_i$ (Mscfd) | $q_i$ ($10^3$ $m^3$/d) | n | $\hat{q}_i$ (Mscfd) | $\hat{q}_i$ ($10^3$ $m^3$/d) | $\hat{D}_i$ | $D_\infty$ |
| 1 | 0.488 | 309.6 | 8.8 | 0.5278 | 375 | 10.6 | 0.0109 | 7.4E-05 |
| 2 | 1.4 | 127.0 | 3.6 | 0.3442 | 200 | 5.7 | 0.1176 | 3.6E-05 |
| 3 | 1.2 | 50.3 | 1.4 | 0.2184 | 120 | 3.4 | 0.3136 | 3.3E-05 |
| 4 | 1.6 | 25.6 | 0.7 | 0.3552 | 50 | 1.4 | 0.2624 | 1.2E-05 |

Table 3: Expected Ultimate Recovery Results From Decline Analysis

| Well | Arps Decline EUR (MMscf) | Arps Decline EUR ($10^6$ $m^3$) | Power Law EUR (MMscf) | Power Law EUR ($10^6$ $m^3$) |
|---|---|---|---|---|
| 1 | 1546 | 43.8 | 1489 | 42.2 |
| 2 | 380 | 10.8 | 231 | 6.5 |
| 3 | 389 | 11.0 | 339 | 9.6 |
| 4 | 215 | 6.1 | 113 | 3.2 |

Table 4: Relative Effect of $D_\infty$ and $\hat{D}_i$ terms on Rate Decline

| Well | Cumulative Time to End of Production Data (days) | $\frac{D_\infty}{\hat{D}_i\ t^{(n-1)}}$ |
|---|---|---|
| 1 | 9557 | 50.2 % |
| 2 | 5434 | 4.5 % |
| 3 | 8736 | 16.0 % |
| 4 | 8309 | 4.3 % |




Figure 1. Well 1 Production Data and Decline Analyses




Figure 2. Well 2 Production Data and Decline Analyses




Figure 3. Well 3 Production Data and Decline Analyses




Figure 4. Well 4 Production Data and Decline Analyses