# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS. | Case No. 12-cv-01341-G |

### DECLARATION OF STEPHEN P. BARRY IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION UNDER RULE 54(B)

I, Stephen P. Barry, do declare and state as follows:

1.  I am an associate at the law firm of Latham & Watkins LLP, counsel to Defendant Tom L. Ward in the above-captioned case. I am licensed to practice law in the District of Columbia and Virginia, and am admitted *pro hac vice* to this Court. I have personal knowledge of the facts stated in this declaration.

2.  I submit this declaration to submit certain exhibits cited in Defendants Tom L. Ward, Matthew K. Grubb, James D. Bennett, and nominal Defendant SandRidge Energy, Inc.'s concurrently filed *Reply in Support of Defendants' Motion for Reconsideration Under Rule 54(b)*.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Deposition Transcript of Michael Hale (Dec. 7, 2018).

4.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the

Deposition Transcript of Maggie Silvertooth (Dec. 20, 2018).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

Executed this 22nd day of September 2020.

                                                  *s/ Stephen P. Barry*
                                                  Stephen P. Barry *(admitted pro hac vice)*
                                                  LATHAM & WATKINS LLP
                                                  555 Eleventh Street, NW, Suite 1000
                                                  Washington, DC  20004
                                                  Telephone:  (202) 637-2200
                                                  Facsimile:  (202) 637-2201
                                                  Email:  stephen.barry@lw.com

                                                  *Attorney for Defendant Tom L. Ward*