# EXHIBIT 1

Confidential

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA


IVAN NIBUR, LAWRENCE ROSS,        )
JASE LUNA, MATTHEW                )
WILLENBUCHER, and the DUANE &     )
VIRGINIA LANIER TRUST,            )
Individually and On Behalf of     )
All Others Similarly Situated,    )
                                  )
          Plaintiffs,             )
                                  )
vs.                               ) Case No. 15-cv-00634-M
                                  )
SANDRIDGE MISSISSIPPIAN TRUST     )
I, SANDRIDGE MISSISSIPPIAN        )
TRUST II, TOM L. WARD, JAMES      )
D. BENNETT, MATTHEW K. GRUBB,     )
RANDALL D. COOLEY, JIM J.         )
BREWER, EVERETT R. DOBSON,        )
WILLIAM A. GILLILAND, DANIEL      )
W. JORDAN, ROY T. OLIVER, JR.,    )
JEFFREY S. SEROTA, D. DWIGHT      )
SCOTT, RAYMOND JAMES &            )
ASSOCIATES, INC., MORGAN          )
STANLEY & CO. LLC (F/K/A          )
MORGAN STANLEY & CO INC.),        )
MERRILL LYNCH, PIERCE, FENNER     )
& SMITH, INC., CITIGROUP          )
GLOBAL MARKETS INC., and RBC      )
CAPITAL MARKETS, LLC,             )
                                  )
          Defendants.             )
                                  )
SANDRIDGE ENERGY, INC.            )
                                  )
          Nominal Defendant.      )
_____ )


CONFIDENTIAL TRANSCRIPT



Confidential

```
 1              UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF OKLAHOMA

 3

 4

 5   In re SANDRIDGE ENERGY, INC.  )
     SECURITIES LITIGATION,        )
 6                                 )
                                   ) Case No. 5:12-CV-01341-G
 7                                 )
     This Document Relates to:     )
 8                                 )
            ALL ACTIONS.           )
 9   _____)

10

11

12

13

14

15              DEPOSITION OF MICHAEL HALE

16                  December 7, 2018

17                8:53 a.m. - 10:48 a.m.

18

19

20

21

22

23

24

25      Reported by:  Carrie LaMontagne, CSR No. 1976
```



Confidential

1    BY MR. BAUER:

2         Q.   Did these weekly technical review meetings

3    take place every week during your entire time working

4    on the Miss Lime play?

5         A.   Yeah.

6         Q.   They never were canceled for any reason?

7         A.   They may have been if something else was

8    going on, but that was very rare.  Maybe in my entire

9    six months, if they were canceled, it was one, maybe

10   two.  It was very much a regular thing and it's -- in

11   a lot of ways those meetings dictated what we did for

12   the week, you know, our weekly duties.  So they were

13   very important.

14        Q.   Okay.  Let's talk about the management

15   meetings now.

16        Where would those take place?

17        A.   They would take place on the 28th floor in

18   the main conference room.

19        Q.   How many people would attend those?

20        A.   I'd say as many as 40 at one point.  They

21   were quite populated.

22        Q.   And you said you attended a couple of

23   those?

24        A.   Yes.

25        Q.   Tell me about the -- let me ask generally



Confidential

Page 28

1  first.

2        Did these management meetings take place at a

3  set time?

4        A.    I believe so, yes.

5        Q.    Do you remember the set time?

6        A.    With respect to the Miss because I only

7  attended a few, I don't remember exactly what time it

8  was.  I remember when I worked the Permian, it was

9  Tuesday mornings very early.  So, yeah, I don't

10 remember the exact time.  But probably around similar

11 time, Tuesday mornings.

12       Q.    Okay.  You attended two of those meetings.

13 Tell us about the first one.

14       Approximately when was that?

15       A.    I don't recall.

16       Q.    How about the second one, approximately

17 when was that?

18       A.    I don't recall.  Sometime between January

19 and June of 2013.

20       Q.    Okay.  Do you remember any of the details

21 of either of those meetings?

22       A.    No.  I could give general overviews.  The

23 main focus was to show overall well performance and

24 to highlight either over-performing or

25 underperforming wells.



Confidential

Page 29

1          Q.   Do you know, was there a particular reason

2     why you went to those two weekly management meetings

3     as opposed to all the others?

4               MR. HABER:   Objection.

5          Go ahead.

6               THE WITNESS:   No.   At the time I was

7     looking at some potential reservoirs in southern

8     Alfalfa County.

9     BY MR. BAUER:

10         Q.   So you had information -- tell me if this

11    is correct, that you had information that would be

12    useful at those meetings on two occasions and that's

13    why you went to them?

14         A.   Theoretically, yes.   In practice, no.   I

15    didn't speak at either of those meetings, but I was

16    there in case it came up.

17         Q.   So who asked you to attend the meetings?

18         A.   Mike Brown, my boss.

19         Q.   Now, I'm starting to understand.   You

20    attended the meetings if Mike Brown asked you to

21    attend them and that's why you went to those two.

22         Is that true?

23         A.   Yeah.   Almost always, if we attended those

24    meetings, it was because the person we directly

25    reported said you should be there because you're



Confidential

Page 30

1    working on something important and it may come up.

2        Q.   On the first two of the meetings do you

3    remember any of the folks who were at the meeting?

4        A.   Paul Stark, Craig Johnson, Tom Ward, I

5    think Dave Lawler, Ross Giblet, Mike Brown,

6    Mark Thomas.  Mark Thomas was a senior geologist that

7    I worked under.  Grayson Prannin, he would have most

8    likely been there.  Other than that, I don't

9    remember --

10           MR. KARAM:  Can I have that spelled,

11   please.

12           THE WITNESS:  Grayson, G-R-A-Y-S-O-N,

13   P-R-A-N-N-I-N, I believe.

14           MR. KARAM:  Thank you.  Sorry.

15           THE WITNESS:  He was a facilities engineer.

16   BY MR. BAUER:

17       Q.   Can you tell us anyone else who was at that

18   first of the two management meetings you attended?

19       A.   I don't recall.

20       Q.   Okay.  Let me go to the second of the two

21   management meetings that you attended.

22           Who was at that meeting?

23       A.   I don't recall, but every meeting I ever

24   attended they were very similar attendee groups.  So

25   it was pretty uniformly the management team minus one



Confidential

Page 36

1   again.   Okay.

2        A.   Okay.

3             MR. BENESH:   The objection is just a place

4   mark in the record for the judge to rule on later.

5   Unless your lawyer gives you some instruction, you

6   can disregard and answer as if there were no

7   objection.   It's for the court.

8             THE WITNESS:   Thank you.   Every time it

9   happens, I'm like, What am I supposed to do at this

10  point.

11            MR. BAUER:   All right.   You know, gosh, I

12  guess we'll mark this complaint as another exhibit.

13  So can we mark the third consolidated amended

14  complaint as Exhibit 1 for this deposition please.

15        (Defendant's Exhibit Number 1 marked for

16  identification purposes and made part of the record.)

17  BY MR. BAUER:

18        Q.   All right.   So we placed the third

19  consolidated amended complaint in re Sandridge

20  Security Litigation for the witness marked as

21  Exhibit 1.

22        Have you ever seen this document before?

23        A.   I have.

24        Q.   When was the first time you saw it?

25        A.   Probably -- approximately -- maybe



Confidential

1    November 20, something like that.

2         Q.   Of this year?

3         A.   Yeah, of this year.

4         Q.   Okay.  And did you review it?

5         A.   I have.

6         Q.   Okay.  You read the whole thing?

7         A.   I have.

8         Q.   Took you some time probably?

9         A.   Yes.

10        Q.   Okay.  When you were reviewing this, were

11   you under the -- did you understand that the person

12   referred to as -- let's see -- FE2 was you?

13        A.   Yes, I assumed so.

14        Q.   Why did you assume that?

15        A.   Well, there was some uncanny similarities

16   between the experiences, descriptions.

17        Q.   Okay.  Was there anything in the

18   description related to FE2 that you looked at and

19   weren't -- just weren't quite right that you would

20   correct?

21        A.   Do you have something specific you're

22   thinking of?

23        Q.   No, I'm just asking you generally.

24        A.   Are you talking about my description?

25        Q.   I'm talking about things that were



Confidential

1    attributed to FE2 when you reviewed it.

2         A.   Gotcha.  Like things I said, anything?

3         Q.   Yes.

4         A.   Okay.  So I would say that there was one

5    portion that came across as, I would say,

6    substantively correct, but kind of tonally

7    incomplete.  So it wasn't wrong.  I think it could

8    just use some color.  So let me find it.

9         Q.   Okay.

10        A.   Because I don't know exactly what page it's

11   on, what it referred to was the description of the

12   technical reviewing meetings.  It said that we would

13   decide, basically, what was shown to management.

14   What it was was that those meetings, because they

15   were for the technical team, you know, scientific and

16   engineering team, our job really was to look at well

17   results and to see whether or not there was some type

18   of color that could be added to those that might help

19   explain something.

20        So like I mentioned already, if a well was

21   underperforming or over-performing, geology had the

22   opportunity to look at something and say, Oh, well,

23   this could be because there's some feature here or I

24   don't really see anything, and then engineering would

25   have an opportunity to look at that and say, Oh,



Confidential

1    well, we had trouble completing that well, or

2    something like that.

3        So when that line says, you know, we decided

4    what was shown, what it really means is we were, you

5    know, able to contribute to the explanation to things

6    so that they could be shown sort of in full color.

7        Q.   Okay.  As opposed to having the

8    decision-making authority, you contributed to it.

9        Is that --

10       A.   Correct.

11       Q.   Okay.  Turn to paragraph 128, which is page

12   46, please.

13       A.   Okay.

14       Q.   Okay.  And that says:

15           "According to FE2, the number of

16           underperforming wells in the

17           Mississippian was larger than expected

18           and that overall since at least early

19           2012, the Mississippian was not

20           performing as well as expected."

21       I wanted to probe that for a bit.  Okay?

22       A.   No, that's fine.

23       Q.   Okay.  So when you talk about

24   underperforming wells, what do you mean by that?

25       A.   Well, underperforming would be relative to



Confidential

1    type curve.

2         Q.   Can you explain that.

3         A.   Yeah.  So a type curve is basically -- they

4    would analyze production in an area and come up with

5    a decline curve that would reasonably forecast what a

6    well was expected to make.  So then you compare

7    actuals against that, you know, probable forecast,

8    you're type curve, and you analyze it, whether it's

9    above or below.  So that's what that means.

10        Q.   Do you make a distinction between a decline

11   curve and a type curve?

12        A.   Well, there is a distinction, yes.  So a

13   decline curve is actually production versus time.

14   And what you'll see is that over time production will

15   decline as, you know, reservoir pressure starts to

16   deplete and you start pulling more out.

17        A type curve is a little bit different, you

18   know, obviously, because it's based off of other

19   wells in the area.  But a lot of times the way a type

20   curve is shown is as a decline curve.  So that's

21   really what I'm saying.  Yes, they are different.

22        Q.   Okay.  So when you -- when you were now

23   telling what you consider to be an underperforming

24   well, are you looking at performance relative to a

25   type curve or relative to a decline curve?



Confidential

Page 41

```
 1        A.    To a type curve.
 2        Q.    To fit your understanding of an
 3   underperforming well, how much under a performance --
 4   I'm going to have to start over.  That's going to be
 5   a hard question to ask.
 6        Did you consider a well to be underperforming if
 7   it was producing less than the type curve indicated?
 8        A.    Not necessarily.
 9        Q.    Can you explain that to me, please.
10        A.    Sure, absolutely.  In the different
11   softwares that the reservoir engineers use, they will
12   generate those decline curves based off of current
13   production and they will superimpose the type curve
14   on top of that.  But off to the side there's all
15   these metrics that are basically populating as a
16   result of their actual analysis of the data.
17        So it would tell you kind of what the projected
18   EUR is, what the B factor they're using, which is the
19   rate of decline, what the rate of return is.  So it's
20   giving you a lot of different reservoir metrics
21   that's an output, a direct output of their analysis.
22   And so if you're looking at those numbers and the,
23   you know, rate of return is nowhere near kind of what
24   we expected it to be -- or the EUR is nowhere near
25   what we would expect it to be, I would say it's
```



Confidential

1   underperforming.

2       So it's not necessarily just above or below type

3   curve, you can have a well that's just marginally

4   below type curve and it could potentially be a very

5   good well.

6       Q.   Is it to be expected that there's a

7   variation --

8       A.   Absolutely.

9       Q.   -- in -- particularly in predictions of the

10  future, right?

11      A.   Well, yeah.  And a type curve, of course,

12  is an average.  It's an average of all of the

13  producing wells out there.  And so, of course,

14  there's going to be some percentage that are above

15  and below that line.

16      Q.   And so when you used the phrase nowhere

17  near, so having production that's nowhere near what

18  is reflected in the type curve is what you would

19  consider an underperforming well?

20      A.   I'm speaking in relative terms, but, yeah.

21  I mean --

22      Q.   Can you quantify that in any way for us?

23      A.   Well, it's difficult to kind of verbalize.

24  If you saw it on a graph, it's very obvious what is

25  underperforming, especially when you see all the



Confidential

Page 44

1    BY MR. BAUER:

2        Q.    Did that little hypothetical scenario that

3    you just laid out, did that ever happen with respect

4    to any of the wells that you were paying attention to

5    in the Mississippian?

6        A.    Yes.

7        Q.    Okay.    Explain that to me then, please.

8        A.    Okay.    Shortly after I joined we had

9    somebody -- I forget who it was.    I believe it was

10   Mark Thomas.    He was my senior geologist.    He told me

11   whenever we are drilling wells if we encounter

12   something called a loss circulation zone, mark down

13   what depth it was at.    And then we would put it in

14   the geologic software we were using and it would

15   place it along the well bore and then they could be

16   mapped out.

17       What a loss circulation zone is -- just because

18   I'm sure this is going to come up.    A loss

19   circulation zone is basically a portion along the

20   horizontal well bore where the reservoir is actually

21   stealing your drilling mud.    Okay.    So whenever we

22   would experience those, they were interpreted to

23   either be faults or major fracture swarms.    But

24   whatever it was, our drilling fluid was going back in

25   the reservoir and we were not getting returns.    So



Confidential

Page 48

1      A.    Yeah, absolutely.  So we noticed -- at

2  least I noticed it very quickly when I came on in

3  2013 and we were attending the meetings that any

4  subsequent wells drilled within a unit, like along

5  a -- so, you know, we would typically drill one well

6  and then we would come back and return to that unit

7  and drill subsequent wells, so the original producing

8  well, and then the we would drill development wells

9  or infill wells.

10     The infill wells were seeing a significant

11  decline relative to the original producing well and

12  so we believed it was related to reservoir

13  completion.

14     Q.    Okay.  And when you say we, who's we?

15     A.    The entire technical team.

16     Q.    That was not an opinion that was just held

17  by you?

18     A.    Correct.

19     Q.    When this allegation says that the number

20  of underperforming wells was larger than expected,

21  help me understand what's the expectation of

22  underperforming wells.  Let me ask you -- you're

23  pausing.  Let me withdraw that for a second and ask.

24     Is this phrase the number of underperforming

25  wells in the Mississippian was larger than expected,



Confidential

1    is that something that you told to the plaintiffs and

2    the investigators here?

3         A.   I believe, if I recall, I was asked what my

4    overall opinion of the play as a whole and how it was

5    working, and I said that it wasn't going the way we

6    thought it was going to.

7         Q.   Okay.  So what I don't want to do is put

8    words in your mouth and then ask you to describe

9    them.

10        A.   Sure.

11        Q.   So would you say that the number of

12   underperforming wells in the Mississippian was larger

13   than expected or -- would that be your testimony or

14   would it be what you just described to me, which it

15   wasn't going as well as planned?

16        A.   I would say those two statements aren't

17   mutually exclusive.  If I say the number of wells are

18   not performing as expected, that goes into the

19   cumulative whole of the play, and I'm saying that the

20   play was not working out as expected.  So I would say

21   both of those statements would be true.

22        Q.   Let me ask you, how does -- or what was the

23   expectation of the number of underperforming wells in

24   the Mississippian?

25        A.   I don't know.



Confidential

1       Q.   Why did you conclude that the number of

2   underperforming wells was larger than expected?

3       A.   Because when we would attend our technical

4   review meetings, you know, Paul Stark, he was the

5   person who was in charge of the meetings and he was

6   the reservoir -- I don't remember what his title

7   was -- reservoir manager, asset manager, whatever.

8       Whenever we would try and propose wells, he was

9   very quick to say, No, we're not drilling those.

10   These are not economic wells.  These are economic.

11   And it was a very small area.

12       Q.   So he would -- so even -- so let me make

13   sure I understand that.

14       Why would you propose a well -- can you give me

15   a situation in which you proposed a well based on

16   geology and Paul Stark said, No, we're not going to

17   drill there based on economics?

18           MR. HABER:  Objection.  Foundation.

19       Go ahead.

20           THE WITNESS:  I can't think of a specific

21   instance, but it happened quite regularly.  I mean,

22   essentially, because we had these obligations, you

23   know, we had these different Mississippian trust

24   obligations and we had rig lines that were

25   specifically devoted to them, and so we had units



Confidential

Page 51

1    that were part of those trust obligations.

2         And we would propose those and, you know, there

3    was always some pushback; and then wells, if we tried

4    ones that were not part of the same -- the trust in

5    adjacent townships or adjacent sections, we would

6    definitely get pushback and say, No, we're not

7    drilling those.

8    BY MR. BAUER:

9         Q.   Okay.   And that pushback came from

10   Paul Stark?

11        A.   Yes.

12        Q.   You say based on economics?

13        A.   Yes.

14        Q.   What's that shorthand for?

15        A.   Well, I would say I'm sort of using that as

16   like a cumulative, all-encompassing term.   But in

17   this case I would mean it with respect to expected

18   EUR, rate of return, things like that.

19        Q.   Since you were working in Alfalfa County,

20   was there any change in the drilling program because

21   of an unexpectedly large number of underperforming

22   wells?

23        A.   I would actually -- can you clarify that

24   just a little more.

25        Q.   Sure.   So I'm focusing on your work on the



Confidential

1    Mississippian in Alfalfa County, and the question is

2    did -- if there were a larger number of

3    underperforming wells than expected, what, if

4    anything, did the -- did the -- or how did the

5    drilling program change, if at all?

6         A.   Sure.  Well, drilling would definitely, you

7    know, high grade our best locations and then just

8    make sure those were put on the rig lines.  So

9    whereas before there was kind of a policy of, all

10   right, we're going to move around a bit and sort of

11   develop this acreage position, it was -- during 2013

12   there was definitely more of a focus like, No, we're

13   only putting wells from these few sections or these

14   few townships on a rig line.

15        Q.   Now, in your experience, is there anything

16   unusual about adapting your drilling program to data

17   as it comes out of existing wells?

18        A.   No, not at all.  I think that's a pretty

19   reasonable, yeah, business practice.

20        Q.   I'm back to paragraph 128, and it says,

21   Overall, since at least early 2012, the Mississippian

22   was not performing as well as expected."

23        Is early 2012 was that something you said or was

24   that something that got dropped in the complaint?

25        A.   I honestly think that was something that



Confidential

Page 53

1  was dropped in the complaint because I didn't work on

2  it in 2012.  The only thing I had to go by was just,

3  you know, discussions I had with fellow geologists.

4      I remember other geologists that were working

5  the Miss saying that, you know, they were kind of

6  luke warm on it.  Like, How's it working out; It's

7  okay, you know, some wells are good and some wells

8  are bad.  But not as early as early 2012, I couldn't

9  attest to that.

10     Q.   So you'd say though that in your view the

11 Mississippian wasn't performing as well as expected

12 as of sometime in 2013?

13     A.   I would say as of sometime in 2012.  I just

14 couldn't say with certainty that it was early 2012.

15 All the people that I knew, you know, geologists were

16 kind of a click.  You know, I have a lot of friends.

17 I mean, we're all unique characters.

18     Whenever I would ask those friends that were

19 working on those assets, you know, they would tell

20 you.

21     Q.   And they would say, It's not doing as well,

22 as you said to me?

23     A.   Yeah.  I mean, the one thing I remember

24 very clearly was, like, Kansas is not working at all

25 kind of thing.



Confidential

Page 54

1       Q.   So when was the first time that you
2   personally saw data that made you conclude that the
3   number of underperforming wells in the Mississippian
4   was larger than expected?
5       A.   2013 when I was working the asset.
6       Q.   Okay.  And what month in 2013 if you can --
7   if you can't estimate, that's okay.
8       A.   March.  It would have been sometime shortly
9   after I worked there because there's always, you
10  know, an adjustment period with any new play you're
11  working on.  You're still trying to figure out what
12  is what.
13      Q.   Yeah.
14      A.   The last few months I worked with the
15  Miss Lime, you know, I understood full well what the
16  status of things was.
17      Q.   Okay.  Did you discuss that the number of
18  underperforming wells was larger than expected with,
19  you know, any of your coworkers in 2013?
20      A.   I'm pretty confident I discussed it with
21  several of my coworkers, yes.
22      Q.   And who would that be.
23      A.   I know Mike Brown and I had a conversation
24  about it one time.  He was my boss and we were
25  talking a bit about the play and he was talking about



Confidential

Page 55

1   Repsol's carry and saying, Well, you know, without

2   them, some of these wells aren't really very

3   economic, kind of thing.  The people I worked

4   directly with were Mark Thomas and Brian Hunt and

5   Frank Guerrero, and I'm almost certain I had that

6   conversation with them.

7        Q.   Can you remember any details about what

8   they said back or what you said to them?

9        A.   No.  I mean, really it was as simple as,

10  you know, This could be better kind of thing and they

11  were, like, Yeah.  It wasn't ever -- we didn't really

12  sit around and talk about it for 20 minutes.  We had

13  better things to talk about, but it definitely came

14  up.

15       Q.   Okay.  And no one ever suggested that

16  anyone should lie about the production in the Miss

17  or --

18       A.   No, not at all.

19       Q.   Different subject now.

20       A.   Okay.

21       Q.   Are you receiving any compensation for your

22  testifying?

23       A.   No.

24       Q.   For the plaintiffs in this case?

25       A.   No.



Confidential

Page 86

1       Q.   So would it be correct that during your

2    time at Permian in 2012 -- or was it also 2011?

3       A.   I worked the Permian 2010 through 2013 and

4    then switched over.

5       Q.   And at those weekly management meetings

6    where you attended, there would also be a discussion

7    of the Mississippian?

8       A.   Correct.

9           MR. KARAM:   I don't have any other

10   questions.

11          MR. BENESH:   Can you reread that last Q and

12   A, please.

13          (The following question and answer was read as

14   follows:

15       "Q.   And at those weekly management meetings

16           where you attended, there would also be

17           a discussion of the Mississippian?

18       "A.   Correct.")

19          MR. BENESH:   I don't know if we're going to

20   go around the table again.   I'm going to ask one

21   trustee related question related to that Q and A, but

22   I'll wait for my return.

23                     EXAMINATION

24   BY MR. BAUER:

25       Q.   Let me just follow-up on that last bit.



Confidential

Page 87

1    You were talking about management meetings, right.

2         So when you first started and you were working

3    on the Permian, did you go to the weekly management

4    meetings?

5         A.   Yeah.  When I worked the Permian, I

6    attended them almost every week.

7         Q.   Okay.  You attended those all the time

8    while you were working the Permian?

9         A.   Yeah, like -- as I mentioned before,

10   sometime towards the end of it, probably in 2012, I

11   didn't attend as often because everything just

12   started getting really busy and it was kind of on a

13   need-to-go thing.  I still attended frequently.  It

14   just wasn't every single week.  But the field areas

15   that I was responsible for were incredibly active

16   with respect to drilling and production.  I was a

17   vital part of those meetings.

18        Q.   Okay.  So do you have a memory of when they

19   started having separate meetings for the Permian and

20   the Miss?

21        A.   I don't know for certain, but it probably

22   would have been sometime in 2011.  It was well before

23   we sold off our Permian assets.

24             MR. BAUER:  Okay.  I've got no other

25   questions.

