**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. 5:12-cv-01341-G |
| This Document Relates To:<br><br>ALL ACTIONS. | |

**DEFENDANT SANDRIDGE ENERGY, INC.'S**
**FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS**
**TO LEAD PLAINTIFFS' SECOND SET OF INTERROGATORIES**

Defendant SandRidge Energy, Inc. ("Defendant" or "SandRidge") submits the following First Supplemental Responses and Objections to the following Interrogatories of Lead Plaintiffs' Second Set of Interrogatories to nominal defendant SandRidge Energy, Inc. served on February 27, 2019. The responses and objections are based upon Defendant's investigation to date and are issued without prejudice to and reserving Defendant's right to further supplement its responses pursuant to Fed. R. Civ. P. 26(e).

Pursuant to the Court's October 16, 2020 Order (ECF No. 532), and pursuant to FED.R.CIV.P. 26(g)(1) and 33(b)(5), SandRidge certifies that the answers to Interrogatory Nos. 10 and 13 may be determined from business records *already produced* and the burden of deriving or ascertaining the answers will be substantially the same for either party.  However, SandRidge commissioned its former counsel COVINGTON & BURLING to re-activate the RELATIVITY database vendor and examine archived documents in additional efforts to obtain the information included in the below supplemental responses.  This information is not new, but rather identifies more specifically which documents SandRidge believes may have information responsive to the two

1

Interrogatories at issue.

Based on its former counsel's search in RELATIVITY, no post-meeting summaries or meeting minutes (not agendas) for any referenced meetings including the meeting identified in Interrogatory No. 13 were found, and SandRidge is substantially certain that if such documents had existed they would have been identified and previously produced.

## SPECIFIC OBJECTIONS AND RESPONSES

Without waiving or restricting any of its General or Specific Objections set forth in SandRidge's Responses and Objections to Lead Plaintiffs' Second Set of Interrogatories (the "Initial Responses and Objections"), SandRidge provides the following supplemental responses:

**INTERROGATORY 10:**

Identify all presentations made to SandRidge's Executive Committee during the Class Period concerning the status of SandRidge's reserves in the Mississippian, including, without limitation, the meetings described in ¶ 120 of the Complaint.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY 10:**

SandRidge incorporates by reference its prior response set forth in the Initial Responses and Objections. Because the term "presentations" is not defined,[1] SandRidge understands "presentations" to refer to PowerPoint (or similar) presentations and slides. Subject to this construction and subject to and without waiving any of its specific and general objections,

---

[1] Plaintiffs incorrectly asserted in their motion to compel that "the term[] … 'presentation[s]' came directly from SandRidge," and cited to the SandRidge Mississippian Trust I Registration Statement. ECF No. 464, at 13. Contrary to Plaintiffs' claim, the Trust I offering documents do not use the term "presentation" or "presentations" in this context. The offering documents state only that "[e]ach quarter, the Executive Vice President – Reservoir Engineering presents the status of SandRidge's reserves …." *See* Trust I Prospectus 66. During the Class Period, the Executive Vice – Reservoir Engineering may have "present[ed] the status of SandRidge's reserves" through oral communication and other documents that did not take the form of "presentations."

SandRidge provides the following response:

Due to the passage of time and the fact that individuals with knowledge concerning this interrogatory are no longer employees of SandRidge, SandRidge can no longer identify all presentations which may have occurred as described in ¶ 120 of the Complaint, particularly any oral presentations not accompanied by documentation. However, based on a search of SandRidge's records, SandRidge believes that the documents listed in **Exhibit A**, which have been previously produced by it, are potentially responsive to this Interrogatory. SandRidge's former counsel did not observe any new or other documents potentially responsive to this Interrogatory.

SandRidge expressly reserves its right to amend this response based upon any testimony or documents introduced at trial or any other developments.

**INTERROGATORY 13:**

Identify all participants, presentations, documents and meeting minutes relating to the Mid-Year PUD Review meeting held on or around July 12, 2012, as referred to in SD-SECURITIES-0443266.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY 13:**

SandRidge incorporates by reference its prior response set forth in the Initial Responses and Objections. Because the term "presentations" is not defined, SandRidge understands "presentations" to refer to PowerPoint (or similar) presentations and slides. Subject to this construction and subject to and without waiving any of its specific or general objections, SandRidge responds to Interrogatory No. 13 as follows:

Due to the passage of time and the fact that individuals with knowledge concerning this interrogatory are no longer employees of SandRidge, SandRidge can no longer identify all participants, presentations, documents, and meeting minutes, to the extent any exist, responsive to

this Interrogatory. However, based on a search of SandRidge's records, SandRidge believes that the documents listed in **Exhibit B**, which have previously been produced by it, are potentially responsive to this Interrogatory and/or may contain information responsive to this Interrogatory. SandRidge's former counsel did not observe any new or other documents potentially responsive to this Interrogatory.

SandRidge expressly reserves its right to amend this response based upon any testimony or documents introduced at trial or any other developments.

Dated: December 14, 2020                    Respectfully submitted,


/s/ J Christopher Davis

J. Christopher Davis, OBA No. 16639
Jason L. Callaway, OBA No. 31958
JOHNSON & JONES, P.C.
Two Warren Place
6120 S. Yale, Suite 500
Tulsa, Oklahoma 74136
Telephone: (918) 584-6644
Facsimile: (888) 789-0940
cdavis@johnson-jones.com
jcallaway@johnson-jones.com
**Local Counsel for Defendant
SANDRIDGE ENERGY, INC.**

and

Herbert Beigel, *admitted pro hac vice*
Law Offices of Herbert Beigel
5641 N. Chieftain Trail
Tucson, Arizona 85750
Telephone: (520) 825-1995
hbeigel@me.com
**Counsel for Defendant
SANDRIDGE ENERGY, INC.**

## **Exhibit A**

SD-SECURITIES-0540730
SD-SECURITIES-0589359
SD-SECURITIES-0589466
SD-SECURITIES-0589655
SD-SECURITIES-0589981

**Exhibit B**

SD-SECURITIES-0134784
SD-SECURITIES-0134785
SD-SECURITIES-0296305
SD-SECURITIES-0295170
SD-SECURITIES-0296305
SD-SECURITIES-0296428
SD-SECURITIES-0296457
SD-SECURITIES-0296700
SD-SECURITIES-0297368
SD-SECURITIES-0297405
SD-SECURITIES-0297456
SD-SECURITIES-0302394
SD-SECURITIES-0428685
SD-SECURITIES-0428686
SD-SECURITIES-0428692
SD-SECURITIES-0428693
SD-SECURITIES-0428700
SD-SECURITIES-0428707
SD-SECURITIES-0428714
SD-SECURITIES-0428721
SD-SECURITIES-0428728
SD-SECURITIES-0428735
SD-SECURITIES-0428741
SD-SECURITIES-0428747
SD-SECURITIES-0428748
SD-SECURITIES-0428754
SD-SECURITIES-0428757
SD-SECURITIES-0428789
SD-SECURITIES-0428790
SD-SECURITIES-0428797
SD-SECURITIES-0428804
SD-SECURITIES-0428811
SD-SECURITIES-0428818
SD-SECURITIES-0428825
SD-SECURITIES-0428832
SD-SECURITIES-0428838
SD-SECURITIES-0428938
SD-SECURITIES-0428939
SD-SECURITIES-0428946
SD-SECURITIES-0428952
SD-SECURITIES-0428953
SD-SECURITIES-0428954
SD-SECURITIES-0428958
SD-SECURITIES-0428959
SD-SECURITIES-0428960
SD-SECURITIES-0428961
SD-SECURITIES-0428962
SD-SECURITIES-0428963
SD-SECURITIES-0428976
SD-SECURITIES-0428977
SD-SECURITIES-0428978
SD-SECURITIES-0428979
SD-SECURITIES-0429098
SD-SECURITIES-0429099
SD-SECURITIES-0429106
SD-SECURITIES-0442562
SD-SECURITIES-0442563
SD-SECURITIES-0443266
SD-SECURITIES-0443267
SD-SECURITIES-0443268
SD-SECURITIES-0443269
SD-SECURITIES-0444340
SD-SECURITIES-0444341
SD-SECURITIES-0444364
SD-SECURITIES-0446377
SD-SECURITIES-0446378
SD-SECURITIES-0446401
SD-SECURITIES-0457744
SD-SECURITIES-0457745
SD-SECURITIES-0457746
SD-SECURITIES-0457747
SD-SECURITIES-0457778
SD-SECURITIES-0457779
SD-SECURITIES-0457780
SD-SECURITIES-0457781
SD-SECURITIES-0458121
SD-SECURITIES-0458122
SD-SECURITIES-0458145
SD-SECURITIES-0458423
SD-SECURITIES-0458425
SD-SECURITIES-0458448
SD-SECURITIES-0543826
SD-SECURITIES-0543827
SD-SECURITIES-0589459
SD-SECURITIES-0589461
SD-SECURITIES-0589463
SD-SECURITIES-0589464
SD-SECURITIES-0589466
SD-SECURITIES-0589507
SD-SECURITIES-0589511

SD-SECURITIES-0589512
SD-SECURITIES-0589513
SD-SECURITIES-0589514
SD-SECURITIES-0589534
SD-SECURITIES-0589535
SD-SECURITIES-0589536
SD-SECURITIES-0589545
SD-SECURITIES-0589546
SD-SECURITIES-0589547
SD-SECURITIES-0589548
SD-SECURITIES-0589549
SD-SECURITIES-0589550
SD-SECURITIES-0589551
SD-SECURITIES-0589552
SD-SECURITIES-0589553
SD-SECURITIES-0589554
SD-SECURITIES-0589555
SD-SECURITIES-0589556
SD-SECURITIES-0589557
SD-SECURITIES-0589558
SD-SECURITIES-0589559
SD-SECURITIES-0589560
SD-SECURITIES-0589561
SD-SECURITIES-0589562
SD-SECURITIES-0589563
SD-SECURITIES-0589564
SD-SECURITIES-0589565
SD-SECURITIES-0589566
SD-SECURITIES-0589567
SD-SECURITIES-0589571
SD-SECURITIES-0589572
SD-SECURITIES-0589573
SD-SECURITIES-0589574
SD-SECURITIES-0589575
SD-SECURITIES-0589576
SD-SECURITIES-0589577
SD-SECURITIES-0589579
SD-SECURITIES-0589580
SD-SECURITIES-0589581
SD-SECURITIES-0589582
SD-SECURITIES-0589583
SD-SECURITIES-0589584
SD-SECURITIES-0589585
SD-SECURITIES-0589587
SD-SECURITIES-0589588
SD-SECURITIES-0589589
SD-SECURITIES-0589590
SD-SECURITIES-0589591
SD-SECURITIES-0589592
SD-SECURITIES-0589593
SD-SECURITIES-0589594
SD-SECURITIES-0589595
SD-SECURITIES-0589596
SD-SECURITIES-0589597
SD-SECURITIES-0589598
SD-SECURITIES-0589599
SD-SECURITIES-0589600
SD-SECURITIES-0589601
SD-SECURITIES-0589602
SD-SECURITIES-0589603
SD-SECURITIES-0589604
SD-SECURITIES-0589605
SD-SECURITIES-0589606
SD-SECURITIES-0589607
SD-SECURITIES-0589652
SD-SECURITIES-0589653
SD-SECURITIES-0589654
SD-SECURITIES-0589655
SD-SECURITIES-0589656
SD-SECURITIES-0589657
SD-SECURITIES-0589658
SD-SECURITIES-0589659
SD-SECURITIES-0589660
SD-SECURITIES-0589661
SD-SECURITIES-0589662
SD-SECURITIES-0589663
SD-SECURITIES-0589664
SD-SECURITIES-0589665
SD-SECURITIES-0589666
SD-SECURITIES-0589667
SD-SECURITIES-0589668
SD-SECURITIES-0589669
SD-SECURITIES-0589670
SD-SECURITIES-0589677
SD-SECURITIES-0589684
SD-SECURITIES-0589691
SD-SECURITIES-0589698
SD-SECURITIES-0589705
SD-SECURITIES-0589712
SD-SECURITIES-0589719
SD-SECURITIES-0589726
SD-SECURITIES-0589733

SD-SECURITIES-0589740
SD-SECURITIES-0589747
SD-SECURITIES-0589754
SD-SECURITIES-0589761
SD-SECURITIES-0589768
SD-SECURITIES-0589775
SD-SECURITIES-0589777
SD-SECURITIES-0589784
SD-SECURITIES-0589785
SD-SECURITIES-0589792
SD-SECURITIES-0589799
SD-SECURITIES-0589800
SD-SECURITIES-0589807
SD-SECURITIES-0589814
SD-SECURITIES-0589821
SD-SECURITIES-0589828
SD-SECURITIES-0589835
SD-SECURITIES-0589842
SD-SECURITIES-0589849
SD-SECURITIES-0589856
SD-SECURITIES-0589921
SD-SECURITIES-0589928
SD-SECURITIES-0589934
SD-SECURITIES-0589935
SD-SECURITIES-0589936
SD-SECURITIES-0589937
SD-SECURITIES-0589938
SD-SECURITIES-0589939
SD-SECURITIES-0589940
SD-SECURITIES-0712319
SD-SECURITIES-0712320
SD-SECURITIES-0729822
SD-SECURITIES-0729824
SD-SECURITIES-0729825
SD-SECURITIES-0729824
SD-SECURITIES-0729853
SD-SECURITIES-0729855
SD-SECURITIES-0729856
SD-SECURITIES-1150512
SD-SECURITIES-1150513
SD-SECURITIES-1150515
SD-SECURITIES-1150516
SD-SECURITIES-1150520
SD-SECURITIES-1150521
SD-SECURITIES-1150522
SD-SECURITIES-1150524

SD-SECURITIES-1150575
SD-SECURITIES-1150576
SD-SECURITIES-1150583
SD-SECURITIES-1150590
SD-SECURITIES-1150597
SD-SECURITIES-1150604
SD-SECURITIES-1150611
SD-SECURITIES-1150618
SD-SECURITIES-1150624
SD-SECURITIES-1150630
SD-SECURITIES-1150631
SD-SECURITIES-1150632
SD-SECURITIES-1150641
SD-SECURITIES-1150642
SD-SECURITIES-1150645
SD-SECURITIES-1150646
SD-SECURITIES-1150757
SD-SECURITIES-1150759
SD-SECURITIES-1150766
SD-SECURITIES-1150774
SD-SECURITIES-1150775
SD-SECURITIES-2716238
SD-SECURITIES-2714683
SD-SECURITIES-2714684
SD-SECURITIES-2714685
SD-SECURITIES-2714686
SD-SECURITIES-2714687
SD-SECURITIES-2714688
SD-SECURITIES-2714690
SD-SECURITIES-2714692
SD-SECURITIES-2714694
SD-SECURITIES-2714696
SD-SECURITIES-2714698
SD-SECURITIES-2714701
SD-SECURITIES-2714702
SD-SECURITIES-2714704
SD-SECURITIES-2714706
SD-SECURITIES-2714708
SD-SECURITIES-2714943
SD-SECURITIES-2714944
SD-SECURITIES-2715029
SD-SECURITIES-2715030
SD-SECURITIES-2716238