| | |
|---|---|
| From: | Chris Davis |
| To: | Evan Kaufman |
| Cc: | Christopher Gilroy; Frank Karam; Jason Callaway; Lee Ann Lee; Herbert Beigel |
| Subject: | Sandridge Responses to Interrogatory Nos. 10 and 13 |
| Date: | Monday, December 14, 2020 5:26:02 PM |
| Attachments: | Supplemental Interrogatory Responses 12.14.2020..pdf |
| | image001.png |
| Importance: | High |

Dear Counselors:

Attached please find Sandridge's responses to Interrogatory Nos. 10 and 13. Tomorrow I will have my assistant Lee Ann circulate these with a transmittal letter to all counsel of record. It is Sandridge's position that we have now complied with the Court's order. Thank you for your courtesy in agreeing for us to have up to 30 days additional time.

On a separate but related topic, with the complete depletion of insurance funds, and in light of the Plan of Re-Organization provisions which permit SandRidge to remain as a named defendant in this litigation only to the extent of insurance, would you stipulate to a dismissal of SandRidge? We would be open to a discussion about it being without prejudice if required.

Please contact me if you have any questions about this.


Best regards,

**J. Christopher "Chris" Davis**
JOHNSON & JONES, P.C.
Two Warren Place
6120 South Yale Avenue, Suite 500
Tulsa, Oklahoma  74136
Phone:  918-584-6644
Fax:  888-789-0940
CDavis@johnson-jones.com



Information contained in the accompanying transmission is or may be protected by the attorney-client and/or the attorney work product privilege, and is confidential.

Any advice concerning United States Federal tax issues provided in this electronic message, including attachments and enclosures, is not intended or written to be used, and cannot be used by any taxpayer for the purpose of (i) avoiding penalties that may be imposed on the taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Evan Kaufman [mailto:ekaufman@rgrdlaw.com]
**Sent:** Thursday, November 12, 2020 9:37 AM
**To:** Chris Davis <CDavis@johnson-jones.com>
**Cc:** Christopher Gilroy <CGilroy@rgrdlaw.com>; Frank Karam <FKaram@rgrdlaw.com>; Jason Callaway <JCallaway@johnson-jones.com>; Lee Ann Lee <llee@johnson-jones.com>; Herbert Beigel <hbeigel@me.com>

**Subject:** Re: Sandridge call

Chris,

We do not believe a further telephone conference is necessary. We believe that SandRidge should fulfill its discovery obligations and comply with Judge Goodwin's Order. If you change your mind and would prefer to comply with the Order, we are happy to consider a reasonable extension for you to serve your interrogatory responses.

Best regards,

Evan


**Evan J. Kaufman**



58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100



> On Nov 11, 2020, at 7:58 PM, Chris Davis <CDavis@johnson-jones.com> wrote:
>
> Lee Ann - the parties wanted to have one more call tomorrow. Please coordinate a call in the afternoon.
>
> Respectfully,
>
> J. Christopher Davis
> Johnson Jones P.C.
> Two Warren Place
> 6120 S. Yale Ave., Suite 500
> Tulsa, Ok 74136
> (918) 584-6644

NOTICE: This email message is for the sole use of the Intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.