# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-1341-G |
| This Document Relates To:<br><br>ALL ACTIONS. | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Swati R. Prakash, of the law firm of Covington & Burling LLP, ("Movant"), pursuant to LCvR83.5, moves the Court for permission to withdraw as counsel of record for Defendants Bennett and Grubb. In support of this Motion, Movant states as follows:

1. This action was filed in the Western District of Oklahoma on December 5, 2012.

2. Movant is leaving the firm of Covington & Burling LLP; however, representation of Defendants Bennett and Grubb will remain with the firms of Covington & Burling LLP and Crowe & Dunlevy.

3. C. William Phillips, Mark P. Gimbel, Christopher Y.L. Yeung and Jordan Joachim, of the firm Covington & Burling LLP, have entered their appearance as counsel for Defendants Bennett and Grubb and will continue to represent the interests of Defendants Bennett and Grubb. Evan G.E. Vincent of firm Crowe & Dunlevy, will also

remain as counsel for Defendants Bennett and Grubb. As such, the withdrawal of Movant will not cause delay or prejudice to any party in this proceeding.

4. For the reasons stated, Movant requests permission to withdraw as counsel of record for Defendants Bennett and Grubb in this matter.

Respectfully submitted,

s/ *Swati R. Prakash*
Swati R. Prakash (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

*Attorneys for James Bennett and Matthew Grubb*

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2021, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel registered through the ECF system.

s/ *Swati R. Prakash*