# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-1341-G |

## ORDER

Now before the Court are Joint Motions to Stay Outstanding Motions and Deadlines as to Defendant Tom L. Ward (Doc. No. 544) and as to Defendants James Bennett and Matthew Grubb (Doc. No. 545).

Together with the Motion as to Defendant Ward, Lead Plaintiffs and Defendant Ward submitted a Stipulation in which they represent that they have reached an agreement in principle to settle all claims against Defendant Ward. *See* Mot. at 3 (Doc. No. 544). Lead Plaintiffs and Defendant Ward indicate that they are in the process of formalizing the final terms of a settlement, and Lead Plaintiffs indicate that they intend to move for preliminary approval of the settlement on or before September 1, 2021. *Id.*

Together with the Motion as to Defendants Bennett and Grubb, Lead Plaintiffs and Defendants Bennett and Grubb submitted a Stipulation in which they represent that they have reached an agreement in principle to settle all claims against Defendants Bennett and Grubb. *See* Mot. at 2 (Doc. No. 545). Lead Plaintiffs and Defendants Bennett and Grubb indicate that they are in the process of formalizing the final terms of a settlement, and Lead Plaintiffs indicate that they intend to move for preliminary approval of the settlement on or before September 1, 2021. *Id.*

For good cause shown, the Motions are GRANTED. Defendants Bennett and Grubb's Motion for Summary Judgement (Doc. No. 479), Defendant Ward's Motion for Summary Judgment (Doc. No. 489), and any pending deadlines as to Defendants Ward, Bennett, and Grubb are STAYED. Lead Plaintiffs shall file their motion for preliminary approval of the settlements as to Defendants Ward, Bennett, and Grubb on or before September 1, 2021.

IT IS SO ORDERED this 9th day of August, 2021.

_____
CHARLES B. GOODWIN
United States District Judge