# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| | ) | |
| IN RE SANDRIDGE ENERGY, INC. | ) | **Case No. CIV-12-1341-G** |
| SECURITIES LITIGATION | ) | |
| | ) | |

## <u>ORDER</u>

The parties are ADVISED that a status conference and motion hearing will be held in this matter on September 24, 2021, at 10:30 a.m. in Courtroom 305 of the William J. Holloway Jr. United States Courthouse.

The parties shall be prepared to argue the merits of Sandridge Energy, Inc.'s Motion to Dismiss (Doc. No. 536). The parties shall also be prepared to discuss the impact of the stay and forthcoming motions for preliminary settlement approval as to the individual defendants on outstanding motions and case scheduling, the status of settlement discussions or ADR as to the remaining Sandridge Defendants, and any other outstanding matters.

IT IS SO ORDERED this 24th day of August, 2021.

CHARLES B. GOODWIN
United States District Judge