UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | ) | |
|---|---|---|
| IN RE SANDRIDGE ENERGY, INC. | ) | Case No. CIV-12-1341-G |
| SECURITIES LITIGATION | ) | |
| | ) | |

## ORDER

Due to the anticipated motion for preliminary approval of settlements as to Defendants Tom Ward, James Bennett, and Matthew Grubb, and based on the parties' request at the September 24, 2021 hearing and status conference that the Court defer ruling on outstanding motions pending resolution of the settlements, the Court STAYS all outstanding motions in this action.[1]

IT IS SO ORDERED this 29th day of September, 2021.

CHARLES B. GOODWIN
United States District Judge

---

[1] Doc. Nos. 475, 477, 483, 487.