UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) ) ) ) | No. 5:12-cv-01341-G <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | |

**JOINT MOTION FOR SCHEDULE EXTENSION**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(h), Class Representatives Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Angelica Galkin (collectively, "Plaintiffs"), and Defendants Tom L. Ward ("Ward"), Matthew K. Grubb ("Grubb"), and James D. Bennett ("Bennett") (collectively, "Defendants" and, together with Plaintiffs, the "Parties") by and through their undersigned counsel, respectfully move the Court for an Order modifying the current schedule compelling Plaintiffs to file their motion and briefing in support of preliminary settlement approval by October 29, 2021 (ECF No. 555), as set forth below.

At the September 24, 2021 hearing and status conference, Plaintiffs moved orally for an extension of time to file their motion for preliminary approval of the settlements with Defendants Ward, Grubb and Bennett to October 29, 2021.  The plaintiffs in the

related action captioned *Duane & Virginia Lanier Trust v. SandRidge Energy, Inc., et al.*, No. 15-cv-00634-G (W.D. Okla. 2015) (the "*Lanier Trust* Action") joined the motion. The motion was unopposed, and the Court granted the extension in the above-captioned matter as well as in the *Lanier Trust* Action. *See* ECF No. 555; *Lanier Trust* Action ECF No. 455.

The Parties have been diligently negotiating a stipulation of settlement and coordinating efforts with the plaintiffs in the *Lanier Trust* Action, but the process is taking longer than anticipated because of the complexities of structuring and preparing long-form settlement stipulations governing two related securities class actions. The Parties have now generally agreed on settlement terms but require additional time to finalize the exhibits to the settlement agreement, including the notices of settlement to the class.

### RELIEF REQUESTED

The Parties have stipulated to a modest extension of the deadline for Plaintiffs' preliminary settlement approval motion and briefing, pending approval by the Court, as set forth in the chart below. The Parties hereby request that the deadline for filing Plaintiffs' preliminary settlement approval papers be modified from on or before October 29, 2021 to on or before November 12, 2021.

Good cause exists to modify the current schedule. The Parties are continuing to finalize the terms of their settlement, and require additional time to complete definitive documentation of their settlement agreement, including exhibits and notices to the class, so that they can continue to work towards a successful global resolution of the instant litigation and the related *Lanier Trust* Action.

A proposed order is filed herewith.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs to file their motion for preliminary approval of the settlement | October 29, 2021 | November 12, 2021 |

DATED:  October 26, 2021

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
EVAN J. KAUFMAN (admitted *pro hac vice*)
CHRISTOPHER T. GILROY (admitted *pro hac vice*)

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
cgilroy@rgrdlaw.com

*Class Counsel*

DERRYBERRY & NAIFEH, LLP
DARREN B. DERRYBERRY (OBA No. 14542)
4800 North Lincoln Blvd.
Oklahoma City, OK  73105
Telephone:  405/708-6784
405/528-6462 (fax)
dderryberry@derryberrylaw.com

*Liaison Counsel for Plaintiffs*

<table>
<tr><td></td><td>HAEGGQUIST & ECK, LLP<br>AMBER L. ECK<br>225 Broadway, Suite 2050<br>San Diego, CA 92101<br>Telephone:  619/342-8000<br>619/342-7878 (fax)<br>ambere@haelaw.com<br><br>*Additional Plaintiffs' Counsel*</td></tr>
</table>

Dated:  October 26, 2021

| */s/ J. Christian Word* | */s/ George S. Corbyn, Jr.* |
|---|---|
| LATHAM & WATKINS LLP<br>J. Christian Word (*pro hac vice*)<br>*(Signed by filing Attorney*<br>*with permission of Attorney)*<br>Stephen P. Barry (*pro hac vice*)<br>David L. Johnson (*pro hac vice*)<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC  20004<br>Telephone:  202/637-2200<br>christian.word@lw.com<br>stephen.barry@lw.com<br>david.johnson@lw.com<br><br>Steven M. Bauer (*pro hac vice*)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  415/391-0600<br>steven.bauer@lw.com<br><br>COVINGTON & BURLING LLP<br>Mark P. Gimbel (*pro hac vice*)<br>C. William Phillips (*pro hac vice*)<br>Christopher Y.L. Yeung (*pro hac vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405<br>Telephone:  212/41-1000<br>mgimbel@cov.com<br>cphillips@cov.com<br>cyeung@cov.com | CORBYN LAW FIRM<br>George S. Corbyn, Jr., OBA #1910<br>*(Signed by filing Attorney*<br>*with permission of Attorney)*<br>211 North Robinson, Suite 1910<br>One Leadership Square<br>Oklahoma City, OK  73102<br>Telephone:  405/239-7055<br>gcorbyn@corbynlaw.com<br><br>*Attorneys for Defendant Tom L. Ward*<br><br><br>*/s/ Evan G.E. Vincent*<br>CROWE & DUNLEVY<br>Evan G.E. Vincent, OBA #22325<br>*(Signed by filing Attorney*<br>*with permission of Attorney)*<br>324 North Robinson Avenue, Suite 100<br>Oklahoma City, OK  73102<br>Telephone:  405/239-6696<br>evan.vincent@crowedunlevy.com<br><br>*Attorneys for Defendants James D. Bennett*<br>*and Matthew K. Grubb* |

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, I electronically transmitted the attached Joint Motion for Schedule Extension using the ECF system for filing, which will send notification of such filing to all counsel registered through the ECF System.

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN
