# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | Case No. CIV-12-1341-G |

## **ORDER**

Now before the Court is a Joint Motion for Schedule Extension (Doc. No. 558). For good cause shown, the Motion is GRANTED. Plaintiffs shall file their motion for preliminary approval of the settlements as to Defendants Tom Ward, James Bennett, and Matthew Grubb on or before November 12, 2021.

IT IS SO ORDERED this 27th day of October, 2021.

_____
CHARLES B. GOODWIN
United States District Judge