UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | No. 5:12-cv-01341-G<br><br>CLASS ACTION<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

      Plaintiffs and Class Representatives Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis and Angelica Galkin (collectively, "Plaintiffs") respectfully move the Court to enter an Order: (i) preliminarily approving the Settlement set forth in the Stipulation and Agreement of Settlement; (ii) approving the form and manner of providing notice of the Settlement to the Class; and (iii) setting a hearing date at which the Court will consider final approval of the Settlement, approval of the Plan of Allocation, and Lead Counsel's Fee and Expense Application.

      In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation and Agreement of Settlement and exhibits thereto, and the Declaration of Joseph Mahan Regarding Notice Plan.  A [Proposed] Order granting the Motion is being filed herewith.

DATED:  November 12, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
EVAN J. KAUFMAN (admitted *pro hac vice*)
CHRISTOPHER T. GILROY (admitted *pro hac vice*)


s/ EVAN J. KAUFMAN
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
cgilroy@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

*Lead Counsel for Plaintiffs*

DERRYBERRY & NAIFEH, LLP
DARREN B. DERRYBERRY (OBA No. 14542)
4800 North Lincoln Blvd.
Oklahoma City, OK  73105
Telephone:  405/708-6784
405/528-6462 (fax)
dderryberry@derryberrylaw.com

*Liaison Counsel*

- 2 -

- 3 -

        HAEGGQUIST & ECK, LLP
        AMBER L. ECK
        225 Broadway, Suite 2050
        San Diego, CA 92101
        Telephone:  619/342-8000
        619/342-7878 (fax)
        ambere@haelaw.com

*Additional Plaintiffs' Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I electronically transmitted the attached Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement using the ECF system for filing, which will send notification of such filing to all counsel registered through the ECF System.

                                                s/ EVAN J. KAUFMAN
                                                EVAN J. KAUFMAN