# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) ) ) ) No. 5:12-cv-01341-G ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) PLAINTIFFS' MOTION FOR FINAL ) APPROVAL OF CLASS ACTION ) SETTLEMENT AND APPROVAL OF ) PLAN OF ALLOCATION ) ) |

Plaintiffs and Class Representatives Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis and Angelica Galkin (collectively, "Plaintiffs") respectfully move the Court to enter an Order: (i) granting final approval of the proposed Settlement; and (ii) approving the Plan of Allocation.

In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Law, the Declaration of Evan J. Kaufman in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Lead Counsel's Application for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4), the Declarations of Plaintiffs, the Declaration of Joseph Mahan Regarding Notice Dissemination, Publication, and Report on Objections or Requests for Exclusion Received to Date, the Stipulation and Agreement of Settlement, and all other proceedings herein.

4873-4410-6032.v1

Plaintiffs will submit proposed orders with their reply submission on or before September 29, 2022.

| | |
|---|---|
| DATED:  September 1, 2022 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> SAMUEL H. RUDMAN (admitted *pro hac vice*) <br> EVAN J. KAUFMAN (admitted *pro hac vice*) <br> CHRISTOPHER T. GILROY (admitted *pro hac vice*) |

                              s/ Evan J. Kaufman
                             EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
cgilroy@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

*Lead Counsel for Plaintiffs*

DERRYBERRY & NAIFEH, LLP
DARREN B. DERRYBERRY (OBA No. 14542)
4800 North Lincoln Blvd.
Oklahoma City, OK  73105
Telephone:  405/708-6784
405/528-6462 (fax)
dderryberry@derryberrylaw.com

*Liaison Counsel*

- 3 -

>HAEGGQUIST & ECK, LLP
>AMBER L. ECK
>225 Broadway, Suite 2050
>San Diego, CA 92101
>Telephone: 619/342-8000
>619/342-7878 (fax)
>ambere@haelaw.com

*Additional Plaintiffs' Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, I electronically transmitted the attached Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation using the ECF system for filing, which will send notification of such filing to all counsel registered through the ECF System.

s/ Evan J. Kaufman  
EVAN J. KAUFMAN