## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| ) | |
| ) | |
| **IN RE SANDRIDGE ENERGY, INC.** ) | **Case No. CIV-12-1341-G** |
| **SECURITIES LITIGATION** ) | |
| ) | |
| ) | |

## JUDGMENT

In accordance with the Order issued this same date granting final approval of the Settling Parties' Stipulation and Agreement of Settlement dated November 12, 2021 (the "Stipulation" or "Settlement"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      Except as to any individual claim of those Persons (identified in Exhibit 1 attached hereto) who have validly and timely requested exclusion from the Class, the Court hereby dismisses all Released Claims of the Class as against the Settling Defendants.  The parties are to bear their own costs, except as and to the extent provided in the Stipulation.

2.      Any Plan of Allocation submitted by Lead Counsel or any order entered regarding any attorneys' fees, charges, and expense application or an award to the Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) shall in no way disturb or affect this Judgment and shall be considered separate from this Judgment.

3.      Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees, charges,

and expenses, and interest in the Litigation, as well as any award to the Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4); (d) all parties herein for the purpose of construing, enforcing, and administering the Stipulation; (e) the Class Members for all matters relating to the Litigation; and (f) other matters related or ancillary to the foregoing.  The administration of the Settlement, and the decision of all disputed questions of law and fact with respect to the validity of any claim or right of any Person to participate in the distribution of the Net Settlement Fund, shall remain under the authority of this Court.

4.      In the event that the Settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation and the Settlement Fund shall be returned in accordance with the Stipulation.

ENTERED this 30th day of December, 2022.

CHARLES B. GOODWIN
United States District Judge

**EXHIBIT 1**

## INDIVIDUALS WHO HAVE VALIDLY AND TIMELY REQUESTED EXCLUSION FROM THE CLASS

1. Patricia W. Hardwick, Beneficiary and Executor of Will for Michael Hardwick
2. Maryann Ilowiecki
3. Michael E. Frollo
4. James Allen