UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) Case No. CIV-12-1341-G |

## ORDER

On March 6, 2013, the Court consolidated two related actions, *Glitz v. SandRidge Energy, Inc.*, Case No. CIV-12-1341 (W.D. Okla.) ("*Glitz*"), and *Carbone v. SandRidge Energy, Inc.*, Case No. CIV-13-19 (W.D. Okla.) ("*Carbone*"), pursuant to Federal Rule of Civil Procedure 42, on the basis that the two actions involved "involve[d] a common question of law or fact." Order of Mar. 6, 2013 (Doc. No. 60 (*Glitz*) at 3; Doc. No. 35 (*Carbone*) at 3). The Court designated the consolidated action *In re Sandridge Energy, Inc. Securities Litigation*, Case No. CIV-12-1341 (W.D. Okla.), and ordered that all pleadings and papers thereafter were to be filed exclusively in Case No. CIV-12-1341. *See* Order of Mar. 6, 2013, at 3.

On December 30, 2022, the Court entered judgment as to Defendants Tom L. Ward, James D. Bennett, and Matthew K. Grubb in the consolidated action. *See* J. (Doc. No. 593). On today's date, the Court entered Judgment as to Defendant SandRidge Energy, Inc., terminating the final remaining claim in the consolidated action.

In accordance with the Court's consolidation Order and the Judgments entered in the consolidated action, the Court ORDERS that the *Carbone* action, Case No. CIV-13-19, shall be and is hereby closed.

IT IS SO ORDERED this 31st day of March, 2023.

                                                                        CHARLES B. GOODWIN
                                                                        United States District Judge